UNITED STATES BANKRUPTCY COURT
FOR THE CENTRAL DISTRICT OF CALIFORNIA
SANTA DIVISION

In re  **ELECTRIC BIKE COMPANY, LLC**        Case No. _____
       **A Limited Liability Company**        Chapter ____7_____
                Debtor

## STATEMENT REGARDING CORPORATE RESOLUTION

    The Members (the "Members") of Electric Bike Company, LLC, a Delaware limited liability Company (the "Company"), have unanimously adopted the following resolutions by written consent in accordance with Section 17104(i) of the California Corporations Code and the operating agreement of the Company.

    **WHEREAS**, the Members have determined that it is in the best interest of the Company and the Members to file a petition on behalf of the Company for voluntary bankruptcy under Chapter 7 of the United States Bankruptcy Code.

    **RESOLVED**, that the Members hereby unanimously consent to and approve the filing of a petition on behalf of the Company for bankruptcy under Chapter 7 of the United States Bankruptcy Code (the "Bankruptcy Action").

    **RESOLVED FURTHER**, that the Members hereby authorize Sean Lupton-Smith, as the Authorized Agent for the Company, to execute and file on behalf of the Company any and all petitions, motions, requests, declarations, certifications, agreements or other documents or instruments as may be necessary or appropriate in connection with the Bankruptcy Action and to appear on behalf of the Company at all meetings or hearings as may be necessary or appropriate in connection with the Bankruptcy Action.

    **RESOLVED FURTHER**, that the Members hereby authorize and direct Sean Lupton-Smith to retain Ringstad & Sanders LLP as the Company's counsel for the filing of the Chapter 7 bankruptcy case and pay to Ringstad & Sanders, LLP a fee of $10,000.00 for those services and authorize Sean Lupton-Smith, as the Authorized Agent for the Company, to execute a retention agreement with Ringstad & Sanders LLP for that purpose.

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF COMPANY

    I, Sean Lupton-Smith, Authorized Agent of the Company named as Debtor in this case, declare under penalty of perjury that I have read the foregoing resolution and it is true and correct to the best of my knowledge.

Dated:  October 3, 2025

_____
Sean Lupton-Smith
Managing Member

Corporate Resolution