| Attorney or Party Name, Address, Telephone & FAX Nos., and State Bar No. & Email Address<br>**Todd C. Ringstad**<br>**23101 Lake Center Drive**<br>**Suite 355**<br>**Lake Forest, CA 92630**<br>**949 851-7450 Fax: 949 851-6926**<br>California State Bar Number: **97345 CA**<br>**todd@ringstadlaw.com**<br><br>■ *Attorney for:* | FOR COURT USE ONLY |
|---|---|

**UNITED STATES BANKRUPTCY COURT**
**CENTRAL DISTRICT OF CALIFORNIA**

| In re:<br><br>**Electric Bike Company, LLC**<br><br>Debtor(s),<br><br>Plaintiff(s),<br><br><br><br><br>Defendant(s). | CASE NO.:<br>ADVERSARY NO.:<br>CHAPTER:    7<br><br>**CORPORATE OWNERSHIP STATEMENT PURSUANT TO FRBP 1007(a)(1) and 7007.1, and LBR 1007-4**<br><br>[No hearing] |
|---|---|

*Pursuant to FRBP 1007(a)(1) and 7007.1, and LBR 1007-4, any corporation, other than a governmental unit, that is a debtor in a voluntary case or a party to an adversary proceeding or a contested matter shall file this Statement identifying all its parent corporations and listing any publicly held company, other than a governmental unit, that directly or indirectly own 10% or more of any class of the corporation's equity interest, or state that there are no entities to report. This Corporate Ownership Statement must be filed with the initial pleading filed by a corporate entity in a case or adversary proceeding. A supplemental statement must promptly be filed upon any change in circumstances that renders this Corporate Ownership Statement inaccurate.*

I, __Sean Lupton-Smith_____, the undersigned in the above-captioned case, hereby declare
    *(Print Name of Attorney or Declarant)*
under penalty of perjury under the laws of the United States of America that the following is true and correct:

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                                         F 1007-4.CORP.OWNERSHIP.STMT

**[Check the appropriate boxes and, if applicable, provide the required information.]**

1. I have personal knowledge of the matters set forth in this Statement because:
   - ■ I am the president or other officer or an authorized agent of the Debtor corporation
   - ☐ I am a party to an adversary proceeding
   - ☐ I am a party to a contested matter
   - ☐ I am the attorney for the Debtor corporation

2.a. ■ The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:
   See Addendum

  b. ☐ There are no entities that directly or indirectly own 10% or more of any class of the corporation's equity interest.

October 3, 2025
Date

By: _____
Signature of Debtor, or attorney for Debtor

Name: **Managing Member**
Printed name of Debtor, or attorney for Debtor

**Addendum to Corporate Ownership Statement Pursuant to
F.R.B.P. 1007(a)(1) and 7007.1, and Local Bankruptcy Rule 1002-5**

The following entities, other than the debtor or a governmental unit, directly or indirectly own 10% or more of any class of the corporation's(s') equity interests:

**Beacon**
**14062 S. Mule Deer Drive**
**Draper, UT 84020**

**Cynosure Private Credit Fund**

**Laura Belmar**
**40 Mauricet Lane**
**Asheville, NC 28806**

**Laura Belmar**
**40 Mauricet Lane**
**Asheville, NC 28806**

**Management Pool**

**Michael Edwards**
**37 Moore Road**
**Lakeville, CT 06039**

**Michael Edwards**
**37 Moore Road**
**Lakeville, CT 06039**

**Pejeco LLC**
**Paul Freedman**
**449 50 Street**
**Oakland, CA 94609**

**Ryan McPhail**
**13241 Lake Street**
**Los Angeles, CA 90066**

**Sean Lupton-Smith**
**460 Catalina Drive**
**Newport Beach, CA 92663-4129**

This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.

December 2012                                                                                         **F 1007-4.CORP.OWNERSHIP.STMT**