**Fill in this information to identify the case:**

| | |
|---|---|
| Debtor name | **Electric Bike Company, LLC** |
| United States Bankruptcy Court for the: | CENTRAL DISTRICT OF CALIFORNIA |
| Case number (if known) | |

☐ Check if this is an amended filing

# Official Form 206A/B
## Schedule A/B: Assets - Real and Personal Property 12/15

Disclose all property, real and personal, which the debtor owns or in which the debtor has any other legal, equitable, or future interest. Include all property in which the debtor holds rights and powers exercisable for the debtor's own benefit. Also include assets and properties which have no book value, such as fully depreciated assets or assets that were not capitalized. In Schedule A/B, list any executory contracts or unexpired leases. Also list them on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G).

Be as complete and accurate as possible. If more space is needed, attach a separate sheet to this form. At the top of any pages added, write the debtor's name and case number (if known). Also identify the form and line number to which the additional information applies. If an additional sheet is attached, include the amounts from the attachment in the total for the pertinent part.

For Part 1 through Part 11, list each asset under the appropriate category or attach separate supporting schedules, such as a fixed asset schedule or depreciation schedule, that gives the details for each asset in a particular category. List each asset only once. In valuing the debtor's interest, do not deduct the value of secured claims. See the instructions to understand the terms used in this form.

**Part 1:    Cash and cash equivalents**

1. **Does the debtor have any cash or cash equivalents?**

☐ No. Go to Part 2.
☒ Yes Fill in the information below.

| All cash or cash equivalents owned or controlled by the debtor | | | Current value of debtor's interest |
|---|---|---|---|

3. **Checking, savings, money market, or financial brokerage accounts** (Identify all)

| | Name of institution (bank or brokerage firm) | Type of account | Last 4 digits of account number | |
|---|---|---|---|---|
| 3.1. | **Bank of America NA**<br>**P.O. Box 25118**<br>**Tampa, FL 33622-5118** | **Business Advantage Checking** | **6161** | $0.00 |
| 3.2. | **Pacific Premier Bank**<br>**P.O. Box 25171**<br>**Santa Ana, CA 92799-9810** | **Business Checking** | **9036** | $0.00 |
| 3.3. | **Wells Fargo Bank NC**<br>**P.O. Box 6995**<br>**Portland, OR 97228-6995** | **Navigate Business Checking** | **6483** | $38.40 |
| 3.4. | **Integral Ramp Account** | | | $100.00 |
| 3.5. | **Integral JP Morgan Chase Account (-$1,671.22)** | | | $0.00 |

4. **Other cash equivalents** *(Identify all)*

5. **Total of Part 1.**          $138.40
   Add lines 2 through 4 (including amounts on any additional sheets). Copy the total to line 80.

| Official Form 206A/B | Schedule A/B Assets - Real and Personal Property | page 1 |
|---|---|---|

Debtor  **Electric Bike Company, LLC**                                         Case number *(If known)*  _____
         _____
         Name

| Part 2: | **Deposits and Prepayments** |

6. **Does the debtor have any deposits or prepayments?**

☐ No.  Go to Part 3.
■ Yes Fill in the information below.

7. **Deposits, including security deposits and utility deposits**
   Description, including name of holder of deposit

   7.1. **Security Deposit for real property lease:**
        **1630 Superior Avenue, Unit D, Costa Mesa, CA 92627**                              $14,069.00

   7.2. **Security Deposit for real property lease:**
        **1630 Superior Avenue, Unit C, Costa Mesa, CA 92627**                              $18,067.00

   7.3. **Integral client refunds not returned to bank.**                                    $2,849.00

8. **Prepayments, including prepayments on executory contracts, leases, insurance, taxes, and rent**
   Description, including name of holder of prepayment

9. **Total of Part 2.**                                                                     $34,985.00
   Add lines 7 through 8. Copy the total to line 81.

| Part 3: | **Accounts receivable** |

10. **Does the debtor have any accounts receivable?**

■ No.  Go to Part 4.
☐ Yes Fill in the information below.

| Part 4: | **Investments** |

13. **Does the debtor own any investments?**

■ No.  Go to Part 5.
☐ Yes Fill in the information below.

| Part 5: | **Inventory, excluding agriculture assets** |

18. **Does the debtor own any inventory (excluding agriculture assets)?**

☐ No.  Go to Part 6.
■ Yes Fill in the information below.

| General description | Date of the last physical inventory | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|---|
| 19. **Raw materials** | | | | |
| 20. **Work in progress** | | | | |
| 21. **Finished goods, including goods held for resale** | | | | |
| 22. **Other inventory or supplies** **Inventory - Bike Parts and Accessories** | June 23, 2025 | Unknown | | Unknown |

Debtor __Electric Bike Company, LLC__          Case number *(If known)* _____
      Name

23. **Total of Part 5.**  $0.00
    Add lines 19 through 22. Copy the total to line 84.

