**Fill in this information to identify the case:**

Debtor name: **Electric Bike Company, LLC**

United States Bankruptcy Court for the: **CENTRAL DISTRICT OF CALIFORNIA**

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206D

# Schedule D: Creditors Who Have Claims Secured by Property   12/15

**Be as complete and accurate as possible.**

**1. Do any creditors have claims secured by debtor's property?**

☐ No. Check this box and submit page 1 of this form to the court with debtor's other schedules. Debtor has nothing else to report on this form.

■ Yes. Fill in all of the information below.

### Part 1: List Creditors Who Have Secured Claims

**2. List in alphabetical order all creditors who have secured claims.** If a creditor has more than one secured claim, list the creditor separately for each claim.

| | | Column A<br>**Amount of claim**<br>Do not deduct the value of collateral. | Column B<br>**Value of collateral that supports this claim** |
|---|---|---|---|
| **2.1 Clint Bagley**<br>Creditor's Name<br>c/o Melissa H.D. Balough<br>Scale LLP<br>548 Market Street, Ste. 86147<br>San Francisco, CA 94104-5401<br>Creditor's mailing address<br><br>Creditor's email address, if known<br><br>Date debt was incurred<br><br>Last 4 digits of account number<br><br>**Do multiple creditors have an interest in the same property?**<br>■ No<br>☐ Yes. Specify each creditor, including this creditor and its relative priority. | **Describe debtor's property that is subject to a lien**<br>Lawsuit: Clint Bagley vs. Integral Electrics, LLC and Electric Bike Company, LLC, Case No. 25CV113712<br>California Superior Court - Alamenda County<br><br>**Describe the lien**<br>Judgment Lien<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>■ No<br>☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)<br>**As of the petition filing date, the claim is:**<br>Check all that apply<br>■ Contingent<br>☐ Unliquidated<br>■ Disputed | $77,992.41 | $0.00 |
| **2.2 Creditline Capital Group Inc.**<br>Creditor's Name<br>124 Grove Avenue<br>Suite 194<br>Cedarhurst, NY 11516<br>Creditor's mailing address<br><br>info<br>Creditor's email address, if known<br><br>Date debt was incurred<br>7/18/2025 | **Describe debtor's property that is subject to a lien**<br>Assets of the Estate<br><br>**Describe the lien**<br>UCC1<br>**Is the creditor an insider or related party?**<br>■ No<br>☐ Yes<br>**Is anyone else liable on this claim?**<br>☐ No<br>■ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H) | $178,800.00 | $0.00 |

**Debtor** Electric Bike Company, LLC
Name

**Case number** (if known)

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

---

**2.3** **Cynosure Investment Partners LLC**
Creditor's Name
**79 South Main Street**
**3rd Floor**
**Salt Lake City, UT 84111**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Stock Warrants and Lien on ERC Monies**
**1Q 2021 - $317,949.80**
**3Q 2021 - $255,359.00**

**Describe the lien**
**UCC1**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☒ Contingent
☐ Unliquidated
☒ Disputed

$573,308.80    Unknown

---

**2.4** **Ford Motor Credit**
Creditor's Name
**PO Box 650574**
**Dallas, TX 75265-0574**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**1497**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**2021 Ford T350**
**Vin: 1FTBW3WG1MKA61847**

**Describe the lien**
**Vehicle Loan**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out Schedule H: Codebtors (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$13,985.00    $27,000.00

---

**2.5** **Newco Capital Group - Loan 3**

**Describe debtor's property that is subject to a lien**

$115,000.00    $0.00

---

Debtor **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

**Creditor's Name**

**Attn: Mike Chet**
**333 W. Commercial Street**
**Suite 324**
**East Rochester, NY 14445**
Creditor's mailing address

**mikec@creditlinecapitalgroup.com**
Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**oan3**

**Do multiple creditors have an interest in the same property?**

☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Business Loan**
**Lawsuit Pending:**
**NewCo Capital v. Electric Bike Company**
**Supreme Court, State of New York**
**County of Clinton**
**Case No. 2025-00024780**

**Describe the lien**
**UCC1**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☐ No
☒ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☒ Disputed

---

**2.6** **Toyota Commercial Finance**
Creditor's Name

**Attb: Accounts Receivable**
**PO Box 660926**
**Dallas, TX 75266-0926**
Creditor's mailing address

Creditor's email address, if known

**Date debt was incurred**

**Last 4 digits of account number**
**9148**

**Do multiple creditors have an interest in the same property?**
☒ No
☐ Yes. Specify each creditor, including this creditor and its relative priority.

**Describe debtor's property that is subject to a lien**
**Toyota Forklift Model #8FGU15**
**Serial #34037**

**Describe the lien**
**UCC1**

**Is the creditor an insider or related party?**
☒ No
☐ Yes

**Is anyone else liable on this claim?**
☒ No
☐ Yes. Fill out *Schedule H: Codebtors* (Official Form 206H)

**As of the petition filing date, the claim is:**
Check all that apply
☐ Contingent
☐ Unliquidated
☐ Disputed

$730.92    $8,000.00

---

3. Total of the dollar amounts from Part 1, Column A, including the amounts from the Additional Page, if any.    **$959,817.13**

**Part 2:** List Others to Be Notified for a Debt Already Listed in Part 1

List in alphabetical order any others who must be notified for a debt already listed in Part 1. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for secured creditors.

If no others need to notified for the debts listed in Part 1, do not fill out or submit this page. If additional pages are needed, copy this page.

| Name and address | On which line in Part 1 did you enter the related creditor? | Last 4 digits of account number for this entity |
|---|---|---|
| **CHTD Company**<br>**P.O. Box 2576**<br>**Springfield, IL 62708** | Line **2.5** | **0167** |

Debtor  **Electric Bike Company, LLC**                                       Case number (if known) _____
        Name

| | | |
|---|---|---|
| **Michael Johnson**<br>**Piefarski Law PLLC**<br>**17 State Steet**<br>**Suite 1800**<br>**New York, NY 10004** | Line __2.5__ | **Attys for NewCo Capital** |
| **Terri Miller**<br>**Snell & Wilmer LLP**<br>**15 West South Temple**<br>**Suite 1200**<br>**Salt Lake City, UT 84101** | Line __2.3__ | |
| **The Cynosure Group**<br>**Attn: Alex Taggert**<br>**111 S. Main Street**<br>**Suite 2350**<br>**Salt Lake City, UT 84111** | Line __2.3__ | |
| **Yehuda Klein**<br>**The Klein Law Firm LLC**<br>**1820 Swarthmore Ave #714**<br>**Lakewood, NJ 08701** | Line __2.2__ | **Attys for Creditline** |