**Fill in this information to identify the case:**

Debtor name  **Electric Bike Company, LLC**

United States Bankruptcy Court for the:  CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)  _____

☐ Check if this is an
amended filing

## Official Form 206E/F
# Schedule E/F: Creditors Who Have Unsecured Claims          12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

### Part 1:  List All Creditors with PRIORITY Unsecured Claims

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ☐ No. Go to Part 2.

   ■ Yes. Go to line 2.

2. **List in alphabetical order all creditors who have unsecured claims that are entitled to priority in whole or in part.** If the debtor has more than 3 creditors
   with priority unsecured claims, fill out and attach the Additional Page of Part 1.

|  |  | | Total claim | Priority amount |
|---|---|---|---|---|
| 2.1 | Priority creditor's name and mailing address<br>**Aaron Breakstone**<br>**3506 Northeast 36th Avenue**<br>**Portland,, OR 97212** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$1,986.00** | **$1,986.00** |
|  | Date or dates debt was incurred<br>**2025** | Basis for the claim:<br>**Customer Deposits** | | |
|  | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |
| 2.2 | Priority creditor's name and mailing address<br>**Al Pasimio**<br>**12949 Topsham Bay**<br>**Apple Valley, CA 92308** | As of the petition filing date, the claim is:<br>*Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$345.00** | **$345.00** |
|  | Date or dates debt was incurred<br>**5/15/2025** | Basis for the claim:<br>**Customer Deposits Not Refunded** | | |
|  | Last 4 digits of account number **5065**<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.3**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,116.00 | $2,116.00 |
|---|---|---|---|

**Alan Harada**
**2463 Irvine Ave F1**
**Costa Mesa, CA 92627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2025** | **Customer Deposits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.4**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,507.80 | $1,507.80 |
|---|---|---|---|

**Alex Barylak**
**5450 East High Street Suite 113**
**Phoenix, AZ 85054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2025** | **Customer Deposits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.5**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,733.00 | $2,733.00 |
|---|---|---|---|

**Alex Grishchuck/Anne Stepan**
**5213 Kalmia Dr**
**Dayton, MD 21036**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **6/14/2025** | **Customer Deposits Not Refunded** |

Last 4 digits of account number **5720**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.6**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $598.00 | $598.00 |
|---|---|---|---|

**Alexander Grishchuk**
**6601 BARTMER AVENUE**
**Saint Louis, MO 63130**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **6/12/2025** | **Customer Deposits Not Refunded** |

Last 4 digits of account number **5687**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.7 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,736.00 | $2,736.00 |
|---|---|---|---|---|

**Alisa McDonald**
**2309 Hilton Avenue**
**Brentwood, MO 63144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.8 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $340.10 | $340.10 |
|---|---|---|---|---|

**Alison McDonald**
**2309 Hilton Avenue**
**Brentwood, MO 63144**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.9 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $331.97 | $331.97 |
|---|---|---|---|---|

**Allen, Sean**
**7751 Liberty Drive**
**Apt 4**
**Huntington Beach, CA 92647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.10 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $135.76 | $135.76 |
|---|---|---|---|---|

**Alvarez, Patric**
**17075 5th Street**
**Sunset Beach, CA 90742**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.11** Priority creditor's name and mailing address

**Amy Sirkin**
**11 Portalon Court**
**Ladera Ranch, CA 92694**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$234.00     $234.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.12** Priority creditor's name and mailing address

**Andres Jarrin**
**28 Coatsworth Crescent**
**Toronto, ON, Canada M4C 5P5**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,860.60     $1,860.60

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.13** Priority creditor's name and mailing address

**Andrew Kraemer**
**1533 Fort Palmetto Cir**
**Mount Pleasant, SC 29466**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,697.00     $2,697.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.14** Priority creditor's name and mailing address

**Angel Morales**
**6869 Torch Key Street**
**Greenacres, FL 33467**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,693.00     $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Customer Deposits**
**Total $4,693.00**
**$3,800.00 - Priority**
**2025**
**$893.00 - Unsecured**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.15 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $117.99 | $117.99 |
|---|---|---|---|---|

**Anne Stepan**
**5213 Kalmia Drive**
**Dayton, MD 21036**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.16 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,124.00 | $2,124.00 |
|---|---|---|---|---|

**ARHTUR BARTER**
**1645 Labrador Dr.**
**Costa Mesa, CA 92626**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.17 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,608.60 | $1,608.60 |
|---|---|---|---|---|

**Asad Ali**
**11111 Drumadoon Dr**
**Richmond, TX 77407**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/9/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6249**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.18 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,105.00 | $2,105.00 |
|---|---|---|---|---|

**Audrey Wood**
**1330 West st Suite b**
**Redding, CA 96001**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.19 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,552.00 | $2,552.00 |
|---|---|---|---|---|

**Autumn Morgan**
**7908 Gate Creek Drive**
**Anchorage, AK 99502**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/17/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6484**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.20 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,552.00 | $2,552.00 |
|---|---|---|---|---|

**Autumn Morgan**
**2000 Presidential Way 1702**
**West Palm Beach, AK 33401**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.21 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $295.90 | $295.90 |
|---|---|---|---|---|

**Bazan, Roger**
**2083 Wallace Ave**
**Apt C110**
**Costa Mesa, CA 92627**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

---

| 2.22 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,266.00 | $2,266.00 |
|---|---|---|---|---|

**Beau LeBatard**
**311 Eastview drive**
**Biloxi, MS 39503**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/30/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **4654**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor    **Electric Bike Company, LLC**    Case number (if known) _____
_____
Name

| 2.23 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,973.00 | $2,973.00 |
|---|---|---|---|---|

**Becky Bloom**
**3121 n monitor ave**
**Chicago, IL 60634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/5/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **5536**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.24 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 | $0.00 |
|---|---|---|---|---|

**Belmar, Laura Palm**
**40 Mauricet Lane**
**Asheville, NC 28806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Notice Purposes Only**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.25 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $4,506.00 | $3,800.00 |
|---|---|---|---|---|

**Ben Hill**
**437 INTERLACHEN CT**
**DeBary, FL 32713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2025**

Basis for the claim:
**Customer Deposits**
**Total $4,506.00**
**$3,800.00 - Priority**
**$706.00 - Unsecured**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.26 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $2,017.80 | $2,017.80 |
|---|---|---|---|---|

**Benjamin Fleming**
**1121 Northeast Ball Drive**
**Lee's Summit, MO 64086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**2.27** | Priority creditor's name and mailing address
**Bill Koontz**
**813 W Central Ave Suite 7**
**Bentonville, AR 72712**

As of the petition filing date, the claim is: $2,823.80    $2,823.80
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.28** | Priority creditor's name and mailing address
**Bockrath, Benjamin**
**2700 Peterson Place Apt. 65B**
**Costa Mesa, CA 92626**

As of the petition filing date, the claim is: $550.38    $550.38
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.29** | Priority creditor's name and mailing address
**Brandon Maldonado**
**3101 S Fairview St 54**
**Santa Ana, CA 92704**

As of the petition filing date, the claim is: $2,011.70    $2,011.70
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.30** | Priority creditor's name and mailing address
**Brian Clarke**
**249 Brentwood Street**
**Costa Mesa, CA 92627**

As of the petition filing date, the claim is: $2,046.18    $2,046.18
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.31 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,629.00 | $1,629.00 |
|---|---|---|---|---|

**Brittany McClellan**
**12 Staggi Court**
**Soquel, CA 95073**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.32 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,415.40 | $1,415.40 |
|---|---|---|---|---|

**Bryce Stensrud**
**26475 N Hickory Rd**
**Mundelein, IL 60060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.33 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,445.00 | $5,445.00 |
|---|---|---|---|---|

**CA Dept of Tax & Fee**
**Administration**
**Attn: Hoang Minh Nguyen**
**1 MacArthur Place**
**Suite 400**
**Santa Ana, CA 92707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**CA Sales Tax**

Last 4 digits of account number **5532**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

■ No
☐ Yes

---

| 2.34 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,012.59 | $2,012.59 |
|---|---|---|---|---|

**Caitlin Shakely**
**1431 Yost Dr.**
**San Diego, CA 92109**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/16/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **5782**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**2.35** | Priority creditor's name and mailing address
**Caitlyn Myers**
**2921 Mainway Drive**
**Los Alamitos, CA 90720**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,917.00    $1,917.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.36** | Priority creditor's name and mailing address
**carlos Nunez**
**38151 Valor Place**
**Palmdale, Ca 93550**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,573.05    $3,800.00

Date or dates debt was incurred

**2025**

Basis for the claim:
**Customer Deposits**
**Total $4,573.05**
**$3,800.00 - Priority**
**$773.05 - Unsecured**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.37** | Priority creditor's name and mailing address
**Carlos Pete**
**3031 S Orange Ave unit**
**Santa Ana, CA 92707**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,536.44    $2,536.44

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.38** | Priority creditor's name and mailing address
**Caroline Dylag**
**107 Parade Street Apt 2**
**Providence, RI 02909**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,453.00    $3,800.00

Date or dates debt was incurred

**5/16/2025**

Basis for the claim:
**Customer Deposits Not Refunded**
**Total $4,453.00**
**$3,800.00 - Priority**
**$653.00 - Unsecured**

Last 4 digits of account number **5076**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 2.39 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,699.00 | $1,699.00 |
|---|---|---|---|---|

**Caroline Sutherland**
**40271 Due East Road**
**Avon, NC 27915**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.40 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,430.76 | $3,430.76 |
|---|---|---|---|---|

**Caser Prado**
**1945 Sherington Pl Apt# G303**
**Newport Beach, CA 92663**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.41 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,148.00 | $1,148.00 |
|---|---|---|---|---|

**Catherine LaGuardia**
**85 Highlands Point**
**Newnan, GA 30265**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/7/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **5592**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.42 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,392.00 | $2,392.00 |
|---|---|---|---|---|

**Cathy Johnson**
**4063 Old Light Circle**
**Arrington, TN 37014**

As of the petition filing date, the claim is:
_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.43 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $5,999.60 | $3,800.00 |
|---|---|---|---|---|

**Chris Boone**
**GoCar Tours 791 Foam Street**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposits**
**Total $5,999.60**
**$3,800.00 - Priority**
**$2,199.60 - Unsecured**

**2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.44 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $588.00 | $588.00 |
|---|---|---|---|---|

**Chris Kerstner**
**620 Terminal Way**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/26/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **2069**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.45 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $2,676.51 | $2,676.51 |
|---|---|---|---|---|

**Chris Stevenson**
**614 Greendale Lane**
**Pomona, CA 91767**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.46 | Priority creditor's name and mailing address | As of the petition filing date, the claim is:<br>*Check all that apply.* | $1,500.00 | $1,500.00 |
|---|---|---|---|---|

**Christine Fenton**
**1443 Shannon street**
**Upland, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor  **Electric Bike Company, LLC**                    Case number (if known)
_____
Name

---

| 2.47 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,152.00 | $3,152.00 |

**Clayton Gaddis**
**592 Clifton Rd NE**
**Atlanta, GA 30307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.48 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,142.00 | $3,800.00 |

**Clifford Bruder**
**8601 NORMANDY WAY**
**Argyle, TX 76226**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposits Not Refunded**
**Customer Deposits**
**Total $7,142.00**
**$3,800.00 - Priority**
**$3,342.00 - Unsecured**

**5/28/2025**

Last 4 digits of account number **<u>5401</u>**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.49 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,499.00 | $2,499.00 |

**Colleen Markowitz**
**32 Pine Island Road**
**Hilton Head Island, SC 29928**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.50 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $674.38 | $674.38 |

**Contreras, Lucas William Salgado**
**370 Rochester Street**
**Costa Mesa, CA 92627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.51 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,798.00 | $1,798.00 |
|---|---|---|---|---|

**Coryn Savage**
**517 Fernleaf Ave**
**Corona Del Mar, CA 92625**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.52 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $19,329.12 | $19,329.12 |
|---|---|---|---|---|

**County of Orange**
**P.O. Box 1438**
**Santa Ana, CA 92702**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Date or dates debt was incurred

Basis for the claim:
**Property Tax**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.53 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,171.00 | $2,171.00 |
|---|---|---|---|---|

**Courtney Smith**
**1854 Riviera Parkway**
**Point Pleasant Boro, NJ 08742**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.54 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,140.99 | $2,140.99 |
|---|---|---|---|---|