24. **Is any of the property listed in Part 5 perishable?**
    ■ No
    ☐ Yes

25. **Has any of the property listed in Part 5 been purchased within 20 days before the bankruptcy was filed?**
    ■ No
    ☐ Yes. Book value _____  Valuation method _____  Current Value _____

26. **Has any of the property listed in Part 5 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 6: Farming and fishing-related assets (other than titled motor vehicles and land)

27. **Does the debtor own or lease any farming and fishing-related assets (other than titled motor vehicles and land)?**

    ■ No. Go to Part 7.
    ☐ Yes Fill in the information below.

### Part 7: Office furniture, fixtures, and equipment; and collectibles

38. **Does the debtor own or lease any office furniture, fixtures, equipment, or collectibles?**

    ☐ No. Go to Part 8.
    ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| 39. **Office furniture** | | | |
| 40. **Office fixtures** | | | |
| 41. **Office equipment, including all computer equipment and communication systems equipment and software** Office Computers, laptops, tablets, printers, etc. | $0.00 | N/A | $5,000.00 |

42. **Collectibles** *Examples*: Antiques and figurines; paintings, prints, or other artwork; books, pictures, or other art objects; china and crystal; stamp, coin, or baseball card collections; other collections, memorabilia, or collectibles

43. **Total of Part 7.**  $5,000.00
    Add lines 39 through 42. Copy the total to line 86.

44. **Is a depreciation schedule available for any of the property listed in Part 7?**
    ■ No
    ☐ Yes

45. **Has any of the property listed in Part 7 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

### Part 8: Machinery, equipment, and vehicles

46. **Does the debtor own or lease any machinery, equipment, or vehicles?**

Debtor  **Electric Bike Company, LLC**                                      Case number *(If known)* _____
      Name

☐ No. Go to Part 9.
■ Yes Fill in the information below.

| General description<br>Include year, make, model, and identification numbers (i.e., VIN, HIN, or N-number) | Net book value of debtor's interest<br>(Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **47. Automobiles, vans, trucks, motorcycles, trailers, and titled farm vehicles** | | | |
| 47.1. Toyota Forklift Model #8FGU15 Serial #34037 | $0.00 | | $8,000.00 |
| 47.2. 2021 Ford T350 Vin: 1FTBW3WG1MKA61847 | $0.00 | | $40,000.00 |
| 47.3. 2016 Ford Transit IFTBW3XG2GKA9549 (scape value) | $0.00 | | $500.00 |
| **48. Watercraft, trailers, motors, and related accessories** *Examples:* Boats, trailers, motors, floating homes, personal watercraft, and fishing vessels | | | |
| **49. Aircraft and accessories** | | | |
| **50. Other machinery, fixtures, and equipment (excluding farm machinery and equipment)**<br>Machinery and Equipment | $0.00 | Tax records | $44,408.00 |
| 2 Lacing & Wheel Machines ($30,000 each) | $0.00 | | $60,000.00 |
| 2 Paint Booths and related equipment ($20,000 each) | $0.00 | | $40,000.00 |
| Approximately 30 E-Bike Assemby Stands (($500. each) | $0.00 | | $15,000.00 |
| Miscellaneous tools and machinery including CNC machine | $0.00 | | Unknown |

51. **Total of Part 8.**                                                                                              $207,908.00
    Add lines 47 through 50. Copy the total to line 87.

52. **Is a depreciation schedule available for any of the property listed in Part 8?**
    ■ No
    ☐ Yes

53. **Has any of the property listed in Part 8 been appraised by a professional within the last year?**
    ■ No
    ☐ Yes

**Part 9:    Real property**

54. **Does the debtor own or lease any real property?**

Debtor  **Electric Bike Company, LLC**  Case number *(If known)* _____
  Name

- ■ No. Go to Part 10.
- ☐ Yes Fill in the information below.