**Courtney Wieland**
**3775 Maplewood Ave**
**Los Angeles, CA 90066**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.55**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,654.75 | $1,654.75 |
|---|---|---|---|

**Craig Yardley
659 Windy Oaks Ln
Seneca, SC 29678**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/6/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6829**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.56**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $768.23 | $768.23 |
|---|---|---|---|

**Cruz, Efren
7903 Macdonald Dr.
Huntington Beach, CA 92647**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

---

**2.57**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,481.05 | $2,481.05 |
|---|---|---|---|

**Crystal Dalsey
400 N Cleveland St
Oceanside, CA 92054**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

**2.58**

| Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,176.00 | $2,176.00 |
|---|---|---|---|

**Dahlia Caballero
2028 Cypress Ave
Santa Ana, CA 92707**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

| 2.59 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $118.99 | $118.99 |
|------|---|---|---|---|

**Dan Evans**
**11711 W Cindy**
**Wichita, KS 67212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/20/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **5839**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.60 | Priority creditor's name and mailing address | | $2,272.00 | $2,272.00 |
|------|---|---|---|---|

**Daniel Kenney**
**2191 canyon dr Unit C 103**
**Costa Mesa, CA 92627**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.61 | Priority creditor's name and mailing address | | $3,078.00 | $3,078.00 |
|------|---|---|---|---|

**Daniel Wedgwood**
**2058 S Benson Ct**
**Goldendale, WA 98620**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.62 | Priority creditor's name and mailing address | | $249.00 | $249.00 |
|------|---|---|---|---|

**Danielle Vitale**
**4409 Finch Ln**
**Wilmington, NC 28409**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/20/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6526**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 2.63 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,375.89 | $2,375.89 |
|---|---|---|---|---|

**Darby Vaccaro**
**19 Landport**
**Newport Beach, CA 92660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.64 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,927.00 | $1,927.00 |
|---|---|---|---|---|

**Darrin Curry**
**20271 Seashell Circle**
**Huntington Beach, CA 92646**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.65 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $179.00 | $179.00 |
|---|---|---|---|---|

**Dave Campbell**
**3201 hampshire lane**
**Waukegan, IL 60087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/2/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6078**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.66 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $418.00 | $418.00 |
|---|---|---|---|---|

**Dave Campbell**
**3201 hampshire lane**
**Waukegan, IL 60087**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/16/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **7048**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Electric Bike Company, LLC**

Name                                        Case number (if known)

---

**2.67** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,981.00 | $2,981.00

**Dave Campbell**
**3201 Hampshire Lane**
**Waukegan, IL 60087**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.68** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00

**David Baehrend**
**1383 Santa Rita Cir**
**Santa Barbara, CA 93109**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/12/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **4300**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.69** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,429.00 | $2,429.00

**David Clark**
**1574 Lowell Boulevard**
**Denver, CO 80204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/11/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **4277**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.70** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,554.00 | $2,554.00

**David Crossley**
**1249 Waterman Road**
**Johnson, VT 05656**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/10/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **4852**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**2.71** | Priority creditor's name and mailing address

**David Italasano**
**1092 Tanglewood Lane**
**Huntington Beach, CA 92648**

As of the petition filing date, the claim is: $1,867.00    $1,867.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.72** | Priority creditor's name and mailing address

**Department of Homeland Security**
**US Customs and Bordor**
**Protection**
**FPF Office**
**301 E. Ocean Blvd., Ste. 900**
**Long Beach, CA 90802**

As of the petition filing date, the claim is: $2,101.00    $2,101.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/28/2025**

Basis for the claim:
**Penalties for late duties, fees and taxes.**

Last 4 digits of account number **7128**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.73** | Priority creditor's name and mailing address

**Devin Knox**
**6918 E Washington St ext**
**Bath, NY 14810**

As of the petition filing date, the claim is: $2,356.00    $2,356.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/6/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **5557**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.74** | Priority creditor's name and mailing address

**Diane Doyle**
**28971 Hope Dr**
**Menifee, CA 92586**

As of the petition filing date, the claim is: $2,453.00    $2,453.00
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.75 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,052.00 | $2,052.00 |
|---|---|---|---|---|

**Diane Doyle**
**28971 Hope Dr**
**Menifee, CA 92586**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.76 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,353.26 | $2,353.26 |
|---|---|---|---|---|

**Douglas Miesen**
**235 Santa Fe Dr.**
**Encinitas, CA 92024**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.77 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,848.00 | $1,848.00 |
|---|---|---|---|---|

**Dustin Bloomberg**
**2323 Margaret Dr**
**Newport Beach, CA 92663**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.78 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,618.21 | $6,618.21 |
|---|---|---|---|---|

**Dynamic Web Source/Avanlik**
**PO Box 35146**
**Seattle, WA 98124-5146**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Affilate Sales Commission**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.79 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,700.00 | $3,700.00 |
|---|---|---|---|---|

**E Wheels Shop**
**2183 Matthews Avenue**
**Bronx, CA 10462**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.80 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,594.40 | $1,594.40 |
|---|---|---|---|---|

**EBC Chicago**
**130 South Barron Boulevard**
**Grayslake, IL 60030**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.81 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $598.00 | $598.00 |
|---|---|---|---|---|

**Edgar Brambilla**
**4096 Southern Vista Loop**
**Saint Cloud, FL 34772**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/30/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **5436**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.82 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $250.00 | $250.00 |
|---|---|---|---|---|

**Edwin Kimball**
**3802 Wrights Wharf Road**
**Hurlock, MD 21643**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/3/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6115**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number _(if known)_ _____

---

| 2.83 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,941.58 | $2,941.58 |

**Ella Ibrahimpasic**
**546 El Modena Ave**
**Newport Beach, CA 92663**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.84 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $199.00 | $199.00 |

**Emily Miller**
**157 Leeder Hill Drive 704**
**Hamden, CT 06517**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/25/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **5964**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.85 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,034.52 | $2,034.52 |

**Emily Wilson**
**309 Narcissus Ave**
**Corona Del Mar, CA 92625**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.86 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**Employment Development**
**Department**
**Bankruptcy Group MIC 92E**
**P.O. Box 826880**
**Sacramento, CA 94280-0001**

_Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
☑ No
☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known)

| 2.87 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,779.00 | $3,800.00 |
|---|---|---|---|---|

**Eric Eastman**
**452 W Taylor Run Pkwy**
**Alexandria, VA 22314**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2025**

Basis for the claim:
**Customer Deposits**
**Total $4,779.00**
**$3,800.00 - Priority**
**$979.00 - Unsecured**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.88 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,382.00 | $2,382.00 |
|---|---|---|---|---|

**Erich Chambers**
**6690 Park Way**
**Gladstone, OR 97027**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/4/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **2262**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.89 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,382.00 | $2,382.00 |
|---|---|---|---|---|

**Erich Chambers**
**2129 Southeast 10th Avenue 4**
**Portland, OR 97214**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.90 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,552.00 | $2,552.00 |
|---|---|---|---|---|

**Erick Wendler**
**30371 Via Alcazar Avenue**
**Laguna Niguel, CA 92677**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|--------|-------------------------------|--|------------------------|--|
| | Name | | | |

---

**2.91** | Priority creditor's name and mailing address
**Erik Finnerty**
**707 Regency Circle**
**Sacramento, CA 95864**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$358.00     $358.00

Date or dates debt was incurred
**7/4/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6123**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.92** | Priority creditor's name and mailing address
**Erik Finnerty**
**707 Regency Circle**
**Sacramento, CA 95864**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$358.00     $358.00

Date or dates debt was incurred
**8/25/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6123**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.93** | Priority creditor's name and mailing address
**Erika Sierra**
**1772 Crestmont Place**
**Costa Mesa, CA 92627**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,778.00     $1,778.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.94** | Priority creditor's name and mailing address
**Errol Ryland**
**4163 E Ronald St**
**Gilbert, AZ 85295-0236**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,087.00     $3,800.00

Date or dates debt was incurred

**2025**

Basis for the claim:
**Customer Deposits**
**Total $5,087.00**
**$3,800.00 - Priority**
**$1,287.00 - Unsecured**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Electric Bike Company, LLC**                                    Case number (if known)
_____
Name

| | | |
|---|---|---|
| 2.95 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**2.95**

Priority creditor's name and mailing address
**Eugene Eugene**
**15405 NE 9 TH WAY**
**Vancouver, WA 98684**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,967.00        $1,967.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.96**

Priority creditor's name and mailing address
**Evan Budziak**
**14, Malek Dr.**
**Hanover, PA 17331**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,821.00        $2,821.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.97**

Priority creditor's name and mailing address
**Foster Duncan**
**315 Concord Lane**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,048.90        $2,048.90

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.98**

Priority creditor's name and mailing address
**Franchise Tax Board**
**Bankruptcy Unit**
**P.O. Box 2952**
**Sacramento, CA 95812-2952**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Unknown        $0.00

Date or dates debt was incurred

Basis for the claim:
**Payroll Taxes**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known)

Name

| 2.99 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,470.00 | $2,470.00 |
|---|---|---|---|---|

**Fred Hertrich**
**7 Dodd' s Ln Henlopen Acres**
**Henlopen Acres, DE 19971**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.100 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,489.16 | $2,489.16 |
|---|---|---|---|---|

**Gene Manako**
**225 SUNSET AVE**
**Santa Cruz, CA 95060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.101 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,402.00 | $3,800.00 |
|---|---|---|---|---|

**Gerald Norris**
**4415 Crosby Cedar Bayou Rd**
**Baytown, TX 77521-7405**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2025**

Basis for the claim:
**Customer Deposits**
**Total $4,402.00**
**$3,800.00 - Priority**
**$602.00 - Unsecured**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.102 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,528.00 | $2,528.00 |
|---|---|---|---|---|

**Ginger Chien**
**3835 142 nd Pl SE**
**Bellevue, WA 98006**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.103 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,749.99 | $4,749.99 |
|---|---|---|---|---|

**Guntupalli, Sravani**
**635 Baker Street, Apt B 102**
**Costa Mesa, CA 92626**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Unpaid Wages and Benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.104 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,062.52 | $2,062.52 |
|---|---|---|---|---|

**Ha, Uyen**
**25515 River Bank Dr**
**Apt C**
**Yorba Linda, CA 92887-6248**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Unpaid Wages and Benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.105 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,692.30 | $2,692.30 |
|---|---|---|---|---|

**Harvey, Derek**
**24111 Birdrock Drive**
**Lake Forest, CA 92630**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim:
**Unpaid Wages and Benefits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.106 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,539.00 | $3,539.00 |
|---|---|---|---|---|

**Henry Dodson**
**9449 Maltby**
**Brighton, MI 48116**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred
**5/6/2025** | Basis for the claim:
**Customer Deposits Not Refunded** |

Last 4 digits of account number **4744**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.107** | Priority creditor's name and mailing address

**Holly Thiel**
**5 W MOUNTAIN VISTA CT**
**Rancho Mirage, CA 92270**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,397.00    $3,397.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.108** | Priority creditor's name and mailing address

**Howard, Nicholas S**
**1300 Adams Ave.**
**Apt. 11N**
**Costa Mesa, CA 92626**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,307.70    $2,307.70

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.109** | Priority creditor's name and mailing address

**Internal Revenue Service**
**P.O. Box 7346**
**Philadelphia, PA 19114-7346**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00    $0.00

Date or dates debt was incurred

Basis for the claim:
**NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.110** | Priority creditor's name and mailing address

**J Chris Shortes**
**6948 FM 903**
**Celeste, TX 75423**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$78.99    $78.99

Date or dates debt was incurred
**5/29/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **5394**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Electric Bike Company, LLC** _____ Case number (if known) _____
　　　　Name

| 2.111 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,599.20 | $1,599.20 |
|---|---|---|---|---|

**Jacklyn Mitosinka**
**1150 East Orangethorpe Ave**
**Suite 101**
**Placentia, CA 92870**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.112 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,248.00 | $3,248.00 |
|---|---|---|---|---|

**Jaime Zwerling**
**614 Malibu**
**Costa Mesa, CA 92627**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.113 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $328.96 | $328.96 |
|---|---|---|---|---|

**Jaime, Cilliani**
**2514 W Edinger Ave.**
**Santa Ana, CA 92704**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.114 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,975.00 | $1,975.00 |
|---|---|---|---|---|