### Part 10: Intangibles and intellectual property

**59. Does the debtor have any interests in intangibles or intellectual property?**

- ☐ No. Go to Part 11.
- ■ Yes Fill in the information below.

| General description | Net book value of debtor's interest (Where available) | Valuation method used for current value | Current value of debtor's interest |
|---|---|---|---|
| **60. Patents, copyrights, trademarks, and trade secrets** | | | |
| **61. Internet domain names and websites** <br> Electricbikecompany.com | $0.00 | | $100,000.00 |
| Integralelectrics.com Website and URL | $0.00 | | $2,000.00 |
| Integralebikes.com URL | $0.00 | | $200.00 |
| **62. Licenses, franchises, and royalties** | | | |
| **63. Customer lists, mailing lists, or other compilations** | | | |
| **64. Other intangibles, or intellectual property** <br> Electric Bike Company Trademarks | $0.00 | | $30,000.00 |
| Integral CAD work for proprietary trike design and brand value. (Estimated at $100,000 to $200,000) | $0.00 | | Unknown |
| **65. Goodwill** | | | |

**66. Total of Part 10.**  $132,200.00
Add lines 60 through 65. Copy the total to line 89.

**67. Do your lists or records include personally identifiable information of customers** (as defined in 11 U.S.C.§§ 101(41A) and 107**?**
- ■ No
- ☐ Yes

**68. Is there an amortization or other similar schedule available for any of the property listed in Part 10?**
- ■ No
- ☐ Yes

**69. Has any of the property listed in Part 10 been appraised by a professional within the last year?**
- ■ No
- ☐ Yes

### Part 11: All other assets

**70. Does the debtor own any other assets that have not yet been reported on this form?**
Include all interests in executory contracts and unexpired leases not previously reported on this form.

- ☐ No. Go to Part 12.

Debtor  **Electric Bike Company, LLC**                      Case number *(If known)* _____
      Name

■ Yes Fill in the information below.

|  |  | Current value of debtor's interest |
|---|---|---|
| 71. | **Notes receivable**<br>Description (include name of obligor) |  |
| 72. | **Tax refunds and unused net operating losses (NOLs)**<br>Description (for example, federal, state, local)<br>**ERC Tax Credit Pending**<br>**1Q 2021 - $317,949.80**<br>**3Q 2021 - $255,359.00**    Tax year **2021** | $573,308.80 |
| 73. | **Interests in insurance policies or annuities** |  |
| 74. | **Causes of action against third parties (whether or not a lawsuit has been filed)** |  |
| 75. | **Other contingent and unliquidated claims or causes of action of every nature, including counterclaims of the debtor and rights to set off claims** |  |
| 76. | **Trusts, equitable or future interests in property** |  |
| 77. | **Other property of any kind not already listed** *Examples:* Season tickets, country club membership |  |
| 78. | **Total of Part 11.**<br>Add lines 71 through 77. Copy the total to line 90. | $573,308.80 |

79. **Has any of the property listed in Part 11 been appraised by a professional within the last year?**
■ No
☐ Yes

Debtor  **Electric Bike Company, LLC**  Case number *(If known)* _____
      Name

## Part 12: Summary

**In Part 12 copy all of the totals from the earlier parts of the form**

| | Type of property | Current value of personal property | Current value of real property |
|---|---|---|---|
| 80. | **Cash, cash equivalents, and financial assets.** *Copy line 5, Part 1* | $138.40 | |
| 81. | **Deposits and prepayments.** *Copy line 9, Part 2.* | $34,985.00 | |
| 82. | **Accounts receivable.** *Copy line 12, Part 3.* | $0.00 | |
| 83. | **Investments.** *Copy line 17, Part 4.* | $0.00 | |
| 84. | **Inventory.** *Copy line 23, Part 5.* | $0.00 | |
| 85. | **Farming and fishing-related assets.** *Copy line 33, Part 6.* | $0.00 | |
| 86. | **Office furniture, fixtures, and equipment; and collectibles.** *Copy line 43, Part 7.* | $5,000.00 | |
| 87. | **Machinery, equipment, and vehicles.** *Copy line 51, Part 8.* | $207,908.00 | |
| 88. | **Real property.** *Copy line 56, Part 9*..............................> | | $0.00 |
| 89. | **Intangibles and intellectual property.** *Copy line 66, Part 10.* | $132,200.00 | |
| 90. | **All other assets.** *Copy line 78, Part 11.* | + $573,308.80 | |
| 91. | **Total.** Add lines 80 through 90 for each column | $953,540.20 | + 91b. $0.00 |
| 92. | **Total of all property on Schedule A/B**. Add lines 91a+91b=92 | | $953,540.20 |