**James Hanson**
**73 Fowler Rd**
**Lowell, MA 01854**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.115** | Priority creditor's name and mailing address

**Jami Barlow**
**6955 East Obelisks Street**
**Boise, ID 83716**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$168.99          $168.99

Date or dates debt was incurred
**8/21/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **1990**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.116** | Priority creditor's name and mailing address

**Jane Rokus**
**16681 Flowering Plum Circle**
**Whittier, CA 90603**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,535.00          $2,535.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.117** | Priority creditor's name and mailing address

**Janet Beck**
**1000 Urlin Ave, Apt 915**
**Grandview, OH 43212**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,938.00          $1,938.00

Date or dates debt was incurred
**7/17/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6481**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

**2.118** | Priority creditor's name and mailing address

**Jannel Burke**
**14941 207th Avenue East**
**Bonney Lake, WA 98391**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,946.99          $2,946.99

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**2.119** | Priority creditor's name and mailing address

**Jason Daigle**
**221 Moonstone Street**
**Manhattan Beach, CA 90266**

Date or dates debt was incurred
**2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer Deposits**

Is the claim subject to offset?
■ No
☐ Yes

$2,794.00    $2,794.00

---

**2.120** | Priority creditor's name and mailing address

**Jason Halstead**
**19761 Gloucester Lane**
**Huntington Beach, CA 92646**

Date or dates debt was incurred

**6/18/2025**

Last 4 digits of account number **5815**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer Deposits Not Refunded**
**Total $5,135.37**
**$3,800.00 - Priority**
**$1,225.37 - Unsecured**

Is the claim subject to offset?
■ No
☐ Yes

$5,135.37    $3,800.00

---

**2.121** | Priority creditor's name and mailing address

**Jason Halstead**
**19761 Gloucester Lane**
**Huntington Beach, CA 92646**

Date or dates debt was incurred

**6/18/2025**

Last 4 digits of account number **5815**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer Deposits Not Refunded**
**Total $5,135.37**
**$3,800.00 - Priority**
**$1,225.37 - Unsecured**

Is the claim subject to offset?
■ No
☐ Yes

$1,225.37    $1,225.37

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.122 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $4,673.98 | $3,800.00 |
|---|---|---|---|---|

**Jason Little**
**11856 Monterey Road**
**Eads, TN 38028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2025**

Basis for the claim:
**Customer Deposits**
**Total $4,673.98**
**$3,800.00 - Priority**
**$873.98 - Unsecured**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.123 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,708.00 | $2,708.00 |
|---|---|---|---|---|

**Jeff Klaiber**
**716 S Catalina Ave Unit 4**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.124 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,295.21 | $2,295.21 |
|---|---|---|---|---|

**Jeff Picard**
**3733 Egret Ln**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.125 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $2,214.26 | $2,214.26 |
|---|---|---|---|---|

**Jeffrey Olson**
**75 new dawn**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/20/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6530**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
          Name

| 2.126 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $330.90 | $330.90 |
|---|---|---|---|---|
| | **Jeffreys, Parker Boyd**<br>**3409 South Main Street**<br>**Apt. D**<br>**Santa Ana, CA 92707** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Unpaid Wages and Benefits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.127 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,013.00 | $3,013.00 |
|---|---|---|---|---|
| | **Jen Brown**<br>**29 Misty Morning Drive**<br>**Hilton Head, SC 29926** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2025** | Basis for the claim:<br>**Customer Deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>8</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.128 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,235.00 | $2,235.00 |
|---|---|---|---|---|
| | **Jeremy Sweeley**<br>**2140 Reed St**<br>**Williamsport, PA 17701** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred<br>**2025** | Basis for the claim:<br>**Customer Deposits** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

| 2.129 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $513.00 | $513.00 |
|---|---|---|---|---|
| | **Jerrod Wallace**<br>**726 East D Street**<br>**Petaluma, CA 94952** | Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | | |
| | Date or dates debt was incurred | Basis for the claim:<br>**Customer Deposits Not Refunded** | | |
| | Last 4 digits of account number<br>Specify Code subsection of PRIORITY<br>unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>) | Is the claim subject to offset?<br>■ No<br>☐ Yes | | |

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____

Name

| 2.130 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,221.00 | $3,221.00 |
|---|---|---|---|---|

**Jesse Davis**
**109 Crimson Law Dr**
**Lewisville, TX 75067**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.131 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,194.00 | $2,194.00 |
|---|---|---|---|---|

**Jessica Nelson**
**327 Snohomish dr**
**La Conner, WA 98257**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.132 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,994.88 | $3,800.00 |
|---|---|---|---|---|

**Jim Miller**
**3088 State Street Unit 406**
**Carlsbad, CA 92008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**7/2/2025**

Basis for the claim:
**Customer Deposits Not Refunded**
**Total $4,994.88**
**$3,800.00 - Priority**
**$1,194.88 - Unsecured**

Last 4 digits of account number **6070**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.133 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,446.06 | $2,446.06 |
|---|---|---|---|---|

**Jodi Wiseley**
**1500 Mark Thomas Dr**
**Monterey, CA 93940**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Debtor **Electric Bike Company, LLC**
Name

Case number (if known)

---

**2.134** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,949.00 | $1,949.00

**Joe Giordani**
**2561 Westminster Avenue**
**Costa Mesa, CA 92627**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.135** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,365.00 | $2,365.00

**joe jones**
**7501 W Dillon Wash Rd**
**Prescott, AZ 86305**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.136** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,790.00 | $2,790.00

**Joel Gurga**
**2677 East El Presidio Street**
**Carson, CA 90810**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.137** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,065.00 | $3,800.00

**John Aspinwall**
**339 O'Donnell Drive**
**Dover, ID 83825**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposits Not Refunded**
**Total $5,065.00**
**$3,800.00 - Priority**
**$1,265.00 - Unsecured**

**6/7/2025**

Last 4 digits of account number **5586**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____

Name

Case number (if known) _____

| 2.138 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,267.00 | $3,267.00 |
|---|---|---|---|---|

**John Deroin**
**3695 N Gramarcy Ln.**
**Garden City, ID 83703**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.139 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,607.69 | $2,607.69 |
|---|---|---|---|---|

**John Gibson**
**7748 Lake Andrita Ave**
**San Diego, CA 92119-2524**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.140 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,027.00 | $2,027.00 |
|---|---|---|---|---|

**John Montalbano**
**953 Thompson Dr Bay Shore**
**Bay Shore, NY 11706**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.141 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,032.00 | $3,800.00 |
|---|---|---|---|---|

**John Smith**
**2903 Bent Drive**
**Loveland, CO 80538**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposits**
**Total $4,032.00**
**$3,800.00 - Priority**
**$232.00 - Unsecured**

**2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Electric Bike Company, LLC**                                    Case number (if known)
         _____
         Name

---

| 2.142 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,878.00 | $2,878.00 |
|---|---|---|---|---|

**John Waring**
**3114 Bogie Lane**
**Knoxville, TN 37918**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.143 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,246.00 | $2,246.00 |
|---|---|---|---|---|

**Jonathan Joys**
**2331 NYE ROAD**
**Nye, MT 59061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.144 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,988.00 | $2,988.00 |
|---|---|---|---|---|

**Joseph Jones**
**7501 W Dillon Wash Rd**
**Prescott, AZ 86305**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.145 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00 |
|---|---|---|---|---|

**Juliana Gomes**
**1101 Rue Rachel E**
**app 1209**
**Montr al QC H2J 2J7, Canada**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**1/30/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **3235**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.146 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,641.88 | $3,800.00 |
|---|---|---|---|---|

**Julie Currier**
**1945 Placentia ave Unit a**
**Costa Mesa, CA 92627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**5/30/2025**

Basis for the claim:
**Customer Deposits Not Refunded**
**Total $4,641.88**
**$3,800.00 - Priority**
**$841.88 - Unsecured**

Last 4 digits of account number **5434**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.147 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,730.00 | $2,730.00 |
|---|---|---|---|---|

**Julie Isaacs**
**N6690 Woodfield Lane**
**Lake Mills, WI 53551**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.148 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,413.00 | $2,413.00 |
|---|---|---|---|---|

**Karim Belkhayat**
**220 Oxford Drive**
**Tenafly, NJ 07670**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/11/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **4868**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.149 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,166.00 | $2,166.00 |
|---|---|---|---|---|

**Kathryn Lee**
**9330 Allen Road Clarkston**
**Clarkston, MI 48348**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.150** | Priority creditor's name and mailing address

**Katie Surbeck**
**2625 82nd Ave NE**
**Medina Township, WA 98039**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,363.00    $2,363.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.151** | Priority creditor's name and mailing address

**Kay Kindoop**
**10625 Drinkwater Dr**
**Denton, TX 76207-2361**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,570.00    $2,570.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.152** | Priority creditor's name and mailing address

**Kelley Edwards**
**517 Northwest Highcliffe Court**
**Lee's Summit, MO 64081**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,648.00    $2,648.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.153** | Priority creditor's name and mailing address

**Kelly Jones**
**639 Promontory Dr W**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$5,288.37    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Customer Deposits**
**Total $5,288.37**
**$3,800.00 - Priority**
**$1,488.37 - Unsecured**

**2025**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Electric Bike Company, LLC**                     Case number (if known) _____
_____
Name

| 2.154 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,300.00 | $3,300.00 |

**Kelly Kozer**
**620 Cedar St**
**Madison, WI 53715**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/4/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **5530**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.155 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,906.00 | $1,906.00 |

**Kenneth Ruester**
**2321 Elsinore Road**
**Riverside, CA 92506**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.156 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $16,136.00 | $3,800.00 |

**Kerry Clark**
**5 E 44th Street 5 A**
**Brant Beach, NJ 08008**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposits**
**Total $16,136.00**
**$3,800.00 - Priority**
**$12,336.00 - Unsecured**

**2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.157 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,224.99 | $3,224.99 |

**Kevin Conner**
**10212 Paradise Ln**
**Noblesville, IN 46062**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**2.158**

Priority creditor's name and mailing address
**Kim Duong**
**2444 College Drive**
**Costa Mesa, CA 92626**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,457.00        $2,457.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.159**

Priority creditor's name and mailing address
**Kim Duong**
**2445 College Drive**
**Costa Mesa, CA 92627**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,400.00        $2,400.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.160**

Priority creditor's name and mailing address
**Kim Sheehan**
**45584 Callesito Altar**
**Temecula, CA 92592**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$162.00        $162.00

Date or dates debt was incurred
**12/27/2024**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **2129**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.161**

Priority creditor's name and mailing address
**Kimberly Ramirez**
**17500 Adelanto rd**
**Adelanto, CA 92301**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,560.00        $3,800.00

Date or dates debt was incurred

**2025**

Basis for the claim:
**Customer Deposits**
**Total $4,560.00**
**$3,800.00 - Priority**
**$760.00 - Unsecured**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.162 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,491.32 | $2,491.32 |
|---|---|---|---|---|

**Kjordan Matheny**
**2508 Wringer Dr**
**Roseville, CA 95661-7954**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.163 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,344.00 | $2,344.00 |
|---|---|---|---|---|

**Kristophor Andreae**
**11 Navarra**
**Irvine, CA 92612**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.164 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,799.00 | $1,799.00 |
|---|---|---|---|---|

**KT Sikkema**
**623 Houseman Ave NE**
**Grand Rapids, MI 49503**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.165 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $108.99 | $108.99 |
|---|---|---|---|---|

**Larry Stotts**
**3843 S Gary Pl**
**Tulsa, OK 74105**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/21/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **5160**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Electric Bike Company, LLC**  Case number (if known)

Name

| 2.166 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,045.10 | $2,045.10 |
|---|---|---|---|---|

**Laura Silva**
**934 Junipero Drive**
**Costa Mesa, CA 92626**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.167 | Priority creditor's name and mailing address | | $2,409.00 | $2,409.00 |
|---|---|---|---|---|

**LeAnn Jolliff**
**10001 Piedmont Rd**
**Yukon, OK 73099-8484**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.168 | Priority creditor's name and mailing address | | $1,635.00 | $1,635.00 |
|---|---|---|---|---|

**Linda Garcia Rose**
**20 River Terrace 19B**
**NY, NY 10282**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/6/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **4172**

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

---

| 2.169 | Priority creditor's name and mailing address | | $3,057.49 | $3,057.49 |
|---|---|---|---|---|

**Linda Osieckl**
**3631 Samuel**
**Rochester Hills, MI 48309**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)
■ No
☐ Yes

Debtor   **Electric Bike Company, LLC**                                   Case number (if known)
_____
Name

---

| 2.170 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $268.99 | $268.99 |
|---|---|---|---|---|

**Lisa Giebelhaus**
**417 Prosper Circle**
**Mariettta, GA 30060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**4/10/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **4252**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.171 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,603.00 | $3,603.00 |
|---|---|---|---|---|

**Lisa Hallberg**
**1841 Sandalwood Drive**
**Sarasota, FL 34231**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.172 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,115.00 | $3,800.00 |
|---|---|---|---|---|

**lisa O'hara**
**5761 Keomah**
**Pahrump, NV 89061**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposits**
**Total $5,115.00**
**$3,800.00 - Priority**
**$1,315.00 - Unsecured**

**2025**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.173 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $580.16 | $580.16 |
|---|---|---|---|---|

**Lopez, Roberto**
**14160 Redhill Ave.**
**Unit 3**
**Tustin, CA 92780**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

| 2.174 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,089.99 | $2,089.99 |

**Loren Kaneshige**
**4867 Riviera Drive**
**Clinton, WA 98236**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.175 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,343.60 | $3,343.60 |

**Lupton-Smith, Sean Patrick**
**460 Catalina Drive**
**Newport Beach, CA 92663**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.176 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,990.00 | $2,990.00 |

**Maggie Symons**
**807 Alder Ave 67**
**Incline Village, NV 89451**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.177 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,683.00 | $2,683.00 |

**Marcy Browning**
**1328 N 52nd St**
**Omaha, NE 68132**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Electric Bike Company, LLC**                    Case number (if known)
Name

---

| 2.178 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,449.99 | $1,449.99 |
|---|---|---|---|---|

**Margaret Archibald**
**9017 Brickyard Road**
**Potomac, MD 20854**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**11/3/2024**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **0690**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

---

| 2.179 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,828.00 | $1,828.00 |
|---|---|---|---|---|

**Mark Blanke**
**189 Wildwood**
**Seward, NE 68434**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/1/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6055**

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.180 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,516.20 | $1,516.20 |
|---|---|---|---|---|

**Mark McNeil**
**20 13TH ST.**
**Hermosa Beach, CA 90254**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

| 2.181 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,494.50 | $1,494.50 |
|---|---|---|---|---|

**Mark McNeil**
**20 13TH ST.**
**Hermosa Beach, CA 90254**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known)

---

| 2.182 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,383.20 | $1,383.20 |
|---|---|---|---|---|

**Mark McNeil**
**20 13TH ST.**
**Hermosa Beach, CA 90254**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.183 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,948.88 | $1,948.88 |
|---|---|---|---|---|

**Mark McNeill**
**20 13th Street**
**Hermosa Beach, CA 90254**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.184 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,840.00 | $2,840.00 |
|---|---|---|---|---|

**Marla Scribneer**
**Renbar Kennels, LLC**
**05 Nanthala Ct W**
**Hertford, NC 27944**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.185 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,871.00 | $2,871.00 |
|---|---|---|---|---|

**Marsha Kleinheinz**
**3860 Linn Ranch Road**
**Wilson, WY 83014**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known)

Name

---

**2.186** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,977.21 | $1,977.21
--- | --- | --- | --- | ---

**2.186**

Priority creditor's name and mailing address

**Martha Aiden**
**508 California St**
**Huntington Beach, CA 92648**

Date or dates debt was incurred
**2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer Deposits**

Is the claim subject to offset?
☒ No
☐ Yes

$1,977.21    $1,977.21

---

**2.187**

Priority creditor's name and mailing address

**Mary Wood**
**4147 West Delap Road**
**Ellettsville, Indiana 47429-0000**

Date or dates debt was incurred
**8/24/2025**

Last 4 digits of account number **2046**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer Deposits Not Refunded**

Is the claim subject to offset?
☒ No
☐ Yes

$3,248.00    $3,248.00

---

**2.188**

Priority creditor's name and mailing address

**Mary Wood**
**238 E Church St**
**Gosport, IN 47433**

Date or dates debt was incurred
**2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer Deposits**

Is the claim subject to offset?
☒ No
☐ Yes

$2,929.00    $2,929.00

---

**2.189**

Priority creditor's name and mailing address

**Mason Hinn**
**801 N Sunrise Blvd**
**Camano Island, WA 98282**

Date or dates debt was incurred
**2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer Deposits**

Is the claim subject to offset?
☒ No
☐ Yes

$3,121.00    $3,121.00

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.190** Priority creditor's name and mailing address

**Matthew Hicks**
**20522 11th Dr SE**
**Bothell, WA 98012**

Date or dates debt was incurred
**7/5/2025**

Last 4 digits of account number **6155**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer Deposits Not Refunded**

Is the claim subject to offset?
■ No
☐ Yes

$399.00       $399.00

---

**2.191** Priority creditor's name and mailing address

**Melanie Salinas**
**2521 Windrose Drive**
**Corpus Christi, TX 78414**

Date or dates debt was incurred
**2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer Deposits**

Is the claim subject to offset?
■ No
☐ Yes

$3,318.82       $3,318.82

---

**2.192** Priority creditor's name and mailing address

**Melanie Salinas**
**2521 Windrose Dr**
**Corpus Christi, TX 78414**

Date or dates debt was incurred
**2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer Deposits**

Is the claim subject to offset?
■ No
☐ Yes

$1,446.90       $1,446.90

---

**2.193** Priority creditor's name and mailing address

**Micaela Lumpkin**
**1516 E Oceanfront**
**Newport Beach, CA 92661**

Date or dates debt was incurred
**6/2/2025**

Last 4 digits of account number **5493**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

As of the petition filing date, the claim is:
Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:
**Customer Deposits Not Refunded**

Is the claim subject to offset?
■ No
☐ Yes

$20.00       $20.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.194** | Priority creditor's name and mailing address

**Michael Ahearn**
**608 Franklin Street Southeast**
**Huntsville, AL 35801**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,057.00        $2,057.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.195** | Priority creditor's name and mailing address

**Michael Grosvenor**
**7825 Pittsford Palmyra Rd**
**Fairport, NY 14450**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,569.00        $3,800.00

Date or dates debt was incurred


**2025**

Basis for the claim:
**Customer Deposits**
**Total $4,569.00**
**$3,800.00 - Priority**
**$769.00 - Unsecured**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.196** | Priority creditor's name and mailing address

**Michael Iredale**
**2318 Wesley Avenue**
**2nd Floor**
**Ocean City, NJ 08226**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$198.99        $198.99

Date or dates debt was incurred
**7/3/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6096**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.197** | Priority creditor's name and mailing address

**Michael Kerwin**
**6600 West Howard Street**
**Fremont, IL 60714**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,896.00        $3,800.00

Date or dates debt was incurred


**2025**

Basis for the claim:
**Customer Deposits**
**Total $3,896.00**
**$3,800.00 - Priority**
**$96.00 - Unsecured**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | | |
| --- | --- | --- | --- | --- | --- |
| | Name | | | | |

---

| 2.198 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,562.43 | $2,562.43 |
| --- | --- | --- | --- | --- |

**Michael Mchugh
2507 E 16 th St
Newport Beach, CA 92663-5441**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2025** | **Customer Deposits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

☑ No
☐ Yes

---

| 2.199 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,722.92 | $1,722.92 |
| --- | --- | --- | --- | --- |

**Michael Rigino
202 Cherrybrook Ln
Irvine, CA 92618**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2025** | **Customer Deposits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

☑ No
☐ Yes

---

| 2.200 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $106.19 | $106.19 |
| --- | --- | --- | --- | --- |

**Michael Wilcox
13912 Crow Rd
Apple Valley, CA 92307**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **6/27/2025** | **Customer Deposits Not Refunded** |

Last 4 digits of account number **6016**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

☑ No
☐ Yes

---

| 2.201 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,096.00 | $2,096.00 |
| --- | --- | --- | --- | --- |

**Michel Blangy
1507 21st Street
Manhattan Beach, CA 90266**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
| --- | --- |
| **2025** | **Customer Deposits** |

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

☑ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.202**

Priority creditor's name and mailing address

**Michelle Bravo**
**7068 W Andres Peak Ct**
**Herriman, UT 84096**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,883.00    $3,800.00

Date or dates debt was incurred

**6/29/2025**

Basis for the claim:
**Customer Deposits Not Refunded**
**Total $3,883.00**
**$3,800.00 - Priority**
**$83.00 - Unsecured**

Last 4 digits of account number **6020**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.203**

Priority creditor's name and mailing address

**Mickey Adkinson**
**420 Flower St.**
**Costa Mesa, CA 92627**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,087.12    $2,087.12

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.204**

Priority creditor's name and mailing address

**Mike Davis**
**7012 Riverview Boulevard**
**Bradenton, FL 34209**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,663.00    $3,663.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.205**

Priority creditor's name and mailing address

**Mike Parks**
**DBaC Inc**
**328 E Balboa BLVD**
**Newport Beach, CA 92661**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,016.00    $2,016.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.206 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $169.00 | $169.00 |
|---|---|---|---|---|

**Mike Pilarski**
**8930 Universe Ave**
**Westminster, CA 92683**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/13/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **5703**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.207 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,140.00 | $2,140.00 |
|---|---|---|---|---|

**Mike Reitzel**
**1237 Shingle Oak Ct**
**Troy, MO 63379**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.208 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,649.00 | $1,649.00 |
|---|---|---|---|---|

**Mike Rodden**
**327 Botany Bay Pl**
**Wilmington, NC 28412**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.209 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $403.98 | $403.98 |
|---|---|---|---|---|

**Miller, Mark**
**9282 Mokihana Drive**
**Huntington Beach, CA 92646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

| 2.210 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,291.84 | $2,291.84 |
|---|---|---|---|---|

**Missael Ocampo**
**780 W. Wilson St 3**
**Costa Mesa, CA 92627**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **5/20/2025** | **Customer Deposits Not Refunded** |

Last 4 digits of account number **5149**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.211 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,500.00 | $3,800.00 |
|---|---|---|---|---|

**Mohammad Almutair**
**106 inlet way #205**
**Palm Beach, DE 33404**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Customer Deposits** |
| | **Total $5,500.00** |
| | **$3,800.00 - Priority** |
| **2025** | **$1,700.00- Unsecured** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.212 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,271.16 | $2,271.16 |
|---|---|---|---|---|

**Molly Ring**
**21 Jupiter Hills Drive**
**Newport Beach, CA 92660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2025** | **Customer Deposits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.213 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,316.00 | $2,316.00 |
|---|---|---|---|---|

**Nan McHugh**
**36 Bow Drive**
**Sardinia, OH 45171**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **6/21/2025** | **Customer Deposits Not Refunded** |

Last 4 digits of account number **5851**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Electric Bike Company, LLC**                    Case number (if known) _____

Name

| 2.214 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $439.99 | $439.99 |
|---|---|---|---|---|

**Nancy Madden**
**2740 Ski Trail Lane**
**Steamboat Springs, CO 80487**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/1/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **5474**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.215 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,696.80 | $2,696.80 |
|---|---|---|---|---|

**Natalie Stallings**
**10734 Northhampton Drive**
**Fishers, IN 46038**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.216 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,535.00 | $3,535.00 |
|---|---|---|---|---|

**Ngoc Anh Goldstein**
**26 Prospect Street**
**Melrose, MA 02176**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/23/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **5917**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

☑ No
☐ Yes

---

| 2.217 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $464.28 | $464.28 |
|---|---|---|---|---|

**Nguyen, Dillon**
**7898 15th St**
**Westminster, CA 92683-4414**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

☑ No
☐ Yes

Debtor    **Electric Bike Company, LLC**        Case number (*if known*) _____
Name

| 2.218 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,132.99 | $3,132.99 |
|---|---|---|---|---|

**Nicole Bates**
**NBates Photography**
**1786 71st Street**
**Miami Beach, FL 33141**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.219 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,714.25 | $3,714.25 |
|---|---|---|---|---|

**Nora Heninger**
**257 Ridge Ct.**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**9/2/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **2230**
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.220 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,152.00 | $3,152.00 |
|---|---|---|---|---|

**Nora Heninger**
**257 Ridge Ct**
**Rockford, IL 61107**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_7_)

Is the claim subject to offset?
☑ No
☐ Yes

---

| 2.221 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,916.67 | $3,916.67 |
|---|---|---|---|---|

**Orange County Environmental**
**Heath Division**
**P.O. Box 25400**
**Santa Ana, CA 92799**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Emergency response to December 16, 2024 fire**
**at: 1945 Placentia Avenue, Suite A**
**Costa Mesa, CA 92627**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (_8_)

Is the claim subject to offset?
☑ No
☐ Yes

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.222** | Priority creditor's name and mailing address

**Ottens, Gary**
**1000 S. Coast Drive**
**Apt. H208**
**Costa Mesa, CA 92626**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$212.05    $212.05

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

**2.223** | Priority creditor's name and mailing address

**Patricia Liotta**
**601 Madison Street Apt 103**
**Nashville, TN 37208**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$80.00    $80.00

Date or dates debt was incurred
**3/29/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **4020**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.224** | Priority creditor's name and mailing address

**Patrick Brown**
**206 Oak Mountain Circle**
**Pelham, AL 35124**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,435.90    $3,435.90

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.225** | Priority creditor's name and mailing address

**Paul Coyne**
**323 McKee Place**
**Pittsburgh, PA 15213**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,535.00    $3,535.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.226** | Priority creditor's name and mailing address

**Paul Fey**
**1328 N 52nd St**
**Omaha, NE 68132**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,950.00   $2,950.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.227** | Priority creditor's name and mailing address

**Paul Leon**
**18849 Hwy 18**
**Apple Valley, CA 92307**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,016.00   $2,016.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.228** | Priority creditor's name and mailing address

**Paul Mellinger**
**209 33rd St**
**Manhattan Beach, CA 90266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,011.70   $2,011.70

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.229** | Priority creditor's name and mailing address

**Paul Mellinger**
**209 33rd Street**
**Manhattan Beach, CA 90266**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$1,799.00   $1,799.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

| 2.230 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,082.00 | $2,082.00 |
|---|---|---|---|---|

**Paul Williams**
**9409 Copper Greens Ct SE**
**Caledonia Township, Alcona**
**County, MI 49316**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.231 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,840.00 | $3,840.00 |
|---|---|---|---|---|

**Peralta, Alan**
**24922 Muirlands Blvd. 11**
**Lake Forest, CA 92630**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.232 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,596.16 | $2,596.16 |
|---|---|---|---|---|

**Pereira, Larry**
**1777 Mitchell Avenue**
**No. 41**
**Tustin, CA 92780**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.233 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,078.00 | $2,078.00 |
|---|---|---|---|---|

**Peter Moubayed**
**1030 Philips Rd**
**Delray Beach, FL 33483**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

| 2.234 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,875.00 | $2,875.00 |
|---|---|---|---|---|

**Peter Salzer**
**323 31st Street**
**Manhattan Beach, FL 90266**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.235 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,299.00 | $2,299.00 |
|---|---|---|---|---|

**Phil Weight**
**2806 107th Place Southeast**
**Everett, WA 98208**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.236 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $99.00 | $99.00 |
|---|---|---|---|---|

**Raphaelle Baguio**
**4828 62ND ST**
**San Diego, CA 92115**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**12/9/2024**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **1787**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.237 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $598.00 | $598.00 |
|---|---|---|---|---|

**Ravi Abuvala**
**6101 Laguna Drive West**
**Miami, FL 33141**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/3/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **5506**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor **Electric Bike Company, LLC**                    Case number (if known) _____
        _____
        Name

---

| 2.238 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,386.66 | $2,386.66 |
|---|---|---|---|---|

Priority creditor's name and mailing address
**Ravi Gandhi**
**1966 Port Nelson Place**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address

| 2.239 | | | $2,173.32 | $2,173.32 |
|---|---|---|---|---|

**Richard Chaibun**
**5605 Shady Glen Pl**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address

| 2.240 | | | $2,492.00 | $2,492.00 |
|---|---|---|---|---|

**Richard Welsh**
**330 Ripon Avenue**
**Yucca Valley, CA 92284**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Priority creditor's name and mailing address

| 2.241 | | | $1,749.00 | $1,749.00 |
|---|---|---|---|---|

**Robert Beckley**
**9472 Grand Drive**
**Huntington Beach, CA 92646**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 2.242 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,419.91 | $3,800.00 |
|---|---|---|---|---|

**Robert Gage**
**16732 Brookview Ct**
**Bakersfield, CA 93314**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2025**

Basis for the claim:
**Customer Deposits**
**Total $4,219.91**
**$3,800.00 - Priority**
**$419.91 - Unsecured**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.243 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,016.00 | $2,016.00 |
|---|---|---|---|---|

**Robert Seaman**
**4210 NE 130 th cir**
**Vancouver, WA 98686**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.244 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $52.00 | $52.00 |
|---|---|---|---|---|

**Robert Vance**
**Box 661**
**North East, PA 16428**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/4/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6122**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.245 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,615.18 | $1,615.18 |
|---|---|---|---|---|

**Robert Warren**
**2049 Vista Cajon**
**Newport Beach, CA 92660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.246** Priority creditor's name and mailing address
**Robert Wyatt**
**416 39th Street**
**Newport Beach, CA 92663**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$32.00    $32.00

Date or dates debt was incurred
**8/3/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6806**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.247** Priority creditor's name and mailing address
**Robin Daffern**
**3402 Green Ave Clearlake**
**Clearlake, CA 95422**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$3,038.20    $3,038.20

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.248** Priority creditor's name and mailing address
**Ronald Jackson**
**3703 South Concord Street**
**Rogers, AR 72758**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,537.99    $2,537.99

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

**2.249** Priority creditor's name and mailing address
**Ruben Chaves**
**17441 Amy Avenue**
**Bakersfield, CA 93314**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,874.00    $3,800.00

Date or dates debt was incurred

Basis for the claim:
**Customer Deposits**
**Total $4,874.00**
**$3,800.00 - Priority**
**$1,047.00 - Unsecured**

**2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.250 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,200.00 | $3,200.00 |
|---|---|---|---|---|

**Ryan Rocca**
**29095 S Lake Shore Dr**
**Agpira HIlls, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **2025** | **Customer Deposits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.251 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $118.00 | $118.00 |
|---|---|---|---|---|

**S. Stanley Dawson**
**3029 Battersea Lane**
**Alex, VA 22309**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **7/5/2025** | **Customer Deposits Not Refunded** |

Last 4 digits of account number **6143**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.252 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $521.15 | $521.15 |
|---|---|---|---|---|

**Salazar, Cristian**
**879 Center St.**
**Apt. 7**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| | **Unpaid Wages and Benefits** |

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?

■ No
☐ Yes

---

| 2.253 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $198.99 | $198.99 |
|---|---|---|---|---|

**Sam Do**
**4828 Haven Ridge Rd.**
**Carrollton, TX 75010**

☐ Contingent
☐ Unliquidated
☐ Disputed

| Date or dates debt was incurred | Basis for the claim: |
|---|---|
| **7/2/2025** | **Customer Deposits Not Refunded** |

Last 4 digits of account number **6084**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?

■ No
☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)*

| | | |
|---|---|---|
| 2.254 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Sar Ellis Lewis**
**10630 Renton Ave S**
**Seattle, WA 98178**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,595.99    $2,595.99

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.255 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Savisaar, Jack**
**322 Alva Lane**
**Costa Mesa, CA 92627**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,343.75    $2,343.75

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>4</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.256 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Sean Osborne**
**1220 E Henry Ave**
**Tampa, FL 33604**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$59.00    $59.00

Date or dates debt was incurred
**5/17/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **<u>5089</u>**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.257 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: |

**Seth J. Dinam**
**4633 Camden Dr**
**Corona Del Mar, CA 92625**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,065.41    $3,800.00

Date or dates debt was incurred


**2025**

Basis for the claim:
**Customer Deposits**
**$4,065.41 Total Claim**
**$3,800.00 - Priority**
**$265.41 - Unsecured**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (<u>7</u>)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.258**

Priority creditor's name and mailing address
**Shelly Hasch**
**16222 S 35 th Drive**
**Phoenix, AZ 85045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,533.00**    **$2,533.00**

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.259**

Priority creditor's name and mailing address
**Skiba, Russell**
**23592 Winsong**
**Aliso Viejo, CA 92656**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$6,828.02**    **$6,828.02**

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.260**

Priority creditor's name and mailing address
**Stacy Stoutt**
**33515 Moonsail Dr**
**Dana Point, CA 92629**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$2,682.98**    **$2,682.98**

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

**2.261**

Priority creditor's name and mailing address
**Stephanie Bernard**
**512 Elder Way**
**Round Rock, TX 78664**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**$361.00**    **$361.00**

Date or dates debt was incurred
**6/30/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6053**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
☑ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.262 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,785.70 | $1,785.70 |
|---|---|---|---|---|

**Stephen Rice**
**7627 Lost Tree Road**
**Wilmington, NC 28411**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.263 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,615.18 | $1,615.18 |
|---|---|---|---|---|

**Steve HERMECKE**
**Po Box 8193**
**Galveston, TX 77553**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.264 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $358.00 | $358.00 |
|---|---|---|---|---|

**Steve Shinholser**
**795 Goliath PL**
**The Villages, FL 32162**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**6/29/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6034**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.265 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $7,226.50 | $3,800.00 |
|---|---|---|---|---|

**Steve Shinholser**
**795 Goliath PL The Villages**
**The Villages, FL 32162**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposits**
**$7,226.50 Total Claim**
**$3,800.00 - Priority**
**$3,426.50 - Unsecured**

**2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Electric Bike Company, LLC**                    Case number (if known)
_____
Name

| 2.266 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,174.00 | $3,174.00 |

**Steve Urdahl**
**17652 South Dick Drive**
**Oregon City, OR 97045**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.267 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $4,250.00 | $3,800.00 |

**Steven Davis**
**11029 North Valley Drive**
**Fountain Hills, AZ 85268**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2025**

Basis for the claim:
**Customer Deposits**
**$4,250.00 Total Claim**
**$3,800.00 - Priority**
**$450.00 - Unsecured**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.268 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $676.44 | $676.44 |

**Sugiharto, Bryan**
**12052 Acacia Ave.**
**Garden Grove, CA 92840**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.269 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,206.00 | $2,206.00 |

**Susan Scott**
**4311 Key Peninsula Hwy SW**
**Longbranch, WA 98351**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number
Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.270** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $20.00 | $20.00

**Sydnee Hofstad**
**90 Villa Point Dr.**
**Newport Beach, CA 92660**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**5/11/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **4876**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.271** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $5,022.97 | $3,800.00

**Tara Wiggins**
**683 29th Ave.**
**San Mateo, CA 94403**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposits**
**$5,022.97 Total Claim**
**$3,800.00 - Priority**
**2025**
**$1,222.97 - Unsecured**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.272** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,376.97 | $2,376.97

**Taylor**
**10441 Sunday Drive**
**Huntington Beach, CA 92646**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.273** | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $358.00 | $358.00

**Taylor Mancebo**
**1162 W Monterey Ave**
**Stockton, CA 95204**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**8/29/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6643**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known)
_____
        Name

| 2.274 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$5,410.40** | **$3,800.00** |

**Taylor Mancebo**
**848 Talavera Cir.**
**Lodi, CA 95242**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposits**
**$5,410.40 Total Claim**
**$3,800.00 - Priority**
**$1,610.40 - Unsecured**

**2025**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.275 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$375.37** | **$375.37** |

**Taylor, Dana Lea**
**324 East 20th Street**
**Costa Mesa, CA 92627**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.276 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$1,958.00** | **$1,958.00** |

**Teresa Murray**
**7650 Mitchell Dewitt Road**
**Plain City, OH 43064**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.277 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | **$2,609.00** | **$2,609.00** |

**Thomas Blankenship**
**6535 Bates Road**
**Williamsburg, FL 49690**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

Debtor   **Electric Bike Company, LLC**                                Case number (if known)
     Name

---

| 2.278 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,411.58 | $2,411.58 |

**Thomas Miller**
**36146 Firwood Ct**
**Yucaipa, CA 92399-5723**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.279 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,402.00 | $3,402.00 |

**Tim Wagner**
**24788 Hazelwood Drive**
**Nisswa, MN 56468**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| 2.280 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $388.68 | $388.68 |

**Topiwala, Anjani**
**2386 Harbor Boulevard, APT 102**
**Costa Mesa, CA 92626**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

■ No
☐ Yes

---

| 2.281 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,590.00 | $2,590.00 |

**Tory Rice**
**2183 Matthews Avenue**
**The Bronx, NY 10462**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**2.282** | Priority creditor's name and mailing address

**Travis Mitchell**
**8950 Arrow Route, 48**
**Rancho Cucamonga, CA 91730**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,280.32    $2,280.32

Date or dates debt was incurred
**4/14/2024**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **4382**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.283** | Priority creditor's name and mailing address

**Trevor Thiel**
**5 West Mountain Vista Court**
**Rancho Mirage, CA 92270**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,896.00    $3,800.00

Date or dates debt was incurred


**2025**

Basis for the claim:
**Customer Deposits**
**$4,896.00 Total Claim**
**$3,800.00 - Priority**
**$1,096.00 - Unsecured**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.284** | Priority creditor's name and mailing address

**Trish Patryla**
**21613 Bedford Way**
**Saugus, CA 91350**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$4,127.10    $3,800.00

Date or dates debt was incurred


**7/29/2025**

Basis for the claim:
**Customer Deposits Not Refunded**
**$4,127.10 Total Claim**
**$3,800.00 - Priority**
**$327.10 - Unsecured**

Last 4 digits of account number **6680**

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

**2.285** | Priority creditor's name and mailing address

**TWOP Lauren Venuto**
**420 E. 17 th Street**
**Costa Mesa, CA 92627**

As of the petition filing date, the claim is:
*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

$2,087.00    $2,087.00

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Is the claim subject to offset?

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

■ No
☐ Yes

---

Debtor **Electric Bike Company, LLC**                                    Case number (if known)
_____
Name

---

| 2.286 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,749.80 | $1,749.80 |

**Tyler Vandemark**
**TC Golf Carts**
**707 W. Blue Star Dr**
**Traverse City, MI 49685**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.287 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $0.00 | $0.00 |

**U.S. Securities and Exchange**
**Attn: Bankruptcy Counsel**
**444 South Flower Street**
**Suite 900**
**Los Angeles, CA 90071-9591**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**NOTICE PURPOSES ONLY**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (8)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.288 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,428.80 | $1,428.80 |

**venkata vamshi kontham keerthi**
**635 Baker Street, Apt B 102**
**Costa Mesa, CA 92626**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.289 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,999.00 | $1,999.00 |

**Virginia Swell**
**5400 SW Menefee Dr**
**Portland, OR 97239**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/20/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6541**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 2.290 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,187.58 | $2,187.58 |
|---|---|---|---|---|

**Vong, Cuong Hoa**
**9651 Westminister Ave.**
**Unit B**
**Garden Grove, CA 92844**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Unpaid Wages and Benefits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (4)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.291 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,339.26 | $2,339.26 |
|---|---|---|---|---|

**Wayne Barger**
**8094 Palm View Ln.**
**Riverside, CA 92508**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.292 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $1,426.60 | $1,426.60 |
|---|---|---|---|---|

**Will Skeeters**
**420 E 17th Street**
**Costa Mesa, CA 92627**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.293 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $59.00 | $59.00 |
|---|---|---|---|---|

**Willam Figley**
**PO Box 1026**
**Highland, MI 48357**

Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**7/14/2025**

Basis for the claim:
**Customer Deposits Not Refunded**

Last 4 digits of account number **6355**

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

---

| 2.294 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,798.00 | $3,798.00 |

**William Campbell**
**1420 East Witt Road**
**Blairs, VA 24527**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.295 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $6,059.90 | $3,800.00 |

**William Marvin**
**56 Rowley Lane**
**Willsboro, NY 12996**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2025**

Basis for the claim:
**Customer Deposits**
**$6,059.90 Total Claim**
**$3,800.00 - Priority**
**$2,259.90 - Unsecured**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.296 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,867.00 | $3,800.00 |

**William Messenger**
**1930 Diana Ln**
**Newport Beach, CA 92660**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

**2025**

Basis for the claim:
**Customer Deposits**
**$3,867.00 Total Claim**
**$3,800.00 - Priority**
**$67.00 - Unsecured**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| 2.297 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $2,225.23 | $2,225.23 |

**Williams Jenks**
**3304 Corpus Christi St**
**Simi Valley, CA 93063**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred
**2025**

Basis for the claim:
**Customer Deposits**

Last 4 digits of account number

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

Is the claim subject to offset?
■ No
☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 2.298 | Priority creditor's name and mailing address | As of the petition filing date, the claim is: | $3,975.00 | $3,800.00 |
|---|---|---|---|---|

**Zachary Weaver**
**9214 Lorrich Drive**
**Mentor, OH 44060**

*Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date or dates debt was incurred

Basis for the claim:
**Customer Deposits**
**$3,975.00 Total Claim**
**$3,800.00 - Priority**
**2025**
**$175.00 - Unsecured**

Last 4 digits of account number

Is the claim subject to offset?
■ No
☐ Yes

Specify Code subsection of PRIORITY
unsecured claim: 11 U.S.C. § 507(a) (7)

---

## Part 2:    List All Creditors with NONPRIORITY Unsecured Claims

**3.  List in alphabetical order all of the creditors with nonpriority unsecured claims.** If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

| | | Amount of claim |
|---|---|---|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $22,159.00 |
|---|---|---|---|

**126 Properties LLC/John Morehart**
**Attn: Marta Tena**
**1001 W 17th Street**
**Suite A1**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **August 2025 rent for Real Property Lease:**
**1630 Superior Avenue, Suites C&D, Costa Meas, CA**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $1,876.95 |
|---|---|---|---|

**ADM Technology Consulting**
**Attn: Adam**
**751 S. Weir Canyon Road**
**#157-549**
**Anheim, CA 92808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Full Service Monthly Retainer $1125.00 per month**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $877.14 |
|---|---|---|---|

**Alan Peralta**
**24922 Muirlandds Boulevard**
**No. 11**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Trade Debt**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check that all apply.* | $17,000.00 |
|---|---|---|---|

**Alta Media Partners, LLC**
**Attn: Ben Trevizo**
**2043 Westcliff Drive**
**Suite  304**
**Newport Beach, CA 92660**

■ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Basis for the claim:  **Lawsuit Pending:**
**Alta Medial Partners LLC v. Electric Bike Company, LLC**
**OCSC Case No. 30-2025-01475585-CL-CL-CJC**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$285,000.00**

**American Express**
**Attn: Corporate Officer**
**P.O. Box 96001**
**Los Angeles, CA 90096-8000**

☐ Contingent
☐ Unliquidated
■ Disputed

Date(s) debt was incurred __

Last 4 digits of account number  **4008,2002**

Basis for the claim:  **Business Operation**
**Lawsuit filed:**
**OCSC (Fullerton); Case No. 30-2025-01490314-CU-CL-NJC**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$660.00**

**Ancon**
**10571 Los Alamitos Blvd**
**Los Alamitos, CA 90720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.7** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$893.00**

**Angel Morales**
**6869 Torch Key Street**
**Greenacres, FL 33467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**
**Total $4,693.00**
**$3,800.00 - Priority**
**$893.00 - Unsecured**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.8** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$6,300.00**

**Annie Hawkes**
**655 W 300 North**
**Provo, UT 84601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt / Integral**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,500.00**

**Associates Material Handling**
**A Bell Organization Ltd. Co.**
**Attn: Corporate Officer**
**P.O. Box 4245**
**Valley Village, CA 91617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$20,000.00**

**AVNU Corporation DMHC Inc.**
**Attn: Corporate Office**
**1773 W San Bernardino**
**Unit E70**
**West Covina, CA 91790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.11** | Nonpriority creditor's name and mailing address

**Bay Bridge Administratore, LLC**
**P.O. Box 161690**
**Austin, TX 78716**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

**$1,509.84**

---

**3.12** | Nonpriority creditor's name and mailing address

**Ben Hill**
**437 INTERLACHEN CT**
**DeBary, FL 32713**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**
**Total $4,506.00**
**$3,800.00 - Priority**
**$706.00 - Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$706.00**

---

**3.13** | Nonpriority creditor's name and mailing address

**Bike Exchange**
**aka Kitzuma**
**829 Riverside Drive**
**Suite 125**
**Asheville, NC 28801**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt / Integral**

Is the claim subject to offset? ■ No  ☐ Yes

**$25,535.23**

---

**3.14** | Nonpriority creditor's name and mailing address

**Bluesky Energy LLC**
**1351 Orizaba Avenue**
**Long Beach, CA 90804**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt / Integral**

Is the claim subject to offset? ■ No  ☐ Yes

**$4,000.00**

---

**3.15** | Nonpriority creditor's name and mailing address

**Brain Tree/Pal Pays**
**2211 N. 1st Street**
**San Jose, CA 95131**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Payment Processing**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,286.50**

---

**3.16** | Nonpriority creditor's name and mailing address

**carlos Nunez**
**38151 Valor Place**
**Palmdale, Ca 93550**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**
**Total $4,573.05**
**$3,800.00 - Priority**
**$773.05 - Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$773.05**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.17**

**Nonpriority creditor's name and mailing address**

**Caroline Dylag**
**107 Parade Street Apt 2**
**Providence, RI 02909**

Date(s) debt was incurred  **5/16/2025**

Last 4 digits of account number  **5076**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits Not Refunded**
**Total $4,453.00**
**$3,800.00 - Priority**
**$653.00 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$653.00**

---

**3.18**

**Nonpriority creditor's name and mailing address**

**Chris Boone**
**GoCar Tours 791 Foam Street**
**Monterey, CA 93940**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**
**Total $5,999.60**
**$3,800.00 - Priority**
**$2,199.60 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$2,199.60**

---

**3.19**

**Nonpriority creditor's name and mailing address**

**City of Anaheim**
**P.O. Box 3222**
**Anaheim, CA 92803**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Emergency response to December 16, 2024 fire at:**
**1945 Placentia Avenue, Suite A**
**Costa Mesa, CA 92627**

Is the claim subject to offset? ■ No ☐ Yes

**$2,901.67**

---

**3.20**

**Nonpriority creditor's name and mailing address**

**City of Costa Mesa**
**77 Fair Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: _

Is the claim subject to offset? ■ No ☐ Yes

**$795.54**

---

**3.21**

**Nonpriority creditor's name and mailing address**

**Clifford Bruder**
**8601 NORMANDY WAY**
**Argyle, TX 76226**

Date(s) debt was incurred  **5/28/2025**

Last 4 digits of account number  **5401**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits Not Refunded**
**Customer Deposits**
**Total $7,142.00**
**$3,800.00 - Priority**
**$3,342.00 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$3,342.00**

---

**3.22**

**Nonpriority creditor's name and mailing address**

**Corfield Feld, LLP**
**Attn: Mike Corfield**
**30320 Rancho Viejo Road**
**Suite 101**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred _

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Legal Services**

Is the claim subject to offset? ■ No ☐ Yes

**$18,507.01**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.23** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$55,639.00**

**Credit Control, LLC**
**Attn: Corporate Officer**
**3300 Rider Train South**
**Suite 500**
**Earth City, MO 63045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  PPB Visa**

Last 4 digits of account number  **3239**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.24** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$8,460.74**

**Daylight Transport LLC**
**Attn: Diane Hernandez**
**PO Box 516516**
**Los Angeles, CA 90074-4678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **0446**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.25** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$47,974.03**

**DHL Express - USA**
**Attn Reva Booker**
**16855 Northchase Drive**
**Suite 400**
**Houston, TX 77060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **4686**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.26** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$826.00**

**DMV Renewal**
**PO Box 942897**
**Sacramento, CA 94297-0897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

**Basis for the claim:  Car Registration**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$979.00**

**Eric Eastman**
**452 W Taylor Run Pkwy**
**Alexandria, VA 22314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Customer Deposits**
**Total $4,779.00**
**$3,800.00 - Priority**
**$979.00 - Unsecured**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$1,287.00**

**Errol Ryland**
**4163 E Ronald St**
**Gilbert, AZ 85295-0236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Customer Deposits**
**Total $5,087.00**
**$3,800.00 - Priority**
**$1,287.00 - Unsecured**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.29** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$43,000.00**

**Estes Express Lines**
**c/o Law Offices of Seaton & Husk LP**
**Attn: Jeffrey Cox, Eq.**
**2240 Gallows Road**
**Vienna, VA 22180**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  2892**

Basis for the claim:  **Loan**
**Lawsuit;  Estes Express Lines v. Electric Bike Company, LLC, Case**
**No. CL-2005-0014217**
**Circuit Court of Fairfax County, Virgina**
**Confession of Judgment Entered**
**9/23/2025**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$6,653.87**

**Federal Express**
**Attn: Accounts Receivable**
**PO Box 7221**
**Pasadena, CA 91109-7321**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  6311**

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$14,083.20**

**First Insurance Funding**
**Attn: Chris Hildreth**
**450 Skokie Blvd**
**Suite 1000**
**Northbrook, IL 60062-7917**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  8409**

Basis for the claim:  **General and D&O Insurance**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$55,555.56**

**Forward Financing - Loan 1**
**Attn: Nicholas Giardina**
**53 State Street**
**20th Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  oan1**

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.33** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$58,000.00**

**Forward Financing - Loan 2**
**Attn: Nicholas Giardina**
**53 State Street**
**20th Floor**
**Boston, MA 02109**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _

**Last 4 digits of account number  oan2**

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.34** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$602.00**

**Gerald Norris**
**4415 Crosby Cedar Bayou Rd**
**Baytown, TX 77521-7405**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Last 4 digits of account number** _

Basis for the claim:  **Customer Deposits**
**Total $4,402.00**
**$3,800.00 - Priority**
**$602.00 - Unsecured**

Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.35 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$10,000.00** |
|------|---|---|---|

**Gerardo Garcilazo**
**2073 Monrovia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Purchase Product Claim**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.36 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$16,000.00** |
|------|---|---|---|

**Golden Wings Logistics**
**Attn: Felice /Robert**
**NEED ADDRESS**
**Hong Kong**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.37 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$2,596.95** |
|------|---|---|---|

**Google Advertising**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt / Integral**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.38 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$8,000.00** |
|------|---|---|---|

**Google LLC**
**1600 Amphitheatre Parkway**
**Mountain View, CA 94043**

Date(s) debt was incurred  _

Last 4 digits of account number  **0021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Google Ads**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.39 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$248,611.26** |
|------|---|---|---|

**Great Rising Int'l Co./Jedan**
**Attn: Ula Wheel-Well**
**224 Chung Cheng Road**
**Taichung City**
**Taiwan ROC**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.40 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$700.00** |
|------|---|---|---|

**Greg Maga**
**8026 Sandowne**
**Huntersville, NC 28078**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Vendor for CAD Work / Integral**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.41 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,069.63** |
|------|---|---|---|

**Haulistics**
**P.O. Boc 778724**
**Chicago, IL 60677**

Date(s) debt was incurred  _

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                              Case number (if known) _____
         Name

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $26,397.00 |

**Hidden Pond Resort**
**354 Goose Rocks Road**
**Kennebunkport, ME 04046**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $89,256.56 |

**Holland and Hart**
**P.O. Box 17283**
**Denver, CO 80217-0283**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Legal Fees / Integral**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $69,108.99 |

**International Link Logistics**
**Attn: Carlos Moreno**
**2524 Elden Ave.**
**Unit J**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $3,500.00 |

**J&B Importers Inc.**
**Attn: Corporate Officer**
**PO Box 281528**
**Atlanta, GA 30384-1528**

Date(s) debt was incurred __

Last 4 digits of account number **0551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $20,062.88 |

**Jack Savisaar**
**322 Alva Lane**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Service on vehicles.**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.47 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $873.98 |

**Jason Little**
**11856 Monterey Road**
**Eads, TN 38028**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**
**Total $4,673.98**
**$3,800.00 - Priority**
**$873.98 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.48 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,194.88** |
|---|---|---|---|

**Jim Miller**
**3088 State Street Unit 406**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **7/2/2025**

Basis for the claim:  **Customer Deposits Not Refunded**
**Total $4,994.88**
Last 4 digits of account number  **6070**       **$3,800.00 - Priority**
**$1,194.88 - Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.49 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,265.00** |
|---|---|---|---|

**John Aspinwall**
**339 O'Donnell Drive**
**Dover, ID 83825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **6/7/2025**

Basis for the claim:  **Customer Deposits Not Refunded**
**Total $5,065.00**
Last 4 digits of account number  **5586**       **$3,800.00 - Priority**
**$1,265.00 - Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.50 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$232.00** |
|---|---|---|---|

**John Smith**
**2903 Bent Drive**
**Loveland, CO 80538**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Customer Deposits**
**Total $4,032.00**
Last 4 digits of account number  _       **$3,800.00 - Priority**
**$232.00 - Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.51 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$841.88** |
|---|---|---|---|

**Julie Currier**
**1945 Placentia ave Unit a**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/30/2025**

Basis for the claim:  **Customer Deposits Not Refunded**
**Total $4,641.88**
Last 4 digits of account number  **5434**       **$3,800.00 - Priority**
**$841.88 - Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.52 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,488.27** |
|---|---|---|---|

**Kelly Jones**
**639 Promontory Dr W**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Customer Deposits**
**Total $5,288.37**
Last 4 digits of account number  _       **$3,800.00 - Priority**
**$1,488.37 - Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.53**

**Nonpriority creditor's name and mailing address**

**Kerry Clark**
**5 E 44th Street 5 A**
**Brant Beach, NJ 08008**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**
**Total $16,136.00**
**$3,800.00 - Priority**
**$12,336.00 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$12,336.00**

---

**3.54**

**Nonpriority creditor's name and mailing address**

**Kimberly Ramirez**
**17500 Adelanto rd**
**Adelanto, CA 92301**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**
**Total $4,560.00**
**$3,800.00 - Priority**
**$760.00 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$760.00**

---

**3.55**

**Nonpriority creditor's name and mailing address**

**Laura Belmar**
**40 Mauricet Lane**
**Asheville, NC 28806**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Integral Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$2,849.41**

---

**3.56**

**Nonpriority creditor's name and mailing address**

**lisa O'hara**
**5761 Keomah**
**Pahrump, NV 89061**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**
**Total $5,115.00**
**$3,800.00 - Priority**
**$1,315.00 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$1,315.00**

---

**3.57**

**Nonpriority creditor's name and mailing address**

**Lukei Consulting, Inc.**
**Attn: Shannon Lukei**
**460 Catalina Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Consulting Services**

Is the claim subject to offset? ■ No ☐ Yes

**$1,200.00**

---

**3.58**

**Nonpriority creditor's name and mailing address**

**Maverick Brands LLC**
**32 Laurens Street**
**Unit 3205**
**Charleston, SC 29401**

Date(s) debt was incurred __

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt/Integral**

Is the claim subject to offset? ■ No ☐ Yes

**$25,360.45**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.59** | **Nonpriority creditor's name and mailing address**
**Mercury Disposal**
**2630 Walnut Ave**
**Ste E**
**Tustin, CA 92780**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,118.60**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address**
**Michael Grosvenor**
**7825 Pittsford Palmyra Rd**
**Fairport, NY 14450**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$769.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposits**
**Total $4,569.00**
**$3,800.00 - Priority**
**$769.00 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.61** | **Nonpriority creditor's name and mailing address**
**Michael Kerwin**
**6600 West Howard Street**
**Fremont, IL 60714**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$96.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposits**
**Total $3,896.00**
**$3,800.00 - Priority**
**$96.00 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.62** | **Nonpriority creditor's name and mailing address**
**Michelle Bravo**
**7068 W Andres Peak Ct**
**Herriman, UT 84096**

Date(s) debt was incurred  **6/29/2025**

Last 4 digits of account number  **6020**

As of the petition filing date, the claim is: *Check all that apply.*    **$83.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposits Not Refunded**
**Total $3,883.00**
**$3,800.00 - Priority**
**$83.00 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.63** | **Nonpriority creditor's name and mailing address**
**Miguel Andres**
**c/o Benjamin Cochran**
**Lawyers for Employee etc Rights**
**3500 W. Olive Ave, 3rd Floor**
**Burbank, CA 91505**

Date(s) debt was incurred  **3/24/2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

■ Contingent
☐ Unliquidated
■ Disputed

**Basis for the claim:  Possible Employee Claim**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.64** | **Nonpriority creditor's name and mailing address**
**Mohammad Almutair**
**106 inlet way #205**
**Palm Beach, DE 33404**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$1,700.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Customer Deposits**
**Total $5,500.00**
**$3,800.00 - Priority**
**$1,700.00- Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.65**

**Nonpriority creditor's name and mailing address**
**MP Group**
**Attn: Richard Long**
**8 Chestnut Drive**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$38,629.01**

---

**3.66**

**Nonpriority creditor's name and mailing address**
**Mycelium Marketing**
**Attn: Kevin Park**
**PO Box 1411**
**Comox PSA**
**Comox BC V9M 729 Canada**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$11,358.76**

---

**3.67**

**Nonpriority creditor's name and mailing address**
**Newco Capital Group - Loan 1**
**Attn: Mike Chet**
**333 W. Commercial Street**
**Suite 324**
**East Rochester, NY 14445**

Date(s) debt was incurred __

Last 4 digits of account number  **oan1**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**
**Lawsuit Pending:**
**NewCo Capital v. Electric Bike Company**
**Supreme Court, State of New York**
**County of Clinton**
**Case No. 2025-00024780**

Is the claim subject to offset? ☐ No  ☐ Yes

**$120,547.95**

---

**3.68**

**Nonpriority creditor's name and mailing address**
**Newco Capital Group - Loan 2**
**Attn: Mike Chet**
**333 W. Commercial Street**
**Suite 324**
**East Rochester, NY 14445**

Date(s) debt was incurred __

Last 4 digits of account number  **oan2**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**
**Lawsuit Pending:**
**NewCo Capital v. Electric Bike Company**
**Supreme Court, State of New York**
**County of Clinton**
**Case No. 2025-00024780**

Is the claim subject to offset? ☐ No  ☐ Yes

**$80,000.00**

---

**3.69**

**Nonpriority creditor's name and mailing address**
**Ocean Business Park, LLC**
**Attn: Luz Hernandez**
**3636 Birch Street**
**Suite 250**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **Lease End 9/30/2027**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
■ Disputed

Basis for the claim:  **Real Property Lease of 1945 Placentia Avenue,**
**Building A, Costa Mesa, CA 92627**
**Premises vacated on 8/4/2025**
**($45,000 security deposit on account)**

Is the claim subject to offset? ☐ No  ■ Yes

**$45,173.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.70** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$5,568.38**

**Old Dominion Freight Line**
**Attn: Deborah Haynes**
**PO Box 742296**
**Los Angeles, CA 90074-2296**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number  **4687**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.71** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,286.60**

**Otis The Dude**
**1818 Playa Riviera**
**Cardiff, CA 92007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.72** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,705.44**

**Palm Beach Ebikes**
**510 Evernia Street Unit B**
**West Palm Beach, FL 33401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Customer Deposits**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.73** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$6,977.30**

**Pedego Hamptton**
**888 Lafayette Rd**
**Hampton, NH 03842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **5/15/2025**

**Basis for the claim:  Customer Deposits Not Refunded**

Last 4 digits of account number  **5043**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$1,691.22**

**Pedego LLC**
**Attn: Larry Pizzi**
**11230 Grace Avenue**
**Unit B**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Trade Debt**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.75** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$100,000.00**

**Pejeco LLC**
**Attn: Paul Freedman**
**449 50th Street**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Loan**

Last 4 digits of account number  **oan1**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.76** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Pejeco LLC**
**Attn: Paul Freedman**
**50th Street**
**Oakland, CA 94609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

**Basis for the claim:  Business Loan**

Last 4 digits of account number  **oan2**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.77**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,127.17** |
|---|---|---|
| **Penske Truck Rental**<br>**2624 Newport Boulevard**<br>**Costa Mesa, CA 92627** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.78**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$1,576.96** |
|---|---|---|
| **Quality Bicycle Products**<br>**Attn: Corporate Officer**<br>**NW 6394**<br>**PO Box 1450**<br>**Minneapolis, MN 55485-6394** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| Last 4 digits of account number **7793** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.79**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$70,791.43** |
|---|---|---|
| **R&L Carriers 16470**<br>**Credit & Collections**<br>**Attn: Natalie Saravia**<br>**600 Gillam Road**<br>**Wilmington, OH 45177** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt**<br>**Freight/delivery to clients** | |
| Last 4 digits of account number **6470** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.80**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$8,369.48** |
|---|---|---|
| **Rafaga Mobility**<br>**245 Lomas de Chapultepec**<br>**VII Seccion Miguel Hidalgo**<br>**Ciudad de Mexico**<br>**MEXICO** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt / Integral** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.81**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$31,000.00** |
|---|---|---|
| **Ramp**<br>**Attn: Sam Kellard**<br>**28 West 23rd Street**<br>**Floor 2**<br>**New York, NY 10010** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Credit Line** | |
| Last 4 digits of account number **7811** | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.82**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$7,525.00** |
|---|---|---|
| **Realonomics Corp Trust**<br>**Attn: Christine DeNicola**<br>**2816 E. Coast Highway**<br>**Suite 1**<br>**Corona Del Mar, CA 92625** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred _ | Basis for the claim: **Trade Debt** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.83 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Richard B. Gerdts, CPA**
**4910 Campus Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **CPA Services**
**Notice Purposes Only**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.84 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$3,376.60** |
|---|---|---|---|

**Ride Oside**
**306 N. Cleveland St**
**Oceanside, CA 92054**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.85 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$4,040.42** |
|---|---|---|---|

**RoadRunner**
**Attn: Collections**
**PO Box 74857**
**Chicago, IL 60694**

Date(s) debt was incurred _

Last 4 digits of account number  **1033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.86 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$2,431.58** |
|---|---|---|---|

**Robert Anderson**
**4073 Rovoli**
**Newport Beach, CA 92660**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **General Bulding Maintenance**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.87 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$419.91** |
|---|---|---|---|

**Robert Gage**
**16732 Brookview Ct**
**Bakersfield, CA 93314**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**
**Total $4,219.91**
**$3,800.00 - Priority**
**$419.91 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.88 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$25,000.00** |
|---|---|---|---|

**Rohit Gupta**
**3 Cambridge Court**
**Larchmont, NY 10538**

Date(s) debt was incurred _

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.89**

**Nonpriority creditor's name and mailing address**

**Ruben Chaves**
**17441 Amy Avenue**
**Bakersfield, CA 93314**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**
**Total $4,874.00**
**$3,800.00 - Priority**
**$1,047.00 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$1,047.00**

---

**3.90**

**Nonpriority creditor's name and mailing address**

**Sean Lupton-Smith**
**460 Catalina Drive**
**Newport Beach, CA 92663-4129**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Loan to Business - Cynosure Settlement**

Is the claim subject to offset? ■ No ☐ Yes

**$1,275,000.00**

---

**3.91**

**Nonpriority creditor's name and mailing address**

**Sean Lupton-Smith**
**460 Catalina Drive**
**Newport Beach, CA 92663-4129**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Unpaid Salary**

Is the claim subject to offset? ■ No ☐ Yes

**$800,000.00**

---

**3.92**

**Nonpriority creditor's name and mailing address**

**Seth J. Dinam**
**4633 Camden Dr**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**
**$4,065.41 Total Claim**
**$3,800.00 - Priority**
**$265.41 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

**$265.41**

---

**3.93**

**Nonpriority creditor's name and mailing address**

**Sherwin-Williams**
**Attn: Brent / Jimmy**
**PO Box 744678**
**Los Angeles, CA 90074-4678**

Date(s) debt was incurred __

Last 4 digits of account number **8746**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

**$3,046.33**

---

**3.94**

**Nonpriority creditor's name and mailing address**

**Shifl**
**343 Spook Rock Road**
**Suffern, NY 10901**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt / Integral**

Is the claim subject to offset? ■ No ☐ Yes

**$4,202.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.95**

Nonpriority creditor's name and mailing address
**Shopify**
**151 O'Connor Street**
**Ground Floor**
**Ottawa, ON K2P 2L8**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Trade Debt / Integral**

Is the claim subject to offset? ■ No  ☐ Yes

**$389.51**

---

**3.96**

Nonpriority creditor's name and mailing address
**Shopify Capital**
**Web Bank**
**151 O'Connor Street, Ground Floor**
**Ottawa, ON K2P 2L8, ON**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Integral Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$59,082.65**

---

**3.97**

Nonpriority creditor's name and mailing address
**Shopify Capital Loan**
**148 Lafayette Street**
**New York, NY 10013-3115**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$21,351.61**

---

**3.98**

Nonpriority creditor's name and mailing address
**SoCal Edison**
**Attn: Accounts Receivable**
**PO Box 300**
**Rosemead, CA 91772-0002**

Date(s) debt was incurred __

Last 4 digits of account number  **2680**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Utilities**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,371.84**

---

**3.99**

Nonpriority creditor's name and mailing address
**Square Funding Cali**
**Attn: Schneur Berkowitz**
**90 E. Halsey Road**
**Parsippany, NJ 07054**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Business Loan**

Is the claim subject to offset? ■ No  ☐ Yes

**$100,000.00**

---

**3.100**

Nonpriority creditor's name and mailing address
**Stentam Tamaddon, LLC**
**200 E Van Buren St.**
**Suite 600, Floor 6**
**Phoenix, AZ 85004**

Date(s) debt was incurred __

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

■ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **ERC Collection Contract**

Is the claim subject to offset? ■ No  ☐ Yes

**Unknown**

---

**3.101**

Nonpriority creditor's name and mailing address
**Steve Shinholser**
**795 Goliath PL The Villages**
**The Villages, FL 32162**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Customer Deposits**
**$7,226.50 Total Claim**
**$3,800.00 - Priority**
**$3,426.50 - Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$3,426.50**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.102** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$450.00**

**Steven Davis**
**11029 North Valley Drive**
**Fountain Hills, AZ 85268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**
**$4,250.00 Total Claim**
**$3,800.00 - Priority**
**$450.00 - Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.103** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,000.00**

**Tall Happy TV**
**Attn:  Corporate Officer**
**12751 Millennium**
**Apt.226**
**Los Angeles, CA 90094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __

Last 4 digits of account number __

Basis for the claim:  **Trade Debt**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,222.97**

**Tara Wiggins**
**683 29th Ave.**
**San Mateo, CA 94403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**
**$5,022.97 Total Claim**
**$3,800.00 - Priority**
**$1,222.97 - Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.105** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,610.40**

**Taylor Mancebo**
**848 Talavera Cir.**
**Lodi, CA 95242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**
**$5,410.40 Total Claim**
**$3,800.00 - Priority**
**$1,610.40 - Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.106** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$4,053.00**

**Tip Plus-Joel Gurga**
**2677 E El Presidio St**
**Long Beach, CA 90810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.107** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$1,096.00**

**Trevor Thiel**
**5 West Mountain Vista Court**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

Basis for the claim:  **Customer Deposits**
**$4,896.00 Total Claim**
**$3,800.00 - Priority**
**$1,096.00 - Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.108** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$327.10**

**Trish Patryla**
**21613 Bedford Way**
**Saugus, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **7/29/2025**

Last 4 digits of account number **6680**

Basis for the claim: **Customer Deposits Not Refunded**
**$4,127.10 Total Claim**
**$3,800.00 - Priority**
**$327.10 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Twitter Inc. (X)**
**Attn: Accounts Receivable**
**1355 Market Street**
**Suite900**
**San Francisco, CA 94103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number _

Basis for the claim: **NOTICE PURPOSES ONLY**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.110** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,736.77**

**Uline**
**Attn:  Accounts Receivable**
**PO Box 88741**
**Chicago, IL 60680-1741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **7220**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.111** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$95,185.52**

**UPS**
**Attn: Radhika Bengeri**
**P.O. Box 650116**
**Dallas, TX 75265-0116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **FE41**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.112** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$3,318.84**

**UPS Supply Clain Solutions Inc.**
**Attn:  Acounts Receivable**
**28013 Network Place**
**Chicago, IL 60673-1280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **1EY3**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$4,415.25**

**Urban Iki**
**Attn: Aron Scheppink**
**OGK Europe B.V. Rudolf Dieselstraat**
**15 7442 Drive**
**Nijverdal, The Netherlands**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred _

Last 4 digits of account number **5350**

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$13,959.47**

**Vela Insurance Services**
**Attn: Erin Beck**
**Po Box 639834**
**Cincinnati, OH 45263-9834**

Date(s) debt was incurred __

Last 4 digits of account number **5149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Insurance Premiums**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,546.91**

**Ware Disposal**
**Attn: Accounts Receivable**
**1035 East 4th Street**
**Santa Ana, CA 92701**

Date(s) debt was incurred __

Last 4 digits of account number **0292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Utilities**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$1,572.21**

**Wex Bank**
**P.O. Box 4337**
**Carol Stream, IL 60197-4337**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**
**Gasoline for Vehicles.**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.117** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$2,259.90**

**William Marvin**
**56 Rowley Lane**
**Willsboro, NY 12996**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**
**$6,059.90 Total Claim**
**$3,800.00 - Priority**
**$2,259.90 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.118** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$67.00**

**William Messenger**
**1930 Diana Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**
**$3,867.00 Total Claim**
**$3,800.00 - Priority**
**$67.00 - Unsecured**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.119** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$50,000.00**

**Wuxing Group**
**Jiande Wuxing Bicycle Co Ltd**
**Meicheng Industry District**
**Jean de City**
**Zhejiang, CHINA**

Date(s) debt was incurred __

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.120** | Nonpriority creditor's name and mailing address
XPO Logistics Freight Inc.
Attn: Aishwarya Rathod
29559 Network Place
Chicago, IL 60673-1559

Date(s) debt was incurred _

Last 4 digits of account number **1001**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Trade Debt**

Is the claim subject to offset? ☐ No  ☐ Yes

**$64,229.00**

---

**3.121** | Nonpriority creditor's name and mailing address
Zachary Weaver
9214 Lorrich Drive
Mentor, OH 44060

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Customer Deposits**
**$3,975.00 Total Claim**
**$3,800.00 - Priority**
**$175.00 - Unsecured**

Is the claim subject to offset? ■ No  ☐ Yes

**$175.00**

---

**Part 3:** List Others to Be Notified About Unsecured Claims

**4.** List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|
| **4.1** Derek Kaczmarek<br>Kaczmarek & Jojola, PLLC<br>10229 N. 92nd St<br>Suite 103<br>Scottsdale, AZ 85258 | Line **3.100**<br><br>☐ Not listed. Explain _____ | _ |
| **4.2** Estes Express Lines<br>P.O. Box 25612<br>Richmond, VA 23260 | Line **3.29**<br><br>☐ Not listed. Explain _____ | _ |
| **4.3** James Benedetto<br>Benedetto Law Group<br>2372 Morse Avenue<br>Irvine, CA 92614 | Line **3.5**<br><br>☐ Not listed. Explain _____ | **Attys for Sean Lupton-Smith** |
| **4.4** Kevin Levian Esq.<br>Levian Law<br>1535 La Cienega Blvd.<br>Los Angeles, CA 90035 | Line **3.35**<br><br>☐ Not listed. Explain _____ | _ |
| **4.5** Melony G. Anderson<br>Zwicker & Associates<br>700 N Brand Blvd., Ste 330<br>Glendale, CA 91202-4000 | Line **3.5**<br><br>☐ Not listed. Explain _____ | **Attys for American Express Nat** |
| **4.6** Michael Johnson<br>Piefarski Law PLLC<br>17 State Steet<br>Suite 1800<br>New York, NY 10004 | Line **3.67**<br><br>☐ Not listed. Explain _____ | **Attys for NewCo Capital Group** |

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| | Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|---|
| 4.7 | **Michael Johnson**<br>**Piefarski Law PLLC**<br>**17 State Steet**<br>**Suite 1800**<br>**New York, NY 10004** | Line **3.68**<br><br>☐ Not listed. Explain ____ | **Attys for NewCo Capital** |
| 4.8 | **Philip Landsman, Esq.**<br>**Law Offices of Philip Landsman**<br>**5776 Lindero Canyon Rd**<br>**Suite D666**<br>**Thousand Oaks, CA 91362** | Line **3.4**<br><br>☐ Not listed. Explain ____ | _ |
| 4.9 | **Stephanie Foster**<br>**SSL Law Firm LLP**<br>**1 Post Street**<br>**Suite 2100**<br>**San Francisco, CA 94104** | Line **3.69**<br><br>☐ Not listed. Explain ____ | **Atty for Ocean Business Park** |

**Part 4:**    **Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 710,204.65 |
| **5b. Total claims from Part 2** | 5b. + | $ 4,430,327.07 |
| **5c. Total of Parts 1 and 2**<br>Lines 5a + 5b = 5c. | 5c. | $ 5,140,531.72 |