**Fill in this information to identify the case:**

Debtor name __**Electric Bike Company, LLC**__

United States Bankruptcy Court for the: __CENTRAL DISTRICT OF CALIFORNIA__

Case number (if known) _____

☐ Check if this is an amended filing

Official Form 206E/F

# Schedule E/F: Creditors Who Have Unsecured Claims                12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims. List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and 2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

## Part 1:   List All Creditors with PRIORITY Unsecured Claims

1.  **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

■ No. Go to Part 2.

☐ Yes. Go to line 2.

## Part 2:   List All Creditors with NONPRIORITY Unsecured Claims

3.  List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|---|---|---|
| **3.1** Nonpriority creditor's name and mailing address<br>**9 Coleman-Harvey**<br>**526 Allen Rd NE**<br>**Atlanta, GA 30324**<br>Date(s) debt was incurred __2025__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Warranty__<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| **3.2** Nonpriority creditor's name and mailing address<br>**A HOME**<br>**39 Conservancy**<br>**Irvine, CA 92618**<br>Date(s) debt was incurred __2024__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Warranty__<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| **3.3** Nonpriority creditor's name and mailing address<br>**A-1 Bicycles Onorato**<br>**726 Arnold Ave**<br>**Point Pleasant Beach, NJ 08742**<br>Date(s) debt was incurred __2024__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Warranty__<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| **3.4** Nonpriority creditor's name and mailing address<br>**A. Jensen**<br>**98 Weston St**<br>**Waltham, MA 02453-7755**<br>Date(s) debt was incurred __2023__<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br>Basis for the claim: __Warranty__<br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
---

**A. Leslie Shein**
**1 Arrowood lane**
**Fairfax, CA 94930**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**A.Arlene Bronson**
**8383 158th Ave NE**
**Redmond, WA 98052**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**A.G. Breitenstein**
**16 Pilgrims Path**
**Truro, MA 02652-0426**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**a1a 0utdoor**
**6811 n atlantic ave**
**cape canaveral, FL 32920**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**A1A Outdoors**
**6811 North Atlantic Avenue**
**Cape Canaveral, FL 32920**

Date(s) debt was incurred __2025__

Last 4 digits of account number __7__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aaron Allen**
**204 Mount Washington Drive**
**Los Angeles, CA 90065**

Date(s) debt was incurred __2025__

Last 4 digits of account number __7__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aaron Allen**
**2512 Malaga Ave**
**Santa Clara, UT 84765**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.12** | Nonpriority creditor's name and mailing address

**Aaron Allen**
**204 Mount Washington Dr**
**Los Angeles, CA 90065**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.13** | Nonpriority creditor's name and mailing address

**Aaron Allen**
**204 Mount Washington Drive**
**Los Angeles, CA 90065**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.14** | Nonpriority creditor's name and mailing address

**Aaron Arceneaux**
**201 Rue Aubin**
**LAFAYETTE, LA 70503**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.15** | Nonpriority creditor's name and mailing address

**Aaron Bettencourt**
**160 Georgeanne Pl.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.16** | Nonpriority creditor's name and mailing address

**Aaron Boo Fisher**
**1424 Greenfield Ave**
**APT 3**
**Los Angeles, CA 90025**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.17** | Nonpriority creditor's name and mailing address

**Aaron Brady**
**354 W Gooseberry Cir.**
**Saratoga Springs, UT 84045**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.18** | Nonpriority creditor's name and mailing address

**Aaron Breakstone**
**3506 Northeast 36th Avenue**
**Portland, OR 97212**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.19** | Nonpriority creditor's name and mailing address

**Aaron Brower**
**3100 Roosevelt way**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.20** | Nonpriority creditor's name and mailing address

**Aaron Brown**
**7505 Lippizan Dr**
**Jurupa Valley, CA 92509**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.21** | Nonpriority creditor's name and mailing address

**Aaron Chaney**
**148 Pheasant Run**
**Louisville, CO 80027**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.22** | Nonpriority creditor's name and mailing address

**Aaron Chaney**
**148 Pheasant Run**
**Louisville, CO 80027**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.23** | Nonpriority creditor's name and mailing address

**Aaron Clousing**
**2651 Riverside Dr**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.24** | Nonpriority creditor's name and mailing address

**Aaron Feder**
**26501 E Arbor DR**
**Aurora, CO 80016**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.25** | Nonpriority creditor's name and mailing address

**Aaron Gatchell**
**860 N Orange Ave**
**Apt 107**
**Orlando, FL 32801**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.26** | **Nonpriority creditor's name and mailing address**
**aaron hancock**
**2368 Cecelia lane**
**Clearwater, FL 33763**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | **Nonpriority creditor's name and mailing address**
**Aaron Harkey**
**3435 Fir Dr.**
**Santa Rosa, CA 95405**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | **Nonpriority creditor's name and mailing address**
**Aaron Hernandez**
**1168 Stella Ct**
**Colton, CA 92324**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | **Nonpriority creditor's name and mailing address**
**Aaron Kimmelman**
**12393 W Iowa Dr**
**Lakewood, CO 80228**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | **Nonpriority creditor's name and mailing address**
**Aaron Leffler**
**5408 Seashore Dr.**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | **Nonpriority creditor's name and mailing address**
**Aaron murray**
**18712 Demion Ln**
**Unit A**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | **Nonpriority creditor's name and mailing address**
**Aaron Murray**
**18712 Demion LN**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.33** **Nonpriority creditor's name and mailing address**
**Aaron O'Dell**
**1852 6th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.34** **Nonpriority creditor's name and mailing address**
**Aaron Ritchie**
**21501 Brookhurst**
**Hunjtington Beach, CA 92647**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.35** **Nonpriority creditor's name and mailing address**
**Aaron Roth**
**1376 Sapphire Dragon St.**
**Thousand Oaks, CA 91320**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.36** **Nonpriority creditor's name and mailing address**
**Aaron Sanger Sanger**
**1437 7th Street West**
**West Fargo, ND 58078**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.37** **Nonpriority creditor's name and mailing address**
**Aaron Satterfield**
**1851 Kentucky Pl**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.38** **Nonpriority creditor's name and mailing address**
**Aaron Satterfield**
**1851 Kentucky Pl**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.39** **Nonpriority creditor's name and mailing address**
**Aaron Sweet**
**6004 Abernethy Lane**
**Gainesville, VA 20155**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.40** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aaron Thompson**
**9663 Pettswood Dr**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.41** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aaron Tom**
**2204 Sunset Ave**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.42** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aaron Vacek**
**11253 Brockway Rd**
**Suite 103A**
**Truckee, CA 96161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.43** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aaron Webb**
**2124 24th Ave**
**Longmont, CO 80501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.44** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aaron Weddel**
**2477 overlook rd**
**300**
**Cleveland Heights, OH 44106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.45** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aaron Woodhead**
**1107 Westwood Avenue, 18**
**18**
**Wenatchee, WA 98801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.46** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aaron Wortman**
**5241 E Patterson St**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.47** | Nonpriority creditor's name and mailing address

**Abbe Allen**
**269 Virginia Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.48** | Nonpriority creditor's name and mailing address

**Abbey Davidson**
**102 Avenida Aragon**
**San Celemente, CA 92672**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.49** | Nonpriority creditor's name and mailing address

**Abby Martin**
**1725 Skylark Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.50** | Nonpriority creditor's name and mailing address

**Abby Martin**
**1725 Skylark Ln**
**Newport beach, CA 92660**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.51** | Nonpriority creditor's name and mailing address

**Abby Wineinger**
**4350 Sanctuary Way**
**Bonita Springs, FL 34134**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.52** | Nonpriority creditor's name and mailing address

**Abdiel Borbon**
**34855 Bernard Rd**
**Tracy, CA 95377**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.53** | Nonpriority creditor's name and mailing address

**Abdullah Atkinson**
**200 Fosler Road**
**Apartment 19**
**Highland, NY 12528**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.54** | Nonpriority creditor's name and mailing address

**Abdullah Atkinson**
**200 Fosler Road**
**Apartment 19**
**Highland, NY 12528**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.55** | Nonpriority creditor's name and mailing address

**Abe Woody**
**1011 Lands End Ct.**
**Carlsbad, CA 92011**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.56** | Nonpriority creditor's name and mailing address

**Abel Flores**
**10122 Hull Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.57** | Nonpriority creditor's name and mailing address

**Abel Mendez**
**1676 Mustang Way**
**Oceanside, CA 92057**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.58** | Nonpriority creditor's name and mailing address

**Abel Mendez**
**1676 Mustang Way**
**Oceanside, CA 92057**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.59** | Nonpriority creditor's name and mailing address

**Abhijit Gadkari**
**24 Torbet Rd**
**Hillsborough, NJ 08844**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.60** | Nonpriority creditor's name and mailing address

**Abigail Ash**
**1590 Bilbrey Park Dr**
**Cookeville, TN 38501**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|------|---|---|---|

**Abigail Dougherty**
**16110 NE 169th Pl**
**Woodinville, WA 98072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Abu Nur**
**3392 Brittan Ave Apt 8**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Achim Matthes**
**4 LEXINGTON AVENUE**
**Apt 6P**
**New York, NY 10010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Ackerman**
**1648 Topanga**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Anderson**
**3369 Hawk st**
**San Diego, CA 92103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Anderson**
**1806 Mckee St**
**A3**
**San Diego, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Aronson**
**301 Regatta Way**
**Seal Beach, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.68 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Ashton**
**1795 N Snow Canyon PKWY #53**
**Unit 53**
**Saint George, UT 84770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.69 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Bielawski**
**146 Goldfinch Drive**
**Kouts, IN 46347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.70 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Bowen**
**20301 Bluff side circle, unit 315**
**#315**
**huntington beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.71 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Capitano**
**1328 South Sandy Hill Dr**
**West Covina, CA 91791**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.72 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Chebahtah**
**3430 S Sepulveda Blvd.**
**#218**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.73 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Chez**
**4015 Topside LN**
**corona del mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.74 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Cox**
**143 W. 21st Street**
**Merced, CA 95340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.75 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Cox**
143 W 21st St
Merced, CA 95340

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.76 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Cutting**
2364 Waterview Ct
Palm Harbor, FL 34684

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.77 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Dennison**
1448 Searidge Dr
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.78 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Edwards**
624 Harbor Island Dr
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.79 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Eltoukhy**
1820 Santa Cruz Ave
Menlo Park, CA 94025

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.80 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Emison**
3911 rt 31
Palmyra, NY 14522

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.81 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Evans**
984 Linden Place
Costa mesa, CA 92627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.82 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Fattorini**
**777 N Cobblestone Way**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.83 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Fattorini**
**777 N Cobblestone Way**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.84 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Feichtmann**
**270 Del Mar Avenue**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.85 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Feichtmann**
**270 Del Mar Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.86 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Hauptman**
**839 S 3rd St**
**Philadelphia, PA 19147**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.87 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Hausermann**
**2N134 Addison Rd**
**1**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.88 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adam Herndon**
**1765 N Elston Ave**
**Suite 204**
**Chicago, IL 60642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.89** Nonpriority creditor's name and mailing address

**Adam Howell**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.90** Nonpriority creditor's name and mailing address

**Adam Howell**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.91** Nonpriority creditor's name and mailing address

**Adam Howell**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.92** Nonpriority creditor's name and mailing address

**Adam Howell**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.93** Nonpriority creditor's name and mailing address

**Adam Howell**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.94** Nonpriority creditor's name and mailing address

**Adam Howell**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.95** Nonpriority creditor's name and mailing address

**Adam Howell**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.96** | Nonpriority creditor's name and mailing address

**Adam Howell**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.97** | Nonpriority creditor's name and mailing address

**Adam Howell**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.98** | Nonpriority creditor's name and mailing address

**Adam Howell**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.99** | Nonpriority creditor's name and mailing address

**Adam Howell**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100** | Nonpriority creditor's name and mailing address

**Adam Howell**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.101** | Nonpriority creditor's name and mailing address

**Adam Howell**
**9720 W Peoria Ave**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.102** | Nonpriority creditor's name and mailing address

**Adam Howell**
**9720 W Peoria Ave**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.103 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Howell**
**9720 W Peoria Ave**
**Peoria, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Howell**
**9720 W Peoria Ave**
**Peoria, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Howell**
**9720 W Peoria Ave**
**Peoria, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Huda**
**952 Bigler Ave**
**South Lake Tahoe, CA 96150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Humphries**
**2515 W Shell Point rd**
**Tampa, FL 33611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**adam jordan**
**5323 Mississippi Ave**
**Orange Beach, AL 36561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adam Jordan**
**5323 Mississippi Avenue**
**Orange Beach, AL 36561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.110 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Adam Kennedy**
**306 River Ranch Blvd**
**Lafayette, LA 70508**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.111 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Adam Leavitt**
**5 Mary Lou Ave**
**Westerly, RI 02891**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Adam Lewis**
**18245 MountainTop lane**
**Grass Valley, CA 95949**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.113 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Adam Liebsch**
**730 Stinson Blvd**
**Unit 126**
**Minneapolis, MN 55413**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.114 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Adam Long**
**76 Galax Ave**
**Asheville, NC 28806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.115 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Adam Martin**
**1019 Marian Lane**
**Newport Beach,, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.116 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Adam Morzos**
**8668 Tanglewood Rd.**
**Franktown, CO 80116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.117 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Newton**
**739 N. 12th Ave #1**
**Phoenix, AZ 85007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Newton**
**739 N. 12th Ave #1**
**Phoenix, AZ 85007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Nickels**
**4043 David Loop**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Niva**
**231 Augusta Ave**
**Bowling Green, KY 42103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Peck**
**1433 N. Water St Ste 303**
**Milwaukee, WI 53202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Peck**
**9578 N. Lake Drive**
**Milwaukee, WI 53217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.123 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adam Piel**
**26 Adams St**
**Apt 4**
**Somerville, MA 02145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.124**

**Nonpriority creditor's name and mailing address**

**adam pliska**
**546 Fullerton ave**
**newport beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.125**

**Nonpriority creditor's name and mailing address**

**Adam Principe**
**6099 Curtis Rd.**
**Pace, FL 32571**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.126**

**Nonpriority creditor's name and mailing address**

**Adam Rosen**
**6 Argyle Road**
**Port Washington, NY 11050**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.127**

**Nonpriority creditor's name and mailing address**

**Adam Roth**
**1021 Park Street**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.128**

**Nonpriority creditor's name and mailing address**

**Adam Schaefer**
**1416 Tin St**
**Truth or Consequences, NM 87901**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.129**

**Nonpriority creditor's name and mailing address**

**ADAM SHEA**
**651 17th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.130**

**Nonpriority creditor's name and mailing address**

**Adam Slovis**
**7851 Sophie Lane**
**Germantown, TN 38138**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Slovis**
**7851 Sophie Lane**
**Germantown, TN 38138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _____

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Swanson**
**17832 Gilette Ave**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _____

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Swanson**
**17832 Gillette Ave**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _____

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ADAM TAGGART**
**238 Loretta Ave S**
**Ottawa, ON K1S 4P8**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _____

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Vallejo**
**19510 Van Buren Bvd F3-313**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _____

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Waldron**
**450 Hidden Country Lane**
**Hardy, VA 24101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _____

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Whatley**
**1673 Chaparral Dr**
**Carson City, NV 89703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _____

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.138 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adam Whitten**
**519 W Windsor Dr**
**Denton, TX 76207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adebayo Peter-Koyi**
**304 Barker Avenue**
**Sharon Hill, PA 19079**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**adelaide veysseire**
**988 Decatur Street**
**Apt 3**
**Brooklyn, NY 11207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adele Stock**
**10780 Woodwatch Circle**
**Eden Prairie, MN 55347**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.142 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adelfo Bahena Alguera**
**1381 PO Box**
**San Juan Capistrano, CA 92693**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.143 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**adelmira rosas**
**1015 Valencia st apt d**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.144 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Adin Potter**
**611 Gansevoort Rd**
**South Glens Falls, NY 12803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adina Feinberg**
**1945 Placentia Ave**
**unit a**
**Costa mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adolfo Grieg**
**342 Chantilly Trail**
**Bradenton, FL 34212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adolfo Guzman**
**12448 Cedarcreek Ln.**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ADOLPH GARCIA**
**30234 Skipjack Dr**
**Canyon Lake, CA 92587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adrian Balter**
**23825 Claymore Way**
**Valencia, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adrian Balter**
**23825 Claymore Way**
**Valencia, CA 91354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Adrian George McKinty**
**317 W 99th St, Apt #7a**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrian Jewell**
**7916 Peerless Ave**
**Orangevale, CA 95662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrian Jewell**
**7916 Peerless Ave**
**Orangevale, CA 95662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrian Jewell Jewell**
**7916 Peerless Ave**
**Orangevale, CA 95662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**adrian koval**
**13085 kiso court**
**Eastvale, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrian McKinty**
**317 W 99th St, Apt #7a**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrian McKinty**
**317 W 99th St, Apt #7a**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Adrian McKinty**
**317 W 99th St, Apt #7a**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.159 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian McKinty**
**317 W 99th St Apt 7A**
**7A**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian McKinty**
**317 W 99th St Apt 7A**
**New York, NY 10025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.161 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Morse**
**27 Emerald Ave**
**Haddon Twp, NJ 08108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Newman**
**3229 Washington Ave.**
**Costa Mesa, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.163 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adrian Severson**
**209 Violet Dr.**
**Loveland, CO 80537**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.164 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adriana Atencio**
**324 North Queen Street**
**Lancaster, PA 17603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.165 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adriana Chavez**
**16414 inyo st**
**La puente, CA 91744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

| 3.166 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Adriana Martinez**
**2129 E Petunia St**
**Glendora, CA 91740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.167 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adriana Tilton**
**3933 Cresthaven Drive**
**Westlake Village, CA 91362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.168 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adriana Trujillo**
**3126 Oak Road**
**307**
**Walnut Creek, CA 94597**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.169 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adrianna Tejeda**
**2190 State Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.170 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adrienne Becker**
**472 Lenwood Circle**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.171 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adrienne Knight**
**8722 Majors Road**
**Knoxville, TN 37938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Adrienne Knight**
**8722 Majors Rd**
**Knoxville, TN 37938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.173** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
| **Adrienne Malloy** | ☐ Contingent |
| **3314 Spindletop Dr** | ☐ Unliquidated |
| **Kennesaw, GA 30144** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes |

---

**3.174** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
| **Adrienne Romberger** | ☐ Contingent |
| **6486 WINDOVER WAY** | ☐ Unliquidated |
| **Titusville, FL 32780** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.175** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
| **Afshin Rabii** | ☐ Contingent |
| **121 e. 5th street** | ☐ Unliquidated |
| **309** | ☐ Disputed |
| **Losangeles, CA 90013** | |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes |

---

**3.176** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
| **Afton Branche-Wilson** | ☐ Contingent |
| **127 Bennett** | ☐ Unliquidated |
| **Long Beach, CA 90803** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes |

---

**3.177** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
| **Afua Ahima** | ☐ Contingent |
| **11673 W Stanford Dr** | ☐ Unliquidated |
| **Morrison, CO 80465** | ☐ Disputed |
| Date(s) debt was incurred **2024** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes |

---

**3.178** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
| **Agnes Lammers** | ☐ Contingent |
| **21060 Pacific City Circle** | ☐ Unliquidated |
| **#6102** | ☐ Disputed |
| **Huntington Beach, CA 92648** | |
| Date(s) debt was incurred **2022** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.179** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
| **Agusta Onus** | ☐ Contingent |
| **17150 31st Road North** | ☐ Unliquidated |
| **Loxahatchee, FL 33470** | ☐ Disputed |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number **7** | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.180 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Agusta Onus**
**17150 31st Road North**
**Loxahatchee, FL 33470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Agustin Gomez**
**301 Clarissa Avenue**
**Avalon, CA 90704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Agustin Lopez**
**605 Victoria St**
**Apt F101**
**costa mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**aidan goldie**
**979 East Valley Road Unit 2207**
**Basalt, CO 81621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aidan Ryan**
**110 Kline Blvd**
**Frederick, MD 21701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aimee Janca**
**4705 W Valencia Dr**
**Laveen, AZ 85339-2368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aimee McCall**
**120 Santa Rosa Court**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.187** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ainsley Allred**
**2311 Mechanic St**
**Galveston, TX 77550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.188** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aisling Jensen**
**98 Weston Street**
**Waltham, MA 02453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.189** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aiyana Taylor**
**20432 santa ana ave**
**apt. 25**
**Newport Beach, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.190** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Al Acker**
**7145 Moccasin Lane**
**Manitowish Waters, WI 54545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Al Bella**
**7709 Sheridan Road**
**Kenosha, WI 53143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Al Causey**
**7230 Sweetgrass Ct**
**Cumming, GA 30041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.193** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Al Colon**
**135 Sunset**
**Windsor Locks, CT 06096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Al Gills**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.195 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Al Jacob Cornia-Springs**
**1336 S 200 E**
**Salt Lake City, UT 84115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.196 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Al Leeper**
**2557 n.tamiami trail # 12**
**North Fort Myers, FL 33903-2353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.197 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Al Malek**
**1298 Antelope Creek Drive**
**213**
**Roseville, CA 95678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.198 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Al Pasimio**
**12949 Topsham Bay**
**Apple Valley, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.199 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Al Stensrud**
**130 S Barron Blvd**
**Grayslake, IL 60030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.200 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Al Stensrud**
**130 South Barron Boulevard**
**Grayslake, IL 60030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number _ _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____ Case number (if known) _____
Name

---

| 3.201 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alaina Bogdonovich**
**122 SW 33rd Place**
**Cape Coral, FL 33991**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.202 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alan Airth**
**2588 Bayshore Dr**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alan Arnold**
**20091 Interior Lane**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.204 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**alan barnett**
**13250 Ponderosa Dr**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.205 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**alan barnett**
**13250 Ponderosa Dr**
**Los Angeles, CA 90049-1207**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  _**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.206 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alan Boccio**
**5172 Moore St**
**Saint Cloud, FL 34771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.207 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alan Brooks**
**1634 Baker St**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**3.208** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Alan Cannistraro**
65 Ethel Ave
Mill Valley, CA 94941

Date(s) debt was incurred __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.209** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Alan Carmichael**
430 Redlands Ave
Newport Beach, CA 92663

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.210** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Alan Dietrich**
1829 Circulo Tortuga
Rio Rico, AZ 85648

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.211** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Alan Edelburg**
613 Schmidt ave
Rothschild, WI 54474

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.212** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Alan Evans**
319 Winding Ln
Brea, CA 92821

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.213** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Alan Fleeor**
3900 Channel Place
Newport Beach, CA 92663

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.214** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Alan Goode**
2600 Bungalow Place
Corona del Mar, CA 92625

Date(s) debt was incurred __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor __Electric Bike Company, LLC__                                   Case number (if known) _____
       Name

| 3.215 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alan Harada**
**2463 Irvine Ave**
**F1**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number  __7__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alan Henley**
**49 Bell Canyon Drive**
**Trabuco Canyon, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alan Higgerson**
**1645 Bearkat Canyon**
**Dripping Springs, TX 78620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alan Higgerson**
**1645 Bearkat Canyon**
**Dripping Springs, TX 78620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alan Homutoff**
**18416 Farjardo St**
**Rowland Heights, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alan Jackson**
**680 W River Rd**
**Valley City, OH 44280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.221 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alan M Rioux**
**2072 N Old Kettle Dr**
**Prescott, AZ 86305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number  __7__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

| 3.222 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alan Manwaring**
**722 Corvey Circle**
**Galt, CA 95632-3306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alan Maund**
**701 eleventh st**
**Charleroi, PA 15022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alan Maund**
**701 eleventh st**
**Charleroi, PA 15022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alan Maund**
**701 11th st**
**Charleroi, PA 15022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ALAN MCPEAK**
**5922 ELKPORT ST**
**LAKEWOOD, CA 90713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alan Moody**
**12617 Bella Amore Dr.**
**Fort Worth, TX 76126-3121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alan Parell**
**1028 Main St**
**Huron, OH 44939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**alan peacock**
**4557 Garnet Dr**
**Unit 104**
**New Port Richey, FL 34652-3357**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alan Pepperman**
**13 Woodland Heights Circle**
**Glen Gardner, NJ 08826**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alan Reynolds**
**1157 BELDEN LN**
**GULF BREEZE, FL 32563-8020**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alan Rypinski**
**304 Lexington Cir**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alan Sanchez**
**27161 Cipres**
**Mission Viejo, CA 92692**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alan Schwartz**
**4263 N Boulder Cyn**
**Mesa, AZ 85207**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alan Steele**
**5929 High Ridge Cir**
**Doylestown, PA 18902-9438**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alan Tochterman**
**1101 Kentfield Road**
**Chico, CA 95926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alan Wagner**
**132 Flatwater Dr**
**Bluffton, SC 29910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**alan wood**
**1619 briarfield rd**
**hampton, VA 23661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alana Augur**
**812 E Sierra Vista Dr.**
**Phoenix, AL 85014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alanna Mckown**
**34 Morley Drive**
**Norwalk, OH 44857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alastair Dixon**
**20 Elm Avenue**
**Larkspur, CA 94939**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Albert Albert**
**24922 muirlands blvd. #106**
**Lake forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                            Case number *(if known)* _____
_____
Name

---

| 3.243 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Albert Bahn**
**2119 W. Lincoln Ave.**
**Napa,, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.244 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**albert flores**
**4155 MENLO AVE**
**LOS ANGELES, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.245 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Albert Hall**
**35524 VERDE VISTA WAY**
**WILDOMAR, CA 92595-7523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.246 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ALBERT MINOOFAR**
**8090 Scholarship**
**IRVINE, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.247 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Albert Nowicki**
**10272 Kukui Dr**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.248 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Albert Pasimio**
**12949 Topsham Bay**
**Apple Valley, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.249 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Albert Prosceno**
**2430 Granby RD.**
**Wilmington, DE 19810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                Case number (if known) _____
         Name

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Albert Tovar**
**18472 Minuet Ln**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Albert Tovar**
**18472 Minuet Ln**
**Anaheim, CA 92807-1135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Albert Trujillo**
**PO Box 1851**
**Newport Beach, CA 92659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Albert U Flores U Flores**
**4155 Menlo Avenue**
**Los Angeles, CA 90037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alberta Rochon**
**26629 Nawash Drive**
**Perrysburg, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alberta Rochon**
**26629 Nawash Drive**
**Perrysburg, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alberto Higareda**
**758 Shalimar Dr**
**Apt 4**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.257** | **Nonpriority creditor's name and mailing address**
**Alberto Manetta**
**9191 Murasaki Street**
**Irvine, CA 92617**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258** | **Nonpriority creditor's name and mailing address**
**alberto muniz**
**71 bentwood lane**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259** | **Nonpriority creditor's name and mailing address**
**alberto valenzuela**
**737 w. 4th street**
**ontario, CA 91762**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260** | **Nonpriority creditor's name and mailing address**
**Alec Alvarado**
**8415 Benjamin Drive**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261** | **Nonpriority creditor's name and mailing address**
**Alec Johnson**
**285 Santa Ana Ave**
**Long Beach, CA 90803**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262** | **Nonpriority creditor's name and mailing address**
**Alec Kloss**
**5337 Portland Ave**
**Minneapolis, MN 55417**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263** | **Nonpriority creditor's name and mailing address**
**Alec Kloss**
**5337 Portland Ave**
**Minneapolis, MN 55417**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.264** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**alec kraft**
**1117 San Patricio Drive**
**Solana Beach, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.265** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alec Tunheim**
**3914 Calvert Rd.**
**Madison, WI 53714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.266** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alecia / Jesse Hudson**
**317 S. Arden Blvd**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Aleila Kemper**
**32 Lolupe Lane**
**102**
**Kihei, HI 96753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.268** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alejandra Del Valle**
**1259 Westreef**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.269** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alejandro Alva**
**25752 Golden Rod Cir**
**Laguna Hills, CA 92653-7523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.270** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alejandro camacho**
**580 Hamilton street**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____

_____
Name

---

**3.271** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **ALEJANDRO CRUZ ORNELAS** | ☐ Contingent |
| **7911 Echo Wind St** | ☐ Unliquidated |
| **San Antonio, TX 78250** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.272** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Alejandro Guardiola** | ☐ Contingent |
| **1981 South Getty Street** | ☐ Unliquidated |
| **Muskegon, MI 49442** | ☐ Disputed |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number **7** | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.273** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Alejandro Guardiola** | ☐ Contingent |
| **1981 South Getty Street** | ☐ Unliquidated |
| **Muskegon, MI 49442** | ☐ Disputed |
| Date(s) debt was incurred **2024** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.274** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Alejandro Guardiola** | ☐ Contingent |
| **1981 S Getty St** | ☐ Unliquidated |
| **Muskegon, MI 49442** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.275** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Aleksandar Lubura** | ☐ Contingent |
| **5348 N Cumberland Ave** | ☐ Unliquidated |
| **unit 500** | ☐ Disputed |
| **Chicago, IL 60656** | |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.276** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Aleksandr Latyshev** | ☐ Contingent |
| **11140 Pinot Drive** | ☐ Unliquidated |
| **Venice, FL 34293** | ☐ Disputed |
| Date(s) debt was incurred **2024** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.277** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Aleksandr Suslov** | ☐ Contingent |
| **3222 S. Newton Ave.** | ☐ Unliquidated |
| **Ontario, CA 91761** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alena Kotekova**
**112 23rd St**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alene Davis**
**293 Lake Ridge Dr,**
**HWY 135**
**Crested Butte, CO 81224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alessandra Caceres**
**1041 Park Ave.**
**Long Beach, CA 90804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alessandra Garcia**
**2337 SW Archer Rd.**
**Apartment 3040**
**Gainesville, FL 32608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alessandra Granelli**
**20316 Arrowhead Dr**
**Bend, OR 97703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alessandro M Annoscia**
**2352 NW 49th Lane**
**Boca Raton, FL 33431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alex Arballo**
**14121 Vai Brothers Drive**
**Rancho Cucamonga, CA 91739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.285** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alex Barone**
**2176 Loggia**
**NEWPORT BEACH, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.286** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alex Barth**
**704 High Lane**
**Unit C**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.287** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alex Barylak**
**5450 East High Street**
**Suite 113**
**Phoenix, AZ 85054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __7__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.288** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alex Barylak**
**16371 North 108th Place**
**Scottsdale, AZ 85255**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __7__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.289** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alex Brady**
**23 Station Square**
**Union, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.290** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alex Burns**
**36807 Crooked Hammock Way**
**unit 3205**
**Lewes, DE 19958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.291** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alex Burns**
**36807 Crooked Hammock Way**
**3-205**
**Lewes, DE 19958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____      Case number (if known) _____
Name

---

**3.292** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Alex Burns**
**36807 Crooked Hammock Way**
**Apt #3205**
**Lewes, NJ 07083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim: Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Alex Byrne**
**306 Lee St**
**Apt 305**
**Oakland, CA 94610-4317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim: Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.294** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Alex Crandall**
**1055 S 850 E**
**Springville, UT 84663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim: Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.295** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Alex Culver**
**21 Shropshire Dr**
**Bella Vista, AR 72714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim: Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.296** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Alex Dziamarski**
**184700 Bear Lake Rd**
**Aniwa, WI 54408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.297** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**alex Fiore**
**617 Sereno st**
**foley, AL 36535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.298** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Alex Fiore**
**127 Break Water Dr**
**Huntsville, AL 35811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
                    Name

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Fiore**
**127 breakwater dr**
**Huntsville, AL 35811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Ford**
**8 Sadie Ct**
**Trophy Club, TX 76262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Ford**
**8 Sadie Ct**
**Trophy Club, TX 76262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Gierczyk**
**362 Binscarth Road**
**Baywood-Los Osos, CA 93402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Giotis**
**1867 Preakness Ct**
**Wall, NJ 07719**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Alex Godelman**
**3830 Paseo Primario**
**Calabassas, CA 91302**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ALEX GRISHCHUK**
**6601 BARTMER AVENUE**
**SAINT LOUIS, MO 63130-2632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Electric Bike Company, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.306** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

alex house
520 North 30th
Suite #23
Quincy, IL 62301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.307** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Alex Kamlet
6 Livingston ct
Eatontown, NJ 07724

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.308** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Alex Kapousis
54525 Gratiot Ave
Chesterfield, MI 48051

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __7__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.309** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Alex Madonna
1601 Highland Dr
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.310** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Alex Martin
1709 Cross Draw Trail
Leander, TX 78641

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.311** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Alex McPherson
21 Stoney Hill Road
New Hope, PA 18938

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.312** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

Alex Murray
1848 Port Tiffin
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Electric Bike Company, LLC_____          Case number (if known) _____
             Name

---

| 3.313 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alex Pichot**
**1007 Sycamore Street**
**San Marcos, TX 78666**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.314 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alex Potter Potter**
**7617 Anchor Drive**
**Goleta, CA 93117**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.315 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**ALEX RISTANOVIC**
**16015 E Ironwood Dr**
**Fountain Hills**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.316 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alex Ristanovic**
**16015 E Ironwood Dr**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.317 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alex Ristanovic**
**16015 E Ironwood Dr**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.318 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alex Ristanovic**
**16015 E Ironwood Drive**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.319 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alex Roldan**
**2285 Cahuilla Hills Dr**
**Palm Springs, CA 92264**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.320** Nonpriority creditor's name and mailing address

**Alex Roldan**
**2285 Cahuilla Hills Dr**
**Palm Springs, CA 92264**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.321** Nonpriority creditor's name and mailing address

**Alex Shapirshteyn**
**1247 N. Orange Grove Ave**
**Suite 105**
**West Hollywood, CA 90046**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.322** Nonpriority creditor's name and mailing address

**Alex Shapirshteyn**
**1247 N Orange Grove Ave**
**105**
**W Hollywood, CA 90046**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.323** Nonpriority creditor's name and mailing address

**Alex Slagh**
**1871 Bryan ave**
**Tustin, CA 92780**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.324** Nonpriority creditor's name and mailing address

**Alex Sliskovich**
**817 S Averill Ave**
**San Pedro, CA 90732**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.325** Nonpriority creditor's name and mailing address

**Alex Spaeth**
**708 Morey Ave**
**Sacramento, CA 95838**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.326** Nonpriority creditor's name and mailing address

**Alex Spaeth**
**708 Morey Avenue**
**Sacramento, CA 95838**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.327** | **Nonpriority creditor's name and mailing address**
**Alex Stuetz**
**123 Nieto Ave**
**Long Beach, CA 90803**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.328** | **Nonpriority creditor's name and mailing address**
**Alex Thai**
**17 Amargosa**
**Irvine, CA 92602**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.329** | **Nonpriority creditor's name and mailing address**
**Alex Vanover**
**4069 Rivoli**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.330** | **Nonpriority creditor's name and mailing address**
**Alex Villa**
**845 East Rosewood Lane**
**Tavares, FL 32778**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.331** | **Nonpriority creditor's name and mailing address**
**Alex Villa**
**845 east rosewood**
**Tavares, FL 32778**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.332** | **Nonpriority creditor's name and mailing address**
**Alex Villamil**
**2650 Holiday Trail**
**780**
**Kissimmee, FL 34746**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.333** | **Nonpriority creditor's name and mailing address**
**Alexa Biegenzahn**
**23626 Via Ortega**
**Coto de Caza, CA 92679**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                                          Case number (if known) _____
      Name

---

| 3.334 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Alexa Cantu**
**7668 Baypoint Drive**
**102**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.335 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Alexa Lopez**
**3 Hastings St**
**Springfield, MA 01104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.336 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Alexa Owens**
**807 Promontory Dr W.**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.337 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Alexander Adams**
**675 River Road**
**Eugene, OR 97404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.338 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Alexander Barnes**
**82840 Rustic Valley Dr**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.339 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Alexander Barone**
**2176 Loggia**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Alexander Barth**
**704 High Lane**
**Apt C**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.341**

**Nonpriority creditor's name and mailing address**

**Alexander Bray**
**3526 SE 70th Ave**
**Portland, OR 97206**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.342**

**Nonpriority creditor's name and mailing address**

**Alexander Daniel**
**1600 Ardmore Ave.**
**310**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.343**

**Nonpriority creditor's name and mailing address**

**Alexander Fiore**
**127 breakwater dr**
**Huntsville, AL 35811**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.344**

**Nonpriority creditor's name and mailing address**

**Alexander Garcia**
**3819 Harry Wurzbach Rd**
**Apt #2112**
**San Antonio, TX 78209**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.345**

**Nonpriority creditor's name and mailing address**

**Alexander House**
**520 North 30th**
**Suite #23**
**Quincy, IL 62301**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.346**

**Nonpriority creditor's name and mailing address**

**ALEXANDER KEY**
**1097 WOODLAND AVE**
**MENLO PARK, CA 94025**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.347**

**Nonpriority creditor's name and mailing address**

**Alexander McPherson**
**21 STONEY HILL RD**
**NEW HOPE, PA 18938**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.348** | **Nonpriority creditor's name and mailing address**

**Alexander Mora**
**17125 FOURTH ST**
**unit A**
**SUNSET BEACH, CA 90742**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.349** | **Nonpriority creditor's name and mailing address**

**Alexander Pherribo**
**3026 62nd Ave SW**
**Seattle, WA 98116**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.350** | **Nonpriority creditor's name and mailing address**

**Alexander Valles**
**158 Strawberry Lane**
**Brea, CA 92821**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.351** | **Nonpriority creditor's name and mailing address**

**Alexandra Calvillo**
**215 2nd Street**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.352** | **Nonpriority creditor's name and mailing address**

**Alexandra Carrasco**
**1421 highland road**
**Winter park, FL 32789**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.353** | **Nonpriority creditor's name and mailing address**

**Alexandra Clements**
**24595 Tarpon Ln**
**Orange Beach, AL 36561**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.354** | **Nonpriority creditor's name and mailing address**

**Alexandra Clements**
**24595 tarpon lane**
**Orange beach, AL 36561**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.355 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alexandra Dockter**
**732 Maple St**
**Breckenridge, ND 56520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.356 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alexandra Gryschuk**
**23 Friar Lane**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.357 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alexandra Laflam**
**3232 HIGHGATE TERRACE LOOP**
**Folsom, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.358 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alexandra Licona**
**3158 Lincoln Ave**
**Apt 107**
**Ogden, UT 84401-3875**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.359 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alexandra Majauskas**
**3628 Eunice Road**
**Jacksonville, FL 32250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.360 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alexandra McCowan**
**13900 Chadwick Parkway**
**Apt 1214**
**Northlake, TX 76262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alexandra Muir**
**119 Patria**
**Rancho Mission Viejo, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
     Name

Case number *(if known)* _____

---

**3.362** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
--- | --- | --- | ---

**Alexandra Norton**
**1174 W Baltimore Pike**
**Media, PA 19063**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.363** **Nonpriority creditor's name and mailing address**

**Alexandre Svirepov**
**101 Cain Road, Unit M**
**Panama City Beach, FL 32413**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364** **Nonpriority creditor's name and mailing address**

**Alexandria Hren**
**411 Poinsettia Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365** **Nonpriority creditor's name and mailing address**

**Alexandria Hughes**
**300 N Main Street**
**Ketchum, ID 83340**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.366** **Nonpriority creditor's name and mailing address**

**Alexandros Kinalidis**
**1308 Singleton Ave**
**Austin, TX 78702**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.367** **Nonpriority creditor's name and mailing address**

**Alexandros Kinalidis**
**1308 Singleton Ave**
**Austin, TX 78702**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.368** **Nonpriority creditor's name and mailing address**

**Alexandros Kinalidis**
**1308 Singleton Ave**
**Austin, TX 78702-1830**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

---

**3.369** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alexia Pigatto**
**90 Alienta Lane**
**Rancho Mission Viejo, CA 92694**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.370** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alexia Wilson**
**1828 Bailey Dr**
**Oceanside, CA 92054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.371** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alexis Campanile**
**2350 Phillips Rd**
**Apt 3111**
**Tallahassee, FL 32308**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.372** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alexis Grande**
**23215 club villas dr**
**c903**
**Land o Lakes, FL 34639**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.373** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alexis Grande**
**21032 voyager blvd**
**Apartment 7**
**LAND O LAKES, FL 34638**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.374** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alexis Grande**
**23538 SIERRA RD**
**LAND O LAKES, FL 34639-6110**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.375** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Alexis Rumble**
**1105 Verdigris Dr**
**Gastonia, NC 28054**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                  Case number (if known) _____
        Name

| 3.376 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ALEXSANDR GRISHCHUK**
**6601 BARTMER AVENUE**
**SAINT LOUIS, MO 63130-2632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alexzandria Ramirez**
**334 Whispering Trail**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.378 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alfonso Loustaunau**
**1820 N 3rd East**
**Mountain Home, ID 83647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**alfonso olvera**
**414 w stevens ave**
**apt. D**
**santa ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.380 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alfred Aghayere**
**400 Summer Moon Ct**
**IRVING, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.381 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alfred Aghayere**
**400 Summer Moon Ct**
**IRVING, TX 75063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.382 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Alfred Brice**
**121 BETULA**
**Lakeway, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
      Name

| | | |
|---|---|---|
| 3.383 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*      **$0.00** |

**3.383**

**Nonpriority creditor's name and mailing address**

**Alfred Brice**
**121 Betula Dr**
**Lakeway, TX 78734**

Date(s) debt was incurred __**2021**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.384**

**Nonpriority creditor's name and mailing address**

**Alfred DeGennaro**
**511 Bayside Road**
**Hartsville, SC 29550**

Date(s) debt was incurred __**2020**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.385**

**Nonpriority creditor's name and mailing address**

**Alfred Gray**
**1119 Periwinkle Way**
**Unit 347**
**Sanibel, FL 33957**

Date(s) debt was incurred __**2025**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.386**

**Nonpriority creditor's name and mailing address**

**Alfred Hernandez**
**3155 Melody Ln**
**Simi Valley, CA 93063**

Date(s) debt was incurred __**2022**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.387**

**Nonpriority creditor's name and mailing address**

**Alfred Vanadestine**
**6685 Southwest 10011 Loop**
**Ocala, FL 34476**

Date(s) debt was incurred __**2022**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.388**

**Nonpriority creditor's name and mailing address**

**Alfredo Salinas**
**2014 Wallace Ave**
**Apt 8**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __**2022**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.389**

**Nonpriority creditor's name and mailing address**

**algernon steele**
**320 West Berwicke Common Northeast**
**Atlanta, GA 30342**

Date(s) debt was incurred __**2024**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*       **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
       Name

---

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Algernon Steele**
**320 West Berwicke CMN NE**
**Atlanta, GA 30342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**ali alvarez**
**1146 e. joel st.**
**Carson, CA 90745**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ali Haghjoo**
**2041 Swan Drive**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ali Khalil**
**3330 SE Gladstone Street**
**5**
**Portland, OR 97202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Ali Sarhangpour**
**26161 Avenida Calidad**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alia Atlas**
**49 Magnolia Street**
**Arlington, MA 02474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alia Batniji**
**361 Hospital Road**
**Suite 329**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.397 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alice Dallimore**
4135 Riverhaven Dr.
Reno, NV 89519

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alice Duong**
2508 Kennedy Dr.
Corona, CA 92879

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alice Erkelens**
120 45th St
Newport Beach, CA 92663

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.400 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alice Gonsalves**
5030 Cherry Hill Dr
Riverside, CA 92507

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alice Lutz**
148 SE Ridge Rd
Eureka Springs, AR 72631

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alice Santos**
2530 Flowerree Street
Helena, MT 59601

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.403 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alicia Anderson**
730 Adney Gap Rd
Callaway, VA 24067

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim: __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.404**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Alicia Cassels** | ☐ Contingent | |
| **28630 Darrow Ave** | ☐ Unliquidated | |
| **Santa Clarita, CA 91390** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.405**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Alicia Gravlin** | ☐ Contingent | |
| **345 university dr m4** | ☐ Unliquidated | |
| **Coata Mesa, CA 92627** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.406**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Alicia Mar** | ☐ Contingent | |
| **20582 Queens Park Lane** | ☐ Unliquidated | |
| **Huntington beach, CA 92646** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.407**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Alicia Scaglione** | ☐ Contingent | |
| **1784 BLACKBIRD CIR** | ☐ Unliquidated | |
| **CARLSBAD, CA 92011** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.408**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Alicia Smith** | ☐ Contingent | |
| **35230 Gatu Ct** | ☐ Unliquidated | |
| **Wildomar, CA 92595** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

**3.409**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Alicia Smith** | ☐ Contingent | |
| **35230 Gatu Ct** | ☐ Unliquidated | |
| **Wildomar, CA 92595** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.410**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **ALICIA STEPP** | ☐ Contingent | |
| **6421 SONDRA DRIVE** | ☐ Unliquidated | |
| **Dallas, TX 75214** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.411** | Nonpriority creditor's name and mailing address

**Alie R**
59-481 Ke Waena Road
Haleiwa, HI 96712

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412** | Nonpriority creditor's name and mailing address

**Alika Reid**
430 Vista Roma
Newport Beach, CA 92660

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413** | Nonpriority creditor's name and mailing address

**Alika Reid**
430 Vista Roma
Newport Beach, CA 92662

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.414** | Nonpriority creditor's name and mailing address

**Alina Toral**
6590 Mesada St
Rancho Cucamonga, CA 91737

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.415** | Nonpriority creditor's name and mailing address

**Alireza Bakhshi**
2139 vista entrada
Newport, CA 92660

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.416** | Nonpriority creditor's name and mailing address

**Alise Moncure**
2406 rockingham
Austin, TX 78704

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417** | Nonpriority creditor's name and mailing address

**ALISHA CROKER**
4508 TOBAGO ST.
WICHITA FALLS, TX 76308

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.418 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alisha Schaefer**
**1864 North Country Club Drive**
**Canby, OR 97013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.419 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Bucher**
**21661 Brookhurst Ave**
**127**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.420 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Clinch**
**236 West Portal Ave**
**102**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.421 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Cornell**
**362 Morning Glory Lane**
**Marco Island, NJ 34145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.422 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Dorawa**
**614 17th Street**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.423 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Harris**
**514 Canal Street**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.424 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alison Johnson**
**17111 Beach Blvd**
**205**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
           Name

---

| 3.425 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alison Jones**
**6909 costa bella dr**
**bradenton, FL 34209-2410**

Date(s) debt was incurred  __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.426 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alison Jones**
**6909 costa Bella Drive**
**Bradenton, FL 34209**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alison McDonald**
**2309 Hilton Avenue**
**Brentwood, MO 63144**

Date(s) debt was incurred  __2025__

Last 4 digits of account number  __7__

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.428 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alison McDonald**
**2309 Hilton Avenue**
**Brentwood, MO 63144**

Date(s) debt was incurred  __2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alison Morsches**
**57 20th Court**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alison Ordille**
**1480 10th Street**
**Baywood-Los Osos, CA 93402**

Date(s) debt was incurred  __2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Alison Scott**
**1151 N Woodrow Ave**
**Wichita, KS 67203**

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.432 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alison Winslow**
**110 Lane's Way**
**Sun Valley, ID 83353**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.433 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alissa Clynne**
**210 F St**
**Redwood City, CA 94063**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.434 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Alixander Huisman**
**725 E. 19th Avenue**
**Eugene, OR 97401**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**allal ezzabdi**
**4919 N Albany ave**
**Apt 1**
**Chicago, IL 60625**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Allan Baccala**
**309 E. Surf Road**
**Ocean City, NJ 08226**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Allan Bonoan**
**3400 W CECIL CT**
**Visalia, CA 93291**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.438 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Allan Bonoan**
**3400 W CECIL CT**
**Visalia, CA 09329**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                    Case number (if known) _____

Name

---

| 3.439 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allan Bonoan**
**3400 W CECIL CT**
**Visalia, CA 93291**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allan Bonoan**
**3400 W CECIL CT**
**Visalia, CA 93291**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allan Cohen**
**1805 Park Glen Circle Unit A**
**Santa Ana, CA 92706**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allan Gaston**
**974 Painted Pony Dr**
**Henderson, NV 89014**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allan Long**
**21195 Sailors Bay Ln**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allen Atwood**
**5331 East paoli Way**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Allen Atwood**
**5331 East paoli Way**
**Long Beach, CA 90814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                    Case number (if known) _____

_____
Name

| 3.446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Allen Gaudinier**
**43225 Whitetail Path**
**Punta Gorda, FL 33982**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2024**

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.447 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Allen Gravelle**
**10370 Slate Rim Rd**
**Sonora, CA 95370**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2024**

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Allen Jackson**
**131 Labelle st**
**Pittsburgh, PA 15211**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2021**

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Allen Kennedy**
**17734 La Rosa Lane**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2022**

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.450 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Allen Knowles**
**3542 Wyoming St**
**Kansas City, MO 64111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2021**

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.451 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Allen Murray**
**7618 8th Ave NW**
**Seattle, WA 98117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2024**

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.452 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Allen Murray**
**133 NE 51st Street**
**Seattle, WA 98105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** **2021**

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.453 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allen Pate**
**5721 195th ST SE**
**Bothell, WA 98012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim: __Warranty__

Last 4 digits of account number ____

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.454 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allen Peters**
**4476 Grand Park Dr**
**Timnath, CO 80547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim: __Warranty__

Last 4 digits of account number ____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.455 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allen Wayne**
**2419 W Fairview Ave**
**117**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim: __Warranty__

Last 4 digits of account number ____

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.456 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allen Yee**
**2408 Ulloa Street**
**San Francisco, CA 94116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim: __Warranty__

Last 4 digits of account number ____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.457 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allene Taylor**
**622 Paradise Ct**
**Fairfield, CA 94533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim: __Warranty__

Last 4 digits of account number ____

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.458 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alli Marconi**
**355 Rochester Street**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number ____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.459 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allie Andersen**
**131 Via Genoa**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number ____

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.460**

**Nonpriority creditor's name and mailing address**
**Allie McPhee**
**1078 Parkway Drive**
**Park City, UT 84098**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.461**

**Nonpriority creditor's name and mailing address**
**Allison Asahina**
**736 E. Michigan Ave.**
**Fresno, CA 93704**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.462**

**Nonpriority creditor's name and mailing address**
**allison bollen**
**129 42nd street**
**newport beach, CA 92663**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.463**

**Nonpriority creditor's name and mailing address**
**Allison Brunst**
**7970 Jeannie Court**
**Loomis, CA 95650**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.464**

**Nonpriority creditor's name and mailing address**
**Allison Carr**
**520 Larkspur ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.465**

**Nonpriority creditor's name and mailing address**
**Allison Crosland**
**2481 Elden Ave**
**Unit A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.466**

**Nonpriority creditor's name and mailing address**
**Allison Hill**
**1435 Mesquite Drive**
**Sevierville, TN 37876**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                                           Case number (if known) _____
_____
Name

| 3.467 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allison Jamieson**
**9022 Aloha Drive**
**Huntington Beach, CA 92646**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.468 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allison Juby**
**21682 Impala Ln**
**Huntington Beach, CA 92646**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.469 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allison Klettke**
**7414 Douglas Ave SE**
**Snoqualmie, WA 98065**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.470 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allison Marcillac**
**220 Olive Mill Rd**
**Santa Barbara, CA 93108**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.471 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allison Marconi**
**355 Rochester Street**
**Costa Mesa, CA 92627**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.472 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allison Mckibbin**
**432 E 18th**
**Costa Mesa, CA 92627**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  □ Yes

---

| 3.473 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Allison Olsen**
**1290 Kenwood Rd**
**Santa Barbara, CA 93109**

□ Contingent
□ Unliquidated
□ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  □ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.474 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Allison Pence**
**1046 West wind Way**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Allison Riche**
**40340 Saddlebrook St**
**Murrieta, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Allison Sankey**
**14819 54th Pl W**
**Edmonds, WA 98026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Allison Shaw**
**3113 Reed Road**
**Ecsondido, CA 92027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Allison Smith**
**1001 Todo Ln.**
**Driftwood, TX 78619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Allison Smoot**
**888 West E St**
**Unit 1305**
**San Diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Allison Stevens**
**16232 Woodstock Ln**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allison Van Treeck**
**4704 Valleyview Dr**
**Mansfield, TX 76063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allison Wong**
**1139 Ecklund St NE**
**Grand Rapids, MI 49505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allspeed Cyclery**
**936 Brighton Ave**
**Portland, ME 04102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Allyson OMalley**
**27690 Moffat Road**
**Evergreen, CO 80439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Almerinda Thomas**
**32 Via Vasari**
**106**
**Henderson, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alonzo Riley**
**873 S PUEBLO ST**
**Salt Lake City, UT 84104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alonzo Riley**
**714 S 400 E**
**SALT LAKE CITY, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                     Case number (if known) _____
      Name

| 3.488 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alonzo Riley**
873 S PUEBLO ST
Salt Lake City, UT 84104

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.489 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alp Arkun**
25 Bamboo
Irvine, CA 92620

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.490 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alta Jean Roy**
1317 Kieran Court
Petoskey, MI 49770

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alton Clark**
130 West 226 Street
Carson, CA 90745

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.492 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alva D. Myers**
243 W. Bristlecone Dr.
Cedar City, UT 84720-4317

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.493 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alva Myers**
243 W Bristlecone Dr
Cedar City, UT 84720

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alvaro Caviedes**
6123 North Commercial Avenue
Portland, OR 97217

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.495** | **Nonpriority creditor's name and mailing address**
**Alvaro E Martinez Hernandez**
**2821 enea way**
**antioch, CA 94509**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.496** | **Nonpriority creditor's name and mailing address**
**Alyce Bordelon**
**330 Fort Pickens Road Apt 11A**
**Gulf Breeze, FL 32561**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.497** | **Nonpriority creditor's name and mailing address**
**Alycia Daumas/Reagan**
**721 Governor Nicholls Street**
**New Orleans, LA 70116**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.498** | **Nonpriority creditor's name and mailing address**
**Alycia Reagan**
**721 GOVERNOR NICHOLS STREET**
**New Orleans, LA 70016**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.499** | **Nonpriority creditor's name and mailing address**
**Alyse Esclamado**
**119 Haymaker St.**
**Silverthorne, CO 80498**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.500** | **Nonpriority creditor's name and mailing address**
**Alysha Helmrich**
**1020 Hickory Ln**
**Watkinsville, GA 30677**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.501** | **Nonpriority creditor's name and mailing address**
**Alyson Ahn**
**2310 South Union Ave**
**Los Angeles, CA 90007**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alyson and Scott Gutmanstein**
**41 Argyle Dr.**
**Northport, NY 11768**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alyssa Daugherty**
**2050 W. Birch Ave.**
**Fresno, CA 93711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alyssa McAdam**
**140 Morgan Ave Brooklyn NY**
**Brooklyn, NY, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alyssa McAdam**
**134 Morgan Ave**
**Brooklyn, NY, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alyssa Moran**
**1104 Okapi ln**
**Ventura, CA 93003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Alyx Morgan**
**2580 Willo Ln**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amanda Abramson**
**1841 Madrona Street**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.509** | **Nonpriority creditor's name and mailing address**

**Amanda Attema**
16417 Grand Ave
Bellflower, CA 90706

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.510** | **Nonpriority creditor's name and mailing address**

**Amanda Bloznalis**
843 Northwest 57th Street
Seattle, WA 98107

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.511** | **Nonpriority creditor's name and mailing address**

**Amanda Breneman**
2107 Leeward Lane
Newport Beach, CA 92660

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.512** | **Nonpriority creditor's name and mailing address**

**Amanda Clause**
2409 Debden Dr
Tallahassee, FL 32309

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.513** | **Nonpriority creditor's name and mailing address**

**Amanda Collins-Coder**
1945 Placentia Ave.
Costa Mesa, CA 92626

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.514** | **Nonpriority creditor's name and mailing address**

**Amanda Corken**
337 East 18th Street
Apt A
Costa Mesa, CA 92627

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.515** | **Nonpriority creditor's name and mailing address**

**Amanda Corridan**
2670 Horace St
Riverside, CA 92506

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**
- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
          Name

---

| 3.516 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amanda Coye**
**517 Longfellow Ave.**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amanda Coye**
**517 Longfellow Ave**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amanda Forde**
**3015 N. Ridgeway Dr.**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amanda Freiwald**
**23085 Republic Ave**
**Oak Park, MI 48237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.520 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amanda Fulmer**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amanda Godsey**
**128 N Green Creek Rd**
**Muskegon, MI 49445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Amanda Grudzien**
**5141 w 105th Street**
**Oak Lawn, IL 60453-5122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.523**

**Nonpriority creditor's name and mailing address**
**Amanda Harvie**
**16 UPLAND RD**
**ANDOVER, MA 01810**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.524**

**Nonpriority creditor's name and mailing address**
**Amanda Harvie**
**16 Upland RD**
**Andover, MA 01810**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.525**

**Nonpriority creditor's name and mailing address**
**Amanda Hogan**
**700 Ivy Street**
**Denver, CO 80220**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.526**

**Nonpriority creditor's name and mailing address**
**Amanda Horike**
**8230 Corliss Ave**
**Seattle, WA 98103**

Date(s) debt was incurred __2022__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.527**

**Nonpriority creditor's name and mailing address**
**Amanda Hosking**
**7785 Schenck Road**
**Perry, NY 14530-9557**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.528**

**Nonpriority creditor's name and mailing address**
**Amanda Jackelen**
**3017 Hilldale Ave NE**
**Minneapolis, MN 55418**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.529**

**Nonpriority creditor's name and mailing address**
**Amanda Moran**
**S79w19225 River Oaks Ct**
**Muskego, WI 53150**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.530 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amanda Navarro**
**1179 Strawberry Lane**
**Glendora, CA 91740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.531 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amanda Navarro**
**1179 Strawberry Lane**
**Glendora, CA 91740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.532 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amanda Novelline**
**110 Abbot Street**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.533 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amanda Roberts**
**5682 S. Pioneer Trail Way**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.534 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amanda Romero**
**1469 Serene Drive**
**Erie, CO 80516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.535 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**AMANDA ROSS**
**12019 Forest Beach Trl**
**Grand Haven, MI 49417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.536 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amarjit Dhillon**
**11465 Coriender Ave**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                         Case number (if known) _____
      Name

| 3.537 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**amber bakner**
**12626 Sunset Ave unit 44**
**ocean city, MD 21842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amber Calhoun**
**6821 Ravens Gate Way**
**Yakima, WA 98908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amber Diamond**
**2547 Cornerstone Ln**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amber Ellis**
**232 NE Fargo st**
**Portland, OR 97212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amber Norris**
**17062 Green Ln**
**Apt. 69**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amber Pollock**
**1662 Hollow Place**
**El Cajon, CA 92019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Amber Reed**
**7799 Santa Angela St**
**Highland, CA 92346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
Name

Case number *(if known)*

---

**3.544**

**Nonpriority creditor's name and mailing address**

**amber richert**
**304 paddington road**
**baltimore, MD 21212**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.545**

**Nonpriority creditor's name and mailing address**

**Amber Richert**
**304 Paddington Road**
**Baltimore, MD 21212**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.546**

**Nonpriority creditor's name and mailing address**

**Amber Tran**
**4427 Woodruff Ave**
**Lakewood, CA 90713**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.547**

**Nonpriority creditor's name and mailing address**

**Amelia Cameron**
**13603 Marina Pointe Dr**
**C339**
**Marina del Rey, CA 90292**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.548**

**Nonpriority creditor's name and mailing address**

**Amelia Zutz**
**1227 Aikins Way**
**Boulder, CO 80305**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.549**

**Nonpriority creditor's name and mailing address**

**Amen Wardy**
**445 Isabella Terrace**
**Corona del Mar, CA 92625**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.550**

**Nonpriority creditor's name and mailing address**

**Amen Wardy**
**445 Isabella Terrace**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.551** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amie Damonte**
**1421 Prairie Lake Blvd**
**Ocoee, FL 34761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.552** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amie Demeyer**
**64614 Hunnell**
**Bend, OR 97701-8134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.553** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amie Jones**
**2055 Scenic View Lane SW**
**Rochester, MN 55902**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.554** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amir Norouzi**
**10 Hillgrass**
**IRVINE, CA 92603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.555** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amir Yrigoyen**
**21551 Brookhurst Street 147**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.556** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amitabh Khanna**
**95 W 2nd Street**
**Folly Beach, SC 29439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.557** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ammar Belal**
**4925 Collins Ave**
**APT 9D**
**Miami, FL 33140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                     Case number (if known) _____
                    Name

---

**3.558** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
--- | --- | --- | ---

**Ammie Duwai-King**
**14 Concord Drive**
**Marlboro, NY 12542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.559** Nonpriority creditor's name and mailing address

**Ammie Duwai-King**
**14 Concord Drive**
**Marlboro, NY 12542**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.560** Nonpriority creditor's name and mailing address

**Amorn Salyapongse**
**3631 John Muir Dr.**
**Middleton, WI 53562**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.561** Nonpriority creditor's name and mailing address

**Amos Underwood**
**638 Connecticut St**
**San Francisco, CA 94107**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.562** Nonpriority creditor's name and mailing address

**Amos Underwood**
**638 Connecticut Street**
**San Francisco, CA 94107**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.563** Nonpriority creditor's name and mailing address

**Amy Anderson**
**9712 East 35th Avenue**
**Denver, CO 80238**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.564** Nonpriority creditor's name and mailing address

**Amy Anderson**
**86 Foxbourne Rd**
**Penfield, NY 14526**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.565** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amy Angarola**
**21060 Pacific City Cir**
**6100**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.566** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amy Arndt**
**2724 Josephine Dr**
**henderson, NV 89044**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.567** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amy Aveyard**
**1930 Ridgefield Lane**
**Naperville, IL 60565**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.568** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amy Bakke**
**738 Patriots Way**
**Rockton, IL 61072**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.569** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amy Booth-Kemmerling**
**53943 Scarboro Way**
**Shelby Twp, MI 48316**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.570** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amy Bradshaw**
**2647 Armstrong circle**
**Gastonia, NC 28054**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Amy Brase**
**545 Sunny View Lane SW**
**Oronoco, MN 55960**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Brinkerhoff**
**7290 Isabella Villa Court**
**Highland, CA 92346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Carlson Phelps**
**4884 Pepelani Loop**
**Princeville, HI 96722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Christofferson**
**17025 Harvest Point Way**
**Ramona, CA 92065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Christopherson**
**11363 Fergus Street Northeast**
**Blaine, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Christopherson**
**11363 Fergus St NE**
**#E**
**Blaine, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Christopherson**
**11363 Fergus St NE**
**#E**
**Blaine, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Christopherson**
**11363 Fergus St NE**
**Unit#E**
**Blaine, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Electric Bike Company, LLC**_____     Case number _(if known)_ _____
　　　　　Name

---

| 3.579 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Amy Clark**
**234 N. Irena Ave**
**#4**
**Redondo Beach, CA 90277**

Date(s) debt was incurred  __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Amy Collins**
**145 Ridgebrook Dr**
**Mooresville, NC 28117**

Date(s) debt was incurred  __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Amy Conn**
**1215 La Canada Rd.**
**Hillsborough, CA 94010-6642**

Date(s) debt was incurred  __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Amy Connelly**
**31112 Boca Raton Place**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Amy Coots**
**153 S. Stewart**
**Lombard, IL 60148**

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Amy Cronk**
**35487 State Hwy 23**
**Grand Gorge, NY 12434**

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Amy Da costa**
**1814 schilling ct**
**Torrance, CA 90501**

Date(s) debt was incurred  __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

| 3.586 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Douglas**
**333 Bordeaux Lane**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.587 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Dunn**
**4219 Beach Bluff Rd**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Evans**
**816 Palm Boulevard**
**Isle of Palms, SC 29451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Goddard**
**939 West 19th Street**
**Unit A6**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.590 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Goddard**
**939 West 19th Street**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.591 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**amy guy**
**304 West Kentucy**
**Effingham, IL 62401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Amy Hollister**
**10 Stilt St**
**New Orleans, LA 70124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
      Name

Case number *(if known)* _____

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amy Hopkins**
**611 36th St**
**Bay City, MI 48708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amy Hoyle**
**1714 S Eagleson Rd**
**Apt 102**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amy Johnson**
**2731 SW Bucharest Ct**
**Portland, OR 97225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amy Kienzle**
**617 Thomas Jefferson Rd**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amy King**
**353 Amador Ave.**
**Ventura, CA 93004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amy Mahajan**
**252 22nd St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amy May**
**2832 Military Street**
**Port Huron, MI 48060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.600**

**Nonpriority creditor's name and mailing address**

**Amy Moeller**
**1501 Wyndham Court Rd.**
**Santa Ana, CA 92705**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.601**

**Nonpriority creditor's name and mailing address**

**Amy Montgomery**
**628 s live oak park rd**
**Fallbrook, CA 92028**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.602**

**Nonpriority creditor's name and mailing address**

**Amy Moskun**
**7632 Carbon Circle**
**La Palma, CA 90623**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.603**

**Nonpriority creditor's name and mailing address**

**Amy Nash-Kille**
**89 NE Graham St**
**Portland, OR 97212**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.604**

**Nonpriority creditor's name and mailing address**

**Amy Patterson**
**2150 Spencer Road**
**17 D**
**Orange Park, FL 32073**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.605**

**Nonpriority creditor's name and mailing address**

**Amy Patterson**
**2150 SPENCER RD**
**17D**
**Orange Park, FL 32073-4235**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.606**

**Nonpriority creditor's name and mailing address**

**Amy Peeples**
**630 Misty Meadows Road**
**Ringgold, GA 30736**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor      **Electric Bike Company, LLC**                                        Case number (if known) _____
                    Name

---

| 3.607 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Amy Pegnottga**
**14617 Honeysuckle Ln**
**Woodstock, IL 60098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.608 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Amy Pegnottga**
**20951 Surge Ln**
**Huntington beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.609 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**AMY Pegnottga**
**20951 Surge Ln**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.610 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Amy Piotter**
**916 Thomas Street**
**Key West, FL 33040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.611 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Amy Powell**
**9385 Roosevelt Drive**
**Saint Louis, MO 63127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.612 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Amy Powell**
**9385 Roosevelt Drive**
**Saint Louis, MO 63127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Amy Purdy**
**945 Placentia Ave Suite A.**
**Coasta Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.614 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amy Ramsey**
**487 Bossert Street**
**Herscher, IL 60941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.615 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amy Ruzzamenti**
**43782 Calle Balmez**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.616 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**amy schmidt**
**304 west kentucky ave**
**effingham, IL 62401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.617 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amy Seery**
**2903 N Penstemon St**
**Wichita, KS 67226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.618 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amy Sirkin**
**11 Portalon Court**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.619 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amy Skinner**
**7714 E. Rainview Court**
**Anaheim, CA 92808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.620 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Amy Smethwick**
**2955 Douglas Drive**
**Bay City, MI 48706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.621** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
---|---|---|---

**3.621**

**Nonpriority creditor's name and mailing address**

**Amy Smith**
**14309 Calypso Lane**
**Wellington, FL 33414**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.622**

**Nonpriority creditor's name and mailing address**

**Amy Steinbacher**
**3601 Pacific Ave**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.623**

**Nonpriority creditor's name and mailing address**

**Amy Stuffmann**
**11 CASCADE LN**
**Orinda, CA 94563**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.624**

**Nonpriority creditor's name and mailing address**

**Amy Tomalas**
**436 16th Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.625**

**Nonpriority creditor's name and mailing address**

**Amy Weiland**
**14805 W Old School Rd**
**Mettawa, IL 60048**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.626**

**Nonpriority creditor's name and mailing address**

**Amy Williams**
**70 Grandview Rd**
**Conway, NH 03818**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.627**

**Nonpriority creditor's name and mailing address**

**Amy Wise**
**109 Via Mentone**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.628 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Amy Woods**
**105 Serpens St**
**Georgetown, TX 78628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Amy Wu**
**302 via Alegre**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Amy Wyss**
**4885 HHR Ranch Road**
**Wilson, WY 83014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Ana Burke**
**1535 Superior Avenue spc 38**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Ana Burke**
**1535 Superior Ave**
**Spc 38**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Ana Costa**
**1507 N 125 E**
**Layton, UT 84041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Ana Gomez**
**755 W 18th St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
　　　　Name

---

**3.635** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Ana Gomez**
**755 West 18th Street**
**Apt 5C**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.636** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Ana Levin**
**25501 Camino De Los Padres**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.637** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Ana Maria Szolodko**
**1870 Lochlomand Lane SE**
**Smyrna, GA 30080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.638** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Ana Martinez**
**2561 Harrison Circle**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.639** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Ana Richter**
**320 Iris Ave**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.640** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Ana Rivera**
**259 Knox Avenue**
**C1**
**Cliffside Park, NJ 07010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.641** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**ANA Rodriguez-Lopez**
**712 Tappen Shire**
**Colleyville, TX 76034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.642**

**Nonpriority creditor's name and mailing address**

**Ana Serrato**
**218 W 3rd St**
**Santa Ana, CA 92701**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.643**

**Nonpriority creditor's name and mailing address**

**ana serrato**
**218 West 3rd Street**
**Santa Ana, CA 92701**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.644**

**Nonpriority creditor's name and mailing address**

**Andell Edwards**
**10520 Royal Troon NE**
**Albuquerque, NM 87111**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.645**

**Nonpriority creditor's name and mailing address**

**Anders Porter**
**6601 Willamette Drive**
**Austin, TX 78723**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.646**

**Nonpriority creditor's name and mailing address**

**andi griego**
**1120 County Road 80**
**Plainview, TX 79072**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.647**

**Nonpriority creditor's name and mailing address**

**Andre Cyr**
**1140 Via Della Costrella**
**HENDERSON, NV 89011**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.648**

**Nonpriority creditor's name and mailing address**

**Andre Fernandes**
**214 colton street**
**Newport beach, CA 92663**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                Case number *(if known)* _____
_____
Name

| 3.649 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andre Fernandes**
214 Colton St
Newport Beach, CA 92663

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.650 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**andre herrera**
1180 Reed Ave. 43
43
Sunnyvale, CA 94086

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.651 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andre Herrera**
1945 Placentia ave,
Costa Mesa, CA 92626

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.652 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andre Herrera**
1180 Reed Ave. #43
#43
Sunnyvale, CA 94086

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.653 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andre Holloway**
13583 Mettetal Street 48227
Detroit, MI 48227

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.654 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrea Astudillo**
1643 Brady Circle
Carlsbad, CA 92008

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.655 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrea Boulden**
400 Walnut Lane
North East, MD 21901

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.656 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Bucci**
**9449 yew st**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Contarino**
**1234 Brunswick Ln**
**Ventura, CA 93001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.658 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Crockett**
**1922 Yukon Harbor Rd SE**
**Port Orchard, WA 98366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.659 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Crockett**
**1922 Yukon Harbor Rd.SE**
**Port Orchard, WA 98366**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Dawson**
**125 E Lincoln Ave**
**Columbus, OH 43214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Downing**
**35 Shore Bridge Circle**
**Inlet Beach, FL 32461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.662 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrea Eliassen**
**16471 Germain Circle**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.663**  **Nonpriority creditor's name and mailing address**

**Andrea Engvall**
**630 Quintana Rd**
**PMB 336**
**Morro Bay, CA 93442**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                         $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.664**  **Nonpriority creditor's name and mailing address**

**Andrea Genovese**
**1002 La Limonar Rd**
**Santa Ana, CA 92705**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                         $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.665**  **Nonpriority creditor's name and mailing address**

**Andrea Greseth**
**18170 Jamaica Path**
**Lakeville, MN 55044**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                         $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.666**  **Nonpriority creditor's name and mailing address**

**Andrea Griego**
**1120 County Road 80**
**Plainview, TX 79072-0857**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                         $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.667**  **Nonpriority creditor's name and mailing address**

**Andrea Halper**
**202 Cherry Avenue**
**Unit 10**
**Capitola, CA 95010**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                         $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.668**  **Nonpriority creditor's name and mailing address**

**Andrea Halper**
**202 Cherry Avenue**
**Unit 10**
**Capitola, CA 95010**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                         $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.669**  **Nonpriority creditor's name and mailing address**

**Andrea Lai**
**3750 Delgany St**
**Denver, CO 80216**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                                         $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.670** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrea Marr**
**954 Coronado Dr**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.671** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrea Martinez**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.672** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrea Matsumoto**
**6265 Doral Drive**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.673** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrea Mcgehee**
**1918 port Bristol cir.**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.674** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrea Mokros**
**3121 Dakota Ave S**
**St Louis Park, MN 55416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.675** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrea Mokros**
**3121 Dakota Ave S**
**St Louis Park, MN 55416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.676** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrea Olson**
**2501 Middle Road**
**Davenport, IA 52803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.677** | Nonpriority creditor's name and mailing address

**Andrea Parker**
**1449 w 800 n**
**Clinton, UT 84015**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.678** | Nonpriority creditor's name and mailing address

**Andrea Pierceall**
**305 Garnet**
**Ketchum, ID 83340**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.679** | Nonpriority creditor's name and mailing address

**Andrea Rattray**
**1762 Hosea L Williams Dr**
**Atlanta, GA 30317**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.680** | Nonpriority creditor's name and mailing address

**Andrea Statz**
**226 E 2nd St**
**New Richmond, WI 54017**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.681** | Nonpriority creditor's name and mailing address

**Andrea Varon**
**121 Oliver Rd**
**Santa Barbara, CA 93109**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.682** | Nonpriority creditor's name and mailing address

**Andreea Igreti**
**20402 Camfield**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.683** | Nonpriority creditor's name and mailing address

**Andreea Rovida**
**19789 W DEVONSHIRE AVE**
**LITCHFIELD PARK, AZ 85340**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.684** | **Nonpriority creditor's name and mailing address**

**Andres Cornejo**
**4330 Lexi Cir**
**Broomfield, CO 80023**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.685** | **Nonpriority creditor's name and mailing address**

**Andres Jarrin**
**2215 Southwest 39th Drive**
**Apartment D**
**Gainesville, FL 32607**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.686** | **Nonpriority creditor's name and mailing address**

**Andres Malo**
**10595 E Ravenswood St**
**Tucson, AZ 85747**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.687** | **Nonpriority creditor's name and mailing address**

**Andrew Albers**
**1511 Oriental Ave**
**Bellingham, WA 98229-5019**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.688** | **Nonpriority creditor's name and mailing address**

**Andrew Ashton**
**15 Fayence**
**Newport Coast, CA 92657**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.689** | **Nonpriority creditor's name and mailing address**

**Andrew Bartynski**
**37 meade road**
**ambler, PA 19002**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.690** | **Nonpriority creditor's name and mailing address**

**Andrew Batcheler**
**1302 28th Street SW**
**Austin, MN 55912**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

---

**3.691** | **Nonpriority creditor's name and mailing address**
**Andrew Beverage**
**1294 bonanza ave**
**South lake tahoe, CA 96150**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.692** | **Nonpriority creditor's name and mailing address**
**Andrew Boynton**
**561 Harrington Ave**
**Concord, MA 01742**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.693** | **Nonpriority creditor's name and mailing address**
**Andrew Brantner**
**2623 Polk St Croix Rd**
**Clear Lake, WI 54005**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.694** | **Nonpriority creditor's name and mailing address**
**Andrew Brantner**
**2623 Polk St Croix Rd**
**Clear Lake, WI 54005**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.695** | **Nonpriority creditor's name and mailing address**
**Andrew Brantner**
**2623 Polk Saint Croix Road**
**Clear Lake, WI 54005**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.696** | **Nonpriority creditor's name and mailing address**
**Andrew Bray**
**282 E Bay Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.697** | **Nonpriority creditor's name and mailing address**
**andrew brumbach**
**527 E. Evergreen St.**
**Wheaton, IL 60187**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

| 3.698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Burch**
**1917 Bonnieview Drive**
**Evansville, IN 47715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Burch**
**1917 Bonnie view Drive**
**EVANSVILLE, IN 47715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Cancelosi**
**38 S Loudoun St**
**Lovettsville, VA 20180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Cancelosi**
**38 S Loudoun St**
**Lovettsville, VA 20180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Chisholm**
**8964 Salvatore St**
**Las Vegas, NV 89148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.703 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Clavijo**
**950 Tennessee St**
**Unit 116**
**San Francisco, CA 94107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.704 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Cleland**
**1308 Cope Ave E**
**Maplewood, MN 55109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.705** | Nonpriority creditor's name and mailing address

**Andrew Clemens**
**1617 West 14th**
**Port Angeles, WA 98363**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.706** | Nonpriority creditor's name and mailing address

**Andrew Condino**
**9712 NE 28th St**
**Vancouver, WA 98662**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.707** | Nonpriority creditor's name and mailing address

**Andrew Crawbuck**
**45 Frank Ct**
**Brooklyn, NY 11229**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.708** | Nonpriority creditor's name and mailing address

**Andrew Crider**
**2636 Omaha Ave**
**CLOVIS, CA 93619**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.709** | Nonpriority creditor's name and mailing address

**Andrew Dale**
**14855, Chesfield Ct**
**San Diego, CA 92127**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.710** | Nonpriority creditor's name and mailing address

**Andrew Dale**
**51545 Long Meadow Street**
**Indio, CA 92201**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.711** | Nonpriority creditor's name and mailing address

**Andrew Dallape**
**2532 vista drive**
**newport beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
           Name

| 3.712 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Dallape**
**2532 vista drive**
**newport beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.713 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Davidoff**
**58 Royal Saint George Rd**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.714 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Dawson**
**17 Milestone Crossing**
**Nantucket, MA 02554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.715 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Dawson**
**5 Amelia Drive**
**Nantucket, MA 02554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**andrew dean**
**638 center st**
**apt A**
**costa mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.717 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew DeWitt**
**2570 Grandin Rd**
**Cincinnati, OH 45208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew DeWitt**
**2570 Grandin Road**
**Cincinnati, OH 45208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                      Case number (if known) _____
            Name

---

| 3.719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Dillon**
**949 Congress St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Dobson**
**40 Spring Creek Hollow NE**
**Warren, OH 44484**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Duhaime**
**2855 Dillon dr**
**Ann Arbor, MI 48105**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Gilley**
**6275 Cardeno Dr**
**La Jolla, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew H. Gibbon**
**278 North Rd**
**Chester, NJ 07930**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Hammond**
**180 Saint Casimir Street**
**Rochester, NY 14621**
**Rochester, NY 14621**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andrew Hannon**
**5514 Woodshire Cir**
**Anchorage, AK 99516**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.726 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Andrew Hennessy** | ☐ Contingent | |
| | **768 Halifax Road** | ☐ Unliquidated | |
| | **Holts Summit, MO 65043** | ☐ Disputed | |
| | Date(s) debt was incurred **2024** | **Basis for the claim:  Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.727 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Andrew Herenstein** | ☐ Contingent | |
| | **137 Dune Rd.** | ☐ Unliquidated | |
| | **Westhampton Beach, NY 11978** | ☐ Disputed | |
| | Date(s) debt was incurred **2022** | **Basis for the claim:  Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.728 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Andrew Herlong** | ☐ Contingent | |
| | **63 Ebb Tide Cir** | ☐ Unliquidated | |
| | **Newport Beach, CA 92663** | ☐ Disputed | |
| | Date(s) debt was incurred **2023** | **Basis for the claim:  Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.729 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **ANDREW HO** | ☐ Contingent | |
| | **1145 NICK CIRCLE** | ☐ Unliquidated | |
| | **CORONA, CA 92881** | ☐ Disputed | |
| | Date(s) debt was incurred **2020** | **Basis for the claim:  Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.730 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Andrew Hunter** | ☐ Contingent | |
| | **1201 Magnolia Ave** | ☐ Unliquidated | |
| | **Manhattan Beach, CA 90266** | ☐ Disputed | |
| | Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.731 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Andrew Hunter** | ☐ Contingent | |
| | **1201 Magnolia Ave** | ☐ Unliquidated | |
| | **Manhattan Beach, CA 90266** | ☐ Disputed | |
| | Date(s) debt was incurred **2022** | **Basis for the claim:  Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.732 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Andrew Jagoda** | ☐ Contingent | |
| | **830 Wayland Place** | ☐ Unliquidated | |
| | **Santa Maria, CA 93455** | ☐ Disputed | |
| | Date(s) debt was incurred **2024** | **Basis for the claim:  Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrew Johnson**
**843 West 15th Street**
**Apt 58**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.734 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrew Karvelis**
**7801 N federal Hwy**
**13-205**
**Boca Raton, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrew Kelenpe**
**4846 Seven Trails Cir**
**Aberdeen, MD 21001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrew Kelly**
**676 Penllyn Blue Bell Pike**
**Blue Bell, PA 19422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrew Kim**
**1045 Park Ave, Apt 4C**
**New York, NY 10028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrew Kirk**
**3570 wild cherry court**
**Las vegas, NV 89121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Andrew Kraemer**
**1533 Fort Palmetto Cir**
**Mount Pleasant, SC 29466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.740** | **Nonpriority creditor's name and mailing address**

**Andrew La Douceur**
**3526 W Abraham Ln**
**N/a**
**Glendale, AZ 85308-2015**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.741** | **Nonpriority creditor's name and mailing address**

**Andrew Lee**
**6045 Los Siglos Drive**
**El Paso, TX 79912**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.742** | **Nonpriority creditor's name and mailing address**

**Andrew Leight**
**11 Laurie Crt**
**Kanata, ON K2L 1S2**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.743** | **Nonpriority creditor's name and mailing address**

**Andrew Lubinus**
**727 Andy Ct**
**North Liberty, IA 52317**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.744** | **Nonpriority creditor's name and mailing address**

**Andrew Maffett**
**4117 Redline Drive**
**Lakewood, CA 90713**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.745** | **Nonpriority creditor's name and mailing address**

**Andrew Mass**
**96 Pine Creek Avenue**
**Fairfield, CT 06824**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.746** | **Nonpriority creditor's name and mailing address**

**Andrew Mccabe**
**61 Oakview Circle**
**Ormond Beach, FL 32176**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.747** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Andrew McWaters** | ☐ Contingent |
| **2204 Margaret Way** | ☐ Unliquidated |
| **Dunedin, FL 34698** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.748** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Andrew Milkey** | ☐ Contingent |
| **2902 Brumbaugh Dr.** | ☐ Unliquidated |
| **Fort Collins, CO 80526** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.749** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Andrew Newby** | ☐ Contingent |
| **800 Grand Ave** | ☐ Unliquidated |
| **Carlsbad, CA 92008** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.750** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Andrew Oeftering** | ☐ Contingent |
| **135 First Street, 3D** | ☐ Unliquidated |
| **Keyport, NJ 07735** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.751** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Andrew Oeftering** | ☐ Contingent |
| **79 Broad Street** | ☐ Unliquidated |
| **Keyport, NJ 07735** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.752** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Andrew Peabody** | ☐ Contingent |
| **130 Normandy Dr** | ☐ Unliquidated |
| **Tavernier, FL 33070** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.753** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Andrew Polivka** | ☐ Contingent |
| **2101 Sherwood ave** | ☐ Unliquidated |
| **Charlotte, NC 28207** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.754** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Poole**
**4614 New York Ave**
**Fair Oaks, CA 95628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.755** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Pray**
**61052 Doe Run Dr**
**Amite, LA 70422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.756** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Pray**
**61052 Doe Run Dr**
**Amite, LA 70422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.757** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Robledo**
**625 pitt st bastrop tx 78602**
**1713**
**Bastrop, TX 78602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.758** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Saad**
**19562 Drybrook Lane**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.759** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Sanchez**
**155 Calle Guernica**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.760** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Sanchez**
**155 Calle Guernica**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.761 | **Nonpriority creditor's name and mailing address** |

**Andrew Sanchez**
**155 Calle Guernica**
**San Marcos, CA 92069**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.762 | **Nonpriority creditor's name and mailing address** |

**Andrew Sankowski**
**2527 Cheltenham Road**
**Toledo, OH 43606**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.763 | **Nonpriority creditor's name and mailing address** |

**Andrew Scheidegger**
**1130 San Luis Rey**
**Glendale, CA 91208**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.764 | **Nonpriority creditor's name and mailing address** |

**ANDREW SEAR**
**22458 Loch Lomond Dr**
**CANYON LAKE, CA 92587**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.765 | **Nonpriority creditor's name and mailing address** |

**Andrew Seeley**
**711 N Occidental Blvd**
**Los Angeles, CA 90026**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| | |
|---|---|
| 3.766 | **Nonpriority creditor's name and mailing address** |

**Andrew Sexton**
**2235 East Dr**
**Lawrence, KS 66046**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.767 | **Nonpriority creditor's name and mailing address** |

**Andrew Sexton**
**2235 East Dr.**
**Lawrence, KS 66046**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.768** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Sherman**
**24872 Paseo Vendaval**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.769** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Simons**
**4120 Birchmont street**
**Las Vegas, NV 89130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.770** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Slaugh**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.771** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Slaugh**
**3233 Warren Lane**
**El Dorado Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.772** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ANdrew Stack**
**13690 Ronnie Way**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.773** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andrew Starnes**
**447 Vista Roma**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.774** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**andrew statz**
**4846 Aquila Drive**
**Langley, WA 98260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
    Name

| 3.775 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**andrew statz**
**4846 aquila dr.**
**Langley, WA 98260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.776 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Tomp**
**28442 Zurita**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Tsao**
**14 Jefferson Ave**
**Short Hills, NJ 07078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Watt**
**1433 Superior Ave.**
**Unit #239**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.779 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Whitaker**
**5851 Hillcroft Dr**
**Toledo, OH 43615**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew White**
**3806 Cherry Grove Ct.**
**Port Orange, FL 32129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Andrew Xagorarakis**
**258 Magnolia St.**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.782 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Andri Kulyk** | ☐ Contingent | |
| | **431 1/2 Goldenrod Ave.** | ☐ Unliquidated | |
| | **Corona del Mar, CA 92625** | ☐ Disputed | |
| | **Date(s) debt was incurred** _2021_ | **Basis for the claim:** _Warranty_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.783 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Andrya Powers** | ☐ Contingent | |
| | **1945 Placentia Ave** | ☐ Unliquidated | |
| | **Unit A** | ☐ Disputed | |
| | **Costa Mesa, CA 92627** | | |
| | **Date(s) debt was incurred** _2025_ | **Basis for the claim:** _Warranty_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.784 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Andrya Powers** | ☐ Contingent | |
| | **851 Cortez St** | ☐ Unliquidated | |
| | **Costa Mesa, CA 92626** | ☐ Disputed | |
| | **Date(s) debt was incurred** _2023_ | **Basis for the claim:** _Warranty_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.785 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Andy Bell** | ☐ Contingent | |
| | **4004 Hopi Ct** | ☐ Unliquidated | |
| | **Ellicott City, MD 21043** | ☐ Disputed | |
| | **Date(s) debt was incurred** _2021_ | **Basis for the claim:** _Warranty_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.786 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Andy Boynton** | ☐ Contingent | |
| | **40 Mayflower Rd** | ☐ Unliquidated | |
| | **Chestnut Hill, MA 02467** | ☐ Disputed | |
| | **Date(s) debt was incurred** _2024_ | **Basis for the claim:** _Warranty_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.787 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Andy Bryant** | ☐ Contingent | |
| | **1730 S Watson St** | ☐ Unliquidated | |
| | **Visalia, CA 93277** | ☐ Disputed | |
| | **Date(s) debt was incurred** _2023_ | **Basis for the claim:** _Warranty_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.788 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Andy Bullock** | ☐ Contingent | |
| | **19051 E Cody Ave** | ☐ Unliquidated | |
| | **Parker, CO 80134** | ☐ Disputed | |
| | **Date(s) debt was incurred** _2024_ | **Basis for the claim:** _Warranty_ | |
| | **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.789** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andy Corley**
**227 Cliff Drive**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.790** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ANDY DORAN**
**2316 ESPINOSA PL**
**2-107**
**HIGHLANDS RANCH, CO 80129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.791** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ANDY FILIPPI**
**3896 ROCKFIELD CT**
**CARLSBAD, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.792** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**ANDY FILIPPI**
**3896 ROCKFIELD CT**
**CARLSBAD, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.793** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andy Graef**
**2151 6th Ave**
**Seattle, WA 98121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.794** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andy Hausermann**
**2N134 Addison Rd**
**Villa Park, IL 60181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.795** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Andy Henderson**
**19126 46th Ave NE**
**Arlington, WA 98223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy Hewitson**
**2706 Conejo Center Dr**
**Thousand Oaks, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy M**
**9130 SW 14th Ave**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy Maffett**
**4117 Redline Dr**
**Lakewood, CA 90713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy Martin**
**9130 SW 14th Ave**
**Portland, OR 97219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy Mulay**
**617 W Fern Dr**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy Roth**
**123 Thurgood St**
**Gaithersburg, MD 20878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Andy Ruggles**
**1116 Mariemont Ave**
**Sacramento, CA 95864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim: Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                              Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.803 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Andy Russell**
**4279 E Bellina Ln**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.804 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Andy Russell**
**4279 E Bellina Ln**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.805 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Andy Schoonover**
**2128 University Dr**
**D11**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.806 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Andy Steck**
**34 Via Elegante**
**Rancho Mirage, CA 92270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Andy Swanson Swanson**
**126 WARWICK ST**
**REDWOOD CITY, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**andy truong**
**2114 w juno ave apt c**
**anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Andy White**
**400 Evening Star Ln**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.810** | Nonpriority creditor's name and mailing address

**Anel Bojorquez**
**300 W. Ocean Blvd**
**#6601**
**Long Beach, CA 90802**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.811** | Nonpriority creditor's name and mailing address

**Angel Morales**
**6869 Torch Key Street**
**Greenacres, FL 33467**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.812** | Nonpriority creditor's name and mailing address

**Angel Ouwinga**
**16490 Spring Tree Drive**
**Spring Lake, MI 49456**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.813** | Nonpriority creditor's name and mailing address

**Angel Pacheco**
**1981 Wallace Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.814** | Nonpriority creditor's name and mailing address

**Angel Vasquez**
**1935 E Monroe Ave**
**Apt 2**
**Orange, CA 92867**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.815** | Nonpriority creditor's name and mailing address

**Angela Bailey**
**324 Underhill Way**
**Wendell, NC 27591**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.816** | Nonpriority creditor's name and mailing address

**Angela Cooley**
**4127 NW 33RD STREET**
**CAPE CORAL, FL 33993**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.817** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Angela DeJongh
2555 East Highway 224
DENVER, CO 80229

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.818** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Angela Eisenberg
1523 Orange Ave
Costa Mesa, CA 92627

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.819** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Angela Farrell
171 Montara dr
Aliso Viejo, CA 92656

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.820** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Angela Fasold
166 Heather Hills Dr
Danville, PA 17821

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.821** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Angela Gatihi
1318 Hope Drive
212
Santa Clara, CA 95054

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.822** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Angela Gentry
30483 Mission Street
Highland, CA 92346

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.823** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Angela Gentry
30483 Mission Street
Highland, CA 92346

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.824** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Angela Gerrard**
**2792 w 960 n**
**Clinton, UT 84015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.825** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Angela Hassen**
**6651 Railroad Ave**
**Portage, IN 46368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.826** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Angela Hobbis**
**1065 Presidio Dr**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.827** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Angela Johnson**
**774 zeb rd**
**union grove, NC 28689**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.828** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Angela Khorsandi**
**24782 Red Lodge Place**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.829** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Angela King - 006829507**
**459 Lagunita Dr**
**c/o Stanford Tresidder Package Center**
**Stanford, CA 94305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.830** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Angela Kosbab**
**5919 Caracas Ave**
**Bakersfield, CA 93313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.831 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Angela L Cochran**
**3840 Snyder Lane**
**NA**
**Gig Harbor, WA 98335**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.832 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Loustaunau**
**1820 N 3RD E**
**Mountain Home, ID 83647**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☐ No   ☐ Yes

---

| 3.833 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Malone**
**1441 TINAMOU RD**
**VENICE, FL 34293**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.834 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Malone**
**1441 Tinamou Road**
**Venice, FL 34293**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.835 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**angela mandernack**
**7200-45 avenue**
**kenosha, WI 53142**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.836 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Marie**
**1757 Chemeketa St. NE**
**Salem, OR 97301**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No   ☐ Yes

---

| 3.837 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Marie**
**1757 CHEMEKETA ST NE**
**SALEM, OR 97301-4322**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No   ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.838** | Nonpriority creditor's name and mailing address

**Angela Martinez**
**394 Hamilton Street**
**#C**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.839** | Nonpriority creditor's name and mailing address

**Angela Mills**
**7100 W Grandview Rd Apt 2071**
**Peoria, AZ 85382**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.840** | Nonpriority creditor's name and mailing address

**Angela Nunes**
**4648 Jennings Rd**
**Modesto, CA 95358-8602**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.841** | Nonpriority creditor's name and mailing address

**Angela Reither**
**6881 W REMINGTON PL**
**Littleton, CO 80128**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.842** | Nonpriority creditor's name and mailing address

**Angela Reither**
**6881 West Remington Place**
**Littleton, CO 80128**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.843** | Nonpriority creditor's name and mailing address

**Angela Reither**
**6881 W REMINGTON PL**
**Littleton, CO 80128**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.844** | Nonpriority creditor's name and mailing address

**angela rennie**
**7 Rose Loop**
**Fort Leavenworth, KS 66027**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.845 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Rojas**
**6956 campus dr**
**buena park, CA 90621**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angela Willmes**
**687 N0rthstar loop**
**Angels Camp, CA 95222**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.847 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angele Jester**
**217 East 16th Street**
**Costa Mesa, CA 92627**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angelica Acosta**
**3125 East Maple Avenue # D**
**Apt D**
**Orange, CA 92869**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angelica Reynoso**
**2207 Pomona Ave,**
**Apt B**
**Costa Mesa, CA 92627**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angelica Zacarias**
**9566 Bolton Ave**
**Montclair, CA 91763**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Angeline Harris**
**26875 La Alameda**
**1021**
**Mission Viejo, CA 92691**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                   Case number *(if known)* _____
_____
Name

| 3.852 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelique Rubio**
**7162 Juniper Rd**
**Joshua Tree, CA 92252**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelo Cosma**
**20871 Charwood Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.854 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelo Espiritu**
**160 Valley Stream Drive**
**Scarborough, ON M1V2A5**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.855 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angelo Evans**
**47950 Morongo Rd**
**Banning, CA 92220**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.856 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angeni Johnson**
**143 La Burnum Ln**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.857 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**angeni Johnson**
**7652 Garfield ave**
**97**
**huntington beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.858 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Angie Arredondo**
**1830 Pacific Ave**
**Norco, CA 92860**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.859 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Angie Cariker**
**270 Beasley Road**
**Combine, TX 75159**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.860 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Angie Lopez**
**337 Plymouth Ave**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Angie Spokely**
**610 2nd St NW**
**Hillsboro, ND 58045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Anika Bartley**
**1759 Old Baldy Way**
**Upland, CA 91784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Anil Keni**
**5 Phillips circle**
**Laguna niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Anisha Nguyen**
**10551 Claussen St**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.865 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**anisha nguyen**
**25232 mainsail dr.**
**Dana point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known)  _____

---

| 3.866 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**anissa kiester**
**241 CAMINO CORTINA**
**CAMARILLO, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.867 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anissa Voyiatzes**
**1945 Placentia Ave, Unit A**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.868 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anita Barton**
**13669 North Grand Canyon Street**
**Rathdrum, ID 83858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.869 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anita Brown**
**3097 Brine Way**
**The Villages, FL 32163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.870 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anita Comer**
**210 County Road 440**
**La Veta, CO 81055-0027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.871 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anita Edler**
**1942 Sanderling Cir**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.872 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anita Garcia-Gomez**
**3501 Crownover St.**
**Austin, TX 78725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                                    Case number (if known) _____
_____
Name

| 3.873 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

3.873

**Nonpriority creditor's name and mailing address**
**Anita Hernandez**
**2023 Republic Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.874

**Nonpriority creditor's name and mailing address**
**Anita Kirby**
**23449 Hwy 550**
**Montrose, CO 81403**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.875

**Nonpriority creditor's name and mailing address**
**Anita Kirby**
**5222 DOLES ROAD**
**Albany, GA 31705**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.876

**Nonpriority creditor's name and mailing address**
**Anita Stratmann**
**303 Aspen Cove**
**Cedar Park, TX 78613**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.877

**Nonpriority creditor's name and mailing address**
**Anita villagrana**
**1944 federal ave**
**Costa mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.878

**Nonpriority creditor's name and mailing address**
**Anita Wells**
**327 Rogers St NW**
**Olympia, WA 98502**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

3.879

**Nonpriority creditor's name and mailing address**
**Anka Duley**
**3059 Taylor Way**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

| 3.880 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ann Adams**
**6942 E Redbud Rd**
**Tucson, AZ 85715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.881 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ann Carson**
**2425 Windward LN**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.882 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ann Caruana**
**24662 Royale Ridge**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.883 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ann Findley**
**74 county road 1013**
**SILVERTHORNE, CO 80498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.884 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ann findley**
**74 CR 1013**
**silverthorne, CO 80498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.885 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ann Hernandez**
**2836 Dollar St**
**Lakewood, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.886 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ann Himes**
**162 Daugherty Rd**
**Grove City, PA 16127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.887**  | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Ann Kester**
**1715 S Incline Drive**
**Greenacres, WA 99016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.888**  | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Ann Kester**
**1715 S Incline Drive**
**Greenacres, WA 99016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.889**  | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Ann Marie Dodge**
**22677 Rue Woods Dr.**
**Lexington Park, MD 20653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.890**  | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Ann Marie Dodge**
**22677 Rue Woods Dr.**
**Lexington Park, MD 20653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.891**  | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Ann McGuire**
**2810 Meredith Court**
**Abingdon, MD 21009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.892**  | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Ann Millar**
**18022 Freshwater Cir**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.893**  | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Ann Millham**
**2120 South Blue Crane Drive**
**Jackson, WY 83001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.894**

**Nonpriority creditor's name and mailing address**

**Ann Pearson**
**20943 105th Ave**
**Cadott, WI 54727**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.895**

**Nonpriority creditor's name and mailing address**

**Ann Rad**
**1836 Baypointe Dr.**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.896**

**Nonpriority creditor's name and mailing address**

**Ann Rider**
**P.O. Box 33, 292 Peninsula Point Trail**
**Lutsen, MN 55612**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.897**

**Nonpriority creditor's name and mailing address**

**Ann Rutkowski**
**5200 N. Ocean Dr.**
**Unit 804**
**Riviera Beach, FL 33404**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.898**

**Nonpriority creditor's name and mailing address**

**Ann Sackman**
**2250 SAINES MANOR DR**
**JACKSON, MI 49201-8602**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.899**

**Nonpriority creditor's name and mailing address**

**Ann Serchen**
**N5738 County Road**
**Chili, WI 54420**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.900**

**Nonpriority creditor's name and mailing address**

**Ann sherby**
**1004 Chippendale Way**
**Roseville, CA 95661**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

---

**3.901** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Ann Wachholz**
**10784 261st St**
**Chisago City, MN 55013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.902** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Ann Walker**
**42 Meadowbrook Lane**
**STAFFORD, VA 22554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.903** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Ann Walker**
**42 Meadowbrook Lane**
**Stafford, VA 22554-5500**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.904** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Anna Barber**
**838 Fairchild Dr.**
**River Falls, WI 54022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.905** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Anna Bishop**
**66 Middle Rod**
**Palm beach, FL 33480**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.906** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Anna Byberg**
**1705 Pontiac Trl**
**Ann Arbor, MI 48105-1722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.907** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Anna Carlson**
**12708 NE 105th Ct**
**Kirkland, WA 98033-4752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.908** | Nonpriority creditor's name and mailing address

**Anna Costa**
**520 Walnut Avenue**
**Santa Cruz, CA 95060**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.909** | Nonpriority creditor's name and mailing address

**anna doiron**
**51 CAMELOT RD**
**YARMOUTHPORT, MA 02675**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.910** | Nonpriority creditor's name and mailing address

**Anna Ferree**
**20732 Brookdale Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.911** | Nonpriority creditor's name and mailing address

**Anna Gardner**
**901 Elk Avenue**
**Crested Butte, CO 81224**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.912** | Nonpriority creditor's name and mailing address

**Anna Heithier**
**NA 17571 Wayside Dr**
**Dumfries, VA 22026-4513**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.913** | Nonpriority creditor's name and mailing address

**Anna Heithier**
**2525 CO RD C**
**Tekamah, NE 68061**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.914** | Nonpriority creditor's name and mailing address

**Anna Herbert**
**601 Magnolia Ave**
**Inglewood, CA 90301**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.915** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anna Hulbert**
**388 Princeton Drive**
**Costa Mesa, CA 92626**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:  __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.916** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anna K Kimble**
**522 San Bernardino Ave**
**Newport Beach, CA 92663**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:  __Warranty__**

Last 4 digits of account number __7__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.917** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**anna kimble**
**522 san Bernardino**
**newport beach, CA 92663**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:  __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.918** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anna Marquez**
**4665 Viscano Ave**
**Atascadero, CA 93422**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:  __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.919** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anna Mendez**
**7707 Alta Vista**
**Highland, CA 92346**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:  __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.920** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anna michel**
**137 Shore Street**
**falmouth, MA 02540**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:  __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.921** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anna Monaco**
**10072 Sprit Cir**
**Huntington Beach, CA 92646**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:  __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

| 3.922 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Anna Salazar** | ☐ Contingent | |
| | **10650 Reichling Ln** | ☐ Unliquidated | |
| | **Whittier, CA 90606** | ☐ Disputed | |
| | **Date(s) debt was incurred 2021** | **Basis for the claim: Warranty** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Anna Tenn** | ☐ Contingent | |
| | **331 Indian Avenue** | ☐ Unliquidated | |
| | **Middletown, RI 02842** | ☐ Disputed | |
| | **Date(s) debt was incurred 2021** | **Basis for the claim: Warranty** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Anna-Elizabeth McCloud** | ☐ Contingent | |
| | **131 Cloister Dr** | ☐ Unliquidated | |
| | **Peachtree City, GA 30269** | ☐ Disputed | |
| | **Date(s) debt was incurred 2022** | **Basis for the claim: Warranty** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.925 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Anne Avalos** | ☐ Contingent | |
| | **510 E Mountain View Ave** | ☐ Unliquidated | |
| | **Glendora, CA 91741** | ☐ Disputed | |
| | **Date(s) debt was incurred 2021** | **Basis for the claim: Warranty** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.926 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Anne Carlson** | ☐ Contingent | |
| | **1629 Illinois Rd** | ☐ Unliquidated | |
| | **Northbrook, IL 60062** | ☐ Disputed | |
| | **Date(s) debt was incurred 2022** | **Basis for the claim: Warranty** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.927 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Anne Chalasani** | ☐ Contingent | |
| | **1526 Los Altos Dr.** | ☐ Unliquidated | |
| | **Burlingame, CA 94010** | ☐ Disputed | |
| | **Date(s) debt was incurred 2021** | **Basis for the claim: Warranty** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.928 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **ANNE CRAWFORD DEZONIA** | ☐ Contingent | |
| | **1296 FOOTHILL ROAD** | ☐ Unliquidated | |
| | **OJAI, CA 93023** | ☐ Disputed | |
| | **Date(s) debt was incurred 2021** | **Basis for the claim: Warranty** | |
| | **Last 4 digits of account number** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.929 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anne Elliott**
**65 Columbian Avenue**
**Oak Bluffs, MA 02557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anne Jones**
**17429 E 15th Ave**
**Spokane Valley, WA 99016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**anne marie moquin**
**587 beach ave**
**atlantic beach, FL 32233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anne Martel**
**490 E PARADISE HILLS DR**
**HENDERSON, NV 89002-6543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.933 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anne Monroe**
**117 Cline Road NE**
**Cleveland, TN 37312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anne Mullen**
**490 E Stretch Island Rd S**
**#303**
**Grapeview, WA 98546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anne Nielsen**
**408 Alvarado Street**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.936** | **Nonpriority creditor's name and mailing address**
**Anne Richardson**
**4004 Grand Ave.**
**Ojai, CA 93023**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.937** | **Nonpriority creditor's name and mailing address**
**Anne Ruiz**
**208 FIELDSTONE CT**
**ROSEVILLE, CA 95747**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.938** | **Nonpriority creditor's name and mailing address**
**Anne Shiffler**
**125 Wellington Drive**
**Union Grove, WI 53182**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.939** | **Nonpriority creditor's name and mailing address**
**Anne Shiffler**
**125 Wellington Dr.**
**Union Grove, WI 53182**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.940** | **Nonpriority creditor's name and mailing address**
**Anne Silsby**
**1515 Dorothy Ln.**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.941** | **Nonpriority creditor's name and mailing address**
**Anne Silsby**
**1515 Dorothy**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.942** | **Nonpriority creditor's name and mailing address**
**Anne Sollner**
**179 Homestead blvd**
**Mill Valley, CA 94941**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.943** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
**Anne Sollner**
**179 homestead blvd**
**Mill valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.944** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
**Anne Sollner**
**179 Homestead Blvd**
**Tamalpais-Homestead Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.945** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
**Anne Sollner**
**179 Homestead blvd**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.946** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
**Anne Solomon**
**26892 Venado Drive**
**Mission Veijo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.947** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
**Anne Stepan**
**5213 Kalmia Drive**
**Dayton, MD 21036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.948** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
**Anne Stepan**
**5213 Kalmia Dr**
**Dayton, MD 21036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.949** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
**Anne Tindell**
**9005 Gholson Rd**
**Waco, TX 76705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Electric Bike Company, LLC_____     Case number (if known) _____
   Name

| | | |
|---|---|---|
| 3.950 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $0.00 |

**Anne Ventura**
**2021 Commodore Rd**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $0.00 |
|---|---|---|

**Anne-Flore Marmot**
**242 cross st**
**Belmont, MA 02478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $0.00 |
|---|---|---|

**Anne-g Litwak**
**32159 E Reitze St / #1042**
**Carnation, WA 98014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $0.00 |
|---|---|---|

**Anne-g Litwak**
**36234 SE Fish Hatchery Road**
**Fall City, WA 98024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $0.00 |
|---|---|---|

**Anneke Ayers**
**917 Pacific Ave**
**#32**
**Hood River, OR 97031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $0.00 |
|---|---|---|

**AnnElise Bennett**
**9600 Taxiway Drive**
**Granbury, TX 76049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    $0.00 |
|---|---|---|

**Annemarie Tyler**
**56 Riverside Avenue**
**Attleboro, MA 02703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

| | |
|---|---|
| **3.957** | |

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**3.957**

**Nonpriority creditor's name and mailing address**
**Annemarie Wesa**
**12507 S Lakeview Dr**
**Huntley, IL 60142**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.958**

**Nonpriority creditor's name and mailing address**
**Annette Behunin**
**37 Regina**
**Dana Point, CA 92629**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.959**

**Nonpriority creditor's name and mailing address**
**Annette Chase**
**16806 116th Ave Ct E**
**Puyallup, WA 00098-0374**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.960**

**Nonpriority creditor's name and mailing address**
**Annette Chase**
**16806 116th Avenue Ct E**
**Puyallup, WA 98374**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.961**

**Nonpriority creditor's name and mailing address**
**Annette Devine**
**3235 Rosburg Street**
**Sierra Vista, AZ 85650**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.962**

**Nonpriority creditor's name and mailing address**
**Annette Devine**
**3235 Rosburg St**
**Sierra Vista, AZ 85650**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.963**

**Nonpriority creditor's name and mailing address**
**Annette Hoffman**
**4223 Jack Rabbit Ct**
**Dorr, MI 49323**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.964 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annette Melosini**
**19315 Echo Pass Rd.**
**Trabuco Canyon, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.965 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annette Purther**
**36789 Culberson Rd.**
**Alta, CA 95701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.966 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annette Purther**
**36789 Culberson Road**
**Box 1011**
**Alta, CA 95701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.967 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annette Rockwood**
**90 Yamaha Court**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.968 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annette V Rockwood**
**90 Yamaha Court**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.969 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**annie high**
**1412 west bay ave**
**newport beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.970 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annie Quiroz**
**63 Cleveland ave**
**Unit #1**
**SAN JOSE, CA 95128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
          Name

| 3.971 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annie Williams**
**8933 Biscayne Ct**
**Unit 223E**
**HUNTINGTN BCH, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Annika Chin**
**464 Woodmoor Dr**
**Lombard, IL 60148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anoop Banerjee**
**2785 Wild Orchid Way**
**Columbus, IN 47201-9487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.974 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony**
**13182 S Vista Station Blvd Apt B341**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Accetta**
**942 Sandwood Pl**
**San Pedro, CA 90731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Accetta**
**942 Sandwood Pl**
**San Pedro, CA 90731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Anthony Adame**
**83 Puesto Road**
**Rancho Mission Viejo, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.978** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
--- | --- | --- | ---

**Anthony Agliata**
**8 Lipson Ct**
**E Northport, NY 11731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.979** **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Anthony Agliata**
**8 Lipson Ct**
**East Northport, NY 11731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.980** **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Anthony Allison**
**51641 Waterwatch Ct**
**South Bend, IN 46628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.981** **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Anthony Aloi**
**178 AVENIDA ORONTES**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.982** **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Anthony Ardito**
**15 Hickory Ln**
**East Moriches, NY 11940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.983** **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Anthony Ardito**
**15 hickory lane**
**East Moriches, NY 11940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.984** **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Anthony Arent**
**2111 Miles Ave**
**Kalamazoo, MI 49001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.985 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Bohling**
**2137 Willowcreek Rd.**
**Portage, IN 46368**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.986 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Burch**
**1033 Berkshire Lane**
**Russell, KY 41169**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.987 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Burch**
**1033 Berkshire Ln**
**Russell, KY 41169-1611**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.988 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Burrell**
**2538 Arshia Street**
**Corpus Christi, TX 78414**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.989 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Chery**
**495 Dienherd**
**751**
**McCall, ID 83638**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.990 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Christani**
**15587 W. Pine Lake Rd**
**Salem, OH 44460**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.991 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Anthony Cruz**
**1940 Rock Springs Road**
**Escondido, CA 92026**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor __Electric Bike Company, LLC_____        Case number (if known) _____
       Name

---

**3.992** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
| **Anthony Cucinotti** | ☐ Contingent |
| **21001 Barbados Cir** | ☐ Unliquidated |
| **Huntington Beach, CA 92646** | ☐ Disputed |
| Date(s) debt was incurred __2022__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.993** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
| **Anthony Custodio** | ☐ Contingent |
| **1147 RAMONA ST** | ☐ Unliquidated |
| **Palo Alto, CA 94301** | ☐ Disputed |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.994** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
| **Anthony Dowd** | ☐ Contingent |
| **1221 E Apache Blvd Apt 5092** | ☐ Unliquidated |
| **Tempe, AZ 85281** | ☐ Disputed |
| Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.995** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
| **Anthony Dowd** | ☐ Contingent |
| **6938 East Orion Drive** | ☐ Unliquidated |
| **Scottsdale, AZ 85257** | ☐ Disputed |
| Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.996** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
| **Anthony Favara** | ☐ Contingent |
| **1901 GREEN MEADOW CT** | ☐ Unliquidated |
| **ARLINGTON, TX 76013** | ☐ Disputed |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.997** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
| **Anthony Giralo** | ☐ Contingent |
| **1102 Placerville St** | ☐ Unliquidated |
| **Las Vegas, NV 89119** | ☐ Disputed |
| Date(s) debt was incurred __2022__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.998** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
| **Anthony Ivankovich** | ☐ Contingent |
| **731 Almond Drive** | ☐ Unliquidated |
| **Watsonville, CA 95076** | ☐ Disputed |
| Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.999** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anthony Jennison**
**395 Santa Isabel Ave.**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 0** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anthony Johnson**
**10716 Oak St**
**Los Alamitos, CA 90720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anthony Johnstone**
**3474 Brittany Way**
**El Doradgo Hills, CA 95762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anthony Jordan**
**837 Gutmann Lane**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anthony Licata**
**19812 Sienna Lane**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anthony Lopez**
**421 Fleetwood pl**
**Glendora, CA 91740-5969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.100 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Anthony Magaraci**
**1126 E Balboa Blvd.**
**Newport Beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.100 6**

**Nonpriority creditor's name and mailing address**

**Anthony Magliocco**
**7547 Gibraltar St**
**Unit 302**
**Carlsbad, CA 92009**

Date(s) debt was incurred  **2024**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.100 7**

**Nonpriority creditor's name and mailing address**

**Anthony Masciangelo**
**21040 Pacific City Circle**
**#4318**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.100 8**

**Nonpriority creditor's name and mailing address**

**Anthony McLeod**
**33965 Alcazar Dr.**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2024**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.100 9**

**Nonpriority creditor's name and mailing address**

**Anthony McLeod**
**33965 ALCAZAR DR**
**DANA POINT, CA 92629-2410**

Date(s) debt was incurred  **2022**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 0**

**Nonpriority creditor's name and mailing address**

**Anthony Millunzi**
**4614 Seguin Valley Dr**
**Katy, TX 77494**

Date(s) debt was incurred  **2024**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 1**

**Nonpriority creditor's name and mailing address**

**Anthony Oliver**
**6031 Altmark Ave**
**Whittier, CA 90601**

Date(s) debt was incurred  **2021**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.101 2**

**Nonpriority creditor's name and mailing address**

**Anthony Orosco**
**266 W 4th Street**
**Perris, CA 92630**

Date(s) debt was incurred  **2025**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.101**
**3**

**Nonpriority creditor's name and mailing address**

**Anthony Palladino**
**101 Hansburg Rd**
**Pine Bush, NY 12566-5010**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101**
**4**

**Nonpriority creditor's name and mailing address**

**Anthony Palo**
**23 Patten Terrace**
**Cedar Grove, NJ 07009**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101**
**5**

**Nonpriority creditor's name and mailing address**

**Anthony Parnell**
**1022 Prince George Parish Dr**
**Farragut, TN 37934**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101**
**6**

**Nonpriority creditor's name and mailing address**

**Anthony Paulk**
**24561 Glenda**
**Novi, MI 48375**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101**
**7**

**Nonpriority creditor's name and mailing address**

**Anthony Poidmore**
**3211 Via Karina**
**Lincoln, CA 95648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101**
**8**

**Nonpriority creditor's name and mailing address**

**Anthony Pringle**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.101**
**9**

**Nonpriority creditor's name and mailing address**

**Anthony Rio**
**5790 7 Up Lane**
**Lincoln, MT 59639**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
        Name

---

**3.102 0**

**Nonpriority creditor's name and mailing address**

**Anthony Roberto**
**3318 Unionville Pike**
**Hatfield, PA 19440**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102 1**

**Nonpriority creditor's name and mailing address**

**Anthony Roy**
**2211 Carnegie LN, Unit A**
**Redondo Beach, CA 90278**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102 2**

**Nonpriority creditor's name and mailing address**

**Anthony Scoggins**
**2848 E Street**
**San Diego, CA 92102**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102 3**

**Nonpriority creditor's name and mailing address**

**Anthony Shepherd**
**204 Oakwood Drive**
**Summerville, SC 29483**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102 4**

**Nonpriority creditor's name and mailing address**

**Anthony Smith**
**6063 South Pointe Drive**
**Burlington, KY 41005**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102 5**

**Nonpriority creditor's name and mailing address**

**Anthony Tew**
**6593 east telegraph street**
**Yuma, AZ 85365**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.102 6**

**Nonpriority creditor's name and mailing address**

**Anthony Tew**
**6593 east telegraph street**
**yuma, AZ 85365**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.102 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Anthony Tibbit**
**PO BOX 1006**
**Sweetwater, TX 79556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Anthony Vidovich**
**36 1/2 Eden Rd**
**Rockport, MA 01966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.102 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Anthony Vidovich**
**36 1/2 Eden Rd**
**Rockport, MA 01966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Anthony Wrzosek**
**52 Glenalmond Lane**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Anthony Zedonek**
**1 Lindsay Lane**
**Petersburg, NJ 08270**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Antolin Dizon**
**134 N. San Gabriel Ave**
**Azusa, CA 91702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.103 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Anton Norac**
**9452 Daytona Circle**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.103
4**

**Nonpriority creditor's name and mailing address**

**Antonio Aaron**
**2551 Santa Barbara Lane**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103
5**

**Nonpriority creditor's name and mailing address**

**Antonio Bortolotto**
**1377 Tidal Pointe Blvd**
**Jupiter, FL 33477**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103
6**

**Nonpriority creditor's name and mailing address**

**Antonio Cota**
**1140 Hermosa avenue**
**Apartment 2**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103
7**

**Nonpriority creditor's name and mailing address**

**Antonio Cota**
**1140 Hermosa ave**
**2**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103
8**

**Nonpriority creditor's name and mailing address**

**Antonio Moderno**
**234 Zawn**
**Irvine, CA 92618**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.103
9**

**Nonpriority creditor's name and mailing address**

**Antonio Ortiz**
**12705 Kumquat Avenue**
**Chino, CA 91710**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.104
0**

**Nonpriority creditor's name and mailing address**

**Antonio Pavon**
**55 Mason Street**
**Apt 221**
**San Francisco, CA 94102**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
  Name

---

**3.104
1**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Antonio Rivera**                                              ☐ Contingent
**2393 San Ysidro**                                            ☐ Unliquidated
**Camarillo, CA 93010**                                        ☐ Disputed

Date(s) debt was incurred  **2023**                            **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104
2**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Antonio Sanchez**                                            ☐ Contingent
**1457 SW 17th Ter**                                           ☐ Unliquidated
**Miami, FL 33145**                                            ☐ Disputed

Date(s) debt was incurred  **2025**                            **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104
3**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Antonio Simpson**                                            ☐ Contingent
**12914 steam mill farm drive**                                ☐ Unliquidated
**Brandywine, MD 20613**                                       ☐ Disputed

Date(s) debt was incurred  **2023**                            **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104
4**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Anya Khan**                                                  ☐ Contingent
**37 Needle Grass**                                            ☐ Unliquidated
**Irvine, CA 92603**                                           ☐ Disputed

Date(s) debt was incurred  **2025**                            **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104
5**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**April Forrester**                                            ☐ Contingent
**3210 Colorado Place**                                        ☐ Unliquidated
**Costa Mesa, CA 92626**                                       ☐ Disputed

Date(s) debt was incurred  **2024**                            **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104
6**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**April Gabriel**                                              ☐ Contingent
**1048 Longfellow Dr**                                         ☐ Unliquidated
**Salinas, CA 93906**                                          ☐ Disputed

Date(s) debt was incurred  **2021**                            **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.104
7**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**April Guillory**                                             ☐ Contingent
**622 Red Fern Rd**                                            ☐ Unliquidated
**Crestview, FL 32536**                                        ☐ Disputed

Date(s) debt was incurred  **2023**                            **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.104
8**

Nonpriority creditor's name and mailing address

**April Hadden
7554 Herrick Court
The Villages, FL 34762**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104
9**

Nonpriority creditor's name and mailing address

**April Kulpinski
8212 Kingfisher Dr
Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105
0**

Nonpriority creditor's name and mailing address

**April Lowery
2602 Cropper Circle
North Chesterfield, VA 23235**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105
1**

Nonpriority creditor's name and mailing address

**April Mangels
5857 East Barrios Streer
Long Beach, CA 90815**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105
2**

Nonpriority creditor's name and mailing address

**April Martell
14813 NW Benajmin Ct
Portland, OR 97229**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105
3**

Nonpriority creditor's name and mailing address

**April Martell
14813 NW Benjamin Ct
Portland, OR 97229**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105
4**

Nonpriority creditor's name and mailing address

**April McGinnis
5142 Iolani Place
Princeville, HI 96722**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

**April Orband**
**16496 Willow Dr**
**Rogers, AR 72756**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

**April Pickrell**
**1814 Castle Peak Loop NE**
**Rio Rancho, NM 87144**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 7**

**Nonpriority creditor's name and mailing address**

**April Wheelock**
**4407 Sycamore Rd**
**Cincinnati, OH 45236**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

**April Withers**
**704 Roger Circle**
**Las Vegas, NV 89107**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

**Arash Tabrizi**
**31 Pierce Dr**
**Novato, CA 94947**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

**Ari Master**
**1924 Tahuna Ter.**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

**Ariane LaRue**
**16 Goodwill Ct**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.106<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariane O'Shield**
**356 Marmona Dr**
**Menlo Park, CA 94025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arianne McHugh**
**3130 Clay Street**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariel Clark**
**67 La Paz Ct**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariel Ledesma**
**1020 Joy Street**
**Madera, CA 93637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariel Millard**
**181 N Laurel Ave**
**Clovis, CA 93611**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariel Payopay**
**4519 176th St. E**
**M4**
**Tacoma, WA 98446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ariel Viramontes**
**1328 14th St NW**
**Apt 409**
**Washington, DC 20005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number *(if known)*  _____

---

**3.1069**

**Nonpriority creditor's name and mailing address**

**Ariel Viramontes**
**1328 14th Street Northwest**
**Apt 409**
**Washington, DC 20005**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1070**

**Nonpriority creditor's name and mailing address**

**Arik Vrobel**
**2800 W. Oceanfront**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1071**

**Nonpriority creditor's name and mailing address**

**Arlene Nelson**
**5453 Barton Dr**
**Orlando, FL 32807**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1072**

**Nonpriority creditor's name and mailing address**

**Arlene Torbert**
**1434 Quarry Ct**
**San Luis Obispo, CA 93401**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1073**

**Nonpriority creditor's name and mailing address**

**Armand wright**
**259 Main St.**
**Claremont, NH 03743**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1074**

**Nonpriority creditor's name and mailing address**

**Armand Wright**
**259 Main St.**
**Claremont, NH 03743**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1075**

**Nonpriority creditor's name and mailing address**

**Armandi Muniz**
**2688 Grandoaks Drive**
**Westlake Village, CA 91361**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**3.107 6**

**Nonpriority creditor's name and mailing address**

**Armandi Muniz**
**28124 Pacific Coast Highway**
**Malibu, CA 90265**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 7**

**Nonpriority creditor's name and mailing address**

**Armando Barzaghi**
**526 West 40th St.**
**San Pedro, CA 90731**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 8**

**Nonpriority creditor's name and mailing address**

**Armando Perez**
**922 guy road**
**Orlando, FL 32828**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 9**

**Nonpriority creditor's name and mailing address**

**Armando Perez**
**922 Guy Rd**
**Orlando, FL 32828**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 0**

**Nonpriority creditor's name and mailing address**

**Armani DeJesus**
**840 NE 62nd CT**
**Fort Lauderdale, FL 33334**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 1**

**Nonpriority creditor's name and mailing address**

**Armen Avanessians**
**611 DIMICK RD**
**BOYNTON BEACH, FL 33435-2407**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108 2**

**Nonpriority creditor's name and mailing address**

**Arnold Carreiro**
**2849 Huffman Blvd.**
**Jacksonville, FL 32246**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.108
3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Arnold MILLER**                                                          ☐ Contingent
**22 Johnston Ave**                                                        ☐ Unliquidated
**Northport, NY 11768**                                                    ☐ Disputed

Date(s) debt was incurred  **2022**                                        **Basis for the claim:  Warranty**

Last 4 digits of account number __                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.108
4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Arnold Vasquez**                                                         ☐ Contingent
**29429 evans lane**                                                       ☐ Unliquidated
**Highland, CA 92346**                                                     ☐ Disputed

Date(s) debt was incurred  **2024**                                        **Basis for the claim:  Warranty**

Last 4 digits of account number __                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.108
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Arriana Padron**                                                        ☐ Contingent
**9736 Brookhaven Cir**                                                    ☐ Unliquidated
**Huntington Beach, CA 92646**                                             ☐ Disputed

Date(s) debt was incurred  **2024**                                        **Basis for the claim:  Warranty**

Last 4 digits of account number __                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.108
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Arshia Shokati**                                                        ☐ Contingent
**28422 Munera**                                                          ☐ Unliquidated
**Mission Viejo, CA 92692**                                                ☐ Disputed

Date(s) debt was incurred  **2024**                                        **Basis for the claim:  Warranty**

Last 4 digits of account number __                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.108
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Art Arellano**                                                          ☐ Contingent
**1510 Newport Blvd**                                                      ☐ Unliquidated
**Costa Mesa, CA 92627**                                                   ☐ Disputed

Date(s) debt was incurred  **2024**                                        **Basis for the claim:  Warranty**

Last 4 digits of account number __                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.108
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Art Arellano**                                                          ☐ Contingent
**16335 Harlem Av #400**                                                   ☐ Unliquidated
**Tinley Park, IL 60477**                                                  ☐ Disputed

Date(s) debt was incurred  **2024**                                        **Basis for the claim:  Warranty**

Last 4 digits of account number __                                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.108
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Art Carrillo**                                                          ☐ Contingent
**2318 Treana Ct**                                                        ☐ Unliquidated
**Tulare, CA 93274**                                                       ☐ Disputed

Date(s) debt was incurred  **2022**                                        **Basis for the claim:  Warranty**

Last 4 digits of account number __                                         Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.1090**

**Nonpriority creditor's name and mailing address**

**Art Heckman**
**2386 Carlton Pl**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1091**

**Nonpriority creditor's name and mailing address**

**Art Salgado**
**13040 Brookshire Ave**
**Downey, CA 90242**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1092**

**Nonpriority creditor's name and mailing address**

**Artemio Chapa**
**14016 Briarwick St**
**Germantown, MD 20874**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1093**

**Nonpriority creditor's name and mailing address**

**Artemis Deems**
**8 Alfred Dr**
**Poughkeepsie, NY 12603**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1094**

**Nonpriority creditor's name and mailing address**

**Arthur Aguilar**
**425 Mesa Blvd. Unit 201**
**Mesquite, NV 89027**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1095**

**Nonpriority creditor's name and mailing address**

**Arthur Arellano**
**16335 S Harlem Av #400**
**Tinley Park, IL 60477**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1096**

**Nonpriority creditor's name and mailing address**

**Arthur Arellano**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.109
7**

**Nonpriority creditor's name and mailing address**
**Arthur Arellano**
**16335 Harlem Av # 400**
**Tinley Park, IL 60477**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.109
8**

**Nonpriority creditor's name and mailing address**
**Arthur Arellano**
**16335 Harlem Av #400**
**Tinley Park, IL 60477**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.109
9**

**Nonpriority creditor's name and mailing address**
**Arthur Barter**
**1645 Labrador Dr.**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.110
0**

**Nonpriority creditor's name and mailing address**
**Arthur Bothwell**
**437 Newbold Road**
**Jenkintown, PA 19046**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.110
1**

**Nonpriority creditor's name and mailing address**
**arthur brymer**
**4371 se Dixie Ross st**
**Stuart, FL 34997**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.110
2**

**Nonpriority creditor's name and mailing address**
**Arthur Craig**
**109 Finn Bridge court**
**Sellersburg, IN 47172**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.110
3**

**Nonpriority creditor's name and mailing address**
**Arthur D. Christner**
**58426 Ox Bow Drive**
**Elkhart, IN 46516**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.110 4**

**Nonpriority creditor's name and mailing address**

**Arthur Dejager**
**8911 s bliss rd**
**Chowchilla, CA 93610**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 5**

**Nonpriority creditor's name and mailing address**

**Arthur Gordon**
**7 Calle del apice**
**San Clemente, CA 92672**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 6**

**Nonpriority creditor's name and mailing address**

**Arthur Guilford**
**5501 Lillehammer Ln**
**Unit 4302**
**Park City, UT 84008**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 7**

**Nonpriority creditor's name and mailing address**

**Arthur Guy**
**256 East 20th St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 8**

**Nonpriority creditor's name and mailing address**

**Arthur Heezen**
**2720 Rambling Road**
**Celina, TX 75009**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.110 9**

**Nonpriority creditor's name and mailing address**

**Arthur Ho**
**9316 Canyon Classic**
**Las Vegas, NV 89144**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 0**

**Nonpriority creditor's name and mailing address**

**Arthur Housley**
**5318 Laurel Ridge Ct**
**Fairfield, CA 94534**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.111**
**1**

**Nonpriority creditor's name and mailing address**

**Arthur Lawley**
**3550 Carnation Circle**
**Seal Beach, CA 90740**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111**
**2**

**Nonpriority creditor's name and mailing address**

**Arthur Liberty**
**765 HERON CT SE**
**BOLIVIA, NC 28422-4401**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111**
**3**

**Nonpriority creditor's name and mailing address**

**Arthur Martinez**
**3621 Westwood Blvd**
**1**
**Los Angeles, CA 90034**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111**
**4**

**Nonpriority creditor's name and mailing address**

**Arthur Pacheco**
**834 East 246 Street**
**Wilmington, CA 90744**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111**
**5**

**Nonpriority creditor's name and mailing address**

**Arthur Remnet**
**3321 Donnie Ann Rd**
**Rossmoor, CA 90720**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111**
**6**

**Nonpriority creditor's name and mailing address**

**Arthur Ruderman**
**27 St. John**
**Dana Point, CA 92629**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111**
**7**

**Nonpriority creditor's name and mailing address**

**Arthur Schroedeer**
**152 22nd St**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known)    _____

---

| 3.111 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arthur Schroeder**
**152 22nd St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.111 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arthur Schroeder**
**152 22nd St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arthur Shapiro**
**399 Independents Drive**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**arthur shapiro**
**399 independence drive**
**claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arthur Wolf**
**3 cloister court**
**ladera ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Artur Szczepanek**
**11747 Darlington Ave**
**Apt 203**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.112 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Arturo Acero**
**449 waterwheel Falls Dr.**
**Henderson, NV 89015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
                    Name

---

| 3.112 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ash Feijoo**
**722 Hidden Lake Drive**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ash Pereira**
**5213 Lana Renee Court**
**Hermitage, TN 37076**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashell Korbini**
**1819 20th Ave**
**Longmont, CO 80501**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashlee Barrier**
**48999 Mockingbird ln**
**Morongo Valley, CA 92256**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.112 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashlee Gane**
**46 Elm Creek Road**
**Cochranville, PA 19330**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashlee Mora**
**535 Caleigh Ln.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.113 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashley Adkison**
**5804 Mait Lane**
**Edina, MN 55436**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Electric Bike Company, LLC__     Case number (if known) _____
          Name

---

**3.113 2**

**Nonpriority creditor's name and mailing address**                 $0.00

**Ashley Amoroso**
**16762 River View Cir**
**Bristol, PA 19007**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113 3**

**Nonpriority creditor's name and mailing address**                 $0.00

**Ashley and Joshua Northcutt**
**2705 Drayton Hall**
**11645 Provincetowne Drive**
**Buford, NC 30519**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113 4**

**Nonpriority creditor's name and mailing address**                 $0.00

**Ashley Baker**
**6463 Castlebrook Way sw**
**Ocean Isle Beach, NC 28469**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113 5**

**Nonpriority creditor's name and mailing address**                 $0.00

**Ashley Belyeu**
**2331 Culver Way**
**San diego, CA 92109**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113 6**

**Nonpriority creditor's name and mailing address**                 $0.00

**Ashley Berry**
**1621 Hughes Loop**
**Maryville, TN 37803**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113 7**

**Nonpriority creditor's name and mailing address**                 $0.00

**Ashley Bonavito**
**463 Lisbon Place**
**Santa Paula, CA 93060**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.113 8**

**Nonpriority creditor's name and mailing address**                 $0.00

**Ashley Briggs**
**426 Belvue Lane**
**Newport Beach, CA 92661**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
Name

Case number *(if known)* _____

---

**3.1139**

**Nonpriority creditor's name and mailing address**

**Ashley Burkett**
**4612 castle cary lane**
**Salida, CA 95368**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1140**

**Nonpriority creditor's name and mailing address**

**Ashley Carter**
**3199 Haiti Cir**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1141**

**Nonpriority creditor's name and mailing address**

**Ashley Clark**
**1824 Monrovia Ave**
**Suite D**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1142**

**Nonpriority creditor's name and mailing address**

**Ashley Conti**
**843 kumulani drive**
**Kihei, HI 96753**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1143**

**Nonpriority creditor's name and mailing address**

**Ashley Corona**
**3547 East Sierra Madre Ave**
**Gilbert, AZ 85296**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1144**

**Nonpriority creditor's name and mailing address**

**Ashley English**
**4520 Mayberry St**
**Omaha, NE 68106**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1145**

**Nonpriority creditor's name and mailing address**

**Ashley English**
**4520 Mayberry St**
**Omaha, NE 68106**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.114 6**

**Nonpriority creditor's name and mailing address**

**Ashley English**
**4520 Mayberry St**
**Omaha, NE 68106**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 7**

**Nonpriority creditor's name and mailing address**

**Ashley Estrada**
**2567 Elden Avenue Apt C2**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 8**

**Nonpriority creditor's name and mailing address**

**Ashley Feijoo**
**14524 Trails Edge Blvd**
**Odessa, FL 33556**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.114 9**

**Nonpriority creditor's name and mailing address**

**Ashley Festoso**
**215 Golf Club Drive**
**Key West, FL 33040**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.115 0**

**Nonpriority creditor's name and mailing address**

**Ashley Ford**
**3101 Indian Crest Drive**
**Indian Springs, AL 35124**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.115 1**

**Nonpriority creditor's name and mailing address**

**Ashley Ford**
**3101 Indian Crest Drive**
**Indian Springs Village, AL 35124**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.115 2**

**Nonpriority creditor's name and mailing address**

**Ashley Greig**
**993 Brighton Avenue**
**Grover Beach, CA 93433**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

    Name

---

**3.115
3**

**Nonpriority creditor's name and mailing address**

**Ashley Lane**
**400 Central Park West**
**1T**
**NEW YORK, NY 10025**

Date(s) debt was incurred  **2020**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115
4**

**Nonpriority creditor's name and mailing address**

**Ashley Levitan**
**92 Hibriten Dr.**
**ASHEVILLE, NC 28801**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115
5**

**Nonpriority creditor's name and mailing address**

**Ashley Perry**
**1325 18TH ST NW**
**APT 608**
**Washington, DC 20036**

Date(s) debt was incurred  **2025**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115
6**

**Nonpriority creditor's name and mailing address**

**Ashley Powne**
**113 E Spring St**
**Napa, CA 94559**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115
7**

**Nonpriority creditor's name and mailing address**

**Ashley Smith**
**1196 cabrillo drive**
**Beverly Hills, CA 90210**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115
8**

**Nonpriority creditor's name and mailing address**

**Ashley Smith**
**903 Bainbridge Pl**
**Goshen, IN 46526**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115
9**

**Nonpriority creditor's name and mailing address**

**Ashley Stewart**
**676 E Zachary Way**
**Alpine, UT 84004**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.116 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ashley Tull**
**1125 Monterey Blvd**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.116 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashley Vitarelli**
**346 Flower st**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.116 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashley Werley**
**417 Seville Ave**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.116 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashley Willis**
**1194 Bismark Way**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.116 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashley Wulf**
**206 17th St N**
**Benson, MN 56215**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.116 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashton Ballard**
**1260 Connecticut St**
**Imperial Beach, CA 91932**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.116 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ashton Beattie**
**196 grove farm ln**
**martinsburg, WV 25404**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.116
7**

**Nonpriority creditor's name and mailing address**

**Ashton Billmaier**
**11925 Manzanita LN NE**
**Bainbridge Island, WA 98110**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116
8**

**Nonpriority creditor's name and mailing address**

**Ashton Davanzo**
**36 Lewiston Court**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.116
9**

**Nonpriority creditor's name and mailing address**

**Asia Embers**
**437 N. Maxwell**
**McPherson, KS 67460**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117
0**

**Nonpriority creditor's name and mailing address**

**Astin Thimm**
**2715 Sidewinder Dr**
**Park City, UT 84060**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117
1**

**Nonpriority creditor's name and mailing address**

**Atreyee Roy**
**120 Knoll Brook Drive**
**O'Fallon, MO 63366-5074**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117
2**

**Nonpriority creditor's name and mailing address**

**Attn: Kent North Bay Bikes**
**4588 E 2nd St**
**Ste L**
**Benicia, CA 94510-1013**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117
3**

**Nonpriority creditor's name and mailing address**

**Aubrey Pond**
**3122 McKinley St**
**San Diego, CA 92104**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.117 4**

**Nonpriority creditor's name and mailing address**

**Aubrey Pond**
**924 Beaumont Ave**
**McCloud, CA 96057**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.117 5**

**Nonpriority creditor's name and mailing address**

**Aubrey Vanderbyl**
**1510 Old Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.117 6**

**Nonpriority creditor's name and mailing address**

**Audra Stamm**
**61155 Cone Flower St**
**Bend, OR 97702**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.117 7**

**Nonpriority creditor's name and mailing address**

**Audrey Folta**
**706 35th Avenue**
**San Francisco, CA 94121**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.117 8**

**Nonpriority creditor's name and mailing address**

**Audrey Freed**
**5336 Fifth Street**
**Saint Augustine, FL 32080**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.117 9**

**Nonpriority creditor's name and mailing address**

**Audrey Lillian**
**945 Placentia Ave**
**Suite A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.118 0**

**Nonpriority creditor's name and mailing address**

**Audrey Lovell**
**5054 Bellflower Blvd**
**Lakewood, CA 90713**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor     **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

| 3.118 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audrey Wood**
**1330 West st**
**Suite b**
**Redding, CA 96001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audrey Wood**
**416 9th st**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Audrey Wood**
**9582 Peppertree Drive**
**Huntington Beach, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Augustine Romo**
**9932 Barranca Circle**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Augusto Salazar**
**24130 W Lyons Ave**
**Newhall, CA 91321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aundria Hunter**
**16372 Birdie Ln**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.118 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Aurea Hernandez**
**656 Center st**
**Apt. B**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.1188 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Aussie Kizirian**
3505 Rindge Ln
A
Redondo Beach, CA 90278

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1189 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Adams**
345 South Arcade Street
Gladwin, MI 48624

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1190 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Bennett**
1335 Lake Circle
H
Windsor, CO 80550

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1191 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Clark**
19361 Brookhurst St
Huntington Beach, CA 92646

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2025

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** 7

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1192 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Kent**
7744 Pershing Ave.
SAINT LOUIS, MO 63105

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2024

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1193 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Kircher**
2105 Cresta Dr
Newport Beach, CA 92660

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2023

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1194 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Austin Miller**
3112 North Shore Road
Bellingham, WA 98226

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** 2022

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.119 5**

**Nonpriority creditor's name and mailing address**

**Austin Peterson**
**8300 La Cruz Way**
**Elk Grove, CA 95757**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 6**

**Nonpriority creditor's name and mailing address**

**Austin Peterson**
**8300 La Cruz Way**
**Elk Grove, CA 95757**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 7**

**Nonpriority creditor's name and mailing address**

**Austin Redford**
**2220 E Murray Holladay Rd**
**Apt 150**
**Holladay, UT 84117**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 8**

**Nonpriority creditor's name and mailing address**

**Austin VanderRiet**
**1851 Kentucky Pl**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.119 9**

**Nonpriority creditor's name and mailing address**

**Autumn Morgan**
**2000 Presidential Way**
**1702**
**West Palm Beach, FL 33401**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 0**

**Nonpriority creditor's name and mailing address**

**Autumn Shumaker**
**654 Wedge**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 1**

**Nonpriority creditor's name and mailing address**

**Autumn Shumaker**
**654 Wedge**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.120 2**

**Nonpriority creditor's name and mailing address**

**Ava Roxanne Stritt**
**2200 Holiday Road**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 3**

**Nonpriority creditor's name and mailing address**

**Averi Noel**
**706 Heliotrope**
**Conona Del Mar, CA 92625**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 4**

**Nonpriority creditor's name and mailing address**

**Avery Tenkley**
**5009 Overbrook Place**
**Colorado Springs, CO 80919**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 5**

**Nonpriority creditor's name and mailing address**

**Avianne Hospedales**
**905 Mission Hill Rd**
**Boynton Beach, FL 33435**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 6**

**Nonpriority creditor's name and mailing address**

**Avie Croce**
**4290 Beacon Light Road**
**Edgewater, FL 32141**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 7**

**Nonpriority creditor's name and mailing address**

**Avis Payne**
**1813 Lydonlea Way**
**Baltimore, MD 21239**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120 8**

**Nonpriority creditor's name and mailing address**

**Axel Sorensen**
**721 Amigos Way**
**Apt 13**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number *(if known)* _____
Name

---

**3.120 9**

**Nonpriority creditor's name and mailing address**
**Axel Sorensen**
**1510 Old Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.121 0**

**Nonpriority creditor's name and mailing address**
**Axle Ethington**
**58037 N CAROLINA 12 UNIT 5**
**HATTERAS, NC 27943**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.121 1**

**Nonpriority creditor's name and mailing address**
**ayanna walker**
**1049 lancaster dr.**
**ORLANDO, FL 32806**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.121 2**

**Nonpriority creditor's name and mailing address**
**AYANNA WALKER**
**1049 lancaster dr.**
**Orlando, FL 32806**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.121 3**

**Nonpriority creditor's name and mailing address**
**Aylime Sanchez**
**217 sunnybrook Ln**
**Lake Placid, FL 33852**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.121 4**

**Nonpriority creditor's name and mailing address**
**Ayslyn Jones**
**207 Mulberry Street Ext Apt 102**
**Beaver, PA 15009**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.121 5**

**Nonpriority creditor's name and mailing address**
**Ayva Poydras**
**1401 Manhattan Ave**
**Apt C**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.121
6**

**Nonpriority creditor's name and mailing address**

**Azure Nordhof**
**2814 Indianola Ave**
**Columbus, OH 43202**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.121
7**

**Nonpriority creditor's name and mailing address**

**Azza El Malki**
**41 Coralwood**
**Irvine, CA 92618**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.121
8**

**Nonpriority creditor's name and mailing address**

**B & D Engelman**
**364 Green Hill Rd**
**Longmeadow, MA 01106**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.121
9**

**Nonpriority creditor's name and mailing address**

**B Bierwirth**
**16425 Woods Rd**
**Linwood, KS 66052**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.122
0**

**Nonpriority creditor's name and mailing address**

**Babak Saeedi**
**3 Via Cristallo**
**Newport Coast, CA 92657**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.122
1**

**Nonpriority creditor's name and mailing address**

**Babette Eikenberg**
**801 E Beach Drive**
**Unit Tw702**
**Galveston, TX 77550**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.122
2**

**Nonpriority creditor's name and mailing address**

**Bach Le**
**16157 Whittier Blvd**
**Whittier, CA 90603**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.122 3**

**Nonpriority creditor's name and mailing address**

**Bach Le**
**16157 Whittier Blvd.**
**Whittier, CA 90603**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 4**

**Nonpriority creditor's name and mailing address**

**Bahaar Sidhu**
**155 Erselia Trail**
**Alamo, CA 94507**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 5**

**Nonpriority creditor's name and mailing address**

**Bailey Solis**
**12624 Loma Vista Ct**
**Yucaipa, CA 92399**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 6**

**Nonpriority creditor's name and mailing address**

**Bailey Wolff**
**7244 Caminito Carlotta**
**San Diego, CA 92120**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 7**

**Nonpriority creditor's name and mailing address**

**Baldwin Rodriguez**
**1741 Pomona Ave Spc 56**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 8**

**Nonpriority creditor's name and mailing address**

**Bara Mouradi**
**3 Valentine court**
**Lincoln, RI 02865**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.122 9**

**Nonpriority creditor's name and mailing address**

**Barak Haldorsen**
**725 Branch Ave.**
**Providence, RI 02904**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

---

**3.1230**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Barb Fowlds**
**2106 Roblyn Avenue**
**Saint Paul, MN 55104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1231**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Barb Rogers**
**8250 Noelle Drive**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1232**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Barb Trask**
**N4594 County Road 607**
**IRON MOUNTAIN, MI 49801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1233**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Barbara Aunkst**
**7445 Hellman Ave**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1234**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Barbara Banovich**
**20130 Ragazza Circle**
**Unit 201**
**Venice, FL 34293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1235**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Barbara Bartlett**
**69116 Club Road**
**Cathedral City, CA 92234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1236**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Barbara Belinak**
**1223 Briar Circle**
**Laurel, MT 59044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.123 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |

**Barbara Bergonzi**
**2320 Eslinger Rd**
**Lot 91**
**New Smyrna Beach, FL 32168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |

**Barbara Boda**
**1980 E. Brentrup Drive**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.123 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |

**Barbara Casserly**
**27111 Pacific Terrace**
**Unit C**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |

**Barbara Casserly**
**27111 Pacific Terrace Drive**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |

**Barbara Daly**
**6713 Elderberry Way**
**Argyle, TX 76226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |

**Barbara Edelman**
**9653 Bay Pines Blvd**
**Saint Petersburg, FL 33708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.124 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |

**Barbara Ell**
**6 Starlight Drive**
**Greenville, SC 29605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

| 3.124 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Barbara Girodo** | ☐ Contingent | |
| **3602 Morris Ave Apt 2** | ☐ Unliquidated | |
| **Pueblo, CO 81008** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.124 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Barbara Girodo** | ☐ Contingent | |
| **3602 Morris Ave** | ☐ Unliquidated | |
| **#2** | ☐ Disputed | |
| **Pueblo, CO 81003** | | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.124 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Barbara Girodo** | ☐ Contingent | |
| **3602 Morris Ave** | ☐ Unliquidated | |
| **Unit 2** | ☐ Disputed | |
| **Pueblo, CO 81008** | | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.124 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Barbara Hall** | ☐ Contingent | |
| **1800 US Hwy 31 N** | ☐ Unliquidated | |
| **Lot 308** | ☐ Disputed | |
| **Petoskey, MI 49770** | | |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.124 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Barbara Hall** | ☐ Contingent | |
| **4511 Grey Oaks Ct** | ☐ Unliquidated | |
| **Wilmingron, NC 28412** | ☐ Disputed | |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.124 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Barbara Hall** | ☐ Contingent | |
| **511 Madera Road** | ☐ Unliquidated | |
| **Chesapeake, VA 23322** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.125 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **BARBARA HOBLITZELL** | ☐ Contingent | |
| **304 PADDINGTON ROAD** | ☐ Unliquidated | |
| **BALTIMORE, MD 21212** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Electric Bike Company, LLC**
        Name                                                                Case number *(if known)*

---

**3.125**
**1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Barbara Hoblitzell**
**304 Paddington road**
**Baltimore, MD 21212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.125**
**2**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*

**Barbara Kaess**
**6711 Shannon drive**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.125**
**3**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*

**Barbara King**
**63265 Newhall Pl**
**Bend, OR 97703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.125**
**4**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*

**Barbara Lemberg**
**24731 Stratton Lane**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.125**
**5**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*

**Barbara Lish**
**311 Younglove Ave**
**Santa Cruz, CA 95060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.125**
**6**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*

**Barbara Lockett**
**786 Planters Ridge Drive**
**Collierville, TN 38017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.125**
**7**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*

**Barbara Lovell**
**542 Summer St**
**East Bridgewater, MA 02333-1020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
         Name

---

| 3.125 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barbara Lovell**
**542 Summer St**
**East Bridgewater, MA 02333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.125 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barbara Manalili**
**1945 Placentia Ave**
**Costa Mesa, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barbara McGraw**
**18928 Doris St.**
**Livonia, MI 48152**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barbara McKeeman**
**2910 E Sunrise Pl**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**BARBARA MCKONE**
**3345 ANDERS LN.**
**BROOKFIELD, WI 53005-2804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barbara Pagos**
**P.O. Box 1158**
**EASTHAM, MA 02642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.126 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Barbara Poslosky**
**8650 Starr Road**
**Windsor, CA 95492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                        Case number (if known) _____
              Name

---

**3.126 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Barbara Poslosky**
**8650 Starr Road**
**Windsor, CA 95492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126 6**

**Nonpriority creditor's name and mailing address**

**barbara robinson**
**16934 NIGHTINGALE LN**
**YORBA LINDA, CA 92886-2107**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126 7**

**Nonpriority creditor's name and mailing address**

**Barbara Stark**
**10 Living Waters Ln**
**Sequim, WA 98382**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126 8**

**Nonpriority creditor's name and mailing address**

**Barbara Stewart**
**5090 East Golder Ranch Drive**
**Tucson, AZ 85739**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126 9**

**Nonpriority creditor's name and mailing address**

**Barbara Veeramachaneni**
**9621 Lassen Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127 0**

**Nonpriority creditor's name and mailing address**

**Barbara Venier**
**1674 Lower 4th Avenue N**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127 1**

**Nonpriority creditor's name and mailing address**

**Barbara Wine**
**1106 New Market Rd.**
**Richmond, VA 23231**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                              Case number (if known) _____
                Name

---

**3.127
2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Barbara Yeager**                                                     ☐ Contingent
**448 Fawn Trail**                                                    ☐ Unliquidated
**Titusville, FL 32780**                                              ☐ Disputed

Date(s) debt was incurred  **2022**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127
3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Barney Issen**                                                      ☐ Contingent
**26 Ridgeview Drive**                                                ☐ Unliquidated
**Asheville, NC 28804**                                               ☐ Disputed

Date(s) debt was incurred  **2023**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127
4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Barnie Smith**                                                      ☐ Contingent
**19 West Tombee Lane**                                               ☐ Unliquidated
**Columbia, SC 29209**                                                ☐ Disputed

Date(s) debt was incurred  **2024**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Baron Lovell**                                                      ☐ Contingent
**354 meadowlake circle**                                             ☐ Unliquidated
**SEYMOUR, TN 37865**                                                 ☐ Disputed

Date(s) debt was incurred  **2024**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Barret Anthony**                                                    ☐ Contingent
**319 Lugonia**                                                       ☐ Unliquidated
**Newport Beach, CA 92663**                                           ☐ Disputed

Date(s) debt was incurred  **2024**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Barry Borris**                                                      ☐ Contingent
**8373 Boca Glades Blvd East**                                        ☐ Unliquidated
**BOCA RATON, FL 33434**                                              ☐ Disputed

Date(s) debt was incurred  **2023**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.127
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Barry Clarkson**                                                    ☐ Contingent
**2231 Pacific**                                                      ☐ Unliquidated
**Apt A3**                                                            ☐ Disputed
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.127 9**

**Nonpriority creditor's name and mailing address**

**Barry Erlandson**
**271 N Country Lane**
**Unit B15**
**St. George, UT 84770**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.128 0**

**Nonpriority creditor's name and mailing address**

**Barry Goslin**
**41 Cyclops Trail**
**Smyrna, DE 19977**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.128 1**

**Nonpriority creditor's name and mailing address**

**Barry Goslin**
**864 Carolina Farms Blvd.**
**Myrtle Beach, SC 29579**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.128 2**

**Nonpriority creditor's name and mailing address**

**Barry Goslin**
**864 Carolina Farms Blvd.**
**Myrtle Beach, SC 29579**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.128 3**

**Nonpriority creditor's name and mailing address**

**Barry Goslin**
**864 Carolina Farms Blvd**
**Myrtle Beach, SC 29579**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.128 4**

**Nonpriority creditor's name and mailing address**

**Barry J Rochford J Rochford**
**2235 Stagecoach Rd**
**Grand Junction, CO 81507**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.128 5**

**Nonpriority creditor's name and mailing address**

**Barry Kittinger**
**28109 Goby Trail**
**Bonita Springs, FL 34135**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

**3.1286**

Nonpriority creditor's name and mailing address                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Barry Kittinter**                                              ☐ Contingent
**28109 Goby Trail**                                            ☐ Unliquidated
**Bonita Springs, FL 34135**                                    ☐ Disputed

Date(s) debt was incurred  **2021**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.1287**

Nonpriority creditor's name and mailing address                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Barry Molnaa**                                                ☐ Contingent
**1018 Morning Sun Lane**                                       ☐ Unliquidated
**Corona, CA 92881**                                            ☐ Disputed

Date(s) debt was incurred  **2021**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.1288**

Nonpriority creditor's name and mailing address                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**BARRY NICHOLS**                                               ☐ Contingent
**300 Randolph Street**                                         ☐ Unliquidated
**Phenix, VA 23959**                                            ☐ Disputed

Date(s) debt was incurred  **2022**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.1289**

Nonpriority creditor's name and mailing address                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Barry Patterson**                                             ☐ Contingent
**7585 Shore Cliff Dr.**                                        ☐ Unliquidated
**Los Angeles, CA 90045**                                       ☐ Disputed
**LOS ANGELES, CA 90045**

Date(s) debt was incurred  **2023**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.1290**

Nonpriority creditor's name and mailing address                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Barry Porter**                                                ☐ Contingent
**10136 Tall Oaks Street**                                      ☐ Unliquidated
**Parker, CO 80134**                                            ☐ Disputed

Date(s) debt was incurred  **2025**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.1291**

Nonpriority creditor's name and mailing address                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Barry Porter**                                                ☐ Contingent
**10136 Tall Oaks Street**                                      ☐ Unliquidated
**Parker, CO 80134**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.1292**

Nonpriority creditor's name and mailing address                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Barry Porter**                                                ☐ Contingent
**10136 Tall Oaks St,**                                         ☐ Unliquidated
**parker, CO 80134**                                            ☐ Disputed

Date(s) debt was incurred  **2020**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ☐ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.129 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Barry Poydras**
**438 E. Spruce Ave**
**140**
**Inglewood, CA 90301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Barry Ratzlaff**
**19381 Surfdale Lane**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**barry straus**
**11 lakeview ave**
**johnston, RI 02919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**barry straus**
**11 lakeview ave**
**johnston, RI 02919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**barry van meter**
**456 corbett mill rd**
**bishopville, SC 29010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Bart Josson**
**6191 Fernwood Drive**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.129 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Bart Whearty**
**33 Lambert Ln**
**Williston, VT 05495**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____     Case number (if known) _____

Name

---

**3.130 0**

**Nonpriority creditor's name and mailing address**
**Bart Wignall**
**5351 Shoreline Circle**
**Sanford, FL 32771**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130 1**

**Nonpriority creditor's name and mailing address**
**Bart Wignall**
**5357 Shoreline Circle**
**Sanford, FL 32771**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130 2**

**Nonpriority creditor's name and mailing address**
**Bartow Bridges**
**1125 Las Cruces Dr**
**Virginia Beach, VA 23454**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130 3**

**Nonpriority creditor's name and mailing address**
**Baylen Clark**
**7441 meridian hills ct**
**C**
**Indianapolis, IN 46260**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130 4**

**Nonpriority creditor's name and mailing address**
**Baylen Clark**
**6836 lakeworth dr**
**Indianapolis, IN 46220**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130 5**

**Nonpriority creditor's name and mailing address**
**Beata McDowell**
**56237 N Vulture Mine Rd**
**Wickenburg, AZ 85390**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130 6**

**Nonpriority creditor's name and mailing address**
**Beata McDowell**
**56237 N Vulture Mine Rd**
**Wickenburg, AZ 85390**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

**3.130 7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Beata McDowell**                                                 ☐ Contingent
**56237 N. Vulture Mine Rd.**                                      ☐ Unliquidated
**Wickenburg, AZ 85390**                                           ☐ Disputed

Date(s) debt was incurred  **2024**                                Basis for the claim:  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.130 8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Beau Cummiford**                                                 ☐ Contingent
**15539 Escalona Rd**                                              ☐ Unliquidated
**La Mirada, CA 90638**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                                Basis for the claim:  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.130 9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Beau Cummiford**                                                 ☐ Contingent
**15539 Escalona Road**                                            ☐ Unliquidated
**La Mirada, CA 90638**                                            ☐ Disputed

Date(s) debt was incurred  **2023**                                Basis for the claim:  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.131 0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Beau Griggs**                                                    ☐ Contingent
**1150 Grant Ave**                                                 ☐ Unliquidated
**Port Angeles, WA 98362**                                         ☐ Disputed

Date(s) debt was incurred  **2025**                                Basis for the claim:  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.131 1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**beau keimig**                                                    ☐ Contingent
**1980 kalakaua ave**                                              ☐ Unliquidated
**honolulu, HI 96815**                                             ☐ Disputed

Date(s) debt was incurred  **2023**                                Basis for the claim:  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.131 2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Beau LeBatard**                                                  ☐ Contingent
**11205 woodley cove**                                             ☐ Unliquidated
**Gulfport, MS 39503**                                             ☐ Disputed

Date(s) debt was incurred  **2025**                                Basis for the claim:  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.131 3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Becca Clarke**                                                   ☐ Contingent
**5012 Dutcher Ave**                                               ☐ Unliquidated
**Irvine, CA 92604**                                               ☐ Disputed

Date(s) debt was incurred  **2025**                                Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**                             Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

**Becci Baker Pechin**
**3040 Dusk Ln**
**Roseville, CA 95747**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

**Beck Viola**
**2180 Harbor Lane**
**Naples, FL 34104**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

**Beck Viola**
**2180 Harbor Lane**
**Naples, FL 34104**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 7**

**Nonpriority creditor's name and mailing address**

**Becki Hile**
**40942 Taylorstown Meadows pl**
**Lovettsville, VA 20180**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 8**

**Nonpriority creditor's name and mailing address**

**becky bloom**
**3121 n monitor ave**
**chicago, IL 60634**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 9**

**Nonpriority creditor's name and mailing address**

**Becky Bluh**
**1510 newport BLD**
**Costa mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 0**

**Nonpriority creditor's name and mailing address**

**Becky Bluh**
**69 congress street**
**Greenfield, MA 01301**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                        Case number *(if known)* _____
_____
Name

---

**3.132**
**1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Becky Collins**
**4710 Wandering Way**                                        ☐ Contingent
**Wesley Chapel, FL 33544**                                   ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2024**
                                                             Basis for the claim:  **Warranty**
Last 4 digits of account number _

                                                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.132**
**2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Becky Hudson**
**610 Georgetown Rd**                                         ☐ Contingent
**Lampasas, TX 76550-3348**                                   ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2024**
                                                             Basis for the claim:  **Warranty**
Last 4 digits of account number _

                                                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.132**
**3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Becky Hudson**
**610 Georgetown Rd**                                         ☐ Contingent
**Lampasas, TX 76550**                                        ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2021**
                                                             Basis for the claim:  **Warranty**
Last 4 digits of account number _

                                                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.132**
**4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Becky Porter**
**1800 Port Abbey Pl**                                        ☐ Contingent
**Newport Beach, CA 92660**                                   ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2025**
                                                             Basis for the claim:  **Warranty**
Last 4 digits of account number _

                                                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.132**
**5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Becky Teal**
**1750 Winchester Rd N**                                      ☐ Contingent
**Saint Petersburg, FL 33710**                                ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2025**
                                                             Basis for the claim:  **Warranty**
Last 4 digits of account number _

                                                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.132**
**6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Becky Wirsch**
**4653 Celadon**                                              ☐ Contingent
**Fairfield, OH 45014**                                       ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2023**
                                                             Basis for the claim:  **Warranty**
Last 4 digits of account number _

                                                             Is the claim subject to offset? ■ No ☐ Yes

---

**3.132**
**7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Belen Vargas**
**1193 E Springville Ave**                                    ☐ Contingent
**Porterville, CA 93257**                                     ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2024**
                                                             Basis for the claim:  **Warranty**
Last 4 digits of account number _

                                                             Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.132 8**

**Nonpriority creditor's name and mailing address**

**Belinda Biedebach**
**15159 Rancho Real**
**Del Mar, CA 92014**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 9**

**Nonpriority creditor's name and mailing address**

**belinda lee**
**9 sandflower court**
**Newport beach, CA 92663**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133 0**

**Nonpriority creditor's name and mailing address**

**Belinda Mellon**
**5191 36 Ave N**
**St Petersburg, FL 33710**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133 1**

**Nonpriority creditor's name and mailing address**

**belinda Mellon**
**5191 36 Ave N**
**ST.Pete, FL 33710**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133 2**

**Nonpriority creditor's name and mailing address**

**Belinda Sargent**
**5966 W Quintale Dr**
**Meridian, ID 83646**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133 3**

**Nonpriority creditor's name and mailing address**

**Belinda Sargent**
**5966 W. Quintale Dr.**
**Meridian, ID 83646**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133 4**

**Nonpriority creditor's name and mailing address**

**Belinda Stahlecker**
**217 Fowles Street**
**Oceanside, CA 92054**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                      Case number *(if known)* _____

_____
Name

---

| 3.133 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Belinda Stahlecker**
**217 Fowles**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Belinda Torres**
**168 LOMA AVE**
**BEAUMONT, CA 92223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Belinda Truong**
**14951 Ballou circle**
**westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bellamy Bosley**
**1515 Cumberland Lane**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Belle Ragins**
**4933 Evergreen Drive**
**Sheboygan, WI 53081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Belva Mar**
**1388 Brookdale Way**
**Manteca, CA 95336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ben Anderson**
**408 Weymouth Way**
**Chico, CA 95973**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.134
2**

**Nonpriority creditor's name and mailing address**

**Ben Anderson**
**408 Weymouth Way**
**Chico, CA 95973-8233**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134
3**

**Nonpriority creditor's name and mailing address**

**Ben Andrews**
**12025 Philadelphia Rd**
**Kingsville, MD 21087**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134
4**

**Nonpriority creditor's name and mailing address**

**ben baldwin**
**109 Jerome Street**
**Medford, MA '02155**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134
5**

**Nonpriority creditor's name and mailing address**

**Ben Ben Mescher**
**2850 Cox Neck Road**
**Chester, MD 21619**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134
6**

**Nonpriority creditor's name and mailing address**

**Ben Brown**
**1829 E Main St**
**B**
**Mountain View, AR 72560**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134
7**

**Nonpriority creditor's name and mailing address**

**ben broyles**
**11850 kensington ave**
**hayden, ID 83835**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.134
8**

**Nonpriority creditor's name and mailing address**

**Ben Davis**
**308 Huntington Street**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.134 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ben DeJarnette**
**180 NE Herman Creek Ln**
**Suite 102**
**Cascade Locks, OR 97014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ben DeJarnette**
**180 NE Herman Creek Lane**
**Suite 102**
**Cascade Locks, OR 97014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ben DeJarnette**
**455 Wa Na Pa Street**
**Suite B**
**Cascade Locks, OR 97014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ben Evans**
**151 Exhibition Blvd**
**Ketchum, ID 83340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ben Gallaher**
**1735 9th St**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ben Garcia**
**1448 Munoz Pl**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.135 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ben Hale**
**2459 Sunshine Drive**
**Boise, ID 83712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1356**

**Nonpriority creditor's name and mailing address**
**Ben Hill**
**437 Interlachen Ct.**
**Debary, FL 32713**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1357**

**Nonpriority creditor's name and mailing address**
**Ben Holtzendorff**
**3 Keystone Dr**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1358**

**Nonpriority creditor's name and mailing address**
**Ben Kaffenberger**
**1900 Elmwood Ave.**
**Columbus, OH 43212**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1359**

**Nonpriority creditor's name and mailing address**
**Ben Kolada**
**619 Canyon Dr**
**Auburn, CA 95603**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1360**

**Nonpriority creditor's name and mailing address**
**Ben Laska**
**2285 Mystic Meadow Dr**
**Kronenwetter, WI 54455**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1361**

**Nonpriority creditor's name and mailing address**
**Ben Moreno**
**20363 Mervin Sampels Rd**
**Bend, OR 97703**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1362**

**Nonpriority creditor's name and mailing address**
**Ben Moreno**
**63255 Northwest Service Road**
**Unit #2**
**Bend, OR 97703**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.136 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ben Nguyen**
**10055 STILBITE AVE**
**FOUNTAIN VALLEY, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ben Orcutt**
**915 s Madison Ave**
**Anderson, IN 46016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ben Petre**
**225 Winter Crest Ln**
**Severna Park, MD 21146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ben Reece**
**1896 E Tamarisk Rd**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ben sabo**
**6455 Ashton Park Place,**
**Colorado Springs, CO 80919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ben Thomason**
**3137 S. Mesita**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.136 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ben Wesorick**
**21 ozone ave**
**apt 8**
**venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                     Case number (if known) _____
                    Name

---

**3.137 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**BENANCIO PEREZ**
**7118 WHITTNEY RIDGE**
**SAN ANTONIO, TX 78239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137 1**

**Nonpriority creditor's name and mailing address**

**Benita Ross**
**5121 Winners Circle Dr.**
**Liberty Twp, OH 45011**

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137 2**

**Nonpriority creditor's name and mailing address**

**Benjamin A Paxton A Paxton**
**6837 Wellington Drive**
**Dexter, MI 48130**

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137 3**

**Nonpriority creditor's name and mailing address**

**Benjamin Adams**
**26682 N Babbling Brook Dr**
**Phoenix, AZ 85083**

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137 4**

**Nonpriority creditor's name and mailing address**

**Benjamin Adams**
**26682 North Babbling Brook Drive**
**Phoenix, AZ 85083**

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

**Benjamin Andrews**
**12025 Philadelphia RD**
**Kingsville, MD 21087**

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

**Benjamin B Fleming Jr**
**1121 Northeast Ball Drive**
**Lee's Summit, MO 64086**

**As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.137
7**

**Nonpriority creditor's name and mailing address**

**Benjamin Chavez**
**3015 N 38th St**
**Tampa, FL 33605**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137
8**

**Nonpriority creditor's name and mailing address**

**Benjamin Cirker**
**963 Norway Dr**
**Columbus, OH 43221**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.137
9**

**Nonpriority creditor's name and mailing address**

**Benjamin Cirker**
**963 Norway Dr**
**Columbus, OH 43221**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138
0**

**Nonpriority creditor's name and mailing address**

**Benjamin Collier**
**5443 Wellesley Ave**
**Pittsburgh, PA 15206**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138
1**

**Nonpriority creditor's name and mailing address**

**Benjamin Dicker**
**2373 Broadway**
**307**
**New York, NY 10024**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138
2**

**Nonpriority creditor's name and mailing address**

**Benjamin Fust**
**8550 Slater Ave**
**#34**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.138
3**

**Nonpriority creditor's name and mailing address**

**Benjamin Jack**
**12 Oakgrove**
**Irvine, CA 92604**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                    Case number *(if known)* _____

Name

---

| 3.138 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benjamin Kollmer**
**1235 Mills Drive**
**New Smyrna Beach, FL 32168**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benjamin Leach**
**224 Homer Lane**
**Coopersville, MI 49404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benjamin Lebovitz**
**300 13th street**
**apt 9**
**knoxville, TN 37916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benjamin Paxton**
**6837 Wellington Dr**
**Dexter, MI 48130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benjamin Rich**
**15191 NE 85th lane**
**Silver Springs, FL 34488**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benjamin Richardson**
**2753 Mayport Rd**
**APT 1337**
**Jacksonville, FL 32233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Benjamin Sabo**
**425 West Rockrimmon Boulevard**
**Suite 100**
**COLORADO SPRINGS, CO 80919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.139 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Benjamin Watson**
**4000 Innovator Drive**
**33102**
**Sacramento, CA 95834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Benjamin Watson**
**4000 Innovator dr**
**33102**
**Sacramento, CA 95834**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Benjamin Winer**
**6315 Lake Leven Dr**
**San Diego, CA 92119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Benjamin Winer**
**6315 Lake Leven Dr**
**San Diego, CA 92119**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Benjamin Yen**
**227 Luna Circle**
**Folsom, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Benjamin Zimmerman**
**613 North Lombardy ST**
**APT 102**
**Richmond, VA 23220**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Benny Broyles**
**11850 N Kensington Ave**
**Hayden Lake, ID 83835**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                    Case number (if known) _____
          Name

---

| 3.139 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Benny Hallock**
**2186 Santa Ana Ave.**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2025__

**Last 4 digits of account number** __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Berglioth Avila**
**960 Sixth St.**
**#101A-113**
**Norco, CA 92860**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2023__

**Last 4 digits of account number** __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Berkeley Northrop**
**15422 Eiffel circle**
**Irvine, CA 92604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2025__

**Last 4 digits of account number** __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bernadette Papocchia**
**163 Radcliffe Road**
**Island Park, NY 11558**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bernard Nitowski**
**826 Marcy Ave**
**Duryea, PA 18642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2023__

**Last 4 digits of account number** __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bernard Nitowski**
**826 Marct Ave.**
**Duryea, PA 18642**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2023__

**Last 4 digits of account number** __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bernard Purol**
**171 S. 1st Ave.**
**Alpena, MI 49707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2023__

**Last 4 digits of account number** __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

**3.140 5**

**Nonpriority creditor's name and mailing address**
**Bernard Purol**
**171 S. 1st Ave**
**Alpena, MI 49707**

Date(s) debt was incurred  __2024__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.140 6**

**Nonpriority creditor's name and mailing address**
**Bernard Purol**
**171 S. 1st Ave.**
**Alpena, MI 49707**

Date(s) debt was incurred  __2023__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.140 7**

**Nonpriority creditor's name and mailing address**
**bernard purol**
**171 s. 1st ave**
**alpina, MI 49707**

Date(s) debt was incurred  __2023__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.140 8**

**Nonpriority creditor's name and mailing address**
**Bernhard Mock**
**7070 East Hanbury St.**
**Long Beach, CA 90808**

Date(s) debt was incurred  __2021__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.140 9**

**Nonpriority creditor's name and mailing address**
**bernhardt gadow**
**1858 Merwins lane**
**fairfield, CT 06824**

Date(s) debt was incurred  __2021__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 0**

**Nonpriority creditor's name and mailing address**
**Bernice Seylhower**
**210 South Jackson Street**
**Spring Lake, MI 49456**

Date(s) debt was incurred  __2024__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.141 1**

**Nonpriority creditor's name and mailing address**
**Bernice Seylhower**
**210 South Jackson**
**Spring Lake, MI 49456**

Date(s) debt was incurred  __2022__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.141
2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Bernie Campbell**                                                      ☐ Contingent
**300 Elizabeth Drive**                                                  ☐ Unliquidated
**Sinking Spring, PA 19608**                                            ☐ Disputed

Date(s) debt was incurred  **2025**                                     Basis for the claim:  **Warranty**

Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141
3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Bernie Campbell**                                                      ☐ Contingent
**837 Park Place (Lower Floor)**                                        ☐ Unliquidated
**Ocean City, NJ 08226**                                               ☐ Disputed

Date(s) debt was incurred  **2024**                                     Basis for the claim:  **Warranty**

Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141
4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Bernie Quintana**                                                     ☐ Contingent
**7241 East Montecito Drive**                                          ☐ Unliquidated
**Tucson, AZ 85710**                                                   ☐ Disputed

Date(s) debt was incurred  **2021**                                     Basis for the claim:  **Warranty**

Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Bernoulli Louissaint**                                                ☐ Contingent
**394 Highland Ave**                                                    ☐ Unliquidated
**3L**                                                                  ☐ Disputed
**Malden, MA 02148**

Date(s) debt was incurred  **2024**                                     Basis for the claim:  **Warranty**

Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Berrios Allen**                                                       ☐ Contingent
**7 Hawthorn**                                                          ☐ Unliquidated
**Irvine, CA 92612**                                                   ☐ Disputed

Date(s) debt was incurred  **2024**                                     Basis for the claim:  **Warranty**

Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**bert arnold**                                                         ☐ Contingent
**91 Knight Dr**                                                        ☐ Unliquidated
**san rafael, CA 94901**                                               ☐ Disputed

Date(s) debt was incurred  **2021**                                     Basis for the claim:  **Warranty**

Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.141
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Berta Mariela De la Cruz Ramirez**                                    ☐ Contingent
**763 w19 st apt 3**                                                    ☐ Unliquidated
**Apt 3**                                                               ☐ Disputed
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**                                     Basis for the claim:  **Warranty**

Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
               Name

---

**3.141 9** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Bertha Reyes**
**4355 S Gordon Lane**
**Salt lake city, UT 84107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 0** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Bess Lowry**
**453 Riverwood Road**
**Montgomery, PA 17752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 1** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Bess Lowry**
**453 Riverwood Road**
**Montgomery, PA 17752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 2** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Beth Ann Snell**
**144 Samuel Ave**
**Brockton, MA 02301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 3** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**beth bel**
**33717 Woodward,**
**451**
**Birmingham, MI 48009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 4** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Beth Church**
**1607 Curtis**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 5** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
**Beth Duschatko**
**1211 W Davis Way**
**Flagstaff, AZ 86001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.142 6**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Beth Fox**                                                          ☐ Contingent
**330 Main Street, unit 1**                                           ☐ Unliquidated
**Cumberland Center, AL 04021**                                      ☐ Disputed

Date(s) debt was incurred  **2023**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 7**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Beth Hopkins**                                                      ☐ Contingent
**19 Montgomery**                                                     ☐ Unliquidated
**Newport Beach, CA 92660**                                          ☐ Disputed

Date(s) debt was incurred  **2020**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 8**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Beth Kearney**                                                      ☐ Contingent
**2620 Elden Ave. #B4**                                               ☐ Unliquidated
**Costa Mesa, CA 92627**                                             ☐ Disputed

Date(s) debt was incurred  **2021**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.142 9**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Beth Lamping**                                                      ☐ Contingent
**77 SW Santee Drive**                                                ☐ Unliquidated
**Greensburg, IN 47240**                                             ☐ Disputed

Date(s) debt was incurred  **2024**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.143 0**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Beth Leno**                                                         ☐ Contingent
**4159 Stonechat Ct NE**                                              ☐ Unliquidated
**Roswell, GA 30075**                                                ☐ Disputed

Date(s) debt was incurred  **2023**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.143 1**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Beth Leno**                                                         ☐ Contingent
**4159 Stonechat Court NE**                                           ☐ Unliquidated
**Roswell, GA 30075**                                                ☐ Disputed

Date(s) debt was incurred  **2022**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.143 2**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Beth McCall**                                                       ☐ Contingent
**412 W 13 St**                                                       ☐ Unliquidated
**Bloomington, IN 47404**                                            ☐ Disputed

Date(s) debt was incurred  **2023**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.143 3**

**Nonpriority creditor's name and mailing address**

**Beth Musich**
**3795 hillway dr**
**glendale, CA 90208**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 4**

**Nonpriority creditor's name and mailing address**

**Beth Musich**
**3795 Hillway Drive**
**Glendale, CA 91208**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 5**

**Nonpriority creditor's name and mailing address**

**Beth Phillips**
**1209 Bayview Drive**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 6**

**Nonpriority creditor's name and mailing address**

**Beth Schaefer**
**14 Yachtsman   s Ridge**
**Laconia, NH 03246**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 7**

**Nonpriority creditor's name and mailing address**

**Beth Schaefer**
**22 Howes Road**
**South Yarmouth, MA 02664**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 8**

**Nonpriority creditor's name and mailing address**

**Beth Schaefer**
**30 Littles Point Road**
**Swampscott, MA 01907**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 9**

**Nonpriority creditor's name and mailing address**

**Beth Simonton**
**4000 Innovator Dr**
**Unit 33102**
**Sacramento, CA 95834**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1440**

**Nonpriority creditor's name and mailing address**

**Beth Smith**
**4026 N Ocean Drive**
**Hollywood, FL 33019**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1441**

**Nonpriority creditor's name and mailing address**

**Beth Snell**
**144 Samuel Ave**
**Brockton, MA 02301**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1442**

**Nonpriority creditor's name and mailing address**

**Beth Spinarski**
**105 W Carr Street**
**Carrboro, NC 27510**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1443**

**Nonpriority creditor's name and mailing address**

**Beth Tangney**
**8692 Larthorn Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1444**

**Nonpriority creditor's name and mailing address**

**Beth Thorp**
**1618 Mariners Dr**
**Newport beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1445**

**Nonpriority creditor's name and mailing address**

**Beth Thorp**
**1618 Mariners Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1446**

**Nonpriority creditor's name and mailing address**

**Beth VanAntwerp**
**6131 Jack Thomas Drive**
**Fort Mill, SC 29707**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.1447**

**Nonpriority creditor's name and mailing address**
**Beth VanAntwerp**
**6131 Jack Thomas Dr**
**Fort Mill, SC 29707**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1448**

**Nonpriority creditor's name and mailing address**
**Beth Varne**
**10510 Eagle Ln**
**Oklahoma City, OK 73162**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1449**

**Nonpriority creditor's name and mailing address**
**Beth Ward**
**10906 E Mission Ln**
**Scottsdale, AZ 85259**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1450**

**Nonpriority creditor's name and mailing address**
**Beth Welch**
**1135 Crest Dr**
**Encinitas, CA 92024**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1451**

**Nonpriority creditor's name and mailing address**
**Beth williams**
**117 via undine**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1452**

**Nonpriority creditor's name and mailing address**
**Bethann Gakis**
**153 Forest Road**
**Moorestown, NJ 08057**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1453**

**Nonpriority creditor's name and mailing address**
**Bethany Ellis**
**438 Giotto**
**Irvine, CA 92614**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.1454**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Bethany McCurry**                                                    ☐ Contingent
**3829 Fairview Ave**                                                  ☐ Unliquidated
**Ketchikan, AK 99901**                                               ☐ Disputed

Date(s) debt was incurred **2024**                                    **Basis for the claim:** **Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.1455**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Bethany Wigdahl**                                                    ☐ Contingent
**1628 Stewart Dr**                                                    ☐ Unliquidated
**Aberdeen, SD 57401**                                                ☐ Disputed

Date(s) debt was incurred **2024**                                    **Basis for the claim:** **Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.1456**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Bette Fondas**                                                       ☐ Contingent
**9324 Northview Terrace**                                             ☐ Unliquidated
**Santee, CA 92071**                                                  ☐ Disputed

Date(s) debt was incurred **2021**                                    **Basis for the claim:** **Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.1457**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Bette Fondas**                                                       ☐ Contingent
**9324 Northview Terr**                                                ☐ Unliquidated
**Santee, CA 92071**                                                  ☐ Disputed

Date(s) debt was incurred **2021**                                    **Basis for the claim:** **Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.1458**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Bette Gordon**                                                       ☐ Contingent
**25 Windflower**                                                      ☐ Unliquidated
**Trabuco Canyon, CA 92679-4714**                                      ☐ Disputed

Date(s) debt was incurred **2022**                                    **Basis for the claim:** **Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.1459**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Betty Barnes**                                                       ☐ Contingent
**109 N Oak St**                                                       ☐ Unliquidated
**Port Angeles, WA 98362**                                            ☐ Disputed

Date(s) debt was incurred **2024**                                    **Basis for the claim:** **Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.1460**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Betty Barnes**                                                       ☐ Contingent
**7198 SW Dunraven Ln**                                                ☐ Unliquidated
**Port Orchard, WA 98367**                                            ☐ Disputed

Date(s) debt was incurred **2024**                                    **Basis for the claim:** **Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.146**
**1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Betty Gregory**
**4628 Harbour Village Blvd.**
**#2506**
**Ponce Inlet, FL 32127**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.146**
**2**

**Nonpriority creditor's name and mailing address**

**Betty Jean Holton**
**8570 Cedar Hammock Circle**
**Apt 812**
**Naples, FL 34112**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.146**
**3**

**Nonpriority creditor's name and mailing address**

**betty mcdaniel**
**1840 Ike Stone Rd NW**
**Monroe, GA 30656**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.146**
**4**

**Nonpriority creditor's name and mailing address**

**Betty Seiler**
**1519 Rugby Avenue**
**Charlottesville, VA 22903-5137**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.146**
**5**

**Nonpriority creditor's name and mailing address**

**Betty Spielman**
**1 Seaside Lane**
**Apt 203**
**Belleair, FL 33756**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.146**
**6**

**Nonpriority creditor's name and mailing address**

**Betty Wohlwend**
**305 Pepperridge rd**
**DOTHAN, AL 36301**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.146**
**7**

**Nonpriority creditor's name and mailing address**

**Bev Beeler**
**2301 Mallory Dr.**
**Corinth, TX 76210**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.146 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beverly Anderson**
**1835 Newport Blvd, PMB #265**
**Suite A109**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.146 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beverly Anderson**
**1835 Newport blvd**
**PMB 265A 109**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.147 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beverly Binney**
**411 H Kaelepulu Dr**
**Kailua, HI 96734**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.147 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beverly Bruce**
**3216 Windsor Ridge S**
**Williamsburg, VA 23188**

Date(s) debt was incurred  **2025**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.147 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Beverly Goldfarb**
**36750 US Highway 19N**
**#3452**
**Las Vegas, FL 34684**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.147 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEVERLY OCALLAGHAN**
**460 DONALD DR.**
**HOLLISTER, CA 95023**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.147 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**BEVERLY OCALLAGHAN**
**460 DONALD DRIVE**
**HOLLISTER, CA 95023**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                        Case number (if known) _____
          Name

---

**3.147 5**

**Nonpriority creditor's name and mailing address**

**Bhavi P**
**241 PARC DR**
**canton, GA 30114**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 6**

**Nonpriority creditor's name and mailing address**

**Biago Zaby**
**425 Galleon Way**
**Seal Beach, CA 90740**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 7**

**Nonpriority creditor's name and mailing address**

**Bianca Hartrum**
**600 Faye Lane**
**Redondo Beach, CA 90277**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 8**

**Nonpriority creditor's name and mailing address**

**Big Pine Center**
**31 County Rd**
**Big Pine Key, FL 33043**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 9**

**Nonpriority creditor's name and mailing address**

**Bijan Achak**
**207 Susannah Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148 0**

**Nonpriority creditor's name and mailing address**

**Bike Swift Attn: Henry for Sarah Jaquet**
**603 Eastlake Avenue East**
**Seattle, WA 98109**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

**Bill Alvis**
**1807 Fairway Dr**
**Johnson City, TN 37601**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.148 2**

**Nonpriority creditor's name and mailing address**

**Bill Asher**
**6 Bell Pasture Road**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.148 3**

**Nonpriority creditor's name and mailing address**

**Bill Asher**
**6 Bell Pasture Road**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.148 4**

**Nonpriority creditor's name and mailing address**

**Bill Brantz**
**6 Brantz Trail**
**Cody, WY 82414**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.148 5**

**Nonpriority creditor's name and mailing address**

**Bill Clark**
**20 mallard dr**
**Cropwell, AL 35054**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.148 6**

**Nonpriority creditor's name and mailing address**

**Bill Dillon**
**35 Hodgdon Way**
**Unit 1103**
**Portsmouth, NH 03801**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.148 7**

**Nonpriority creditor's name and mailing address**

**Bill Dougherty**
**1400 E Midway Road**
**Fort Pierce, FL 34982**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.148 8**

**Nonpriority creditor's name and mailing address**

**Bill Dougherty**
**1400 E. Midway Road**
**Fort Pierce, FL 34982**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.1489**

**Nonpriority creditor's name and mailing address**

**Bill Dougherty**
**1400 E Midway Road**
**Ft. Pierce, FL 34982**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1490**

**Nonpriority creditor's name and mailing address**

**Bill Emmerich**
**8021 Lake Crest Drive**
**Ypsilanti, MI 48197**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1491**

**Nonpriority creditor's name and mailing address**

**Bill Fournell**
**594 27th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1492**

**Nonpriority creditor's name and mailing address**

**Bill Fournell**
**594 27th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1493**

**Nonpriority creditor's name and mailing address**

**Bill Fournier**
**746 Desert Dr**
**Box2147**
**Quartzsite, AZ 85346-2147**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1494**

**Nonpriority creditor's name and mailing address**

**Bill Fournier**
**746 Desert Dr**
**Quartzsite, AZ 85346**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1495**

**Nonpriority creditor's name and mailing address**

**Bill Hatcher**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.149 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bill Heavener**
**731 Pine Tree Rd**
**Winter Park, FL 32789**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bill Koontz**
**813 W CENTRAL AVE**
**STE 7**
**Downtown Bentonville, AR 72712**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**bill Koontz**
**813 W Central Ave Suite 7**
**Bentonville, AR 72712**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bill Lachapelle**
**5457 Running Creek Ln**
**Jacksonville, FL 32258**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bill Land**
**18 Shades Crest Road**
**Hoover, AL 35226**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bill Lapp**
**494 Del Amigo Rd**
**Danville, CA 94526**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bill Lowenburg**
**350 Poplar Valley Rd W**
**Stroudsburg, PA 18360**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                Case number *(if known)* _____
                 Name

---

**3.150
3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Bill Macke** | ☐ Contingent |
| **100 N. Peachtree Pkw** | ☐ Unliquidated |
| **suite 16** | ☐ Disputed |
| **Peachtree City, GA 30269** | |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.150
4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Bill Maggard** | ☐ Contingent |
| **610 S Vecino Dr** | ☐ Unliquidated |
| **Glendora, CA 91740** | ☐ Disputed |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.150
5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Bill Marvin** | ☐ Contingent |
| **46 Cardinal Lane** | ☐ Unliquidated |
| **Ballston Spa, NY 12020** | ☐ Disputed |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number  **7** | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.150
6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Bill Myles** | ☐ Contingent |
| **736 Prospect Ave** | ☐ Unliquidated |
| **Pine Beach, NJ 08741** | ☐ Disputed |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.150
7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Bill Nefeld** | ☐ Contingent |
| **1510 Old newport blvd** | ☐ Unliquidated |
| **Costa Mesa, CA 92663** | ☐ Disputed |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.150
8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Bill Neufeld** | ☐ Contingent |
| **15915 N 102nd Place** | ☐ Unliquidated |
| **Scottsdale, AZ 85255** | ☐ Disputed |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.150
9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |
| **Bill Nissim** | ☐ Contingent |
| **721 Baypointe Dr** | ☐ Unliquidated |
| **Newport Beach, CA 92660** | ☐ Disputed |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes |

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

**3.151 0**

**Nonpriority creditor's name and mailing address**

**Bill Notsure**
**813 W Central Ave. #7**
**Bentonville, AR 72712**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.151 1**

**Nonpriority creditor's name and mailing address**

**Bill Pitts**
**286 Chinquapin ave**
**Unit B**
**Carlsbad, CA 92008**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.151 2**

**Nonpriority creditor's name and mailing address**

**Bill Richard**
**52870 Palazo**
**La Quinta, CA 92253**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.151 3**

**Nonpriority creditor's name and mailing address**

**Bill Ringer**
**3705 GLENEAGLES DR**
**STOCKTON, CA 95219**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.151 4**

**Nonpriority creditor's name and mailing address**

**Bill Ross**
**53455 Bingham Road**
**Adams, OR 97810**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.151 5**

**Nonpriority creditor's name and mailing address**

**Bill Rossman**
**1527 S Brookside Terrace**
**Tacoma, WA 98465**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.151 6**

**Nonpriority creditor's name and mailing address**

**Bill Sezate**
**41 Egret Court**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
          Name                                                     Case number (if known) _____

---

**3.151**
**7**

**Nonpriority creditor's name and mailing address**

**Bill Strickland**
**23932 Hillhurst Drive**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.151**
**8**

**Nonpriority creditor's name and mailing address**

**Bill Thompson**
**1225 Sycamore Ave**
**Fullerton, CA 92831**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.151**
**9**

**Nonpriority creditor's name and mailing address**

**Bill Walters**
**5808 Taylor Rd**
**Apt 206**
**Wendell, NC 27591**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.152**
**0**

**Nonpriority creditor's name and mailing address**

**Bill Wortz**
**2500 True North Drive**
**Harbor Springs, MI 49740**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.152**
**1**

**Nonpriority creditor's name and mailing address**

**Billiam Van Roestenberg**
**340 Crescent Avenue**
**Highland, NY 12528**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.152**
**2**

**Nonpriority creditor's name and mailing address**

**Billiam van Roestenberg**
**340 Crescent Ave**
**Highland, NY 12528**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.152**
**3**

**Nonpriority creditor's name and mailing address**

**Billie Patterson**
**2466 Santa Ana Ave B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

**3.152
4**

Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Billie Willadson**                                                    ☐ Contingent
**35 Eberspecher Rd**                                                   ☐ Unliquidated
**Newcastle, WY 82701**                                                ☐ Disputed

Date(s) debt was incurred  **2020**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152
5**

Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Billy Furlong**                                                      ☐ Contingent
**23437 Silver Strike Dr**                                             ☐ Unliquidated
**Canyon Lake, CA 92587**                                             ☐ Disputed

Date(s) debt was incurred  **2023**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152
6**

Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Billy Hanck**                                                        ☐ Contingent
**1213 Winslow Ln**                                                    ☐ Unliquidated
**Newport Beach, CA 92660**                                           ☐ Disputed

Date(s) debt was incurred  **2024**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152
7**

Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Billy Markowitz**                                                    ☐ Contingent
**716 Indiana Court - 14**                                            ☐ Unliquidated
**El Segundo, CA 90245**                                              ☐ Disputed

Date(s) debt was incurred  **2020**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152
8**

Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Billy Markowitz Markowitz**                                         ☐ Contingent
**2106 Manhattan Beach Boulevard**                                    ☐ Unliquidated
**Apt 1**                                                             ☐ Disputed
**Redondo Beach, CA 90278**

Date(s) debt was incurred  **2022**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.152
9**

Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Bjorn Hansen**                                                      ☐ Contingent
**296 Sugar Hill Court**                                              ☐ Unliquidated
**Saugatuck, MI 49453**                                               ☐ Disputed

Date(s) debt was incurred  **2025**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.153
0**

Nonpriority creditor's name and mailing address                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Bjorn Weisser**                                                     ☐ Contingent
**216 Golden West St**                                                ☐ Unliquidated
**Huntington Beach, CA 92648**                                        ☐ Disputed

Date(s) debt was incurred  **2022**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.153 1**

**Nonpriority creditor's name and mailing address**

**Blaine Bedison**
**73 Veterans Rd**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 2**

**Nonpriority creditor's name and mailing address**

**Blair Anderson**
**86 Foxbourne Rd.**
**Penfield, NY 14526**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 3**

**Nonpriority creditor's name and mailing address**

**Blair Carlin**
**1486 Rosewood Place**
**Corona, CA 92878**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 4**

**Nonpriority creditor's name and mailing address**

**Blair Dahl**
**29 Crimson Rose**
**Irvine, CA 92603**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 5**

**Nonpriority creditor's name and mailing address**

**Blair E Hansen**
**7 Ernest Winfield Dr**
**Cape May, NJ '08204**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 6**

**Nonpriority creditor's name and mailing address**

**Blair Edsen**
**7302 Joshua Cir**
**Pleasanton, CA 94588**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 7**

**Nonpriority creditor's name and mailing address**

**Blair Schodowski**
**2040 LAKE SHORE LNDG**
**ALPHARETTA, GA 30005-6987**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.153
8**

**Nonpriority creditor's name and mailing address**

**Blair Schodowski
2040 Lake Shore Landing
Alpharetta, GA 30005**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153
9**

**Nonpriority creditor's name and mailing address**

**Blair Schodowski
2040 Lake Shore Landing
Alphretta, GA 30005**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154
0**

**Nonpriority creditor's name and mailing address**

**Blair Stafford
3032 Canyon Link Dr.
Park City, UT 84098**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154
1**

**Nonpriority creditor's name and mailing address**

**Blake Bell
127 35th st 1/2
Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154
2**

**Nonpriority creditor's name and mailing address**

**Blake Cardwell
977 E Merewood CT
Sandy, UT 84094**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154
3**

**Nonpriority creditor's name and mailing address**

**Blake Collinsworth
1510 Newport Blvd
Newport Beach, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.154
4**

**Nonpriority creditor's name and mailing address**

**Blake Davey
20362 Santa Ana Ave
#5
Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
                 Name

---

| 3.154 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blake Drier**
**12 Sherrelwrood**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blake Driver**
**9 Richemont Way**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blake Garcia**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blake Goldberg**
**44100 Jefferson st.**
**Suite D403**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blake Green**
**1374 Rock Spring Cir NE**
**Atlanta, GA 30306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blake Green**
**1374 Rock Springs Circle NE**
**Atlanta, GA 30306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Blake Hacker**
**621 Larkspur Ave**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.155 2**

**Nonpriority creditor's name and mailing address**

**Blake Hawkes**
**1855 W Phillips St**
**Kaysville, UT 84037**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 3**

**Nonpriority creditor's name and mailing address**

**Blake Lawson**
**264 16th Pl**
**Unit C**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 4**

**Nonpriority creditor's name and mailing address**

**Blake Lenk**
**24518 Madeira Way**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 5**

**Nonpriority creditor's name and mailing address**

**Blake Perez**
**506 S Madrona Ave**
**Brea, CA 92821**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 6**

**Nonpriority creditor's name and mailing address**

**Blake Phillips**
**4774 HONEYCOMB DR**
**EUGENE, OR 97404**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 7**

**Nonpriority creditor's name and mailing address**

**Blake Phillips**
**7744 Silver Wells Rd**
**Las Vegas, NV 89149**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155 8**

**Nonpriority creditor's name and mailing address**

**Blake Sikora**
**1855 Boa Vista Circle**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1559**

**Nonpriority creditor's name and mailing address**

**Blake Wintermute**
**5120 Holly Dr**
**West River, MD 20778**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1560**

**Nonpriority creditor's name and mailing address**

**Blanca Paloma Silva**
**405 WINDSOR ST**
**KING CITY, CA 93930**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1561**

**Nonpriority creditor's name and mailing address**

**Bo Kentner**
**11392 Drysdale Lane**
**Los Alamitos, CA 90720**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1562**

**Nonpriority creditor's name and mailing address**

**Bo Kim**
**176 Cardinal Way**
**San Clemente, CA 92672**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1563**

**Nonpriority creditor's name and mailing address**

**Bob and Cary Gordon**
**2130 N. Studebaker Rd.**
**Long Beach, CA 90815**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1564**

**Nonpriority creditor's name and mailing address**

**Bob Berkus**
**1789 Port Stanhope Cir**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1565**

**Nonpriority creditor's name and mailing address**

**Bob Birmingham**
**346 Vista Baya**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.156 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Bob Blair** | ☐ Contingent | |
| **1921 Lake Street** | ☐ Unliquidated | |
| **Huntington Beach, CA 92626** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.156 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Bob Boehnlein** | ☐ Contingent | |
| **1710 Gascony Rd.** | ☐ Unliquidated | |
| **Encinitas, CA 92024** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.156 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Bob Braandt** | ☐ Contingent | |
| **2525 N 88th Street** | ☐ Unliquidated | |
| **Wauwatosa, WI 53226** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.156 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Bob Brawner** | ☐ Contingent | |
| **28 CHAMONIX** | ☐ Unliquidated | |
| **LAGUNA NIGUEL, CA 92677-8904** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.157 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Bob Butler** | ☐ Contingent | |
| **21325 trivoli** | ☐ Unliquidated | |
| **mission Viejo, CA 92692** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.157 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Bob Chacon** | ☐ Contingent | |
| **7425 pierce st** | ☐ Unliquidated | |
| **Ventura, CA 93003** | ☐ Disputed | |
| Date(s) debt was incurred **2020** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.157 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Bob Cumings** | ☐ Contingent | |
| **8818 abbott ave** | ☐ Unliquidated | |
| **Surfside, FL 33154** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

**Bob Daly**
**9031 E Paraiso Dr**
**SCOTTSDALE, AZ 85255-8339**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.157 4**

**Nonpriority creditor's name and mailing address**

**Bob Engleby**
**72-106**
**Puukole St**
**Kailua-Kona, CO 96740**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

**Bob Fabian**
**103 Pepper Lane**
**Petaluma, CA 94952**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

**bob fettke**
**423 Leppo Road**
**Westminster, MD 21158**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.157 7**

**Nonpriority creditor's name and mailing address**

**Bob Gasko**
**1266 MAY LN**
**SARASOTA, FL 34236**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

**Bob Gebhardt**
**674 Milokai Street**
**Kailua, HI 96734**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

**Bob Hanks**
**87 Goshen Road**
**Franklin, NC 28734**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.158 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bob Hartman**
**228 Wyoming Ave**
**Billings, MT 59101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bob Irish**
**3410 La Sierra Ave. Ste F519**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bob Keller**
**272 Orizaba Ave.**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bob Knutson**
**2549 Springfield Rd**
**Elizabethtown, KY 42701-6708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bob Knutson**
**2549 Springfield Rd**
**Elizabethtown, KY 42701-6708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bob Kubichek**
**430 Vista Roma**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bob Kuehl**
**28 Strawberry Pt Rd**
**Bellingham, WA 98229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.158 7**

**Nonpriority creditor's name and mailing address**

**Bob Kulik**
**4077 CORDOVA AVE**
**JACKSONVILLE, FL 32207**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.158 8**

**Nonpriority creditor's name and mailing address**

**Bob Lathrop**
**215 Carr Drive**
**Ventura, CA 93001**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.158 9**

**Nonpriority creditor's name and mailing address**

**Bob Long**
**4592 Jeanean Ln**
**Yorba Linda, CA 92886**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.159 0**

**Nonpriority creditor's name and mailing address**

**Bob Melenick**
**1008 Dover Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.159 1**

**Nonpriority creditor's name and mailing address**

**Bob Miller**
**463 Westminster Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.159 2**

**Nonpriority creditor's name and mailing address**

**Bob Myers**
**20632 Goshawk ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.159 3**

**Nonpriority creditor's name and mailing address**

**Bob Oakes**
**510 16th St**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.159 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bob Oakes**
**510 16Th Street**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bob Qualey**
**505 S. Mayo St**
**Crystal beach, FL 34681**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bob Radke**
**15519 Oakdale Road**
**Chino Hills, CA 91709**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**bob reed**
**115 Dake Ave**
**Santa Cruz, CA 95062**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**bob smith**
**21501 Brookhurst St**
**#508**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**bob smith**
**21501 Brookhurst St**
**#508**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Bob Smith**
**968 N Old Orchard Ln**
**Orange, CA 92867**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.160 1**

**Nonpriority creditor's name and mailing address**

**BOB STOTT**
**166 day drive**
**bainbridge, GA 39817**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160 2**

**Nonpriority creditor's name and mailing address**

**Bob Van Beek**
**W8725 Pheasant Run**
**Hortonville, WI 54944**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160 3**

**Nonpriority creditor's name and mailing address**

**Bob Wollman**
**1510 old newport bvd**
**newport beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160 4**

**Nonpriority creditor's name and mailing address**

**Bobbi Carver**
**1015 Milstead Drive**
**Hiawatha, AL 52233**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160 5**

**Nonpriority creditor's name and mailing address**

**Bobbi Smith**
**1030 Spoon Dr**
**Greensboro, GA 30642**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160 6**

**Nonpriority creditor's name and mailing address**

**Bobbie Roberson**
**12815 Montbatten Pl**
**Bakersfield, CA 93312**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160 7**

**Nonpriority creditor's name and mailing address**

**Bobbie Whalen**
**8000 Indian Bend Rd**
**Pinetop, AZ 85935**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.160 8**

**Nonpriority creditor's name and mailing address**

**Bobby Bernheim**
**242 SAPPHIRE LAKE DRIVE**
**UNIT 202**
**BRADENTON, FL 34209**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160 9**

**Nonpriority creditor's name and mailing address**

**Bobby Brown**
**85 Willow Oak Circle**
**North Charleston, SC 29418**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.161 0**

**Nonpriority creditor's name and mailing address**

**Bobby Cole**
**800 Harbor Blvd**
**APT 1401A**
**Weehawken, NJ 07086**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.161 1**

**Nonpriority creditor's name and mailing address**

**Bobby Hudspeth**
**702 Royce Ave**
**Jacksonville, NC 28540**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.161 2**

**Nonpriority creditor's name and mailing address**

**Bobby Mayes**
**6021 Rolling Meadow St**
**Las Vegas, NV 89130-1380**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.161 3**

**Nonpriority creditor's name and mailing address**

**Bobby Mayes**
**6021 Rolling Meadow St**
**Las Vegas, NV 89130**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.161 4**

**Nonpriority creditor's name and mailing address**

**Bobby Puccinelli**
**848 Talavera Cir.**
**LODI, CA 95242**

Date(s) debt was incurred  **2025**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.161 5**

**Nonpriority creditor's name and mailing address**

**Bobby Shah**
**455 Vista Trucha**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.161 6**

**Nonpriority creditor's name and mailing address**

**Bobby Sprain**
**28141 Amargon**
**Mission Viejo, CA 92692**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.161 7**

**Nonpriority creditor's name and mailing address**

**Bobby Toney**
**2716 Louisville rd**
**Maryville, TN 37810**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.161 8**

**Nonpriority creditor's name and mailing address**

**Bobbye Englehardt**
**1992 Frenzel Dr**
**Apopka, FL 32703**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.161 9**

**Nonpriority creditor's name and mailing address**

**Bobtom Reed**
**1001 Todo Ln.**
**Driftwood, TX 78619**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.162 0**

**Nonpriority creditor's name and mailing address**

**Bohling Brenda**
**3038, Ramblewood St**
**Portage, IN 46368**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.162 1**

**Nonpriority creditor's name and mailing address**

**Boi Smit**
**2980 Lumiere Dr**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor     **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

| 3.162 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Bonnie Clark**
**1826 246th st**
**Lomita, CA 90717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Bonnie Farnsworth**
**1 high bluff road**
**2012**
**Hilton head, SC 29926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Bonnie Halfacre**
**1830 port wheeler place**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Bonnie Miller**
**205 Valley View Dr**
**Paradise, CA 95969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Boo Sims Sims**
**1234 Steelwood Rd**
**apartment 221**
**Columbus, OH 43212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Boris Fridlib**
**1659 Fairorchard Avenue**
**San Jose, CA 95125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.162 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Bosko Tomasevic**
**761 Lady Bug Lane**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.1629**

**Nonpriority creditor's name and mailing address**

**Boudewyn Bloemhard**
**7901 east thomas road**
**106**
**SCOTTSDALE, AZ 85251**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1630**

**Nonpriority creditor's name and mailing address**

**Boyd Slusher**
**15200 moran st**
**Unit 132**
**Westminster, CA 92683**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1631**

**Nonpriority creditor's name and mailing address**

**Brad & Pat Gislason**
**861 No 2 Schoolhouse Road**
**Friday Harbor, WA 98250**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1632**

**Nonpriority creditor's name and mailing address**

**Brad Bessert**
**3797 Osage Dr**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1633**

**Nonpriority creditor's name and mailing address**

**Brad Bessert**
**3797 Osage Drive**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1634**

**Nonpriority creditor's name and mailing address**

**Brad Boeck**
**350 Westbrook Place**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1635**

**Nonpriority creditor's name and mailing address**

**Brad Boschert**
**3141 Carisbrook Road**
**Columbus, OH 43221**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.163 6**

**Nonpriority creditor's name and mailing address**

**Brad Carman**
**4076 Divide Dr**
**Loveland, CO 80538**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 7**

**Nonpriority creditor's name and mailing address**

**Brad Chumo**
**11 Honors dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 8**

**Nonpriority creditor's name and mailing address**

**Brad Daniels**
**1638 E Gable ave**
**Mesa, AZ 85204-6010**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.163 9**

**Nonpriority creditor's name and mailing address**

**Brad DeSoto**
**226 Orange St**
**Newport Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 0**

**Nonpriority creditor's name and mailing address**

**Brad DeSoto**
**226 Orange St**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 1**

**Nonpriority creditor's name and mailing address**

**brad dover**
**2079 NORTH SHOREWOOD AVE**
**UPLAND, CA 91784**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164 2**

**Nonpriority creditor's name and mailing address**

**Brad Ennis**
**180 N Powerhouse rd**
**Shelton, WA 98584**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
　　　　　Name

---

**3.164
3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.   $0.00 |

**Brad Hodge**
**8956 Hubbard Street**
**Culver City, CA 90232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164
4**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.   **$0.00**

**Brad Hodge**
**8956 Hubbard St**
**Culver City, CA 90232**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164
5**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.   **$0.00**

**Brad Holman**
**5440 Smokey Mountain Way**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164
6**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.   **$0.00**

**Brad Howard**
**8 Grey Way**
**Taft, CA 93268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164
7**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.   **$0.00**

**Brad Inman**
**416 Bolero Way**
**Newport Beach, AL 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164
8**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.   **$0.00**

**Brad Jenkins**
**35395 Beach Road**
**Capistrano Beach, CA 92624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.164
9**

**Nonpriority creditor's name and mailing address**     As of the petition filing date, the claim is: Check all that apply.   **$0.00**

**Brad Jenkins**
**34145 Pacific Coast Hwy**
**#804**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

**3.165 0**

**Nonpriority creditor's name and mailing address**

**brad macrorie**
**9811 prairie creek road**
**lenexa, KS 66220**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 1**

**Nonpriority creditor's name and mailing address**

**BRAD MACRORIE**
**9811 Prairie Creek Rd**
**Lenexa, KS 66220**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 2**

**Nonpriority creditor's name and mailing address**

**Brad Massa**
**515 RED CHIMNEY DR**
**WARWICK, RI 02886**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 3**

**Nonpriority creditor's name and mailing address**

**Brad Miller**
**3620 sunflower circle**
**Seal beach, CA 90740**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 4**

**Nonpriority creditor's name and mailing address**

**Brad Monnier**
**26361 Ives Way**
**Lake Forest, CA 92630**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 5**

**Nonpriority creditor's name and mailing address**

**Brad Peterman**
**517 1st Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 6**

**Nonpriority creditor's name and mailing address**

**Brad Robitaille**
**10 Tesoro**
**Mission Viajo, CA 92692**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.165 7**

**Nonpriority creditor's name and mailing address**

**Brad Robitaille**
**10 Tesoro**
**Mission Viejo, CA 92692**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 8**

**Nonpriority creditor's name and mailing address**

**Brad Ruppert Home**
**324 L St**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.165 9**

**Nonpriority creditor's name and mailing address**

**Brad Smith**
**2708 N. Vista Cir**
**Orange, CA 92867**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 0**

**Nonpriority creditor's name and mailing address**

**Brad Spell**
**21402 Seaforth Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 1**

**Nonpriority creditor's name and mailing address**

**Brad Stone**
**537 W Rio Teras**
**Green Valley, AZ 85614**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 2**

**Nonpriority creditor's name and mailing address**

**Brad Tenbrink**
**7604 NE TYEE COURT**
**BREMERTON, WA 98311**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 3**

**Nonpriority creditor's name and mailing address**

**Brad Viets**
**4476 E Flores Ct**
**Boise, ID 83716**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.166
4**

**Nonpriority creditor's name and mailing address**

**Brad Wheeler**
**256 22nd St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.166
5**

**Nonpriority creditor's name and mailing address**

**Brad Yates**
**2915 Wellington CT**
**Richmond, IN 47374**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.166
6**

**Nonpriority creditor's name and mailing address**

**Brad Yates**
**2915 Wellington CT**
**Richmond, IN 47374**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.166
7**

**Nonpriority creditor's name and mailing address**

**Brad Zamora**
**1401 Mariners Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.166
8**

**Nonpriority creditor's name and mailing address**

**Bradley Bahler**
**9230 N26TH ST**
**Unit 102**
**Phoenix, AZ 85028**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.166
9**

**Nonpriority creditor's name and mailing address**

**bradley costa**
**3421 christopher lane**
**corona, CA 92881**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.167
0**

**Nonpriority creditor's name and mailing address**

**bradley costa**
**3421 christopher lane**
**corona, CA 92881**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.167 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bradley Creer**
**2435 Oak Haven Drive**
**Spanish Fork, UT 84660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bradley Hobbs**
**1634 State Street**
**Santa Barbara, CA 93101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bradley Hobbs**
**1510 Newport Blvd.**
**Newport Beach, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bradley Hobbs**
**1624 State Street**
**Santa Barbara, CA 93101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bradley Inman**
**416 Bolero Way**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bradley McCann**
**403 cannon Drive**
**Fairfield, CA 94535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.167 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Bradley Myers**
**4272 S. Painted Finch Dr**
**St. George, UT 84790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.1678**

**Nonpriority creditor's name and mailing address**

**Bradley Pensak**
**41521 Avenida Barca**
**Temecula, CA 92591**

Date(s) debt was incurred  __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1679**

**Nonpriority creditor's name and mailing address**

**Bradley Pryor**
**245 South Willow Street**
**Po Box 12411**
**JACKSON, WY 83001**

Date(s) debt was incurred  __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1680**

**Nonpriority creditor's name and mailing address**

**bradley smith**
**916 sunset drive**
**hermosa beach, CA 90254**

Date(s) debt was incurred  __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1681**

**Nonpriority creditor's name and mailing address**

**Bradley Smith**
**757 Harvest Grove Trail**
**Dover, DE 19901**

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1682**

**Nonpriority creditor's name and mailing address**

**Bradley Webster**
**735 Center Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  __2025__

Last 4 digits of account number  __7__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1683**

**Nonpriority creditor's name and mailing address**

**Brady Colton**
**1678 Jetty Dr.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1684**

**Nonpriority creditor's name and mailing address**

**Braedon Vogel**
**1945 Placentia Ave Suite A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  __2025__

Last 4 digits of account number  __7__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                                    Case number (if known) _____
_____
Name

---

| 3.1685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Braedon Vogel**
**6009 Seashore Dr**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Braedon Vogel**
**1945 Placentia Ave Suite A**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Braedon Vogel**
**540 E PALMDALE AVE**
**ORANGE, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Braedon Vogel**
**80 Huntington St Spc 420**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Braedon Vogel**
**540 E Palmdale Ave**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Braedon Vogel**
**540 E Palmdale**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1691 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Braedon Vogel**
**540 E Palmdale Ave**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
Name

Case number *(if known)*

---

**3.169
2**

**Nonpriority creditor's name and mailing address**

**Brain Jensen**
**12442 Georgian St.**
**Garden Grove, CA 92841**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.169
3**

**Nonpriority creditor's name and mailing address**

**Brandee Loya**
**803 Bluewater Road**
**Carlsbad, CA 92011**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.169
4**

**Nonpriority creditor's name and mailing address**

**Brandi Collins**
**3345 SILVER SADDLE DR**
**Lake Havasu City, AZ 86406**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.169
5**

**Nonpriority creditor's name and mailing address**

**Brandi Lander**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.169
6**

**Nonpriority creditor's name and mailing address**

**Brandon Alban**
**17665 N Avelino Dr**
**Maricopa, AZ 85138**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.169
7**

**Nonpriority creditor's name and mailing address**

**Brandon Alban**
**17665 N Avelino Dr**
**Maricopa, AZ 85138**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.169
8**

**Nonpriority creditor's name and mailing address**

**Brandon Amaro**
**1060 Oak Grove Rd Apt.24**
**Concord, CA 94518**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1699**

**Nonpriority creditor's name and mailing address**

**Brandon Anderson**
**814 E 5th St**
**Port Angeles, WA 98362**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1700**

**Nonpriority creditor's name and mailing address**

**Brandon Anderson**
**814 E 5th St**
**Port Angeles, WA 98362**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1701**

**Nonpriority creditor's name and mailing address**

**Brandon Cheeley**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1702**

**Nonpriority creditor's name and mailing address**

**Brandon Clement**
**981 cypress ave**
**Imperial Beach, CA 91932**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1703**

**Nonpriority creditor's name and mailing address**

**Brandon Cox**
**95 S Doubleday St**
**Mapleton, UT 84664**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1704**

**Nonpriority creditor's name and mailing address**

**Brandon Cross**
**2439 E Baltimore St**
**Mesa, AZ 85213**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1705**

**Nonpriority creditor's name and mailing address**

**brandon DesForges**
**15539 Escalona rd**
**La Mirada, CA 90638**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

---

| 3.170 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brandon Edwards**
2735 N Fruniz Ave
Eagle, ID 83616

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brandon Gowing**
3832-108 ST NW
Edmonton, AB T6J 1B8

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brandon Gowing**
10838-66 AVE NW
Edmonton, AB T6H1X9

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brandon H**
23 Clover Street
Exeter, NH 03833

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brandon Hansen**
603 Kent Ln
White Lake, MI 48386

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BRANDON HANSEN**
603 Kent Ln
White Lake, MI 48386-3391

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.171 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**brandon hilkert**
23942 caravel place
Laguna Niguel, CA 92677

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.171 3**

**Nonpriority creditor's name and mailing address**

**Brandon Hobson**
**4026 Bravia Dove Loop**
**Las Cruces, NM 88001-7868**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171 4**

**Nonpriority creditor's name and mailing address**

**Brandon Holley**
**18504 Beach Blvd**
**318**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171 5**

**Nonpriority creditor's name and mailing address**

**Brandon Irvine**
**109 North Oak Street**
**Port Angeles, WA 98362**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.                                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171 6**

**Nonpriority creditor's name and mailing address**

**Brandon Irvine**
**109 N Oak Street**
**Port Angeles, WA 98362**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171 7**

**Nonpriority creditor's name and mailing address**

**Brandon Irvine**
**109 N Oak Street**
**Port Angeles, WA 98295**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171 8**

**Nonpriority creditor's name and mailing address**

**Brandon Keedy**
**612 Danny Lane**
**Franklin, TN 37064**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171 9**

**Nonpriority creditor's name and mailing address**

**Brandon Keedy**
**1319B Pillow St**
**Nashville, TN 37203**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.                                     **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
                Name

---

**3.172
0**

**Nonpriority creditor's name and mailing address**

**brandon macaluso**
**2838 haring street**
**Brooklyn, NY 11235**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172
1**

**Nonpriority creditor's name and mailing address**

**Brandon Mincey**
**8464 Lower Scarborough Lane**
**San Diego, CA 92127**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172
2**

**Nonpriority creditor's name and mailing address**

**Brandon Nicklas**
**219 West Main Street**
**Evans City, PA 16033**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172
3**

**Nonpriority creditor's name and mailing address**

**Brandon Oakes**
**1789 Ravenna Drive**
**Navarre, FL 32566**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172
4**

**Nonpriority creditor's name and mailing address**

**Brandon Papazian**
**2421 White Dove Ln**
**Chino Hills, CA 91709**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172
5**

**Nonpriority creditor's name and mailing address**

**Brandon Pascual**
**3232 Silversmith Dr**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172
6**

**Nonpriority creditor's name and mailing address**

**Brandon Plummer**
**270 Kagney Ln**
**Apt 210**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.172 7**

**Nonpriority creditor's name and mailing address**

**Brandon Reeves**
**1302 Independence Blvd**
**Wilmington, NC 28403**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.172 8**

**Nonpriority creditor's name and mailing address**

**Brandon Rodriguez**
**1741 Pomona Ave**
**Space 56**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.172 9**

**Nonpriority creditor's name and mailing address**

**Brandon Rosales**
**428 Irvine Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173 0**

**Nonpriority creditor's name and mailing address**

**Brandon Shaw**
**94 Rose Arch**
**Irvine, CA 92620**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173 1**

**Nonpriority creditor's name and mailing address**

**Brandon Spradling**
**1524 2nd Ave W #A**
**Seattle, WA 98119**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173 2**

**Nonpriority creditor's name and mailing address**

**Brandon Spradling**
**3400 Purdue Pl NE**
**Albuquerque, NM 87106**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173 3**

**Nonpriority creditor's name and mailing address**

**Brandon Stiffler**
**1109 Prospect Avenue**
**Hermosa, CA 90254**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.173 4**

**Nonpriority creditor's name and mailing address**

**Brandon Taylor**
**116 Dunlawton Ave Suite 4**
**Daytona Beach Shores, FL 32118**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173 5**

**Nonpriority creditor's name and mailing address**

**Brandon Thich**
**419 Fullerton Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173 6**

**Nonpriority creditor's name and mailing address**

**Brandon Walend**
**12740 Windstar Dr**
**Ranch Cucamonga, CA 91739**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173 7**

**Nonpriority creditor's name and mailing address**

**Brandon Williams**
**10072 Dana dr**
**huntington beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173 8**

**Nonpriority creditor's name and mailing address**

**Brandon Yoss**
**1161 S 2nd St**
**Cottage Grove, OR 97424-7300**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173 9**

**Nonpriority creditor's name and mailing address**

**Brandy Harper**
**7402 Goldenrod Thicket Circle**
**Katy, TX 77493**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.174 0**

**Nonpriority creditor's name and mailing address**

**Brandy Harper**
**7402 Goldenrod Thicket Circle**
**Katy, TX 77493**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.174 1 | **Nonpriority creditor's name and mailing address**<br>**Brandy Offutt**<br>**442 Fullerton Ave**<br>**Newport Beach, CA 92663**<br><br>Date(s) debt was incurred _2023_<br>Last 4 digits of account number _ _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Warranty_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
|---|---|---|---|
| 3.174 2 | **Nonpriority creditor's name and mailing address**<br>**Brandy Sick**<br>**1945 Placentia Ave**<br>**Costa Mesa, CA 92627**<br><br>Date(s) debt was incurred _2024_<br>Last 4 digits of account number _ _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Warranty_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.174 3 | **Nonpriority creditor's name and mailing address**<br>**Brandy Tullis**<br>**5132 Bay Creek Ch Rd**<br>**Loganville, GA 30052**<br><br>Date(s) debt was incurred _2022_<br>Last 4 digits of account number _ _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Warranty_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.174 4 | **Nonpriority creditor's name and mailing address**<br>**Brandyn Torres**<br>**2237 Jeanette Pl**<br>**Costa Mesa, CA 92627**<br><br>Date(s) debt was incurred _2021_<br>Last 4 digits of account number _ _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Warranty_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.174 5 | **Nonpriority creditor's name and mailing address**<br>**Brant E Miles**<br>**Po box 3136**<br>**Port Angeles, WA 98362**<br><br>Date(s) debt was incurred _2022_<br>Last 4 digits of account number _ _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Warranty_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.174 6 | **Nonpriority creditor's name and mailing address**<br>**Brasington Beakley**<br>**7556 131st Street N**<br>**Seminole, FL 33776**<br><br>Date(s) debt was incurred _2020_<br>Last 4 digits of account number _ _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Warranty_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |
| 3.174 7 | **Nonpriority creditor's name and mailing address**<br>**Braulio Gonzalez**<br>**1522 Nth 5th St**<br>**Fresno, CA 93703**<br><br>Date(s) debt was incurred _2023_<br>Last 4 digits of account number _ _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** _Warranty_<br><br>Is the claim subject to offset? ■ No ☐ Yes | $0.00 |

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.174 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Braven Smith**
**2542 Sol Wilson**
**Austin, TX 78702**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.174 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Braxton Bruni**
**2652 N Cormac Pl**
**Lehi, UT 84043**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.175 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Braxton Bruni**
**2652 N Cormac Pl**
**Lehi, UT 84043-7339**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.175 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Braxton Bruni**
**2652 N Cormac Pl**
**Lehi, UT 84043**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.175 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brayden Rudert**
**242 South Clementine Street**
**2-Jan**
**Oceanside, CA 92054**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.175 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Brayden Turner**
**1811 Turk St.**
**Apt. 201**
**San Francisco, CA 94115**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.175 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Breana Trevino**
**345 University Dr**
**Apt B1**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.175 5**

**Nonpriority creditor's name and mailing address**

**Breanna Carmany**
**1731 V  a Genoa**
**Winter Park, FL 32789**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.175 6**

**Nonpriority creditor's name and mailing address**

**Breanna Merrill**
**458 Anastasia Cir**
**Inlet Beach, FL 32461**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.175 7**

**Nonpriority creditor's name and mailing address**

**Bree Burdick**
**2178 Harmony Way**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.175 8**

**Nonpriority creditor's name and mailing address**

**Bree Szymanski**
**23438 Schooner Dr**
**Canyon Lake, CA 92587**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.175 9**

**Nonpriority creditor's name and mailing address**

**Breeann Poland**
**5881 Obispo Ave**
**Suite 300**
**Long Beach, CA 90805**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.176 0**

**Nonpriority creditor's name and mailing address**

**Brenda Baird**
**2880 CHELSEA PL N**
**CLEARWATER, FL 33759-1405**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.176 1**

**Nonpriority creditor's name and mailing address**

**Brenda Benn**
**2006 Florida Street**
**Apt 13**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.176
2**

**Nonpriority creditor's name and mailing address**

**Brenda Blais
6232 Pebble Shore Lane
Southport, NC 28461**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.176
3**

**Nonpriority creditor's name and mailing address**

**Brenda Bland
1220 12th ave west
Shakopee, MN 55379**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.176
4**

**Nonpriority creditor's name and mailing address**

**Brenda Bohling
3038 Ramblewood st
Portage, IN 46368**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.176
5**

**Nonpriority creditor's name and mailing address**

**Brenda Boschetto
1288 Northlake Blvd
Okatie, SC 29909**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.176
6**

**Nonpriority creditor's name and mailing address**

**Brenda Box
121 Northwynd Circle
Lynchburg, VA 24502**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.176
7**

**Nonpriority creditor's name and mailing address**

**Brenda Dyar
428 Mariposa St.
Upland, CA 91784**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.176
8**

**Nonpriority creditor's name and mailing address**

**Brenda Eads
7504 Dogtown Road
Nauvoo, AL 35578**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

---

**3.1769**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brenda Eich**                                              ☐ Contingent
**35667 Kiawah Path**                                        ☐ Unliquidated
**Rehoboth Beach, DE 19971**                                 ☐ Disputed

Date(s) debt was incurred  **2021**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.1770**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brenda Feria**                                             ☐ Contingent
**5266 Leon ST**                                             ☐ Unliquidated
**Oceanside, CA 92057**                                      ☐ Disputed

Date(s) debt was incurred  **2024**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.1771**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brenda Haynes**                                            ☐ Contingent
**10648 RED OAK LN**                                         ☐ Unliquidated
**BEAUMONT, TX 77705**                                       ☐ Disputed

Date(s) debt was incurred  **2023**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.1772**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**BRENDA JESTEADT**                                          ☐ Contingent
**12014 seneca Rd**                                          ☐ Unliquidated
**Conneaut Lake, PA 16316**                                  ☐ Disputed

Date(s) debt was incurred  **2022**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.1773**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brenda Johnson**                                           ☐ Contingent
**100 Riley Ct**                                             ☐ Unliquidated
**Folsom, CA 95630**                                         ☐ Disputed

Date(s) debt was incurred  **2024**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.1774**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brenda Lawhon**                                            ☐ Contingent
**1051 N. Jasmine Ave**                                      ☐ Unliquidated
**Tarpon springs, FL 34689**                                 ☐ Disputed

Date(s) debt was incurred  **2025**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.1775**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Brenda Lee Ayala**                                         ☐ Contingent
**27250 Murrieta Road Spc 89**                               ☐ Unliquidated
**Menifee, CA 92586**                                        ☐ Disputed

Date(s) debt was incurred  **2022**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                              Case number (if known) _____
_____Name_____

---

**3.177 6**

**Nonpriority creditor's name and mailing address**

**Brenda Mathias**
**33625 Breakwater Dr**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177 7**

**Nonpriority creditor's name and mailing address**

**Brenda McNaughton**
**53 Glenalmond LN**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177 8**

**Nonpriority creditor's name and mailing address**

**Brenda Moss**
**4746 Pace Drive**
**Park City, UT 84098**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.177 9**

**Nonpriority creditor's name and mailing address**

**Brenda O'Reilly**
**70924 Glacier Lily Lane**
**Sisters, OR 97759**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.178 0**

**Nonpriority creditor's name and mailing address**

**Brenda Parsons**
**101 Walnut Creek Drive**
**Morgantown, WV 26508**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.178 1**

**Nonpriority creditor's name and mailing address**

**Brenda Parsons**
**101 Walnut Creek Drive**
**Morgantown, WV 26508**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.178 2**

**Nonpriority creditor's name and mailing address**

**Brenda Petrillo**
**3608 W Tanglewood Dr**
**Phoenix, AZ 85045**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.178 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Brenda Petrillo**
**3608 West Tanglewood Drive**
**Phoenix, AZ 85045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Brenda Petrillo**
**3608 W. Tanglewood Dr.**
**Phoenix, AZ 85045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Brenda Ray**
**20310 Chandler dr**
**Yorba Linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Brenda Reese**
**1418 Thorn Ridge Dr**
**Howell, MI 48843**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Brenda Reiter**
**275 Ortega Ridge Road**
**Santa Barbara, CA 93108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Brenda Renneisen**
**1925 S Eva Hill Dr**
**Bloomington, IN 47401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**Brenda White**
**43 Hummingbird Lane**
**Sequim, WA 98382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number **_**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.179 0**

**Nonpriority creditor's name and mailing address**

**Brendan Curl**
**1040 Solana Dr.**
**Del Mar, CA 92014**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.179 1**

**Nonpriority creditor's name and mailing address**

**Brendan Dhein**
**4008 NE 40Th St**
**Seattle, WA 98105**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.179 2**

**Nonpriority creditor's name and mailing address**

**Brendan Dorais**
**8253 Kedvale Ave**
**Skokie, IL 60076**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.179 3**

**Nonpriority creditor's name and mailing address**

**Brendan Mccracken**
**10 Edgewood Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.179 4**

**Nonpriority creditor's name and mailing address**

**Brendan Mccracken**
**10 Edgewood Dr**
**Newport beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.179 5**

**Nonpriority creditor's name and mailing address**

**Brendan O'Reilly**
**9604 E Heroy Ave**
**Spokane Valley, WA 99206**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.179 6**

**Nonpriority creditor's name and mailing address**

**Brendan OReilly**
**9604 E Heroy ave.**
**Spokane Valley, WA 99206**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**
_____   Case number (if known) _____
Name

---

**3.179 7**

**Nonpriority creditor's name and mailing address**
**Brendan Williams**
**1518 Antigua Way**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.179 8**

**Nonpriority creditor's name and mailing address**
**Brenden McFadden**
**4820 Camino Costado**
**San Clemente, CA 92673**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.179 9**

**Nonpriority creditor's name and mailing address**
**Brendon Blincoe**
**1723 E Ocean Blvd**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180 0**

**Nonpriority creditor's name and mailing address**
**Brenna Jennison 490**
**335 Ocotillo Cir**
**Borrego Springs, CA 92004**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180 1**

**Nonpriority creditor's name and mailing address**
**Brenna Johnstone**
**4 Locke Road**
**Amherst, NH 03031**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180 2**

**Nonpriority creditor's name and mailing address**
**Brennan Ruiz**
**9801 Stonelake Blvd**
**911**
**Austin, TX 78759**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180 3**

**Nonpriority creditor's name and mailing address**
**Brent Anklam**
**po. box 943**
**Mamonth Lake, CA 93546**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

---

**3.180
4**

**Nonpriority creditor's name and mailing address**

**Brent Beebe**
**426 S James st**
**Orange, CA 92869**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180
5**

**Nonpriority creditor's name and mailing address**

**Brent BEHRENS**
**24440 Hazel Wood Dr., P.O.Box 755**
**Park Rapids, MN 56470**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180
6**

**Nonpriority creditor's name and mailing address**

**BRENT BEHRENS**
**2440 HAZEL WOOD DR**
**P.O.BOX 755**
**PARK RAPIDS, MN 56470**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180
7**

**Nonpriority creditor's name and mailing address**

**Brent Behrens**
**800 S Gulfview Blvd**
**502**
**Clearwater Beach, FL 33767**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180
8**

**Nonpriority creditor's name and mailing address**

**Brent BEHRENS**
**1070 Sunwood Park Ln**
**Waite Park, MN 56387**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.180
9**

**Nonpriority creditor's name and mailing address**

**Brent Dyer**
**16714 Carob Ave**
**Chino Hills, CA 91709**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.181
0**

**Nonpriority creditor's name and mailing address**

**Brent Haines**
**831 E Mesquite St**
**Gilbert, AZ 85296-1805**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
                    Name

---

**3.181**
**1**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Brent Harting**
**423 S Main St**                    ☐ Contingent
**Hebron, IN 46341-8910**            ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred **2024**
                                     **Basis for the claim:** **Warranty**
Last 4 digits of account number __
                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.181**
**2**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**BRENT HARTING**
**423 South Main Street, Hebron, IN 46341**    ☐ Contingent
**423 South Main Street**            ☐ Unliquidated
**Hebron, IN 46341**                 ☐ Disputed
Date(s) debt was incurred **2024**
                                     **Basis for the claim:** **Warranty**
Last 4 digits of account number __
                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.181**
**3**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Brent Koenker**
**111 S Monroe St**                  ☐ Contingent
**A 101**                            ☐ Unliquidated
**Denver, CO 80209**                 ☐ Disputed
Date(s) debt was incurred **2025**
                                     **Basis for the claim:** **Warranty**
Last 4 digits of account number __
                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.181**
**4**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Brent McCluskey Electrified**
**2040 Comstock Lane**               ☐ Contingent
**lincoln, CA 95648**                ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred **2024**
                                     **Basis for the claim:** **Warranty**
Last 4 digits of account number __
                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.181**
**5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**brent nelson**
**17989 weaver lake drive**          ☐ Contingent
**maple grove, MN 55311**            ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred **2025**
                                     **Basis for the claim:** **Warranty**
Last 4 digits of account number __
                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.181**
**6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Brent Newman**
**1560 Camino Redondo**              ☐ Contingent
**Los Alamos, NM 87544**             ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred **2022**
                                     **Basis for the claim:** **Warranty**
Last 4 digits of account number __
                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.181**
**7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Brent Nicholls**
**4470 NW 43rd Street**              ☐ Contingent
**Lauderdale Lakes, FL 33319**       ☐ Unliquidated
Date(s) debt was incurred **2025**   ☐ Disputed
Last 4 digits of account number __
                                     **Basis for the claim:** **Warranty**

                                     Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                      Case number *(if known)* _____
_____
Name

---

**3.1818**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Brent Nicholls**                                                  ☐ Contingent
**4400 N Federal Hwy Ste 156**                                      ☐ Unliquidated
**Boca Raton, FL 33319**                                            ☐ Disputed

Date(s) debt was incurred  **2025**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1819**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Brent Payne**                                                     ☐ Contingent
**607 Mandy Ct**                                                    ☐ Unliquidated
**Morehead City, NC 28557**                                         ☐ Disputed

Date(s) debt was incurred  **2021**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1820**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Brent Tabor**                                                     ☐ Contingent
**3 Prospect Street**                                               ☐ Unliquidated
**Apt 303**                                                         ☐ Disputed
**Montpelier, VT 05602**

Date(s) debt was incurred  **2024**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1821**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Brent Taylor**                                                    ☐ Contingent
**10764 70th Ave N**                                                ☐ Unliquidated
**Unit 8101**                                                       ☐ Disputed
**Seminole, FL 33772**

Date(s) debt was incurred  **2025**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1822**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Brent Tompkins**                                                  ☐ Contingent
**4406 Quinton Drive**                                              ☐ Unliquidated
**Redding, CA 96001**                                               ☐ Disputed

Date(s) debt was incurred  **2021**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1823**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Brent Welch**                                                     ☐ Contingent
**189 Constitution Ave**                                            ☐ Unliquidated
**Bradford, PA 16701**                                              ☐ Disputed

Date(s) debt was incurred  **2021**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.1824**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Brent Welch**                                                     ☐ Contingent
**189 constitution avenue**                                         ☐ Unliquidated
**Bradford, PA 16701**                                              ☐ Disputed

Date(s) debt was incurred  **2021**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.182 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Brent Wilson**
**5743 E Exeter Blvd**                                                ☐ Contingent
**Phoenix, AZ 85018-3227**                                           ☐ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                      Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.182 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Bret Caldwell**
**18037 Sawhill Drive**                                               ☐ Contingent
**Lewes, DE 19958**                                                  ☐ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred  **2022**
                                                                      Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.182 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Bret Foley**
**823 Way Dam Rd**                                                    ☐ Contingent
**Crystal Falls, MI 49920**                                          ☐ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred  **2022**
                                                                      Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.182 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Bret Sumner**
**1650 Topanga**                                                      ☐ Contingent
**Costa Mesa, CA 92627**                                             ☐ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                      Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.182 9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Bret Swift**
**2248 Coldstream Ave NE**                                           ☐ Contingent
**Cedar Rapids, IA 52402**                                           ☐ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                      Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.183 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**BRETT BAKER**
**379 LA CANADA WAY**                                                ☐ Contingent
**Costa Mesa, CA 92627**                                             ☐ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred  **2024**
                                                                      Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.183 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Brett Baker**
**379 La Canada Way**                                                ☐ Contingent
**Costa Mesa, CA 92627**                                             ☐ Unliquidated
                                                                      ☐ Disputed
Date(s) debt was incurred  **2024**
                                                                      Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                      Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.183** **2** | **Nonpriority creditor's name and mailing address** |

**3.183**
**2**

**Nonpriority creditor's name and mailing address**

**Brett Briesemeister**
**718 Walnut St**
**South Milwaukee, WI 53172**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183**
**3**

**Nonpriority creditor's name and mailing address**

**BRETT BRIESEMEISTER**
**718 Walnut St**
**South Milwaukee, WI 53172**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183**
**4**

**Nonpriority creditor's name and mailing address**

**Brett Easterday**
**142 Malcolm Glenn Lane**
**LA GRANGE, NC 28551**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183**
**5**

**Nonpriority creditor's name and mailing address**

**Brett Elliott**
**1215 Outrigger Dr**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183**
**6**

**Nonpriority creditor's name and mailing address**

**Brett Foote**
**1507 SW Edinburgh Ave**
**Bentonville, AR 72713**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183**
**7**

**Nonpriority creditor's name and mailing address**

**Brett Holman**
**212 katydid drive**
**Athens, GA 30601**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.183**
**8**

**Nonpriority creditor's name and mailing address**

**Brett Hood**
**13608 Carista Blvd**
**Riverside, CA 92503**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number *(if known)* _____

_____Name_____

---

**3.183 9**

**Nonpriority creditor's name and mailing address**

**Brett John**
**305 Swedes St**
**Rehoboth Beach, DE 19971**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.184 0**

**Nonpriority creditor's name and mailing address**

**Brett Lester**
**1875 County Road 500**
**Bayfield, CO 81122**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.184 1**

**Nonpriority creditor's name and mailing address**

**brett mcallister**
**298 cecil place**
**costa mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.184 2**

**Nonpriority creditor's name and mailing address**

**Brett Meinsen**
**23 Corn Flower Street**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.184 3**

**Nonpriority creditor's name and mailing address**

**Brett Miller**
**40 scott drive**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.184 4**

**Nonpriority creditor's name and mailing address**

**Brett Mlinarich**
**294 Ashley Circle**
**Danville, CA 94526**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.184 5**

**Nonpriority creditor's name and mailing address**

**Brett Newton**
**442 S Mariposa Ave #305**
**Los Angeles, CA 90020**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.184 6**

**Nonpriority creditor's name and mailing address**
**Brett Nowell**
**27272 Via Bella**
**Capistrano, CA 92624**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.184 7**

**Nonpriority creditor's name and mailing address**
**Brett Nowell**
**27272 Via Bella**
**Capistrano Beach, CA 92624**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.184 8**

**Nonpriority creditor's name and mailing address**
**Brett Page**
**138 Via Undine**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.184 9**

**Nonpriority creditor's name and mailing address**
**Brett Payne**
**2353 College Dr**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.185 0**

**Nonpriority creditor's name and mailing address**
**Brett Price**
**7056 Saona Ct**
**Naples, FL 34113**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.185 1**

**Nonpriority creditor's name and mailing address**
**Brett Rigney**
**25905 Matfield Dr**
**Torrance, CA 90505**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.185 2**

**Nonpriority creditor's name and mailing address**
**Brett Schisler**
**1725 Port Charles Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
       _____    Case number (if known) _____
       Name

---

| 3.185 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brett Schrank**
**5502 Clearsite Street**
**Torrance, CA 90505**

Date(s) debt was incurred **2023**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brett Schrank**
**5502 Clearsite Street**
**Torrance, CA 90505**

Date(s) debt was incurred **2021**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brett Thomas**
**24 Gleneagles**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brett W Strerath**
**3223 South 112th Street**
**West Allis, WI 53227**

Date(s) debt was incurred **2024**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brett Walter**
**3792 Siena Lane**
**Palm Harbor, FL 22460**

Date(s) debt was incurred **2024**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brett Williams**
**265 Palmer St.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brett Ybarra**
**733 somerset commons lane**
**Houston, TX 77055**

Date(s) debt was incurred **2022**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.1860**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Bretta Evans**                                                        ☐ Contingent
**1718 Willowbrook ln**                                                 ☐ Unliquidated
**Simi Valley, CA 93065**                                              ☐ Disputed

Date(s) debt was incurred  **2023**                                    **Basis for the claim:  Warranty**
Last 4 digits of account number  _
                                                                        Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1861**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Brian A Pene**                                                        ☐ Contingent
**63097 Desert Sage Street**                                           ☐ Unliquidated
**Bend, OR 97701**                                                     ☐ Disputed

Date(s) debt was incurred  **2025**                                    **Basis for the claim:  Warranty**
Last 4 digits of account number  **7**
                                                                        Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1862**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Brian Ager**                                                         ☐ Contingent
**1121 SE 7Th St**                                                    ☐ Unliquidated
**Fort Lauderdale, FL 33301**                                         ☐ Disputed

Date(s) debt was incurred  **2021**                                    **Basis for the claim:  Warranty**
Last 4 digits of account number  _
                                                                        Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1863**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Brian Andersen**                                                    ☐ Contingent
**1220 Manhattan Beach Blvd.**                                        ☐ Unliquidated
**Unit C**                                                            ☐ Disputed
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2023**                                    **Basis for the claim:  Warranty**
Last 4 digits of account number  _
                                                                        Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1864**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Brian Anderson**                                                    ☐ Contingent
**401 11th Ave W**                                                    ☐ Unliquidated
**Kirkland, WA 98033**                                                ☐ Disputed

Date(s) debt was incurred  **2021**                                    **Basis for the claim:  Warranty**
Last 4 digits of account number  _
                                                                        Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1865**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Brian Anderson**                                                    ☐ Contingent
**401 11th Ave W**                                                    ☐ Unliquidated
**Kirkland, WA 98033**                                                ☐ Disputed

Date(s) debt was incurred  **2021**                                    **Basis for the claim:  Warranty**
Last 4 digits of account number  _
                                                                        Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.1866**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Brian Andrews**                                                     ☐ Contingent
**14938 Cheyenne Rd**                                                 ☐ Unliquidated
**Apple Valley, CA 92307**                                            ☐ Disputed

Date(s) debt was incurred  **2022**                                    **Basis for the claim:  Warranty**
Last 4 digits of account number  _
                                                                        Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.186 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Arvizo**
**206 Gila Way**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Backstrom**
**1415 W Washington Blvd**
**Fort Wayne, IN 46802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.186 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Bailey**
**10841 Harrogate pl.**
**Santa ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Baker**
**29528 N. Tarragona Dr.**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Bateman**
**1556 Eucalyptus Rd.**
**Nipomo, CA 93444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Beams**
**1021 LYNNMERE DR**
**Thousand Oaks, CA 91360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Beard**
**2475 Mountain Ln**
**Upland, CA 91784-1049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.187
4**

**Nonpriority creditor's name and mailing address**

**Brian Beard**
**2475 Mountain Ln**
**Upland, CA 91784**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187
5**

**Nonpriority creditor's name and mailing address**

**Brian Bennett**
**6 Rocky Brook Rd**
**Millstone Twp., NJ 08535**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187
6**

**Nonpriority creditor's name and mailing address**

**Brian Berliner**
**18549 Paseo Pueblo**
**Saratoga, CA 95070**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187
7**

**Nonpriority creditor's name and mailing address**

**Brian Biegert**
**5815 Paseo De La Rambla**
**Yorba Linda, CA 92887**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187
8**

**Nonpriority creditor's name and mailing address**

**Brian Bielatowicz**
**1633 Burroughs Street**
**Oceanside, CA 92054**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.187
9**

**Nonpriority creditor's name and mailing address**

**Brian Bixler**
**2522 Gates Ave**
**Redondo Beach, CA 90278**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.188
0**

**Nonpriority creditor's name and mailing address**

**Brian Blakely**
**5841 N. Talman Avenue**
**Chicago, IL 60659**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.188 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Brooks**
**3333 Badding Rd**
**Castro Valley, CA 94546**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.188 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Brian Bruning**
**2245 McDonald Lane**
**Morgan Hill, CA 95037**

Date(s) debt was incurred  __2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.188 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Brian Buckler**
**2204 NW Small Oaks St**
**Bentonville, AR 72712**

Date(s) debt was incurred  __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.188 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Brian Burkett**
**2647 42nd Ave**
**San Francisco, CA 94116**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.188 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Brian Campbell**
**3073 Rivoli**
**Newport Beach, CA 92660**

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.188 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Brian Capoccia**
**9872 Effingham Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.188 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Brian Casacchia**
**4570 Dorinda Rd**
**Yorba Linda, CA 92887**

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name    Case number *(if known)* _____

---

| 3.188 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Cenci**
**928 Crestmoor Drive**
**Allen, TX 75013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.188 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Cenci**
**928 Crestmoor Drive**
**Allen, TX 75013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Chico**
**1765 Santa Ana Ave Apt V101**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Childers**
**801 74th St. N**
**St. Petersburg, FL 33710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Childers**
**801 74th St. N**
**St. Petersburg, FL 33710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Childers**
**801 74th St. N.**
**St. Petersburg, FL 33710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.189 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Brian Childers**
**801 74th St. N**
**St. Petersburg, FL 33710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                              Case number *(if known)* _____
    Name

---

**3.1895**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Brian Clarke**
**249 Brentwood Street**          ☐ Contingent
**Costa Mesa, CA 92627**          ☐ Unliquidated
                                  ☐ Disputed

Date(s) debt was incurred  **2025**          **Basis for the claim:  Warranty**

Last 4 digits of account number  **7**          Is the claim subject to offset? ■ No ☐ Yes

---

**3.1896**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Brian Clarkson**
**2265 Santa Ana Avenue**          ☐ Contingent
**Costa Mesa, CA 92627**          ☐ Unliquidated
                                  ☐ Disputed

Date(s) debt was incurred  **2023**          **Basis for the claim:  Warranty**

Last 4 digits of account number  __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.1897**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**brian claypool**
**202 oviedo street**          ☐ Contingent
**gulf breeze, FL 32561**          ☐ Unliquidated
                                  ☐ Disputed

Date(s) debt was incurred  **2025**          **Basis for the claim:  Warranty**

Last 4 digits of account number  __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.1898**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Brian Cogdill**
**5296 Cross River Falls Blvd**          ☐ Contingent
**Dublin, OH 43016**          ☐ Unliquidated
                                  ☐ Disputed

Date(s) debt was incurred  **2022**          **Basis for the claim:  Warranty**

Last 4 digits of account number  __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.1899**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Brian Conner**
**1520 Southwest Expressway**          ☐ Contingent
**Apartment 329**          ☐ Unliquidated
**San Jose, CA 95126**          ☐ Disputed

Date(s) debt was incurred  **2023**          **Basis for the claim:  Warranty**

Last 4 digits of account number  __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.1900**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Brian Connolly**
**13038 W. Big Oak St**          ☐ Contingent
**Peoria, AZ 85383**          ☐ Unliquidated
                                  ☐ Disputed

Date(s) debt was incurred  **2022**          **Basis for the claim:  Warranty**

Last 4 digits of account number  __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.1901**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Brian Courtney**
**2547 Santa Ana ave**          ☐ Contingent
**Costa Mesa, CA 92627**          ☐ Unliquidated
                                  ☐ Disputed

Date(s) debt was incurred  **2024**          **Basis for the claim:  Warranty**

Last 4 digits of account number  __          Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.190
2**

**Nonpriority creditor's name and mailing address**

**Brian Cox
3920 Plume Ln
Gig Harbor, WA 98332**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.190
3**

**Nonpriority creditor's name and mailing address**

**Brian Curry
525 Lakeview Drive
Palm Harbor, FL 34683**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.190
4**

**Nonpriority creditor's name and mailing address**

**Brian Cyurry
525 Lakeview Drive
Palm Harbor, FL 34683**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.190
5**

**Nonpriority creditor's name and mailing address**

**Brian DeDecker
4967 10th St.
Boulder, CO 80304**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.190
6**

**Nonpriority creditor's name and mailing address**

**Brian Dufresne
106 appian way
Dallas, TX 75216**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.190
7**

**Nonpriority creditor's name and mailing address**

**Brian English
2316 Weatherstone Cir
Highlands Ranch, CO 80126**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.190
8**

**Nonpriority creditor's name and mailing address**

**Brian Erlendson
9426 La Gloria
Rancho Cucamonga, CA 91701**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
          Name

---

| 3.190 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Erlendson**
**9426 La Gloria Dr.**
**Rancho Cucamonga, CA 91701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.191 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BRIAN Fenlon**
**5149 n Kilbourn ave**
**Chicago, IL 60630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.191 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Fitzpatrick**
**4460 yacht harbor drive**
**Naples, FL 34112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.191 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Fitzpatrick**
**15023 liberty lane**
**Philadelphia, PA 19116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.191 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Fleischman**
**475 Broadway**
**Monticello, NY 12701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.191 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BRIAN FREESE**
**6045 NE Berwick Drive**
**322**
**Berwick, IA 50032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.191 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Freese**
**275 N Moapa Valley BLVD**
**Overton, NV 89040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.191 6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Frost**
**1022 Crest Rd**
**Del Mar, CA 92014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191 7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Frost**
**12975 Caminito Del Pasaje**
**Del Mar, CA 92014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191 8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Gaffney**
**609 Larkspur Ave**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.191 9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Gardner**
**22063 Stone Hollow Dr**
**Broadlands, VA 20148**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Gilmore**
**1319 Military cutoff rd GG**
**Wilmington, NC 28412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Goodman**
**1707 Paloma Drive**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.192 2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Brian Grahlman**
**335 E. Albertoni**
**Suite 200-206**
**Carson, CA 90746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.192
3**

**Nonpriority creditor's name and mailing address**

**Brian Guley**
**5851 Maxson Dr.**
**Cypress, CA 90630**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.192
4**

**Nonpriority creditor's name and mailing address**

**Brian Hall**
**109 Hawthorne Dr.**
**Guyton, GA 31312**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.192
5**

**Nonpriority creditor's name and mailing address**

**Brian Hall**
**1482 Bathurst PL**
**El Cajon, CA 92020**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.192
6**

**Nonpriority creditor's name and mailing address**

**Brian Hanlon**
**6881 Laurel CT**
**Chino, CA 91710**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.192
7**

**Nonpriority creditor's name and mailing address**

**Brian Heder**
**2722 Park Royal Drive**
**Windermere, FL 34786**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.192
8**

**Nonpriority creditor's name and mailing address**

**Brian Hennessey**
**1258 Rankin Drive**
**Zanesville, OH 43701**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.192
9**

**Nonpriority creditor's name and mailing address**

**Brian Heywood**
**12025 154th pl Ne**
**Redmond, WA 98052**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.193 0**

**Nonpriority creditor's name and mailing address**

**Brian Hinton**
**5678 E Cannon Place**
**Prescott Valley, AZ 86314**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.193 1**

**Nonpriority creditor's name and mailing address**

**Brian Hopkins**
**319 Walnut Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.193 2**

**Nonpriority creditor's name and mailing address**

**Brian j kelly**
**1229 10th street**
**Hermosa beach, CA 90254**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.193 3**

**Nonpriority creditor's name and mailing address**

**BRIAN JELLISON**
**476 SOUTHBURY LANE**
**CHICO, CA 95973**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.193 4**

**Nonpriority creditor's name and mailing address**

**Brian Kaneko**
**21192 Richmond Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.193 5**

**Nonpriority creditor's name and mailing address**

**Brian Keith**
**2233 E Vermont Ave**
**Anaheim, CA 92806**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.193 6**

**Nonpriority creditor's name and mailing address**

**Brian Kelly**
**1229 10th St**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.193
7**

**Nonpriority creditor's name and mailing address**

**Brian Kenney**
**905 Hillside Lane**
**Bozeman, MT 59715**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.193
8**

**Nonpriority creditor's name and mailing address**

**Brian Kent**
**4200 San Marco Way**
**Douglasville, GA 30135**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.193
9**

**Nonpriority creditor's name and mailing address**

**Brian Knight**
**1771 SE SKYLINE DR**
**SANTA ANA, CA 92705**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.194
0**

**Nonpriority creditor's name and mailing address**

**Brian Kopelowitz**
**2605 Flat Tops Court**
**Steamboat Springs, FL 80487**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.194
1**

**Nonpriority creditor's name and mailing address**

**Brian Kurzawa**
**8 Hammond Rd**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.194
2**

**Nonpriority creditor's name and mailing address**

**Brian Lambros**
**1536 Miramar Dr**
**Newport Beach, CA 92661**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.194
3**

**Nonpriority creditor's name and mailing address**

**Brian Larson**
**13353 Fonseca Ave**
**La Mirada, CA 90638**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known)

---

| 3.194 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Lavigne**
**17595 Santa Cristobal St**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Layne**
**2026 Black Jack Loop**
**Unit A**
**Cheyenne, WY 82001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**brian leach**
**6909 S Lakeshore Dr**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Leddin**
**136 Hance Road**
**FAIR HAVEN, NJ 07704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Lee**
**15311 Hesperian Blvd suite a**
**San Leandro, CA 94578**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.194 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Leong**
**18953 Kentucky Downs Ln**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Brian Leong**
**1116 S Norfolk St**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|--------|-------------------------------|--------------------------|
| | Name | |

---

**3.195 1**

**Nonpriority creditor's name and mailing address**

**Brian Lind**
**21121 Red Jacket Cir**
**Huntington Beach, CA 92646**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.195 2**

**Nonpriority creditor's name and mailing address**

**Brian Lock**
**4650 Lake Washington Road**
**Melbourne, FL 32934**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.195 3**

**Nonpriority creditor's name and mailing address**

**Brian Long**
**1196 Cabrillo Dr**
**Beverly Hills, CA 90210**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.195 4**

**Nonpriority creditor's name and mailing address**

**Brian Long**
**6695 Roxbury Ln**
**Miami Beach, FL 33141**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.195 5**

**Nonpriority creditor's name and mailing address**

**Brian Long Long**
**6901 Granada Boulevard**
**Coral Gables, FL 33146**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.195 6**

**Nonpriority creditor's name and mailing address**

**Brian Loya**
**803 Bluewater Road**
**carlsbad, CA 92011**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.195 7**

**Nonpriority creditor's name and mailing address**

**Brian Luke**
**4315 Lakeway Blvd**
**Austin, TX 78734**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.1958**

**Nonpriority creditor's name and mailing address**

**brian m claypool**
**202 Oviedo Street**
**Gulf Breeze, FL 32561**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1959**

**Nonpriority creditor's name and mailing address**

**Brian Mank**
**6669 Copperwood Circle**
**San Jose, CA 95120**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1960**

**Nonpriority creditor's name and mailing address**

**Brian Marcantel**
**1417 Huntington Drive**
**Casselberry, MI 32707**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1961**

**Nonpriority creditor's name and mailing address**

**Brian Maxwell**
**106 Sean Drive**
**Kennett Square, PA 19348**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1962**

**Nonpriority creditor's name and mailing address**

**Brian Maxwell**
**106 Sean Dr**
**Kennett Square, PA 19348**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1963**

**Nonpriority creditor's name and mailing address**

**Brian McCauley**
**1407 Denise Cir**
**Oceanside, CA 92054**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.1964**

**Nonpriority creditor's name and mailing address**

**Brian McClanahan**
**8585 Banana Ave**
**Fontana, CA 92335**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1965**

**Nonpriority creditor's name and mailing address**

**Brian McDaniel**
**1186 Alviria Drive**
**Ojai, CA 93023**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1966**

**Nonpriority creditor's name and mailing address**

**Brian Mcdonough**
**24865 WoodsideLn**
**Lake Forest, CA 92630**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1967**

**Nonpriority creditor's name and mailing address**

**Brian McKenna**
**3231 East Cummings Road**
**Salt Lake City, UT 84109**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1968**

**Nonpriority creditor's name and mailing address**

**Brian Mckenna**
**3231 E. Cummings Rd**
**Salt Lake City, UT 84109**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1969**

**Nonpriority creditor's name and mailing address**

**Brian Miles**
**3366 Rockview Ct**
**San Luis Obispo, CA 93401**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1970**

**Nonpriority creditor's name and mailing address**

**Brian Miles**
**19523 SW Hollygrape St**
**Bend, OR 97702**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1971**

**Nonpriority creditor's name and mailing address**

**Brian Miles**
**19523 Hollygrape St**
**Bend, OR 97702**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.197
2**

**Nonpriority creditor's name and mailing address**

**Brian Miles**
**19523 SW Hollygrape St.**
**Bend, OR 97702**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.197
3**

**Nonpriority creditor's name and mailing address**

**Brian Miller**
**6301 E. Colorado Street**
**Long Beach, CA 90803**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.197
4**

**Nonpriority creditor's name and mailing address**

**Brian Montero**
**200 NE 66th Ave**
**Hillsboro, OR 97124**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.197
5**

**Nonpriority creditor's name and mailing address**

**Brian Montero**
**10172 Northest Evergreen Pkwy**
**Apt 259**
**HILLSBORO, OR 97124**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.197
6**

**Nonpriority creditor's name and mailing address**

**Brian Mott**
**29017 Hotel Way**
**Unit B-01C**
**Evergreen, CO 80439**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.197
7**

**Nonpriority creditor's name and mailing address**

**Brian Mott**
**33000 Interstate 10 W**
**Boerne, TX 78006**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.197
8**

**Nonpriority creditor's name and mailing address**

**Brian Murphy**
**930 Homer circle**
**Lafayette, CO 80026**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __Electric Bike Company, LLC_____    Case number (if known) _____
      Name

---

| 3.197 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Niezabitowski**
**917 Hillview Drive**
**Lemont, IL 60439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian O'Maley**
**7069 Garden Highway**
**Sacramento, CA 95837**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BRIAN O'NEILL**
**726b Arnold Ave**
**Point Pleasant Beach, NJ 08742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**BRIAN O'NEILL**
**726b Arnold Ave**
**Point Pleasant Beach, NJ 08742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian ONEILL**
**726 Arnold Ave**
**suite B**
**Point Pleasant Beach., NJ 08742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian OReilly**
**70924 Glacier Lily Lane**
**Sisters, OR 97759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Pene**
**63097 Desert Sage Street**
**Bend, OR 97701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
          _____          Case number (if known) _____
          Name

---

| 3.198 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Brian Peterson** | ☐ Contingent | |
| **15 Madison** | ☐ Unliquidated | |
| **Newport Beach, CA 92660** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.198 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Brian Phillips** | ☐ Contingent | |
| **12461 Darkwood Rd** | ☐ Unliquidated | |
| **San Diego, CA 92129** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.198 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **brian Philo** | ☐ Contingent | |
| **200 Pearl ve** | ☐ Unliquidated | |
| **Unit A** | ☐ Disputed | |
| **Newport Beach, CA 92662** | | |
| Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.198 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Brian Pierik** | ☐ Contingent | |
| **2310 E Ponderosa Dr** | ☐ Unliquidated | |
| **25** | ☐ Disputed | |
| **Camarillo, CA 93010** | | |
| Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.199 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Brian Ponikvar** | ☐ Contingent | |
| **P. O. 10505** | ☐ Unliquidated | |
| **Newport Beach, CA 92658** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.199 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **brian powell** | ☐ Contingent | |
| **10320 SAGER AVE** | ☐ Unliquidated | |
| **FAIRFAX, VA 22030** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.199 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Brian Powell** | ☐ Contingent | |
| **10320 Sager Avenue** | ☐ Unliquidated | |
| **Fairfax, VA 22030** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Electric Bike Company, LLC**

Case number *(if known)*

Name

---

| 3.199 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Powell**
**10320 SAGER AVE**
**FAIRFAX, VA 22030**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Quigley**
**13855 Saranac Drive**
**Unit D**
**Whittier, CA 90604**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Rapela**
**1541 Harlan Drive**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2021_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Reid**
**205 South St**
**Fern Park, FL 32730**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Roberson**
**2023 VIA ALEXANDRA**
**ESCONDIDO, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2020_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Roberson**
**2023 VIA ALEXANDRA**
**ESCONDIDO, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2020_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Brian Rogers**
**6212 Oakbrook circle**
**Huntington Brach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.200 0**

**Nonpriority creditor's name and mailing address**

**Brian Rubenstein**
**1643 8TH ST**
**MANHATTAN BEACH, CA 90266**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.200 1**

**Nonpriority creditor's name and mailing address**

**Brian Russ**
**1410 N. Marion Street Apartment 6**
**Denver, CO 80218**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.200 2**

**Nonpriority creditor's name and mailing address**

**Brian Russ**
**1410 N. Marion Street Apartment 6**
**apt 6**
**Denver, CO 80218**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.200 3**

**Nonpriority creditor's name and mailing address**

**Brian Russell**
**1419 Lincoln Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.200 4**

**Nonpriority creditor's name and mailing address**

**Brian Schirber**
**25 Ash St. E.**
**Saint Joseph, MN 56374**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.200 5**

**Nonpriority creditor's name and mailing address**

**Brian Seagraves**
**7115 Switch Grass Way**
**Tallahasee, FL 32309**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.200 6**

**Nonpriority creditor's name and mailing address**

**Brian Seavey**
**121 Ruxton Ave**
**#101**
**Manitou Springs, CO 80829**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.200 7**

**Nonpriority creditor's name and mailing address**

**Brian Silveria**
**4885 landram ave.**
**Atwater, CA 95301**

Date(s) debt was incurred  __2022__

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.200 8**

**Nonpriority creditor's name and mailing address**

**Brian Silveria**
**4885 Landram Ave**
**Atwater, CA 95301**

Date(s) debt was incurred  __2022__

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.200 9**

**Nonpriority creditor's name and mailing address**

**Brian Snedden**
**209 HILLSIDE DR**
**Neptune, NJ 07753**

Date(s) debt was incurred  __2022__

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.201 0**

**Nonpriority creditor's name and mailing address**

**Brian Sosine**
**2185 Oakland Road**
**San Jose, CA 95131**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.201 1**

**Nonpriority creditor's name and mailing address**

**Brian Speer**
**2722 Woodmont Drive East**
**Canton, MI 48188**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.201 2**

**Nonpriority creditor's name and mailing address**

**Brian Speer**
**2722 woodmont dr e**
**Canton, MI 48188**

Date(s) debt was incurred  __2022__

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.201 3**

**Nonpriority creditor's name and mailing address**

**Brian Stephenson**
**695 Calmar Vista Road**
**Danville, CA 94526**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

| 3.201 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

3.201
4

**Nonpriority creditor's name and mailing address**

**Brian Stewart**
**284 Robinhood Ln**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred** **2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

3.201
5

**Nonpriority creditor's name and mailing address**

**Brian Stone**
**15123 NE 81st Way, Unit 204**
**Redmond, WA 98052**

**Date(s) debt was incurred** **2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

3.201
6

**Nonpriority creditor's name and mailing address**

**Brian Stone**
**125 Via Mentone**
**Newport Beach, CA 92663**

**Date(s) debt was incurred** **2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

3.201
7

**Nonpriority creditor's name and mailing address**

**Brian Tenney**
**207 Bertie Ave**
**Westminster, MD 21157-6903**

**Date(s) debt was incurred** **2022**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.201
8

**Nonpriority creditor's name and mailing address**

**Brian Teter**
**2307 Half Moon Ln**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred** **2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.201
9

**Nonpriority creditor's name and mailing address**

**Brian Thomasson**
**4450 Quebec Ln**
**Brighton, MI 48116**

**Date(s) debt was incurred** **2022**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.202
0

**Nonpriority creditor's name and mailing address**

**Brian Thomasson**
**4450 Quebec Ln**
**Brighton, MI 48116**

**Date(s) debt was incurred** **2022**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.202
1**

Nonpriority creditor's name and mailing address

**Brian Tillson**
**975 10th St**
**Imperial Beach, CA 91932**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.202
2**

Nonpriority creditor's name and mailing address

**Brian Unruh**
**4000 W 98th Ter**
**Overland Park, KS 66207**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.202
3**

Nonpriority creditor's name and mailing address

**Brian Unruh**
**4000 W 98th Ter**
**Overland Park, KS 66207**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.202
4**

Nonpriority creditor's name and mailing address

**Brian Wagner**
**24311 Philemon Dr.**
**Dana Point, CA 92629**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.202
5**

Nonpriority creditor's name and mailing address

**Brian Wagner**
**24311 Philemon Dr**
**Dana Point, CA 92629**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.202
6**

Nonpriority creditor's name and mailing address

**Brian Warfel**
**38 Windermere**
**Mattoon, IL 61938**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.202
7**

Nonpriority creditor's name and mailing address

**Brian Warfel**
**48 Springchester**
**Mattoon, IL 61938**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.2028**

**Nonpriority creditor's name and mailing address**

**Brian White**
**5224 Cathann Street**
**Torrance, CA 90503**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2029**

**Nonpriority creditor's name and mailing address**

**Brian Widman**
**7201 Seashore Drive**
**Unit B**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2030**

**Nonpriority creditor's name and mailing address**

**Brian Williams**
**8252 Trione Cir**
**Windsor, CA 95492**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2031**

**Nonpriority creditor's name and mailing address**

**Brian Wood**
**1852 Samar Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2032**

**Nonpriority creditor's name and mailing address**

**Brian Woodworth**
**215 South 7th Street**
**Lindenhurst, NY 11757**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2033**

**Nonpriority creditor's name and mailing address**

**Brian Woodworth**
**215 South 7th Street**
**none**
**Lindenhurst, NY 11757**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2034**

**Nonpriority creditor's name and mailing address**

**Brian Woodworth**
**215 South 7th St**
**Lindenhurst, NY 11757**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.203 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brian Zemcik**
**22322 Dolomite Hills Drive**
**Ashburn, VA 20148**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Briana Fernandez**
**205 Los Aguajes Ave**
**G**
**Santa Barbara, CA 93101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Briana Fernandez**
**1024 Pleasant Meadow Drive**
**Lake Saint Louis, MO 63367**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brianna Grey**
**205 Vermont ave**
**Villas, NJ 08251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.203 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brianna Grey**
**125 Geneva ave**
**Del haven, NJ 08251**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brianna Leveille**
**5998 Alcala Park**
**BL034**
**San Diego, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.204 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brianna Leveille**
**6259 Camino Basilio**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.204
2**

**Nonpriority creditor's name and mailing address**

**Brice Golden**
**9551 Port Clyde Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.204
3**

**Nonpriority creditor's name and mailing address**

**Brice Jaggars**
**4724 SW 195th Way**
**Miramar, FL 33029**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.204
4**

**Nonpriority creditor's name and mailing address**

**Brice Jaggars**
**4724 SW 195th Way**
**Miramar, FL 33029**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.204
5**

**Nonpriority creditor's name and mailing address**

**Brice Reiner**
**414 13th Street**
**Unit C**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.204
6**

**Nonpriority creditor's name and mailing address**

**Brice Reiner**
**414 13th Street Unit C**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.204
7**

**Nonpriority creditor's name and mailing address**

**Brice Reiner**
**414 13th street**
**C**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.204
8**

**Nonpriority creditor's name and mailing address**

**Bridget Bogan**
**226 Phlox Ave**
**Redlands, CA 92373**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.204 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bridget Chouinard**
34264 camino capistrano
121
Dana point, CA 92624

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bridget Comer**
217 E. 20th St., #A
Costa Mesa, CA 92627

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bridget Douglas**
416 S. Ohio ave
Sidney, OH 45365

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bridget Engel**
2900 gulfshore blvd N
113
Naples, FL 34103

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bridget Engel**
4951 Gulf Shore Blvd N
Naples, FL 34103

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bridget Hatziris**
2301 E. 15th St
Newport Beach, CA 92663

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bridget Hayes**
2951 Spring Hill
Coalville, UT 84017

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2056**

Nonpriority creditor's name and mailing address
**Bridget Maul**
**4117 N. Sheridan Rd. Unit 1S**
**Chicago, IL 60613**

Date(s) debt was incurred **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2057**

Nonpriority creditor's name and mailing address
**Bridget McCann**
**63 Frank Court**
**Brooklyn, NY 11229**

Date(s) debt was incurred **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2058**

Nonpriority creditor's name and mailing address
**Bridget Melanson**
**337 Las Riendas Drive**
**Fullerton, CA 92835**

Date(s) debt was incurred **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2059**

Nonpriority creditor's name and mailing address
**bridget sandquist**
**1005 Northwest 7th Court**
**Grimes, IA 50111-2293**

Date(s) debt was incurred **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2060**

Nonpriority creditor's name and mailing address
**Bridget White**
**1639 Airlie Forest Ct**
**Wilmington, NC 28403**

Date(s) debt was incurred **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2061**

Nonpriority creditor's name and mailing address
**Brie-Ann Robinson**
**116 Via Orvieto**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2062**

Nonpriority creditor's name and mailing address
**Brielle Renz**
**3917 Waterfront Place Southeast**
**Mandan, ND 58554**

Date(s) debt was incurred **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.206 3 | **Nonpriority creditor's name and mailing address**<br>**Brigid Woods**<br>**159 Luzon Street**<br>**Morro Bay, CA 93442**<br><br>Date(s) debt was incurred  **2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.206 4 | **Nonpriority creditor's name and mailing address**<br>**Brigitte Alexander**<br>**1174 Calle Christopher**<br>**Encinitas, CA 92024-5515**<br><br>Date(s) debt was incurred  **2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.206 5 | **Nonpriority creditor's name and mailing address**<br>**Brigitte Anderson**<br>**107 Big John Cove**<br>**Townsend, TN 37882**<br><br>Date(s) debt was incurred  **2024**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.206 6 | **Nonpriority creditor's name and mailing address**<br>**Brigitte Bourgoignie**<br>**3629 Bayview road**<br>**Miami, FL 33133**<br><br>Date(s) debt was incurred  **2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.206 7 | **Nonpriority creditor's name and mailing address**<br>**Brit Mansir**<br>**21 Fort pond Rd**<br>**Apt 17**<br>**Montauk, NY 11954**<br><br>Date(s) debt was incurred  **2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.206 8 | **Nonpriority creditor's name and mailing address**<br>**Britt Deves**<br>**77-6466 Kilohana Street**<br>**Kailua-Kona, HI 96740**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.206 9 | **Nonpriority creditor's name and mailing address**<br>**Britt Sipe**<br>**41515 Eagle Point Way**<br>**Temecula, CA 92591**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

Debtor    **Electric Bike Company, LLC**

Name    Case number (if known)

---

| 3.207 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brittany Bostick**
**15345 N Scottsdale Rd**
**Apt 4040**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brittany Burse**
**402 NW 3rd St**
**Bentonville, AR 72712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brittany Coffey**
**3588 Tiffany Ridge Lane**
**Blue Ash, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brittany Coffey**
**3588 Tiffany Ridge Lane**
**Blue Ash, OH 45241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brittany Freeman**
**433 Begonia Ave**
**2**
**Corona del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brittany Guy**
**29692 Michelis Street**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Brittany Hollibaugh**
**10764 70th Ave**
**Unit 1102**
**Seminole, FL 33772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.207 7**

**Nonpriority creditor's name and mailing address**

**Brittany Hollibaugh**
**10764 70th Ave**
**Unit 1102**
**Seminole, FL 33772**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.207 8**

**Nonpriority creditor's name and mailing address**

**Brittany Johnson**
**2800 Keller Drive**
**85**
**Tustin, CA 92782**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.207 9**

**Nonpriority creditor's name and mailing address**

**Brittany McClellan**
**12 Staggi Court**
**Soquel, CA 95073**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208 0**

**Nonpriority creditor's name and mailing address**

**Brittany Millar**
**18022 Freshwater Circle**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208 1**

**Nonpriority creditor's name and mailing address**

**Brittany Nolasco**
**9515 Burnham Dr NW**
**site 80**
**Gig Harbor, WA 98332**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208 2**

**Nonpriority creditor's name and mailing address**

**Brittany O   Neil**
**588 Lorna Lane**
**Los Angeles, CA 90049**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208 3**

**Nonpriority creditor's name and mailing address**

**Brittany O'Neil**
**27 Throckmorton Ln**
**Mill Valley, CA 94941**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|--------|-------------------------------|--------------------------|
| | Name | |

---

**3.208 4**

**Nonpriority creditor's name and mailing address**
**Brittany Owensby**
**269 Pine Haven**
**St Johns, FL 32259**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208 5**

**Nonpriority creditor's name and mailing address**
**Brittany Sikora**
**1855 Boa Vista Cir**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208 6**

**Nonpriority creditor's name and mailing address**
**Brittany Sweeney-Draude**
**86 ventada st**
**Rancho mission viejo, CA 92694**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208 7**

**Nonpriority creditor's name and mailing address**
**Brittany Yezzo**
**1089 Pampas Circle**
**Corona, CA 92881**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208 8**

**Nonpriority creditor's name and mailing address**
**Brittney Voris**
**12051 Cherry St.**
**Los Alamitos, CA 90720**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208 9**

**Nonpriority creditor's name and mailing address**
**Brody Nicholson**
**181 n Pottstown pike**
**1543**
**Exton, PA 19341**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209 0**

**Nonpriority creditor's name and mailing address**
**Brody Slagh**
**1871 Bryan Ave**
**Tustin, CA 92780**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.209
1**

**Nonpriority creditor's name and mailing address**

**Bronwyn Edwards
1030 West Glass Ave
Spokane, WA 99205**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209
2**

**Nonpriority creditor's name and mailing address**

**Bronwyn Maughlin
1875 Madrona Way
Coupeville, WA 98239**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209
3**

**Nonpriority creditor's name and mailing address**

**Brooke 3616 Rothermel
763 Prospect Avenue
Telluride, CO 81435**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209
4**

**Nonpriority creditor's name and mailing address**

**Brooke Garcia
4040 Salt Bush
Irvine, CA 92603**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209
5**

**Nonpriority creditor's name and mailing address**

**Brooke Goldstein
225 Rosecrans Ave
Unit 3
Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209
6**

**Nonpriority creditor's name and mailing address**

**Brooke Hawkenson
2942 Rivers Ridge Dr
Red Wing, MN 55066**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.209
7**

**Nonpriority creditor's name and mailing address**

**Brooke Jack
16851 Coral Cay Lane
Huntington Beach, CA 92649**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.2098**

**Nonpriority creditor's name and mailing address**

**Brooke Monroe**
**491 Kermodi Street**
**Bozeman, MT 59715**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2099**

**Nonpriority creditor's name and mailing address**

**Brooke Rodriguez**
**855 Crooked Branch Drive**
**Clermont, FL 34711**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2100**

**Nonpriority creditor's name and mailing address**

**Brooke Teunissen**
**6000 SW Riley**
**Mountain Home, ID 83647**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2101**

**Nonpriority creditor's name and mailing address**

**Brooks Colley**
**1113 W Government St**
**Pensacola, FL 32502**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2102**

**Nonpriority creditor's name and mailing address**

**brooks jorgensen**
**512 35th street**
**newport beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2103**

**Nonpriority creditor's name and mailing address**

**Brooks Kern**
**74 Hillrise**
**Dove Canyon, CA 92679**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2104**

**Nonpriority creditor's name and mailing address**

**brooks speake**
**1791 third street**
**norco, CA 92860**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

| 3.210 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**bruce borders**
**13120 Trump Ave**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Bruce Borders**
**13120 Trump Ave**
**Louisville, KY 40299**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Bruce Bradford**
**168 Falcon Ridge**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Bruce Brown**
**204 Harness Ln**
**Windsor, CT 06095**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Bruce Burman**
**514 Snagstead Way**
**Port Townsend, WA 98368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Bruce Butler**
**391 Vista Way**
**Chula Vista, CA 91910**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Bruce Camacho**
**32 N Palafox Street**
**Pensacola, FL 32502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Electric Bike Company, LLC**                                  Case number *(if known)* _____
                        Name

| 3.211 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bruce Canfield**
**537 Gallegos Circle**
**Erie, CO 80516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bruce Cordova**
**77 Laurelhurst Drive**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bruce Davey**
**4067 S PRECIOUS WAY**
**WASHINGTON, UT 84780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bruce Davidson**
**9 Seascape Dr**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bruce Degler**
**1038 West Bay**
**Newport Beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bruce Degler**
**1038 W Bay**
**Newport Beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Bruce Dowley**
**1315 Mayflower Drive**
**BelAir, MD 21015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.2119**

Nonpriority creditor's name and mailing address

**Bruce Dowley**
**1315 Mayflower Drive**
**Bel Air, MD 21015**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2120**

Nonpriority creditor's name and mailing address

**BRUCE FERNOW**
**6206 E CLIFFWAY DR**
**ORANGE, CA 92869**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2121**

Nonpriority creditor's name and mailing address

**Bruce Gangl**
**9712 Brookhaven Cir.**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2122**

Nonpriority creditor's name and mailing address

**Bruce Grabhorn**
**33408 Medlik Drive**
**Scappoose, OR 97056**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2123**

Nonpriority creditor's name and mailing address

**Bruce Gravelle**
**2315 Ramona St.**
**Palo Alto, CA 94301**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2124**

Nonpriority creditor's name and mailing address

**Bruce Green**
**2722 Sandpiper Dr**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2125**

Nonpriority creditor's name and mailing address

**Bruce hasenauer**
**7389 hollyhock ln**
**ooltewah, TN 37363**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                 Case number (if known) _____
　　　　　Name

---

**3.212**
**6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  **$0.00** |

**bruce hodesson**
**1 Julias way**
**Brunswick, ME 04011**

Date(s) debt was incurred __2025__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212**
**7**

**Bruce Hojnacki**
**3361 Deepwell Ct**
**Abingdon, MD 21009-1023**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212**
**8**

**Bruce Howe**
**21501 Brookhurst**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __2022__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.212**
**9**

**Bruce Howe**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __2022__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213**
**0**

**Bruce Johnson**
**2003 Baltra Pl**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213**
**1**

**Bruce Kyle**
**320 parker ln**
**Ruidoso Downs, NM 88346**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.213**
**2**

**Bruce Mauhar**
**121 Tejano Springs Road**
**Tubac, AZ 85646**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.213 3**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Bruce McElderry**          ☐ Contingent
**17721 Kelok Road**          ☐ Unliquidated
**Lake Oswego, OR 97034**          ☐ Disputed

Date(s) debt was incurred  **2023**          **Basis for the claim:  Warranty**

Last 4 digits of account number _          Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.213 4**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Bruce Misch**          ☐ Contingent
**9383 Mandarin Ave**          ☐ Unliquidated
**Rancho Cucamonga, CA 91701**          ☐ Disputed

Date(s) debt was incurred  **2023**          **Basis for the claim:  Warranty**

Last 4 digits of account number _          Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.213 5**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Bruce Misch**          ☐ Contingent
**9847 candlewood st**          ☐ Unliquidated
**Rancho Cucamonga, CA 91730**          ☐ Disputed

Date(s) debt was incurred  **2024**          **Basis for the claim:  Warranty**

Last 4 digits of account number _          Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.213 6**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Bruce Perry**          ☐ Contingent
**3861 N Collister Dr.**          ☐ Unliquidated
**Boise, ID 83703**          ☐ Disputed

Date(s) debt was incurred  **2022**          **Basis for the claim:  Warranty**

Last 4 digits of account number _          Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.213 7**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Bruce Perry**          ☐ Contingent
**30 Harbor Hill**          ☐ Unliquidated
**Chamberlain, ME 04541**          ☐ Disputed

Date(s) debt was incurred  **2022**          **Basis for the claim:  Warranty**

Last 4 digits of account number _          Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.213 8**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Bruce Perry**          ☐ Contingent
**3861 N Collister Dr**          ☐ Unliquidated
**Boise, ID 83703**          ☐ Disputed

Date(s) debt was incurred  **2022**          **Basis for the claim:  Warranty**

Last 4 digits of account number _          Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.213 9**   **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Bruce Schmuckle**          ☐ Contingent
**2138 Twain Ave**          ☐ Unliquidated
**Carlsbad, CA 92008**          ☐ Disputed

Date(s) debt was incurred  **2022**          **Basis for the claim:  Warranty**

Last 4 digits of account number _          Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.214 0**

**Nonpriority creditor's name and mailing address**

**Bruce Smith**
**3848 Woodrose Court**
**Snellville, GA 30039**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.214 1**

**Nonpriority creditor's name and mailing address**

**Bruce Stevens**
**19672 Stern Lane**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.214 2**

**Nonpriority creditor's name and mailing address**

**Bruce Tantlinger**
**6946 Houlton Circle**
**Lake Worth, FL 33467**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.214 3**

**Nonpriority creditor's name and mailing address**

**Bruce Towle**
**416 Myrick Rd.**
**Troy, ME 04987**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.214 4**

**Nonpriority creditor's name and mailing address**

**Bruce Van Vranken**
**519 Avenida Buenos Aires**
**San Clemente, CA 92672**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.214 5**

**Nonpriority creditor's name and mailing address**

**Bruce W Johnson**
**Island House**
**200 Ocean Lane Drive. Apt 801**
**Key Biscayne, FL 33149**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.214 6**

**Nonpriority creditor's name and mailing address**

**Bruno Costa Ramos**
**455 Hull Avenue**
**San Jose, CA 95125**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.214
7**

**Nonpriority creditor's name and mailing address**

**Bruno Costa Ramos**
**455 Hull Ave**
**San Jose, CA 95125**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.214
8**

**Nonpriority creditor's name and mailing address**

**Bruno Escobar**
**223 W. Home Place**
**Redlands, CA 92373**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.214
9**

**Nonpriority creditor's name and mailing address**

**Bruno Malolepszy**
**6028 Nevelson Lane**
**Simi Valley, CA 93063**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215
0**

**Nonpriority creditor's name and mailing address**

**Bruno Malolepszy**
**6028 Nevelson Lane**
**Simi Valley, CA 93063**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215
1**

**Nonpriority creditor's name and mailing address**

**Bruno Malolepsy**
**1510 Newport blvd**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215
2**

**Nonpriority creditor's name and mailing address**

**Bruno Nikodemski**
**255 Stonebeck Ln**
**Colorado Springs, CO 80906**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215
3**

**Nonpriority creditor's name and mailing address**

**Bruno Richardson**
**4640 Saint Mihiel st unit a**
**Fort Irwin, CA 92310**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.215
4**

**Nonpriority creditor's name and mailing address**

**Bruno Richardson**
**4640 saint Mihiel unit A**
**Fort Irwin, CA 92310**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.215
5**

**Nonpriority creditor's name and mailing address**

**Bruno Richardson**
**4640 A Saint Mihiel Street**
**Fort Irwin, CA 92310**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.215
6**

**Nonpriority creditor's name and mailing address**

**Bryan Abraham**
**1260 Somerset Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.215
7**

**Nonpriority creditor's name and mailing address**

**Bryan Auer**
**33829 Flood Street**
**Temecula, CA 92592**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.215
8**

**Nonpriority creditor's name and mailing address**

**Bryan Binney**
**224 Andrew Ave**
**Encinitas, CA 92024**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.215
9**

**Nonpriority creditor's name and mailing address**

**Bryan Binney**
**224 Andrew Ave**
**Encinitas, CA 92024**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.216
0**

**Nonpriority creditor's name and mailing address**

**Bryan Bolt**
**10658 Thomas Cir**
**Cypress, CA 90630**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
Name

Case number (if known) _____

| 3.216 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryan Briggs**
**1358 Sussex Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**bryan cook**
**457 Ivy Trails Dr**
**Cincinnati, OH 45244**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryan Cramer**
**10607 Cullman Ave**
**Whittier, CA 90603**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryan Croft**
**766 33rd**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryan Crouch Crouch**
**2357 Fowler Avenue**
**Ogden, UT 84401**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryan Duncan**
**2751 San Carlos Ln**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Bryan Felton**
**12571 Sunnymeadows**
**MORENO VALLEY, CA 92553**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.216 8**

**Nonpriority creditor's name and mailing address**

**Bryan Felton**
**12571 Sunnymeadows Dr**
**Moreno Valley, CA 92553**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.216 9**

**Nonpriority creditor's name and mailing address**

**Bryan Fultz**
**30996 MONTCLAIR DR**
**LINDSTROM, MN 55045**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.217 0**

**Nonpriority creditor's name and mailing address**

**Bryan Garvey**
**1770 Jersey Street**
**Essex, NY 12936**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.217 1**

**Nonpriority creditor's name and mailing address**

**Bryan Hiller**
**529 E Skyline Drive**
**Purcellville, VA 20132**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.217 2**

**Nonpriority creditor's name and mailing address**

**Bryan Hiller Hiller**
**529 East Skyline Drive**
**Purcellville, VA 20132**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.217 3**

**Nonpriority creditor's name and mailing address**

**Bryan Hogan**
**48 E. Lafayette Rd**
**Inlet Beach, FL 32461**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.217 4**

**Nonpriority creditor's name and mailing address**

**Bryan Howlett**
**12 Charmarand Row**
**Londonderry, NH 03053**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.217 5**

**Nonpriority creditor's name and mailing address**

**Bryan Hubina**
**12054 Phoenix Drive**
**Cerritos, CA 90703**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217 6**

**Nonpriority creditor's name and mailing address**

**Bryan Kindopp**
**10625 Drinkwater Drive**
**DENTON, TX 76207**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217 7**

**Nonpriority creditor's name and mailing address**

**Bryan McCrory**
**2800 Holly Court**
**Marshfield, WI 54449**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217 8**

**Nonpriority creditor's name and mailing address**

**Bryan McCrory**
**301 Yucca Street**
**328**
**San Antonio, TX 78203**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.217 9**

**Nonpriority creditor's name and mailing address**

**Bryan Pavalko**
**8461 Clarkdale Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 0**

**Nonpriority creditor's name and mailing address**

**Bryan Rowley**
**151 West 76th Street**
**Basement Level**
**New York, NY 10023**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 1**

**Nonpriority creditor's name and mailing address**

**Bryan Smith**
**4162 Bidle Ct**
**Dublin, OH 43016**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.218 2**

**Nonpriority creditor's name and mailing address**

**Bryan Stults**
**8 Ridgeway Ave**
**Oaklyn, NJ 08107-1533**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 3**

**Nonpriority creditor's name and mailing address**

**Bryan Sullivan**
**7366 S Bannock Dr.**
**Littleton, CO 80120**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 4**

**Nonpriority creditor's name and mailing address**

**Bryan Sullivan**
**7366 S Bannock Dr.**
**Littleton, CO 80120**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 5**

**Nonpriority creditor's name and mailing address**

**Bryan Sullivan**
**7366 S Bannock Dr**
**Littleton, CO 80120**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 6**

**Nonpriority creditor's name and mailing address**

**Bryan SUTTLES**
**17319 Bircher st**
**Granada Hills, CA 91344**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 7**

**Nonpriority creditor's name and mailing address**

**bryan tran**
**1527 Bay Woods Road**
**Gulf Breeze, FL 32563**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.218 8**

**Nonpriority creditor's name and mailing address**

**Bryan Vellinga**
**4020 Nobar Cir**
**North Las Vegas, NV 89031**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.218 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**bryan yahr**
**436 Rice Hope Drive**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.219 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bryant Tansil**
**3856 Murdock Ln**
**Duluth, GA 30096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.219 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bryce Dunks**
**463 deerfield avenue**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.219 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bryce Dunks**
**463 deerfield avenue**
**Irvine, CA 92606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.219 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bryce McKendry**
**1899 Parkcrest Drive**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.219 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bryce Ordell**
**1680 North Wood Hollow Way**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.219 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bryce Ordell**
**1680 N. Wood Hollow Way**
**Flagstaff, AZ 86004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.219 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**BRYCE ORDELL**
**9816 WEST DESERT ELM LANE**
**PHOENIX, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryce Stensrud**
**130 South Barron Boulevard**
**Grayslake, IL 60030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryce Wilkerson**
**1132 Baypointe Drive**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryer Jeannotte**
**800 Roosevelt Avenue**
**Rome, NY 13440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryon Mansley**
**18 Graham Dr**
**Waynesboro, MS 39367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bryson Lloyd**
**1728 Bedford Lane**
**#6**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Bud Cardoso**
**367 W Keyes Rd**
**Modesto, CA 95358**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
         Name

---

| 3.220 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Bud Dooley**
**1104 Lory Street**
**Fort Collins, CO 80524-3932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**bunny Mariano**
**414 Camino San Camino**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Burke Schechtel**
**2118 Leeward Lane**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Burton Ogle**
**14107 Ashburn Place**
**Tampa, FL 33624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**C cile WALSH**
**8396 Luce Street**
**Alanson, MI 49706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**C L Van Der Schans**
**1013 Ford Rd**
**Minnetonka, MN 55305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.220 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**C L van der Schans**
**2015 Arbor Lane**
**Mound, MN 55364**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                      Case number *(if known)* _____
_____
Name

| 3.221 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**C Lawless**
**78 Turnpike Rd**
**Westborough, MA 01581**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.221 1 |
|---|

**Nonpriority creditor's name and mailing address**

**C T Genovese**
**1002 La Limonar Rd**
**Santa Ana, CA 92705**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.221 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Cadi Stephenson**
**2700 Camino Ramon**
**Suite 110**
**San Ramon, CA 94583**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.221 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Cadi Stephenson**
**695 CALMAR VISTA RD**
**DANVILLE, CA 94526-2303**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.221 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Cae Joseph-Massena**
**368 E Grand Blvd**
**Detroit, MI 48207**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.221 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Caeden Skiver**
**1213 West Bay Ave.**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.221 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Cait Kelly**
**3430 Gulf Shore Blvd N**
**3A**
**Naples, FL 34103**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

| 3.221 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Cait Kelly** | ☐ Contingent | |
| **PO Box 2** | ☐ Unliquidated | |
| **South Bristol, ME 04568** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.221 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Caitlin Coulter** | ☐ Contingent | |
| **215 S LIMESTONE** | ☐ Unliquidated | |
| **APT 8** | ☐ Disputed | |
| **LEXINGTON, KY 40508-2534** | | |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.221 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Caitlin Coulter** | ☐ Contingent | |
| **215 south limestone** | ☐ Unliquidated | |
| **#8** | ☐ Disputed | |
| **Lexington, KY 40508** | | |
| Date(s) debt was incurred **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.222 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Caitlin Goss** | ☐ Contingent | |
| **1553 nw 21st ave** | ☐ Unliquidated | |
| **Gainesville, FL 32605** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.222 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Caitlin Gradl** | ☐ Contingent | |
| **945 placentia ave** | ☐ Unliquidated | |
| **Suite a** | ☐ Disputed | |
| **costa mesa, CA 92627** | | |
| Date(s) debt was incurred **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.222 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Caitlin Gustafson** | ☐ Contingent | |
| **811 Wright Rd** | ☐ Unliquidated | |
| **POB 4312** | ☐ Disputed | |
| **McCall, ID 83638** | | |
| Date(s) debt was incurred **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.222 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Caitlin Shakely** | ☐ Contingent | |
| **1431 Yost Dr** | ☐ Unliquidated | |
| **San Diego, CA 92109** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**                                         Case number *(if known)* _____
         Name

---

**3.222
4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Caitlyn Hasse**                                                  ☐ Contingent
**13723 Berkley Ave**                                              ☐ Unliquidated
**Huntersville, NC 28078**                                         ☐ Disputed

Date(s) debt was incurred  **2024**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.222
5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Caitlyn Myers**                                                 ☐ Contingent
**2022 Hornblend Street**                                         ☐ Unliquidated
**San Diego, CA 92109**                                           ☐ Disputed

Date(s) debt was incurred  **2025**                               **Basis for the claim:  Warranty**

Last 4 digits of account number  **7**                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.222
6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Cal Whited**                                                    ☐ Contingent
**22911 Norbert St.**                                             ☐ Unliquidated
**Perris, CA 92570**                                              ☐ Disputed

Date(s) debt was incurred  **2023**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.222
7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Caleb Amundson**                                                ☐ Contingent
**24611 15th Street**                                             ☐ Unliquidated
**Minnesota Lake, MN 56068**                                      ☐ Disputed

Date(s) debt was incurred  **2024**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.222
8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Caleb Amundson**                                                ☐ Contingent
**24611 15th Street**                                             ☐ Unliquidated
**Minnesota Lake, MN 56068**                                      ☐ Disputed

Date(s) debt was incurred  **2024**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.222
9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Caleb Grindstaff**                                              ☐ Contingent
**188 Monroe Creek Blvd**                                         ☐ Unliquidated
**Asheville, NC 28806**                                           ☐ Disputed

Date(s) debt was incurred  **2022**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.223
0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Caleb Krupa**                                                   ☐ Contingent
**5463 Tam O Shanter Dr**                                         ☐ Unliquidated
**Rockford, IL 61107**                                            ☐ Disputed

Date(s) debt was incurred  **2023**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.223**
**1**

**Nonpriority creditor's name and mailing address**

**Caleb Langerhans**
**612 S Washington St**
**B**
**Fredericksburg, TX 78624**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.223**
**2**

**Nonpriority creditor's name and mailing address**

**Calvin Ho**
**3323 Central Ave**
**Alameda, CA 94501**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.223**
**3**

**Nonpriority creditor's name and mailing address**

**Calvin Mason**
**1403 Kenbrook Drive**
**Garner, NC 27529**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.223**
**4**

**Nonpriority creditor's name and mailing address**

**Calvin Sistrunk**
**2853 W. Sheridan St.**
**Mapleton, UT 84664**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.223**
**5**

**Nonpriority creditor's name and mailing address**

**Cambria Briggs**
**1358 Sussex Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.223**
**6**

**Nonpriority creditor's name and mailing address**

**Camden Bole**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.223**
**7**

**Nonpriority creditor's name and mailing address**

**Cameron Boone**
**292 Tierra Blanca Ave**
**Oceanside, CA 92058-6899**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.223 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron Brown**
**934 Darrell Srreet**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**
**Last 4 digits of account number _**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.223 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron C Aldrich**
**16 Breckenridge Lane**
**Savannah, GA 31411**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**
**Last 4 digits of account number _**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron Catmull**
**28868 Brushwood Ln**
**Santa Clarita, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**
**Last 4 digits of account number _**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron Greer**
**1321 Sunny Drive**
**Eugene, OR 97404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**
**Last 4 digits of account number  7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron Greer**
**1321 Sunny Dr**
**Eugene, OR 97404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**
**Last 4 digits of account number _**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron Hall**
**815 Seagull Ln**
**Apt. D302**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**
**Last 4 digits of account number _**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron Hamm**
**1129 Sable**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**
**Last 4 digits of account number _**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                        Case number (if known) _____
_____
Name

---

| 3.224 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron Lester**
**264 Brentwood St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron Pickett**
**2728 3rd Ave N**
**Seattle, WA 98109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cameron Stone**
**748 Bonanza Cir**
**Corona, CA 92879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Camille Fishel**
**187 Dune Road**
**Water Mill, NY 11976**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.224 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Camille Leonardo**
**4923 Happy Valley Rd**
**Sequim, WA 98382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Camille Sikorsky**
**7103 Argonauta Way**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Camille Smith**
**110 Field St**
**B267**
**Newnan, GA 30263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.225 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Camille Smith**
**110 Field St**
**Apt B267**
**Newnan, GA 30263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Camille Young**
**10100 Oakdale Rd**
**Sherwood, AR 72120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Camille Young**
**10100 Oakdale Rd**
**Sherwood, AR 72120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Camille Youngblood**
**5206 Merrimac Ave**
**Dallas, TX 75206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Camo Jorel**
**345 S. Alexandria**
**303**
**Los Angeles, CA 90020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Candace Anzaldi**
**20 Via Vasari**
**Unit 204**
**Henderson, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.225 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Candace Gaetano**
**8460 Crystal Dr**
**Boardman, OH 44512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.2259**

**Nonpriority creditor's name and mailing address**

**Candace Noot**
**17445 46th Ave. N**
**Plymouth, MN 55446**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2260**

**Nonpriority creditor's name and mailing address**

**Candace Stone**
**2020 Summer Spruce Place**
**103**
**Las Vegas, NV 89134**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2261**

**Nonpriority creditor's name and mailing address**

**Candi Bloxham**
**320 Grand Blvd**
**Venice, Los Angeles, CA 90291**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2262**

**Nonpriority creditor's name and mailing address**

**Candice Price**
**823 Camellia St**
**Escondido, CA 92027**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2263**

**Nonpriority creditor's name and mailing address**

**candice wild**
**354 LA perse Pl.#b**
**Costa mesa, CA 92627**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2264**

**Nonpriority creditor's name and mailing address**

**candice wild**
**28472 via nandina**
**laguna Niguel, CA 92677**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2265**

**Nonpriority creditor's name and mailing address**

**Candy Tilley**
**1293 S Range Rd**
**Ste D**
**St Clair, MI 48079**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number *(if known)* _____
        Name

---

| 3.226 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Canyon Ceman**
**838 16th st**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**caprice fredricksen**
**1601 easy st**
**austin, TX 78746**

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Captain Whitney Irons**
**800 Wharf Street SW**
**Washington, DC 20024**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.226 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cara Ann Pigman**
**2201 Clay St.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cara Borre**
**4613 Holly Ln NW**
**Gig Harbor, WA 98335**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cara Konecci**
**120 Commerce Way**
**Apt 113**
**Woburn, MA '01801**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cara Konecci**
**231 Hersey Street**
**Hingham, MA 02043**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
　　　　　Name

---

**3.227**
**3**

**Nonpriority creditor's name and mailing address**

**Cara Kouse**
**2934 White Water Court**
**Beavercreek, OH 45431**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.227**
**4**

**Nonpriority creditor's name and mailing address**

**Cara Kouse**
**2934 White Water Court**
**Beavercreek, OH 45431**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.227**
**5**

**Nonpriority creditor's name and mailing address**

**Cara Pellegrino**
**222 Wallnut Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.227**
**6**

**Nonpriority creditor's name and mailing address**

**Cara Puzzuoli**
**297 Tidal Drive**
**Beach Haven, NJ 08008**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.227**
**7**

**Nonpriority creditor's name and mailing address**

**Cara Smith**
**321 Costa Mesa St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.227**
**8**

**Nonpriority creditor's name and mailing address**

**Caren Kelly**
**738 TUSTIN AVE. #D**
**NEWPORT BEACH, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.227**
**9**

**Nonpriority creditor's name and mailing address**

**Caren Kreger**
**11318 Mesa Verde Dr.**
**Austin, TX 78737**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.228 0**

**Nonpriority creditor's name and mailing address**

**Caren Kreger**
**11318 Mesa Verde Dr.**
**Austin, TX 78737**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 1**

**Nonpriority creditor's name and mailing address**

**Caren Shingler**
**8441 Cape Newbury Dr.**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 2**

**Nonpriority creditor's name and mailing address**

**Cari Andrews**
**2000 Holiday Road**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 3**

**Nonpriority creditor's name and mailing address**

**Cari Andrews**
**2000 Holiday Rd.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 4**

**Nonpriority creditor's name and mailing address**

**CARIBBEAN GROVER**
**940 ELLER DRIVE SUITE 1**
**FORT LAUDERDALE, FL 33316**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 5**

**Nonpriority creditor's name and mailing address**

**Carie Dixon**
**1131 Back bay Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.228 6**

**Nonpriority creditor's name and mailing address**

**Carine Magesacs**
**722 Via Manana**
**Santa Barbara, CA 93108**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.228 7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Carissa Benedict**                 ☐ Contingent
**10222 Capital Peak Way**                 ☐ Unliquidated
**Peyton, CO 80831**                 ☐ Disputed

Date(s) debt was incurred **2023**                 **Basis for the claim:  Warranty**

Last 4 digits of account number _                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.228 8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Carissa Boisey**                 ☐ Contingent
**113 Roberts Way**                 ☐ Unliquidated
**South Abington, PA 18411**                 ☐ Disputed

Date(s) debt was incurred **2024**                 **Basis for the claim:  Warranty**

Last 4 digits of account number _                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.228 9**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Carissa Darroch**                 ☐ Contingent
**4325 Skyline Road**                 ☐ Unliquidated
**Carlsbad, CA 92008**                 ☐ Disputed

Date(s) debt was incurred **2021**                 **Basis for the claim:  Warranty**

Last 4 digits of account number _                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.229 0**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Carl Dawn**                 ☐ Contingent
**937 Ottawa Ave**                 ☐ Unliquidated
**West Saint Paul, MN 55118**                 ☐ Disputed

Date(s) debt was incurred **2025**                 **Basis for the claim:  Warranty**

Last 4 digits of account number _                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.229 1**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Carl Hoglund**                 ☐ Contingent
**3595 Kaweonui Rd**                 ☐ Unliquidated
**Princeville, HI 96722**                 ☐ Disputed

Date(s) debt was incurred **2024**                 **Basis for the claim:  Warranty**

Last 4 digits of account number _                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.229 2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Carl Lembke**                 ☐ Contingent
**507 Cheyenne Dr**                 ☐ Unliquidated
**Rock Springs, WY 82901**                 ☐ Disputed

Date(s) debt was incurred **2023**                 **Basis for the claim:  Warranty**

Last 4 digits of account number _                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.229 3**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Carl Lembke**                 ☐ Contingent
**507 Cheyenne Dr**                 ☐ Unliquidated
**Rock Springs, WY 82901**                 ☐ Disputed

Date(s) debt was incurred **2023**                 **Basis for the claim:  Warranty**

Last 4 digits of account number _                 Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2294**

**Nonpriority creditor's name and mailing address**

**Carl Nielsen**
**3240 Stargate Drive**
**Corona, CA 92882**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2295**

**Nonpriority creditor's name and mailing address**

**carl paisley**
**417 S. 12th street**
**albia, IA 52531**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2296**

**Nonpriority creditor's name and mailing address**

**Carl Petersheim**
**15 Fairfield Street**
**Carlisle, PA 17013-3119**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2297**

**Nonpriority creditor's name and mailing address**

**cARL Sherman**
**18561 Florida St**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2298**

**Nonpriority creditor's name and mailing address**

**Carl Sposato**
**45 Roosevelt Ave**
**Kingston, NY 12401**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2299**

**Nonpriority creditor's name and mailing address**

**Carl Stello**
**3240 Broken Arrow Dr.**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2300**

**Nonpriority creditor's name and mailing address**

**Carl White**
**89 Laverne Ave**
**Mill Valley, CA 94941**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                          Case number (if known) _____
          Name

---

| 3.230 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carl Whited**
**22911 Norbert St**
**Perris, CA 92570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carl Whited**
**22911 Norbert St.**
**Perris, CA 92570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carl Whited**
**22911 Nobert St.**
**perris, CA 92570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carl Wright**
**25 Parc Ridge Drive**
**Mount Holly, NJ 08060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carla Brown**
**13032 Tiller Ave**
**Orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carla Carpenter**
**311 Kilmer Way**
**The Villages, FL 32162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.230 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Carla Chenery**
**43 emerson rd**
**SEVERNA PARK, MD 21146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.2308**

**Nonpriority creditor's name and mailing address**

**Carla Fields**
**3902 Lotus Loop**
**Jeffersonville, IN 47130**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2309**

**Nonpriority creditor's name and mailing address**

**Carla Long**
**2586 Guss Road**
**Care of : Buffalo Valley Campground**
**Duluth, MN 55810**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2310**

**Nonpriority creditor's name and mailing address**

**Carla Long**
**20538 eureka dr**
**Sonora, CA 95370**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2311**

**Nonpriority creditor's name and mailing address**

**Carla Lundi**
**24551 Crestley Dr**
**Corona, CA 92883**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2312**

**Nonpriority creditor's name and mailing address**

**Carla McDermott**
**531 Fullerton**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2313**

**Nonpriority creditor's name and mailing address**

**Carla Michael**
**7951 Waterfall Circle**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.2314**

**Nonpriority creditor's name and mailing address**

**CARLA SHUGART**
**2332 S. Pinehurst Pl**
**Ontario, CA 91761**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
_____
Name

---

**3.231 5**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Carla Wale**
**2727 Franklin Ave E**                    ☐ Contingent
**Apt 204**                                ☐ Unliquidated
**Seattle, WA 98102**                      ☐ Disputed

Date(s) debt was incurred  **2022**       **Basis for the claim:  Warranty**

Last 4 digits of account number ___       Is the claim subject to offset? ■ No ☐ Yes

---

**3.231 6**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Carleen Berry**
**3842 Jennings Street**                   ☐ Contingent
**none**                                   ☐ Unliquidated
**San Diego, CA 92106**                    ☐ Disputed

Date(s) debt was incurred  **2021**       **Basis for the claim:  Warranty**

Last 4 digits of account number ___       Is the claim subject to offset? ■ No ☐ Yes

---

**3.231 7**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Carleen Patton**
**3917 Jordan Lane**                       ☐ Contingent
**Stevens Point, WI 54481**                ☐ Unliquidated
                                           ☐ Disputed

Date(s) debt was incurred  **2025**       **Basis for the claim:  Warranty**

Last 4 digits of account number ___       Is the claim subject to offset? ■ No ☐ Yes

---

**3.231 8**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Carleen Patton**
**3917 Jordan Lane**                       ☐ Contingent
**Stevens Point, WI 54481**                ☐ Unliquidated
                                           ☐ Disputed

Date(s) debt was incurred  **2025**       **Basis for the claim:  Warranty**

Last 4 digits of account number ___       Is the claim subject to offset? ■ No ☐ Yes

---

**3.231 9**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Carlen Le**
**8 Canyon Rim**                           ☐ Contingent
**Newport Coast, CA 92657**                ☐ Unliquidated
                                           ☐ Disputed

Date(s) debt was incurred  **2022**       **Basis for the claim:  Warranty**

Last 4 digits of account number ___       Is the claim subject to offset? ■ No ☐ Yes

---

**3.232 0**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Carli Connally**
**5907 Carmon Dr**                         ☐ Contingent
**Windsor, CO 80550**                      ☐ Unliquidated
                                           ☐ Disputed

Date(s) debt was incurred  **2022**       **Basis for the claim:  Warranty**

Last 4 digits of account number ___       Is the claim subject to offset? ■ No ☐ Yes

---

**3.232 1**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**CARLO ENRIQUE MUZQUIZ**
**731 adella ave**                         ☐ Contingent
**coronado, CA 92118**                     ☐ Unliquidated
                                           ☐ Disputed

Date(s) debt was incurred  **2023**       **Basis for the claim:  Warranty**

Last 4 digits of account number ___       Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.232 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carlos Angulo**
**21 Santa Barbara Dr**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.232 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carlos Anzar**
**1655 Victoria Drive**
**Fullerton, CA 92831**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.232 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carlos Anzar**
**1655 Victoria Dr**
**Fullerton, CA 92831**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.232 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carlos Aragon**
**2627 S Daytona Ave**
**Flagler Beach, FL 32136-4094**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.232 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carlos Barrios**
**171 ventura ct.**
**Hollister, CA 95023**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.232 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carlos Barron**
**4752 Tiara Dr.**
**101**
**HUNTINGTN BCH, CA 92649**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.232 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Carlos Cos**
**11855 Rives Ave**
**Downey, CA 90241**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.232 9**

**Nonpriority creditor's name and mailing address**

**Carlos Garcia**
**2601 S Raitt St**
**Santa Ana, CA 92704**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 0**

**Nonpriority creditor's name and mailing address**

**Carlos Lara**
**1977 Deer Creek Rd**
**San Bernardino, CA 92410**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 1**

**Nonpriority creditor's name and mailing address**

**Carlos Lemos**
**4106 Louisiana Street**
**San Diego, CA 92104**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 2**

**Nonpriority creditor's name and mailing address**

**Carlos Lemos**
**4106 Louisiana St**
**San Diego, CA 92104**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 3**

**Nonpriority creditor's name and mailing address**

**Carlos M. Klein**
**350 S miami ave # 509**
**Miami, FL 33130**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 4**

**Nonpriority creditor's name and mailing address**

**Carlos Maradiaga**
**3560 Fairmeade Rd**
**pasadena, CA 91107**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.233 5**

**Nonpriority creditor's name and mailing address**

**Carlos Nunez**
**38151 Valor Place**
**Palmdale, CA 93550**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                        Case number (if known) _____
              Name

---

**3.2336**

**Nonpriority creditor's name and mailing address**

**Carlos Rodriguez**
**12537 NW 54th Ct**
**Coral Springs, FL 33076**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2337**

**Nonpriority creditor's name and mailing address**

**carlos toro**
**3031 S Orange ave unit B**
**santa ana, CA 92707**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2338**

**Nonpriority creditor's name and mailing address**

**Carlos Uruchurtu**
**37565 Perdue Ln**
**Temecula, CA 92592**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2339**

**Nonpriority creditor's name and mailing address**

**Carlos Vera**
**6900 SW 169th PL**
**Beaverton, OR 97007**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2340**

**Nonpriority creditor's name and mailing address**

**Carlos Zamora**
**809 S Hickory St**
**Santa Ana, CA 92701**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2341**

**Nonpriority creditor's name and mailing address**

**CARLOS ZAMORA**
**809 S Hickory St**
**Santa Ana, CA 92701**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2342**

**Nonpriority creditor's name and mailing address**

**Carly Brown**
**3500 N SR 89a**
**#97**
**Sedona, AZ 86336**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor     **Electric Bike Company, LLC**                                    Case number *(if known)* _____
           Name

---

**3.234.3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Carly Morse**
**8002 Emerald Drive**
**Suite C**
**Emerald Ilse, NC 28594**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.234.4**

**Carmel Vaccare**
**1924 West St**
**Radford, VA 24141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.234.5**

**Carmen Armes**
**11096 Sanandrew Dr**
**New Market, MD 21774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.234.6**

**Carmen Catena**
**7 Green Gate Road**
**Lebanon, NJ 08833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.234.7**

**Carmen Colombo**
**1424 Main St**
**Houlton, WI 54082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.234.8**

**Carmen Corrales**
**1 Warner Road**
**Maplewood, NJ 07040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.234.9**

**Carmen Corrales**
**1 Warner Road**
**Maplewood, NJ 07040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

| 3.235 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Carmen Hart**
**1824 Cantonata drive**
**Leander, TX 78641**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Carmen Hunley**
**2949 Idlewild Bypass**
**Petersburg, KY 41080**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Carmen Miller**
**2047 Imperial Circle**
**Naples, FL 34110**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**carmen phung**
**9945 Live Oak Ave**
**Galt, CA 95632**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Carmin Tomassi**
**2988 Ceylon Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Carmina McCormack**
**1025 Monterey Vista Way**
**Encinitas, CA 92024**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Carol Balsamo**
**507 Pearwood Drive**
**Bel Air, MD 21014**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                        Case number (if known) _____
_____
Name

---

**3.235 7**

**Nonpriority creditor's name and mailing address**

**Carol Church**
**644 Horizon Lane**
**Melbourne Beach, FL 32951**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.235 8**

**Nonpriority creditor's name and mailing address**

**Carol Collins**
**309 West St**
**Lohrville, IA 51453-1013**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.235 9**

**Nonpriority creditor's name and mailing address**

**carol crosier**
**194 s wyoming st**
**hazleton, PA 18201**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.236 0**

**Nonpriority creditor's name and mailing address**

**Carol Cummings**
**4826 N. Palm Ave.**
**Fresno, CA 93704**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.236 1**

**Nonpriority creditor's name and mailing address**

**Carol Davis**
**178 Jordan Ave.**
**Ventura,, CA 93001**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.236 2**

**Nonpriority creditor's name and mailing address**

**Carol Douglass**
**4025 Shavano Drive**
**Austin, TX 78749**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.236 3**

**Nonpriority creditor's name and mailing address**

**Carol Eastin**
**121 Hidden Forest Dr**
**La Vernia, TX 78121**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
Name

Case number *(if known)*

---

**3.236 4**

**Nonpriority creditor's name and mailing address**

**Carol Eastin**
**121 Hidden Forest Dr**
**La Vernia, TX 78121-5904**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.236 5**

**Nonpriority creditor's name and mailing address**

**Carol Hausermann**
**2N134 Addison Rd. #2**
**Villa Park, IL 60181**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.236 6**

**Nonpriority creditor's name and mailing address**

**Carol Johnson**
**17094 Acapulco Rd**
**321**
**Punta Gorda, FL 33955**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.236 7**

**Nonpriority creditor's name and mailing address**

**Carol Kolb**
**6819 Pinehurst Dr**
**Evansville, IN 47711**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.236 8**

**Nonpriority creditor's name and mailing address**

**Carol Lee**
**290 Tramway Dr.**
**Milpitas, CA 95035**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.236 9**

**Nonpriority creditor's name and mailing address**

**Carol Lemuiex**
**7521 Edinger Ave**
**#1203**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.237 0**

**Nonpriority creditor's name and mailing address**

**Carol LeMuiex**
**7521 Edinger Ave**
**1203**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                 Case number (if known) _____
_____
Name

---

**3.237 1**

**Nonpriority creditor's name and mailing address**

**Carol Lilly**
**349 Cottswold Place**
**Riva, MD 21140**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.237 2**

**Nonpriority creditor's name and mailing address**

**Carol Lilly**
**349 Cottswold Place**
**Riva, MD 21140**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.237 3**

**Nonpriority creditor's name and mailing address**

**Carol Miedel**
**128 Bendix Lane**
**Smithton, PA 15479**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.237 4**

**Nonpriority creditor's name and mailing address**

**Carol Nash**
**661 COUNTRY LN**
**Frankenmuth, MI 48734**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.237 5**

**Nonpriority creditor's name and mailing address**

**Carol Pable**
**2412 Sycamore St**
**MANASQUAN, NJ 08736**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.237 6**

**Nonpriority creditor's name and mailing address**

**Carol Rohr**
**16444 Bolsa Chica St**
**Spc 87**
**Huntington Beach, CA 92649-2660**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.237 7**

**Nonpriority creditor's name and mailing address**

**Carol Sequino**
**24716 Rio Villa Lakes Cir**
**Punta Gorda, FL 33950-7416**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.237
8**

**Nonpriority creditor's name and mailing address**

**Carol Snell**
**805 N Dillon st**
**Los Angeles, CA 90026**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.237
9**

**Nonpriority creditor's name and mailing address**

**carol snell**
**805 North Dillon Street**
**Los Angeles, CA 90026**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238
0**

**Nonpriority creditor's name and mailing address**

**Carol Szabo**
**8505 Una Avenue**
**Naperville, IL 60565**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238
1**

**Nonpriority creditor's name and mailing address**

**Carol Szabo**
**226 Chilson Ave**
**Anna Maria, FL 34216**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238
2**

**Nonpriority creditor's name and mailing address**

**Carol Szabo**
**8505 Una Ave**
**Naperville, IL 60565**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238
3**

**Nonpriority creditor's name and mailing address**

**Carol Wesolowski**
**2967 Valencia Drive**
**Santa Barbara, CA 93105**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238
4**

**Nonpriority creditor's name and mailing address**

**carol williams**
**560 N.E. 41st Ave**
**Hillsboro, OR 97124**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.238 5**

**Nonpriority creditor's name and mailing address**

**Carolan Brown**
**939 Arden Road**
**pasadena, CA 91106**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238 6**

**Nonpriority creditor's name and mailing address**

**Carole Robison-Brass**
**241 W Calle Melendrez**
**Green Valley, AZ 85614**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238 7**

**Nonpriority creditor's name and mailing address**

**Carole Watts**
**2770 Allentown Road**
**Quakertown, PA 18951**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238 8**

**Nonpriority creditor's name and mailing address**

**Carolina Hernandez**
**6026 Barcelona Ave**
**Riverside, CA 92509**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.238 9**

**Nonpriority creditor's name and mailing address**

**Carolina Yepes**
**1009 Arlinbrook Dr**
**Trinity, FL 34655**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.239 0**

**Nonpriority creditor's name and mailing address**

**Caroline Bazzini**
**3 Roads End**
**Glen Head, NY 11545**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.239 1**

**Nonpriority creditor's name and mailing address**

**Caroline Beswick**
**63 Patrick Way**
**Half Moon Bay, CA 94019**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.239 2** | **Nonpriority creditor's name and mailing address**<br>**Caroline Bird**<br>**759 Swanson Ave**<br>**James Island, SC 29412**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |

| | | |
|---|---|---|
| **3.239 3** | **Nonpriority creditor's name and mailing address**<br>**caroline boyd**<br>**330 E fairway lane**<br>**Fayetteville, AR 72701**<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |

| | | |
|---|---|---|
| **3.239 4** | **Nonpriority creditor's name and mailing address**<br>**caroline boyd**<br>**330 E fairway lane**<br>**Fayetteville, AR 72701**<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |

| | | |
|---|---|---|
| **3.239 5** | **Nonpriority creditor's name and mailing address**<br>**Caroline Durkee**<br>**347 Liberty Way**<br>**Oceanside, CA 92057**<br><br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |

| | | |
|---|---|---|
| **3.239 6** | **Nonpriority creditor's name and mailing address**<br>**Caroline Dylag**<br>**50 Washington Street**<br>**Warren, RI 02885**<br><br>Date(s) debt was incurred **2025**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |

| | | |
|---|---|---|
| **3.239 7** | **Nonpriority creditor's name and mailing address**<br>**Caroline Gafford**<br>**2A Crane Street**<br>**Wrightsville Beach, NC 28480**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |

| | | |
|---|---|---|
| **3.239 8** | **Nonpriority creditor's name and mailing address**<br>**Caroline Goy**<br>**816 Peace Portal Dr, SHP#19659**<br>**Blaine, WA 98230**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes  **$0.00** |

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.2399**

**Nonpriority creditor's name and mailing address**
**Caroline Ingco**
**462 Palos Verdes Blvd**
**Redondo Beach, CA 90277**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2400**

**Nonpriority creditor's name and mailing address**
**Caroline Kilgore**
**343 Kent Ave.**
**Kentfield, CA 94904**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2401**

**Nonpriority creditor's name and mailing address**
**Caroline Kogan**
**105 Via Waziers**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2402**

**Nonpriority creditor's name and mailing address**
**Caroline Miesle**
**1492 Almond Ave**
**Saint Paul, MN 55108**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2403**

**Nonpriority creditor's name and mailing address**
**Caroline Sutherland**
**40271 Due East Road**
**Avon, NC 27915**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2404**

**Nonpriority creditor's name and mailing address**
**caroline welles**
**1677 32nd Street NW**
**Washington, DC 20007**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2405**

**Nonpriority creditor's name and mailing address**
**Caroline Welles**
**1677 32nd ST NW**
**Washington, DC 20007**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.240 6**

**Nonpriority creditor's name and mailing address**

**Carolyn Bechtol**
**309 lisa way**
**cinnaminson, NJ 08077**

Date(s) debt was incurred **2024**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.240 7**

**Nonpriority creditor's name and mailing address**

**Carolyn Bingaman**
**1215 17th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.240 8**

**Nonpriority creditor's name and mailing address**

**Carolyn Brannon**
**5361 Bungalow Cir**
**Hixson, TN 37343-5286**

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.240 9**

**Nonpriority creditor's name and mailing address**

**Carolyn Cradduck**
**1469 Nantucket road**
**Venice, FL 34293**

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.241 0**

**Nonpriority creditor's name and mailing address**

**Carolyn Crawley**
**169 W Fremont Ave**
**Salt lake City, UT 84101**

Date(s) debt was incurred **2024**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.241 1**

**Nonpriority creditor's name and mailing address**

**Carolyn Crawley**
**169 W Fremont Ave**
**Salt lake City, UT 84101**

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.241 2**

**Nonpriority creditor's name and mailing address**

**Carolyn Emert**
**1229 winterhawk Dr**
**St Augustine, FL 32086**

Date(s) debt was incurred **2024**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.241
3**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Carolyn Goodrich**    ☐ Contingent
**385 Legacy Falls Drive N**    ☐ Unliquidated
**Chapel Hill, NC 27517**    ☐ Disputed

Date(s) debt was incurred **2021**    Basis for the claim:  **Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.241
4**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Carolyn Helderman**    ☐ Contingent
**4153 E. Raincloud Lane**    ☐ Unliquidated
**Boise, ID 83716**    ☐ Disputed

Date(s) debt was incurred **2025**    Basis for the claim:  **Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.241
5**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Carolyn Helderman**    ☐ Contingent
**2039 Acadia Trce**    ☐ Unliquidated
**Westlake, OH 44145**    ☐ Disputed

Date(s) debt was incurred **2024**    Basis for the claim:  **Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.241
6**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**CAROLYN HELDERMAN**    ☐ Contingent
**2039 ACADIA TRCE**    ☐ Unliquidated
**WESTLAKE, OH 44145**    ☐ Disputed

Date(s) debt was incurred **2024**    Basis for the claim:  **Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.241
7**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Carolyn Jones**    ☐ Contingent
**8062 SE ENGELMANN ST**    ☐ Unliquidated
**Hillsboro, OR 97123-4267**    ☐ Disputed

Date(s) debt was incurred **2024**    Basis for the claim:  **Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.241
8**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Carolyn Lapointe**    ☐ Contingent
**29023 Elk Avenue**    ☐ Unliquidated
**Castaic, CA 91384**    ☐ Disputed

Date(s) debt was incurred **2021**    Basis for the claim:  **Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.241
9**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Carolyn Marcin**    ☐ Contingent
**8452 Velvet Cir**    ☐ Unliquidated
**Huntington Beach, CA 92646**    ☐ Disputed

Date(s) debt was incurred **2022**    Basis for the claim:  **Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.242
0**

**Nonpriority creditor's name and mailing address**

**Carolyn OR Steven Harper**
**1335 E Comstock Ave**
**Glendora, CA 91741**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.242
1**

**Nonpriority creditor's name and mailing address**

**Carolyn Reilly**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.242
2**

**Nonpriority creditor's name and mailing address**

**Carolyn Smith**
**208 44th Street**
**Newport beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.242
3**

**Nonpriority creditor's name and mailing address**

**Carolyn Smith**
**608 W Balboa Blvd**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.242
4**

**Nonpriority creditor's name and mailing address**

**Carolyn Thompson**
**444 North Paula Drive 107**
**Dunedin, FL 34698**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.242
5**

**Nonpriority creditor's name and mailing address**

**Carolyn Waters**
**3410 n 5500 e rd**
**Bourbonnais, IL 60914**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.242
6**

**Nonpriority creditor's name and mailing address**

**Carolynn Livingston**
**8 Somerset Drive**
**Rumson, NJ 07760**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name                                                                    Case number (if known)

---

**3.242 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Caron Carsten**                                                      ☐ Contingent
**20521 Suburbia Lane**                                                ☐ Unliquidated
**Huntington Beach, CA 92646**                                         ☐ Disputed

Date(s) debt was incurred  **2021**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.242 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**caroylyn Brabant-Fujikawa**                                          ☐ Contingent
**12012 Lomica Dr**                                                    ☐ Unliquidated
**san diego, CA 92128**                                                ☐ Disputed

Date(s) debt was incurred  **2022**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.242 9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Carrie Arboleda**                                                    ☐ Contingent
**1658 3rd Street**                                                    ☐ Unliquidated
**Manhattan Beach, CA 90266**                                          ☐ Disputed

Date(s) debt was incurred  **2022**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.243 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Carrie Arboleda**                                                    ☐ Contingent
**5325 La Canada Blvd**                                                ☐ Unliquidated
**La Canada, CA 91011**                                                ☐ Disputed

Date(s) debt was incurred  **2021**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.243 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Carrie Balfanz**                                                     ☐ Contingent
**3613 Seashore Drive**                                                ☐ Unliquidated
**Newport Beach, CA 92663**                                            ☐ Disputed

Date(s) debt was incurred  **2022**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.243 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Carrie Burrough**                                                    ☐ Contingent
**2407 Highland Ave**                                                  ☐ Unliquidated
**Highland Ave**                                                       ☐ Disputed
**Anderson, IN 46011**

Date(s) debt was incurred  **2023**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.243 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Carrie Call**                                                        ☐ Contingent
**2410 W Entrada Trail, #29**                                          ☐ Unliquidated
**St George, UT 84770**                                                ☐ Disputed

Date(s) debt was incurred  **2024**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.243 4**

**Nonpriority creditor's name and mailing address**

**Carrie Call**
**1564 E Winward Drive**
**Holladay, UT 84117**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 5**

**Nonpriority creditor's name and mailing address**

**Carrie Donohoe**
**22586 Via Santiago**
**Mission Viejo, CA 92691**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 6**

**Nonpriority creditor's name and mailing address**

**Carrie Duarte**
**436 Prospect**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 7**

**Nonpriority creditor's name and mailing address**

**Carrie Duarte**
**124 Garnet Ave.**
**Newport Beach, CA 92662**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 8**

**Nonpriority creditor's name and mailing address**

**Carrie Duarte**
**2208 Port Lerwick**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 9**

**Nonpriority creditor's name and mailing address**

**Carrie Duarte**
**124 Garnet Ave**
**Newport Beach, CA 92662**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 0**

**Nonpriority creditor's name and mailing address**

**Carrie Duartr**
**124 Garnet Avenue**
**Newport Beach, CA 92662**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.244 1**

**Nonpriority creditor's name and mailing address**

**Carrie Fratt**
**6562 Caliente Rd PMB 159**
**Oak Hills, CA 92344**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 2**

**Nonpriority creditor's name and mailing address**

**Carrie Griffith**
**80 Huntington Street**
**Space 122**
**Huntington Beach, CA 92648**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 3**

**Nonpriority creditor's name and mailing address**

**carrie hancock**
**13406 knollwood dr**
**corona, CA 92883**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 4**

**Nonpriority creditor's name and mailing address**

**Carrie Kepple**
**26520 Paseo Tranquila**
**San Juan Capistrano, CA 92675**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 5**

**Nonpriority creditor's name and mailing address**

**Carrie Kostyak**
**214 Cheyenne Trail N.**
**Rhome, TX 76078**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 6**

**Nonpriority creditor's name and mailing address**

**carrie Lovell**
**1938 Calderwood Hwy**
**Maryville, TN 37801**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 7**

**Nonpriority creditor's name and mailing address**

**Carrie McDermott-Johnson**
**20531 Amie Ave**
**Torrance, CA 90503**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

---

**3.2448**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Carrie McLaren**                                                  ☐ Contingent
**95 Shannon drive**                                               ☐ Unliquidated
**Santa Rosa Beach, FL 32459**                                     ☐ Disputed

Date(s) debt was incurred  **2023**                                **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2449**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**CARRIE MICKEL**                                                  ☐ Contingent
**643 Adella Ln**                                                  ☐ Unliquidated
**Coronado, CA 92118**                                             ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2450**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Carrie Mierkey**                                                 ☐ Contingent
**1357 Edwinstowe Ct**                                             ☐ Unliquidated
**Corpus Christi, TX 78415**                                       ☐ Disputed

Date(s) debt was incurred  **2024**                                **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2451**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Carrie Moyer**                                                   ☐ Contingent
**7214 N. Oriole**                                                 ☐ Unliquidated
**Chicago, IL 60631**                                              ☐ Disputed

Date(s) debt was incurred  **2023**                                **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2452**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Carrie Parker**                                                  ☐ Contingent
**442 Red Fox Trace**                                              ☐ Unliquidated
**Logan, UT 84321**                                                ☐ Disputed

Date(s) debt was incurred  **2024**                                **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2453**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Carrie sackman**                                                 ☐ Contingent
**2250 saines Manor Dr**                                           ☐ Unliquidated
**Jackson, MI 49201**                                              ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2454**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Carrie Smith**                                                   ☐ Contingent
**1506 Warwick Ln.**                                               ☐ Unliquidated
**Newport Beach, CA 92660**                                        ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

**3.245 5**

Nonpriority creditor's name and mailing address

**Carrie Steele**
**436 Prospect Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245 6**

Nonpriority creditor's name and mailing address

**Carrie Steele**
**436 Prospect St**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245 7**

Nonpriority creditor's name and mailing address

**Carrie Steele**
**436 Prospect**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245 8**

Nonpriority creditor's name and mailing address

**Carrie Thomas**
**21060 Timber Ridge Road**
**Yorba Linda, CA 92886**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.245 9**

Nonpriority creditor's name and mailing address

**Carrie Ullmer**
**4162 Costero Risco**
**San Clemente, CA 92673**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.246 0**

Nonpriority creditor's name and mailing address

**Carrye DeMers**
**754 Palma St.**
**El Granada, CA 94018**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.246 1**

Nonpriority creditor's name and mailing address

**Carson Tanner**
**30001 Golden Lantern**
**177**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.246 2**

**Nonpriority creditor's name and mailing address**

**Carter Boisfontaine**
**21891 Harborbreeze lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.246 3**

**Nonpriority creditor's name and mailing address**

**carter brutschy**
**612 Barbara Ave**
**Solana Beach, CA 02075**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.246 4**

**Nonpriority creditor's name and mailing address**

**Carter Brutschy**
**612 Barbara Ave**
**Solana Beach, CA 92075**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.246 5**

**Nonpriority creditor's name and mailing address**

**Carter Brutsxy**
**446 Flower St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.246 6**

**Nonpriority creditor's name and mailing address**

**Carter Dudley**
**807 Wales Drive**
**Henrico, VA 23075**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.246 7**

**Nonpriority creditor's name and mailing address**

**Carter Dudley**
**1106 New Market Road**
**Richmond, VA 23231**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.246 8**

**Nonpriority creditor's name and mailing address**

**Carter Hughes**
**3 N Beach St**
**Nantucket, MA 02554**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2469**

**Nonpriority creditor's name and mailing address**

**Carter Hughes**
**3 N Beach St**
**Nantucket, AL 02554**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2470**

**Nonpriority creditor's name and mailing address**

**Carter Hughes**
**3 N Beach St**
**Nantucket, MA 02554**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2471**

**Nonpriority creditor's name and mailing address**

**Carter Johnson**
**150 Belleen Ct. SW**
**Mableton, GA 30126**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2472**

**Nonpriority creditor's name and mailing address**

**Carter Johnson**
**150 Belleen Ct.**
**Mableton, GA 30126**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2473**

**Nonpriority creditor's name and mailing address**

**Carter Johnson**
**150 Belleen Ct. SW**
**Mableton, GA 30126**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2474**

**Nonpriority creditor's name and mailing address**

**Carter Kirkwood**
**999 N. Pacific St.**
**A325**
**Oceanside, CA 92054**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2475**

**Nonpriority creditor's name and mailing address**

**Cary Gordon**
**2130 N Studebaker Rd**
**Long Beach, CA 90815**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.247**
**6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Cary KLIPPERT**                    ☐ Contingent
**45622 Woolpert Lane**              ☐ Unliquidated
**Temecula, CA 92592**               ☐ Disputed

Date(s) debt was incurred  **2024**           **Basis for the claim:  Warranty**

Last 4 digits of account number  _              Is the claim subject to offset? ■ No ☐ Yes

---

**3.247**
**7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Cary Miller**                      ☐ Contingent
**69844 Fatima Way**                 ☐ Unliquidated
**Cathedral City, CA 92234**         ☐ Disputed

Date(s) debt was incurred  **2023**           **Basis for the claim:  Warranty**

Last 4 digits of account number  _              Is the claim subject to offset? ■ No ☐ Yes

---

**3.247**
**8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Cary Miller**                      ☐ Contingent
**69844 Fatima Way**                 ☐ Unliquidated
**Cathedral City, CA 92234-2518**    ☐ Disputed

Date(s) debt was incurred  **2021**           **Basis for the claim:  Warranty**

Last 4 digits of account number  _              Is the claim subject to offset? ■ No ☐ Yes

---

**3.247**
**9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Cary Miller**                      ☐ Contingent
**69844 Fatima Way**                 ☐ Unliquidated
**Cathedral City, CA 92234**         ☐ Disputed

Date(s) debt was incurred  **2021**           **Basis for the claim:  Warranty**

Last 4 digits of account number  _              Is the claim subject to offset? ■ No ☐ Yes

---

**3.248**
**0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Cary Shiflea**                     ☐ Contingent
**2229 Spenard Road**                ☐ Unliquidated
**Anchorage, AK 99503**              ☐ Disputed

Date(s) debt was incurred  **2023**           **Basis for the claim:  Warranty**

Last 4 digits of account number  _              Is the claim subject to offset? ■ No ☐ Yes

---

**3.248**
**1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Cary Zunft**                       ☐ Contingent
**5711 S. 92nd Street**              ☐ Unliquidated
**Hales Corners, WI 53130**          ☐ Disputed

Date(s) debt was incurred  **2022**           **Basis for the claim:  Warranty**

Last 4 digits of account number  _              Is the claim subject to offset? ■ No ☐ Yes

---

**3.248**
**2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Cary Zunft**                       ☐ Contingent
**5711 S. 92nd St**                  ☐ Unliquidated
**Hales Corners, WI 53130**          ☐ Disputed

Date(s) debt was incurred  **2021**           **Basis for the claim:  Warranty**

Last 4 digits of account number  _              Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

**3.248 3**

**Nonpriority creditor's name and mailing address**

**Cary Zunft**
**5711 S. 92nd st.**
**Hales Corners, WI 53130**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248 4**

**Nonpriority creditor's name and mailing address**

**CARYL Bohn**
**13800 W Lakeview Rd**
**Raymond, NE 68428-4444**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248 5**

**Nonpriority creditor's name and mailing address**

**Caryl Bohn**
**13800 W Lakeview Road**
**Raymond, NE 68428**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248 6**

**Nonpriority creditor's name and mailing address**

**Caryn Blitz**
**2660 Summit Drive**
**Unit 204**
**Glenview, IL 60025**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248 7**

**Nonpriority creditor's name and mailing address**

**Caryn Letcavage**
**2763 Hillview Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248 8**

**Nonpriority creditor's name and mailing address**

**Caryn Livingston**
**521 S Weller St**
**Apt 235**
**Seattle, WA 98104**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248 9**

**Nonpriority creditor's name and mailing address**

**Caryne Paprzycki**
**1108 cardinal dr**
**west chester, PA 19382**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.2490**

**Nonpriority creditor's name and mailing address**

**Cas Casados**
**595 99th Ave North**
**Naples, FL 34108**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2491**

**Nonpriority creditor's name and mailing address**

**Casey Adams**
**191 Holly Circle**
**Alpine, UT 84004**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2492**

**Nonpriority creditor's name and mailing address**

**Casey Buller**
**24802 Solano Ct**
**Laguna Hills, CA 92653**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2493**

**Nonpriority creditor's name and mailing address**

**Casey Burke**
**33626 Sundown Ct.**
**Dana Point, CA 92629**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2494**

**Nonpriority creditor's name and mailing address**

**Casey Calcagnie**
**4 Puro Way**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2495**

**Nonpriority creditor's name and mailing address**

**Casey Fadgen**
**23096 Oglethorpe Ct**
**Ashburn, VA 20148**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.2496**

**Nonpriority creditor's name and mailing address**

**Casey Gillette**
**21372 Brookhurst Street**
**Apt. 222**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
          Name

---

**3.2497**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

$0.00

**Casey Groves**
**911 San Pascual St**
**Santa Barbara, CA 93101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2498**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Casey Jones**
**9000 Propeller Way**
**Fair Oaks, CA 95628**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2499**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Casey May**
**2124 Erin Ave**
**Upland, CA 91784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2500**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Casey O'Rourke**
**2946 Sombrosa St**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2501**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Casey Rogers**
**9533 Swiss Stone CT**
**Las Vegas, NV 89123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2502**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Casey Smith**
**8887 Hightail Dr**
**Santee, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

**3.2503**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**casey smith**
**8887 Hightail Dr**
**San Diego, CA 92071**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.250 4**

**Nonpriority creditor's name and mailing address**

**Casey Squier**
**1107 Oxford Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 5**

**Nonpriority creditor's name and mailing address**

**Casey Tolan**
**21501 Brookhurst**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 6**

**Nonpriority creditor's name and mailing address**

**Casey Turk**
**33502 j pl**
**Ocean park, WA 98640**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 7**

**Nonpriority creditor's name and mailing address**

**Casey Vu**
**13732 Magnolia St**
**Garden Grove, CA 92844**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 8**

**Nonpriority creditor's name and mailing address**

**Casey Woodyard**
**1420 Dingens Avenue**
**Windermere, FL 34786**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 9**

**Nonpriority creditor's name and mailing address**

**Casey Woodyard**
**1420 Dingens Avenue**
**Windermere, FL 34786**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.251 0**

**Nonpriority creditor's name and mailing address**

**Cash Lambert**
**732 Hampton Rd**
**West Palm Beach, FL 33405**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.251**
**1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        $0.00

**Casie Fields**
**12332 NE 150th St.**                                             ☐ Contingent
**Jones, OK 73049**                                               ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred  **2024**
                                                                  Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251**
**2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        $0.00

**Cass sandwick**
**13355 Osage ct**                                                ☐ Contingent
**Apple valley, CA 92308**                                        ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred  **2022**
                                                                  Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251**
**3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        $0.00

**Cassandra Holt**
**4001 Morningstar Drive**                                        ☐ Contingent
**Huntington Beach, CA 92649**                                    ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                  Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251**
**4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        $0.00

**Cassandra Merrill**
**4815 El Camino Real**                                           ☐ Contingent
**Atascadero, CA 93422**                                          ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                  Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251**
**5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        $0.00

**Cassandra Stansberry**
**18682 E PEARTREE LN**                                           ☐ Contingent
**QUEEN CREEK, AZ 85142-3546**                                    ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred  **2023**
                                                                  Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251**
**6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        $0.00

**Cassandra Stephens**
**291 Gilpin Road**                                               ☐ Contingent
**Campbellsville, KY 42718**                                      ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred  **2022**
                                                                  Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.251**
**7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        $0.00

**Cassandra Strachan**
**20141 Swansea Lane**                                            ☐ Contingent
**Huntington Beach, CA 92646**                                    ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred  **2022**
                                                                  Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.2518**

**Nonpriority creditor's name and mailing address**

**Cassandra Walker**
**103 Cunningham Drive**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2519**

**Nonpriority creditor's name and mailing address**

**cassen uphold**
**625 Gould Terrace**
**HERMOSA BEACH, CA 90254**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2520**

**Nonpriority creditor's name and mailing address**

**Cassi Murphy**
**610 W Durink St**
**Saint Marys, KS 66536**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2521**

**Nonpriority creditor's name and mailing address**

**Cassi Murphy**
**610 W Durink St**
**Saint Marys, KS 66536**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2522**

**Nonpriority creditor's name and mailing address**

**Cassi Salo**
**16456 La Villa Lane**
**Huntington Beach, CA 92649**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2523**

**Nonpriority creditor's name and mailing address**

**Cassie Garman**
**34 Larkwood Lane**
**Burleson, TX 76028**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2524**

**Nonpriority creditor's name and mailing address**

**Catalina Express Norac**
**320 Golden Shore**
**Long Beach, CA 90802**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.252
5**

**Nonpriority creditor's name and mailing address**

**Catharine Licata**
**19812 Sienna lane**
**Yorba Linda, CA 92886**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.252
6**

**Nonpriority creditor's name and mailing address**

**Catharine Licata**
**1005 valley view**
**At helena, CA 94574**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.252
7**

**Nonpriority creditor's name and mailing address**

**Catherine Bauer**
**9007 Holly Village Ct**
**Louisville, KY 40242**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.252
8**

**Nonpriority creditor's name and mailing address**

**Catherine Boadway**
**1815 Oregon Street**
**Berkeley, CA 94703**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.252
9**

**Nonpriority creditor's name and mailing address**

**Catherine Doorly**
**3123 Sumatra**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253
0**

**Nonpriority creditor's name and mailing address**

**Catherine Dorris**
**2031 John Wayne Drive**
**Kingman, AZ 86409**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253
1**

**Nonpriority creditor's name and mailing address**

**catherine dunn**
**4348 Tosca Rd**
**Woodland Hills, CA 91364**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.253**
**2**

**Nonpriority creditor's name and mailing address**

**Catherine Dunn**
**4348 Tosca Rd**
**Woodland Hills, CA 91364**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253**
**3**

**Nonpriority creditor's name and mailing address**

**Catherine Edwards**
**101 Henry Lee Lane**
**Yorktown, VA 23692**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253**
**4**

**Nonpriority creditor's name and mailing address**

**Catherine Eneix**
**31108 3rd Avenue Trlr 426**
**Black Diamond, WA 98010**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253**
**5**

**Nonpriority creditor's name and mailing address**

**Catherine Geddis**
**27912 Roanoke Rapids Landing**
**Millsboro, DE 19966**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253**
**6**

**Nonpriority creditor's name and mailing address**

**Catherine Haynes**
**1928 Gates Ave**
**B**
**Redondo Beach, CA 90278-1935**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253**
**7**

**Nonpriority creditor's name and mailing address**

**Catherine Hulka**
**20251 Ramona Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.253**
**8**

**Nonpriority creditor's name and mailing address**

**Catherine LaGuardia**
**4 Mar A Lago Blvd**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

---

**3.253 9**

**Nonpriority creditor's name and mailing address**

**Catherine Locklin**
**8542 Gerbera Daisy Rd**
**Frisco, TX 75035-1199**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254 0**

**Nonpriority creditor's name and mailing address**

**catherine lusins**
**55 maple st**
**oneonta, NY 18320**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254 1**

**Nonpriority creditor's name and mailing address**

**Catherine McClure**
**3 Pine Hill Court**
**Evans, GA 30809**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254 2**

**Nonpriority creditor's name and mailing address**

**Catherine Miles**
**19523 SW Hollygrape St.**
**Bend, OR 97702**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254 3**

**Nonpriority creditor's name and mailing address**

**Catherine Nichols**
**1206 Hillview Rd**
**Chapel Hill, NC 27514**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254 4**

**Nonpriority creditor's name and mailing address**

**Catherine Nichols**
**1206 Hillview Road**
**Chapel Hill, NC 27514**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.254 5**

**Nonpriority creditor's name and mailing address**

**Catherine Norton**
**2710 Orchard Oriole Way**
**Odenton, MD 21113**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.254 6**

**Nonpriority creditor's name and mailing address**

**Catherine Pino**
**2025 S Peak View Dr**
**Pueblo, CO 81006**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254 7**

**Nonpriority creditor's name and mailing address**

**Catherine Pumford**
**PO Box 99**
**Boyne City, MI 49712**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254 8**

**Nonpriority creditor's name and mailing address**

**Catherine Seiberling**
**4330 Rim Crest Drive**
**Norco, CA 92860**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.254 9**

**Nonpriority creditor's name and mailing address**

**Catherine Steverson**
**2532 Fulton**
**Carthage, MO 64836**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 0**

**Nonpriority creditor's name and mailing address**

**Catherine Waltz**
**11 Quarry Ct.**
**Saint Albans, VT 05478**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 1**

**Nonpriority creditor's name and mailing address**

**Catherine Wigdor**
**129 Flyway Drive**
**Johns Island, NY 29455**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 2**

**Nonpriority creditor's name and mailing address**

**Catherine Zack**
**73 VIA ARROYO**
**WATSONVILLE, CA 95076**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

| 3.255 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Cathie Haynes** | ☐ Contingent | |
| **1928 GATES AVE APT B** | ☐ Unliquidated | |
| **REDONDO BEACH, CA 90278** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.255 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Cathie Haynes** | ☐ Contingent | |
| **1928 Gates Avenue #B** | ☐ Unliquidated | |
| **Redondo Beach, CA 90278** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.255 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **cathleen anderson** | ☐ Contingent | |
| **210 calle linda** | ☐ Unliquidated | |
| **Fallbrook, CA 92028** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.255 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Cathleen Castro-Mohr** | ☐ Contingent | |
| **Cathleen** | ☐ Unliquidated | |
| **192 Clearview Drive** | ☐ Disputed | |
| **Vallejo, CA 94591** | | |
| Date(s) debt was incurred **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.255 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **cathleen smith** | ☐ Contingent | |
| **1761 moncks cor.** | ☐ Unliquidated | |
| **The Villages, FL 32162** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.255 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **cathleen smith** | ☐ Contingent | |
| **1761 Moncks Cor** | ☐ Unliquidated | |
| **The Villages, FL 32162** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.255 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **cathleen smith** | ☐ Contingent | |
| **1761 Moncks Corner** | ☐ Unliquidated | |
| **The Villages, FL 32162** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2560**

**Nonpriority creditor's name and mailing address**
**Cathy Acosta**
**4824 Arboleda Drive**
**Fair Oaks, CA 95628**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2561**

**Nonpriority creditor's name and mailing address**
**Cathy Bogaerts**
**330 41st St, Unit B**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2562**

**Nonpriority creditor's name and mailing address**
**Cathy DeBono**
**600 Buckingham Ln**
**Unit 1170**
**Myrtle Beach, SC 29579**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2563**

**Nonpriority creditor's name and mailing address**
**Cathy Farrell**
**1 White Sail**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2564**

**Nonpriority creditor's name and mailing address**
**Cathy Gray**
**800 W Washington Street**
**Harpers Ferry, WV 25425**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2565**

**Nonpriority creditor's name and mailing address**
**Cathy Johnson**
**4063 Old Light Circle**
**Arrington, TN 37014**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2566**

**Nonpriority creditor's name and mailing address**
**Cathy Laguardia**
**4 Mar-A-Lago Blvd**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
 _____
 Name

---

**3.256 7**

**Nonpriority creditor's name and mailing address**
**Cathy Olmos**
**24211 Park Street**
**Torrance, CA 90505**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.256 8**

**Nonpriority creditor's name and mailing address**
**Cathy Pinkert**
**711 Cliff Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.256 9**

**Nonpriority creditor's name and mailing address**
**Cathy Redenbaugh**
**2129 Country Brook Dr**
**Weatherford, TX 76087**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.257 0**

**Nonpriority creditor's name and mailing address**
**Cathy Rothweiler**
**7231 Four Rivers Rd**
**Boulder, CO 80301-3737**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.257 1**

**Nonpriority creditor's name and mailing address**
**Cathy Ruiz**
**19951 Weems Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.257 2**

**Nonpriority creditor's name and mailing address**
**Cathy Savinsky**
**2865 Citrocado Ranch Street**
**Corona, CA 92881**

Date(s) debt was incurred  **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.257 3**

**Nonpriority creditor's name and mailing address**
**Cathy Twogood**
**11419 Meadow Grass Lane**
**San Diego, CA 92128**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.257 4**

**Nonpriority creditor's name and mailing address**

**Cathy Wallbrecht**
**20802 S. 193rd way**
**Queen creek, AZ 85142**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257 5**

**Nonpriority creditor's name and mailing address**

**Catie stoneberg**
**6922 san padre cir.**
**buena park, CA 90620**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257 6**

**Nonpriority creditor's name and mailing address**

**catina McCollum**
**5001 BRIARWOOD Ct.**
**Phenix City, AL 36867**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257 7**

**Nonpriority creditor's name and mailing address**

**Catrina McKittrick**
**21501 Brookhurst St.**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257 8**

**Nonpriority creditor's name and mailing address**

**Catrina Van Genderen**
**463 2nd Ave SW**
**Cedar Rapids, IA 52404**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.257 9**

**Nonpriority creditor's name and mailing address**

**Catrina Van Genderen**
**463 2nd Ave SW**
**Cedar Rapids, IA 52404**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 0**

**Nonpriority creditor's name and mailing address**

**Cece Hagan**
**1908 Evergreen Rd**
**ANCHORAGE, KY 40223**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.258 1**

**Nonpriority creditor's name and mailing address**

**Cecelia Hagan**
**1908 Evergreen Road**
**Louisville, KY 40223**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 2**

**Nonpriority creditor's name and mailing address**

**Ceci Mape**
**2792 Circle Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 3**

**Nonpriority creditor's name and mailing address**

**Cecilia Burgess**
**20757 Hollow Falls Terrace**
**Sterling, VA 20165**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 4**

**Nonpriority creditor's name and mailing address**

**Cecilia Johnson**
**10518 Bilsing Cv**
**Montgomery, TX 77356**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 5**

**Nonpriority creditor's name and mailing address**

**Cecilia Liversidge**
**4811 Van Dorn St.**
**Lincoln, NE 68506**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 6**

**Nonpriority creditor's name and mailing address**

**Cecilia Roberts**
**161 Milburn Ct**
**Carbondale, CO 81623-9785**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 7**

**Nonpriority creditor's name and mailing address**

**Cecilia Roberts**
**161 Milburn Ct.**
**Carbondale, CO 81623**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.258 8**

**Nonpriority creditor's name and mailing address**

**Celeste Kelber**
**Po box 535**
**Upland, CA 91785**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.258 9**

**Nonpriority creditor's name and mailing address**

**Celestino Vargas**
**1985 Pomona Ave**
**#M**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 0**

**Nonpriority creditor's name and mailing address**

**Celia Alagarsamy**
**2278 Wild Plains Cir**
**Rocklin, CA 95765**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 1**

**Nonpriority creditor's name and mailing address**

**Celine Castillo**
**4700 Dogwood Ave**
**Seal Beach, CA 90740**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 2**

**Nonpriority creditor's name and mailing address**

**Celine Hartford**
**40 Mission Rd**
**Sedona, AZ 86336**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 3**

**Nonpriority creditor's name and mailing address**

**Celine Hartford**
**2370 W SR89a**
**Suite 11-145**
**sedona, AZ 86336**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 4**

**Nonpriority creditor's name and mailing address**

**Ceri Devine**
**2013 Curtis Ave**
**Redondo Beach, CA 90278**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.259 5**

**Nonpriority creditor's name and mailing address**

**Cesar Farias**
**1415 Bentley Street**
**Clearwater, FL 33755**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 6**

**Nonpriority creditor's name and mailing address**

**Cesar Guillen**
**1703 S Oak St**
**Santa Ana, CA 92707**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 7**

**Nonpriority creditor's name and mailing address**

**Cesar Orozco**
**2270 Meyer Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 8**

**Nonpriority creditor's name and mailing address**

**Cesar Prado**
**1945 Sherington Pl**
**Apt# G303**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.259 9**

**Nonpriority creditor's name and mailing address**

**Chace Warmington**
**97 Old Course Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260 0**

**Nonpriority creditor's name and mailing address**

**Chad Baker**
**937 Westport Lane**
**Vista, CA 92084**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.260 1**

**Nonpriority creditor's name and mailing address**

**Chad Bates**
**5710 74th St.**
**Lubbock, TX 79424**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.260 2**

**Nonpriority creditor's name and mailing address**

**Chad Bates**
**5710 74th Street**
**Lubbock, TX 79424**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.260 3**

**Nonpriority creditor's name and mailing address**

**chad broussard**
**26950 Homer Laurence Lane**
**Denham Springs, LA 70726**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.260 4**

**Nonpriority creditor's name and mailing address**

**Chad Brown**
**20161 Interior Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.260 5**

**Nonpriority creditor's name and mailing address**

**Chad Buckmaster**
**3119 Circa De Tierra**
**Encinitas, CA 92024**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.260 6**

**Nonpriority creditor's name and mailing address**

**Chad Buffington**
**87 calle de los ninos**
**Rancho santa margarita, CA 92688**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.260 7**

**Nonpriority creditor's name and mailing address**

**Chad Coluccio**
**27 Shearwater Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.260 8**

**Nonpriority creditor's name and mailing address**

**Chad Coluccio**
**27 Shearwater Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.260
9**

**Nonpriority creditor's name and mailing address**

**Chad Coluccio**
**27 Shearwater Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261
0**

**Nonpriority creditor's name and mailing address**

**Chad Crager**
**2719 Fieldstone Drive**
**Fort Collins, CO 80525**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261
1**

**Nonpriority creditor's name and mailing address**

**Chad Crager**
**2719 Fieldstone Drive**
**Fort Collins, CO 80525**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261
2**

**Nonpriority creditor's name and mailing address**

**Chad Craig**
**20 Bobado Ln**
**Henderson, NV 89011**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261
3**

**Nonpriority creditor's name and mailing address**

**Chad Elder**
**6952 Meade St**
**Pittsburgh, PA 15208**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261
4**

**Nonpriority creditor's name and mailing address**

**Chad Gravina**
**7761 Glencoe Dr**
**Apt. 2**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.261
5**

**Nonpriority creditor's name and mailing address**

**Chad Griepentrog**
**21881 Harborbreeze Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.261 6**

**Nonpriority creditor's name and mailing address**

**Chad Hoepner**
**323 Cedar Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.261 7**

**Nonpriority creditor's name and mailing address**

**Chad Hoeppner**
**323 Cedar Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.261 8**

**Nonpriority creditor's name and mailing address**

**Chad Jones**
**119 Amanda ave**
**Bullard, TX 75757**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.261 9**

**Nonpriority creditor's name and mailing address**

**Chad Lundervold**
**5011 Mission Avenue**
**Unit A**
**Dallas, TX 75206**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.262 0**

**Nonpriority creditor's name and mailing address**

**Chad McCollum**
**1521 Dorothy LN**
**Newport, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.262 1**

**Nonpriority creditor's name and mailing address**

**Chad Mecl**
**1988 62nd St**
**Somerset, WI 54025**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.262 2**

**Nonpriority creditor's name and mailing address**

**Chad Mecl**
**1988 62nd St**
**Somerset, WI 54025**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.262 3**

**Nonpriority creditor's name and mailing address**

**Chad Merrill**
**4815 El Camino Real**
**Atascadero, CA 93422**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.262 4**

**Nonpriority creditor's name and mailing address**

**Chad Miller**
**22131 sonoma pl**
**Chatsworth, CA 91311**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.262 5**

**Nonpriority creditor's name and mailing address**

**Chad Miller**
**22131 Sonoma Place**
**Chatsworth, CA 91311**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.262 6**

**Nonpriority creditor's name and mailing address**

**Chad Murray**
**8627 Thoroughbred St**
**Alta Loma, CA 91701**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.262 7**

**Nonpriority creditor's name and mailing address**

**Chad Norket**
**810 34th AVE**
**San Francisco, CA 94121**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.262 8**

**Nonpriority creditor's name and mailing address**

**Chad Palessiro**
**3277 Iowa St.**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.262 9**

**Nonpriority creditor's name and mailing address**

**Chad Palessiro**
**8208 E. Blackwillow Cir.**
**#106**
**Anaheim Hills, CA 92808**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.2630**

**Nonpriority creditor's name and mailing address**

**Chad Parker**
**2095 Valley Road**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2631**

**Nonpriority creditor's name and mailing address**

**Chad Pordes**
**1618 Beach Ave**
**Torrance, CA 90501**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2632**

**Nonpriority creditor's name and mailing address**

**Chad Seguin**
**1270 Burrows Road**
**Campbell, CA 95008**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2633**

**Nonpriority creditor's name and mailing address**

**Chad Simpson**
**1786 Damon St**
**Simi Valley, CA 93063**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2634**

**Nonpriority creditor's name and mailing address**

**Chad Simpson**
**1786 Damon St**
**Simi Valley, CA 93063**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2635**

**Nonpriority creditor's name and mailing address**

**Chad Smith**
**2517 COWBOY COURT**
**ROCKLIN, CA 95765**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2636**

**Nonpriority creditor's name and mailing address**

**Chalae Logan**
**2406 S. Wyoming Avenue**
**Boise, ID 83706**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.263 7**

**Nonpriority creditor's name and mailing address**

**Chana Goussetis**
**4251 Peach Way**
**Boulder, CO 80301**

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263 8**

**Nonpriority creditor's name and mailing address**

**Chana Goussetis**
**4251 Peach Way**
**Boulder, CO 80301**

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263 9**

**Nonpriority creditor's name and mailing address**

**Chance Hiner**
**4227 Boyer Pl**
**Dallas, TX 75219**

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 0**

**Nonpriority creditor's name and mailing address**

**Chandler Hicks**
**1938 NE Weidler St.**
**Portland, OR 97232**

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 1**

**Nonpriority creditor's name and mailing address**

**Chandler James**
**815 Sara Rose**
**Houston, TX 77018**

Date(s) debt was incurred **2025**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 2**

**Nonpriority creditor's name and mailing address**

**Chandler Wiegand**
**28 Burr Street**
**Easton, CT 06612**

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 3**

**Nonpriority creditor's name and mailing address**

**Chanel Hoffman**
**323 1/2 Iris Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

**3.264
4**

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Chantal Maloney**
**1536 Chancer Lane**           ☐ Contingent
**Slidell, LA 70461**           ☐ Unliquidated
                                ☐ Disputed

Date(s) debt was incurred  **2022**           **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.264
5**

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Chantel Kraft**
**3630 State Route 2023**        ☐ Contingent
**Clifford Twp, PA 18421**       ☐ Unliquidated
                                ☐ Disputed

Date(s) debt was incurred  **2024**           **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.264
6**

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Char Stanford**
**27103 Breakers Cove**          ☐ Contingent
**Valencia, CA 91355**           ☐ Unliquidated
                                ☐ Disputed

Date(s) debt was incurred  **2022**           **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.264
7**

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Charan Morris**
**1831 Madison Ave**             ☐ Contingent
**7e**                           ☐ Unliquidated
**New York, NY 10035**           ☐ Disputed

Date(s) debt was incurred  **2024**           **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.264
8**

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Charl Vanwyk**
**1505 LEspirit parkway**        ☐ Contingent
**LA GRANGE, KY 40031**          ☐ Unliquidated
                                ☐ Disputed

Date(s) debt was incurred  **2020**           **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.264
9**

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Charlene Bartini**
**405 STOCKBRIDGE RD**           ☐ Contingent
**LEE, MA 01238**                ☐ Unliquidated
                                ☐ Disputed

Date(s) debt was incurred  **2020**           **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.265
0**

**Nonpriority creditor's name and mailing address**         As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Charlene Gozony**
**2806 Roswell St.**             ☐ Contingent
**Santa Ana, CA 92705**          ☐ Unliquidated
                                ☐ Disputed

Date(s) debt was incurred  **2022**           **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**
_____      Case number _(if known)_ _____
Name

---

**3.265
1**

**Nonpriority creditor's name and mailing address**

**Charlene Leon**
**4924 Bacon Drive**
**Fort Worth, TX 76244**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265
2**

**Nonpriority creditor's name and mailing address**

**Charlene Souza**
**21132 Poolside Ln**
**Huntington Beach, CA 92648**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265
3**

**Nonpriority creditor's name and mailing address**

**Charles Adam**
**1713 Avenue C**
**Dodge City, KS 67801**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265
4**

**Nonpriority creditor's name and mailing address**

**Charles Adam**
**1713 AVENUE C**
**DODGE CITY, KS 67801**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265
5**

**Nonpriority creditor's name and mailing address**

**Charles Anzaldi**
**20 Via Vasari**
**Unit 204**
**Henderson, NV 89011**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265
6**

**Nonpriority creditor's name and mailing address**

**Charles Arent**
**11600 Warner Ave**
**637**
**Fountain Valley, CA 92708**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265
7**

**Nonpriority creditor's name and mailing address**

**Charles Bahlman**
**1333 Northwest Frazier Court**
**Portland, OR 97229**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.2658**

**Nonpriority creditor's name and mailing address**

**Charles Bamford**
**1076 Luther Avenue**
**San Jose, CA 95126**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2659**

**Nonpriority creditor's name and mailing address**

**Charles Banks**
**4511 Lucerne Ave**
**Cincinnati, OH 45227-2855**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2660**

**Nonpriority creditor's name and mailing address**

**Charles Banks**
**4511 Lucerne Ave**
**Cincinnati, OH 45227**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2661**

**Nonpriority creditor's name and mailing address**

**Charles Barron**
**218 north colgate avenue**
**Longport, NJ 08403**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2662**

**Nonpriority creditor's name and mailing address**

**Charles Bastedo**
**1432 N Anaheim Place**
**Long Beach, CA 90804**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2663**

**Nonpriority creditor's name and mailing address**

**Charles Bates**
**9801 Toledo Ave**
**Lubbock, TX 79424-5796**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2664**

**Nonpriority creditor's name and mailing address**

**Charles Beatty**
**431 W. Bay St. Unit K**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.266 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Beatty**
**431 W BAY ST UNIT K**
**COSTA MESA, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.266 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Bland**
**4326 8th Ave**
**1**
**Los Angeles, CA 90008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.266 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Bloch**
**31401 52nd Ave S**
**Auburn, WA 98001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.266 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CHARLES BONNER**
**12 Buckthorn**
**Irvine, CA 92604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.266 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Botwin**
**216 McAffee St**
**Cherokee**
**Woodstock, GA 30188**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.267 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Brown**
**177 Tommotley Drive**
**Loudon, TN 37774**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.267 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Charles Cadieux**
**46 Puesto Rd**
**Rancho Mission Viejo, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number *(if known)* _____
     Name

---

**3.267
2**

**Nonpriority creditor's name and mailing address**

**Charles Cane**
**2811 PEERLESS AVE**
**Apartment 9**
**Bakersfield, CA 93308**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267
3**

**Nonpriority creditor's name and mailing address**

**Charles Carr**
**15 Seaview Dr**
**Ormond Beach, FL 32176-3550**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267
4**

**Nonpriority creditor's name and mailing address**

**Charles Clarke**
**14232 Lilac Sky Ter**
**Bradenton, FL 34211**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267
5**

**Nonpriority creditor's name and mailing address**

**Charles Conrad**
**2257 S Amy Ave**
**Boise, ID 83706**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267
6**

**Nonpriority creditor's name and mailing address**

**Charles Crane**
**5368 Old Pineywoods Rd**
**Jasper, AL 35504**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267
7**

**Nonpriority creditor's name and mailing address**

**Charles Crowell**
**61546 Hosmer Lake Dr.**
**Bend, OR 97702**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.267
8**

**Nonpriority creditor's name and mailing address**

**Charles Croxton**
**3925 Cranston Avenue**
**BALTIMORE, MD 21229**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
Name

Case number *(if known)*

---

**3.2679**

**Nonpriority creditor's name and mailing address**

**Charles Currey**
**2725 Jefferson St**
**Ste 1B**
**Carlsbad, CA 92008**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2680**

**Nonpriority creditor's name and mailing address**

**Charles Dasnoit**
**69 - Austin avenue**
**Staten island, NY 10305**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2681**

**Nonpriority creditor's name and mailing address**

**Charles Davey**
**3169 East Fourteen Fairway Drive**
**Washington, UT 84780**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2682**

**Nonpriority creditor's name and mailing address**

**Charles Davey**
**3169 Fourteen Fairway Drive**
**Washington, WA 84780**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2683**

**Nonpriority creditor's name and mailing address**

**Charles Dean**
**11569 W SILK OAK PATH**
**HOMOSASSA, FL 34448**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2684**

**Nonpriority creditor's name and mailing address**

**Charles DeVries**
**28W570 Washington Ave**
**Winfield, IL 60190**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2685**

**Nonpriority creditor's name and mailing address**

**Charles Edmundson**
**64 Roberts Way**
**PO Box 4706**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.268 6**

**Nonpriority creditor's name and mailing address**

**Charles F Gove Jr**
**1803 Rada Terrace**
**Deltona, FL 32725**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.268 7**

**Nonpriority creditor's name and mailing address**

**Charles F Gove Jr**
**1803 Rada Terrace**
**Deltona, FL 32725**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.268 8**

**Nonpriority creditor's name and mailing address**

**Charles Faas**
**47337 Rancho Higuera Rd**
**Fremont, CA 94539**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.268 9**

**Nonpriority creditor's name and mailing address**

**Charles Fannin**
**4466 Wetmore Rd., E.**
**Columbus, OH 43224**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.269 0**

**Nonpriority creditor's name and mailing address**

**Charles Fetrow**
**5386 Country Trail NW**
**Warren, OH 44481**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.269 1**

**Nonpriority creditor's name and mailing address**

**Charles Ford**
**182 Hull Street**
**Hingham, MA 02043**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.269 2**

**Nonpriority creditor's name and mailing address**

**Charles Funk**
**5228 Avenue U**
**Galveston, TX 77551**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor __Electric Bike Company, LLC__                                    Case number (if known) _____
           Name

| | |
|---|---|
| **3.269 3** | |

**Nonpriority creditor's name and mailing address**

**Charles Glass**
**23704 lake dr e**
**Bothell, WA 98021**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.269 4** | |

**Nonpriority creditor's name and mailing address**

**CHARLES GLASS**
**23704 LAKE DR E**
**BOTHELL, WA 98021-8582**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.269 5** | |

**Nonpriority creditor's name and mailing address**

**charles gorby**
**4340 Penhurst Place**
**COLORADO SPRINGS, CO 80906**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.269 6** | |

**Nonpriority creditor's name and mailing address**

**Charles Guldi**
**6628 Willis Rd**
**Brown City, MI 48416**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.269 7** | |

**Nonpriority creditor's name and mailing address**

**Charles High**
**25 Windflower**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.269 8** | |

**Nonpriority creditor's name and mailing address**

**Charles Hutchings**
**4512 Loganlinda Dr**
**Yorbal Linda, CA 92886**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| | |
|---|---|
| **3.269 9** | |

**Nonpriority creditor's name and mailing address**

**Charles Isaac**
**1574 Gulf Road**
**#5118**
**Point Roberts, WA 98281**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
 _____
 Name

---

**3.270
0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**

**Charles Jefferson**                                              ☐ Contingent
**153 E. Granada Blvd**                                            ☐ Unliquidated
**Ormond Beach, FL 32176**                                        ☐ Disputed

Date(s) debt was incurred  **2024**                               **Basis for the claim:  Warranty**

Last 4 digits of account number __                                Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.270
1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**

**Charles Joseph Dietz**                                          ☐ Contingent
**306 Harmon St Sw**                                              ☐ Unliquidated
**North Canton, OH 44720**                                        ☐ Disputed

Date(s) debt was incurred  **2020**                               **Basis for the claim:  Warranty**

Last 4 digits of account number __                                Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.270
2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**

**Charles kelly**                                                 ☐ Contingent
**321 Back Bay Crescent**                                         ☐ Unliquidated
**VIRGINIA BEACH, VA 23456**                                      ☐ Disputed

Date(s) debt was incurred  **2022**                               **Basis for the claim:  Warranty**

Last 4 digits of account number __                                Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.270
3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**

**Charles Labanowski**                                            ☐ Contingent
**10132 Brimfield Drive**                                         ☐ Unliquidated
**Austin, TX 78726**                                              ☐ Disputed

Date(s) debt was incurred  **2021**                               **Basis for the claim:  Warranty**

Last 4 digits of account number __                                Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.270
4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**

**Charles Lopez**                                                 ☐ Contingent
**360 Victoria St**                                               ☐ Unliquidated
**Unit A**                                                        ☐ Disputed
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**                               **Basis for the claim:  Warranty**

Last 4 digits of account number __                                Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.270
5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**

**Charles Lucas**                                                 ☐ Contingent
**3934 Rose Ave.**                                                ☐ Unliquidated
**Long Beach, CA 90807**                                          ☐ Disputed

Date(s) debt was incurred  **2023**                               **Basis for the claim:  Warranty**

Last 4 digits of account number __                                Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.270
6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                                    **$0.00**

**Charles Lucas**                                                 ☐ Contingent
**3934 Rose Ave.**                                                ☐ Unliquidated
**Long Beach, CA 90807**                                          ☐ Disputed

Date(s) debt was incurred  **2021**                               **Basis for the claim:  Warranty**

Last 4 digits of account number __                                Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.270 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Lucas**
**729 E. Willow St.**
**Signal Hill, CA 90807**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.270 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Lucas**
**3934 Rose Ave**
**Long Beach, CA 90807**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.270 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**charles metzler**
**247 Duncan Street**
**San Francisco, CA 94131**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.271 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**charles metzler**
**247 Duncan Street**
**San Francisco, CA 94131**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.271 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Moreland**
**7078 Sandy Cove**
**Willis, TX 77318**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.271 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Nelson**
**7382 15th St**
**Sacramento, CA 95822**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.271 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Charles Nelson**
**7382 15th Street**
**Sacramento, CA 95822**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                     Case number (if known) _____
      Name

---

**3.271 4**

**Nonpriority creditor's name and mailing address**

**Charles Panasis**
**280a Dover point rd**
**Dover, NH 03820**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.271 5**

**Nonpriority creditor's name and mailing address**

**Charles Pluim**
**6281 Brockton**
**Riverside, CA 92506**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.271 6**

**Nonpriority creditor's name and mailing address**

**charles pluim**
**6281 Brockton Ave**
**Suit 4**
**Riverside, CA 92506**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.271 7**

**Nonpriority creditor's name and mailing address**

**Charles Pursell**
**501 Herondo St. Unit 60**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.271 8**

**Nonpriority creditor's name and mailing address**

**Charles Russom**
**2755 Arrow Hwy**
**SPC. 33**
**La Verne, CA 91750**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.271 9**

**Nonpriority creditor's name and mailing address**

**Charles Sample**
**7729 Paisley Ave**
**Hesperia, CA 92345**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.272 0**

**Nonpriority creditor's name and mailing address**

**CHARLES SIDELL**
**525 Sandy Oaks Blvd**
**Ormond Beach, FL 32174**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.272**
**1**

**Nonpriority creditor's name and mailing address**

**Charles Sidell**
**525 Sandy Oaks Blvd**
**Ormond Beach, FL 32174**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.272**
**2**

**Nonpriority creditor's name and mailing address**

**Charles Sisk Sr**
**8080 South Woods Cir**
**15**
**Fort Myers, FL 33919**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.272**
**3**

**Nonpriority creditor's name and mailing address**

**Charles Stewart**
**11419 Marazion Hill Ct.**
**Bakersfield, CA 93311**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.272**
**4**

**Nonpriority creditor's name and mailing address**

**Charles Symons**
**9429 Mcnaught rd**
**Chilliwack, BC V2P 6E7**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.272**
**5**

**Nonpriority creditor's name and mailing address**

**Charles Symons**
**9429 McNaught Road**
**Chilliwack, BC V2P6E7**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.272**
**6**

**Nonpriority creditor's name and mailing address**

**Charles Thomas**
**2431 Brentwood Drive**
**Clearwater, FL 33764**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.272**
**7**

**Nonpriority creditor's name and mailing address**

**Charles Valenza**
**1268 Milano Drive**
**#6**
**West Sacramento, CA 95691**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
Name

Case number *(if known)* _____

---

**3.2728**

**Nonpriority creditor's name and mailing address**

**Charles Wachs**
**824 Cheltenham Ave.**
**Franklin, TN 37064**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2729**

**Nonpriority creditor's name and mailing address**

**Charles Wachs**
**824 Cheltenham Ave.**
**Franklin, TN 37064**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2730**

**Nonpriority creditor's name and mailing address**

**Charles Waite**
**435 Lenwood Dr**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2731**

**Nonpriority creditor's name and mailing address**

**Charles Walton**
**64 Setter Circle**
**203**
**Fredericksburg, VA 22406**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2732**

**Nonpriority creditor's name and mailing address**

**Charles Walton Walton**
**5900 Presk Drive**
**Fredericksburg, VA 22406**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2733**

**Nonpriority creditor's name and mailing address**

**Charles Weiss**
**6792 Mewall Dr.**
**San Diego, CA 92119**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2734**

**Nonpriority creditor's name and mailing address**

**Charles Wesson**
**107 River Watch**
**Southport, NC 28461**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.273 5**

**Nonpriority creditor's name and mailing address**

**Charles Zeni**
**150 Olivia's Ct**
**Tuscola, TX 79562**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.273 6**

**Nonpriority creditor's name and mailing address**

**Charley Orlando**
**16263 Irwin Rd**
**Oswego, NY 13126**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.273 7**

**Nonpriority creditor's name and mailing address**

**Charley Zeni**
**150 Olivia's Ct**
**Tuscola, TX 79562**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.273 8**

**Nonpriority creditor's name and mailing address**

**Charlie Brown**
**1977 Hope St**
**New Orleans, LA 70119**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.273 9**

**Nonpriority creditor's name and mailing address**

**Charlie Cutler**
**105 Garden Hill Dr.**
**Redlands, CA 92373**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.274 0**

**Nonpriority creditor's name and mailing address**

**Charlie Faas**
**47337 Rancho Higuera Rd**
**Fremont, CA 94539**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.274 1**

**Nonpriority creditor's name and mailing address**

**CHARLIE HOGAN**
**700 IVY STREET**
**Denver, CO 80220**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.274 2**

**Nonpriority creditor's name and mailing address**

**Charlie Houck**
**18259 Cabrillo Ct.**
**Fountain Valley, CA 92708**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.274 3**

**Nonpriority creditor's name and mailing address**

**Charlie Jaquet**
**2225 East Calhoun Street**
**Seattle, WA 98112**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.274 4**

**Nonpriority creditor's name and mailing address**

**Charlie Kettering**
**1333 Steamboat Blvd**
**Steamboat Springs, CO 80487**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.274 5**

**Nonpriority creditor's name and mailing address**

**Charlie Kolenski**
**1040 NE 122nd St**
**Miami, FL 33161**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.274 6**

**Nonpriority creditor's name and mailing address**

**Charlie Kolenski**
**1040 NE 122nd St**
**Miami, FL 33161**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.274 7**

**Nonpriority creditor's name and mailing address**

**Charlie Rhomberg**
**50365 Valencia Ct.**
**La Quinta, CA 92253**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.274 8**

**Nonpriority creditor's name and mailing address**

**Charlie Spradlin**
**4439 grand blvd**
**Clarklake, MI 49234-9726**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.2749**

**Nonpriority creditor's name and mailing address**

**charlie stedfield**
**1120 kings road**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2750**

**Nonpriority creditor's name and mailing address**

**Charlie Sutkamp**
**4 Elmhurst Place**
**Cincinnati, OH 45208**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2751**

**Nonpriority creditor's name and mailing address**

**Charlotte Folmer**
**7576 Forney Way**
**Harrisburg, PA 17112**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2752**

**Nonpriority creditor's name and mailing address**

**Charlotte Harris**
**416 Huntington Street**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2753**

**Nonpriority creditor's name and mailing address**

**Charlotte Sanchez**
**1720 Village Ln**
**Apt B502**
**Queens, NY 11691**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2754**

**Nonpriority creditor's name and mailing address**

**Charlsie Grace**
**3412 Washington Street**
**Vancouver, WA 98660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2755**

**Nonpriority creditor's name and mailing address**

**Charlson Smith**
**1604 NE 9th Street**
**Fort Lauderdale, FL 33304**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**
_____     Case number *(if known)* _____
   Name

---

| 3.275 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Charlson Smith**
**1604 NE 9th Street**
**Fort Lauderdale, FL 33304**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chas Pires**
**542 red coat lane**
**phoenixville, PA 19460**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chase Budinger**
**338 26th St**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chase Budinger**
**338 26th st**
**Hermosa Beach, CA 91356**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chase Cornwell**
**440 Aliso Ave**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chase Cornwell**
**18 Robon Ct**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chase Henley**
**8522 Hamilton Ave**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  7**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____
         Name

Case number (if known)    _____

---

**3.276 3**

**Nonpriority creditor's name and mailing address**

**Chase Holden**
**990 Trabuco Circle**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.276 4**

**Nonpriority creditor's name and mailing address**

**Chase Lopez**
**387 Rochester Street**
**Unit B**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.276 5**

**Nonpriority creditor's name and mailing address**

**Chase Schultz**
**704 Sprague St**
**Eugene, OR 97405**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.276 6**

**Nonpriority creditor's name and mailing address**

**Chay Holcomb**
**236 Cherry Spring Drive**
**Mckinney, TX 75072**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.276 7**

**Nonpriority creditor's name and mailing address**

**Check Huang**
**207 Lyndhurst Ct**
**Longwood, FL 32779**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.276 8**

**Nonpriority creditor's name and mailing address**

**Check Huang**
**207 Lyndhurst Ct.**
**Longwood, FL 32779**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.276 9**

**Nonpriority creditor's name and mailing address**

**Chelsea Butler**
**2164 Canyon Drive**
**Unit H**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.277 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Chelsea Castorena** **6446 Vassar Circle** **Moorpark, CA 93021** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.277 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Chelsea Castorena** **1510 Newport Blvd** **Costa Mesa, CA 92627** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.277 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Chelsea Castorena** **6446 Vassar Circle** **Moorpark, CA 93021** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.277 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Chelsea Fuller** **351 Northlake Blvd** **Altamonte Springs, FL 32701** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.277 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Chelsea Gregory** **1301 Kings Road** **Newport Beach, CA 92663** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.277 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **chelsea miura** **45793 lewis ave** **chilliwack, BC v2p3c3** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.277 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Chelsea O'Haire** **281 Santa Isabel Ave** **281 Santa Isabel Ave** **Costa Mesa, CA 92627** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor __**Electric Bike Company, LLC**_____ Case number (if known) _____
      Name

| 3.2777 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chelsea Strickland**
**1686 Fairway Hill Drive**
**Atlanta, GA 30317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2778 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chelsea Williams**
**2422 24th Avenue**
**San Francisco, CA 94116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2779 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chelsee Redmond**
**700 Lido Park Dr**
**Unit 23**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2780 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chelsey Farnsworth**
**245 South Willow St**
**Jackson, WY 83001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2781 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cheral Cook**
**5971 Lagniappe Drive**
**Pensacola, FL 32507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2782 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**cherene paul**
**10049 SE River St.**
**Truckee, CA 96161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.2783 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cheri Anderson**
**1520 Holmes Ct**
**Pea Ridge, AR 72751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.278 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cheri Tarlini**
**808 East Reflect Ridge Drive**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cheri Tarlini**
**808 East Reflect Ridge Drive**
**Meridian, ID 83642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cherie Brooks**
**180 Oak Street**
**Gardner, MA 01440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cherie Glenn**
**25150 Bernwood Dr.**
**Suite #26-29**
**Bonita Springs, FL 34135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cherie McGraham**
**24255 Main Street**
**Newhall, CA 91321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.278 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cherie Myers**
**567 Audubon Blvd**
**#202, Floor2**
**Naples, FL 34110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cherise Cerruti**
**2050 E Aldo Cir**
**Salt Lake City, UT 84108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                         Case number (if known) _____
_____
Name

| 3.279 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cherri Kowalchuk**
**224 65th street**
**Willowbrook, IL 60527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cherrie Almonte**
**1945 Placentia Ave Suite A**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Allen**
**20430 Via Don Juan Ave**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Armstrong**
**1250 Lynn Way**
**Sunnyvale, CA 94087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl butera**
**7148 Lantana Terrace**
**CARLSBAD, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Butera**
**7148 LANTANA TER**
**CARLSBAD, CA 92011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Butera**
**1071 Calle Anacapa**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
        Name

---

| 3.279 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Campbell**
**1731 AVIATION BLVD**
**REDONDO BEACH, CA 90278**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Canter**
**1202 England St**
**Huntington Beach, CA 92648**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Cook**
**2950 Cisco N**
**Lake Havasu, AZ 86403**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Feijoo**
**1235 N Florida Ave**
**Tarpon Springs, FL 34689**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Furlan**
**743 Marine Ave.**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Greggans**
**11411 Enchanto Vista Drive**
**San Jose, CA 95127**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cheryl Harrison**
**25212 Corte Sombrero**
**Murrieta, CA 92563**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.280 5**

**Nonpriority creditor's name and mailing address**

**Cheryl Hensarling**
**404 Dale Hollow Rd**
**Fort Worth, TX 76103**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.280 6**

**Nonpriority creditor's name and mailing address**

**Cheryl Hockett**
**1008 Rachel LN**
**Paso Robles, CA 93446**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.280 7**

**Nonpriority creditor's name and mailing address**

**Cheryl Hoyme**
**2231 Pacific Ave**
**A2**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.280 8**

**Nonpriority creditor's name and mailing address**

**Cheryl Janachione**
**33209 North 64 Street**
**Cave Creek, AZ 85331**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.280 9**

**Nonpriority creditor's name and mailing address**

**Cheryl Jones**
**2846 SMITH RIVER DR**
**REDDING, CA 96002-5218**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.281 0**

**Nonpriority creditor's name and mailing address**

**Cheryl Kullman**
**3142 FORSYTHIA DRIVE**
**ODESSA, FL 33556**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.281 1**

**Nonpriority creditor's name and mailing address**

**Cheryl Kullman**
**3142 Forsythia Dr**
**Odessa, FL 33556**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
                Name

---

**3.281 2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Cheryl LaMee**
**221 Columbus Ave**                                         ☐ Contingent
**Apt 402**                                                  ☐ Unliquidated
**Boston, MA '02116**                                        ☐ Disputed

Date(s) debt was incurred  **2025**                          **Basis for the claim:  Warranty**

Last 4 digits of account number  **7**                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.281 3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Cheryl LaMee**
**431.5 Goldenrod Corona Del Mar**                           ☐ Contingent
**Del Mar, CA 92625**                                        ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2025**
                                                             **Basis for the claim:  Warranty**
Last 4 digits of account number  _
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.281 4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Cheryl Miller**
**229 East Cornelius Circle**                                ☐ Contingent
**Sarasota, FL 34232**                                       ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2022**
                                                             **Basis for the claim:  Warranty**
Last 4 digits of account number  _
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.281 5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Cheryl Nelson-Adams**
**6917 Dover Port Island**                                   ☐ Contingent
**Highland, CA 92346**                                       ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2021**
                                                             **Basis for the claim:  Warranty**
Last 4 digits of account number  _
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.281 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Cheryl Parslow**
**209 6th Ave NE**                                           ☐ Contingent
**Rolla, ND 58367**                                          ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2024**
                                                             **Basis for the claim:  Warranty**
Last 4 digits of account number  _
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.281 7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**cheryl peterson**
**28 via jolitas**                                           ☐ Contingent
**rancho santa margarita, CA 92688**                         ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2022**
                                                             **Basis for the claim:  Warranty**
Last 4 digits of account number  _
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.281 8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Cheryl Razdan**
**8424 S Braden Ave**                                        ☐ Contingent
**Tulsa, OK 74137**                                          ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2025**
                                                             **Basis for the claim:  Warranty**
Last 4 digits of account number  _
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number *(if known)* _____
              Name

---

**3.2819**

**Nonpriority creditor's name and mailing address**

**Cheryl Rossi**
**136 Liberty**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2820**

**Nonpriority creditor's name and mailing address**

**Cheryl Saunders**
**21204 Lake Mathews Dr.**
**Parris, CA 92570**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2821**

**Nonpriority creditor's name and mailing address**

**Cheryl Seirer**
**1272 N Ash St**
**Russell, KS 67665**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2822**

**Nonpriority creditor's name and mailing address**

**Cheryl Seirer**
**1272 North Ash**
**Russell, KS 67665**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2823**

**Nonpriority creditor's name and mailing address**

**Cheryl Staab**
**30041 Amelia Salem Drive**
**Cornelius, NC 28031**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2824**

**Nonpriority creditor's name and mailing address**

**Cheryl Szczepkowski**
**103 Cedarview Lane**
**Watervliet, NY 12189**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2825**

**Nonpriority creditor's name and mailing address**

**Cheryl Volkerts**
**5731 Wild Cat Ct**
**Riverbank, CA 95367**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

**3.282 6**

**Nonpriority creditor's name and mailing address**

**Cheryl Weidemann**
**552 Harvard Ln**
**Manistee, MI 49660-1640**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.282 7**

**Nonpriority creditor's name and mailing address**

**Cheryl Wells**
**4136 E Pine Bluff Dr**
**Meridian, ID 83642**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.282 8**

**Nonpriority creditor's name and mailing address**

**Cheryl Wick**
**3415 21st Ave NW**
**Hackensack, MN 56452**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.282 9**

**Nonpriority creditor's name and mailing address**

**Cheryl Wolfe**
**6969 NE Neptune Dr**
**Lincoln City, OR 97367**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.283 0**

**Nonpriority creditor's name and mailing address**

**Cheryl Young**
**6196 Claridge Drive**
**Riverside, CA 92506**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.283 1**

**Nonpriority creditor's name and mailing address**

**Cheryl Zsori**
**W304S2790 Green Meadow Lane**
**Waukesha, WI 53188**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.283 2**

**Nonpriority creditor's name and mailing address**

**Cheryle Tew**
**6593 East Telegraph Street**
**Yuma, AZ 85365**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.283
3**

**Nonpriority creditor's name and mailing address**

**Cherylene Ramos**
**211 N Main St**
**PARIS, MO 65275**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.283
4**

**Nonpriority creditor's name and mailing address**

**Chester Lee Mathes**
**228 West Sevier Hgts**
**Greeneville, TN 37745**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.283
5**

**Nonpriority creditor's name and mailing address**

**Chester Mathes**
**228 West Sevier Hgts**
**Greeneville, TN 37745**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.283
6**

**Nonpriority creditor's name and mailing address**

**Cheston Christopher**
**2451 Santa Ana Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.283
7**

**Nonpriority creditor's name and mailing address**

**cheston christopher**
**2451 santa ana ave.**
**costa mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.283
8**

**Nonpriority creditor's name and mailing address**

**Cheston Christopher**
**2451 santa ana ave**
**B**
**costa mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.283
9**

**Nonpriority creditor's name and mailing address**

**Chevigny Brady**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

_____    Case number (if known) _____

Name

---

**3.284 0**

**Nonpriority creditor's name and mailing address**

**Cheyenne Wemmer**
**3 Bluefin Ct**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 1**

**Nonpriority creditor's name and mailing address**

**Chi Park**
**199 Nottingham Ct**
**Glen Mills, PA 19342**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 2**

**Nonpriority creditor's name and mailing address**

**Chi Yu**
**635 Jackson St.**
**Albany, CA 94706**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 3**

**Nonpriority creditor's name and mailing address**

**Chiara Harris**
**215 Caldwell avenue**
**D**
**Wilmerding, PA 15148**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 4**

**Nonpriority creditor's name and mailing address**

**Chiara Rundle**
**1647 S. Wabash Ave**
**Redlands, CA 92373**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 5**

**Nonpriority creditor's name and mailing address**

**Chlell Pharris**
**9912 Orchard Lane**
**Villa Park, CA 92861**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 6**

**Nonpriority creditor's name and mailing address**

**Chloe Glass**
**2487 Bayview Avenue**
**Carmel, CA 93923**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.284
7**

**Nonpriority creditor's name and mailing address**

**Chloe Williamson
1824 E Oklahoma Ave
Milwaukee, WI 53207**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.284
8**

**Nonpriority creditor's name and mailing address**

**Chris 687
106 Elda Dr.
Pleasant Hill, CA 94523**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.284
9**

**Nonpriority creditor's name and mailing address**

**Chris Alberson
3511 Clyde Avenue
Los Angeles, CA 90016**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.285
0**

**Nonpriority creditor's name and mailing address**

**Chris Alberson
3511 Clyde Ave
Los Angeles, CA 90016**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.285
1**

**Nonpriority creditor's name and mailing address**

**Chris Allphin
13367 Mira Loma Ct
Poway, CA 92064**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.285
2**

**Nonpriority creditor's name and mailing address**

**Chris Amble
1510 Newport Blvd
Newport Beach, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.285
3**

**Nonpriority creditor's name and mailing address**

**Chris Anderies
202 East May Avenue
Unit 9
Cripple Creek, CO 80813**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.285
4**

**Nonpriority creditor's name and mailing address**

**Chris Awe
890 Congress Street
Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.285
5**

**Nonpriority creditor's name and mailing address**

**Chris Baldwin
24672 La Hermosa Ave
Laguna Niguel, CA 92677**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.285
6**

**Nonpriority creditor's name and mailing address**

**Chris Barrow
11401 Porter Ranch Dr.
#10306
Porter Ranch, CA 91326**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.285
7**

**Nonpriority creditor's name and mailing address**

**Chris Barrow
11401 Porter Ranch Dr. #10306
Porter Ranch, CA 91326**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.285
8**

**Nonpriority creditor's name and mailing address**

**chris beals
1073 walnut st
tustin, CA 92780**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.285
9**

**Nonpriority creditor's name and mailing address**

**Chris Beeson
6949 Cambridge Ave
Rancho Cucamonga, CA 91701**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.286
0**

**Nonpriority creditor's name and mailing address**

**Chris Bernier
101 Western Avenue
Essex, MA 01929**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.286 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Berns**
**777 East Ocean Blvd**
**apt. 1409**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Bishop**
**3111 Samoa**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Bishop**
**3111 Samoa Pl**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Boone**
**791 Foam Street**
**Monterey, CA 93940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Bourdeau**
**9632 Hamilton Ave**
**#A8**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Brainerd**
**1718 Newton Street Northwest**
**Apt B**
**Washington, DC 20010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.286 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Breitbarth**
**776 Mandevilla Ct.**
**San Marcos, CA 92069**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.286 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Brooker**
**936 ARLINGTON CT**
**Middleville, MI 49333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**chris Brooker**
**936 ARLINGTON CT**
**MIDDLEVILLE, MI 49333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Bruns**
**W226N7965 Timberland Dr**
**Sussex, WI 53089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Bruns**
**W226N7965 Timberland D**
**Sussex, WI 53089**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Buenning**
**1113 E 5th Street**
**Kansas City, MO 64106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Cacho**
**964 Governor St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Castaneda**
**421 E. 20th St**
**House D**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.287 5**

**Nonpriority creditor's name and mailing address**

**Chris Cea**
**2395 NW Cove View**
**Stuart, FL 34994**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.287 6**

**Nonpriority creditor's name and mailing address**

**Chris Child**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.287 7**

**Nonpriority creditor's name and mailing address**

**Chris Child**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.287 8**

**Nonpriority creditor's name and mailing address**

**Chris Child**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.287 9**

**Nonpriority creditor's name and mailing address**

**Chris Child**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.288 0**

**Nonpriority creditor's name and mailing address**

**Chris Child**
**21501 Brookhurst**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.288 1**

**Nonpriority creditor's name and mailing address**

**Chris Child**
**21501 Brookhurst**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                       Case number (if known) _____
_____
Name

---

| 3.288 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Christoffersen**
**395 s brucker**
**Fremont, MI 49412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.288 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Clarke**
**17196 Palm Street**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.288 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Close**
**45180 Via Vaquero**
**Temecula, CA 92590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Combs**
**23751 Hobart Bay**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**chris cooper**
**4150 cortona ct.**
**yorba linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Cordeiro**
**4052 Berkman Dr**
**Austin, TX 78723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Corum**
**360 La Perle Place**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                          Case number *(if known)* _____
_____
Name

---

**3.2889**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Chris Dickens**
**4825 Arroyo Trl**                           ☐ Contingent
**Louisville, KY 40229**                      ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred  **2021**
                                              Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                              Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.2890**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Chris Doman**
**21210 Neola Rd**                            ☐ Contingent
**Apple Valley, CA 92308**                    ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred  **2021**
                                              Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                              Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.2891**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Chris Edwards**
**5016 Felicia Drive**                        ☐ Contingent
**Yorba Linda, CA 92886**                     ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred  **2023**
                                              Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                              Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.2892**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Chris Farabaugh**
**413 Front Nine Ave**                        ☐ Contingent
**Allen, TX 75002**                           ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred  **2021**
                                              Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                              Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.2893**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Chris Feno**
**1540 San Antonio Creek Road**               ☐ Contingent
**Santa Barbara, CA 93111**                   ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred  **2024**
                                              Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                              Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.2894**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Chris Feno**
**1540 San Antonio Creek Rd**                 ☐ Contingent
**Santa Barbara, CA 93111**                   ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred  **2021**
                                              Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                              Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.2895**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Chris Flores**
**15200 Magnolia St.**                        ☐ Contingent
**Westmister, CA 92683**                      ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred  **2023**
                                              Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                              Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.289 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Friden**
**55 washington street**
**camden, ME 04843**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.289 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**chris frost**
**41885 chaparral dr**
**temecula, CA 92592**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.289 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Funch**
**14280 East Shepherd Ave.**
**Clovis, CA 93619**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.289 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Garber**
**330 1/2 Coral Ave**
**Balboa Island, CA 92662**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.290 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Garland**
**26682 Cadenas**
**Mission Viejo, CA 92691**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.290 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**chris godbout**
**4 SUMMIT DR**
**ATKINSON, NH 03811-2337**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.290 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Chris Gorman**
**7961 Southwind Cr**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

_____
Name

---

**3.290
3**

**Nonpriority creditor's name and mailing address**

**Chris Gunz**
**3069 Gibraltar Ave**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290
4**

**Nonpriority creditor's name and mailing address**

**Chris Haebich**
**6002 High Ridge Circle**
**Weston, WI 54476**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290
5**

**Nonpriority creditor's name and mailing address**

**Chris Hanburger**
**39053 Tarpon Lane #844**
**Avon, NC 27915**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290
6**

**Nonpriority creditor's name and mailing address**

**Chris Hanburger**
**39053 Tarpon Lane**
**Avon, NC 27915**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290
7**

**Nonpriority creditor's name and mailing address**

**Chris Harms**
**5560 100th St SE**
**Caledonia, MI 49316-8439**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290
8**

**Nonpriority creditor's name and mailing address**

**Chris Harris**
**1326 W Dovewood Ln**
**Fresno, CA 93711-2423**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.290
9**

**Nonpriority creditor's name and mailing address**

**Chris Harris**
**1326 W Dovewood Ln**
**Fresno, CA 93711**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**    Case number (if known) _____
_____
Name

| 3.291 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Harris**
**1326 W Dovewood Ln**
**Fresno, CA 93711**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.291 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris Hatt**
**6431 Antim Cir**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.291 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris HogenEsch**
**1090 Rocton Drive**
**Pasadena, CA 91107**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.291 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris HogenEsch**
**1090 Rocton Dr**
**Pasadena, CA 91107**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.291 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris HogenEsch**
**1090 Rocton Dr.**
**Pasadena, CA 91107**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.291 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris HogenEsch**
**1090 Rocton Drive**
**Pasadena, CA 91107**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.291 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chris HogenEsch**
**1090 Rocton Dr.**
**Pasadena, CA 91107**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2917**

**Nonpriority creditor's name and mailing address**
**Chris Holderman**
**613 Lakeway Dr**
**El Paso, TX 79932**

Date(s) debt was incurred  **2023**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2918**

**Nonpriority creditor's name and mailing address**
**Chris Holland**
**358 East 19th St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2919**

**Nonpriority creditor's name and mailing address**
**Chris Hynes**
**106 Elda Dr.**
**Pleasant Hill, CA 94523**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2920**

**Nonpriority creditor's name and mailing address**
**Chris Jahr**
**260 Alturas Way**
**Soquel, CA 95073**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2921**

**Nonpriority creditor's name and mailing address**
**Chris Karas**
**2221 Larkspur Lane**
**Whitefish, MT 59937**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2922**

**Nonpriority creditor's name and mailing address**
**Chris Kattenburg**
**200 Lawyers Rd NW Unit 114**
**Vienna, VA 22180-4400**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2923**

**Nonpriority creditor's name and mailing address**
**Chris Keener**
**2489 Parmley Lane**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
        Name

| 3.292 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Chris Kelly**
**13 East Firethorn Circle**
**Inlet Beach, FL 32461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**chris kerstner**
**620 Terminal Way**
**Costa Mesa, CA 92627-3616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**chris kerstner**
**424 Redlands Avenue**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Chris Ketcham**
**285 Costa Mesa St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Chris Kirchoff**
**56 Fletcher Lane**
**Hampstead, NC 28443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.292 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Chris Klaich**
**22440 n 52nd place**
**Phoenix, AZ 85054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.293 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**chris klaich**
**498 mil drae lane**
**reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

| 3.293 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Kohler**
**17024 Red Tail Lane**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Kral**
**923 Shirkmere Rd**
**Houston, TX 77008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Kretzu**
**268 East 16th St**
**Unit 3**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris L. Stoten**
**643 24th Place**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Larsen**
**5039 Industrial Rd**
**1**
**Wall Township, NJ 07727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Lewis**
**1940 Windward Ln.**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Chris Lietz**
**6392 Bellinger Dr**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                     Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.2938**

**Nonpriority creditor's name and mailing address**
**Chris Lizar**
**120 E Orange Heights Ln**
**corona, CA 92881**

Date(s) debt was incurred **2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2939**

**Nonpriority creditor's name and mailing address**
**chris lizar**
**120 E Orange Heights Lane**
**Corona, CA 92881**

Date(s) debt was incurred **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2940**

**Nonpriority creditor's name and mailing address**
**Chris MacBeth**
**896 W 18th St.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2941**

**Nonpriority creditor's name and mailing address**
**Chris Macbeth**
**1857 Bayport Way**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2942**

**Nonpriority creditor's name and mailing address**
**Chris Malott**
**640 Sycamore Ct**
**Zionsville, IN 46077**

Date(s) debt was incurred **2025**
Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2943**

**Nonpriority creditor's name and mailing address**
**chris McNeely**
**21629 Kathy LN**
**redding, CA 96003-7557**

Date(s) debt was incurred **2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2944**

**Nonpriority creditor's name and mailing address**
**Chris Mcneely**
**21629 Kathy Ln**
**Redding, CA 96003**

Date(s) debt was incurred **2025**
Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.2945**

**Nonpriority creditor's name and mailing address**

**Chris Mennes**
**390 Broadway**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2946**

**Nonpriority creditor's name and mailing address**

**Chris Miller**
**1208 Palm Ave.**
**Corona, CA 92879**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2947**

**Nonpriority creditor's name and mailing address**

**Chris Moreno**
**2063 State Avenue**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2948**

**Nonpriority creditor's name and mailing address**

**Chris Morris**
**1820 Potomac Ave**
**Alexandria, VA 22301**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2949**

**Nonpriority creditor's name and mailing address**

**Chris Morrison**
**47 Getchell St. Apt. 1**
**Brewer, ME 04412**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2950**

**Nonpriority creditor's name and mailing address**

**Chris Morton**
**987 Cheyenne St.**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2951**

**Nonpriority creditor's name and mailing address**

**Chris Murray**
**12446 Canal Dr**
**#1**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.295
2**

**Nonpriority creditor's name and mailing address**

**Chris Nelson**
**16626 135th Ave NE**
**Arlington, WA 98223**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.295
3**

**Nonpriority creditor's name and mailing address**

**Chris Newton**
**24 Maduro St**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.295
4**

**Nonpriority creditor's name and mailing address**

**Chris Novak**
**112 Tinker**
**Irvine, CA 92618**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.295
5**

**Nonpriority creditor's name and mailing address**

**Chris Oliveros**
**302-969 W. 10th Ave.**
**Vancouver, BC V5Z 1L9**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.295
6**

**Nonpriority creditor's name and mailing address**

**Chris Olsen**
**1525 164th Ave NE**
**T6**
**Bellevue, WA 98008**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.295
7**

**Nonpriority creditor's name and mailing address**

**Chris Pandiscia**
**15 Crescent Dr**
**Milford, CT 06460**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.295
8**

**Nonpriority creditor's name and mailing address**

**Chris Parker**
**20171 Lawson Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2959**

**Nonpriority creditor's name and mailing address**

**Chris Parker**
**20171 Lawson Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2960**

**Nonpriority creditor's name and mailing address**

**Chris Pineda**
**9145 Mallard Avenue**
**Fountain Valley, CA 92708**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2961**

**Nonpriority creditor's name and mailing address**

**Chris Pulver**
**931 Coombs st**
**Napa, CA 94559**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2962**

**Nonpriority creditor's name and mailing address**

**Chris Pulver**
**931 Coombs st**
**Napa, CA 94559**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2963**

**Nonpriority creditor's name and mailing address**

**Chris Pulver**
**931 Coombs St**
**Napa, CA 94559**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2964**

**Nonpriority creditor's name and mailing address**

**Chris Pulver**
**931 Coombs St**
**Napa, CA 94559**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.2965**

**Nonpriority creditor's name and mailing address**

**Chris Pulver**
**931 Coombs St**
**Napa, CA 94559**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2966**

Nonpriority creditor's name and mailing address

**Chris Pulver**
**931 Coombs St**
**Napa, CA 94559**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.2967**

Nonpriority creditor's name and mailing address

**Chris Pulver**
**931 Coombs St**
**Napa, CA 94559**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2968**

Nonpriority creditor's name and mailing address

**Chris Pulver**
**931 Coombs St**
**Napa, CA 94559**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2969**

Nonpriority creditor's name and mailing address

**Chris Pulver**
**931 Coombs St**
**Napa, CA 94559**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2970**

Nonpriority creditor's name and mailing address

**Chris Quesnel**
**2218 2nd Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2971**

Nonpriority creditor's name and mailing address

**Chris Quesnel**
**2210 2nd Ave**
**Corona del Mar, CA 92625**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2972**

Nonpriority creditor's name and mailing address

**Chris Quesnel**
**442 Dahlia Ave**
**Corona del Mar, CA 92625**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

**3.297 3**

**Nonpriority creditor's name and mailing address**

**Chris Ray**
**20310 Chandler Dr**
**Yorba Linda, CA 92887**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297 4**

**Nonpriority creditor's name and mailing address**

**Chris Ray**
**3187 Madeira Ave**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297 5**

**Nonpriority creditor's name and mailing address**

**Chris Raya**
**2018 Commodore Road**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297 6**

**Nonpriority creditor's name and mailing address**

**Chris Raymond**
**2534 Anacapa Dr**
**206**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297 7**

**Nonpriority creditor's name and mailing address**

**Chris Rezanka**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297 8**

**Nonpriority creditor's name and mailing address**

**chris rezanka**
**10426 rue du nuage**
**san Diego, CA 92131**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.297 9**

**Nonpriority creditor's name and mailing address**

**Chris Rollins**
**1853 Port Margate Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.298 0**

**Nonpriority creditor's name and mailing address**

**Chris Rounsville**
**227 Fort Howell Drive**
**Hilton Head Island, SC 29926**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.298 1**

**Nonpriority creditor's name and mailing address**

**Chris Salb**
**50 BIRD FOOT RD**
**SAINT HELENA ISLAND, SC 29920**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.298 2**

**Nonpriority creditor's name and mailing address**

**Chris Salb**
**50 Bird Foot Road**
**Saint Helena Island, SC 29920**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.298 3**

**Nonpriority creditor's name and mailing address**

**Chris Shipman**
**367 N. Clinton**
**Orange, CA 92867**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.298 4**

**Nonpriority creditor's name and mailing address**

**Chris Spence**
**11-5950 Vedder Rd.**
**Chilliwack, BC V2R 3P2**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.298 5**

**Nonpriority creditor's name and mailing address**

**Chris Stevenson**
**614 Greendale Lane**
**Pomona, CA 91767**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.298 6**

**Nonpriority creditor's name and mailing address**

**Chris Stoten**
**643 24th Place**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.2987**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Chris Stoten**                                                    ☐ Contingent
**643 24th Place**                                                  ☐ Unliquidated
**Hermosa Beach, CA 90254**                                         ☐ Disputed

Date(s) debt was incurred **2021**                                 Basis for the claim: **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.2988**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Chris Suich**                                                     ☐ Contingent
**962 Asbury Road**                                                 ☐ Unliquidated
**Waynesville, NC 28785**                                           ☐ Disputed

Date(s) debt was incurred **2024**                                 Basis for the claim: **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.2989**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Chris Suich**                                                     ☐ Contingent
**962 Asbury Rd**                                                   ☐ Unliquidated
**Waynesville, NC 28785**                                           ☐ Disputed

Date(s) debt was incurred **2022**                                 Basis for the claim: **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.2990**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Chris Tallaksen**                                                 ☐ Contingent
**4810 Village Walk**                                               ☐ Unliquidated
**Williamsburg, VA 23188**                                          ☐ Disputed

Date(s) debt was incurred **2022**                                 Basis for the claim: **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.2991**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Chris Thinnes**                                                   ☐ Contingent
**2395 S Summit Circle Glen**                                       ☐ Unliquidated
**Escondido, CA 92026**                                             ☐ Disputed

Date(s) debt was incurred **2022**                                 Basis for the claim: **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.2992**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Chris Thomas**                                                    ☐ Contingent
**646 Santa Rosa Ave**                                              ☐ Unliquidated
**Berkeley, CA 94707**                                              ☐ Disputed

Date(s) debt was incurred **2020**                                 Basis for the claim: **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.2993**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Chris Thompson**                                                  ☐ Contingent
**367 N Acacia Ave**                                                ☐ Unliquidated
**Solana Beach, CA 92075**                                          ☐ Disputed

Date(s) debt was incurred **2020**                                 Basis for the claim: **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                        Case number (if known) _____
_____
Name

---

**3.2994**

**Nonpriority creditor's name and mailing address**

**Chris Thoreson**
**19 Seamist Ct**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2995**

**Nonpriority creditor's name and mailing address**

**Chris Thorgrimsson**
**4032 Marblehead Drive**
**San Ramon, CA 94582**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2996**

**Nonpriority creditor's name and mailing address**

**Chris Trujillo**
**31553 Flintridge Way**
**Murrieta, CA 92563**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2997**

**Nonpriority creditor's name and mailing address**

**Chris Tsamoudakis**
**445 Walnut Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2998**

**Nonpriority creditor's name and mailing address**

**Chris Tschantz**
**2533 NE Lynda Ln**
**Bend, OR 97701**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2999**

**Nonpriority creditor's name and mailing address**

**Chris Tucker**
**289 Santa Ana Ave**
**Long Beach, CA 90803**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3000**

**Nonpriority creditor's name and mailing address**

**Chris Tufts**
**1120 Corella**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.300 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Twogood**
**11419 Meadow Grass Lane**
**San Diego, CA 92128**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Twogood**
**11419 Meadow grass Lane**
**San Diego, CA 92128**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Twogood**
**11419 Meadow grass Lane**
**San Diego, CA 92128**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Vanderhook**
**22750 Hidden Hills Rd**
**Yorba Linda, CA 92887**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Vannoy**
**1570 Star Way**
**Reno, NV 89511**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Vannoy Vannoy**
**1570 Star Way**
**Reno, NV 89511**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.300 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chris Wacaster**
**20392 Ravenwood Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

| 3.300<br>8 | **Nonpriority creditor's name and mailing address**<br>**Chris Wendel**<br>**27501 S. Western Blvd.**<br>**Rancho Palos Verdes, CA 90275**<br><br>Date(s) debt was incurred  **2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|
| 3.300<br>9 | **Nonpriority creditor's name and mailing address**<br>**Chris Whedbee**<br>**326 Surfside Dr**<br>**Edenton, NC 27932-9286**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.301<br>0 | **Nonpriority creditor's name and mailing address**<br>**Chris Wheeler**<br>**19407 Surfset Dr**<br>**Huntington Beach, CA 92648**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.301<br>1 | **Nonpriority creditor's name and mailing address**<br>**Chris Wheeler**<br>**19407 Surfset Drive**<br>**Huntington Beach, CA 92648**<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.301<br>2 | **Nonpriority creditor's name and mailing address**<br>**Chris Wilson**<br>**38 Polo Heights**<br>**Scotts Valley, CA 95066**<br><br>Date(s) debt was incurred  **2024**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.301<br>3 | **Nonpriority creditor's name and mailing address**<br>**Chris Wilson**<br>**354 Vista Madera**<br>**Newport Beach, CA 92660**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.301<br>4 | **Nonpriority creditor's name and mailing address**<br>**Chris Wilson**<br>**38 Polo Hts**<br>**Scotts Valley, CA 95066**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.301 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Worlund**
**915 Centerbrook Dr**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Wright**
**12100 Montecito Rd**
**Unit 123**
**Los Alamitos, CA 90720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chris Wyland**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Chrissy Butler**
**2021 Cueva de Oro Cove**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christa McNeely**
**689 Hampshire Dr**
**Medina, OH 44256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christal Garcia**
**8409 Via Ladera**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christen Carpenter**
**9781 Star Dr**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.302 2**

**Nonpriority creditor's name and mailing address**

**Christen Rios**
**742 North G Street**
**Porterville, CA 93257**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.302 3**

**Nonpriority creditor's name and mailing address**

**Christi Haynes**
**1216 Fanning Dr**
**Wake Forest, NC 27587**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.302 4**

**Nonpriority creditor's name and mailing address**

**Christi Moore**
**5350 applewood Court**
**Pahrump, NV 89061**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.302 5**

**Nonpriority creditor's name and mailing address**

**Christian Aguas**
**2131 N. Treat Ave.**
**Unit 1**
**Tucson, AZ 85716**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.302 6**

**Nonpriority creditor's name and mailing address**

**Christian Cea**
**2395 NW Cove View**
**Stuart, FL 34994**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.302 7**

**Nonpriority creditor's name and mailing address**

**Christian Cea**
**2395 NW Cove View**
**Stuart, FL 34994**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.302 8**

**Nonpriority creditor's name and mailing address**

**Christian Covington**
**2010 Q Ave**
**Anacortes, WA 98221**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.302 9**

**Nonpriority creditor's name and mailing address**

**Christian Covington**
**21501 Brookhurst**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.303 0**

**Nonpriority creditor's name and mailing address**

**Christian Fanticola**
**80 Linda Isle**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.303 1**

**Nonpriority creditor's name and mailing address**

**Christian Farrell**
**5905 Grace Lee Ave**
**Sykesville, MD 21784**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.303 2**

**Nonpriority creditor's name and mailing address**

**CHRISTIAN Froude**
**226 42nd St**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.303 3**

**Nonpriority creditor's name and mailing address**

**Christian Froude**
**226 42nd Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.303 4**

**Nonpriority creditor's name and mailing address**

**CHRISTIAN FROUDE**
**226 42ND ST**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.303 5**

**Nonpriority creditor's name and mailing address**

**Christian Gomez**
**2269 Maple St**
**D**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.3036**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                     **$0.00**

**Christian Gomez**                     ☐ Contingent
**2269 Maple St**                     ☐ Unliquidated
**Costa Mesa, CA 92627**                     ☐ Disputed

Date(s) debt was incurred  **2025**                     **Basis for the claim:  Warranty**

Last 4 digits of account number __                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.3037**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                     **$0.00**

**christian gomez**                     ☐ Contingent
**2269 Maple St**                     ☐ Unliquidated
**costa mesa, CA 92627**                     ☐ Disputed

Date(s) debt was incurred  **2024**                     **Basis for the claim:  Warranty**

Last 4 digits of account number __                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.3038**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                     **$0.00**

**Christian Hanburger**                     ☐ Contingent
**39053 Tarpon Lane**                     ☐ Unliquidated
**#844**                     ☐ Disputed
**Avon, NC 27915**

Date(s) debt was incurred  **2024**                     **Basis for the claim:  Warranty**

Last 4 digits of account number __                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.3039**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                     **$0.00**

**Christian Hanson**                     ☐ Contingent
**75 Leona Dr.**                     ☐ Unliquidated
**Pittsfield, MA 01201**                     ☐ Disputed

Date(s) debt was incurred  **2022**                     **Basis for the claim:  Warranty**

Last 4 digits of account number __                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.3040**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                     **$0.00**

**Christian Hassig**                     ☐ Contingent
**13582 Lavender Way**                     ☐ Unliquidated
**San Diego, CA 92130**                     ☐ Disputed

Date(s) debt was incurred  **2021**                     **Basis for the claim:  Warranty**

Last 4 digits of account number __                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.3041**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                     **$0.00**

**Christian Henderson**                     ☐ Contingent
**41 Royal St George**                     ☐ Unliquidated
**Newport Beach, CA 92660**                     ☐ Disputed

Date(s) debt was incurred  **2023**                     **Basis for the claim:  Warranty**

Last 4 digits of account number __                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.3042**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                     **$0.00**

**Christian Knutson**                     ☐ Contingent
**4221 e ray road**                     ☐ Unliquidated
**2025**                     ☐ Disputed
**Ahwatukee Phoenix, AZ 85044**

Date(s) debt was incurred  **2023**                     **Basis for the claim:  Warranty**

Last 4 digits of account number __                     Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

_____
Name

---

| 3.304 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Christian Knutson**
**3817 s terrace rd**
**Tempe, AZ 85282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Christian Marsella**
**149 Canyoncrest**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Christian Miede**
**342 CATALINA FARM RD**
**SCOTTDALE, PA 15683-7728**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Christian Nieto**
**20 N Red Trl Ln**
**H410**
**Washington, UT 84780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Christian Norris**
**3922 Conquista Ave**
**Long Beach, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Christian Payne**
**1500 E 3rd St.**
**Apt 2**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.304 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Christian Quesada**
**4614 Finley Ave**
**No. 32**
**Los Angeles, CA 90027-2671**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

| 3.305 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christian Ransomer**
**1318 Saipan Rd**
**Coronado, CA 92118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christian Smith**
**110 field st**
**D150**
**Newnan, GA 30263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christian Stovall**
**3025 Harrison Street**
**San Francisco, CA 94110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:   Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christian Teague**
**3342 wimbleton drive**
**los alamitos, CA 90720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christian Warner**
**20391 Bay View Ave**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christian Warpula**
**406 Montrose Drive**
**Waxhaw, NC 28173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christian Washington**
**3023 Fair Ridge Way**
**Conway, SC 29526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.305 7**

**Nonpriority creditor's name and mailing address**

**Christie Hedges**
**422 quail court**
**chesterton, IN 46304**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305 8**

**Nonpriority creditor's name and mailing address**

**Christie Maranville**
**32399 San Marco Dr**
**Temecula, CA 92592**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.305 9**

**Nonpriority creditor's name and mailing address**

**Christie Moore**
**422 quail court**
**chesterton, IN 46304**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 0**

**Nonpriority creditor's name and mailing address**

**Christie Neubert**
**1110 Eventide Blvd**
**Wilmington, NC 28411**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 1**

**Nonpriority creditor's name and mailing address**

**Christie Pittman**
**9860 Country Meadow Dr**
**Stockton, CA 95209-5143**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 2**

**Nonpriority creditor's name and mailing address**

**Christie Walker**
**po bx 593**
**Big Bear City, CA 92314**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.306 3**

**Nonpriority creditor's name and mailing address**

**Christie Youngquist**
**1018 2nd Street**
**Unit 3**
**Santa Monica, CA 90403**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
              Name

---

| 3.306 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christin Tombolini**
**-906 Boros dr**
**-**
**Houston, TX 77024**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.306 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christin Tombolini**
**906 Boros dr**
**Houston, TX 77024**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.306 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christina Barrett**
**1324 20th Street SW**
**Largo, FL 33770**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.306 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christina Blum**
**227 W King Street**
**Malvern, PA 19355**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.306 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christina Chance**
**3609 Seashore Dr**
**Apt. A**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.306 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christina Cintron**
**12966 Dale Evans Ct**
**Yucaipa, CA 92399**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.307 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christina Cornett**
**604 Oceanview ave**
**Grover Beach, CA 93433**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

| 3.307 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Correa**
**2607 Perkins Lane, Apt C**
**Redondo Beach, CA 90278**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.307 2

**Nonpriority creditor's name and mailing address**

**Christina Correa**
**2607 Perkins Lane**
**Apt C**
**Redondo Beach, CA 90278**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.307 3

**Nonpriority creditor's name and mailing address**

**Christina Davis**
**1007 Winters Parkway**
**Dayton, NV 89403**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.307 4

**Nonpriority creditor's name and mailing address**

**Christina Davis**
**3425 Via Giovanni Circle**
**Corona, CA 92881**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.307 5

**Nonpriority creditor's name and mailing address**

**Christina Ferdinand**
**1000 5th ST SW**
**Willmar, MN 56201**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.307 6

**Nonpriority creditor's name and mailing address**

**Christina Gale**
**1207 Ravenscourt Ave**
**San Jose, CA 95128**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.307 7

**Nonpriority creditor's name and mailing address**

**Christina Galea**
**1207 Ravenscourt Ave**
**San Jose, CA 95128**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                  Case number (if known) _____
         Name

---

| 3.307 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Christina Gleason** | ☐ Contingent | |
| **594 W Gray Fox Ct** | ☐ Unliquidated | |
| **Meridian, ID 83646** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:**  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.307 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Christina Gonzales** | ☐ Contingent | |
| **3409 E Ocean Blvd** | ☐ Unliquidated | |
| **Unit 3** | ☐ Disputed | |
| **Long Beach, CA 90803** | | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:**  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.308 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Christina Kolar** | ☐ Contingent | |
| **2995 Hwy 66** | ☐ Unliquidated | |
| **Ashland, OR 97520** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:**  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.308 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Christina m wagner** | ☐ Contingent | |
| **1168 Bellingham Dr** | ☐ Unliquidated | |
| **Oceanside, CA 92057-2736** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:**  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.308 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Christina Mueller** | ☐ Contingent | |
| **578 East Ave** | ☐ Unliquidated | |
| **Broadway, VA 22815** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:**  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.308 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Christina Paniagua** | ☐ Contingent | |
| **3068 Gibraltar Ave** | ☐ Unliquidated | |
| **Costa Mesa, CA 92626** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:**  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.308 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Christina Peterson** | ☐ Contingent | |
| **2267 SW 146th Loop** | ☐ Unliquidated | |
| **Ocala, FL 34473** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:**  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

| 3.308 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Preston**
**305 meadow ridge north**
**Branson, MO 65616**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**christina rieden**
**2726 hilltop dr**
**newport beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Rodriguez**
**298 RIO VERDE PL**
**APT 1**
**Milpitas, CA 95035**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina wagner**
**1168 Bellingham Dr**
**Oceanside, CA 92057**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina wagner**
**1168 Bellingham Dr**
**OCEANSIDE, CA 92057**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christina Wells**
**306 Lindo Ave**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christine Ader**
**1451 E Tam Oshanter St**
**Ontario, CA 91761**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.309 2**

**Nonpriority creditor's name and mailing address**

**Christine Baker**
**2954 N Dancer Rd**
**Ann Arbor, MI 48130**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.309 3**

**Nonpriority creditor's name and mailing address**

**Christine Barger**
**722 East 3050 North**
**Lehi, UT 84043**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.309 4**

**Nonpriority creditor's name and mailing address**

**Christine Belasco**
**1601 Kings Rd**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.309 5**

**Nonpriority creditor's name and mailing address**

**Christine Belasco**
**118 Via Xanthe**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.309 6**

**Nonpriority creditor's name and mailing address**

**Christine Carr**
**533 East Capri Dr**
**Bonne Terre, MO 63628**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.309 7**

**Nonpriority creditor's name and mailing address**

**Christine Cawley**
**12911 Prospect Ln**
**Neosho, MO 64850**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.309 8**

**Nonpriority creditor's name and mailing address**

**Christine Christen**
**N6141 County Road SN**
**ONALASKA, WI 54650-9347**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.3099**

**Nonpriority creditor's name and mailing address**
**Christine Clarke**
**346 Pine Ave**
**Pacific Grove, CA 93950**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3100**

**Nonpriority creditor's name and mailing address**
**Christine Collins**
**821 Chipaway Drive**
**Apollo Beach, FL 33572**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3101**

**Nonpriority creditor's name and mailing address**
**Christine Diltz**
**9842 Bluereef drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3102**

**Nonpriority creditor's name and mailing address**
**Christine Evans**
**6616 Remsen Court**
**Carlsbad, CA 92011**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3103**

**Nonpriority creditor's name and mailing address**
**Christine fenton**
**1443 Shannon street**
**upland, CA 92648**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3104**

**Nonpriority creditor's name and mailing address**
**Christine Gibbons**
**162 Tribeca**
**Irvine, CA 92612**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3105**

**Nonpriority creditor's name and mailing address**
**Christine Gibbons**
**162 Tribeca**
**Irvine, CA 92612**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.310 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christine Gibson**
**814 E Fifth St**
**Port Angeles, WA 98362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christine Hall**
**21401 Pinetree Lane**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christine Hall**
**21401 Pinetree Ln**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.310 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christine Hoffman**
**959 Lansing Lane**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christine Hunton**
**3790 E. Lake Shore dr.**
**Rimrock, AZ 86335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christine Lee**
**801 Gulf Shore Blvd N**
**Naples, FL 34102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christine Lee**
**851 Gulf Shore Blvd N.**
**Naples, FL 34102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.311 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christine Ludovico**
**44 Lindcove**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christine MacDonald**
**2170 Vista Entrada**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christine McKim**
**6425 Teal Bend**
**Oak Harbor, OH 43449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christine Montelongo**
**5005 Elkin Creek Ave**
**Las Vegas, NV 89131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christine O'Connor**
**237 Sierks St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christine Ortiz**
**13067 Banyan St**
**Rancho Cucamonga, CA 91739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.311 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Christine Phelps**
**10455 HADLEY CIR N**
**Saint Paul, MN 55110-1207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                              Case number *(if known)* _____
         _____
         Name

| 3.312 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christine Puckett**
**6521 Melody Lane**
**Pineville, LA 71360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christine Raddatz Ciccone**
**24 Beech St,**
**Collingwood, ON L9Y 2S9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christine Raddatz Ciccone**
**414 Tranquil Peak Court**
**Henderson, NV 89012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christine Sauter**
**1476 Washington Ave**
**#2**
**Portland, ME 04103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christine Sweigert**
**5766 Durango Road**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christine Tessier**
**19181 Jasper Hill Rd**
**Lake forest, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.312 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christine Vitanza**
**2107 Elton Lane**
**Austin, TX 78703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.312 7**

**Nonpriority creditor's name and mailing address**

**Christine West**
**24 Messer St**
**Providence, RI 02909**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 8**

**Nonpriority creditor's name and mailing address**

**Christine Williams**
**441 S Ventu Park Rd.**
**Newbury Park, CA 91320**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.312 9**

**Nonpriority creditor's name and mailing address**

**Christine Wyckoff**
**1780 state hwy. 49**
**Placerville, CA 95667**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 0**

**Nonpriority creditor's name and mailing address**

**Christine Zaepfel**
**57 Lamoree Road**
**Rhinebeck, NY 12572**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 1**

**Nonpriority creditor's name and mailing address**

**christkelly Dornevil**
**1945 Placentia Ave, Unit A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 2**

**Nonpriority creditor's name and mailing address**

**Christofer Roosendahl**
**203 Hoover Avenue**
**Ventura, CA 93003**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313 3**

**Nonpriority creditor's name and mailing address**

**Christopher ( Burt )**
**711 Medford Center**
**PMB 194**
**Medford, OR 97504**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.313
4**

**Nonpriority creditor's name and mailing address**

**Christopher Andrews**
**27657 Weeping Willow Dr**
**Valencia, CA 91354**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313
5**

**Nonpriority creditor's name and mailing address**

**Christopher Anthony Torres**
**9351 Stirrup St**
**Riverside, CA 92509**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313
6**

**Nonpriority creditor's name and mailing address**

**Christopher Antone**
**5700 Lakeside Dr**
**Fort Worth, TX 76179-6610**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313
7**

**Nonpriority creditor's name and mailing address**

**Christopher Atkinson**
**10702 Providence Ln**
**Granby, MO 64844**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313
8**

**Nonpriority creditor's name and mailing address**

**Christopher Awe**
**890 Congress St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.313
9**

**Nonpriority creditor's name and mailing address**

**Christopher Barlow**
**12200 Glines Ct.**
**Tustin, CA 92782**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314
0**

**Nonpriority creditor's name and mailing address**

**Christopher Battersby**
**46 Redhawk**
**Irvine, CA 92604**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)*

Name

---

**3.314 1**

**Nonpriority creditor's name and mailing address**

**christopher beals**
**1073 walnut st**
**tustin, CA 92780**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314 2**

**Nonpriority creditor's name and mailing address**

**Christopher Berkley**
**1202 Loma Drive**
**Austin, TX 78741**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314 3**

**Nonpriority creditor's name and mailing address**

**Christopher Bermudez**
**9576 Lemon Ave**
**Rancho Cucamonga, CA 91737**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314 4**

**Nonpriority creditor's name and mailing address**

**Christopher Bianchi**
**216 OPPERMAN RD**
**SOUTH NEW BERLIN, NY 13843**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314 5**

**Nonpriority creditor's name and mailing address**

**Christopher Bianchi**
**216 OPPERMAN RD**
**SOUTH NEW BERLIN, NY 13843**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314 6**

**Nonpriority creditor's name and mailing address**

**Christopher Bolger**
**6287 East 6th st.**
**Long Beach, CA 90803**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314 7**

**Nonpriority creditor's name and mailing address**

**Christopher Bollinger**
**330 Leland Terrace Northeast**
**Atlanta, GA 30317**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.314 8**

**Nonpriority creditor's name and mailing address**

**Christopher Bosley**
**1515 Cumberland Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.314 9**

**Nonpriority creditor's name and mailing address**

**Christopher Brady**
**93 South Collinwood Road**
**Maplewood, NJ 07040**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.315 0**

**Nonpriority creditor's name and mailing address**

**Christopher Brawn**
**12154 Timber Ln SE**
**Jefferson, OR 97352**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.315 1**

**Nonpriority creditor's name and mailing address**

**Christopher Brennan**
**39 Dogwood Ln**
**Fair Haven, NJ 07704**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.315 2**

**Nonpriority creditor's name and mailing address**

**Christopher Burt**
**1111w Columbia way**
**442**
**Vancouver, WA 98660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.315 3**

**Nonpriority creditor's name and mailing address**

**Christopher Burt**
**8903 NE 35th Ct**
**Vancouver, OR 98665**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.315 4**

**Nonpriority creditor's name and mailing address**

**Christopher Cain**
**704 Butternut Rd**
**Madison, WI 53704-6004**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____     Case number *(if known)* _____
　　　　Name

---

**3.315
5**

**Nonpriority creditor's name and mailing address**

**christopher Calescibetta**
**210 e 29th st. apt 15**
**long beach, CA 90806**

Date(s) debt was incurred __**2022**__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Warranty**__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.315
6**

**Nonpriority creditor's name and mailing address**

**Christopher Cannavino**
**1025 Calaveras Dr**
**SAN DIEGO, CA 92107**

Date(s) debt was incurred __**2020**__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Warranty**__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.315
7**

**Nonpriority creditor's name and mailing address**

**Christopher Cecil**
**524 West 19th Street**
**Santa Ana, CA 92706**

Date(s) debt was incurred __**2020**__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Warranty**__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.315
8**

**Nonpriority creditor's name and mailing address**

**Christopher Cobb**
**401 W. La Veta Ave**
**Apt 109**
**Orange, CA 92866**

Date(s) debt was incurred __**2022**__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Warranty**__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.315
9**

**Nonpriority creditor's name and mailing address**

**Christopher Coffey**
**4830 Estrada de Costa**
**Sarasota, FL 34242**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Warranty**__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.316
0**

**Nonpriority creditor's name and mailing address**

**Christopher Coffey**
**9 Seabreeze Lane**
**Avalon Manor, NJ 08202**

Date(s) debt was incurred __**2021**__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Warranty**__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.316
1**

**Nonpriority creditor's name and mailing address**

**christopher corbo**
**9675 Skye Star Ave**
**Las Vegas, NV 89166**

Date(s) debt was incurred __**2025**__

Last 4 digits of account number __**7**__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __**Warranty**__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.316 2**

**Nonpriority creditor's name and mailing address**

**CHRISTOPHER CORBO**
**9675 SKYE STAR AVE**
**LAS VEGAS, NV 89166**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.316 3**

**Nonpriority creditor's name and mailing address**

**Christopher Coye**
**517 Longfellow Ave.**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.316 4**

**Nonpriority creditor's name and mailing address**

**Christopher Darienzo**
**3889 ROBIN RD**
**Furlong, PA 18925**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.316 5**

**Nonpriority creditor's name and mailing address**

**Christopher Davis**
**22185 Abington Drive**
**Farmington HIlls, MI 48335**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.316 6**

**Nonpriority creditor's name and mailing address**

**Christopher Druliner**
**3933 Rose Ave**
**Long Beach, CA 90807**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.316 7**

**Nonpriority creditor's name and mailing address**

**Christopher Ducker**
**15822 Fairgrove Ave**
**La Puente, CA 91744**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.316 8**

**Nonpriority creditor's name and mailing address**

**Christopher E Jeka**
**418 Paul Ave**
**Yerington, NV 89447**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.316 9**

**Nonpriority creditor's name and mailing address**

**Christopher Essex**
**PMB11245 439 Peace Portal Drive**
**Blaine, WA 98230**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.317 0**

**Nonpriority creditor's name and mailing address**

**Christopher Essex**
**4525 Marineview Crescent**
**North Vancouver, BC V7R 3P1**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.317 1**

**Nonpriority creditor's name and mailing address**

**Christopher Fallon**
**32 Hummingbird Lane**
**Swansea, MA 02777**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.317 2**

**Nonpriority creditor's name and mailing address**

**Christopher Findlater**
**5872 Antigua Way**
**Naples, FL 34113**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.317 3**

**Nonpriority creditor's name and mailing address**

**Christopher Findlater (guest)**
**2500 E 2nd St, Reno, NV 89595**
**Reno, FL 89595**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.317 4**

**Nonpriority creditor's name and mailing address**

**Christopher Finik**
**536A Heritage Village**
**Southbury, CT 06488**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.317 5**

**Nonpriority creditor's name and mailing address**

**Christopher Flores**
**21 Habitat**
**Irvine, CA 92618**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.317 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Fos**
**105 Farrell Street**
**Picayune, MS 39466**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.317 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Funch**
**14280 E Shepherd Ave**
**Clovis, CA 93619**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.317 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Gidley**
**2733 N Power Road**
**Ste102 PMB337**
**Mesa, AZ 85215**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.317 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Gorsky**
**17789 Campbell Flat Rd**
**Sonora, CA 95370**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.318 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Harper**
**261 Summit Way**
**San Francisco, CA 94132**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.318 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Heckerman**
**4613 hawaina way**
**Kelseyville, CA 95451**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.318 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Christopher Holderman**
**613 Lakeway Dr**
**El Paso, TX 79932**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.318
3**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Christopher Holt**    ☐ Contingent
**5707 S UTAHNA DR**    ☐ Unliquidated
**Murray, UT 84107**    ☐ Disputed

Date(s) debt was incurred __2022__    Basis for the claim:  __Warranty__

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.318
4**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Christopher Huff**    ☐ Contingent
**688 Kinoole Street**    ☐ Unliquidated
**Suite 112**    ☐ Disputed
**Hilo, HI 96720**

Date(s) debt was incurred __2024__    Basis for the claim:  __Warranty__

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.318
5**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Christopher Jean**    ☐ Contingent
**100 Logan Dr.**    ☐ Unliquidated
**Pearl river, LA 70452**    ☐ Disputed

Date(s) debt was incurred __2022__    Basis for the claim:  __Warranty__

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.318
6**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Christopher Johnson**    ☐ Contingent
**565 Shalimar Drive**    ☐ Unliquidated
**Prescott, AZ 86303**    ☐ Disputed

Date(s) debt was incurred __2023__    Basis for the claim:  __Warranty__

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.318
7**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**christopher johnston**    ☐ Contingent
**1815 sherington place**    ☐ Unliquidated
**Vs216**    ☐ Disputed
**Newport Beach, CA 92663**

Date(s) debt was incurred __2021__    Basis for the claim:  __Warranty__

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.318
8**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Christopher Jones**    ☐ Contingent
**8761 Old Harford Rd**    ☐ Unliquidated
**Parkville, MD 21234**    ☐ Disputed

Date(s) debt was incurred __2023__    Basis for the claim:  __Warranty__

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.318
9**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Christopher Kenny**    ☐ Contingent
**811 Spindrift Dr.**    ☐ Unliquidated
**Del Mar, CA 92014**    ☐ Disputed

Date(s) debt was incurred __2022__    Basis for the claim:  __Warranty__

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
                        Name

| 3.319 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**christopher klemme**
**1258 eleanor ave**
**Toledo, OH 43612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Kohler**
**17024 Red Tail Lane**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Kramer**
**5415 sw Daisy st**
**Port Orchard, WA 98367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Lee**
**290 7th St.**
**LINCOLN, CA 95648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Livaccari**
**890 N Cambridge St**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Longly**
**8411 Lee Blvd**
**Leawood, KS 66206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.319 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Lovell**
**111 Rendezvous Trail**
**Hesperus, CO 81326**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.319 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Malott**
**640 Sycamore Court**
**Zionsville, IN 46077**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.319 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Margiotta**
**1200 S 5th St Apt 1128**
**Harrison, NJ 07029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.319 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Margiotta**
**1200 S 5th St Apt 1128**
**Harrison, NJ 07029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.320 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Marquard**
**2133 N Argyle St**
**461**
**Portland, OR 97217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.320 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Marquard**
**5325 N Interstate Ave**
**Apt 720**
**Portland, OR 97217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.320 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher Massara**
**14431 Summer Garden Drive**
**Houston, TX 77083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.320 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Christopher McDaniel**
**2101 College Ave NE**
**Atlanta, GA 30317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number *(if known)* _____
         _____
         Name

---

| 3.320 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christopher Mendola** | ☐ Contingent | |
| **8617 Savoy Lane** | ☐ Unliquidated | |
| **O Fallon, IL 62269-4140** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.320 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christopher Millunzi** | ☐ Contingent | |
| **6923 Rosemont Park Ln** | ☐ Unliquidated | |
| **katy, TX 77494** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.320 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christopher Muller** | ☐ Contingent | |
| **3120 Moonlight Street** | ☐ Unliquidated | |
| **Wesley Chapel, FL 33543** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.320 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christopher Nelson** | ☐ Contingent | |
| **1801 E Girard Pl** | ☐ Unliquidated | |
| **Apt 124** | ☐ Disputed | |
| **Englewood, CO 80113** | | |
| Date(s) debt was incurred **2025** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.320 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christopher Pearson** | ☐ Contingent | |
| **439 W Great Basin dr.** | ☐ Unliquidated | |
| **Meridian, ID 83646** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.320 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christopher Pierucci** | ☐ Contingent | |
| **911 Timber Springs Dr** | ☐ Unliquidated | |
| **Joliet, IL 60432** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.321 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Christopher Pihl** | ☐ Contingent | |
| **2909 Jacaranda Ave** | ☐ Unliquidated | |
| **Costa Mesa, CA 92626** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.321**
**1**

**Nonpriority creditor's name and mailing address**

**Christopher Polovina**
**111 Via Mentone**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.321**
**2**

**Nonpriority creditor's name and mailing address**

**Christopher Powell**
**109 Hopkins Street, Apt. 403**
**Wakefield, MA 01880**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.321**
**3**

**Nonpriority creditor's name and mailing address**

**Christopher Rainville**
**16307 E Whirlaway Ln**
**Veradale, WA 99037**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.321**
**4**

**Nonpriority creditor's name and mailing address**

**Christopher Ramsdell**
**3012 Hillcrest Dr.**
**Los Angeles, CA 90016**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.321**
**5**

**Nonpriority creditor's name and mailing address**

**Christopher Reichert**
**5701 Schaefer Rd**
**Edina, MN 55436**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.321**
**6**

**Nonpriority creditor's name and mailing address**

**christopher rezanka**
**10426 Rue du Nuage**
**San Diego, CA 92131**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.321**
**7**

**Nonpriority creditor's name and mailing address**

**Christopher Rhoades**
**10329 Trabuco Street**
**Bellflower, CA 90706**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

| 3.321 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Richter**
**1750 Pathways Dr**
**Inlet Beach, FL 32461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.321 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Ross**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Ross**
**489 hill meadow dr**
**Virginia Beach, VA 23454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Scheer**
**18880 Pleasant Valley Dr.**
**New Offenburg, MO 63670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Shaw**
**8565 Cooper   s Hawk Dr.**
**Redmond, OR 97756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Slocum**
**19024 Meta Rd**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.322 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**christopher smith**
**41 Arbor Way**
**Wakefield, RI 02879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

| 3.322 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Stabach**
**46 Bowen St**
**Pawtucket, RI 02861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Stabach**
**46 Bowen St**
**Pawtucket, RI 02861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Stanley**
**3028 Golf Crest Lane**
**Woodstock, GA 30189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Stanley**
**3028 Golf Crest Ln**
**Woodstock, GA 30189**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.322 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Stewart**
**3123 E. Cat Balue Dr.**
**Phoenix, AZ 85050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Timpone**
**7139 E ROSEBAY ST**
**LONG BEACH, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.323 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Christopher Tongen**
**1123 Saint Paul Avenue**
**Saint Paul, MN 55116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

| 3.323 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**CHRISTOPHER TWOMBLY**
**21187 Sailors Bay Ln**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Ullmer**
**4162 Costero Risco**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Verne**
**21661 Brookhurst St**
**#435**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher W. Powell**
**109 Hopkins Street, Apt 403**
**Wakefield, MA 01880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Whaley**
**1703 Fir Ct.**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Whaley**
**1703 fir ct**
**Somerset, NJ 08873**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.323 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Christopher Whaley**
**35 Francis Drive**
**Hillsborough, NJ 08844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
               Name

---

| 3.323 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christopher Whedbee**
**3670 Wessex Ln**
**Huntingtown, MD 20639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christophor Borek**
**N5296 Potter Rd**
**Warrens, WI 54666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christy Green**
**8761 Bridge Lake Road**
**Clarkston, MI 48348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**christy heitmiller**
**2183 Andover Place**
**Cambria, CA 93428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christy Homsy**
**19419 Sandpebble**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christy McCarthy**
**3706 Devon Ct**
**El Dorado Hills, CA 95762-6208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.324 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Christy Razavi**
**407 Silver Maple Way**
**Lexington, KY 40508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.324
6**

**Nonpriority creditor's name and mailing address**

**Christy Smith**
**1230 center hill road**
**Swansea, SC 29160**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324
7**

**Nonpriority creditor's name and mailing address**

**Christy Smith**
**1230 CENTER HILL RD**
**SWANSEA, SC 29160**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324
8**

**Nonpriority creditor's name and mailing address**

**Christy Smith**
**1230 CENTER HILL RD**
**SWANSEA, SC 29160-8443**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324
9**

**Nonpriority creditor's name and mailing address**

**Christyna Farry**
**20232 orchid st**
**Newport beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.325
0**

**Nonpriority creditor's name and mailing address**

**Chuck Darney**
**76 Friendship Way**
**Parkesburg, PA 19365**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.325
1**

**Nonpriority creditor's name and mailing address**

**Chuck Davey**
**3169 E FOURTEEN FAIRWAY DR**
**Realdyne Corporation, DBA Zion E-Bike To**
**Washington City, UT 84780-2289**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.325
2**

**Nonpriority creditor's name and mailing address**

**Chuck Davey**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.325 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chuck Eckman**
**81380 Golf View Dr**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chuck Forman**
**5601 Shady Glen Place**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chuck Hothan**
**2800 sturgis rd**
**oxnard, CA 93030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chuck Huang**
**207 Lyndhurst ct**
**Longwood, FL 32779**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chuck Le**
**8 canyon Rim**
**Newport Coast, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chuck Newberry**
**16302 Typhoon Lane**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.325 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Chuck Olson**
**1584 Redlands Place**
**Unit B**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

| 3.326 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chuck Olson**
**1584 Redlands Place Unit B**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chuck Roghair**
**21132 Brookhurst St.**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chuck Young**
**2814 Sailor Avenue**
**Ventura, CA 93001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chukwuma Kalu**
**125 E93rd Street**
**Brooklyn, NY 11212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Chula**
**11222 Adobe Cir**
**11222**
**Irvine, CA 92617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cian Cuprys**
**10891 CAMINITO ARCADA**
**SAN DIEGO, CA 92131-3666**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.326 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Cinda Kostyak**
**316 Hubler Rd.**
**State College, PA 16801-7923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

**3.326**
**7**

**Nonpriority creditor's name and mailing address**

**Cinde McVeigh**
**119 Foam Flower Dr**
**Lake Frederick, VA 22630**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.326**
**8**

**Nonpriority creditor's name and mailing address**

**Cindi Heying**
**17211 Willemite St NW**
**Ramsey, MN 55303**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.326**
**9**

**Nonpriority creditor's name and mailing address**

**Cindy & Carroll Posey**
**813 W Central Ave, #7**
**Bentonville, AR 72712**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327**
**0**

**Nonpriority creditor's name and mailing address**

**Cindy Allred**
**245 E 600 S**
**Mendon, UT 84325**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327**
**1**

**Nonpriority creditor's name and mailing address**

**CINDY ALOE**
**2780 JAMAICA BLVD S**
**LAKE HAVASU CITY, AZ 86406**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327**
**2**

**Nonpriority creditor's name and mailing address**

**cindy angeli**
**367 Junipero Ave**
**pacific grove animal hospital, CA 93950**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.327**
**3**

**Nonpriority creditor's name and mailing address**

**CINDY ANGELI**
**367 Junipero Ave**
**pacific grove, CA 93950**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                           Case number (if known)
_____
Name

---

| 3.327<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cindy Atchley**
**4470 Sunset Blvd**
**Suite 94701**
**Los Angeles, CA 90027**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cindy Atchley**
**1530 E. Palm Canyon Dr**
**105**
**Palm Springs, CA 92264**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cindy Beeson**
**269 Monte Vista Ave.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cindy Browning**
**32 Hazelwood Road**
**Apt. Front right**
**Bloomfield, NJ 07003**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cindy Chi**
**1321 Seacrest Drive**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.327<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cindy Chislock**
**1711 Park Street**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cindy Della Vedova**
**3764 Harolds Road**
**Traverse City, MI 49696**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

---

| 3.328 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**cindy livingston**
**1344 Nuthatch Lane**
**Lake Orion, MI 48360**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.328 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cindy Manning**
**7211 haven E 187**
**Rancho cucomunga, CA 91730**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.328 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cindy Martinez**
**1306 N Lincoln Ave**
**Fullerton, CA 92831**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.328 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cindy Martinez**
**1306 N Lincoln Ave**
**Fullerton, CA 92831**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.328 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cindy Martinez**
**2510 Park Newport**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.328 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cindy Matthews**
**13015 Lantern Pointe Way**
**Harvest, AL 35749**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.328 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Cindy Mescher**
**2850 Cox Neck Rd**
**Chester, MD 21619**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3288**

**Nonpriority creditor's name and mailing address**

**Cindy Montgomery**
**4502 Waterbeck St**
**Fulshear, TX 77441-4248**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3289**

**Nonpriority creditor's name and mailing address**

**Cindy Montgomery**
**4502 Waterbeck St**
**Fulshear, TX 77441**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3290**

**Nonpriority creditor's name and mailing address**

**Cindy Mullen**
**72-3057 Uluweuweu Hema Pl.**
**Kailua-Kona, HI 96740**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3291**

**Nonpriority creditor's name and mailing address**

**Cindy Pilot**
**12410 Walden Rd.**
**Homer Glen, IL 60491**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3292**

**Nonpriority creditor's name and mailing address**

**Cindy Price**
**234 71ST ST**
**SPRINGFIELD, OR 97478**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3293**

**Nonpriority creditor's name and mailing address**

**Cindy Price**
**234 71st Street**
**SPRINGFIELD, OR 97478**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3294**

**Nonpriority creditor's name and mailing address**

**Cindy Rodriguez**
**322 EAGLE CREEK RD**
**GREEN COVE SPRINGS, FL 32043-6516**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

---

| 3.329 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cindy Schleicher**
**W7167 Glen Valley Dr**
**Greenville, WI 54942**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cindy Schutt**
**6374 Caminito Del Pastel**
**San Diego, CA 92111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cindy Stevens**
**136 high dune loop**
**Kitty hawk, NC 27949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cindy Tanis**
**4950 Stevely ave**
**Lakewood, CA 90713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cindy Taylor**
**19912Potomac Ln**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cindy Tittle**
**1678 Shoreline Way**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cindy Tittle**
**1678 Shoreline Way**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

| 3.330 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cindy Trainor**
**2346 Virginia dr**
**Manitowoc, WI 54220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cindy Wade**
**21 Redondo**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Cindy Wallace**
**14571 Bloomfield Path**
**Rosemount, MN 55068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**citlalli Padilla**
**680 Park Drive**
**Apt A**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Citlally Franco**
**1430 S Spruce St.**
**Santa ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CJ Root**
**325 Medina way**
**Newport Beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**CJ Twombly**
**21187 Sailors Bay Lane**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

---

**3.3309**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Clair Peck**                                                         ☐ Contingent
**1410 E. Balboa Blvd**                                                ☐ Unliquidated
**Newport Beach, CA 92661**                                            ☐ Disputed

Date(s) debt was incurred  **2021**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3310**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Claire Aton**                                                        ☐ Contingent
**3525 E Amelia Ave**                                                  ☐ Unliquidated
**Phoenix, AZ 85018**                                                  ☐ Disputed

Date(s) debt was incurred  **2023**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3311**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Claire Block**                                                      ☐ Contingent
**339 18th Street**                                                   ☐ Unliquidated
**Santa Monica, CA 90402**                                            ☐ Disputed

Date(s) debt was incurred  **2021**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3312**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Claire Draper**                                                     ☐ Contingent
**1845 Anaheim Ave**                                                  ☐ Unliquidated
**Unit 12C**                                                          ☐ Disputed
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3313**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Claire Faucher**                                                    ☐ Contingent
**704 1/2 Larkspur**                                                  ☐ Unliquidated
**Corona Del Mar, CA 92625**                                          ☐ Disputed

Date(s) debt was incurred  **2021**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3314**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Claire Fisher**                                                     ☐ Contingent
**510 Ward Street**                                                   ☐ Unliquidated
**Newton, MA 02459**                                                  ☐ Disputed

Date(s) debt was incurred  **2021**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.3315**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Claire Miedel**                                                     ☐ Contingent
**343 Catalina Farm Road**                                            ☐ Unliquidated
**Scottdale, PA 15683**                                               ☐ Disputed

Date(s) debt was incurred  **2022**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name    Case number (if known) _____

---

**3.3316**

**Nonpriority creditor's name and mailing address**

**Claire Miedel**
**144 Hilltop Drive**
**Scottdale, PA 15683**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3317**

**Nonpriority creditor's name and mailing address**

**Claire Rowley**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3318**

**Nonpriority creditor's name and mailing address**

**Claire Van Konynenburg**
**13681 W. Sunset Bl**
**Pacific Palisades, CA 90272**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3319**

**Nonpriority creditor's name and mailing address**

**Clan MacVile**
**5203 Farm to Market Road 2403**
**Alvin, TX 77511**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3320**

**Nonpriority creditor's name and mailing address**

**Clara Kallstrom**
**1045 N Aspen Ct**
**Canby, OR 97013**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3321**

**Nonpriority creditor's name and mailing address**

**Clare Eadie**
**1579 San Bernardino Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3322**

**Nonpriority creditor's name and mailing address**

**Clare Walker**
**1 WEYMOUTH ST**
**NANTUCKET, MA 02554**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.332 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Clark Brown**
**2517 N. Jacaranda**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.332 4**

**Nonpriority creditor's name and mailing address**

**Clark Cunningham**
**406 El Modena**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.332 5**

**Nonpriority creditor's name and mailing address**

**clark hahne**
**1741 port abbey place**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.332 6**

**Nonpriority creditor's name and mailing address**

**Clark Holton**
**179 G Street**
**Cayucos, CA 93430**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.332 7**

**Nonpriority creditor's name and mailing address**

**CLARK SIMS**
**16462 North Saint Vrain Drive**
**lyons, CO 80540**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.332 8**

**Nonpriority creditor's name and mailing address**

**Clark Vitek**
**1622 N Columbia Ridge Way**
**Washougal, WA 98671**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.332 9**

**Nonpriority creditor's name and mailing address**

**Claude Cognian**
**1137 Via Della Costrella**
**Henderson, NV 89011-0957**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.3330**

**Nonpriority creditor's name and mailing address**

**Claude Cognian**
**10555 Hampton Creek Dr.**
**RENO, NV 89521**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3331**

**Nonpriority creditor's name and mailing address**

**Claudia Hern**
**20325 Aurora Ln.**
**Canyon Country, CA 91351**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3332**

**Nonpriority creditor's name and mailing address**

**Claudia Hernandez Angulo**
**179 Mallard View Ln**
**Winston Salem, NC 27127**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3333**

**Nonpriority creditor's name and mailing address**

**Claudia Leufkens**
**359-H Cannon Green Dr**
**Goleta, CA 93117**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3334**

**Nonpriority creditor's name and mailing address**

**Claudia Lopez**
**219 Pomona Ave**
**B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3335**

**Nonpriority creditor's name and mailing address**

**Claudia Villegas**
**2337 Minuteman Way**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3336**

**Nonpriority creditor's name and mailing address**

**Claudine Castro**
**2205 Pacific ave**
**#202**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.333 7**

**Nonpriority creditor's name and mailing address**

**Claudine Schneider**
**9058 E Shorewood Dr #162**
**Mercer Island, WA 98040**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.333 8**

**Nonpriority creditor's name and mailing address**

**Claudine Schneider**
**3311 Frater Ave SW**
**Seattle, WA 98116**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.333 9**

**Nonpriority creditor's name and mailing address**

**Claudio Fort**
**2 Ridgewood Ln**
**Rutland, VT 05701**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.334 0**

**Nonpriority creditor's name and mailing address**

**Claudio Fort**
**13 Sherwood Rd**
**Rutland, VT 05701**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.334 1**

**Nonpriority creditor's name and mailing address**

**clay frenz**
**1854 new jersey sy**
**costa mesa, CA 92626**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.334 2**

**Nonpriority creditor's name and mailing address**

**Clay Turner**
**514 W Monte Vista Rd**
**Phoenix, AZ 85003**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.334 3**

**Nonpriority creditor's name and mailing address**

**Clayton Gaddis**
**188 Waverly Way Northeast**
**Atlanta, GA 30307**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.334 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Clayton Stroh**
**3601 s Newport pl.**
**Kennewick, WA 99337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Clem Napoli**
**698Jaycox Rd**
**Avon Lake, OH 44012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Clem Napoli**
**698 Jaycox Road**
**Avon Lake, OH 44012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Clement Butler**
**853 Governor St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CLETE SCHWEGMAN**
**2910 SUNSET AVE**
**LONGPORT, NJ 08403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.334 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Clete Schwegman**
**2910 Sunset Avenue**
**Longport, NJ 08403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Cliff Mann**
**23 Foxgreen ct**
**Homosassa, FL 34446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
　　　　　Name

Case number *(if known)* _____

---

**3.335**
**1**

**Nonpriority creditor's name and mailing address**

**Cliff Nottingham**
**32550 W. 91st Terrace**
**De Soto, KS 66018**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.335**
**2**

**Nonpriority creditor's name and mailing address**

**CLIFFORD BRUDER**
**2960 N ALDER WOOD LN**
**WILSON, WY 83014**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.335**
**3**

**Nonpriority creditor's name and mailing address**

**Clifford Forshey**
**374 Short Street**
**Woodsfield, OH 43793**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.335**
**4**

**Nonpriority creditor's name and mailing address**

**Clint Anderson**
**100 Bierney Creek Road**
**Great Northern Veterinary Ctr**
**Lakeside, MT 59922**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.335**
**5**

**Nonpriority creditor's name and mailing address**

**Clint Anderson**
**Great Northern Veterinary Ctr**
**100 Bierney Creek Road**
**Lakeside, MT 59922**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.335**
**6**

**Nonpriority creditor's name and mailing address**

**Clint Doverspike**
**6404 south Harvey place**
**Oklahoma City, OK 73139**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.335**
**7**

**Nonpriority creditor's name and mailing address**

**Clint Murray**
**1175 S Country Glenn Way**
**Anaheim Hills, CA 92808**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3358**

**Nonpriority creditor's name and mailing address**

**Clint Murray**
**1175 S Country Glen Way**
**Anaheim, CA 92808**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3359**

**Nonpriority creditor's name and mailing address**

**Clinton Anderson**
**Great Northern Veterinary Ctr**
**100 Bierney Creek Road**
**Lakeside, MT 59922**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3360**

**Nonpriority creditor's name and mailing address**

**Clinton Jantz**
**31 Collom St. Box 3**
**Maybell, CO 81640**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3361**

**Nonpriority creditor's name and mailing address**

**Clyde Bates**
**1323 NE 93rd Street**
**Kansas City, MO 64155**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3362**

**Nonpriority creditor's name and mailing address**

**Clyde Secord**
**2749 Brookmeadow Dr**
**Belleville, IL 62221**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3363**

**Nonpriority creditor's name and mailing address**

**Clyde Secord**
**2749 Brookmeadow Drive**
**Belleville, IL 62221**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3364**

**Nonpriority creditor's name and mailing address**

**Cobi Hopkins**
**1874 Oliver Avenue**
**San Diego, CA 92109**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3365**

**Nonpriority creditor's name and mailing address**

**Cody Amick**
**4682 Milo Dr. Apt D**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3366**

**Nonpriority creditor's name and mailing address**

**Cody Amick**
**4682 Milo Dr Apt. D**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3367**

**Nonpriority creditor's name and mailing address**

**CODY ANDERSON**
**11105 N COUNTRY CLUB GREEN DR**
**TOMBALL, TX 77375**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3368**

**Nonpriority creditor's name and mailing address**

**Cody Anderson**
**3193 Metolius Drive**
**Eugene, OR 97408**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3369**

**Nonpriority creditor's name and mailing address**

**Cody Anderson**
**33681 Scottys Cove**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3370**

**Nonpriority creditor's name and mailing address**

**cody bondurant**
**3532 MARY ELDER RD NE**
**APT 11**
**OLYMPIA, WA 98506**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3371**

**Nonpriority creditor's name and mailing address**

**Cody Cavender**
**41 Lasher Street**
**C1**
**Stevenson, OR 98648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

---

**3.337 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**Cody Dirrigle**
**2805 N 13th St**                    ☐ Contingent
**Wausau, WI 54403**                    ☐ Unliquidated
                    ☐ Disputed

Date(s) debt was incurred __2024__                    **Basis for the claim: __Warranty__**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.337 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**Cody Erdmann**
**1107 S Windsor St.**                    ☐ Contingent
**Windsor, MO 65360**                    ☐ Unliquidated
                    ☐ Disputed

Date(s) debt was incurred __2024__                    **Basis for the claim: __Warranty__**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.337 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**Cody Erdmann**
**1107 S Windsor St**                    ☐ Contingent
**Windsor, MO 65360**                    ☐ Unliquidated
                    ☐ Disputed

Date(s) debt was incurred __2024__                    **Basis for the claim: __Warranty__**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.337 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**Cody Grady**
**215 Valencia Dr**                    ☐ Contingent
**Jacksonville, NC 28540**                    ☐ Unliquidated
                    ☐ Disputed

Date(s) debt was incurred __2024__                    **Basis for the claim: __Warranty__**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.337 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**Cody Ingardia**
**20101 Moon Tide Circle**                    ☐ Contingent
**Huntington Beach, CA 92646**                    ☐ Unliquidated
                    ☐ Disputed

Date(s) debt was incurred __2021__                    **Basis for the claim: __Warranty__**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.337 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**Cody Izzo**
**22196 Emerald St.**                    ☐ Contingent
**Grand Terrace, CA 92313**                    ☐ Unliquidated
                    ☐ Disputed

Date(s) debt was incurred __2023__                    **Basis for the claim: __Warranty__**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.337 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**Cody Oakleaf**
**3305 Longfords Mill Dr**                    ☐ Contingent
**Columbia, MO 65203**                    ☐ Unliquidated
                    ☐ Disputed

Date(s) debt was incurred __2022__                    **Basis for the claim: __Warranty__**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                        Case number (if known) _____
_____
Name

---

**3.3379**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                      **$0.00**

**Cody Saunders**                                                      ☐ Contingent
**8327 Reading Ave**                                                   ☐ Unliquidated
**Los Angeles, CA 90045**                                             ☐ Disputed

Date(s) debt was incurred  **2024**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3380**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                      **$0.00**

**Cody Saunders Saunders**                                             ☐ Contingent
**8327 Reading Ave**                                                   ☐ Unliquidated
**Los Angeles, CA 90045**                                             ☐ Disputed

Date(s) debt was incurred  **2022**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3381**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                      **$0.00**

**Cody Swanty**                                                        ☐ Contingent
**2640 e Andy Devine**                                                 ☐ Unliquidated
**Kingman, AZ 86401**                                                 ☐ Disputed

Date(s) debt was incurred  **2023**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3382**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                      **$0.00**

**Cody Watson**                                                        ☐ Contingent
**2495 NE Bobbi Pl**                                                   ☐ Unliquidated
**Prineville, OR 97754**                                              ☐ Disputed

Date(s) debt was incurred  **2023**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3383**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                      **$0.00**

**Cole Adamo**                                                         ☐ Contingent
**12 westpark way**                                                    ☐ Unliquidated
**Taft, CA 93268**                                                    ☐ Disputed

Date(s) debt was incurred  **2021**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3384**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                      **$0.00**

**Cole Allers**                                                        ☐ Contingent
**100 Main St N**                                                      ☐ Unliquidated
**Apt 810**                                                           ☐ Disputed
**Saint Petersburg, FL 33716**

Date(s) debt was incurred  **2024**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3385**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                      **$0.00**

**Cole Barnett**                                                       ☐ Contingent
**702 Hidden Cove Rd**                                                 ☐ Unliquidated
**Ada, MI 49301**                                                     ☐ Disputed

Date(s) debt was incurred  **2025**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.3386**

**Nonpriority creditor's name and mailing address**

**Cole Barnett**
**390 Saddleback DR NE**
**Grand Rapids, MI 49525**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3387**

**Nonpriority creditor's name and mailing address**

**cole marmon**
**1427 20th St. NW**
**GMS Metal Works**
**Auburn, WA 98001**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3388**

**Nonpriority creditor's name and mailing address**

**Cole Rae-Plouffe**
**15162 Ledgestone St**
**Fontana, CA 92336**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3389**

**Nonpriority creditor's name and mailing address**

**Cole Rise**
**20 FALLING STAR CT**
**FLETCHER, NC 28732**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3390**

**Nonpriority creditor's name and mailing address**

**Cole Shandrick**
**8381 Snowbird drive**
**Huntington Beach, CA 92646**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3391**

**Nonpriority creditor's name and mailing address**

**Coleen Love**
**1861 Lorraine Way**
**Saint Cloud, FL 34769**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3392**

**Nonpriority creditor's name and mailing address**

**Coleen Love**
**1861 Lorraine Way**
**St Cloud, FL 34769**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.339
3**

**Nonpriority creditor's name and mailing address**

**Coleen Love**
**1861 Lorraine Way**
**St Cloud, FL 34769**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339
4**

**Nonpriority creditor's name and mailing address**

**Coleen Noel**
**14618 Goodwin Ave**
**Bakersfield, CA 93314**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339
5**

**Nonpriority creditor's name and mailing address**

**Coleman McCusker**
**546 11TH ST**
**APT C**
**HERMOSA BEACH, CA 90254**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339
6**

**Nonpriority creditor's name and mailing address**

**Coleman McCusker**
**546 11th Street**
**Unit C**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339
7**

**Nonpriority creditor's name and mailing address**

**Colette Benson**
**906 Milbrook Arch**
**Chesapeake, VA 23322**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339
8**

**Nonpriority creditor's name and mailing address**

**Colin Achenbach**
**1321 1st Street South**
**Stillwater, MN 55082**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.339
9**

**Nonpriority creditor's name and mailing address**

**Colin Achenbach**
**1321 1st St S**
**Stillwater, MN 55082-6274**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.340 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colin Achenbach**
**1321 1st St S**
**Stillwater, MN 55082-6274**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colin Boyd**
**1901 diana ln**
**newport beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colin Miller**
**6170 Heathercreek Way**
**San Jose, CA 95123**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colin Paisley**
**3003 Wendy's Way**
**anchorage, AK 99517**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**colin patterson**
**2073 mountain iris dr**
**erie, CO 80516**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colin Yates**
**25981 Windsong**
**Lake Forest, CA 92630**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Colleen**
**2395 NW Cove View**
**Stuart, FL 34994**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
         Name

---

| 3.340<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Colleen Blissenbach**
**499 County 5 NW**
**Hackensack, MN 56452**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Colleen Bomgaars**
**4000 Trotwood Drive**
**Lake Havasu City, AZ 86406**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.340<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Colleen Connelly**
**17582 Allegheny Dr**
**Santa Ana, CA 92705**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Colleen Dillard**
**373 Sturbridge Dr**
**Saint Charles, MO 63303**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**colleen gurney**
**1824 port kimberly**
**newport beach, CA 92660**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Colleen Hahn**
**11773 Naples Circle NE**
**Blaine, MN 55449-5839**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.341<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Colleen Hahn**
**5476 City Hall St**
**Nisswa, MN 56468**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

---

**3.341
4**

**Nonpriority creditor's name and mailing address**

**colleen kelly**
**79 emerald bay**
**laguna beach, CA 92651**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.341
5**

**Nonpriority creditor's name and mailing address**

**Colleen Kelly**
**79 Emerald Bay**
**Laguna Beach, CA 92651**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.341
6**

**Nonpriority creditor's name and mailing address**

**Colleen Markowitz**
**32 Pine Island Road**
**Hilton head island, SC 29928**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.341
7**

**Nonpriority creditor's name and mailing address**

**Colleen Mount**
**9060 Woodlake Lane**
**Villa Rica, GA 30180**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.341
8**

**Nonpriority creditor's name and mailing address**

**Colleen Mount**
**9060 Woodlake Lane**
**Villa Rica, GA 30180-9623**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.341
9**

**Nonpriority creditor's name and mailing address**

**Colleen Osland**
**6712 Fumarole Drive**
**McCloud, CA 96057**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.342
0**

**Nonpriority creditor's name and mailing address**

**Collette Wikenheiser**
**475 Hollywood Court**
**Kelowna, BC V1X 7J1**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|--------|--------------------------------|---------------------------|--|
| | Name | | |

---

**3.342 1**

**Nonpriority creditor's name and mailing address**

**Collin McKeown**
**1110 Victoria St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.342 2**

**Nonpriority creditor's name and mailing address**

**Colt Clemens**
**2089 Laguna Canyon Rd. Unit B**
**Laguna Beach, CA 92651**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.342 3**

**Nonpriority creditor's name and mailing address**

**Colton Willett**
**100 Fox Run Ct**
**East Peoria, IL 61611**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.342 4**

**Nonpriority creditor's name and mailing address**

**Columbia DeMarco**
**11653 E Four Peaks Rd**
**Scottsdale, AZ 85262**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.342 5**

**Nonpriority creditor's name and mailing address**

**Conan Storlie**
**5420 25th Ave SW**
**Seattle, WA 98106**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.342 6**

**Nonpriority creditor's name and mailing address**

**Conner Cea**
**2395 NW Cove View**
**Stuart, FL 34994**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.342 7**

**Nonpriority creditor's name and mailing address**

**Connie Bronner**
**1190 Catherine St.**
**Orange City, FL 32763-6797**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.342
8**

**Nonpriority creditor's name and mailing address**

**Connie Gayhart**
**9592 Onset Cir**
**Huntington Beach, CA 92646**

**Date(s) debt was incurred _2022_**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.342
9**

**Nonpriority creditor's name and mailing address**

**Connie Gill**
**42780 Oak Ridge Drive**
**#3**
**Cable, WI 54821**

**Date(s) debt was incurred _2023_**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343
0**

**Nonpriority creditor's name and mailing address**

**Connie Gonzales**
**3065 Caliente Dr.**
**Lake Havasu City, AZ 86404**

**Date(s) debt was incurred _2023_**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343
1**

**Nonpriority creditor's name and mailing address**

**Connie Graham**
**22 Dinuba**
**Irvine, CA 92602**

**Date(s) debt was incurred _2022_**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343
2**

**Nonpriority creditor's name and mailing address**

**Connie Hayes**
**1550 ZARTHAN AVE S**
**Unit 505**
**ST LOUIS PARK, MN 55416**

**Date(s) debt was incurred _2021_**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343
3**

**Nonpriority creditor's name and mailing address**

**Connie Hayes**
**1550 ZARTHAN AVE S**
**Unit 505**
**ST LOUIS PARK, MN 55416-1453**

**Date(s) debt was incurred _2021_**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343
4**

**Nonpriority creditor's name and mailing address**

**Connie McCord**
**1697 Raccoon Way**
**Pendleton, IN 46064-8693**

**Date(s) debt was incurred _2022_**

**Last 4 digits of account number _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____Name_____

| 3.343 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Connie rowland**
**16725 Olive Cir**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**CONNIE SLOAN**
**408 Gold Canon Rd**
**Canon City, CO 81212**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Connie Spear**
**602 NW 38th Pl**
**Cape Coral, FL 33993**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Connie Ward**
**6 ROACH ST**
**FULTON, NY 13069**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Connie Wilkinson**
**3965 Dean Drive**
**Ventura, CA 93003**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Connie Wilkinson**
**3965 Dean Dr**
**Ventura, CA 93003**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Connor Bray**
**1969 Federal Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.344 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Connor Casella**
**1946 Port Trinity**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Connor Gau**
**170 Fairhaven Ln**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**connor mcguire**
**2333 vista hogar**
**newport beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Connor Senecal**
**376 Stonehaven Ct SW**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Connor Sweeney**
**369 Ogle St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Conrad Boulton**
**117 Edmunds Rd.**
**PO Box 2681**
**New London, NH 03257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Conrad Lake**
**3250 Teddy Bear ln**
**Corona, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.344 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Conrad Lake**
**10444 Magnolia Ave**
**Riverside, CA 92505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Conrad Schaefer**
**5469 Wishing Well Drive**
**Timnath, CO 80547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Conrad Tona**
**160 Wells Pl**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Constance Niezgoda**
**1209 Waverly Way**
**Longwood, FL 32750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Constantine Panagakis**
**4007 W WISCONSIN AVE**
**TAMPA, FL 33616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Constantine Panagakis**
**4007 W WISCONSIN AVE**
**TAMPA, FL 33616-1135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Conte's Bike Shop Virginia Beach**
**1805 Laskin Rd Ste 101**
**Virginia Beach, VA 23454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.345 6**

**Nonpriority creditor's name and mailing address**

**Cooper Depenbrok**
**521 Russel Boulevard**
**Davis, CA 95616**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.345 7**

**Nonpriority creditor's name and mailing address**

**Cooper Depenbrok**
**515 1st Street**
**Davis, CA 95616**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.345 8**

**Nonpriority creditor's name and mailing address**

**cooper holland**
**358 East 19th st**
**costa mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.345 9**

**Nonpriority creditor's name and mailing address**

**corbin Thoe**
**2541 Back Bay Loop**
**COSTA MESA, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.346 0**

**Nonpriority creditor's name and mailing address**

**Corboy Callum**
**1717 Southwest Park Ave**
**#1207**
**Portland, OR 97201**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.346 1**

**Nonpriority creditor's name and mailing address**

**cord woodruff**
**3691 Hickory Circle SE**
**Smyrna, GA 30080**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.346 2**

**Nonpriority creditor's name and mailing address**

**corey Callahan**
**820 shelby lane**
**106**
**AUSTIN, TX 78745**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.346 3**

**Nonpriority creditor's name and mailing address**

**Corey Callahan**
**2003 e 2nd st**
**Austin, TX 78702**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 4**

**Nonpriority creditor's name and mailing address**

**Corey Callahan**
**349 Durham Dr**
**Steger, IL 60475**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 5**

**Nonpriority creditor's name and mailing address**

**COREY GULBRANSON**
**1835 Newport Blvd Ste A109-385**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 6**

**Nonpriority creditor's name and mailing address**

**Corey Gulbranson**
**365 Costa Mesa Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 7**

**Nonpriority creditor's name and mailing address**

**Corey Halm**
**177 Mount Saint Helens Dr**
**Henderson, NV 89012**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 8**

**Nonpriority creditor's name and mailing address**

**corey kallstrom**
**1045 N Aspen Ct**
**Canby, OR 97013**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 9**

**Nonpriority creditor's name and mailing address**

**Corey Record**
**3907 Darleanna Ct**
**Glen Allen, VA 23059**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.3470**

**Nonpriority creditor's name and mailing address**

**Corey Small**
**595 Simpson St.**
**Plymouth, MI 48170**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3471**

**Nonpriority creditor's name and mailing address**

**Corey Spuhler**
**2875 Lowen Valley Rd**
**Alexandria, VA 22303**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3472**

**Nonpriority creditor's name and mailing address**

**Corey Wentz**
**9098 Mallard Ave**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3473**

**Nonpriority creditor's name and mailing address**

**Cori Bergen**
**1305 Grand Review Drive**
**Leadville, CO 80461**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3474**

**Nonpriority creditor's name and mailing address**

**Cori Slonaker**
**2452 N Cabot Cir**
**Mesa, AZ 85207**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3475**

**Nonpriority creditor's name and mailing address**

**Corina Hausherr-Smith**
**18010 Bakers Farm Rd**
**Colorado Springs, CO 80908**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3476**

**Nonpriority creditor's name and mailing address**

**Corina Lim**
**16755 Savina Ln**
**Fontana, CA 92336**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.347 7**

**Nonpriority creditor's name and mailing address**

**Corina Lim**
**16755 Sabina Lane**
**Fontana, CA 92336**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 8**

**Nonpriority creditor's name and mailing address**

**Corine Denny**
**1239 Eagle St**
**Allentown, PA 18106**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 9**

**Nonpriority creditor's name and mailing address**

**Corine Perreira**
**300 4th Street**
**Oakley, CA 94561**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348 0**

**Nonpriority creditor's name and mailing address**

**Corinne Capiaux**
**540 San Bernardino Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348 1**

**Nonpriority creditor's name and mailing address**

**Corinne Gladkowski**
**766 Sepia Ct**
**Oceanside, CA 92057**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348 2**

**Nonpriority creditor's name and mailing address**

**Corinne Gladkowski**
**766 Sepia Ct**
**Oceanside, CA 92057**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348 3**

**Nonpriority creditor's name and mailing address**

**Corrine Marques**
**19123 SE 45th St**
**Issaquah, WA 98027**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.348 4**

**Nonpriority creditor's name and mailing address**

**Cortney Holland**
**358 East 19th St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348 5**

**Nonpriority creditor's name and mailing address**

**Cortney Meeker**
**5204 Tuckerman Lane, Apt 209**
**Apt 209**
**North Bethesda, MD 20852**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348 6**

**Nonpriority creditor's name and mailing address**

**Cortney Meeker**
**5204 Tuckerman Lane**
**Apt 209**
**North Bethesda, MD 20852**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348 7**

**Nonpriority creditor's name and mailing address**

**Cory Andereason**
**18904 Mount Walton Cir**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348 8**

**Nonpriority creditor's name and mailing address**

**CORY ANDERSON**
**22807 W 71st Ter**
**Shawnee, KS 66227-2115**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348 9**

**Nonpriority creditor's name and mailing address**

**Cory Arevalo**
**5490 Edgeview Drive**
**Discovery Bay, CA 94505**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.349 0**

**Nonpriority creditor's name and mailing address**

**Cory Daly**
**123 Cardinal Way**
**San Clemente, CA 92672**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.349
1**

**Nonpriority creditor's name and mailing address**

**Cory Engel**
**540 22nd St NE**
**Salem, OR 97301**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.349
2**

**Nonpriority creditor's name and mailing address**

**Cory Feldman**
**506 35th St.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.349
3**

**Nonpriority creditor's name and mailing address**

**cory guy**
**2006 beryl ln**
**newport, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.349
4**

**Nonpriority creditor's name and mailing address**

**Cory Mayes**
**10082 Crailet Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.349
5**

**Nonpriority creditor's name and mailing address**

**Cory Onell**
**2990 Carsty Circle**
**Depere, WI 54115**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.349
6**

**Nonpriority creditor's name and mailing address**

**Cory Redding Sr.**
**11605 Firethorn Ct**
**Austin, TX 78732**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.349
7**

**Nonpriority creditor's name and mailing address**

**Cory Spurlock**
**418 Santa Ana**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.3498**

**Nonpriority creditor's name and mailing address**

**Coryn Savage**
**517 Fernleaf Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3499**

**Nonpriority creditor's name and mailing address**

**Coryn Savage**
**517 Fernleaf Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3500**

**Nonpriority creditor's name and mailing address**

**Court Klekas**
**1078 Parkway Drive**
**Park City, UT 84098**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3501**

**Nonpriority creditor's name and mailing address**

**Courtenay Foss**
**1100 Pembroke Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3502**

**Nonpriority creditor's name and mailing address**

**Courtney Blacklow**
**39 Frazier Rd**
**W. Falmouth Rd., MA 02540**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3503**

**Nonpriority creditor's name and mailing address**

**Courtney Buenaventura**
**125 Baker St E**
**102**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3504**

**Nonpriority creditor's name and mailing address**

**Courtney Campbell**
**662 heather ave**
**Placentia, CA 92870**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.350
5**

**Nonpriority creditor's name and mailing address**

**Courtney Craig**
**3581 Happy Lane**
**Las Vegas, NV 89120**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.350
6**

**Nonpriority creditor's name and mailing address**

**Courtney Eguchi**
**2026 Camas Ave NE**
**Renton, WA 98056**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.350
7**

**Nonpriority creditor's name and mailing address**

**Courtney Gardiner**
**388 Mitchell Rd**
**Cape Elizabeth, ME 04107**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.350
8**

**Nonpriority creditor's name and mailing address**

**Courtney Gardiner**
**388 Mitchell Road**
**Cape Elizabeth, ME 04107**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.350
9**

**Nonpriority creditor's name and mailing address**

**courtney hanowitz**
**13210 Wayback Road**
**Bokeelia, FL 33922**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.351
0**

**Nonpriority creditor's name and mailing address**

**Courtney Hunt**
**28901 Nw 112th ave**
**Battle ground, WA 98604**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.351
1**

**Nonpriority creditor's name and mailing address**

**Courtney Hunt**
**28901 ne 112th ave**
**Battle ground, WA 98604**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.351 2**

**Nonpriority creditor's name and mailing address**

**Courtney Jones**
**40963 Cutleaf Lane**
**Aldie, VA 20105**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351 3**

**Nonpriority creditor's name and mailing address**

**Courtney Kronmuller**
**21372 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351 4**

**Nonpriority creditor's name and mailing address**

**Courtney Roth**
**38238 Hazelwood street**
**Murrieta, CA 92562**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351 5**

**Nonpriority creditor's name and mailing address**

**Courtney Schaack**
**222 Wellesley Ln.**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351 6**

**Nonpriority creditor's name and mailing address**

**Courtney Smith**
**1854 Riviera Parkway**
**Point Pleasant Boro, NJ '08742**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351 7**

**Nonpriority creditor's name and mailing address**

**Courtney Taylor**
**98 Tall Ruff Dr**
**Las Vegas, NV 89148**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.351 8**

**Nonpriority creditor's name and mailing address**

**courtney wieland**
**3775 maplewood ave**
**los angeles, CA 90066**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.3519**

**Nonpriority creditor's name and mailing address**

**Courtney-Rae Reinecke**
**1469 E Winder Ln**
**Salt Lake City, UT 84124-1401**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3520**

**Nonpriority creditor's name and mailing address**

**Craig Abbott**
**18 Bronco Ct**
**San Ramon, CA 94583**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3521**

**Nonpriority creditor's name and mailing address**

**Craig Abbott**
**744 Lynnhaven Lane**
**La Canada, CA 91011**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3522**

**Nonpriority creditor's name and mailing address**

**Craig Abbott**
**744 Lynnhaven Ln**
**La Canada, CA 91011**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3523**

**Nonpriority creditor's name and mailing address**

**Craig Anderson**
**4615 N. Edgebrook Dr.**
**Peoria, IL 61614**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3524**

**Nonpriority creditor's name and mailing address**

**Craig Anderson**
**19631 Village Oaks Cir**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3525**

**Nonpriority creditor's name and mailing address**

**Craig Anderson**
**2825 Portola Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                              Case number (if known) _____
_____
Name

---

| 3.352 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Anderson**
**19631 Village Oaks Circle**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**craig andrich**
**966 bloomwood rd**
**san pedro, CA 90731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Barbarosh**
**29 Vernal Spring**
**Irvine, CA 92603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.352 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Behrens**
**1830 Clearwater Rd**
**St Cloud, MN 56301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Born**
**4160 W BROCKER RD**
**METAMORA, MI 48455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Brechner**
**17 Anapamu**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.353 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Brown**
**594 North Rockcliff Road**
**Fayetteville, AR 72701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.353
3**

**Nonpriority creditor's name and mailing address**

**craig bruno
42851 lemonwood dr
lancaster, CA 93536**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353
4**

**Nonpriority creditor's name and mailing address**

**Craig Cornett
604 Ocean View Ave
Grover Beach, CA 93433**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353
5**

**Nonpriority creditor's name and mailing address**

**Craig Covey
1657 Utah Cir
Costa Mesa, CA 92626**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353
6**

**Nonpriority creditor's name and mailing address**

**Craig Cowan
6973 West 9720 North
Highland, UT 84003**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353
7**

**Nonpriority creditor's name and mailing address**

**Craig Davis
1430 Fulton St.
Nashville, TN 37206**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353
8**

**Nonpriority creditor's name and mailing address**

**Craig Davis
1430 Fulton Street
Nashville, TN 37206**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353
9**

**Nonpriority creditor's name and mailing address**

**Craig Dues
651 N Linn St
Saint Henry, OH 45883**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                   Case number *(if known)* _____
_____
Name

---

**3.354 0**

**Nonpriority creditor's name and mailing address**

**craig fleetwood**
**2832 Via Amapola**
**San Clemente, CA 92673**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 1**

**Nonpriority creditor's name and mailing address**

**Craig Framer**
**2419 Rikkard Drive**
**Thousand Oaks, CA 91362**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 2**

**Nonpriority creditor's name and mailing address**

**Craig Frizzell**
**2189 N 55th St**
**Milwaukee, WI 53208**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 3**

**Nonpriority creditor's name and mailing address**

**Craig Glynn**
**868 14th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 4**

**Nonpriority creditor's name and mailing address**

**Craig Helmar**
**300 Lexington Circle**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 5**

**Nonpriority creditor's name and mailing address**

**Craig Holmes**
**215 N Center St**
**1605**
**San Antonio, TX 78202**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 6**

**Nonpriority creditor's name and mailing address**

**Craig Holmes**
**215 N. Center St.**
**# 1605**
**San Antonio, TX 78202**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**
_____   Case number (if known) _____
Name

---

| 3.354 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Kinsling**
**4216 E 4th Street**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Kinsling**
**4216 E. 4th St.**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.354 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Konrad**
**17832 Gillette Ave**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig Konrad**
**17832 Gillette Ave**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig LeValley**
**3700 Presidential Drive**
**Palm Harbor, FL 34685**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig MacBeth**
**2844 SW Lakemont Place**
**Palm City, FL 34990**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.355 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Craig MacConnell**
**422 16th St.**
**Bellingham, WA 98225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

---

| 3.355 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Maloy**
**3600 Falcon Way**
**Reno, NV 89509**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.355 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Maloy**
**3600 Falcon Way**
**Reno, NV 89509**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.355 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig MANETTA**
**17252 keelson lane**
**Apartment d**
**HUNTINGTON BEACH, CA 92647**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.355 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Maxwell**
**360 North 300 West**
**Ivins, UT 84738**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.355 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig McNeal**
**214 So. Hidden Lake Road**
**Stoddard, NH 03464**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.355 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig McNeal**
**214 So. Hidden Lake Road**
**Stoddard, NH 03464**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.356 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Meyer**
**2421 Via Rivera**
**Palos Verdes Estates, CA 90274**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                     Case number (if known) _____
_____
          Name

| 3.356 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Morris**
**4583 bixby dr**
**La Verne, CA 91750**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Noeldner**
**2516 13th Ave W**
**Seattle, WA 98119**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Perreault**
**1115 Highland Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Rodrigue**
**9732 DelafieldCir**
**Huntington beach, CA 92646**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Savage**
**209 E El Segundo Blvd**
**El Segundo, CA 90245**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Seeley**
**1055 Ocean Blvd**
**Atlantic Beach, FL 32233**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.356 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Craig Seeley**
**1055 Ocean Blvd**
**Atlantic Beach, FL 32233-5737**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.3568**

Nonpriority creditor's name and mailing address

**Craig Shuey**
**913 Merryweather Dr**
**Austell, GA 30106**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3569**

Nonpriority creditor's name and mailing address

**Craig Shuey**
**913 Merryweather Drive**
**Austell, GA 30106**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3570**

Nonpriority creditor's name and mailing address

**Craig Solomon**
**38 Old Barn Lane**
**Sagappnack, NY 11962**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3571**

Nonpriority creditor's name and mailing address

**Craig Streiff**
**2617 Willo Ln**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3572**

Nonpriority creditor's name and mailing address

**Craig Taylor**
**9181 Regatta Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3573**

Nonpriority creditor's name and mailing address

**Craig Voorting**
**30851 Marilyn Drive**
**Laguna Beach, CA 92651**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3574**

Nonpriority creditor's name and mailing address

**Craig Walters**
**6591 Park Mill Dr**
**Dublin, OH 43016**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**
_____     Case number (if known) _____
Name

---

**3.357
5**

**Nonpriority creditor's name and mailing address**

**Craig warren**
**3341 Cortese dr**
**Los Alamitos, CA 90720**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357
6**

**Nonpriority creditor's name and mailing address**

**Craig Weismann**
**17682 Still Harbor Lane**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357
7**

**Nonpriority creditor's name and mailing address**

**Craig Wilson**
**9144 W Lake Rd**
**Hammondsport, NY 14840-8506**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357
8**

**Nonpriority creditor's name and mailing address**

**Craig Witzel**
**7030 Yukon Way**
**Ferndale, WA 98248**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.357
9**

**Nonpriority creditor's name and mailing address**

**Craig Yardley**
**659 Windy Oaks Ln**
**Seneca, SC 29678**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358
0**

**Nonpriority creditor's name and mailing address**

**Craig Yocum**
**16895 Evening Star Rd**
**Riverside, CA 92506**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358
1**

**Nonpriority creditor's name and mailing address**

**Craig Yost**
**11929 CR 24**
**Arlington, OH 45814**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.358 2**

**Nonpriority creditor's name and mailing address**

**Crew Ybarra**
**1701 Emerald Tree Pl**
**Aubrey, TX 76227**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 3**

**Nonpriority creditor's name and mailing address**

**Cris Armstrong**
**2016 ASHLAND AVE**
**SANTA MONICA, CA 90405**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 4**

**Nonpriority creditor's name and mailing address**

**Crista Picciotti**
**641 Madison Ave**
**Langhorne, PA 19047-5464**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 5**

**Nonpriority creditor's name and mailing address**

**Crista Picciotti**
**641 Madison Avenue**
**Langhorne, PA 19047**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 6**

**Nonpriority creditor's name and mailing address**

**Cristian Etchart**
**13811 A Better Way**
**Garden Grove, CA 92843-3921**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 7**

**Nonpriority creditor's name and mailing address**

**Cristian Hernandez**
**11512 54th street North**
**West Palm Beach, FL 33411**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 8**

**Nonpriority creditor's name and mailing address**

**Cristian Salazar**
**879 center st**
**Apt 7**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.3589**

**Nonpriority creditor's name and mailing address**

**Cristian Sharpe**
**11440 Stone Pine St**
**Riverview, FL 33569**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3590**

**Nonpriority creditor's name and mailing address**

**Cristiana Allers**
**100 Main St. N**
**Apt. 1426**
**Saint Petersburg, FL 33716**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3591**

**Nonpriority creditor's name and mailing address**

**Cristina Callahan**
**435 E. Laurel Ave.**
**Sierra Madre, CA 91024**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3592**

**Nonpriority creditor's name and mailing address**

**Cristina Ehrhorn**
**20 Springwater**
**Irvine, CA 92604**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3593**

**Nonpriority creditor's name and mailing address**

**Cristina Maggio**
**7547 Gibraltar St 100**
**CARLSBAD, CA 92009**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3594**

**Nonpriority creditor's name and mailing address**

**Cristina Mollis**
**642 Seabright Circle**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3595**

**Nonpriority creditor's name and mailing address**

**Cristina Robins**
**474 Pacific Avenue**
**Cayucos, CA 93430**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.3596**

**Nonpriority creditor's name and mailing address**

**Cristina Rolon**
**2927 Sylvan Ave**
**Orlando, FL 32806**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3597**

**Nonpriority creditor's name and mailing address**

**Cristobal Cortez**
**4262 Wells Mark Dr**
**Humble, TX 77346**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3598**

**Nonpriority creditor's name and mailing address**

**Cristopher Wallace**
**2223 Pomona Ave.**
**B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3599**

**Nonpriority creditor's name and mailing address**

**Cristy Crane**
**2926 W. Eagle Ridge Loop**
**Cedar City, UT 84720**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3600**

**Nonpriority creditor's name and mailing address**

**Cruz Meza**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3601**

**Nonpriority creditor's name and mailing address**

**Crysta Tassone**
**16124 North 110th Street**
**Scottsdale, AZ 85255**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3602**

**Nonpriority creditor's name and mailing address**

**Crystal Boyles**
**5750 Highway 4**
**Baker, FL 32531**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                      Case number *(if known)* _____
_____
Name

| 3.360 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Crystal Dalsey**
**400 N Cleveland St**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Crystal Dalsey**
**400 n Cleveland St**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number  **_**

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Crystal Johnson**
**4715 sunny hills**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number  **_**

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Crystal Lucio**
**21551 Brookhurst street**
**65**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number  **_**

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Crystal Mattox**
**20192 HARBOR ISLE LN**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **_**

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Crystal Mattox**
**20192 Harbor Isle Lane**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number  **_**

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.360 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Crystal Ochsner**
**1230 NE 106th Ave**
**Portland, OR 97220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number  **_**

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.361 0**

**Nonpriority creditor's name and mailing address**

**Crystal Palos**
**19806 River Breeze Dr**
**Tomball, TX 77375**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 1**

**Nonpriority creditor's name and mailing address**

**Crystal Phan**
**6224 S Cobblestone St.**
**Gilbert, AZ 85298**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 2**

**Nonpriority creditor's name and mailing address**

**Crystal Santic**
**5221 NW 139th St**
**Vancouver, WA 98685**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 3**

**Nonpriority creditor's name and mailing address**

**Crystal Sullivan Sullivan**
**1086 Stanley Ln**
**Baker, FL 32531**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 4**

**Nonpriority creditor's name and mailing address**

**Crystal Tillman**
**219 Millet Dr.**
**Morrisville, NC 27560**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 5**

**Nonpriority creditor's name and mailing address**

**Cuong Vong**
**1630 Superior Avenue**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.361 6**

**Nonpriority creditor's name and mailing address**

**Cuong Vu**
**11823 Lima Dr**
**Houston, TX 77099**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                                          Case number (if known) _____
               Name

| 3.361 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Current Resident**
**2008 Artis Drive SE**
**Grand Rapids, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Curt Arnold**
**3917 Sunnydale Dr**
**Fort Worth, TX 76116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.361 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Curt Faulkmer**
**27 Oak Street**
**Jamestown, NY 14701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Curt Hutten**
**205 E Balboa Blvd**
**newport beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Curt Hutten**
**921 Summit Way**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Curt Mouser**
**3225 veracruz dr**
**San ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.362 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Curt Mouser**
**3225 veracruz drive**
**San ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                         Case number (if known) _____
　　　　　Name

---

**3.362** **4**

**Nonpriority creditor's name and mailing address**
**Curt Slack**
**4704 Westridge Pl Ne**
**Albuquerque, NM 87111**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.362** **5**

**Nonpriority creditor's name and mailing address**
**Curt Slack**
**4704 Westridge Pl NE**
**Albuquerque, NM 87111**

Date(s) debt was incurred __2020__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.362** **6**

**Nonpriority creditor's name and mailing address**
**Curt Wegley**
**7821 Connie Drive**
**Huntington Beach, CA 92648**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.362** **7**

**Nonpriority creditor's name and mailing address**
**curt zito**
**7931 Chestnut Ridge**
**maumee, OH 43537**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.362** **8**

**Nonpriority creditor's name and mailing address**
**Curtis Detmering**
**Herold Trailer Sales, 1806 W 2Nd Av**
**Indianola, IA 50125**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.362** **9**

**Nonpriority creditor's name and mailing address**
**Curtis Farrell**
**1 White Sail**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred __2025__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363** **0**

**Nonpriority creditor's name and mailing address**
**Curtis Farrell**
**1 White Sail**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred __2025__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.363**
**1**

**Nonpriority creditor's name and mailing address**

**Curtis Gadow**
**1858 Merwins Lane**
**Fairfield, CT 06824**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.363**
**2**

**Nonpriority creditor's name and mailing address**

**Curtis Graves**
**3728 Flowing Brook Dr**
**Fort Wayne, IN 46818**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.363**
**3**

**Nonpriority creditor's name and mailing address**

**Curtis Harr**
**6313 14TH ST N**
**FARGO, ND 58102-6014**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.363**
**4**

**Nonpriority creditor's name and mailing address**

**Curtis King**
**813 Meadows Drive S**
**Richland, WA 99352**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.363**
**5**

**Nonpriority creditor's name and mailing address**

**Curtis King**
**813 Meadows Drive S**
**Richland, WA 99352**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.363**
**6**

**Nonpriority creditor's name and mailing address**

**Curtis Larson**
**11626 Yukon St NW**
**Coon Rapids, MN 55433**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.363**
**7**

**Nonpriority creditor's name and mailing address**

**Curtis M Eppley**
**1402 E. Powhatan Ave.**
**Tampa, FL 33604**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.363
8**

**Nonpriority creditor's name and mailing address**

**Curtis Piper**
**27032 Columbia Court**
**Hayward, CA 94542**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363
9**

**Nonpriority creditor's name and mailing address**

**Curtis Skolnick**
**16106 Founders Bridge Court**
**Midlothian, VA 23113**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364
0**

**Nonpriority creditor's name and mailing address**

**Curtis Vander Molen**
**4284 Stevely Ave**
**Lakewood, CA 90713**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364
1**

**Nonpriority creditor's name and mailing address**

**Curtis Vander Molen**
**17117 Roseton Ave**
**Artesia, CA 90701**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364
2**

**Nonpriority creditor's name and mailing address**

**CURTISS COY**
**14890 New Rochester Rd**
**Pemberville, OH 43450-9799**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364
3**

**Nonpriority creditor's name and mailing address**

**Cybele Baker**
**937 Westport Lane**
**Vista, CA 92084**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364
4**

**Nonpriority creditor's name and mailing address**

**Cybele Fiorello**
**4451 Tommy Lee Cook Road**
**Newnan, GA 30263**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.364 5**

**Nonpriority creditor's name and mailing address**

**Cybele Fiorello**
**4451 Tommy Lee Cook Rd**
**Newnan, GA 30263**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.364 6**

**Nonpriority creditor's name and mailing address**

**Cyndi DeMers**
**66 Mirtl Rd**
**Willington, CT 06279**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.364 7**

**Nonpriority creditor's name and mailing address**

**Cyndi Ramirez**
**16002 Summershade Drive**
**La Mirada, CA 90638**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.364 8**

**Nonpriority creditor's name and mailing address**

**Cyndy B Waters**
**405 Burridge Drive**
**Sevierville, TN 37862**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.364 9**

**Nonpriority creditor's name and mailing address**

**Cynthia Alvarez**
**835 Seagull Lane**
**CS206**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.365 0**

**Nonpriority creditor's name and mailing address**

**Cynthia Bailey**
**7225 Catamaran Dr**
**Citrus Heights, CA 95621**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.365 1**

**Nonpriority creditor's name and mailing address**

**Cynthia Bailey**
**7225 Catamaran Dr.**
**Citrus Heights, CA 95621-3431**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.365 2**

**Nonpriority creditor's name and mailing address**

**Cynthia Bluh**
**228 Mathews Rd**
**Conway, MA 01341**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 3**

**Nonpriority creditor's name and mailing address**

**Cynthia Dareshori**
**5872 Antigua Way**
**Naples, FL 33139**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 4**

**Nonpriority creditor's name and mailing address**

**Cynthia Dareshori**
**5872 Antigua Way**
**Naples, FL 34113**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 5**

**Nonpriority creditor's name and mailing address**

**Cynthia Daum**
**2301 N Cold Creek ave**
**Star, ID 83669**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 6**

**Nonpriority creditor's name and mailing address**

**Cynthia Eagan**
**1111 el camino lane**
**Santa Ana, CA 92705**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 7**

**Nonpriority creditor's name and mailing address**

**Cynthia Fiechter**
**5075 Rutire St**
**Jurupa Valley, CA 92509**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 8**

**Nonpriority creditor's name and mailing address**

**cynthia gengler**
**73135 ajo lane**
**palm desert, CA 92260**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
Name

Case number (if known)

---

**3.3659**

Nonpriority creditor's name and mailing address

**Cynthia Gonzales**
**36768 La Hwy 16**
**Lot 13**
**Denham Springs, LA 70706**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3660**

Nonpriority creditor's name and mailing address

**cynthia greene**
**1625 Holly Vista Drive**
**Snohomish, WA 98290**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3661**

Nonpriority creditor's name and mailing address

**cynthia greene**
**1625 holly vista drive**
**snohomish, WA 98290**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3662**

Nonpriority creditor's name and mailing address

**Cynthia Greer**
**1510 Old Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3663**

Nonpriority creditor's name and mailing address

**Cynthia Gustafson**
**W7995 Old Carney Lake Road**
**Iron Mountain, MI 49801**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3664**

Nonpriority creditor's name and mailing address

**Cynthia Harris**
**228 Arbor Ln**
**Haslet, TX 76052**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3665**

Nonpriority creditor's name and mailing address

**cynthia holmes**
**21932 Summerwind**
**huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                          Case number (if known) _____

Name

---

**3.366 6**

**Nonpriority creditor's name and mailing address**

**Cynthia Hood**
**452 Blue Bird rd.**
**Weatherford, TX 76085**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.366 7**

**Nonpriority creditor's name and mailing address**

**Cynthia King**
**526 Honolulu Drive**
**Columbus, GA 31906**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.366 8**

**Nonpriority creditor's name and mailing address**

**Cynthia Lucas**
**1713 Boulder Walk Ln SE**
**Atlanta, GA 30316**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.366 9**

**Nonpriority creditor's name and mailing address**

**Cynthia Lucas**
**1713 BOULDER WALK LN SE**
**ATLANTA, GA 30316**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.367 0**

**Nonpriority creditor's name and mailing address**

**Cynthia Lutz**
**15975 Meadow Wood Drive**
**Wellington, FL 33414**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.367 1**

**Nonpriority creditor's name and mailing address**

**Cynthia Mangieri**
**5908 Louis Ct**
**Davenport, IA 52807**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.367 2**

**Nonpriority creditor's name and mailing address**

**Cynthia Martin**
**6230 Dotts Lane**
**Penn Laird, VA 22846**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.367 3**

**Nonpriority creditor's name and mailing address**

**Cynthia McDermott**
**1167 Stanyan Street**
**San Francisco, CA 94117**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.367 4**

**Nonpriority creditor's name and mailing address**

**Cynthia Minnicucci**
**6122 Hamshire Drive**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.367 5**

**Nonpriority creditor's name and mailing address**

**Cynthia Moreno**
**1164 Lexington Way**
**Livermore, CA 94550**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.367 6**

**Nonpriority creditor's name and mailing address**

**Cynthia Mukherji**
**992 Noria St**
**Laguna Beach, CA 92651**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.367 7**

**Nonpriority creditor's name and mailing address**

**cynthia murray**
**736 S 500 W**
**Vernal, UT 84078**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.367 8**

**Nonpriority creditor's name and mailing address**

**cynthia o'leary**
**1315 MARIAN LN**
**NEWPORT BEACH, CA 92660-4821**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

**3.367 9**

**Nonpriority creditor's name and mailing address**

**Cynthia Roecker**
**P. O. Box 203**
**Fentress, TX 78622**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3680**

**Nonpriority creditor's name and mailing address**

**Cynthia Russo**
**2520 Kensington Gdns**
**Unit 104**
**Ellicott City, MD 21043**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3681**

**Nonpriority creditor's name and mailing address**

**Cynthia Sheppard**
**24518 Town Center Drive**
**# 10**
**Valencia, CA 91355**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3682**

**Nonpriority creditor's name and mailing address**

**Cynthia Stevens**
**136 HIgh Dune Loop**
**kitty hawk, NC 27949**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3683**

**Nonpriority creditor's name and mailing address**

**Cynthia Trainor**
**2346 Virginia dr**
**Manitowoc, WI 54220**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3684**

**Nonpriority creditor's name and mailing address**

**Cynthia Weiler**
**1351 Logan Ave**
**Costa Mesa, CA 92626**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3685**

**Nonpriority creditor's name and mailing address**

**Cyrus Anthony Alunan**
**3001 West 80th Street**
**inglewood, CA 90305**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3686**

**Nonpriority creditor's name and mailing address**

**D Gary Chapman**
**6 Deerfield Pl**
**Beacon, NY 12508**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                     Case number (if known) _____
_____
Name

---

**3.368
7**

**Nonpriority creditor's name and mailing address**

**D Lane**
**895 Satsuma Cir**
**Saint Johns, FL 32259**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.368
8**

**Nonpriority creditor's name and mailing address**

**D Michael Henderson**
**2100 DOVER DR**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.368
9**

**Nonpriority creditor's name and mailing address**

**D Milesko**
**952 Lew Blvd**
**St Augustine, FL 32080**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.369
0**

**Nonpriority creditor's name and mailing address**

**D'Net Mordan**
**7640 S Cove Cir**
**Centennial, CO 80122-3360**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.369
1**

**Nonpriority creditor's name and mailing address**

**D'Net Mordan**
**6344 S Monaco Ct**
**Centennial, CO 80111**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.369
2**

**Nonpriority creditor's name and mailing address**

**D. Mike Schmidt**
**6942 W Trenton Way**
**Florence, AZ 85132**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.369
3**

**Nonpriority creditor's name and mailing address**

**Dac DeClark**
**233 Morning Canyon rd**
**Corona del mar, CA 92625**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____Name_____

---

**3.3694**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**DAGWOOD SHOEMAKER**
**1212 E 20th St.**                ☐ Contingent
**Tulsa, OK 74120**              ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __        **Basis for the claim:**  **Warranty**

                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3695**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**dahlia caballero**
**2028 Cypress Ave**             ☐ Contingent
**Santa Ana, CA 92707**          ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**        **Basis for the claim:**  **Warranty**

                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3696**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Dai Phung**
**408 Hazel dr**                 ☐ Contingent
**Corona Del Mar, CA 92625**     ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __        **Basis for the claim:**  **Warranty**

                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3697**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Dain Dritz**
**11 Pinon Lane**                ☐ Contingent
**Carbondale, CO 81623**         ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __        **Basis for the claim:**  **Warranty**

                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3698**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Daisy Olguin**
**625 w center st**              ☐ Contingent
**A**                            ☐ Unliquidated
**Placentia, CA 92870**          ☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __        **Basis for the claim:**  **Warranty**

                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3699**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Dakoda Stepp**
**1401 33rd Dr Ne**              ☐ Contingent
**Austin, MN 55912**             ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __        **Basis for the claim:**  **Warranty**

                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3700**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Dakota Mawyer**
**306 Columbia St.**             ☐ Contingent
**Newport Beach, CA 92663**      ☐ Unliquidated
                                 ☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __        **Basis for the claim:**  **Warranty**

                                 Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
            Name

| 3.370 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dale Aldrich**
**930 Tahoe Blvd. Ste 802-71**
**Incline Village, NV 89451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dale Chermak**
**13565 Pheasant Way**
**Eastvale, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dale Eckhoff**
**413 Olive Street**
**Windsor, MO 65360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dale Giedd**
**423 Lyon St**
**San Francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dale Gronewold**
**11332 Kensington road**
**Los alamitos, CA 90720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dale Gronewold**
**11332 Kensington Rd**
**Los Alamitos, CA 90720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.370 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dale Hansen**
**10125 Eby Rd**
**Ft. Wayne, IN 46835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                        Case number (if known) _____
_____
Name

---

| 3.370 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dale Higbee**
**4680 South Wildflower Drive**
**Chandler, AZ 85248-5540**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.370 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dale Hosey**
**421 Flatwood Drive**
**Winter Springs, FL 32708**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.371 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dale Jones**
**2880 Bicentennial Pkwy**
**Suite 100, PMB 269**
**Henderson, NV 89044**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.371 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dale Lantzer**
**1287 N. Selkirk Lk. Rd. NE**
**Kalkaska, MI 49646**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.371 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dale Lantzer**
**1287 N Selkirk Lk Rd NE**
**Kalkaska, MI 49646**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.371 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dale Lantzer**
**1287 N Selkirk Lk Rd NE**
**Kalkaska, MI 49646**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.371 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dale Lenk**
**525 El Modena**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

---

**3.371 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Dale Martorana**                                                     ☐ Contingent
**11 W Mccullough Dr**                                                 ☐ Unliquidated
**Sedona, AZ 86336**                                                   ☐ Disputed

Date(s) debt was incurred  **2020**                                    Basis for the claim:   **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.371 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**dale miller**                                                        ☐ Contingent
**121 Ruxton Ave 101**                                                 ☐ Unliquidated
**Manitou Springs, CO 80829**                                          ☐ Disputed

Date(s) debt was incurred  **2023**                                    Basis for the claim:   **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.371 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Dale Mirow**                                                         ☐ Contingent
**925 Wesley Drive**                                                   ☐ Unliquidated
**Park Ridge, IL 60068**                                               ☐ Disputed

Date(s) debt was incurred  **2024**                                    Basis for the claim:   **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.371 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Dale Mirow**                                                         ☐ Contingent
**925 Wesley Drive**                                                   ☐ Unliquidated
**Park Ridge, IL 60068**                                               ☐ Disputed

Date(s) debt was incurred  **2021**                                    Basis for the claim:   **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.371 9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Dale Swystun**                                                       ☐ Contingent
**4441 Mallard Ct**                                                    ☐ Unliquidated
**Linden, MI 48451**                                                   ☐ Disputed

Date(s) debt was incurred  **2022**                                    Basis for the claim:   **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.372 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Dalha Nelson**                                                       ☐ Contingent
**371 W 4200 N**                                                       ☐ Unliquidated
**Pleasant View, UT 84414**                                            ☐ Disputed

Date(s) debt was incurred  **2022**                                    Basis for the claim:   **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.372 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Dalinda Bangert**                                                    ☐ Contingent
**SM-30**                                                              ☐ Unliquidated
**03-0142-03U, MS-K760**                                               ☐ Disputed
**Los Alamos, NM 87545**

Date(s) debt was incurred  **2022**                                    Basis for the claim:   **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.372 2**

**Nonpriority creditor's name and mailing address**

**DALLAS E HULSEY**
**1314 E. Michigan Dr.**
**Hobbs, NM 88240**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372 3**

**Nonpriority creditor's name and mailing address**

**Dallas Hulsey**
**1314 E Michigan Dr.**
**Hobbs, NM 88240**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372 4**

**Nonpriority creditor's name and mailing address**

**Dalton Kelcher**
**2125 Franklin Blvd**
**Eugene, OR 97403**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372 5**

**Nonpriority creditor's name and mailing address**

**Damascus Triola**
**1556 Brooks Street**
**Walnut Creek, CA 94596**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372 6**

**Nonpriority creditor's name and mailing address**

**Damascus Triola**
**1851 Almond Avenue**
**Walnut Creek, CA 94596**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372 7**

**Nonpriority creditor's name and mailing address**

**Damein Frabizio**
**223A 23rd st**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372 8**

**Nonpriority creditor's name and mailing address**

**Damian Kutzner**
**511 Cliff Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
Name

Case number (if known)

---

**3.3729**

**Nonpriority creditor's name and mailing address**

**Damian Richardson**
**31 Silver Drive**
**PO Box 123**
**Creede, CO 81130**

Date(s) debt was incurred **2024**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3730**

**Nonpriority creditor's name and mailing address**

**Damien Kutzner**
**2549 Eastbluff Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2024**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3731**

**Nonpriority creditor's name and mailing address**

**Damien Micallef**
**340 Smiliana Ln**
**Vista, CA 92083**

Date(s) debt was incurred **2021**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3732**

**Nonpriority creditor's name and mailing address**

**Damien Micallef Micallef**
**340 Smiliana Ln**
**Vista, CA 92083**

Date(s) debt was incurred **2021**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3733**

**Nonpriority creditor's name and mailing address**

**Damien Skutt**
**9037 Mayne Street**
**Bellflower, CA 90706**

Date(s) debt was incurred **2024**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3734**

**Nonpriority creditor's name and mailing address**

**Damir Pevec**
**1601 Moore Rd**
**Montecito, CA 93108**

Date(s) debt was incurred **2022**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3735**

**Nonpriority creditor's name and mailing address**

**Damir Pevec**
**315 Meigs Rd**
**Suite A405**
**Santa Barbara, CA 93109**

Date(s) debt was incurred **2020**

Last 4 digits of account number

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____

Name

---

| 3.373 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Damithia Nieves**
**1411 153RD PL SE**
**Bellevue, WA 98007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Damon Burris**
**305 Shadow Bay Dr**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Damon Cardwell**
**565 Bakeman Lane**
**Arroyo Grande, CA 93420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.373 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Damon Cardwell**
**107 Bridge Street**
**Arroyo Grande, CA 93420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Damon Cardwell**
**107 Bridge street**
**Arroyo Grande, CA 93420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dan Abernathy**
**9500 Shore Drive Apt. 15F**
**Myrtle Beach, SC 29572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.374 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dan Aitken**
**5512 Carmelynn St**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.374
3**

**Nonpriority creditor's name and mailing address**

**Dan Allen
2857 Bickleigh Loop
Roseville, CA 95747**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.374
4**

**Nonpriority creditor's name and mailing address**

**Dan Atkins
14664 S Acuff Ln
Olathe, KS 66062**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374
5**

**Nonpriority creditor's name and mailing address**

**Dan Atkins
328 S Cardinal Dr
Olathe, KS 66062**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374
6**

**Nonpriority creditor's name and mailing address**

**Dan Berger
6400 Carolina Cir.
Buena park, CA 90620**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374
7**

**Nonpriority creditor's name and mailing address**

**Dan Blaue
21152 Cupar Ln
Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374
8**

**Nonpriority creditor's name and mailing address**

**Dan Buster
21922 Seaside Ln
Hunting Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374
9**

**Nonpriority creditor's name and mailing address**

**Dan Castro
25156 Via Catalina
Laguna Niguel, CA 92677**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known)  _____
 Name

---

**3.375 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Dan Crede**                                                          ☐ Contingent
**1711 East Horizon Lane**                                            ☐ Unliquidated
**Urbana, IL 61802**                                                  ☐ Disputed

Date(s) debt was incurred  **2024**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.375 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Dan Crede**                                                          ☐ Contingent
**1711 EastHorizon Lane**                                             ☐ Unliquidated
**Urbana, IL 61802**                                                  ☐ Disputed

Date(s) debt was incurred  **2024**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.375 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Dan Crede**                                                          ☐ Contingent
**1711 E Horizon Lane**                                               ☐ Unliquidated
**Urbana, IL 61802**                                                  ☐ Disputed

Date(s) debt was incurred  **2022**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.375 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Dan Currens**                                                       ☐ Contingent
**214 Midland Dr**                                                    ☐ Unliquidated
**Graniteville, SC 29829**                                            ☐ Disputed

Date(s) debt was incurred  **2025**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.375 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Dan Danley**                                                        ☐ Contingent
**808 Edwards Av**                                                    ☐ Unliquidated
**Fairhope, AL 36532**                                                ☐ Disputed

Date(s) debt was incurred  **2022**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.375 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Dan Doyle**                                                         ☐ Contingent
**7 Knottingley Pl**                                                  ☐ Unliquidated
**7 Knottingley Pl**                                                  ☐ Disputed
**Ballston Lake, NY 12019-1838**

Date(s) debt was incurred  **2024**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.375 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Dan Dreyer**                                                        ☐ Contingent
**613 13th St.**                                                      ☐ Unliquidated
**Huntington Beach, CA 92648**                                        ☐ Disputed

Date(s) debt was incurred  **2025**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Electric Bike Company, LLC**                      Case number *(if known)* _____
              Name

---

**3.375 7**

**Nonpriority creditor's name and mailing address**

**Dan Dunlap**
**2 Sparrow Drive**
**Nantucket, MA 02554**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.375 8**

**Nonpriority creditor's name and mailing address**

**Dan Dunlap**
**2 Sparrow Dr**
**Nantucket, MA 02554**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.375 9**

**Nonpriority creditor's name and mailing address**

**Dan DuPree**
**4150 Wellington Lake Ct.**
**Peachtree Corners, GA 30097**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.376 0**

**Nonpriority creditor's name and mailing address**

**Dan DuPree**
**4556 Ridgegate Dr. NW**
**Peachtree Corners, GA 30097**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.376 1**

**Nonpriority creditor's name and mailing address**

**Dan Encinger**
**14358 Juniper St. NW**
**Andover, MN 55304**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.376 2**

**Nonpriority creditor's name and mailing address**

**Dan Evans**
**11711 W Cindy**
**Wichita, KS 67212**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.376 3**

**Nonpriority creditor's name and mailing address**

**Dan Evans**
**11711 W Cindy**
**Wichita, KS 67212**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.376 4**

**Nonpriority creditor's name and mailing address**

**Dan Falkowski**
**1014 S. 9th St**
**Prairie du Chien, WI 53821**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.376 5**

**Nonpriority creditor's name and mailing address**

**Dan Fillmore**
**660 Eastwind Drive**
**North Palm Beach, FL 33408**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.376 6**

**Nonpriority creditor's name and mailing address**

**Dan Fitzpatrick**
**9115 Marina Pacifica Dr N.**
**Long Beach, CA 90803**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.376 7**

**Nonpriority creditor's name and mailing address**

**Dan Gibbs**
**13900 175th PL NE**
**Redmond, WA 98052-1205**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.376 8**

**Nonpriority creditor's name and mailing address**

**Dan Good**
**2841 Bayshore Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.376 9**

**Nonpriority creditor's name and mailing address**

**Dan Granite**
**5162 Via Castilla**
**Oceanside, CA 92057**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.377 0**

**Nonpriority creditor's name and mailing address**

**Dan Haren**
**25 tree fern**
**irvine, CA 92603**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.377**
**1**

**Nonpriority creditor's name and mailing address**

**Dan Harkins**
**190 San Andreas lane**
**La Selva Beach, CA 95076**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.377**
**2**

**Nonpriority creditor's name and mailing address**

**Dan Harries**
**2700 S. Kings Road, E.**
**Palm Springs, CA 92264**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.377**
**3**

**Nonpriority creditor's name and mailing address**

**Dan Hillen**
**3402 West 155th Ave**
**Broomfield, CO 80023**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.377**
**4**

**Nonpriority creditor's name and mailing address**

**Dan Hirsch**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.377**
**5**

**Nonpriority creditor's name and mailing address**

**Dan Hughes**
**3871 Crest Drive**
**Yorba Linda, CA 92886**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.377**
**6**

**Nonpriority creditor's name and mailing address**

**Dan Hurtado**
**17731 Prescott Lane**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.377**
**7**

**Nonpriority creditor's name and mailing address**

**Dan Klein**
**1608 Dover Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
      Name

---

| 3.377 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Lamay**
**87 Alton Mountain Rd**
**Alton Bay, NH 03810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.377 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Laufman**
**5207 Country Club Drive**
**Brentwood, TN 37027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.378 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Laufman**
**131 Southeast Parkway Court**
**Franklin, TN 37064-3968**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.378 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Lockhart**
**109 North Oak Street**
**Port Angeles, WA 98362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.378 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Luzon**
**2740 Inca Dr**
**Lake Havasu, AZ 86406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.378 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Majka**
**4121 Via Largavista**
**Palos Verdes Estates, CA 90274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

| 3.378 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Dan Markowitz**
**32 Pine Island Road**
**Hilton Head Island, SC 29928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ☐ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.378 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dan Markowitz**
**32 Pine Island Road**
**Hilton Head Island, SC 29926**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.378 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dan McDaniel**
**984 Blue Jay Dr.**
**SANTA MARIA, CA 93455**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.378 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dan Mitchell**
**PO BOX 51**
**Madison, NY 13402**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.378 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dan Molden**
**11971 Santa Rosalia St**
**Stanton, CA 90680**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.378 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dan Monsen**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.379 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dan Moore**
**1210 80th Pl NE / P.O. Box 185**
**Medina, WA 98039**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.379 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dan Morales**
**503 N Cedros Ave**
**Solana Beach, CA 92075**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

| 3.379 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dan Murphy**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dan Nater**
**6179 Shadygrove**
**Cupertino, CA 95014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dan Neill**
**3003 East Garnet Lane**
**Orange, CA 92869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dan Oneill**
**9382 Pier Drive**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dan Pegnottga**
**20951 Surge Ln**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dan Quick**
**43 Athens St.**
**San Francisco, CA 94112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.379 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dan Robinson**
**pick up**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3799**

**Nonpriority creditor's name and mailing address**

**Dan Rogers**
**33480 barrington dr**
**Temecula, CA 92592**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.3800**

**Nonpriority creditor's name and mailing address**

**Dan Russell**
**10451 Stoney Point Dr**
**Delton, MI 49046**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.3801**

**Nonpriority creditor's name and mailing address**

**Dan Shurmatz**
**2877 SE Ocean Blvd**
**Stuart, FL 34996**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.3802**

**Nonpriority creditor's name and mailing address**

**Dan Smejkal**
**13155 Eclipse ave**
**Victorville, CA 92392**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.3803**

**Nonpriority creditor's name and mailing address**

**Dan Smejkal**
**13155 Eclipse ave**
**Victorville, CA 92392**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.3804**

**Nonpriority creditor's name and mailing address**

**Dan Spencer**
**3000 Crackers Neck Rd**
**Mountain City, TN 37683**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.3805**

**Nonpriority creditor's name and mailing address**

**Dan Stachelski**
**6927 Oakmont ave se**
**Snoo, WA 98065**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.380 6**

**Nonpriority creditor's name and mailing address**

**Dan Stratton**
**588 hudson st**
**Wyandotte, MI 48192**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.380 7**

**Nonpriority creditor's name and mailing address**

**Dan Toomey**
**2745 Hackett Ave**
**Long Beach, CA 90815**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.380 8**

**Nonpriority creditor's name and mailing address**

**Dan Watters**
**280 cagney ln**
**102**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.380 9**

**Nonpriority creditor's name and mailing address**

**Dan Welsh**
**1909 E Harbor Rd**
**Unit 204E**
**Port Clinton, OH 43452**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381 0**

**Nonpriority creditor's name and mailing address**

**Dan Willsie**
**228 Hanover Dr**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381 1**

**Nonpriority creditor's name and mailing address**

**Dan Woodard**
**2775 Mesa Verde Dr East**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381 2**

**Nonpriority creditor's name and mailing address**

**Dan Worthington**
**1260 S. Tamiami Trail**
**Osprey, FL 34229**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | |

---

**3.381 3**

**Nonpriority creditor's name and mailing address**

**Dan Worthington**
**357 Scotland Stree**
**Dunedin, FL 34689**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.381 4**

**Nonpriority creditor's name and mailing address**

**Dana Bartlett**
**9542 Erskine Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.381 5**

**Nonpriority creditor's name and mailing address**

**Dana Beer**
**2085 Alto Vista Dr.**
**Henderson, NV 89052**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.381 6**

**Nonpriority creditor's name and mailing address**

**Dana Bouma**
**5003 Seashore Dr.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.381 7**

**Nonpriority creditor's name and mailing address**

**Dana DiMatteo**
**744 Park Blvd**
**West Cape May, NJ 08204**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.381 8**

**Nonpriority creditor's name and mailing address**

**Dana Dykstra-Orr**
**6577 Green Beryl Ct**
**Las Vegas, NV 89131**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.381 9**

**Nonpriority creditor's name and mailing address**

**Dana Garvey**
**4616 25th Ave NE, #422**
**Seattle, WA 98105**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.382 0**

**Nonpriority creditor's name and mailing address**

**Dana Gatt**
**1262 Melody Creek Lane**
**Jackson, WY 83001**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.382 1**

**Nonpriority creditor's name and mailing address**

**dana gigliotti**
**5550 Bayberry way**
**Yorba Linda, CA 92887**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.382 2**

**Nonpriority creditor's name and mailing address**

**Dana K Sands**
**8150 Hidden Court**
**Chanhassen, MN 55317**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.382 3**

**Nonpriority creditor's name and mailing address**

**Dana Kelly**
**7405 Park Terrace Drive**
**Alexandria, VA 22307**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.382 4**

**Nonpriority creditor's name and mailing address**

**Dana King**
**8955 W Grand Ave**
**34**
**Peoria, AZ 85202**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.382 5**

**Nonpriority creditor's name and mailing address**

**DANA KIRK**
**21661 Brookhurst Street**
**#296**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.382 6**

**Nonpriority creditor's name and mailing address**

**Dana Kirk**
**21661 Brookhurst St**
**#296**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.382 7**

**Nonpriority creditor's name and mailing address**

**Dana Lofgren**
**32792 Rosemont Drive**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.382 8**

**Nonpriority creditor's name and mailing address**

**Dana Lopez**
**836 Crest Drive**
**Encinitas, CA 92024**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.382 9**

**Nonpriority creditor's name and mailing address**

**Dana Mount**
**197 Rainbow Drive, # 9773**
**Livingston, TX 77399**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.383 0**

**Nonpriority creditor's name and mailing address**

**Dana Mullin**
**21121 Miramar Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.383 1**

**Nonpriority creditor's name and mailing address**

**Dana Neel**
**11438 Stonewash Street**
**Littleton, CO 80125**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.383 2**

**Nonpriority creditor's name and mailing address**

**Dana Orr**
**6577 Green Beryl Ct**
**Las Vegas, NV 89131**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.383 3**

**Nonpriority creditor's name and mailing address**

**Dana OToole**
**2800 Orense**
**San Clemente, CA 92673**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.383 4**

**Nonpriority creditor's name and mailing address**

**Dana Soza**
**100 Scholz Plaza**
**105**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.383 5**

**Nonpriority creditor's name and mailing address**

**Dana Ton**
**3595 Sego St.**
**Irvine, CA 92606**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.383 6**

**Nonpriority creditor's name and mailing address**

**Dandan Long**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.383 7**

**Nonpriority creditor's name and mailing address**

**Dane Shackleford**
**1 Epona Way**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.383 8**

**Nonpriority creditor's name and mailing address**

**Danette Martin**
**16950 Hawk Court**
**Punta Gorda, FL 33982**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.383 9**

**Nonpriority creditor's name and mailing address**

**Daniel Adams**
**27181 Woodbluff Road**
**Laguna Hills, CA 92653**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.384 0**

**Nonpriority creditor's name and mailing address**

**Daniel Adkison**
**5382 SW Wichita St**
**Tualatin, OR 97062**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____

Name

---

**3.384
1**

**Nonpriority creditor's name and mailing address**

**Daniel Alexander**
**152 Howell Street**
**CANANDAIGUA, NY 14424**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.384
2**

**Nonpriority creditor's name and mailing address**

**Daniel Allen**
**2857 Bickleigh Loop**
**Roseville, CA 95747**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.384
3**

**Nonpriority creditor's name and mailing address**

**Daniel Allen**
**60 Lafayette Crossing Dr**
**Rossville, TN 38066**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.384
4**

**Nonpriority creditor's name and mailing address**

**Daniel Alsentzer**
**157 Northcutt Terrace**
**Tallahassee, FL 32317**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.384
5**

**Nonpriority creditor's name and mailing address**

**Daniel Alsentzer**
**157 Northcutt Terrace**
**Tallahassee, FL 32317**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.384
6**

**Nonpriority creditor's name and mailing address**

**Daniel Amado**
**17044 Edgewater Ln.**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.384
7**

**Nonpriority creditor's name and mailing address**

**Daniel Baeza**
**1670 Highgrove Dr**
**Escondido, CA 92027**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.384
8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.         **$0.00**

**Daniel Baranowski**                                             ☐ Contingent
**3765 Westover Rd**                                              ☐ Unliquidated
**Fleming Island, FL 32003**                                     ☐ Disputed

Date(s) debt was incurred  **2024**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.384
9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.         **$0.00**

**Daniel Brashear**                                              ☐ Contingent
**803 SW Krug Rd**                                               ☐ Unliquidated
**Bentonville, AR 72712**                                        ☐ Disputed

Date(s) debt was incurred  **2024**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385
0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.         **$0.00**

**Daniel Brown**                                                ☐ Contingent
**2729 Great Smokey Ct**                                         ☐ Unliquidated
**Thousand Oaks, CA 91362**                                      ☐ Disputed

Date(s) debt was incurred  **2020**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385
1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.         **$0.00**

**Daniel Button**                                               ☐ Contingent
**172 Hampton Point Drive**                                      ☐ Unliquidated
**St Simons Island, GA 31522**                                   ☐ Disputed

Date(s) debt was incurred  **2023**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385
2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.         **$0.00**

**Daniel Chapman**                                              ☐ Contingent
**820 Muirfield Dr**                                             ☐ Unliquidated
**Arroyo Grande, CA 93420**                                      ☐ Disputed

Date(s) debt was incurred  **2023**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385
3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.         **$0.00**

**Daniel Chapman**                                              ☐ Contingent
**820 Muirfield Dr**                                             ☐ Unliquidated
**Arroyo Grande, CA 93420**                                      ☐ Disputed

Date(s) debt was incurred  **2021**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.385
4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.         **$0.00**

**Daniel Christenson**                                          ☐ Contingent
**27 WATERLINE PL**                                              ☐ Unliquidated
**RICHMOND, CA 94801-4190**                                      ☐ Disputed

Date(s) debt was incurred  **2021**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.385 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Cohee**
**914 Congressional Way**
**Columbus, OH 43235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Daniel Coogan**
**6395 Bryson Dr SW**
**Ocean Isle Beach, NC 28469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Daniel Cowden**
**25150 Bernwood Dr**
**Suite #26-29**
**Bonita Springs, FL 34135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Daniel Cronin**
**137 N Oak Knoll Av**
**Unit 9**
**Pasadena, CA 91101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Daniel Dahan**
**1050 Miller Ave**
**Berkeley, CA 94708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Daniel Davis**
**4453 Foxenwood Ln**
**Orcutt, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Daniel Denes**
**26467 Abelia Street**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.386<br>2 | **Nonpriority creditor's name and mailing address**<br><br>**Daniel Diviney**<br>**400 Bay Rd**<br>**Greenport, NY 11944**<br><br>**Date(s) debt was incurred** **2025**<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.386<br>3 | **Nonpriority creditor's name and mailing address**<br><br>**Daniel Dobbs**<br>**2565 Dawson Drive**<br>**Unit 304**<br>**Rockingham, VA 22801**<br><br>**Date(s) debt was incurred** **2025**<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.386<br>4 | **Nonpriority creditor's name and mailing address**<br><br>**Daniel Doyle**<br>**7 Knottingley Place**<br>**Ballston Lake, NY 12019**<br><br>**Date(s) debt was incurred** **2024**<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.386<br>5 | **Nonpriority creditor's name and mailing address**<br><br>**Daniel Dumont**<br>**2190 36TH AVE**<br>**SAN FRANCISCO, CA 94116**<br><br>**Date(s) debt was incurred** **2021**<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.386<br>6 | **Nonpriority creditor's name and mailing address**<br><br>**Daniel Dwyer**<br>**729 Salveson Rd**<br>**Brea, CA 92821**<br><br>**Date(s) debt was incurred** **2022**<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.386<br>7 | **Nonpriority creditor's name and mailing address**<br><br>**Daniel Eagle**<br>**30036 Merrick Lane**<br>**Menifee, CA 92584**<br><br>**Date(s) debt was incurred** **2023**<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| 3.386<br>8 | **Nonpriority creditor's name and mailing address**<br><br>**Daniel Edward**<br>**9951 Kings Canyon Drive**<br>**Huntington Beach, CA 92646**<br><br>**Date(s) debt was incurred** **2022**<br><br>**Last 4 digits of account number** _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3869**

**Nonpriority creditor's name and mailing address**

**Daniel Engelman**
**13 Southern Blvd**
**Newbury, MA 01951**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3870**

**Nonpriority creditor's name and mailing address**

**Daniel Faucher**
**408 East Civic Center Drive**
**Santa Ana, CA 92701**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3871**

**Nonpriority creditor's name and mailing address**

**Daniel Fillmore**
**660 Eastwind Dr**
**North Palm Beach, FL 33408-4301**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3872**

**Nonpriority creditor's name and mailing address**

**Daniel Friedman**
**2200 Cliff Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3873**

**Nonpriority creditor's name and mailing address**

**Daniel Gardynski**
**516 S Morningstar Drive**
**Anaheim, CA 92808**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3874**

**Nonpriority creditor's name and mailing address**

**Daniel Geaney**
**34011 Aurelio Dr.**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3875**

**Nonpriority creditor's name and mailing address**

**Daniel Gibbs**
**13900 175th PL NE**
**Redmond, WA 98052-1205**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.3876**

**Nonpriority creditor's name and mailing address**

**Daniel Grambow**
**10206 North Hayden Court**
**Mequon, WI 53097**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3877**

**Nonpriority creditor's name and mailing address**

**Daniel Guajardo**
**13108 Ansel**
**Irvine, CA 92618**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3878**

**Nonpriority creditor's name and mailing address**

**Daniel Guinn**
**2012 Denton Ct**
**Rocklin, CA 95765**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3879**

**Nonpriority creditor's name and mailing address**

**Daniel Hall**
**3136 Dolores drive**
**St cloud, MN 56303**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3880**

**Nonpriority creditor's name and mailing address**

**Daniel Harrigan**
**9292 Portsmouth Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3881**

**Nonpriority creditor's name and mailing address**

**Daniel Harrigan**
**9292 Portsmouth Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3882**

**Nonpriority creditor's name and mailing address**

**Daniel Harrigan**
**9292 Portsmouth Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.388 3**

**Nonpriority creditor's name and mailing address**

**daniel harris**
**316 W 200 S**
**309**
**Salt Lake City, UT 84101**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.388 4**

**Nonpriority creditor's name and mailing address**

**daniel harris**
**316 w 200 s**
**salt lake city, UT 84101**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.388 5**

**Nonpriority creditor's name and mailing address**

**Daniel Henderson**
**114 NE 7th Ave**
**Apt 1**
**Gainesville, FL 32601**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.388 6**

**Nonpriority creditor's name and mailing address**

**Daniel Henderson**
**3422 Northwest 13th Avenue**
**Gainesville, FL 32605**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.388 7**

**Nonpriority creditor's name and mailing address**

**Daniel Herrera**
**2284 Pomona Ave Apt B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.388 8**

**Nonpriority creditor's name and mailing address**

**Daniel Herriges**
**1392 Midway Parkway**
**Saint Paul, MN 55108**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.388 9**

**Nonpriority creditor's name and mailing address**

**Daniel Heying**
**3161 Hideout Lane**
**Corona, CA 92882**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __Electric Bike Company, LLC_____     Case number (if known) _____
　　　　　Name

---

**3.3890**

**Nonpriority creditor's name and mailing address**
**DANIEL HORAN**
**1637 HATBORO RD**
**RICHBORO, PA 18954**

Date(s) debt was incurred  __2022__

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3891**

**Nonpriority creditor's name and mailing address**
**DANIEL HORAN**
**1637. HATBORO RD**
**RICHBORO, PA 18954**

Date(s) debt was incurred  __2022__

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3892**

**Nonpriority creditor's name and mailing address**
**Daniel Huerta**
**19528 E. Lincoln Ave**
**Reedley, CA 93654**

Date(s) debt was incurred  __2022__

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3893**

**Nonpriority creditor's name and mailing address**
**Daniel Hulsey**
**20441 Castle Rock Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  __2025__

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3894**

**Nonpriority creditor's name and mailing address**
**Daniel Ibarra**
**755 West 18th St**
**Apt 6A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3895**

**Nonpriority creditor's name and mailing address**
**Daniel Isenbarger**
**31951 Via Flores**
**#43**
**San Juan Capistrano, CA 92675-3852**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3896**

**Nonpriority creditor's name and mailing address**
**Daniel Ives**
**3973 Lassen Court**
**Chino, CA 91710**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.389 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Ives**
**3973 Lassen Ct**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.389 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**daniel jimenez**
**816 Rachael Ct.**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.389 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Johnson**
**4216 Corliss Avenue North**
**Seattle, WA 98103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.390 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Kenney**
**2191 canyon dr**
**C 103**
**Costa mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.390 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Kilborn**
**9 Port of Spain Road**
**Coronado, CA 92118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.390 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Kinyon**
**2423 W Chardonnay Ln**
**St George, UT 84770**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.390 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Daniel Korman**
**140 Morgan Ave**
**Upway Workshop**
**Brooklyn, NY 11237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.390 4**

**Nonpriority creditor's name and mailing address**

**Daniel Kracl**
**14736 Weir ST**
**Omaha, NE 68137**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.390 5**

**Nonpriority creditor's name and mailing address**

**Daniel kruse**
**630 via lido nord**
**newport beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.390 6**

**Nonpriority creditor's name and mailing address**

**Daniel Kurimay**
**304 North Citrus St**
**Orange, CA 92868**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.390 7**

**Nonpriority creditor's name and mailing address**

**Daniel Lamberson**
**18479 Damon Drive**
**Hesperia, CA 92345**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.390 8**

**Nonpriority creditor's name and mailing address**

**Daniel Li**
**10910 elkwood circle**
**Riverside, CA 92879**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.390 9**

**Nonpriority creditor's name and mailing address**

**Daniel Little**
**19654 SW 88th Loop**
**Dunnellon, FL 34432**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.391 0**

**Nonpriority creditor's name and mailing address**

**Daniel Lynch**
**401 W Brentwood Ave**
**Orange, CA 92865**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
                Name

---

**3.391**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Daniel Macbeth**
**37 Parkcrest**
**Apartment 2912**
**Newport Coast, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391**
**2**

Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          $0.00

**daniel marks**
**104 woodlawn ave**
**decatur, GA 30030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391**
**3**

Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          $0.00

**Daniel Martini**
**5 Volar Street**
**Rancho Mission Viejo, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391**
**4**

Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          $0.00

**Daniel Massey**
**31722 Scenic dr**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391**
**5**

Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          $0.00

**Daniel Mattison**
**7198 178th St.**
**Chippewa Falls, WI 54729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391**
**6**

Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          $0.00

**Daniel McCluskey**
**22601 Bear Valley Rd**
**Spc 16**
**Apple Valley, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.391**
**7**

Nonpriority creditor's name and mailing address          As of the petition filing date, the claim is: Check all that apply.          $0.00

**Daniel McCluskey**
**6000 University Pkwy**
**San Bernardino, CA 92407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

| 3.3918 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Daniel McCoy** | ☐ Contingent | |
| | **2203 S L Davis Ave** | ☐ Unliquidated | |
| | **Unit A** | ☐ Disputed | |
| | **Austin, TX 78702** | | |
| | Date(s) debt was incurred **2020** | Basis for the claim: **Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3919 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Daniel McMillan** | ☐ Contingent | |
| | **1421 9th St** | ☐ Unliquidated | |
| | **Manhattan Beach, CA 90266** | ☐ Disputed | |
| | Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3920 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Daniel Mehaffey** | ☐ Contingent | |
| | **103 W Walnut St** | ☐ Unliquidated | |
| | **Alexandria, VA 22301** | ☐ Disputed | |
| | Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3921 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Daniel Mendez** | ☐ Contingent | |
| | **1641 w 55th st** | ☐ Unliquidated | |
| | **Los Angeles, CA 90062** | ☐ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3922 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Daniel Meyer** | ☐ Contingent | |
| | **14 Brady court** | ☐ Unliquidated | |
| | **Sparta, NJ 07871** | ☐ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3923 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Daniel Millar** | ☐ Contingent | |
| | **41326 Vincenti Court** | ☐ Unliquidated | |
| | **Novi, MI 48375** | ☐ Disputed | |
| | Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.3924 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Daniel Mobberley** | ☐ Contingent | |
| | **2760 54th St. N.** | ☐ Unliquidated | |
| | **St. Petersburg, FL 33710** | ☐ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.392 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Daniel Morrison** | ☐ Contingent | |
| **641 W 17th St** | ☐ Unliquidated | |
| **Costa Mesa, CA 92627** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.392 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Daniel Mourning** | ☐ Contingent | |
| **703 4th Street** | ☐ Unliquidated | |
| **Hermosa Beach, CA 90254** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.392 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Daniel Murphy** | ☐ Contingent | |
| **531 Auburn Hill Blvd** | ☐ Unliquidated | |
| **Auburndale, FL 33823** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.392 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Daniel Murphy** | ☐ Contingent | |
| **PO Box 2229** | ☐ Unliquidated | |
| **Lucerne Valley, CA 92356** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.392 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Daniel Murphy** | ☐ Contingent | |
| **1372 Notre Dame Drive** | ☐ Unliquidated | |
| **Lemont, IL 60439** | ☐ Disputed | |
| Date(s) debt was incurred  **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.393 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Daniel Napoli** | ☐ Contingent | |
| **47 Garfield Ave** | ☐ Unliquidated | |
| **SAYVILLE, NY 11782-2612** | ☐ Disputed | |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.393 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Daniel Nater** | ☐ Contingent | |
| **6179 Shadygrove Dr.** | ☐ Unliquidated | |
| **Cupertino, CA 95014** | ☐ Disputed | |
| Date(s) debt was incurred  **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

**3.393
2**

**Nonpriority creditor's name and mailing address**

**Daniel Nater**
**6179 Shadygrove Dr**
**Cupertino, CA 95014**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393
3**

**Nonpriority creditor's name and mailing address**

**Daniel Nielsen**
**408 Alvarado St**
**Redlands, CA 92373**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393
4**

**Nonpriority creditor's name and mailing address**

**Daniel Nielsen**
**408 Alvarado St**
**Rdlands, CA 92373**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393
5**

**Nonpriority creditor's name and mailing address**

**Daniel O'Donnell**
**324 Winnipeg Place**
**Long Beach, CA 90814**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393
6**

**Nonpriority creditor's name and mailing address**

**Daniel Odonnell**
**324 Winnipeg**
**Long Beach, CA 90814**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393
7**

**Nonpriority creditor's name and mailing address**

**Daniel Ouimette**
**14 Eagle Pointe Circle**
**Pell City, AL 35128**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393
8**

**Nonpriority creditor's name and mailing address**

**Daniel Ouimette**
**14 Eagle Pointe Cir**
**Pell City, AL 35128**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.3939**

**Nonpriority creditor's name and mailing address**

**Daniel Owen Kilborn**
**9 Port of Spain Way**
**Coronado, CA 92118**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3940**

**Nonpriority creditor's name and mailing address**

**Daniel Pace**
**177 Jose Dolores Circle**
**Santa Ynez, CA 93460**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3941**

**Nonpriority creditor's name and mailing address**

**daniel palmer**
**1160 SE Washington**
**#205**
**Hillsboro, OR 97123**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3942**

**Nonpriority creditor's name and mailing address**

**Daniel Payne**
**12422 Nutwood Street**
**Garden Grove, CA 92840**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3943**

**Nonpriority creditor's name and mailing address**

**Daniel Pegnottga**
**20951 Surge Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3944**

**Nonpriority creditor's name and mailing address**

**Daniel Pidancet**
**23610 Via Delfina**
**Valencia, CA 91355**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3945**

**Nonpriority creditor's name and mailing address**

**Daniel Politeski**
**1903 - 3433 Crowley Drive**
**Buz 307**
**Vancouver, BC V5R 6C5**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

| 3.394 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daniel Portal**
**67 Farquhar ST**
**Unit 2**
**Roslindale, MA 02131**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daniel Purther**
**36789 Culberson Rd**
**Alta, CA 95701**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daniel Rairigh**
**6809 Westland dr**
**Knoxville, TN 37919**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.394 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DANIEL Ravitz**
**74 White Oak Ridge Road**
**Short Hills, NJ 07078**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daniel Reed**
**78 Lake St**
**Waltham, MA 02451-3132**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daniel Roush**
**6 1st Street**
**Aberdeen, NJ 07747**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.395 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Daniel Santelli**
**5910-83rd Pl**
**Kenosha, WI 53142**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.395 3**

**Nonpriority creditor's name and mailing address**

**Daniel Santelli**
**5910 83rd Place**
**Kenosha, WI 53142**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 4**

**Nonpriority creditor's name and mailing address**

**Daniel Santelli**
**5910 83rd Place**
**Kenosha, WI 53142**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 5**

**Nonpriority creditor's name and mailing address**

**Daniel Sarge**
**40 Highland Garden Dr**
**Berwick, PA 18603**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 6**

**Nonpriority creditor's name and mailing address**

**Daniel Sarnecky**
**21331 Longridge Dr.**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 7**

**Nonpriority creditor's name and mailing address**

**Daniel Scaife**
**13113 NE 71st Place**
**Vancouver, WA 98686**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 8**

**Nonpriority creditor's name and mailing address**

**Daniel Scaife**
**714 North C Street**
**Coeur dAlene, ID 83814**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.395 9**

**Nonpriority creditor's name and mailing address**

**Daniel Sepulveda**
**446 South Buena Vista Street**
**Redlands, CA 92373**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                           Case number (if known) _____

_____
Name

---

**3.396 0**

**Nonpriority creditor's name and mailing address**

**Daniel Sepulveda**
**446 S Buena Vista ST**
**Redlands, CA 92373**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.396 1**

**Nonpriority creditor's name and mailing address**

**Daniel Simons**
**450 E Sagebrush Dr**
**Owen F**
**Jackson, WY 83001**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.396 2**

**Nonpriority creditor's name and mailing address**

**Daniel Smejkal**
**13155 Eclipse ave**
**Victorville, CA 92392**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.396 3**

**Nonpriority creditor's name and mailing address**

**Daniel Snodgrass**
**5181 W. Quail Avenue**
**Glendale, AZ 85308**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.396 4**

**Nonpriority creditor's name and mailing address**

**Daniel Stagnaro**
**24141 Barquero Drive**
**Mission Viejo, CA 92691**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.396 5**

**Nonpriority creditor's name and mailing address**

**daniel suess**
**505 36th ave**
**Santa Cruz, CA 95062**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.396 6**

**Nonpriority creditor's name and mailing address**

**Daniel Taylor**
**717 Jasmine Ave**
**Corona del Mar, CA 92625**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| **3.396 7** | |

**Nonpriority creditor's name and mailing address**

**Daniel Teeter**
**20715 Kitsap St NE**
**440**
**Indianola, WA 98342**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| **3.396 8** | |

**Nonpriority creditor's name and mailing address**

**Daniel Thompson**
**1168 Colgate Drive**
**Monroeville, PA 15146**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| **3.396 9** | |

**Nonpriority creditor's name and mailing address**

**Daniel Vacchio**
**723 Eardley Ave**
**Pacific Grove, CA 93950**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| **3.397 0** | |

**Nonpriority creditor's name and mailing address**

**Daniel Vanderpool**
**615 n kenwood blvd**
**Indianola, IA 50125**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| **3.397 1** | |

**Nonpriority creditor's name and mailing address**

**Daniel Vidican**
**16251 Woodruff Ave. No. 40**
**Bellflower, CA 90706**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| **3.397 2** | |

**Nonpriority creditor's name and mailing address**

**Daniel Wedgwood**
**2058 S Benson Ct**
**Goldendale, WA 98620**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| **3.397 3** | |

**Nonpriority creditor's name and mailing address**

**Daniel Welsh**
**1909 E. Harbor Rd.**
**204E**
**Port Clinton, OH 43452**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.397 4**

**Nonpriority creditor's name and mailing address**

**Daniel Whipp**
**173 Indian Creek Road**
**Hailey, ID 83333**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.397 5**

**Nonpriority creditor's name and mailing address**

**Daniel Wilson**
**5387 camino real**
**Jurupa valley, CA 92509**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.397 6**

**Nonpriority creditor's name and mailing address**

**Daniel Wilson**
**9020 Delphi Rd SW**
**Olympia, WA 98512**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.397 7**

**Nonpriority creditor's name and mailing address**

**Daniel Wolcott**
**851 Willow Oak Ct**
**Springboro, OH 45066**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.397 8**

**Nonpriority creditor's name and mailing address**

**Daniel WOOD**
**2307 nw 99th st**
**seattle, WA 98117**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.397 9**

**Nonpriority creditor's name and mailing address**

**Daniel Yeam**
**810 Kenmore Rd**
**Chapel Hill, NC 27514**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.398 0**

**Nonpriority creditor's name and mailing address**

**Daniel Young**
**428 NW Retreat Ln**
**Bentonville, AR 72712**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.398**
**1**

**Nonpriority creditor's name and mailing address**

**Daniela Gopar**
**5400 Hanna Ranch Road**
**Novato, CA 94945**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.398**
**2**

**Nonpriority creditor's name and mailing address**

**Daniela Poulton**
**5171 Beckett Ridge**
**Stow, OH 44224**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.398**
**3**

**Nonpriority creditor's name and mailing address**

**Daniela Rincon**
**1-15 57th Avenue apt 4127**
**4127**
**Queens, NY 11101**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.398**
**4**

**Nonpriority creditor's name and mailing address**

**Daniele Ross**
**12770 Wolff Court**
**Broomfield, CO 80020**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.398**
**5**

**Nonpriority creditor's name and mailing address**

**Danielle Augustin**
**6318 E Abbeywood Rd**
**Orange, CA 92867**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.398**
**6**

**Nonpriority creditor's name and mailing address**

**Danielle Augustin**
**6318 East Abbeywood Road**
**Orange, CA 92867**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.398**
**7**

**Nonpriority creditor's name and mailing address**

**Danielle Bachar**
**5630 W. Grove Ct.**
**Visalia, CA 93291**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.398 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Danielle Banks**
**24105Hwy 16A**
**Pennington County, SD 57751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.398 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Danielle Banks**
**3421 Amberwood Avenue**
**Lake Havasu City, AZ 86404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Danielle Crabb**
**24396 Mira Verde**
**Laguna niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Danielle Cyrankowski**
**2775 Mesa Verde Drive East**
**W107**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Danielle diGirolamo**
**1644 Iowa St**
**Unit A**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Danielle Egizi**
**313 Connecticut Avenue**
**Flagler Beach, FL 32136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.399 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Danielle Gilliam**
**2345 Andrew Drive**
**Superior, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.399 5**

**Nonpriority creditor's name and mailing address**

**Danielle Gordon**
**2421 Buckeye Street**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.399 6**

**Nonpriority creditor's name and mailing address**

**Danielle Haider**
**2302 berwick drive**
**Cinnaminson, NJ 08077**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.399 7**

**Nonpriority creditor's name and mailing address**

**Danielle Holtz**
**4718 N St Louis Ave**
**Apt. 1**
**Chicago, IL 60625**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.399 8**

**Nonpriority creditor's name and mailing address**

**DANIELLE HOLTZ**
**4718 North Saint Louis Avenue**
**APT 1**
**Chicago, IL 60625**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.399 9**

**Nonpriority creditor's name and mailing address**

**Danielle Kirk**
**1814 Piperwood Court**
**Durham, NC 27713**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.400 0**

**Nonpriority creditor's name and mailing address**

**Danielle Limp**
**72-435 Kaupulehu drive**
**Kailua Kona, HI 96740**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.400 1**

**Nonpriority creditor's name and mailing address**

**Danielle Limp**
**72-435 Kaupulehu Drive**
**Kailua Kona, HI 96740**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.400 2**

**Nonpriority creditor's name and mailing address**

**Danielle Limp**
**72-435 Kaupulehu Drive**
**Kailua-Kona, HI 96740**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400 3**

**Nonpriority creditor's name and mailing address**

**Danielle Lorenz**
**12346 SPLIT REIN DR**
**RANCHO CUCAMONGA, CA 91739**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.400 4**

**Nonpriority creditor's name and mailing address**

**Danielle Lorenz**
**12346 Split Rein Drive**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400 5**

**Nonpriority creditor's name and mailing address**

**Danielle Lorenz**
**12346 Split Rein Drive**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400 6**

**Nonpriority creditor's name and mailing address**

**DANIELLE LOVE**
**4576 MISSISSIPPI STREET**
**UNIT 5**
**San Diego, CA 92116**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400 7**

**Nonpriority creditor's name and mailing address**

**Danielle Martinez**
**420 south orange ave.**
**Brea, CA 92821**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400 8**

**Nonpriority creditor's name and mailing address**

**Danielle Maruca**
**1113 Basswood Court**
**Saginaw, TX 76131**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4009**

**Nonpriority creditor's name and mailing address**

**Danielle McCarthy**
**520 Redlands Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4010**

**Nonpriority creditor's name and mailing address**

**Danielle Montejano**
**3011 Rivoli**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4011**

**Nonpriority creditor's name and mailing address**

**Danielle Orens**
**6065 Twin Suns St.**
**Roseville, CA 95747**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4012**

**Nonpriority creditor's name and mailing address**

**Danielle Oyhancabal**
**15 Wellington Place**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4013**

**Nonpriority creditor's name and mailing address**

**Danielle Queiros**
**5761 Casa Branca St**
**Las Vegas, NV 89148**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4014**

**Nonpriority creditor's name and mailing address**

**Danielle Redding**
**1915 Port Cardiff Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4015**

**Nonpriority creditor's name and mailing address**

**Danielle Robillard**
**1601 E ST**
**BELLINGHAM, WA 98225-3055**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.401 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danielle Smith**
**402 Clubhouse Avenue**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danielle Tokarz**
**405 Irvine Ave.**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danielle Vitale**
**4409 Finch Ln**
**WILMINGTON, NC 28409**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.401 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danielle Weller**
**3431 Ault View Ave**
**Cincinnati, OH 45208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danielle Weller**
**3431 Ault View Avenue**
**Cincinnati, OH 45208**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danika Twogood**
**3000 Lillard Dr 155**
**Davis, CA 95618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Danna Maldonado**
**1421 N El Camino Real**
**Unit C**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.402
3**

**Nonpriority creditor's name and mailing address**

**Danny Bailey**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.402
4**

**Nonpriority creditor's name and mailing address**

**Danny Bailey**
**1323 Maria dr**
**Oxford, AL 36203**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.402
5**

**Nonpriority creditor's name and mailing address**

**Danny Boaz**
**214 Kingcourt Way**
**Huffman, TX 77336**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.402
6**

**Nonpriority creditor's name and mailing address**

**Danny Brown**
**3139 Blalock Goldmine Rd**
**Clayton, GA 30525**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.402
7**

**Nonpriority creditor's name and mailing address**

**Danny Casey**
**2230 STONEHENGE LN**
**LEWISVILLE, TX 75056**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.402
8**

**Nonpriority creditor's name and mailing address**

**Danny Costa**
**1269 Spring Creek Drive**
**Ripon, CA 95366**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.402
9**

**Nonpriority creditor's name and mailing address**

**Danny Diaz**
**18839 Christina Ave**
**Cerritos, CA 90703**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.403 0**

**Nonpriority creditor's name and mailing address**

**Danny Higgins**
**412 Columbia st**
**Bogalusa, LA 70427**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.403 1**

**Nonpriority creditor's name and mailing address**

**Danny Higgins**
**412 Columbia st**
**Bogalusa, LA 70427**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.403 2**

**Nonpriority creditor's name and mailing address**

**Danny Johnson**
**227 Leonard St.**
**Santa Cruz, CA 95060**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.403 3**

**Nonpriority creditor's name and mailing address**

**Danny Johnson**
**227 Leonard St.**
**Santa Cruz, CA 95060**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.403 4**

**Nonpriority creditor's name and mailing address**

**Danny Johnson**
**106 Kirkorian Ct.**
**Scotts Valley, CA 95066**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.403 5**

**Nonpriority creditor's name and mailing address**

**Danny McIntyre**
**1510 newport blvd**
**Newport beach, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.403 6**

**Nonpriority creditor's name and mailing address**

**Danny Newton**
**604 1/2 Marigold Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.403 7**

**Nonpriority creditor's name and mailing address**

**Danny Rito**
**170 Gitano**
**Irvine, CA 92618**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.403 8**

**Nonpriority creditor's name and mailing address**

**Danny Romeyn**
**1719 Fremont Ave.**
**Apt. 306**
**South Pasadena, CA 91030**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.403 9**

**Nonpriority creditor's name and mailing address**

**Danny Val**
**34186 Pacific Coast Hwy.**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.404 0**

**Nonpriority creditor's name and mailing address**

**Danny Val**
**34186 Pacific Coast Hwy.**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.404 1**

**Nonpriority creditor's name and mailing address**

**Danny Webster**
**212 Anchor Dr**
**Brunswick, GA 31523-9170**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.404 2**

**Nonpriority creditor's name and mailing address**

**Daphney Daniel**
**1121 Carver Street**
**Iowa City, IA 52240**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.404 3**

**Nonpriority creditor's name and mailing address**

**Dara Bowman**
**268 16th Place**
**Unit C**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

| 3.404 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darby Swanson**
**38 Aurora circle**
**Bishop, CA 93514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**darby vaccaro**
**1945 Placentia Ave**
**Unit A**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darcy Gassel**
**4708 Neptune Ave**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darcy Murphine**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darcy Piazza**
**11355 White Cloud Drive**
**Alta Loma, CA 91701-9263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darcy Piazza**
**11355 White Cloud Dr.**
**Alta Loma, CA 91701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darell Todd**
**904 Calico Brook Dr.**
**Henderson, NV 89002-5119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.405
1**

**Nonpriority creditor's name and mailing address**

**Darick Knutson**
**3817 s. Terrace rd**
**Tempe, AZ 85282**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.405
2**

**Nonpriority creditor's name and mailing address**

**DARIN CARLSON**
**12708 NE 105th Ct**
**Kirkland, WA 98033**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.405
3**

**Nonpriority creditor's name and mailing address**

**Darin Hadley**
**2221 LOSEE RD**
**North Las Vegas, NV 89030**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.405
4**

**Nonpriority creditor's name and mailing address**

**Darin Hadley**
**2221 LOSEE RD**
**North Las Vegas, NV 89030**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.405
5**

**Nonpriority creditor's name and mailing address**

**Darin McCoy**
**6838 Bergano Pl**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.405
6**

**Nonpriority creditor's name and mailing address**

**Darin Pierce**
**21501 Brookhurst st**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.405
7**

**Nonpriority creditor's name and mailing address**

**Darin Rosenboom**
**604 Garfield St**
**Alton, IA 51003**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
　　　　　　Name

---

**3.4058**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Darin Vrem**                                                    ☐ Contingent
**2025 W CATALDO DR**                                             ☐ Unliquidated
**BOISE, ID 83705-3504**                                         ☐ Disputed

Date(s) debt was incurred _2022_                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.4059**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Darko Jovanovic**                                              ☐ Contingent
**6169 knoll wood rd**                                           ☐ Unliquidated
**202**                                                         ☐ Disputed
**Willowbrook, IL 60527**

Date(s) debt was incurred _2025_                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.4060**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Darko Jovanovic**                                              ☐ Contingent
**6141 Knoll wood rd**                                           ☐ Unliquidated
**Apt 202**                                                     ☐ Disputed
**Willowbrook, IL 60527**

Date(s) debt was incurred _2024_                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.4061**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Darla Gilson**                                                 ☐ Contingent
**419 Cherry Blossom Loop**                                      ☐ Unliquidated
**Richland, WA 99352-7851**                                      ☐ Disputed

Date(s) debt was incurred _2023_                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.4062**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Darla Hennessy**                                               ☐ Contingent
**709 S CONYER ST**                                              ☐ Unliquidated
**VISALIA, CA 93277**                                            ☐ Disputed

Date(s) debt was incurred _2022_                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.4063**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Darla Morin**                                                  ☐ Contingent
**16945 W. Vernon Ave.**                                         ☐ Unliquidated
**Goodyear, AZ 85395**                                           ☐ Disputed

Date(s) debt was incurred _2022_                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.4064**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Darlene Beattie**                                              ☐ Contingent
**1195 La Moree Rd Spc28**                                       ☐ Unliquidated
**San Marcos, CA 92078**                                         ☐ Disputed

Date(s) debt was incurred _2024_                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.406 5**

**Nonpriority creditor's name and mailing address**

**Darlene Frederick**
**5637 Celebration Drive**
**Ave Maria, FL 34142**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.406 6**

**Nonpriority creditor's name and mailing address**

**Darlene Hart**
**371 s wahweap dr**
**Greenehaven, AZ 86940**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.406 7**

**Nonpriority creditor's name and mailing address**

**Darlene Hart**
**371 S Wahweap Dr -5098**
**Greenehaven, AZ 86040**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.406 8**

**Nonpriority creditor's name and mailing address**

**Darlene Petitt**
**10750 John Randolph Dr**
**Jacksonville, FL 32257**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.406 9**

**Nonpriority creditor's name and mailing address**

**Darlene Rogish**
**1 Rogers Lane**
**Smithfield, PA 15478**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407 0**

**Nonpriority creditor's name and mailing address**

**Darol Carr**
**27469 Flycatcher Rd.**
**Valencia, CA 91381**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407 1**

**Nonpriority creditor's name and mailing address**

**Darol Carr**
**26976 Prospector Rd**
**Unit 101**
**Valencia, CA 91381**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.407 2**

**Nonpriority creditor's name and mailing address**

**Darrel Sparzo**
**9838 GAYLEN CT**
**FISHERS, IN 46040-4013**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407 3**

**Nonpriority creditor's name and mailing address**

**Darrel Sparzo**
**9838 GAYLEN CT**
**FISHERS, IN 46040**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407 4**

**Nonpriority creditor's name and mailing address**

**Darrell Beaver**
**1101 South Oak Avenue**
**Broken Arrow, OK 74012**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407 5**

**Nonpriority creditor's name and mailing address**

**Darrell Beaver**
**1101 South Oak Avenue**
**Broken Arrow, OK 74012-4960**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407 6**

**Nonpriority creditor's name and mailing address**

**DARRELL COLLARD**
**211 Indian Cove Ln**
**Lampe, MO 65681**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407 7**

**Nonpriority creditor's name and mailing address**

**Darrell Littleton**
**5741 Merrymount Ct.**
**Oceanside, CA 92057**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407 8**

**Nonpriority creditor's name and mailing address**

**Darrell Robinson**
**4158 La Crema Dr**
**Charlotte, NC 28214**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.407<br>9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**darrell wood**
**11219 Benston Dr E**
**Puyallup, WA 98372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408<br>0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Darrell Wood**
**11219 Benston Dr E**
**c/o Eagle Asphalt**
**Puyallup, WA 98372**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408<br>1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Darrell Yeager**
**10100 SE Gomez Ave**
**Hobe Sound, FL 33455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408<br>2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**darren beall**
**642 Ballestral Ave**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408<br>3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Darren Brown**
**10416 Orchid cir**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408<br>4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Darren Bruce**
**114 Sherwood Ave**
**Saint augustine, FL 32084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.408<br>5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Darren Croteau**
**1705 Labrador Drive**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.408
6**

**Nonpriority creditor's name and mailing address**

**Darren Den-Hartog**
**4437 Point Breeze Dr**
**North Las Vegas, NV 89031**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.408
7**

**Nonpriority creditor's name and mailing address**

**Darren Downing**
**495 S INDUSTRIAL PL**
**PALM SPRINGS, CA 92264**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.408
8**

**Nonpriority creditor's name and mailing address**

**Darren Dronet**
**10535 Old Oak Rd**
**Yucaipa, CA 92399**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.408
9**

**Nonpriority creditor's name and mailing address**

**Darren Ezawa**
**95-068 KAULUA st**
**MILILANI TOWN, HI 96789**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.409
0**

**Nonpriority creditor's name and mailing address**

**Darren Garcia**
**67 Butler Dr**
**South Burlington, VT 05403**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.409
1**

**Nonpriority creditor's name and mailing address**

**Darren Howard**
**11671 w Indus st**
**Star, ID 83669**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.409
2**

**Nonpriority creditor's name and mailing address**

**Darren Johnston**
**715 Oceanhill Dr**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.409 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darren Knipp**
**21112 W 90th Street**
**Lenexa, KS 66220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**DARREN ROMANO**
**1115 Beacon St**
**Charlevoix, MI 49720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darren Romano**
**1115 Beacon Street**
**Charlevoix, MI 49720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darren Romano**
**1115 Beacon St.**
**Charlevoix, MI 49720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darren Romano**
**12066 country club dr**
**Charlevoix, MI 49720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darren Shakib**
**42413 SE 149th Pl**
**North Bend, WA 98045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Darren Tayama**
**2615 Easton Drive**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.410 0**

**Nonpriority creditor's name and mailing address**

**Darren Testa**
**5005 Seashore drive**
**unit A**
**newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.410 1**

**Nonpriority creditor's name and mailing address**

**darrin Curry**
**20271 Seashell Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.410 2**

**Nonpriority creditor's name and mailing address**

**Darrin Grant**
**2701 N. Vista Bluff Rd**
**Orange, CA 92867**

Date(s) debt was incurred  **2023**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.410 3**

**Nonpriority creditor's name and mailing address**

**Darrin Grant**
**2701 N Vista Bluff Rd**
**Orange, CA 92867**

Date(s) debt was incurred  **2023**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.410 4**

**Nonpriority creditor's name and mailing address**

**Darrin Grant**
**2701 N. Vista Bluff Rd.**
**Orange, CA 92867**

Date(s) debt was incurred  **2023**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.410 5**

**Nonpriority creditor's name and mailing address**

**Darrin Norton**
**1325 Mariner Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.410 6**

**Nonpriority creditor's name and mailing address**

**Darrin Norton**
**1325 Mariners Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                                Case number *(if known)* _____
_____
Name

---

**3.410
7**

**Nonpriority creditor's name and mailing address**

**Darron Merriweather
158 Cross Dr
Crestview, FL 32536**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.410
8**

**Nonpriority creditor's name and mailing address**

**Darryl Bullock
3238 Washburn Ave. N.
Minneapolis, MN 55412**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.410
9**

**Nonpriority creditor's name and mailing address**

**Darryl GJernes
5487 Sailish Road
Blaine, WA 98230**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.411
0**

**Nonpriority creditor's name and mailing address**

**darryl Mitchell
19802 Trident Lane
Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.411
1**

**Nonpriority creditor's name and mailing address**

**Darryl Parker
5 Portofino Dr
# 1703
Pensacola Beach, FL 32561**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.411
2**

**Nonpriority creditor's name and mailing address**

**Darryll Williams
8708 NW 116th St
Oklahoma City, OK 73162-2219**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.411
3**

**Nonpriority creditor's name and mailing address**

**Daryl Cash
2641 Jessica Road
Riverside, CA 92506**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.411 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Daryl Childs**
**5948 Rustic Ridge Circle**
**MILTON, FL 32570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.411 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Daryl King**
**1150 Coral Reef Way**
**Hardeeville, SC 29927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.411 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Daryl Kraetsch**
**1048 E Ivyglen St**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.411 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Daryl Proctor**
**4145 Dogwood Lane**
**Sapulpa, OK 74066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.411 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**daryl weaver**
**5383 soundside dr**
**gulf breeze, FL 32563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.411 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DARYL Weaver**
**5383 SOUNDSIDE DR**
**Gulf Breeze, FL 32563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.412 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Daryl Young**
**5842 Via Barcelona**
**La Verna, CA 91750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.412
1**

**Nonpriority creditor's name and mailing address**

**Daune Forte**
**1510 Old Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.412
2**

**Nonpriority creditor's name and mailing address**

**dave blodgett**
**2401 Eaton Ferry Road**
**Littleton, NC 27850**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.412
3**

**Nonpriority creditor's name and mailing address**

**dave calhoun**
**6821 Ravens Gate Way**
**Yakima, WA 98908**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.412
4**

**Nonpriority creditor's name and mailing address**

**dave calhoun**
**6821 Ravens Gate Way**
**YAKIMA, WA 98908**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.412
5**

**Nonpriority creditor's name and mailing address**

**Dave Calhoun**
**6821 Ravens Gate Way**
**Yakima, WA 98908**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.412
6**

**Nonpriority creditor's name and mailing address**

**Dave Campbell**
**130 S Illinois 83**
**Grayslake, IL 60030**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.412
7**

**Nonpriority creditor's name and mailing address**

**Dave DelPrete**
**8952 Gullo Ave**
**Arleta, CA 91331**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

**3.4128**

**Nonpriority creditor's name and mailing address**

**Dave Donnelly**
**15775 Herman Rd**
**Manchester, MI 48158**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4129**

**Nonpriority creditor's name and mailing address**

**Dave Eckels**
**1269 Westreef**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4130**

**Nonpriority creditor's name and mailing address**

**Dave Elmore**
**206 como**
**Venice, FL 34285**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4131**

**Nonpriority creditor's name and mailing address**

**Dave Flint**
**320 Northwest 150th Way**
**Vancouver, WA 98685**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4132**

**Nonpriority creditor's name and mailing address**

**Dave Giles**
**278 E 1000 N**
**Orem, UT 84057**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4133**

**Nonpriority creditor's name and mailing address**

**Dave Giles**
**278 East 1000 North**
**Orem, UT 84057**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4134**

**Nonpriority creditor's name and mailing address**

**Dave Giles**
**13843 South 7300 West**
**Herriman, UT 84096**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                      Case number (if known) _____

_____
Name

---

**3.4135**

**Nonpriority creditor's name and mailing address**

**Dave Hagerman**
**15 Canopy**
**Irvine, CA 92603**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4136**

**Nonpriority creditor's name and mailing address**

**Dave Hopkins**
**5001 Kelsey Terrace**
**Edina, MN 55436**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4137**

**Nonpriority creditor's name and mailing address**

**dave italasano**
**19092 tanglewood lane**
**Huntington beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4138**

**Nonpriority creditor's name and mailing address**

**Dave Kamalman**
**2542 Dos Rios Drive**
**San Ramon, CA 94583**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4139**

**Nonpriority creditor's name and mailing address**

**Dave Langston**
**20092 Glacier Cir**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4140**

**Nonpriority creditor's name and mailing address**

**Dave Leyland**
**3901 NE 57th Terrace**
**Kansas City, MO 64119**

Date(s) debt was incurred  **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4141**

**Nonpriority creditor's name and mailing address**

**Dave Leyland**
**3901 NE 57th Terrace**
**Kansas City, MO 64119**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.414
2**

**Nonpriority creditor's name and mailing address**

**Dave Leyland
3901 NE 57th Terrace
Kansas City, MO 64119**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.414
3**

**Nonpriority creditor's name and mailing address**

**Dave Leyland
3901 NE 57th Terrace
Gladstone, MO 64119**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.414
4**

**Nonpriority creditor's name and mailing address**

**Dave Leyland
3901 NE 57th Terrace
Kanas City, MO 64119**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.414
5**

**Nonpriority creditor's name and mailing address**

**Dave Livingston
2633 N. 450 E. Apt. 13
North Ogden, UT 84414**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.414
6**

**Nonpriority creditor's name and mailing address**

**Dave Maas
20781 Glencairn Lane
Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.414
7**

**Nonpriority creditor's name and mailing address**

**Dave Merryman
5557 28th Street Ste B #198
Grand Rapids, MI 49512**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.414
8**

**Nonpriority creditor's name and mailing address**

**Dave Merryman
52 Martinique Drive
Inlet Beach, FL 32461**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
          Name

---

| 3.414 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dave Merryman** | ☐ Contingent | |
| **52 Martinique Drive** | ☐ Unliquidated | |
| **Rosemary Beach, FL 32461** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.415 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dave Mindorff** | ☐ Contingent | |
| **446 Rainbow Beach Road** | ☐ Unliquidated | |
| **Neenah, WI 54956** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.415 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dave O  Leary** | ☐ Contingent | |
| **6305 30th St. NW** | ☐ Unliquidated | |
| **Gig Harbor, WA 98335** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.415 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dave O'Leary** | ☐ Contingent | |
| **6305 30th St. NW** | ☐ Unliquidated | |
| **Gig Harbor, WA 98335** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.415 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dave Price** | ☐ Contingent | |
| **2338 Banbury Loop** | ☐ Unliquidated | |
| **Martinez, CA 94553** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.415 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dave Price** | ☐ Contingent | |
| **2338 Banbury Loop** | ☐ Unliquidated | |
| **Martinez, CA 94553** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.415 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Dave Ramsey** | ☐ Contingent | |
| **2411 Starboard Crest Rd** | ☐ Unliquidated | |
| **Morristown, TN 37814** | ☐ Disputed | |
| Date(s) debt was incurred **2020** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.415 6**

**Nonpriority creditor's name and mailing address**

**Dave Rochon**
**26629 Nawash Dr**
**Perrysburg, OH 43551**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.415 7**

**Nonpriority creditor's name and mailing address**

**Dave Rochon**
**26629 Nawash Drive**
**Perrysburg, OH 43551**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.415 8**

**Nonpriority creditor's name and mailing address**

**Dave Rogers**
**PO Box 15690**
**Irvine, CA 92623**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.415 9**

**Nonpriority creditor's name and mailing address**

**Dave Roper**
**23823 101 Ave W**
**Edmonds, WA 98020**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.416 0**

**Nonpriority creditor's name and mailing address**

**Dave Roper**
**23823 101st Ave W**
**Edmonds, WA 98020**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.416 1**

**Nonpriority creditor's name and mailing address**

**Dave Schaber**
**1169 Grays Peak**
**Covington, KY 41011**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.416 2**

**Nonpriority creditor's name and mailing address**

**Dave Schimmel**
**2100 South Arlington Ave**
**Reno, NV 89509**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.416 3**

**Nonpriority creditor's name and mailing address**

**Dave Sergeant**
**5534 Fall Creek Rd**
**Indy, IN 46220**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.416 4**

**Nonpriority creditor's name and mailing address**

**Dave Sloan**
**15 Savage Loop**
**Canon City, CO 81212**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.416 5**

**Nonpriority creditor's name and mailing address**

**Dave Sneed**
**5513 Ainsdale Drive**
**Fort Worth, TX 76135**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.416 6**

**Nonpriority creditor's name and mailing address**

**Dave Sneed**
**5513 Ainsdale Drive**
**Fort Worth, TX 76135**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.416 7**

**Nonpriority creditor's name and mailing address**

**Dave Spreitzer**
**715 Fernleaf Ave**
**Newport Beach, CA 92625**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.416 8**

**Nonpriority creditor's name and mailing address**

**Dave Tapley**
**1021 E Sheridan St**
**Phoenix, AZ 85006**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.416 9**

**Nonpriority creditor's name and mailing address**

**Dave Tapley**
**1021 E Sheridan St**
**Phoenix, AZ 85006**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
          Name

---

**3.417 0**

**Nonpriority creditor's name and mailing address**

**Dave Tippett**
**19860 N 97th St.**
**Scottsdale, AZ 85255**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417 1**

**Nonpriority creditor's name and mailing address**

**Dave Wahl**
**5921 Fremont St.**
**Oakland, CA 94608**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417 2**

**Nonpriority creditor's name and mailing address**

**Dave Williams**
**1411 Arrow Ln**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417 3**

**Nonpriority creditor's name and mailing address**

**Dave Woltman**
**959 7th St**
**Lake View, IA 51450**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417 4**

**Nonpriority creditor's name and mailing address**

**Dave Zelis**
**9391 Sherwood Trail**
**Brecksville, OH 44141**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417 5**

**Nonpriority creditor's name and mailing address**

**Dave Zelis**
**9391 Sherwood Trail**
**Brecksville, OH 44141**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417 6**

**Nonpriority creditor's name and mailing address**

**David**
**185 Laurel Rd,**
**Boyertown, PA 19512**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.417
7**

**Nonpriority creditor's name and mailing address**

**David A. Woods**
**8230 William Wallace Drive**
**Summerfield, NC 27358**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417
8**

**Nonpriority creditor's name and mailing address**

**David Adams**
**3620 W SADLER PL**
**Tucson, AZ 85741**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.417
9**

**Nonpriority creditor's name and mailing address**

**David Adams**
**3620 W. Sadler Place**
**Tucson, AZ 85741**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418
0**

**Nonpriority creditor's name and mailing address**

**David Adams**
**20312 Gramercy Place**
**Torrance, CA 90501**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418
1**

**Nonpriority creditor's name and mailing address**

**David Alcala**
**719 West Wilson**
**#A3**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418
2**

**Nonpriority creditor's name and mailing address**

**David and Shelly Sturges**
**8860 SW Nisqually Court**
**Tualatin, OR 97062**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418
3**

**Nonpriority creditor's name and mailing address**

**David Anderson**
**572 Riverview DR**
**Gooding, ID 83330**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.418 4**

**Nonpriority creditor's name and mailing address**

**David Anderson**
**3127 Redhawk Dr**
**Richland, WA 99354-8000**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 5**

**Nonpriority creditor's name and mailing address**

**David Aninowsky**
**450 Mariner Drive**
**Jupiter, FL 33477**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 6**

**Nonpriority creditor's name and mailing address**

**David Archuleta**
**1031 veterans ct**
**martinez, CA 94553**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 7**

**Nonpriority creditor's name and mailing address**

**David Back**
**2882 Poplar Meadow Ln**
**Jamul, CA 91935-3100**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 8**

**Nonpriority creditor's name and mailing address**

**David Baehrend**
**1383 Santa Rita Cir**
**Santa Barbara, CA 93109-2060**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.418 9**

**Nonpriority creditor's name and mailing address**

**David Bailey**
**25129 Malibu Rd**
**Malibu, CA 90265**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.419 0**

**Nonpriority creditor's name and mailing address**

**David Baker**
**1150 Sasafrass Ct**
**Monteagle, TN 37356**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.419
1**

**Nonpriority creditor's name and mailing address**

**David Baker
1150 Sassafras Ct
Monteagle, TN 37356**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.419
2**

**Nonpriority creditor's name and mailing address**

**David Barger
118 S SPARKS ST
State College, PA 16801**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.419
3**

**Nonpriority creditor's name and mailing address**

**David Barrett
3740 E 4th Street
Tucson, AZ 85716**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.419
4**

**Nonpriority creditor's name and mailing address**

**David BArrie
446 Seawinds Dr
Santa Rosa Beach, FL 32459**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.419
5**

**Nonpriority creditor's name and mailing address**

**David Basco
719 Jones Ave South
Renton, WA 98057**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.419
6**

**Nonpriority creditor's name and mailing address**

**David Beauchamp
409 Flower St.
Costa Mesa, CA 92627**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.419
7**

**Nonpriority creditor's name and mailing address**

**David Belden
4848 S Tri Oak Circle NE
Wyoming, MN 55092**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

| 3.419 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Bennett**
**219 E 16th St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.419 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Bensley**
**675 Lake St**
**Apt. #134**
**Oak Park, IL 60301**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Bensley**
**675 Lake St Apt. #134**
**Oak Park, IL 60301**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Bergevin**
**3660 Rutgers Avenue**
**Long Bach, CA 90808**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Blackwood**
**19522 Sierra Raton**
**Irvine, CA 92603**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Blackwood**
**19522 Sierra Raton Rd**
**Irvine, CA 92603**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.420 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Borden**
**302 Aspen Court**
**Hanover, PA 17331**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.420
5**

**Nonpriority creditor's name and mailing address**

**David Borden**
**302 Aspen Court**
**Hanover, PA 17331**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.420
6**

**Nonpriority creditor's name and mailing address**

**David Borden**
**302 Aspen Court**
**Hanover, PA 17331**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.420
7**

**Nonpriority creditor's name and mailing address**

**David Borden**
**302 Aspen Ct**
**Hanover, PA 17331-5218**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.420
8**

**Nonpriority creditor's name and mailing address**

**David Borden**
**302 Aspen Ct**
**Hanover, PA 17331-5218**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.420
9**

**Nonpriority creditor's name and mailing address**

**David Born**
**1755 LONDONDALE PKWY**
**NEWARK, OH 43055**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421
0**

**Nonpriority creditor's name and mailing address**

**David Born**
**1755 LONDONDALE PKWY**
**NEWARK, OH 43055**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421
1**

**Nonpriority creditor's name and mailing address**

**David Brickey**
**1729 Nevada Street**
**Salt Lake City, UT 84108**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.421 2**

**Nonpriority creditor's name and mailing address**

**David Britt**
**655 North Frosty Pine Trl**
**Coeur D Alene, ID 83814**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421 3**

**Nonpriority creditor's name and mailing address**

**DAVID BRITT**
**655 N FROSTY PINE TRL**
**Coeur D Alene, ID 83814**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421 4**

**Nonpriority creditor's name and mailing address**

**David Brown**
**110 Hurricane Street**
**Apt 204**
**Marina del Rey, CA 90292**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421 5**

**Nonpriority creditor's name and mailing address**

**David Brown**
**110 Hurricane Street**
**204**
**Marine del Rey, CA 90292**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421 6**

**Nonpriority creditor's name and mailing address**

**David Brown**
**110 Hurricane Street**
**#204**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421 7**

**Nonpriority creditor's name and mailing address**

**David Bryant**
**1136 Santiago Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.421 8**

**Nonpriority creditor's name and mailing address**

**David Bryant**
**1136 Santiago Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
              Name

---

**3.421 9**

**Nonpriority creditor's name and mailing address**

**David Burston**
**889 Ridgeside Dr**
**Monrovia, CA 91016**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.422 0**

**Nonpriority creditor's name and mailing address**

**David Burston**
**889 Ridgeside Drive**
**Monrovia, CA 91016**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.422 1**

**Nonpriority creditor's name and mailing address**

**David Burston**
**889 Ridgeside Drive**
**Monrovia, CA 91016**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.422 2**

**Nonpriority creditor's name and mailing address**

**David Butler**
**2021 Cueva de Oro Cv**
**Austin, TX 78746**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.422 3**

**Nonpriority creditor's name and mailing address**

**David Calderwood**
**908 Huntington St**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.422 4**

**Nonpriority creditor's name and mailing address**

**David Callaway**
**821 Calle Miramar**
**Redondo Beach, CA 90277**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.422 5**

**Nonpriority creditor's name and mailing address**

**David Callaway**
**821 Calle Miramar**
**Redondo Beach, CA 90277-6729**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                          **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.422
6**

**Nonpriority creditor's name and mailing address**

**David Calvin**
**6831 E. Paradise Dr**
**Scottsdale, AZ 85254**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422
7**

**Nonpriority creditor's name and mailing address**

**David Camden**
**146 Delahunty Dr**
**Southington, CT 06489-3667**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422
8**

**Nonpriority creditor's name and mailing address**

**David Camden**
**146 Delahunty Dr.**
**Southington, CT 06489**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422
9**

**Nonpriority creditor's name and mailing address**

**David Canine**
**P.O. Box 1219**
**Kapaau, HI 96755**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.423
0**

**Nonpriority creditor's name and mailing address**

**David Canine**
**55-3438 Puu Mamo Dr**
**Hawi, HI 96719**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.423
1**

**Nonpriority creditor's name and mailing address**

**David Capek**
**11 S Stonington Rd**
**Laguna Beach, CA 92651**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.423
2**

**Nonpriority creditor's name and mailing address**

**David Capek**
**7 Sky Ranch Rd**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
　　　　Name

---

**3.423
3**

**Nonpriority creditor's name and mailing address**

**DAVID CARLETON**
**1264 Florida St**
**Imperial Beach, CA 91932**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.423
4**

**Nonpriority creditor's name and mailing address**

**David Carlson**
**917 West Gladstone St**
**Glendora, CA 91740**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.423
5**

**Nonpriority creditor's name and mailing address**

**David Carlson**
**917 West Gladstone St**
**Glendora, CA 91740**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.423
6**

**Nonpriority creditor's name and mailing address**

**DAVID CATHY BURKE**
**3 PINEHURST LANE**
**THE WOODLANDS**
**FALMOUTH, ME 04105**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.423
7**

**Nonpriority creditor's name and mailing address**

**DAVID CATHY BURKE**
**3 PINEHURST LANE**
**THE WOODLANDS**
**FALMOUTH, ME 04105**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.423
8**

**Nonpriority creditor's name and mailing address**

**David Chalmers**
**1203 E. Hopkins Ave**
**Aspen, CO 81611**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.423
9**

**Nonpriority creditor's name and mailing address**

**David Champlin**
**3729 W Chapel Hill Rd**
**Decatur, AL 35603**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.424 0**

**Nonpriority creditor's name and mailing address**

**David Champlin**
**3729 w chapel hill rd**
**Decatur, AL 35603**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.424 1**

**Nonpriority creditor's name and mailing address**

**David Champlin**
**1964 West Beach Blvd**
**Gulf Shores, AL 36542**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.424 2**

**Nonpriority creditor's name and mailing address**

**David Champlin**
**3729 west chapel hill rd**
**Decatur, AL 35603**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.424 3**

**Nonpriority creditor's name and mailing address**

**David Choi**
**5092 Fairway View Dr**
**Yorba Linda, CA 92886**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.424 4**

**Nonpriority creditor's name and mailing address**

**David Christy**
**18601 Newland St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.424 5**

**Nonpriority creditor's name and mailing address**

**David Cieminis**
**378 Costa Mesa St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.424 6**

**Nonpriority creditor's name and mailing address**

**David Cisneros**
**176 Tomahawk Ridge Ln**
**DURANGO, CO 81303**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.424
7**

**Nonpriority creditor's name and mailing address**

**DAVID CLARK**
**1574 Lowell Boulevard**
**Denver, CO 80204-1568**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.424
8**

**Nonpriority creditor's name and mailing address**

**David Clark**
**6936 South Euclid**
**Chicago, IL 60649**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.424
9**

**Nonpriority creditor's name and mailing address**

**David Clark**
**67782 East Palm Canyon Dr**
**Ste B104347**
**Cathedral City, CA 92234**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.425
0**

**Nonpriority creditor's name and mailing address**

**David Clark**
**6936 South Euclid**
**Chicago, IL 60649**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.425
1**

**Nonpriority creditor's name and mailing address**

**DAVID COURTEMANCHE**
**64 KENDALL ST**
**FRANKLIN, NH 03235**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.425
2**

**Nonpriority creditor's name and mailing address**

**David Covina**
**417 Cabrillo**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.425
3**

**Nonpriority creditor's name and mailing address**

**David Craig Wiggenhorn**
**6196 NE Chestnut St**
**Hillsboro, OR 97124**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.425 4**

**Nonpriority creditor's name and mailing address**

**David Crisafulli**
**2021 Trinity Ave**
**Wilmington, NC 28411**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.425 5**

**Nonpriority creditor's name and mailing address**

**David Crossley**
**1249 Waterman Road**
**Johnson, VT 05656**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.425 6**

**Nonpriority creditor's name and mailing address**

**David Croy**
**35409 J Place**
**Ocean park, WA 98640**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.425 7**

**Nonpriority creditor's name and mailing address**

**David Cunningham**
**4097 W. 142nd St**
**#224**
**Hawthorne, CA 90250**

Date(s) debt was incurred  **2022**
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.425 8**

**Nonpriority creditor's name and mailing address**

**David Czarnowski**
**2341 Palisades Drive**
**Apt 2**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.425 9**

**Nonpriority creditor's name and mailing address**

**David Damron**
**1945 Placentia Avs. Unit A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.426 0**

**Nonpriority creditor's name and mailing address**

**David Della Vedova**
**3764 Harolds Rd.**
**Traverse City, MI 49696**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                Case number (if known) _____
     Name

---

**3.426
1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**David Diaz**                                                        ☐ Contingent
**3404 West Aileen Street**                                           ☐ Unliquidated
**Tampa, FL 33607-1814**                                             ☐ Disputed

Date(s) debt was incurred  **2022**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.426
2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**David Dieterle**                                                   ☐ Contingent
**1295 Camelot Drive**                                               ☐ Unliquidated
**Columbus, OH 43220**                                              ☐ Disputed

Date(s) debt was incurred  **2021**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.426
3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**David Dieterle**                                                   ☐ Contingent
**1295 Camelot Drive**                                               ☐ Unliquidated
**Columbus, OH 43220 US**                                           ☐ Disputed
**Columbus, OH 43220**

Date(s) debt was incurred  **2021**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.426
4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**David Donald**                                                     ☐ Contingent
**157 Seabreeze Drive**                                              ☐ Unliquidated
**North Kingstown, RI 02852**                                        ☐ Disputed

Date(s) debt was incurred  **2021**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.426
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**david donnelly**                                                   ☐ Contingent
**15775 Herman Rd**                                                  ☐ Unliquidated
**MANCHESTER, MI 48158-9667**                                        ☐ Disputed

Date(s) debt was incurred  **2021**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.426
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**David Dorf**                                                       ☐ Contingent
**10512 Medinah Greens Dr**                                          ☐ Unliquidated
**Austin, TX 78717**                                                ☐ Disputed

Date(s) debt was incurred  **2021**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.426
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**David Douglas**                                                    ☐ Contingent
**63 Wood Duck Drive**                                               ☐ Unliquidated
**Berlin, MD 21811**                                                ☐ Disputed

Date(s) debt was incurred  **2022**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
_____
Name

| 3.426 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**David Doyle**
**20151 Orchid St.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.426 9

**Nonpriority creditor's name and mailing address**
**David Dragonetti**
**18 Katy Rosa Ln**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.427 0

**Nonpriority creditor's name and mailing address**
**David Drain**
**3226 Nicol Point Way NE**
**Tuscaloosa, AL 35406**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.427 1

**Nonpriority creditor's name and mailing address**
**David Drake**
**7852 SW 89th Loop**
**Ocala, FL 34476**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.427 2

**Nonpriority creditor's name and mailing address**
**David Dreyer**
**208 Ocean Ave**
**Massapequa Park, NY 11762**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.427 3

**Nonpriority creditor's name and mailing address**
**David E Wayner**
**13301 Morris Creek Crescent**
**Charles City, VA 23030**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.427 4

**Nonpriority creditor's name and mailing address**
**David E Wilson**
**981 Cayman Ave E**
**Venice, FL 34285**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
        Name                                        Case number (if known) _____

---

**3.427
5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**David Edwards**                                    ☐ Contingent
**26815 Montseratt Ct**                              ☐ Unliquidated
**Murrieta, CA 92563**                               ☐ Disputed

Date(s) debt was incurred **2023**                  **Basis for the claim:  Warranty**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.427
6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**david emery**                                      ☐ Contingent
**823 Chestnut Tree Dr**                             ☐ Unliquidated
**Annapolis, MD 21409**                              ☐ Disputed

Date(s) debt was incurred **2024**                  **Basis for the claim:  Warranty**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.427
7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**David Epp**                                        ☐ Contingent
**17050 NE 117TH Street**                            ☐ Unliquidated
**Redmond, WA 98052**                                ☐ Disputed

Date(s) debt was incurred **2022**                  **Basis for the claim:  Warranty**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.427
8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**David Erb**                                        ☐ Contingent
**28482 Calle Pinon**                                ☐ Unliquidated
**San Juan Capistrano, CA 92675**                    ☐ Disputed

Date(s) debt was incurred **2020**                  **Basis for the claim:  Warranty**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.427
9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**David Erwin**                                      ☐ Contingent
**20970 V  a Casco**                                 ☐ Unliquidated
**Yorba Linda, CA 92886**                            ☐ Disputed

Date(s) debt was incurred **2025**                  **Basis for the claim:  Warranty**

Last 4 digits of account number **7**                Is the claim subject to offset? ■ No ☐ Yes

---

**3.428
0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**David Erwin**                                      ☐ Contingent
**20970 Via Casco**                                  ☐ Unliquidated
**Yorba Linda, CA 92886**                            ☐ Disputed

Date(s) debt was incurred **2025**                  **Basis for the claim:  Warranty**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.428
1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**David Fahrion**                                    ☐ Contingent
**1633 Castle Cove Cir.**                            ☐ Unliquidated
**Corona Del Mar, CA 92625**                         ☐ Disputed

Date(s) debt was incurred **2024**                  **Basis for the claim:  Warranty**

Last 4 digits of account number _                    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.428 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Falden**
**612 McCollum Circle**
**Neptune Beach, FL 32266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Falden**
**612 McCollum Circle**
**Neptune Beach, FL 32266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Ferguson**
**1905 N. 15th st**
**Unit B**
**Boise, ID 83702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Fisher**
**510 Ward Street**
**Newton, MA 02459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Fisher**
**96 Fairway Rd S**
**Lehighton, PA 18235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Flannery**
**2236 Mount Vernon Street**
**Philadelphia, PA 19130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Flannery**
**2236 Mount Vernon Street**
**Philadelphia, PA 19130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

| 3.428 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Flannery**
**2236 Mount Vernon Street**
**Philadelphia, PA 19130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DAVID FLINT**
**16201 NE 29TH AVE**
**RIDGEFIELD, WA 98642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Freeman**
**11582 Winter Moon Way**
**Nevada City, CA 95959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Frisk**
**28831 Curlew Lane**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Frisk**
**28831 Curlew Lane**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Fults**
**519 Fullerton Ave**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David FUNT**
**3505 South Ocean Boulevard**
**10S**
**Highland Beach, FL 33487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4296**

**Nonpriority creditor's name and mailing address**

**David Funt**
**3505 S Ocean Blvd**
**10S**
**Highland Beach, FL 33487**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4297**

**Nonpriority creditor's name and mailing address**

**David Furr**
**1465 hidden sawgrass path**
**Nokomis, FL 34275**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4298**

**Nonpriority creditor's name and mailing address**

**David Geddes**
**1600 TUNNEL CREEK RD**
**Incline Village, NV 89450**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4299**

**Nonpriority creditor's name and mailing address**

**David Giles**
**13943 South 7300 West**
**Herriman, UT 84096**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4300**

**Nonpriority creditor's name and mailing address**

**David Glenn**
**505 Winged Foot**
**Lufkin, TX 75901-7743**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4301**

**Nonpriority creditor's name and mailing address**

**David Glenn**
**2 Saint Andrews**
**Lufkin, TX 75901**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4302**

**Nonpriority creditor's name and mailing address**

**David Globig**
**11198 Roz Way**
**Oxford, FL 34484**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.430 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Goggin**
**3722 w north wood lake dr.**
**columbus, IN 47201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Good**
**6837 Shearwaters dr**
**CARLSBAD, CA 92011-3702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Goodbrand**
**25 Pamela Way**
**Trabuco Canyon, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Goss**
**503 Long Bow Ln**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Goss**
**503 Long Bow Lane**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Gourlay**
**8169 Branding Iron Ln**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**david graham**
**401 Dungannon Boulevard**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.431 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Grasso**
**7 Kyra Way**
**Plains, PA 18702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Basis for the claim:  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Graves**
**5501 River Ave**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

Basis for the claim:  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Graves**
**20542 Kelvingrove Ln**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Basis for the claim:  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Grigolla**
**627 West Allen Avenue**
**San Dimas, CA 91773**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

Basis for the claim:  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Guillory**
**622 Red Fern Rd**
**Crestview, FL 32536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Basis for the claim:  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Haley**
**21802 Oceanview Lane**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

Basis for the claim:  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.431 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Halopoff**
**1945 Placentia Ave**
**Suite A**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

Basis for the claim:  __Warranty__

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.431
7**

Nonpriority creditor's name and mailing address

**DAVID HALOPOFF
15001 Mistletoe Ave
Bakersfield, CA 93314**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.431
8**

Nonpriority creditor's name and mailing address

**David Hanisch
9115 Flushing Meadows Drive NE
Albuquerque, NM 87111**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.431
9**

Nonpriority creditor's name and mailing address

**David Harding
7 Estancia Ct
Santa Fe, NM 87506**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.432
0**

Nonpriority creditor's name and mailing address

**David Harris
2090 W San Bruno Ave
Fresno, CA 93711**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.432
1**

Nonpriority creditor's name and mailing address

**David Hatcher
2330 Shadow Ct.
Loveland, CO 80538**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.432
2**

Nonpriority creditor's name and mailing address

**David Hawkins
3317 Avenue Q 1/2
Galveston, TX 77550**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.432
3**

Nonpriority creditor's name and mailing address

**David Hawkins
2311 Mechanic St.
Galveston, TX 77550**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.432 4**

**Nonpriority creditor's name and mailing address**

**David Hayes**
**20912 Queens Park Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.432 5**

**Nonpriority creditor's name and mailing address**

**david hepworth**
**4 TRAILRIDGE DR**
**MELISSA, TX 75454**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.432 6**

**Nonpriority creditor's name and mailing address**

**david hepworth**
**4 Trailridge Drive**
**Melissa, TX 75454**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.432 7**

**Nonpriority creditor's name and mailing address**

**DAVID HERMAN**
**14 BASSWOOD CT.**
**CATONSVILLE, MD 21228**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.432 8**

**Nonpriority creditor's name and mailing address**

**david Hernandez**
**11147 Montgomery ave**
**Granada hills, CA 91344**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.432 9**

**Nonpriority creditor's name and mailing address**

**David Hill**
**560 21st Street**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.433 0**

**Nonpriority creditor's name and mailing address**

**David Hill**
**115 18th St.**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.433 1**

**Nonpriority creditor's name and mailing address**

**David Hill**
**560 21st Street**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.433 2**

**Nonpriority creditor's name and mailing address**

**David Hjelm**
**44 Nancy Drive**
**Belmont, NH 03220**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.433 3**

**Nonpriority creditor's name and mailing address**

**David Ho**
**26W453 Birkdale Ct**
**Winfield, IL 60190**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.433 4**

**Nonpriority creditor's name and mailing address**

**David Ho**
**26W453 Birkdale Court**
**Winfield, IL 60190**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.433 5**

**Nonpriority creditor's name and mailing address**

**David Hoffman**
**1007 qual rd**
**Manchaca, TX 78652**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.433 6**

**Nonpriority creditor's name and mailing address**

**David Hopper**
**4531 Vallecito Lane**
**Yorba Linda, CA 92886**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.433 7**

**Nonpriority creditor's name and mailing address**

**David Hopper**
**4531 Vellecito Lane**
**Yorba Linda, CA 92886**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____  Case number (if known) _____
Name

---

| 3.433 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Householter**
**452 32nd St**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.433 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Howard**
**213 Brick Landing**
**Rochester, NY 14626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Howell**
**5579 Hagerstown Dr**
**Baton Rouge, LA 70817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Hudson**
**7033 Geary Blvd**
**San Francisco, CA 94121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**david Italasano**
**1092 Tanglewood Lane**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David J Grasso**
**7 Kyra Way**
**Plains, PA 18702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.434 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David Johns**
**1611 Linden Rd**
**West Sacramento, CA 95691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| Debtor | **Electric Bike Company, LLC** |
| | Name |

Case number (if known) _____

---

**3.434 5**

**Nonpriority creditor's name and mailing address**
**David Johns**
**1611 Linden Rd**
**West Sacramento, AL 95691**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.434 6**

**Nonpriority creditor's name and mailing address**
**david johnson**
**4214 Pacheco Street**
**San Francisco, CA 94116**

Date(s) debt was incurred **2025**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.434 7**

**Nonpriority creditor's name and mailing address**
**David Jones**
**2879 E Blackhawk Ct**
**Gilbert, AZ 85298**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.434 8**

**Nonpriority creditor's name and mailing address**
**David Jones**
**801 LAKEWOOD DRIVE**
**NORMAN, OK 73072**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.434 9**

**Nonpriority creditor's name and mailing address**
**David Kane**
**43 Church Rd**
**Morganville, NJ 07751-1368**

Date(s) debt was incurred **2025**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.435 0**

**Nonpriority creditor's name and mailing address**
**David Katz**
**2040 Shipway Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2025**
Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.435 1**

**Nonpriority creditor's name and mailing address**
**David Kerce**
**416 Long Lake Dr.**
**Fuquay-Varina, NC 27526**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                               Case number *(if known)* _____
_____
Name

---

| 3.435 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Ketcherside**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Kightlinger**
**32 river bottom rd**
**Irmo, SC 29063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Kilburn**
**901 Bramley Ct**
**Venice, FL 34293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Kimbrough**
**1120 Via Del Rey**
**Goleta, CA 93117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David King**
**1200 WRIGHT AVE**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Kingsley**
**5575 S.**
**231 E.**
**washington Terrace, UT 84405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.435 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**david kirchgessner**
**4763 canyon hills**
**fairfield, CA 94534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.4359**

**Nonpriority creditor's name and mailing address**

**DAVID KISER**
**13072 WOODBRIDGE CT, GULFPORT, MS 39503-**
**Gulfport MS, MS 39503**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4360**

**Nonpriority creditor's name and mailing address**

**DAVID KISER**
**13072 WOODBRIDGE CT**
**Gulfport, MS, MS 39503**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4361**

**Nonpriority creditor's name and mailing address**

**DAVID KISER**
**13072 Woodbridge Ct**
**Gulfport, MS, MS 39503**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4362**

**Nonpriority creditor's name and mailing address**

**DAVID KISER**
**13072 Woodbridge Ct**
**GULFPORT, MS 39503-2430**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4363**

**Nonpriority creditor's name and mailing address**

**David Klevatt**
**6559 N Minnehaha**
**Chicago, IL 60646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4364**

**Nonpriority creditor's name and mailing address**

**David Kline**
**311 W. 5th Street**
**Unit 802**
**Austin, TX 78701**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4365**

**Nonpriority creditor's name and mailing address**

**David Korneff**
**1751 Kanola Rd**
**La Habra Heights, CA 90631**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.436 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Krizo**
**16842 Pacific Coast HWY**
**#106**
**Huntington Beach, CA 92649**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Kuhar**
**100 Foam Flower Drive**
**Lake Frederick, VA 22630**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David kuwahara**
**23038 s vermont ave**
**Torrance, CA 90502**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Langston**
**20092 Glacier Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Langston**
**20092 Glacier Citcle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Larcher**
**5850 N. Cameldale Way**
**Paradise Valley, AZ 85253**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**David Larcher**
**1049 Lowell Ave.**
**Park City, AZ 84060**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

**3.437 3**

**Nonpriority creditor's name and mailing address**

**David Lavallee**
**135 Farview Drive**
**Sanford, ME 04073**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.437 4**

**Nonpriority creditor's name and mailing address**

**David Lee**
**7712 Wintergreen Dr**
**Citrus Heights, CA 95610**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.437 5**

**Nonpriority creditor's name and mailing address**

**David Leidenfrost**
**27525 Sunrise Shore Dr**
**Menifee, CA 92585-9050**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.437 6**

**Nonpriority creditor's name and mailing address**

**david leidenfrost**
**27525 Sunrise Shore Dr**
**Menifee, CA 92585**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.437 7**

**Nonpriority creditor's name and mailing address**

**David Lentz**
**37 Berkshire Drive**
**Ware, MA 01082**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.437 8**

**Nonpriority creditor's name and mailing address**

**David Leopold**
**100 Seaview Ave #2K**
**Norwalk, CT 06855**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.437 9**

**Nonpriority creditor's name and mailing address**

**David Leuck**
**1319 W Bay Ave**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.438 0**

**Nonpriority creditor's name and mailing address**

**David Levin**
**3312 W Harbor View Ave**
**Tampa, FL 33611**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.438 1**

**Nonpriority creditor's name and mailing address**

**David M Vittitow**
**855 E. Twain Ave. Ste 123 #589**
**Las Vegas, NV 89169**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.438 2**

**Nonpriority creditor's name and mailing address**

**David MacLeod**
**24704 SE 46th Place**
**Sammamish, WA 98029**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.438 3**

**Nonpriority creditor's name and mailing address**

**David Madera**
**1254 Venezia Pl**
**Pomona, CA 91766**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.438 4**

**Nonpriority creditor's name and mailing address**

**David Madison**
**3225 Clawson Avenue**
**Royal Oak, MI 48073**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.438 5**

**Nonpriority creditor's name and mailing address**

**David Madsen**
**144 E 825 S**
**Richmond, UT 84333**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.438 6**

**Nonpriority creditor's name and mailing address**

**David March**
**185 Laurel Road**
**Boyertown, PA 19512**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.438 7**

**Nonpriority creditor's name and mailing address**

**David March**
**185 Laurel Rd.**
**Boyertown, PA 19512**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.438 8**

**Nonpriority creditor's name and mailing address**

**David March**
**185 Laurel Road**
**Boyertown, PA 19512**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.438 9**

**Nonpriority creditor's name and mailing address**

**David March**
**185 Laurel Road**
**Boyertown, PA 19512**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.439 0**

**Nonpriority creditor's name and mailing address**

**David March**
**185 Laurel Road**
**Boyertown, PA 19512**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.439 1**

**Nonpriority creditor's name and mailing address**

**david marotta**
**3083 jessica street**
**newbury park, CA 91320**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.439 2**

**Nonpriority creditor's name and mailing address**

**David Marsh**
**69334 E Palm Canyon Drive spc 118**
**Cathedral City, CA 92234**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.439 3**

**Nonpriority creditor's name and mailing address**

**David Marshall**
**5975 Terrace Park Dr N**
**Unit 101**
**St petersburg, FL 33709**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | |

---

**3.439 4**

**Nonpriority creditor's name and mailing address**

**David Martin**
**6230 Dotts Lane**
**Penn Laird, VA 22846**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.439 5**

**Nonpriority creditor's name and mailing address**

**David Martin**
**1407 Linden Blvd**
**6G**
**Brooklyn, NY 11212**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.439 6**

**Nonpriority creditor's name and mailing address**

**David Martin**
**2300 Pimmit Drive Apt 101**
**Falls Church, VA 22043**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.439 7**

**Nonpriority creditor's name and mailing address**

**David Mast**
**3654 Holboro Dr**
**Los Angeles, CA 90027**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.439 8**

**Nonpriority creditor's name and mailing address**

**David McElroy**
**14 North Star Lane**
**Nantucket, MA 02554**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.439 9**

**Nonpriority creditor's name and mailing address**

**David McGraw**
**18928 Doris Street**
**Livonia, MI 48152**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.440 0**

**Nonpriority creditor's name and mailing address**

**David McGraw**
**18928 Doris**
**Livonia, MI 48152**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.440 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**David McMasters**
**25602 Jordan Terrace Ln**
**Katy, TX 77494**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.440 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**David McMillen**
**755 Grand Boulevard**
**Suite B105**
**Miramar Beach, FL 32550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.440 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**David McMillen**
**1395 Camp Ravine Rd**
**Burns, TN 37029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.440 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**David McMillen**
**1395 Camp Ravine Rd**
**Burns, TN 37029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.440 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**David McMullan**
**10908 Caminito Alto**
**San Diego, CA 92131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.440 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**David Medina**
**13065 Thicket Place**
**Corona, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.440 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**David Michelsen**
**276 East state rd 434**
**Winter springs, FL 32708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.4408**

**Nonpriority creditor's name and mailing address**

**DAVID MICKELSEN**
**276 EAST SR 434**
**WINTER SPRINGS, FL 32708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4409**

**Nonpriority creditor's name and mailing address**

**DAVID MICKELSEN**
**276 EAST SR 434**
**WINTER SPRINGS, FL 32708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4410**

**Nonpriority creditor's name and mailing address**

**DAVID MICKELSEN**
**276 EAST SR 434**
**WINTER SPRINGS, FL 32708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4411**

**Nonpriority creditor's name and mailing address**

**david mickelsen**
**276 East SR 434**
**Winter Springs, FL 32708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4412**

**Nonpriority creditor's name and mailing address**

**david mickelsen**
**276 East SR 434**
**Winter Springs, FL 32708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4413**

**Nonpriority creditor's name and mailing address**

**david mickelsen**
**276 East SR 434**
**Winter Springs, FL 32708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4414**

**Nonpriority creditor's name and mailing address**

**david mickelsen**
**276 East SR 434**
**Winter Springs, FL 32708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.441 5**

**Nonpriority creditor's name and mailing address**

**david mickelsen**
**276 East SR 434**
**Winter Springs, FL 32708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.441 6**

**Nonpriority creditor's name and mailing address**

**david mickelsen**
**276 East SR 434**
**Winter Springs, FL 32708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.441 7**

**Nonpriority creditor's name and mailing address**

**David Mickelsen**
**276 E SR 434**
**Winter Springs, FL 32708**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.441 8**

**Nonpriority creditor's name and mailing address**

**David Mickelsen**
**276 E SR 434**
**Winter Springs, FL 32708**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.441 9**

**Nonpriority creditor's name and mailing address**

**David Mickelsen**
**276 E SR 434**
**Winter Springs, FL 32708**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.442 0**

**Nonpriority creditor's name and mailing address**

**David Mickelsen**
**276 E SR 434**
**Winter Springs, FL 32708**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.442 1**

**Nonpriority creditor's name and mailing address**

**David Mickelsen**
**276 east SR434**
**Winter springs, FL 32708**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.442 2** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**David Mickelsen**
**276 E SR 434**
**Winter Springs, FL 32708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.442 3** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**David Miller**
**2100 N Fitzhugh Ave**
**Apt C**
**Dallas, TX 75204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.442 4** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**David Molnaa**
**622 Basswood Ave.**
**Richland, WA 99352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.442 5** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**David Molnaa**
**622 Basswood Ave**
**Richland, WA 99352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.442 6** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**David Moncayo**
**1658 SW Pancoast St**
**Port Saint Lucie, FL 34987**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.442 7** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**David Monge**
**17391 Dairyview Circle**
**Apartment C**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| **3.442 8** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**David Monge**
**17391 Diaryview Cir.**
**Apartment C**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.442
9**

**Nonpriority creditor's name and mailing address**

**David Montgomery**
**2967 Split Mountain Lane**
**San Bernadino, CA 92407**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.443
0**

**Nonpriority creditor's name and mailing address**

**david Montgomery**
**2967 split mountain lane**
**san bernardino, CA 92407**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.443
1**

**Nonpriority creditor's name and mailing address**

**David Morin**
**7915 Sunburst Terrace**
**Lake Worth, FL 33467**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.443
2**

**Nonpriority creditor's name and mailing address**

**David Morin**
**7915 Sunburst Terrace**
**LAKE WORTH, FL 33467-7066**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.443
3**

**Nonpriority creditor's name and mailing address**

**David Morin**
**69 Guest Drive**
**morganville, NJ 07751**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.443
4**

**Nonpriority creditor's name and mailing address**

**David Morin**
**69 Guest Dr**
**Morganville, NJ 07751**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.443
5**

**Nonpriority creditor's name and mailing address**

**David Motschenbacher**
**5135 Residencia**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

---

**3.4436**

**Nonpriority creditor's name and mailing address**

**David Murphy**
**418 Lexington Avenue**
**El Cerrito, CA 94530**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4437**

**Nonpriority creditor's name and mailing address**

**David Murphy**
**418 Lexington Avenue,**
**El Cerrito, CA 94530**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4438**

**Nonpriority creditor's name and mailing address**

**David Nance**
**431 Cabrillo St**
**COSTA MESA, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4439**

**Nonpriority creditor's name and mailing address**

**David Nance Nance**
**431 Cabrillo Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4440**

**Nonpriority creditor's name and mailing address**

**David Nisenbaum**
**126 Diamond Tail Rd**
**Placitas, NM 87043**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4441**

**Nonpriority creditor's name and mailing address**

**David Nyberg**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4442**

**Nonpriority creditor's name and mailing address**

**David O  BRIEN**
**12717 Carte Dr.**
**Tampa, FL 33618**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                    Case number *(if known)* _____

Name

---

| 3.444 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David OBrien**
**12717 Carte Dr.**
**Tampa, FL 33618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David OLeary**
**6305 30th St. NW**
**Gig Harbor, WA 98335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Olverd**
**52 Debora Drive**
**Plainview, NY 11803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David ONeal**
**613 S. Limuel Circle**
**Wichita, KS 67235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Orser**
**1913 Franklin Ave SE**
**Minneapolis, MN 55414-3614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Overy**
**83 Deer Creek Rd**
**Pittsford, NY 14534**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.444 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**David Owens**
**5825 Abernathy Dr**
**Los Angeles, CA 90045-1619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.445 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**david paine**
**637 saint james rd**
**newport, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.445 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Paine**
**637 st. james rd.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.445 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Parker**
**716 Nob Hill Ave N**
**Unit C**
**Seattle, WA 98109**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.445 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Pate**
**5101 Laurel Valley Ct**
**College Station, TX 77845**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.445 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Peek**
**827 S. Umatilla Way**
**Denver, CO 80223**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.445 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Phillips**
**1184 North Orangewood Ave**
**Clovis, CA 93611**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.445 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Pisor**
**1941 W Dickens**
**Chicago, IL 60614**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.445
7**

**Nonpriority creditor's name and mailing address**

**David Pisor**
**1941 W Dickens**
**Chicago, IL 60614**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.445
8**

**Nonpriority creditor's name and mailing address**

**David Pistone**
**10702 Rockhurst Ave**
**Santa Ana, CA 92705**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.445
9**

**Nonpriority creditor's name and mailing address**

**David Pistone**
**10702 rockhurst**
**Santa Ana, CA 92705**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.446
0**

**Nonpriority creditor's name and mailing address**

**David Porter**
**25887 Crown Valley pkwy**
**Unit 2122**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.446
1**

**Nonpriority creditor's name and mailing address**

**DAVID POSTIER**
**3895 GREY ABBEY DRIVE**
**ALPHARETTA, GA 30022**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.446
2**

**Nonpriority creditor's name and mailing address**

**David Powell**
**6301 S. Land Park Drive**
**Sacramento, CA 95831**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.446
3**

**Nonpriority creditor's name and mailing address**

**David Prescott**
**1300 Spotted Fawn Cove**
**Cedar Park, TX 78613**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                Case number (if known) _____
_____
Name

---

**3.446
4**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*              **$0.00**

**David R. Cole**                                                   ☐ Contingent
**1103 orchid st.**                                                 ☐ Unliquidated
**Waterford, MI 48328**                                            ☐ Disputed

Date(s) debt was incurred  **2021**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.446
5**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*              **$0.00**

**David Ramsey**                                                   ☐ Contingent
**2411 Starboard Crest Rd**                                        ☐ Unliquidated
**Morristown, TN 37814**                                           ☐ Disputed

Date(s) debt was incurred  **2021**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.446
6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*              **$0.00**

**David Rand**                                                     ☐ Contingent
**124 Southport**                                                  ☐ Unliquidated
**Williamsburg, VA 23188**                                         ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.446
7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*              **$0.00**

**David Rankin**                                                   ☐ Contingent
**4353 60th Street**                                               ☐ Unliquidated
**San Diego, CA 92115**                                            ☐ Disputed

Date(s) debt was incurred  **2020**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.446
8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*              **$0.00**

**david ready**                                                    ☐ Contingent
**945 15th St**                                                    ☐ Unliquidated
**HERMOSA BEACH, CA 90254**                                        ☐ Disputed

Date(s) debt was incurred  **2024**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.446
9**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*              **$0.00**

**David Redmond**                                                  ☐ Contingent
**6292 Vanguard Avenue**                                           ☐ Unliquidated
**Garden Grove, CA 92845**                                         ☐ Disputed

Date(s) debt was incurred  **2023**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.447
0**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*              **$0.00**

**David Reichert**                                                 ☐ Contingent
**2521 Minnesota Av.**                                             ☐ Unliquidated
**Apt. 5**                                                         ☐ Disputed
**Bemidji, MN 56601**

Date(s) debt was incurred  **2024**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.447**
**1**

**Nonpriority creditor's name and mailing address**

**David Reichert**
**2925 Natches Ave**
**St. Louis Park, MN 55416**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.447**
**2**

**Nonpriority creditor's name and mailing address**

**David Reynolds**
**3103 lake st**
**kalamazoo, MI 49048**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.447**
**3**

**Nonpriority creditor's name and mailing address**

**David Reynolds**
**3103 lake st**
**kalamazoo, MI 49048**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.447**
**4**

**Nonpriority creditor's name and mailing address**

**David Reynolds**
**3103 lake st**
**kalamazoo, MI 49048**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.447**
**5**

**Nonpriority creditor's name and mailing address**

**David Richard**
**4334 Lasker Brook Court**
**Katy, TX 77494**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.447**
**6**

**Nonpriority creditor's name and mailing address**

**David Rippeth**
**19671 Pandora Circle**
**North Fort Myers, FL 33917**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.447**
**7**

**Nonpriority creditor's name and mailing address**

**David Ritter**
**770 Summit Creek Lane**
**Pleasanton, CA 94566**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                    Case number (if known) _____
_____
Name

---

**3.4478**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**David Rivera**
**2030 West 25th St**
**Cleveland, OH 44113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4479**

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**David Rivera**
**1829 Merriman Rd**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4480**

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**David Rivera**
**2030 W. 25th St.**
**Cleveland, OH 44113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4481**

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**David Rivera**
**8043 Albion Rd**
**North Royalton, OH 44133**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4482**

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**David Robins**
**92 Lakewood Dr**
**congers, NY 10920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4483**

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**David Rochon**
**26629 Nawash Dr**
**Perrysburg, OH 43551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4484**

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**David Rollins**
**311 Cabana Dr**
**Apex, NC 27539**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.448
5**

**Nonpriority creditor's name and mailing address**

**David Romano**
**11426 Patterson Lake Drive**
**Pinckney, MI 48169**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.448
6**

**Nonpriority creditor's name and mailing address**

**David Roper**
**23823 101 AVE W**
**Edmonds, WA 98020**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.448
7**

**Nonpriority creditor's name and mailing address**

**David Roper**
**23823 101 Ave W**
**Edmonds, WA 98020**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.448
8**

**Nonpriority creditor's name and mailing address**

**David Rose**
**3198 N 1020 W**
**Pleasant View, UT 84414**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.448
9**

**Nonpriority creditor's name and mailing address**

**David Rosiello**
**838 Canyon Road**
**Morgantown, WV 26508**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.449
0**

**Nonpriority creditor's name and mailing address**

**David Rowe**
**300 Foxtail Ct.**
**Coppell, TX 75019**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.449
1**

**Nonpriority creditor's name and mailing address**

**David Ruggles**
**3728 N 2481 E**
**TWIN FALLS, ID 83301**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.449 2**

**Nonpriority creditor's name and mailing address**

**David Ryu**
**1510 Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.449 3**

**Nonpriority creditor's name and mailing address**

**David Salcido**
**5145 East Mezzanine Way**
**Long Beach, CA 90808**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.449 4**

**Nonpriority creditor's name and mailing address**

**David Sanders**
**8472 Cape Newbury Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.449 5**

**Nonpriority creditor's name and mailing address**

**David Saperstein**
**1203 E. Harrison Ave.**
**Salt Lake City, UT 84105**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.449 6**

**Nonpriority creditor's name and mailing address**

**David Saperstein**
**1203 E. Harrison Ave.**
**Salt Lake City, UT 84105**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.449 7**

**Nonpriority creditor's name and mailing address**

**David Saperstein**
**1203 Harrison Avenue South**
**Salt Lake City, UT 84105**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.449 8**

**Nonpriority creditor's name and mailing address**

**David Saperstein**
**1203 E Harrison Ave**
**Salt Lake City, UT 84105**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4499**

**Nonpriority creditor's name and mailing address**

**David Saperstein**
**1203 East Harrison Ave.**
**Salt Lake City, UT 84105**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4500**

**Nonpriority creditor's name and mailing address**

**David Saperstein**
**1203 East Harrison Ave.**
**Salt Lake City, UT 84105**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4501**

**Nonpriority creditor's name and mailing address**

**David Saperstein**
**1203 E. Harrison Ave**
**Salt Lake City, UT 84105**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4502**

**Nonpriority creditor's name and mailing address**

**David Saperstein**
**1203 East. Harrison Ave.**
**Salt Lake City, UT 84105**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4503**

**Nonpriority creditor's name and mailing address**

**David Saperstein**
**1203 E. Harrison Ave.**
**Salt Lake City, UT 84105**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4504**

**Nonpriority creditor's name and mailing address**

**David Saperstein**
**1203 E. Harrison Avenue**
**Salt Lake City, UT 84105**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4505**

**Nonpriority creditor's name and mailing address**

**David Sauer**
**28100 N Pierce ferry rd**
**Meadview, AZ 86444**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name                                                          Case number (if known) _____

---

**3.450 6**

**Nonpriority creditor's name and mailing address**

**David Sauer**
**28100 N. Pierce Ferry Rd.**
**Meadview, AZ 86444**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.450 7**

**Nonpriority creditor's name and mailing address**

**David Saunders**
**2065 Whitewater Dr**
**Bullhead, AZ 86442**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.450 8**

**Nonpriority creditor's name and mailing address**

**David Schmelzer**
**555 W MADISON ST APT 1511**
**CHICAGO, IL 60661**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.450 9**

**Nonpriority creditor's name and mailing address**

**David Shaw**
**309 Palm St. Suite 102**
**Newport Beach, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.451 0**

**Nonpriority creditor's name and mailing address**

**David Sherrill**
**25206 Duncan Drive**
**Tonganoxie, KS 66086**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.451 1**

**Nonpriority creditor's name and mailing address**

**David Sherrill**
**25206 Duncan Drive**
**Tonganoxie, KS 66086**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.451 2**

**Nonpriority creditor's name and mailing address**

**David Silva**
**18584 e Nijoel way**
**Stockton, CA 95215**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.451 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$0.00**

**David Sincich**
**30 Bristlecone**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451 4**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

**David Smith**
**2436 Oak Street**
**suite d**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451 5**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

**David Smith**
**2436 OAK ST**
**SUITE D**
**Bakersfield, CA 93301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451 6**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

**David Smith**
**4201 Jamboree**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451 7**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

**David Smith**
**538 Asilomar Way**
**Unit 101**
**Goleta, CA 93117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451 8**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

**David Snowden**
**21822 Seaside Lane**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.451 9**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

**David Sokolow**
**1218 Via Lucero**
**Oceanside, CA 92056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.452 0**

**Nonpriority creditor's name and mailing address**

**David Sonna**
**939 w 33rd pl apt g**
**chicago, IL 60608**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.452 1**

**Nonpriority creditor's name and mailing address**

**david spalding**
**1625 west moore road**
**tucson, AZ 85755**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.452 2**

**Nonpriority creditor's name and mailing address**

**David Sperling**
**2248 Date St**
**St James City, FL 33956**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.452 3**

**Nonpriority creditor's name and mailing address**

**David Stafford**
**9422 W Raintree Dr**
**Sun City, AZ 85351**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.452 4**

**Nonpriority creditor's name and mailing address**

**David stockdale**
**14651 Hyannis port**
**tustin, CA 92780**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.452 5**

**Nonpriority creditor's name and mailing address**

**David Stockdale**
**14651 HYANNIS PORT RD**
**TUSTIN, CA 92780**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.452 6**

**Nonpriority creditor's name and mailing address**

**david stockdale**
**14651 HYANNIS PORT RD**
**Tustin, CA 92780**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.452 7**

Nonpriority creditor's name and mailing address

**david stockdale**
**14651 Hyannis Port Rd**
**Tustin, CA 92780**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.452 8**

Nonpriority creditor's name and mailing address

**David Straight**
**45219 Butternut Ridge Rd**
**Oberlin, OH 44074**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.452 9**

Nonpriority creditor's name and mailing address

**David Straight**
**45219 Butternut Ridge Road**
**Oberlin, OH 44074**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.453 0**

Nonpriority creditor's name and mailing address

**David Strumpfer**
**3518 Winston Drive**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.453 1**

Nonpriority creditor's name and mailing address

**David Sulaski**
**4 E. Elm**
**chicago, IL 60611**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.453 2**

Nonpriority creditor's name and mailing address

**David Sullivan**
**6 Villa Puma**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.453 3**

Nonpriority creditor's name and mailing address

**David Sumich**
**4029 Warner Ave.**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.453 4**

**Nonpriority creditor's name and mailing address**

**David Swearingen**
**1906 Christensen Dr**
**Placentia, CA 92870**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.453 5**

**Nonpriority creditor's name and mailing address**

**David Sweet**
**922 Wall Road**
**Wadsworth, OH 44281**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.453 6**

**Nonpriority creditor's name and mailing address**

**David Sweet**
**922 Wall Rd.**
**Wadsworth, OH 44281**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.453 7**

**Nonpriority creditor's name and mailing address**

**David Throckmorton**
**1954 Placentia Ave**
**#209**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.453 8**

**Nonpriority creditor's name and mailing address**

**David Triplett**
**9042 Hyde Park Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.453 9**

**Nonpriority creditor's name and mailing address**

**DAVID TSAI**
**19456 DORCHESTER DRIVE**
**SARATOGA, CA 95070**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.454 0**

**Nonpriority creditor's name and mailing address**

**David Usai**
**5587 JADE TREE DR**
**ST CHARLES, MO 63304**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                      Case number (if known) _____

Name

---

**3.454**
**1**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**David Van doren**                                              ☐ Contingent
**1755 E 22nd St,**                                             ☐ Unliquidated
**Ogden, UT 84401**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.454**
**2**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**David Van Doren**                                             ☐ Contingent
**1755 E 22nd St.**                                            ☐ Unliquidated
**Ogden, UT 84401**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.454**
**3**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**David Van Dusen**                                             ☐ Contingent
**100 Barnwell ln**                                            ☐ Unliquidated
**Chesapeake, VA 23322**                                       ☐ Disputed

Date(s) debt was incurred  **2023**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.454**
**4**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**David VanBockern**                                            ☐ Contingent
**817 Brixworth Blvd**                                         ☐ Unliquidated
**Knoxville, TN 37934**                                        ☐ Disputed

Date(s) debt was incurred  **2020**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.454**
**5**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**David Venier**                                                ☐ Contingent
**321 Teakwood Dr**                                            ☐ Unliquidated
**Easley, SC 29640**                                           ☐ Disputed

Date(s) debt was incurred  **2025**                             Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.454**
**6**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**David Venier**                                                ☐ Contingent
**1674 Lower 4th Ave N**                                       ☐ Unliquidated
**Jacksonville Beach, FL 32250**                               ☐ Disputed

Date(s) debt was incurred  **2021**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.454**
**7**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**David Violante**                                              ☐ Contingent
**90 Sumach st**                                               ☐ Unliquidated
**Apt 703**                                                    ☐ Disputed
**Toronto, ON M5A 4R4**

Date(s) debt was incurred  **2023**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
_____
Name

---

| 3.454 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Wahl**
**5921 Fremont St.**
**Oakland, CA 94608**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                                        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.454 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Wallace**
**1315 Palm ave**
**apt. B**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                                        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Waltz**
**680 Hale Ave. N**
**Suite 230**
**Oakdale, MN 55128**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                                        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Warren**
**9732 Cathay Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                                        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David watkins**
**6406 East Yosemite Ave**
**orange, CA 92867**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                                        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Westendorf**
**2855 Naples Ave**
**Half Moon Bay, CA 94019**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                                        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**David Whalen**
**290 N Stillman st**
**Pensacola, FL 32505**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.                                        **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4555**

**Nonpriority creditor's name and mailing address**

**David White**
**152 Hampshire Dr**
**Sellersville, PA 18960**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4556**

**Nonpriority creditor's name and mailing address**

**David White**
**152 hampshire dr**
**sellersville, PA 18960**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4557**

**Nonpriority creditor's name and mailing address**

**David White**
**5977 Pheil Path**
**the villages, FL 32162**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4558**

**Nonpriority creditor's name and mailing address**

**David Whitehead**
**20 Grande Pointe Circle**
**Inlet Beach, FL 32461**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4559**

**Nonpriority creditor's name and mailing address**

**David Williams**
**1001 Orleavo Dr**
**Vista, CA 92084**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4560**

**Nonpriority creditor's name and mailing address**

**David Williams**
**1215 Green Valley Dr.**
**Ashland City, TN 37015**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4561**

**Nonpriority creditor's name and mailing address**

**David Wolfert**
**14 High Farms Road**
**West Hartford, CT 06107**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.456**
**2**

**Nonpriority creditor's name and mailing address**

**David Wolfert**
**14 HIGH FARMS RD**
**WEST HARTFORD, CT 06107**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.456**
**3**

**Nonpriority creditor's name and mailing address**

**David Womble**
**5821 Price**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.456**
**4**

**Nonpriority creditor's name and mailing address**

**David Woods**
**8230 William Wallace Drive**
**Summerfield, NC 27358**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.456**
**5**

**Nonpriority creditor's name and mailing address**

**David Yamasaki**
**16345 Los Rosales Street**
**San Diego, CA 92127**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.456**
**6**

**Nonpriority creditor's name and mailing address**

**David Yanik**
**7 Willowbrook Road**
**Asheville, NC 28805-1430**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.456**
**7**

**Nonpriority creditor's name and mailing address**

**David Yanik**
**7 Willowbrook Rd**
**Asheville, NC 28805**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.456**
**8**

**Nonpriority creditor's name and mailing address**

**David Young**
**163 cheyenne trail**
**Medford Lakes, NJ 08055**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4569**

**Nonpriority creditor's name and mailing address**

**David Zapp**
**950 Woodbury Hwy**
**Liberty, TN 37095**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4570**

**Nonpriority creditor's name and mailing address**

**David Zelis**
**9391 Sherwood Trail**
**Brecksville, OH 44141**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4571**

**Nonpriority creditor's name and mailing address**

**David Zettle**
**3447 Bay Harbor Point Dr**
**Unit 317**
**bay city, MI 48706**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4572**

**Nonpriority creditor's name and mailing address**

**Dawn Bell**
**8756 Calumet Avenue**
**St. John, IN 46373**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4573**

**Nonpriority creditor's name and mailing address**

**Dawn Blean**
**20297 N 2925th ave**
**Prophetstown, IL 61277**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4574**

**Nonpriority creditor's name and mailing address**

**Dawn Bucklin**
**14 THOMPSON PARK**
**FRANKLIN, NH 03235-1112**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4575**

**Nonpriority creditor's name and mailing address**

**Dawn Bucklin**
**14 Thompson Park**
**Franklin, NH 03235**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.457 6**

**Nonpriority creditor's name and mailing address**

**Dawn Chapman**
**4495 N Shasta Loop**
**Eugene, OR 97405**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.457 7**

**Nonpriority creditor's name and mailing address**

**DAWN CHAVEZ**
**4081 SNOWSHOE LANE**
**RENO, NV 89502**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.457 8**

**Nonpriority creditor's name and mailing address**

**Dawn Collins**
**542 S Gallatin Rd**
**POST FALLS, ID 83854**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.457 9**

**Nonpriority creditor's name and mailing address**

**Dawn Darga**
**118 E. 4th Street**
**Marion, IN 46952**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.458 0**

**Nonpriority creditor's name and mailing address**

**Dawn Dronet**
**2790 Shepherd Ln**
**San Bernardino, CA 92407**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.458 1**

**Nonpriority creditor's name and mailing address**

**Dawn Hetrick**
**300 Cagney Ln**
**111**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.458 2**

**Nonpriority creditor's name and mailing address**

**Dawn Hewiitt**
**152 12th Street**
**Seal Beach, CA 90740**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.458 3**

**Nonpriority creditor's name and mailing address**

**Dawn Irwin**
**3429 119th Ave Ct West**
**Milan, IL 61264**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.458 4**

**Nonpriority creditor's name and mailing address**

**Dawn Irwin**
**14 Frontier Court**
**P.O. Box 277**
**Rapids City, IL 61278**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.458 5**

**Nonpriority creditor's name and mailing address**

**Dawn Jacobs**
**8075 SW Hwy 200**
**Suite 105**
**Ocala, FL 34481**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.458 6**

**Nonpriority creditor's name and mailing address**

**Dawn Jacobs**
**8075 SW Hwy 200**
**Suite 105**
**Ocala, FL 34481**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.458 7**

**Nonpriority creditor's name and mailing address**

**Dawn Kelly**
**1229 10th Street**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.458 8**

**Nonpriority creditor's name and mailing address**

**Dawn Kerrigan**
**405 Holmwood**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.458 9**

**Nonpriority creditor's name and mailing address**

**Dawn Ligon**
**129 Rametto Road**
**Santa Barbara, CA 93108**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.4590**

**Nonpriority creditor's name and mailing address**

**Dawn Marie Shields**
**2855 Pinecreek Dr**
**A228**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.4591**

**Nonpriority creditor's name and mailing address**

**Dawn Muller**
**51 Ambroise**
**Newport Coast, CA 92657**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.4592**

**Nonpriority creditor's name and mailing address**

**Dawn Nicolaisen**
**2393 Santa Ana**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.4593**

**Nonpriority creditor's name and mailing address**

**Dawn Reese**
**649 Piedmont Hwy**
**Piedmont, SC 29673**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.4594**

**Nonpriority creditor's name and mailing address**

**Dawn Rethmeiar**
**1158 Hillside Dr**
**Healdsburg, CA 95448**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.4595**

**Nonpriority creditor's name and mailing address**

**Dawn Wagner**
**53 Hideaway Lane**
**North Kingstown, RI 02852**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.4596**

**Nonpriority creditor's name and mailing address**

**Dawn Wagner**
**53 Hideaway Ln**
**North Kings Town, RI 02852**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                     Case number *(if known)* _____
_____
Name

| 3.459 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Dawn Zeevalk**
**47 Silverside Rd**
**Lakewood, NJ 08701**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.459 8**
**Nonpriority creditor's name and mailing address**
**Dawn Zeevalk**
**47 Silverside Rd**
**Lakewood, NJ 08701**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.459 9**
**Nonpriority creditor's name and mailing address**
**Dawn Zeevalk**
**47 Silverside Rd.**
**Lakewood, NJ 08701**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.460 0**
**Nonpriority creditor's name and mailing address**
**Dawna Wyland**
**1931 Pine St**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.460 1**
**Nonpriority creditor's name and mailing address**
**Dax Wilson**
**234 Palmer St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.460 2**
**Nonpriority creditor's name and mailing address**
**Dayle Ardave**
**707 Eldridge Ave**
**Vacaville, CA 95688**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.460 3**
**Nonpriority creditor's name and mailing address**
**Dayle Gilson**
**419 Cherry Blossom Loop**
**Richland, WA 99352-7851**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
             Name

---

**3.4604**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Dean Christner**
**58426 oxbow drive**
**Elkhart, IN 46516**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4605**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Dean Christopoul**
**10783 Crescendo Cir**
**Boca Raton, FL 33498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4606**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Dean Cole**
**11773 S 125 W**
**Brookston, IN 47923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4607**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Dean Coniglio**
**4287 E. Jacinto Way**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4608**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Dean Crook**
**161 Indian Meadows Rd.**
**Sandpoint, ID 83864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4609**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Dean crook**
**161 indian meadows rd**
**sandpoint, MI 83864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4610**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Dean Crosby**
**6705 MORGAN ROAD**
**EVERETT, WA 98203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.461
1**

**Nonpriority creditor's name and mailing address**

**Dean Crosby
6201 Associated Blvd
#103
Everett, WA 98203**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461
2**

**Nonpriority creditor's name and mailing address**

**Dean Dow
70 Panorama
Trabuco Canyon, CA 92679**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461
3**

**Nonpriority creditor's name and mailing address**

**Dean Garber
1237 Bromley Dr.
Weddington, NC 28104**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461
4**

**Nonpriority creditor's name and mailing address**

**Dean Gillespie
5436 Loganberry Way
Oceanside, CA 92057**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461
5**

**Nonpriority creditor's name and mailing address**

**Dean Hamilton
36 Seaskape Dr
Newport, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461
6**

**Nonpriority creditor's name and mailing address**

**Dean Howard
187 East 21st Street
Apt. 14
Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.461
7**

**Nonpriority creditor's name and mailing address**

**Dean Jabas
1024 Melissa Street
Menasha, WI 54952**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.4618**

**Nonpriority creditor's name and mailing address**

**Dean Lueck**
**1319 W Bay Avenue**
**Newport Beach, CA 92661**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4619**

**Nonpriority creditor's name and mailing address**

**Dean Lueck**
**1319 West Bay Ave**
**Newport Beach, CA 92661**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4620**

**Nonpriority creditor's name and mailing address**

**Dean Miller**
**5741 Natoma road**
**Lake Wylie, SC 29170**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4621**

**Nonpriority creditor's name and mailing address**

**Dean Miller**
**5741 Natoma road**
**Lake Wylie, SC 29710**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4622**

**Nonpriority creditor's name and mailing address**

**Dean OKelley**
**3225 Patina Street**
**Las Vegas, NV 89129**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4623**

**Nonpriority creditor's name and mailing address**

**Dean Slaughter**
**746 N. Dalton Ranch road**
**Durango, CO 81301**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4624**

**Nonpriority creditor's name and mailing address**

**Dean Smith**
**919 Oak St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                 Case number *(if known)* _____
 _____
    Name

---

**3.462 5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Dean Toohey**                                                    ☐ Contingent
**12942 Bubbling Well Rd.**                                        ☐ Unliquidated
**Santa Ana, CA 92705**                                           ☐ Disputed

Date(s) debt was incurred  **2025**                                **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.462 6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Dean Toohey**                                                    ☐ Contingent
**12942 Bubbling Well Rd**                                         ☐ Unliquidated
**Santa Ana, CA 92705**                                           ☐ Disputed

Date(s) debt was incurred  **2021**                                **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.462 7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Dean Trumbauer**                                                 ☐ Contingent
**4109 Sauconia Road**                                            ☐ Unliquidated
**Coopersburg, PA 18036**                                         ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.462 8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Dean Vetter**                                                    ☐ Contingent
**6743 Mary Loop**                                                ☐ Unliquidated
**The Villages, FL 34762**                                        ☐ Disputed

Date(s) debt was incurred  **2024**                                **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.462 9**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Dean Woodruff**                                                  ☐ Contingent
**111 Kahului Beach Rd**                                          ☐ Unliquidated
**D-411**                                                         ☐ Disputed
**Kahului, HI 96732-1247**

Date(s) debt was incurred  **2025**                                **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.463 0**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Deana Burford**                                                  ☐ Contingent
**1290 County Road 145**                                          ☐ Unliquidated
**Alvin, TX 77512**                                               ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.463 1**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Deana Crickmer**                                                 ☐ Contingent
**2928 SW 33rd St**                                               ☐ Unliquidated
**Redmond, OR 97756**                                             ☐ Disputed

Date(s) debt was incurred  **2021**                                **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.463 2**

**Nonpriority creditor's name and mailing address**

**Deana DeRosa**
**333 N Johnson Rd**
**Houston, PA 15342**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.463 3**

**Nonpriority creditor's name and mailing address**

**Deana Hankins**
**4501 S 96th St**
**Fort Smith, AR 72903-6701**

Date(s) debt was incurred  __2025__

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.463 4**

**Nonpriority creditor's name and mailing address**

**Deana Hankins**
**4501 S 96 St**
**Fort Smith, AR 72903**

Date(s) debt was incurred  __2025__

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.463 5**

**Nonpriority creditor's name and mailing address**

**Deane Palmer**
**5665 Delacroix Way**
**Yorba Linda, CA 92887**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.463 6**

**Nonpriority creditor's name and mailing address**

**Deanna Cole**
**1004 Zein Circle Dr**
**Lake View, IA 51450**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.463 7**

**Nonpriority creditor's name and mailing address**

**Deanna Craddock**
**21126 Charity Lane**
**Bend, OR 97702**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.463 8**

**Nonpriority creditor's name and mailing address**

**Deanna DeLeon**
**5009 Indian Island Drive**
**Weed, CA 96094**

Date(s) debt was incurred  __2025__

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.463 9**

**Nonpriority creditor's name and mailing address**

**Deanna Halverson**
**36 Bayley St**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.464 0**

**Nonpriority creditor's name and mailing address**

**Deanna Langston**
**20092 Glacier Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.464 1**

**Nonpriority creditor's name and mailing address**

**Deanna Lee**
**6948 Buckingham Blvd**
**Berkeley, CA 94705**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.464 2**

**Nonpriority creditor's name and mailing address**

**DeAnna Moore**
**3408 Hopkins Street**
**Nashvilke, TN 37215**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.464 3**

**Nonpriority creditor's name and mailing address**

**Deanna Raikes**
**8312 Riding Club Road**
**Jacksonville, FL 32256**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.464 4**

**Nonpriority creditor's name and mailing address**

**Deanna Raikes**
**8312 Riding Club Road**
**Jacksonville, FL 32256**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.464 5**

**Nonpriority creditor's name and mailing address**

**Deb Burton**
**1 Dove Shell Ln**
**Johns island**
**Vero Beach, FL 32963**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.4646**

**Nonpriority creditor's name and mailing address**

**Deb Greenberg**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4647**

**Nonpriority creditor's name and mailing address**

**Deb Hill**
**2649 Wakely Road**
**Cook, MN 55723**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4648**

**Nonpriority creditor's name and mailing address**

**Deb Reed**
**284 Cambridge Way**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4649**

**Nonpriority creditor's name and mailing address**

**DEB RUSH**
**4241 st theresa blvd**
**avon, OH 44011**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4650**

**Nonpriority creditor's name and mailing address**

**Debbie Alvarez**
**11405 Aqua pl**
**Anderson Island, WA 98303**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4651**

**Nonpriority creditor's name and mailing address**

**debbie booth**
**205 Bow Range Rd**
**guntersville, AL 35976-6146**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4652**

**Nonpriority creditor's name and mailing address**

**Debbie Bradley**
**14003 Sandy Oaks Dr**
**Whitney, TX 76692**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.465 3**

**Nonpriority creditor's name and mailing address**

**Debbie Dunne**
**9018 East Lakeview Hills Road**
**Traverse City, MI 49684**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.465 4**

**Nonpriority creditor's name and mailing address**

**Debbie Escuadro**
**8721 Burning Hide Avenue**
**Las Vegas, NV 89143**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.465 5**

**Nonpriority creditor's name and mailing address**

**Debbie Gutierrez**
**1612 Reflection St**
**San Marcos, CA 92078**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.465 6**

**Nonpriority creditor's name and mailing address**

**Debbie Hefner**
**6041 Kendrick Circle**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.465 7**

**Nonpriority creditor's name and mailing address**

**Debbie Iezzi**
**21 Kettering Drive**
**ROCHESTER, NY 14612**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.465 8**

**Nonpriority creditor's name and mailing address**

**Debbie Jacobsen**
**3114 S Center st**
**Newport Beach, CA 92704**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.465 9**

**Nonpriority creditor's name and mailing address**

**Debbie Klevens**
**7811 Sailboat Cir**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.4660**

**Nonpriority creditor's name and mailing address**

**Debbie Knox**
**7522 Vantage Drive**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4661**

**Nonpriority creditor's name and mailing address**

**Debbie L Egger**
**1676 Murray Rd**
**Mckinleyville, CA 95519**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4662**

**Nonpriority creditor's name and mailing address**

**Debbie Mills**
**41409 Cyrus Rd B140**
**Waller, TX 77484**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4663**

**Nonpriority creditor's name and mailing address**

**Debbie Pummell**
**127A CEDAR RD**
**Poquoson, VA 23662**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4664**

**Nonpriority creditor's name and mailing address**

**Debbie Schultz**
**2101 Fairbay Circle**
**League City, TX 77573**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4665**

**Nonpriority creditor's name and mailing address**

**Debbie Schultz**
**2101 Fairbay Circle**
**League City, TX 77573**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4666**

**Nonpriority creditor's name and mailing address**

**Debbie Sherbno**
**17473 167th St.**
**Basehor, KS 66007**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                            Case number (if known) _____
          Name

---

**3.466 7**

**Nonpriority creditor's name and mailing address**

**Debbie Taylor**
**3681 Union Ave**
**San Jose, CA 95124**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.466 8**

**Nonpriority creditor's name and mailing address**

**Debbie Zogaric**
**2601 Piedra Verde**
**Placerville, CA 95667**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.466 9**

**Nonpriority creditor's name and mailing address**

**Debbie Zogaric**
**2601 Piedra Verde**
**Placerville, CA 95667**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.467 0**

**Nonpriority creditor's name and mailing address**

**Debborah Maffei**
**185 Laurel Rd**
**Boyertown, PA 19512**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.467 1**

**Nonpriority creditor's name and mailing address**

**Debi Breiter**
**82400 West Coral Mountain**
**Indio, CA 92201**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.467 2**

**Nonpriority creditor's name and mailing address**

**debi king**
**2066 e la salle way**
**gilbert, AZ 85234**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.467 3**

**Nonpriority creditor's name and mailing address**

**Debi Mast**
**20 S. Fremont St. N.E.**
**Rockford, MI 49341-1210**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.467 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Debi Wray**
**9431 TONNEBERGER DR**
**Tecumseh, MI 49286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467 5**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Debi Wray**
**20583 Northern Lights Lane b313**
**Mackinaw City, MI 49701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467 6**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Deboarh Ferguson**
**15352 Irving Ct**
**Broomfield, CO 80023-4107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467 7**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Debora Ruffin**
**5297 Bay La Launch Ave**
**Orange Beach, AL 36561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467 8**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Deborah Aiwasian**
**241 North Lone Hill Ave**
**Glendora, CA 91741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.467 9**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Deborah Bricker**
**14141 Elystan cir**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.468 0**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

$0.00

**Deborah Burton**
**1 Dove Shell Lane**
**John  s Island**
**Vero beach, FL 32963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.468**
**1**

**Nonpriority creditor's name and mailing address**

**Deborah Daues**
**11 Stoney Creek Cove**
**Lakeway, TX 78734**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.468**
**2**

**Nonpriority creditor's name and mailing address**

**Deborah Daues**
**11 Stoney Creek Covee**
**Lakeway, TX 78734**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.468**
**3**

**Nonpriority creditor's name and mailing address**

**Deborah Daues**
**11 Stoney Creek Cove**
**Lakeway, TX 77834**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.468**
**4**

**Nonpriority creditor's name and mailing address**

**Deborah Davis**
**5130 Perry St**
**Denver, CO 80212**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.468**
**5**

**Nonpriority creditor's name and mailing address**

**Deborah Davis**
**5130 Perry St**
**Denver, CO 80212**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.468**
**6**

**Nonpriority creditor's name and mailing address**

**deborah earle**
**2417 Vista Hogar**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.468**
**7**

**Nonpriority creditor's name and mailing address**

**Deborah Ferguson**
**18160 Cottonwood Road PMB 466**
**Sunriver, OR 97707**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                           Case number (if known) _____
_____
Name

---

**3.4688**

**Nonpriority creditor's name and mailing address**

**Deborah Ferguson**
**18160 Cottonwood Rd PMB 466**
**Sunriver, OR 97707**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.4689**

**Nonpriority creditor's name and mailing address**

**Deborah Ferguson**
**15352 Irving Ct**
**Broomfield, CO 80023-4107**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.4690**

**Nonpriority creditor's name and mailing address**

**Deborah Foushee**
**774 North Bridal Path**
**Orange, CA 92869**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.4691**

**Nonpriority creditor's name and mailing address**

**Deborah Hanna**
**1655 E. Whisnand Rd**
**Bloomington, IN 47408**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.4692**

**Nonpriority creditor's name and mailing address**

**Deborah Hayes**
**34450 Via Verde**
**Capistrano Beach, CA 92624**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.4693**

**Nonpriority creditor's name and mailing address**

**Deborah Jiloty**
**27 Stone Ridge Drive**
**Rutland, VT 05701**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.4694**

**Nonpriority creditor's name and mailing address**

**deborah kalpakoff**
**13833 sunset dr**
**whittier, CA 90602**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

---

**3.469
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Deborah Kang**          ☐ Contingent
**417 Terrace Way**          ☐ Unliquidated
**San Mateo, CA 94403**          ☐ Disputed

Date(s) debt was incurred  **2023**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.469
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Deborah Lawler**          ☐ Contingent
**670 Aspen Dr**          ☐ Unliquidated
**Park City, UT 84098**          ☐ Disputed

Date(s) debt was incurred  **2021**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.469
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Deborah Ludeman**          ☐ Contingent
**130 Foam Flower Drive**          ☐ Unliquidated
**Lake Frederick, VA 22630**          ☐ Disputed

Date(s) debt was incurred  **2022**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.469
8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Deborah Molina**          ☐ Contingent
**12218 Eastbrook Ave.**          ☐ Unliquidated
**Downey, CA 90242**          ☐ Disputed

Date(s) debt was incurred  **2022**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.469
9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Deborah Newsom**          ☐ Contingent
**1466 Sycamore Ct**          ☐ Unliquidated
**Banning, CA 92220**          ☐ Disputed

Date(s) debt was incurred  **2025**          **Basis for the claim:  Warranty**

Last 4 digits of account number  **7**          Is the claim subject to offset? ■ No ☐ Yes

---

**3.470
0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Deborah Newsom**          ☐ Contingent
**1466 Sycamore ct**          ☐ Unliquidated
**Banning, CA 92220**          ☐ Disputed

Date(s) debt was incurred  **2024**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.470
1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Deborah Newsom**          ☐ Contingent
**1466 Sycamore Ct**          ☐ Unliquidated
**Banning, CA 92220**          ☐ Disputed

Date(s) debt was incurred  **2024**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.470 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deborah Phillips**
**31 Broadway**
**Unit B**
**Rockport, MA 01966**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

Basis for the claim:  **Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DEBORAH QUAZZO**
**2506 Leavenworth Street**
**Delivery Door #307307**
**San Francisco, CA 94133**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

Basis for the claim:  **Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deborah Rigsby**
**3101 Indian Crest Drive**
**Pelham, AL 35214**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

Basis for the claim:  **Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deborah Rigsby**
**3101 Indian Crest Drive**
**Indian Springs Village, AL 35124**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

Basis for the claim:  **Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deborah Vanover**
**8147 W. CIELO GRANDE**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

Basis for the claim:  **Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deborah Wray**
**583 Echo Ct**
**Saline, MI 48176**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

Basis for the claim:  **Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.470 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Deborrah Vacca**
**12912 Tar Flower Dr**
**Tampa, FL 33626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

Basis for the claim:  **Warranty**

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number *(if known)* _____
Name

---

**3.4709**

**Nonpriority creditor's name and mailing address**

**Deborrah Vacca**
**12912 Tar Flower Dr**
**Tampa, FL 33626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4710**

**Nonpriority creditor's name and mailing address**

**Debra Aguirre**
**11707 Norlain Ave**
**Downey, CA 90241**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4711**

**Nonpriority creditor's name and mailing address**

**Debra Bernier**
**4 Wildflower Court**
**Corte Madera, CA 94925**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4712**

**Nonpriority creditor's name and mailing address**

**Debra Bernier**
**4 Wildflower Court**
**Corte Madera, CA 94925**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4713**

**Nonpriority creditor's name and mailing address**

**debra brown**
**2648 W 230 N**
**Hurricane, UT 84737**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4714**

**Nonpriority creditor's name and mailing address**

**Debra Brown**
**30 Sawmill Rd.**
**Countryside RV**
**Dillon, MT 59725**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4715**

**Nonpriority creditor's name and mailing address**

**Debra Brown**
**14794 S AVENUE 3 E**
**Site #475**
**YUMA, AZ 85365-4810**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.471 6**

**Nonpriority creditor's name and mailing address**

**Debra Brown**
**30 Sawmill Rd.**
**Countryside RV**
**Dillon, MT 59725**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.471 7**

**Nonpriority creditor's name and mailing address**

**DEBRA BROWN**
**2648 W 230 N**
**Hurricane, UT 84737-4443**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.471 8**

**Nonpriority creditor's name and mailing address**

**debra brown**
**14794 S AVENUE 3 E**
**Site #475**
**YUMA, AZ 85365-4810**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.471 9**

**Nonpriority creditor's name and mailing address**

**debra brown**
**14794 south ave 3e**
**yuma, AZ 85365**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.472 0**

**Nonpriority creditor's name and mailing address**

**Debra Cummings**
**913 S. Conklin Ave**
**Sioux Falls, SD 57103**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.472 1**

**Nonpriority creditor's name and mailing address**

**Debra Del Valle**
**9956 tangelo ave**
**Bloomington, CA 92316**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.472 2**

**Nonpriority creditor's name and mailing address**

**Debra FitzGerald**
**27531 El Ferrol**
**Mission Viejo, CA 92692**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.472**
**3**

**Nonpriority creditor's name and mailing address**

**Debra Frazier**
**2877 SE Ocean Blvd**
**Stuart, FL 34996**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.472**
**4**

**Nonpriority creditor's name and mailing address**

**Debra Gane**
**2689 Bamboo Dr**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.472**
**5**

**Nonpriority creditor's name and mailing address**

**Debra Gordon**
**514 Americas Way**
**#16520**
**Box Elder, SD 57719**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.472**
**6**

**Nonpriority creditor's name and mailing address**

**Debra Gordon**
**Cliffside RV Park Site #33**
**3535 N. Saratoga St. Building 2527**
**Oak harbor, WA 98278**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.472**
**7**

**Nonpriority creditor's name and mailing address**

**Debra Graham**
**5514-05 W 149th Pl**
**Hawthorne, CA 90250**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.472**
**8**

**Nonpriority creditor's name and mailing address**

**Debra Hawrysko**
**511 Jefferson Woods Drive**
**Forest, VA 24551**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.472**
**9**

**Nonpriority creditor's name and mailing address**

**debra Hays**
**8905 Parrish Avenue**
**Highland, IN 46322**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known)
_____

---

| 3.473 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Debra Hill** | ☐ Contingent | |
| **2649 Wakely Road** | ☐ Unliquidated | |
| **Cook, MN 55723** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.473 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **DEBRA HODGE** | ☐ Contingent | |
| **602 E HWY 50** | ☐ Unliquidated | |
| **STE D** | ☐ Disputed | |
| **CLERMONT, FL 34711** | | |
| Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.473 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Debra J Bradley** | ☐ Contingent | |
| **14003 Sandy Oaks Drive** | ☐ Unliquidated | |
| **Whitney, TX 76692** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.473 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Debra King** | ☐ Contingent | |
| **2066 East La Salle Way** | ☐ Unliquidated | |
| **Gilbert, AZ 85234** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.473 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Debra Lukan** | ☐ Contingent | |
| **72 Spaulding Hill Rd** | ☐ Unliquidated | |
| **West Chesterfield, NH 03466** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.473 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Debra May** | ☐ Contingent | |
| **1005 Woodmere Avenue** | ☐ Unliquidated | |
| **Apt. 7** | ☐ Disputed | |
| **Traverse City, MI 49686** | | |
| Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.473 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Debra May** | ☐ Contingent | |
| **1005 Woodmere Ave. #7** | ☐ Unliquidated | |
| **Apt. 7** | ☐ Disputed | |
| **Traverse City, MI 49686** | | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.473 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Debra McCall**                                                         ☐ Contingent
**9095 irish elk ave**                                                   ☐ Unliquidated
**Las Vegas, NV 89149**                                                  ☐ Disputed

Date(s) debt was incurred  **2022**                                      **Basis for the claim:  Warranty**

Last 4 digits of account number _                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.473 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Debra McCormick**                                                      ☐ Contingent
**20627 Couples Lane**                                                   ☐ Unliquidated
**Bend, OR 97702**                                                       ☐ Disputed

Date(s) debt was incurred  **2024**                                      **Basis for the claim:  Warranty**

Last 4 digits of account number _                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.473 9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Debra Nagel**                                                          ☐ Contingent
**13033 19 Mile Rd., 1m**                                                ☐ Unliquidated
**Gowen, MI 49326**                                                      ☐ Disputed

Date(s) debt was incurred  **2024**                                      **Basis for the claim:  Warranty**

Last 4 digits of account number _                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.474 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Debra Nicholson**                                                      ☐ Contingent
**22625 e 980 rd**                                                       ☐ Unliquidated
**Arapaho, OK 73620**                                                    ☐ Disputed

Date(s) debt was incurred  **2021**                                      **Basis for the claim:  Warranty**

Last 4 digits of account number _                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.474 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Debra Peterson**                                                       ☐ Contingent
**29082 Potassium St NW**                                                ☐ Unliquidated
**Isanti, MN 55040**                                                     ☐ Disputed

Date(s) debt was incurred  **2022**                                      **Basis for the claim:  Warranty**

Last 4 digits of account number _                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.474 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Debra Pettibone**                                                      ☐ Contingent
**1313 N Maize Ct**                                                      ☐ Unliquidated
**Apt 1707**                                                             ☐ Disputed
**Wichita, KS 67212**

Date(s) debt was incurred  **2025**                                      **Basis for the claim:  Warranty**

Last 4 digits of account number _                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.474 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Debra Pettibone**                                                      ☐ Contingent
**537 N 20th St**                                                        ☐ Unliquidated
**Apt 23**                                                               ☐ Disputed
**Defuniak Springs, FL 32433**

Date(s) debt was incurred  **2023**                                      **Basis for the claim:  Warranty**

Last 4 digits of account number _                                        Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page  678 of 1430

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.474 4**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

**Debra Pettibone**
**164 Kali Lane**                               ☐ Contingent
**Santa Rosa Beach, FL 32459**                  ☐ Unliquidated
                                                ☐ Disputed
Date(s) debt was incurred  **2023**

Last 4 digits of account number __            **Basis for the claim:  Warranty**

                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.474 5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

**Debra Pettibone**
**537 N 20th St**                               ☐ Contingent
**Apt 23**                                      ☐ Unliquidated
**Defuniak Springs, FL 32433**                  ☐ Disputed
Date(s) debt was incurred  **2022**

Last 4 digits of account number __            **Basis for the claim:  Warranty**

                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.474 6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

**Debra Rasmussen**
**800 Kay Rd**                                  ☐ Contingent
**Site 1196**                                   ☐ Unliquidated
**Watertown, FL 34212**                         ☐ Disputed
Date(s) debt was incurred  **2024**

Last 4 digits of account number __            **Basis for the claim:  Warranty**

                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.474 7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

**debra sands**
**5550 texas ave**                              ☐ Contingent
**Apt 214**                                     ☐ Unliquidated
**Abilene, TX 79605**                           ☐ Disputed
Date(s) debt was incurred  **2023**

Last 4 digits of account number __            **Basis for the claim:  Warranty**

                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.474 8**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

**Debra Simonson**
**915 N E 12th Street**                         ☐ Contingent
**Grants Pass, OR 97526**                       ☐ Unliquidated
                                                ☐ Disputed
Date(s) debt was incurred  **2024**

Last 4 digits of account number __            **Basis for the claim:  Warranty**

                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.474 9**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

**Debra Smith**
**10638 Walnut Drive**                          ☐ Contingent
**Shadow Hills, CA 91040**                      ☐ Unliquidated
                                                ☐ Disputed
Date(s) debt was incurred  **2020**

Last 4 digits of account number __            **Basis for the claim:  Warranty**

                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.475 0**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                  **$0.00**

**Debra Streff**
**921 Bellis Street**                           ☐ Contingent
**Newport Beach, CA 92660**                     ☐ Unliquidated
                                                ☐ Disputed
Date(s) debt was incurred  **2025**

Last 4 digits of account number __            **Basis for the claim:  Warranty**

                                                Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.475 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Debra Tinsley**
**41150 Lahontan Drive**
**Unit B5**
**Big Bear Lake, CA 92315**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Debra Turbett**
**11460 Beecher Rd.**
**Flushing, MI 48433**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Debra Turner**
**3511 Via Flores**
**San Diego, CA 92106**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Debra Vega**
**21011 Marin**
**Lake Forest, CA 92630**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Debra Weckesser**
**3048 Cecil Lewis Dr**
**Franklin, TN 37067**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dee Dion**
**22 Erin Court**
**Milton, VT 05468**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.475 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Dee Masterson**
**3419 Cherie Lane**
**Michigan City, IN 46360**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4758**

**Nonpriority creditor's name and mailing address**

**Dee Petitt**
**10750 John Randolph Dr**
**Jacksonville, FL 32257**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4759**

**Nonpriority creditor's name and mailing address**

**DeeAnn Sims Knight**
**926 9th st**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4760**

**Nonpriority creditor's name and mailing address**

**DeeDee Baker**
**20379 SPRUCE POINT PL**
**PARKER, CO 80134**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4761**

**Nonpriority creditor's name and mailing address**

**Deen Dodge**
**3606 allendale avenue**
**Duluth, MN 55803**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4762**

**Nonpriority creditor's name and mailing address**

**Deen Dodge**
**3606 allendale avenue**
**Duluth, MN 55803**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4763**

**Nonpriority creditor's name and mailing address**

**Deena Beswick**
**10020 Chrysolite Pl**
**Las Vegas, NV 89143**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4764**

**Nonpriority creditor's name and mailing address**

**Deepak Kamnani**
**163 asbury street**
**Houston, TX 77007**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
　　　Name

Case number *(if known)* _____

---

| 3.476 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Deepak Kamnani**
**163 asbury street**
**Houston, TX 77007**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.476 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**DeEtte LaCharite**
**1105 Van Buren St**
**Annapolis, MD 21403**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.476 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Degen**
**1009 New York Avenue**
**Lynn Haven, FL 32444**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.476 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Delaia Valdez**
**1781 S Campton Ave**
**326**
**Anaheim, CA 92805**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.476 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Delaney Shab**
**33496 ironsides Dr**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.477 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Delia Reid**
**88 Meernaa Avenue**
**Fairfax, CA 94930**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.477 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Delilah Helton**
**4923 W TONTO RD**
**Glendale, AZ 85308**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.477 2**

**Nonpriority creditor's name and mailing address**

**Delilah O'Leary**
**7204 Ocean Drive**
**Emerald Isle, NC 28594**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.477 3**

**Nonpriority creditor's name and mailing address**

**Dell Almaraz**
**1941 W. 152nd St**
**Gardena, CA 90249**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.477 4**

**Nonpriority creditor's name and mailing address**

**Dell Almaraz**
**1941 W 152ND ST**
**GARDENA, CA 90249**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.477 5**

**Nonpriority creditor's name and mailing address**

**Delma Kinlaw**
**1140 Arboretum Drive**
**Wilmington, NC 28405**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.477 6**

**Nonpriority creditor's name and mailing address**

**Demond Smalls**
**307 Wrayhill Drive**
**Charlotte, NC 28262-1610**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.477 7**

**Nonpriority creditor's name and mailing address**

**Dena Abbott**
**3311 Prescott Ave**
**Lincoln, NE 68506**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.477 8**

**Nonpriority creditor's name and mailing address**

**Dena Bailey**
**18301 Shook Lane**
**Yorba Linda, CA 92886**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
                Name

---

**3.4779**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Dena Beeney**
**5612 294th Ave NE**
**Carnation, WA 98014**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.4780**

**Nonpriority creditor's name and mailing address**

**Dena Beeney**
**5612 294th Ave NE**
**Carnation, WA 98014**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.4781**

**Nonpriority creditor's name and mailing address**

**DENA CALABRO**
**6011 IRONGATE CIRCLE**
**HUNTINGTON BEACH, CA 92648**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.4782**

**Nonpriority creditor's name and mailing address**

**Denae Vaccher**
**4224 Hilaria Way**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.4783**

**Nonpriority creditor's name and mailing address**

**Denay Oesterblad**
**6234 Eucalyptus Dr**
**Highland, CA 92346**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.4784**

**Nonpriority creditor's name and mailing address**

**Denis Galak**
**2808 Brigham Street**
**2nd Floor**
**Brooklyn, NY 11235**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.4785**

**Nonpriority creditor's name and mailing address**

**Denis Lavoie**
**3590 Outpost Dr**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.478
6**

**Nonpriority creditor's name and mailing address**

**Denis Mennses**
**390 Broadways**
**Cosa mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478
7**

**Nonpriority creditor's name and mailing address**

**denis rivera**
**3862 alder place**
**chino hills, CA 91709**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478
8**

**Nonpriority creditor's name and mailing address**

**Denisa Casement**
**4240 E Marion Trl**
**TUCSON, AZ 85711**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478
9**

**Nonpriority creditor's name and mailing address**

**Denise Anderson**
**3223 Wedgewood Circle**
**Montgomery, TX 77356**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.479
0**

**Nonpriority creditor's name and mailing address**

**Denise Asaro**
**23407 Silver Strike Dr**
**Canyon Lake, CA 92587**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.479
1**

**Nonpriority creditor's name and mailing address**

**Denise Bain**
**1945 Placentia Ave**
**Costa Mesa, CA 91977**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.479
2**

**Nonpriority creditor's name and mailing address**

**Denise Bradford**
**2284 SW Allen Creek Road**
**Grants Pass, OR 97527**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.479 3**

**Nonpriority creditor's name and mailing address**

**Denise Dresbach**
**325 ARBUTUS AVE**
**MORRO BAY, CA 93442**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.479 4**

**Nonpriority creditor's name and mailing address**

**Denise Dunaway**
**5637 S Dunrobin Dr**
**Springfield, MO 65809**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.479 5**

**Nonpriority creditor's name and mailing address**

**Denise Ellis**
**2135 North Shore Drive**
**Walloon Lake, MI 49796**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.479 6**

**Nonpriority creditor's name and mailing address**

**Denise Ellis**
**02135 Northshore Drive**
**WALLOON Lake, MI 49796**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.479 7**

**Nonpriority creditor's name and mailing address**

**Denise Ellis**
**02135 Northshore Drive**
**WALLOON Lake, MI 49796**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.479 8**

**Nonpriority creditor's name and mailing address**

**Denise Fenchel**
**115 Loma Alta Ave**
**Los Gatos, CA 95030**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.479 9**

**Nonpriority creditor's name and mailing address**

**Denise Fizel**
**75 Edge Rock Drive, Drums, PA 18222**
**Drums, PA 18222**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.480 0**

**Nonpriority creditor's name and mailing address**

**Denise Grunburg**
**15 Kialoa Court**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.480 1**

**Nonpriority creditor's name and mailing address**

**Denise Gugerty**
**23153 Trillium Drive**
**Wildomar, CA 92595**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.480 2**

**Nonpriority creditor's name and mailing address**

**Denise Holder**
**21851 Newland St**
**Spc 279**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.480 3**

**Nonpriority creditor's name and mailing address**

**Denise Jeddy**
**333 Verdi Falls Avenue**
**Henderson, Nevada, NV 89011-5478**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.480 4**

**Nonpriority creditor's name and mailing address**

**Denise Jeddy**
**333 Verdi Falls Ave**
**Henderson, NV 89011**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.480 5**

**Nonpriority creditor's name and mailing address**

**Denise Jeffrey**
**75 A South Lakeside ave**
**Lake Hopatcong, NJ 07849**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.480 6**

**Nonpriority creditor's name and mailing address**

**DENISE LOWERY**
**3565 Antigua place**
**West Sacramento, CA 95691**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
              Name

| | | |
|---|---|---|
| **3.480 7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Denise M Schneider** | ☐ Contingent |
| | **814 E Hayward Ave** | ☐ Unliquidated |
| | **none** | ☐ Disputed |
| | **Phoenix, AZ 85020** | |
| | Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| **3.480 8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Denise Maggart** | ☐ Contingent |
| | **150 Navy Circle** | ☐ Unliquidated |
| | **Mount Juliet, TN 37122** | ☐ Disputed |
| | Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| **3.480 9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Denise Malone** | ☐ Contingent |
| | **153 Water Side St** | ☐ Unliquidated |
| | **Ridgeley, WV 26753** | ☐ Disputed |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| **3.481 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Denise Malone** | ☐ Contingent |
| | **153 Water Side St** | ☐ Unliquidated |
| | **Ridgeley, WV 26753** | ☐ Disputed |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| **3.481 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Denise Nguyen** | ☐ Contingent |
| | **19481 Surf set drive** | ☐ Unliquidated |
| | **Huntington beach, CA 92648** | ☐ Disputed |
| | Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| **3.481 2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Denise Nguyen** | ☐ Contingent |
| | **19481 Surfset Drive** | ☐ Unliquidated |
| | **Huntington Beach, CA 92648** | ☐ Disputed |
| | Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| **3.481 3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| | **Denise Pancheau** | ☐ Contingent |
| | **937 NOBLEWOOD DR** | ☐ Unliquidated |
| | **BILLINGS, MT 59101-7011** | ☐ Disputed |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$0.00**

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.481
4**

**Nonpriority creditor's name and mailing address**

**Denise Pancheau**
**937 Noblewood Dr**
**Billings, MT 59101**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.481
5**

**Nonpriority creditor's name and mailing address**

**Denise Paulino**
**9621 Sailfish Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.481
6**

**Nonpriority creditor's name and mailing address**

**DENISE SISNEROZ**
**6500 Paseo Del Sol Way**
**Elk Grove, CA 95758**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.481
7**

**Nonpriority creditor's name and mailing address**

**Denise Smart**
**25724 E. Lincoln Drive**
**Newman Lake, WA 99025**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.481
8**

**Nonpriority creditor's name and mailing address**

**Denise SQUIRES**
**821 NORTH 10TH STREET**
**Noblesville, IN 46060**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.481
9**

**Nonpriority creditor's name and mailing address**

**Denise Travers**
**2811 City Heights Road**
**Ashland, WI 54806**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.482
0**

**Nonpriority creditor's name and mailing address**

**Denise Van Ostrand**
**10197 Pike Avenue**
**Apt 1**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.482
1**

**Nonpriority creditor's name and mailing address**

**Denise Waddell Conte
38 Fenner Ave
Asheville, NC 28804**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.482
2**

**Nonpriority creditor's name and mailing address**

**Denita Ward
2145 Fox Avenue
Madison, WI 53711**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.482
3**

**Nonpriority creditor's name and mailing address**

**Dennis Barney
10966 East Porcini Dr.
South Jordan, UT 84009**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.482
4**

**Nonpriority creditor's name and mailing address**

**Dennis Bitters
969 Tornell Drive
Ripon, CA 95366**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.482
5**

**Nonpriority creditor's name and mailing address**

**Dennis Bitters
969 Tornell Dr
Ripon, CA 95366**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.482
6**

**Nonpriority creditor's name and mailing address**

**Dennis Brownfield
3641 w.nightflower
tucson, AZ 85741**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.482
7**

**Nonpriority creditor's name and mailing address**

**Dennis Carmichael
P.O Box 3327
Beaumont, CA 92223**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

---

| 3.482 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dennis Carmichael**
**11280 Bean**
**Beaumont, CA 92223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dennis Carson**
**16670 KEY LIME BLVD**
**RIVERSIDE, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dennis Carson**
**16670 Key Lime Blvd.**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dennis Caudill**
**2301 Crayton Rd**
**Naples, FL 46307-7127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dennis Doherty**
**5932 Sandwood St**
**Lakewood, CA 90713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dennis Erwin**
**603 South Santa Fe Avenue**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Dennis Glick**
**329 west 17th street**
**Ocean city, NJ 08226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known)
_____
Name

---

**3.483 5**

**Nonpriority creditor's name and mailing address**

**Dennis Godfirnon**
**1918 alsuna lane**
**huntington beach, CA 92648**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.483 6**

**Nonpriority creditor's name and mailing address**

**Dennis Gonzales**
**9 Lone Oak Court**
**Petaluma, CA 94952**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.483 7**

**Nonpriority creditor's name and mailing address**

**Dennis Gonzales**
**47202 Jackson St**
**#37**
**Indio, CA 92201**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.483 8**

**Nonpriority creditor's name and mailing address**

**Dennis Gonzales**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.483 9**

**Nonpriority creditor's name and mailing address**

**Dennis Hansen**
**606 las Riendas Dr.**
**Fullerton, CA 92835**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.484 0**

**Nonpriority creditor's name and mailing address**

**Dennis Hiteshew**
**PO Box 2065**
**Elkhart, IN 46515**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.484 1**

**Nonpriority creditor's name and mailing address**

**Dennis Kogod**
**209 Dahlia Ave**
**A**
**Corona del Mar, CA 92625**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.484 2**

**Nonpriority creditor's name and mailing address**

**Dennis Leamamn**
**846 Walsh Ct.**
**Benicia, CA 94510**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.484 3**

**Nonpriority creditor's name and mailing address**

**Dennis Leaman**
**846 WalshCt**
**Benicia, CA 94510**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.484 4**

**Nonpriority creditor's name and mailing address**

**Dennis Leaman**
**846 Walsh Court**
**Benicia, CA 94510**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.484 5**

**Nonpriority creditor's name and mailing address**

**Dennis Leaman**
**2403 Florida St**
**Apt c**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.484 6**

**Nonpriority creditor's name and mailing address**

**Dennis Leggoe**
**574 Sherrington Lane**
**Runnemede, NJ 08078**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.484 7**

**Nonpriority creditor's name and mailing address**

**Dennis Marothy**
**10725 West Santa Fe Dr.**
**Sun City, AZ 85351**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.484 8**

**Nonpriority creditor's name and mailing address**

**Dennis Marothy**
**10725 W Santa Fe Drive**
**Sun City, AZ 85351**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
          Name

---

| 3.484 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Dennis Marshall** | ☐ Contingent | |
| | **13709 SE 253rd St** | ☐ Unliquidated | |
| | **Kent, WA 98042-6669** | ☐ Disputed | |
| | Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.485 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **DENNIS MCDONALD** | ☐ Contingent | |
| | **758 School Road** | ☐ Unliquidated | |
| | **Hampton, GA 30228** | ☐ Disputed | |
| | Date(s) debt was incurred **2025** | **Basis for the claim: Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.485 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **dennis mcfadden** | ☐ Contingent | |
| | **1116 winnie** | ☐ Unliquidated | |
| | **galveston, TX 77550** | ☐ Disputed | |
| | Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.485 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Dennis Meinert** | ☐ Contingent | |
| | **1535 Holliston Trail** | ☐ Unliquidated | |
| | **Fort Wayne, IN 46825** | ☐ Disputed | |
| | Date(s) debt was incurred **2025** | **Basis for the claim: Warranty** | |
| | Last 4 digits of account number **7** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.485 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Dennis Mennes** | ☐ Contingent | |
| | **390 Broadway** | ☐ Unliquidated | |
| | **Costa mesa, CA 92627** | ☐ Disputed | |
| | Date(s) debt was incurred **2024** | **Basis for the claim: Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.485 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Dennis Nymeyer** | ☐ Contingent | |
| | **108 Dolores Ct** | ☐ Unliquidated | |
| | **Redlands, CA 92374** | ☐ Disputed | |
| | Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.485 5 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| | **Dennis Olson** | ☐ Contingent | |
| | **1490 N. Glassell Street** | ☐ Unliquidated | |
| | **Orange, CA 92867** | ☐ Disputed | |
| | Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.485
6**

**Nonpriority creditor's name and mailing address**

**Dennis Owen**
**10182 Crailet Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __2025__

Last 4 digits of account number __7__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.485
7**

**Nonpriority creditor's name and mailing address**

**Dennis Owen**
**10182 Crailet Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.485
8**

**Nonpriority creditor's name and mailing address**

**Dennis Palmer**
**9 Marina Ridge Court**
**Vallejo, CA 94591**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.485
9**

**Nonpriority creditor's name and mailing address**

**Dennis Panella**
**13602 N 60th St**
**Scottsdale, AZ 85254**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.486
0**

**Nonpriority creditor's name and mailing address**

**Dennis Pierce**
**380 Crussell Road**
**Piney Flats, TN 37686**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.486
1**

**Nonpriority creditor's name and mailing address**

**Dennis Puckett**
**961 Hyacinth Dr.**
**Delray Beach, FL 33483**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.486
2**

**Nonpriority creditor's name and mailing address**

**Dennis Reiter**
**1103 Hiawatha Dr**
**East Dubuque, IL 61025**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.486
3**

**Nonpriority creditor's name and mailing address**

**dennis remer**
**35778 LANCASHIRE DR**
**Farmington Hills, MI 48331-1927**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.486
4**

**Nonpriority creditor's name and mailing address**

**Dennis Ropp**
**600 Marilyn St NE**
**Albany, OR 97322**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.486
5**

**Nonpriority creditor's name and mailing address**

**Dennis Rush**
**2030 W 25th St**
**Cleveland, OH 44113**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.486
6**

**Nonpriority creditor's name and mailing address**

**Dennis Shen**
**2674 Orange Ave**
**C1**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.486
7**

**Nonpriority creditor's name and mailing address**

**Dennis Stephens**
**10526 Cedar Run CT**
**Las Vegas, NV 89135**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.486
8**

**Nonpriority creditor's name and mailing address**

**Dennis Thomas**
**910 Jungle Avenue N**
**St Petersburg, FL 33710**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.486
9**

**Nonpriority creditor's name and mailing address**

**Dennis Thomas**
**8200 - 113th Street**
**Suite 104**
**Seminole, FL 33772**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

---

| 3.487 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Dennis Wendt**
**886 Fulton Ave**
**Lansdale, PA 19446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Denora Coslett**
**5373 S PINALENO PL**
**Chandler, AZ 85249**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Denton Williams**
**1416 De Soto Avenue**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Denver Draper**
**2794 29th Street**
**Highland, CA 92346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Denver Draper**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Denyse Couture**
**5965 Waldon Road**
**CLARKSTON, MI 48346-2266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Deon Wilson**
**1003 Justin Ln apt 1078**
**Austin, TX 78757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.487 7**

**Nonpriority creditor's name and mailing address**
**Dereck Davis**
**215 Dover Ln**
**Freeport, FL 32439**

Date(s) debt was incurred **2025**
Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.487 8**

**Nonpriority creditor's name and mailing address**
**Dereck Davis**
**215 Dover Ln**
**Freeport, FL 32439**

Date(s) debt was incurred **2022**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.487 9**

**Nonpriority creditor's name and mailing address**
**Derek Anderson**
**2280 Main Street**
**Sarasota, FL 34237**

Date(s) debt was incurred **2025**
Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.488 0**

**Nonpriority creditor's name and mailing address**
**Derek Anderson**
**2280 Main Street**
**Sarasota, FL 34237**

Date(s) debt was incurred **2025**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.488 1**

**Nonpriority creditor's name and mailing address**
**Derek Anderson**
**2280 Main Street**
**Sarasota, FL 34237**

Date(s) debt was incurred **2023**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.488 2**

**Nonpriority creditor's name and mailing address**
**Derek Cannon**
**480 N Cleveland Street**
**Oceanside, CA 92054**

Date(s) debt was incurred **2023**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.488 3**

**Nonpriority creditor's name and mailing address**
**Derek Cannon**
**480 N Cleveland Street**
**Oceanside, CA 92054**

Date(s) debt was incurred **2023**
Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.488
4**

**Nonpriority creditor's name and mailing address**

**Derek DeLoach**
**1910 Stone Bridge Lane**
**Marietta,, GA 30064**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.488
5**

**Nonpriority creditor's name and mailing address**

**Derek Ewigleben**
**23802 cypress park**
**Orange beach, AL 36561**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.488
6**

**Nonpriority creditor's name and mailing address**

**derek gossman**
**1204 Walling Ave**
**Brea, CA 92821**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.488
7**

**Nonpriority creditor's name and mailing address**

**Derek Gossmann**
**1204 Walling**
**Brea, CA 92821**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.488
8**

**Nonpriority creditor's name and mailing address**

**Derek Killeen**
**11350 Bluebell Ave**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.488
9**

**Nonpriority creditor's name and mailing address**

**Derek Martin**
**10545 Daisy Rd**
**Carthage, MO 64836-3452**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.489
0**

**Nonpriority creditor's name and mailing address**

**Derek Martin**
**10545 DAISY RD**
**CARTHAGE, MO 64836**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                              Case number *(if known)* _____
_____
Name

---

**3.489
1**

**Nonpriority creditor's name and mailing address**

**Derek Newbatt
781 North Napan rd
Napan, NB E1N5E3**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.489
2**

**Nonpriority creditor's name and mailing address**

**Derek Newbatt
781 North Napan rd
Napan, NB E1N5E3**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.489
3**

**Nonpriority creditor's name and mailing address**

**Derek Powell
4488 Tipple Ct.
Boonville, IN 47601**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.489
4**

**Nonpriority creditor's name and mailing address**

**Derek Van Hemert
33677 Breckenridge Trail
Wildomar, CA 92595**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.489
5**

**Nonpriority creditor's name and mailing address**

**Derek Westby
2560 South Meade Street
Denver, CO 80219**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.489
6**

**Nonpriority creditor's name and mailing address**

**Derek Westby
2560 S Meade St
Denver, CO 80219**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.489
7**

**Nonpriority creditor's name and mailing address**

**Derek Westby
2560 S Meade St
Denver, CO 80219**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                Case number *(if known)* _____
Name

---

**3.4898**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Derrick Brinksneader**
**19891 Beach Blvd**
**145**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4899**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Derrick Brinksneader**
**19891 Beach Blvd**
**apt# 145**
**Huntington beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4900**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**derrick corcoran**
**21941 kiowa lane**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4901**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Derrick Foote**
**10041 Constitution DR**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4902**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Derrick Haynes**
**5530 W 190th St Apt. 127**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4903**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Derrick Oien**
**479 Warwick Ave**
**Cardiff, CA 92007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.4904**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Derrick Staton**
**12934 south Hwy 226**
**Spruce Pine, NC 28777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number  ___

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.490
5**

**Nonpriority creditor's name and mailing address**

**Deryl Purvis**
**76 North St**
**#1264**
**Calais, ME 04619**

Date(s) debt was incurred   **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.490
6**

**Nonpriority creditor's name and mailing address**

**Desert Air Conditioning, Inc.**
**590 S Williams Rd**
**Palm Springs, CA 92264-1551**

Date(s) debt was incurred   **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.490
7**

**Nonpriority creditor's name and mailing address**

**Desiree Swanson**
**3507 Santa Clara Way**
**Carlsbad, CA 92010**

Date(s) debt was incurred   **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.490
8**

**Nonpriority creditor's name and mailing address**

**Devesh Verma**
**2021 West Toscanini Dr.**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred   **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.490
9**

**Nonpriority creditor's name and mailing address**

**Devin Baptista**
**41 Bartolomea Way**
**Monterey, CA 93940**

Date(s) debt was incurred   **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.491
0**

**Nonpriority creditor's name and mailing address**

**Devin Cole**
**21082 Cocobana Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred   **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.491
1**

**Nonpriority creditor's name and mailing address**

**Devin Denton**
**21258 Snow Shoe Lane**
**Parker, CO 80138**

Date(s) debt was incurred   **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

| 3.491 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**devin gaston**
**92 teton pines dr**
**henderson, NV 89074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DEVIN GIANNONI**
**718 South Atlantic Ave**
**Apt 602**
**Cocoa Beach, FL 32931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Devin Knox**
**6918 E Washington St ext**
**Bath, NY 14810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Devin Mergo**
**44 E Nescopeck Creek Ln**
**White Haven, PA 18661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Devin Mergo**
**44 E Nescopeck Creek Ln.**
**White Haven, PA 18661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Devin Murray**
**3885 Coventryville rd**
**potts town, PA 19465**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.491 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Devin O   Brien**
**316 Morris Ave**
**Apt 614**
**Muskegon, MI 49440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                    Case number (if known) _____
_____
Name

---

| 3.4919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Devin O  Brien**
**316 Morris Ave**
**Apt. 614**
**Muskegon, MI 49440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Devin Shafer**
**10922 S Lake Island Dr**
**South Jordan, UT 84009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Devin Trousdale**
**8520 Thunderbird Lane**
**Dallas, TX 75238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4922 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Devin Trousdale**
**8520 Thunderbird Lane**
**Dallas, TX 75238-4141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4923 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Devin Wright**
**3157 e. Chip Smith Way**
**Ontario, CA 91762**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4924 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**DeVita BRUCE**
**7997 E 24TH AVE**
**DENVER, CO 80238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.4925 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Devon Barg**
**9539 Innwood W**
**Interlochen, MI 49643**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.492 6**

**Nonpriority creditor's name and mailing address**

**devon carag**
**2855 Pinecreek Dr, Apt C307**
**Apt C307**
**costa mesa, CA 92626**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.492 7**

**Nonpriority creditor's name and mailing address**

**Devon Clement**
**1680 Saturno Heights Dr**
**Reno, NV 89523**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.492 8**

**Nonpriority creditor's name and mailing address**

**Devon Ellis**
**401 Pine Street**
**Branson, MO 65616**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.492 9**

**Nonpriority creditor's name and mailing address**

**Devon Johnson**
**3206 Lyons Rd**
**Austin, TX 78702**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.493 0**

**Nonpriority creditor's name and mailing address**

**Devon Johnson**
**902 Kitty Hawk Rd**
**Ste 170 PMB 411**
**Universal City, TX 78148**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.493 1**

**Nonpriority creditor's name and mailing address**

**Devon LaRussa**
**158 Oak Rd.**
**Alamo, CA 94507**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.493 2**

**Nonpriority creditor's name and mailing address**

**Devon Richards**
**743 Greenhaven Drive**
**Richardson, TX 75080**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.493 3**

**Nonpriority creditor's name and mailing address**

**Devon Welcher**
**15030 greymont dr**
**Centreville, VA 20120**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.493 4**

**Nonpriority creditor's name and mailing address**

**Devrim Sonmez**
**921 Buckingham Dr**
**Windsor, CA 95492**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.493 5**

**Nonpriority creditor's name and mailing address**

**devyn kleinhans**
**7461 el dorado dr**
**buena park, CA 90620**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.493 6**

**Nonpriority creditor's name and mailing address**

**Dewey Forte**
**1510 Old Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.493 7**

**Nonpriority creditor's name and mailing address**

**Dhananjay Kumar**
**233 Woodcreek Ter,**
**Fremont, CA 94539**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.493 8**

**Nonpriority creditor's name and mailing address**

**Dhrumil Desai**
**371 Fitzpatrick Rd**
**Unit 103**
**San Marcos, CA 92069**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.493 9**

**Nonpriority creditor's name and mailing address**

**Dian Nostikasari**
**2924 Sw Butternut Dr**
**Ankeny, IA 50023**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.494 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Dian Nostikasari** | ☐ Contingent | | |
| **2924 Sw Butternut Dr** | ☐ Unliquidated | | |
| **Ankeny, IA 50023** | ☐ Disputed | | |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.494 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Diana Cheryba** | ☐ Contingent | | |
| **5440 42nd Avenue SW** | ☐ Unliquidated | | |
| **Seattle, WA 98136** | ☐ Disputed | | |
| Date(s) debt was incurred **2023** | **Basis for the claim:  Warranty** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.494 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Diana Coopersmith** | ☐ Contingent | | |
| **615 Jade Street** | ☐ Unliquidated | | |
| **Jade Street** | ☐ Disputed | | |
| **Petaluma, CA 94952** | | | |
| Date(s) debt was incurred **2024** | **Basis for the claim:  Warranty** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.494 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Diana Dunphy** | ☐ Contingent | | |
| **81 Emerald Ave** | ☐ Unliquidated | | |
| **Streetsboro, OH 44241** | ☐ Disputed | | |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.494 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Diana Flores** | ☐ Contingent | | |
| **1440 mowry Ave** | ☐ Unliquidated | | |
| **106** | ☐ Disputed | | |
| **Fremont, CA 94538** | | | |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.494 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Diana Gonzaga-Rios** | ☐ Contingent | | |
| **143 Clarken Dr** | ☐ Unliquidated | | |
| **West Orange, NJ 07052-3448** | ☐ Disputed | | |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

| 3.494 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | **$0.00** |
| **Diana Lopez** | ☐ Contingent | | |
| **4309 E SUE AVE** | ☐ Unliquidated | | |
| **VISALIA, CA 93292** | ☐ Disputed | | |
| Date(s) debt was incurred **2022** | **Basis for the claim:  Warranty** | | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | | |

---

Debtor   **Electric Bike Company, LLC**                                   Case number (if known) _____
　　　　　Name

---

| 3.494 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Diana Lyn Davidson**
**201 Walker Ave NE**
**Huntsville, AL 35801-4157**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Diana Mack**
**1245 Dice Road**
**Mifflinburg, PA 17844**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.494 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Diana Maldonado**
**7575 Coyote Trail**
**Oak Hills, CA 92344**

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Diana Martony**
**823 West 15th Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Diana Oborny**
**29415 Lone Star Road**
**Paola, KS 66071**

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Diana Peterson**
**3519 Morgan Street**
**Steger, IL 60475**

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.495 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Diana S Uldrich**
**4511 Sherman St**
**Lincoln, NE 68506**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.495
4**

**Nonpriority creditor's name and mailing address**

**Diana Schaller**
**12319 Wellington Ridge Dr**
**Clive, IA 50325**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.495
5**

**Nonpriority creditor's name and mailing address**

**Diana Shaw**
**14500 Las Palmas Dr #23**
**Bakersfield, CA 93306**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.495
6**

**Nonpriority creditor's name and mailing address**

**Diana Shaw**
**14600 Las Palmas Dr.**
**#23**
**Bakersfield, CA 93306**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.495
7**

**Nonpriority creditor's name and mailing address**

**Diana Shaw**
**14500 Las Palmas Dr**
**#23**
**Bakersfield, CA 93306**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.495
8**

**Nonpriority creditor's name and mailing address**

**Diana Smith**
**6613 Eastridge Road**
**Black Hawk, SD 57718**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.495
9**

**Nonpriority creditor's name and mailing address**

**Diane Cherry**
**248 Washington Ave NE**
**Marietta, GA 30060**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.496
0**

**Nonpriority creditor's name and mailing address**

**Diane Cherry**
**248 Washington Ave NE**
**Marietta, GA 30060**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Name                                                          Case number (if known) _____

---

**3.496
1**

**Nonpriority creditor's name and mailing address**

**diane doyle**
**28971 Hope Dr**
**Menifee, CA 92586**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.496
2**

**Nonpriority creditor's name and mailing address**

**Diane Doyle**
**28971 Hope Dr**
**Menifee, CA 92586**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.496
3**

**Nonpriority creditor's name and mailing address**

**Diane Elder**
**2332 Christensens Court**
**Charlotte, NC 28270**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.496
4**

**Nonpriority creditor's name and mailing address**

**Diane Ghilardi**
**22253 Barbacoa Dr**
**Saugus, CA 91350**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.496
5**

**Nonpriority creditor's name and mailing address**

**Diane Harris**
**6259 Cottage Crest Lane**
**Mobile, AL 36609**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.496
6**

**Nonpriority creditor's name and mailing address**

**Diane Harris**
**9490 Junewood Ln**
**Loomis, CA 95650**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.496
7**

**Nonpriority creditor's name and mailing address**

**Diane Hart**
**326 E Haven Ave**
**Arcadia, CA 91006**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.496
8**

**Nonpriority creditor's name and mailing address**

**Diane Hasler**
**1841 Belle River Rd**
**East China, MI 48054**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.496
9**

**Nonpriority creditor's name and mailing address**

**diane hohman**
**1712 Abelia rd**
**FALLSTON, MD 21047**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.497
0**

**Nonpriority creditor's name and mailing address**

**Diane Judge**
**335 112th Street Ocean**
**Marathon, FL 33050**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.497
1**

**Nonpriority creditor's name and mailing address**

**Diane Kolterer**
**950 Sierra View Circle**
**Auburn, CA 95603**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.497
2**

**Nonpriority creditor's name and mailing address**

**Diane Mann**
**103 Wave Ave**
**Pismo Beach, CA 93449**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.497
3**

**Nonpriority creditor's name and mailing address**

**Diane Mathes**
**5541 West 140th St**
**Hawthorne, CA 90250**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.497
4**

**Nonpriority creditor's name and mailing address**

**Diane Mathes**
**5541 West 140th St**
**Hawthorn, CA 90250**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.497
5**

**Nonpriority creditor's name and mailing address**

**Diane Miller**
**117 Gordon Ave**
**Westbury, NY 11590**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.497
6**

**Nonpriority creditor's name and mailing address**

**Diane Morea**
**7404 Dunsany Ct**
**Wake Forest, NC 27587**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.497
7**

**Nonpriority creditor's name and mailing address**

**Diane Reynolds**
**313 Prospect Bay Dr E**
**GRASONVILLE, MD 21638**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.497
8**

**Nonpriority creditor's name and mailing address**

**Diane Russo**
**50 Lefferts Ave apt. 5F**
**Brooklyn, NY 11225**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.497
9**

**Nonpriority creditor's name and mailing address**

**Diane Smiel**
**45 Somerset Dr**
**Mechanicville, NY 12118**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.498
0**

**Nonpriority creditor's name and mailing address**

**Diane Storie**
**903 N 21st Ave**
**Ozark, MO 65721**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.498
1**

**Nonpriority creditor's name and mailing address**

**Diane Vojta**
**422 N First St**
**Chillicothe, IL 61523**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | |

---

**3.498 2**

**Nonpriority creditor's name and mailing address**

**Diane Ware**
**195 Bryce Lane**
**Fallbrook, CA 93028**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.498 3**

**Nonpriority creditor's name and mailing address**

**Diane Weber**
**2697 N Vista Glen Rd**
**Orange, CA 92867**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.498 4**

**Nonpriority creditor's name and mailing address**

**diane Zalewski**
**7701 Gulf Blvd**
**St Pete Beach, FL 33706**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.498 5**

**Nonpriority creditor's name and mailing address**

**Diann Houseman**
**1314 N Raven**
**Mesa, AZ 85207**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.498 6**

**Nonpriority creditor's name and mailing address**

**Dianna Beck**
**528 N Calvin Ln**
**Spokane Valley, WA 99216**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.498 7**

**Nonpriority creditor's name and mailing address**

**Dianna Gooch**
**102 east 1500 north**
**north ogden, UT 84404**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.498 8**

**Nonpriority creditor's name and mailing address**

**Dianna Scheu**
**2655 First St**
**Simi Valley, CA 93025**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                          Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.4989** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**3.4989**

**Nonpriority creditor's name and mailing address**

**Dianne Gunderson**
**873 north kintrye**
**orange county, CA 92869**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4990**

**Nonpriority creditor's name and mailing address**

**DIANNE marston**
**1221 pearl street**
**key west, FL 33040**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4991**

**Nonpriority creditor's name and mailing address**

**Dianne Ziegler**
**21851 Newland St**
**#159**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4992**

**Nonpriority creditor's name and mailing address**

**Dick Acker**
**3217 Palos Verdes Drive North**
**Palos Verdes Estates, CA 90274**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4993**

**Nonpriority creditor's name and mailing address**

**Dick Antopol**
**151 Garcilla Dr**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4994**

**Nonpriority creditor's name and mailing address**

**Dick Fulton**
**1233 Dorado Way**
**Gulf Shores, AL 36542**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4995**

**Nonpriority creditor's name and mailing address**

**Diego Davalos**
**411 Bentley Park Loop**
**Missoula, MT 59801**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.4996**

**Nonpriority creditor's name and mailing address**

**Diego Portillo**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4997**

**Nonpriority creditor's name and mailing address**

**Dien Huynh**
**15-1300 Auina St**
**P  hoa, HI 96778**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4998**

**Nonpriority creditor's name and mailing address**

**Dieter Meltvedt**
**12 Endless Vista**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4999**

**Nonpriority creditor's name and mailing address**

**Dillan Patel**
**5470 Amethyst Ln**
**Chino Hills, CA 91709**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5000**

**Nonpriority creditor's name and mailing address**

**dillon paasche**
**865 rudder road**
**Atlantic Beach, FL 32233**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5001**

**Nonpriority creditor's name and mailing address**

**Dima Simkin**
**2448 Lake Point Lane**
**Clearwater, FL 33762**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5002**

**Nonpriority creditor's name and mailing address**

**Dimitra Kotanides**
**35205 PILOTBOAT DRIVE**
**LEWES, DE 19958**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.500 3**

**Nonpriority creditor's name and mailing address**
**Dina Ahmed**
**438 Bon Air Ave.**
**New Castle, PA 16105**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.500 4**

**Nonpriority creditor's name and mailing address**
**Dina Moatazedi**
**117 Via Eboli**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.500 5**

**Nonpriority creditor's name and mailing address**
**Dirk Bondy**
**110 30th Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.500 6**

**Nonpriority creditor's name and mailing address**
**Dirk Dean**
**1140 SW. Kimstin Ct.**
**Blue Springs, MO 64015**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.500 7**

**Nonpriority creditor's name and mailing address**
**Dirk Dean**
**1140 SW Kimstin Ct**
**Blue Springs, MO 64015**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.500 8**

**Nonpriority creditor's name and mailing address**
**Dirk Dean**
**1140 SW Kimstin Ct.**
**Blue Springs, MO 64015-4574**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.500 9**

**Nonpriority creditor's name and mailing address**
**Dixie Easterly**
**11500 Damiano Road**
**Folsom, LA 70437**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                           Case number (if known) _____
　　　　Name

---

| 3.501<br>0 | **Nonpriority creditor's name and mailing address**<br>**Dixie Stevenson**<br>**1920 West Oak St**<br>**Denton, TX 76201** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |
|---|---|---|---|

Date(s) debt was incurred **2022**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501<br>1 | **Nonpriority creditor's name and mailing address**<br>**Dixie Walters**<br>**7851 Moonmist Circle**<br>**Huntington Beach, CA 92648** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501<br>2 | **Nonpriority creditor's name and mailing address**<br>**Dixie Walters**<br>**7851 Moonmist Cir**<br>**Huntington Beach, CA 92648** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501<br>3 | **Nonpriority creditor's name and mailing address**<br>**djordje tutunovic**<br>**8544 W RASCHER AVE**<br>**2e**<br>**CHICAGO, IL 60656** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501<br>4 | **Nonpriority creditor's name and mailing address**<br>**Dmitri Rebrov**<br>**333 Turnpike Rd**<br>**Golden Valley, MN 55416** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred **2022**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501<br>5 | **Nonpriority creditor's name and mailing address**<br>**Dmitri Vaisberg**<br>**21501 Brookhurst St**<br>**Huntington Beach, CA 92646** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.501<br>6 | **Nonpriority creditor's name and mailing address**<br>**Dmitri Vaisberg**<br>**2440 Community Ln 24**<br>**San Diego, CA 92108** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | **$0.00** |

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.501 7**

**Nonpriority creditor's name and mailing address**

**Doc Barseghian**
**3 Adele St**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.501 8**

**Nonpriority creditor's name and mailing address**

**Dodie Cyr**
**1900 ALLEGHENY AVE**
**LEBANON, PA 17042-8313**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.501 9**

**Nonpriority creditor's name and mailing address**

**Doherty, Patrick**
**62 Vine Brook Rd**
**Plymouth, MA 02360**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.502 0**

**Nonpriority creditor's name and mailing address**

**Doli Stepniewski**
**3700 Benham Ave**
**Nashville, TN 37215**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.502 1**

**Nonpriority creditor's name and mailing address**

**Doloras Sargent**
**24709 Entwhisle Rd E**
**Buckley, WA 98321**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.502 2**

**Nonpriority creditor's name and mailing address**

**Dolores Wise**
**2102 canyon cir.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.502 3**

**Nonpriority creditor's name and mailing address**

**Dom Palmer**
**3706 South Santa Fe Drive**
**B**
**Santa Ana, CA 92704**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.502
4**

**Nonpriority creditor's name and mailing address**

**Domenico Colombo**
**19118 Larchmont dr**
**Odessa, FL 33556**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.502
5**

**Nonpriority creditor's name and mailing address**

**Domingo Bustamante**
**21441 Fleet Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.502
6**

**Nonpriority creditor's name and mailing address**

**Dominic Angelichio**
**1025 Whitegate road**
**Wayne, PA 19087**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.502
7**

**Nonpriority creditor's name and mailing address**

**Dominic Aveyard**
**1930 Ridgefield Ln**
**Naperville, IL 60565-2215**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.502
8**

**Nonpriority creditor's name and mailing address**

**Dominic Aveyard**
**1930 Ridgefield Ln**
**Naperville, IL 60565-2215**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.502
9**

**Nonpriority creditor's name and mailing address**

**Dominic Aveyard**
**1930 Ridgefield Lane**
**Naperville, IL 60565**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.503
0**

**Nonpriority creditor's name and mailing address**

**Dominic Dominguez**
**1516 West Walnut Street**
**3**
**Allentown, PA 18101**

Date(s) debt was incurred __2025__

Last 4 digits of account number __7__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.503**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dominic Dominguez**<br>**1002 Seneca St**<br>**Apt 3**<br>**Fountain Hill, PA 18015** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.503**
**2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dominic Fratatantaro**<br>**520 Vista Grande**<br>**Newport Beach, CA 92660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.503**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dominic Gillette**<br>**105 grovepark ct**<br>**Smyrna, TN 37167** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.503**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dominic Greene**<br>**2141 East 100 South**<br>**St George, UT 84790** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.503**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dominick Gadaleta**<br>**1345 Geneva Ave**<br>**San Carlos, CA 94070** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.503**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dominick Posillico**<br>**800 Canopy Walk Lane**<br>**Unit 832**<br>**Palm Coast, FL 32137** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2020** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.503**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Dominick Walker**<br>**1049 Lancaster Drive**<br>**Orlando, FL 32806** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**

Case number (*if known*) _____

Name

---

| 3.503 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dominique Hicks**
**2121 Windy Hill rd**
**Apt 608**
**Marietta, GA 30060**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dominique Slatton**
**8456 S Shawnee Ct.**
**Aurora, CO 80016**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Don Barringer**
**354 Saddleback Rd.**
**Smithfield, UT 84335**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Don Batt**
**5507 Lewis ln**
**Agoura hills, CA 91301**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Don Batt**
**5507 Lewis Lane**
**Agoura Hills, CA 91301**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**don batt**
**5507 Lewis lane**
**agoura, CA 91301**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Don Boren**
**402 E Harriet St**
**Alpine, TX 79830**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (*if known*) _____

Name

---

| 3.504 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Don Breit**
**28199 Via Del Mar**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.504 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Don Buchsbaum**
**504 Key Royale Drive**
**Holmes Beach, FL 34217**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.504 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Don Burns**
**7312 Seawall Blvd**
**Apt 125**
**Galveston, TX 77551**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.504 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Don Burns**
**7312 Seawall Blvd**
**Apt 125**
**Galveston, TX 77551**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.504 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Don Burns**
**2311 Mechanic St**
**#110**
**Galveston, TX 77550**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.505 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Don Burton**
**15715 Lime St**
**HESPERIA, CA 92345**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.505 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Don Buzzard**
**19002 Red Feather Rd**
**Apple Valley, CA 92307**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.505
2**

**Nonpriority creditor's name and mailing address**

**Don DeZonia**
**1608 west Hatcher**
**Phoenix, AZ 85021**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.505
3**

**Nonpriority creditor's name and mailing address**

**Don Echavarria**
**600 South Lee Ave**
**Fullerton, CA 92833**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.505
4**

**Nonpriority creditor's name and mailing address**

**Don Garcia**
**1611 Amherst Rd**
**Tustin, CA 92780**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.505
5**

**Nonpriority creditor's name and mailing address**

**Don Garrison**
**21892 Montbury Dr**
**Lake Forest, CA 92630**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.505
6**

**Nonpriority creditor's name and mailing address**

**Don Grant**
**4 Chauser Dr**
**St Peters, MO 63376**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.505
7**

**Nonpriority creditor's name and mailing address**

**don greene**
**2567 westminister ave**
**costa mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.505
8**

**Nonpriority creditor's name and mailing address**

**Don Hamon**
**528 Humphries Rd**
**Safety Harbor, FL 34695**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.505 9**

**Nonpriority creditor's name and mailing address**

**Don Humphrey**
**7020 Westfield Rd**
**Medina, OH 44256-8554**

**Date(s) debt was incurred** __2025__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.506 0**

**Nonpriority creditor's name and mailing address**

**Don LaRocca**
**221 Bamboo Rd**
**Palm Beach shores, FL 33404**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.506 1**

**Nonpriority creditor's name and mailing address**

**Don Mount**
**257 Acadian Way**
**Stockbridge, GA 30281**

**Date(s) debt was incurred** __2023__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.506 2**

**Nonpriority creditor's name and mailing address**

**Don Mount**
**257 Acadian way**
**Stockbridge, GA 30281**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.506 3**

**Nonpriority creditor's name and mailing address**

**Don Pagan**
**898 Old Arkana Rd**
**Mountain Home, AR 72653-7478**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.506 4**

**Nonpriority creditor's name and mailing address**

**Don Pendergras**
**815 W Sunset Rd**
**EL PASO, TX 79922**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.506 5**

**Nonpriority creditor's name and mailing address**

**Don Pendergras**
**815 W Sunset Rd**
**El Paso, TX 79922**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.506
6**

**Nonpriority creditor's name and mailing address**

**Don Purvis
160 Van Buren Street
Monterey, CA 93940**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.506
7**

**Nonpriority creditor's name and mailing address**

**Don Rasky
22165 Country Hills Drive
Wildomar, CA 92595**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.506
8**

**Nonpriority creditor's name and mailing address**

**Don Richhart
13324 105th Ave W
Taylor Ridge, IL 61284**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.506
9**

**Nonpriority creditor's name and mailing address**

**Don Roessler
1809 Clinton Ave
St. Clair, MI 48079**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.507
0**

**Nonpriority creditor's name and mailing address**

**Don Smith
2516 Holly Ln
Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.507
1**

**Nonpriority creditor's name and mailing address**

**Don Smith
2516 Holly Lane
Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.507
2**

**Nonpriority creditor's name and mailing address**

**Don Smith
2651 Artesia Blvd
Long Beach, CA 90805**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.507 3**

**Nonpriority creditor's name and mailing address**

**Don Swanson**
**6736 E Waterton Ave**
**Orange, CA 92867**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.507 4**

**Nonpriority creditor's name and mailing address**

**Don Thompson**
**41 Cantar Street**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.507 5**

**Nonpriority creditor's name and mailing address**

**Don Tibbit**
**904 West Arizona Avenue**
**Sweetwater, TX 79556**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.507 6**

**Nonpriority creditor's name and mailing address**

**Don Wendel**
**109 Lilac Blossom Dr.**
**St. Charles, MO 63304**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.507 7**

**Nonpriority creditor's name and mailing address**

**Don Westerlin**
**3906 Village Ct.**
**Lincoln, NE 68516**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.507 8**

**Nonpriority creditor's name and mailing address**

**don westerlin**
**3906 village ct.**
**lincoln, NE 68516**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.507 9**

**Nonpriority creditor's name and mailing address**

**Don Westerlin**
**3906 Village Ct**
**Lincoln, NE 68516**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.508 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Don Wikenheiser**
**475 Hollywood Court**
**Kelowna, BC V1X 7J1**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2020**

**Basis for the claim:**  **Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dona Clark**
**2601 East Ocean Blvd**
**802**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2022**

**Basis for the claim:**  **Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dona Clark**
**110 Bank St SE**
**L2105**
**Minneapolis, MN 55414**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2022**

**Basis for the claim:**  **Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**DONALD A HAGEN**
**6335 Mt. Maria Rd.**
**HUBBARD LAKE, MI 49747**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2024**

**Basis for the claim:**  **Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donald Archuleta**
**3192 Hideout Lane**
**CORONA, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2025**

**Basis for the claim:**  **Warranty**

**Last 4 digits of account number**  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donald Archuleta**
**3192 Hideout Lane**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2025**

**Basis for the claim:**  **Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donald B Mitchell**
**843 Stonegate Way**
**Townsend, TN 37882**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred**  **2020**

**Basis for the claim:**  **Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.508 7**

**Nonpriority creditor's name and mailing address**

**Donald Burns**
**7312 Seawall Blvd**
**Apt 125**
**Galveston, TX 77551**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.508 8**

**Nonpriority creditor's name and mailing address**

**Donald Chapman**
**1206 Key West**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.508 9**

**Nonpriority creditor's name and mailing address**

**Donald Cotter**
**10608 SE 49th Street**
**Oklahoma City, OK 73150**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.509 0**

**Nonpriority creditor's name and mailing address**

**Donald Daley**
**3847 Rotherfield Ln**
**Chadds Ford, PA 19317**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.509 1**

**Nonpriority creditor's name and mailing address**

**Donald DuBoise**
**4430 Saint Andrews Drive**
**Chino Hills, CA 91709**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.509 2**

**Nonpriority creditor's name and mailing address**

**Donald Emas**
**3790 Elmira Ave**
**Claremont, CA 91711**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.509 3**

**Nonpriority creditor's name and mailing address**

**Donald Garrison**
**21892 Montbury Dr**
**Lake Forest, CA 92630**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.509 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donald Giesler**
**552 E Cheyenne Ct**
**Kechi, KS 67067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Last 4 digits of account number** _

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.509 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donald Johnson**
**5622 E Calle Camelia**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.509 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donald Kennedy**
**5203 Lanai St**
**Long Beach, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Last 4 digits of account number** _

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.509 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donald L Sexton**
**6030 137th. Ave N.**
**Clearwater, FL 33760-3643**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.509 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donald McGowan**
**1122 Brookwood Dr.**
**Augusta, GA 30909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.509 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donald McGowan**
**1122 Brookwood Dr.**
**Augusta, GA 30909**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.510 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donald McIntyre**
**10 Eileen Ave**
**Derry, NH 03038**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.510 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donald Miller**
**195 S Garrison St**
**Lakewood, CO 80226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

| 3.510 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donald Miller**
**195 S Garrison St**
**Lakewood, CO 80226-1052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

| 3.510 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donald Mosley**
**117 E. Rush Street**
**Kendallville, IN 46755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

| 3.510 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donald Mosley**
**117 E. Rush Street**
**Kendallville, IN 46755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

| 3.510 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donald OShei**
**1 Arrowood Lane**
**Fairfax, CA 94930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

| 3.510 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donald OShei**
**1 Arrowood Lane**
**Fairfax, CA 94930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

| 3.510 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donald Pfohlman**
**1002 Katama bay drive**
**COSTA MESA, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

---

| 3.510 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donald Pitts**
1315 W 19Th St
#8
Long Beach, CA 90810

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donald Quackenbush**
546 Oak Ridge Dr
Darien, WI 53114

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donald Roessler**
1809 Clinton Ave
Saint Clair, MI 48079

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donald Roussin**
1247 Verona Pl
Placentia, CA 92870

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donald Ryan**
p.o. box 3136
Newport Beach, CA 92659

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donald Sigmund**
8000 West Drive
#111
North Bay Village, FL 33141

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Donald Sterling**
276 Sierks Street
Costa Mesa, CA 92627

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                        Case number (if known) _____
_____
Name

---

**3.511**
**5**

**Nonpriority creditor's name and mailing address**

**Donald Stout**
**410 Northwest Second Street**
**Casey, IL 62420**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.511**
**6**

**Nonpriority creditor's name and mailing address**

**Donald Wierwille**
**15 Palisades Pkwy**
**Oak Ridge, TN 37830**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.511**
**7**

**Nonpriority creditor's name and mailing address**

**Donald Wofford**
**4757 Edinburgh Dr,**
**Carlsbad, CA 92010**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.511**
**8**

**Nonpriority creditor's name and mailing address**

**Donald Wofford**
**4757 Edinburgh Dr**
**Carlsbad, CA 92010-6534**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.511**
**9**

**Nonpriority creditor's name and mailing address**

**Donald Wofford**
**4757 Edinburgh Dr**
**Carlsbad, CA 92010**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.512**
**0**

**Nonpriority creditor's name and mailing address**

**Donato Pilla**
**2908 West Pendleton Avenue**
**SANTA ANA, CA 92704**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.512**
**1**

**Nonpriority creditor's name and mailing address**

**Donato Pilla**
**2908 W Pendleton Ave.**
**SANTA ANA, CA 92704**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                              Case number (if known) _____

Name

---

**3.512 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Donato Pilla**                                                       ☐ Contingent
**2908 W Pendleton Ave.**                                              ☐ Unliquidated
**Santa Ana, CA 92704**                                                ☐ Disputed

Date(s) debt was incurred _2024_                                       **Basis for the claim:** **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.512 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Donette Waters**                                                     ☐ Contingent
**2265 Peterson Road**                                                 ☐ Unliquidated
**Nanoose Bay, BC V9P 9L2**                                            ☐ Disputed

Date(s) debt was incurred _2024_                                       **Basis for the claim:** **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.512 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Donn Houser**                                                        ☐ Contingent
**7231 E Thrush Ln**                                                   ☐ Unliquidated
**Prescott Valley, AZ 86314**                                          ☐ Disputed

Date(s) debt was incurred _2023_                                       **Basis for the claim:** **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.512 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Donna Arnold**                                                       ☐ Contingent
**60 Ocean Vista**                                                     ☐ Unliquidated
**Newport Beach, CA 92660**                                            ☐ Disputed

Date(s) debt was incurred _2021_                                       **Basis for the claim:** **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.512 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Donna Borgens**                                                      ☐ Contingent
**0N477 Armstrong Ln**                                                 ☐ Unliquidated
**Geneva, IL 60134**                                                   ☐ Disputed

Date(s) debt was incurred _2025_                                       **Basis for the claim:** **Warranty**

Last 4 digits of account number _7_                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.512 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Donna Borgens**                                                      ☐ Contingent
**0N424 Ford Dr.**                                                     ☐ Unliquidated
**Unit N1**                                                            ☐ Disputed
**Geneva, IL 60134**

Date(s) debt was incurred _2021_                                       **Basis for the claim:** **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.512 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Donna Bufford**                                                      ☐ Contingent
**306 Greens Grove**                                                   ☐ Unliquidated
**Washington, GA 30673**                                              ☐ Disputed

Date(s) debt was incurred _2021_                                       **Basis for the claim:** **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5129**

**Nonpriority creditor's name and mailing address**

**Donna Bufford**
**306 Greens Grove**
**P O Box 553**
**Washington, GA 30673**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5130**

**Nonpriority creditor's name and mailing address**

**Donna Calderon**
**3463 Don Ortega Dr**
**Carlsbad, CA 92010**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5131**

**Nonpriority creditor's name and mailing address**

**Donna Cocanour**
**913 Albert Way**
**Nipomo, CA 93444**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5132**

**Nonpriority creditor's name and mailing address**

**Donna Cristy**
**6905 S. Jovan Cir**
**Sioux Falls, SD 57108**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5133**

**Nonpriority creditor's name and mailing address**

**Donna Cristy**
**1401 E. Robur Dr., Site B7**
**Sioux Falls, SD 57104**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5134**

**Nonpriority creditor's name and mailing address**

**Donna Cristy**
**3605 Chisholm Pl**
**Bismarck, ND 58503**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5135**

**Nonpriority creditor's name and mailing address**

**Donna Dugger**
**23109 Pactola Dr**
**Rapid City, SD 57702**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
         Name

---

| 3.513 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DONNA FRANK**
**27940 Carnegie Ave**
**Santa Clarita, CA 91350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donna Friedman**
**1 Hawk Hill**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donna Gasper**
**3143 Clairsville rd.**
**Oshkosh, WI 54904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donna Heisler**
**19302 Harding Lane**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donna Hunt**
**344 Regal Briar St**
**Whitby, ON L1N 6N1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donna Keller**
**10121 Orange St**
**Rancho Cucamonga, CA 91737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Donna Kelly**
**C/O Woods Valley Kampground**
**15236 Woods Valley Rd**
**Valley Center, CA 92082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.514 3**

**Nonpriority creditor's name and mailing address**

**Donna Kelly**
**17801 130th Ave. N**
**Jupiter, FL 33478**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.514 4**

**Nonpriority creditor's name and mailing address**

**Donna Kelly**
**776 Main St**
**Eliot, ME 03903**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.514 5**

**Nonpriority creditor's name and mailing address**

**Donna kirk**
**81 Algonquin Road**
**Enfield, NH 03748**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.514 6**

**Nonpriority creditor's name and mailing address**

**Donna Kirk**
**81 ALGONQUIN RD**
**ENFIELD, NH 03748-3819**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.514 7**

**Nonpriority creditor's name and mailing address**

**Donna Latiolais**
**3608 Vista Ridge Dr**
**Mobile, AL 36693**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.514 8**

**Nonpriority creditor's name and mailing address**

**Donna Manuel**
**719 Harborside Way**
**Kemah, TX 77565**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.514 9**

**Nonpriority creditor's name and mailing address**

**Donna McDavid**
**153 E. Granada Blvd**
**Ormond Beach, FL 32176**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.515 0**

**Nonpriority creditor's name and mailing address**

**Donna Miller**
**67340 E260 Rd**
**Grove, OK 74344**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.515 1**

**Nonpriority creditor's name and mailing address**

**Donna Moore**
**3820 East El Carmen Ave.**
**Orange, CA 92869**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.515 2**

**Nonpriority creditor's name and mailing address**

**Donna Myers**
**37 Willow Oak Road West**
**Hilton Head Island, SC 29928**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.515 3**

**Nonpriority creditor's name and mailing address**

**Donna Myers**
**37 Willow Oak Road West**
**Hilton Head Island, SC 29928**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.515 4**

**Nonpriority creditor's name and mailing address**

**Donna Myles**
**736 Prospect Ave**
**Pine Beach, NJ 08741**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.515 5**

**Nonpriority creditor's name and mailing address**

**Donna Neely**
**8670 Foxtail Loop**
**Pensacola, FL 32526**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.515 6**

**Nonpriority creditor's name and mailing address**

**Donna Patch**
**24426 Ward St**
**Torrance, CA 90505**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.515 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Donna Roehrs**
**9708 Casa Colina Court**
**Lincoln, NE 68520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Donna Ruffalo**
**29072 Canyon Vista Drive**
**Trabuco Canyon, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Donna Sanchez**
**1160 Carriage Lane**
**Corona, CA 92878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Donna Sapp**
**520 Cliff Dr.**
**Apt 302**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Donna Schoon**
**116 Continental Drive**
**Lansing, KS 66043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Donna Small**
**595 SIMPSON ST**
**Plymouth, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 3 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | | **$0.00** |

**Donna Small**
**595 SIMPSON ST**
**PLYMOUTH, MI 48170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.516 4**

**Nonpriority creditor's name and mailing address**

**Donna Spiker**
**209 S Logan**
**Lincoln, IL 62656**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.516 5**

**Nonpriority creditor's name and mailing address**

**donna spurling**
**24479 Reflection Lane**
**Abingdon, VA 24210**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.516 6**

**Nonpriority creditor's name and mailing address**

**Donna Thompson**
**2167 Raleigh Ave**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.516 7**

**Nonpriority creditor's name and mailing address**

**Donna Toney**
**2716 Louisville Rd**
**Maryville, TN 37801**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.516 8**

**Nonpriority creditor's name and mailing address**

**Donna Trent-Heite**
**250 Phillips Rd.**
**Los Lunas, NM 87031**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.516 9**

**Nonpriority creditor's name and mailing address**

**Donna Ward**
**922 East Blount Street**
**Pensacola, FL 32503**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.517 0**

**Nonpriority creditor's name and mailing address**

**Donna Ward**
**1304 E Brainerd Street**
**Pensacola, FL 32503**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

| 3.517 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donnie Price**
**4910 Meredith way**
**105**
**Boulder, CO 80303**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donovan Holmes**
**30 Windsor Court**
**Fairburn, GA 30213**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donovan McHenry**
**2907 Shelter Island Drive**
**Suite 105-535**
**San Diego, CA 92106**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Donza Wilcox**
**260 N 300 E**
**Brigham City, UT 84302**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dorian van**
**2975 Palmerston Avenue**
**West Vancouver, BC V7V 2X4**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Dorian Winterfeld**
**36 Ridge Rd**
**Unit J**
**Greenbelt, MD 20770**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.517 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Doris March**
**6 Madison Circle**
**Carlisle, PA 17015**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

| 3.517 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Doris Young**
**8804 Meadowbrook Drive**
**Pensacola, FL 32514**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.517 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dorothy Ahmed**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.518 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dorothy Ahmed**
**30531 Argenti Place**
**Painter, VA 23420**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.518 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**DOROTHY CALABRESE**
**68 N 11th Street**
**Newark, NJ 07107**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.518 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dorothy Freeman**
**664 Gambel Drive**
**Corona, CA 92881**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.518 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dorothy Howard**
**17271 Chatham Lane**
**Huntington Beach, CA 92649**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.518 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Dorothy Steinhoefel**
**10290 Butte Falls Hwy**
**Eagle Point, OR 97524**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

| 3.518 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**DOUG BROOKBANK**
**164 Cherry Blossom Lane**
**CLEVELAND, SC 29635**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Doug Brooks**
**2350 North Terry Street Bethel-Danebo**
**SP 97**
**Eugene, OR 97402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Doug Brooks**
**2350 North Terry Street Bethel-Danebo**
**SP 97**
**Eugene, OR 97402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Doug Carpenter**
**2150 Brentwood Drive**
**Akron, OH 44333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.518 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**doug chrysler**
**4142 rynex corners road**
**Pattersonville, NY 12137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**DOUG CONRADY**
**1945 Placentia**
**COSTA MESA, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Doug Diem**
**4431 Shorepointe Way**
**San Diego, CA 92130-8636**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.519 2**

**Nonpriority creditor's name and mailing address**

**Doug Ellis**
**2465 Ridgeway Ave**
**Lancaster, OH 43130**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.519 3**

**Nonpriority creditor's name and mailing address**

**Doug Ellis**
**2465 Ridgeway Ave**
**Lancaster, OH 43130**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.519 4**

**Nonpriority creditor's name and mailing address**

**Doug Evans**
**1945 Placentia Ave Unit A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.519 5**

**Nonpriority creditor's name and mailing address**

**Doug Flores**
**6732 Mcewan Street**
**Colorado Springs, CO 80922**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.519 6**

**Nonpriority creditor's name and mailing address**

**Doug Franke**
**659 Canyon Drive**
**Solana Beach, CA 92075**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.519 7**

**Nonpriority creditor's name and mailing address**

**Doug Hill**
**570 S Barfield Drive**
**Marco Island, FL 34145**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.519 8**

**Nonpriority creditor's name and mailing address**

**Doug Hodgkin**
**599 Combs Ferry Rd**
**Winchester, KY 40391**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
                    Name

---

**3.519
9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Doug Jorritsma**                                          ☐ Contingent
**580 Shadowbrook Court**                                   ☐ Unliquidated
**Redlands, CA 92374**                                      ☐ Disputed

Date(s) debt was incurred  **2021**                         **Basis for the claim:  Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.520
0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Doug Kahle**                                              ☐ Contingent
**26163 Atherton Drive**                                    ☐ Unliquidated
**Carmel, CA 93923**                                        ☐ Disputed

Date(s) debt was incurred  **2023**                         **Basis for the claim:  Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.520
1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Doug Keithley**                                           ☐ Contingent
**10740 W Skycrest St**                                     ☐ Unliquidated
**Boise, ID 83713**                                         ☐ Disputed

Date(s) debt was incurred  **2021**                         **Basis for the claim:  Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.520
2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Doug Kimble**                                             ☐ Contingent
**522 San Bernardino Ave**                                  ☐ Unliquidated
**Newport Beach, CA 92663**                                 ☐ Disputed

Date(s) debt was incurred  **2023**                         **Basis for the claim:  Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.520
3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Doug McMahan**                                            ☐ Contingent
**6292 Tempting Choice**                                    ☐ Unliquidated
**Las Vegas, NV 89131**                                     ☐ Disputed

Date(s) debt was incurred  **2024**                         **Basis for the claim:  Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.520
4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Doug Morrison**                                           ☐ Contingent
**12212 Orvillina Drive**                                   ☐ Unliquidated
**Santa Ana, CA 92705**                                     ☐ Disputed

Date(s) debt was incurred  **2021**                         **Basis for the claim:  Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.520
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Doug Northington**                                        ☐ Contingent
**312 Littondale Dr**                                       ☐ Unliquidated
**Sparks, NV 89441**                                        ☐ Disputed

Date(s) debt was incurred  **2024**                         **Basis for the claim:  Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.520 6**

**Nonpriority creditor's name and mailing address**

**Doug Perkins**
**18002 Larcrest Cir**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.520 7**

**Nonpriority creditor's name and mailing address**

**Doug Pimm**
**17310 Teunis Drive**
**Spring Lake, MI 49456**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.520 8**

**Nonpriority creditor's name and mailing address**

**Doug Schafer**
**242 BEACH PARK BLVD**
**FOSTER CITY, CA 94404**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.520 9**

**Nonpriority creditor's name and mailing address**

**Doug Schafer**
**242 Beach Park Blvd**
**Foster City, CA 94404**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.521 0**

**Nonpriority creditor's name and mailing address**

**Doug Schafer**
**242 Beach Park Blvd.**
**Foster City, CA 94404**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.521 1**

**Nonpriority creditor's name and mailing address**

**Doug Sergent**
**3822 Woodlawn Ct.**
**Alexandria, VA 22304**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.521 2**

**Nonpriority creditor's name and mailing address**

**Doug Smith**
**6809 Westin Ridge**
**Cleves, OH 45002**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
　　　　　Name

---

| 3.521 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Doug Sweeney**
**43642 Eliopulos Dr**
**Lancaster, CA 93536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Doug West**
**5337 Village Drive**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Doug West**
**5337 Village Dr**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Doug Williams**
**6032 E. Empire Ave.**
**Prescott Vallley, AZ 86314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Douglas Ackerman**
**9409 Prairie View Dr**
**Highlands Ranch, CO 80126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Douglas Benson**
**179 S. Larkwood St.**
**Anaheim, CA 92808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.521 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Douglas Bevan**
**50575 Monterey Canyon Drive**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

| | |
|---|---|

**3.522 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Douglas Bottrell**                                                        ☐ Contingent
**309 Lincoln Avenue**                                                      ☐ Unliquidated
**Point Pleasant Beach, NJ '08742**                                         ☐ Disputed

Date(s) debt was incurred **2025**                                    **Basis for the claim:   Warranty**

Last 4 digits of account number **7**                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.522 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Douglas Burley**                                                          ☐ Contingent
**256 S Flower St**                                                         ☐ Unliquidated
**Apartment A**                                                             ☐ Disputed
**Orange, CA 92868**

Date(s) debt was incurred **2021**                                    **Basis for the claim:   Warranty**

Last 4 digits of account number ___                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.522 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Douglas Butler**                                                          ☐ Contingent
**32 ORCHARD DR**                                                           ☐ Unliquidated
**ARDEN, NC 28704**                                                         ☐ Disputed

Date(s) debt was incurred **2024**                                    **Basis for the claim:   Warranty**

Last 4 digits of account number ___                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.522 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Douglas Carmouche**                                                       ☐ Contingent
**18022 Club View Dr**                                                      ☐ Unliquidated
**Baton Rouge, LA 70810-5982**                                              ☐ Disputed

Date(s) debt was incurred **2022**                                    **Basis for the claim:   Warranty**

Last 4 digits of account number ___                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.522 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Douglas Chatman**                                                         ☐ Contingent
**32 East Manor St**                                                        ☐ Unliquidated
**Altadena, CA 91001**                                                      ☐ Disputed

Date(s) debt was incurred **2022**                                    **Basis for the claim:   Warranty**

Last 4 digits of account number ___                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.522 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Douglas Davidson**                                                        ☐ Contingent
**2949 Randolph Ave**                                                       ☐ Unliquidated
**Suite A**                                                                 ☐ Disputed
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2022**                                    **Basis for the claim:   Warranty**

Last 4 digits of account number ___                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.522 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Douglas Ellis**                                                           ☐ Contingent
**2465 Ridgeway Ave**                                                       ☐ Unliquidated
**Lancaster, OH 43130**                                                     ☐ Disputed

Date(s) debt was incurred **2025**                                    **Basis for the claim:   Warranty**

Last 4 digits of account number ___                                   Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.522 7**

**Nonpriority creditor's name and mailing address**

**douglas faux**
**525 rhea way**
**livermore, CA 94550**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.522 8**

**Nonpriority creditor's name and mailing address**

**Douglas G Ivanoff**
**21 Gibson Street**
**#2**
**Medford, MA 02155**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.522 9**

**Nonpriority creditor's name and mailing address**

**Douglas G McGregor**
**44 Jacobs Creek Cir**
**St Charles, MO 63304**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.523 0**

**Nonpriority creditor's name and mailing address**

**Douglas Geiger**
**4020 n county road 426**
**Geneva, FL 32732**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.523 1**

**Nonpriority creditor's name and mailing address**

**Douglas Gregory**
**730 Allendale Court North**
**Saint Petersburg, FL 33704**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.523 2**

**Nonpriority creditor's name and mailing address**

**Douglas Gregory**
**730 Allendale Court N**
**Saint Petersburg, FL 33704**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.523 3**

**Nonpriority creditor's name and mailing address**

**Douglas Henson Henson**
**9502 E. Presidio Road**
**Scottsdale, AZ 85260**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
| | Name | | | |

---

| 3.523 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Douglas Hoagland** | ☐ Contingent | |
| | **906 N. Doheny Dr. Apt. 222** | ☐ Unliquidated | |
| | **West Hollywood, CA 90069** | ☐ Disputed | |
| | Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.523 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Douglas Hodgson** | ☐ Contingent | |
| | **1503 Bryce Canyon Street** | ☐ Unliquidated | |
| | **Boulder City, NV 89005** | ☐ Disputed | |
| | Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.523 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Douglas Holmes** | ☐ Contingent | |
| | **21932 Summerwind Ln** | ☐ Unliquidated | |
| | **Huntington Beach, CA 92646** | ☐ Disputed | |
| | Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.523 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Douglas Johnson** | ☐ Contingent | |
| | **722 NW Wachter Road** | ☐ Unliquidated | |
| | **Stevenson, WA 98648** | ☐ Disputed | |
| | Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.523 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Douglas Jorritsma** | ☐ Contingent | |
| | **580 Shadowbrook Court** | ☐ Unliquidated | |
| | **Redlands, CA 92374** | ☐ Disputed | |
| | Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.523 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Douglas Lammon** | ☐ Contingent | |
| | **2203 Oyster Cove** | ☐ Unliquidated | |
| | **Murrells Inlet, SC 29576** | ☐ Disputed | |
| | Date(s) debt was incurred  **2020** | Basis for the claim:  **Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.524 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Douglas Lance** | ☐ Contingent | |
| | **740 3rd St.** | ☐ Unliquidated | |
| | **Norco, CA 92860** | ☐ Disputed | |
| | Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.524**
**1**

**Nonpriority creditor's name and mailing address**

**Douglas May**
**806 W. 4th Street**
**Davenport, IA 52802**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.524**
**2**

**Nonpriority creditor's name and mailing address**

**Douglas Meis**
**25 Jade Drive**
**Victoria, TX 77904**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.524**
**3**

**Nonpriority creditor's name and mailing address**

**Douglas Miesen**
**235 Santa Fe Dr.**
**Encinitas, CA 92024**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.524**
**4**

**Nonpriority creditor's name and mailing address**

**Douglas Penny**
**297 Rosecrans St**
**San Diego, CA 92106**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.524**
**5**

**Nonpriority creditor's name and mailing address**

**Douglas Pettibone**
**8303 Kendall drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.524**
**6**

**Nonpriority creditor's name and mailing address**

**Douglas Reigle**
**33 Recodo**
**Irvine, CA 92620**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.524**
**7**

**Nonpriority creditor's name and mailing address**

**Douglas Schell**
**940 W 17th St.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.524 8**

**Nonpriority creditor's name and mailing address**

**Douglas Schindler**
**600 S Bluebonnet**
**Moulton, TX 77875**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.524 9**

**Nonpriority creditor's name and mailing address**

**Douglas Sergent**
**3822 Woodlawn Ct.**
**Alexandria, VA 22304**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 0**

**Nonpriority creditor's name and mailing address**

**Douglas Snow**
**14 Lake Fairgreen Cir**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 1**

**Nonpriority creditor's name and mailing address**

**Douglas Snow**
**14 Lake Fairgreen Circle**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 2**

**Nonpriority creditor's name and mailing address**

**Douglas St. Clair**
**5831 S Highway A1A**
**Melbourne Beach, FL 32951**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 3**

**Nonpriority creditor's name and mailing address**

**Douglas Taylor**
**1027 Ashes Dr Apt 312**
**Wilmington, NC 28405**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 4**

**Nonpriority creditor's name and mailing address**

**Douglas Wade**
**812 Kentucky Ave**
**Cumberland, MD 21502**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.525 5**

**Nonpriority creditor's name and mailing address**

**Douglas Wilmoth**
**6008 Kenyon Ct**
**Flower Mound, CA 75028**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 6**

**Nonpriority creditor's name and mailing address**

**douglas wilson**
**1307 22nd st**
**oceano, CA 93445**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 7**

**Nonpriority creditor's name and mailing address**

**Douglas Wilson**
**1307 22 nd**
**Oceano, CA 93445**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 8**

**Nonpriority creditor's name and mailing address**

**Dovid Fromowitz**
**378 Dinsmoor Drive**
**Chesterfield, MO 63017**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 9**

**Nonpriority creditor's name and mailing address**

**Doyle Shaw**
**4000 CR 4725**
**Cumby, TX 75433**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.526 0**

**Nonpriority creditor's name and mailing address**

**dp**
**67 Farquhar St**
**2**
**Roslindale, MA 02131**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.526 1**

**Nonpriority creditor's name and mailing address**

**Dr Perry Zlotkin**
**9415 Blind Pass Road Unit 603**
**St. Pete Beach, FL 33706**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.526 2**

**Nonpriority creditor's name and mailing address**

**Dr. Bob Ohrling**
**36427 Camino Del Mar**
**Cathedral City, CA 92234**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.526 3**

**Nonpriority creditor's name and mailing address**

**dr. donny newsome**
**815 maestro drive**
**reno, NV 89511**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.526 4**

**Nonpriority creditor's name and mailing address**

**Drake Denktas**
**1650 E 16th Street Apt F202**
**Newport, CA 92663**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.526 5**

**Nonpriority creditor's name and mailing address**

**Drake Foster**
**348 N. Lemoore Ave**
**Apt #B**
**Lemoore, CA 93245**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.526 6**

**Nonpriority creditor's name and mailing address**

**Drake Foster**
**1042 Geneva Dr**
**Lemoore, CA 93245**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.526 7**

**Nonpriority creditor's name and mailing address**

**Drew Battaglia**
**6591 turkey hollow trail**
**Browns valley, CA 95918**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.526 8**

**Nonpriority creditor's name and mailing address**

**Drew Foster**
**375 23rd St**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____     Case number *(if known)* _____
Name

---

| 3.526 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Drew Gibbon**
**278 North Road**
**Chester, NJ 07930**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.527 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Drew Halton**
**2266 E. Walling Dr.**
**Boise, ID 83712**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.527 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Drew Hodgins**
**254135 9th Line**
**Amaranth, ON L9W0H8**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.527 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**drew jacabo**
**612 W houston ave**
**fullerton, CA 92832**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.527 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Drew Pereira**
**1 Research Dr.**
**Suite 110/120**
**Greenville, SC 29607**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.527 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Drew Rasura**
**142 Avenida De La Entrada**
**Ojai, CA 93023**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.527 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Drew Seeley**
**711 N Occidental Blvd**
**Los Angeles, CA 90026**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.527 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Drew Seeley**
**711 N Occidental Blvd**
**Los Angeles, CA 90026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Last 4 digits of account number** __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Drew Sievers**
**12 Codfish Park Road**
**#57**
**Nantucket, MA 02564**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Last 4 digits of account number** __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Du Choi**
**3628 Cornwall Ct**
**Rowland Heights, CA 91748**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2020_

**Last 4 digits of account number** __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Duane Boulton**
**4072 Forest Rd**
**Oscoda, MI 48750-9551**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Last 4 digits of account number** __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Duane Henderson**
**324 Marigold Ct**
**Plymouth, IN 46563**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Last 4 digits of account number** __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Duane Mcclour**
**16282 Howland Ln**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Last 4 digits of account number** __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.528 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Duane Scott**
**103 Teal Ct**
**Lake Frederick, VA 22630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2021_

**Last 4 digits of account number** __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.528 3**

**Nonpriority creditor's name and mailing address**

**Duane Wilson**
**2265 Woodshire Ct.**
**New Berlin, WI 53151**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.528 4**

**Nonpriority creditor's name and mailing address**

**duke lee**
**532 sumner st.**
**apt. b**
**santa cruz, CA 95062**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.528 5**

**Nonpriority creditor's name and mailing address**

**Dulce Gomez**
**1329 sussex lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.528 6**

**Nonpriority creditor's name and mailing address**

**Duncan Manser**
**720 Arbor Lake Dr**
**Crestview, FL 32536**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.528 7**

**Nonpriority creditor's name and mailing address**

**Dunham Shalat**
**28067 Liana Lane**
**Valencia, CA 91354**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.528 8**

**Nonpriority creditor's name and mailing address**

**Dusten Schumann-Poe**
**1566 Bramble Place**
**Apt. 4**
**Redding, CA 96002**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.528 9**

**Nonpriority creditor's name and mailing address**

**Dustin Bloomberg**
**2323 Margaret Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                           Case number (if known) _____

Name

---

**3.529
0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Dustin Bloomberg**                                                    ☐ Contingent
**2286 Elden ave**                                                     ☐ Unliquidated
**Costa Mesa, CA 92627**                                              ☐ Disputed

Date(s) debt was incurred  **2025**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.529
1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**dustin clausen**                                                     ☐ Contingent
**15 anacapa ct.**                                                    ☐ Unliquidated
**foothill ranch, CA 92610**                                         ☐ Disputed

Date(s) debt was incurred  **2023**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.529
2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Dustin Driver**                                                     ☐ Contingent
**2521 Orange Ave**                                                   ☐ Unliquidated
**Apt B1**                                                            ☐ Disputed
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.529
3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Dustin Krauth**                                                     ☐ Contingent
**17300 Keelson Lane**                                                ☐ Unliquidated
**#1**                                                               ☐ Disputed
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2023**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.529
4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Dustin McWhirter**                                                  ☐ Contingent
**501 Eardley Ave**                                                   ☐ Unliquidated
**Pacific Grove, CA 93950**                                          ☐ Disputed

Date(s) debt was incurred  **2022**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.529
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Dustin Moring**                                                     ☐ Contingent
**97 king rd**                                                        ☐ Unliquidated
**park city, UT 84060**                                              ☐ Disputed

Date(s) debt was incurred  **2024**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.529
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Dustin Penn**                                                       ☐ Contingent
**625 cedar Dr south**                                                ☐ Unliquidated
**East Marion, NY 11939**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                              Case number *(if known)* _____
_____
Name

---

**3.529
7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Dustin Penn**                                                     ☐ Contingent
**625 Cedar Dr. S**                                                 ☐ Unliquidated
**East Marion, NY 11939**                                           ☐ Disputed

Date(s) debt was incurred  **2024**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.529
8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Dustin Penn**                                                     ☐ Contingent
**625 cedar Dr south**                                              ☐ Unliquidated
**East Marion, NY 11939**                                           ☐ Disputed

Date(s) debt was incurred  **2023**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.529
9**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Dustin Speakman**                                                 ☐ Contingent
**7514 E Woodsboro Ave**                                            ☐ Unliquidated
**Anaheim, CA 92807**                                               ☐ Disputed

Date(s) debt was incurred  **2024**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.530
0**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Dwayne Caruth**                                                   ☐ Contingent
**32 Leaches Point Road**                                           ☐ Unliquidated
**C/O Bucksport KOA**                                               ☐ Disputed
**Orland, ME 04472**

Date(s) debt was incurred  **2022**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.530
1**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**DWAYNE LORTIE**                                                   ☐ Contingent
**12514 Venice Blvd**                                               ☐ Unliquidated
**Unit 1**                                                          ☐ Disputed
**Los Angeles, CA 90066**

Date(s) debt was incurred  **2024**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.530
2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**DWAYNE LORTIE**                                                   ☐ Contingent
**3310 S Robertson Blvd**                                           ☐ Unliquidated
**Los Angeles, CA 90034**                                           ☐ Disputed

Date(s) debt was incurred  **2022**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.530
3**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**DWAYNE LORTIE**                                                   ☐ Contingent
**3310 S. Robertson Blvd.**                                         ☐ Unliquidated
**Los Angeles**                                                     ☐ Disputed
**Los Angeles, CA 90034**

Date(s) debt was incurred  **2022**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.530 4**

**Nonpriority creditor's name and mailing address**

**Dwayne Lortie**
**3310 S. Robertson Blvd.**
**Los Angeles, CA 90043**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.530 5**

**Nonpriority creditor's name and mailing address**

**DWAYNE LORTIE**
**3310 S. Robertson Blvd.**
**Los Angeles, CA 90034**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.530 6**

**Nonpriority creditor's name and mailing address**

**dwayne marcum**
**5772 Garden Grove Blvd**
**#594**
**Westminster, CA 92683**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.530 7**

**Nonpriority creditor's name and mailing address**

**Dwayne Wade**
**508 Wilson Bridge Dr**
**Oxon Hill, MD 20745**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.530 8**

**Nonpriority creditor's name and mailing address**

**Dwayne Wade**
**508 Wilson Bridge Dr**
**A1**
**Oxon Hill, MD 20745**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.530 9**

**Nonpriority creditor's name and mailing address**

**Dwight Baum**
**6680 Lemon Leaf Dr**
**Carlsbad, CA 92011**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.531 0**

**Nonpriority creditor's name and mailing address**

**Dwight Howard**
**16361 Timber Meadow Dr**
**Colorado Springs, CO 80908**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

**3.531 1**

**Nonpriority creditor's name and mailing address**

**Dylan Barmore**
**902 main st**
**a**
**HUNTINGTN BCH, CA 92648**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.531 2**

**Nonpriority creditor's name and mailing address**

**Dylan Callihan**
**1415 Marble Way**
**Beaumont, CA 92223**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.531 3**

**Nonpriority creditor's name and mailing address**

**Dylan Chavez**
**31251 Paseo Montevideo**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.531 4**

**Nonpriority creditor's name and mailing address**

**Dylan Ely**
**624 Canyon Drive**
**Glendale, CA 91206**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.531 5**

**Nonpriority creditor's name and mailing address**

**Dylan Greer**
**109 Roswell Avenue**
**203**
**Long Beach, CA 90803**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.531 6**

**Nonpriority creditor's name and mailing address**

**Dylan James Deppe**
**27871 Mazagon**
**Mission Viejo, CA 92692**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.531 7**

**Nonpriority creditor's name and mailing address**

**Dylan Lee**
**726 Western Ave**
**Corner of Milner&Western**
**Albany, NY 12203**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.531 8**

**Nonpriority creditor's name and mailing address**

**Dylan Recht**
**17329 SR37**
**Harlan, IN 46743**

Date(s) debt was incurred __2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.531 9**

**Nonpriority creditor's name and mailing address**

**Dylan Recht**
**17329 SR 37**
**Harlan, IN 46743**

Date(s) debt was incurred __2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.532 0**

**Nonpriority creditor's name and mailing address**

**Dylan Story**
**39077 Tarpon Lane #1221**
**Avon, NC 27915**

Date(s) debt was incurred __2022__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.532 1**

**Nonpriority creditor's name and mailing address**

**E Leidenheimer**
**917 Silver Palm Way**
**Apollo Beach, FL 33572**

Date(s) debt was incurred __2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.532 2**

**Nonpriority creditor's name and mailing address**

**Eamonn Pardini**
**1300 Dover Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.532 3**

**Nonpriority creditor's name and mailing address**

**Earl Cantine**
**10143 Queens Circle**
**Ocean City, MD 21842**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.532 4**

**Nonpriority creditor's name and mailing address**

**Earl Recker**
**313 Charloe Cir**
**OTTAWA, OH 45875**

Date(s) debt was incurred __2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.532
5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Earl Ross**
**78 Cobblestone Street**
**London, ON N5Y 5M5**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.532
6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Earl White**
**4134 20th LN NW**
**Olympia, WA 98502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.532
7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Earnie Castro**
**2915 Cliff Drive**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.532
8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Easther Seo**
**8937 Pine Needle Court**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.532
9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**EBC Chicago**
**130s Highway 83**
**Grayslake, IL 60030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:   **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.533
0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**EBC EBC**
**21501 brookhurst st**
**huntington beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.533
1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**EBC EBC**
**1351 Logan Avenue**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:   **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.533 2**

**Nonpriority creditor's name and mailing address**

**EBC EBC**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.533 3**

**Nonpriority creditor's name and mailing address**

**Eckart Klumpp**
**18 Via Timon**
**San Clemente, CA 92673**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.533 4**

**Nonpriority creditor's name and mailing address**

**Ed**
**327 Pine Drive**
**Taft, CA 93268**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.533 5**

**Nonpriority creditor's name and mailing address**

**Ed Attala**
**615 Evans Road**
**San Luis Obispo, CA 93401**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.533 6**

**Nonpriority creditor's name and mailing address**

**Ed Buffington**
**5 Mannerwood**
**Coto De Caza, CA 92679**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.533 7**

**Nonpriority creditor's name and mailing address**

**Ed Clark**
**10532 Old Oak Rd**
**Yucaipa, CA 92399**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.533 8**

**Nonpriority creditor's name and mailing address**

**Ed Collins**
**8906 Peach Grove Road**
**North Chesterfield, VA 23237**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                              Case number *(if known)* _____
_____
Name

---

| 3.533 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ed Collins**
**8906 Peach Grove Road**
**North Chesterfield, VA 23237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ed Collins**
**8906 Peach Grove Road**
**North Chesterfield, VA 23237-4715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ed Craig**
**15943 Milvern Dr**
**Whittier, CA 90604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ed Eckles**
**18450 Fort Lauder Lane**
**Perris, CA 92570**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ed Flanagan**
**9576 E Balancing Rock Rd**
**Scottsdale, AZ 85262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ed Gaither**
**327 Pine Drive**
**Taft, CA 93268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.534 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Ed Geiss**
**332 Warm Wind Dr**
**Clayton, NC 27527**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____

Name

| 3.534 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Ed Gonsalves** | ☐ Contingent | |
| **5030 Cherry Hill Dr.** | ☐ Unliquidated | |
| **Riverside, CA 92507** | ☐ Disputed | |
| Date(s) debt was incurred __2022__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.534 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Ed Horne** | ☐ Contingent | |
| **7143 Valburn** | ☐ Unliquidated | |
| **Austin, TX 78731** | ☐ Disputed | |
| Date(s) debt was incurred __2020__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.534 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Ed Javor** | ☐ Contingent | |
| **76 Flanders Rd** | ☐ Unliquidated | |
| **Niantic, CT 06357** | ☐ Disputed | |
| Date(s) debt was incurred __2022__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.534 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Ed Koke** | ☐ Contingent | |
| **8331 vereda del padre** | ☐ Unliquidated | |
| **goleta, CA 93117** | ☐ Disputed | |
| Date(s) debt was incurred __2022__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.535 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Ed Marks** | ☐ Contingent | |
| **1810 Heritage Dr** | ☐ Unliquidated | |
| **Gulf Shores, AL 36542** | ☐ Disputed | |
| Date(s) debt was incurred __2021__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.535 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Ed Mencke** | ☐ Contingent | |
| **255 Elmwood Drive** | ☐ Unliquidated | |
| **Berea, OH 44017** | ☐ Disputed | |
| Date(s) debt was incurred __2023__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.535 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Ed Nelsen** | ☐ Contingent | |
| **875 Eagle Ridge Place** | ☐ Unliquidated | |
| **Stillwater, MN 55082** | ☐ Disputed | |
| Date(s) debt was incurred __2022__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor **Electric Bike Company, LLC**
Name

Case number *(if known)* _____

---

**3.535 3**

**Nonpriority creditor's name and mailing address**

**Ed Patrick**
**330 La Jolla Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 4**

**Nonpriority creditor's name and mailing address**

**Ed Patterson**
**2747 E Haymore Ct**
**Gilbert, AZ 85298**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 5**

**Nonpriority creditor's name and mailing address**

**Ed Santos**
**2530 Flowerree Street**
**Helena, MT 59601**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 6**

**Nonpriority creditor's name and mailing address**

**Ed Schlitzberger**
**119 21st Ave N**
**Texas City, TX 77590**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 7**

**Nonpriority creditor's name and mailing address**

**Ed Sheehan**
**1945 Placentia Ave**
**Costa mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 8**

**Nonpriority creditor's name and mailing address**

**Ed Sheehan**
**43980 Mahlon Vail Rd**
**#2501**
**Temecula, CA 92592**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 9**

**Nonpriority creditor's name and mailing address**

**Ed Tumbleson**
**20502 Martingale Place**
**Santa Clarita, CA 91350**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.536 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Eddie Crabb** <br> **19731 Estuary Lane** <br> **Huntington Beach, CA 92646** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.536 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Eddie Gray** <br> **1018 Kershaw Drive** <br> **Winter Garden, FL 34787** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.536 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Eddie Leabo** <br> **8716 sunstone court** <br> **alta-loma, CA 91701** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.536 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Eddie Leabo** <br> **8716 Sunstone Ct** <br> **Alta Loma, CA 91701** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.536 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Eddie Mitchell** <br> **310 Palm Isle SE** <br> **Clearwater Beach, FL 33767** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.536 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Eddie Rodriguez** <br> **1302 South Ajanta** <br> **Rowland Heights, CA 91748** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.536 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Eddie Stone** <br> **11159 Serenbe Lane** <br> **Palmetto, GA 30268** | ☐ Contingent <br> ☐ Unliquidated <br> ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
         Name

---

**3.536 7**

**Nonpriority creditor's name and mailing address**

**Eddie Stone**
**11159 Serenbe Lane**
**Chattahoochee Hills, GA 30268**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.536 8**

**Nonpriority creditor's name and mailing address**

**Edel Martinez**
**6325 Canobie Ave**
**Whittier, CA 90601**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.536 9**

**Nonpriority creditor's name and mailing address**

**eden minow**
**3101 Corte Caleta**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.537 0**

**Nonpriority creditor's name and mailing address**

**Eden Tift**
**171 A Rochester St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.537 1**

**Nonpriority creditor's name and mailing address**

**Edgar A Duncan**
**400 Locust Street**
**Middletown, IN 47356**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.537 2**

**Nonpriority creditor's name and mailing address**

**Edgar Brambila**
**4096 Southern Vista Loop**
**Saint Cloud, FL 34772**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.537 3**

**Nonpriority creditor's name and mailing address**

**Edi Thimons**
**4533 Orrington Road**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
             Name

---

| 3.537 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edmund Clark**
**2601 East Ocean Blvd**
**802**
**Long Beach, CA 90803**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edmundo Alba Aragon**
**2220 Huntington Point Road**
**36**
**Chula Vista, CA 91914**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edson Redmond**
**844 Prairie Creek Dr**
**Pacifica, CA 94044**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Edson Redmond**
**844 prairie creek**
**Pacifica, CA 94044**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eduardo Cabreros**
**1532 Imperial Way**
**Salinas, CA 93906**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eduardo Cruz**
**3549 Altura Ave**
**La Crescenta, CA 91214**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eduardo Luna**
**28255 constellation rd**
**Valencia, CA 91355**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                         Case number *(if known)* _____
        Name

| 3.538 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eduardo martinez**
**890 W 15th St**
**85**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward Antonini**
**11374 Tuxford St**
**Sun Valley, CA 91352**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward Astarita**
**504 8th Avenue**
**Slater, IA 50244**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward Batman**
**8978 Neath Street**
**Ventura, CA 93004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward Brown**
**2472 NE MARYOTT LN**
**POULSBO, WA 98370-7927**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward Brown**
**2472 NE MARYOTT LN**
**POULSBO, WA 98370**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Edward C Reno**
**2735 Olive St NW**
**3**
**Washington, DC 20007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  7**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.538 8**

**Nonpriority creditor's name and mailing address**

**Edward Castorena**
**2053 west place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.538 9**

**Nonpriority creditor's name and mailing address**

**Edward Christie**
**8005 115th Ave E**
**Parrish, FL 34219**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.539 0**

**Nonpriority creditor's name and mailing address**

**Edward Christie**
**8005 115th Ave E**
**Parrish, FL 34219**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.539 1**

**Nonpriority creditor's name and mailing address**

**Edward Counts**
**3177 Pacer Drive**
**Norco, CA 92860**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.539 2**

**Nonpriority creditor's name and mailing address**

**edward dacosta**
**1395 sutherland dr**
**palm harbor, FL 34683**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.539 3**

**Nonpriority creditor's name and mailing address**

**Edward Dacosta**
**14350 60th Street North**
**Clearwater, FL 33760**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.539 4**

**Nonpriority creditor's name and mailing address**

**Edward Daly**
**27 Teal Road**
**South kingstown, RI 02879**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.539 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Edward Deese**
**21355 Via Del Parque**
**Yorba Linda, CA 92887**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.539 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Edward Dreibelbis**
**1220 Fort Bragg Rd**
**Suite 209**
**Fayetteville, NC 28305**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.539 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Edward Driscoll IV**
**31252 palma Dr**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.539 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Edward Finch**
**4951 Bacopa Ln S Unit 401**
**St. Petersburg, FL 33715**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.539 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Edward Finley**
**11398 Summit Court**
**Corona, CA 92883**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.540 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Edward Gaborik**
**5692 128th ave**
**Fennville, MI 49408**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.540 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Edward Giza**
**17 Hallie Ln**
**Somers, CT 06071**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                    Case number (if known) _____
_____
Name

| 3.540 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDWARD Gonzalez**
**1945 Placentia Ave**
**Unit A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward Hornsby**
**15240 Creosote Rd.**
**Gulfport, MS 39503**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward Hornsby**
**15240 Creosote Rd.**
**GUlfport, MS 39503**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**edward lukaszka**
**14712 carriage lane**
**prior lake, MN 55372**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward Maske**
**10410 State Route 410**
**Naches, WA 98937**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Edward Moore**
**2942 howell rd**
**Trappe, MD 21673**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**EDWARD MOORE**
**29380 Moore Ave.**
**Trappe, MD 21673**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.540
9**

**Nonpriority creditor's name and mailing address**

**Edward Moran
900 Hollywood Boulevard
Point Pleasant, NJ 08742**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.541
0**

**Nonpriority creditor's name and mailing address**

**Edward Nunez
168 LOMA AVE.
BEAUMONT, CA 92223**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.541
1**

**Nonpriority creditor's name and mailing address**

**Edward Ollila
941 Serra way
Costa Mesa, CA 92625**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.541
2**

**Nonpriority creditor's name and mailing address**

**Edward Ollila
941 Serra Way
Costa Mesa, CA 92626**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.541
3**

**Nonpriority creditor's name and mailing address**

**Edward Osiecki
2263 Lyde Place
Scotch Plains, NJ 07076**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.541
4**

**Nonpriority creditor's name and mailing address**

**Edward Pallotta Jr
92 Winslow Lane
Irvine, CA 92620**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.541
5**

**Nonpriority creditor's name and mailing address**

**Edward Pallotta Jr
92 Winslow Lane
Irvine, CA 92620**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____

Name

---

**3.541 6**

Nonpriority creditor's name and mailing address

**Edward Pawling**
**12451 Woods Road**
**Worton, MD 21678**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.541 7**

Nonpriority creditor's name and mailing address

**Edward Prieto**
**17101 Greentree Dr**
**Riverside, CA 92503**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.541 8**

Nonpriority creditor's name and mailing address

**Edward Reno**
**1607 Balboa Ave**
**Newport Beach, CA 92662**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.541 9**

Nonpriority creditor's name and mailing address

**Edward Rogner**
**2505 Anthem Village Dr**
**Henderson, NV 89052**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.542 0**

Nonpriority creditor's name and mailing address

**Edward Serment**
**4601 Donegal Dr**
**Corpus Christi, TX 78413**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.542 1**

Nonpriority creditor's name and mailing address

**Edward Smith**
**1014 Magnolia Ln**
**Gulf Breeze, FL 32563**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.542 2**

Nonpriority creditor's name and mailing address

**Edward Sramaty**
**146 Piedmont CT**
**Los Gatos, CA 95032**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.542
3**

**Nonpriority creditor's name and mailing address**

**Edward Tybursky**
**34123 Bridle St**
**Fremont, CA 94555**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.542
4**

**Nonpriority creditor's name and mailing address**

**Edward Valdes**
**445 Longhorn Cavern Rd**
**Leander, TX 78641**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.542
5**

**Nonpriority creditor's name and mailing address**

**Edward Watson**
**25321 Mainsail Dr**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.542
6**

**Nonpriority creditor's name and mailing address**

**Edward Wheeler**
**19481 Pompano Ln**
**Unit 107**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.542
7**

**Nonpriority creditor's name and mailing address**

**Edwin Arthadi**
**7334 Berry Ct**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.542
8**

**Nonpriority creditor's name and mailing address**

**Edwin Bernal**
**778 Scott Pl Apt 8**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.542
9**

**Nonpriority creditor's name and mailing address**

**Edwin Bond**
**4163 Pea Ridge Rd**
**Maryville, TN 37804**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

**3.543
0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**EDWIN CHAMBERLAIN**                ☐ Contingent
**7132 BELLCOVE TRAIL**              ☐ Unliquidated
**CASTLE PINES, CO 80108**           ☐ Disputed

Date(s) debt was incurred  **2022**          **Basis for the claim:  Warranty**

Last 4 digits of account number _            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.543
1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Edwin Christian**                  ☐ Contingent
**302 Carrera Dr**                   ☐ Unliquidated
**The Villages, FL 32159**           ☐ Disputed

Date(s) debt was incurred  **2022**          **Basis for the claim:  Warranty**

Last 4 digits of account number _            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.543
2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Edwin Eastham**                    ☐ Contingent
**852 Shady Dr. SE**                 ☐ Unliquidated
**Vienna, VA 22180**                 ☐ Disputed

Date(s) debt was incurred  **2021**          **Basis for the claim:  Warranty**

Last 4 digits of account number _            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.543
3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**edwin madariaga**                  ☐ Contingent
**1922 meyer place apt. 2**          ☐ Unliquidated
**costa mesa, CA 92627**             ☐ Disputed

Date(s) debt was incurred  **2023**          **Basis for the claim:  Warranty**

Last 4 digits of account number _            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.543
4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Edwin Song**                       ☐ Contingent
**1720 Steinhart Ave.**              ☐ Unliquidated
**Redondo Beach, CA 90278**          ☐ Disputed

Date(s) debt was incurred  **2023**          **Basis for the claim:  Warranty**

Last 4 digits of account number _            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.543
5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Edwin Van Thillo**                 ☐ Contingent
**345 Ave Adobe**                    ☐ Unliquidated
**San Clemente, CA 92672**           ☐ Disputed

Date(s) debt was incurred  **2023**          **Basis for the claim:  Warranty**

Last 4 digits of account number _            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.543
6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Edwina Kimball**                   ☐ Contingent
**3802 Wrights Wharf Road**          ☐ Unliquidated
**Hurlock, MD 21643**                ☐ Disputed

Date(s) debt was incurred  **2025**          **Basis for the claim:  Warranty**

Last 4 digits of account number _            Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                          Case number *(if known)* _____
　　　　　　Name

---

**3.543**
**7**

**Nonpriority creditor's name and mailing address**

**Edwy Benitez**
**4694 South Sagewood Ln**
**Ontario, CA 91762**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

| As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.543**
**8**

**Nonpriority creditor's name and mailing address**

**Effrosini Karayiannis**
**1630 Country Hill Lane**
**Manchester, MO 63021**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.543**
**9**

**Nonpriority creditor's name and mailing address**

**Eileen Ager**
**1121 SE 7 Street**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544**
**0**

**Nonpriority creditor's name and mailing address**

**Eileen Benzler**
**41 Reighton Drive**
**Bella Vista, AR 72714**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544**
**1**

**Nonpriority creditor's name and mailing address**

**Eileen Copeland**
**1679 E Conway Rd**
**Center Conway, NH 03813-4018**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544**
**2**

**Nonpriority creditor's name and mailing address**

**Eileen Herndon**
**46 Harvey Jones Ln**
**Pamplin, VA 23958-3297**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.544**
**3**

**Nonpriority creditor's name and mailing address**

**Eileen Kemp**
**5161 Pebble Beach Blvd`**
**Winter Haven, FL 33884**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.544
4**

**Nonpriority creditor's name and mailing address**

**Eileen Malejko**
**5 Peter Drive**
**Hackettstown, NJ 07840**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.544
5**

**Nonpriority creditor's name and mailing address**

**eileen mcneese**
**16602 sell circle**
**apt. 41**
**huntington beach, CA 92649**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.544
6**

**Nonpriority creditor's name and mailing address**

**Eileen McNeese**
**16602 Sell Circle**
**#41**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.544
7**

**Nonpriority creditor's name and mailing address**

**Eileen ONeill**
**333 N Screeland Drive**
**#236**
**Burbank, CA 91505**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.544
8**

**Nonpriority creditor's name and mailing address**

**Eileen Read**
**345 Bellefontaine street**
**Pasadena, CA 91105**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.544
9**

**Nonpriority creditor's name and mailing address**

**Eileen Sullivan**
**3015 Robb Cir**
**Lakewood, CO 80215**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.545
0**

**Nonpriority creditor's name and mailing address**

**Ekaterina Ench**
**369 11th Ave**
**san francisco, CA 94118**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.545
1**

**Nonpriority creditor's name and mailing address**

**Elad Levy
1615 Somerton Dr
Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.545
2**

**Nonpriority creditor's name and mailing address**

**Elaina McFarland
35581 Rosemont Dr.
Palm Desert, CA 92211**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.545
3**

**Nonpriority creditor's name and mailing address**

**Elaina Snyder
13205 Warburton Drive
Fort Washington, MD 20744**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.545
4**

**Nonpriority creditor's name and mailing address**

**Elaine Bae
4456 Vanceboro Ct
Woodland Hills, CA 91364**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.545
5**

**Nonpriority creditor's name and mailing address**

**Elaine Lingerfelt
2723 Collins Ave
Lakeland, FL 33803**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.545
6**

**Nonpriority creditor's name and mailing address**

**Elaine Loconte
109 Buckingham Drive
Southampton, NJ 08088**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.545
7**

**Nonpriority creditor's name and mailing address**

**Elaine Mark
18607 Forest Bend Creek Way
Spring, TX 77379**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.545
8**

**Nonpriority creditor's name and mailing address**

**Elaine McCulloch**
**2452 Jacaranda Dr**
**Oxnard, CA 93036**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.545
9**

**Nonpriority creditor's name and mailing address**

**Elaine Sloan**
**320 10th st**
**Seal Beach, CA 90740**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.546
0**

**Nonpriority creditor's name and mailing address**

**Elaine Williamson**
**77229 Tribecca Street**
**Indian Wells, CA 92210**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.546
1**

**Nonpriority creditor's name and mailing address**

**Elayne Guiles**
**881 Sparkleberry Road**
**Evans, GA 30809**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.546
2**

**Nonpriority creditor's name and mailing address**

**eldad Hagashi**
**8 Hawk**
**Irvine, CA 92618**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.546
3**

**Nonpriority creditor's name and mailing address**

**Eldar Cholich**
**5304 Watercrest Rd**
**Midlothian, VA 23112**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.546
4**

**Nonpriority creditor's name and mailing address**

**Eleanor AtienzaTennison**
**11498 E Quail Hollow Dr**
**Robinson, IL 62454**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.546 5**

**Nonpriority creditor's name and mailing address**

**Eleanor AtienzaTennison**
**11498 E Quail Hollow Dr**
**Robinson, IL 62454**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.546 6**

**Nonpriority creditor's name and mailing address**

**Eleanor Comfort**
**1160 Fairfax St**
**Denver, CO 80220-4329**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.546 7**

**Nonpriority creditor's name and mailing address**

**Eleanor Woodall**
**270 Pinon Rd**
**Bishop, CA 93514**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.546 8**

**Nonpriority creditor's name and mailing address**

**Eleanor Woodall**
**390 Pa Me Ln**
**Bishop, CA 93514**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.546 9**

**Nonpriority creditor's name and mailing address**

**Electric Bike Company**
**1630 Superior Avenue**
**Unit D**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.547 0**

**Nonpriority creditor's name and mailing address**

**Electric bike company Limited**
**1945 Placentia ave**
**Costa mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.547 1**

**Nonpriority creditor's name and mailing address**

**electric bikes of arizona**
**9720 W peoria ave ste 110**
**peoria, AZ 85345**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
          Name

---

| 3.547 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elena Keeran**
**75355 La Sierra Drive**
**Newport Beach, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.547 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eleno Arriaga**
**17 Calvados**
**Newport Beach, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.547 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eleno Arriaga**
**17 Calvados**
**Newport Coast, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.547 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eleno saldivar, Jr.**
**4878 Gardenia street.**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.547 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eleuterio gonzalez**
**9606 nightingale ave**
**fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.547 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Eli Bumgarner**
**862 S 1150 E**
**Preston, ID 83263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.547 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ELI BUMGARNER**
**862 S**
**1150 E**
**PRESTON, ID 83263-5674**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

| 3.547 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Eli Bumgarner**
**862 S 1150 E**
**Preston, ID 83263**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Elijah Abrenica**
**735 Requeza St**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Elijah Araya**
**30000 FM 2978**
**Apt 844**
**Magnolia, TX 77354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Elijah Araya**
**30000 FM 2978**
**#844**
**Magnolia, TX 77354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Elijah Bragg**
**8106 Merrick Dr**
**Peachtree City, GA 30269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**elijah cupino cupino**
**4140 Innovator Drive**
**4401**
**Sacramento, CA 95834**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Elijah Potter**
**33 Cutthroat Drive**
**Lander, WY 82520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.548 6**

**Nonpriority creditor's name and mailing address**

**Eliot Mason**
**13 Calle Clasico**
**San Clemente, CA 92673**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.548 7**

**Nonpriority creditor's name and mailing address**

**Eliot Mitchell**
**1819 N Lincoln Street**
**Burbank, CA 91506**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.548 8**

**Nonpriority creditor's name and mailing address**

**Eliot Mitchell**
**1819 N LINCOLN ST**
**BURBANK, CA 91506**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.548 9**

**Nonpriority creditor's name and mailing address**

**Elisa Gonzales**
**11700 Gladstone Cir**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.549 0**

**Nonpriority creditor's name and mailing address**

**Elisa Krupa**
**8917 Bloomfield Blvd**
**Sarasota, FL 34238**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.549 1**

**Nonpriority creditor's name and mailing address**

**Elisabeth Hoff**
**2658 Evolutionary Lane**
**Las Vegas, NV 89138**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.549 2**

**Nonpriority creditor's name and mailing address**

**Elisabeth Mansfield**
**1118 Seventh Ave NW**
**Apt A522**
**Issaquah, WA 98027**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

| 3.549 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elisabeth Mansfield**
**1118 7th Ave NW**
**A522**
**Issaquah, WA 98027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elisabeth Martingayle**
**211 61st Street**
**Virginia Beach, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elise Batscha**
**482 9th St**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elise Gonzales**
**185 Ximeno Ave**
**apt B**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elise Griffin**
**2094 N Clarkson street**
**Denver, CO 80205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elisha Becerra**
**104 Loyola Plaza**
**Seal Beach, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Elisha Dodds**
**739 Paularino Ave**
**C103**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**
         _____
         Name

Case number (if known) _____

---

| 3.550 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elisha Dodds**
**739 PAULARINO AVE**
**APT C103**
**COSTA MESA, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elisha Dodds**
**966 Post Rd**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elisha Evans**
**1004 Park Stream Ct**
**Galt, CA 95632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elissa Christie**
**4515 Vista Largo**
**Torrance, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elissa Sano**
**641 Tyner Way**
**Incline Village, NV 89451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elita Vitucci**
**1129 W Orangewood Ave**
**Phoenix, AZ 85021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Aquino**
**164 Gallery Way**
**Tustin, CA 92782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.550 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ELIZABETH BENYESHAY**
**6159 MELVIN AVE**
**TARZANA, CA 91356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Bruce**
**511 Highland Drive**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Burgoyne**
**20111 Crew Square**
**Ashburn, VA 20147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Callahan**
**5418 Massa Way**
**Fontana, CA 92336**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Chapman**
**777 e ocean blvd**
**2001**
**Long beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Chapman**
**777 E. Ocean**
**Apt. 2001**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.551 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Cormack**
**216 Rosecrans Ave**
**Apt 1**
**Manhattan, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                         Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.551 4 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Elizabeth Currie**
**32 Sandpiper Lane**
**Palm Coast, FL 32137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.551 5 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Elizabeth Currie**
**32 Sandpiper Ln**
**Palm Coast, FL 32137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.551 6 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Elizabeth Delaney**
**730 W Couch Pl**
**Apt 1707**
**Chicago, IL 60661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.551 7 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Elizabeth Emmett**
**1121 13th Street**
**Greeley, CO 80631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.551 8 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Elizabeth Eudy**
**5013 Foothills Rd**
**Apt C**
**Lake Oswego, OR 97034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.551 9 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Elizabeth Gill**
**2058 Auburn Lakes Dr**
**Viera, FL 32955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.552 0 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Elizabeth Goodman**
**1074 Clayton Mill River Road**
**PO 302**
**Mill River, MA 01244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.552**
**1**

**Nonpriority creditor's name and mailing address**

**Elizabeth Horne**
**7143 Valburn Drive**
**Austin, TX 78731**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.552**
**2**

**Nonpriority creditor's name and mailing address**

**Elizabeth Horne**
**7143 Valburn Dr**
**austin, TX 78731**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.552**
**3**

**Nonpriority creditor's name and mailing address**

**Elizabeth Huddleston**
**195 Sigmon Rd**
**Fletcher, NC 28732**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.552**
**4**

**Nonpriority creditor's name and mailing address**

**Elizabeth Jacks**
**8729 Candlewood Trl**
**Apt 5**
**Brighton, MI 48116**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.552**
**5**

**Nonpriority creditor's name and mailing address**

**Elizabeth Johns**
**11055 NE wing Point Dr.**
**Bainbridge Island, WA 98110**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.552**
**6**

**Nonpriority creditor's name and mailing address**

**Elizabeth Jovanovic**
**818 South 2nd Street**
**Minneapolis, MN 55415**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

**3.552**
**7**

**Nonpriority creditor's name and mailing address**

**Elizabeth Kendrick**
**12232 104th Ave**
**Largo, FL 33778**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☒ No  ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                     Case number (if known) _____
_____
        Name

---

**3.552 8**

**Nonpriority creditor's name and mailing address**                                    $0.00

**Elizabeth Kilik**
**15680 Linda Ave**
**Los Gatos, CA 95032**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.552 9**

**Nonpriority creditor's name and mailing address**                                    $0.00

**Elizabeth Larson**
**1406 lincoln ln**
**newport beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553 0**

**Nonpriority creditor's name and mailing address**                                    $0.00

**Elizabeth Lavier**
**815 3rd St.**
**Alamosa, CO 81101**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553 1**

**Nonpriority creditor's name and mailing address**                                    $0.00

**Elizabeth Lavier**
**815 3rd St**
**Alamosa, CO 81101**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553 2**

**Nonpriority creditor's name and mailing address**                                    $0.00

**Elizabeth Lessin**
**204 Birch Avenue Northwest**
**Saint Michael, MN 55376**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553 3**

**Nonpriority creditor's name and mailing address**                                    $0.00

**Elizabeth Luciano**
**13389 North 4th Avenue**
**Boise, ID 83714**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.553 4**

**Nonpriority creditor's name and mailing address**                                    $0.00

**Elizabeth Lynch**
**254 Goat Hill Road**
**Lambertville, NJ 08530**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                              Case number *(if known)* _____
          Name

| 3.553 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth McGuire**
**287 16th Place**
**Apt. 1**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Mehlberger**
**13081 Sandhurst Place**
**NORTH TUSTIN, CA 97205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**ELIZABETH METZ**
**1230 Park Ave W**
**Apt 205**
**Highland Park, IL 60035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Navar**
**1888 Walnut St**
**Lauderdale, MN 55113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.553 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Ong**
**16912 Sims Ln**
**Apt. 209**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Pagos**
**140 North Dennis Road**
**South Yarmouth, MA 02664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Elizabeth Pearson**
**20 Mondano**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Electric Bike Company, LLC | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.554 2**

**Nonpriority creditor's name and mailing address**

**Elizabeth Phelps**
**4010 Carousel Way**
**Chesapeake Beach, MD 20732**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.554 3**

**Nonpriority creditor's name and mailing address**

**Elizabeth Rich**
**60 Monroe Center St NW # 8 B**
**Grand Rapids, MI 49503**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.554 4**

**Nonpriority creditor's name and mailing address**

**ELIZABETH RODRIGUEZ**
**28101 LA VEDA AVENUE**
**CANYON COUNTRY, CA 91387**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.554 5**

**Nonpriority creditor's name and mailing address**

**Elizabeth Salazar**
**687 W 18th St Apt. 7**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.554 6**

**Nonpriority creditor's name and mailing address**

**Elizabeth Schaefer**
**30 Littles Point Road**
**Swampscott, MA 01907**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.554 7**

**Nonpriority creditor's name and mailing address**

**Elizabeth Schelbert**
**3296 E 550 N**
**Kokomo, IN 46901**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.554 8**

**Nonpriority creditor's name and mailing address**

**Elizabeth Shaw**
**8565 Coopers Hawk Dr**
**Redmond, OR 97756**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5549**

**Nonpriority creditor's name and mailing address**

**Elizabeth Shedd**
**9518 South W 192nd St.**
**Vashon, WA 98070**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5550**

**Nonpriority creditor's name and mailing address**

**Elizabeth Soderstrom**
**150 Main Street**
**Wellfleet, MA 02667**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5551**

**Nonpriority creditor's name and mailing address**

**Elizabeth Talley**
**9 Balmoral Pl**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5552**

**Nonpriority creditor's name and mailing address**

**Elizabeth Talley**
**9 Balmoral Place**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5553**

**Nonpriority creditor's name and mailing address**

**Elizabeth Torres**
**1838 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5554**

**Nonpriority creditor's name and mailing address**

**Elizabeth Uhl**
**607 Clea lane**
**Mount Shasta, CA 96067**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5555**

**Nonpriority creditor's name and mailing address**

**Elizabeth Uhl**
**607 Clea lane**
**Mount Shasta, CA 96067**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                              Case number (if known) _____
_____
Name

---

**3.555 6**

**Nonpriority creditor's name and mailing address**

**Elizabeth Uhl**
**607 Clea Lane**
**Mount Shasta, CA 96067**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.555 7**

**Nonpriority creditor's name and mailing address**

**Elizabeth VanAntwerp**
**6131 Jack Thomas Dr**
**Indian Land, SC 29707**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.555 8**

**Nonpriority creditor's name and mailing address**

**Elizabeth Way**
**7405 Castle Road**
**Manassas, VA 20109**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.555 9**

**Nonpriority creditor's name and mailing address**

**Elizabeth Wetton**
**19121 SE Barus Dr**
**Jupiter, FL 33469-1605**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.556 0**

**Nonpriority creditor's name and mailing address**

**Elizabeth Wetton**
**110 Majorca Way #201**
**Jupiter, FL 33458**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.556 1**

**Nonpriority creditor's name and mailing address**

**elizabeth zuccaro**
**9720 W. Peoria Ave**
**Peoria, AZ 85345**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.556 2**

**Nonpriority creditor's name and mailing address**

**Elizabeth Zuccaro**
**9720 W Peoria Ave**
**STE 110**
**Peoria, AZ 85345**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.556 3**

**Nonpriority creditor's name and mailing address**

**Elke Dodd**
**87694 Limpit Ln**
**Florence, OR 97439**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.556 4**

**Nonpriority creditor's name and mailing address**

**Ella Ibrahimpasic**
**546 El Modena Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.556 5**

**Nonpriority creditor's name and mailing address**

**Elle Flannery**
**385 Mermaid Street**
**Apt. A**
**Laguna Beach, CA 92651**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.556 6**

**Nonpriority creditor's name and mailing address**

**Ellen Atkinson**
**8911 Beverlywood Street**
**Los Angeles, CA 90034**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.556 7**

**Nonpriority creditor's name and mailing address**

**Ellen Claus**
**538 Lakeview Dr**
**Crossville, TN 38558**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.556 8**

**Nonpriority creditor's name and mailing address**

**Ellen Houx**
**52 THE PT**
**Coronado, CA 92118**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.556 9**

**Nonpriority creditor's name and mailing address**

**Ellen Javor**
**76 Flanders Rd**
**Niantic, CT 06357**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.5570**

**Nonpriority creditor's name and mailing address**

**Ellen Klotz**
**540 Road 180**
**Emporia, KS 66801**

**Date(s) debt was incurred** **2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5571**

**Nonpriority creditor's name and mailing address**

**Ellen Maxfield**
**4360 E Glenn St**
**Tucson, AZ 85712**

**Date(s) debt was incurred** **2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5572**

**Nonpriority creditor's name and mailing address**

**Ellen Tobler**
**8661 Larthorn Drive**
**Huntington Beach, CA 92646**

**Date(s) debt was incurred** **2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5573**

**Nonpriority creditor's name and mailing address**

**Ellen Urgo**
**9059 SE Hobe Ridge Avenue**
**Hobe Sound, FL 33455**

**Date(s) debt was incurred** **2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5574**

**Nonpriority creditor's name and mailing address**

**Elliot Simpson**
**777 E. Argon Dr**
**St. Louis, MO 63122**

**Date(s) debt was incurred** **2023**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5575**

**Nonpriority creditor's name and mailing address**

**Elliott Lauri**
**425 Orchard St**
**Kingston, PA 18704**

**Date(s) debt was incurred** **2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5576**

**Nonpriority creditor's name and mailing address**

**Elliott Peters**
**4970 North Rhett Avenue**
**North Charleston, SC 29405**

**Date(s) debt was incurred** **2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____

Name

---

**3.557 7**

**Nonpriority creditor's name and mailing address**

**Elly Kayhanian**
**17325 Castellammare Dr.**
**Pacific Palisades, CA 90272**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.557 8**

**Nonpriority creditor's name and mailing address**

**Ellysia Gallagher**
**5761 Spa Drive**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.557 9**

**Nonpriority creditor's name and mailing address**

**Eloy Santacruz**
**266 Avenida Descanso**
**Oceanside, CA 92057**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.558 0**

**Nonpriority creditor's name and mailing address**

**Elva Cavazos**
**13485 Swaner Circle**
**Salinas, CA 93906**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.558 1**

**Nonpriority creditor's name and mailing address**

**Elyse Bassman**
**4650 LUDLOW ST**
**BOULDER, CO 80305-6740**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.558 2**

**Nonpriority creditor's name and mailing address**

**Elyse hardesty**
**479 walnut place**
**Costa mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.558 3**

**Nonpriority creditor's name and mailing address**

**Elyse Williams**
**22311 Brookhurst**
**Suite 104**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                    Case number (if known) _____
_____
Name

---

**3.5584**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

Nonpriority creditor's name and mailing address
**Emaad Farooqui**
**8 gretel ct**
**Newport beach, CA 92663**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.5585**

Nonpriority creditor's name and mailing address
**Emaad Farooqui**
**8 Gretel Ct**
**Newport Beach, CA 92663**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.5586**

Nonpriority creditor's name and mailing address
**Emanuel Nesbitt**
**6267 Hidden Acres Dr**
**Gloucester, VA 23061**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.5587**

Nonpriority creditor's name and mailing address
**Emelina Padron**
**6325 Canobie Avenue**
**Whittier, CA 90601**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.5588**

Nonpriority creditor's name and mailing address
**emerald foster**
**909 hickory court**
**carls bad, CA 92011**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.5589**

Nonpriority creditor's name and mailing address
**Emery Nichols**
**1900 Leeward Ln**
**Newport Beach, CA 92660**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.5590**

Nonpriority creditor's name and mailing address
**Emery Owen**
**734 Loma Drive**
**Hermosa Beach, CA 90254**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.559 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emilee Andrus**
**5876 N 195th Dr**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**
Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emilee Andrus**
**5876 N 195th Dr**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**
Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emilee Hall**
**5510 New Haven CT**
**Austin, TX 78756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**
Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emiliano Semprit**
**501 East 21st Street**
**A3**
**Brooklyn, NY 11226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**
Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emily Case**
**322 Locks Pond Rd**
**Shutesbury, MA 01072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**
Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emily Clem**
**12428 Windbush Way**
**Carmel, IN 46033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**
Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Emily Clower**
**6204 Antigua Street Northeast**
**Apt E**
**Albuquerque, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**
Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                        Case number (if known) _____
_____Name_____

---

**3.5598**

**Nonpriority creditor's name and mailing address**
**Emily Doherty**
**1287 Spectrum**
**Irvine, CA 92618**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5599**

**Nonpriority creditor's name and mailing address**
**Emily Epstein**
**6304 Via Regla**
**San Diego, CA 92122**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5600**

**Nonpriority creditor's name and mailing address**
**Emily Gironda**
**5105 Manett St**
**Dallas, TX 75206**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5601**

**Nonpriority creditor's name and mailing address**
**Emily Jacobson**
**820 Encinitas Blvd**
**Unit 102**
**Encinitas, CA 92024**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5602**

**Nonpriority creditor's name and mailing address**
**Emily Jones**
**24300 Palomino Way**
**Tehachapi, CA 93561**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5603**

**Nonpriority creditor's name and mailing address**
**Emily Koziatek**
**463 River Rd**
**Eugene, OR 97404**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5604**

**Nonpriority creditor's name and mailing address**
**Emily Mao**
**6785 Brentwood Dr**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.560 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Miller**
**157 Leeder Hill Drive**
**704**
**Hamden, CT 06517**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.560 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**emily monsma**
**1514 schuff lane**
**louisville, KY 40205**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.560 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Montes**
**43 Suzanne Drive**
**819 19 AVE SW**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.560 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Ryan**
**413 Saint Remy Blvd**
**Oxford, MS 38655**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.560 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Sensenbaugh**
**4060 El Cerrito Road**
**Palo Alto, CA 94306**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.561 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**emily Sezate**
**41 egret ct**
**newport beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.561 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Emily Vizena**
**1787 Orange Ave**
**Apt. D**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor | **Electric Bike Company, LLC** |
| | Name |

Case number (*if known*) _____

---

**3.561 2**

**Nonpriority creditor's name and mailing address**

**Emily Wallace**
**900 University**
**Seattle, WA 98101**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.561 3**

**Nonpriority creditor's name and mailing address**

**Emily Wilson**
**309 Narcissus Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.561 4**

**Nonpriority creditor's name and mailing address**

**Emma Batcher**
**210 fern st**
**Apt A**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.561 5**

**Nonpriority creditor's name and mailing address**

**Emma Crutchfield**
**1004 S Dinwiddie St**
**Arlington, VA 22204**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.561 6**

**Nonpriority creditor's name and mailing address**

**Emma Georgino**
**109 43rd St.**
**Unit A**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.561 7**

**Nonpriority creditor's name and mailing address**

**Emma Harris**
**140 Morgan Ave**
**Brooklyn, NY 11237**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.561 8**

**Nonpriority creditor's name and mailing address**

**Emma K**
**3298 Paseo Gallita**
**San Clemente, CA 92672**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.5619**

**Nonpriority creditor's name and mailing address**

**Emma Loftus**
**731 S Plymouth Ct**
**unit 513**
**Chicago, IL 60605**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5620**

**Nonpriority creditor's name and mailing address**

**Emma Pearson**
**1325 Elati St**
**UNIT 1**
**Denver, CO 80204**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5621**

**Nonpriority creditor's name and mailing address**

**Emmet Lee**
**2969 Lawrence Ln**
**ESCONDIDO, CA 92025**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5622**

**Nonpriority creditor's name and mailing address**

**Emmett Easter**
**2280 S Monaco St Pkwy**
**113**
**Denver, CO 80222**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5623**

**Nonpriority creditor's name and mailing address**

**Emmy Perlman**
**4304 Greenbriar drive**
**Dallas, TX 75225**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5624**

**Nonpriority creditor's name and mailing address**

**Emre Karaer**
**8206 Pintado**
**Irvine, CA 92618**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5625**

**Nonpriority creditor's name and mailing address**

**Emre Utkan**
**14 Chestnut Rd**
**Chatham, NJ 07928**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
Name

---

**3.562 6**

**Nonpriority creditor's name and mailing address**

**Enrique Blanchet**
**18 New Jersey**
**Irvine, CA 92606**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.562 7**

**Nonpriority creditor's name and mailing address**

**Enrique Nava Munoz**
**300 N Water St**
**Mobile, AL 36602**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.562 8**

**Nonpriority creditor's name and mailing address**

**Eraine Atkinson**
**21832 Windson Cir**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.562 9**

**Nonpriority creditor's name and mailing address**

**Eraine Atkinson**
**21832 Windsong Cir**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.563 0**

**Nonpriority creditor's name and mailing address**

**Eri Shinose**
**503 Capitola Ave**
**Unit C**
**Capitola, CA 95010**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.563 1**

**Nonpriority creditor's name and mailing address**

**Eri Shinose**
**503 Capitola Ave, Unit C**
**Capitola, CA 95010**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.563 2**

**Nonpriority creditor's name and mailing address**

**Eric and Gayle Danfelt**
**3460 NW Denali Lane**
**Bend, OR 97703**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

| 3.563 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Eric Anderson**
**866 N LIVINGSTON ST**
**ARLINGTON, VA 22205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Eric Andrade**
**17912 Ash St.**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Eric Bachman**
**21501 Brookhurst**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Eric Barszcz**
**474 Owen St**
**Mosinee, WI 54455-1705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Eric Bender**
**415 PENINSULA BLVD**
**GULF SHORES, AL 36542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Eric Bender**
**415 PENINSULA BLVD**
**GULF SHORES, AL 36542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Eric Bergman**
**315 high drive**
**laguna beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.564 0**

**Nonpriority creditor's name and mailing address**
**ERIC BLANKENSHIP**
**13817 West 31st South**
**Wichita, KS 67227**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.564 1**

**Nonpriority creditor's name and mailing address**
**ERIC BLANKENSHIP**
**13817 W 31ST S**
**wichita, KS 67227**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.564 2**

**Nonpriority creditor's name and mailing address**
**Eric Blase**
**2398 Kelsey Court**
**Yuba City, CA 95991**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.564 3**

**Nonpriority creditor's name and mailing address**
**Eric Blau**
**7 Guadalmina Dr**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.564 4**

**Nonpriority creditor's name and mailing address**
**Eric Blau**
**7 guadalmina dr**
**dana point, CA 92629**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.564 5**

**Nonpriority creditor's name and mailing address**
**Eric Bleil**
**PO Box 721612**
**Orlando, FL 32872**

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.564 6**

**Nonpriority creditor's name and mailing address**
**Eric Block**
**339 18th St**
**Santa Monica, CA 90402**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.564 7**

**Nonpriority creditor's name and mailing address**

**Eric Blum**
**342 Polynesia ct**
**Marco Island, FL 34145**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.564 8**

**Nonpriority creditor's name and mailing address**

**Eric Blum**
**342 Polynesia Court**
**Marco Island, FL 34145**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.564 9**

**Nonpriority creditor's name and mailing address**

**Eric Briddick**
**3227 Melanie Ave.**
**Norco, CA 92860**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.565 0**

**Nonpriority creditor's name and mailing address**

**Eric Broadwater**
**3619 Myrtle Ave**
**San Diego, CA 92104**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.565 1**

**Nonpriority creditor's name and mailing address**

**Eric Broadwater**
**3619 Myrtle Ave**
**San Diego, CA 92104**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.565 2**

**Nonpriority creditor's name and mailing address**

**Eric Broadwater**
**3619 Myrtle Ave**
**San Diego, CA 92104**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.565 3**

**Nonpriority creditor's name and mailing address**

**Eric Brown**
**856 South Parkglen Place**
**Anaheim, CA 92808**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.565
4**

**Nonpriority creditor's name and mailing address**

**Eric Calderon**
**13289 Chickasaw Rd**
**rancho Cucamonga, CA 91739**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.565
5**

**Nonpriority creditor's name and mailing address**

**eric campbell**
**170 SE Kellerman Ln**
**Waukee, IA 50263**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.565
6**

**Nonpriority creditor's name and mailing address**

**Eric Carson**
**100 lio place**
**unit#K1**
**maunaloa, HI 96770**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.565
7**

**Nonpriority creditor's name and mailing address**

**Eric Cashman**
**17401 Encino Cir**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.565
8**

**Nonpriority creditor's name and mailing address**

**eric cross**
**11937 jefferson blvd.**
**Apt #3**
**culver city, CA 90230**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.565
9**

**Nonpriority creditor's name and mailing address**

**Eric Danielsen**
**1237 Arboretum Drive**
**Wilmington, NC 28405**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.566
0**

**Nonpriority creditor's name and mailing address**

**eric dick**
**5234 Blossom Street**
**HOUSTON, TX 77007**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.566
1**

**Nonpriority creditor's name and mailing address**

**eric dick
5234 Blossom Street
HOUSTON, TX 77092**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.566
2**

**Nonpriority creditor's name and mailing address**

**Eric Dicks
1206 Whetstone Dr
Morton, IL 61550-8939**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.566
3**

**Nonpriority creditor's name and mailing address**

**Eric Dicks
1206 Whetstone Dr
Morton, IL 61550**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.566
4**

**Nonpriority creditor's name and mailing address**

**Eric Diehl
120 Rubiwood Circle
Greer, SC 29651**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.566
5**

**Nonpriority creditor's name and mailing address**

**Eric Eastman
452 W Taylor Run Pkwy
Alexandria, VA 22314**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.566
6**

**Nonpriority creditor's name and mailing address**

**Eric Eitner
1472 Willowbrook Lane
Simi Valley, CA 93065**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.566
7**

**Nonpriority creditor's name and mailing address**

**Eric Engel
1644 Sawtooth Trail
Reno, NV 89523**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.566 8**

**Nonpriority creditor's name and mailing address**

**Eric Engle**
**2060 National Ave**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.566 9**

**Nonpriority creditor's name and mailing address**

**eric ericsson**
**110 N Samish Way**
**Bellingham, WA 98225**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.567 0**

**Nonpriority creditor's name and mailing address**

**Eric f Zimmerman**
**19321 Pismo lane**
**Huntington beach, CA 92646**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.567 1**

**Nonpriority creditor's name and mailing address**

**Eric Faulk-West**
**14566 Outrigger Drive**
**San Leandro, CA 94577-6415**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.567 2**

**Nonpriority creditor's name and mailing address**

**Eric Fishencord**
**9423 S Via Famero**
**Vail, AZ 85641**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.567 3**

**Nonpriority creditor's name and mailing address**

**Eric Freeman**
**664 Gambel Dr.**
**Corona, CA 92881**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.567 4**

**Nonpriority creditor's name and mailing address**

**Eric Fry**
**213 E Sands Hill Dr**
**Wilmington, NC 28409**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                         Case number (if known) _____
          Name

---

**3.567
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Eric Fry**                                                 ☐ Contingent
**213 E. Sands Hill Dr**                                     ☐ Unliquidated
**Wilmington, NC 28409**                                     ☐ Disputed

**Date(s) debt was incurred  2024**                          **Basis for the claim:  Warranty**

**Last 4 digits of account number _**                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.567
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**eric gilsdorf**                                            ☐ Contingent
**1120 AVIATION BLVD**                                       ☐ Unliquidated
**HERMOSA BEACH, CA 90254-4026**                             ☐ Disputed

**Date(s) debt was incurred  2024**                          **Basis for the claim:  Warranty**

**Last 4 digits of account number _**                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.567
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Eric Gordon**                                              ☐ Contingent
**2421 Buckeye St.**                                         ☐ Unliquidated
**Newport Beach, CA 92660**                                  ☐ Disputed

**Date(s) debt was incurred  2024**                          **Basis for the claim:  Warranty**

**Last 4 digits of account number _**                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.567
8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Eric Guynes**                                              ☐ Contingent
**1980 Canciones Del Cielo**                                 ☐ Unliquidated
**Vista, CA 92084**                                          ☐ Disputed

**Date(s) debt was incurred  2025**                          **Basis for the claim:  Warranty**

**Last 4 digits of account number  7**                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.567
9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Eric Guynes**                                              ☐ Contingent
**1980 Canciones Del Cielo**                                 ☐ Unliquidated
**Vista, CA 92084**                                          ☐ Disputed

**Date(s) debt was incurred  2023**                          **Basis for the claim:  Warranty**

**Last 4 digits of account number _**                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.568
0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Eric Hamiter**                                             ☐ Contingent
**7913 River Fork Dr**                                       ☐ Unliquidated
**Nashville, TN 37221**                                      ☐ Disputed

**Date(s) debt was incurred  2023**                          **Basis for the claim:  Warranty**

**Last 4 digits of account number _**                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.568
1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Eric Hammell**                                             ☐ Contingent
**2007 Upland Drive**                                        ☐ Unliquidated
**Nashville, TN 37216**                                      ☐ Disputed

**Date(s) debt was incurred  2022**                          **Basis for the claim:  Warranty**

**Last 4 digits of account number _**                        Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.568 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Hansen**
**20 Escapade**
**Newport, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Hartcorn**
**105 Rosalie Dr**
**East Meadow, NY 11554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Hartcorn**
**18221 Creekside Preserve Loop**
**Apt101**
**Fort Myers, FL 33908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Harwood**
**7777 West 91st Street**
**Unit E3135**
**Playa del Rey, CA 90293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Hildebrand**
**4120 Calle Bienvenido**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Homme**
**18875 Los Palominos Dr**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.568 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Eric Homme**
**18875 Los Palominos**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.5689**

**Nonpriority creditor's name and mailing address**

**Eric Horowitz**
**1224 Devon Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5690**

**Nonpriority creditor's name and mailing address**

**Eric Husted**
**31 Aragon Ave.**
**Rochester, NY 14622**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5691**

**Nonpriority creditor's name and mailing address**

**Eric HUtcheson**
**5207 GRANITE DUST PL**
**Palmetto, FL 34221**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5692**

**Nonpriority creditor's name and mailing address**

**Eric Kaster**
**2070 Bedford Way**
**Eugene, OR 97401**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5693**

**Nonpriority creditor's name and mailing address**

**Eric Kielian**
**719 Market Street**
**Beatrice, NE 68310**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5694**

**Nonpriority creditor's name and mailing address**

**Eric Kielian**
**719 Market st**
**Beatrice, NE 68310**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5695**

**Nonpriority creditor's name and mailing address**

**Eric Kielian**
**719 Market Street**
**Beatrice, NE 68310**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.569 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eric Knudsen**
**1824 Cal Young Rd.**
**154**
**Eugene, OR 97401**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.569 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eric Leafstone**
**3355 Char Mar Circle**
**Shingle Springs, CA 95682**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.569 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eric Leister**
**25 Ocean Vista**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.569 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eric Leister**
**9638 Cedar Pond Place**
**Elk Grove, CA 95757**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.570 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**eric lemay**
**27512 Vantage Circle**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.570 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eric Lovy**
**9881 Big Sur**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.570 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Eric Ludovico**
**44 Lindcove**
**Irvine, CA 92602**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                          Case number (if known) _____
         Name

---

| 3.570 | | |
|---|---|---|
| 3 | | |

**Nonpriority creditor's name and mailing address**

**Eric Magnusson**
**612 S. citrus Ave**
**Fullerton, CA 92833**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.570 | | |
|---|---|---|
| 4 | | |

**Nonpriority creditor's name and mailing address**

**Eric Martin**
**417 Bella Vista Road**
**Brick, NJ 08724**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.570 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**

**Eric Melone**
**3023 Everleigh Pl**
**Spring Hill, TN 37174**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.570 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**

**Eric Mock**
**303 1/2 33rd St**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.570 | | |
|---|---|---|
| 7 | | |

**Nonpriority creditor's name and mailing address**

**eric mortensen**
**325 TOWNSEND AV.**
**NEW HAVEN, CT 06512**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.570 | | |
|---|---|---|
| 8 | | |

**Nonpriority creditor's name and mailing address**

**Eric Nordstrom**
**919 John Wesley Ave. NW**
**Stewartville, MN 55976**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.570 | | |
|---|---|---|
| 9 | | |

**Nonpriority creditor's name and mailing address**

**Eric Ortega**
**4752 Pearce Dr**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.571 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Ortega**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Pawloski**
**51 Berkeley Ct**
**Hamden, CT 06518**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Persson**
**501 Zinnia Court**
**Benicia, CA 94510**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Persson**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Point**
**B109 Surfside Ave**
**Seal Beach, CA 90743**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Point**
**B109 Surfside Ave**
**Surfside, CA 90743**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.571 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Eric Poole**
**315 Randolph Rd**
**Rochester Hills, MI 48309**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.571 7**

**Nonpriority creditor's name and mailing address**

**Eric Poole Poole**
**315 Randolph Road**
**Rochester Hills, MI 48309**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.571 8**

**Nonpriority creditor's name and mailing address**

**eric pruessing**
**2420 Miseno Way**
**costa mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.571 9**

**Nonpriority creditor's name and mailing address**

**eric queen**
**411 eardley ave**
**main house**
**pacific grove, CA 93950**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 0**

**Nonpriority creditor's name and mailing address**

**eric Rangel**
**1025 Oxford dr.**
**Placentia, CA 92870**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 1**

**Nonpriority creditor's name and mailing address**

**Eric Rubenstein**
**270 s woodlands village blvd**
**300-401**
**flagstaff, AZ 86001**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 2**

**Nonpriority creditor's name and mailing address**

**Eric Santana**
**221 20th St**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 3**

**Nonpriority creditor's name and mailing address**

**Eric Schmidt**
**2315 S. Otis**
**Santa Ana, CA 92704**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.572 4**

**Nonpriority creditor's name and mailing address**

**Eric Schoening**
**2068 Loggia**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 5**

**Nonpriority creditor's name and mailing address**

**Eric Sierra**
**154 Winfield St**
**Norwalk, CT 06855**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 6**

**Nonpriority creditor's name and mailing address**

**Eric Silvestre**
**1755 Ocean Ave 306**
**Santa Monica, CA 90401**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 7**

**Nonpriority creditor's name and mailing address**

**Eric Smith**
**22 Penarth Dr**
**Wilmington, DE 19803**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 8**

**Nonpriority creditor's name and mailing address**

**Eric Smith**
**1937 College Street**
**Apt 323**
**Philomath, OR 97370**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.572 9**

**Nonpriority creditor's name and mailing address**

**Eric Troyer**
**2781 7th Rd**
**Bourbon, IN 46504**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.573 0**

**Nonpriority creditor's name and mailing address**

**Eric Tucker**
**10342 Palermo Circle**
**304**
**Tampa, FL 33619**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.573**
**1**

**Nonpriority creditor's name and mailing address**
**Eric Van Olst**
**29 Calle Vista Del Sol**
**San Clemente, CA 92673**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.573**
**2**

**Nonpriority creditor's name and mailing address**
**Eric Van Olst**
**29 Calle Vista Del Sol**
**San Clemente, CA 92673**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.573**
**3**

**Nonpriority creditor's name and mailing address**
**Eric Van Olst**
**29 Calle Vista Del Sol**
**San Clemente, CA 92637**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.573**
**4**

**Nonpriority creditor's name and mailing address**
**Eric VATNE**
**5982 Barthelemy Ave, Naples Fl**
**Naples, FL 34113**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.573**
**5**

**Nonpriority creditor's name and mailing address**
**Eric Vincent**
**41 Plateau**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.573**
**6**

**Nonpriority creditor's name and mailing address**
**Eric Wiesner**
**1058 Summit Trail**
**escondido, CA 92025**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.573**
**7**

**Nonpriority creditor's name and mailing address**
**Eric Williams**
**5522 Duke Rd**
**Jacksonville, FL 32207-7729**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                              Case number *(if known)* _____
        Name

---

**3.5738**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Eric Williams**
**5522 Duke Rd**
**Jacksonville, FL 32207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5739**

**Nonpriority creditor's name and mailing address**

**eric.persson@jostens.com**
**501 Zinnia Crt**
**Benicia, CA 94510**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5740**

**Nonpriority creditor's name and mailing address**

**Erica Aichwalder**
**3322 Monte Vista Ave**
**Davis, CA 95618**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5741**

**Nonpriority creditor's name and mailing address**

**Erica Brown**
**10492 88th Ave NE**
**Hannah, ND 58239**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5742**

**Nonpriority creditor's name and mailing address**

**Erica Figueroa**
**10141 Cribari Dr**
**Yucaipa, CA 92399**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5743**

**Nonpriority creditor's name and mailing address**

**Erica Figueroa**
**10141 Cribari Dr**
**Yucaipa, CA 92399**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5744**

**Nonpriority creditor's name and mailing address**

**Erica Fink**
**1511 Kings Road**
**Newport Beach, CA 92663**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.574 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Erica Gennaro**
**26 Pinckney St.**
**Apt 5**
**Somerville, MA 02145**
Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.574 6**
**Nonpriority creditor's name and mailing address**
**Erica Jepson**
**639 Fellowship Road**
**Mount Juliet, TN 37122**
Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.574 7**
**Nonpriority creditor's name and mailing address**
**Erica Miller**
**214 LASCHINGER BLVD**
**ONTARIO**
**NEW HAMBURG, CANADA N3A 2G9**
Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.574 8**
**Nonpriority creditor's name and mailing address**
**Erica Presley**
**2063 charle street**
**C1**
**Costa Mesa, CA 92626**
Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.574 9**
**Nonpriority creditor's name and mailing address**
**Erica Presley**
**2063 Charle St**
**Unit C1**
**Costa Mesa, CA 92627**
Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.575 0**
**Nonpriority creditor's name and mailing address**
**Erica Rothman Ljucevic**
**2339 Westminster Ave**
**Costa Mesa, CA 92627**
Date(s) debt was incurred  **2025**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.575 1**
**Nonpriority creditor's name and mailing address**
**Erica Seigred**
**355 Princeton Dr.**
**Costa Mesa, CA 92626**
Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.575 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erica Solis**
**1099 Mesa Buff Dr**
**#5**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erich Blume**
**774 West Camano Hill Road**
**Camano Island, WA 98282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erich Chambers**
**6690 Park Way**
**Gladstone, OR 97027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:  Warranty**

Last 4 digits of account number __7__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erich Paarsch**
**435 Fairview Wy**
**Lakeport, CA 95453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erich Rettermayer**
**824 North Buena Vista St**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erick Davenport**
**553 South 20th Street**
**Richmond, CA 94804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erick Davenport**
**680 McLaughlin Street**
**Richmond, CA 94805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

**3.575 9**

**Nonpriority creditor's name and mailing address**

**erick jones**
**7171 Grand Blvd**
**Houston, TX 77054**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.576 0**

**Nonpriority creditor's name and mailing address**

**Erick Wendler**
**30371 Via Alcazar Avenue**
**Laguna Niguel, CA 92677-2139**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.576 1**

**Nonpriority creditor's name and mailing address**

**Erik Dahlin**
**1242 enterprise**
**Corona, CA 92882**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.576 2**

**Nonpriority creditor's name and mailing address**

**Erik Davis**
**5130 Perry St.**
**Denver, CO 80212**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.576 3**

**Nonpriority creditor's name and mailing address**

**Erik Finnerty**
**707 Regency Circle**
**Sacramento, CA 95864**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.576 4**

**Nonpriority creditor's name and mailing address**

**Erik Hurless**
**21551 Brookhurst St**
**Apt 184**
**Huntington Beach, CA 92646-8062**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.576 5**

**Nonpriority creditor's name and mailing address**

**Erik Johnson**
**10140 Olympic Blvd.**
**Truckee, CA 96161**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5766**

**Nonpriority creditor's name and mailing address**

**Erik Johnson**
**11357 Desmond St**
**Garden Grove, CA 92841**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5767**

**Nonpriority creditor's name and mailing address**

**Erik Johnson**
**3130 W. Havard**
**Santa Ana, CA 92704**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5768**

**Nonpriority creditor's name and mailing address**

**Erik Murray**
**851 Camino Flores**
**Thousand Oaks, CA 91360**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5769**

**Nonpriority creditor's name and mailing address**

**erik niemann**
**2081 marino way**
**ventura, CA 93003-6841**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5770**

**Nonpriority creditor's name and mailing address**

**Erik Parker**
**304 Sheffield Ct**
**Joppa, MD 21085-4700**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5771**

**Nonpriority creditor's name and mailing address**

**Erik Parker**
**304 Sheffield Court**
**Joppatowne, MD 21085**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5772**

**Nonpriority creditor's name and mailing address**

**Erik Penn**
**4803 Neblina Dr.**
**Carlsbad, CA 92008**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

| 3.577 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Erika Carson**
**208 Tustin Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.577 4 |

**Erika Delgado**
**302 Elmira Ave**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.577 5 |

**Erika Fiore**
**347 62nd Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.577 6 |

**Erika Goldwasser**
**3158 Barbados Place**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.577 7 |

**Erika Guzman**
**1660 NorthEast 32 Ave**
**#262**
**Portland, OR 97232**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.577 8 |

**Erika McDonnell**
**61475 Meeks Trail**
**Bend, OR 97702**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.577 9 |

**Erika McDonnell**
**2788 Bowmont Drive**
**Eugene, OR 97405**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Nonpriority creditor's name and mailing address

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
             Name

---

**3.578
0**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Erika McDonnell**
**1574 Coburg Road #414**                                            ☐ Contingent
**Eugene, OR 97401**                                                 ☐ Unliquidated
                                                                     ☐ Disputed

Date(s) debt was incurred  **2023**
                                                                     Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.578
1**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Erika McDonnell**
**2788 Bowmont Drive**                                               ☐ Contingent
**Eugene, OR 97405**                                                 ☐ Unliquidated
                                                                     ☐ Disputed

Date(s) debt was incurred  **2022**
                                                                     Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.578
2**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Erika Morgan**
**1202 Merrybrook Road**                                             ☐ Contingent
**Collegeville, PA 19426**                                           ☐ Unliquidated
                                                                     ☐ Disputed

Date(s) debt was incurred  **2021**
                                                                     Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.578
3**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Erika Napsey**
**1945 Placentia Ave**                                               ☐ Contingent
**Costa Mesa, CA 92627**                                             ☐ Unliquidated
                                                                     ☐ Disputed

Date(s) debt was incurred  **2024**
                                                                     Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.578
4**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Erika Obrecht**
**56 Lou Juan Drive**                                                ☐ Contingent
**Glen Carbon, IL 62034**                                            ☐ Unliquidated
                                                                     ☐ Disputed

Date(s) debt was incurred  **2021**
                                                                     Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.578
5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Erika Obrecht**
**56 Lou Juan Dr**                                                   ☐ Contingent
**Glen Carbon, IL 62034-1921**                                       ☐ Unliquidated
                                                                     ☐ Disputed

Date(s) debt was incurred  **2020**
                                                                     Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.578
6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Erika Short**
**546 Alsace Loraine Ave**                                           ☐ Contingent
**Half Moon Bay, CA 94019**                                          ☐ Unliquidated
                                                                     ☐ Disputed

Date(s) debt was incurred  **2025**
                                                                     Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                                     Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.578 7**

**Nonpriority creditor's name and mailing address**

**Erika Sierra**
**1772 Crestmont Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.578 8**

**Nonpriority creditor's name and mailing address**

**Erika Volltrauer**
**89 Hoffman Rd**
**Monroe Township, NJ 08831**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.578 9**

**Nonpriority creditor's name and mailing address**

**Erika Volltrauer**
**89 Hoffman Rd**
**Monroe Twp, NJ 08831**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.579 0**

**Nonpriority creditor's name and mailing address**

**Erika Volltrauer**
**89 Hoffman Rd**
**Monroe Township, NJ 08831-8021**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.579 1**

**Nonpriority creditor's name and mailing address**

**Erika Volltrauer**
**89 Hoffman Rd**
**Monroe Township, NJ 08831**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.579 2**

**Nonpriority creditor's name and mailing address**

**erika whitton**
**2235 watermarke place**
**irvine, CA 92612**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.579 3**

**Nonpriority creditor's name and mailing address**

**Erin Aliaga**
**2165 Edgecourt Drive**
**Hillsborough, CA 94010**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.579
4**

**Nonpriority creditor's name and mailing address**

**Erin Aliaga**
**1001 Howard Avenue**
**San Mateo, CA 94401**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.579
5**

**Nonpriority creditor's name and mailing address**

**Erin Azzarito**
**1357 Sussex Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.579
6**

**Nonpriority creditor's name and mailing address**

**Erin Ellis**
**3067 Myrtledale Rd**
**Calistoga, CA 94515**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.579
7**

**Nonpriority creditor's name and mailing address**

**Erin Fuller**
**N6275 County Road K**
**Fond du Lac, WI 54937**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.579
8**

**Nonpriority creditor's name and mailing address**

**Erin Furlong**
**23437 Silver Strike Dr**
**Canyon Lake, CA 92587**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.579
9**

**Nonpriority creditor's name and mailing address**

**Erin Gonzalez**
**361 Bay View Terrace**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.580
0**

**Nonpriority creditor's name and mailing address**

**ERIN HAGE**
**2316 ESPINOSA PL**
**2-107**
**HIGHLANDS RANCH, CO 80129**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.580**
**1**

**Nonpriority creditor's name and mailing address**

**Erin Harris**
**285 Sunset Drive**
**Athens, GA 30606**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.580**
**2**

**Nonpriority creditor's name and mailing address**

**Erin Huck**
**4020 State Route 187**
**London, OH 43140**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.580**
**3**

**Nonpriority creditor's name and mailing address**

**Erin Kennedy**
**1600 Highland Dr.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.580**
**4**

**Nonpriority creditor's name and mailing address**

**Erin Kim**
**278 23rd St.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.580**
**5**

**Nonpriority creditor's name and mailing address**

**Erin Kominsky**
**18191 Santa Lauretta Circle**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.580**
**6**

**Nonpriority creditor's name and mailing address**

**Erin Krout**
**179 G ST**
**Cayucos, CA 93430**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.580**
**7**

**Nonpriority creditor's name and mailing address**

**Erin Krout**
**179 G ST**
**Cayucos, CA 93430**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
_____
Name

---

| 3.580 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erin McGowan**
**4745 W 171st St**
**Lawndale, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erin McWalter**
**3401 HARGROVE ST**
**MADISON, WI 53714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erin Oakes**
**50 Forest ST**
**Apt 1217**
**Stamford, CT 06901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erin Oconnor**
**1201 Estelle Ln**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erin Peasley**
**4131 deeboyar ave**
**3**
**Lakewood, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erin Sain**
**1264 Bald Eagle Rd.**
**Silverthorne, CO 80498**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.581 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Erin Schaefer**
**17561 Wayne avenue**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Electric Bike Company, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.581 5**

**Nonpriority creditor's name and mailing address**

**Erin Snyder**
**2000 Park St. N**
**St Petersburg, FL 33710**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.581 6**

**Nonpriority creditor's name and mailing address**

**Erin Snyder**
**2000 Park St. N**
**St Petersburg, FL 33710**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.581 7**

**Nonpriority creditor's name and mailing address**

**Erin Stephenz**
**36 Paperweight**
**Irvine, CA 92603**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.581 8**

**Nonpriority creditor's name and mailing address**

**Erin Zachary**
**1800 PARK NEWPORT APT 401**
**NEWPORT BEACH, AL 92660**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.581 9**

**Nonpriority creditor's name and mailing address**

**Erin Zachary**
**1800 Park Newport Apt. 401**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.582 0**

**Nonpriority creditor's name and mailing address**

**Erlene Pace**
**282 Tindal St SW**
**Palm Bay, FL 32908**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.582 1**

**Nonpriority creditor's name and mailing address**

**Erlene Pace**
**282 Tindal St SW**
**Palm Bay, FL 32908**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                              Case number *(if known)* _____
            Name

---

**3.582 2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Erling Holdahl**                                                 ☐ Contingent
**2281 Orchard Lane**                                              ☐ Unliquidated
**St. Paul, MN 55110**                                             ☐ Disputed

Date(s) debt was incurred  **2023**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.582 3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**ernest casto**                                                   ☐ Contingent
**33041 votaw blvd**                                               ☐ Unliquidated
**lisbon, OH 44432**                                               ☐ Disputed

Date(s) debt was incurred  **2021**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.582 4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Ernest Castro**                                                  ☐ Contingent
**142 Park Drive**                                                 ☐ Unliquidated
**Evergreen, CO 80439**                                            ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.582 5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Ernest Castro**                                                  ☐ Contingent
**142 Park Drive**                                                 ☐ Unliquidated
**Evergreen, CO 80439**                                            ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.582 6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Ernest Castro**                                                  ☐ Contingent
**142 Park Drive**                                                 ☐ Unliquidated
**Evergreen, CO 80439**                                            ☐ Disputed

Date(s) debt was incurred  **2021**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.582 7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Ernest Foreman**                                                 ☐ Contingent
**4 Mulberry Ln.**                                                 ☐ Unliquidated
**Canyon, TX 79015**                                               ☐ Disputed

Date(s) debt was incurred  **2025**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.582 8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Ernest Kiel**                                                    ☐ Contingent
**5213 SE Sea Island Way**                                         ☐ Unliquidated
**Stuart, FL 34997**                                               ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.582 9**

**Nonpriority creditor's name and mailing address**

**Ernest Maruca**
**153 7545 Katella Ave Apt 153**
**Stanton, CA 90680**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.583 0**

**Nonpriority creditor's name and mailing address**

**Ernest Maruca**
**153 7545 Katella Ave Apt 153**
**Stanton, CA 90680**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.583 1**

**Nonpriority creditor's name and mailing address**

**Ernest Maruca**
**7545 Katella Ave**
**153**
**Stanton, CA 90680**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.583 2**

**Nonpriority creditor's name and mailing address**

**ernest maruca**
**7545 katella ave.**
**apt. 153**
**stanton, CA 90680**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.583 3**

**Nonpriority creditor's name and mailing address**

**Ernest Perez**
**1240 Yellow Iris Rd.**
**Leander, TX 78641**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.583 4**

**Nonpriority creditor's name and mailing address**

**Ernest Tan**
**12118 SE RAYMOND ST**
**Portland, OR 97266**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.583 5**

**Nonpriority creditor's name and mailing address**

**Ernest Wood**
**510 West Florence**
**Windsor, MO 65360**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page  834 of 1430

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.583 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ernesto Mojica**
719 West Wilson St
Apt 4
Costa Mesa, CA 92627

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ernie Darby**
6775 Cadence Blvd
Sandy Springs, GA 30328

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ernie Dunbar**
517 Bolsa ave
Unit A
Newport Beach, CA 92663

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ernie Hill**
600 Woodland Dr
South Lyon, MI 48178

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ernie Morelli**
17 via stefano
Henderson, NV 89011

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ernie Morelli**
36 Stone Bluff Ln
Henderson, NV 89011

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Ernie Sandlin**
6431 Fishers Court
Moorpark, CA 93021

Date(s) debt was incurred  **2020**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.584 3**

**Nonpriority creditor's name and mailing address**

**Errick Nguyen**
**13106 Kingsmill Dr**
**Sugar Land, TX 77478**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.584 4**

**Nonpriority creditor's name and mailing address**

**Errol Ryland**
**4163 E Ronald St**
**Gilbert, AZ 85295-0236**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.584 5**

**Nonpriority creditor's name and mailing address**

**Erwin Chavez**
**275 Witmer St**
**1**
**Los Angeles, CA 90026**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.584 6**

**Nonpriority creditor's name and mailing address**

**Erwin Jack**
**2120 GATESHEAD DR.**
**RICHMOND, VA 23235**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.584 7**

**Nonpriority creditor's name and mailing address**

**Eryn Krouse**
**6 Calle Centello**
**San Clemente, CA 92673**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.584 8**

**Nonpriority creditor's name and mailing address**

**Esequiel Archuleta**
**3166 W Princeton**
**Apt 106**
**Fresno, CA 93722**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.584 9**

**Nonpriority creditor's name and mailing address**

**Esequiel Archuleta**
**3166 W Princeton Ave**
**Apt 106**
**Fresno, CA 93722**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                     Case number *(if known)* _____
               Name

---

| 3.585 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Esmeralda Villegas**
**1113 Daffodil Street**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Esmeralda White**
**8680 SE 160th PL**
**SUMMERFIELD, FL 34491**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**estela ayon**
**3400 ave of the arts**
**apt D212**
**costa mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Esther Kellay**
**1634 Linden Trl**
**Kalamazoo, MI 49009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Esther Ng**
**3403 S. Main St.**
**Unit L**
**Santa Ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Esther Seo**
**4018 Chicago Abe**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.585 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**esther seo**
**8937 pineneedles ct**
**riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                                   Case number (if known) _____
_____
Name

---

**3.585
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Esther Wann**                                                        ☐ Contingent
**2306 Iron square dr.**                                              ☐ Unliquidated
**Reno, NV 89521**                                                   ☐ Disputed

Date(s) debt was incurred **2022**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.585
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Esti Bakty**                                                        ☐ Contingent
**132 Catkin Dr**                                                    ☐ Unliquidated
**South Burlington, VT 05403**                                       ☐ Disputed

Date(s) debt was incurred **2022**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.585
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Estil Fretwell**                                                   ☐ Contingent
**3605 Darice Lane**                                                 ☐ Unliquidated
**Jefferson City, MO 65109**                                         ☐ Disputed

Date(s) debt was incurred **2025**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.586
0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**ESZTER SZABO**                                                     ☐ Contingent
**DEACON CT. 4045**                                                  ☐ Unliquidated
**Palm Desert, CA 92211**                                            ☐ Disputed

Date(s) debt was incurred **2024**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.586
1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Ethan Bailey**                                                     ☐ Contingent
**241 Ocean Parkway**                                                ☐ Unliquidated
**Brooklyn, NY 11218**                                               ☐ Disputed

Date(s) debt was incurred **2022**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.586
2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Ethan Bailey**                                                     ☐ Contingent
**241 Ocean Parkway**                                                ☐ Unliquidated
**Apt B2**                                                           ☐ Disputed
**New York, NY 11218**

Date(s) debt was incurred **2021**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.586
3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Ethan Beard**                                                      ☐ Contingent
**346 Piper St**                                                     ☐ Unliquidated
**Healdsburg, CA 95448**                                             ☐ Disputed

Date(s) debt was incurred **2023**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number _                                    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.586 4**

**Nonpriority creditor's name and mailing address**

**Ethan McBride**
**8524 9th Ave NW**
**Seattle, WA 98117**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.586 5**

**Nonpriority creditor's name and mailing address**

**Ethan Meyers**
**136 Atlantic Avenue**
**Cohasset, MA 02025**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.586 6**

**Nonpriority creditor's name and mailing address**

**Ethan Meyers**
**136 Atlantic Ave**
**Cohasset, MA 02025**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.586 7**

**Nonpriority creditor's name and mailing address**

**Ethan Plaza**
**842 Cole Street**
**San Francisco, CA 94117**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.586 8**

**Nonpriority creditor's name and mailing address**

**Ettore Zavarella**
**17 Bobby Jones Lane**
**Coto de Caza, CA 92679**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.586 9**

**Nonpriority creditor's name and mailing address**

**Eugene Eugene**
**15405 NE 9TH WAY**
**VANCOUVER, WA 98684**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.587 0**

**Nonpriority creditor's name and mailing address**

**Eugene Eugene**
**15405 NE 9TH WAY**
**VANCOUVER, WA 98684**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.587**
**1**

**Nonpriority creditor's name and mailing address**

**Eugene Smith**
**1535 e victory school rd**
**Peru, IN 46970**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.587**
**2**

**Nonpriority creditor's name and mailing address**

**Eugene Spinelli**
**244 Merion Ave**
**Haddonfield, NJ 08033**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.587**
**3**

**Nonpriority creditor's name and mailing address**

**Eva Bland**
**721 Holloway St.**
**Durham, NC 27701**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.587**
**4**

**Nonpriority creditor's name and mailing address**

**Eva Pulido**
**11557 Bexley dr**
**Whittier, CA 90606**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.587**
**5**

**Nonpriority creditor's name and mailing address**

**Eva Shea**
**745 S 15th St**
**3R**
**Philadelphia, PA 19146**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.587**
**6**

**Nonpriority creditor's name and mailing address**

**Eva Vogt**
**28 Seven Wells Court**
**Alys Beach, FL 32461**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.587**
**7**

**Nonpriority creditor's name and mailing address**

**Evan Bonnett**
**820 N Atlantic Ave A104**
**Cocoa Beach, FL 32931**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5878**

**Nonpriority creditor's name and mailing address**

**Evan Budziak**
**14, Malek Dr.**
**Hanover, PA 17331**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5879**

**Nonpriority creditor's name and mailing address**

**Evan Butler**
**2164 Canyon Dr**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5880**

**Nonpriority creditor's name and mailing address**

**Evan Butler**
**2164 Canyon Dr**
**Unit H**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5881**

**Nonpriority creditor's name and mailing address**

**Evan Johannson**
**405 S Main St**
**Mt Pleasant, IA 52641**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5882**

**Nonpriority creditor's name and mailing address**

**Evan Kestenbaum**
**659 Seagrove Dr**
**Ponte Vedra, FL 32095**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5883**

**Nonpriority creditor's name and mailing address**

**Evan Kestenbaum**
**52 Annandale Rd**
**Commack, NY 11725**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5884**

**Nonpriority creditor's name and mailing address**

**Evan Kolb**
**305 Rockcrest View Ct**
**Louisville, KY 40245**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.588**
**5**

**Nonpriority creditor's name and mailing address**

**Evan Mcarthur**
**25865 Greenhill**
**Lake Forest, CA 92630**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.588**
**6**

**Nonpriority creditor's name and mailing address**

**Evan Rapport**
**1660 Pomona Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.588**
**7**

**Nonpriority creditor's name and mailing address**

**Evan Sands**
**3825 NE 155TH PL**
**#402**
**LAKE FOREST PARK, WA 98155**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.588**
**8**

**Nonpriority creditor's name and mailing address**

**Evangala Roberts**
**2464 Bankhead Dr**
**Tremont, MS 38876-8524**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.588**
**9**

**Nonpriority creditor's name and mailing address**

**Evangeline Andersen**
**213 Via Ithaca**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.589**
**0**

**Nonpriority creditor's name and mailing address**

**Evans Erik**
**94 Ridge Rd**
**Frankfort, MI 49635**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.589**
**1**

**Nonpriority creditor's name and mailing address**

**Evelyn Hustis**
**5705 Crinklaw Ln**
**Simi Valley, CA 93063**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.589 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Evelyn McBee**
**4042 N 680 E**
**Darlington, IN 47940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.589 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Everett Binkley**
**912 Philippine st**
**Taft, CA 93268**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.589 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Everett Nichols**
**7180 s. Wanderlust Pt.**
**Homosassa, FL 34446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.589 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Evgeniya Bell**
**3304 America Ave**
**Jacksonville Beach, FL 32250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.589 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Evie Field**
**9420 N Doak Rd**
**Spokane, WA 99217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.589 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Evon DuLaney**
**1001 lakecrest**
**Pottsboro, TX 75076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.589 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Evy McBee**
**4042 N 680 E**
**Darlington, IN 47940**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                Case number *(if known)* _____

Name

---

**3.5899**

**Nonpriority creditor's name and mailing address**
**Ezra Keawe**
**91-1828 Park Row**
**Ewa Beach, HI 96706**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5900**

**Nonpriority creditor's name and mailing address**
**Ezra Keawe**
**4744 W Ekahi Way**
**Apt. D**
**Ewa Beach, HI 96706**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5901**

**Nonpriority creditor's name and mailing address**
**Fabian Uribe**
**25267 Michele Lane**
**Moreno Valley, CA 92553**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5902**

**Nonpriority creditor's name and mailing address**
**Fabian Uribe**
**25267 Michele Lane**
**Moreno Valley, CA 92553**

Date(s) debt was incurred __2025__
Last 4 digits of account number __7__

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5903**

**Nonpriority creditor's name and mailing address**
**Fady Reyad**
**159 N Wheeler St**
**Orange, CA 92869**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5904**

**Nonpriority creditor's name and mailing address**
**Faith Wydra**
**1612 Summerdale St.**
**Pittsburgh, PA 15204**

Date(s) debt was incurred __2025__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5905**

**Nonpriority creditor's name and mailing address**
**farah badiei**
**514 36th st**
**apt a**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.590
6**

**Nonpriority creditor's name and mailing address**

**Farley Scott**
**17600 Cartwright Rd Apt 463**
**Irvine, CA 92614**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.590
7**

**Nonpriority creditor's name and mailing address**

**Farley Scott**
**17600 Cartwright Rd**
**Apt 463**
**Irvine, CA 92614**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.590
8**

**Nonpriority creditor's name and mailing address**

**Farrell Lemoine**
**569 E Marlin Ct**
**Terrytown, LA 70056**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.590
9**

**Nonpriority creditor's name and mailing address**

**Fawn Pierre Erler**
**309 Crestlake dr**
**San Francisco, CA 94133**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.591
0**

**Nonpriority creditor's name and mailing address**

**Fay Laughridge**
**13 Ram Court**
**Council Grove, KS 66846**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.591
1**

**Nonpriority creditor's name and mailing address**

**Fay Wyles**
**118 W Mariposa Apt.A**
**San Clemente, CA 92672**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.591
2**

**Nonpriority creditor's name and mailing address**

**Fay wyles**
**118 W. Mariposa**
**A**
**San Clemente, CA 92672**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.591 3**

**Nonpriority creditor's name and mailing address**
**Faye Dacuma**
**1432 W. 179th St.**
**Gardena, CA 90248**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.591 4**

**Nonpriority creditor's name and mailing address**
**Faye Wickland**
**144 SW Cleveland Ave**
**Bend, OR 97702-1245**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.591 5**

**Nonpriority creditor's name and mailing address**
**Felicia Felix**
**12015 Marine Dr**
**511**
**Tulalip, WA 98271**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.591 6**

**Nonpriority creditor's name and mailing address**
**Felicia Tompkins**
**1701 Rainwood Place**
**Columbia, MO 65203**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.591 7**

**Nonpriority creditor's name and mailing address**
**Felipe Luisi**
**1945 Placentia Ave**
**Suite A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.591 8**

**Nonpriority creditor's name and mailing address**
**Felix Guzman**
**7 Franklin Pl**
**Livingston, NJ 07039-2325**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.591 9**

**Nonpriority creditor's name and mailing address**
**Felix Hernandez**
**677 Victoria St**
**Apt F**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

---

| 3.592 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Felix Tran Tran**
**3932 West 149th Street**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Felton Ford**
**141 Narvarez Ave**
**St Augustine, FL 32084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ferdinand P Schmid P Schmid**
**4359 Lariat Way**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Fernanda Morton**
**960 Congress St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Fernanda Nunes Ramalho**
**3041 Glacier Bay Way**
**ROSEVILLE, CA 95747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Fernando Cabrera**
**1528 S Wilton Pl**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Fernando Dutra**
**14509 Cedarsprings Drive**
**Whittier, CA 90603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                           Case number (if known) _____
_____
Name

---

**3.592 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Fernando Sandoval**
**17524 Kesington Circle**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.592 8**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

**Fernando Sandoval**
**17524 Kensington Circle**
**Cerritos, CA 90703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.592 9**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

**Finn Schefstad**
**114 Bald Cypress Court**
**Aiken, SC 29803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593 0**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

**Fiona Dawson**
**310 West 113th St**
**Apt 401**
**New York, NY 10026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593 1**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

**Fj Hibbler**
**3335 Harmony Hill Rd**
**Kennesaw, GA 30144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593 2**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

**Flavia Eifrig**
**17 Palazzo**
**Newport, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.593 3**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

**Florence Bush**
**1340 Oak Hill Pl**
**South Pasadena, CA 91030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.593
4**

**Nonpriority creditor's name and mailing address**

**Floyd Harris**
**218 Oakcrest Unit A**
**Conroe, TX 77304**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.593
5**

**Nonpriority creditor's name and mailing address**

**Floyd Harris**
**2602 Kimberly Dawn Dr**
**Conroe, TX 77304**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.593
6**

**Nonpriority creditor's name and mailing address**

**Foree Biddle**
**17021 Lucca Ln**
**Bella Collina, FL 34756**

Date(s) debt was incurred  **2024**
Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.593
7**

**Nonpriority creditor's name and mailing address**

**Forrest Kincaid**
**3101 Sapling Dr**
**Toano, VA 23168**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.593
8**

**Nonpriority creditor's name and mailing address**

**Fortino Medero**
**17403 San Mateo St.**
**Apt. 4**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2024**
Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.593
9**

**Nonpriority creditor's name and mailing address**

**Fortunato Rocca**
**6606 Petunia Place**
**Carlsbad, CA 92011**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.594
0**

**Nonpriority creditor's name and mailing address**

**Fortune Nanalis**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**
Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.594 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Foster Campbell**
**15744 Calistoga Ave**
**Bakersfield, CA 93314**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Foster Duncan**
**315 Concord Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fr d ric Mikhail**
**1632 Rue Ren -l'heureux**
**Chambly, QC J3L5K1**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fr William Jenkins**
**2310 Robertson Ave**
**Norwood, OH 45212-3312**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fran Cartledge**
**6 Tanager Road**
**Brewster, NY 10509**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fran Greenstein**
**32 Trofello Lane**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Fran Netteberg**
**1142 Sandhurst drive**
**Roseville, MN 55113**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

| 3.594 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Frances Preston**
**28072 Pinacles Ct.**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Francesca Kirkpatrick**
**2400 N 3rd Ave.**
**Napa, CA 94558**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Francesco Materassi**
**6451 Ridge Glen Rd.**
**Anaheim, CA 92807**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Francine Rivest**
**12 RUE SAINTE-ANNE**
**OKA, QC J0N 1E0**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Francine Trtanj**
**12776 Eagle Ridge Drive**
**Baxter, MN 56425**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Francine Trtanj**
**12776 Eagle Ridge Drive**
**Baxter, MN 56425**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Francis Anderies**
**6556 S Bellaire Cir**
**Centennial, CO 80121-3244**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                        Case number (if known) _____
_____
Name

---

**3.595**
**5**

Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Francis Anderies**                                            ☐ Contingent
**6556 S Bellaire Circle**                                      ☐ Unliquidated
**Centennial, CO 80121**                                        ☐ Disputed

Date(s) debt was incurred  **2021**                            Basis for the claim:  **Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.595**
**6**

Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Francis Bellomo**                                             ☐ Contingent
**110 Lakeview Drive**                                          ☐ Unliquidated
**New Hope, PA 18938**                                          ☐ Disputed

Date(s) debt was incurred  **2022**                            Basis for the claim:  **Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.595**
**7**

Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Francis Bellomo**                                             ☐ Contingent
**110 Lakeview Drive**                                          ☐ Unliquidated
**New Hope, PA 18938**                                          ☐ Disputed

Date(s) debt was incurred  **2021**                            Basis for the claim:  **Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.595**
**8**

Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Francis DiMondi**                                             ☐ Contingent
**432 Barratts Chapel Rd**                                      ☐ Unliquidated
**Felton, DE 19943**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                            Basis for the claim:  **Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.595**
**9**

Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Francis Hanehan**                                             ☐ Contingent
**600 Peaceful Valley Drive**                                   ☐ Unliquidated
**San Ramon, CA 94582**                                         ☐ Disputed

Date(s) debt was incurred  **2020**                            Basis for the claim:  **Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.596**
**0**

Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Francis Marx**                                                ☐ Contingent
**12616 SW Cattleya Ln**                                        ☐ Unliquidated
**Port Saint Lucie, FL 34987**                                  ☐ Disputed

Date(s) debt was incurred  **2023**                            Basis for the claim:  **Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.596**
**1**

Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Francis Pacilli**                                             ☐ Contingent
**5 Utility Drive**                                             ☐ Unliquidated
**Suite 9**                                                     ☐ Disputed
**Palm Coast, FL 32137**

Date(s) debt was incurred  **2022**                            Basis for the claim:  **Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.596 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Francis St Pierre**
**7901 UMBRELLA PINE WAY**
**Sarasota, FL 34241**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Last 4 digits of account number** _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Francis Van Houtte**
**14036 Caribbean Way**
**Chico, CA 95973**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**francisco almaraz**
**1001 w macarthur unit 16**
**santa ana, CA 92707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Francisco LImon**
**911 E PLEASANT ST**
**SANTA PAULA, CA 93060-2131**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Francois Ferrouge**
**22 Pamela Way**
**Coto De Caza, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Frank Adamo**
**PO Box 61 / 914 California St.**
**Maricopa, CA 93252**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |

**Frank Ahumada**
**3806 Albury Ave**
**Long Beach, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5969**

**Nonpriority creditor's name and mailing address**

**Frank Byers**
**11791 Ocker Drive**
**Shippensburg, PA 17257**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5970**

**Nonpriority creditor's name and mailing address**

**Frank Byers**
**11791 Ocker Drive**
**Shippensburg, PA 17257**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5971**

**Nonpriority creditor's name and mailing address**

**Frank Campbell**
**P.O Box 1215**
**Newport Beach, CA 92659**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5972**

**Nonpriority creditor's name and mailing address**

**Frank Colson**
**3950 Via Real Spc 63**
**space 63**
**Carpinteria, CA 93013**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5973**

**Nonpriority creditor's name and mailing address**

**Frank Colson**
**3950 Via Real Spc 63**
**space 63**
**Carpinteria, CA 93013**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5974**

**Nonpriority creditor's name and mailing address**

**frank colson**
**3950 via real #63**
**carpinteria, CA 93013**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5975**

**Nonpriority creditor's name and mailing address**

**Frank Dolan**
**1411 Marvin Griffin Road**
**Augusta, GA 30906**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5976**

**Nonpriority creditor's name and mailing address**

**Frank Forino**
**45 Matisse Circle**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5977**

**Nonpriority creditor's name and mailing address**

**Frank Griffin**
**701 W Bay St**
**Tampa, AL 33606**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5978**

**Nonpriority creditor's name and mailing address**

**Frank Grillo**
**910 Catalina Ave**
**Seal Beach, CA 90740**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5979**

**Nonpriority creditor's name and mailing address**

**Frank Leonardo**
**4509 Combs Forest Court**
**LELAND, NC 28451**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5980**

**Nonpriority creditor's name and mailing address**

**Frank M. Scott**
**516 Weatherby Trl**
**Prattville, AL 36067-3851**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5981**

**Nonpriority creditor's name and mailing address**

**Frank Mahal**
**7 Vitaloak lane**
**Levittown, PA 19054**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5982**

**Nonpriority creditor's name and mailing address**

**Frank Mathes III**
**5541 W 140th St**
**HAWTHORNE, CA 90250**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Name                                                      Case number (if known) _____

---

**3.598
3**

**Nonpriority creditor's name and mailing address**

**Frank Mathews**
**1004 Massachusetts**
**Riverside, CA 92507**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.598
4**

**Nonpriority creditor's name and mailing address**

**Frank Mathews**
**1004 Massachusetts Ave**
**Riverside, CA 92507**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.598
5**

**Nonpriority creditor's name and mailing address**

**Frank Mathews**
**1004 Massachusetts Ave.**
**Riverside, CA 92507**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.598
6**

**Nonpriority creditor's name and mailing address**

**Frank McIntyre**
**6516 15th St N**
**st. petersburg, FL 33702**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.598
7**

**Nonpriority creditor's name and mailing address**

**Frank Mooney**
**3988 Berberis Ln.**
**Ravenel, SC 29470**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.598
8**

**Nonpriority creditor's name and mailing address**

**Frank Naglich**
**27700 Bettina Ct.**
**Castaic, CA 91384**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.598
9**

**Nonpriority creditor's name and mailing address**

**Frank Olmstead**
**8035 Winchester pl**
**Indianapolis, IN 46227**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5990**

**Nonpriority creditor's name and mailing address**

**Frank Pacilli**
**5 Utility Drive**
**Suite 9**
**Palm Coast, FL 32137**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5991**

**Nonpriority creditor's name and mailing address**

**Frank Peterson**
**20843 Waalew Road**
**Space 53**
**Apple Valley, CA 92307**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5992**

**Nonpriority creditor's name and mailing address**

**Frank Petetson**
**20843 Waalew Road space 53**
**Apple Valley, CA 92307**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5993**

**Nonpriority creditor's name and mailing address**

**Frank Pulice**
**19934 Cronese ln.**
**Apple Valley, CA 92308**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5994**

**Nonpriority creditor's name and mailing address**

**Frank Pulito Pulito**
**67 Village Court**
**Berlin, MA 01503**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5995**

**Nonpriority creditor's name and mailing address**

**Frank Rochefort**
**1945 Placentia ave**
**Costa mesa, CA 92627**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5996**

**Nonpriority creditor's name and mailing address**

**Frank Rochefort**
**1945 Placentia Avenue**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
         Name

---

| 3.599 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Frank Rochefort**
**1510 Newport blvd**
**Newport beach, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Frank Savino**
**7 Amanda Ln**
**Congers, NY 10920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Frank Scott**
**516 Weatherby Trail**
**Prattville, AL 36067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**FRANK SCOTT**
**516 WEATHERBY TRL**
**PRATTVILLE, AL 36067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**FRANK SCOTT**
**516 WEATHERBY TRL**
**PRATTVILLE, AL 36067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Frank Shea**
**424 Tregaron Road**
**Bala Cynwyd, PA 19004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.600 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Frank Sofia**
**19140 Chartres Street**
**Lewes, DE 19958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.600 4**

**Nonpriority creditor's name and mailing address**

**Frank Szabo**
**8505 Una Avenue**
**Naperville, IL 60565**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600 5**

**Nonpriority creditor's name and mailing address**

**Frank Trimboli**
**2780 Pine Lily Ln**
**Cocoa, FL 32926**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600 6**

**Nonpriority creditor's name and mailing address**

**Frank Velazquez**
**1904 Church St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600 7**

**Nonpriority creditor's name and mailing address**

**Frank Vrba**
**20 Moffitt St**
**Seward, NE 68434-1840**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600 8**

**Nonpriority creditor's name and mailing address**

**Frank Ward**
**2725 South Poplar st.**
**Santa Ana, CA 92704**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600 9**

**Nonpriority creditor's name and mailing address**

**Frank Wimberley**
**625 So 7th St**
**Heber Springs, AR 72543**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.601 0**

**Nonpriority creditor's name and mailing address**

**Frank Zipp**
**11200 9th St E**
**Treasure Island, FL 33706**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.601
1**

**Nonpriority creditor's name and mailing address**

**Frankie Brown**
**184 Veneto**
**Irvine, CA 92614**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.601
2**

**Nonpriority creditor's name and mailing address**

**Frankie Gonsalves**
**4186 12th Avenue**
**Hanford, CA 93230**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.601
3**

**Nonpriority creditor's name and mailing address**

**Frankie Gonsalves**
**4186 12th Avenue**
**Hanford, CA 93230**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.601
4**

**Nonpriority creditor's name and mailing address**

**Frankie Grundler**
**1 Laurel Rd**
**Essex, CT 06426**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.601
5**

**Nonpriority creditor's name and mailing address**

**Frankie Mejia**
**5 Sassafras**
**Irvine, CA 92618**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.601
6**

**Nonpriority creditor's name and mailing address**

**Franklin Mooney**
**3988 Berberis Lane**
**Ravenel, SC 29470**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.601
7**

**Nonpriority creditor's name and mailing address**

**Franklin Mooney**
**3988 BerBeris Ln**
**Ravenel, SC 29470**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)*

Name

---

| 3.601 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frannie Winters**
**363 Hemlock Ave**
**Unit C**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Frannie Winters**
**1510 newport blvd**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Franz Gorges**
**15912 Willett Ln**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fred Ferketic**
**24462 La Hermosa Ave**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fred Ford**
**15 Pitts Ln**
**Lampe, MO 65681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fred Gary**
**18191 Santa Lauretta circle**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Fred Griswold**
**490 Charles Ave**
**Orange city, FL 32763**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.602
5**

**Nonpriority creditor's name and mailing address**

**Fred Hertrich**
**7 Dodd's Ln**
**Henlopen Acres, DE 19971**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.602
6**

**Nonpriority creditor's name and mailing address**

**Fred Hertrich**
**7 dodds lane**
**rehoboth beach, DE 19971**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.602
7**

**Nonpriority creditor's name and mailing address**

**fred inskeep**
**2980 s kessler-frederick rd.**
**west milton, OH 45383**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.602
8**

**Nonpriority creditor's name and mailing address**

**fred inskeep**
**2980 s kessler-frederick rd.**
**West Milton, OH 45383**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.602
9**

**Nonpriority creditor's name and mailing address**

**Fred Kilian**
**15410E 26th Ct**
**Spokane Valley, WA 99037-8340**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.603
0**

**Nonpriority creditor's name and mailing address**

**Fred Kominsky**
**18191 Santa Lauretta Cir**
**Fountain Valley, CA 92708**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.603
1**

**Nonpriority creditor's name and mailing address**

**Fred Leyva**
**12811 Heflin Dr**
**La Mirada, CA 90638**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.603 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Fred Liebenhaut**
**49 Seaside Drive**
**Ormond Beach, FL 32176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Fred M Werth, Jr**
**149 Brook St.**
**Mars Hill, NC 28754-1406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Fred Ostermeier**
**11169 E 25th Dr**
**Aurora, CO 80010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Fred Reister**
**1830 Walnut Dr**
**Lake Havasu City, AZ 86406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Fred Weber**
**2257 east 24th place**
**Yuma, AZ 85365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Freda Rothermel**
**903 Agate St Unit 1**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**freddie martinez**
**606 alta vista ave**
**corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6039**

**Nonpriority creditor's name and mailing address**

**Frederic Williams**
**1718 Hillcrest Dr.**
**Baraboo, WI 53913**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.6040**

**Nonpriority creditor's name and mailing address**

**Frederick Casineau**
**71 East St**
**Ludlow, MA 01056**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.6041**

**Nonpriority creditor's name and mailing address**

**Frederick Desborough**
**13792 Dall Ln**
**Santa Ana, CA 92705**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.6042**

**Nonpriority creditor's name and mailing address**

**Frederick Glynn**
**4008 Marcus Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.6043**

**Nonpriority creditor's name and mailing address**

**Frederick Hale**
**1938 Stewart Street**
**Oceanside, CA 92054**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.6044**

**Nonpriority creditor's name and mailing address**

**Frederick Hemmerich**
**315 Sandy Hill Road**
**Denver, PA 17517**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.6045**

**Nonpriority creditor's name and mailing address**

**Frederick Hemmerich**
**315 Sandy Hill Rd.**
**Denver, PA 17517**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.604 6**

**Nonpriority creditor's name and mailing address**

**Frederick Lengerke**
**4353 Yosemite Street**
**Carlsbad, CA 92010**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.604 7**

**Nonpriority creditor's name and mailing address**

**Frederick Wagner**
**2306 Arbutus Street**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.604 8**

**Nonpriority creditor's name and mailing address**

**Fredrick Naids**
**17936 Polo Trail**
**Bradenton, FL 34211**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.604 9**

**Nonpriority creditor's name and mailing address**

**Fulton Drumheller**
**584 VALLEY HILL DR**
**GALAX, VA 24333**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.605 0**

**Nonpriority creditor's name and mailing address**

**G LOHMANN**
**202 SIPPEWISSETT RD**
**FALMOUTH, MA 02540**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.605 1**

**Nonpriority creditor's name and mailing address**

**G. Munday**
**33563 N. 87th Street**
**Scottsdale, AZ 85266**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.605 2**

**Nonpriority creditor's name and mailing address**

**Gabe Cerda**
**766 W. Wilson St**
**Unit B**
**Costa mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.605
3**

**Nonpriority creditor's name and mailing address**

**Gabriel Adkins**
**1688 College Parkway**
**Gulf Breeze, FL 32563**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.605
4**

**Nonpriority creditor's name and mailing address**

**Gabriel Concas**
**2891 route 22**
**Patterson, NY 12563**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.605
5**

**Nonpriority creditor's name and mailing address**

**Gabriel Garcia**
**332 Pendio**
**Irvine, CA 92620**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.605
6**

**Nonpriority creditor's name and mailing address**

**Gabriel Ghibaudo**
**5702 Cousins PL.**
**Alta Loma, CA 91737**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.605
7**

**Nonpriority creditor's name and mailing address**

**Gabriel Ghibaudo**
**5702 Cousins Pl.**
**Rancho Cucamonga, CA 91737**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.605
8**

**Nonpriority creditor's name and mailing address**

**Gabriel Ghibaudo**
**5702 Cousins PL.**
**Alta Loma, CA 91737**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.605
9**

**Nonpriority creditor's name and mailing address**

**Gabriel Gomez**
**212 Chateau Avenue**
**Kennedale, TX 76060**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.606 0**

**Nonpriority creditor's name and mailing address**

**Gabriel Smith**
**206 Cabrillo St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.606 1**

**Nonpriority creditor's name and mailing address**

**Gabriel Vitoro**
**1136 Calle Pilares**
**Chula Vista, CA 91913**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.606 2**

**Nonpriority creditor's name and mailing address**

**Gabriele Finn**
**226 Pouli Rd**
**Kailua, HI 96734-3413**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.606 3**

**Nonpriority creditor's name and mailing address**

**Gabriella Arredondo**
**21661 Brookhurst St**
**#340**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.606 4**

**Nonpriority creditor's name and mailing address**

**Gabrielle Boloker**
**2 Intervale Road**
**Brookline, MA 02467-3708**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.606 5**

**Nonpriority creditor's name and mailing address**

**Gabrielle Boloker**
**2 Intervale Road**
**Brookline, MA 02467**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.606 6**

**Nonpriority creditor's name and mailing address**

**Gabrielle Mcknight**
**2501 E 16th St**
**Unit G**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.606 7**

**Nonpriority creditor's name and mailing address**

**Gabrielle Velez**
**500 D Street**
**Petaluma, CA 94952**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.606 8**

**Nonpriority creditor's name and mailing address**

**Gaby Gregoire**
**2061 BOUL BARRETTE**
**Route 131**
**LOURDES DE JOLIETTE, QC J0K 1K0**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.606 9**

**Nonpriority creditor's name and mailing address**

**Gaelle Bouteloup**
**224 Magnolia St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.607 0**

**Nonpriority creditor's name and mailing address**

**Gaelyn Newbury**
**917 2nd Street West**
**Northfield, MN 55057**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.607 1**

**Nonpriority creditor's name and mailing address**

**Gaelyn Newbury**
**917 2nd St W**
**Northfield, MN 55057**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.607 2**

**Nonpriority creditor's name and mailing address**

**Gaelyn Newbury**
**917 2nd St W**
**Northfield, MN 55057**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.607 3**

**Nonpriority creditor's name and mailing address**

**Gage Hooper**
**4111 South Bailey Road**
**North Jackson, OH 44451**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.607
4**

**Nonpriority creditor's name and mailing address**

**Gage Nguyen-Solis**
**16130 SE Bridge Creek Ct**
**Happy Valley, OR 97015**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.607
5**

**Nonpriority creditor's name and mailing address**

**Gail Barton-hay**
**80 River Wood Loop**
**CHICO, CA 95926-3075**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.607
6**

**Nonpriority creditor's name and mailing address**

**Gail Case**
**2205 N. Crescent Dr.**
**Flagstaff, AZ 86001**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.607
7**

**Nonpriority creditor's name and mailing address**

**GAIL ELDRIDGE**
**715 Pine Cone Dr**
**Winnabow, NC 28479-5795**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.607
8**

**Nonpriority creditor's name and mailing address**

**Gail Ginder**
**327 Burgundy Road**
**Healdsburg, CA 95448**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.607
9**

**Nonpriority creditor's name and mailing address**

**Gail Nathanson**
**519 Superior Avenue**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608
0**

**Nonpriority creditor's name and mailing address**

**GAIL ROSSO**
**980 COUNTY ROAD W**
**#1055**
**FREMONT, NE 68025**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.608**
**1**

**Nonpriority creditor's name and mailing address**

**Gail Sawyer**
**163 Wendy Ln**
**Grayling, MI 49738-8909**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608**
**2**

**Nonpriority creditor's name and mailing address**

**Gail Soderling**
**65 Calle Careyes**
**San Clemente, CA 92673**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608**
**3**

**Nonpriority creditor's name and mailing address**

**Gail Whitted**
**4005 NE Highland**
**Portland, OR 00097-2111**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608**
**4**

**Nonpriority creditor's name and mailing address**

**GAILEE STRIEGEL**
**260 W, 4th Street**
**CODY, NE 69211**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608**
**5**

**Nonpriority creditor's name and mailing address**

**Gal Funk**
**6102 San Joaquin Plz**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608**
**6**

**Nonpriority creditor's name and mailing address**

**Gal Tirosh**
**30 Isla Bahia Drive**
**Fort Lauderdale, FL 33316**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608**
**7**

**Nonpriority creditor's name and mailing address**

**Galadriel Lackey**
**1311 S. Chester**
**Stillwater, OK 74074**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.608 8**

**Nonpriority creditor's name and mailing address**

**Galen Grillo**
**26440 La Alameda**
**#380**
**Mission Viejo, CA 92691**

Date(s) debt was incurred **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608 9**

**Nonpriority creditor's name and mailing address**

**Galen Hollins**
**3821 Franklin St.**
**La Crescenta, CA 91214**

Date(s) debt was incurred **2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.609 0**

**Nonpriority creditor's name and mailing address**

**Galina Mitchell**
**21 .Jameswell rd**
**Wethersfield, CT 06109**

Date(s) debt was incurred **2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.609 1**

**Nonpriority creditor's name and mailing address**

**Ganesh Krishna**
**375 Bergen Street**
**Brooklyn, NY 11217**

Date(s) debt was incurred **2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.609 2**

**Nonpriority creditor's name and mailing address**

**Ganesh Krishna**
**375 Bergen St**
**Brooklyn, NY 11217**

Date(s) debt was incurred **2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.609 3**

**Nonpriority creditor's name and mailing address**

**Ganesh Krishna**
**375 Bergen St**
**Brooklyn, NY 11217**

Date(s) debt was incurred **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.609 4**

**Nonpriority creditor's name and mailing address**

**Ganesh Krishna**
**375 Bergen Street**
**Brooklyn, NY 11217**

Date(s) debt was incurred **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.6095**

**Nonpriority creditor's name and mailing address**

**Gardner Kredle**
**24132 Long Valley Rd**
**hidden hills, CA 91302**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6096**

**Nonpriority creditor's name and mailing address**

**Gardner Tarlow**
**7346 East Villanueva Drive**
**Orange, CA 92867**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6097**

**Nonpriority creditor's name and mailing address**

**Garre Swain**
**26515 El Mar Drive**
**Mission Viejo, CA 92691**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6098**

**Nonpriority creditor's name and mailing address**

**Garren Kalter**
**867 Garfield Avenue**
**Pomona, CA 91767**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6099**

**Nonpriority creditor's name and mailing address**

**Garren Kalter**
**867 Garfield Ave**
**Pomoma, CA 91767**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6100**

**Nonpriority creditor's name and mailing address**

**Garret Bellows**
**110 Gertrude Street**
**North Syracuse, NY 13212**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6101**

**Nonpriority creditor's name and mailing address**

**GARRET MARTIN**
**34 Gleneagles Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
_____
Name

---

**3.610 2**

**Nonpriority creditor's name and mailing address**

**GARRET MARTIN**
**34 Gleneagles Drive**
**Newport Beach, CA 92625**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.610 3**

**Nonpriority creditor's name and mailing address**

**Garrett Barker**
**1602 Harper Ave.**
**Redondo Beach, CA 90278**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.610 4**

**Nonpriority creditor's name and mailing address**

**Garrett Blackwelder**
**1105 Autumn Lakes Dr**
**Grimesland, NC 27837**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.610 5**

**Nonpriority creditor's name and mailing address**

**Garrett Brewer-Sweet**
**264 16th Pl Unit C**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.610 6**

**Nonpriority creditor's name and mailing address**

**Garrett Colburn**
**257 Port Bristol Circle**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.610 7**

**Nonpriority creditor's name and mailing address**

**Garrett Reinard**
**829 Pine Brook Rd**
**Selinsgrove, PA 17870**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.610 8**

**Nonpriority creditor's name and mailing address**

**Garrett Wong**
**5291 Danville Dr**
**Huntington Beach, CA 92649**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.6109**

Nonpriority creditor's name and mailing address

**Garrison Ganowsky**
**3124 Bloomington hills Dr.**
**Saint George, UT 84790**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.6110**

Nonpriority creditor's name and mailing address

**Garry Chernoff**
**111 Middle Bench Road N**
**Penticton, BC V2A 8S6**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.6111**

Nonpriority creditor's name and mailing address

**Garry Pieroni**
**1421 Ocean Road**
**Wall, NJ 07719**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.6112**

Nonpriority creditor's name and mailing address

**Garth Parker**
**1001 Geraghty Ave**
**Los Angeles, CA 90063**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.6113**

Nonpriority creditor's name and mailing address

**Garvin Brown**
**129 Duranzo Aisle**
**Irvine, CA 92606**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.6114**

Nonpriority creditor's name and mailing address

**Gary A Gibbons**
**800 29TH AVE N**
**ST PETERSBURG, FL 33704**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.6115**

Nonpriority creditor's name and mailing address

**Gary Anderson**
**7191 Stonewood Dr**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6116**

**Nonpriority creditor's name and mailing address**

**Gary Bacon**
**119 Camp Rosa Point**
**Palatka, FL 32177**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6117**

**Nonpriority creditor's name and mailing address**

**Gary Barden**
**1801 East Katella Ave**
**Unit #4121**
**Anaheim, CA 92805**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6118**

**Nonpriority creditor's name and mailing address**

**Gary Beck**
**2813 Alana Way**
**Bloomington, IL 61704**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6119**

**Nonpriority creditor's name and mailing address**

**Gary Beck**
**2813 Alana Way**
**Bloomington, IL 61704**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6120**

**Nonpriority creditor's name and mailing address**

**Gary Birka**
**3804 225th St Ct E**
**SPANAWAY, WA 98387**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6121**

**Nonpriority creditor's name and mailing address**

**Gary Boynton**
**4131 harbor road**
**Shelburne, VT 05482**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.6122**

**Nonpriority creditor's name and mailing address**

**Gary Boynton**
**4131 harbor road**
**Shelburne, VT 05482**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor __Electric Bike Company, LLC__

Case number *(if known)* _____

Name

---

**3.612 3**

**Nonpriority creditor's name and mailing address**

**Gary Branum**
**115 Lakeside Park Drive**
**Hendersonville, TN 37075**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.612 4**

**Nonpriority creditor's name and mailing address**

**Gary Branum**
**115 Lakeside Park Drive**
**Hendersonville, TN 37075**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.612 5**

**Nonpriority creditor's name and mailing address**

**Gary Braunstein**
**27726 Campanet**
**Mission Viejo, CA 92692**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.612 6**

**Nonpriority creditor's name and mailing address**

**Gary Bruce**
**3216 Windsor Ridge South**
**Williamsburg, VA 23188**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.612 7**

**Nonpriority creditor's name and mailing address**

**Gary Bruce**
**3216 Windsor Ridge South**
**Williamsburg, VA 23188**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.612 8**

**Nonpriority creditor's name and mailing address**

**Gary Call**
**31822 Sandhill Ln**
**Temecula, CA 92591**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.612 9**

**Nonpriority creditor's name and mailing address**

**Gary Case**
**307 Brook Park Place**
**Forest, VA 24551**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.613
0**

**Nonpriority creditor's name and mailing address**

**Gary Chamberlain
382 Flordason Dr.
Calimesa, CA 92320**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.613
1**

**Nonpriority creditor's name and mailing address**

**Gary Chapman
6 Deerfield Pl
Beacon, NY 12508**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.613
2**

**Nonpriority creditor's name and mailing address**

**Gary Collins
1624 N Custer Rd
Monroe, MI 48162**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.613
3**

**Nonpriority creditor's name and mailing address**

**Gary Condon
23 Canterbury Road
Woburn, MA 01801**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.613
4**

**Nonpriority creditor's name and mailing address**

**Gary DeCuir
80122 Queensboro Dr
Indio, CA 92201**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.613
5**

**Nonpriority creditor's name and mailing address**

**Gary DeCuir
80122 QUEENSBORO DR
INDIO, CA 92201**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.613
6**

**Nonpriority creditor's name and mailing address**

**Gary DiCorpo
22 Farra street
Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number *(if known)* _____
           Name

---

| 3.613 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary Dimond**
**1945 Placentia avenue**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary Dombrowski**
**507 Pearwood Drive**
**Bel Air, MD 21014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.613 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary Doone**
**21501 Brookhurst Street**
**Apt 1217**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary Doone**
**1609 Riverview Circle**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary Downes**
**20812 Crestview Ln**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary Enos**
**53 Mitchell Hill rd**
**Gorham, ME 04038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.614 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gary Feigler**
**20765 N Plum Pl**
**Barrington, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.614 4**

**Nonpriority creditor's name and mailing address**

**Gary Fisk**
**2440 Blanchard Dr**
**Niles, MI 49120**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.614 5**

**Nonpriority creditor's name and mailing address**

**Gary French**
**420 Prospect**
**Monrovia, CA 91016**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.614 6**

**Nonpriority creditor's name and mailing address**

**Gary Gauby**
**3141 Brunswick Circle**
**Palm Harbor, FL 34684**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.614 7**

**Nonpriority creditor's name and mailing address**

**Gary Gibbons**
**800 29th Avenue North**
**St. Petersburg, FL 33704**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.614 8**

**Nonpriority creditor's name and mailing address**

**Gary Gibbons**
**800 29TH AVE N**
**ST PETERSBURG, FL 33704**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.614 9**

**Nonpriority creditor's name and mailing address**

**Gary Gibbons**
**800 29TH AVE N**
**ST PETERSBURG, FL 33704-2019**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.615 0**

**Nonpriority creditor's name and mailing address**

**Gary Gouker**
**PO Box 955**
**Sitka, AK 99835-0955**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.615 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gary Gravett**
**2230 Pacific Avenue**
**#C**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gary Herzig**
**77 Ford Ave**
**Oneonta, NY 13820-1535**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gary Howell**
**221 tenth st**
**Princeton, WV 24740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gary Huntley**
**414 south lilac lane**
**orange, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gary Johnson**
**54640 Trail's End**
**Idyllwild, CA 92549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gary Johnson**
**42135 Acacia Ave**
**Hemet, CA 92544**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Gary Johnson**
**418 West Shoshone Place**
**Spokane, WA 99203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.6158**

**Nonpriority creditor's name and mailing address**

**gary johnson**
**pos box 1637**
**idyllwild, CA 92549**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6159**

**Nonpriority creditor's name and mailing address**

**Gary Krogstad**
**12114 Country Club Lane**
**Grand Terrace, CA 92313**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6160**

**Nonpriority creditor's name and mailing address**

**GARY kROGSTAD**
**12114 Country Club Ln**
**Grand Terrace, CA 92313**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6161**

**Nonpriority creditor's name and mailing address**

**Gary Krumland**
**9222 Rockport Ln**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6162**

**Nonpriority creditor's name and mailing address**

**Gary Larson**
**355 Avocado St**
**G1**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6163**

**Nonpriority creditor's name and mailing address**

**Gary LeFevre**
**10138 Beach Drive**
**Suite 1**
**Calabash, NC 28467**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6164**

**Nonpriority creditor's name and mailing address**

**Gary Legrand**
**3406 Marcus Avenue**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.616
5**

**Nonpriority creditor's name and mailing address**

**Gary Mahony**
**1287 E Eli Court**
**Gilbert, AZ 85295**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.616
6**

**Nonpriority creditor's name and mailing address**

**Gary Mason**
**475 valley gate road**
**Simi Valley, CA 93065**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.616
7**

**Nonpriority creditor's name and mailing address**

**Gary Muennich**
**9602 - 64 Avenue**
**Grande Prairie, AB T8W 2B7**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.616
8**

**Nonpriority creditor's name and mailing address**

**Gary Mull**
**1714 Plaza Del Norte**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.616
9**

**Nonpriority creditor's name and mailing address**

**Gary Murphy**
**12867 Southern Hills Cir E**
**Jacksonville, FL 32225**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.617
0**

**Nonpriority creditor's name and mailing address**

**Gary Murphy**
**43 Songbird Lane**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.617
1**

**Nonpriority creditor's name and mailing address**

**Gary Nelson**
**903 Seba Road**
**Centerton, AR 72719**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.617 2**

**Nonpriority creditor's name and mailing address**

**Gary Nordgren**
**26515 El Mar Drive**
**Mission Viejo, CA 92691**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.617 3**

**Nonpriority creditor's name and mailing address**

**Gary Parkey**
**8609 Blackwater Creek Trail**
**McKinney, TX 75070**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.617 4**

**Nonpriority creditor's name and mailing address**

**Gary Parkey**
**8609 Blackwater Creek Trl**
**McKinney, TX 75070**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.617 5**

**Nonpriority creditor's name and mailing address**

**Gary Probert**
**38683 Nasturtium Way**
**Palm Desert, CA 92211**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.617 6**

**Nonpriority creditor's name and mailing address**

**Gary Probert**
**38683 Nasturtium Way**
**Palm Dessert, CA 92211**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.617 7**

**Nonpriority creditor's name and mailing address**

**Gary Quinn**
**51124 Broken Wood Ct**
**Granger, IN 46530**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.617 8**

**Nonpriority creditor's name and mailing address**

**Gary Rabinowitz**
**71-52 165 Street**
**Fresh Meadows, NY 11365**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
                        Name

---

| 3.617 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Gary Rabinowitz Rabinowitz**
**71-52 165th Street**
**FRESH MEADOWS, NY 11365**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Gary Raines**
**745 Stave Mill Road**
**Murphysboro, IL 62966**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Gary Ritchie**
**1019 Santiago DR.**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Gary Russ**
**7 KAREN CT**
**WALNUT CREEK, CA 94598-4715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Gary Russell**
**1970 Koether Rd**
**Carmine, TX 78932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Gary Shaughnessy**
**4978 S Barley Way**
**Gilbert, AZ 85298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Gary Shirk**
**49 Evangelyn Drive**
**Bow, NH '03304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.6186**

**Nonpriority creditor's name and mailing address**

**Gary Smith**
**2227 Bayside Drive**
**Corona Del mar, CA 92625**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6187**

**Nonpriority creditor's name and mailing address**

**Gary Spitznogle**
**875 John Michael Way**
**Columbus, OH 43235**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.6188**

**Nonpriority creditor's name and mailing address**

**Gary Staneart**
**120 Chippewa Dr**
**Beaver Falls, PA 15010**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6189**

**Nonpriority creditor's name and mailing address**

**Gary Stine**
**9680 Dove Cir**
**Fountain Valley, CA 92708**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6190**

**Nonpriority creditor's name and mailing address**

**Gary Stine**
**9680 Dove Circle**
**fountain valley, CA 92708**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6191**

**Nonpriority creditor's name and mailing address**

**Gary Swartzman**
**701 Columbia Street**
**Santa Cruz, CA 95060**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6192**

**Nonpriority creditor's name and mailing address**

**Gary Swartzman**
**701 Columbia Street**
**Santa Cruz, CA 95060**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

---

**3.619 3**

**Nonpriority creditor's name and mailing address**

**Gary White**
**12561 E Calle Tatita**
**Tucson, AZ 85749**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.619 4**

**Nonpriority creditor's name and mailing address**

**Gary Willems**
**3462 Sagamore Dr**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.619 5**

**Nonpriority creditor's name and mailing address**

**Gary Wishon**
**352 vineyard**
**Rear dwelling**
**Hot Springs, AR 71913**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.619 6**

**Nonpriority creditor's name and mailing address**

**Gary Witzenburg**
**136 high dune loop**
**Kitty hawk, NC 27949**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.619 7**

**Nonpriority creditor's name and mailing address**

**Gary Witzenburg**
**136 High Dune Loop**
**Kitty hawk, NC 27949**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.619 8**

**Nonpriority creditor's name and mailing address**

**Gary Woffinden**
**2543 Clapham Lane**
**Minden, NV 89423**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.619 9**

**Nonpriority creditor's name and mailing address**

**Gary Yoches**
**1972 Rosemary Pl**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.620 0**

**Nonpriority creditor's name and mailing address**

**Gary Zampich**
**13641 Walter Hwy.**
**Millersburg, MI 49759**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.620 1**

**Nonpriority creditor's name and mailing address**

**Gatlin Owens**
**605 Johnson Rd**
**Maryville, TN 37804**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.620 2**

**Nonpriority creditor's name and mailing address**

**Gautam Nyayapathi**
**4857 Primrose Ln**
**Livermore, CA 94551**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.620 3**

**Nonpriority creditor's name and mailing address**

**Gavin Forbes**
**RR 4**
**ECKVILLE, AB T0M 0X0**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.620 4**

**Nonpriority creditor's name and mailing address**

**Gavin Hill**
**561 Grove Ave**
**Cape May, NJ 08204**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.620 5**

**Nonpriority creditor's name and mailing address**

**Gavin Hill**
**561 grove ave**
**Cape may, NJ 08204**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.620 6**

**Nonpriority creditor's name and mailing address**

**Gavin Hill**
**561 grove ave**
**Cape may, NJ 08204**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.620 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gavin Janz**
**6527 West 82nd Street**
**Los Angeles, CA 90045**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.620 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gavin Jonas**
**1316 Cerritos Drive**
**Laguna Beach, CA 92651**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.620 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gavin Moatazedi**
**117 Via Eboli**
**117**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.621 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gavin Reed**
**121 abalone ave**
**B**
**Newport Beach, CA 92662**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.621 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gavriel Kedem**
**8627 Ne Dyer St**
**Portland, OR 97220**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.621 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gaye Buchanan**
**10 Springbenny**
**Landenberg, PA 19350**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.621 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gayle Demsher**
**515 30th St.**
**Unit A.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.621**
**4**

**Nonpriority creditor's name and mailing address**

**Gayle Scurlock**
**22383 old village road**
**MC CALLA, AL 35111**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.621**
**5**

**Nonpriority creditor's name and mailing address**

**Gayle Skinner**
**19331 Brooktrail Lane**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.621**
**6**

**Nonpriority creditor's name and mailing address**

**Gayle Sliva**
**820 Charles Brown Rd.**
**Nancy, KY 42544**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.621**
**7**

**Nonpriority creditor's name and mailing address**

**Gayle Swigart**
**5306 Umbrella Pool RD**
**Sanibel, FL 33957**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.621**
**8**

**Nonpriority creditor's name and mailing address**

**Gaylene Jones**
**25 Pyle Creek Rd**
**Garden Valley, ID 83622**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.621**
**9**

**Nonpriority creditor's name and mailing address**

**Geddy Tschetter**
**830 NE Killingsworth St.**
**Apt. 9**
**Portland, OR 97211**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.622**
**0**

**Nonpriority creditor's name and mailing address**

**Gegi Vandewalker**
**1599 Placentia ave.**
**Newport beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

**3.622
1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Gena Lofton**
**4859 w. Slauson suite 112**
**Los Angeles, CA 90056**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.622
2**

**Nonpriority creditor's name and mailing address**

**Gena Lofton**
**6617 S. Sherborne dr**
**Los Angeles, CA 90056**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.622
3**

**Nonpriority creditor's name and mailing address**

**Gena Lofton**
**3660 St. Rose Pkwy**
**14105**
**Henderson, NV 89052**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.622
4**

**Nonpriority creditor's name and mailing address**

**gene bearinger**
**4051 Morning Star Drive**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.622
5**

**Nonpriority creditor's name and mailing address**

**Gene Bechetti**
**10821 E Walking Stick Drive**
**Tucson, AZ 85748**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.622
6**

**Nonpriority creditor's name and mailing address**

**Gene Blanc**
**99 Fort Avenue**
**Cranston, RI 02905**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.622
7**

**Nonpriority creditor's name and mailing address**

**Gene Clark**
**1966 Port Ramsgate Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6228**

**Nonpriority creditor's name and mailing address**

**Gene Gamble**
**309 Limestone Valley Dr**
**Apt. F**
**Cockeysville, MD 21030**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.6229**

**Nonpriority creditor's name and mailing address**

**Gene Higa**
**150 Coop Court**
**Encinitas, CA 92024**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.6230**

**Nonpriority creditor's name and mailing address**

**Gene Manako**
**225 SUNSET AVE**
**SANTA CRUZ, CA 95060**

Date(s) debt was incurred  __2025__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.6231**

**Nonpriority creditor's name and mailing address**

**Gene Mello**
**42 arcadia ave**
**lakeside park, KY 41017**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.6232**

**Nonpriority creditor's name and mailing address**

**Gene Mello**
**42 Arcadia Avenue**
**Lakeside Park, KY 41017**

Date(s) debt was incurred  __2022__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.6233**

**Nonpriority creditor's name and mailing address**

**GENE PETERSON**
**5306 Crow Wing Heights Ct**
**Brainerd, MN 56401-1775**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.6234**

**Nonpriority creditor's name and mailing address**

**Gene Rondinelli**
**1260 S. Tamiami Trail**
**Osprey, FL 34229**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
         Name

---

**3.623 5**

**Nonpriority creditor's name and mailing address**

**Gene Sachau**
**11621 Valle Vista Road**
**LAKESIDE, CA 92040**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.623 6**

**Nonpriority creditor's name and mailing address**

**Gene Schaller**
**12319 Wellington Ridge Dr**
**Clive, IA 50325**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.623 7**

**Nonpriority creditor's name and mailing address**

**Gene Schaller**
**12319 Wellington Ridge Drive**
**Clive, IA 50325**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.623 8**

**Nonpriority creditor's name and mailing address**

**Gene Schaller**
**12319 wellington ridge drive**
**clive, IA 50325**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.623 9**

**Nonpriority creditor's name and mailing address**

**Gene Sosville**
**174 Mooring Buoy**
**Hilton Head Island, SC 29928**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.624 0**

**Nonpriority creditor's name and mailing address**

**Gene Souza**
**3355 Palm Grove dr.**
**Lake Havasu City, AZ 86404**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.624 1**

**Nonpriority creditor's name and mailing address**

**Gene Spinelli**
**2608 Central Ave**
**Ocean City, NJ 08226**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
　　　　　Name

---

**3.624
2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Gene Yang**
**5609 Bienveneda Terrace**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.624
3**

**Nonpriority creditor's name and mailing address**
**Gene Yang**
**5609 Bienveneda Terrace**
**Palmdale, CA 93551**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.624
4**

**Nonpriority creditor's name and mailing address**
**Genevieve Chamberland**
**9235 Talus Cir**
**Eden Prairie, MN 55347**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.624
5**

**Nonpriority creditor's name and mailing address**
**Genevieve Fitzgerald**
**55 Avenue A**
**Atlantic Highlands, NJ 07716**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.624
6**

**Nonpriority creditor's name and mailing address**
**Genevieve Pate**
**101 Mockingbird Lane**
**Port Ludlow, WA 98365**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.624
7**

**Nonpriority creditor's name and mailing address**
**Geoff Barrett**
**1407 4th Ave**
**Spring Lake, NJ 07762**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.624
8**

**Nonpriority creditor's name and mailing address**
**Geoff Barrett**
**1407 4TH AVE**
**Spring Lake, NJ 07762**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.624 9**

**Nonpriority creditor's name and mailing address**

**geoff click**
**1476 Center Rd**
**Terra Ceia, FL 34250**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.625 0**

**Nonpriority creditor's name and mailing address**

**Geoff Dopheide**
**311 Alta Lane**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.625 1**

**Nonpriority creditor's name and mailing address**

**Geoff Hurst**
**435 62nd St**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.625 2**

**Nonpriority creditor's name and mailing address**

**Geoff Thomas Yee**
**1685 H street**
**Blaine, WA 98230**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.625 3**

**Nonpriority creditor's name and mailing address**

**Geoff Wing**
**1113 Stone Kirk Drive**
**Raleigh, NC 27614**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.625 4**

**Nonpriority creditor's name and mailing address**

**Geoffrey Armes**
**1153 Divinity Dr**
**Greencastle, PA 17225**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.625 5**

**Nonpriority creditor's name and mailing address**

**Geoffrey Davies**
**8644 W Brown St**
**Peoria, AZ 85345**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                          Case number *(if known)* _____
_____
Name

---

**3.625
6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Geoffrey Dietrich**
**1220 Tasman Dr. Spc. 527**                                     ☐ Contingent
**Sunnyvale, CA 94089**                                          ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __                               **Basis for the claim:  Warranty**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.625
7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Geoffrey Masukawa**
**2828 Brandywine St NW**                                        ☐ Contingent
**Washington DC, DC 20008**                                      ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __                               **Basis for the claim:  Warranty**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.625
8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Geoffrey Rill**
**318 La Jolla Drive**                                           ☐ Contingent
**Newport Beach, CA 92663**                                      ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __                               **Basis for the claim:  Warranty**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.625
9**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**George A Bone**
**6802 Laurelton Ave**                                           ☐ Contingent
**Garden Grove, CA 92845**                                       ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __                               **Basis for the claim:  Warranty**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.626
0**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**George Afremow**
**19412 Linda Drive**                                            ☐ Contingent
**Torrance, CA 90503**                                           ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __                               **Basis for the claim:  Warranty**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.626
1**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**George Agnacian**
**2018 NW Desoto Dr**                                            ☐ Contingent
**Bentonville, AR 72712**                                        ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __                               **Basis for the claim:  Warranty**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.626
2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**George Bigaouette**
**7 Widgeon Way**                                                ☐ Contingent
**Waterford, NY 12188**                                          ☐ Unliquidated
                                                                ☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**                           **Basis for the claim:  Warranty**

                                                                Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                              Case number *(if known)* _____
_____
Name

---

3.626
3

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**George Bigaouette**
**5640 Seminole Blvd Lot 258**                     ☐ Contingent
**Seminole, FL 33772**                             ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred  **2024**
                                                   **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.626
4

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**George Bone**
**6802 Laurelton Ave**                             ☐ Contingent
**Garden Grove, CA 92845**                         ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred  **2021**
                                                   **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.626
5

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**George Christopoulos**
**7501 McConnell Ave**                             ☐ Contingent
**Los Angeles, CA 90045**                          ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred  **2020**
                                                   **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.626
6

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**George Comalli**
**2871 SE Morlan Place**                           ☐ Contingent
**GRESHAM, OR 97080**                              ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred  **2021**
                                                   **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.626
7

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**George DeBoer**
**2001 Autumn Rose Ct**                            ☐ Contingent
**Bakersfield, CA 93312**                          ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred  **2021**
                                                   **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.626
8

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**George Djoko**
**6755 Goldy St**                                  ☐ Contingent
**Eastvale, CA 92880**                             ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred  **2021**
                                                   **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.626
9

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**George Endsley**
**1126 S Sequoyah Drive**                          ☐ Contingent
**Friendsville, TN 37737**                         ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred  **2024**
                                                   **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.627 0**

**Nonpriority creditor's name and mailing address**

**George Freeman**
**1089 Coastal Hwy Space #59**
**Panacea, FL 32346**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.627 1**

**Nonpriority creditor's name and mailing address**

**George Harangody**
**15315 w magnolia blvd**
**Sherman oaks, CA 91403**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.627 2**

**Nonpriority creditor's name and mailing address**

**George Hu**
**1319 W WINONA ST**
**CHICAGO, IL 60640**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.627 3**

**Nonpriority creditor's name and mailing address**

**George Lapaglia**
**242 Orange St**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.627 4**

**Nonpriority creditor's name and mailing address**

**George Lemos**
**762 ASHLAND AVE**
**SIMI VALLEY, CA 93065**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.627 5**

**Nonpriority creditor's name and mailing address**

**GEORGE LOHMANN**
**202 SIPPEWISSETT RD**
**FALMOUTH, MA 02540**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.627 6**

**Nonpriority creditor's name and mailing address**

**George Malone**
**6739 Cable Car Ln**
**Wilmington, NC 28403**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.627 7**

**Nonpriority creditor's name and mailing address**

**George Martin**
**3A acorn rd**
**Manahawkin, NJ 08050**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.627 8**

**Nonpriority creditor's name and mailing address**

**George Mattison**
**163 Nantasket ave**
**A2**
**Hull, MA 02045**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.627 9**

**Nonpriority creditor's name and mailing address**

**George Mcfarland**
**2217 Maple St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.628 0**

**Nonpriority creditor's name and mailing address**

**George Minardos**
**4101 Dry Creek Road**
**Napa, CA 94558**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.628 1**

**Nonpriority creditor's name and mailing address**

**George Molnar**
**5130 sw 5th street**
**Coral Gables, FL 33134**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.628 2**

**Nonpriority creditor's name and mailing address**

**George Montanari**
**160 longmeadow**
**los gatos, CA 95032**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.628 3**

**Nonpriority creditor's name and mailing address**

**George Montanari**
**160 Longmeadow**
**dr**
**Los Gatos, CA 95032**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.628 4**

Nonpriority creditor's name and mailing address

**George Moore**
**7247 Lake Sterling Blvd**
**Flowery Branch, GA 30542**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.628 5**

Nonpriority creditor's name and mailing address

**George Otwori**
**821 Ashmount Lane**
**Arlington, TX 76017**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.628 6**

Nonpriority creditor's name and mailing address

**george peace**
**3535 NW 50 street**
**Miami, FL 33142**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.628 7**

Nonpriority creditor's name and mailing address

**George Ponce**
**220 Heliotrope Ave.**
**Corona del Mar, CA 92625**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.628 8**

Nonpriority creditor's name and mailing address

**George Robert**
**2227 state ave**
**Costa mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.628 9**

Nonpriority creditor's name and mailing address

**George Rogers**
**10741 Frank Daniels Way**
**San Diego, CA 92131**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.629 0**

Nonpriority creditor's name and mailing address

**George Roletter**
**76 Shearwater Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.629 1**

**Nonpriority creditor's name and mailing address**

**George Spaulding**
**7922 Glencoe Dr**
**#4**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.629 2**

**Nonpriority creditor's name and mailing address**

**George Standish**
**7405 South Grant Highway,**
**Marengo, IL 60152**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.629 3**

**Nonpriority creditor's name and mailing address**

**George Stewart**
**134 Turnbull Villas Circle**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.629 4**

**Nonpriority creditor's name and mailing address**

**George Toritto**
**17 Alpine Rd**
**Portland, ME 04103**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.629 5**

**Nonpriority creditor's name and mailing address**

**George Toritto**
**17Alpine Rd**
**Portland, ME 04103**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.629 6**

**Nonpriority creditor's name and mailing address**

**George Turnbull**
**4221 Linus ct**
**Napa, CA 94558**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.629 7**

**Nonpriority creditor's name and mailing address**

**George W Hardman**
**205 7th St.**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**
         _____     Case number (if known) _____
         Name

---

| 3.629 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**George Williams**
**830 Tarpon Drive**
**Southold, NY 11971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.629 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**George Williams**
**830 Tarpon Drive**
**Southold, NY 11971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**George Wise**
**7491 Sierra De Oro Place**
**Las Cruces, NM 88012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**George Young**
**922 W. Balboa Blvd.**
**Apt. A**
**Newport Beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**George Young**
**922 W. Balboa Blvd. Apt. A**
**Newport Beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**George Zahrah**
**48 Keelers Ridge Rd**
**Wilton, CT 06897**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.630 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Georgeann Neuzil**
**4369 sandy lane rd**
**Columbus, OH 43224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____

_____Name_____

---

**3.630 5**

**Nonpriority creditor's name and mailing address**

**Georges Bourgoignie**
**3629 Bayview Road**
**Miami, FL 33133**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.630 6**

**Nonpriority creditor's name and mailing address**

**Georgia Bjork**
**19322 Jerrilyn Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.630 7**

**Nonpriority creditor's name and mailing address**

**Georgia Hanck**
**1213 Winslow Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.630 8**

**Nonpriority creditor's name and mailing address**

**Georgiana Winkler**
**15 Ridewood Pl**
**Warminster, PA 18974**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.630 9**

**Nonpriority creditor's name and mailing address**

**georjean sherriff**
**3705 oakwood**
**grapevine, TX 76051**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.631 0**

**Nonpriority creditor's name and mailing address**

**Georjean Sherriff**
**3705 Oakwood dr**
**Grapevine, TX 76051**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.631 1**

**Nonpriority creditor's name and mailing address**

**Gerald Ahmann**
**1041 Winding Creek Rd. W**
**Grapevine, TX 76051**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.631 2**

**Nonpriority creditor's name and mailing address**

**Gerald Alexander**
**690 W Tenaya Ave**
**Clovis, CA 93612**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.631 3**

**Nonpriority creditor's name and mailing address**

**Gerald Antonio**
**217 Eddy Street apt 306**
**San Francisco, CA 94102**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.631 4**

**Nonpriority creditor's name and mailing address**

**Gerald Blount**
**25909 Coolidge Hwy**
**Oak Park, MI 48237**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.631 5**

**Nonpriority creditor's name and mailing address**

**Gerald Brown**
**16314 Basswood Ln**
**Fontana, CA 92336**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.631 6**

**Nonpriority creditor's name and mailing address**

**Gerald Burns**
**162 Tulip ln**
**Costa mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.631 7**

**Nonpriority creditor's name and mailing address**

**Gerald Campbell**
**2800 Sunnywood**
**Fullerton, CA 92835**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.631 8**

**Nonpriority creditor's name and mailing address**

**Gerald Geletzke**
**6509 Fountain Way**
**South Padre Island, TX 78597**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.631 9**

**Nonpriority creditor's name and mailing address**

**GERALD HAWKINS**
**23881 Ne 124 Terrace**
**Redmond, WA 98053**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.632 0**

**Nonpriority creditor's name and mailing address**

**Gerald Juniel**
**2228 Revere St**
**NORTH LAS VEGAS, NV 89030**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.632 1**

**Nonpriority creditor's name and mailing address**

**Gerald Juniel**
**2228 Revere St**
**N Las Vegas, NV 89030**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.632 2**

**Nonpriority creditor's name and mailing address**

**Gerald Mars**
**5 Island Avenue**
**#14D**
**Miami Beach, FL 33139**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.632 3**

**Nonpriority creditor's name and mailing address**

**Gerald Montante**
**31605 Calle Girasol**
**Temecula, CA 92591**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.632 4**

**Nonpriority creditor's name and mailing address**

**Gerald Norris**
**4415 Crosby Cedar Bayou Rd**
**Baytown, TX 77521-7405**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.632 5**

**Nonpriority creditor's name and mailing address**

**Gerald Pannick**
**4425 Thompson Pkwy**
**Johnstown, CO 80534**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.632
6**

**Nonpriority creditor's name and mailing address**

**Gerald Pluviose**
**2517 Nelson Ave**
**Unit A**
**Redondo Beach, CA 90278**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.632
7**

**Nonpriority creditor's name and mailing address**

**Gerald Pluviose Pluviose**
**2517 Nelson Avenue**
**Unit A**
**Redondo Beach, CA 90278**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.632
8**

**Nonpriority creditor's name and mailing address**

**Gerald POPE**
**10 town Plaza #153**
**DURANGO, CO 81301**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.632
9**

**Nonpriority creditor's name and mailing address**

**Gerald Ricard**
**24682 Via Del Rio**
**Lake Forest, CA 92630**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.633
0**

**Nonpriority creditor's name and mailing address**

**Gerald Sheets**
**6614 Woodland Drive**
**Keystone Heights, FL 32656**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.633
1**

**Nonpriority creditor's name and mailing address**

**Gerald Sproehlich**
**2787 Viking drive**
**1B**
**Ashwaubenon, WI 54304**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.633
2**

**Nonpriority creditor's name and mailing address**

**gerald Staaden**
**1945 Placentia ave Unit A**
**costa mesa, CA 92627**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor __Electric Bike Company, LLC__                          Case number *(if known)* _____
      Name

---

**3.633 3**

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Gerald Staaden**
**127 chelsea lane**                          ☐ Contingent
**Union Grove, WI 53182**                          ☐ Unliquidated
                         ☐ Disputed
Date(s) debt was incurred __2024__
Last 4 digits of account number __          Basis for the claim:  __Warranty__

                         Is the claim subject to offset? ■ No ☐ Yes

---

**3.633 4**

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Gerard Kentie**
**18758 West Shangri La Road**                          ☐ Contingent
**Surprise, AZ 85388**                          ☐ Unliquidated
        ☐ Disputed
Date(s) debt was incurred __2021__
Last 4 digits of account number __          Basis for the claim:  __Warranty__

        Is the claim subject to offset? ■ No ☐ Yes

---

**3.633 5**

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Gerardo Guzman**
**2543 96th street**                          ☐ Contingent
**East Elmhurst, NY 11369**                          ☐ Unliquidated
        ☐ Disputed
Date(s) debt was incurred __2024__
Last 4 digits of account number __          Basis for the claim:  __Warranty__

        Is the claim subject to offset? ■ No ☐ Yes

---

**3.633 6**

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Gerardo Pierorazio**
**32470 KILLDEER DR**                          ☐ Contingent
**SELBYVILLE, DE 19975-3892**                          ☐ Unliquidated
        ☐ Disputed
Date(s) debt was incurred __2025__
Last 4 digits of account number __          Basis for the claim:  __Warranty__

        Is the claim subject to offset? ■ No ☐ Yes

---

**3.633 7**

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Gerardo Pierorazio**
**32470 KILLDEER DR**                          ☐ Contingent
**SELBYVILLE, DE 19975-3892**                          ☐ Unliquidated
        ☐ Disputed
Date(s) debt was incurred __2024__
Last 4 digits of account number __          Basis for the claim:  __Warranty__

        Is the claim subject to offset? ■ No ☐ Yes

---

**3.633 8**

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Gerhardt Buenning**
**12351 South Ridge Road**                          ☐ Contingent
**Conifer, CO 80433**                          ☐ Unliquidated
        ☐ Disputed
Date(s) debt was incurred __2025__
Last 4 digits of account number __7__          Basis for the claim:  __Warranty__

        Is the claim subject to offset? ■ No ☐ Yes

---

**3.633 9**

**Nonpriority creditor's name and mailing address**                          As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Germana Fullman**
**903 Griegos Rd NW**                          ☐ Contingent
**Albuquerque, NM 87107-3746**                          ☐ Unliquidated
        ☐ Disputed
Date(s) debt was incurred __2024__
Last 4 digits of account number __          Basis for the claim:  __Warranty__

        Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6340**

**Nonpriority creditor's name and mailing address**

**Gerry Carboni**
**1380 Village Way**
**F202**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6341**

**Nonpriority creditor's name and mailing address**

**gerry carboni**
**1380 village way f202**
**costa mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6342**

**Nonpriority creditor's name and mailing address**

**Gerry Cope**
**4755 Bryce Circle**
**Carlsbad, CA 92008**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6343**

**Nonpriority creditor's name and mailing address**

**Gerry Heard**
**2238 Troon Rd**
**Houston, TX 77019**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6344**

**Nonpriority creditor's name and mailing address**

**Gerry White**
**33859 Lincoln Dr.**
**Yucaipa, CA 92399**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6345**

**Nonpriority creditor's name and mailing address**

**Geser Luna**
**578 Joann St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6346**

**Nonpriority creditor's name and mailing address**

**Gharatappeh Ehsan**
**1998 Port Edward Circle**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.634 7**

**Nonpriority creditor's name and mailing address**

**GHYAN KOEHNE**
**1250 White Sands Dr**
**San Marcos, CA 92078**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.634 8**

**Nonpriority creditor's name and mailing address**

**Ghyan Koehne**
**1250 White Sands Dr**
**San Marcos, CA 92078-5489**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.634 9**

**Nonpriority creditor's name and mailing address**

**Gia Kitteringham**
**5723 Field Street**
**ARVADA, CO 80002**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.635 0**

**Nonpriority creditor's name and mailing address**

**Giacomo Ciotola**
**444 Mariposa Drive**
**South San Francisco, CA 94080**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.635 1**

**Nonpriority creditor's name and mailing address**

**Gianna Buzzetta**
**1612 Calle Las Casas**
**Oceanside, CA 92056**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.635 2**

**Nonpriority creditor's name and mailing address**

**Gib Palmer**
**305 Inverness Rd**
**Cinton, NC 28328**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.635 3**

**Nonpriority creditor's name and mailing address**

**Gib Palmer**
**305 Inverness Rd**
**Clinton, NC 28328**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|--------|-------------------------------|--------------------------|
|        | Name                          |                          |

---

**3.635 4**

**Nonpriority creditor's name and mailing address**

**Gib Palmer**
**305 Inverness Rd**
**Sampson County**
**Clinton, NC 28328**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.635 5**

**Nonpriority creditor's name and mailing address**

**Gideon Fojas**
**12143 Casparis**
**San Antonio, TX 78254**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.635 6**

**Nonpriority creditor's name and mailing address**

**Gidget Amaya**
**132 Angels Lair Lane**
**Port Angeles, WA 98363**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.635 7**

**Nonpriority creditor's name and mailing address**

**Gigi Droesch**
**727 S Mansfield Ave**
**Apt 17**
**Los Angeles, CA 90036**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.635 8**

**Nonpriority creditor's name and mailing address**

**Gigi Droesch**
**727 S Mansfield Ave**
**Apt 17**
**Los Angeles, CA 90036**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.635 9**

**Nonpriority creditor's name and mailing address**

**Gil RIVAS**
**3800 North Ocean Drive Apt 651**
**Riviera Beach, FL 33404**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.636 0**

**Nonpriority creditor's name and mailing address**

**Gil Steadman**
**2 Pelican dr**
**Wrightsville Beach, NC 28480**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

| 3.636 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Gilbert (Gib) Palmer** | ☐ Contingent | |
| **305 Inverness Rd** | ☐ Unliquidated | |
| **Clinton, NC 28328** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.636 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **gilbert mordoh** | ☐ Contingent | |
| **2789 Pointe Cove Road** | ☐ Unliquidated | |
| **Bloomington, IN 47401** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.636 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Gilberto Medina** | ☐ Contingent | |
| **16779 Coastal Highway** | ☐ Unliquidated | |
| **unit 1** | ☐ Disputed | |
| **Lewes, DE 19958** | | |
| Date(s) debt was incurred **2025** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number **7** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.636 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Gilead Morse** | ☐ Contingent | |
| **836 Amies Ln** | ☐ Unliquidated | |
| **Bryn Mawr, PA 19010** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.636 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Gillian Dalby** | ☐ Contingent | |
| **711 Poinsettia** | ☐ Unliquidated | |
| **Corona Del Mar, CA 92625** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.636 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Gina Beisner** | ☐ Contingent | |
| **20730 W** | ☐ Unliquidated | |
| **Founder Circle** | ☐ Disputed | |
| **Buckeye, AZ 85396** | | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.636 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Gina Bigelow** | ☐ Contingent | |
| **975 Oak Ridge Rd** | ☐ Unliquidated | |
| **Manitou Springs, CO 80829** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6368**

**Nonpriority creditor's name and mailing address**
**Gina Brawner**
**181 Mountain View Dr**
**#4**
**Homer, AK 99603**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6369**

**Nonpriority creditor's name and mailing address**
**Gina Cardarella**
**2012 S. Corning St**
**Los Angeles, CA 90034**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6370**

**Nonpriority creditor's name and mailing address**
**gina ferrara**
**1682-D Amberwood Drive**
**D**
**S. Pasadena, CA 91030**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6371**

**Nonpriority creditor's name and mailing address**
**Gina Marini**
**1535 5th Street**
**Key West, FL 33040**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6372**

**Nonpriority creditor's name and mailing address**
**Gina Mazzoni**
**1431 Ocean Ave**
**Apt #404**
**Santa Monica, CA 90401**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6373**

**Nonpriority creditor's name and mailing address**
**Gina Michel**
**1524 Vivian Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6374**

**Nonpriority creditor's name and mailing address**
**Gina Nila**
**16652 Edgewater Lane**
**Huntington Beach, CA 92649**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

---

**3.637
5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Gina Sevieri**                                                    ☐ Contingent
**8517 Earhart Road #170**                                         ☐ Unliquidated
**Oakland, CA 94621**                                              ☐ Disputed

Date(s) debt was incurred  **2025**                               **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.637
6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**GINA TABBARA**                                                   ☐ Contingent
**3097 SEYFERTH WAY**                                              ☐ Unliquidated
**SAN JOSE, CA 95118-1231**                                        ☐ Disputed

Date(s) debt was incurred  **2025**                               **Basis for the claim:  Warranty**

Last 4 digits of account number  **7**                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.637
7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Gina Tabbara**                                                   ☐ Contingent
**3097 Seyferth Way**                                              ☐ Unliquidated
**San Jose, CA 95118**                                            ☐ Disputed

Date(s) debt was incurred  **2021**                               **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.637
8**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Gina Veeragoudar**                                               ☐ Contingent
**24611 Madison St**                                               ☐ Unliquidated
**Torrance, CA 90505**                                            ☐ Disputed

Date(s) debt was incurred  **2023**                               **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.637
9**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Gina Wilson**                                                    ☐ Contingent
**1945 Tradewinds Lane**                                           ☐ Unliquidated
**Newport Beach, CA 92660**                                       ☐ Disputed

Date(s) debt was incurred  **2023**                               **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.638
0**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Gina wilson**                                                    ☐ Contingent
**1945 Tradewinds Ln**                                             ☐ Unliquidated
**Newport Beach, CA 92660**                                       ☐ Disputed

Date(s) debt was incurred  **2021**                               **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.638
1**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Gina Yzaguirre**                                                 ☐ Contingent
**1840 Park Newport**                                              ☐ Unliquidated
**#308**                                                          ☐ Disputed
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**                               **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                Case number *(if known)* _____
_____
Name

---

| 3.638 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ginger Chien**
**3835 142nd Pl SE**
**Bellevue, WA 98006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.638 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ginny LoPiccolo**
**45090 Via Tornado**
**Temecula, CA 92590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.638 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Giovanni Matta**
**8329 E Lowry Blvd**
**105**
**Denver, CO 80230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.638 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Giovanni Parra**
**26972 Safiro**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.638 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gjt**
**2009 Maple Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.638 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gladis Carranza**
**2223 Rutgers dr**
**Apt. C**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.638 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Gladys DeMarco**
**1648 Federal Creek Lane**
**Maineville, OH 45039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.6389**

**Nonpriority creditor's name and mailing address**

**Gladys Lange**
**701 North Hubbard Street**
**Horicon, WI 53032**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6390**

**Nonpriority creditor's name and mailing address**

**Gleb Rezvukhin**
**5110 Pacific St**
**Rocklin, CA 95677**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6391**

**Nonpriority creditor's name and mailing address**

**Glen Carter**
**251 Brookline Ct.**
**Riva, MD 21140**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6392**

**Nonpriority creditor's name and mailing address**

**Glen Dizon**
**9894 Ravenna Way**
**Cypress, CA 90630**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6393**

**Nonpriority creditor's name and mailing address**

**Glen Dizon**
**6137 James Alan St**
**Cypress, CA 90630**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6394**

**Nonpriority creditor's name and mailing address**

**Glen Douglas**
**5565 Camino Besar**
**Yorba Linda, CA 92887**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.6395**

**Nonpriority creditor's name and mailing address**

**Glen Lister**
**1812 Dover Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                       Case number *(if known)* _____

_____
Name

---

**3.639
6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Glen M Chase**                                                  ☐ Contingent
**16806 116th Avenue Ct E**                                      ☐ Unliquidated
**Puyallup, WA 98374**                                           ☐ Disputed

**Date(s) debt was incurred  2024**                             **Basis for the claim:  Warranty**

**Last 4 digits of account number  _**                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.639
7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Glen Matteo**                                                  ☐ Contingent
**111 S Cambridge Ave Apt 101**                                 ☐ Unliquidated
**Ventnor City, NJ 08406**                                       ☐ Disputed

**Date(s) debt was incurred  2024**                             **Basis for the claim:  Warranty**

**Last 4 digits of account number  _**                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.639
8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Glen Matteo**                                                  ☐ Contingent
**1002 Watertower Way**                                          ☐ Unliquidated
**#105**                                                         ☐ Disputed
**Lantana, FL 33462**

**Date(s) debt was incurred  2021**                             **Basis for the claim:  Warranty**

**Last 4 digits of account number  _**                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.639
9**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Glen Schmick**                                                 ☐ Contingent
**3070 Futura Dr**                                               ☐ Unliquidated
**Unit C**                                                       ☐ Disputed
**Portage, IN 46368**

**Date(s) debt was incurred  2021**                             **Basis for the claim:  Warranty**

**Last 4 digits of account number  _**                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640
0**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Glen Torrance**                                                ☐ Contingent
**Po box 1139. 1553 s Driftcreek rd**                            ☐ Unliquidated
**Lincoln City, OR 97367**                                       ☐ Disputed

**Date(s) debt was incurred  2024**                             **Basis for the claim:  Warranty**

**Last 4 digits of account number  _**                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640
1**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Glen Torrance**                                                ☐ Contingent
**1553 South Drift Creek Road,, po box 113**                     ☐ Unliquidated
**Po box 1139**                                                  ☐ Disputed
**Lincoln City, OR 97367**

**Date(s) debt was incurred  2024**                             **Basis for the claim:  Warranty**

**Last 4 digits of account number  _**                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640
2**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*        **$0.00**

**Glen VerHagen**                                                ☐ Contingent
**1068 Fort Pickens Road**                                       ☐ Unliquidated
**Pensacola Beach, FL 32561-3902**                               ☐ Disputed

**Date(s) debt was incurred  2025**                             **Basis for the claim:  Warranty**

**Last 4 digits of account number  _**                          Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.640 3**

**Nonpriority creditor's name and mailing address**

**Glenda Damm**
**3025 W Michigan St**
**Evansville, IN 47712**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.640 4**

**Nonpriority creditor's name and mailing address**

**Glenda Kulyk**
**3100 Corte Hermosa**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.640 5**

**Nonpriority creditor's name and mailing address**

**Glenda Reher**
**15306 Hildegard Lane**
**Silver Spring, MD 20905**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.640 6**

**Nonpriority creditor's name and mailing address**

**Glenda Sowinski**
**16 Jornada Circle**
**Hot Springs Village, AR 71909**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.640 7**

**Nonpriority creditor's name and mailing address**

**Glendra Bingham**
**29023 Elk Ave**
**Castaic, CA 91384**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.640 8**

**Nonpriority creditor's name and mailing address**

**Glenn Baker**
**7434 Lake Marsha Dr**
**Orlando, FL 32819**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.640 9**

**Nonpriority creditor's name and mailing address**

**Glenn Barton**
**10606 S Indigo Sky Way**
**South Jordan, UT 84009**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number (if known)   _____

---

| 3.641 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GLENN BLAIR**
**25 W Randolph St**
**Apt 608**
**CHICAGO, IL 60601-3514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glenn Evans**
**2555 Daisy Ln**
**Fallbrook, CA 92028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glenn Glass**
**600 Eagle Lake Trail**
**Apt 2219**
**Rome, GA 30165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glenn Harvey**
**8322 Lofty**
**Austin, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glenn Harvey**
**8322 Lofty Lane**
**Round Rock, TX 78681**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glenn Haynes**
**1216 Fanning Drive**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.641 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Glenn Holler**
**18 Alba East**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                              Case number (if known) _____
           Name

---

**3.6417**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Glenn Johnson** | ☐ Contingent |
| **66 Mirtl Rd** | ☐ Unliquidated |
| **Willington, CT 06279** | ☐ Disputed |
| Date(s) debt was incurred  **2022** | **Basis for the claim:   Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.6418**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Glenn Linde** | ☐ Contingent |
| **15314 Gatwick Ln** | ☐ Unliquidated |
| **Fontana, CA 92336** | ☐ Disputed |
| Date(s) debt was incurred  **2022** | **Basis for the claim:   Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.6419**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Glenn Miller** | ☐ Contingent |
| **911 Florida St** | ☐ Unliquidated |
| **Huntington Beach, CA 92648** | ☐ Disputed |
| Date(s) debt was incurred  **2023** | **Basis for the claim:   Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.6420**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Glenn Nahmias** | ☐ Contingent |
| **415 1/2 38th St** | ☐ Unliquidated |
| **Newport Beach, CA 92663** | ☐ Disputed |
| Date(s) debt was incurred  **2023** | **Basis for the claim:   Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.6421**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Glenn Preston** | ☐ Contingent |
| **1130 AJ Lane** | ☐ Unliquidated |
| **Nipomo, CA 93444** | ☐ Disputed |
| Date(s) debt was incurred  **2021** | **Basis for the claim:   Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.6422**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Glenn Preston** | ☐ Contingent |
| **13104 Grape Arbor Way** | ☐ Unliquidated |
| **Poway, CA 92064** | ☐ Disputed |
| Date(s) debt was incurred  **2022** | **Basis for the claim:   Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.6423**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Glenn Ratzlaff** | ☐ Contingent |
| **5246 Saint George Road** | ☐ Unliquidated |
| **Westminster, CA 92683** | ☐ Disputed |
| Date(s) debt was incurred  **2023** | **Basis for the claim:   Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

Debtor **Electric Bike Company, LLC**                        Case number (if known) _____

Name

---

**3.642 4**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Glenn Ratzlaff**                                  ☐ Contingent
**5246 St George Rd**                               ☐ Unliquidated
**Westminster, CA 92683**                           ☐ Disputed

Date(s) debt was incurred  **2022**                **Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.642 5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Glenn Ratzlaff**                                  ☐ Contingent
**5246 St. George**                                 ☐ Unliquidated
**westminster, CA 92683**                           ☐ Disputed

Date(s) debt was incurred  **2022**                **Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.642 6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Glenn Strachan**                                  ☐ Contingent
**10683 Camino Real**                               ☐ Unliquidated
**fountain Valley, CA 92708**                        ☐ Disputed

Date(s) debt was incurred  **2022**                **Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.642 7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Glenn Walcott**                                   ☐ Contingent
**2832 Bayshore Dr.**                               ☐ Unliquidated
**Newport Beach, CA 92663**                         ☐ Disputed

Date(s) debt was incurred  **2021**                **Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.642 8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Glenn White**                                     ☐ Contingent
**708 1/2 Goldenrod Ave**                           ☐ Unliquidated
**Corona del Mar, CA 92625**                         ☐ Disputed

Date(s) debt was incurred  **2021**                **Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.642 9**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Glenna Walker**                                   ☐ Contingent
**4335 Excursion Dr**                               ☐ Unliquidated
**Dalzell, SC 29040**                               ☐ Disputed

Date(s) debt was incurred  **2023**                **Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.643 0**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Glenna Walker**                                   ☐ Contingent
**4335 Excursion Drive**                            ☐ Unliquidated
**Dalzell, SC 29040**                               ☐ Disputed

Date(s) debt was incurred  **2023**                **Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
                    Name

---

**3.643
1**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Glenna Walker**                                                            ☐ Contingent
**4335 EXCURSION DRIVE**                                                      ☐ Unliquidated
**DALZELL, SC 29040**                                                         ☐ Disputed

Date(s) debt was incurred **2023**                                           Basis for the claim: **Warranty**

Last 4 digits of account number __                                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.643
2**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Glenna Walker**                                                            ☐ Contingent
**514 66th Street N.**                                                        ☐ Unliquidated
**Palm Harbor, FL 34684**                                                     ☐ Disputed

Date(s) debt was incurred **2022**                                           Basis for the claim: **Warranty**

Last 4 digits of account number __                                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.643
3**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Gloria Hearn**                                                             ☐ Contingent
**4141 Calimesa Dr**                                                          ☐ Unliquidated
**Lake Havasu City, AZ 86406**                                               ☐ Disputed

Date(s) debt was incurred **2023**                                           Basis for the claim: **Warranty**

Last 4 digits of account number __                                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.643
4**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Gloria Kehoe**                                                             ☐ Contingent
**5263 Mountain Top Rd. East**                                               ☐ Unliquidated
**New Hope, PA 18938**                                                        ☐ Disputed

Date(s) debt was incurred **2021**                                           Basis for the claim: **Warranty**

Last 4 digits of account number __                                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.643
5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Gloria Nelund**                                                            ☐ Contingent
**421 4th St**                                                               ☐ Unliquidated
**Manhattan Beach, CA 90266**                                                ☐ Disputed

Date(s) debt was incurred **2021**                                           Basis for the claim: **Warranty**

Last 4 digits of account number __                                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.643
6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Gloria Vega**                                                              ☐ Contingent
**3827 E spring st.**                                                         ☐ Unliquidated
**Orange, CA 92869**                                                         ☐ Disputed

Date(s) debt was incurred **2022**                                           Basis for the claim: **Warranty**

Last 4 digits of account number __                                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.643
7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Glynis Murray**                                                            ☐ Contingent
**128 Paradise Dr**                                                          ☐ Unliquidated
**Pacifica, CA 94044**                                                       ☐ Disputed

Date(s) debt was incurred **2024**                                           Basis for the claim: **Warranty**

Last 4 digits of account number __                                           Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.643 8**

**Nonpriority creditor's name and mailing address**

**Goldie Hodgson**
**1503 Bryce Canyon Street**
**Boulder City, NV 89005**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.643 9**

**Nonpriority creditor's name and mailing address**

**Goody Smith**
**850 Broadstone Way**
**Apt 406**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.644 0**

**Nonpriority creditor's name and mailing address**

**Goody Smith**
**850 Broadstone Way**
**Apt 406**
**Altamonte Springs, FL 32714**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.644 1**

**Nonpriority creditor's name and mailing address**

**Gordon Armstrong**
**9132 Carrollkown**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.644 2**

**Nonpriority creditor's name and mailing address**

**Gordon Cole**
**2198 North Park Lane**
**Roaming Shores, OH 44084**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.644 3**

**Nonpriority creditor's name and mailing address**

**Gordon DeBever**
**2341 Casement St.**
**San Diego, CA 92123**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.644 4**

**Nonpriority creditor's name and mailing address**

**Gordon Harper**
**460 Westside Drive**
**Gillette, WY 82718**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.644
5**

**Nonpriority creditor's name and mailing address**

**Gordon Holmes
3191 Ella Road
Henrico, VA 23231**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.644
6**

**Nonpriority creditor's name and mailing address**

**Gordon Joelson
4608 Belcrest Way
Sacramento, CA 95821**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.644
7**

**Nonpriority creditor's name and mailing address**

**Gordon Long
10321 E. Day Mt. Spokane Rd.
Mead, WA 99021**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.644
8**

**Nonpriority creditor's name and mailing address**

**Gordon Macdonald
837 Stargazer Lane
Crozet, VA 22932**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.644
9**

**Nonpriority creditor's name and mailing address**

**Gordon Maclean
21221 Longridge
Trabuco Canyon, CA 92679**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.645
0**

**Nonpriority creditor's name and mailing address**

**Gordon Pientka
29620 W. Roberts Rd
Island Lake, IL 60042**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.645
1**

**Nonpriority creditor's name and mailing address**

**Gordon Rathwell
3706 DEVON CT
El Dorado Hills, CA 95762**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.645 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Gordon Rathwell**                    ☐ Contingent
**3706 Devon Ct**                    ☐ Unliquidated
**El Dorado Hills, CA 95762-6208**                    ☐ Disputed

Date(s) debt was incurred  **2025**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.645 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Gordon Rathwell**                    ☐ Contingent
**3706 Devon Ct**                    ☐ Unliquidated
**El Dorado Hills, CA 95762**                    ☐ Disputed

Date(s) debt was incurred  **2024**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.645 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Gordon Smith**                    ☐ Contingent
**21 Bodwell Street**                    ☐ Unliquidated
**Brunswick, ME 04011**                    ☐ Disputed

Date(s) debt was incurred  **2024**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.645 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Gordon Torigoe**                    ☐ Contingent
**4792 Beachwood Ct.**                    ☐ Unliquidated
**Carlsbad, CA 92008**                    ☐ Disputed

Date(s) debt was incurred  **2022**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.645 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Goshie Shanmogam**                    ☐ Contingent
**700 E 11th St**                    ☐ Unliquidated
**Apt 801**                    ☐ Disputed
**Austin, TX 78701**

Date(s) debt was incurred  **2025**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.645 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Govinda Daly**                    ☐ Contingent
**1300 Sunset Drive**                    ☐ Unliquidated
**Petaluma, CA 94952**                    ☐ Disputed

Date(s) debt was incurred  **2020**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.645 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Grace Abrahams**                    ☐ Contingent
**3000 Biscayne Blvd**                    ☐ Unliquidated
**Suite 102**                    ☐ Disputed
**Miami, FL 33137**

Date(s) debt was incurred  **2024**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.645 9**

**Nonpriority creditor's name and mailing address**

**Grace Bardugon**
**221 W Ardmore Pl**
**Salt Lake City, UT 84103-1245**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.646 0**

**Nonpriority creditor's name and mailing address**

**Grace Chung**
**1009 Sycamore St**
**Wyandotte, MI 48192**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.646 1**

**Nonpriority creditor's name and mailing address**

**Grace Conklin**
**3 S. 21st St**
**Edgartown, MA 02539**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.646 2**

**Nonpriority creditor's name and mailing address**

**Grace DiCecco**
**11513 Maull Road**
**Lewes, DE 19958**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.646 3**

**Nonpriority creditor's name and mailing address**

**Grace Hedden**
**405 golf drive**
**Hoover, AL 35226-2316**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.646 4**

**Nonpriority creditor's name and mailing address**

**Grace Hong**
**2018 Santiago Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.646 5**

**Nonpriority creditor's name and mailing address**

**Grace Lewis**
**1523 Marigny St**
**New Orleans, LA 70117**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                     Case number (if known) _____

Name

---

**3.6466**

**Nonpriority creditor's name and mailing address**

**Grace Lewis**
**1977 Hope St**
**New Orleans, LA 70119**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6467**

**Nonpriority creditor's name and mailing address**

**Grace Lewis**
**209 Granberry drive**
**Apt A**
**Austin, TX 78745**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6468**

**Nonpriority creditor's name and mailing address**

**Grace Mayer**
**1281 Stampede Dr.**
**Sequim, WA 98382**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6469**

**Nonpriority creditor's name and mailing address**

**Grace Porco**
**12 Rolling Brook**
**Irvine, CA 92603**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6470**

**Nonpriority creditor's name and mailing address**

**Grace Randolph**
**3901 Oakdale Dr**
**Brownwood, TX 76801**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6471**

**Nonpriority creditor's name and mailing address**

**Grace Rinck**
**601 Beverly Drive**
**ARCADIA, CA 91006**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6472**

**Nonpriority creditor's name and mailing address**

**Grace Theodore**
**150 St Thomas More Rd**
**Thomas More Apartments 514**
**Brighton, MA 02467**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.647 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grace Theodore**
**150 Saint Thomas More Dr**
**Reservoir Apartments #510**
**Chestnut Hill, MA 02467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grace Theodore**
**150 Saint Thomas More Rd**
**Reservoir Apartments 402**
**Chestnut Hill, MA 02467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grace Theodore**
**150 St Thomas more rd**
**Apt.#402A**
**Chestnut Hill, MA 02467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Gracene Moss**
**4000 Pierce St**
**Spc 142**
**Riverside, CA 92505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Graeme Campbell**
**15390 Colleen Ct**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Graeme Campbell**
**15390 Colleen Ct**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.647 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Graham Cranage**
**301 210 First Ave West**
**Qualicum Beach, BC V9K 2P7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                      Case number (if known) _____

Name

---

**3.648 0**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Graham Hoff**                                       ☐ Contingent
**320 quakertown Rd.**                                ☐ Unliquidated
**Quakertown, NJ 08868**                              ☐ Disputed

Date(s) debt was incurred  **2022**                   **Basis for the claim:   Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.648 1**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Graham Loew**                                       ☐ Contingent
**1436 Key View**                                     ☐ Unliquidated
**Corona Del Mar, CA 92625**                          ☐ Disputed

Date(s) debt was incurred  **2022**                   **Basis for the claim:   Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.648 2**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Graham Williams**                                   ☐ Contingent
**301 Blossom Valley Dr**                             ☐ Unliquidated
**Los Gatos, CA 95032**                               ☐ Disputed

Date(s) debt was incurred  **2025**                   **Basis for the claim:   Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.648 3**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Grandma Burke**                                     ☐ Contingent
**1326 Florence Court**                               ☐ Unliquidated
**Daytona Beach, FL 32117**                           ☐ Disputed

Date(s) debt was incurred  **2023**                   **Basis for the claim:   Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.648 4**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Grant Collins**                                     ☐ Contingent
**2043 North Capella Court**                          ☐ Unliquidated
**Costa Mesa, CA 92626**                              ☐ Disputed

Date(s) debt was incurred  **2022**                   **Basis for the claim:   Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.648 5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**grant garrett**                                     ☐ Contingent
**2990 E Avenida De Los Arboles**                     ☐ Unliquidated
**Thousand Oaks, CA 91362**                           ☐ Disputed

Date(s) debt was incurred  **2023**                   **Basis for the claim:   Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.648 6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Grant Gustavson**                                   ☐ Contingent
**2004 Louella Ave**                                  ☐ Unliquidated
**Venice, CA 90291**                                  ☐ Disputed

Date(s) debt was incurred  **2022**                   **Basis for the claim:   Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**
_____   Case number *(if known)* _____
Name

| 3.648 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grant Hensarling**
**404 Dale Hollow Rd.**
**Fort Worth, TX 76103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grant Hensarling**
**404 Dale Hollow Rd**
**FORT WORTH, TX 76103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.648 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grant Kettering**
**2897 Ski Trail Lane**
**Steamboat Springs, CO 80487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grant Mann**
**33980 Avenue H**
**Yucaipa, CA 92399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grant Miller**
**14341 Franklin Ave**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grant Moncur**
**11 Midnight Lane**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.649 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Grant Parker**
**2817 Roger st**
**Sebring, FL 33872**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.649 4**

**Nonpriority creditor's name and mailing address**

**Grant Porter**
**29382 Valerio Ct**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.649 5**

**Nonpriority creditor's name and mailing address**

**grant waters**
**1805 Wall Church Rd**
**wall township, NJ 07719**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.649 6**

**Nonpriority creditor's name and mailing address**

**Grant Whitus**
**151 Swanson Ave.**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.649 7**

**Nonpriority creditor's name and mailing address**

**Granville Valentine**
**169 GREENWOOD AVE**
**SAN RAFAEL, CA 94901**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.649 8**

**Nonpriority creditor's name and mailing address**

**Granville Valentine**
**169 Greenwood Ave**
**San Rafael, CA 94901**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.649 9**

**Nonpriority creditor's name and mailing address**

**Grayson Alexander**
**1263 W Pratt Blvd**
**#507**
**Chicago, IL 60626**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.650 0**

**Nonpriority creditor's name and mailing address**

**Grayson Alexander**
**1433 W Farwell Ave**
**Unit 2**
**Chicago, IL 60626**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.650 1**

**Nonpriority creditor's name and mailing address**

**Greg & Linda Rieder**
**1647 Mousebird Avenue NW**
**Salem, OR 97304**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.650 2**

**Nonpriority creditor's name and mailing address**

**Greg Agee**
**1530 Irvine Ave**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.650 3**

**Nonpriority creditor's name and mailing address**

**Greg Alexander**
**56 Parkcrest**
**Newport Coast, CA 92657**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.650 4**

**Nonpriority creditor's name and mailing address**

**Greg Angstreich**
**4860 Park Newport**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.650 5**

**Nonpriority creditor's name and mailing address**

**greg ashamalla**
**283 lilac lane**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.650 6**

**Nonpriority creditor's name and mailing address**

**Greg Ashamalla**
**283 Lilac Ln**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.650 7**

**Nonpriority creditor's name and mailing address**

**Greg Ashamalla**
**283 Lilac Ln**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
　　　　Name

Case number (if known) _____

---

**3.6508**

**Nonpriority creditor's name and mailing address**
**Greg Ashley**
**12495 23rd Avenue**
**Surrey, BC V4A2C5**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6509**

**Nonpriority creditor's name and mailing address**
**Greg Babakhanian**
**25872 Spruce Lane**
**LAGUNA Hills, CA 92653**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6510**

**Nonpriority creditor's name and mailing address**
**Greg Babakhanian**
**25872 Spruce Lane**
**Laguna Hills, CA 92653**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6511**

**Nonpriority creditor's name and mailing address**
**Greg Beck**
**61205 Cactus Spring Dr.**
**La Quinta, CA 92253**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6512**

**Nonpriority creditor's name and mailing address**
**Greg Beckwith**
**702 Crown Meadow Drive**
**Great Falls, VA 22066**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6513**

**Nonpriority creditor's name and mailing address**
**Greg Bell**
**162 Jasmine Ln N**
**Enumclaw, WA 98022**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6514**

**Nonpriority creditor's name and mailing address**
**Greg Bergman**
**296 West Seventh St**
**Minster, OH 45865**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.651 5**

**Nonpriority creditor's name and mailing address**

**Greg Brannis**
**240 Loyola Rd**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.651 6**

**Nonpriority creditor's name and mailing address**

**Greg Brisendine**
**242 Breeze Loop**
**Palm Springs, CA 92262**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.651 7**

**Nonpriority creditor's name and mailing address**

**Greg Brisendine**
**242 Breeze Loop**
**Palm Springs, CA 92262**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.651 8**

**Nonpriority creditor's name and mailing address**

**Greg Butler**
**391 Vista Way**
**Chula Vista, CA 91910**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.651 9**

**Nonpriority creditor's name and mailing address**

**Greg Carlwood**
**3744 Gayle St**
**San Diego, CA 92115**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.652 0**

**Nonpriority creditor's name and mailing address**

**Greg Carter**
**50 Town Center Parkway**
**Santee, CA 92071**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.652 1**

**Nonpriority creditor's name and mailing address**

**Greg Christensen**
**3113 N 800 E**
**LEHI, UT 84043**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.652 2**

**Nonpriority creditor's name and mailing address**

**Greg Cole**
**3662 G 4 10 rd**
**Palisade, CO 81526**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.652 3**

**Nonpriority creditor's name and mailing address**

**Greg Cook**
**570 Metroplex Drive**
**Nashville, TN 37211**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.652 4**

**Nonpriority creditor's name and mailing address**

**Greg Corbat**
**11774 East Adams Road**
**Wheeler, MI 48662**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.652 5**

**Nonpriority creditor's name and mailing address**

**Greg Corbat**
**11774 East Adams Road**
**Wheeler, MI 48662**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.652 6**

**Nonpriority creditor's name and mailing address**

**Greg Correll**
**2870 n e 35 street**
**Fort lauderdale, FL 33306**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.652 7**

**Nonpriority creditor's name and mailing address**

**Greg Crespo**
**380 Villa Point Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.652 8**

**Nonpriority creditor's name and mailing address**

**Greg Crespo**
**380 Villa Point Dr.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

| | |
|---|---|
| **3.652 9** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Greg Davis**
**28 Fairdawn**
**Irvine, CA 92614**                                         ☐ Contingent
                                                            ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**                      Basis for the claim:  **Warranty**

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.653 0** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Greg Dean**
**12720 West 11th Place**
**Golden, CO 80401**                                        ☐ Contingent
                                                            ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **_**                      Basis for the claim:  **Warranty**

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.653 1** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Greg Denk**
**5434 East Lincoln Drive**
**Paradise Valley, AZ 85253**                               ☐ Contingent
                                                            ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**                      Basis for the claim:  **Warranty**

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.653 2** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Greg Dessau**
**499 Saint Andrews Road**
**Newport Beach, CA 92663**                                 ☐ Contingent
                                                            ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **_**                      Basis for the claim:  **Warranty**

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.653 3** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**greg estrada**
**4526 ostrom ave**
**lakewood, CA 90713**                                      ☐ Contingent
                                                            ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **_**                      Basis for the claim:  **Warranty**

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.653 4** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Greg Felix**
**14707 Costa Mesa Dr**
**La Mirada, CA 90638**                                     ☐ Contingent
                                                            ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **_**                      Basis for the claim:  **Warranty**

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

| | |
|---|---|
| **3.653 5** | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Greg Felx**
**14707 Costa Mesa Dr**
**La Mirada, CA 90638**                                     ☐ Contingent
                                                            ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **_**                      Basis for the claim:  **Warranty**

                                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.653 6**

**Nonpriority creditor's name and mailing address**

**Greg Francis**
**7526 Radcliffe**
**Brighton, MI 48114**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.653 7**

**Nonpriority creditor's name and mailing address**

**Greg Frazer**
**206 Lake Manor Rd**
**Chapel Hill, NC 27516**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.653 8**

**Nonpriority creditor's name and mailing address**

**Greg Harwood**
**508 Babcock Blvd**
**Delano, MN 55328**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.653 9**

**Nonpriority creditor's name and mailing address**

**Greg Heavlin**
**7031 Depot Rd**
**Lisbon, OH 44432**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.654 0**

**Nonpriority creditor's name and mailing address**

**Greg Heavlin**
**7031 Depot Rd**
**Lisbon, OH 44432**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.654 1**

**Nonpriority creditor's name and mailing address**

**greg hsu**
**2438 tour edition dr**
**henderson, NV 89074**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.654 2**

**Nonpriority creditor's name and mailing address**

**Greg Huber**
**3043 Cottonwood Way SW**
**Medicine Hat, AB T1B 4J6**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.654
3**

**Nonpriority creditor's name and mailing address**

**Greg Kukuk**
**2024 Breen Dr**
**Reno, NV 89509**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.654
4**

**Nonpriority creditor's name and mailing address**

**Greg Lauer**
**722 10th Street**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.654
5**

**Nonpriority creditor's name and mailing address**

**Greg Marsello**
**P.O. Box 218**
**Jackson, NH 03846**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.654
6**

**Nonpriority creditor's name and mailing address**

**Greg Masterson**
**1102 Benjamin Franklin Drive Apt 610**
**Sarasota, FL 34236**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.654
7**

**Nonpriority creditor's name and mailing address**

**Greg Masterson**
**1102 Benjamin Franklin Drive**
**Apt 610**
**Sarasota, FL 34236**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.654
8**

**Nonpriority creditor's name and mailing address**

**Greg Matthews**
**1912 Mission Cliff Dr**
**San Diego, CA 92116**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.654
9**

**Nonpriority creditor's name and mailing address**

**Greg McClelland**
**7542 E Lockwood Circle**
**Mesa, AZ 85207**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
　　　　　Name

---

| 3.655 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Greg Miller**
**28 Oldmill Road,**
**Ancaster, ON L9G 5E2**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Greg Miller**
**6232 Pebble Shore Lane**
**Southport, NC 28461**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Greg Moses**
**591 Finnegan Ridge**
**Friday Harbor, WA 98250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Greg Newman**
**25023 1st Avenue North**
**Hillsdale, IL 61257**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Greg Parker**
**149 Via Waziers**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**GREG perkins**
**802 park lane dr.**
**Champaign, IL 61820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Greg Pope**
**22760 Van Buren Street**
**Grand Terrace, CA 92313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
                 Name

---

**3.655** **7**

**Nonpriority creditor's name and mailing address**
**Greg Porter**
**1409 Tallberry Dr**
**Cincinnati, OH 45230**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.655** **8**

**Nonpriority creditor's name and mailing address**
**Greg Primmer**
**2955 Old Lakeshore Road**
**Brights Grove, ON N0N 1C0**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.655** **9**

**Nonpriority creditor's name and mailing address**
**Greg Primmer**
**2955 Old Lakeshore Road**
**Brights Grove, ON N0N 1C0**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.656** **0**

**Nonpriority creditor's name and mailing address**
**Greg Primmer**
**3605 32nd Street**
**Port Huron, MI 48060**

Date(s) debt was incurred  **2020**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.656** **1**

**Nonpriority creditor's name and mailing address**
**Greg Radle**
**5772 Grimsby Drive**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.656** **2**

**Nonpriority creditor's name and mailing address**
**Greg Radle**
**5772 Grimsby Drive**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2020**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.656** **3**

**Nonpriority creditor's name and mailing address**
**Greg Ramsay**
**121 Ruxton Ave**
**#101**
**Manitou Springs, CO 80829**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

_____
Name

---

| 3.656 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Greg Razmus**
**1311 7th street road**
**Corbin, KY 40701**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.656 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Greg Rex**
**1350 Titan Way**
**Brea, CA 92821**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.656 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Greg Rice**
**10767 Anna lane**
**Independence, KY 41051**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.656 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Greg Rice**
**11001 N Buckskin Ct**
**Peoria, IL 61615**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.656 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Greg Ries**
**6633 Broken Stick Ct**
**Kamas, UT 84036**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.656 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Greg Rochocki**
**626 STUART DR**
**Carol Stream, IL 60188**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.657 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Greg Royer**
**115 Cremona Heights,**
**PO Box 630**
**Cremona, AB T0M 0R0**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                            Case number (if known) _____
          Name

---

| 3.657 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Greg Saffell**
**2199 E Buster Mountain Drive**
**Oro Valley, AZ 85755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.657 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Greg Sarkin**
**1101 Parkside Main**
**Ste 103**
**Greensboro, GA 30642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.657 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Greg Sarkin**
**1101 Parkside Main suite 103**
**Greensboro, GA 30642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.657 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Greg Sarkin**
**1101 Parkside Main**
**Ste 103**
**Greensboro, GA 30642**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.657 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Greg Schneider**
**40980 Rodgers Mountain Loop**
**Scio, OR 97374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.657 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Greg Schofield**
**1037 S. 40th Place**
**Springfield, OR 97478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.657 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Greg Schofield**
**1037 S 40th Pl**
**Springfield, OR 97478**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

**3.657 8**

**Nonpriority creditor's name and mailing address**

**Greg Schofield**
**1037 S 40th Pl**
**Springfield, OR 97478**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.657 9**

**Nonpriority creditor's name and mailing address**

**greg shepherd**
**6165 S Forest Ct**
**Centennial, CO 80121**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.658 0**

**Nonpriority creditor's name and mailing address**

**greg simmons**
**2805 Turtle Shores Dr**
**Fernandina Beach, FL 32034**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.658 1**

**Nonpriority creditor's name and mailing address**

**greg simmons**
**2805 Turtle shores dr**
**fernandina beach, FL 32034**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.658 2**

**Nonpriority creditor's name and mailing address**

**Greg Simmons**
**607 Farnham Court**
**N. Chesterfield, VA 23236**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.658 3**

**Nonpriority creditor's name and mailing address**

**Greg Sowle**
**30902 Clubhouse Drive**
**UNIT 4E**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.658 4**

**Nonpriority creditor's name and mailing address**

**Greg Starr**
**1910 Waverly Lane**
**Algonquin, IL 60102**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

**3.658
5**

**Nonpriority creditor's name and mailing address**

**Greg Surma**
**41146 56th ave**
**Rice, MN 56367**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.658
6**

**Nonpriority creditor's name and mailing address**

**Greg Tailin**
**609 Alta Vista Cir**
**South Pasadena, CA 91030**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.658
7**

**Nonpriority creditor's name and mailing address**

**Greg Thomas**
**14312 Webber place**
**Westminster, CA 92683**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.658
8**

**Nonpriority creditor's name and mailing address**

**Greg Thomas**
**14312 Webber Place**
**Westminster, CA 92683**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.658
9**

**Nonpriority creditor's name and mailing address**

**GREG THOMAS**
**1626 Cowboy Chaps Place**
**Henderson, NV 89002**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.659
0**

**Nonpriority creditor's name and mailing address**

**GREG THOMAS**
**1626 COWBOY CHAPS PL**
**HENDERSON, NV 89002**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.659
1**

**Nonpriority creditor's name and mailing address**

**Greg Thrasher**
**14502 Windigo Lane**
**Orlando, FL 32828**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.659 2**

**Nonpriority creditor's name and mailing address**

**Greg Tornga**
**3302 South Tehama Circle**
**Flagstaff, AZ 86005**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _ _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.659 3**

**Nonpriority creditor's name and mailing address**

**Greg White**
**2350 North Orchard Street**
**Unit #205**
**CHICAGO, IL 60614**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _ _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.659 4**

**Nonpriority creditor's name and mailing address**

**Greg Whitfield**
**547 Harr Town Road**
**Blountville, TN 37617**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _ _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.659 5**

**Nonpriority creditor's name and mailing address**

**Greg Wilins**
**12304 N Partridge Way**
**Hayden, ID 83835**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _ _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.659 6**

**Nonpriority creditor's name and mailing address**

**Greg Wilson**
**2130 Plaza Del Amo Unit 154**
**Torrance, CA 90501**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _ _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.659 7**

**Nonpriority creditor's name and mailing address**

**Greg Wilson**
**2130 Plaza Del Amo unit 154**
**Torrance, CA 90501**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _ _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.659 8**

**Nonpriority creditor's name and mailing address**

**Greg Wolff**
**200 bridal way**
**Unit 262**
**Yakima, WA 98901**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  _ _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.6599**

Nonpriority creditor's name and mailing address

**Greg Woodbridge**
**9580 Grove Road**
**Brooksville, FL 34613**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6600**

Nonpriority creditor's name and mailing address

**Greg Wright**
**8 Sutherland Dr**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6601**

Nonpriority creditor's name and mailing address

**Greg Zamzow**
**6101 Washington Circle**
**Wauwatosa, WI 53213**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6602**

Nonpriority creditor's name and mailing address

**Gregg Davis**
**417 Blacktail Heights Road #1072**
**Lakeside, MT 59922**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6603**

Nonpriority creditor's name and mailing address

**Gregg Davis**
**417 Blacktail Hts. Rd.**
**P. O. Box 1072**
**Lakeside, MT 59922**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6604**

Nonpriority creditor's name and mailing address

**Gregg Leone**
**6080 ALTO VELO WAY**
**Naples, FL 34113**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6605**

Nonpriority creditor's name and mailing address

**Gregg Potter**
**42586 Devonshire St.**
**Palm Desert, CA 92211**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.660 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gregg Rutter**
**14488 Maghan Road**
**Deerwood, MN 56444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gregg Sausser**
**212 S Wide River Road**
**Post Falls, ID 83854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gregg Sausser**
**212 S Wide River Rd**
**Post Falls, ID 83854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.660 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gregg Savage**
**20761 Elizabeth Ln.**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gregg Slapak**
**405 West Front Street, #404**
**Wheaton, IL 60187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Gregg Slapak**
**405 West Front Street, #404**
**Wheaton, IL 60187**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.661 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**GREGG SOLBERG**
**1605 S GARY ST**
**ANAHEIM, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.661 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gregory Baranoff**
**1220 High Ridge Lane**
**Santa Barbara, CA 93103**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.661 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gregory Beckwith**
**702 Crown Meadow Drive**
**Great Falls, VA 22066**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.661 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gregory Bergman**
**296 W. 7th St.**
**Minster, OH 45865**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.661 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gregory Bolton**
**156 Iron Hill Way**
**Collegeville, PA 19426**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.661 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gregory Buntain**
**1118 Big Rock Loop**
**Los Alamos, NM 87544**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.661 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gregory Chevrier**
**2080 Somerville dr**
**Oxford, MI 48371**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.661 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gregory Coker**
**4400 N Federal Hwy**
**Ste 156**
**Boca Raton, FL 33431**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

| 3.662 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Gregory Cormier**
**14667 Quicksilver st.nw.**
**Ramsey, MN 55303**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.662 1**
**Nonpriority creditor's name and mailing address**
**Gregory Cuff**
**980 SE Creekside Dr.**
**College Place, WA 99324**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.662 2**
**Nonpriority creditor's name and mailing address**
**Gregory DePaul**
**3039 Eldridge Ave**
**Bellingham, WA 98225**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.662 3**
**Nonpriority creditor's name and mailing address**
**Gregory Doll**
**3800 Highland Avenue**
**Top Floor**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.662 4**
**Nonpriority creditor's name and mailing address**
**Gregory Dowd**
**17623 Pine Ave**
**Fontana, CA 92335**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.662 5**
**Nonpriority creditor's name and mailing address**
**Gregory Eells**
**409 SE 20th St**
**Apt 8**
**Fort Lauderdale, FL 33316**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.662 6**
**Nonpriority creditor's name and mailing address**
**Gregory Etts**
**1371 Elizabeth St**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.662 7**

**Nonpriority creditor's name and mailing address**

**Gregory Fox**
**1 W Pittsburgh St Apt B**
**Delmont, PA 15626**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.662 8**

**Nonpriority creditor's name and mailing address**

**Gregory Hammann**
**648 Ocean Palm Way**
**St. Augustine, FL 32080**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.662 9**

**Nonpriority creditor's name and mailing address**

**Gregory Howard**
**7225 Wrightsville Ave Apt 405**
**Wilmington, NC 28403**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.663 0**

**Nonpriority creditor's name and mailing address**

**Gregory Huber**
**356 7 East Avenue**
**Dunmore, AB T1B 0J5**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.663 1**

**Nonpriority creditor's name and mailing address**

**Gregory Huber**
**3053 Cottonwood Way SW**
**Medicine Hat, AB T1B 4J6**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.663 2**

**Nonpriority creditor's name and mailing address**

**Gregory Jones**
**17429 E 15th Ave**
**Spokane Valley, WA 99016**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.663 3**

**Nonpriority creditor's name and mailing address**

**Gregory Jones**
**17429 E 15th Ave**
**Spokane Valley, WA 99016**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                   Case number (if known) _____
        Name

---

| 3.663 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gregory Kallenberg**
**1082 Gabriel s Path**
**Shreveport, LA 71106-7771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gregory Kallenberg**
**1082 Gabriel's Turn**
**Shreveport, LA 71106-7771**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gregory Kallenberg**
**401 Market St.**
**Suite 860**
**Shreveport, LA 71101**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gregory Kennedy**
**1932 Payne Ave N**
**Maplewood, MN 55117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gregory Koehlinger**
**4 Chipping Campden Drive**
**South Barrington, IL 60010**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.663 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gregory Link**
**714 N. 3rd Street**
**Coeur d'Alene, ID 83814**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.664 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Gregory Matthews**
**1912 Mission Cliff Dr**
**San Diego, CA 92116**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
| | Name | |

---

**3.664
1**

**Nonpriority creditor's name and mailing address**

**Gregory Millichap**
**P.O 5730**
**Huntington Beach, CA 92615**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.664
2**

**Nonpriority creditor's name and mailing address**

**Gregory Moses**
**591 Finnegan Ridge**
**Friday Harbor, WA 98250**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.664
3**

**Nonpriority creditor's name and mailing address**

**Gregory Moses**
**591 Finnegan Ridge**
**Friday Harbor, WA 98250**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.664
4**

**Nonpriority creditor's name and mailing address**

**Gregory Mosteller**
**213 WESTSIDE DR**
**Chapel Hill, NC 27516**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.664
5**

**Nonpriority creditor's name and mailing address**

**Gregory Mosteller**
**213 Westside Drive**
**Chapel Hill, NC 27516**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.664
6**

**Nonpriority creditor's name and mailing address**

**Gregory Munford**
**3119 17th St N**
**Arlington, VA 22201**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.664
7**

**Nonpriority creditor's name and mailing address**

**Gregory Munford**
**3119 N 17th Street**
**Arlington, VA 22201**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

**3.6648**

**Nonpriority creditor's name and mailing address**

**Gregory Nardone**
**15 Brookdale Dr**
**Bay Shore, NY 11706**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6649**

**Nonpriority creditor's name and mailing address**

**Gregory Otto**
**3928 Johnshropshire**
**Williamsburg, VA 23188**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6650**

**Nonpriority creditor's name and mailing address**

**Gregory Otto**
**3928 Shropshire**
**Williamsburg, VA 23188**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6651**

**Nonpriority creditor's name and mailing address**

**Gregory Payne**
**10687 N Solar Dr**
**Littleton, CO 80125**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6652**

**Nonpriority creditor's name and mailing address**

**Gregory Peisert**
**25 Linden Ave**
**Dayton, OH 45403**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6653**

**Nonpriority creditor's name and mailing address**

**Gregory Peisert**
**25 Linden Ave**
**Dayton, OH 45403-1917**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6654**

**Nonpriority creditor's name and mailing address**

**Gregory Pope**
**22760 Van Buren Street**
**Grand Terrace, CA 92313**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____

_____Name_____

---

**3.665 5**

**Nonpriority creditor's name and mailing address**

**gregory porter**
**1409 Tallberry Dr**
**Cincinnati, OH 45230**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.665 6**

**Nonpriority creditor's name and mailing address**

**Gregory Pulaski**
**406 N. Fourth Ave.**
**Chenoa, IL 61726**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.665 7**

**Nonpriority creditor's name and mailing address**

**Gregory Rochocki**
**626 Stuart Drive**
**Carol Stream, IL 60188**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.665 8**

**Nonpriority creditor's name and mailing address**

**Gregory Schnack**
**1600 ARDMORE AVE**
**UNIT 414**
**HERMOSA BEACH, CA 90254-3011**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.665 9**

**Nonpriority creditor's name and mailing address**

**Gregory Slapak**
**405 West Front Street**
**404**
**Wheaton, IL 60187**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.666 0**

**Nonpriority creditor's name and mailing address**

**Gregory Sowle**
**30902 Clubhouse Drive Unit 4E**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.666 1**

**Nonpriority creditor's name and mailing address**

**Gregory Spurlock**
**23961 Scenic Dr**
**Crestline, CA 92325**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

| 3.666 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gregory Stube**
**76 Park St**
**Rockland, ME 04841**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.666 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gregory Surma**
**41146 56th ave**
**Rice, MN 56367**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.666 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gregory Timmons**
**507 Gay st**
**Knoxville, TN 37902**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.666 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gregory Vos**
**55 Snow Peak Ct**
**Dillon, CO 80435**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.666 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gregory Vos**
**55 Snow Peak Ct**
**Dillon, CO 80435-7924**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.666 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gregory Walters**
**301 S. Gulfview Blvd. unit 701**
**Clearwater, FL 33767**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.666 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Gregory Warmsley**
**393 Ramona Way**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known)  _____

Name

---

**3.6669**

**Nonpriority creditor's name and mailing address**

**Greta Harrison**
**2606 Wavecrest Dr**
**Corona del Mar, CA 92625**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6670**

**Nonpriority creditor's name and mailing address**

**Gretchen Benes**
**1408 Clay St**
**Newport Beach, CA 92663**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6671**

**Nonpriority creditor's name and mailing address**

**Gretchen Hurtt**
**350 Noxontown Rd**
**Middletown, DE 19709**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6672**

**Nonpriority creditor's name and mailing address**

**Gretchen Leonard**
**431 Riverside Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6673**

**Nonpriority creditor's name and mailing address**

**Gretchen Rossi**
**945 Placentia Avenue**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6674**

**Nonpriority creditor's name and mailing address**

**Gretchen Wilmer**
**2910 Martel Crk**
**Rescue, CA 95672**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6675**

**Nonpriority creditor's name and mailing address**

**Gretchen Wilmer**
**2910 Martel Creek Road**
**Rescue, CA 95672**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                      Case number (if known) _____
                Name

---

**3.667 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**GRIFF PRIVETT**                                            ☐ Contingent
**10 trumpet vine**                                          ☐ Unliquidated
**Ladera Ranch, CA 92694-0737**                             ☐ Disputed

Date(s) debt was incurred  **2021**                         Basis for the claim:   **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.667 7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Griffin Dunne**                                            ☐ Contingent
**4901 south 1000 east**                                     ☐ Unliquidated
**victor, ID 83455**                                        ☐ Disputed

Date(s) debt was incurred  **2023**                         Basis for the claim:   **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.667 8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Griffin Myers**                                            ☐ Contingent
**1124 Reliance Drive**                                      ☐ Unliquidated
**Franklin, TN 37067**                                      ☐ Disputed

Date(s) debt was incurred  **2021**                         Basis for the claim:   **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.667 9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Grigoriy Gittsovich**                                      ☐ Contingent
**14425 Strathmore ln Unit 805**                            ☐ Unliquidated
**Del Ray Beach, FL 33446**                                 ☐ Disputed

Date(s) debt was incurred  **2023**                         Basis for the claim:   **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.668 0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Griselda Ruiz**                                            ☐ Contingent
**619 South Baker St**                                       ☐ Unliquidated
**Santa Ana, CA 92703**                                     ☐ Disputed

Date(s) debt was incurred  **2023**                         Basis for the claim:   **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.668 1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**GUENTER LUECK**                                            ☐ Contingent
**8 ALFRED DRIVE**                                           ☐ Unliquidated
**POUGHKEEPSIE, NY 12603**                                  ☐ Disputed

Date(s) debt was incurred  **2023**                         Basis for the claim:   **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.668 2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Guilaine Ballet**                                          ☐ Contingent
**126 Parks Hill rd**                                        ☐ Unliquidated
**Schenevus, NY 12155**                                     ☐ Disputed

Date(s) debt was incurred  **2021**                         Basis for the claim:   **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.668
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Guillermo Flores**<br>**8432 Saru Circle**<br>**D**<br>**Huntington Beach, CA 92647** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __2022__ | **Basis for the claim:** __Warranty__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.668
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Guillermo Flores**<br>**8432 Saru Circle**<br>**D**<br>**Huntington Beach, CA 92647** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __2022__ | **Basis for the claim:** __Warranty__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.668
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Guillermo Pedroni**<br>**431 York St.**<br>**Bolingbrook, IL 60440** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __2021__ | **Basis for the claim:** __Warranty__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.668
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Guillermo Razo**<br>**1855 Dornoch Ct**<br>**Suite 100**<br>**San Diego, CA 92154** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __2024__ | **Basis for the claim:** __Warranty__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.668
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Gus Basualdo**<br>**7215 Willet Cir**<br>**Carlsbad, CA 92011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __2020__ | **Basis for the claim:** __Warranty__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.668
8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **gus vargas**<br>**2160 Santa Barbara Ave**<br>**san luis obispo, CA 93401** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __2022__ | **Basis for the claim:** __Warranty__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.668
9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Gustavo Flores Moreno**<br>**1928 E. VanOwen**<br>**E**<br>**Orange, CA 92804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| **Date(s) debt was incurred** __2022__ | **Basis for the claim:** __Warranty__ | |
| **Last 4 digits of account number** _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**    Case number (if known) _____
_____
Name

---

**3.6690**

**Nonpriority creditor's name and mailing address**

**GUSTUF PALMQUIST**
**626 OAKRIDGE DR**
**FORSYTH, GA 31029**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6691**

**Nonpriority creditor's name and mailing address**

**Guy Bowles**
**7027 Rubio Ave**
**Van Nuys, CA 91406-3716**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6692**

**Nonpriority creditor's name and mailing address**

**Guy Foss**
**9247 Lomida Lane**
**Loomis, CA 95650**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6693**

**Nonpriority creditor's name and mailing address**

**guy gotschall**
**3509 st paul rd**
**HAMPSTEAD, MD 21074**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6694**

**Nonpriority creditor's name and mailing address**

**guy gotschall**
**3509 st paul rd**
**hampstead, MD 21074**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6695**

**Nonpriority creditor's name and mailing address**

**Guy Grimes**
**22002 Newport Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6696**

**Nonpriority creditor's name and mailing address**

**Guy Inzalaco**
**1304 East Balboa**
**Newport Beach, CA 92661**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                           Case number (if known) _____
_____
Name

---

**3.6697**

**Nonpriority creditor's name and mailing address**

**Guy Mcatee**
**9720 W Peoria Ave**
**110**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.6698**

**Nonpriority creditor's name and mailing address**

**Guy McAtee**
**32212 N 17th Dr**
**Phoenix, AZ 85085**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.6699**

**Nonpriority creditor's name and mailing address**

**guy pritchard**
**9361 triana terrace unit 2**
**Fort myers, FL 33912**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.6700**

**Nonpriority creditor's name and mailing address**

**Guy Richards**
**917 Hillview Drive**
**Lemont, IL 60439**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.6701**

**Nonpriority creditor's name and mailing address**

**Guy Richards**
**917 HILLVIEW DR**
**LEMONT, IL 60439**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.6702**

**Nonpriority creditor's name and mailing address**

**Guy Richards**
**917 hillview**
**Lemont, IL 60439**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.6703**

**Nonpriority creditor's name and mailing address**

**guy richards**
**917 Hillview Dr**
**Lemont, IL 60439**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
　　　　　　 Name

---

**3.670
4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Guy Young**                                                           ☐ Contingent
**21551 Archer Circle**                                                 ☐ Unliquidated
**Huntington Beach, CA 92646**                                          ☐ Disputed

Date(s) debt was incurred _**2021**_                                    **Basis for the claim:** _**Warranty**_

Last 4 digits of account number __

                                                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.670
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Gwen Cameron**                                                        ☐ Contingent
**3938 G 2/10 Road**                                                    ☐ Unliquidated
**Palisade, CO 81526**                                                  ☐ Disputed

Date(s) debt was incurred _**2023**_                                    **Basis for the claim:** _**Warranty**_

Last 4 digits of account number __

                                                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.670
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**gwen phillips**                                                       ☐ Contingent
**561 garden terrace drive**                                            ☐ Unliquidated
**unit 302**                                                            ☐ Disputed
**wilmington, NC 28405**

Date(s) debt was incurred _**2023**_                                    **Basis for the claim:** _**Warranty**_

Last 4 digits of account number __

                                                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.670
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Gwendolyn Climmons-Johnson**                                         ☐ Contingent
**2922 Bull Run Court**                                                 ☐ Unliquidated
**Missouri City, TX 77459**                                             ☐ Disputed

Date(s) debt was incurred _**2021**_                                    **Basis for the claim:** _**Warranty**_

Last 4 digits of account number __

                                                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.670
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Gwyn Wiadro**                                                         ☐ Contingent
**210 Via Dijon**                                                       ☐ Unliquidated
**Newport Beach, CA 92663**                                            ☐ Disputed

Date(s) debt was incurred _**2023**_                                    **Basis for the claim:** _**Warranty**_

Last 4 digits of account number __

                                                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.670
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Gyan Tatiya**                                                         ☐ Contingent
**37 South St**                                                         ☐ Unliquidated
**4**                                                                   ☐ Disputed
**Medford, MA 02155**

Date(s) debt was incurred _**2023**_                                    **Basis for the claim:** _**Warranty**_

Last 4 digits of account number __

                                                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.671
0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Hadleigh Savage**                                                     ☐ Contingent
**427 Moore Street**                                                    ☐ Unliquidated
**Johnstown, PA 15901**                                                 ☐ Disputed

Date(s) debt was incurred _**2024**_                                    **Basis for the claim:** _**Warranty**_

Last 4 digits of account number __

                                                                       Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.671**
**1**

**Nonpriority creditor's name and mailing address**

**Hagop Giragossian**
**761 N Hill Ave**
**Pasadena, CA 91104**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.671**
**2**

**Nonpriority creditor's name and mailing address**

**Haiau Han**
**236 Follyhatch**
**Irvine, CA 92618**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.671**
**3**

**Nonpriority creditor's name and mailing address**

**Hailee Koehler**
**1335 Gaylord St.**
**#206**
**Denver, CO 80206**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.671**
**4**

**Nonpriority creditor's name and mailing address**

**Hailey**
**527 Royal Plaza Drive**
**Fort Lauderdale, FL 33301**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.671**
**5**

**Nonpriority creditor's name and mailing address**

**Hailey Bramhall**
**3200 NW Alberta St.**
**Bentonville, AR 72712**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.671**
**6**

**Nonpriority creditor's name and mailing address**

**Hal Morris**
**16 Ambito St.**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.671**
**7**

**Nonpriority creditor's name and mailing address**

**Hal Morris**
**16 ambito st**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.671**
**8**

**Nonpriority creditor's name and mailing address**

**Haleigh Tutrow**
**50 W 72nd Street**
**Apt 215**
**New York, NY 10023**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.671**
**9**

**Nonpriority creditor's name and mailing address**

**Haley Altman-Cipot**
**533 West Wilson Unit #4**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672**
**0**

**Nonpriority creditor's name and mailing address**

**Haley Hansen**
**603 Kent Ln**
**White Lake, MI 48386**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672**
**1**

**Nonpriority creditor's name and mailing address**

**Haley Qaissaunee**
**36807 Crooked Hammock Way**
**Unit 3-205**
**Lewes, DE 19958**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672**
**2**

**Nonpriority creditor's name and mailing address**

**Hallie Greenberg**
**194 Liberty St**
**Randolph, MA 02368**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672**
**3**

**Nonpriority creditor's name and mailing address**

**Hanan Kovens**
**218 Mountain Top Drive**
**Park City, UT 84060**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672**
**4**

**Nonpriority creditor's name and mailing address**

**Hanh Nguyen**
**7677 Windsong Rd**
**San Diego, CA 92126**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
           Name

---

**3.672
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Hannah Andrews**                                          ☐ Contingent
**3010 Woods End Drive**                                    ☐ Unliquidated
**Joppa, MD 21085**                                         ☐ Disputed

Date(s) debt was incurred **2024**                         **Basis for the claim:  Warranty**

Last 4 digits of account number __                         Is the claim subject to offset? ■ No  ☐ Yes

---

**3.672
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Hannah Barganier**                                        ☐ Contingent
**1439 Graham St**                                          ☐ Unliquidated
**Atlanta, GA 30310**                                       ☐ Disputed

Date(s) debt was incurred **2022**                         **Basis for the claim:  Warranty**

Last 4 digits of account number __                         Is the claim subject to offset? ■ No  ☐ Yes

---

**3.672
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Hannah Davis**                                            ☐ Contingent
**2004 tall grass ln**                                      ☐ Unliquidated
**Apt 102**                                                 ☐ Disputed
**Canonsburg, PA 15317**

Date(s) debt was incurred **2025**                         **Basis for the claim:  Warranty**

Last 4 digits of account number __                         Is the claim subject to offset? ■ No  ☐ Yes

---

**3.672
8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Hannah Harmon**                                           ☐ Contingent
**714 19th St. NE**                                         ☐ Unliquidated
**Washington, DC 20002**                                    ☐ Disputed

Date(s) debt was incurred **2024**                         **Basis for the claim:  Warranty**

Last 4 digits of account number __                         Is the claim subject to offset? ■ No  ☐ Yes

---

**3.672
9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Hannah Metcalf**                                          ☐ Contingent
**7139 Conser St**                                          ☐ Unliquidated
**Overland Park, KS 66204**                                 ☐ Disputed

Date(s) debt was incurred **2025**                         **Basis for the claim:  Warranty**

Last 4 digits of account number **7**                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.673
0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Hannah Metcalf**                                          ☐ Contingent
**7139 CONSER ST**                                          ☐ Unliquidated
**Overland Park, KS 66204**                                 ☐ Disputed

Date(s) debt was incurred **2025**                         **Basis for the claim:  Warranty**

Last 4 digits of account number __                         Is the claim subject to offset? ■ No  ☐ Yes

---

**3.673
1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Hannah Schum**                                            ☐ Contingent
**2452 Vale Way**                                           ☐ Unliquidated
**Erie, CO 80516**                                          ☐ Disputed

Date(s) debt was incurred **2025**                         **Basis for the claim:  Warranty**

Last 4 digits of account number __                         Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.673
2**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Hannah Trubiano**<br>**1 Venus Circle**<br>**Franklin, MA 02038** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.673
3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Harborside Tint**<br>**4131 US 23 N.**<br>**Alpena, MI 49707** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.673
4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Hardy McLain**<br>**2168 E Ocean Front**<br>**Newport Beach, CA 92661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.673
5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Harley Rouda**<br>**927 Emerald Bay**<br>**Laguna Beach, CA 92651** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.673
6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Harmony Monroe**<br>**5320 Brabant Rd**<br>**Baltimore, MD 21229** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.673
7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Harold Bates**<br>**1086 Del Ebro Dr.**<br>**BALLWIN, MO 63011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.673
8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Harold Blacksher**<br>**5170 Venice Blvd**<br>**Los Angeles, CA 90019** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.6739**

**Nonpriority creditor's name and mailing address**

**Harold Brigman**
**258 Leaning Pines Loop**
**Destin, FL 32541**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6740**

**Nonpriority creditor's name and mailing address**

**Harold Jarvis II**
**225 Chimney Ln.**
**Wilmington, NC 28409**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6741**

**Nonpriority creditor's name and mailing address**

**Harold Jarvis II**
**225 Chimney Ln.**
**Wilmington, NC 28409**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6742**

**Nonpriority creditor's name and mailing address**

**Harold Jarvis II**
**225 Chimney Ln.**
**Wilmington, NC 28409**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6743**

**Nonpriority creditor's name and mailing address**

**Harold Kindsvater**
**383 Renaissance Ct.**
**Boulder City, NV 89005**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6744**

**Nonpriority creditor's name and mailing address**

**Harold Petty**
**5414 Bradna Drive**
**Los Angeles, CA 90043**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6745**

**Nonpriority creditor's name and mailing address**

**Harold Prevett**
**7825 SW 77th Court**
**Ocala, FL 34476**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

**3.6746**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Harold Young**                                                  ☐ Contingent
**736 Lancaster Ave**                                             ☐ Unliquidated
**Reynoldsburg, OH 43068**                                        ☐ Disputed

Date(s) debt was incurred  **2024**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.6747**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Harold Zabriskie**                                             ☐ Contingent
**3601 Gatlin Rd**                                               ☐ Unliquidated
**Milton, FL 32583**                                             ☐ Disputed

Date(s) debt was incurred  **2025**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.6748**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Harold Zabriskie**                                             ☐ Contingent
**3601 Gatlin Road**                                             ☐ Unliquidated
**Milton, FL 32583**                                             ☐ Disputed

Date(s) debt was incurred  **2021**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.6749**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Harper Mann**                                                  ☐ Contingent
**919 Arbor St**                                                 ☐ Unliquidated
**Costa Mesa, CA 92627**                                         ☐ Disputed

Date(s) debt was incurred  **2025**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.6750**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Harrett Mannina**                                              ☐ Contingent
**1174 Garfield**                                                ☐ Unliquidated
**San Jose, CA 95125**                                           ☐ Disputed

Date(s) debt was incurred  **2021**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.6751**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Harrett Mannina**                                              ☐ Contingent
**1174 Garfield Ave.**                                           ☐ Unliquidated
**San Jose, CA 95125**                                           ☐ Disputed

Date(s) debt was incurred  **2020**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.6752**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Harri Mikkila**                                                ☐ Contingent
**1510 Newport Blvd**                                            ☐ Unliquidated
**Costa Mesa, CA 92627**                                         ☐ Disputed

Date(s) debt was incurred  **2024**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.675
3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Harris Randles**                    ☐ Contingent
**4375 S Farm Road 59**                    ☐ Unliquidated
**Republic, MO 65738**                    ☐ Disputed

Date(s) debt was incurred  **2025**                    Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.675
4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Harris Randles**                    ☐ Contingent
**4375 S Farm Road 59**                    ☐ Unliquidated
**Republic, MO 65738**                    ☐ Disputed

Date(s) debt was incurred  **2024**                    Basis for the claim:  **Warranty**

Last 4 digits of account number  __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.675
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Harris Randles**                    ☐ Contingent
**4375 S Farm Road 59**                    ☐ Unliquidated
**Republic, MO 65738**                    ☐ Disputed

Date(s) debt was incurred  **2021**                    Basis for the claim:  **Warranty**

Last 4 digits of account number  __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.675
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Harrison Miller**                    ☐ Contingent
**355 E. 16th St**                    ☐ Unliquidated
**Unit C**                    ☐ Disputed
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**                    Basis for the claim:  **Warranty**

Last 4 digits of account number  __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.675
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Harry Abrahamsen**                    ☐ Contingent
**116 Woodbine Avenue**                    ☐ Unliquidated
**Little Silver, NJ 07739**                    ☐ Disputed

Date(s) debt was incurred  **2023**                    Basis for the claim:  **Warranty**

Last 4 digits of account number  __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.675
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Harry Buckner**                    ☐ Contingent
**2940 S. Encina St.**                    ☐ Unliquidated
**Visalia, CA 93277**                    ☐ Disputed

Date(s) debt was incurred  **2023**                    Basis for the claim:  **Warranty**

Last 4 digits of account number  __                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.675
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Harry Buckner**                    ☐ Contingent
**2940 South Encina Street**                    ☐ Unliquidated
**Visalia, CA 93277**                    ☐ Disputed

Date(s) debt was incurred  **2021**                    Basis for the claim:  **Warranty**

Last 4 digits of account number  __                    Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.676 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harry Cann**
**2613 Leafwing Court**
**Palm Harbor, FL 34683**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harry Carr**
**19 51st Street (West)**
**Sea Isle City, NJ 08243**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harry Joseph**
**252 Juniper Ave. B1**
**Carlsbad, CA 92008-8201**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harry Mayfield**
**4091 Epworth Avenue**
**Ludington, MI 49431**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harry Moses**
**433 Bermuda Isles Circle**
**Venice, FL 34292**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harry Nimrod**
**P. O. Box 1053**
**Central City, CO 80427**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Harry Pflueger**
**1303 Avocado Ave**
**225**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6767**

**Nonpriority creditor's name and mailing address**

**Harry Pullis**
**516 Bolsa Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6768**

**Nonpriority creditor's name and mailing address**

**Harry Zuker**
**1 Seahorse Lane**
**Vero Beach, FL 32960**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6769**

**Nonpriority creditor's name and mailing address**

**Harry Zuker**
**1 Seahorse Lane**
**Vero Beach, FL 32960**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6770**

**Nonpriority creditor's name and mailing address**

**Harvey Eastman**
**11282 Kelly Lane**
**Los Alamitos, CA 90720**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6771**

**Nonpriority creditor's name and mailing address**

**Harvey Greenwood**
**176 E 234 St**
**Carson, CA 90745**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6772**

**Nonpriority creditor's name and mailing address**

**Hashim Marzuq**
**1604 NE 9th ST**
**FT. Lauderdale, FL 33304**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6773**

**Nonpriority creditor's name and mailing address**

**HASSAN BHAYANI**
**946 E 5th St**
**Locked Patio Area CODE: 5060**
**Long Beach, CA 90802**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.677
4**

**Nonpriority creditor's name and mailing address**

**Hassan Bhayani
946 East 5th Street
Long Beach, CA 90802**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.677
5**

**Nonpriority creditor's name and mailing address**

**Haven Buchmiller Buchmiller
13025 Roundup Avenue
San Diego, CA 92129**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.677
6**

**Nonpriority creditor's name and mailing address**

**Hawaii Air Cargo
811 W Arbor Vitae St
Inglewood, CA 90301**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.677
7**

**Nonpriority creditor's name and mailing address**

**Hayden Pisano
544 South Bay Front
Newport Beach, CA 92662**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.677
8**

**Nonpriority creditor's name and mailing address**

**Hayden Smith
7812 evaline ln
Austin, TX 78745**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.677
9**

**Nonpriority creditor's name and mailing address**

**Hayden Stensgaard
140 Tamarisk Street
redlands, CA 92373**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.678
0**

**Nonpriority creditor's name and mailing address**

**Hayley Campbell
3132 Airway Ave
Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __Electric Bike Company, LLC_____     Case number (if known) _____
         Name

| 3.678 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hayley Diffenbaugh**
**404 W. Wabash St**
**Montpelier, OH 43543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hayley Jannings**
**2810 Dewitt Ave**
**Alexandria, VA 22301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hazel Lemon**
**2008 Village Park Way**
**Savoy, IL 61874**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hazel Rivers**
**1223 N Haven Dr.**
**Apt E406**
**Fayetteville, AR 72703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hazmen Haddad**
**128 Kings Pl**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Heath Huovinen**
**16 Kula Pl**
**Hilo, HI 96720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Heath Huovinen**
**16 Kula Pl**
**Hilo, HI 96720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.678 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Heather Adams** | ☐ Contingent | |
| **116 Weeks Point Way** | ☐ Unliquidated | |
| **Lopez Island, WA 98261** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.678 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Heather Bartolotta** | ☐ Contingent | |
| **1658 Waverland Drive** | ☐ Unliquidated | |
| **Macon, GA 31211** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.679 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Heather Carver** | ☐ Contingent | |
| **2700 Ke Alaula Street** | ☐ Unliquidated | |
| **KOLOA, HI 96756** | ☐ Disputed | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.679 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Heather Carver** | ☐ Contingent | |
| **1400 Date Street** | ☐ Unliquidated | |
| **Montebello, CA 90640** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.679 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Heather Chamberlain** | ☐ Contingent | |
| **1439 Vermeer Drive** | ☐ Unliquidated | |
| **Nokomis, FL 34275** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.679 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Heather Delanghe** | ☐ Contingent | |
| **Unit 1 626 3 Street** | ☐ Unliquidated | |
| **Canmore, AB T1W2J5** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.679 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Heather Dempsey** | ☐ Contingent | |
| **796 Leewarrd** | ☐ Unliquidated | |
| **Costa Mesa, CA 92627** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6795**

**Nonpriority creditor's name and mailing address**

**Heather Deyden**
**288 Palmer St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6796**

**Nonpriority creditor's name and mailing address**

**Heather Dietz**
**2211 Superior Viaduct**
**#1113**
**Cleveland, OH 44113**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6797**

**Nonpriority creditor's name and mailing address**

**Heather Ferrante**
**21020 Pacific City Circle**
**Unit 2415**
**Huntington Beach, CA 92648**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6798**

**Nonpriority creditor's name and mailing address**

**Heather Green**
**6806 Ventnor Gardens Plaza**
**Ventnor, NJ 08406**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6799**

**Nonpriority creditor's name and mailing address**

**Heather Haskins**
**508 Sage Avenue**
**Greeley, CO 80634**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6800**

**Nonpriority creditor's name and mailing address**

**Heather Haworth**
**12 Seyne**
**Newport Coast, CA 92657**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6801**

**Nonpriority creditor's name and mailing address**

**Heather Herdina**
**3972 Wright Circle**
**DePere, WI 54115**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.680 2**

**Nonpriority creditor's name and mailing address**

**Heather Holley**
**437 Costa Mesa St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.680 3**

**Nonpriority creditor's name and mailing address**

**Heather Hull**
**20882 Sparkman Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.680 4**

**Nonpriority creditor's name and mailing address**

**Heather Jaquis**
**23 Woodland Hills Dr**
**Morrisonville, NY 12962**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.680 5**

**Nonpriority creditor's name and mailing address**

**Heather Keating**
**2604 Stratford Drive**
**Austin, TX 78746**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.680 6**

**Nonpriority creditor's name and mailing address**

**Heather Kiriakou**
**2688 Grandoaks Drive**
**Westlake Village, CA 91361**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.680 7**

**Nonpriority creditor's name and mailing address**

**Heather L Heathwood**
**721 Ore St**
**Phoenixville, PA 19460**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.680 8**

**Nonpriority creditor's name and mailing address**

**Heather Lewis**
**1940 Windward Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.6809**

**Nonpriority creditor's name and mailing address**

**Heather Lloyd**
**2900 Ellesmere ave**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6810**

**Nonpriority creditor's name and mailing address**

**Heather Macklin**
**8082 Yorktown Ave**
**Apt. 202**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6811**

**Nonpriority creditor's name and mailing address**

**Heather Macy**
**55 Lake Havasu Ave S**
**#F392**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6812**

**Nonpriority creditor's name and mailing address**

**Heather Malloy**
**495 Color Cove Road**
**Sedona, AZ 86336**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6813**

**Nonpriority creditor's name and mailing address**

**Heather McLeod**
**33965 ALCAZAR DR**
**Dana Point, CA 92629-2410**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6814**

**Nonpriority creditor's name and mailing address**

**Heather McWhirter**
**501 Eardley Ave**
**Pacific Grove, CA 93950**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6815**

**Nonpriority creditor's name and mailing address**

**Heather Miller**
**51 Old Queen Anne Road**
**Chatham, MA 02633**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____        Case number (if known) _____
Name

---

**3.681 6**

**Nonpriority creditor's name and mailing address**

**Heather Mora**
**24832 Pointe Trinity**
**L**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.681 7**

**Nonpriority creditor's name and mailing address**

**Heather Morgan**
**104 Linda Isle**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.681 8**

**Nonpriority creditor's name and mailing address**

**Heather Motichko**
**30 Cast Aways N.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.681 9**

**Nonpriority creditor's name and mailing address**

**Heather Orser**
**1913 Franklin Ave SE**
**Minneapolis, MN 55414**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.682 0**

**Nonpriority creditor's name and mailing address**

**Heather Paxton**
**1684 Whittier Ave**
**#46**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.682 1**

**Nonpriority creditor's name and mailing address**

**Heather Payne**
**1230 Hoover St**
**Carlsbad, CA 92008**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.682 2**

**Nonpriority creditor's name and mailing address**

**Heather Prillaman**
**1106 New Market Rd**
**Richmond, VA 23231**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.682 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heather Reagan-Holihan**
**205 Flint Point Lane**
**Holly Springs, NC 27540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heather Rossi**
**3435 Fir Dr.**
**Santa Rosa, CA 95405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heather Schnebly**
**637 Beverly Ave**
**OREM, UT 84057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**heather trilling**
**32021 foxmoor court**
**westlake village, CA 91361**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heather Trimarchi**
**2111 Farthing St**
**Durham, NC 27704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heather Wares**
**619 S Union**
**Traverse City, MI 49684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Heather Warren**
**315 Aspen Ct**
**Delavan, WI 53115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.683 0**

**Nonpriority creditor's name and mailing address**

**Heather Weiss**
**2522 S Westgate Ave**
**Los Angeles, CA 90064-2742**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.683 1**

**Nonpriority creditor's name and mailing address**

**Heather Wright**
**879 W Wilson St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.683 2**

**Nonpriority creditor's name and mailing address**

**Heather Wright**
**5572 S Taft St**
**Littleton, CO 80127**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.683 3**

**Nonpriority creditor's name and mailing address**

**Hector Carnaval**
**2640 W Montecito Dr**
**Rialto, CA 92377**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.683 4**

**Nonpriority creditor's name and mailing address**

**Hector L**
**4897 Colony Dr**
**Oxnard, CA 93036**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.683 5**

**Nonpriority creditor's name and mailing address**

**Hector Leanos**
**4897 Colony Dr**
**Camarillo, CA 93012**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.683 6**

**Nonpriority creditor's name and mailing address**

**Hector Leanos**
**21501 brookhurst st**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.683
7**

**Nonpriority creditor's name and mailing address**

**hector luna**
**12662 Orange ave**
**chino, CA 91710**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.683
8**

**Nonpriority creditor's name and mailing address**

**Hector Moreno**
**17031 Malta Circle**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.683
9**

**Nonpriority creditor's name and mailing address**

**Hector Paz**
**119 Vista Del Mar AVe**
**Shell Beach, CA 93449-1828**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.684
0**

**Nonpriority creditor's name and mailing address**

**Hector Paz**
**119 Vista Del Mar Ave**
**Shell Beach, CA 93449**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.684
1**

**Nonpriority creditor's name and mailing address**

**Hector Raygoza**
**1445 Alameda Street**
**Pomona, CA 91768**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.684
2**

**Nonpriority creditor's name and mailing address**

**Hector Tamayo**
**601 W Huntington Dr**
**Monrovia, CA 91016**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.684
3**

**Nonpriority creditor's name and mailing address**

**Hector Tamayo**
**601 W Huntington Dr**
**Monrovia, CA 91016**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.684 4**

**Nonpriority creditor's name and mailing address**

**Hedy Wertenbroek**
**1901 Tustin Ave.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.684 5**

**Nonpriority creditor's name and mailing address**

**Hedy Wertenbroek**
**1901 Tustin Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.684 6**

**Nonpriority creditor's name and mailing address**

**Heidi andrews**
**109 N Oak St**
**Port Angeles, WA 98363**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.684 7**

**Nonpriority creditor's name and mailing address**

**Heidi Ashley**
**1100 Ebbtide Rd**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.684 8**

**Nonpriority creditor's name and mailing address**

**Heidi Bell**
**2742 Bayshore Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.684 9**

**Nonpriority creditor's name and mailing address**

**Heidi Burgett**
**93327 Hillcrest Dr**
**North Bend, OR 97459**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.685 0**

**Nonpriority creditor's name and mailing address**

**Heidi Chackel**
**12132 Los Arroyos Court**
**Las Vegas, NV 89138**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.685**
**1**

**Nonpriority creditor's name and mailing address**

**Heidi Crane**
**4052 Paso Fino Way**
**Yorba Linda, CA 92886**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.685**
**2**

**Nonpriority creditor's name and mailing address**

**Heidi Crowell**
**61546 Hosmer Lake Dr**
**Bend, OR 97702**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.685**
**3**

**Nonpriority creditor's name and mailing address**

**Heidi Dale**
**15373 trillium circle**
**eden prairie, MN 55344**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.685**
**4**

**Nonpriority creditor's name and mailing address**

**Heidi Davis**
**1599 Dodge Way**
**Norco, CA 92860**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.685**
**5**

**Nonpriority creditor's name and mailing address**

**Heidi Dietrich**
**1197 Hillside Peak St**
**Henderson, NV 89002**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.685**
**6**

**Nonpriority creditor's name and mailing address**

**Heidi Eadie**
**1579 San Bernardino Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.685**
**7**

**Nonpriority creditor's name and mailing address**

**Heidi Hardy**
**16580 Greenly Street**
**HOLLAND, MI 49424**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.685 8 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Heidi Hardy** | ☐ Contingent | |
| | **16580 Greenly ST** | ☐ Unliquidated | |
| | **Holland, MI 49424** | ☐ Disputed | |
| | Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.685 9 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Heidi Hardy** | ☐ Contingent | |
| | **16580 GREENLY ST** | ☐ Unliquidated | |
| | **HOLLAND, MI 49424** | ☐ Disputed | |
| | Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.686 0 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Heidi Johnson** | ☐ Contingent | |
| | **11097 state st** | ☐ Unliquidated | |
| | **Columbia, CA 95310** | ☐ Disputed | |
| | Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.686 1 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Heidi Link** | ☐ Contingent | |
| | **16181 Schryer Lane** | ☐ Unliquidated | |
| | **Huntington Beach, CA 92649** | ☐ Disputed | |
| | Date(s) debt was incurred **2025** | Basis for the claim: **Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.686 2 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Heidi Machock** | ☐ Contingent | |
| | **32792 Rosemont Dr** | ☐ Unliquidated | |
| | **Trabuco Canyon, CA 92679** | ☐ Disputed | |
| | Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.686 3 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Heidi Mason** | ☐ Contingent | |
| | **18921 Clearview Lane** | ☐ Unliquidated | |
| | **Huntington Beach, CA 92648** | ☐ Disputed | |
| | Date(s) debt was incurred **2025** | Basis for the claim: **Warranty** | |
| | Last 4 digits of account number **7** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.686 4 | | | |
|---|---|---|---|
| | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| | **Heidi Perreault** | ☐ Contingent | |
| | **1115 Highland Dr** | ☐ Unliquidated | |
| | **Newport, CA 92660** | ☐ Disputed | |
| | Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.686 5**

**Nonpriority creditor's name and mailing address**

**heidi perreault**
**1115 highland dr**
**newport beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 6**

**Nonpriority creditor's name and mailing address**

**HEIDI RODRIGUEZ**
**8404 Walker Street**
**B**
**La Palma, CA 90623**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 7**

**Nonpriority creditor's name and mailing address**

**Heidi Smith**
**7 Duende Rd**
**Santa Fe, NM 87508-2246**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 8**

**Nonpriority creditor's name and mailing address**

**Heidi Upton**
**1907 SL DAVIS AVE**
**Austin, TX 78702**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.686 9**

**Nonpriority creditor's name and mailing address**

**Heidi Upton**
**841 Airport Blvd TRLR 12**
**Austin, TX 78702**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.687 0**

**Nonpriority creditor's name and mailing address**

**Heidi Wise**
**32 Rivervale Road**
**Park Ridge, NJ 07656**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.687 1**

**Nonpriority creditor's name and mailing address**

**Helaine Gariepy**
**12514 Wedgewood Circle**
**Tustin, CA 92780**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                Case number *(if known)* _____
_____
Name

---

**3.687 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Helam Holbert**                                                      ☐ Contingent
**2044 9th street**                                                    ☐ Unliquidated
**Apt 87**                                                             ☐ Disputed
**Coralville, IA 52241**

Date(s) debt was incurred  **2021**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.687 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Helen Berry**                                                        ☐ Contingent
**13 Windsor RD**                                                      ☐ Unliquidated
**2**                                                                  ☐ Disputed
**Somerville, MA 02144**

Date(s) debt was incurred  **2021**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.687 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Helen Grove**                                                        ☐ Contingent
**220 Lake Placid Drive**                                              ☐ Unliquidated
**Bonaire, GA 31005**                                                  ☐ Disputed

Date(s) debt was incurred  **2020**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.687 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Helen Heinrich**                                                     ☐ Contingent
**11512 Bucknell Dr #202**                                            ☐ Unliquidated
**Silver Spring, MD 20902**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.687 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Helen Jennings**                                                     ☐ Contingent
**1570 palomino drive**                                                ☐ Unliquidated
**Lake havasu city, AZ 86406**                                         ☐ Disputed

Date(s) debt was incurred  **2022**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.687 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**helen mikkelsen**                                                    ☐ Contingent
**307 medina way**                                                     ☐ Unliquidated
**newport beach, CA 92661**                                            ☐ Disputed

Date(s) debt was incurred  **2025**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.687 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**helen seestadt**                                                     ☐ Contingent
**1731 Bayport Way**                                                   ☐ Unliquidated
**Newport Beach, CA 92660**                                            ☐ Disputed

Date(s) debt was incurred  **2025**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number _                                     Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Electric Bike Company, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6879**

**Nonpriority creditor's name and mailing address**

**Helen Watanabe**
**1680 255th Street**
**Harbor City, CA 90710**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.6880**

**Nonpriority creditor's name and mailing address**

**Helen Williams**
**451 Elm St**
**Phoenix, OR 97535**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.6881**

**Nonpriority creditor's name and mailing address**

**Helena Sechrist**
**32 Gleneagles Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.6882**

**Nonpriority creditor's name and mailing address**

**Helene Sy**
**38 3rd Place**
**Lower Floor**
**Brooklyn, NY 11231**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.6883**

**Nonpriority creditor's name and mailing address**

**Hendrick, Julie**
**N461 E. Fairland Circle**
**Menominee, MI 49858**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.6884**

**Nonpriority creditor's name and mailing address**

**Henrik Jonsson**
**1016 Dover Dr**
**Newport Beach, CA 92660-4743**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.6885**

**Nonpriority creditor's name and mailing address**

**Henry Bridgewater**
**729 Northwest 1st Street**
**Bay # 5, KTZ Shipping, C/O CocoNutz Crui**
**Fort Lauderdale, FL 33311**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

**3.688**
**6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Henry DesRosier**                                  ☐ Contingent
**3326 Maryland Circle**                             ☐ Unliquidated
**Costa Mesa, CA 92626**                             ☐ Disputed

Date(s) debt was incurred  **2021**                  Basis for the claim:  **Warranty**

Last 4 digits of account number  _                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.688**
**7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Henry Dodson**                                     ☐ Contingent
**9449 Maltby**                                      ☐ Unliquidated
**BRIGHTON, MI 48116**                               ☐ Disputed

Date(s) debt was incurred  **2025**                  Basis for the claim:  **Warranty**

Last 4 digits of account number  _                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.688**
**8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Henry Eissler**                                    ☐ Contingent
**711 Lincoln Avenue**                               ☐ Unliquidated
**Linwood, NJ 08221**                                ☐ Disputed

Date(s) debt was incurred  **2021**                  Basis for the claim:  **Warranty**

Last 4 digits of account number  _                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.688**
**9**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Henry Gomez**                                      ☐ Contingent
**19685 Lexie Cir**                                  ☐ Unliquidated
**Huntington Beach, CA 92648**                       ☐ Disputed

Date(s) debt was incurred  **2022**                  Basis for the claim:  **Warranty**

Last 4 digits of account number  _                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.689**
**0**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Henry Hernandez**                                  ☐ Contingent
**6076 Vicente St**                                  ☐ Unliquidated
**Chino, CA 91710**                                  ☐ Disputed

Date(s) debt was incurred  **2020**                  Basis for the claim:  **Warranty**

Last 4 digits of account number  _                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.689**
**1**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Henry Loder**                                      ☐ Contingent
**10 Gaucho Drive**                                  ☐ Unliquidated
**Rolling Hills Estates, CA 90274**                  ☐ Disputed

Date(s) debt was incurred  **2024**                  Basis for the claim:  **Warranty**

Last 4 digits of account number  _                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.689**
**2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Henry Loder**                                      ☐ Contingent
**10 Gaucho Drive**                                  ☐ Unliquidated
**Rolling Hills Estates, CA 90274**                  ☐ Disputed

Date(s) debt was incurred  **2023**                  Basis for the claim:  **Warranty**

Last 4 digits of account number  _                   Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

3.689
3

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Henry Mariotti**                                          ☐ Contingent
**6032 Pearce Ave**                                         ☐ Unliquidated
**Lakewood, CA 90712**                                      ☐ Disputed

Date(s) debt was incurred  **2022**                         Basis for the claim:  **Warranty**

Last 4 digits of account number _                           Is the claim subject to offset? ■ No ☐ Yes

---

3.689
4

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Henry Mariotti**                                          ☐ Contingent
**6032 Pearce Ave**                                         ☐ Unliquidated
**Lakewod, CA 90712**                                       ☐ Disputed

Date(s) debt was incurred  **2022**                         Basis for the claim:  **Warranty**

Last 4 digits of account number _                           Is the claim subject to offset? ■ No ☐ Yes

---

3.689
5

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Henry Mchenry**                                           ☐ Contingent
**21501 Brookhurst St**                                     ☐ Unliquidated
**Huntington Beach, CA 92646**                              ☐ Disputed

Date(s) debt was incurred  **2022**                         Basis for the claim:  **Warranty**

Last 4 digits of account number _                           Is the claim subject to offset? ■ No ☐ Yes

---

3.689
6

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Henry Morales**                                           ☐ Contingent
**15377 Green Valley Dr**                                   ☐ Unliquidated
**Chino Hills, CA 91709**                                   ☐ Disputed

Date(s) debt was incurred  **2023**                         Basis for the claim:  **Warranty**

Last 4 digits of account number _                           Is the claim subject to offset? ■ No ☐ Yes

---

3.689
7

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Henry Morales**                                           ☐ Contingent
**15377 GREEN VALLEY DR**                                   ☐ Unliquidated
**CHINO HILLS, CA 91709-4211**                              ☐ Disputed

Date(s) debt was incurred  **2022**                         Basis for the claim:  **Warranty**

Last 4 digits of account number _                           Is the claim subject to offset? ■ No ☐ Yes

---

3.689
8

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Henry Morales**                                           ☐ Contingent
**15377 Green Valley dr**                                   ☐ Unliquidated
**Chino hills, CA 91709**                                   ☐ Disputed

Date(s) debt was incurred  **2022**                         Basis for the claim:  **Warranty**

Last 4 digits of account number _                           Is the claim subject to offset? ■ No ☐ Yes

---

3.689
9

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Henry Munoz**                                             ☐ Contingent
**24725 Pennsylvania Ave**                                  ☐ Unliquidated
**B18**                                                     ☐ Disputed
**Lomita, CA 90717**

Date(s) debt was incurred  **2023**                         Basis for the claim:  **Warranty**

Last 4 digits of account number _                           Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.690 0**

**Nonpriority creditor's name and mailing address**

**HENRY MUNOZ**
**21501 BROOKHURST ST**
**HUNTINGTON BEACH, CA 92646**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.690 1**

**Nonpriority creditor's name and mailing address**

**Henry Nix**
**621 20th Street**
**B**
**Huntington Beach, CA 92648**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.690 2**

**Nonpriority creditor's name and mailing address**

**Henry Schreiner**
**2050 county road 1045**
**Lampasas, TX 76550**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.690 3**

**Nonpriority creditor's name and mailing address**

**Henry Skiles**
**1810 Northbrook Dr**
**Roseville, CA 95661**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.690 4**

**Nonpriority creditor's name and mailing address**

**Henry Stallman**
**27748 29 Mule Rd**
**Lenox, MI 48048**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.690 5**

**Nonpriority creditor's name and mailing address**

**Henry White**
**11 TINKER DR**
**WINDSOR LOCKS, CT 06096-2657**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.690 6**

**Nonpriority creditor's name and mailing address**

**Herb Brohn**
**8561 Martinique Dr**
**Huntington Beach, CA 92646**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.690 7**

**Nonpriority creditor's name and mailing address**

**Herb Gustafson**
**16299 San Carlos blvd**
**Site F5**
**Ft Myers, FL 33908**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.690 8**

**Nonpriority creditor's name and mailing address**

**Herb Reiersen**
**8049 Kirkwood Lane N**
**Maple Grove, MN 55369**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.690 9**

**Nonpriority creditor's name and mailing address**

**Herb Reiersen**
**8049 Kirkwood Lane N**
**Maple Grove, MN 55369**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.691 0**

**Nonpriority creditor's name and mailing address**

**Herbert Hoebel**
**5570 Smokey Mountain Way**
**Yorba Linda, CA 92887**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.691 1**

**Nonpriority creditor's name and mailing address**

**Herman Ter Meer**
**4715 Golden Road**
**Chino Hills, CA 91709**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.691 2**

**Nonpriority creditor's name and mailing address**

**Hermond Alcaide**
**11459 Via Rio**
**Loma Linda, CA 92354-3843**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.691 3**

**Nonpriority creditor's name and mailing address**

**Hexel Colorado**
**1509 Main St**
**Apt 708**
**Dallas, TX 75201**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.691
4**

**Nonpriority creditor's name and mailing address**

**Hexel Colorado**
**2116 N Garrett Ave**
**Apt 125**
**Dallas, TX 75206**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.691
5**

**Nonpriority creditor's name and mailing address**

**Hexel Colorado**
**2116 N Garrett Ave**
**Apt 125**
**Dallas, TX 75206**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.691
6**

**Nonpriority creditor's name and mailing address**

**Hexel Colorado**
**2116 N Garrett ave**
**apt125**
**dallas, TX 07506**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.691
7**

**Nonpriority creditor's name and mailing address**

**Hilary Bailey**
**3423 Current Avenue**
**Winter Garden, FL 34787**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.691
8**

**Nonpriority creditor's name and mailing address**

**Hilary Felton**
**51 WEST 15TH STREET F1**
**Chicago, IL 60605**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.691
9**

**Nonpriority creditor's name and mailing address**

**Hilary Hamlett**
**18467 W Verdin Road**
**Goodyear, AZ 85338**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.692
0**

**Nonpriority creditor's name and mailing address**

**Hilary Smart**
**2434 Calle Aquamarina**
**San Clemente, CA 92673**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.692
1**

**Nonpriority creditor's name and mailing address**

**Hilda Farber
808D Sewell Rd
Monroe, NJ 08831**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.692
2**

**Nonpriority creditor's name and mailing address**

**Hilde Bonesteel
8121 Broken Ridge East
Harbor Springs, MI 49740**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.692
3**

**Nonpriority creditor's name and mailing address**

**Hilezaundra Watson
1385 English Street NW Building A - Unit
Atlanta, GA 30318**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.692
4**

**Nonpriority creditor's name and mailing address**

**Hillary Byrn
394 Rum River Way
Anoka, MN, MN 55303-4193**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.692
5**

**Nonpriority creditor's name and mailing address**

**HILLARY SHANES
16732 Brookview Ct
BAKERSFIELD, CA 93314**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.692
6**

**Nonpriority creditor's name and mailing address**

**Hillary Springborn
207 colton St
Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.692
7**

**Nonpriority creditor's name and mailing address**

**Hillena Beyene
1520 Spikerush Drive
Odenton, MD 21113**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.692
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Hillu Beyene**                                                        ☐ Contingent
**1520 Spikerush Drive**                                                ☐ Unliquidated
**Odenton, MD 21113**                                                   ☐ Disputed

**Date(s) debt was incurred _2021_**                                    **Basis for the claim:  _Warranty_**

**Last 4 digits of account number _**                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.692
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Hina Mufti**                                                          ☐ Contingent
**2514 N Tustin Ave**                                                   ☐ Unliquidated
**Unit C**                                                              ☐ Disputed
**Santa Ana, CA 92705**

**Date(s) debt was incurred _2021_**                                    **Basis for the claim:  _Warranty_**

**Last 4 digits of account number _**                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.693
0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Hiram Rodriguez**                                                     ☐ Contingent
**19117 Larchmont Drive**                                               ☐ Unliquidated
**Odessa, FL 33556**                                                    ☐ Disputed

**Date(s) debt was incurred _2024_**                                    **Basis for the claim:  _Warranty_**

**Last 4 digits of account number _**                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.693
1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Hobie L. Manley IV**                                                  ☐ Contingent
**5050 Cass St #25**                                                    ☐ Unliquidated
**25**                                                                  ☐ Disputed
**San Diego, CA 92109**

**Date(s) debt was incurred _2021_**                                    **Basis for the claim:  _Warranty_**

**Last 4 digits of account number _**                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.693
2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Holden Corbin**                                                       ☐ Contingent
**1201 keel drive**                                                     ☐ Unliquidated
**Newport Beach, CA 92626**                                             ☐ Disputed

**Date(s) debt was incurred _2022_**                                    **Basis for the claim:  _Warranty_**

**Last 4 digits of account number _**                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.693
3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Hollie Keeton Hollie Keeton**                                         ☐ Contingent
**3419 Via Lido**                                                       ☐ Unliquidated
**Newport Beach, CA 92663**                                             ☐ Disputed

**Date(s) debt was incurred _2025_**                                    **Basis for the claim:  _Warranty_**

**Last 4 digits of account number _7_**                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.693
4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Hollie Parker**                                                       ☐ Contingent
**1276 Nelson St**                                                      ☐ Unliquidated
**Dunedin, FL 34698**                                                   ☐ Disputed

**Date(s) debt was incurred _2021_**                                    **Basis for the claim:  _Warranty_**

**Last 4 digits of account number _**                                   Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____

Name

| 3.693 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Holly Benson**
**332 Sierra Street**
**Unit 4**
**El Segundo, CA 90245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Holly Carville**
**1032 Forge Ave.**
**Baton Rouge, LA 70808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**holly kreuer**
**3652 Old Olympic Highway**
**Port Angeles, WA 98362**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Holly McNew**
**16307 E Whirlaway Ln**
**Veradale, WA 99037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Holly McNew**
**1100 Brickell Bay Drive**
**Unit 73A**
**Miami, FL 33131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Holly Pelissier**
**1416 Trail View Pl**
**Nipomo, CA 93444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Holly Renner**
**3349 Brookwood Ct**
**Phoenix, AZ 85045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.694 2**

**Nonpriority creditor's name and mailing address**

**Holly Sheppard**
**667 Springtown Rd**
**Tillson, NY 12486**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.694 3**

**Nonpriority creditor's name and mailing address**

**Holly Thiel**
**5 W MOUNTAIN VISTA CT**
**RANCHO MIRAGE, CA 92270**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.694 4**

**Nonpriority creditor's name and mailing address**

**Holly Thiel**
**5 W Mountain Vista Ct**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.694 5**

**Nonpriority creditor's name and mailing address**

**Holly Turner**
**6800 Placida Rd**
**Unit 292**
**Englewood, FL 34224**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.694 6**

**Nonpriority creditor's name and mailing address**

**Holly Turner**
**6800 Placida Rd**
**Unit 292, Bldg 24**
**Englewood, FL 34224**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.694 7**

**Nonpriority creditor's name and mailing address**

**Holly Van Winkle**
**8487 Sunrise Loop**
**PARK CITY, UT 84098**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.694 8**

**Nonpriority creditor's name and mailing address**

**holly whiteoak**
**356 Triggs Avenue**
**Elgin, IL 60123**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6949**

**Nonpriority creditor's name and mailing address**

**Holt Perlman**
**4304 Greenbriar drive**
**Dallas, TX 75225**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6950**

**Nonpriority creditor's name and mailing address**

**Home**
**7939 Bunker Wood Ln**
**Houston, TX 77086**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6951**

**Nonpriority creditor's name and mailing address**

**Home**
**40813 36th St W**
**Palmdale, CA 93551**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6952**

**Nonpriority creditor's name and mailing address**

**Home Lewis Davis**
**1401 Freswick Dr**
**Folsom, CA 95630**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6953**

**Nonpriority creditor's name and mailing address**

**Homer Nichols**
**8211 Lakewood Ave**
**Gary, IN 46403**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6954**

**Nonpriority creditor's name and mailing address**

**Homer R. Dulin Co.**
**729 E. Willow St.**
**Signal Hill, CA 90755**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6955**

**Nonpriority creditor's name and mailing address**

**Hong Vo**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.695 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**hongshuai thomas**
**801 zion park blvd springdale**
**springdale, UT 84767**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.695 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hope Jones**
**55 River Road Dr W**
**Mayflower, AR 72106**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.695 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hope Tipton**
**215 Cleveland Ave. South**
**St. Paul, NC 55105**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.695 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Horacestine Heard**
**130 Louise Ter Sw**
**Atlanta, GA 30331**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.696 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Horatio Pivoda**
**8391 Hamden Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.696 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Horst Brandt**
**6139 East Westview Dr.**
**Orange, CA 92869**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.696 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Hortencia Smyth**
**1280 Conway Ave**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.696 3**

**Nonpriority creditor's name and mailing address**

**Hovey Moore**
**9390 Nels Nelson RD NW**
**BREMERTON, WA 98311**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 4**

**Nonpriority creditor's name and mailing address**

**Howard Anderson**
**111 Bishop Quarter Lane**
**Oak Park, IL 60302**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 5**

**Nonpriority creditor's name and mailing address**

**Howard Anderson**
**17915 133rd PL SE**
**Snohomish, WA 98290**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 6**

**Nonpriority creditor's name and mailing address**

**Howard Anderson**
**17915 133rd PL SE**
**Snohomish, WA 98290**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 7**

**Nonpriority creditor's name and mailing address**

**Howard Anderson**
**17915 133rd PL SE**
**Snohomish, WA 98290**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 8**

**Nonpriority creditor's name and mailing address**

**Howard Buller**
**213 W CAMINO BUENA VISTA**
**PALM SPRINGS, CA 92264**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 9**

**Nonpriority creditor's name and mailing address**

**Howard Davine**
**27 San Jose Drive**
**Ormond Beach, FL 32176**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor | **Electric Bike Company, LLC** |
| | Name |

Case number (if known) _____

---

**3.6970**

**Nonpriority creditor's name and mailing address**

**Howard Held**
**1201 S. College Rd**
**#2**
**Lafayette, LA 70503**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6971**

**Nonpriority creditor's name and mailing address**

**Howard Huff**
**4331 Ambrose CT**
**Burtonsville, MD 20866**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6972**

**Nonpriority creditor's name and mailing address**

**Howard Lebowitz**
**20 Ridgeview Rd**
**Gansevoort, NY 12831-1251**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6973**

**Nonpriority creditor's name and mailing address**

**Howard Melamed**
**4100 NW 100th Avenue**
**Coral Springs, FL 33065**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6974**

**Nonpriority creditor's name and mailing address**

**Howard Melamed**
**4100 NW 100th Avenue**
**Coral Springs, FL 33065**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6975**

**Nonpriority creditor's name and mailing address**

**Howard Murrell**
**2827 Silverleaf Lane**
**Naples, FL 34105**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6976**

**Nonpriority creditor's name and mailing address**

**Howard Murrell FL**
**2827 Silverleaf Lane**
**Naples, FL 34105**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.697 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Howard Phillips**
**7927 Hondo St**
**Downey, CA 90242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Howard Sproat**
**519 Layne Blvd**
**Hallandale Beach, FL 33009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Hudson Reynolds**
**1507 Lincoln Lane**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Hugh Quinn**
**625 Marin Oaks Dr**
**Novato, CA 94949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Hugo Bolduc**
**2711 Pebble Drive**
**Corona del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Hugo Menendez**
**3298 Iowa Street**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Hugo Zuniga**
**248 Glenhill Ave**
**Yonkers, NY 10701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.698 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Humberto Bracho**
**761 Lytton Ave**
**Palo Alto, CA 94301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Humberto Ruiz**
**23735 Bayside Ln**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Humberto Sanchez**
**217 Sunnybrook lane**
**Lake Placid, FL 33852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hung Ngo**
**2943 Peppertree Ln**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**hung tran**
**2301 stonecrop way**
**superior, CO 80027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.698 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hunt Kingsbury**
**159 Fuller Lane**
**Winnetka, IL 60093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Hunter Grange**
**225 20th Street**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                        Case number (if known) _____
_____
                Name

| 3.699<br>1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**hunter johnston**
**518 S Catalina Ave**
**Apt B**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.699<br>2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hunter Lee**
**225 Reed Dr**
**Jackson, WY 83001**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.699<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hunter Perritt**
**10 Marina Wynd**
**Bald Head Island, NC 28461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.699<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hunter Perritt**
**10 Marina Wynd**
**Bald Head Island, NC 28461**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.699<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hunter Szatkowski**
**4691 us 23 north**
**Alpena, MI 49707**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.699<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Hunter Vallin**
**5846 East Creekside Ave**
**Unit 30**
**Orange, CA 92869**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.699<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Huong quy**
**21242 fern circle**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.6998**

**Nonpriority creditor's name and mailing address**

**Hyler Statam**
**17369 Ashcomb Way**
**Estero, FL 33928**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6999**

**Nonpriority creditor's name and mailing address**

**Iain McDonald**
**14155 Rancho Tierra Trl**
**San Diego, CA 92130**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7000**

**Nonpriority creditor's name and mailing address**

**Ian Campbell**
**1531 W. Pacific Court**
**Anaheim, CA 92802**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7001**

**Nonpriority creditor's name and mailing address**

**Ian Cargill**
**21851 Newland St**
**#26**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7002**

**Nonpriority creditor's name and mailing address**

**Ian Clark**
**520 Main Ave**
**Bay Head, NJ 08742**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7003**

**Nonpriority creditor's name and mailing address**

**Ian Clark**
**520 Main Avenue**
**Bay Head, NJ 08724**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7004**

**Nonpriority creditor's name and mailing address**

**Ian de Waal**
**2619 H Rd**
**Grand Junction, CO 81506**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.700 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Ian Geisler** | ☐ Contingent | |
| **6515 5th Ave NW** | ☐ Unliquidated | |
| **Seattle, WA 98117** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number **7** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.700 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Ian Gowen** | ☐ Contingent | |
| **214 Gross St** | ☐ Unliquidated | |
| **Pittsburgh, PA 15224** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.700 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Ian Kinney** | ☐ Contingent | |
| **1530 Concordia West** | ☐ Unliquidated | |
| **Irvine, CA 92612** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.700 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Ian Lawton** | ☐ Contingent | |
| **2412 Harbor BLVD** | ☐ Unliquidated | |
| **Unit 101** | ☐ Disputed | |
| **Costa Mesa, CA 92627** | | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.700 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Ian Macgregor** | ☐ Contingent | |
| **1510 Old Newport Blvd** | ☐ Unliquidated | |
| **Newport Beach, CA 92627** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.701 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **ian macgregor** | ☐ Contingent | |
| **401 cummins place** | ☐ Unliquidated | |
| **placentia, CA 92870** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.701 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Ian macgregor** | ☐ Contingent | |
| **401 cummins pl** | ☐ Unliquidated | |
| **Placentia, CA 92870** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.701
2**

**Nonpriority creditor's name and mailing address**

**Ian MacGregor
401 N CUMMINS PL
PLACENTIA, CA 92870**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.701
3**

**Nonpriority creditor's name and mailing address**

**Ian McCarthy Pai-Ritchie
24402 La Cresta Dr
Dana Point, CA 92629**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.701
4**

**Nonpriority creditor's name and mailing address**

**Ian Norburg
29 Old Orchard Rd Apt 49
Saco, ME 04072-2155**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.701
5**

**Nonpriority creditor's name and mailing address**

**Ian Norburg
29 Old Orchard Road #49
Saco, ME 04072**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.701
6**

**Nonpriority creditor's name and mailing address**

**Ian Ruisard
510 lillian ave
Fort Wayne, IN 46808-2138**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.701
7**

**Nonpriority creditor's name and mailing address**

**ICE Rob
6022 Briarcliff
Huntington Beach, CA 92647**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.701
8**

**Nonpriority creditor's name and mailing address**

**Idalia Cruz
31506 Crestwood Park
Conroe, TX 77385**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number _(if known)_ _____
Name

---

| 3.701 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**idalina melo**
**1223 Roxbury Drive**
**Unit 202**
**los angeles, CA 90035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2021_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Idin Karuei**
**1705-455 Beach Crescent**
**Vancouver, BC V6Z 3E5**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2021_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ignacio Seaborn**
**6915 SW 57th Ave**
**South Miami, FL 33143**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Igor Ostrovsky**
**2260 Ringling Blvd**
**unit 122**
**Sarasota, FL 34237**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ila Carmichael**
**671 Magnolia Ave**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ilan Rosenthal**
**24 East Court Lane**
**Foster City, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | **$0.00** |
|---|---|---|---|

**Ilene Gauthier**
**15 Cold Spring CY**
**Palm Coast, FL 32137**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.7026**

Nonpriority creditor's name and mailing address

**Inga Frick**
**1240 Brady St.**
**Ajo, AZ 85321**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7027**

Nonpriority creditor's name and mailing address

**Ingrid Walsh**
**3831 Springside Dr.**
**Estero, FL 33928**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7028**

Nonpriority creditor's name and mailing address

**Ingrid Walsh**
**25150 Bernwood Dr #26-28**
**Bonita Springs, FL 34135**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7029**

Nonpriority creditor's name and mailing address

**INTERNATIONAL DESIGN**
**4943 West Fullerton Avenue**
**CHICAGO, IL 60639**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7030**

Nonpriority creditor's name and mailing address

**Ionicia Dembi**
**3806 S Calabria Pl**
**Meridian, ID 83642**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7031**

Nonpriority creditor's name and mailing address

**Iosefa Matagi**
**1214 RUTLAND RD**
**APT 5**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7032**

Nonpriority creditor's name and mailing address

**Ira Astrachan**
**351 Big Rock Lane**
**Cle Elum, WA 98922**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.703 3**

**Nonpriority creditor's name and mailing address**

**Ira Astrachan**
**351 Big Rock Lane**
**Cle Elum, WA 98922**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.703 4**

**Nonpriority creditor's name and mailing address**

**Ira Vidor**
**15 Madison**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.703 5**

**Nonpriority creditor's name and mailing address**

**Ira vidor**
**327 Marigold Avenue**
**Newport Beach, CA 92625**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.703 6**

**Nonpriority creditor's name and mailing address**

**Iren Hodgson**
**23366 Via Bahia**
**Mission Viejo, CA 92691**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.703 7**

**Nonpriority creditor's name and mailing address**

**Irene & Steve Guerinot**
**507 Cardinal St.**
**Maryville, TN 37803**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.703 8**

**Nonpriority creditor's name and mailing address**

**Irene Heinert**
**1129 Foothills Rd.**
**Sturgis, SD 57785**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.703 9**

**Nonpriority creditor's name and mailing address**

**Irene Seiler**
**457 Canaan Cross Rd**
**Canaan, NS B4N 4K1**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____     Case number (if known) _____
          Name

| 3.704 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Irene Zavala**
**2912 Peppertree Ln**
**Apt D**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.704 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**IRINA RAKHMANOVA**
**7315 Puget Park Dr**
**Snohomish, WA 98296**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.704 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**IRINEO FLORES**
**655 n. brea blvd**
**brea, CA 92821**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.704 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Irvine du**
**2415 Eads St**
**los angeles, CA 90031**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.704 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Irving Feldkamp**
**PO Box 10669**
**San Bernadino, CA 92423**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.704 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Irving R Hamilton**
**1870 N Red Oak Road**
**Lewiston, MI 49756**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.704 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Isa Love**
**401 HickoryHill Dr.**
**Encinitas, CA 92024**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.704
7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Isaac Anderson**<br>**19075 North Dr**<br>**Jamestown, CA 95327** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.704
8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Isaac Bridgewater**<br>**4136 East Anaheim Street**<br>**East Long Beach, CA 90804** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.704
9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Isaac Evans**<br>**28 Silver Crescent**<br>**Irvine, CA 92603** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.705
0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Isaac Farrell**<br>**135 W. Greenock Drive**<br>**Tucson, AZ 85737** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.705
1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Isaac French**<br>**1143 Dry Creek Rd**<br>**Waco, TX 76705** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.705
2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Isaac Tessman**<br>**821 Southgate Dr.**<br>**Apt. C-1**<br>**State College, PA 16801** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.705
3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Isabel Segura**<br>**887 Center St**<br>**Apt 7**<br>**Costa Mesa, CA 92627** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor   **Electric Bike Company, LLC**

Name

Case number (if known)

---

| 3.705 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Isabella Cortez**
**1555 Mesa Verde Drive East**
**Apt 39I**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.705 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Isabelle Huber**
**2244 Trickling Creek Dr**
**LaVerne, CA 91750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.705 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Isabelle Perrault**
**1700 Royal Park Ct**
**Virginia Beach, VA 23454**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.705 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Isela Vazquez**
**198 Somerset Bridge Road Unit #147**
**Santa Rosa Beach, FL 32459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.705 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Isidore Sackowitz**
**19 Seadrift Avenue**
**Highlands, NJ 07732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.705 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**island eBikes**
**1928 Cypress Ave**
**Fort Pierce, FL 34949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.706 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**island eBikes**
**2877 SE Ocean Blvd**
**Stuart, FL 34949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.706**
**1**

**Nonpriority creditor's name and mailing address**

**island eBikes**
**2877 SE Ocean Blvd**
**Stuart, FL 34949**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.706**
**2**

**Nonpriority creditor's name and mailing address**

**Island EBikes**
**2877 SE Ocean Blvd**
**Stuart, FL 34996**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.706**
**3**

**Nonpriority creditor's name and mailing address**

**Ismael Martinez**
**9691 Alwood Ave**
**Apt 9**
**Garden Grove, CA 92841**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.706**
**4**

**Nonpriority creditor's name and mailing address**

**Ismael Martinez**
**9691 Alwood Avenue**
**Apt 9**
**Garden Grove, CA 92841**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.706**
**5**

**Nonpriority creditor's name and mailing address**

**Ismael Martinez**
**9691 Alwood Avenue Apt 9**
**Garden Grove, CA 92841**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.706**
**6**

**Nonpriority creditor's name and mailing address**

**Ismael Martinez**
**9691 Alwood Avenue**
**Apt 9**
**Garden Grove, CA 92841**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.706**
**7**

**Nonpriority creditor's name and mailing address**

**Ismael Martinez**
**9691 Alwood Ave**
**Apartment 9**
**Garden Grove, CA 92841**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                            Case number (if known) _____
         Name

| 3.706 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ismael Martinez**
9691 Alwood Avenue
Apt 9
Garden Grove, CA 92841

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.706 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Israel Santos**
25090 Hazelwood Cir
Hemet, CA 92544

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.707 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Issah PHTKWRTF**
13822 NE Airport Way
Portland, CA 92627

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.707 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ivan Andrade**
4556 Forest Rd.
Pine Lake, GA 30072

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.707 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ivan Andrews**
6424 Canterwood Rd.
La Verne, CA 91750

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.707 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ivan Castrillo**
271 Rio Ranch circle
Montgomery, TX 77316

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.707 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ivan Liovin**
1 Walnut Drive
Aliso Viejo, CA 92656

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
          _____
          Name

---

| 3.707 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**ivan sanchez horta**
**24731 sunday dr**
**moreno valley, CA 92557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.707 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ivan Stoner**
**1721 Park St**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.707 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ivar Roth**
**495 Old Newport Blvd**
**suite 300**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.707 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ivar Roth**
**495 Old Newport Blvd Ste 300**
**suite 300**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.707 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ivar Roth**
**495 Old Newport Blvd Ste 300**
**suite 300**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.708 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ivenn Lean**
**2048 Tuxhorn Dr**
**Santa Rosa, CA 95407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.708 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Ivy Frazier**
**1100 Laurel Ln**
**Montgomery, AL 36106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.708<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ivy McCollum**
**15 Cape Danburt**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.708<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Izzy Sackowitz**
**19 Seadrift Avenue**
**Highlands, NJ 07732**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.708<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**J Chris Shortes**
**6948 FM 903**
**Celeste, TX 75423**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.708<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**J D**
**2877 SE Ocean Blvd**
**Stuart, FL 34996**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.708<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**J G Longworth**
**140 Hawley Road**
**Niverville, NY 12130**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.708<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**J Glefke**
**132 Longwood Drive**
**Ormond Beach, FL 32176**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.708<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**J Mack**
**8987 Goshen Ct**
**Riverside, CA 92508**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.708 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**J OCANA**
**11 WYNDHAM ST.**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**J P**
**1272 Sartori Avenue**
**Torrance, CA 90501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**J Phillip Starkenburg**
**324 Gulf Stream Way**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**J Randall Woolridge**
**905 Truman Avenue**
**Key West, FL 33040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**j scott miller**
**2252 tipperary rd**
**kalamazoo, MI 49008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**J. Randall Woolridge**
**120 haymaker circle**
**State college, PA 16801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ja Robertson**
**1945 Placentia**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.7096**

**Nonpriority creditor's name and mailing address**

**Jaap Laufer**
**31 Shorebird**
**Irvine, CA 92604**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7097**

**Nonpriority creditor's name and mailing address**

**Jacalene Motto**
**606 Hermes Ave**
**Encinitas, CA 92024**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7098**

**Nonpriority creditor's name and mailing address**

**Jack Anrude**
**1040 Carlsbad Village Drive**
**Apartment 401**
**Carlsbad, CA 92008**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7099**

**Nonpriority creditor's name and mailing address**

**Jack Blanchette**
**1118 Essex Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7100**

**Nonpriority creditor's name and mailing address**

**Jack Bryant**
**2053 Canyon Drive**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7101**

**Nonpriority creditor's name and mailing address**

**Jack Bulko**
**1984 Nettlebrook Street**
**Westlake Village, CA 91361**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7102**

**Nonpriority creditor's name and mailing address**

**Jack Bulko**
**1984 Nettlebrook St**
**Westlake Village, CA 91361**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.710<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jack Carr**
**1303 Avocado Avenue**
**Suite 225**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jack Challender**
**4836 bunker hill rd**
**Williamsburg, MI 49690**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jack Chiaramonte**
**1140 Gary Lane**
**Escondido, CA 92026**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jack Clark**
**234 North Irena Ave.**
**Unit 4**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jack Conaway**
**8202 Concord Drive**
**Mentor, OH 44060**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jack Davis**
**835 North 95th Plaza**
**Apt 16**
**Omaha, NE 68114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jack Davis**
**835 North 95th plaza**
**Apt 16**
**OMAHA, NE 68114**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.711 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jack Fries**
**1137 N Beau Jardin St**
**Derby, KS 67037**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.711 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jack Gardiner**
**3256 Harness Creek Rd**
**Annapolis, MD 21403**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.711 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jack Harris**
**69233 Easy Street**
**Sisters, OR 97759**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.711 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jack Herklotz**
**4578 N 1st Avenue**
**Suite 160**
**Tucson, AZ 85749**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.711 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JACK KIDWELL**
**982 SE 9 AVENUE**
**POMPANO BEACH, FL 33060**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.711 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**jack kinsinger**
**35w995 boncosky rd**
**West Dundee, IL 60118**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.711 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jack Kubik**
**85 Plateau**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                   Case number (if known) _____
         Name

---

| 3.711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| 7 | | ☐ Contingent | |

**Jack Liddell**
**1112 Andrew Ln**
**Corona, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| 8 | | | |

**Jack Link**
**2409 NE LAKE BLUFF COURT**
**LEES SUMMIT, MO 64086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| 9 | | | |

**JACK NICHOLS**
**403 W ARTEMOS DR**
**MISSOULA, MT 59803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| 0 | | | |

**jack oyhancabal**
**15 wellington place**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| 1 | | | |

**Jack Pinckney**
**619 E Utah Highlands Dr**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| 2 | | | |

**Jack Psiris**
**8661 Glenlyon Court**
**Fort Myers, FL 33912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.712 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| 3 | | | |

**Jack Psiris**
**8661 Glenlyon Ct**
**Fort Myers, FL 33912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name    Case number (if known) _____

---

**3.712 4**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Jack Rose**
**1579 Calle Portada**    ☐ Contingent
**CAMARILLO, CA 93010**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred  **2023**
    **Basis for the claim:  Warranty**
Last 4 digits of account number __

    Is the claim subject to offset? ■ No ☐ Yes

---

**3.712 5**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Jack Savisaar**
**322 Alva Lane**    ☐ Contingent
**Costa Mesa, CA 92627**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred  **2023**
    **Basis for the claim:  Warranty**
Last 4 digits of account number __

    Is the claim subject to offset? ■ No ☐ Yes

---

**3.712 6**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Jack Schlotthauer**
**8 Brooks Ave**    ☐ Contingent
**Apt. 13**    ☐ Unliquidated
**Venice, CA 90291**    ☐ Disputed

Date(s) debt was incurred  **2023**
    **Basis for the claim:  Warranty**
Last 4 digits of account number __

    Is the claim subject to offset? ■ No ☐ Yes

---

**3.712 7**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Jack Simpson**
**2463 East Glenhurst Lane**    ☐ Contingent
**Appleton, WI 54913**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred  **2023**
    **Basis for the claim:  Warranty**
Last 4 digits of account number __

    Is the claim subject to offset? ■ No ☐ Yes

---

**3.712 8**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Jack Tabaka**
**6323 State Highway 84 NE**    ☐ Contingent
**Longville, MN 56655**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred  **2024**
    **Basis for the claim:  Warranty**
Last 4 digits of account number __

    Is the claim subject to offset? ■ No ☐ Yes

---

**3.712 9**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Jack Trupiano**
**111 Via Ravenna**    ☐ Contingent
**Newport Beach, CA 92663**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred  **2021**
    **Basis for the claim:  Warranty**
Last 4 digits of account number __

    Is the claim subject to offset? ■ No ☐ Yes

---

**3.713 0**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Jackie Anderson**
**854 Oak Street**    ☐ Contingent
**Costa Mesa, CA 92627**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred  **2021**
    **Basis for the claim:  Warranty**
Last 4 digits of account number __

    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known)  _____

---

**3.713**
**1**

Nonpriority creditor's name and mailing address

**Jackie Lester**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.713**
**2**

Nonpriority creditor's name and mailing address

**Jackie Mercer**
**726 B Arnold Ave**
**B**
**Point Pleasant Beach, NJ 08742**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.713**
**3**

Nonpriority creditor's name and mailing address

**Jackie Mercer**
**726b Arnold Ave**
**Point Pleasant Beach, NJ 08742**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.713**
**4**

Nonpriority creditor's name and mailing address

**Jackie O  Neill**
**726 Arnold Ave**
**Unit B**
**Point Pleasant Beach, NJ 08742**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.713**
**5**

Nonpriority creditor's name and mailing address

**Jackie O'NEILL**
**726b Arnold Ave**
**Point Pleasant Beach, NJ 08742**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.713**
**6**

Nonpriority creditor's name and mailing address

**Jackie O'Neill**
**726Arnold Ave**
**Suite B**
**Point Pleasant Beach, NJ 08742**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.713**
**7**

Nonpriority creditor's name and mailing address

**Jackie oneill**
**726 arnold ave**
**PT. PLEASANT BEACH, NJ 08742**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

| 3.713 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jackie oneill**
**726 arnold ave**
**PT. PLEASANT BEACH, NJ 08742**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.713 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jackie Oneill**
**726 Arnold Ave**
**Point Pleasant Beach, NJ 08742**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.714 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jackie oneill**
**726 arnold ave**
**PT. PLEASANT BEACH, NJ 08742**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.714 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jackie oneill**
**726 arnold ave**
**PT. PLEASANT BEACH, NJ 08742**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.714 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jackie Oneill**
**726 Arnold Ave**
**Point Pleasant Beach, NJ 08742**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.714 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jackie oneill**
**726b Arnold Ave**
**Point Pleasant Beach, NJ 08742**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.714 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jackie oneill**
**726 Arnold Ave**
**suite B**
**Point Pleasant Beach, NJ 08742**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
                Name

---

**3.714
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jackie Oneill**                                            ☐ Contingent
**726 Arnold Ave**                                           ☐ Unliquidated
**Point Pleasant Beach, NJ 08442**                           ☐ Disputed

Date(s) debt was incurred  **2022**                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.714
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jackie Oneill**                                            ☐ Contingent
**726 Arnold Ave**                                           ☐ Unliquidated
**Point Pleasant Beach, NJ 08742**                           ☐ Disputed

Date(s) debt was incurred  **2022**                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.714
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jackie Rossman**                                           ☐ Contingent
**968 Palm Hill Road**                                       ☐ Unliquidated
**Polk, PA 16342**                                           ☐ Disputed

Date(s) debt was incurred  **2022**                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.714
8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jackie Rossman**                                           ☐ Contingent
**968 PALM HILL RD**                                         ☐ Unliquidated
**Polk, PA 16342**                                           ☐ Disputed

Date(s) debt was incurred  **2021**                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.714
9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**jackie Scovill**                                           ☐ Contingent
**228 22nd street**                                          ☐ Unliquidated
**Huntington beach, CA 92648**                               ☐ Disputed

Date(s) debt was incurred  **2021**                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.715
0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jackie Terry**                                             ☐ Contingent
**2685 Water Mill Road**                                     ☐ Unliquidated
**Cookeville, TN 38501**                                     ☐ Disputed

Date(s) debt was incurred  **2020**                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.715
1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jackie Walsh**                                             ☐ Contingent
**34 Bargemon**                                              ☐ Unliquidated
**Newport Coast, CA 92657**                                  ☐ Disputed

Date(s) debt was incurred  **2020**                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

| | |
|---|---|
| **3.715 2** | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Jacklyn Mitosinka**
**1150 East Orangethorpe Avenue**
**Suite 101**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.715 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Jacklyn Wilson**
**165 Willow Drive**
**Danville, CA 94526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.715 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**JackLynn Ardisana**
**1524 Steinhart**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.715 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Jackson Martingayle**
**211 61st Street**
**Virginia Beach, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.715 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Jackson Martingayle**
**777 Ben Hur Road**
**8407a**
**Baton Rouge, LA 70820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.715 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Jackson Wear**
**2941 Gordon Ave**
**Fort Worth, TX 76110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.715 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*     **$0.00**

**Jacky Kaiser**
**1820 Mary Street**
**Pittsburgh, PA 15203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.7159**

**Nonpriority creditor's name and mailing address**

**Jaclyn Kurzawa**
**8 Hammond Road**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7160**

**Nonpriority creditor's name and mailing address**

**Jacob Bensley**
**307 Blue Sky Dr**
**Tustin, CA 92782**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7161**

**Nonpriority creditor's name and mailing address**

**Jacob Bobek**
**450 Santa Rosa Lane**
**Montecito, CA 93108**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7162**

**Nonpriority creditor's name and mailing address**

**Jacob Bogaards**
**26 Dahlia**
**Irvine, CA 92618**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7163**

**Nonpriority creditor's name and mailing address**

**Jacob Cameron**
**473 E Center st**
**Pleasant Grove, UT 84062**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7164**

**Nonpriority creditor's name and mailing address**

**Jacob Clavette**
**954 NE Pennington Loop**
**Coupeville, WA 98239**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7165**

**Nonpriority creditor's name and mailing address**

**Jacob Cornia**
**1336 South 200 East**
**Salt Lake City, UT 84115**

Date(s) debt was incurred __2025__

Last 4 digits of account number __7__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.716 6**

**Nonpriority creditor's name and mailing address**

**Jacob cornia**
**1336 S 200 E**
**salt lake city, UT 84115**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.716 7**

**Nonpriority creditor's name and mailing address**

**Jacob Davis**
**761 Duart Drive**
**Orange Park, FL 32073**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.716 8**

**Nonpriority creditor's name and mailing address**

**Jacob Davis**
**2100 Baycrest Rd**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.716 9**

**Nonpriority creditor's name and mailing address**

**Jacob Fernane**
**800 Santa Barbara St**
**104**
**Santa Barbara, CA 93101**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.717 0**

**Nonpriority creditor's name and mailing address**

**Jacob Fleener**
**255 Palmer St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.717 1**

**Nonpriority creditor's name and mailing address**

**Jacob Fleener**
**1585 Riverside Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.717 2**

**Nonpriority creditor's name and mailing address**

**Jacob Grant**
**2993 Shannon Circle**
**Palm Harbor, FL 34684**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|--------|---------------------------|------------------------|---|
| | Name | | |

---

**3.717 3**

**Nonpriority creditor's name and mailing address**

**Jacob Grant**
**2993 Shannon Circle**
**Palm Harbor, FL 34684**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717 4**

**Nonpriority creditor's name and mailing address**

**Jacob Harper**
**1813 20th ave**
**Longmont, CO 80501**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717 5**

**Nonpriority creditor's name and mailing address**

**Jacob Kulik**
**2349 Rutgers Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717 6**

**Nonpriority creditor's name and mailing address**

**Jacob Maxin**
**5510 new haven ct**
**Austin, TX 78756**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717 7**

**Nonpriority creditor's name and mailing address**

**Jacob Nelsen-Epstein**
**1308 Singleton Avenue**
**Austin, TX 78702**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717 8**

**Nonpriority creditor's name and mailing address**

**Jacob Phillips**
**894 W Hereford Dr**
**San Tan Valley, AZ 85143**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717 9**

**Nonpriority creditor's name and mailing address**

**Jacob Reznik**
**1725 Port Charles Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.718 0**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.          $0.00

**Jacob Torbert**                                                        ☐ Contingent
**203 East Franklin St**                                                ☐ Unliquidated
**chapel hill, NC 27516**                                               ☐ Disputed

Date(s) debt was incurred  **2022**                                      **Basis for the claim:  Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.718 1**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.          $0.00

**Jacob White**                                                         ☐ Contingent
**5546 Bethany Bend Dr**                                                ☐ Unliquidated
**Las Vegas, NV 89135**                                                 ☐ Disputed

Date(s) debt was incurred  **2021**                                      **Basis for the claim:  Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.718 2**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.          $0.00

**Jacquelin Meadows**                                                   ☐ Contingent
**3935 Kirby Pkwy**                                                     ☐ Unliquidated
**Memphis, TN 38115**                                                   ☐ Disputed

Date(s) debt was incurred  **2023**                                      **Basis for the claim:  Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.718 3**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.          $0.00

**Jacqueline Colvett**                                                  ☐ Contingent
**1301 U St NW**                                                        ☐ Unliquidated
**Apt 707**                                                             ☐ Disputed
**Washington, DC 20009**

Date(s) debt was incurred  **2024**                                      **Basis for the claim:  Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.718 4**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.          $0.00

**Jacqueline Dunne**                                                    ☐ Contingent
**791 Southbrook Forest Ct**                                            ☐ Unliquidated
**Weldon Spring, MO 63304**                                             ☐ Disputed

Date(s) debt was incurred  **2022**                                      **Basis for the claim:  Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.718 5**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.          $0.00

**Jacqueline Eynon**                                                    ☐ Contingent
**2540 country hills rd**                                               ☐ Unliquidated
**215**                                                                 ☐ Disputed
**Brea, CA 92821**

Date(s) debt was incurred  **2022**                                      **Basis for the claim:  Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.718 6**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.          $0.00

**Jacqueline Hall**                                                     ☐ Contingent
**35524 Verde Vista Way**                                              ☐ Unliquidated
**Wildomar, CA 92595**                                                  ☐ Disputed

Date(s) debt was incurred  **2023**                                      **Basis for the claim:  Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____   Case number (if known) _____
Name

---

**3.718
7**

**Nonpriority creditor's name and mailing address**

**jacqueline Kapuschansky**
**291 Orange Ave**
**Saint Johns, FL 32259-4215**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.718
8**

**Nonpriority creditor's name and mailing address**

**Jacqueline Kapuschansky**
**291 Orange Ave**
**Saint Johns, FL 32259**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.718
9**

**Nonpriority creditor's name and mailing address**

**Jacqueline Keedy**
**2530 Back Bay Loop**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.719
0**

**Nonpriority creditor's name and mailing address**

**Jacqueline Petrie**
**11796 s outh townline road**
**Lyndonville, NY 14098**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.719
1**

**Nonpriority creditor's name and mailing address**

**Jacqueline Schillinger**
**33 s 600 e Unit 102**
**Salt Lake City, UT 84102**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.719
2**

**Nonpriority creditor's name and mailing address**

**Jacqueline Schuh**
**5652 Lawton Loop West Drive**
**Indianapolis, IN 46216**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.719
3**

**Nonpriority creditor's name and mailing address**

**Jacqueline Sinke**
**133 Fredon-Marksboro Rd.**
**Fredon, NJ 07860**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.719 4**

**Nonpriority creditor's name and mailing address**

**Jacqueline Vermeland**
**20364 Northpark Drive**
**Ashburn, VA 20147**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.719 5**

**Nonpriority creditor's name and mailing address**

**Jacques Marcillac**
**220 Olive Mill Road**
**Santa Barbara, CA 93108**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.719 6**

**Nonpriority creditor's name and mailing address**

**Jacques Marcillac**
**202 Olive Mill Rd**
**Santa Barbara, CA 93108**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.719 7**

**Nonpriority creditor's name and mailing address**

**Jacquie Catching**
**1538 Lupine Ave**
**Monterey Park, CA 91755**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.719 8**

**Nonpriority creditor's name and mailing address**

**Jad Davis**
**2100 Baycrest Rd.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.719 9**

**Nonpriority creditor's name and mailing address**

**Jade Everett**
**1921 3/4 Toberman st**
**Los Angeles, CA 90007**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.720 0**

**Nonpriority creditor's name and mailing address**

**Jade Everett**
**1921 3/4 Toberman Street**
**Los Angeles, CA 90007**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)*

| | | |
|---|---|---|
| 3.720 1 | **Nonpriority creditor's name and mailing address**<br>**Jagged Peak c/o Sean Osborne**<br>**7650 W Courtney Campbell Causeway**<br>**Suite 1200**<br>**Tampa, FL 33607**<br><br>Date(s) debt was incurred **2025**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br><br>**$0.00** |
| 3.720 2 | **Nonpriority creditor's name and mailing address**<br>**Jaime Delgado**<br>**9 Jane Street**<br>**Poughkeepsie, NY 12603**<br><br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br><br>**$0.00** |
| 3.720 3 | **Nonpriority creditor's name and mailing address**<br>**Jaime Landman**<br>**4507 Orrington Road**<br>**Corona Del Mar, CA 92625**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br><br>**$0.00** |
| 3.720 4 | **Nonpriority creditor's name and mailing address**<br>**JAIME LENAHAN**<br>**12870 Greensboro Rd**<br>**8580 SVL Box**<br>**Victorville, CA 92395**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br><br>**$0.00** |
| 3.720 5 | **Nonpriority creditor's name and mailing address**<br>**Jaime Lindsey**<br>**12309 Stalwart Ct**<br>**Herndon, VA 20170**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br><br>**$0.00** |
| 3.720 6 | **Nonpriority creditor's name and mailing address**<br>**Jaime Melendez**<br>**7454 Brookdale Ct**<br>**Dublin, CA 94568**<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br><br>**$0.00** |
| 3.720 7 | **Nonpriority creditor's name and mailing address**<br>**Jaime Melendez**<br>**7454 Brookdale Court**<br>**Dublin, CA 94568**<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes<br><br>**$0.00** |

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.720 8**

**Nonpriority creditor's name and mailing address**

**JAIME MENDOZA**
**3674 Twain Circle**
**Las vegas, NV 89121**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.720 9**

**Nonpriority creditor's name and mailing address**

**JAIME OJEDA**
**11729 Petticoat Lane**
**Norwalk, CA 90650**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721 0**

**Nonpriority creditor's name and mailing address**

**Jaime Ojeda**
**1003 Seal Way**
**Seal Beach, CA 90740**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721 1**

**Nonpriority creditor's name and mailing address**

**Jaime Oneill**
**2560 Falmouth Road**
**Toledo,, OH 43615**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721 2**

**Nonpriority creditor's name and mailing address**

**Jaime Peykoff**
**1510 Old Newport Blvd.**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721 3**

**Nonpriority creditor's name and mailing address**

**Jaime Peykoff**
**31 Port Nelson Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721 4**

**Nonpriority creditor's name and mailing address**

**Jaime Peykoff**
**1931 Port Nelson Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.721
5**

**Nonpriority creditor's name and mailing address**

**jaime rodriguez**
**3078 Ceylon rd**
**Costa mesa, CA 92626**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721
6**

**Nonpriority creditor's name and mailing address**

**Jaime Shapiro**
**2345 Newport Blvd**
**A102**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721
7**

**Nonpriority creditor's name and mailing address**

**Jaime Shapiro**
**2345 Newport Blvd**
**Apt. A102**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721
8**

**Nonpriority creditor's name and mailing address**

**Jaime Shoen**
**1653 Brady Circle**
**Carlsbad, CA 92008**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.721
9**

**Nonpriority creditor's name and mailing address**

**jaime vaca**
**2335 Cornell cir**
**Corona**
**Corona, CA 92881**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722
0**

**Nonpriority creditor's name and mailing address**

**Jaime Zwerling**
**614 Malibu**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722
1**

**Nonpriority creditor's name and mailing address**

**Jake Anderson**
**1722 Elk River St NW**
**Salem, OR 97304**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____Name_____

| | |
|---|---|

**3.722 2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Jake Arballo**
**30892 Suncatcher St**                 ☐ Contingent
**Murrieta, CA 92563**                 ☐ Unliquidated
                                        ☐ Disputed

Date(s) debt was incurred  **2022**                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.722 3**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Jake Edgington**
**1136 Waimea Bend**                 ☐ Contingent
**Round Rock, TX 78681**                 ☐ Unliquidated
                                        ☐ Disputed

Date(s) debt was incurred  **2024**                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.722 4**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Jake Haney**
**6258 E Pageantry Street**                 ☐ Contingent
**Long Beach, CA 90808**                 ☐ Unliquidated
                                        ☐ Disputed

Date(s) debt was incurred  **2023**                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.722 5**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Jake Johnston**
**7811 E. Bridgewood Drive**                 ☐ Contingent
**Anaheim, CA 92808**                 ☐ Unliquidated
                                        ☐ Disputed

Date(s) debt was incurred  **2023**                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.722 6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Jake Meer**
**2512 Circle Dr.**                 ☐ Contingent
**Newport Beach, CA 92663**                 ☐ Unliquidated
                                        ☐ Disputed

Date(s) debt was incurred  **2022**                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.722 7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Jake Mucher**
**5863 Sparas Street**                 ☐ Contingent
**Loomis, CA 95650**                 ☐ Unliquidated
                                        ☐ Disputed

Date(s) debt was incurred  **2022**                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.722 8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Jake OConnell**
**1011 E Cumberland Ave**                 ☐ Contingent
**Unit 1110**                 ☐ Unliquidated
**Tampa, FL 33602**                 ☐ Disputed

Date(s) debt was incurred  **2023**                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                 Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.7229**

**Nonpriority creditor's name and mailing address**

**Jake OConnell**
**4 Wyoming Ave**
**North Reading, MA 01864**

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7230**

**Nonpriority creditor's name and mailing address**

**Jake Ottoson**
**3840 Greenhill Dr**
**Chamblee, GA 30341**

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7231**

**Nonpriority creditor's name and mailing address**

**Jake sogga**
**915 s 13th st**
**Nashville, TN 37206**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7232**

**Nonpriority creditor's name and mailing address**

**Jake Thomas**
**1904 Doscher Ave**
**Charleston, SC 29405**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7233**

**Nonpriority creditor's name and mailing address**

**James a holm**
**7340 stock ranch rd**
**Apt 168**
**Citrus Heights, CA 95621**

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7234**

**Nonpriority creditor's name and mailing address**

**James A Horton A Horton**
**4780 S Mountain Ln**
**Salt Lake City, UT 84124**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7235**

**Nonpriority creditor's name and mailing address**

**James Addante**
**1093 North Greengrove Street**
**Orange, CA 92867**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.723 6**

**Nonpriority creditor's name and mailing address**

**James Addante**
**334 Monte Carlo**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.723 7**

**Nonpriority creditor's name and mailing address**

**James Ashton**
**1 47th st gulf**
**Slip 11**
**Marathon, FL 33050**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.723 8**

**Nonpriority creditor's name and mailing address**

**James Balassone**
**1526 24th Ave**
**San Francisco, CA 94122**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.723 9**

**Nonpriority creditor's name and mailing address**

**James Baldwin**
**9742 E 1735th Ave**
**Shumway, IL 62461**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.724 0**

**Nonpriority creditor's name and mailing address**

**James Barry**
**315 Lugonia St**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.724 1**

**Nonpriority creditor's name and mailing address**

**James Bayse**
**1424 Marina Cove Dr**
**Polk City, IA 50226**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.724 2**

**Nonpriority creditor's name and mailing address**

**James Begbie**
**2315 IRON SQUARE DR**
**RENO, NV 89521**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

**3.724
3**

**Nonpriority creditor's name and mailing address**

**James Behrens**
**20430 Cool Fern Sq**
**Ashburn, VA 20147-3355**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.724
4**

**Nonpriority creditor's name and mailing address**

**James Benson**
**3175 Spinning Rod Way**
**Sacramento, CA 95833**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.724
5**

**Nonpriority creditor's name and mailing address**

**James Benton**
**2840 s dunmoor st**
**memphis, TN 38114-3922**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.724
6**

**Nonpriority creditor's name and mailing address**

**James Bertz**
**3325 Felton St**
**San Diego, CA 92104**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.724
7**

**Nonpriority creditor's name and mailing address**

**James Biedebach**
**15159 Rancho Real**
**Del Mar, CA 92014**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.724
8**

**Nonpriority creditor's name and mailing address**

**James Bishop**
**33685 Van Duyn Road**
**Eugene, OR 97408**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.724
9**

**Nonpriority creditor's name and mailing address**

**James Bishop**
**33685 Van Duyn Road**
**Eugene, OR 97408**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.725 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James Bishop**
**33685 Van Duyn Road**
**--**
**Eugene, OR 97408**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**james bobinsky**
**33267 blanche drive**
**lake elsinore, CA 92530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**JAMES BOBINSKY**
**33267 blanche drive**
**Lake elsinore, CA 92530**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James Boesiger**
**2658 La Rinconada Pl**
**Redding, CA 96002**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James Bonine**
**2110 Daves Avenue**
**Moscow, ID 83843**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James Bonine**
**2110 DAVES AVE**
**MOSCOW, ID 83843-9594**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.725 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**James Bonine**
**2110 DAVES AVE**
**MOSCOW, ID 83843-9594**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.725 7**

**Nonpriority creditor's name and mailing address**

**James Bonine**
**2110 DAVES AVE**
**MOSCOW, ID 83843-9594**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.725 8**

**Nonpriority creditor's name and mailing address**

**James Bonine**
**2110 Daves Ave**
**MOSCOW, ID 83843**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.725 9**

**Nonpriority creditor's name and mailing address**

**James Bonner**
**45-535 Luluku Rd**
**J-1**
**Kane 'ohe, HI 96744**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.726 0**

**Nonpriority creditor's name and mailing address**

**James Bonner**
**45-535 Luluku Rd**
**J-1**
**Kaneohe, HI 96744**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.726 1**

**Nonpriority creditor's name and mailing address**

**james brannan**
**116 joy street**
**dunn, NC 28334**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.726 2**

**Nonpriority creditor's name and mailing address**

**James Branum**
**115 Lakeside Park Dr**
**HENDERSONVILLE, TN 37075**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.726 3**

**Nonpriority creditor's name and mailing address**

**James Braslow**
**3627 Roxbury Street**
**San Pedro, CA 90731**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.726
4**

**Nonpriority creditor's name and mailing address**

**james Bremer**
**4424 SOUTH 178 STREET**
**OMAHA, NE 68135**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.726
5**

**Nonpriority creditor's name and mailing address**

**James Broderick**
**11057 S Kestrel Rise Rd**
**South Jordan, UT 84009**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.726
6**

**Nonpriority creditor's name and mailing address**

**James Brohl**
**16552 pine cone dr**
**Woodhaven, MI 48183**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.726
7**

**Nonpriority creditor's name and mailing address**

**James Bruns**
**301 Ridge Road**
**North Aurora, IL 60542**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.726
8**

**Nonpriority creditor's name and mailing address**

**James Bruns**
**301 Ridge Rd**
**North Aurora, IL 60542**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.726
9**

**Nonpriority creditor's name and mailing address**

**James Bruns**
**301 Ridge Rd**
**North Aurora, IL 60542**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.727
0**

**Nonpriority creditor's name and mailing address**

**James Bryant**
**6042 Calvin Cir**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __Electric Bike Company, LLC_____  Case number *(if known)* _____
          Name

---

**3.727**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**James Bryant**
**2945 Hidden Valley Drive**
**Lake Havasu City, AZ 86404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.727**
**2**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        $0.00

**James Burch**
**24644 Hatton Lane**
**Corona, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.727**
**3**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        $0.00

**James Burns**
**2421 E Walnut Ave**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.727**
**4**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        $0.00

**James Byerly**
**2033 Eldridge Ave E**
**North Saint Paul, MN 55109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.727**
**5**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        $0.00

**James C Lippmeier**
**12 Danbury**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.727**
**6**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        $0.00

**James Campanella**
**5920 NE 14th Rd**
**Fort Lauderdale, FL 33334**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.727**
**7**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        $0.00

**James Campanella**
**5920 NE 14th Rd**
**Fort Lauderdale, FL 33334-5018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7278**

**Nonpriority creditor's name and mailing address**

**JAMES CAMPANELLA**
**5920 NE 14TH ROAD**
**FORT LAUDERDALE, FL 33334**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7279**

**Nonpriority creditor's name and mailing address**

**James Caruthers**
**448 Broadway**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7280**

**Nonpriority creditor's name and mailing address**

**James Caruthers**
**448 Broadway**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7281**

**Nonpriority creditor's name and mailing address**

**James Caruthers**
**448 Broadway**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7282**

**Nonpriority creditor's name and mailing address**

**James Chaffin**
**1057 East Imperial HGWY**
**Placentia, CA 92870**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7283**

**Nonpriority creditor's name and mailing address**

**James Chambliss**
**1801 Port Ashley Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7284**

**Nonpriority creditor's name and mailing address**

**James Chapman**
**1661 prestwick drive**
**Lake Geneva, WI 53147**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.728 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**james chriss**
**7011 Camino Del Vistazo**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Clanin**
**413 Farrell Rd**
**Vandalia, OH 45377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Clark**
**330 North Kathryn Drive**
**Anaheim, CA 92801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Cochran**
**185 cecil Place**
**Apt. B**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.728 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Coffee**
**3124 Sandalwood Court**
**Lafayette, CA, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.729 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Collins**
**2025 West Balboa Blvd**
**suite C**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.729 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Colton**
**1678 Jetty Dr**
**costa mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.729
2**

**Nonpriority creditor's name and mailing address**

**JAMES CREMINS**
**103 Olina Street**
**Kahului, HI 96732**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.729
3**

**Nonpriority creditor's name and mailing address**

**james crowder**
**2031 S CLARK ST**
**APT 1606**
**CHICAGO, IL 60616**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.729
4**

**Nonpriority creditor's name and mailing address**

**James Crowe**
**1319 Litton Avenue**
**Nashville, TN 37216**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.729
5**

**Nonpriority creditor's name and mailing address**

**James Cunningham**
**2816 Georgia St**
**Albuquerque, NM 87110**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.729
6**

**Nonpriority creditor's name and mailing address**

**James Cunningham**
**2816 Georgia St NE**
**Albuquerque, NM 87110**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.729
7**

**Nonpriority creditor's name and mailing address**

**James Cunningham**
**2816 Georgia St**
**Albuquerque, NM 87110**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.729
8**

**Nonpriority creditor's name and mailing address**

**James Curry**
**2065 Abudance Drive**
**Columbus, IN 47201**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.729 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Daenicke**
**138 Henry Street**
**Tomahawk, WI 54487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Dalton**
**1169 St Andrews**
**Rockledge, FL 32955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Daniels**
**24 N 460 W**
**Orem, UT 84057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Davis**
**5924 Woodhaven Ct**
**Virginia Beach, VA 23464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Davis**
**5924 Woodhaven Court**
**Virginia Beach, VA 23464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James DeArmon**
**4000 Glen Eagles LN**
**Concord, NC 28027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Deer**
**2939 Markridge Road**
**Sarasota, FL 34231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.730
6**

**Nonpriority creditor's name and mailing address**

**James DeLacy**
**711 Pacific Coast Hwy.**
**#407**
**Huntington Beach, CA 92648**

**Date(s) debt was incurred** __2025__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.730
7**

**Nonpriority creditor's name and mailing address**

**James Delacy**
**711 Pacific Coast Hwy**
**#407**
**Huntington Beach, CA 92648**

**Date(s) debt was incurred** __2023__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.730
8**

**Nonpriority creditor's name and mailing address**

**James Dillon**
**11200 Scarlet Oak Drive**
**Oakdale, CA 95361**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.730
9**

**Nonpriority creditor's name and mailing address**

**James Douglas**
**309 S Nevada St**
**Oceanside, CA 92054**

**Date(s) debt was incurred** __2023__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.731
0**

**Nonpriority creditor's name and mailing address**

**James Doyle**
**72 Upland drive**
**East Northport, NY 11731**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.731
1**

**Nonpriority creditor's name and mailing address**

**James Doyle**
**72 Upland drive**
**East NorthPort, NY 11731**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.731
2**

**Nonpriority creditor's name and mailing address**

**James Doyle**
**49 Kalmia Street**
**East Northport, NY 11731**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.731 3**

**Nonpriority creditor's name and mailing address**

**James Duley**
**3059 Taylor Way**
**costa mesa, CA 92626**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.731 4**

**Nonpriority creditor's name and mailing address**

**James Enloe**
**19551, S Tamiami Trl**
**Fort Myers, FL 33908**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.731 5**

**Nonpriority creditor's name and mailing address**

**James Enloe**
**590 Gulf Shores Pkwy**
**Gulf Shores, AL 36542-6498**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.731 6**

**Nonpriority creditor's name and mailing address**

**James Enloe**
**590 Gulf Shores Pkwy**
**Gulf Shores, AL 36542-6498**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.731 7**

**Nonpriority creditor's name and mailing address**

**James Enloe**
**590 Gulf Shores Parkway**
**Gulf Shores, OK 36542**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.731 8**

**Nonpriority creditor's name and mailing address**

**james estrada**
**8641 mandarin ave**
**alta loma, CA 91701**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.731 9**

**Nonpriority creditor's name and mailing address**

**JAMES EWING**
**619 VALLEY FORGE RD E**
**Neptune Beach, FL 32266**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __**Electric Bike Company, LLC**_____  Case number (if known) _____
         Name

---

**3.732 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**JAMES EWING**                              ☐ Contingent
**619 VALLEY FORGE RD E**                     ☐ Unliquidated
**Neptune Beach, FL 32266-6206**              ☐ Disputed

Date(s) debt was incurred __**2024**__        **Basis for the claim:** __**Warranty**__

Last 4 digits of account number __            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.732 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**James Exler**                               ☐ Contingent
**28 Pine Street**                            ☐ Unliquidated
**Rockville Centre, NY 11570**                ☐ Disputed

Date(s) debt was incurred __**2023**__        **Basis for the claim:** __**Warranty**__

Last 4 digits of account number __            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.732 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**James Exler**                               ☐ Contingent
**28 Pine St**                                ☐ Unliquidated
**Rockville Centre, NY 11570**                ☐ Disputed

Date(s) debt was incurred __**2022**__        **Basis for the claim:** __**Warranty**__

Last 4 digits of account number __            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.732 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**James Exler**                               ☐ Contingent
**28 Pine St**                                ☐ Unliquidated
**Rockville Centre, NY 11570-2425**           ☐ Disputed

Date(s) debt was incurred __**2022**__        **Basis for the claim:** __**Warranty**__

Last 4 digits of account number __            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.732 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**James Fender**                              ☐ Contingent
**1607 Southwood Street**                     ☐ Unliquidated
**1607**                                      ☐ Disputed
**Sarasota, FL 34231**

Date(s) debt was incurred __**2024**__        **Basis for the claim:** __**Warranty**__

Last 4 digits of account number __            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.732 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**James Foscalina**                           ☐ Contingent
**4186 Drake Way**                            ☐ Unliquidated
**Livermore, CA 94550**                       ☐ Disputed

Date(s) debt was incurred __**2021**__        **Basis for the claim:** __**Warranty**__

Last 4 digits of account number __            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.732 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**James Frohock**                             ☐ Contingent
**619 3rd Ave East**                          ☐ Unliquidated
**Twin Falls, ID 83301**                      ☐ Disputed

Date(s) debt was incurred __**2021**__        **Basis for the claim:** __**Warranty**__

Last 4 digits of account number __            Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.732 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Ganatos**
**5880 Staaten Ave**
**Boise, ID 83709-5217**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Gauger**
**21082 Cocobana Ln**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James George**
**2291 N Sherrlyn Dr.**
**Hoover, AL 35226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James George**
**2291 N Sherrlyn Dr**
**Hoover, AL 35226-1724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Gerbeville**
**9 Willoughby Street**
**#1**
**Somerville, MA 02143**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Gergen**
**80 Huntington St**
**Space 451**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.733 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**James Goode**
**1900 Barton Springs Rd**
**Unit 2047**
**Austin, TX 78704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.733 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **James Gordon** | ☐ Contingent | |
| **4803 Bayfair St.** | ☐ Unliquidated | |
| **Pasadena, TX 77505** | ☐ Disputed | |
| Date(s) debt was incurred _2023_ | **Basis for the claim:** _Warranty_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.733 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **James Gordon** | ☐ Contingent | |
| **4803 Bayfair St.** | ☐ Unliquidated | |
| **Pasadena, TX 77505** | ☐ Disputed | |
| Date(s) debt was incurred _2023_ | **Basis for the claim:** _Warranty_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.733 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **James Goudy** | ☐ Contingent | |
| **705 Richards Avenue** | ☐ Unliquidated | |
| **Clearwater, FL 33755** | ☐ Disputed | |
| Date(s) debt was incurred _2025_ | **Basis for the claim:** _Warranty_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.733 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **James Graham** | ☐ Contingent | |
| **109 Fairwood Ct** | ☐ Unliquidated | |
| **Richland, WA 99352** | ☐ Disputed | |
| Date(s) debt was incurred _2020_ | **Basis for the claim:** _Warranty_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.733 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **James Hamblen** | ☐ Contingent | |
| **6713 East Wildcat Drive** | ☐ Unliquidated | |
| **Cave Creek, AZ 85331** | ☐ Disputed | |
| Date(s) debt was incurred _2021_ | **Basis for the claim:** _Warranty_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.733 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **James Hanson** | ☐ Contingent | |
| **73 Fowler Rd** | ☐ Unliquidated | |
| **Lowell, MA 01854** | ☐ Disputed | |
| Date(s) debt was incurred _2025_ | **Basis for the claim:** _Warranty_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.734 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **James Harris** | ☐ Contingent | |
| **714 Temple St** | ☐ Unliquidated | |
| **San Diego, CA 92106** | ☐ Disputed | |
| Date(s) debt was incurred _2023_ | **Basis for the claim:** _Warranty_ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Electric Bike Company, LLC**
     Name

Case number *(if known)* _____

---

**3.734
1**

**Nonpriority creditor's name and mailing address**

**James Harris
700 Gibson Drive
Apartment 2912
Roseville, CA 95678**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.734
2**

**Nonpriority creditor's name and mailing address**

**James Harrison
10186 Lilly Chapel Georgesville Rd
Grove City, OH 43123**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.734
3**

**Nonpriority creditor's name and mailing address**

**james hart
7616 florence ave n.e.
albuquerque, NM 87122**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.734
4**

**Nonpriority creditor's name and mailing address**

**James Hart
7616 Florence Ave NE
Albuquerque, NM 87122**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.734
5**

**Nonpriority creditor's name and mailing address**

**James Hawk
991 Via Ondulando
Ventura, CA 93003**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.734
6**

**Nonpriority creditor's name and mailing address**

**James Hays
311 E Lauff Ave
CRESCENT City, CA 95531**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.734
7**

**Nonpriority creditor's name and mailing address**

**James Hays
180 Sherwood In
CRESCENT City, CA 95531**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.734
8**

**Nonpriority creditor's name and mailing address**

**James Hennessy
11712 Corry Rd
Philadelphia, PA 19154**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.734
9**

**Nonpriority creditor's name and mailing address**

**James Henry
14317 Hampshire Drive
PRIDE, LA 70770**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.735
0**

**Nonpriority creditor's name and mailing address**

**James Higgins
1447 Ortega St.
Chula Vista, CA 91913**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.735
1**

**Nonpriority creditor's name and mailing address**

**James Hinman
84 Rush Ave
Binghamton, NY 13903**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.735
2**

**Nonpriority creditor's name and mailing address**

**James Hoff
2658 Evolutionary Lane
Las Vegas, NV 89138**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.735
3**

**Nonpriority creditor's name and mailing address**

**James Holland
14727 43 Ave NE
Unit 70
MARYSVILLE, WA 98271**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.735
4**

**Nonpriority creditor's name and mailing address**

**James holm
7340 stock ranch rd # 168
Citrus Heights, CA 95621**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.735 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**james howey**
**4-831 Kuhio Hwy**
**STE 438-455**
**Kapaa, HI 96746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Hunter**
**6304 Brookeview ct**
**chesapeake beach, MD 20732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Hunter**
**6304 Brookeview ct**
**590 Bearfoot Rd**
**chesapeake beach, MD 20732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Irwine**
**85 Revett Drive**
**No. 129**
**Breckenridge, CO 80424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Jalani**
**565 Via Balizan ave**
**Las Vegas, NV 89123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Jalani**
**565 Via Balizan ave.**
**Las Vegas, NV 89123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.736 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**James Jeffers**
**1321 Sussex Lane**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.736 2**

**Nonpriority creditor's name and mailing address**

**James JENKS**
**4550 King Ct West Richland WA 99353**
**West Richland, WA 99353**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.736 3**

**Nonpriority creditor's name and mailing address**

**James Jenks**
**4550 King Ct**
**West Richland, WA 99353**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.736 4**

**Nonpriority creditor's name and mailing address**

**James Johnson**
**2024 CHIP DRIVE**
**LAKE HAVASU CITY, AZ 86406**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.736 5**

**Nonpriority creditor's name and mailing address**

**James Kahal**
**25261 Paseo de Valencia**
**Laguna Woods, CA 92637**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.736 6**

**Nonpriority creditor's name and mailing address**

**James Kane**
**4 Gibbons Court**
**Sayville, NY 11782**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.736 7**

**Nonpriority creditor's name and mailing address**

**James Kinkade**
**18915 san Antonio St**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.736 8**

**Nonpriority creditor's name and mailing address**

**James Kirsch**
**8 Whitehall Court**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.7369**

**Nonpriority creditor's name and mailing address**

**James Knecht**
**1923 E 1850 NORTH RD**
**WATSEKA, IL 60970**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.7370**

**Nonpriority creditor's name and mailing address**

**James Kochendorfer**
**1115 Camino Ciego Ct**
**Vista, CA 92084**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.7371**

**Nonpriority creditor's name and mailing address**

**James Kochendorfer**
**1115 Camino Ciego Ct**
**Vista, CA 92084**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.7372**

**Nonpriority creditor's name and mailing address**

**James Kochendorfer**
**1115 Camino Ciego Court**
**VISTA, CA 92084**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.7373**

**Nonpriority creditor's name and mailing address**

**James Kochinski**
**121 1st St E**
**Apt 102**
**Tierra Verde, FL 33715**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.7374**

**Nonpriority creditor's name and mailing address**

**James Kuhlman**
**9291 Caulfield Drive**
**Elk Grove, CA 95758**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.7375**

**Nonpriority creditor's name and mailing address**

**James Kwast**
**1801 E. 15th**
**Unit F**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

| 3.737 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **James L Holman**<br>**9532 Velardo Drive**<br>**Huntington Beach, CA 92646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number  **7** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.737 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **James Lamparter**<br>**23831 Inverness Place**<br>**Laguna Niguel, CA 92677** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.737 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **James Larkin**<br>**490 Ridge Road**<br>**West Milford, NJ '07480** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number  **7** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.737 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **James Larkin**<br>**1740 Florence Ave**<br>**Englewood, FL 34223** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.738 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **James Latimore**<br>**13827 Windfall Lane**<br>**Odessa, FL 33556** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.738 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **James Latushca**<br>**15485 rumsey rd**<br>**clearlake, CA 95422** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.738 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **James Lauterbach**<br>**322 W Bickett Street**<br>**Kill Devil Hills, NC 27948** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.738 3**

**Nonpriority creditor's name and mailing address**

**james lauterbach**
**321 Truxton Street**
**Kill Devil Hills, NC 27948**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.738 4**

**Nonpriority creditor's name and mailing address**

**James LeCourt**
**25 Seabridge Rd**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.738 5**

**Nonpriority creditor's name and mailing address**

**James Leinbach**
**43 Sunset Dr**
**Titusville, FL 32780**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.738 6**

**Nonpriority creditor's name and mailing address**

**James Leinbach**
**3341 Stoner Ave**
**Reading, PA 19606**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.738 7**

**Nonpriority creditor's name and mailing address**

**James LHeureux**
**607 Stoney Kill Road**
**Kerhonkson, NY 12446**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.738 8**

**Nonpriority creditor's name and mailing address**

**James Little**
**6915 Legacy Lane**
**Waxhaw, NC 28173**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.738 9**

**Nonpriority creditor's name and mailing address**

**James Lui**
**634 Bret Harte Dr**
**Copperopolis, CA 95228**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.739 0**

**Nonpriority creditor's name and mailing address**

**James Lundberg**
**721 Aberdeen Ln**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.739 1**

**Nonpriority creditor's name and mailing address**

**James Lundberg**
**721 Aberdeen Lane**
**Buffalo Grove, IL 60089**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.739 2**

**Nonpriority creditor's name and mailing address**

**James Lundstrom**
**3928 W. 5th St.**
**Duluth, MN 55807**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.739 3**

**Nonpriority creditor's name and mailing address**

**James Marchbanks**
**4875 Elmore Rd**
**Memphis, TN 38128**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.739 4**

**Nonpriority creditor's name and mailing address**

**James Mathis**
**2830 Calaveras Ct.**
**Redding, CA 96002**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.739 5**

**Nonpriority creditor's name and mailing address**

**James Mathis**
**2830 Calaveras Ct.**
**Redding, CA 96002**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.739 6**

**Nonpriority creditor's name and mailing address**

**James Mathis**
**2830 Calaveras Ct**
**Redding, CA 96002**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

| 3.739 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**James Mattes**
**2001 Highland Drive**
**La Grande, OR 97850**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.739 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**James Mawson**
**25141 Farthing Street**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.739 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**James McCarthy**
**29747 Stonewood Rd**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.740 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**James McClymont**
**7901 Sagamore Rd**
**Leawood, KS 66206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.740 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**James McConnell**
**703 Venus Ct.**
**Raymore, MO 64083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.740 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**James McDaniel**
**5179 Southern Valley Loop**
**Brooksville, FL 34601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.740 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**james mcdonnell**
**1156 Gleneagles Terrace**
**costa mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                    Case number *(if known)* _____

_____
Name

---

| 3.740 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**James McFadden**
**563 Wilcox Road**
**Lubec, ME 04652**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**James McKee**
**3812-D Happy Valley Road**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**James McKee**
**3812-D Happy Valley Rd**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**James McKee**
**3812-D Happy Valley Rd**
**Lafayette, CA 94549**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**james melfi**
**1361 garland ave**
**tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**James Metts**
**121 cove view dr**
**Irmo, SC 29063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**James Middleton**
**580 East Main Street**
**Vernal, UT 84078**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.741 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**james middleton**
**580 E Main ST**
**vernal, UT 84078**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.741 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**james middleton**
**580 East Main Street**
**Vernal, UT 84078**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.741 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Miedel**
**128 Bendix Lane**
**Smithton, PA 15479**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.741 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Miller**
**50 Pine Street**
**Wellesley, MA 02481**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.741 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Mitchell**
**131 Jefferson Road**
**Princeton, NJ 08540**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.741 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**james monazym**
**1481 E Pere Cheney Rd**
**Roscommon, MI 48653**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.741 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**James Monazym**
**1481 E Pere Cheney**
**Roscommon, MI 48653**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7418**

**Nonpriority creditor's name and mailing address**

**James Moody**
**303 NW Canyon Drive**
**Redmond, OR 97756**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7419**

**Nonpriority creditor's name and mailing address**

**James Moore**
**5823 Wallace Walker Rd**
**Pasco, WA 99301**

Date(s) debt was incurred __2022__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7420**

**Nonpriority creditor's name and mailing address**

**James Moore**
**417 Leslie Lane**
**West Chester, PA 19382**

Date(s) debt was incurred __2021__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7421**

**Nonpriority creditor's name and mailing address**

**James Moran**
**138 west sylvania ave**
**Neptune, NJ 07753**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7422**

**Nonpriority creditor's name and mailing address**

**James Nelson**
**5511 River Bay Drive**
**Punta Gorda, FL 33950**

Date(s) debt was incurred __2025__

Last 4 digits of account number __7__

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7423**

**Nonpriority creditor's name and mailing address**

**James Nelson**
**5511 river Bay dr**
**Punta Gorda, FL 33950**

Date(s) debt was incurred __2022__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7424**

**Nonpriority creditor's name and mailing address**

**James Nelson**
**5511 river Bay drive**
**Punta Gorda, FL 33950**

Date(s) debt was incurred __2022__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.742 5**

**Nonpriority creditor's name and mailing address**

**James Norris**
**4459 North Woodburn Street**
**Shorewood, WI 53211**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.742 6**

**Nonpriority creditor's name and mailing address**

**JAMES ODLUM**
**1 REDCROWN**
**MISSION VIEJO, CA 92692**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.742 7**

**Nonpriority creditor's name and mailing address**

**James Oliver**
**1060 Worlds Fair Park Drive**
**105**
**Knoxville, TN 37916**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.742 8**

**Nonpriority creditor's name and mailing address**

**James Oneil**
**205 43rd street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.742 9**

**Nonpriority creditor's name and mailing address**

**James ONeill**
**3931 NE 31 Avenue**
**Lighthouse Point, FL 33064**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 0**

**Nonpriority creditor's name and mailing address**

**James Padilla**
**333 1st Street**
**Apt A115**
**Seal Beach, CA 90740**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 1**

**Nonpriority creditor's name and mailing address**

**James Parker**
**1820 W Wayne St**
**Lima, OH 45805**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.743 2**

**Nonpriority creditor's name and mailing address**

**james petterson**
**8118 prairie lake drive**
**waterloo, IL 62298**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 3**

**Nonpriority creditor's name and mailing address**

**James Phelps**
**4884 Pepelani Loop**
**Princeville, HI 96722**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 4**

**Nonpriority creditor's name and mailing address**

**James Pluimer**
**1100 4th Ave NW**
**Milaca, MN 56353**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 5**

**Nonpriority creditor's name and mailing address**

**james quinn**
**4602 highgrove ave.**
**torrance, CA 90505**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 6**

**Nonpriority creditor's name and mailing address**

**James Quinn**
**752 Lakeside Dr.**
**Carriere, MS 39426**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 7**

**Nonpriority creditor's name and mailing address**

**James Reeve**
**1699 Calle De Los Alamos**
**San Clemente, CA 92674**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.743 8**

**Nonpriority creditor's name and mailing address**

**James Reingold**
**1401 Spruce St**
**Apt 502**
**Philadelphia, PA 19102**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7439**

**Nonpriority creditor's name and mailing address**

**James Reynaert**
**547 Burnside Trail**
**Hendersonville, NC 28792**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7440**

**Nonpriority creditor's name and mailing address**

**James Reynolds**
**313 Prospect Bay Dr E**
**Grasonville, MD 21638**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7441**

**Nonpriority creditor's name and mailing address**

**James Reynolds**
**1507 Lincoln Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7442**

**Nonpriority creditor's name and mailing address**

**James Riefer**
**810 Moyano Circle**
**Corona, CA 92882**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7443**

**Nonpriority creditor's name and mailing address**

**James Rinehart**
**1249 Normandy Dr.**
**Modesto, CA 95351**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7444**

**Nonpriority creditor's name and mailing address**

**James Roach**
**906 College Ave.**
**Cleveland, OH 44113**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7445**

**Nonpriority creditor's name and mailing address**

**James Roach**
**906 College Ave.**
**Cleveland, OH 44113**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____     Case number (if known) _____
Name

---

**3.744 6**

Nonpriority creditor's name and mailing address

**James Robb**
**4670 58th St**
**Sacramento, CA 95820**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.744 7**

Nonpriority creditor's name and mailing address

**James Roe**
**2763 Heron Landing Ct.**
**Orlando, FL 32837**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.744 8**

Nonpriority creditor's name and mailing address

**James Roe**
**2763 Heron Landing Ct**
**Orlando, FL 32837**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.744 9**

Nonpriority creditor's name and mailing address

**James Rosing**
**1969 Port Trinity Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.745 0**

Nonpriority creditor's name and mailing address

**James Russell**
**690 E. Arrow Hwy**
**Upland, CA 91786**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.745 1**

Nonpriority creditor's name and mailing address

**James Rutherford**
**5915 Cold Springs Drive**
**Foresthill, CA 95631**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.745 2**

Nonpriority creditor's name and mailing address

**James Salter**
**1880 Kathy Whitworth Drive**
**Braselton, GA 30517-7006**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.745 3**

**Nonpriority creditor's name and mailing address**

**James Schmitt**
**48 Puesto Rd**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745 4**

**Nonpriority creditor's name and mailing address**

**James Schumacher**
**11548 Crestridge Loop**
**Trinity, FL 34655**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745 5**

**Nonpriority creditor's name and mailing address**

**James Scott**
**2567 Snowtip Ln**
**Grove City, OH 43123**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745 6**

**Nonpriority creditor's name and mailing address**

**James Scott**
**2567 SNOWTIP LN.**
**GROVE CITY, OH 43123**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745 7**

**Nonpriority creditor's name and mailing address**

**JAMES SHACKELTON**
**9127 ST. HWY. 25 LOT 312**
**MONTICELLO, MN 55362**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745 8**

**Nonpriority creditor's name and mailing address**

**james shackelton**
**9127 State Highway 25 NE unit 312**
**Monticello, MN 55362**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745 9**

**Nonpriority creditor's name and mailing address**

**James Shaver**
**4523 NW Bobcat pl**
**Beaverton, OR 97132**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.746 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Nonpriority creditor's name and mailing address**
**James Shaver**
**4523 NW Bobcat Pl**
**Beaverton, OR 97006**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.746 1

**Nonpriority creditor's name and mailing address**
**James Shrewsbury**
**4751 Raintree St. Circle E**
**Bradenton, FL 34203**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.746 2

**Nonpriority creditor's name and mailing address**
**James Smith**
**670 Throne Drive Apt. 237**
**Eugene, OR 97402**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.746 3

**Nonpriority creditor's name and mailing address**
**James Smith**
**1619 QUIET HILLS DR**
**Oceanside, CA 92056**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.746 4

**Nonpriority creditor's name and mailing address**
**James Snedaker**
**227 Grovefield Dr.**
**Fort Mill, SC 29715**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.746 5

**Nonpriority creditor's name and mailing address**
**James Souliere**
**59 Tasker St**
**Saco, ME 04072**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.746 6

**Nonpriority creditor's name and mailing address**
**James Spates**
**2833 Ashley St**
**Kingsport, TN 37664**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.746 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Specht**
**3201 Forest Lane**
**Murrysville, PA 15668**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Stack**
**15613 Simpson Drive**
**Lewes, DE 19958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.746 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Stanley**
**5375 Ensenada Way**
**Farmington, NM 87402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Starry**
**5590 W State Route 41**
**Covington, OH 45318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Stewart**
**5879 SE Wilsie Dr**
**Stuart, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Stewart**
**5879 SE Wilsie Dr**
**Stuart, FL 34997**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.747 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**James Stone**
**2619 sanderson Ave**
**Fort worth tx, TX 76103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:   Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.747
4**

**Nonpriority creditor's name and mailing address**

**James Streetman**
**555 Prim St**
**Ashland, OR 97520**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.747
5**

**Nonpriority creditor's name and mailing address**

**James Sullivan**
**9042 Niguel Cir**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.747
6**

**Nonpriority creditor's name and mailing address**

**James Sweigert**
**5766 Durango Road**
**Riverside, CA 92506**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.747
7**

**Nonpriority creditor's name and mailing address**

**James Toth**
**5060 Brookhaven Dr**
**North Royalton, OH 44133**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.747
8**

**Nonpriority creditor's name and mailing address**

**JAMES TRICE**
**1765 34th ST S**
**ST PETERSBURG, FL 33711**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.747
9**

**Nonpriority creditor's name and mailing address**

**James Usher**
**21732 Hilaria Cir**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.748
0**

**Nonpriority creditor's name and mailing address**

**James Usher**
**21732 Hilaria Cir**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.748**
**1**

**Nonpriority creditor's name and mailing address**

**James van kirk**
**645 w 14 st**
**upland, CA 91786**

Date(s) debt was incurred  **2025**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.748**
**2**

**Nonpriority creditor's name and mailing address**

**James Vandervort**
**4420 Bandana Ct**
**Wickenburg, AZ 85390**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.748**
**3**

**Nonpriority creditor's name and mailing address**

**James Veach**
**6942 Garden Grove Blvd**
**Westminster, CA 92683**

Date(s) debt was incurred  **2025**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.748**
**4**

**Nonpriority creditor's name and mailing address**

**James Vidales**
**2501 S. Birch St**
**Santa Ana, CA 92707**

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.748**
**5**

**Nonpriority creditor's name and mailing address**

**James Waataja**
**1943 Federal Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.748**
**6**

**Nonpriority creditor's name and mailing address**

**JAMES WAGNER**
**53 HIDEAWAY LN**
**NORTH KINGSTOWN, RI 02852**

Date(s) debt was incurred  **2023**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.748**
**7**

**Nonpriority creditor's name and mailing address**

**JAMES WALKER**
**9135 205th Street West**
**Lakeville, MN 55044**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.7488**

**Nonpriority creditor's name and mailing address**

**James Wall**
**23 Tanbark Road**
**Marstons Mills, MA 02648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7489**

**Nonpriority creditor's name and mailing address**

**JAMES WALLIN**
**16 VIA VISIONE UNIT 104**
**HENDERSON, NV 89011**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7490**

**Nonpriority creditor's name and mailing address**

**James Wallin**
**16 Via Visione**
**Unit 104**
**Henderson, NV 89011**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7491**

**Nonpriority creditor's name and mailing address**

**James Wapelhorst**
**22026 Chancellor Cir**
**Elkhorn, NE 68022**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7492**

**Nonpriority creditor's name and mailing address**

**James Warden**
**4160 Crestview Drive**
**Norco, CA 92860**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7493**

**Nonpriority creditor's name and mailing address**

**James Waters**
**8090 NW MASTERN AVE**
**Parkville, MO 64152**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7494**

**Nonpriority creditor's name and mailing address**

**James Wessel**
**18029 Lungo St**
**Pflugerville, TX 78660**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____
　　　　Name

---

**3.7495**

**Nonpriority creditor's name and mailing address**

**James West**
**2748 N Camerton Place**
**Eagle, ID 83616-4826**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7496**

**Nonpriority creditor's name and mailing address**

**James West**
**2748 North Camerton Place**
**Eagle, ID 83616**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7497**

**Nonpriority creditor's name and mailing address**

**James Wilcox**
**516 S 500 E**
**Brigham City, UT 84302**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7498**

**Nonpriority creditor's name and mailing address**

**James Williamson Williamson**
**1455 N.Vine Ave**
**Palm Springs, CA 92262**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7499**

**Nonpriority creditor's name and mailing address**

**James Wilson**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7500**

**Nonpriority creditor's name and mailing address**

**James Wilson**
**326 Veneto**
**Irvine, CA 92614**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7501**

**Nonpriority creditor's name and mailing address**

**James Woloszyn**
**5852 Carbeck Dr**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.750 2**

**Nonpriority creditor's name and mailing address**

**James Wood**
**79135 Kristen Court**
**La quinta, CA 92253**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.750 3**

**Nonpriority creditor's name and mailing address**

**James Woodall**
**2880 S Locust St Apt N507**
**Denver, CO 80222**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.750 4**

**Nonpriority creditor's name and mailing address**

**James Woodall**
**2880 S Locust St**
**Denver, CO 80222**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.750 5**

**Nonpriority creditor's name and mailing address**

**James Yoder**
**74880 San Simeon Dr**
**Palm Desert, CA 92260**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.750 6**

**Nonpriority creditor's name and mailing address**

**James Yoder**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.750 7**

**Nonpriority creditor's name and mailing address**

**James Yokoi**
**1607 Harrow Pl**
**Newport Beach, CA 92660-4730**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.750 8**

**Nonpriority creditor's name and mailing address**

**James York**
**712 Bancroft Rd**
**316**
**walnut creek, CA 94598**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.7509**

**Nonpriority creditor's name and mailing address**

**James Zwolinski**
**1725 S. Auburn Way**
**#415**
**Anaheim, CA 92805**

**Date(s) debt was incurred** _2022_

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7510**

**Nonpriority creditor's name and mailing address**

**Jami Barlow**
**6955 East Obelisks Street**
**Boise, ID 83716**

**Date(s) debt was incurred** _2025_

**Last 4 digits of account number** _7_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7511**

**Nonpriority creditor's name and mailing address**

**Jami Barlow**
**6955 East Obelisks Street**
**Boise, ID 83716**

**Date(s) debt was incurred** _2025_

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7512**

**Nonpriority creditor's name and mailing address**

**Jamie Austin**
**1040 LEECE DRIVE**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred** _2020_

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7513**

**Nonpriority creditor's name and mailing address**

**Jamie Ballard**
**4619 Bush Mills Ave**
**Evans, CO 80634**

**Date(s) debt was incurred** _2024_

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7514**

**Nonpriority creditor's name and mailing address**

**Jamie Bigelow**
**2631 E Mesquite St**
**Gilbert, AZ 85296**

**Date(s) debt was incurred** _2021_

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7515**

**Nonpriority creditor's name and mailing address**

**Jamie Chappell**
**2840 Warm Springs Rd**
**18**
**Columbus, GA 31904**

**Date(s) debt was incurred** _2025_

**Last 4 digits of account number** ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known)  _____
              Name

---

**3.751
6**

**Nonpriority creditor's name and mailing address**

**Jamie Churchill**
**14306 Caryn Circle**
**Fontana, CA 92336**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.751
7**

**Nonpriority creditor's name and mailing address**

**jamie coates**
**5318 E 2nd Street, unit 648**
**Long Beach, CA 90803**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.751
8**

**Nonpriority creditor's name and mailing address**

**Jamie Coffman**
**17932 Shoreham Lane**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.751
9**

**Nonpriority creditor's name and mailing address**

**Jamie Ellis**
**33062 BELLCREST ROAD**
**Scappoose, OR 97056**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.752
0**

**Nonpriority creditor's name and mailing address**

**Jamie Guilmette**
**227 Dearborn Rd**
**Pembroke, NH 03275**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.752
1**

**Nonpriority creditor's name and mailing address**

**Jamie Halsey**
**4891 Maui Circle**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.752
2**

**Nonpriority creditor's name and mailing address**

**jamie hamann-burney**
**45 villa avenue**
**buffalo, NY 14216**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.752 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jamie Harris**
**714 Temple St**
**San Diego, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jamie Herrera**
**609 W Moreno St**
**Pensacola, FL 32501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAMIE HOLLAND**
**14727 43rd NE #70**
**Marysville, WA 98271**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jamie Huante**
**1187 Gleneagles Terrace**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jamie Jolly**
**520 Roger Drive**
**Salisbury, NC 28147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jamie Jolly**
**520 Roger Dr**
**Salisbury, NC 28147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.752 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JAMIE KEARNS**
**550 S 400 E**
**APT 3309**
**SALT LAKE CTY, UT 84111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.753 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Kesler**
**5081 Tasman Drive**
**Huntington Beach, CA 92649**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.753 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Littleton**
**14 Canyon Island Dr**
**#14**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.753 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Loris**
**3136 Cumberland Road**
**Theodore, AL 36582**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.753 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Lutz**
**402 Armstrong Drive**
**Placentia, CA 92870**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.753 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Mullis**
**2044 Sugarbrook Road**
**Broxton, GA 31519**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.753 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Reynolds**
**410 Maple Avenue**
**Hanover, PA 17331**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.753 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jamie Rosenberg**
**1550 Homestake Dr.**
**Aspen, CO 81611**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.753
7**

**Nonpriority creditor's name and mailing address**

**Jamie Slade**
**7732 Taylor Dr**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.753
8**

**Nonpriority creditor's name and mailing address**

**Jamie Szulkowski**
**50 Seminole Cir**
**STUARTS DRAFT, VA 24477**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.753
9**

**Nonpriority creditor's name and mailing address**

**Jamie trammer**
**3061 Karnes way**
**San diego, CA 92117**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.754
0**

**Nonpriority creditor's name and mailing address**

**Jamie Weil**
**2609 Durant Trails Blvd**
**Dover, FL 33527**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.754
1**

**Nonpriority creditor's name and mailing address**

**Jamin Alvidrez**
**390 Ogle St. #C**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.754
2**

**Nonpriority creditor's name and mailing address**

**Jamin Alvidrez**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.754
3**

**Nonpriority creditor's name and mailing address**

**Jamison Rayfield**
**3778 Park Blvd**
**Apt 5**
**San Diego, CA 92103**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.754 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jan Boam**<br>**1464 Meadow View Court**<br>**Farmington, UT 84025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.754 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **jan denharder**<br>**1675 buena vista st**<br>**ventura, CA 93001** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.754 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **jan denharder**<br>**po box 7796**<br>**ventura, CA 93006-7796** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.754 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jan Dubach Reid**<br>**775 Michele Ct.**<br>**Dixon, CA 95620** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.754 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jan Dunbar**<br>**5125 Ave de Amor**<br>**Yorba Linda, CA 92886** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.754 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jan McCarthy**<br>**3902 Channel Place**<br>**Newport Beach, CA 92663** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.755 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jan Myers**<br>**243 West Bristlecone Drive**<br>**Cedar City, UT 84720** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.755
1**

**Nonpriority creditor's name and mailing address**

**Jan Newton**
**444 E. Bracciano Avenue**
**Queen Creek, AZ 85140**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.755
2**

**Nonpriority creditor's name and mailing address**

**Jan Peck**
**3076 Island Beach Rd.**
**Marquette, MI 49855**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.755
3**

**Nonpriority creditor's name and mailing address**

**Jan Skiba**
**4840 Dry Creek Rd**
**Ellensburg, WA 98926-8375**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.755
4**

**Nonpriority creditor's name and mailing address**

**Jan Skiba**
**4840 Dry Creek Rd**
**Ellensburg, WA 98926**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.755
5**

**Nonpriority creditor's name and mailing address**

**Jan Stewart**
**17819 Avenida Alozdra**
**San Diego, CA 92128**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.755
6**

**Nonpriority creditor's name and mailing address**

**Jan Van Immelen**
**19701 Canberra Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.755
7**

**Nonpriority creditor's name and mailing address**

**Jan Warren**
**16 High Bluff**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.755 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Jan Zimmerman** | ☐ Contingent | |
| **19321 Pismo Ln** | ☐ Unliquidated | |
| **Huntington Beach, CA 92646** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.755 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Jana Beekman** | ☐ Contingent | |
| **3124 Van Buren Ave** | ☐ Unliquidated | |
| **Costa Mesa, CA 92626** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.756 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Jana Birmingham** | ☐ Contingent | |
| **1707 Buckingham Dr** | ☐ Unliquidated | |
| **Pasadena, TX 77504** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.756 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Jana DeSanto** | ☐ Contingent | |
| **2271 Glenmoor Road South** | ☐ Unliquidated | |
| **Clearwater, FL 33764** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.756 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Jana Hartley** | ☐ Contingent | |
| **1319 military Cutoff Rd Gg** | ☐ Unliquidated | |
| **Wilmington, NC 28405** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.756 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Jana Roy** | ☐ Contingent | |
| **296 Porter Way, #5** | ☐ Unliquidated | |
| **Milton, WA 98354** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.756 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Jana Roy** | ☐ Contingent | |
| **124 66th Ave E** | ☐ Unliquidated | |
| **Fife, WA 98424-1421** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.756 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jana Roy**
**124 66th Ave E**
**Tacoma, WA 98424**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.756 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jana Teter**
**2307 Half Moon Lane**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.756 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jana Whittington**
**14156 Sawston Circle**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.756 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janae Roberts**
**654 Manhattan Beach Blvd**
**#A**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.756 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Janamarie Perroud**
**906 Packard St**
**Apt 4**
**Ann Arbor, MI 48104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.757 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jane Connors**
**3600 Smokerise Hill Dr**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.757 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jane Doran**
**213 Jill Lynn Cir**
**Elysian, MN 56028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.757 2**

**Nonpriority creditor's name and mailing address**

**Jane Drake**
**415 Chippewa Drive**
**Fremont, MI 49412**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757 3**

**Nonpriority creditor's name and mailing address**

**Jane Dresser**
**524 South Harvest Lane**
**Orange, CA 92866**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757 4**

**Nonpriority creditor's name and mailing address**

**Jane Hernandez**
**1621 Mesa Drive**
**Apt #48**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757 5**

**Nonpriority creditor's name and mailing address**

**Jane Hummer**
**2994 Shady Holw W**
**Boulder, CO 80304**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757 6**

**Nonpriority creditor's name and mailing address**

**Jane Provance**
**347 Windwood Lake Dr.**
**Cape Girardeau, MO 63701**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757 7**

**Nonpriority creditor's name and mailing address**

**Jane Rokus**
**16681 Flowering Plum Circle**
**Whittier, CA 90603**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757 8**

**Nonpriority creditor's name and mailing address**

**Jane Rytina**
**1164 Hill Road**
**Montecito, CA 93108**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.757 9**

**Nonpriority creditor's name and mailing address**

**Jane Tiernan**
**1741 Tustin Avenue**
**Unit 6C**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.758 0**

**Nonpriority creditor's name and mailing address**

**Jane Tucker**
**3000 Royal Ct**
**Unit 3006**
**North Hills, NY 11040**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.758 1**

**Nonpriority creditor's name and mailing address**

**Jane Tucker**
**844 Dune Road**
**Westhampton Beach, NY 11978**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.758 2**

**Nonpriority creditor's name and mailing address**

**Jane Wade**
**350 Sagamore Road**
**Rye, NH 03870**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.758 3**

**Nonpriority creditor's name and mailing address**

**janell Muggeridge**
**3343 WINDSOR DR.**
**CHARLOTTE, NC 28209**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.758 4**

**Nonpriority creditor's name and mailing address**

**Janet Beck**
**1000 Urlin Ave**
**Apt 915**
**Columbus, OH 43212-3330**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.758 5**

**Nonpriority creditor's name and mailing address**

**Janet Benson**
**33053 Grit Road**
**Lanesboro, MN 55949**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number _(if known)_ _____
Name

---

**3.758
6**

**Nonpriority creditor's name and mailing address**

**Janet Buckley**
**21 Harvard St**
**Humarock, MA 02047**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.758
7**

**Nonpriority creditor's name and mailing address**

**Janet Cannon**
**10264 W Whitnall Edge Cir**
**Unit G**
**Franklin, WI 53132**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.758
8**

**Nonpriority creditor's name and mailing address**

**Janet Clarke**
**8382 Munster Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.758
9**

**Nonpriority creditor's name and mailing address**

**Janet Cusimano**
**14468 Crossroads Loop**
**Sisters, OR 97759**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759
0**

**Nonpriority creditor's name and mailing address**

**Janet Cusimano**
**14468 Crossroads Loop**
**Sisters, OR 97759**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759
1**

**Nonpriority creditor's name and mailing address**

**Janet Farthing**
**2 Barkston Lane**
**BELLA VISTA, AR 72715**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759
2**

**Nonpriority creditor's name and mailing address**

**Janet Harder**
**12 Oak Drive**
**Albany, NY 12203**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.759**
**3**

**Nonpriority creditor's name and mailing address**

**Janet Hardie**
**578 N Saturmino Dr**
**Palm Springs, CA 92262**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759**
**4**

**Nonpriority creditor's name and mailing address**

**Janet Hauk**
**475 E RAILROAD AVE**
**Bartlett, IL 60103**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759**
**5**

**Nonpriority creditor's name and mailing address**

**Janet Kiser**
**7404 Gurney Dr**
**Plano, TX 75024**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759**
**6**

**Nonpriority creditor's name and mailing address**

**Janet L. Pulleyn**
**8325 Endsley Drive**
**Verdi, NV 89439**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759**
**7**

**Nonpriority creditor's name and mailing address**

**Janet M Blazekovich**
**935 Berry Patch Ln**
**Pittsboro, NC 27312**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759**
**8**

**Nonpriority creditor's name and mailing address**

**Janet Niemann**
**4979 N. New Lane Road**
**Oakley, UT 84055**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.759**
**9**

**Nonpriority creditor's name and mailing address**

**JANET Pennington**
**1081 Tulare**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

| 3.760 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Janet Pulleyn**
**8325 Endsley Drive**
**Verdi, NV 89439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Janet Soloduk**
**74 Paul Street**
**Picton, ON K0K 2T0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Janet Westmyer**
**10501 Stanford Ave.**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Janette Seltser**
**2625 Wadsworth st.**
**Carlsbad, CA 92010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Janey Brammer**
**6410 MONTANA LN**
**VANCOUVER, WA 98661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**janice Eddington**
**3205 W Glenwood Drive**
**Wylie, TX 75098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number _ _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Janice Gordon**
**39 Hidden View Ln**
**Moundsville, WV 26041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.760 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$0.00**

**Janice Hernandez**
**147 E. 21st St**
**Apt. A**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  ____

Is the claim subject to offset? ■ No  ☐ Yes

---

3.760 8   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Janice Lesin**
**2111 Anacapa St**
**Santa Barbara, CA 93105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  ____

Is the claim subject to offset? ■ No  ☐ Yes

---

3.760 9   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Janice mccoy**
**2361 east at**
**North Clarendon, VT 05759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  ____

Is the claim subject to offset? ■ No  ☐ Yes

---

3.761 0   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Janice Morgan-Lentz**
**3200 fairview drive**
**Corinth, TX 76210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  ____

Is the claim subject to offset? ■ No  ☐ Yes

---

3.761 1   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Janice Morgan-Lentz**
**3200 fairview drive**
**Corinth, TX 76210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  ____

Is the claim subject to offset? ■ No  ☐ Yes

---

3.761 2   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Janice Morgan-Lentz**
**3200 Fairview Dr**
**Corinth, TX 76210-2612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  ____

Is the claim subject to offset? ■ No  ☐ Yes

---

3.761 3   **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**JANICE MORGAN-LENTZ**
**3200 Fairview Drive**
**Corinth, TX 76210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  ____

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.761
4**

**Nonpriority creditor's name and mailing address**

**Janice Norman**
**2027 Kornat Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.761
5**

**Nonpriority creditor's name and mailing address**

**Janice Philips**
**8062 Beaver Lake Drive**
**San Diego, CA 92119**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.761
6**

**Nonpriority creditor's name and mailing address**

**Janice Reynolds**
**7170 Lahinch DR**
**Gilroy, CA 95020**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.761
7**

**Nonpriority creditor's name and mailing address**

**Janice Reynolds**
**7170 Lahinch Drive**
**Gilroy, CA 95020**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.761
8**

**Nonpriority creditor's name and mailing address**

**Janice Salsberry**
**135 Oregon St**
**Richland, WA 99352**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.761
9**

**Nonpriority creditor's name and mailing address**

**Janice Salsberry**
**1310 Garvey Dr**
**Lake Havasu, AZ 86404**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.762
0**

**Nonpriority creditor's name and mailing address**

**Janice Willger**
**9444 N. State Road 59**
**Milton, WI 53563-9149**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.762**
**1**

**Nonpriority creditor's name and mailing address**

**Janice Zimmerman**
**6972 Laurelhurst Dr**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.762**
**2**

**Nonpriority creditor's name and mailing address**

**Janice Zimmerman**
**6972 laurelhurst drive**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.762**
**3**

**Nonpriority creditor's name and mailing address**

**Janie McMurtry**
**1010 Industrial Rd #232**
**Boulder City, NV 89005**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.762**
**4**

**Nonpriority creditor's name and mailing address**

**Janiece Bullock**
**3325 Thunderhead Dr**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.762**
**5**

**Nonpriority creditor's name and mailing address**

**Janine Grabow**
**1723 S Norfolk Lane**
**Anaheim, CA 92802**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.762**
**6**

**Nonpriority creditor's name and mailing address**

**Janine Grabow**
**1723 S norfolk lane**
**Anaheim, CA 92802**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.762**
**7**

**Nonpriority creditor's name and mailing address**

**Janine Snader**
**339 Bay Drive**
**White Stone, VA 22578**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.7628**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**JANIS DONATHAN**                                      ☐ Contingent
**3129 Grapevine Lane**                                 ☐ Unliquidated
**Plano, TX 75074**                                     ☐ Disputed

Date(s) debt was incurred  **2021**                     **Basis for the claim:  Warranty**

Last 4 digits of account number _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7629**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Janis Jones**                                         ☐ Contingent
**44520 Palo Verde**                                    ☐ Unliquidated
**Lancaster, CA 93536**                                 ☐ Disputed

Date(s) debt was incurred  **2021**                     **Basis for the claim:  Warranty**

Last 4 digits of account number _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7630**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Janis Reid**                                          ☐ Contingent
**1839 Toluka Way**                                     ☐ Unliquidated
**Boise, ID 83712**                                     ☐ Disputed

Date(s) debt was incurred  **2021**                     **Basis for the claim:  Warranty**

Last 4 digits of account number _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7631**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Janisia Bukowiecki**                                  ☐ Contingent
**338 Walnut St**                                       ☐ Unliquidated
**Newport Beach, CA 92663**                             ☐ Disputed

Date(s) debt was incurred  **2024**                     **Basis for the claim:  Warranty**

Last 4 digits of account number _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7632**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Janna Wise**                                          ☐ Contingent
**36 Castle Dr**                                        ☐ Unliquidated
**Hooksett, NH 03106**                                  ☐ Disputed

Date(s) debt was incurred  **2023**                     **Basis for the claim:  Warranty**

Last 4 digits of account number _                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7633**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jannel Burke**                                        ☐ Contingent
**14941 207th Ave E**                                   ☐ Unliquidated
**Bonney Lake, WA 98391**                               ☐ Disputed

Date(s) debt was incurred  **2025**                     **Basis for the claim:  Warranty**

Last 4 digits of account number  **7**                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7634**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jannel Burke**                                        ☐ Contingent
**14941 207th Avenue East**                             ☐ Unliquidated
**Bonney Lake, WA 98391**                               ☐ Disputed

Date(s) debt was incurred  **2025**                     **Basis for the claim:  Warranty**

Last 4 digits of account number _                       Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

---

**3.763 5**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Janyce Franscell**                                                    ☐ Contingent
**13 Tirremia Dr.**                                                     ☐ Unliquidated
**Dana Point, CA 92629**                                                ☐ Disputed

Date(s) debt was incurred  **2021**                                     Basis for the claim:  **Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.763 6**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jaqui Denenberg**                                                     ☐ Contingent
**18894 Deodar St**                                                     ☐ Unliquidated
**Fountain valley, CA 92708**                                           ☐ Disputed

Date(s) debt was incurred  **2023**                                     Basis for the claim:  **Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.763 7**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jared Allred**                                                        ☐ Contingent
**324 S Legend Tree Dr**                                                ☐ Unliquidated
**Liberty Lake, WA 99019**                                              ☐ Disputed

Date(s) debt was incurred  **2025**                                     Basis for the claim:  **Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.763 8**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jared Brinkley**                                                      ☐ Contingent
**315 Carr Dr**                                                         ☐ Unliquidated
**Ventura, CA 93001**                                                   ☐ Disputed

Date(s) debt was incurred  **2023**                                     Basis for the claim:  **Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.763 9**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jared Davis**                                                         ☐ Contingent
**102 Robin Way**                                                       ☐ Unliquidated
**Oxford, MS 38655**                                                    ☐ Disputed

Date(s) debt was incurred  **2024**                                     Basis for the claim:  **Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.764 0**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jared Eisenberg**                                                     ☐ Contingent
**32182 Rancho Cielo**                                                  ☐ Unliquidated
**Trabuco Canyon, CA 92679-3408**                                       ☐ Disputed

Date(s) debt was incurred  **2025**                                     Basis for the claim:  **Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.764 1**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jared Eisenberg**                                                     ☐ Contingent
**2353 Littleton Circle**                                               ☐ Unliquidated
**Costa Mesa, CA 92626-6368**                                           ☐ Disputed

Date(s) debt was incurred  **2024**                                     Basis for the claim:  **Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.764 2**

**Nonpriority creditor's name and mailing address**

**Jared Gormly**
**31872 Joshua Drive # 22G**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.764 3**

**Nonpriority creditor's name and mailing address**

**Jared Hallett**
**232 Barbee Court**
**Marina, CA 93933**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.764 4**

**Nonpriority creditor's name and mailing address**

**Jared Hallett**
**232 Barbee Court**
**Marina, CA 93933**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.764 5**

**Nonpriority creditor's name and mailing address**

**Jared Kroff**
**5023 N Ravencrest Lane**
**Lehi, UT 84043**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.764 6**

**Nonpriority creditor's name and mailing address**

**Jared Monk**
**381 La Perle Ln**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.764 7**

**Nonpriority creditor's name and mailing address**

**Jared Ostendorf**
**1005 Arsenal Ave**
**Fayetteville, NC 28305-5329**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.764 8**

**Nonpriority creditor's name and mailing address**

**JARED WILLIAMS**
**88 Ossipee Road**
**Somerville, MA 02144**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.7649**

**Nonpriority creditor's name and mailing address**

**Jaremy Sweeley**
**2140 Reed St**
**Williamsport, PA 17701**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7650**

**Nonpriority creditor's name and mailing address**

**Jarett Fong**
**309 Vista Trucha**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7651**

**Nonpriority creditor's name and mailing address**

**Jaron Mckernan**
**6160 SW Wickiup Lane**
**Redmond, OR 97756**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7652**

**Nonpriority creditor's name and mailing address**

**Jarred Laliberte**
**22 Sunnyside Dr.**
**Thompson, CT 06277**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7653**

**Nonpriority creditor's name and mailing address**

**Jarred Laliberte**
**22 Sunnyside Dr**
**Thompson, CT 06277**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7654**

**Nonpriority creditor's name and mailing address**

**Jarrett Rice**
**2551 Grover Hardee Road**
**GREENVILLE, NC 27858**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7655**

**Nonpriority creditor's name and mailing address**

**Jarriel Hernandez**
**207 W Orange St**
**San Bernardino, CA 92410**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                           Case number (if known) _____
_____
Name

---

**3.7656**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Jarrod Koch**                                      ☐ Contingent
**5447 Bayridge Road**                               ☐ Unliquidated
**Rancho Palos Verdes, CA 90275**                    ☐ Disputed

Date(s) debt was incurred **2021**                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7657**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Jarrod Smyth**                                     ☐ Contingent
**1280 Conway Ave**                                  ☐ Unliquidated
**Costa Mesa, CA 92626**                             ☐ Disputed

Date(s) debt was incurred **2024**                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7658**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Jasen Grohs**                                      ☐ Contingent
**119 E. St. Joseph Street**                         ☐ Unliquidated
**Arcadia, CA 91006**                                ☐ Disputed

Date(s) debt was incurred **2022**                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7659**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Jasmin Williams**                                  ☐ Contingent
**820 Casanova ave**                                 ☐ Unliquidated
**J 82**                                             ☐ Disputed
**Monterey, CA 93940**

Date(s) debt was incurred **2021**                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7660**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Jasmin Williams**                                  ☐ Contingent
**820 Casanova Ave**                                 ☐ Unliquidated
**Unit 82**                                          ☐ Disputed
**monterey, CA 93940**

Date(s) debt was incurred **2020**                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7661**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Jason Annigian**                                   ☐ Contingent
**2630 San Angelo Drive**                            ☐ Unliquidated
**Claremont, CA 91711**                              ☐ Disputed

Date(s) debt was incurred **2023**                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7662**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Jason Archuleta**                                  ☐ Contingent
**635 Willamette Avenue**                            ☐ Unliquidated
**Fresno, CA 93706**                                 ☐ Disputed

Date(s) debt was incurred **2021**                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                   Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.766 3**

**Nonpriority creditor's name and mailing address**

**Jason Baksh**
**456 Calle De Castellana**
**Redondo Beach, CA 90277**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.766 4**

**Nonpriority creditor's name and mailing address**

**Jason Black**
**5120 Consent Drive**
**Port Republic, MD 20676**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.766 5**

**Nonpriority creditor's name and mailing address**

**Jason Bohac**
**1309 Thornbird Lane**
**Carmel, IN 46032**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.766 6**

**Nonpriority creditor's name and mailing address**

**Jason Bone**
**378 Catalina Shore Drive**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.766 7**

**Nonpriority creditor's name and mailing address**

**Jason Brubaker**
**2925 E Walnut Dr.**
**Taylor, AZ 85939**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.766 8**

**Nonpriority creditor's name and mailing address**

**Jason Burnside**
**298 Hawthorne St**
**Monterey, CA 93940**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.766 9**

**Nonpriority creditor's name and mailing address**

**Jason Caringella**
**26371 Los Alamitos Ave**
**Laguna Hills, CA 92653**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.767 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**Jason Carr**
**1960 Continental Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.767 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**Jason Conner**
**9156 Hubbard Ct**
**Elk Grove, CA 95624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.767 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**Jason Conner**
**9156 Hubbard Court**
**Elk Grove, CA 95624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.767 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**Jason Cornell**
**768 NE Ellinor Way**
**Poulsbo, WA 98370-8027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.767 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**Jason Cornell**
**768 NE Ellinor Way**
**Poulsbo, WA 98370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.767 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**Jason Coryell**
**146 Fox Blvd**
**Merrick, NY 11566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.767 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |

**Jason Cotton**
**4835 Gardenia st**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.767 7**

**Nonpriority creditor's name and mailing address**

**Jason dahncke**
**238 S Reindeer Rd**
**surfside beach, SC 29575**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.767 8**

**Nonpriority creditor's name and mailing address**

**Jason Dahncke**
**238 South Reindeer Rd**
**Surfside Beach, SC 29575**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.767 9**

**Nonpriority creditor's name and mailing address**

**Jason Daigle**
**221 Moonstone Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.768 0**

**Nonpriority creditor's name and mailing address**

**Jason Diani**
**1618 Irvine Avenue**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.768 1**

**Nonpriority creditor's name and mailing address**

**Jason Dobine**
**754 E. Camellia Way**
**Azusa, CA 91702**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.768 2**

**Nonpriority creditor's name and mailing address**

**Jason Domogala**
**608 Lakewood Lane**
**Peachtree City, GA 30269**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.768 3**

**Nonpriority creditor's name and mailing address**

**Jason Duko**
**954 Sandcastle Drive**
**Newport Beach, CA 92625**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
         Name

---

**3.768
4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Jason Duko**                                               ☐ Contingent
**2001 Port Bristol Circle**                                 ☐ Unliquidated
**Newport Beach, CA 92660**                                  ☐ Disputed

Date(s) debt was incurred  **2025**                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.768
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Jason Dyer**                                               ☐ Contingent
**12264 Nasino Ave**                                         ☐ Unliquidated
**Las Vegas, NV 89138**                                      ☐ Disputed

Date(s) debt was incurred  **2024**                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.768
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Jason Edwards**                                            ☐ Contingent
**6980 GOLDEN EAGLE TRL.**                                   ☐ Unliquidated
**IRON STATION, NC 28080**                                   ☐ Disputed

Date(s) debt was incurred  **2023**                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.768
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Jason Farol**                                              ☐ Contingent
**210 S. Lucia**                                             ☐ Unliquidated
**Apt 1**                                                    ☐ Disputed
**Redondo beach, CA 90277**

Date(s) debt was incurred  **2021**                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.768
8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Jason Ficht**                                              ☐ Contingent
**414 Woodland Pl**                                          ☐ Unliquidated
**Costa Mesa, CA 92627**                                     ☐ Disputed

Date(s) debt was incurred  **2023**                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.768
9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Jason Filantres**                                          ☐ Contingent
**123 South Guadalupe Ave**                                  ☐ Unliquidated
**Apt. A**                                                   ☐ Disputed
**Redondo Beach, CA 90277**

Date(s) debt was incurred  **2024**                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.769
0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.              **$0.00**

**Jason Filantres**                                          ☐ Contingent
**123 South Guadalupe Avenue**                               ☐ Unliquidated
**Apt A**                                                    ☐ Disputed
**Redondo Beach, CA 90277**

Date(s) debt was incurred  **2023**                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.769 1**

**Nonpriority creditor's name and mailing address**

**Jason Finney**
**510 Kings Road**
**Newport Beach, CA 92663**

**Date(s) debt was incurred** _2021_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.769 2**

**Nonpriority creditor's name and mailing address**

**Jason Fishel**
**33864 Pequito Dr**
**Dana Point, CA 92629**

**Date(s) debt was incurred** _2024_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.769 3**

**Nonpriority creditor's name and mailing address**

**Jason Halstead**
**19761 Gloucester Lane**
**Huntington Beach, CA 92646**

**Date(s) debt was incurred** _2025_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.769 4**

**Nonpriority creditor's name and mailing address**

**Jason Hanson**
**34 N Husdon St**
**Coldwater, MI 49036**

**Date(s) debt was incurred** _2022_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.769 5**

**Nonpriority creditor's name and mailing address**

**Jason Hanson**
**34 N Hudson St**
**Coldwater, Michigan, MI 49036**

**Date(s) debt was incurred** _2022_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.769 6**

**Nonpriority creditor's name and mailing address**

**Jason Harding**
**1736 32nd Ave**
**Seattle, WA 98122**

**Date(s) debt was incurred** _2021_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.769 7**

**Nonpriority creditor's name and mailing address**

**Jason Harris**
**1729 Port Sheffield**
**Newport Beach, CA 92660**

**Date(s) debt was incurred** _2023_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.769<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Harris**
**1729 Port Sheffield Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.769<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Harvey**
**4909 East Pinchot Avenue**
**Phoenix, AZ 85018**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Haugen**
**214 11th St**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Henry**
**7785 Ronald Dr**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Henry**
**7785 Ronald Dr**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Hone**
**2913 Kingston St.**
**Dallas, TX 75211**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.770<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jason Howie**
**4201 Papu Circle**
**Honolulu, HI 96816**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.770 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jason Howie** | ☐ Contingent | |
| **4201 Papu Cir** | ☐ Unliquidated | |
| **Honolulu, HI 96816** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.770 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jason Hughes** | ☐ Contingent | |
| **370 Dakota Heights Dr** | ☐ Unliquidated | |
| **Cle Elum, WA 98922** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.770 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jason Ingles** | ☐ Contingent | |
| **8951 Albatross Dr** | ☐ Unliquidated | |
| **Huntington Beach, CA 92646** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.770 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jason Ingles** | ☐ Contingent | |
| **8951 Albatross Dr** | ☐ Unliquidated | |
| **Huntington Beach, CA 92646** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.770 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jason Jacobs** | ☐ Contingent | |
| **368 Clark Road** | ☐ Unliquidated | |
| **Meadville, PA 16335** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.771 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jason Janda** | ☐ Contingent | |
| **2973 HARBOR BLVD.** | ☐ Unliquidated | |
| **580** | ☐ Disputed | |
| **Costa Mesa, CA 92626** | | |
| Date(s) debt was incurred  **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.771 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Jason Johnson** | ☐ Contingent | |
| **21501 Brookhurst Street** | ☐ Unliquidated | |
| **Huntington Beach, CA 92646** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.771 |
| 2 |

**Nonpriority creditor's name and mailing address**

**Jason Karcz**
**2855 Rock Creek Cir**
**#152**
**Superior, CO 80027**

Date(s) debt was incurred  **2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.771 |
| 3 |

**Nonpriority creditor's name and mailing address**

**Jason Kettner**
**4710 N Artesian Ave**
**Apt 1**
**Chicago, IL 60625**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.771 |
| 4 |

**Nonpriority creditor's name and mailing address**

**Jason Koch**
**31 Windrow Rd**
**Tustin, CA 92782**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.771 |
| 5 |

**Nonpriority creditor's name and mailing address**

**Jason Krotts**
**1975 Port Locksleigh Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.771 |
| 6 |

**Nonpriority creditor's name and mailing address**

**Jason Laros**
**6942 E Redbud Rd**
**Tucson, AZ 85715**

Date(s) debt was incurred  **2020**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.771 |
| 7 |

**Nonpriority creditor's name and mailing address**

**Jason Lindsay**
**1612 Voorhees Ave**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.771 |
| 8 |

**Nonpriority creditor's name and mailing address**

**Jason Little**
**11856 Monterey Road**
**Eads, TN 38028**

Date(s) debt was incurred  **2025**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.7719**

**Nonpriority creditor's name and mailing address**

**Jason Mann**
**919 Arbor St.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7720**

**Nonpriority creditor's name and mailing address**

**Jason Mann**
**919 Arbor St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7721**

**Nonpriority creditor's name and mailing address**

**Jason Mccelvey**
**370 ferry landing road**
**Balfour, BC V0G 1C0**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7722**

**Nonpriority creditor's name and mailing address**

**Jason McCord**
**2449 Broadlawn Dr**
**Pittsburgh, PA 15241**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7723**

**Nonpriority creditor's name and mailing address**

**Jason Mercado**
**1813 Madelons Path**
**Fort Walton Beach, FL 32547**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7724**

**Nonpriority creditor's name and mailing address**

**Jason Mersman**
**519 Monterey Dr**
**Aptos, CA 95003**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7725**

**Nonpriority creditor's name and mailing address**

**Jason Metcalf**
**2740 Trillium Ridge**
**Unit 5102**
**The Villages, FL 32163**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.7726**

**Nonpriority creditor's name and mailing address**

**Jason Metcalf**
**2740 Trillium Ridge**
**Unit 5102**
**The Villages, FL 32163**

Date(s) debt was incurred  **2023**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7727**

**Nonpriority creditor's name and mailing address**

**Jason Miller**
**7537 Windrush dr**
**Austin, TX 78729**

Date(s) debt was incurred  **2025**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7728**

**Nonpriority creditor's name and mailing address**

**Jason Miller**
**5210 E Daggett St**
**Long Beach, CA 90815**

Date(s) debt was incurred  **2023**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7729**

**Nonpriority creditor's name and mailing address**

**Jason Miller**
**5210 E. Daggett St**
**Long Beach, CA 90815**

Date(s) debt was incurred  **2023**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7730**

**Nonpriority creditor's name and mailing address**

**Jason Mindte**
**1 maritime dr**
**corona del mar, CA 92625**

Date(s) debt was incurred  **2021**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7731**

**Nonpriority creditor's name and mailing address**

**Jason Morgan**
**1013 Fairway Circle**
**Jonesboro, AR 72401**

Date(s) debt was incurred  **2023**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7732**

**Nonpriority creditor's name and mailing address**

**Jason Myers**
**20 Winsome Row**
**East St. Paul, MB R2E 0N7**

Date(s) debt was incurred  **2021**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                  Case number (if known) _____
        Name

---

**3.773
3**

**Nonpriority creditor's name and mailing address**

**Jason Nash
7404 Bolsa Ave
Westminster, CA 92683**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.773
4**

**Nonpriority creditor's name and mailing address**

**Jason OConnor
51 AUGUSTA
IRVINE, CA 92620**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.773
5**

**Nonpriority creditor's name and mailing address**

**Jason Owens
23329 Los Codona Ave
Torrance, CA 90505**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.773
6**

**Nonpriority creditor's name and mailing address**

**Jason Palmer
900 N Walnut Creek dr
#102
Mansfield, TX 76063**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.773
7**

**Nonpriority creditor's name and mailing address**

**Jason Poley
1510 Sheridan st
Port Townsend, WA 98368**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.773
8**

**Nonpriority creditor's name and mailing address**

**Jason Quintos
21501 Brookhurst St
Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.773
9**

**Nonpriority creditor's name and mailing address**

**Jason Rice
103 N Pathfinders Cor
TheWoodlands, TX 77381**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __Electric Bike Company, LLC__                        Case number (if known) _____
    Name

| 3.774 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**3.774 0**

**Nonpriority creditor's name and mailing address**
**Jason Roberts**
**12 Cormorant Cir**
**Newport Beach, CA 92660**

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.774 1**

**Nonpriority creditor's name and mailing address**
**Jason Robuck**
**3327 4th Ave**
**Racine, WI 53402-3727**

Date(s) debt was incurred  __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.774 2**

**Nonpriority creditor's name and mailing address**
**Jason Romero**
**1325 Pico Blvd**
**Santa Monica, CA 90405**

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.774 3**

**Nonpriority creditor's name and mailing address**
**jason romney**
**9595n 6050w**
**Highland, UT 84003**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.774 4**

**Nonpriority creditor's name and mailing address**
**Jason Rothenhaus**
**9 Kialoa Ct**
**newport beach, CA 92663**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.774 5**

**Nonpriority creditor's name and mailing address**
**Jason Salmons**
**34750 Kooden Road**
**Winchester, CA 92596**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.774 6**

**Nonpriority creditor's name and mailing address**
**Jason Scott**
**19310 Tree Canopy Ct**
**Cypress, TX 77433**

Date(s) debt was incurred  __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name                                                    Case number (if known) _____

---

**3.774 7**

**Nonpriority creditor's name and mailing address**

**Jason Scott**
**19310 tree canopy ct**
**Cypress, TX 77433**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.774 8**

**Nonpriority creditor's name and mailing address**

**Jason Scott**
**855 S. Canal Dr.**
**Gilbert, AZ 85296**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.774 9**

**Nonpriority creditor's name and mailing address**

**Jason Seylhower**
**210 South Jackson**
**Spring Lake, MI 49456**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.775 0**

**Nonpriority creditor's name and mailing address**

**Jason simison**
**4805 Saint Andres Ave**
**La Verne, CA 91750**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.775 1**

**Nonpriority creditor's name and mailing address**

**Jason Smith**
**2108 Silverado Street**
**San Marcos, CA 92078**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.775 2**

**Nonpriority creditor's name and mailing address**

**Jason Stern**
**21422 Summertrace Circle**
**Boca Raton, FL 33428**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.775 3**

**Nonpriority creditor's name and mailing address**

**Jason Swan**
**118 East Bay**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

| 3.775 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jason Sweet**
**1620 Elm Ave**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2022_

**Basis for the claim:**  _Warranty_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jason Tester**
**16 Cape Woodbury**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2025_

**Basis for the claim:**  _Warranty_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jason Thompson**
**8563 Beachwood Dr**
**Rancho Cucamonga, CA 91701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2021_

**Basis for the claim:**  _Warranty_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jason Trapschuh**
**344 Joann St**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2021_

**Basis for the claim:**  _Warranty_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jason Turcios**
**5525 Whitsett**
**Apt.B**
**Valley village, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2021_

**Basis for the claim:**  _Warranty_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jason Turcios**
**5525 Whitsett**
**B**
**Valley village, CA 91607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2021_

**Basis for the claim:**  _Warranty_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.776 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**jason vaughan**
**3055 ronald st**
**riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  _2024_

**Basis for the claim:**  _Warranty_

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
                    Name

---

**3.776**
**1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jason Wardlow**                                                        ☐ Contingent
**1 Pinehurst ct**                                                      ☐ Unliquidated
**Coal valley, IL 61240**                                              ☐ Disputed

Date(s) debt was incurred  **2024**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.776**
**2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**JASON WARREN**                                                        ☐ Contingent
**723 N MONROE AVE**                                                    ☐ Unliquidated
**SANDPOINT, ID 83864**                                                ☐ Disputed

Date(s) debt was incurred  **2025**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.776**
**3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jason Warren**                                                        ☐ Contingent
**723 N Monroe**                                                        ☐ Unliquidated
**Sandpoint, ID 83864**                                                ☐ Disputed

Date(s) debt was incurred  **2021**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.776**
**4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jason Watson**                                                        ☐ Contingent
**21022 Anza Ave**                                                      ☐ Unliquidated
**Torrance, CA 90503**                                                  ☐ Disputed

Date(s) debt was incurred  **2023**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.776**
**5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jason Williams**                                                      ☐ Contingent
**1823 w homestead farms ln**                                          ☐ Unliquidated
**apt 3**                                                              ☐ Disputed
**West Valley City, UT 84119**

Date(s) debt was incurred  **2024**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.776**
**6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jason Wright**                                                        ☐ Contingent
**2205 Greenleaf St**                                                   ☐ Unliquidated
**Santa Ana, CA 92706**                                                ☐ Disputed

Date(s) debt was incurred  **2022**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.776**
**7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Javi Morals**                                                        ☐ Contingent
**701 East Walnut Street**                                             ☐ Unliquidated
**Long Beach, NY 11561**                                               ☐ Disputed

Date(s) debt was incurred  **2025**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.776 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.776 8**

Nonpriority creditor's name and mailing address

**Javier Basurto**
**16131 Gothard St**
**Unit M**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.776 9**

Nonpriority creditor's name and mailing address

**Javier Gaytan**
**1549 Signature Drive**
**WEATHERFORD, TX 76087**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.777 0**

Nonpriority creditor's name and mailing address

**Javier Gaytan**
**1549 Signature Drive**
**WEATHERFORD, TX 76087**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.777 1**

Nonpriority creditor's name and mailing address

**Javier Gaytan**
**1549 Signature Drive**
**WEATHERFORD, TX 76087**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.777 2**

Nonpriority creditor's name and mailing address

**Javier Gu dez**
**118 Irving St**
**Jersey City, NJ 07307**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.777 3**

Nonpriority creditor's name and mailing address

**Javier Guedez**
**118 Irving St**
**#2**
**Jersey City, NJ 07307**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.777 4**

Nonpriority creditor's name and mailing address

**Javier Guedez**
**118 Irving St**
**Jersey City, NJ 07307**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | |

---

**3.777 5**

**Nonpriority creditor's name and mailing address**

**Javier Guedez**
**118 Irving St**
**2**
**Jersey City, NJ 07307**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.777 6**

**Nonpriority creditor's name and mailing address**

**Javier Martin**
**1741 Pomona Ave**
**Spec 14**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.777 7**

**Nonpriority creditor's name and mailing address**

**Javier Navar Payan**
**1888 Walnut St**
**Lauderdale, MN 55113**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.777 8**

**Nonpriority creditor's name and mailing address**

**Javier Ramirez**
**155 GARTH RD**
**2 A&B**
**SCARSDALE, NY 10583**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.777 9**

**Nonpriority creditor's name and mailing address**

**Jaxon Slattery**
**506 9th St South**
**Fargo, ND 58102**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.778 0**

**Nonpriority creditor's name and mailing address**

**Jay Blackmon**
**4405 Garnet Court**
**Bakersfield, CA 93308**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.778 1**

**Nonpriority creditor's name and mailing address**

**Jay Blackmon**
**4405 Garnet Ct.**
**Bakersfield, CA 93308**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.778 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jay Blackmon**
**4405 Garnet Court**
**Bakersfield, CA 93308**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.778 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jay Brammer**
**192 S. Beach Drive**
**Marco Island, FL 34145**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.778 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jay Delaney**
**1312 Camero Dr**
**The Villages, FL 32159**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.778 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jay Fridrich**
**30910 Sarabia Street**
**Lake Elsinore, CA 92530**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.778 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jay Hanson**
**10719 N. Eagle Eye Place**
**Oro Valley, AZ 85737**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.778 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jay Holley**
**2419 Lucky John Dr**
**Park City, UT 84060**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.778 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jay Hutchison**
**31 S Spring Street**
**Concord, NH 03301**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __**Electric Bike Company, LLC**_____   Case number (if known) _____
      Name

---

**3.7789**

**Nonpriority creditor's name and mailing address**
**Jay Hutchison**
**31 S Spring St**
**Concord, NH 03301**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7790**

**Nonpriority creditor's name and mailing address**
**Jay Kerkar**
**2222 N Tuscan Rd**
**Palm Springs, CA 92262**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7791**

**Nonpriority creditor's name and mailing address**
**Jay Kim**
**10030 Holly Dr Apt 122**
**Everett, WA 98204**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7792**

**Nonpriority creditor's name and mailing address**
**jay knight**
**850 A gossage Ave**
**Petaluma, CA 94952**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7793**

**Nonpriority creditor's name and mailing address**
**Jay Owen**
**2387 Pennsylvania Ave**
**Harbor Springs, MI 49740**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7794**

**Nonpriority creditor's name and mailing address**
**Jay Paasch**
**1630 monroe st.**
**Riverside, CA 92504**

Date(s) debt was incurred __2022__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7795**

**Nonpriority creditor's name and mailing address**
**Jay Peterson**
**112 Sydney Way**
**Palmyra, VA 22963**

Date(s) debt was incurred __2022__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.779 6**

**Nonpriority creditor's name and mailing address**

**jay phillips**
**41 Cascade Key**
**Bellevue, WA 98006**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.779 7**

**Nonpriority creditor's name and mailing address**

**Jay Phillips**
**41 CASCADE KEY**
**BELLEVUE, WA 98006**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.779 8**

**Nonpriority creditor's name and mailing address**

**Jay Probst**
**4309 w 87th st**
**Hometown, IL 60456**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.779 9**

**Nonpriority creditor's name and mailing address**

**Jay Probst**
**4309 w 87th st**
**Hometown, IL 60456**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.780 0**

**Nonpriority creditor's name and mailing address**

**Jay Rasberry**
**9720 W Peoria Ave**
**STE 110**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.780 1**

**Nonpriority creditor's name and mailing address**

**Jay Russell**
**5812 Blackthorne Ave**
**Lakewood, CA 90712**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.780 2**

**Nonpriority creditor's name and mailing address**

**Jay Rutter**
**500 San Bernadino**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.780 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jay Rutter**
**20371 Irvine Ave. Ste. 150**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**jay shell**
**3817 s terrace rd**
**tempe, AZ 85282**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jay Warner**
**4271 Waimea DR**
**Huntington Beach, CA 92649**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jaycee Cid**
**302 Ramona PL**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jayda Zeller**
**2375 Ranch Drive**
**Westminster, CO 80234**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jayda Zeller**
**2375 N Ranch Dr**
**Denver, CO 80234**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.780 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**jaye sperling**
**1628 Windtree Lane**
**Delavan, WI 53115**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.781
0**

**Nonpriority creditor's name and mailing address**

**Jayme Fye**
**68 Sugar Sands Dr**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.781
1**

**Nonpriority creditor's name and mailing address**

**JAYME FYE**
**68 SUGAR SANDS DR**
**SANTA ROSA BEACH, FL 32459**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.781
2**

**Nonpriority creditor's name and mailing address**

**Jayme Meza**
**4601 Fir Avenue**
**Seal Beach, CA 90740**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.781
3**

**Nonpriority creditor's name and mailing address**

**Jayme Meza**
**388 Bay St**
**Apt. 6**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.781
4**

**Nonpriority creditor's name and mailing address**

**jayn mclaughlin**
**18633 mahogany ranch road**
**ramona, CA 92065**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.781
5**

**Nonpriority creditor's name and mailing address**

**Jayson Young**
**1053 west 400 north**
**moab, UT 84532**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.781
6**

**Nonpriority creditor's name and mailing address**

**Jazmine Mercado**
**63 Signs Road**
**Staten Island, NY 10314**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.781 7**

**Nonpriority creditor's name and mailing address**

**JB Brillhart
640 Shepard Drive
Iowell, MI 49331**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.781 8**

**Nonpriority creditor's name and mailing address**

**JB McCormack
832 Willow Dr.
Brea, CA 92821**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.781 9**

**Nonpriority creditor's name and mailing address**

**JD Cox
1701 Oakmont Circle
Longview, TX 75605**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.782 0**

**Nonpriority creditor's name and mailing address**

**JD Hansen
3131 Michelson
unti 1601
Irvine, CA 92612**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.782 1**

**Nonpriority creditor's name and mailing address**

**JD Sitton
1515 E Longview Drive
Hideout, UT 84036**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.782 2**

**Nonpriority creditor's name and mailing address**

**JD Stites
2907 Palma Drive
Ventura, CA 93003**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.782 3**

**Nonpriority creditor's name and mailing address**

**JE Tyler Cox
322 Dry Hill Road
Beckley, WV 25801**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.782 4**

**Nonpriority creditor's name and mailing address**

**Jean Denayer**
**408 Ave Grenada**
**Apt. B**
**San Clemente, CA 92672**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.782 5**

**Nonpriority creditor's name and mailing address**

**Jean Ferguson**
**4 Rosemary Lane**
**Slayton, MN 56172**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.782 6**

**Nonpriority creditor's name and mailing address**

**Jean Isbell**
**3305 Belle Ln, Carlsbad, CA 92008**
**Carlsbad, CA 92008**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.782 7**

**Nonpriority creditor's name and mailing address**

**JEAN J BEAULIERE**
**160 BUCKHORN TRL**
**Fayetteville, GA 30214**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.782 8**

**Nonpriority creditor's name and mailing address**

**Jean Monplaisir**
**14040 255th st**
**Rosedale, NY 11422**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.782 9**

**Nonpriority creditor's name and mailing address**

**Jean Otto**
**5609 Edgemere Drive**
**Torrance, CA 90503**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.783 0**

**Nonpriority creditor's name and mailing address**

**Jean owens**
**320 circle drive**
**morton, IL 61550**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
Name

Case number *(if known)*

---

**3.783 1**

**Nonpriority creditor's name and mailing address**
**JEAN TAYLOR**
**6101 Iris Circle**
**Las Vegas, NV 89107-1476**

Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.783 2**

**Nonpriority creditor's name and mailing address**
**Jean Thaxton**
**426 Euhaw Creek Dr**
**Ridgeland, SC 29936**

Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.783 3**

**Nonpriority creditor's name and mailing address**
**jean wardlow**
**1 Pinehurst Ct**
**Coal Valley, IL 61240**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.783 4**

**Nonpriority creditor's name and mailing address**
**jean wardlow**
**1 Pinehurst court**
**coal valley, IL 61240**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.783 5**

**Nonpriority creditor's name and mailing address**
**Jeanette Hammons**
**169 Cedar ST**
**Elko, NV 89801**

Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.783 6**

**Nonpriority creditor's name and mailing address**
**Jeanette Livingston**
**245 ORANGE BLOSSOM LN**
**San Rafael, CA 94903**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.783 7**

**Nonpriority creditor's name and mailing address**
**Jeanette Oehrlein**
**22155 Pheasant St**
**Lake Forest, CA 92630**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                          Case number *(if known)* _____

Name

---

| 3.783 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeanette Ross**
**6000 Evergreen Dr**
**Pocatello, ID 83204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.783 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**jeanette sainsbury**
**2838 S 800 W**
**Syracuse, UT 84075-8576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.784 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeanette Sanders**
**2380 NORDIC WAY**
**TURLOCK, CA 95382-9185**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.784 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeanette Sarnoff**
**76 Paseo Las Terrazas**
**Santa Fe, NM 87506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.784 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeanine Rothenhaus**
**9 Kialoa Court**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.784 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeanine Ryan**
**1140 Coventry Close**
**Altoona, WI 54720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.784 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeanine Yanes**
**607 S. PCH**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor     **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.784 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JeAnn Graham**
**4447 Ascot Cir S**
**Sarasota, FL 34235**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.784 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeanna Barrett**
**DB 1392 DPS Logistics**
**13483 NW 19th Ln**
**DB #1392**
**Miami, FL 33182**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.784 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeanne Baum**
**PO Box 7678**
**Wilmington, NC 28406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.784 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeanne Beach**
**14021 Woodridge Path**
**Savage, MN 55378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.784 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeanne Caskinette**
**41196 county route 21**
**Redwood, NY 13679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeanne Ellis**
**852 S Pine Street**
**Sisters, OR 97759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.785 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jeanne Powers**
**7254 Helen**
**Coloma, MI 49038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                                         Case number (if known) _____

_____Name_____

---

**3.785
2**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jeannette Haltof**
**449 High Street**
**Bath, ME 04530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:   **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.785
3**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jeannie Beach**
**4371 N Camino Ferreo**
**Tucson, AZ 85750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:   **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.785
4**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jeannie Jacobson**
**236 W. Redberry Rd**
**Draper, UT 84020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:   **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.785
5**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jeannine Reese**
**8910 WEST AIRPORT RD. 8910 WES**
**WEST PADUCAH, KY 42086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:   **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.785
6**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jed Feller**
**1100 Salem Rose Ct**
**Las Vegas, NV 89144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:   **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.785
7**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jeff (Hande Jones ebike)**
**1560 N Coast Hwy 101**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:   **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.785
8**  | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Jeff Alsberg**
**603 Ryan Road**
**Cary, NC 27511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:   **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.785 9**

**Nonpriority creditor's name and mailing address**

**Jeff and Sandy Enlow**
**7545 Burch Rd**
**Port Tobacco, MD 20677**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.786 0**

**Nonpriority creditor's name and mailing address**

**Jeff Andrews**
**6212 Pacemont Drive**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.786 1**

**Nonpriority creditor's name and mailing address**

**Jeff Asmar**
**19 Harbor Heights Road**
**Scituate, MA 02066**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.786 2**

**Nonpriority creditor's name and mailing address**

**Jeff Bellitti**
**1107 Berkshire Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.786 3**

**Nonpriority creditor's name and mailing address**

**Jeff Bellitti**
**1107 Berkshire Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.786 4**

**Nonpriority creditor's name and mailing address**

**Jeff Benson**
**234 Broadway**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.786 5**

**Nonpriority creditor's name and mailing address**

**Jeff Birch**
**73499 Raborn Rd**
**Kentwood, LA 70444**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
     Name

---

**3.786 6**

Nonpriority creditor's name and mailing address
**Jeff Boots**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.786 7**

Nonpriority creditor's name and mailing address
**Jeff Boots**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.786 8**

Nonpriority creditor's name and mailing address
**Jeff Braun**
**269 monte vista ave.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.786 9**

Nonpriority creditor's name and mailing address
**jeff braun**
**271 monte vista ave**
**costa mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.787 0**

Nonpriority creditor's name and mailing address
**Jeff Brown**
**324 county road 329 Decatur Al**
**Decatur, AL 35603**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.787 1**

Nonpriority creditor's name and mailing address
**Jeff bruyntjens**
**1945 Placentia ave**
**unit a**
**Costa mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.787 2**

Nonpriority creditor's name and mailing address
**Jeff Burling**
**1510 Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.787
3**

**Nonpriority creditor's name and mailing address**

**Jeff Burling**
**965 Nevada State Dr**
**Unit 12202**
**Henderson, NV 89002**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.787
4**

**Nonpriority creditor's name and mailing address**

**Jeff Bush**
**4 Rimrock**
**Irvine, CA 92603**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.787
5**

**Nonpriority creditor's name and mailing address**

**Jeff c Beaulieu**
**35525 vineyard st**
**Yucaipa, CA 92399**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.787
6**

**Nonpriority creditor's name and mailing address**

**Jeff Caldwell**
**5770 Oak Creek Place**
**Granite Bay, CA 95746**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.787
7**

**Nonpriority creditor's name and mailing address**

**Jeff Campbell**
**104 E. Michigan St.**
**Florahome, FL 32140**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.787
8**

**Nonpriority creditor's name and mailing address**

**Jeff Carlson**
**131 Pleasant Street**
**Nantucket, MA 02554**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.787
9**

**Nonpriority creditor's name and mailing address**

**Jeff Carstetter**
**612 Swarthmore Ave**
**Pacific Palisades, CA 90272**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                    Case number (if known) _____
_____
Name

---

**3.788 0**

**Nonpriority creditor's name and mailing address**

**Jeff Chambliss**
**104 County Road 2092**
**Nacogdoches, TX 75965**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.788 1**

**Nonpriority creditor's name and mailing address**

**Jeff Chandler**
**2219 Margaret**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.788 2**

**Nonpriority creditor's name and mailing address**

**Jeff Clark**
**1732 Candlestick Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.788 3**

**Nonpriority creditor's name and mailing address**

**Jeff Cleland**
**6738 Misty Ridge Dr**
**Riverside, CA 92505**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.788 4**

**Nonpriority creditor's name and mailing address**

**JEFF COBB**
**2610 TRAILS END ROAD**
**ACTON, CA 93510**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.788 5**

**Nonpriority creditor's name and mailing address**

**Jeff Cobb**
**2610 Trails End Rd.**
**Acton, CA 93510**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.788 6**

**Nonpriority creditor's name and mailing address**

**Jeff Cowell**
**5919 Goss Ranch ct.**
**Las Vegas, NV 89131**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __Electric Bike Company, LLC__                                    Case number (if known) _____
　　　　　Name

---

**3.788
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Jeff Damron**                                                        ☐ Contingent
**9 Castaways**                                                        ☐ Unliquidated
**Newport Beach, CA 92660**                                            ☐ Disputed

Date(s) debt was incurred __2023__                                     Basis for the claim:  __Warranty__

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.788
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Jeff Diers**                                                         ☐ Contingent
**7773 S Marshall Ct.**                                                ☐ Unliquidated
**Littleton, CO 80128**                                                ☐ Disputed

Date(s) debt was incurred __2022__                                     Basis for the claim:  __Warranty__

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.788
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**jeff diers**                                                         ☐ Contingent
**7773 S Marshall Ct.**                                                ☐ Unliquidated
**Littleton, CO 80128**                                                ☐ Disputed

Date(s) debt was incurred __2022__                                     Basis for the claim:  __Warranty__

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.789
0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Jeff Doty**                                                          ☐ Contingent
**463 trinity ave**                                                    ☐ Unliquidated
**Yuba City, CA 95991**                                                ☐ Disputed

Date(s) debt was incurred __2022__                                     Basis for the claim:  __Warranty__

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.789
1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Jeff Doty**                                                          ☐ Contingent
**463 trinity ave**                                                    ☐ Unliquidated
**Yuba City, CA 95991**                                                ☐ Disputed

Date(s) debt was incurred __2021__                                     Basis for the claim:  __Warranty__

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.789
2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Jeff Duckworth**                                                     ☐ Contingent
**341 Springfield Circle**                                             ☐ Unliquidated
**Greenwood, IN 46143**                                                ☐ Disputed

Date(s) debt was incurred __2024__                                     Basis for the claim:  __Warranty__

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.789
3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Jeff Duckworth**                                                     ☐ Contingent
**341 Springfield Circle**                                             ☐ Unliquidated
**Greenwood, IN 46143**                                                ☐ Disputed

Date(s) debt was incurred __2023__                                     Basis for the claim:  __Warranty__

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.789 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff Duke**
**44002 Halcom Ave**
**Lancaster, CA 93536**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.789 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff England**
**11072 Watermark St.**
**Parker, CO 80134**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.789 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff Ensweiler**
**3 Auvergne**
**Newport Coast, CA 92657**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.789 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff Fishman**
**420 South Broadway**
**Unit A**
**Redondo Beach, CA 90277**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.789 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff Flanagan**
**17732 Prescott Ln**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.789 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**jeff fullbright**
**8791 Charford drive**
**Huntington beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.790 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff Gallagher**
**47 Stratham Grn**
**Stratham, NH 03885**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.790**
**1**

Nonpriority creditor's name and mailing address

**Jeff Gardner**
**53 Golden Eagle Ln**
**Littleton, CO 80127-5749**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.790**
**2**

Nonpriority creditor's name and mailing address

**Jeff Gardner**
**901 Elk Avenue**
**Crested Butte, CO 81224**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.790**
**3**

Nonpriority creditor's name and mailing address

**Jeff Genoway**
**20732 Shadow Rock Lane**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.790**
**4**

Nonpriority creditor's name and mailing address

**Jeff Gerde**
**3732 OAK CREEK DR**
**Unit B**
**Ontario, CA 91761**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.790**
**5**

Nonpriority creditor's name and mailing address

**Jeff Gerde**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.790**
**6**

Nonpriority creditor's name and mailing address

**Jeff Gerde**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.790**
**7**

Nonpriority creditor's name and mailing address

**Jeff Gerde**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.7908**

Nonpriority creditor's name and mailing address
**Jeff Gerhardt**
**6002 W Northview St**
**Boise, ID 83704-7506**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7909**

Nonpriority creditor's name and mailing address
**Jeff Giron**
**2013 w. Merced ave.**
**West Covina, CA 91790**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7910**

Nonpriority creditor's name and mailing address
**Jeff Glenn**
**87512 Dahl Ln**
**Bandon, OR 97411**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7911**

Nonpriority creditor's name and mailing address
**Jeff Glenn**
**194 Laynewade Rd**
**Polk City, FL 33868**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7912**

Nonpriority creditor's name and mailing address
**Jeff Goldstein**
**515 Judy Dr**
**Redondo Beach, CA 90277**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7913**

Nonpriority creditor's name and mailing address
**Jeff Grant**
**1216 Concord Street**
**San Diego, CA 92106**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7914**

Nonpriority creditor's name and mailing address
**Jeff Grant Grant**
**2810 Lytton Street**
**San Diego, CA 92110**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.791 5**

**Nonpriority creditor's name and mailing address**

**Jeff Gross**
**1944 Port Cardiff Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.791 6**

**Nonpriority creditor's name and mailing address**

**Jeff Groves**
**1133 Via Romero**
**Palos Verdes Estates, CA 90274**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.791 7**

**Nonpriority creditor's name and mailing address**

**Jeff Hager**
**2250 Leland Way**
**Concord, CA 94520**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.791 8**

**Nonpriority creditor's name and mailing address**

**Jeff Harris**
**2311 Mechanic St.**
**Galveston, TX 77550**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.791 9**

**Nonpriority creditor's name and mailing address**

**Jeff Hartman**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.792 0**

**Nonpriority creditor's name and mailing address**

**Jeff Hartman**
**630 Bedford Avenue**
**Clovis, CA 93611**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.792 1**

**Nonpriority creditor's name and mailing address**

**Jeff Harvey**
**15881 Malm Cir**
**Huntington Brach, CA 92647**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.792 2**

**Nonpriority creditor's name and mailing address**

**Jeff Haugen**
**6198 Hefley Street**
**Westminster, CA 92683**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.792 3**

**Nonpriority creditor's name and mailing address**

**jeff hecker**
**502 E Ludington Ave**
**Ludington, MI 49431**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.792 4**

**Nonpriority creditor's name and mailing address**

**Jeff Heisler**
**129 West Torrance Blvd**
**Redondo Beach, CA 90277**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.792 5**

**Nonpriority creditor's name and mailing address**

**Jeff Hergenrader**
**1204 Vanderhorst Way**
**Wilmington, NC 28405**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.792 6**

**Nonpriority creditor's name and mailing address**

**Jeff Hewitt**
**130 23rd st**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.792 7**

**Nonpriority creditor's name and mailing address**

**jeff hughes**
**15425 arrow rt**
**fontana, CA 92335**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.792 8**

**Nonpriority creditor's name and mailing address**

**Jeff Hughes**
**14245 Regina Dr**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                   Case number (if known) _____
Name

---

**3.7929**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jeff Huls**                                                        ☐ Contingent
**703 W. Maple Ave**                                                 ☐ Unliquidated
**El Segundo, CA 90245**                                             ☐ Disputed

Date(s) debt was incurred **2021**                                  Basis for the claim: **Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7930**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jeff Ingham**                                                     ☐ Contingent
**119 Via Orvieto**                                                 ☐ Unliquidated
**Newport Beach, CA 92663**                                         ☐ Disputed

Date(s) debt was incurred **2023**                                  Basis for the claim: **Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7931**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jeff J Groves**                                                   ☐ Contingent
**1133 Via Romero**                                                 ☐ Unliquidated
**Pls Vrds Est, CA 90274**                                          ☐ Disputed

Date(s) debt was incurred **2023**                                  Basis for the claim: **Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7932**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jeff Jacobs**                                                     ☐ Contingent
**44351 North 20th St**                                             ☐ Unliquidated
**New River Arizona, AZ 85087**                                     ☐ Disputed

Date(s) debt was incurred **2021**                                  Basis for the claim: **Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7933**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jeff Jones**                                                      ☐ Contingent
**1228 Marian Lane**                                                ☐ Unliquidated
**Newport Beach, CA 92660**                                         ☐ Disputed

Date(s) debt was incurred **2024**                                  Basis for the claim: **Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7934**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jeff Jones**                                                      ☐ Contingent
**3010 39th Ave SW**                                                ☐ Unliquidated
**Seattle, WA 98116**                                               ☐ Disputed

Date(s) debt was incurred **2024**                                  Basis for the claim: **Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7935**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jeff Jones**                                                      ☐ Contingent
**210 Old Schoolhouse Rd**                                          ☐ Unliquidated
**Sequim, WA 98382**                                                ☐ Disputed

Date(s) debt was incurred **2023**                                  Basis for the claim: **Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known)    _____

---

| 3.793 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff Jones**
**1228 Marian Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.793 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff Jones**
**210 Old Schoolhouse RD**
**Sequim, WA 98382**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.793 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff Kaufman**
**797 Blue Mountain Rd**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.793 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff Klaiber**
**716 S Catalina Ave**
**Unit 4**
**Redondo Beach, CA 90277**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.794 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff Kleid**
**19012 Antioch dr.**
**Irvine, CA 92603**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.794 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff Lambert**
**996 Peermont Ave**
**Pittsburgh, PA 15216**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.794 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeff Lewis**
**2020 Ernest Ave**
**Redondo Beach, CA 90278**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.794
3**

**Nonpriority creditor's name and mailing address**

**Jeff Limp**
**10423 Nebraska St**
**Frankfort, IL 60423**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.794
4**

**Nonpriority creditor's name and mailing address**

**Jeff Mahaffey**
**2908 S Sonora Dr**
**Spokane Valley, WA 99037**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.794
5**

**Nonpriority creditor's name and mailing address**

**JEFF McCORMACK**
**18315 NE 29th Avenue**
**Ridgefield, WA 98642**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.794
6**

**Nonpriority creditor's name and mailing address**

**Jeff Metz**
**26315 Via California**
**B**
**Dana Point, CA 92624**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.794
7**

**Nonpriority creditor's name and mailing address**

**Jeff Montgomery**
**32811 Mermaid Circle**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.794
8**

**Nonpriority creditor's name and mailing address**

**Jeff Mullins**
**1145 veredaVerde**
**Sarasota, FL 34232**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.794
9**

**Nonpriority creditor's name and mailing address**

**Jeff Newell**
**1019 Arbor St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.795 0**

**Nonpriority creditor's name and mailing address**

**Jeff Newell**
**1019 Arbor St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.795 1**

**Nonpriority creditor's name and mailing address**

**Jeff Nikolas**
**109 Harvard Ln**
**Seal Beach, CA 90740**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.795 2**

**Nonpriority creditor's name and mailing address**

**Jeff Noble**
**1412 E Goshen Ave**
**FRESNO, CA 93720**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.795 3**

**Nonpriority creditor's name and mailing address**

**Jeff Nonhoff-Zieg**
**600 SW 6th St.**
**Unit 6**
**Bentonville, AR 72712**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.795 4**

**Nonpriority creditor's name and mailing address**

**Jeff O  Donnell**
**174 Ravine Road**
**Inlet Beach, FL 32461**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.795 5**

**Nonpriority creditor's name and mailing address**

**Jeff Paulo**
**9102 Rhodesia Dr.**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.795 6**

**Nonpriority creditor's name and mailing address**

**Jeff Picard**
**3733 Egret Ln**
**Palo Alto, CA 94303**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
         Name

---

**3.795
7**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jeff Picard**                                                        ☐ Contingent
**3733 Egret Ln**                                                      ☐ Unliquidated
**Palo Alto, CA 94303**                                               ☐ Disputed

Date(s) debt was incurred  **2025**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.795
8**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jeff Pierce**                                                        ☐ Contingent
**8524 Pierce Olive Road**                                            ☐ Unliquidated
**Apex, NC 27539**                                                    ☐ Disputed

Date(s) debt was incurred  **2020**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.795
9**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jeff Ponce**                                                         ☐ Contingent
**3331 Druid Lane**                                                   ☐ Unliquidated
**Rossmoor, CA 90720**                                                ☐ Disputed

Date(s) debt was incurred  **2022**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.796
0**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jeff Randolph**                                                      ☐ Contingent
**12 Sycamore Ln**                                                    ☐ Unliquidated
**Buena Park, CA 90621**                                              ☐ Disputed

Date(s) debt was incurred  **2023**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.796
1**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jeff Rankin**                                                        ☐ Contingent
**26602 Shakespeare Lane**                                            ☐ Unliquidated
**Stevenson Ranch, CA 91381**                                         ☐ Disputed

Date(s) debt was incurred  **2022**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.796
2**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jeff Ratliff**                                                       ☐ Contingent
**4900 Highway 589**                                                  ☐ Unliquidated
**Sumrall, MS 39482**                                                 ☐ Disputed

Date(s) debt was incurred  **2025**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.796
3**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jeff Reiser**                                                        ☐ Contingent
**2000 Pacific Coast Hwy**                                            ☐ Unliquidated
**305**                                                               ☐ Disputed
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    **Schedule E/F: Creditors Who Have Unsecured Claims**                    Page 1138 of 1430

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

| 3.796 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Rhoads**
**4491 West Hills Way**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Rhoads**
**4491 West Hills Way**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Richards**
**23261 Delago Suite**
**3**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Richards**
**23261 Del Lago**
**Suite 3**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Richards**
**23261 Del Lago**
**Suite 3**
**Laguna Hills, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Robinson**
**365 Ramona Way**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Rosenkrans**
**777 Whiskey Jack Circle**
**Sandpoint, ID 83864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
     Name

Case number (if known) _____

---

**3.797**
**1**

**Nonpriority creditor's name and mailing address**
**Jeff Rosenkrans**
**777 Whiskey Jack Circle**
**Sandpoint, ID 83864**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.797**
**2**

**Nonpriority creditor's name and mailing address**
**jeff Sackaroff**
**105 Donna Place**
**Cary, NC 27513**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.797**
**3**

**Nonpriority creditor's name and mailing address**
**Jeff Sallee**
**27319 Blueridge Dr.**
**Valencia, CA 91354**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.797**
**4**

**Nonpriority creditor's name and mailing address**
**Jeff Scannell**
**58 Third Street**
**Berlin, VT 05602-9578**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.797**
**5**

**Nonpriority creditor's name and mailing address**
**Jeff Schaffer**
**1806 Port Margate Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.797**
**6**

**Nonpriority creditor's name and mailing address**
**Jeff Schipani**
**2900 Townsgate Rd**
**109**
**Westlake Villag, CA 91361**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.797**
**7**

**Nonpriority creditor's name and mailing address**
**jeff senquiz**
**4898 Grace Rd.**
**North Olmsted, OH 44070**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____

_____
Name

---

**3.7978**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Jeff Sharp**
**2972 N Ballantyne Lane**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7979**

**Nonpriority creditor's name and mailing address**

**Jeff Sheets**
**2780 Bluebird Cir**
**Costa Mesa, CA 92626**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7980**

**Nonpriority creditor's name and mailing address**

**Jeff Siarto**
**1422 Fairoaks Ct**
**East Lansing, MI 48823**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7981**

**Nonpriority creditor's name and mailing address**

**Jeff Simmons**
**114 S Freeman Street**
**Apt 1**
**Oceanside, CA 92054**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7982**

**Nonpriority creditor's name and mailing address**

**Jeff Sloan**
**859 University Ave**
**Unit 8**
**Los Gatos, CA 95032**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7983**

**Nonpriority creditor's name and mailing address**

**Jeff Sperbeck**
**1510 Old Newport Blvd.**
**Newport Beach, CA 92663**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7984**

**Nonpriority creditor's name and mailing address**

**Jeff Strong**
**8816 Yuba Cir**
**Unit 1105B**
**Huntington Beach, CA 92646**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.798 5 | **Nonpriority creditor's name and mailing address**<br>**Jeff TESTER**<br>**400 Henson Road**<br>**Bristol, TN 37620**<br><br>Date(s) debt was incurred  **2024**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.798 6 | **Nonpriority creditor's name and mailing address**<br>**Jeff Thorp**<br>**1618 Mariners Dr**<br>**Newport Beach, CA 92660**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.798 7 | **Nonpriority creditor's name and mailing address**<br>**Jeff Thrasher**<br>**80 Huntington St**<br>**Unit 315**<br>**Huntington Beach, CA 92648**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.798 8 | **Nonpriority creditor's name and mailing address**<br>**jeff troy**<br>**2995 blackwood court**<br>**fullerton, CA 92835**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.798 9 | **Nonpriority creditor's name and mailing address**<br>**Jeff Vincent**<br>**219 Walker Street**<br>**Lenox, MA 01240**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.799 0 | **Nonpriority creditor's name and mailing address**<br>**Jeff Weiner**<br>**1500 Mesa Verde Dr E**<br>**Unit B124**<br>**Costa Mesa, CA 92626**<br><br>Date(s) debt was incurred  **2023**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.799 1 | **Nonpriority creditor's name and mailing address**<br>**Jeff Weiner**<br>**1500 Mesa Verde Drive East**<br>**Costa Mesa, CA 92626**<br><br>Date(s) debt was incurred  **2025**<br>Last 4 digits of account number  **7** | **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.799 2**

**Nonpriority creditor's name and mailing address**

**Jeff Wells**
**1000 Elmhurst Blvd.**
**Salina, KS 67401**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.799 3**

**Nonpriority creditor's name and mailing address**

**jeff wells**
**628 via monte d'oro**
**Redondo beach, CA 90277**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.799 4**

**Nonpriority creditor's name and mailing address**

**jeff winders**
**5165 westwood lane**
**yorba linda, CA 92887**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.799 5**

**Nonpriority creditor's name and mailing address**

**Jeff Yellen**
**23212 Pradera Rd.**
**Coto de Caza, CA 92679**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.799 6**

**Nonpriority creditor's name and mailing address**

**Jeff Zacek**
**5 Sandbar Drive**
**Corona del Mar, CA 92625**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.799 7**

**Nonpriority creditor's name and mailing address**

**Jeff Zacek**
**5 Sandbar Dr**
**Corona del Mar, CA 92625**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.799 8**

**Nonpriority creditor's name and mailing address**

**jeff Zachan**
**535 Santa Ana Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __Electric Bike Company, LLC__      Case number (if known) _____

     Name

---

| 3.799 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Zachan**
**535 Santa Ana Avenue**
**Newport Beach, CA 92663**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Zajac**
**239 Sandchase Cir**
**Inlet Beach, FL 32461-9510**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Zitko**
**16812 Barclay Lane**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Zitko**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jeff Zitko**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  __2022__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jefferson Clark**
**9 Oak Lane SW**
**Glen Burnie, MD 21061**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jefferson Clark**
**9 Oak Lane SW**
**GLEN BURNIE, MD 21061**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.8006**

**Nonpriority creditor's name and mailing address**

**Jefferson Pike**
**345 Harrison Avenue**
**#321**
**Boston, MA 02118-3058**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8007**

**Nonpriority creditor's name and mailing address**

**Jeffery Hurley**
**4178 Rhodes Way**
**Oceanside, CA 92056**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8008**

**Nonpriority creditor's name and mailing address**

**Jeffery Smith**
**3740 Longview Dr**
**Carlsbad, CA 92010**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8009**

**Nonpriority creditor's name and mailing address**

**Jeffrey Allison**
**2211 S Waterman Dr**
**Valrico, FL 33594**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8010**

**Nonpriority creditor's name and mailing address**

**Jeffrey Barnes**
**33 Springfield Drive**
**Brantford, ON N3R 1N4**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8011**

**Nonpriority creditor's name and mailing address**

**Jeffrey Berchenko**
**909 Gravier St.**
**Apt. 2312**
**New Orleans, LA 70112**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8012**

**Nonpriority creditor's name and mailing address**

**Jeffrey Bush**
**W124S6491 Hawthorne Rd**
**Muskego, WI 53150**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Electric Bike Company, LLC**
_____    Case number _(if known)_ _____
Name

---

**3.801
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|
| **Jeffrey Calhoun** | ☐ Contingent | |
| **1711 San Bernardino Avenue** | ☐ Unliquidated | |
| **Spring Valley, CA 91977-4639** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.801
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|
| **jeffrey Caron** | ☐ Contingent | |
| **13826 Morningbluff Drive** | ☐ Unliquidated | |
| **San Antonio, TX 78216** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.801
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|
| **Jeffrey Currie** | ☐ Contingent | |
| **32 Sandpiper Ln** | ☐ Unliquidated | |
| **Palm Coast, FL 32137** | ☐ Disputed | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number  **7** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.801
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|
| **Jeffrey Currie** | ☐ Contingent | |
| **32 Sandpiper Ln** | ☐ Unliquidated | |
| **Palm Coast, FL 32137** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.801
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|
| **Jeffrey Cutler** | ☐ Contingent | |
| **1725 Searay Ln** | ☐ Unliquidated | |
| **Carolina Beach, NC 28428-5600** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.801
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|
| **Jeffrey Davis** | ☐ Contingent | |
| **2135 Lakewood Dr** | ☐ Unliquidated | |
| **Prescott, AZ 86301-5471** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.801
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|
| **Jeffrey Dobereiner** | ☐ Contingent | |
| **1312 Massachusetts Ave NW apartment 409** | ☐ Unliquidated | |
| **409** | ☐ Disputed | |
| **Washington, DC 20005** | | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number  **7** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor **Electric Bike Company, LLC**                              Case number (if known) _____
         Name

---

| 3.802 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Jeffrey Dumas**<br>**27190 Wellington Rd**<br>**Franklin, MI 48025** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.802 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Jeffrey Egler**<br>**30 Strada Di Villaggio Unit 511**<br>**Henderson, NV 89011** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.802 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Jeffrey Eivins**<br>**121 5th Ave NE**<br>**Clarion, IA 50525** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.802 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Jeffrey England**<br>**5797 East Hudson Bay Dr.**<br>**Anaheim, CA 92807** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.802 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Jeffrey Feiner**<br>**10 Lake View Dr**<br>**Trabuco Canyon, CA 92679** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.802 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Jeffrey first**<br>**410 wiseman**<br>**Eass, TN 38028** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.802 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **jeffrey fitzgerald**<br>**3052 Industry St suite 106**<br>**Oceanside, CA 92054** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor __**Electric Bike Company, LLC**_____     Case number (if known) _____
           Name

---

| 3.802 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jeffrey Fleming**
358 East 15th Street
#B
Costa Mesa, CA 92627

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.802 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jeffrey Freese**
13224 Swansea Avenue
Windermere, FL 34786

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.802 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jeffrey Gaudet**
4 Laurel Circle
Forestdale, MA 02644

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.803 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jeffrey Grunigen**
1604 Parrot ct.
Ventura, CA 93003

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.803 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jeffrey Hardwick**
1567 Mintz Ave
Fayetteville, NC 28303

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.803 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jeffrey Helsing**
304 Saint Andrews rd
Newport Beach, CA 92663

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.803 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jeffrey Jewett**
320 Harbor Ridge Dr
Palm Harbor, FL 34683

   ☐ Contingent
   ☐ Unliquidated
   ☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.803 4**

**Nonpriority creditor's name and mailing address**

**Jeffrey Jones**
**210 Old Schoolhouse RD**
**Sequim, WA 98382**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.803 5**

**Nonpriority creditor's name and mailing address**

**Jeffrey Jones**
**6052 Southern Oaks Dr SE**
**Winter Haven, FL 33884**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.803 6**

**Nonpriority creditor's name and mailing address**

**Jeffrey JUNEAU**
**112-45 Springfield Blvd**
**Store B**
**Queens village, NY 11429**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.803 7**

**Nonpriority creditor's name and mailing address**

**Jeffrey KALINER**
**2 S. Frontenac Ave.**
**Margate City, NJ 08402**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.803 8**

**Nonpriority creditor's name and mailing address**

**Jeffrey Knopov**
**893 Coldstream Dr**
**San Diego, CA 92020**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.803 9**

**Nonpriority creditor's name and mailing address**

**Jeffrey Kolasa**
**29 Via Apuesto**
**San Clemente, CA 92673**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.804 0**

**Nonpriority creditor's name and mailing address**

**Jeffrey Kolovson**
**1204 Empire Avenue**
**Park City, UT 84060**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.804**
**1**

Nonpriority creditor's name and mailing address

**Jeffrey L McAdams**
**206 Courtland Drive**
**Elon, NC 27244**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.804**
**2**

Nonpriority creditor's name and mailing address

**Jeffrey Lawes**
**4987 Grayhawk Ct**
**Dublin, CA 94568**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.804**
**3**

Nonpriority creditor's name and mailing address

**Jeffrey Lawes**
**4987 Grayhawk Ct**
**Dublin, CA 94568**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.804**
**4**

Nonpriority creditor's name and mailing address

**Jeffrey Lawes**
**4987 Grayhawk Court**
**Dublin, CA 94568**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.804**
**5**

Nonpriority creditor's name and mailing address

**Jeffrey Lien**
**4170 Madura Four**
**Gulf Breeze, FL 32563**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.804**
**6**

Nonpriority creditor's name and mailing address

**Jeffrey Longman**
**266 Robin Hood Ln.**
**costa mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.804**
**7**

Nonpriority creditor's name and mailing address

**Jeffrey Low**
**5315 Condit Road**
**Sunbury, OH 43074**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.8048**

**Nonpriority creditor's name and mailing address**

**Jeffrey Martin**
**27 Grant Road**
**Enfield, CT 06082**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.8049**

**Nonpriority creditor's name and mailing address**

**Jeffrey McAdams**
**206 Courtland Dr**
**Elon, NC 27244-9290**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.8050**

**Nonpriority creditor's name and mailing address**

**Jeffrey McGregor**
**100 7th Street**
**Beach Haven, NJ 08008**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.8051**

**Nonpriority creditor's name and mailing address**

**Jeffrey Neely**
**8670 Foxtail Loop**
**Pensacola, FL 32526**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.8052**

**Nonpriority creditor's name and mailing address**

**JEFFREY NEIMAN**
**100 Se 3rd Ave**
**Ste 805**
**Fort Lauderdale, FL 33394-0005**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.8053**

**Nonpriority creditor's name and mailing address**

**Jeffrey Neiman**
**1 Financial Plaza**
**Suite 805**
**Ft Lauderdale, FL 33394**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.8054**

**Nonpriority creditor's name and mailing address**

**jeffrey nichols**
**9990 Willow Brook Circle**
**Louisville, KY 40223**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                            Case number (if known)  _____
          Name

---

**3.805 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jeffrey Nikolas**
**109 Havard Ln**
**Seal Beach, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.805 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jeffrey Olsen**
**75 new dawn**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.805 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jeffrey Paczkowski**
**18857 California St**
**Castro Valley, CA 94546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.805 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jeffrey Palmer**
**2908 S SONORA DR**
**SPOKANE VALLEY, WA 99037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.805 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**jeffrey panchak**
**12 CARDIGAN DR**
**Toms River, NJ 08757**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.806 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jeffrey Pro**
**1160 Westerly Parkway**
**State college, PA 16801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.806 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Jeffrey R. Van Doren**
**2059 Quiet Cv**
**Sanford, FL 32771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.806 2**

**Nonpriority creditor's name and mailing address**

**Jeffrey R. Van Doren**
**2059 Quiet Cv**
**Sanford, FL 32771**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.806 3**

**Nonpriority creditor's name and mailing address**

**Jeffrey Rheaume**
**27 Kennedy st**
**Chicopee, MA 01013**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.806 4**

**Nonpriority creditor's name and mailing address**

**Jeffrey Sanders**
**1007 Broadway Street**
**Rogue River, OR 97537**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.806 5**

**Nonpriority creditor's name and mailing address**

**Jeffrey Scannell**
**70 Liberty St.**
**Montpelier, VT 05602**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.806 6**

**Nonpriority creditor's name and mailing address**

**Jeffrey Scarano**
**1740 Country Squire**
**Vista, CA 92081**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.806 7**

**Nonpriority creditor's name and mailing address**

**Jeffrey Schubargo**
**20021 Chapel Trce**
**Estero, FL 33928**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.806 8**

**Nonpriority creditor's name and mailing address**

**Jeffrey Sloan**
**859 university ave**
**Unit 8**
**Los gatos, CA 95032**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
         Name

---

**3.8069**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Jeffrey Smith** | ☐ Contingent |
| **1807 Pasadena Drive** | ☐ Unliquidated |
| **Dunedin, FL 34698** | ☐ Disputed |
| Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.8070**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Jeffrey Smith** | ☐ Contingent |
| **3573 210th Street** | ☐ Unliquidated |
| **GEORGE, IA 51237** | ☐ Disputed |
| Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.8071**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Jeffrey Smith** | ☐ Contingent |
| **3573 210th Street** | ☐ Unliquidated |
| **George, IA 51237** | ☐ Disputed |
| Date(s) debt was incurred __2022__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.8072**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Jeffrey Smith** | ☐ Contingent |
| **9132 STONINGTON PLACE** | ☐ Unliquidated |
| **Zionsville, IN 46077** | ☐ Disputed |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.8073**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Jeffrey Smith** | ☐ Contingent |
| **9132 STONINGTON PLACE** | ☐ Unliquidated |
| **Zionsville, IN 46077** | ☐ Disputed |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.8074**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Jeffrey Snethen** | ☐ Contingent |
| **11801 97th Lane NE** | ☐ Unliquidated |
| **Unit B235** | ☐ Disputed |
| **Kirkland, WA 98034** | |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.8075**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Jeffrey Starke** | ☐ Contingent |
| **126 Roundhouse** | ☐ Unliquidated |
| **Irvine, CA 92618** | ☐ Disputed |
| Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.807 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Steele**
**18201 Santa Anita St**
**Tehachapi, CA 93561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.807 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Stroth**
**2157 Pacific Ave**
**A104**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Sullivan**
**106 Cambridge Lane**
**Royal Palm Beach, FL 33411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.807 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Swegles**
**160 22nd St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Tenn**
**1643 Oak Street**
**Santa Monica, CA 90405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Tennison**
**19359 Coyle Springs Rd**
**Hidden Valley Lake, CA 95467**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.808 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Van Doren**
**5713 Saybrook Cir**
**Sanford, FL 32771-0137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.808 3**

**Nonpriority creditor's name and mailing address**

**Jeffrey Van Doren**
**276 Florida Highway 434**
**Attention David**
**Winter Springs, FL 32708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.808 4**

**Nonpriority creditor's name and mailing address**

**Jeffrey Vieira**
**20 Eaglepoint**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.808 5**

**Nonpriority creditor's name and mailing address**

**JEFFREY WALKER**
**415 OPHELIA ST**
**NEWTON FALLS, OH 44444**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.808 6**

**Nonpriority creditor's name and mailing address**

**Jeffrey Watson**
**29 Ramona St**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.808 7**

**Nonpriority creditor's name and mailing address**

**Jeffrey Webb**
**8412 Airmont Ct**
**Las Vegas, NV 89128**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.808 8**

**Nonpriority creditor's name and mailing address**

**Jeffrey Webb**
**8412 Airmont Ct**
**Las Vegas, NV 89128-7105**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.808 9**

**Nonpriority creditor's name and mailing address**

**Jeffrey Weber**
**2697 N. Vista Glen Road**
**Orange, CA 92867**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

| 3.809 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jeffrey Wells**
**628 VIA MONTE D'ORO**
**REDONDO BEACH, CA 90277**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jeffrey Wells**
**628 via monte d'oro**
**redondo beach, CA 90277**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jeffrey Yapp**
**22275 SW Bar None Rd**
**Tualatin, OR 97062**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jeffrey Zitko**
**16812 Barclay Lane**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jeffry Sarantopulos**
**93 Mockingbird Ln.**
**Port Ludlow, WA 98365**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jen**
**2365 Aztec Ace**
**Ventura, CA 93001**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.809 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Jen Appelman**
**857 Mill Run Ct**
**Steamboat Springs, CO 80487**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Electric Bike Company, LLC**_____     Case number (if known) _____
　　　　Name

---

**3.809 7**

**Nonpriority creditor's name and mailing address**

**Jen Brantley**
**21891 Seaside Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.809 8**

**Nonpriority creditor's name and mailing address**

**Jen Brooks**
**5742 Midway Dr**
**Huntington Beach, CA 92648**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.809 9**

**Nonpriority creditor's name and mailing address**

**Jen Brooks**
**13226 Lake Wildwood Dr**
**Penn Valley, CA 95946**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.810 0**

**Nonpriority creditor's name and mailing address**

**Jen Chandler**
**1568 calle Cristina**
**San dimas, CA 91724**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.810 1**

**Nonpriority creditor's name and mailing address**

**Jen Chingwe**
**1691 Charlion Downs Ln**
**Apex, NC 27502**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.810 2**

**Nonpriority creditor's name and mailing address**

**Jen Deroin**
**3695 N Gramarcy Ln.**
**Garden City, ID 83703**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.810 3**

**Nonpriority creditor's name and mailing address**

**Jen Ellison**
**955 W Ceres Rd**
**Palm Springs, CA 92262**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.810 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jen Henn** | ☐ Contingent | |
| **1315 Tyler Street** | ☐ Unliquidated | |
| **Hastings, MN 55033** | ☐ Disputed | |
| Date(s) debt was incurred __2023__ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.810 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jen McGovern** | ☐ Contingent | |
| **621 Plymouth Lane** | ☐ Unliquidated | |
| **Foster City, CA 94404** | ☐ Disputed | |
| Date(s) debt was incurred __2025__ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.810 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jen Niermsn** | ☐ Contingent | |
| **10300 Lake Vista Court** | ☐ Unliquidated | |
| **Parkland, FL 33076** | ☐ Disputed | |
| Date(s) debt was incurred __2021__ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.810 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jen Paikoff** | ☐ Contingent | |
| **14691 Fir Ave** | ☐ Unliquidated | |
| **Irvine, CA 92606** | ☐ Disputed | |
| Date(s) debt was incurred __2022__ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.810 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jen Riggle** | ☐ Contingent | |
| **1902 Bayard Ave** | ☐ Unliquidated | |
| **unit A** | ☐ Disputed | |
| **Dewey Beach, DE 19971** | | |
| Date(s) debt was incurred __2024__ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.810 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jen Sorensen** | ☐ Contingent | |
| **524 24th Street** | ☐ Unliquidated | |
| **Manhattan Beach, CA 90266** | ☐ Disputed | |
| Date(s) debt was incurred __2024__ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.811 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jena Buono** | ☐ Contingent | |
| **8692 Hatteras Dr** | ☐ Unliquidated | |
| **Huntington Beach, CA 92646** | ☐ Disputed | |
| Date(s) debt was incurred __2023__ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.811**
**1**

**Nonpriority creditor's name and mailing address**

**Jenessa Cover**
**11692 Bluegrass Rd.**
**Yucaipa, CA 92399**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.811**
**2**

**Nonpriority creditor's name and mailing address**

**Jenifer Eddy**
**34636 VIA CATALINA**
**CAPISTRANO BEACH, CA 92624**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.811**
**3**

**Nonpriority creditor's name and mailing address**

**Jenifer Maczka**
**23601 Wilmington Ave.**
**Carson, CA 90745**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.811**
**4**

**Nonpriority creditor's name and mailing address**

**Jenifer Wang**
**1011 Gatlin Grove**
**Sulphur, OK 73086**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.811**
**5**

**Nonpriority creditor's name and mailing address**

**Jenifer Wang**
**1011 Gatlin Grove**
**Sulphur, OK 73086**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.811**
**6**

**Nonpriority creditor's name and mailing address**

**Jeniffer Giannini**
**336 Park St**
**Fort Bragg, CA 95437**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.811**
**7**

**Nonpriority creditor's name and mailing address**

**Jenille Holmes**
**9522 Zion Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
                Name

---

**3.811**
**8**

Nonpriority creditor's name and mailing address
**Jenn Awad**
**2714 Cardinal Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.811**
**9**

Nonpriority creditor's name and mailing address
**Jenna Berumen**
**100 Grassblade**
**Irvine, CA 92618**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.812**
**0**

Nonpriority creditor's name and mailing address
**Jenna Collins**
**431 Santa Ana Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.812**
**1**

Nonpriority creditor's name and mailing address
**Jenna Collins**
**431 santa ana ave**
**newport beach, CA 92663**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.812**
**2**

Nonpriority creditor's name and mailing address
**Jenna King**
**852 Opal Street**
**San Diego, CA 92109**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.812**
**3**

Nonpriority creditor's name and mailing address
**Jenna Olitsky**
**2029 Wyandotte St**
**Kansas City, MO 64108**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.812**
**4**

Nonpriority creditor's name and mailing address
**Jenna Poppy**
**1121 Oxford Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.812
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jenni Swain**                                        ☐ Contingent
**180 S Kestrel Drive**                                    ☐ Unliquidated
**Fayetteville, AR 72701**                                    ☐ Disputed

Date(s) debt was incurred  **2021**                        Basis for the claim:  **Warranty**

Last 4 digits of account number  _

                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.812
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**JENNI SWAIN**                                        ☐ Contingent
**180 S Kestrel Dr**                                    ☐ Unliquidated
**Fayetteville, AR 72701**                                    ☐ Disputed

Date(s) debt was incurred  **2021**                        Basis for the claim:  **Warranty**

Last 4 digits of account number  _

                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.812
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jennie Alley**                                        ☐ Contingent
**3817 Starry Night Loop**                                ☐ Unliquidated
**Castle Rock, CO 80109**                                    ☐ Disputed

Date(s) debt was incurred  **2022**                        Basis for the claim:  **Warranty**

Last 4 digits of account number  _

                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.812
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jennifer Abrahamsen**                                    ☐ Contingent
**116 Woodbine Ave**                                    ☐ Unliquidated
**Little Silver, NJ 07739**                                ☐ Disputed

Date(s) debt was incurred  **2025**                        Basis for the claim:  **Warranty**

Last 4 digits of account number  _

                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.812
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jennifer Albright**                                    ☐ Contingent
**605 Verdant Place**                                    ☐ Unliquidated
**Vista, CA 92084**                                        ☐ Disputed

Date(s) debt was incurred  **2021**                        Basis for the claim:  **Warranty**

Last 4 digits of account number  _

                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.813
0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jennifer Alexander**                                    ☐ Contingent
**2069 W Diamond Bar Road**                                ☐ Unliquidated
**Rathdrum, ID 83858**                                    ☐ Disputed

Date(s) debt was incurred  **2023**                        Basis for the claim:  **Warranty**

Last 4 digits of account number  _

                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.813
1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Jennifer Barbaro**                                    ☐ Contingent
**20878 Cabrillo Lane**                                    ☐ Unliquidated
**Huntington Beach, CA 92646**                                ☐ Disputed

Date(s) debt was incurred  **2021**                        Basis for the claim:  **Warranty**

Last 4 digits of account number  _

                                            Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.813
2**

**Nonpriority creditor's name and mailing address**

**Jennifer Beget
8608 E. Clubhouse Way
Scottsdale, AZ 85255**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.813
3**

**Nonpriority creditor's name and mailing address**

**Jennifer Beget
8608 E. Clubhouse Way
Scottsdale, AZ 85255**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.813
4**

**Nonpriority creditor's name and mailing address**

**Jennifer Berghout
1365 E Daniel Dr
Fruit Heights, UT 84037**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.813
5**

**Nonpriority creditor's name and mailing address**

**Jennifer Berkowitz
470 Cherokee Ave SE
Atlanta, GA 30312**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.813
6**

**Nonpriority creditor's name and mailing address**

**Jennifer Birkhauser
21141 Hillsdale Lane
Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.813
7**

**Nonpriority creditor's name and mailing address**

**Jennifer Black
5306 Belfern Dr
Bellingham, WA 98226**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.813
8**

**Nonpriority creditor's name and mailing address**

**Jennifer Blair
1900 Flintshire Court
Titusville, FL 32796**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____

Name

---

**3.8139**

**Nonpriority creditor's name and mailing address**

**Jennifer Brandl**
**2889 Itasca Avenue South**
**Lakeland, MN 55043**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8140**

**Nonpriority creditor's name and mailing address**

**Jennifer Brown**
**331 McDaniel Place**
**Canton, GA 30115**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8141**

**Nonpriority creditor's name and mailing address**

**JENNIFER BRYAN**
**9113 Southlake Dr.**
**Oklahoma City, OK 73159**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8142**

**Nonpriority creditor's name and mailing address**

**Jennifer Burton**
**7122 Daybreak Place**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8143**

**Nonpriority creditor's name and mailing address**

**Jennifer Burton**
**7122 Daybreak Place**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8144**

**Nonpriority creditor's name and mailing address**

**Jennifer Burwell**
**817 E Vista del Playa**
**Orange, CA 92865**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.8145**

**Nonpriority creditor's name and mailing address**

**JENNIFER Burwell**
**817 E VISTA DEL PLAYA AVE**
**Orange, CA 92865**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | | Case number (if known) | |
|---|---|---|---|---|---|
| | Name | | | | |

---

**3.814 6**

**Nonpriority creditor's name and mailing address**

**Jennifer Chang**
**27330 Rainbow Ridge Rd**
**Palos Verdes Peninsula, CA 90274**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.814 7**

**Nonpriority creditor's name and mailing address**

**Jennifer Chang**
**27330 Rainbow Ridge Road**
**Rolling Hills, CA 90274**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.814 8**

**Nonpriority creditor's name and mailing address**

**Jennifer Christensen**
**3113 N 800 E**
**LEHI, UT 84043**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.814 9**

**Nonpriority creditor's name and mailing address**

**Jennifer Clapp**
**1321 Marian Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.815 0**

**Nonpriority creditor's name and mailing address**

**Jennifer Clapp**
**1321 Marian Ln.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.815 1**

**Nonpriority creditor's name and mailing address**

**Jennifer Cork**
**255 Ferncrest Dr**
**Taunton, MA 02780**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.815 2**

**Nonpriority creditor's name and mailing address**

**Jennifer Cork**
**30529 summit ln**
**Pepper pike, OH 44124**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
    Name

Case number *(if known)* _____

---

| 3.815 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jennifer Cunningham**
**406 El Modena Ave**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jennifer Cvetas**
**9351 Gateshead Drive**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jennifer Dadek**
**7676 Wachtel Way**
**Orangevale, CA 95662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jennifer De Boer**
**6607 Mount Whitney Drive**
**Bakersfield, CA 93309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jennifer Dudley**
**8272 Munster Drive**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**JENNIFER EAGLESON**
**2785 LOMOND DR**
**PALM HARBOR, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jennifer Eagleson**
**2833 Lomond Dr**
**Palm Harbor, FL 34684**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.816
0**

**Nonpriority creditor's name and mailing address**

**Jennifer Ellison**
**955 W ceres Rd**
**palm springs, CA 92262**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.816
1**

**Nonpriority creditor's name and mailing address**

**Jennifer Ellsworth**
**PO Box 797 or 446 Elm Street**
**Ile des Chenes, MB R0A0T0**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.816
2**

**Nonpriority creditor's name and mailing address**

**Jennifer Encinger**
**14358 Juniper street NW**
**Andover, MN 55304**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.816
3**

**Nonpriority creditor's name and mailing address**

**Jennifer Farwell**
**16861 Primrose Ln**
**Huntington Beach, CA 92649**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.816
4**

**Nonpriority creditor's name and mailing address**

**Jennifer Fontana**
**2197 Santa Ana Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.816
5**

**Nonpriority creditor's name and mailing address**

**Jennifer Fontana**
**2197 Santa Ana**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.816
6**

**Nonpriority creditor's name and mailing address**

**Jennifer Frost**
**1432 E 1200 N**
**Logan, UT 84341**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.816 7**

**Nonpriority creditor's name and mailing address**

**Jennifer Fulmer**
**3609 Briar Run Drive**
**Clermont, FL 34711**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.816 8**

**Nonpriority creditor's name and mailing address**

**Jennifer Furginson**
**20848 CANTERWOOD DR**
**SANTA CLARITA, CA 91350**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.816 9**

**Nonpriority creditor's name and mailing address**

**JENNIFER GARBUZINSKI**
**56 LAURIE LANE**
**NORTH ATTLEBORO, MA 02760**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.817 0**

**Nonpriority creditor's name and mailing address**

**Jennifer Griffith**
**19912 Lexington Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.817 1**

**Nonpriority creditor's name and mailing address**

**Jennifer Griggs**
**10 Maple Drive**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.817 2**

**Nonpriority creditor's name and mailing address**

**Jennifer Halberg**
**424 E. Ahlvers**
**Port Angeles, WA 98362**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.817 3**

**Nonpriority creditor's name and mailing address**

**Jennifer Hanley**
**2542 Bungalow Place**
**Corona del Mar, CA 92625**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.817
4**

**Nonpriority creditor's name and mailing address**

**Jennifer Hansen
7807 Bayshore Drive
Margate, NJ 08402**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.817
5**

**Nonpriority creditor's name and mailing address**

**Jennifer Hansen
7807 Bayshore Drive
Margate, NJ 08402**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.817
6**

**Nonpriority creditor's name and mailing address**

**Jennifer Haven
45349 Quail Crest Dr
Temecula, CA 92592**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.817
7**

**Nonpriority creditor's name and mailing address**

**Jennifer Henkel
2538 Sierra Dr
Colorado Springs, CO 80917**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.817
8**

**Nonpriority creditor's name and mailing address**

**Jennifer Henn
1315 Tyler Street
HASTINGS, MN 55033**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.817
9**

**Nonpriority creditor's name and mailing address**

**Jennifer Hermsmeier
4811 Van Dorn Street
Lincoln, NE 68506**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.818
0**

**Nonpriority creditor's name and mailing address**

**Jennifer Hutson
830 Jackson Mill Rd
Jane Lew, WV 26378**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.818**
**1**

**Nonpriority creditor's name and mailing address**
**Jennifer Ide**
**33 Curved Bay Trail**
**Ponte Vedra, FL 32081**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.818**
**2**

**Nonpriority creditor's name and mailing address**
**Jennifer Ide**
**33 Curved Bay Trail**
**Ponte Vedra, FL 32081**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.818**
**3**

**Nonpriority creditor's name and mailing address**
**Jennifer Johnston**
**2528 N Union Blvd**
**Colorado Springs, CO 80909**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.818**
**4**

**Nonpriority creditor's name and mailing address**
**jennifer jones**
**14259 midland rd**
**poway, CA 92064**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.818**
**5**

**Nonpriority creditor's name and mailing address**
**Jennifer Kersey**
**14642 W 85th Terr.**
**Lenexa, KS 66215**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.818**
**6**

**Nonpriority creditor's name and mailing address**
**Jennifer Kiefer**
**7463 E Paraiso Dr**
**Scottsdale, AZ 85255**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.818**
**7**

**Nonpriority creditor's name and mailing address**
**Jennifer Kopec**
**6807 E Warm Springs Ave**
**Boise, ID 83716**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.818 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Kopec**
**6807 E Warm Springs Ave**
**Boise, ID 83716-3305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.818 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Kunisch**
**11745 Waterville Swanton Rd**
**Whitehouse, OH 43571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Lee**
**400 Merrimac Way**
**39**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Levin**
**12022 9th Ave. SW**
**Burien, WA 98146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Lipyanik**
**1978 Port Claridge Pl**
**NEWPORT BEACH, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Lyons**
**86 Moonstar Ln**
**Columbia, VA 23038-3122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.819 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jennifer Mantell**
**8447 Turtle Creek Cir**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.819 5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jennifer Marino**                                                ☐ Contingent
**10475 Darby Rd**                                                 ☐ Unliquidated
**Apple Valley, CA 92308**                                         ☐ Disputed

Date(s) debt was incurred  **2020**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.819 6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jennifer Maurer**                                                ☐ Contingent
**4151 W 2350 N**                                                  ☐ Unliquidated
**Corinne, UT 84307**                                              ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.819 7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jennifer McClurg**                                               ☐ Contingent
**PO Box 1314**                                                    ☐ Unliquidated
**Haines, AK 99827**                                               ☐ Disputed

Date(s) debt was incurred  **2024**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.819 8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jennifer McDaniel**                                              ☐ Contingent
**2280 Via Mariposa W.**                                           ☐ Unliquidated
**Unit Q**                                                         ☐ Disputed
**Laugna Woods, CA 92637**

Date(s) debt was incurred  **2024**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.819 9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jennifer McDonald**                                              ☐ Contingent
**2316 Cordoban Lane**                                             ☐ Unliquidated
**Santa Maria, CA 93455**                                          ☐ Disputed

Date(s) debt was incurred  **2020**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.820 0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jennifer McKinnis**                                              ☐ Contingent
**1224 E 15th Ave**                                                ☐ Unliquidated
**Spokane, WA 99203**                                              ☐ Disputed

Date(s) debt was incurred  **2021**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.820 1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jennifer Merron**                                                ☐ Contingent
**2139 Republic Ave**                                              ☐ Unliquidated
**Costa Mesa, CA 92627**                                           ☐ Disputed

Date(s) debt was incurred  **2024**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.820
2**

**Nonpriority creditor's name and mailing address**

**Jennifer Messenger**
**1930 Diana Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.820
3**

**Nonpriority creditor's name and mailing address**

**Jennifer Messer**
**1708 Angelo Drive**
**Beverly Hills, CA 90210**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.820
4**

**Nonpriority creditor's name and mailing address**

**Jennifer Minikel**
**512 North Morris Avenue**
**West Covina, CA 91790**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.820
5**

**Nonpriority creditor's name and mailing address**

**Jennifer Moore**
**29402 Howell Point Rd**
**Trappe, MD 21673**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.820
6**

**Nonpriority creditor's name and mailing address**

**Jennifer Morgan**
**5549 W 133rd St**
**Hawthorne, CA 90250**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.820
7**

**Nonpriority creditor's name and mailing address**

**Jennifer Moulton**
**27930 Alvarez Dr**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.820
8**

**Nonpriority creditor's name and mailing address**

**Jennifer Muldowney**
**8 Seashore Park Drive**
**Unit 14**
**Provincetown, MA 02657**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**
          Name                                                            Case number (if known) _____

---

**3.8209**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Jennifer Mull**                                                    ☐ Contingent
**24 Entonar**                                                       ☐ Unliquidated
**Rancho Mission Viejo, CA 92694**                                   ☐ Disputed

Date(s) debt was incurred  **2024**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.8210**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Jennifer Najem**                                                   ☐ Contingent
**8 Southgate Dr**                                                   ☐ Unliquidated
**Annandale, NJ 08801**                                              ☐ Disputed

Date(s) debt was incurred  **2023**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.8211**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Jennifer Noonan**                                                  ☐ Contingent
**412 Myrtle Street**                                                ☐ Unliquidated
**Laguna Beach, CA 92651**                                           ☐ Disputed

Date(s) debt was incurred  **2021**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.8212**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Jennifer Nowotney**                                                ☐ Contingent
**12647 Trillium Ct**                                                ☐ Unliquidated
**Rancho Cucamonga, CA 91739**                                       ☐ Disputed

Date(s) debt was incurred  **2024**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.8213**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Jennifer Osborn**                                                  ☐ Contingent
**6 Park Brook Court**                                               ☐ Unliquidated
**Sacramento, CA 95822**                                             ☐ Disputed

Date(s) debt was incurred  **2021**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.8214**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Jennifer Osborn Osborn**                                           ☐ Contingent
**1809 S Street Ste 101320**                                         ☐ Unliquidated
**Sacramento, CA 95811**                                             ☐ Disputed

Date(s) debt was incurred  **2021**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.8215**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          $0.00

**Jennifer Penrose**                                                 ☐ Contingent
**3194 Cove Creek**                                                  ☐ Unliquidated
**Thousand Oaks, CA 91362**                                          ☐ Disputed

Date(s) debt was incurred  **2024**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Electric Bike Company, LLC**_____     Case number (if known) _____
         Name

---

**3.821 6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jennifer Preston**                                              ☐ Contingent
**158 Seville Chase Dr**                                          ☐ Unliquidated
**Winter Springs, FL 32708**                                     ☐ Disputed

Date(s) debt was incurred __2022__                               **Basis for the claim:  __Warranty__**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.821 7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jennifer Rachal**                                              ☐ Contingent
**2839 Paignton Court**                                          ☐ Unliquidated
**Jacksonville, FL 32225**                                       ☐ Disputed

Date(s) debt was incurred __2023__                               **Basis for the claim:  __Warranty__**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.821 8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jennifer Richardson**                                          ☐ Contingent
**172 Green Brae Rd**                                            ☐ Unliquidated
**Kittanning, PA 16201**                                         ☐ Disputed

Date(s) debt was incurred __2023__                               **Basis for the claim:  __Warranty__**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.821 9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jennifer Riggle**                                              ☐ Contingent
**170 Harrier Way**                                              ☐ Unliquidated
**Unit 23**                                                      ☐ Disputed
**Chester, MD 21619**

Date(s) debt was incurred __2024__                               **Basis for the claim:  __Warranty__**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.822 0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jennifer Robinson**                                            ☐ Contingent
**3092 saffron cir**                                             ☐ Unliquidated
**Thousand Oaks, CA 91360**                                      ☐ Disputed

Date(s) debt was incurred __2021__                               **Basis for the claim:  __Warranty__**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.822 1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jennifer Roth**                                                ☐ Contingent
**904 South St**                                                 ☐ Unliquidated
**De Forest, WI 53532**                                          ☐ Disputed

Date(s) debt was incurred __2025__                               **Basis for the claim:  __Warranty__**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

**3.822 2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jennifer Rothstein**                                           ☐ Contingent
**309 Missionary Ave.**                                          ☐ Unliquidated
**Rossville, GA 30741**                                          ☐ Disputed

Date(s) debt was incurred __2023__                               **Basis for the claim:  __Warranty__**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.822
3**

**Nonpriority creditor's name and mailing address**

**Jennifer Rowe**
**12021 Garden Shoot**
**Schertz, TX 78154**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.822
4**

**Nonpriority creditor's name and mailing address**

**Jennifer Saia**
**764 Ravenswood Drive**
**Quilcene, WA 98376**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.822
5**

**Nonpriority creditor's name and mailing address**

**Jennifer Scott**
**926 Woodlake Dr**
**CARDIFF BY THE SEA, CA 92007**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.822
6**

**Nonpriority creditor's name and mailing address**

**Jennifer Seybert**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.822
7**

**Nonpriority creditor's name and mailing address**

**Jennifer Shearin**
**19511 Howard Ct**
**Cupertino, CA 95014**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.822
8**

**Nonpriority creditor's name and mailing address**

**Jennifer Sinclair**
**237 Camellia Lane**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.822
9**

**Nonpriority creditor's name and mailing address**

**JENNIFER SMITH**
**119-45 234th st**
**Cambria Heights, NY 11411**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.823 0**

**Nonpriority creditor's name and mailing address**

**Jennifer Speer**
**6545 Glen Coe Dr**
**Brecksville, OH 44141**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.823 1**

**Nonpriority creditor's name and mailing address**

**Jennifer Steele**
**PO Box 8102**
**Glendale, AZ 85312**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.823 2**

**Nonpriority creditor's name and mailing address**

**Jennifer Stinson**
**2274 Margarita Dr**
**Lady Lake, FL 32159**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.823 3**

**Nonpriority creditor's name and mailing address**

**Jennifer Stuebing**
**104 Mohawk Drive**
**Butler, PA 16001**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.823 4**

**Nonpriority creditor's name and mailing address**

**Jennifer Taylor**
**5105 Sea Shore Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.823 5**

**Nonpriority creditor's name and mailing address**

**Jennifer Threlkeld**
**487 Wikle Road**
**Hayesville, NC 28904**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.823 6**

**Nonpriority creditor's name and mailing address**

**Jennifer Trainor**
**363 E Wacker Drive**
**Unit 2209**
**Chicago, IL 60601**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.823 7**

**Nonpriority creditor's name and mailing address**

**Jennifer Trainor**
**910 S Grant St**
**Hinsdale, IL 60521**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.823 8**

**Nonpriority creditor's name and mailing address**

**Jennifer Treadway**
**973 NE Ingram Street**
**Unit 216**
**Issaquah, WA 98029**

Date(s) debt was incurred __2025__

Last 4 digits of account number __7__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.823 9**

**Nonpriority creditor's name and mailing address**

**Jennifer Upton**
**248 Juniper Street**
**San Diego, CA 92101**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.824 0**

**Nonpriority creditor's name and mailing address**

**Jennifer Vincent**
**24041 Hollyoak APT G**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.824 1**

**Nonpriority creditor's name and mailing address**

**Jennifer wayne**
**6051 South Spotswood Street**
**Littleton, CO 80120**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.824 2**

**Nonpriority creditor's name and mailing address**

**Jennifer wayne**
**6051 S Spotswood St**
**Littleton, CO 80120**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.824 3**

**Nonpriority creditor's name and mailing address**

**Jennifer White Tinsley**
**11021 N Grand Ave**
**Kansas City, MO 64155**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.824
4**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**jennifer wilson**                                              ☐ Contingent
**42 Myrtle Avenue**                                            ☐ Unliquidated
**Newburyport, MA 01950**                                       ☐ Disputed

Date(s) debt was incurred  **2021**                            Basis for the claim:  **Warranty**

Last 4 digits of account number  _                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.824
5**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jennifer Winestorfer**                                        ☐ Contingent
**841 Amigos Way**                                             ☐ Unliquidated
**Newport Beach, CA 92660**                                    ☐ Disputed

Date(s) debt was incurred  **2024**                            Basis for the claim:  **Warranty**

Last 4 digits of account number  _                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.824
6**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jennifer Winter Joiner**                                      ☐ Contingent
**8562 Milne Drive**                                           ☐ Unliquidated
**Huntington Beach, CA 92646**                                 ☐ Disputed

Date(s) debt was incurred  **2021**                            Basis for the claim:  **Warranty**

Last 4 digits of account number  _                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.824
7**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jennifer Withrow**                                            ☐ Contingent
**11 anondale**                                                ☐ Unliquidated
**newport beach, CA 92660**                                    ☐ Disputed

Date(s) debt was incurred  **2021**                            Basis for the claim:  **Warranty**

Last 4 digits of account number  _                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.824
8**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jennifer Woods**                                              ☐ Contingent
**4870 Indian peak road**                                      ☐ Unliquidated
**Mariposa, CA 95338**                                         ☐ Disputed

Date(s) debt was incurred  **2025**                            Basis for the claim:  **Warranty**

Last 4 digits of account number  _                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.824
9**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jennifer Yeung**                                              ☐ Contingent
**3030 Pullman Street**                                        ☐ Unliquidated
**Costa Mesa, CA 92626**                                       ☐ Disputed

Date(s) debt was incurred  **2025**                            Basis for the claim:  **Warranty**

Last 4 digits of account number  _                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.825
0**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Jennifer Yuen**                                               ☐ Contingent
**4540 14th Ave S**                                            ☐ Unliquidated
**Seattle, WA 98108-1816**                                     ☐ Disputed

Date(s) debt was incurred  **2025**                            Basis for the claim:  **Warranty**

Last 4 digits of account number  _                             Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.825
1**

**Nonpriority creditor's name and mailing address**

**Jenny Brady**
**23773 Nw Beeler Dr**
**Hillsboro, OR 97124**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.825
2**

**Nonpriority creditor's name and mailing address**

**JENNY CLEGHORN**
**2340 MELLWOOD AVE**
**TOLEDO, OH 43613**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.825
3**

**Nonpriority creditor's name and mailing address**

**JENNY CLEGHORN**
**2340 MELLWOOD AVE**
**TOLEDO, OH 43613**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.825
4**

**Nonpriority creditor's name and mailing address**

**Jenny Cleghorn**
**2340 mellwood ave**
**Toledo, OH 43613**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.825
5**

**Nonpriority creditor's name and mailing address**

**Jenny Cleghorn**
**2340 Mellwood ave**
**Toledo, OH 43613**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.825
6**

**Nonpriority creditor's name and mailing address**

**Jenny Dupre**
**680 Kintail Drive**
**Hailey, ID 83333**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.825
7**

**Nonpriority creditor's name and mailing address**

**Jenny Kimbler**
**7406 foster st**
**Russells Point, OH 43348**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.825 8**

**Nonpriority creditor's name and mailing address**

**Jenny Krueger**
**680 Kintail**
**Hailey, ID 83333**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.825 9**

**Nonpriority creditor's name and mailing address**

**Jenny Ludmer**
**33 Caldwell Drive**
**Princeton, NJ '08540**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.826 0**

**Nonpriority creditor's name and mailing address**

**Jenny Ludmer**
**33 Caldwell Drive**
**Princeton, NJ 08540**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.826 1**

**Nonpriority creditor's name and mailing address**

**Jenny Manavi**
**901 Dove St**
**suite 150**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.826 2**

**Nonpriority creditor's name and mailing address**

**Jenny Marston**
**51 Ferry Street**
**Lambertville, NJ 08530**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.826 3**

**Nonpriority creditor's name and mailing address**

**Jenny Paynter**
**109 Lakeview Lane**
**Clinton, TN 37716**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.826 4**

**Nonpriority creditor's name and mailing address**

**Jenny Pelton**
**8 Old Course Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known)  _____

---

**3.826
5**

**Nonpriority creditor's name and mailing address**

**Jenny REARDON**
**407 north 2150 west**
**Provo, UT 84601**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.826
6**

**Nonpriority creditor's name and mailing address**

**Jenny Smith**
**19 West Tombee Lane**
**Columbia, SC 29209**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.826
7**

**Nonpriority creditor's name and mailing address**

**Jenny Smith**
**17154 Walnut**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.826
8**

**Nonpriority creditor's name and mailing address**

**Jenny Vavra**
**462 Costa Mesa St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.826
9**

**Nonpriority creditor's name and mailing address**

**Jenny Woytassek**
**8830 Meadowlark Ct.**
**WINDSOR, CO 80550-8416**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.827
0**

**Nonpriority creditor's name and mailing address**

**Jeoff Robinson**
**20 Atherton**
**Coto de Caza, CA 92679**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.827
1**

**Nonpriority creditor's name and mailing address**

**Jeremiah Cardisco**
**1408 dolphin dt**
**Aptos, CA 95003**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  **Electric Bike Company, LLC**                               Case number (if known)  _____
_____
Name

---

| 3.827 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jeremiah Johnson**
**950  Pearl St**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.827 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jeremiah Johnson**
**950 Pearl Street**
**Napa, CA 94559**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.827 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jeremiah Villa**
**760 Felton St**
**San Francisco, CA 94134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.827 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jeremy Bonnell**
**32757 Ridge Top Ln**
**Castaic, CA 91384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.827 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jeremy Bonnell**
**32757 Ridge Lane**
**Castaic, CA 91384**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.827 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jeremy Chandler**
**21030 E. Mesarica Rd**
**Covina, CA 91724**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.827 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Jeremy Chused**
**498 Magnolia St**
**Costa ., CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.827 9**

**Nonpriority creditor's name and mailing address**

**Jeremy Crider**
**2652 Everglade Ave**
**Clovis, CA 93619**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.828 0**

**Nonpriority creditor's name and mailing address**

**Jeremy Flowers**
**1108 Delano St**
**Austin, TX 78721**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.828 1**

**Nonpriority creditor's name and mailing address**

**Jeremy Gray**
**251 Sawbuck**
**Irvine, CO 92618**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.828 2**

**Nonpriority creditor's name and mailing address**

**Jeremy Greenfield**
**19941 Potomac Lane**
**HUNTINGTON BEACH, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.828 3**

**Nonpriority creditor's name and mailing address**

**Jeremy High**
**228 Cedar Street**
**Pacific Grove, CA 93950**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.828 4**

**Nonpriority creditor's name and mailing address**

**Jeremy Jarvis**
**58A Preston Rd**
**Somerville, MA 02143**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.828 5**

**Nonpriority creditor's name and mailing address**

**Jeremy Johnson**
**1432 E 1200 N**
**Logan, UT 84341**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.828 6**

**Nonpriority creditor's name and mailing address**

**Jeremy Kearns**
**224 Cottage Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.828 7**

**Nonpriority creditor's name and mailing address**

**Jeremy Malara**
**4515 Vista Largo**
**Torrance, CA 90505**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.828 8**

**Nonpriority creditor's name and mailing address**

**Jeremy Malara**
**4515 VISTA LARGO**
**Torrance, CA 90505**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.828 9**

**Nonpriority creditor's name and mailing address**

**Jeremy Muir**
**21782 Windsong Cir**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 0**

**Nonpriority creditor's name and mailing address**

**Jeremy Oliver**
**979 Wood Road**
**Apt 211**
**Kenosha, WI 53144**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 1**

**Nonpriority creditor's name and mailing address**

**Jeremy Peay**
**5930 Folsom Dr**
**La Jolla, CA 92037**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 2**

**Nonpriority creditor's name and mailing address**

**Jeremy Pierce**
**641 Promontory Dr. West**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.829 3**

**Nonpriority creditor's name and mailing address**

**Jeremy Robinson**
**923 1/2 6th Street**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 4**

**Nonpriority creditor's name and mailing address**

**Jeremy Ross**
**1703 Pinewood Drive**
**Dundalk, MD 21222**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 5**

**Nonpriority creditor's name and mailing address**

**Jeremy Ross**
**1703 Pinewood Dr**
**Dundalk, MD 21222**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 6**

**Nonpriority creditor's name and mailing address**

**Jeremy Rothbard**
**1830 Highland Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 7**

**Nonpriority creditor's name and mailing address**

**Jeremy Sebor**
**31411 Holly Dr**
**Laguna Beach, CA 92651**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 8**

**Nonpriority creditor's name and mailing address**

**Jeremy Soto**
**2077 Center Ave**
**Apt 8D**
**Fort Lee, NJ 07024**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 9**

**Nonpriority creditor's name and mailing address**

**Jeremy Stadtmueller**
**5601 N Shore Dr**
**Whitefish Bay, WI 53217**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.830 0**

**Nonpriority creditor's name and mailing address**
**Jeremy Stadtmueller**
**5601 N Shore Dr**
**Whitefish Bay, WI 53217**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.830 1**

**Nonpriority creditor's name and mailing address**
**Jeremy Stahl**
**623 Sheldon Street**
**El Segundo, CA 90245**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.830 2**

**Nonpriority creditor's name and mailing address**
**Jeremy Stewart**
**2151 Michaelson Drive**
**Suite 105**
**Irvine, CA 92612**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.830 3**

**Nonpriority creditor's name and mailing address**
**Jeremy Taylor**
**6865 ranchgrove road**
**Riverside, CA 92506**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.830 4**

**Nonpriority creditor's name and mailing address**
**Jeremy Turner**
**206 Mahina Street**
**Kihei, HI 96753**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.830 5**

**Nonpriority creditor's name and mailing address**
**JEREMY Warner**
**814 MILMADA DR**
**LA CANADA, CA 91011**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.830 6**

**Nonpriority creditor's name and mailing address**
**Jeremy Yap**
**54 Washburn St**
**San Francisco, AL 94103**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

**3.830 7**

**Nonpriority creditor's name and mailing address**
**Jeri Corgill**
**417 Peachtree Court**
**Paso Robles, CA 93446**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.830 8**

**Nonpriority creditor's name and mailing address**
**Jeri Kochis**
**1507 East Bay Ave**
**Newport Beach, CA 92661**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.830 9**

**Nonpriority creditor's name and mailing address**
**Jerika Ransomer**
**1318 Saipan Rd**
**Coronado, CA 92118**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.831 0**

**Nonpriority creditor's name and mailing address**
**Jerome Peters**
**2031 SIR WALTERS WAY**
**Hellertown, PA 18055**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.831 1**

**Nonpriority creditor's name and mailing address**
**Jerrold Butler**
**36 Tamworth Circle**
**Bella Vista, AR 72715-5340**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.831 2**

**Nonpriority creditor's name and mailing address**
**Jerry Abrams**
**643 E ROCKS DR**
**SANIBEL, FL 33957**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.831 3**

**Nonpriority creditor's name and mailing address**
**Jerry Allen**
**340 morningside dr**
**Sarasota, FL 34236**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

---

| 3.831<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jerry Allen**
**7645 Oyster Bay Dr**
**Charlevoix, MI 49720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jerry Allen**
**340 morningside dr,**
**sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jerry Allen**
**7645 Oyster Bay Dr**
**Charlevoix, MI 49720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**jerry BAIRD**
**1510 AUTO CENTER DR.**
**UNIT B**
**ONTARIO, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jerry Baird**
**1510 Auto Center Dr. Suite B**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**jerry baird**
**1510 Auto Center Dr**
**Suite B**
**Ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JERRY BAIRD**
**1510 AUTO CENTER DR.**
**STE B**
**ontario, CA 91761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.832**
**1**

**Nonpriority creditor's name and mailing address**

**Jerry Bateman**
**210 Main St.**
**Tabor, IA 51653**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.832**
**2**

**Nonpriority creditor's name and mailing address**

**Jerry Campbell**
**2800 Sunnywood Dr**
**Fullerton, CA 92835**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.832**
**3**

**Nonpriority creditor's name and mailing address**

**Jerry D. Ochoa**
**1800 W. Roscoe St APT 413**
**Chicago, IL 60657**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.832**
**4**

**Nonpriority creditor's name and mailing address**

**Jerry Darko**
**3753 N Tripp Ave**
**Chicago, IL 60641**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.832**
**5**

**Nonpriority creditor's name and mailing address**

**Jerry Davison**
**11842 Davenport Rd**
**Rossmoor, CA 90720**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.832**
**6**

**Nonpriority creditor's name and mailing address**

**Jerry Dotzler**
**2231 Wilmar Ave**
**oceano, CA 93445**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.832**
**7**

**Nonpriority creditor's name and mailing address**

**Jerry Emling**
**20 Green Lane**
**Nottingham, PA 19362**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.832 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Finazzo**
**7337 miller road**
**Spot b7**
**Anacortes, CA 98221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Finazzo**
**7337 Miller road B 7**
**Anacortes, WA 98221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Finazzo**
**7973 Brasado Way**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Fudge**
**3500 Fairfax Lane**
**Davie, FL 33330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Gao**
**2836 Fox Hunters Loop**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Gulla**
**69 Thornberry Rd**
**Winchester, MA 01890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jerry Hahn**
**2076 Stacks Gap Road**
**Wardensville, WV 26851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.833 5**

**Nonpriority creditor's name and mailing address**

**Jerry Hahn**
**2076 Stacks Gap Road**
**Wardensville, WV 26851**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.833 6**

**Nonpriority creditor's name and mailing address**

**Jerry Hahn**
**2076 Stacks Gap Road**
**wardensville, WV 26851**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.833 7**

**Nonpriority creditor's name and mailing address**

**Jerry Harris**
**2151 Pacific Ave**
**A-103**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.833 8**

**Nonpriority creditor's name and mailing address**

**Jerry Harris**
**2151 Pacific Ave**
**A103**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.833 9**

**Nonpriority creditor's name and mailing address**

**Jerry Heald**
**3200 El Malecon Rd NW**
**Albuquerque, NM 87120-2724**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.834 0**

**Nonpriority creditor's name and mailing address**

**Jerry Howard**
**4712 Bryce Cir**
**Carlsbad, CA 92008**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.834 1**

**Nonpriority creditor's name and mailing address**

**Jerry Linville**
**12110 Rocky Lake Drive**
**Houston, TX 77070**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
          Name

---

| 3.834 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry meehan**
**87 Brown Road**
**Stillwater, NY 12170**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JERRY MEEHAN**
**87 brown rd**
**stillwater, NY 12170**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Meehan**
**87 Brown Rd**
**Stillwater, NY 12170**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Miller**
**15 north Kent rd**
**253**
**Warren, CT 06754**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Norris**
**102 winn street**
**Galveston, IN 46932**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Palmer**
**20607 Vista Drive**
**Torrance, CA 90503**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.834 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Schimmer**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8349**

**Nonpriority creditor's name and mailing address**

**Jerry Schimmer**
**9342 Velardo Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8350**

**Nonpriority creditor's name and mailing address**

**Jerry Summers**
**6133 Terra Lane**
**Mccordsville, IN 46055**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8351**

**Nonpriority creditor's name and mailing address**

**Jerry Tanner**
**398 Suzanne Peak Ct**
**Henderson, NV 89012**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8352**

**Nonpriority creditor's name and mailing address**

**Jerry Tsao**
**7528 8th St NW**
**Washington, DC 20012**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8353**

**Nonpriority creditor's name and mailing address**

**Jerry Valenzuela**
**3102 S. Extension Rd**
**Mesa, AZ 85210**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8354**

**Nonpriority creditor's name and mailing address**

**Jerry W Linville**
**12110 Rocky Lake Drive**
**Houston, TX 77070**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8355**

**Nonpriority creditor's name and mailing address**

**Jerry Winegar**
**134 Dogwood Drive**
**Wilmington, NC 28403**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.835 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Young**
**615 Albion Place**
**Downingtown, PA 19335**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.835 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jerry Young**
**615 Albion place**
**Downingtown, PA 19335**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.835 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jeru Suda**
**1340 South Oak knoll**
**Pasadena, CA 91106**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.835 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jesare Morano**
**1654 Village Center Drive**
**Apartment 205**
**Lakeland, FL 33803**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.836 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jesharelah Lorette**
**424 1/2 Narcissus Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.836 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jess**
**1141 Oakville Crossroad**
**Oakville, CA 94558**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.836 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jess Archer**
**2011 E Apache Blvd**
**133**
**Tempe, AZ 85281**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.836 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jess Kropveld**
**1302 Agate St.**
**Apt. 3**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jess Ostrow**
**4515 S Isotope**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jess Rivas**
**177 Leeward Ave**
**Pismo beach, CA 93449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jess Woolfolk**
**215 SW Hepler Lane**
**Issaquah, WA 98027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesse Acosta**
**29798 salmon**
**Menifee, CA 92584-7988**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:** **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**jesse amavisca**
**3596 preston st**
**eugene, OR 97401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.836 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesse Amavisca**
**3596 Preston Street**
**Eugene, OR 97401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
            Name

---

| 3.837 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**jESSE Amavisca**
**32350 Corte Palacio**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesse Arno**
**221 Cypress Street**
**Unit A**
**Newport Beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**jesse cato**
**2028 stewart rd**
**lot 72**
**Melbourne, FL 32935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesse Davis**
**109 Crimson Law Dr**
**Lewisville, TX 75067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesse Dryer**
**440 High Pointe Cir**
**Grand Junction, CO 81507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**jesse dugas**
**28019 ELIJAH HILLS LANE**
**SPRING, TX 77386**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.837 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesse Evavold**
**10707 240TH PL SW**
**Edmonds, WA 98020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
         Name

---

**3.837
7**

**Nonpriority creditor's name and mailing address**

**Jesse Goicochea**
**2101 S Pacific ave**
**6**
**Santa Ana, CA 92704**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.837
8**

**Nonpriority creditor's name and mailing address**

**Jesse Goode**
**1587 Cherry Hill Ct SW**
**CONYERS, GA 30094-6271**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.837
9**

**Nonpriority creditor's name and mailing address**

**Jesse Greenlief**
**8632 Larthorn Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.838
0**

**Nonpriority creditor's name and mailing address**

**Jesse lopez**
**387b Rochester street**
**Costa mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.838
1**

**Nonpriority creditor's name and mailing address**

**Jesse May**
**670 Inca Street**
**Denver, CO 80204**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.838
2**

**Nonpriority creditor's name and mailing address**

**jesse medina**
**1825 Ross Ave**
**El Centro, CA 92243**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.838
3**

**Nonpriority creditor's name and mailing address**

**Jesse Ramos**
**44553 Kingston Dr.**
**Temecula, CA 92592**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _____

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
     Name

---

| 3.838 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jesse Richards**
**265 N Main St**
**Cohasset, MA 02025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jesse Rodriquez**
**1936 Port Claridge Pl**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jesse Sproat**
**8420 corvette ct.**
**jenison, MI 49428**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jesse Ward-Karet**
**438 Pine Cone Trail USPS 6359**
**Stateline, NV 89449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jessica Binnie**
**1860 Saddle Hill Rd S**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.838 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jessica Brown**
**934 Darrell St.**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jessica Burton**
**5601 E Orangethorpe ave.**
**T204**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.839 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Jessica Chaffee**
**10373 Trinidad Rd**
**#292992**
**Phelan, CA 92371**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.839 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Jessica Clouse**
**10106 Grover Dr**
**2**
**Whitehouse, OH 43571**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.839 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Jessica Clouse**
**10106 Grover Dr**
**Apt 2**
**Whitehouse, OH 43571**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.839 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Jessica Craver**
**508 Marigold Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.839 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Jessica Cruit**
**348 Morningside ave**
**Daytona Beach, FL 32118**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.839 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Jessica Daugherty**
**21582 Rio Verde**
**Lake Forest, CA 92630**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.839 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Jessica Dixon**
**451 E Appaloosa Rd**
**Gilbert, AZ 85296**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.839 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Doran**
**468 33rd st**
**manhattan beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Freimark**
**2908 ASPEN LAKE DR NE**
**BLAINE, MN 55449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Gavora**
**5141 Palisade Lane NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Gavora**
**5141 Palisade Lane NW**
**Washington, DC 20016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Hannah**
**1509 English Ave**
**Maryville, TN 37804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Hanzlik**
**CMR 467 BOX 2096**
**APO, AE '09096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jessica Harlow**
**411 Robert Morris Blvd**
**Apt 203**
**Allentown, PA 18104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Electric Bike Company, LLC_____    Case number (if known) _____
      Name

| | |
|---|---|
| **3.840 5** | |

**Nonpriority creditor's name and mailing address**
**Jessica Healy**
**215 Vista Ln**
**Tyrone, GA 30290**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.840 6** | |

**Nonpriority creditor's name and mailing address**
**Jessica Healy**
**215 Vista Lane**
**Tyrone, GA 30290**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.840 7** | |

**Nonpriority creditor's name and mailing address**
**Jessica Hinton**
**2838 E Bellerive Dr**
**Gilbert, AZ 85298**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.840 8** | |

**Nonpriority creditor's name and mailing address**
**Jessica Homrich**
**21040 Pacific City Circle**
**#4128**
**Huntington Beach, CA 92648**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.840 9** | |

**Nonpriority creditor's name and mailing address**
**Jessica Kakareka**
**22131 Sonoma Place**
**Chatsworth, CA 91311**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.841 0** | |

**Nonpriority creditor's name and mailing address**
**Jessica Kirby**
**1910 12th St**
**Central City, NE 68826**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.841 1** | |

**Nonpriority creditor's name and mailing address**
**Jessica Kropveld**
**1302 Agate St.**
**Redondo Beach, CA 90277**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor __Electric Bike Company, LLC_____    Case number (if known) _____
     Name

---

**3.841 2**

**Nonpriority creditor's name and mailing address**

**Jessica Lane**
**321 Hilltop Ln**
**Brea, CA 92821**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.841 3**

**Nonpriority creditor's name and mailing address**

**Jessica Layne**
**1103 S 3rd St**
**D**
**St Charles, IL 60174**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.841 4**

**Nonpriority creditor's name and mailing address**

**Jessica Lentz**
**37 Berkshire Drive**
**Hardwick, MA 01082**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.841 5**

**Nonpriority creditor's name and mailing address**

**Jessica Luna**
**8584 Dynasty Ln**
**Frisco, TX 75034**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.841 6**

**Nonpriority creditor's name and mailing address**

**Jessica M Layne**
**1103 South 3rd Street**
**D**
**St. Charles, IL 60174**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.841 7**

**Nonpriority creditor's name and mailing address**

**Jessica Mattison**
**1619 Somerton Drive**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2025__

Last 4 digits of account number __7__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.841 8**

**Nonpriority creditor's name and mailing address**

**Jessica McMahon**
**17628 HOYT PLACE**
**PARKER, CO 80134**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.841
9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jessica Michelle**                                          ☐ Contingent
**5845 Upland Road**                                          ☐ Unliquidated
**Camarillo, CA 93012**                                       ☐ Disputed

Date(s) debt was incurred  **2020**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.842
0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jessica Miller**                                           ☐ Contingent
**9511 stoneybrock place**                                   ☐ Unliquidated
**Rancho Cucamonga, CA 91730**                               ☐ Disputed

Date(s) debt was incurred  **2024**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.842
1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jessica Mireles**                                          ☐ Contingent
**3202 Colorado Pl**                                         ☐ Unliquidated
**Costa Mesa, CA 92626**                                     ☐ Disputed

Date(s) debt was incurred  **2023**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.842
2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jessica Morgan**                                           ☐ Contingent
**165 Carrin Layne Court**                                   ☐ Unliquidated
**Roseburg, OR 97471**                                       ☐ Disputed

Date(s) debt was incurred  **2021**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.842
3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jessica Nall**                                             ☐ Contingent
**14807 S Summit Ridge Cir**                                 ☐ Unliquidated
**Herriman, UT 84096**                                       ☐ Disputed

Date(s) debt was incurred  **2025**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.842
4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jessica Nelson-Eisen**                                     ☐ Contingent
**327 Snohomish dr**                                         ☐ Unliquidated
**La Conner, WA 98257**                                      ☐ Disputed

Date(s) debt was incurred  **2025**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

**3.842
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Jessica Oltmans**                                          ☐ Contingent
**1612 Antigua Way**                                         ☐ Unliquidated
**Newport Beach, CA 92660**                                  ☐ Disputed

Date(s) debt was incurred  **2021**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.842 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jessica Rehbein**
**2516 Virginia Avenue South**
**St louis park, MN 55426**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jessica Schutz**
**19891 Beach Blvd.**
**Apt. 407**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jessica Schwebel**
**812 Toro St SE**
**Albuquerque, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jessica Shubin**
**133 Via Havre**
**newport beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2021_

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jessica Szuberla**
**16561 Via Lago Azul**
**#9165**
**Rancho Santa Fe, CA 92067**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jessica Vacchio**
**3351 Kemper rd**
**Arlington, VA 22206**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** _ _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jessica Vielma**
**2 Redbird Loop**
**Destin, FL 32541**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** **Warranty**

**Last 4 digits of account number** _ _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
        Name

Case number *(if known)* _____

---

| 3.843 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Viers**
**2810 Pruden Drive**
**Knoxville, TN 37918**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessica Zech**
**812 Toro St SE**
**Albuquerque, NM 87123**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessie Corona**
**70 Ambroise**
**Newport Coast, CA 92657**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessie Corona**
**70 Ambroise**
**Newport Coast, CA 92657**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessie Galeana**
**12252 Enramada Dr**
**N Tustin, CA 92705**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessie Galeana**
**12252 Enramada Dr**
**N. Tustin, CA 92705**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jessie Rockey**
**412 Ocean Cay Blvd**
**St Augustine, FL 32080**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.844 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jessie Tejeda**
**2190 State Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jesssica freimark**
**2908 Aspen Lake Dr Ne**
**Blaine, MN 55449-7508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jessy Sawyer**
**12368 hickory hills rd**
**athens, AL 35614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jesus Abiera**
**2430 Divide Way**
**Santa Maria, CA 93458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jesus Bustamante**
**588 W. Bay St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jesus Diaz**
**1516 Missouri Ave**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jesus Guillermo Ramos**
**2277 Fountain Way E**
**Costa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

| 3.844 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesus Hernandez**
**2901 Mendoza Drive**
**Apartment D**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jesus Palacios**
**907 Ford St**
**Corona, CA 92879**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jezelle Escobar**
**4309 East Sue Ave.**
**Visalia, CA 93292**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jezelle Escobar**
**1387 Wildwood Ave**
**South Lake Tahoe, CA 96150**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jiji Cook**
**8688 SE WOODWIND ST**
**HOBE SOUND, FL 33455**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jiji Cook**
**8688 SE Woodwind Street**
**Hobe Sound, FL 33455**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jil Wiesner**
**1058 Summit Trail**
**Escondido, CA 92025**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

| 3.845 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jill Bacchieri**
**210 Old Schoolhouse RD**
**Sequim, WA 98382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jill Becker**
**2257 E. Shore Drive**
**Culver, IN 46511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jill Bisbee**
**848 E CUMBERLAND RD**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jill Campbell**
**6521 Dogwood Ave**
**Lake Isabella, CA 93240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jill Dishong**
**17744 Jetton Green Loop**
**Cornelius, NC 28031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.845 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jill Elliott**
**1125 US Hwy 136**
**Red Cloud, NE 68970**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Jill Forte**
**7780 Duneville St**
**Las Vegas, CA 89139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.846 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jill Fraser**
**4115 River Woods Dr.**
**Auburn, CA 95602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jill Frei**
**800 East 15th Street**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jill Gordon**
**5034 Lake Circle Rd**
**Fallbrook, CA 92028-7866**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jill Gordon**
**5034 Lake Circle Road**
**Fallbrook, CA 92028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jill Haynie**
**6012 Junius St**
**Dallas, TX 75214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**jill Hicks**
**1357 Kingswood Drive**
**Roseville, CA 95678**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.846 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jill Hicks**
**6150 summerset lane**
**Citrus Heights, CA 95621**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
         Name

---

**3.846
8**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jill Himes**                                                          ☐ Contingent
**46 Straits Road**                                                     ☐ Unliquidated
**Chester, CT 06412**                                                   ☐ Disputed

Date(s) debt was incurred  __2021__                                    Basis for the claim:  __Warranty__

Last 4 digits of account number __
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.846
9**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jill Isken**                                                         ☐ Contingent
**651 E Cedar Ave**                                                     ☐ Unliquidated
**Cedar Grove, WI 53013**                                              ☐ Disputed

Date(s) debt was incurred  __2021__                                    Basis for the claim:  __Warranty__

Last 4 digits of account number __
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.847
0**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jill Isken Isken**                                                   ☐ Contingent
**651 E Cedar Ave**                                                     ☐ Unliquidated
**Cedar Grove, WI 53013**                                              ☐ Disputed

Date(s) debt was incurred  __2021__                                    Basis for the claim:  __Warranty__

Last 4 digits of account number __
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.847
1**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jill Johnson**                                                      ☐ Contingent
**257 Sunbeam Court**                                                  ☐ Unliquidated
**Erie, CO 80516**                                                    ☐ Disputed

Date(s) debt was incurred  __2022__                                    Basis for the claim:  __Warranty__

Last 4 digits of account number __
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.847
2**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jill Kismet**                                                       ☐ Contingent
**11462 N Moon Ranch Pl**                                             ☐ Unliquidated
**Marana, AZ 85658**                                                  ☐ Disputed

Date(s) debt was incurred  __2021__                                    Basis for the claim:  __Warranty__

Last 4 digits of account number __
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.847
3**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jill Litchfield**                                                   ☐ Contingent
**90 WOODLAND DRIVE**                                                 ☐ Unliquidated
**BEDFORD, WY 83112**                                                 ☐ Disputed

Date(s) debt was incurred  __2022__                                    Basis for the claim:  __Warranty__

Last 4 digits of account number __
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.847
4**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jill Loftus**                                                       ☐ Contingent
**5090 Federal Rd**                                                   ☐ Unliquidated
**Hemlock, NY 14466**                                                 ☐ Disputed

Date(s) debt was incurred  __2023__                                    Basis for the claim:  __Warranty__

Last 4 digits of account number __
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

**3.847
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jill Magnacca**                                ☐ Contingent
**4166 Salisto Street**                          ☐ Unliquidated
**Las Vegas, NV 89135**                          ☐ Disputed

Date(s) debt was incurred  **2025**              **Basis for the claim:   Warranty**

Last 4 digits of account number  **7**           Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.847
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jill Magnacca**                                ☐ Contingent
**4166 Salisto St**                              ☐ Unliquidated
**Las Vegas, NV 89135**                          ☐ Disputed

Date(s) debt was incurred  **2024**              **Basis for the claim:   Warranty**

Last 4 digits of account number  _               Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.847
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jill Magnacca**                                ☐ Contingent
**4166 Salisto Street**                          ☐ Unliquidated
**Las Vegas, NV 89135-2982**                     ☐ Disputed

Date(s) debt was incurred  **2023**              **Basis for the claim:   Warranty**

Last 4 digits of account number  _               Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.847
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jill Magnacca**                                ☐ Contingent
**1510 Newport Blvd**                            ☐ Unliquidated
**Newport Beach, CA 92626**                      ☐ Disputed

Date(s) debt was incurred  **2023**              **Basis for the claim:   Warranty**

Last 4 digits of account number  _               Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.847
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jill Morris**                                  ☐ Contingent
**4811 Van Dorn St**                             ☐ Unliquidated
**Lincoln, NE 68506**                            ☐ Disputed

Date(s) debt was incurred  **2023**              **Basis for the claim:   Warranty**

Last 4 digits of account number  _               Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.848
0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jill Ochoa**                                   ☐ Contingent
**41 Dennis Rd**                                 ☐ Unliquidated
**Longmeadow, MA 01106**                         ☐ Disputed

Date(s) debt was incurred  **2025**              **Basis for the claim:   Warranty**

Last 4 digits of account number  _               Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.848
1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jill Phipps**                                  ☐ Contingent
**7322 Manatee Avenue West**                     ☐ Unliquidated
**#287**                                         ☐ Disputed
**Bradenton, FL 34209**

Date(s) debt was incurred  **2023**              **Basis for the claim:   Warranty**

Last 4 digits of account number  _               Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|--------|-------------------------------|--------------------------|
| | Name | |

---

**3.848
2**

**Nonpriority creditor's name and mailing address**

**Jill RANEY**
**6750 113 th La.**
**Alachua, FL 32615**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.848
3**

**Nonpriority creditor's name and mailing address**

**Jill Rigoli**
**5520 Caminito Consuelo**
**La Jolla, CA 92037**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.848
4**

**Nonpriority creditor's name and mailing address**

**Jillian Bain**
**30545 NE Healy Road**
**Amboy, WA 98601**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.848
5**

**Nonpriority creditor's name and mailing address**

**Jillian Booty**
**2328 Holly Lane**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.848
6**

**Nonpriority creditor's name and mailing address**

**Jillian Braithwaite**
**10805 Split Stone Way**
**Austin, TX 78739**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.848
7**

**Nonpriority creditor's name and mailing address**

**Jim Azevedo**
**21822 Oceanview Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.848
8**

**Nonpriority creditor's name and mailing address**

**Jim Banovsky**
**3991 Roper Trail**
**Severance, CO 80524**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.848 9**

**Nonpriority creditor's name and mailing address**

**Jim Bennett**
**815 Willow Street**
**Montoursville, PA 17754**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.849 0**

**Nonpriority creditor's name and mailing address**

**Jim Bishop**
**33685 Van Duyn Road**
**Eugene, OR 97408**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.849 1**

**Nonpriority creditor's name and mailing address**

**Jim Bobbitt**
**4812 Courageous Ln**
**Calrsbad, CA 92008**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.849 2**

**Nonpriority creditor's name and mailing address**

**Jim Brohl**
**16552 pine cone dr**
**Woodhaven, MI 48183**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.849 3**

**Nonpriority creditor's name and mailing address**

**Jim Brooks**
**3150 San Pasqual**
**Pasadena, CA 91107**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.849 4**

**Nonpriority creditor's name and mailing address**

**JIM BURCHAM**
**2090 NORTH PLANTATION DRIVE**
**DUNKIRK, MD 20754**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.849 5**

**Nonpriority creditor's name and mailing address**

**Jim Burns**
**2421 E Walnut Ave**
**Orange, CA 92867**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.849 6**

**Nonpriority creditor's name and mailing address**

**Jim Carey**
**8565 Sierra Circle**
**#916B**
**Huntington Beach, CA 92646-5699**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.849 7**

**Nonpriority creditor's name and mailing address**

**Jim Carey**
**8565 Sierra Circle**
**#916B**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.849 8**

**Nonpriority creditor's name and mailing address**

**Jim Castorina**
**304 Rialto Ct**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.849 9**

**Nonpriority creditor's name and mailing address**

**Jim Castorina**
**304 Rialto Court**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.850 0**

**Nonpriority creditor's name and mailing address**

**Jim Castorina**
**304 Rialto Court**
**El Dorado Hills, CA 95762**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.850 1**

**Nonpriority creditor's name and mailing address**

**Jim Cefalia**
**1053 West Wilson St.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.850 2**

**Nonpriority creditor's name and mailing address**

**Jim Chalupnik**
**431 Colton St**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.850 3**

**Nonpriority creditor's name and mailing address**

**Jim Christopoulos**
**2435 Stanley**
**Tustin, CA 92782**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.850 4**

**Nonpriority creditor's name and mailing address**

**Jim Collins**
**21651 Seaside Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.850 5**

**Nonpriority creditor's name and mailing address**

**Jim Dauw**
**6 Abierto Court**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.850 6**

**Nonpriority creditor's name and mailing address**

**Jim David**
**220 E. Fremont Place**
**#1-105**
**Littleton, CO 80122**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.850 7**

**Nonpriority creditor's name and mailing address**

**jim david**
**220 E. Fremont Place**
**#1-105**
**littleton, CO 80122**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.850 8**

**Nonpriority creditor's name and mailing address**

**Jim DeFreece**
**947 Kodiak Ct SE**
**Ocean Shores, WA 98569**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.850 9**

**Nonpriority creditor's name and mailing address**

**Jim DeFreece**
**80 Hutington Street**
**SPC 606**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                   Case number (if known) _____
      Name

---

| 3.851 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Delgado**
**690 NW Shannon Dr**
**Albany, OR 97321**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.851 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Deno**
**2750 S. Via del Bac**
**Green Valley, AZ 85622**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.851 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Dishong**
**20 Mordecai Lincoln Rd**
**Scituate, MA 02066**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.851 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Dixon**
**3920 bentley bridge rd**
**Raleigh, NC 27612**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.851 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Fender**
**8630 Midnight Pass Rd**
**A104**
**Sarasoata, FL 34242**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.851 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Floody**
**2198 Campus Dr**
**Clearwater, FL 33764**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.851 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Jim Gergen**
**80 Huntington St**
**Space 451**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.851 7**

**Nonpriority creditor's name and mailing address**

**JIM GLASGOW**
**107 SWEETWATER**
**KERVILLE, TX 78028**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.851 8**

**Nonpriority creditor's name and mailing address**

**Jim Glover**
**2017 Sugar Mill Lane**
**Lake Jackson, TX 77566**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.851 9**

**Nonpriority creditor's name and mailing address**

**jim grabowska**
**520 main st e**
**st clair, MN 56080**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.852 0**

**Nonpriority creditor's name and mailing address**

**Jim Grass**
**103 Roadrunner**
**Irvine, CA 92603**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.852 1**

**Nonpriority creditor's name and mailing address**

**Jim Hawk**
**991 ViaOndulando**
**Ventura, CA 93003**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.852 2**

**Nonpriority creditor's name and mailing address**

**Jim Hawk**
**991 Via Ondulando**
**Ventura, CA 93003**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.852 3**

**Nonpriority creditor's name and mailing address**

**JIM JONES**
**1421 VAN PAGE BLVD**
**RALEIGH, NC 27607**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.852 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim Kauker**
**18 Sunpeak**
**Irvine, CA 92603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:  __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim Keefffe**
**10031 Sprit Circle**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:  __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim Knicos**
**198 Somerset Bridge Road**
**Unit #147**
**Santa Rosa Beach, FL 32459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:  __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim Kwasnik**
**7 Tracy Court**
**Oak Ridge, NJ 07438**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:  __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim l**
**602 new road**
**somers point, NJ 08244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:  __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.852 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**jim liberto**
**602 new rd**
**somers point, NJ 08244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:  __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.853 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim Linstrum**
**19030 Linstrum Rd N**
**Davenport, WA 99122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:  __Warranty__**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number *(if known)* _____
          Name

---

**3.853**
**1**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Jim Lorenzetti**                                             ☐ Contingent
**16003 west Delaney Road**                                    ☐ Unliquidated
**Manhattan, IL 60442**                                        ☐ Disputed

Date(s) debt was incurred  **2023**                            **Basis for the claim:   Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.853**
**2**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Jim Lynch**                                                  ☐ Contingent
**716 Lincolnville Ave.**                                      ☐ Unliquidated
**Searsmont, ME 04973**                                        ☐ Disputed

Date(s) debt was incurred  **2021**                            **Basis for the claim:   Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.853**
**3**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Jim May**                                                    ☐ Contingent
**23336 White Oak Ln.**                                        ☐ Unliquidated
**Murrietta, CA 92562**                                        ☐ Disputed

Date(s) debt was incurred  **2022**                            **Basis for the claim:   Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.853**
**4**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Jim McCartin**                                               ☐ Contingent
**1117 W Bay Ave**                                             ☐ Unliquidated
**Newport Beach, CA 92661**                                    ☐ Disputed

Date(s) debt was incurred  **2024**                            **Basis for the claim:   Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.853**
**5**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Jim McElroy**                                                ☐ Contingent
**19687 Sunshine Way**                                         ☐ Unliquidated
**Bend, OR 97702**                                             ☐ Disputed

Date(s) debt was incurred  **2021**                            **Basis for the claim:   Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.853**
**6**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Jim Metcalf**                                                ☐ Contingent
**82 S. Park Trail #889**                                      ☐ Unliquidated
**Indian River, MI 49749**                                     ☐ Disputed

Date(s) debt was incurred  **2023**                            **Basis for the claim:   Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.853**
**7**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*            **$0.00**

**Jim Metcalf**                                                ☐ Contingent
**82 S. Park Trail #889**                                      ☐ Unliquidated
**PO Box 889**                                                 ☐ Disputed
**Indian River, MI 49749**

Date(s) debt was incurred  **2023**                            **Basis for the claim:   Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Electric Bike Company, LLC**                                            Case number *(if known)* _____
_____
Name

---

| 3.853 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim MICHAEL**
**16548 Blarney Lane**
**Redding, CA 96001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.853 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**jim Michael**
**16548 blarney lane**
**Redding, CA 96001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.854 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim Miller**
**3088 State Street**
**Unit 406**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.854 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**jim moore**
**116 Edgewood Blvd**
**Oxford, MS 38655-7093**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.854 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim Muller**
**3408 Marna Avenue**
**Long Beach, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.854 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim Ness**
**28544 Old Town Front Street**
**Temecula, CA 92590**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.854 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Jim Ness**
**22498 Whirlaway Court**
**Canyon Lake, CA 92587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.854 5**

**Nonpriority creditor's name and mailing address**
**Jim Osselaer**
**Po Box 129**
**Park City, UT 84060**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.854 6**

**Nonpriority creditor's name and mailing address**
**Jim Quinn**
**752 Lakeside Dr**
**Carriere, MS 39426**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.854 7**

**Nonpriority creditor's name and mailing address**
**Jim Richardson**
**5716 Bloomfield St, Simi Valley, CA 9306**
**Simi Valley, CA 93063**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.854 8**

**Nonpriority creditor's name and mailing address**
**Jim Richardson**
**5716 Bloomfield St**
**Simi Valley, CA 93063-4226**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.854 9**

**Nonpriority creditor's name and mailing address**
**Jim Richardson**
**5716 Bloomfield St**
**Simi Valley, CA 93063**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.855 0**

**Nonpriority creditor's name and mailing address**
**Jim Rojo**
**7503 Hastings Avenue**
**Hisperia, CA 92345**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.855 1**

**Nonpriority creditor's name and mailing address**
**Jim Sabatello**
**6 Anacapri**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.855
2**

**Nonpriority creditor's name and mailing address**

**Jim Scadden**
**1 Corte Palos Verdes**
**Tiburon, CA 94920**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.855
3**

**Nonpriority creditor's name and mailing address**

**Jim Scocozza**
**1506 Rt 209**
**Brodheadsville, PA 18322**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.855
4**

**Nonpriority creditor's name and mailing address**

**Jim Smith**
**7938 Boyertown Pike**
**Boyertown, PA 19512**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.855
5**

**Nonpriority creditor's name and mailing address**

**Jim Storm**
**1205 17.5 Road**
**Fruita, CO 81521**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.855
6**

**Nonpriority creditor's name and mailing address**

**Jim Tanis**
**4950 Stevely Ave**
**Lakewood, CA 90713**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.855
7**

**Nonpriority creditor's name and mailing address**

**Jim Thornton**
**4608 Hispania View Dr**
**League City, TX 77573**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.855
8**

**Nonpriority creditor's name and mailing address**

**Jim Todd**
**3101 Sumatra**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.855
9**

**Nonpriority creditor's name and mailing address**

**Jim Trammell**
**260 Newport Center Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __Warranty__**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.856
0**

**Nonpriority creditor's name and mailing address**

**Jim Trammell**
**356 Rochester**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __Warranty__**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.856
1**

**Nonpriority creditor's name and mailing address**

**Jim Weintraub**
**207 Saddle Trail**
**Thousand Oaks, CA 91361**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __Warranty__**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.856
2**

**Nonpriority creditor's name and mailing address**

**Jim West**
**840 Newport Center Dr.**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __Warranty__**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.856
3**

**Nonpriority creditor's name and mailing address**

**jim wideman**
**W5016 State Highway 86**
**Ogema, WI 54459**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __Warranty__**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.856
4**

**Nonpriority creditor's name and mailing address**

**jim wideman**
**W5016 State Highway 86**
**Ogema, WI 54459**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __Warranty__**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.856
5**

**Nonpriority creditor's name and mailing address**

**jim wideman**
**W5016 State Highway 86**
**Ogema, WI 54459**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: __Warranty__**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
Name

Case number *(if known)*

---

| 3.856 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jim York** | ☐ Contingent | |
| **1267 Stephanie Ct** | ☐ Unliquidated | |
| **Concord, CA 94521** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.856 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jimmy Canant** | ☐ Contingent | |
| **12705 Spring Creek Rd** | ☐ Unliquidated | |
| **Ralph, AL 35480** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.856 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jimmy Cefalia** | ☐ Contingent | |
| **2017 East ocean Blvd** | ☐ Unliquidated | |
| **Newport beach, CA 92661** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.856 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jimmy Doyle** | ☐ Contingent | |
| **49 Kalmia Street** | ☐ Unliquidated | |
| **New York, NY 11731** | ☐ Disputed | |
| Date(s) debt was incurred **2020** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.857 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **jimmy heater** | ☐ Contingent | |
| **125 30th street** | ☐ Unliquidated | |
| **hermosa beach, CA 90254** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.857 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jimmy Poucher** | ☐ Contingent | |
| **1901 Frederick Street** | ☐ Unliquidated | |
| **Placentia, CA 92870** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.857 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Jimmy Walker** | ☐ Contingent | |
| **85 Via Sonrisa** | ☐ Unliquidated | |
| **San Clemente, CA 92673** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor     **Electric Bike Company, LLC**                                        Case number (if known) _____
                    Name

---

**3.857 3**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*              **$0.00**

**Jin HAO**                                                          ☐ Contingent
**124 Jayhawk**                                                      ☐ Unliquidated
**Irvine, CA 92602**                                                 ☐ Disputed

Date(s) debt was incurred **2023**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.857 4**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*              **$0.00**

**Jina Ram**                                                        ☐ Contingent
**6224 goodrich ave.**                                              ☐ Unliquidated
**Saint louis park, MN 55416**                                      ☐ Disputed

Date(s) debt was incurred **2024**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.857 5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*              **$0.00**

**Jit Tran**                                                        ☐ Contingent
**15 Torrey Pines Lane**                                            ☐ Unliquidated
**Newport Beach, CA 92660**                                         ☐ Disputed

Date(s) debt was incurred **2023**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.857 6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*              **$0.00**

**Jiwon Lee**                                                       ☐ Contingent
**3007 SE 15th St**                                                 ☐ Unliquidated
**North Bend, WA 98045**                                            ☐ Disputed

Date(s) debt was incurred **2023**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.857 7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*              **$0.00**

**JJ O'Leary**                                                      ☐ Contingent
**1315 Mariam Lane**                                                ☐ Unliquidated
**Newport Beach, CA 92660**                                         ☐ Disputed

Date(s) debt was incurred **2020**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.857 8**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*              **$0.00**

**JJ Pina**                                                         ☐ Contingent
**12234 Hesperia RD**                                               ☐ Unliquidated
**Victorville, CA 92395**                                           ☐ Disputed

Date(s) debt was incurred **2022**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.857 9**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*              **$0.00**

**JM Carson**                                                       ☐ Contingent
**200 Leicester St**                                                ☐ Unliquidated
**Auburn, MA 01501**                                                ☐ Disputed

Date(s) debt was incurred **2024**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

**3.858 0**

**Nonpriority creditor's name and mailing address**
**Jo Ann E Mason**
**735 Terrace View Place**
**Port Hueneme, CA 93003**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.858 1**

**Nonpriority creditor's name and mailing address**
**Jo Ann Harrington**
**1 Court Lane**
**Unit #101**
**Cambridge, MD 21613**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.858 2**

**Nonpriority creditor's name and mailing address**
**Jo Beaudreau**
**2285 Highway 101**
**Suite H**
**Florence, OR 97439**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.858 3**

**Nonpriority creditor's name and mailing address**
**Jo Butler**
**228 Organ St.**
**Bellefontaine, OH 43311**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.858 4**

**Nonpriority creditor's name and mailing address**
**Jo Dee Katz**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.858 5**

**Nonpriority creditor's name and mailing address**
**Jo Ellen Crinion**
**W2805 Pine Ridge Court**
**Belleville, WI 53508**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.858 6**

**Nonpriority creditor's name and mailing address**
**Jo Ellen Crinion**
**W2805 Pine ridge Ct**
**Belleville, WI 53508**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.858
7**

**Nonpriority creditor's name and mailing address**

**Joan Booth
5009 Petersburg Road
Petersburg, KY 41080**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.858
8**

**Nonpriority creditor's name and mailing address**

**Joan Booth
5009 Petersburg Rd
Petersburg, KY 41080**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.858
9**

**Nonpriority creditor's name and mailing address**

**Joan Butters
660 Ayrshire Circle
Franklin, TN 37064**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.859
0**

**Nonpriority creditor's name and mailing address**

**Joan Curcio
3338 County Route 21
Kinderhook, NY 12106**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.859
1**

**Nonpriority creditor's name and mailing address**

**Joan Evans
29 N Port Royal Dr
Hilton Head, SC 29928**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.859
2**

**Nonpriority creditor's name and mailing address**

**Joan Kittoe
1725 Jeniffer Dr.
Aptos, CA 95003**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.859
3**

**Nonpriority creditor's name and mailing address**

**Joan Mcallister
2505 Vista Drive
Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____    Case number _(if known)_ _____

Name

---

**3.859
4**

**Nonpriority creditor's name and mailing address**

**Joan Ryan
213 Countryside Lane
Mt laurel, NJ 08054**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.859
5**

**Nonpriority creditor's name and mailing address**

**Joan Santa Maria
4816 Main Street
Downers Grove, IL 60515**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.859
6**

**Nonpriority creditor's name and mailing address**

**Joan Santa Maria
4816 Main Street
Downers Grove, IL 60515**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.859
7**

**Nonpriority creditor's name and mailing address**

**Joan Sawyer
3012 Twin Oak Pl North West
Salem, OR 97304**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.859
8**

**Nonpriority creditor's name and mailing address**

**Joan Schmidt
6942 W Trenton Way
Florence, AZ 85132**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.859
9**

**Nonpriority creditor's name and mailing address**

**Joan Smith
411 Redlands Ave.
Newport Beach, CA 92663**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.860
0**

**Nonpriority creditor's name and mailing address**

**Joan Theodorakos
519 Terrel Road
Troy, PA 16947**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.860**
**1**

Nonpriority creditor's name and mailing address

**Joan Tillett**
**12971 Valley View Court**
**Apple Valley, CA 92308**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.860**
**2**

Nonpriority creditor's name and mailing address

**Joan Wayne**
**1155 RANCHO DR**
**Napa, CA 94558-4437**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.860**
**3**

Nonpriority creditor's name and mailing address

**joann caja**
**2130 Brown Rd**
**Lakewood, OH 44107**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.860**
**4**

Nonpriority creditor's name and mailing address

**JoAnn Macdonald**
**231 E 5575 S**
**Ogden, UT 84405**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.860**
**5**

Nonpriority creditor's name and mailing address

**JoAnn von der Haar**
**63 Marabou Pl**
**The Woodlands, TX 77380**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.860**
**6**

Nonpriority creditor's name and mailing address

**Joanna Howey**
**814 Camino Real**
**Unit 104**
**Redondo Beach, CA 90277**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.860**
**7**

Nonpriority creditor's name and mailing address

**Joanna Hutchinson**
**1840 TRADEWINDS LN**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.8608**

**Nonpriority creditor's name and mailing address**

**Joanna Lejnieks**
**8201 Pennington Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8609**

**Nonpriority creditor's name and mailing address**

**JOANNA MONROE**
**4428 Hope Street**
**Ventura, CA 93003**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8610**

**Nonpriority creditor's name and mailing address**

**JoAnna Monroe**
**1756 Eastman Ave**
**Suite 100**
**Ventura, CA 93003**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8611**

**Nonpriority creditor's name and mailing address**

**Joanna Ross**
**957 Senate Street**
**Costa mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8612**

**Nonpriority creditor's name and mailing address**

**Joanna Schutt**
**1422 Martha St N**
**Stillwater, MN 55082**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8613**

**Nonpriority creditor's name and mailing address**

**Joanna Stanley**
**4614 E. Hastings Ave**
**Orange, CA 92867**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8614**

**Nonpriority creditor's name and mailing address**

**Joanna Thorgrimsson**
**4032 Marblehead Drive**
**San Ramon, CA 94582**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.861
5**

**Nonpriority creditor's name and mailing address**

**Joanna Webb**
**815 Village Rd. Unit 1/B5282**
**Tahoe City, CA 96145**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.861
6**

**Nonpriority creditor's name and mailing address**

**Joanne Cormier**
**2 Harvey Rd.**
**Bedford, NH 03110**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.861
7**

**Nonpriority creditor's name and mailing address**

**Joanne Hick**
**47202 Jackson St**
**Site 118**
**Indio, CA 92201**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.861
8**

**Nonpriority creditor's name and mailing address**

**Joanne Hughes**
**25141 Rivendell Dr**
**Lake Forest, CA 92630**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.861
9**

**Nonpriority creditor's name and mailing address**

**Joanne Hughes**
**25141 Rivendell Dr**
**Lake Forest, CA 92630**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.862
0**

**Nonpriority creditor's name and mailing address**

**Joanne Johnson**
**124 Raupp Lane**
**Mars, PA 16046**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.862
1**

**Nonpriority creditor's name and mailing address**

**Joanne Johnston**
**907 Hildreth Street**
**Dracut, MA 01936**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.862 2**

**Nonpriority creditor's name and mailing address**

**Joanne Jordan**
**819 W. Bay Ave**
**Newport Beach, CA 92661**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.862 3**

**Nonpriority creditor's name and mailing address**

**Joanne Kristoffersen**
**287 White Oak Rd**
**Fontana, WI 53125**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.862 4**

**Nonpriority creditor's name and mailing address**

**Joanne Werling**
**222 N whitney st.**
**St. Augustine, FL 32084**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.862 5**

**Nonpriority creditor's name and mailing address**

**Joanne Werling**
**211 Arricola Ave**
**St. Augustine, FL 32080**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.862 6**

**Nonpriority creditor's name and mailing address**

**Joanne Werling**
**1627 N Tripp Ave**
**Chicago, IL 60639**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.862 7**

**Nonpriority creditor's name and mailing address**

**Joanny 10984 Gonzalez**
**340 Rancher St.**
**Apartment A4**
**Jackson, WY 83001**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.862 8**

**Nonpriority creditor's name and mailing address**

**JOAO PEDRO DE SOUZA GUILHERME**
**1765 SANTA ANA AVENUE**
**F 101**
**COSTA MESA, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.862 9**

**Nonpriority creditor's name and mailing address**

**Jocelyn Cray**
**7671 Maple Ridge Court**
**Clarkston, MI 48346**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.863 0**

**Nonpriority creditor's name and mailing address**

**Jocelyn Cray**
**7671 Maple Ridge Court**
**Clarkston, MI 48346**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.863 1**

**Nonpriority creditor's name and mailing address**

**Jocelyn Rodriguez**
**820 towne st**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.863 2**

**Nonpriority creditor's name and mailing address**

**Jock Mclerran**
**832 Gregg Rd**
**Friendsville, TN 37737**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.863 3**

**Nonpriority creditor's name and mailing address**

**Jodee Christensen**
**1633 East Autumnridge Court**
**Orange, CA 92866**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.863 4**

**Nonpriority creditor's name and mailing address**

**Jodeene Reyes**
**4949 Avila Av**
**Carlsbad, CA 92008**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.863 5**

**Nonpriority creditor's name and mailing address**

**Jodene Williams**
**6671 Trinette Ave**
**Gardengrove, CA 92845**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.863
6**

**Nonpriority creditor's name and mailing address**

**Jodi Bernstein**
**312 Harbor Drive**
**Lido Beach, NY 11561**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.863
7**

**Nonpriority creditor's name and mailing address**

**Jodi England**
**5797 East Hudson Bay Dr.**
**Anaheim Hills, CA 92807**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.863
8**

**Nonpriority creditor's name and mailing address**

**Jodi Pearson**
**3726 S Mulberry Drive**
**St George, UT 84790**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.863
9**

**Nonpriority creditor's name and mailing address**

**Jodi Ranallo**
**1001 Iron Workers Rd**
**Clarksville, TN 37043-7912**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.864
0**

**Nonpriority creditor's name and mailing address**

**JODI RANALLO**
**1001 Iron Workers Rd**
**clarksville, TN 37043**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.864
1**

**Nonpriority creditor's name and mailing address**

**Jodi Valencia**
**20355 Yorba Linda Blvd, Ste B**
**Yorba Linda, CA 92886**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.864
2**

**Nonpriority creditor's name and mailing address**

**Jodi Wiseley**
**1500 mark thomas dr**
**Monterey, CA 93940**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.864 3**

**Nonpriority creditor's name and mailing address**

**Jodie Lewis**
**10622 Bryant St**
**Spc 121**
**Yucaipa, CA 92399**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.864 4**

**Nonpriority creditor's name and mailing address**

**Jodie Reyes**
**9442 Keoki Cir**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.864 5**

**Nonpriority creditor's name and mailing address**

**Jody Bryant**
**32 Sandpiper Ln**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.864 6**

**Nonpriority creditor's name and mailing address**

**Jody Callihan**
**3942 Kitten Circle**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.864 7**

**Nonpriority creditor's name and mailing address**

**Jody Cochran**
**2256 Spur 159**
**Port Lavaca, TX 77979**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.864 8**

**Nonpriority creditor's name and mailing address**

**Jody Collins**
**1843 Buckeye Street**
**Highland, CA 92346**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.864 9**

**Nonpriority creditor's name and mailing address**

**Jody Collins**
**1843 Buckeye Street**
**Highland, CA 92346**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.865
0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Jody Demchuk**
**Po box 223606**
**Princeville, HI 96722**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.865
1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Jody Demchuk**
**3765 albert road**
**Princeville, HI 96722**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.865
2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Jody Green**
**1856 Iowa St.**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.865
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Jody Madden**
**601 Kings Pl**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.865
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**jody pathare**
**387 e. 21st street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.865
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Joe Andrew**
**13496 Wyngate Point**
**San Diego, CA 92130**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.865
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Joe Arave**
**2074 N 1450 E**
**North Logan, UT 84341-2085**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
　　　　Name

Case number (if known) _____

---

| 3.865 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joe Arave** | ☐ Contingent | |
| **1500 N. 600 W.** | ☐ Unliquidated | |
| **Logan, UT 84321** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.865 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joe Babyak** | ☐ Contingent | |
| **7630 Batavia Lane** | ☐ Unliquidated | |
| **Charlotte, NC 28213** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.865 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joe Bartoli** | ☐ Contingent | |
| **5200 Warner Ave** | ☐ Unliquidated | |
| **Huntington Beach, CA 92649** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.866 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joe Beaty** | ☐ Contingent | |
| **11151 Katlian Dr.** | ☐ Unliquidated | |
| **Eagle River, AK 99577** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.866 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joe Bernitt** | ☐ Contingent | |
| **88 Bald Hill Road** | ☐ Unliquidated | |
| **Newfields, NH 03856** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.866 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joe Bolster** | ☐ Contingent | |
| **620 SW 5th Ave Ste 900** | ☐ Unliquidated | |
| **147** | ☐ Disputed | |
| **Portland, OR 97204** | | |
| Date(s) debt was incurred **2025** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.866 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Joe Bolster** | ☐ Contingent | |
| **3505 Banff Ave** | ☐ Unliquidated | |
| **PO Box 4114** | ☐ Disputed | |
| **Smithers, BC V0J2N0** | | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.866 4**

**Nonpriority creditor's name and mailing address**

**Joe Bolster**
**3505 Banff Ave**
**Smithers, BC V0J2N2**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.866 5**

**Nonpriority creditor's name and mailing address**

**joe bredestege**
**1895 Airport Exchange Blvd**
**Ste 120**
**Erlanger, KY 41018-3595**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.866 6**

**Nonpriority creditor's name and mailing address**

**Joe Bredestege**
**1162 Rulison Ave**
**Apt 1**
**Cincinnati, OH 45238-4484**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.866 7**

**Nonpriority creditor's name and mailing address**

**Joe Carnevale**
**3149 HWY 83**
**Sonoita, AZ 85637**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.866 8**

**Nonpriority creditor's name and mailing address**

**Joe Cornwell**
**7148 Three Wood Dr**
**Matthews, NC 28104**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.866 9**

**Nonpriority creditor's name and mailing address**

**Joe Cornwell**
**7148 Three Wood Dr**
**Matthews, NC 28104-3194**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.867 0**

**Nonpriority creditor's name and mailing address**

**Joe Cornwell**
**7148 Three Wood Drive**
**Matthews, NC 28104**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
       Name

---

| 3.867 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joe Cornwell**
**7148Three Wood Dr**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joe Cornwell**
**7148 Three Wood Drive**
**Matthews, NC 28104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joe Dallal**
**12 Boardwalk**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joe Demers**
**2613 Lower Lando Lane**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joe Derris**
**2157 Tramore**
**Troy, IL 62294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joe Dudek**
**19613 N 33rd Ave**
**Phoenix, AZ 85027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.867 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Joe Fisher**
**14 Jeffery Pl**
**Longview, WA 98632**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.8678**

**Nonpriority creditor's name and mailing address**

**Joe Gardner**
**7299 Innsdale Ave S**
**Cottage Grove, MN 55016**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8679**

**Nonpriority creditor's name and mailing address**

**Joe Gibson**
**390 301 Blvd., W**
**Unit 26D**
**Bradenton, FL 34205**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8680**

**Nonpriority creditor's name and mailing address**

**Joe Gigliello**
**31272 Via Parra**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8681**

**Nonpriority creditor's name and mailing address**

**Joe Giordani**
**2561 Westminster Avenue**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8682**

**Nonpriority creditor's name and mailing address**

**Joe Gonzalez**
**7942 Hemlock ave**
**Hesperia, CA 92345**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8683**

**Nonpriority creditor's name and mailing address**

**Joe Grandolfo**
**25269 Sagecrest Cir**
**Stevenson Ranch, CA 91381-2230**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8684**

**Nonpriority creditor's name and mailing address**

**Joe Gutierrez**
**469 Lenwood Cir**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.868 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Joe Howard**
**8501 SW Riverside Dr**
**Arcadia, FL 34269**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Joe Hull**
**299 Reserve Rd**
**Franklin, NC 28734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Joe Jasper**
**345 Young Harris St #613**
**Blairsville, GA 30512**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**joe jones**
**7501 W Dillon Wash Rd**
**Prescott, AZ 86305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.868 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Joe Kelley**
**888 Lafayette Rd**
**Hampton, NH '03842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Joe Kelly**
**875 Via Las Aguilas**
**Arroyo Grande, CA 93420-1955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.869 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |

**Joe Link**
**210 Baltimore St**
**Hanover, PA 17331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          Page 1242 of 1430

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
      Name

---

**3.869 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*     **$0.00** |

**JOE LINZ**
**1829 MEerriman RD**
**Akron, OH 44313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.869 3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joe Magnan**
**10634 County Highway 18**
**South Kortright, NY 13842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.869 4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joe Mann**
**680 Atlantis Estates Way**
**Atlantis, FL 33462**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.869 5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joe McCarron**
**284 Cambridge Way**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.869 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joe Mcguire**
**2182 south trout stone way**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.869 7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joe Mehal**
**804 E 23RD AVE**
**New Smyrna Beach, FL 32169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.869 8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joe Mehal**
**804 E 23RD AVE**
**New Smyrna Beach, FL 32169**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.869 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Pellerito**
**52371 Cedar Mill**
**Macomb, MI 48042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2021**

Last 4 digits of account number __

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.870 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Peralta**
**8716 Maroon Peak Way**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2024**

Last 4 digits of account number __

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.870 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Peralta**
**8716 Maroon Peak Way**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2024**

Last 4 digits of account number __

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.870 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Philbin**
**10 Capri**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2023**

Last 4 digits of account number __

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.870 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Piscotty**
**20052 Colgate Circle**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2024**

Last 4 digits of account number __

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.870 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Polzin**
**29716 Eagle Crest**
**Muriata, CA 92653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2021**

Last 4 digits of account number __

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.870 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Joe Powell**
**108 Jehnna Dave Dr.**
**Youngsville, LA 70592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred   **2020**

Last 4 digits of account number __

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.8706**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Joe Rayfield**
**1991 Swan Dr**                                                        ☐ Contingent
**Costa Mesa, CA 92626**                                               ☐ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                       Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8707**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Joe Rouse**
**2121 Sacramento Street**                                             ☐ Contingent
**#603**                                                               ☐ Unliquidated
**San Francisco, CA 94109**                                           ☐ Disputed
Date(s) debt was incurred  **2023**
                                                                       Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8708**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Joe Ryan**
**15 Warner Hill Road**                                                ☐ Contingent
**Southport, CT 06890**                                               ☐ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred  **2024**
                                                                       Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8709**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Joe Scalera**
**212 Cedarwood Ct.**                                                  ☐ Contingent
**Debary, FL 32713**                                                  ☐ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred  **2023**
                                                                       Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8710**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Joe Schaffer**
**925 S Main St**                                                      ☐ Contingent
**#3146**                                                              ☐ Unliquidated
**Grapevine, TX 76051**                                               ☐ Disputed
Date(s) debt was incurred  **2023**
                                                                       Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8711**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Joe Shipley**
**21582 St John Ln**                                                   ☐ Contingent
**Huntington Beach, CA 92646**                                        ☐ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred  **2023**
                                                                       Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8712**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Joe Stephens**
**5367 East Appian Way**                                               ☐ Contingent
**Long Beach, CA 90803**                                              ☐ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred  **2022**
                                                                       Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.871 | | |
|---|---|---|
| 3 | | |

**Nonpriority creditor's name and mailing address**

**Joe Szabo**
**4696 Frederick Lane**
**Yorba Linda, CA 92886**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.871 | | |
|---|---|---|
| 4 | | |

**Nonpriority creditor's name and mailing address**

**joe thomas**
**6829 cartilla ave**
**alta loma, CA 91701**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.871 | | |
|---|---|---|
| 5 | | |

**Nonpriority creditor's name and mailing address**

**joe thomas**
**6829 Cartilla ave**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.871 | | |
|---|---|---|
| 6 | | |

**Nonpriority creditor's name and mailing address**

**Joe Tracz**
**462 E. Beck St.**
**Columbus, OH 43206**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.871 | | |
|---|---|---|
| 7 | | |

**Nonpriority creditor's name and mailing address**

**Joe Urban**
**2508 Duke Place**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.871 | | |
|---|---|---|
| 8 | | |

**Nonpriority creditor's name and mailing address**

**Joe Viola**
**P.O Box 1508**
**South Pasadena, CA 91031**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.871 | | |
|---|---|---|
| 9 | | |

**Nonpriority creditor's name and mailing address**

**Joe Walburn**
**7631 Cloverhill Drive**
**Highland, CA 92346**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Name                                                    Case number (if known) _____

---

**3.872 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Joe Walburn**
**7631 Cloverhill Dr**
**Highland, CA 92346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.872 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Joe Walsh**
**489 Tahos Road**
**Orinda, CA 94563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.872 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Joe Wielebinski**
**411 Dahlya Ave**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.872 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Joe Winkelmann**
**3 Park Plaza**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.872 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**joe zuccaro**
**17386 W Sherman St**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.872 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Joel Anderson**
**816 S 5Th Avenue**
**Virginia, MN 55792**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.872 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Joel Anderson**
**5204 N Fox Hollow Way**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**
Name

Case number (if known)

---

**3.872
7**

**Nonpriority creditor's name and mailing address**

**Joel Barnett
5061 Bella Collina St
Oceanside, CA 92056**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.872
8**

**Nonpriority creditor's name and mailing address**

**Joel Barnett
5061 Bella Colina St
Oceanside, CA 92056**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.872
9**

**Nonpriority creditor's name and mailing address**

**Joel Bingham
11390 W Shay Park Way
Nampa, ID 83686**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.873
0**

**Nonpriority creditor's name and mailing address**

**Joel Booth
566 N Pines Trl
Parker, CO 80138**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.873
1**

**Nonpriority creditor's name and mailing address**

**Joel Cawley
1 Dog Ranch
Alamorgordo, NM 88310**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.873
2**

**Nonpriority creditor's name and mailing address**

**Joel Chidley
17162 Orange Dr.
Yorba Linda, CA 92886**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.873
3**

**Nonpriority creditor's name and mailing address**

**Joel Cleveland
415 Townsquare Lane
Suite 210
Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

---

| 3.873 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Joel Dedrick**
**280 Ventana Way**                                          ☐ Contingent
**Aptos, CA 95003**                                          ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred  **2024**                          Basis for the claim:  **Warranty**

Last 4 digits of account number __
                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.873 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Joel Diaz**
**469 Rancho Los Nogales Drive**                             ☐ Contingent
**Covina, CA 91724**                                         ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred  **2022**                          Basis for the claim:  **Warranty**

Last 4 digits of account number __
                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.873 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Joel Garcia**
**3405 Dahlia St**                                           ☐ Contingent
**Denver, CO 80207**                                         ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred  **2023**                          Basis for the claim:  **Warranty**

Last 4 digits of account number __
                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.873 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Joel Garcia**
**3405 Dahlia Street**                                       ☐ Contingent
**Denver, CO 80207**                                         ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred  **2022**                          Basis for the claim:  **Warranty**

Last 4 digits of account number __
                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.873 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Joel Gonzalez**
**2603 Los Coches Ave**                                      ☐ Contingent
**San Jose, CA 95128**                                       ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred  **2024**                          Basis for the claim:  **Warranty**

Last 4 digits of account number __
                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.873 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Joel Gonzalez**
**100 skyway drive**                                         ☐ Contingent
**Suite 110**                                                ☐ Unliquidated
**San Jose, CA 95111**                                       ☐ Disputed

Date(s) debt was incurred  **2023**                          Basis for the claim:  **Warranty**

Last 4 digits of account number __
                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.874 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Joel Gonzalez**
**2603 Los Coches Ave**                                      ☐ Contingent
**San Jose, CA 95128**                                       ☐ Unliquidated
                                                            ☐ Disputed

Date(s) debt was incurred  **2022**                          Basis for the claim:  **Warranty**

Last 4 digits of account number __
                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.874 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Joel Gonzalez** | ☐ Contingent | |
| **2603 Los Coches Ave** | ☐ Unliquidated | |
| **San Jose, CA 95128** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.874 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Joel Gonzalez** | ☐ Contingent | |
| **2603 Los Coches Ave** | ☐ Unliquidated | |
| **San Jose, CA 95128** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.874 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Joel Gonzalez** | ☐ Contingent | |
| **2603 Los Coches Ave** | ☐ Unliquidated | |
| **San Jose, CA 95128** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.874 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Joel Gurga** | ☐ Contingent | |
| **2677 East El Presidio Street** | ☐ Unliquidated | |
| **Carson, CA 90810** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number **7** | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.874 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Joel Harding** | ☐ Contingent | |
| **1979 Continental Ave** | ☐ Unliquidated | |
| **Costa Mesa, CA 92627** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.874 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Joel Harris** | ☐ Contingent | |
| **6363 Cherry Ave** | ☐ Unliquidated | |
| **2** | ☐ Disputed | |
| **Long Beach, CA 90805** | | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.874 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Joel Headley** | ☐ Contingent | |
| **5388 Jentoft Rd** | ☐ Unliquidated | |
| **Saginaw, MN 55779** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number **7** | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.874 8**

**Nonpriority creditor's name and mailing address**

**Joel Headley**
**5388 Jentoft Rd.**
**Saginaw, MN 55779**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.874 9**

**Nonpriority creditor's name and mailing address**

**Joel Headley**
**5388 Jentoft Rd.**
**Saginaw, MN 55779**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.875 0**

**Nonpriority creditor's name and mailing address**

**Joel Headley**
**5388 Jentoft Rd.**
**Saginaw, MN 55779**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.875 1**

**Nonpriority creditor's name and mailing address**

**Joel Hornstein**
**3 The Gln**
**Chapel Hill, NC 27514**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.875 2**

**Nonpriority creditor's name and mailing address**

**Joel Lee**
**21715 24th Ave. SE**
**Unit A**
**Bothell, WA 98021**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.875 3**

**Nonpriority creditor's name and mailing address**

**Joel Prescott**
**21821 Starfire Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.875 4**

**Nonpriority creditor's name and mailing address**

**Joelle Staley**
**4980 North Arrow Crest Way**
**Boise, ID 83703**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.875 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | | $0.00 |

**Joetta Hall**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.875 6 |
|---|
| **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**Joey Andrews**
**8138 S Jackson Gap Street**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.875 7 |
|---|
| **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**JOEY BODNAR**
**8275 W Craig Road**
**Las Vegas, NV 89129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.875 8 |
|---|
| **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**Joey Castruita**
**2251 Rosecrans Street**
**Simi Valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.875 9 |
|---|
| **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**Joey Cefalia**
**818 W. Balboa Blvd**
**Newport Beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.876 0 |
|---|
| **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**Joey Daugherty**
**6177 Hampton Hall Way**
**Hermitage, TN 37076**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.876 1 |
|---|
| **Nonpriority creditor's name and mailing address** |

As of the petition filing date, the claim is: *Check all that apply.*                    $0.00

**Joey HInojosa**
**16 Hammond**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

_____

Name

Case number (if known) _____

---

**3.876
2**

**Nonpriority creditor's name and mailing address**

**Joey Knotts**
**5531 Grand Prix Ct**
**Fontana, CA 92336**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.876
3**

**Nonpriority creditor's name and mailing address**

**Joey Quiniano**
**59 Zinnia St**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.876
4**

**Nonpriority creditor's name and mailing address**

**Joey Quiniano**
**59 Zinnia St**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.876
5**

**Nonpriority creditor's name and mailing address**

**Joey Quiniano**
**59 Zinnia St**
**ladera ranch, CA 92694**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.876
6**

**Nonpriority creditor's name and mailing address**

**Joey Reyes**
**706 Pena St.**
**Carrizo Springs, TX 78834**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.876
7**

**Nonpriority creditor's name and mailing address**

**joey shaw**
**3905 N Bryant Ave**
**Edmond, OK 73034**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.876
8**

**Nonpriority creditor's name and mailing address**

**Johane Kendall**
**9701 Lakeshire Drive**
**South Prince George, VA 23805**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                 Case number (if known) _____
        Name

---

| 3.876 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Johann Hunter**
**9 Colantoni Drive**
**Danvers, MA '01923**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.877 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Johanna Brookner**
**525 Willow Knoll Dr.**
**Marietta, GA 30067**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.877 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Johanna Somerville**
**240 Wheeler Ave**
**Redwood City, CA 94061**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.877 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Johanna Tobias-Cox**
**3920 Plume Ln**
**Gig Harbor, WA 98332**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.877 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Johannes Kim**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.877 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Johannes Kim**
**165 North Point Street**
**APT 3155**
**San Francisco, CA 94133**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.877 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Johannes Kim**
**165 North Point Street**
**APT #3155**
**San Francisco, CA 94133**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.877 6**

**Nonpriority creditor's name and mailing address**

**John Abraham**
**900 Cercis Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.877 7**

**Nonpriority creditor's name and mailing address**

**John Alberts**
**16134 NW Energia St**
**Portland, OR 97229**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.877 8**

**Nonpriority creditor's name and mailing address**

**John Alvino**
**288 E Bay Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.877 9**

**Nonpriority creditor's name and mailing address**

**John Anderson**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.878 0**

**Nonpriority creditor's name and mailing address**

**John Anhalt**
**8542 Lorraine Dr.**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.878 1**

**Nonpriority creditor's name and mailing address**

**John Anter**
**10850 white clay drive**
**Las Vegas, CA 89135**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.878 2**

**Nonpriority creditor's name and mailing address**

**John Anter**
**10850 White Clay Dr.**
**Las Vegas, NV 89135**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.878 3**

**Nonpriority creditor's name and mailing address**

**John Anzalone
3224 Balmoral Ct
Fairfield, CA 94534**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.878 4**

**Nonpriority creditor's name and mailing address**

**John Anzalone
3224 BALMORAL CT
FAIRFIELD, CA 94534**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.878 5**

**Nonpriority creditor's name and mailing address**

**john arigoni
876 south franklin st
denver, CO 80209**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.878 6**

**Nonpriority creditor's name and mailing address**

**John Arigoni
876 south Franklin street
Denver, CO 80209**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.878 7**

**Nonpriority creditor's name and mailing address**

**john arigoni
876 south franklin st
denver, CO 80209**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.878 8**

**Nonpriority creditor's name and mailing address**

**John Arndt
4661 Willoughcroft Rd
Willoughby, OH 44094**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.878 9**

**Nonpriority creditor's name and mailing address**

**John Aspinwall
339 O'Donnell Drive
Dover, ID 83825**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.879 0**

**Nonpriority creditor's name and mailing address**

**John Baer**
**7807 Saxeborough Dr**
**Castle Rock, CO 80108**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879 1**

**Nonpriority creditor's name and mailing address**

**John Baer**
**8771 W Jackson Creek Rd**
**Sedalia, CO 80135**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879 2**

**Nonpriority creditor's name and mailing address**

**john baker**
**9921 State Route 132**
**Pleasant Plain, OH 45162**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879 3**

**Nonpriority creditor's name and mailing address**

**John Ballard**
**300 Cedar St**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879 4**

**Nonpriority creditor's name and mailing address**

**John Barbour**
**337 Bloomington Way**
**Summerville, SC 29486**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879 5**

**Nonpriority creditor's name and mailing address**

**John Barnes**
**308 Naples Ct.**
**Chesapeake, VA 23322**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879 6**

**Nonpriority creditor's name and mailing address**

**John Baron**
**325 La Jolla Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                     Case number (if known) _____
_____
Name

---

**3.8797**

**Nonpriority creditor's name and mailing address**

**John Bass**
**6 Jonquil Ave Nw**
**Fort Walton Beach, FL 32548**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8798**

**Nonpriority creditor's name and mailing address**

**John Behnke**
**336 Las Riendas Dr**
**Fullerton, CA 92835**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8799**

**Nonpriority creditor's name and mailing address**

**John Belen**
**11 Restful Lane**
**Levittown, NY 11756**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8800**

**Nonpriority creditor's name and mailing address**

**John Best**
**13630 Larch St**
**Oak Hills, CA 92344**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8801**

**Nonpriority creditor's name and mailing address**

**John Blair**
**101 E Greenwood Ave**
**La Habra, CA 90631-3832**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8802**

**Nonpriority creditor's name and mailing address**

**John Blair**
**101 E Greenwood Ave**
**La Habra, CA 90631**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8803**

**Nonpriority creditor's name and mailing address**

**John Bluestone**
**160 Newport Center Drive**
**Suite 120**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.880
4**

**Nonpriority creditor's name and mailing address**

**John Bluestone
22576 Cieza
Mission Viejo, CA 92691**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.880
5**

**Nonpriority creditor's name and mailing address**

**John Bordelon
330 Fort Pickens Road Apt 11A
Gulf Breeze, FL 32561**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.880
6**

**Nonpriority creditor's name and mailing address**

**John Bordelon
330 Fort Pickens Rd. Unit 11-A
Pensacola Beach, FL 32561**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.880
7**

**Nonpriority creditor's name and mailing address**

**John Bordelon
330 Fort Pickens Rd. Unit 11-A
Pensacol Beach, FL 32561**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.880
8**

**Nonpriority creditor's name and mailing address**

**John Bostick
557 Pocahontas dr
Fort Walton beach, FL 32547**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.880
9**

**Nonpriority creditor's name and mailing address**

**John Bown
6638 AMETHYST street apt. c101
RANCHO CUCAMONGA, CA 91737**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.881
0**

**Nonpriority creditor's name and mailing address**

**John Bown
10050 placer street apt. C
Rancho cucamonga, CA 91730**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.881 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Brown**
**2519 East Alki PL**
**Anaheim, CA 92806**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.881 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Bunney**
**112 Burlwood Dr**
**Scotts Valley, CA 95066**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.881 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Burns**
**118 Suncrest rd**
**Talent, OR 97540**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.881 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**john burns**
**1348 sanibel lane**
**gulf breeze, FL 32563**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.881 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Cain**
**2 Cape Danbury**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.881 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Calder**
**1823 Westcliff Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.881 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Capps**
**1910 W. Palmyra Ave**
**#50**
**Orange, CA 92868**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.881 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**3.881 8**
**John Caput**
**1096 Hampstead Place**
**Martinez, GA 30907**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.881 9**
**John Carnevale**
**16399 Markham Street**
**Riverside, CA 92504**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.882 0**
**John Carnival**
**6001 Meadowhill Drive**
**Colleyville, TX 76034**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.882 1**
**John Carter**
**88851 Shoreline Vista**
**Florence, OR 97439**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.882 2**
**John Castillo**
**9771 La Arena Circle**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.882 3**
**John Cathro**
**10457 W Precliffs Ct**
**Las Vegas, NV 89129**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.882 4**
**John Chalupa**
**2345 Madrid Dr**
**SPARKS, NV 89436**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.882 5**

**Nonpriority creditor's name and mailing address**

**John Chamberlain**
**7132 Bellcove Trail**
**Castle Pines, CO 80108**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.882 6**

**Nonpriority creditor's name and mailing address**

**John Church**
**644 Horizon Lane**
**Melbourne Beach, FL 32951**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.882 7**

**Nonpriority creditor's name and mailing address**

**John Church**
**644 Horizon Lane**
**Melbourne Beach, FL 32951**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.882 8**

**Nonpriority creditor's name and mailing address**

**John Claus**
**3225 Garnet Drive**
**San Jose, CA 95117**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.882 9**

**Nonpriority creditor's name and mailing address**

**John Cody**
**6329 Goliad Ave.**
**Dallas, TX 75214**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.883 0**

**Nonpriority creditor's name and mailing address**

**John Conklin**
**5641 Tiverton Cir**
**Westminster, CA 92683**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.883 1**

**Nonpriority creditor's name and mailing address**

**John Conklin**
**5641 Tiverton Cir**
**Westminster, CA 92683**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.883 2**

**Nonpriority creditor's name and mailing address**

**john crawford**
**15424 E THISTLE DR**
**FOUNTAIN HILLS, AZ 85268**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.883 3**

**Nonpriority creditor's name and mailing address**

**John Croft**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.883 4**

**Nonpriority creditor's name and mailing address**

**John Cunningham**
**15180 Russell Drive**
**Peyton, CO 80831**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.883 5**

**Nonpriority creditor's name and mailing address**

**John Dauser**
**422 North Little Drive**
**Placentia, CA 92870**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.883 6**

**Nonpriority creditor's name and mailing address**

**John David Annett**
**1812 port manlegh**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.883 7**

**Nonpriority creditor's name and mailing address**

**John Dayvault**
**2670 Cold Springs Rd.**
**CO/CLT Auctions**
**Concord, NC 28025**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.883 8**

**Nonpriority creditor's name and mailing address**

**John Dayvault**
**2670 Cold Springs Rd,**
**CO/CLT Auctions**
**CONCORD, NC 28025**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number *(if known)* _____
Name

---

| 3.883 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Demarr**
**12340 Seal Beach Blvd**
**unit B387**
**Seal Bech, CA 90740**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.884 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOHN DEROIN**
**3695 N Gramarcy Ln**
**Garden City, ID 83703**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.884 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Devaney**
**2 Cooper Hill Road**
**Apt 2**
**Northwood, NH 03261**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.884 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Dewar**
**4541 Balmacarra Road**
**Victoria, BC V8N5Z1**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.884 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Diefenderfer**
**818 Pine Canyon Rd**
**Midway, UT 84049**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.884 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Diefenderfer**
**818 Pine Canyon Road**
**Midway, UT 84049**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.884 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**john dieterman**
**3103 lake st**
**kalamazoo, MI 49048**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.8846**

**Nonpriority creditor's name and mailing address**

**John DiPetrillo**
**2450 Chestnut Ave**
**Norristown, PA 19403**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8847**

**Nonpriority creditor's name and mailing address**

**John Disano**
**653 Shanas Lane**
**Encinitas, CA 92024**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8848**

**Nonpriority creditor's name and mailing address**

**John Downing**
**120 State Route 28**
**Unit 18**
**Crystal Bay, NV 89402**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8849**

**Nonpriority creditor's name and mailing address**

**John Duffy**
**34846 Armstrong Rd**
**Winchester, CA 92596**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8850**

**Nonpriority creditor's name and mailing address**

**John Duncan**
**72221 Sunnyslope drive**
**Twentynine Palms, CA 92277**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8851**

**Nonpriority creditor's name and mailing address**

**John Dupree**
**5945 Main Ave.**
**Unit E**
**Orangevale, CA 95662**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8852**

**Nonpriority creditor's name and mailing address**

**John Dupree**
**5945 Main Ave.**
**Unit E**
**Orangevale, CA 95662**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Electric Bike Company, LLC**                    Case number (if known) _____
_____
Name

---

**3.885 3**

**Nonpriority creditor's name and mailing address**

**John Eastman**
**3906 RIDGELEA DRIVE**
**-**
**Austin, TX 78731**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.885 4**

**Nonpriority creditor's name and mailing address**

**John Eckhart**
**1755 SW Hicrest Ave**
**Portland, OR 97225**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.885 5**

**Nonpriority creditor's name and mailing address**

**John Eckhart**
**27497 S. Skinner Rd**
**Estacada, OR 97023**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.885 6**

**Nonpriority creditor's name and mailing address**

**John Ehlenfeldt**
**2756 Hackett Ave**
**Long Beach, CA 90815**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.885 7**

**Nonpriority creditor's name and mailing address**

**John Elmore**
**870 south 15th st**
**newark, NJ 07108**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.885 8**

**Nonpriority creditor's name and mailing address**

**JOHN ENGEL**
**613 Blue Eagle Avenue**
**Harrisburg, PA 17112**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.885 9**

**Nonpriority creditor's name and mailing address**

**John Epley**
**10080 E. Mountain View Lake Drive**
**G-214**
**Scottsdale, AZ 85258**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 1266 of 1430

Debtor __**Electric Bike Company, LLC**__        Case number (if known) _____

    Name

---

| 3.886 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Fedricks**
**1440 Spruce**
**Oxford, MI 48370**

Date(s) debt was incurred __**2021**__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.886 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Fedricks**
**1440 Spruce St**
**Oxford, MI 48370**

Date(s) debt was incurred __**2020**__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.886 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John fenton**
**1443 shannon st**
**upland, CA 91784**

Date(s) debt was incurred __**2024**__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.886 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Ferrari**
**146 Telegraph Road**
**Dennis Port, MA 02639**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.886 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Ferrari**
**5432 Bartolomeo Street**
**Sarasota, FL 34238**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.886 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Ferree**
**126 La Crosse St**
**Beaver Dam, WI 53916**

Date(s) debt was incurred __**2024**__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.886 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Ferretti**
**1675 Barstow Clovis**
**CLOVIS, CA 93611**

Date(s) debt was incurred __**2021**__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.886 7**

**Nonpriority creditor's name and mailing address**

**John Ferretti**
**1675 Barstow**
**Clovis, CA 93611**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.886 8**

**Nonpriority creditor's name and mailing address**

**John Ferris**
**4306 Chimney Rock Ct**
**colleyville, TX 76034**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.886 9**

**Nonpriority creditor's name and mailing address**

**John Ferris**
**4306 Chimney Rock Ct**
**Colleyville, TX 76034**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.887 0**

**Nonpriority creditor's name and mailing address**

**John Ferris**
**4306 Chimney Rock Court**
**Colleyville, TX 76034**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.887 1**

**Nonpriority creditor's name and mailing address**

**John Finley**
**15446 Janine Drive**
**Whittier, CA 90603**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.887 2**

**Nonpriority creditor's name and mailing address**

**John Fisher**
**8297 Fall Creek Drive**
**Eastvale, CA 92880**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.887 3**

**Nonpriority creditor's name and mailing address**

**John Fitzgerald**
**20 Woolworth Street**
**Longmeadow, MA 01106**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**
_____   Case number *(if known)* _____
Name

---

**3.887
4**

**Nonpriority creditor's name and mailing address**
**John Flannery**
**12 Vintage**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.887
5**

**Nonpriority creditor's name and mailing address**
**John Folkestad**
**5237 Hollywood Road**
**Edina, MN 55436**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.887
6**

**Nonpriority creditor's name and mailing address**
**John Folkestad**
**5237 Hollywood Road**
**Edina, MN 55436**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.887
7**

**Nonpriority creditor's name and mailing address**
**John Folkestad**
**5237 Hollywood Road**
**Edina, MN 55436**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.887
8**

**Nonpriority creditor's name and mailing address**
**John Foss**
**6318 Mill Road**
**Egg Harbor Township, NJ 08234**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.887
9**

**Nonpriority creditor's name and mailing address**
**john fox**
**1546 aylor rd**
**madison, VA 22727**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.888
0**

**Nonpriority creditor's name and mailing address**
**John Franchi**
**35 Coffey street**
**1**
**Dorchester, MA 02122**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.888 1**

**Nonpriority creditor's name and mailing address**

**John Frank**
**1514 NE 98th AVE**
**Vancouver, WA 98664**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.888 2**

**Nonpriority creditor's name and mailing address**

**John Freeborn**
**5361 Rosecrest Dr**
**Huntington Beach, CA 92649**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.888 3**

**Nonpriority creditor's name and mailing address**

**John Freeman**
**15199 CR373**
**Gladewater, TX 75647**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.888 4**

**Nonpriority creditor's name and mailing address**

**John Frey**
**1812 127th ln nw**
**Coon Rapids, MN 55448**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.888 5**

**Nonpriority creditor's name and mailing address**

**John Fritz**
**432 Fort Pickens Road**
**Pensacola Beach, FL 32561**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.888 6**

**Nonpriority creditor's name and mailing address**

**John Fuller**
**1418 Serenade Terrace**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.888 7**

**Nonpriority creditor's name and mailing address**

**John Gallagher**
**47 Stratham Green**
**Stratham, NH 03885**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
     Name

Case number (if known) _____

---

**3.8888**

**Nonpriority creditor's name and mailing address**

**John Garrett**
**2431 Alister Ave**
**Tustin, CA 92782**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8889**

**Nonpriority creditor's name and mailing address**

**John Gasbarre**
**26 Douglas Ave**
**Saco, ME 04072**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8890**

**Nonpriority creditor's name and mailing address**

**John Gasbarre**
**26 Douglas Ave**
**Saco, ME 04072-9702**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8891**

**Nonpriority creditor's name and mailing address**

**John Gathright**
**948 Sound Harbor Circle**
**Gulf Breeze, FL 32563**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8892**

**Nonpriority creditor's name and mailing address**

**John georges Kingue**
**7900 creekbend Dr #418**
**Houston, TX 77071**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8893**

**Nonpriority creditor's name and mailing address**

**John Gibson**
**7748 Lake Andrita Ave**
**San Diego, CA 92119-2524**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8894**

**Nonpriority creditor's name and mailing address**

**John Gomolak**
**12153 Bussa Road**
**Rapid City, MI 49676**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.889 5**

**Nonpriority creditor's name and mailing address**

**John Gonzales**
**2025 South Peakview Dr.**
**Pueblo, CO 81006**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.889 6**

**Nonpriority creditor's name and mailing address**

**John Gordon**
**412 16th Street**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.889 7**

**Nonpriority creditor's name and mailing address**

**John Gray**
**29 Beggs Point St**
**#243**
**Essex, NY 12936**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.889 8**

**Nonpriority creditor's name and mailing address**

**John Gray**
**15 Harbor View Way**
**Essex, NY 12936**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.889 9**

**Nonpriority creditor's name and mailing address**

**John Grigolla**
**2256 Shady Oaks Rd**
**Glendora, CA 91741**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.890 0**

**Nonpriority creditor's name and mailing address**

**John Grube**
**1940 East 16th Street**
**#0112**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.890 1**

**Nonpriority creditor's name and mailing address**

**John Gunderson**
**2126 Cedarwood Court**
**DEBARY, FL 32713**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            Page 1272 of 1430

Debtor    **Electric Bike Company, LLC**          Case number (if known) _____
⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯⎯
Name

---

**3.890 2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**JOhn Guzman**                ☐ Contingent
**532 Magnolia Ave**                ☐ Unliquidated
**Inglewood, CA 90301**                ☐ Disputed

Date(s) debt was incurred  **2023**                Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No ☐ Yes

---

**3.890 3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**John Guzman**                ☐ Contingent
**532 magnolia ave.**                ☐ Unliquidated
**Inglewood, CA 90301**                ☐ Disputed

Date(s) debt was incurred  **2023**                Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No ☐ Yes

---

**3.890 4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**John Haney**                ☐ Contingent
**5904 Senegal Dr**                ☐ Unliquidated
**Jupiter, FL 33458**                ☐ Disputed

Date(s) debt was incurred  **2024**                Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No ☐ Yes

---

**3.890 5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**John Haney**                ☐ Contingent
**5904 Senegal Dr**                ☐ Unliquidated
**Jupiter, FL 33458**                ☐ Disputed

Date(s) debt was incurred  **2021**                Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No ☐ Yes

---

**3.890 6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**John Hansen**                ☐ Contingent
**PO Box 1293**                ☐ Unliquidated
**Patterson, CA 95363**                ☐ Disputed

Date(s) debt was incurred  **2025**                Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No ☐ Yes

---

**3.890 7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**John Hansen**                ☐ Contingent
**PO Box 1293**                ☐ Unliquidated
**17840 Ward Avenue**                ☐ Disputed
**Patterson, CA 95363**

Date(s) debt was incurred  **2022**                Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No ☐ Yes

---

**3.890 8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**John Hansen**                ☐ Contingent
**2460 Sperry Ave.**                ☐ Unliquidated
**Patterson, CA 95363**                ☐ Disputed

Date(s) debt was incurred  **2021**                Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.8909 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**John HANSEN**
**2460 Sperry Avenue**
**Patterson, CA 95363-1293**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8910 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**John Hanson**
**1907 W 200 S, Unit 2**
**Lehi, UT 84043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8911 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**John Hanson**
**1262 Mumford Drive**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8912 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**John Hardy**
**207 N TUSTIN AVE**
**Unit C**
**ANAHEIM, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8913 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**John Hardy**
**207 N Tustin Avenue**
**Apt #C**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8914 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**John Harrington**
**9 Marquette Way**
**Coto de Caza, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8915 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**John Hatten**
**2222 Valley View Dr**
**Genoa, NV 89411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.891 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Haverstock**
**2156 Avenida Espada**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Haverstock**
**2156 avenida espada**
**San clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Hayes**
**1234 West Red Bluff Circle**
**Washington, UT 84780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.891 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Hedtke**
**2135 Thurin Street**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Henderson**
**876 Judi Place**
**Boulder City, NV 89005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Henein**
**8044 Adoree st**
**Downey, CA 90242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.892 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**John Henning**
**3657 Road V**
**Orland, CA 96963**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.892 3**

**Nonpriority creditor's name and mailing address**

**John Henning**
**3657 county road v**
**Orland, CA 95963**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.892 4**

**Nonpriority creditor's name and mailing address**

**John Hensley**
**1737 Temple Hills Dr**
**Laguna Beach, CA 92651**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.892 5**

**Nonpriority creditor's name and mailing address**

**John Herd**
**7225 Meadow Lane**
**Niwot, CO 80503**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.892 6**

**Nonpriority creditor's name and mailing address**

**John Heyden**
**1810 Blue Jay Drive**
**Roseville, CA 95661**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.892 7**

**Nonpriority creditor's name and mailing address**

**John Hill**
**1131 Back Bay Dr.**
**3304**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.892 8**

**Nonpriority creditor's name and mailing address**

**john hill**
**1131 back bay dr**
**3328**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.892 9**

**Nonpriority creditor's name and mailing address**

**John Holley**
**2767 American Saddler Dr**
**Park City, UT 84060-6898**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.893
0**

Nonpriority creditor's name and mailing address

**John Hoover**
**33 Vintage Cove**
**Freeport, FL 32439**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.893
1**

Nonpriority creditor's name and mailing address

**John Horta**
**715 N. Meyler St.**
**San Pedro, CA 90731**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.893
2**

Nonpriority creditor's name and mailing address

**John Horta**
**715 North Meyler Street**
**San Pedro, CA 90731**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.893
3**

Nonpriority creditor's name and mailing address

**John Horta**
**715 N. Meyler St.**
**San Pedro, CA 90731**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.893
4**

Nonpriority creditor's name and mailing address

**john houston**
**21060 Pacific City Circle**
**unit 6102**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.893
5**

Nonpriority creditor's name and mailing address

**john houston houston**
**9 MacArthur Place**
**# 1505**
**Santa Ana, CA 92707**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.893
6**

Nonpriority creditor's name and mailing address

**John Howe**
**2718 81st AVE NE**
**Olympia, WA 98506**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.893<br>7 | **Nonpriority creditor's name and mailing address**<br>**John Howell**<br>**3356 planters way dr**<br>**Farmville, NC 27828**<br><br>Date(s) debt was incurred _2020_<br>Last 4 digits of account number _ _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

---

| 3.893<br>8 | **Nonpriority creditor's name and mailing address**<br>**John Hudock**<br>**42 Horseshoe Dr**<br>**Douglassville, PA 19518**<br><br>Date(s) debt was incurred _2021_<br>Last 4 digits of account number _ _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

---

| 3.893<br>9 | **Nonpriority creditor's name and mailing address**<br>**John Hulina**<br>**32410 Crown Valley Pkwy**<br>**#202**<br>**Dana Point, CA 92629**<br><br>Date(s) debt was incurred _2022_<br>Last 4 digits of account number _ _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

---

| 3.894<br>0 | **Nonpriority creditor's name and mailing address**<br>**John Huntington**<br>**3259 Country Meadow Dr.**<br>**Christiansburg, VA 24073**<br><br>Date(s) debt was incurred _2024_<br>Last 4 digits of account number _ _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

---

| 3.894<br>1 | **Nonpriority creditor's name and mailing address**<br>**John Hurd**<br>**345 Marsh Creek Road**<br>**Venice, FL 34292**<br><br>Date(s) debt was incurred _2025_<br>Last 4 digits of account number _ _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

---

| 3.894<br>2 | **Nonpriority creditor's name and mailing address**<br>**John Hurd**<br>**345 Marsh Creek Road**<br>**Venice, FL 34292**<br><br>Date(s) debt was incurred _2022_<br>Last 4 digits of account number _ _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

---

| 3.894<br>3 | **Nonpriority creditor's name and mailing address**<br>**john hutchinson**<br>**344 Rimmon Rd**<br>**Woodbridge, CT 06525**<br><br>Date(s) debt was incurred _2024_<br>Last 4 digits of account number _ _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.894 4**

**Nonpriority creditor's name and mailing address**

**john hutchinson**
**344 Rimmon Rd**
**Woodbridge, CT 06525**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.894 5**

**Nonpriority creditor's name and mailing address**

**John J Madson**
**9044 Tarnwood Cir**
**Villa Rica, GA 30180**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.894 6**

**Nonpriority creditor's name and mailing address**

**John Jacobi**
**432 Aliso Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.894 7**

**Nonpriority creditor's name and mailing address**

**John Jacobi**
**108 via Antibes**
**unit C**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.894 8**

**Nonpriority creditor's name and mailing address**

**john jimenez**
**1542 w. union st**
**SAN BERNARDINO, CA 92411**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.894 9**

**Nonpriority creditor's name and mailing address**

**John Johnson**
**116 Barringer Drive**
**Statesville, NC 28625**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.895 0**

**Nonpriority creditor's name and mailing address**

**John Johnson**
**2201 Clubview Lane**
**Lanett, AL 36863**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.895**
**1**

**Nonpriority creditor's name and mailing address**

**John Johnston**
**2038 Hallmark Place**
**Escondido, CA 92029**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.895**
**2**

**Nonpriority creditor's name and mailing address**

**John Jones III**
**6013 State Street**
**Los Angeles, CA 90255**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.895**
**3**

**Nonpriority creditor's name and mailing address**

**John Kalamaras**
**2162 Port Durness Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.895**
**4**

**Nonpriority creditor's name and mailing address**

**John Kaminski**
**233 Powder Horn Ln**
**Holly Lake Ranch, TX 75765**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.895**
**5**

**Nonpriority creditor's name and mailing address**

**John Kassen**
**1116 W.10th St**
**Port Angeles, WA 98363**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.895**
**6**

**Nonpriority creditor's name and mailing address**

**John Kenney**
**811 Cedar Ramble Lane**
**Wilmington, NC 28411**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.895**
**7**

**Nonpriority creditor's name and mailing address**

**John Kerrigan**
**972 Hampshire Road**
**Bay Shore, NY 11706**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

| 3.895 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Khounthavong**
**4042 Case Loma Ave.**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.895 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Kirby**
**25150 Bernwood Dr**
**Ste #26-26**
**Bonita Springs, FL 34135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Kralik**
**1101 Marian Ln**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Kraul**
**34834 Midland Ave**
**Murrieta, CA 92563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Kraul**
**29302 Winding Brook Drive**
**Menifee, CA 92584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Kraul**
**29302 Winding Brook Dr**
**Menifee, CA 92584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.896 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Kretsinger**
**7725 County Road 1 South**
**Alamosa, CO 81101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.896 5**

**Nonpriority creditor's name and mailing address**

**John Kunkle**
**10800 2nd Avenue**
**Stone Harbor, NJ 08247**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.896 6**

**Nonpriority creditor's name and mailing address**

**John Kupniewski**
**1737 E. Oak Hill Ct**
**Ontario, CA 91761**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.896 7**

**Nonpriority creditor's name and mailing address**

**John Lakata**
**338 N. Perry St.**
**johnstown, NY 12095**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.896 8**

**Nonpriority creditor's name and mailing address**

**John Lamberti**
**12801 Adams Street**
**Garden Grove, CA 92845**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.896 9**

**Nonpriority creditor's name and mailing address**

**John Lanni**
**507 Tustin Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.897 0**

**Nonpriority creditor's name and mailing address**

**John Leask**
**1010 industrial rd. Space. 168**
**Bolder city, NV 89005**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.897 1**

**Nonpriority creditor's name and mailing address**

**John Leask**
**1010 Industrial Road**
**#168**
**Boulder City, NV 89005**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                     Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.897
2**

**Nonpriority creditor's name and mailing address**

**John Lee**
**165 A Magnolia St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.897
3**

**Nonpriority creditor's name and mailing address**

**John Leffler**
**3269 Minnesota Ave**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.897
4**

**Nonpriority creditor's name and mailing address**

**John Lege**
**3507 Idlewild Ave**
**Napa, CA 94558**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.897
5**

**Nonpriority creditor's name and mailing address**

**John Lege**
**3507 Idlewild Ave**
**Napa, CA 94558**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.897
6**

**Nonpriority creditor's name and mailing address**

**John LeMieux**
**W245 S7215 Heather Ridge Dr**
**Waukesha, WI 53189**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.897
7**

**Nonpriority creditor's name and mailing address**

**john lewis**
**1003 Cloverbrook Cir**
**Vacaville, CA 95687**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.897
8**

**Nonpriority creditor's name and mailing address**

**John Liddell**
**1112 Andrew Ln**
**Corona, CA 92881**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                            Case number (if known)
_____
Name

---

**3.8979**

**Nonpriority creditor's name and mailing address**

**John Lindgren**
**10377 La Cima Dr**
**Whittier, CA 90603**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8980**

**Nonpriority creditor's name and mailing address**

**John Lyons**
**200 Westpark Drive**
**Suite 250**
**Peachtree City, GA 30269**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8981**

**Nonpriority creditor's name and mailing address**

**John Lyons**
**415 Baneberry Bend**
**Peachtree City, GA 30269**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8982**

**Nonpriority creditor's name and mailing address**

**JOHN MACHO**
**1133 EAST BALBOA BLVD**
**UNIT A**
**NEWPORT BEACH, CA 92661**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8983**

**Nonpriority creditor's name and mailing address**

**John Machovec**
**117 Lawson Ave**
**East Rockaway, NY 11518**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8984**

**Nonpriority creditor's name and mailing address**

**John Magoulis Magoulis**
**2468 Lakeview Dr**
**San Leandro, CA 94577**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8985**

**Nonpriority creditor's name and mailing address**

**John Maiorana**
**322 Rhode Island Avenue**
**Somers Point, NJ 08244**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.898 6**

**Nonpriority creditor's name and mailing address**

**John Maiorana**
**322 Rhode Island Ave**
**Somers Point, NJ 08244**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.898 7**

**Nonpriority creditor's name and mailing address**

**John Makamson**
**4324 Shady Hill Lane**
**Pflugerville, TX 78660**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.898 8**

**Nonpriority creditor's name and mailing address**

**John Makamson**
**4324 Shady Hill Lane**
**Pflugerville, TX 78660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.898 9**

**Nonpriority creditor's name and mailing address**

**John Malone**
**1441 Tinamou Road**
**Venice, FL 34293**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.899 0**

**Nonpriority creditor's name and mailing address**

**John Malzone**
**3 GREENVIEW CIR**
**HUNTINGTON, NY 11743**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.899 1**

**Nonpriority creditor's name and mailing address**

**John Malzone**
**3 GREENVIEW CIR**
**HUNTINGTON, NY 11743**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.899 2**

**Nonpriority creditor's name and mailing address**

**John Malzone**
**3 Greenview Circle**
**Huntington, NY 11743**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
          Name

---

**3.899
3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**john manly**
**19100 Von Karman Ave**
**Irvine, CA 92612**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.899
4**

**Nonpriority creditor's name and mailing address**

**John Manno**
**2125 Swanson Rd**
**Jamestown, NY 14701**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.899
5**

**Nonpriority creditor's name and mailing address**

**JOHN MARK HIGGINBOTHAM**
**518 South 7th Street**
**Apartment B**
**Temple, TX 76504-5519**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.899
6**

**Nonpriority creditor's name and mailing address**

**JOHN MARRONE**
**978 HUNTINGDON PIKE**
**HUNTINGDON VALLEY, PA 19006**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.899
7**

**Nonpriority creditor's name and mailing address**

**John Martinez**
**2278 Plover Court**
**Arroyo Grande, CA 93420**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.899
8**

**Nonpriority creditor's name and mailing address**

**John Mathison**
**25068 Starr Creek Rd**
**Corvallis, OR 97333**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.899
9**

**Nonpriority creditor's name and mailing address**

**John Mattman**
**7916 Avenida Diestro**
**Carlsbad, CA 92009**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

| 3.900 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Mattson**
**32000 Riverside Dr**
**Apt 16**
**Lake Elsinore, CA 92530**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.900 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Mc Govern**
**485 Hefferon Drive**
**Saint Augustine, FL 32084**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.900 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John McCormack**
**8 Rose Rd**
**West Nyack, NY 10994**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.900 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Mcgregor**
**1129 Hetrick**
**Arroyo Grande, CA 93420**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.900 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Mehalik**
**2130 Talmage Dr**
**Leland, NC 28451**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.900 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Meier**
**8729 walton oaks dr**
**bloomington, MN 55438**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.900 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Meredith**
**945 Holly Circle**
**Ormond Beach, FL 32176**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.900 7**

**Nonpriority creditor's name and mailing address**

**John Metcalf**
**15228 Lakeview Ave**
**Lake Elsinore, CA 92530**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.900 8**

**Nonpriority creditor's name and mailing address**

**John Meyer**
**7230 Norris Avenue**
**Sykesville, MD 21784**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.900 9**

**Nonpriority creditor's name and mailing address**

**John Meza**
**9001 Obsidian Drive**
**Westminster, CA 92683**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.901 0**

**Nonpriority creditor's name and mailing address**

**John Meza**
**9001 Obsidian Dr**
**Westminster, CA 92683**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.901 1**

**Nonpriority creditor's name and mailing address**

**John Milander**
**5749 semolino street**
**nokomis, FL 34275**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.901 2**

**Nonpriority creditor's name and mailing address**

**John Miller**
**1815 Sherington Place**
**Apt V102**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.901 3**

**Nonpriority creditor's name and mailing address**

**John Milleson**
**111 77th Street**
**Virginia Beach, VA 23451**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known)

---

| 3.901 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Misselwitz**
**511 Crewdson St.**
**Chattanooga, TN 37405**
**CHATTANOOGA, TN 37405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Moberg**
**190 Logan Martin Blvd**
**Alpine, AL 35014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Moberg**
**190 Logan Martin Blvd**
**Section B Lot 14**
**Alpine, AL 35014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Molin**
**13 Stratford Drive**
**West Grove, PA 19390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Molloy**
**2615 WINDSOR CIRCLE**
**CORONA, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.901 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Molloy**
**2615 Windsor Cir**
**Corona, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**John Montalbano**
**953 Thompson Dr**
**Bay Shore, NY 11706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**    Case number *(if known)* _____
_____
Name

---

**3.902 1**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**John Montalbano**
**953 Thompson Drive**
**Bay Shore, NY 11706**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**    **Basis for the claim:  Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.902 2**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**John Moore**
**985 Daffodil st**
**Fountain, CO 80817**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**    **Basis for the claim:  Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.902 3**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**John Moore**
**985 Daffodil st.**
**Fountain, CO 80817**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**    **Basis for the claim:  Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.902 4**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**John Morales**
**412 Woodberry Dr**
**Nashville, TN 37214**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**    **Basis for the claim:  Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.902 5**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**John Morris**
**201 Yale Ave**
**Pt Pleasant Beach, NJ 08742**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**    **Basis for the claim:  Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.902 6**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**John Muir**
**800 DRY CREEK RD**
**SUITE A**
**Waco, TX 76705**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**    **Basis for the claim:  Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.902 7**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**John Murphy**
**12088 North 80th Place**
**Scottsdale, AZ 85260**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**    **Basis for the claim:  Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
Name

Case number *(if known)*

---

**3.9028**

**Nonpriority creditor's name and mailing address**

**John Napior**
**1901 W Cessna Way**
**Oro Valley, AZ 85755**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9029**

**Nonpriority creditor's name and mailing address**

**John Neglia**
**2301 Arbutus St.**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9030**

**Nonpriority creditor's name and mailing address**

**John Neilson**
**1278 e cedar mountain circle**
**Alpine, UT 84004**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9031**

**Nonpriority creditor's name and mailing address**

**John Neumann**
**15831 Yorktown Crossing Pkwy #1205**
**Houston, TX 77084**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9032**

**Nonpriority creditor's name and mailing address**

**John Neumann**
**18003 Winford Dr.**
**Houston, TX 77084**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9033**

**Nonpriority creditor's name and mailing address**

**John Neumann**
**18003 Winsford Dr.**
**Houston, TX 77084**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9034**

**Nonpriority creditor's name and mailing address**

**John Neumann**
**18003 Winsford Dr**
**Houston, TX 77084**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                            Case number (if known) _____
_____
Name

---

**3.903 5**

**Nonpriority creditor's name and mailing address**

**JOHN NEWMAN**
**3218 BOULDER CT**
**DEXTER, MI 48130**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.903 6**

**Nonpriority creditor's name and mailing address**

**John Nicklas**
**203 Coach Club Dr**
**Titusville, FL 32780**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.903 7**

**Nonpriority creditor's name and mailing address**

**John Niedziejko**
**806 Boltzen Ct**
**Brentwood, CA 94513-6322**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.903 8**

**Nonpriority creditor's name and mailing address**

**John Niedziejko**
**806 Boltzen court**
**Brentwood, CA 94513**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.903 9**

**Nonpriority creditor's name and mailing address**

**John Nosel**
**21301 Compass Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.904 0**

**Nonpriority creditor's name and mailing address**

**John Novelli**
**143 Sheila Dr**
**Pittsburgh, PA 15220**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.904 1**

**Nonpriority creditor's name and mailing address**

**John Novelli**
**143 Shiela Dr**
**Pittsburgh, PA 15220**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

**3.904
2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**John O'Connor**
**171 Terrace Drive**                              ☐ Contingent
**San Francisco, CA 94127**                          ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred  **2021**
                                              Basis for the claim:  **Warranty**
Last 4 digits of account number _

                                              Is the claim subject to offset? ■ No ☐ Yes

---

**3.904
3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**John O'Meara**
**5 Weymouth Ct**                              ☐ Contingent
**Newport Beach, CA 92660**                          ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred  **2022**
                                              Basis for the claim:  **Warranty**
Last 4 digits of account number _

                                              Is the claim subject to offset? ■ No ☐ Yes

---

**3.904
4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**John Oneil**
**281 Silver Circle**                              ☐ Contingent
**Breckenridge, CO 80424**                          ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred  **2021**
                                              Basis for the claim:  **Warranty**
Last 4 digits of account number _

                                              Is the claim subject to offset? ■ No ☐ Yes

---

**3.904
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**John Outfleet**
**140 N Terry**                              ☐ Contingent
**Clovis, CA 93612**                          ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred  **2021**
                                              Basis for the claim:  **Warranty**
Last 4 digits of account number _

                                              Is the claim subject to offset? ■ No ☐ Yes

---

**3.904
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**John Palermo**
**29619 Pewter Run Lane**                          ☐ Contingent
**Katy, TX 77494**                          ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred  **2022**
                                              Basis for the claim:  **Warranty**
Last 4 digits of account number _

                                              Is the claim subject to offset? ■ No ☐ Yes

---

**3.904
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**John Palermo**
**29619 Pewter Run Ln.**                          ☐ Contingent
**Katy, TX 77494**                          ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred  **2022**
                                              Basis for the claim:  **Warranty**
Last 4 digits of account number _

                                              Is the claim subject to offset? ■ No ☐ Yes

---

**3.904
8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**John Park**
**9750 Parktree Way**                          ☐ Contingent
**Elk Grove, CA 95624**                          ☐ Unliquidated
                                              ☐ Disputed
Date(s) debt was incurred  **2023**
                                              Basis for the claim:  **Warranty**
Last 4 digits of account number _

                                              Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.9049**

**Nonpriority creditor's name and mailing address**

**John Park**
**600 William Street**
**Apt. #104**
**Oakland, CA 94612**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.9050**

**Nonpriority creditor's name and mailing address**

**John Parker**
**9672 Salisbury Ln**
**Cypress, CA 90630**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.9051**

**Nonpriority creditor's name and mailing address**

**John Pedersen (Sayonara)**
**400 North Flagler Drive**
**Suite A**
**West Palm Beach, FL 33401**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.9052**

**Nonpriority creditor's name and mailing address**

**John Peters**
**13643 N Holly DR**
**Marana, AZ 85658**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.9053**

**Nonpriority creditor's name and mailing address**

**John Peters**
**5080 W Coyote Gulch Loop**
**Marana, AZ 85658**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.9054**

**Nonpriority creditor's name and mailing address**

**john Pflughoft**
**12497 Kokomo Way**
**Victorville, CA 92392**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.9055**

**Nonpriority creditor's name and mailing address**

**John Phillips**
**5661 Sun Bear Dr**
**House Springs, MO 63051-1575**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.905 6**

**Nonpriority creditor's name and mailing address**

**John Phillips**
**4236 Private Road 1852-1**
**Breckenridge, TX 76424**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.905 7**

**Nonpriority creditor's name and mailing address**

**John Picking**
**834 Hawk Valley Drive**
**Leechburg, PA 15656**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.905 8**

**Nonpriority creditor's name and mailing address**

**John Pilla**
**401 Ironton st ne**
**Fridley, MN 55432**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.905 9**

**Nonpriority creditor's name and mailing address**

**John Pilla**
**401 Ironton St Ne**
**minneapolis, MN 55432**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.906 0**

**Nonpriority creditor's name and mailing address**

**John Pivovaroff**
**22470 Skyline dr**
**Yorba Linda, CA 92887**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.906 1**

**Nonpriority creditor's name and mailing address**

**John Podergois**
**8383 oak dr**
**Victoria, MN 55386**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.906 2**

**Nonpriority creditor's name and mailing address**

**john podergois**
**8383 Oak Dr**
**victoria, MN 55386-8230**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name                                                    Case number (if known) _____

---

**3.906 3**

**Nonpriority creditor's name and mailing address**

**John Podergois Podergois**
**8383 oak drive**
**victoria, MN 55386**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.906 4**

**Nonpriority creditor's name and mailing address**

**John Pregenzer**
**525 Verona Avenue**
**Danville, CA 94526**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.906 5**

**Nonpriority creditor's name and mailing address**

**John Prichard**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.906 6**

**Nonpriority creditor's name and mailing address**

**John Provenzano**
**6638 Kerry Lane**
**Jurupa Valley, CA 92509**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.906 7**

**Nonpriority creditor's name and mailing address**

**John Provenzno**
**6638 Kerry Ln**
**Jurupa Valley, CA 92509**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.906 8**

**Nonpriority creditor's name and mailing address**

**John Quinlan**
**1261 Watson Ave**
**Saint Paul, MN 55116**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.906 9**

**Nonpriority creditor's name and mailing address**

**John Radle**
**4901 Las Patos Ave**
**Huntington Beach, CA 92649**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.907 0**

**Nonpriority creditor's name and mailing address**

**john ragsdale**
**13010 Mill Rd**
**fredericksburg, VA 22407**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.907 1**

**Nonpriority creditor's name and mailing address**

**John Ragsdale**
**13010 Mill Rd**
**Fredericksburg, VA 22407**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.907 2**

**Nonpriority creditor's name and mailing address**

**john rainier**
**203 Lanternback Island Drive**
**Satellite Beach, FL 32937**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.907 3**

**Nonpriority creditor's name and mailing address**

**John Reilly**
**15820 Ventura Blvd**
**370**
**Encino, CA 91604**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.907 4**

**Nonpriority creditor's name and mailing address**

**John Richmond**
**2426 College Dr**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.907 5**

**Nonpriority creditor's name and mailing address**

**John Riedman**
**5548 Somerset Drive**
**Goleta, CA 93111**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.907 6**

**Nonpriority creditor's name and mailing address**

**John Riedman**
**5548 Somerset Drive**
**Goleta, CA 93111**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
     Name

---

**3.907
7**

**Nonpriority creditor's name and mailing address**

**John Riedman
5548 Somerset Dr
Santa Barbara, CO 93111-2819**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.907
8**

**Nonpriority creditor's name and mailing address**

**John Rief
15672 Producer Ln
Huntington Beach, CA 92649**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.907
9**

**Nonpriority creditor's name and mailing address**

**John Rietkerk
4757 Davis St
Chino, CA 91710-3303**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.908
0**

**Nonpriority creditor's name and mailing address**

**John Rietkerk
1945 Placentia Ave
Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.908
1**

**Nonpriority creditor's name and mailing address**

**John Rietkerk
4757 Davis St
Chino, CA 91710-3303**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.908
2**

**Nonpriority creditor's name and mailing address**

**John Robinson
15431 Vassar St
Westminster, CA 92683**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.908
3**

**Nonpriority creditor's name and mailing address**

**John Rodriguez
2453 Camino Monet Sombra
El Cajon, CA 92019**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.908 4**

**Nonpriority creditor's name and mailing address**

**John Rohloff**
**4200 Warren Drive**
**Sulphur, OK 73086**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.908 5**

**Nonpriority creditor's name and mailing address**

**John Romero**
**514 West Bay Ave**
**Newport Beach, CA 92661**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.908 6**

**Nonpriority creditor's name and mailing address**

**john rosso**
**81720 man-o-war ct**
**Laquinta, CA 92253**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.908 7**

**Nonpriority creditor's name and mailing address**

**John Rowe**
**9422 Mokihana Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.908 8**

**Nonpriority creditor's name and mailing address**

**John Ruelas**
**9301 Power Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.908 9**

**Nonpriority creditor's name and mailing address**

**John Rule**
**825 Park Center Drive**
**Suite 202**
**Santa Ana, CA 92705**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.909 0**

**Nonpriority creditor's name and mailing address**

**John Ruppert**
**706 Begonia Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.909 1**

**Nonpriority creditor's name and mailing address**

**John salazar**
**12835 Coyote Lane**
**Norwalk, CA 90650**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.909 2**

**Nonpriority creditor's name and mailing address**

**John Salazar**
**21682 dirigo circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.909 3**

**Nonpriority creditor's name and mailing address**

**John Sanchez**
**4242 E. San Luis St.**
**Compton, CA 90221**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.909 4**

**Nonpriority creditor's name and mailing address**

**John Sanchez**
**8625 Jade Crest Court**
**Elk Grove, CA 95624**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.909 5**

**Nonpriority creditor's name and mailing address**

**John Sansevero**
**20382 Graystone Ln**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.909 6**

**Nonpriority creditor's name and mailing address**

**John Saroyan**
**2306 Francisco Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.909 7**

**Nonpriority creditor's name and mailing address**

**John Saroyan**
**2306 Francisco Dr.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.909 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **john sawyer** | ☐ Contingent | |
| **5364 Pine Ridge Dr** | ☐ Unliquidated | |
| **Elizabeth, CO 80107** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.909 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **john schleicher** | ☐ Contingent | |
| **11180 5th St E** | ☐ Unliquidated | |
| **Treasure Island, FL 33706** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.910 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **John Schnorr** | ☐ Contingent | |
| **1030 Girard Rd.** | ☐ Unliquidated | |
| **218A** | ☐ Disputed | |
| **San Francisco, CA 94129** | | |
| Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.910 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **john schubert** | ☐ Contingent | |
| **32848 Crooked Oaks Ln** | ☐ Unliquidated | |
| **Leesburg, FL 34748** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.910 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **John Schubert** | ☐ Contingent | |
| **32848 Crooked Oaks Lane** | ☐ Unliquidated | |
| **Leesburg, FL 34748** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.910 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **John Schuebel** | ☐ Contingent | |
| **910 TOWER RD** | ☐ Unliquidated | |
| **HUDSON, WI 54016** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.910 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **John Sclafani** | ☐ Contingent | |
| **1727 Marlin Way** | ☐ Unliquidated | |
| **Newport Beach, CA 92660** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor __**Electric Bike Company, LLC**__    Case number (if known) _____
  Name

---

| 3.910 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**john scott miller**
**2252 Tipperary Rd**
**Kalamazoo, MI 49008-1710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John Seeley**
**104 Juliette Point Lane**
**Henderson, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John Sell**
**22094 Old Paint Way**
**Canyon Lake, CA 92587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John Senour**
**24 Sierra Place**
**Sierra Madre, CA 91024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John Serratos**
**2652 Orange Ave**
**Unit D**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John Shane**
**58570 Overseas Highway**
**Marathon, FL 33050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**John Shanoian**
**4314 E Belmont Ave**
**Fresno, CA 93702-2304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Electric Bike Company, LLC**                                  Case number (if known) _____
           _____
           Name

---

**3.911**
**2**

**Nonpriority creditor's name and mailing address**

**John Shanoian**
**4314 E. Belmont**
**Fresno, CA 93702**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.911**
**3**

**Nonpriority creditor's name and mailing address**

**John Shanoian**
**4314 E. Belmont**
**Fresno, CA 93702**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.911**
**4**

**Nonpriority creditor's name and mailing address**

**john shanoian**
**4314 E. Belmont**
**Fresno, CA 93702**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.911**
**5**

**Nonpriority creditor's name and mailing address**

**John Shaules**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.911**
**6**

**Nonpriority creditor's name and mailing address**

**John Simper**
**2692 S GRIMES CREEK PL**
**MERIDIAN, ID 83642**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.911**
**7**

**Nonpriority creditor's name and mailing address**

**John Smith**
**2903 Bent Drive**
**Loveland, CO 80538**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.911**
**8**

**Nonpriority creditor's name and mailing address**

**john smith**
**2427 Green St.**
**San Francisco, CA 94123**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor   **Electric Bike Company, LLC**
_____        Case number (if known) _____
Name

---

**3.9119**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**John Spencer**
**369 North Bursera Avenue**        ☐ Contingent
**Eagle, ID 83616**        ☐ Unliquidated
        ☐ Disputed

Date(s) debt was incurred **2024**
        Basis for the claim:   **Warranty**
Last 4 digits of account number __
        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9120**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**John Stafford**
**14695 Pecos St**        ☐ Contingent
**Westminster, CO 80023**        ☐ Unliquidated
        ☐ Disputed

Date(s) debt was incurred **2023**
        Basis for the claim:   **Warranty**
Last 4 digits of account number __
        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9121**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**John Stafford**
**497 Jasper Way**        ☐ Contingent
**Superior, CO 80027**        ☐ Unliquidated
        ☐ Disputed

Date(s) debt was incurred **2020**
        Basis for the claim:   **Warranty**
Last 4 digits of account number __
        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9122**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**john steadman**
**19071 tanglewood lane**        ☐ Contingent
**huntington beach, CA 92648**        ☐ Unliquidated
        ☐ Disputed

Date(s) debt was incurred **2023**
        Basis for the claim:   **Warranty**
Last 4 digits of account number __
        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9123**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**John Steele**
**374 White Cap Lane**        ☐ Contingent
**Newport Coast, CA 92657**        ☐ Unliquidated
        ☐ Disputed

Date(s) debt was incurred **2020**
        Basis for the claim:   **Warranty**
Last 4 digits of account number __
        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9124**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**John Steies**
**704 Spring St**        ☐ Contingent
**2511**        ☐ Unliquidated
**Seattle, WA 98104**        ☐ Disputed

Date(s) debt was incurred **2025**
        Basis for the claim:   **Warranty**
Last 4 digits of account number __
        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9125**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**John Stephen Sichina**
**1122 Windermere Av**        ☐ Contingent
**Menlo Park, CA 94025**        ☐ Unliquidated
        ☐ Disputed

Date(s) debt was incurred **2025**
        Basis for the claim:   **Warranty**
Last 4 digits of account number __
        Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number (if known)   _____

---

| 3.912 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Stokes**
**1417 16TH ST**
**Galveston, TX 77550**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.912 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Stowe**
**627 Rainbow Ave S**
**Rainsville, AL 35986**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.912 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Stratford**
**176 Brushy Hill Rd**
**Newtown, CT 06470**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.912 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Swaney**
**913 W Agatite Ave**
**Unit G**
**Chicago, IL 60640**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.913 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Swinney**
**3103 Sycamore Way**
**Loganville, GA 30052-4259**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.913 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Swinney**
**3103 Sycamore Way**
**Loganville, GA 30052-4259**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.913 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Tays**
**4152 Silliman Dr**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                      Case number *(if known)*  _____
　　　　　　Name

---

**3.913
3**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**John Tesoriero**
**212 Park Ave**
**Long Beach, CA 90803**                  ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

Date(s) debt was incurred  **2023**      Basis for the claim:  **Warranty**

Last 4 digits of account number __       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.913
4**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**John Thompson**
**56 Thorn Creek St.**
**Henderson, NV 89011**                   ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

Date(s) debt was incurred  **2023**      Basis for the claim:  **Warranty**

Last 4 digits of account number __       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.913
5**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**John Thompson**
**230 Lille Ln**
**113**
**Newport Beach, CA 92663**               ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

Date(s) debt was incurred  **2022**      Basis for the claim:  **Warranty**

Last 4 digits of account number __       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.913
6**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**John Thompson**
**600 highway 50**
**unit 125**
**zephyr cove, NV 89448**                 ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

Date(s) debt was incurred  **2021**      Basis for the claim:  **Warranty**

Last 4 digits of account number __       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.913
7**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**John Thrall**
**5424 Lars Hansen Rd SE**
**Port Orchard, WA 98367**                ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

Date(s) debt was incurred  **2022**      Basis for the claim:  **Warranty**

Last 4 digits of account number __       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.913
8**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**John Tinsley**
**7701 East Golden Eagle Circle**
**Gold Canyon, AZ 85118**                 ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

Date(s) debt was incurred  **2021**      Basis for the claim:  **Warranty**

Last 4 digits of account number __       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.913
9**   **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    $0.00

**John Trecartin**
**2862 Calmgarden Road**
**Acton, CA 93510**                       ☐ Contingent
                                          ☐ Unliquidated
                                          ☐ Disputed

Date(s) debt was incurred  **2021**      Basis for the claim:  **Warranty**

Last 4 digits of account number __       Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                           Case number (if known) _____
_____
Name

---

**3.914 0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**John Trewin**                                              ☐ Contingent
**154 Cookhouse Spring Lane**                                ☐ Unliquidated
**McKinleyville, CA 95519**                                  ☐ Disputed

Date(s) debt was incurred  **2022**                          **Basis for the claim:   Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.914 1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**John Vacca**                                               ☐ Contingent
**14507 Pleach street**                                      ☐ Unliquidated
**Winter Garden, FL 34787**                                  ☐ Disputed

Date(s) debt was incurred  **2024**                          **Basis for the claim:   Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.914 2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**John Vallin**                                              ☐ Contingent
**25731 Shell Drive**                                        ☐ Unliquidated
**Dana Point, CA 92629**                                     ☐ Disputed

Date(s) debt was incurred  **2025**                          **Basis for the claim:   Warranty**

Last 4 digits of account number  **7**                       Is the claim subject to offset? ■ No  ☐ Yes

---

**3.914 3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**John Van Milligan**                                        ☐ Contingent
**10872 W. Evans Ave.**                                      ☐ Unliquidated
**#3A**                                                      ☐ Disputed
**Lakewood, CO 80227**

Date(s) debt was incurred  **2022**                          **Basis for the claim:   Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.914 4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**John Van Milligan**                                        ☐ Contingent
**10872 W. Evans**                                           ☐ Unliquidated
**#3A**                                                      ☐ Disputed
**Lakewood, CO 80227**

Date(s) debt was incurred  **2021**                          **Basis for the claim:   Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.914 5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**John Van Milligan**                                        ☐ Contingent
**10872 W. Evans Ave**                                       ☐ Unliquidated
**#3A**                                                      ☐ Disputed
**Lakewood, CO 80227**

Date(s) debt was incurred  **2020**                          **Basis for the claim:   Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.914 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**John Vana**                                                ☐ Contingent
**10301 240th Street**                                       ☐ Unliquidated
**Council Bluffs, IA 51503**                                 ☐ Disputed

Date(s) debt was incurred  **2025**                          **Basis for the claim:   Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.9147**

**Nonpriority creditor's name and mailing address**

**john vensel**
**5022 W Avenue N #102-178**
**Palmdale, CA 93551**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9148**

**Nonpriority creditor's name and mailing address**

**John Vitari**
**2791A Hastings Dr**
**Lower Burrell, PA 15068-3343**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9149**

**Nonpriority creditor's name and mailing address**

**john vukich**
**27613 Avenida Larga**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9150**

**Nonpriority creditor's name and mailing address**

**John W Hatcher**
**156 Dabbs Crossing**
**Acworth, GA 30101**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9151**

**Nonpriority creditor's name and mailing address**

**John W Thrall**
**5424 LARS HANSEN RD SE**
**Port Orchard, WA 98367**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9152**

**Nonpriority creditor's name and mailing address**

**John Wadsworth**
**419 Belvue Lane**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9153**

**Nonpriority creditor's name and mailing address**

**John Wakefield**
**1741 N. San Antonio Ave**
**Upland, CA 91784**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

**3.915
4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **John Walker** | ☐ Contingent | |
| **1218 Dart St** | ☐ Unliquidated | |
| **Houston, TX 77007** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.915
5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **John Wallace** | ☐ Contingent | |
| **20864 Bakal Dr** | ☐ Unliquidated | |
| **Riverside, CA 92508** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.915
6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **john waring** | ☐ Contingent | |
| **3114 Bogie Lane** | ☐ Unliquidated | |
| **Knoxville, TN 37918** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number **7** | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.915
7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **John Weber** | ☐ Contingent | |
| **710 Elm Ct** | ☐ Unliquidated | |
| **Le Sueur, MN 56058** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.915
8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **John Weber** | ☐ Contingent | |
| **26 Crooked Creek Court** | ☐ Unliquidated | |
| **Bloomington, IL 61705** | ☐ Disputed | |
| Date(s) debt was incurred **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.915
9**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **John Weckesser** | ☐ Contingent | |
| **3048 Cecil Lewis Dr** | ☐ Unliquidated | |
| **Franklin, TN 37067** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.916
0**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **John West** | ☐ Contingent | |
| **263 Lugonia St** | ☐ Unliquidated | |
| **Newport Beach, CA 92663** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.916**
**1**

**Nonpriority creditor's name and mailing address**                    $0.00

**John Whear**
**5612 Charlie Chan**
**SAN ANTONIO, TX 78240**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.916**
**2**

**Nonpriority creditor's name and mailing address**                    $0.00

**John Whear**
**724 Main St**
**Unit A**
**Longmont, CO 80501**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.916**
**3**

**Nonpriority creditor's name and mailing address**                    $0.00

**John Wheels**
**175 Yorba St**
**Tustin, CA 92780**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.916**
**4**

**Nonpriority creditor's name and mailing address**                    $0.00

**John Wigmore**
**1510 Newport Blvd**
**costa mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.916**
**5**

**Nonpriority creditor's name and mailing address**                    $0.00

**John Wilkinson**
**14 Wisteria Way**
**Palmyra, VA 22963-2412**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.916**
**6**

**Nonpriority creditor's name and mailing address**                    $0.00

**John Williams**
**2737 Darke COURT**
**Cincinnati, OH 45233**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.916**
**7**

**Nonpriority creditor's name and mailing address**                    $0.00

**John wilson**
**155 Irving Avenue**
**Hyannis Port, MA 02647**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.916 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **John Wilson** | ☐ Contingent | |
| **155 irving ave** | ☐ Unliquidated | |
| **Hyannis Port, MA 02647** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.916 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **John Wilson** | ☐ Contingent | |
| **7 Ashley court** | ☐ Unliquidated | |
| **Lynnfield, MA 01940** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.917 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **John Wilson** | ☐ Contingent | |
| **155 Irving ave** | ☐ Unliquidated | |
| **Hyannis port, MA 02647** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.917 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **John Winters** | ☐ Contingent | |
| **1960 Sand Hill Dr** | ☐ Unliquidated | |
| **West Richland, WA 99353** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.917 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **John Winters** | ☐ Contingent | |
| **1960 Sand Hill Dr** | ☐ Unliquidated | |
| **West Richland, WA 99353** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.917 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **John Winters** | ☐ Contingent | |
| **1960 Sand Hill Drive** | ☐ Unliquidated | |
| **West Richland, WA 99353** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.917 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **John Wostenberg** | ☐ Contingent | |
| **16405 Maple St.** | ☐ Unliquidated | |
| **Hornbrook, CA 96044** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Official Form 206 E/F                 **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.917 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Yencho**
**8 South Palmer Avenue 934**
**Beverly Shores, IN 46301**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.917 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Younger**
**174 Main Drive**
**San Rafael, CA 94901**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.917 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Zarbock**
**2365 E. 3700 S.**
**Salt Lake City, UT 84109**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.917 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**John Zawistowski**
**7231 Boulder Ave.**
**512**
**Highland, CA 92346**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.917 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**JOHN ZUMBO**
**570 Clems Run**
**Mullica Hill, NJ 08062**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.918 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Johnathan Butti**
**28 Osgood ave**
**Johnston, RI 02919**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.918 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Johnathan Butti**
**28 Osgood Ave**
**Apartment 1**
**Johnston, RI 02919**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.918 2**

**Nonpriority creditor's name and mailing address**

**Johnathan Ross**
**358 Calle Burro**
**San Clemente, CA 92673**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.918 3**

**Nonpriority creditor's name and mailing address**

**Johnna Whitmore**
**1585 Marion Ave**
**Tallahassee, FL 32303**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.918 4**

**Nonpriority creditor's name and mailing address**

**Johnny Alvarado**
**5213 Rooeevelt Ave**
**Santa Ana, CA 92703**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.918 5**

**Nonpriority creditor's name and mailing address**

**Johnny Goulding**
**5532 Blackthorne ave.**
**Lakewood, CA 90712**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.918 6**

**Nonpriority creditor's name and mailing address**

**Johnny McCray**
**431 E. 20th St.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.918 7**

**Nonpriority creditor's name and mailing address**

**Johnrick Almonte**
**1945 Placentia Ave Suite A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.918 8**

**Nonpriority creditor's name and mailing address**

**Johnson Le**
**14007 Powers Rd**
**Poway, CA 92064**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.9189**

**Nonpriority creditor's name and mailing address**

**JOHNT GROAT**
**14630 MIDDLE GIBRALTAR RD**
**APT.1**
**GIBRALTAR, MI 48173**

Date(s) debt was incurred **2024**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9190**

**Nonpriority creditor's name and mailing address**

**JohnYencho Yencho**
**8 S. Palmer Ave.**
**Beverly Shores, IN 46301**

Date(s) debt was incurred **2022**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9191**

**Nonpriority creditor's name and mailing address**

**Joihn Gray**
**11 Canyon Rim Drive**
**Newport Beach, CA 92657**

Date(s) debt was incurred **2022**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9192**

**Nonpriority creditor's name and mailing address**

**JOJO HARMON**
**28091 TIOGA CT**
**LAGUNA NIGUEL, CA 92677**

Date(s) debt was incurred **2023**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9193**

**Nonpriority creditor's name and mailing address**

**JoJo Harmon**
**28091 Tioga Court**
**LAGUNA NIGUEL, CA 92677-7016**

Date(s) debt was incurred **2022**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9194**

**Nonpriority creditor's name and mailing address**

**JoJo Harmon**
**28091 Tioga Court**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred **2022**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9195**

**Nonpriority creditor's name and mailing address**

**Jolaine Gunn**
**214 Iris Ave**
**Lansing, MI 48917**

Date(s) debt was incurred **2021**

Last 4 digits of account number

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**
_____   Case number (if known) _____
Name

| 3.919 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jolanta Davidson**
**13900 Fiji Way**
**Apt 313**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.919 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jolie Cecere**
**2211 Avenida Platanar**
**San Clemente, CA 92673**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.919 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jollyn Nolan**
**613 Tiadaghton Ave**
**Jersey Shore, PA 17740**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.919 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jon Bennett**
**P.O. Box 449**
**Colton, CA 92324**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.920 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jon Bergh**
**101 FamCamp Road**
**Tyndall AFB, FL 32403**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.920 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jon Blunk**
**15642 N Grace Hudlen Rd**
**Hulbert, OK 74441**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.920 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jon Brockman**
**18274 Gum Tree Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.920
3**

**Nonpriority creditor's name and mailing address**

**Jon Brooks
6841 Ballinger Ave
San Diego, CA 92119**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.920
4**

**Nonpriority creditor's name and mailing address**

**Jon Damush
1867 Bayport way
Newport beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.920
5**

**Nonpriority creditor's name and mailing address**

**Jon DeBie
1302 Electric Ave
Seal Beach, CA 90740**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.920
6**

**Nonpriority creditor's name and mailing address**

**Jon Doezie
3265 Oregon Ave
Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.920
7**

**Nonpriority creditor's name and mailing address**

**Jon Doezie
3265 Oregon Ave
Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.920
8**

**Nonpriority creditor's name and mailing address**

**Jon Elliott
1200 Cambridge Lane
Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.920
9**

**Nonpriority creditor's name and mailing address**

**Jon Ellis
1945 Placentia ave
Costa Masa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.921 0**

**Nonpriority creditor's name and mailing address**
**Jon Fentress**
**20141 Kinglet Ct**
**Culpeper, AL 22701**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.921 1**

**Nonpriority creditor's name and mailing address**
**Jon Fentress**
**2980 Revere St**
**Bealeton, VA 22712**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.921 2**

**Nonpriority creditor's name and mailing address**
**Jon Forquer**
**700 El Mirador Dr**
**Fullerton, CA 92835**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.921 3**

**Nonpriority creditor's name and mailing address**
**Jon Forquer**
**700 El Mirador Drive**
**Fullerton, CA 92835**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.921 4**

**Nonpriority creditor's name and mailing address**
**Jon Goalen**
**807 Lime Street**
**Brea, CA 92821**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.921 5**

**Nonpriority creditor's name and mailing address**
**Jon Gomes**
**51 1st Ave**
**East Haven, CT 06512**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.921 6**

**Nonpriority creditor's name and mailing address**
**Jon Gomez**
**19712 Hillock View Plz**
**Yorba Linda, CA 92886**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __Electric Bike Company, LLC_____     Case number (if known) _____
　　　　　Name

---

**3.9217**

**Nonpriority creditor's name and mailing address**
**Jon Graffigna**
**5151 E. Acampo rd.**
**Acampo, CA 95220**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9218**

**Nonpriority creditor's name and mailing address**
**Jon Haire**
**3665 Beckworth Dr**
**Napa, CA 94558**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9219**

**Nonpriority creditor's name and mailing address**
**Jon Hammel**
**8131 Racepoint Dr**
**204**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9220**

**Nonpriority creditor's name and mailing address**
**Jon Hausam**
**4134 Red Oak Lane**
**Excelsior, MN 55331**

Date(s) debt was incurred __2025__

Last 4 digits of account number __7__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9221**

**Nonpriority creditor's name and mailing address**
**Jon Hiivala**
**1920 Shilhon Road**
**Duluth, MN 55804**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9222**

**Nonpriority creditor's name and mailing address**
**Jon Jensen**
**13389 Savanna**
**Tustin, CA 92782**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9223**

**Nonpriority creditor's name and mailing address**
**Jon Jory**
**5991 Short St**
**Yorba Linda, CA 92886**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.922<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JON JOYS**
**2331 NYE ROAD**
**NYE, MT 59061**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:   Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.922<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jon Kosoff**
**22 Andiamo**
**Newport Beach, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:   Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.922<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jon Leach**
**4501 Wilowdale Lane**
**Great Falls, MT 59404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:   Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.922<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jon Leifer**
**612 36th Street**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:   Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.922<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jon Levy-Warren**
**54 Upper Liberty St.**
**Plainfield, MA 01070**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:   Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.922<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jon M Hausam**
**4134 Red Oak Lane**
**Excelsior, MN 55331**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:   Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.923<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jon Rolf**
**17 Widgeon Way**
**Brewster, MA 02631**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:   Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.923**
**1**

**Nonpriority creditor's name and mailing address**
**Jon Salvati**
**5696 Mcclelland Dr**
**Auburn, NY 13021**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.923**
**2**

**Nonpriority creditor's name and mailing address**
**Jon Schmidt**
**728 Breakers Street**
**Watersound, FL 32461**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.923**
**3**

**Nonpriority creditor's name and mailing address**
**Jon Sinclair**
**1877 Whitney Mesa**
**2006**
**Henderson, NV 89014**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.923**
**4**

**Nonpriority creditor's name and mailing address**
**Jon Slager**
**7013 Schroll St.**
**Lakewood, CA 90713**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.923**
**5**

**Nonpriority creditor's name and mailing address**
**Jon Stambolitis**
**1071 bexley street**
**N. Charleston, SC 29405**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.923**
**6**

**Nonpriority creditor's name and mailing address**
**Jon Stouffer**
**1916 Ayon Circle**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.923**
**7**

**Nonpriority creditor's name and mailing address**
**Jon Strawn**
**4201 Jamboree**
**S242**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                      Case number (if known) _____
                        Name

---

| 3.923 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jon Taylor**
**2202 East Cinnabar**
**Phoenix, AZ 85028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jon Taylor**
**2202 East Cinnabar**
**Phoenix, AZ 85028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jon Wilson**
**2846 Fairfield St**
**San Diego, CA 92110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jon Wolgamott**
**1955 30th st**
**139**
**Boulder, CO 80301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonatan Wenzel**
**699 n vuclan ave**
**Space #55**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Brewer-Sweet**
**264 16th Pl Unit C**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.924 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jonathan Brown**
**162 16th Street**
**8B**
**Brooklyn, NY 11215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Electric Bike Company, LLC**_____     Case number (if known) _____
　　　　　Name

---

**3.924**
**5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jonathan Caracappa**          ☐ Contingent
**2897 JERUSALEM AVE**          ☐ Unliquidated
**wantagh, NY 11793**          ☐ Disputed

Date(s) debt was incurred __2025__          Basis for the claim: __Warranty__

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.924**
**6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jonathan Carpendale**          ☐ Contingent
**1210 Santa Clara Ave.**          ☐ Unliquidated
**Grand Junction, CO 81503**          ☐ Disputed

Date(s) debt was incurred __2024__          Basis for the claim: __Warranty__

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.924**
**7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jonathan Chadwick**          ☐ Contingent
**1164 Hill Road**          ☐ Unliquidated
**Montecito, CA 93108**          ☐ Disputed

Date(s) debt was incurred __2023__          Basis for the claim: __Warranty__

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.924**
**8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jonathan Chadwick**          ☐ Contingent
**500 Kingsley Avenue**          ☐ Unliquidated
**Palo Alto, CA 94301**          ☐ Disputed

Date(s) debt was incurred __2021__          Basis for the claim: __Warranty__

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.924**
**9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jonathan Crawford**          ☐ Contingent
**2482 Fairway Dr**          ☐ Unliquidated
**Unit A**          ☐ Disputed
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2025__          Basis for the claim: __Warranty__

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.925**
**0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jonathan Dowdall**          ☐ Contingent
**6607 State Highway 51**          ☐ Unliquidated
**Burlngtn Flt, NY 13315**          ☐ Disputed

Date(s) debt was incurred __2024__          Basis for the claim: __Warranty__

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

**3.925**
**1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Jonathan Dowdall**          ☐ Contingent
**6607 State Highway 51**          ☐ Unliquidated
**Burlngtn Flt, NY 13315**          ☐ Disputed

Date(s) debt was incurred __2023__          Basis for the claim: __Warranty__

Last 4 digits of account number __          Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number _(if known)_ _____

Name

---

**3.925
2**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

**Jonathan Dowdall**
**7707 Star Route 51**    ☐ Contingent
**Burlington Flats, NY 13315**    ☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2020_    **Basis for the claim:** _Warranty_

**Last 4 digits of account number** _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.925
3**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

**Jonathan Garcia**
**2115 Runnels St.**    ☐ Contingent
**#6108**    ☐ Unliquidated
**Houston, TX 77003**    ☐ Disputed

**Date(s) debt was incurred** _2024_    **Basis for the claim:** _Warranty_

**Last 4 digits of account number** _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.925
4**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

**Jonathan Garcia**
**2115 Runnels St #6108**    ☐ Contingent
**Houston, TX 77003**    ☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_    **Basis for the claim:** _Warranty_

**Last 4 digits of account number** _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.925
5**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

**Jonathan Gibbs**
**7710 Shawnee run Rd. Suite G2**    ☐ Contingent
**Cincinnati, OH 45243**    ☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_    **Basis for the claim:** _Warranty_

**Last 4 digits of account number** _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.925
6**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

**JONATHAN GOLDMAN**
**25382 Classic Drive**    ☐ Contingent
**Mission Viejo, CA 92691**    ☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_    **Basis for the claim:** _Warranty_

**Last 4 digits of account number** _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.925
7**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

**Jonathan Goodheart**
**7171 Warner Ave**    ☐ Contingent
**B292**    ☐ Unliquidated
**Huntington Beach, CA 92647**    ☐ Disputed

**Date(s) debt was incurred** _2023_    **Basis for the claim:** _Warranty_

**Last 4 digits of account number** _    Is the claim subject to offset? ■ No ☐ Yes

---

**3.925
8**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: _Check all that apply._    **$0.00**

**Jonathan Gross**
**1 Collins Island**    ☐ Contingent
**Newport Beach, CA 92662**    ☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2023_    **Basis for the claim:** _Warranty_

**Last 4 digits of account number** _    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.925 9**

**Nonpriority creditor's name and mailing address**

**Jonathan Hebbard**
**3180 Madeira Ave**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.926 0**

**Nonpriority creditor's name and mailing address**

**Jonathan Jensen**
**278 Quitman St**
**Denver, CO 80219-1245**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.926 1**

**Nonpriority creditor's name and mailing address**

**Jonathan Jensen**
**278 Quitman Street**
**Denver, CO 80219**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.926 2**

**Nonpriority creditor's name and mailing address**

**Jonathan Kennedy**
**200 Cartmill Ave**
**Tulare, CA 93274**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.926 3**

**Nonpriority creditor's name and mailing address**

**Jonathan Kim**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.926 4**

**Nonpriority creditor's name and mailing address**

**Jonathan Klausing**
**217 E Coral Gables Drive**
**Phoenix, AZ 85022**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.926 5**

**Nonpriority creditor's name and mailing address**

**Jonathan Klausing**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.926 6**

**Nonpriority creditor's name and mailing address**

**Jonathan Kling**
**801 South State Street**
**13A**
**Provo, UT 84606**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.926 7**

**Nonpriority creditor's name and mailing address**

**Jonathan Kling**
**801 South State Street 13A**
**Trailer 13A**
**Provo, UT 84606**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.926 8**

**Nonpriority creditor's name and mailing address**

**Jonathan Kling**
**801 South State Street**
**Trailer 13A**
**Provo, UT 84606**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.926 9**

**Nonpriority creditor's name and mailing address**

**Jonathan Landon**
**4508 Verea Mar De Ponderosa**
**san diego, CA 92130**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.927 0**

**Nonpriority creditor's name and mailing address**

**Jonathan Lara**
**2916 Sweetwood Drive**
**Lodi, CA 95242**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.927 1**

**Nonpriority creditor's name and mailing address**

**Jonathan Lifsey**
**7104 W Behrend Dr**
**Glendale, AZ 85308**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.927 2**

**Nonpriority creditor's name and mailing address**

**Jonathan Lifsey**
**7104 W Behrend Dr**
**Glendale, AZ 85308**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.927
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jonathan Mcgee**
**4200 Sugar Pine Loop**
**Show Low, AZ 85901** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.927
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jonathan Oeftering**
**5823 Mesa Mountain Way**
**Colorado Springs, CO 80923** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.927
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jonathan Paris**
**1272 Sartori Avenue**
**Torrance, CA 90501** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.927
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jonathan Pate**
**141 Rogersville Rd**
**Wilmington, NC 28403-0322** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.927
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jonathan Pivovaroff**
**8337 Stone Brook Dr**
**Eastvale, CA 92880** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.927
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jonathan Schacher**
**2680 Shaw Ferry Ln**
**Lenoir City, TN 37772** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.927
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Jonathan Scherling**
**1207 Lipan St**
**Denver, CO 80204** | ☐ Contingent
☐ Unliquidated
☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**    Case number (if known) _____
_____
Name

| 3.928 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**3.928 0**

**Nonpriority creditor's name and mailing address**
**Jonathan Schoen**
**2000 S. Roxbury Drive**
**Los Angeles, CA 90035**

Date(s) debt was incurred __2020__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.928 1**

**Nonpriority creditor's name and mailing address**
**Jonathan Seagoe**
**1805 W 18TH AVE**
**EUGENE, OR 97402**

Date(s) debt was incurred __2022__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.928 2**

**Nonpriority creditor's name and mailing address**
**Jonathan Shoemaker**
**116 Marigold Court**
**Griffin, GA 30223-7294**

Date(s) debt was incurred __2020__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.928 3**

**Nonpriority creditor's name and mailing address**
**Jonathan Stamets**
**122 North Crestwood Drive**
**Wilmington, NC 28405**

Date(s) debt was incurred __2025__
Last 4 digits of account number __7__

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.928 4**

**Nonpriority creditor's name and mailing address**
**Jonathan Switalski**
**321 Madison St.**
**Michigan City, IN 46360**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.928 5**

**Nonpriority creditor's name and mailing address**
**jonathan wallace**
**1307 the circle**
**austin, TX 78704**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.928 6**

**Nonpriority creditor's name and mailing address**
**Jonathan Welch**
**2045 risser rd**
**Canandaigua, NY 14424**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.928 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Jonathan Yang**
**11720 Cider Press Pl**
**Germantown, MD 20876**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.928 8**

**Nonpriority creditor's name and mailing address**                          **$0.00**

**Jonathan/Trish Volzke**
**27731 Paseo Esteban**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.928 9**

**Nonpriority creditor's name and mailing address**                          **$0.00**

**JONATHON Collins**
**308 La Jolla Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.929 0**

**Nonpriority creditor's name and mailing address**                          **$0.00**

**Jonathon Nave**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.929 1**

**Nonpriority creditor's name and mailing address**                          **$0.00**

**Jonathon Nave**
**1064 Via La Paz**
**San Pedro, CA 90732**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.929 2**

**Nonpriority creditor's name and mailing address**                          **$0.00**

**Jonathon Wilgus**
**9720 W Peoria Ave**
**STE 110**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.929 3**

**Nonpriority creditor's name and mailing address**                          **$0.00**

**JoNell Quinton**
**5208 Magazine Street**
**Suite # 251**
**New Orleans, LA 70115**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.929 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JoNell Quinton**
**5208 Magazine St**
**New Orleans, LA 70115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**JoNell Quinton**
**617 BELLECASTLE ST**
**New Orleans, LA 70115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joni Allen Ooms**
**32132 Links Pointe**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Joni Lee**
**115 Woolford Road**
**Kalama, WA 98625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jonn Behrman**
**1995 Brookview dr**
**Saline, MI 48176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.929 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jonn Behrman**
**1995 Brookview Dr**
**Saline, MI 48176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.930 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Jonna Johnson**
**3601 Garden Creek Rd**
**Casper, WY 82601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.930**
**1**

**Nonpriority creditor's name and mailing address**

**Jonnita Bean**
**352 Hacienda dr.**
**Pottsboro, TX 75076**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.930**
**2**

**Nonpriority creditor's name and mailing address**

**Jonny Schoen**
**2000 S. Roxbury Drive**
**Los Angeles, CA 90035**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.930**
**3**

**Nonpriority creditor's name and mailing address**

**Jordan Acosta**
**9414 55th Ave Elmhurst**
**NEW YORK, NY 11373**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.930**
**4**

**Nonpriority creditor's name and mailing address**

**Jordan Archer**
**4542 SW Scope St**
**Port St. Lucie, FL 34953**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.930**
**5**

**Nonpriority creditor's name and mailing address**

**Jordan Baugh**
**15 Sugar Sands Dr**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.930**
**6**

**Nonpriority creditor's name and mailing address**

**Jordan Baugh**
**15 Sugar Sands Dr**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.930**
**7**

**Nonpriority creditor's name and mailing address**

**Jordan Castro**
**1702 clay street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.9308**

**Nonpriority creditor's name and mailing address**

**Jordan Castro**
**1702 Clay St**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9309**

**Nonpriority creditor's name and mailing address**

**Jordan Chafetz**
**1802 9th St**
**Unit B**
**Santa Monica, CA 90404**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9310**

**Nonpriority creditor's name and mailing address**

**Jordan Chafetz**
**1802 9th Street**
**Unit B**
**Santa Monica, CA 90404**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9311**

**Nonpriority creditor's name and mailing address**

**Jordan Dailey**
**53 Seville St**
**Ormond Beach, FL 32174**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9312**

**Nonpriority creditor's name and mailing address**

**Jordan Dailey**
**53 Seville st**
**Ormond Beach, FL 32174**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9313**

**Nonpriority creditor's name and mailing address**

**Jordan Dillard**
**740 ozark baptist chruch rd**
**marietta, MS 38856**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9314**

**Nonpriority creditor's name and mailing address**

**jordan foster**
**15970 Lasselle st**
**unit 2**
**Moreno valley, CA 92551**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
          Name

---

| 3.931 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jordan Frustaci**
**3385 Michelson Dr Apartment 163**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jordan Herrera**
**240 Delaware Drive**
**Ventura, CA 93001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jordan Matheny**
**2508 Wringer Dr**
**Roseville, CA 95661-7954**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jordan Meeks**
**1472 laurel way**
**atlantic beach, FL 32233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.931 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jordan Meyer**
**5630 Timberline Trail**
**Hudson, OH 44236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jordan Richardson**
**2119 Union Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.932 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Jordan Sachs**
**5490 S HIGHLINE CIR**
**Greenwood Village, CO 80121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                 Case number *(if known)* _____

Name

---

**3.932 2**

**Nonpriority creditor's name and mailing address**                                            $0.00

**Jordan Sachs**
**5490 S HIGHLINE CIR**
**Greenwood Village, CO 80121**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.932 3**

**Nonpriority creditor's name and mailing address**                                            $0.00

**Jordan Schaaf**
**9720 W Peoria Ave, suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.932 4**

**Nonpriority creditor's name and mailing address**                                            $0.00

**Jordan Shapiro**
**521 N Ohioville Rd**
**New Paltz, NY 12561**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.932 5**

**Nonpriority creditor's name and mailing address**                                            $0.00

**Jordan White**
**6319 E Grand Prairie Dr**
**Boise, ID 83716**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.932 6**

**Nonpriority creditor's name and mailing address**                                            $0.00

**Jordan Wolff**
**1456 Key View**
**Newport Beach, CA 92625**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.932 7**

**Nonpriority creditor's name and mailing address**                                            $0.00

**Jordane Brilliant**
**838 San Nicolas Cir**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.932 8**

**Nonpriority creditor's name and mailing address**                                            $0.00

**Jordi Tell**
**9131 Warfield Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.9329**

**Nonpriority creditor's name and mailing address**

**Jordon Simpson**
**6128 Joaquin St**
**Chino, CA 91710**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9330**

**Nonpriority creditor's name and mailing address**

**Jordyn Baker**
**20379 Spruce Point Pl**
**Parker, CO 80134**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9331**

**Nonpriority creditor's name and mailing address**

**Jordyn Parish**
**304 Via Los Tilos**
**San Clemente, CA 92673**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9332**

**Nonpriority creditor's name and mailing address**

**Jordyn Stoddard**
**129 West Torrance Blvd**
**Redondo Beach, CA 90277**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9333**

**Nonpriority creditor's name and mailing address**

**Jorgann/Joel Couzinet**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9334**

**Nonpriority creditor's name and mailing address**

**jorge anaya**
**4801 w 1st spc 65**
**Santa Ana, CA 92703**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9335**

**Nonpriority creditor's name and mailing address**

**Jorge Anaya**
**15017 Redondo Dr**
**Victorville, CA 92395**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.933 6**

**Nonpriority creditor's name and mailing address**

**Jorge Calderon**
**10420 Hamburg rd**
**Frederick, MD 21702**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.933 7**

**Nonpriority creditor's name and mailing address**

**Jorge Calderon**
**10420 hamburg Rd.**
**Frederick, MD 21702**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.933 8**

**Nonpriority creditor's name and mailing address**

**Jorge Castilla**
**1941 West 23rd St**
**Los Angeles, CA 90018**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.933 9**

**Nonpriority creditor's name and mailing address**

**Jorge Caucas**
**2118 E. Orangeview ln**
**Orange, CA 92867**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.934 0**

**Nonpriority creditor's name and mailing address**

**Jorge Flores**
**2756 Hackett Ave**
**Long Beach, CA 90815**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.934 1**

**Nonpriority creditor's name and mailing address**

**Jorge Gomez**
**17417 Salais St**
**La Puente, CA 91744**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.934 2**

**Nonpriority creditor's name and mailing address**

**Jorge Gutierrez**
**2139 Border Mill Drive**
**San Antonio, TX 78230**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.934 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jorge Gutierrez**
**1351 Logan Avenue #A**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jorge Gutierrez**
**1351 Logan**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jorge Gutierrez**
**2139 Border Mill Drive**
**San Antonio, TX 78230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jorge Mendiola**
**3400 Avenue of the arts**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**jorge Ramirez**
**415 via montalvo**
**encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Alemar Alemar**
**935 Pine Hill Road**
**Palm Harbor, FL 34683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.934 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Jose Busquets**
**18708 Planners Way**
**Lutz, FL 33548**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____  Case number (if known) _____
Name

---

**3.935**
**0**

**Nonpriority creditor's name and mailing address**
**Jose Cazun**
**556 Kenton St**
**Aurora, CO 80010**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.935**
**1**

**Nonpriority creditor's name and mailing address**
**Jose Che**
**735 James St**
**Apt. D**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.935**
**2**

**Nonpriority creditor's name and mailing address**
**Jose Chino Uriostegui**
**9940 North 90th Lane**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.935**
**3**

**Nonpriority creditor's name and mailing address**
**Jose Cilliani**
**9042 Colbreggan Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.935**
**4**

**Nonpriority creditor's name and mailing address**
**Jose Correa**
**244 Mayor   s Lane**
**Wendell, NC 27591**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.935**
**5**

**Nonpriority creditor's name and mailing address**
**jose delgadillo**
**354 broadway**
**chula vista, CA 91910**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.935**
**6**

**Nonpriority creditor's name and mailing address**
**Jose delgado**
**1741 pomona ave**
**spc 16**
**costa mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
　　　　　Name

---

**3.935 7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Jose Dominicci**                                                    ☐ Contingent
**82 South 3rd St**                                                   ☐ Unliquidated
**P.H.**                                                             ☐ Disputed
**Brooklyn, NY 11249-5103**

Date(s) debt was incurred __**2020**__                               Basis for the claim: __**Warranty**__

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.935 8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Jose Esparza**                                                     ☐ Contingent
**105 Falls Creek Ln**                                               ☐ Unliquidated
**Gunter, TX 75058**                                                 ☐ Disputed

Date(s) debt was incurred __**2024**__                               Basis for the claim: __**Warranty**__

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.935 9**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Jose Fana**                                                        ☐ Contingent
**1873 Cornelia St**                                                 ☐ Unliquidated
**Apt 1R**                                                           ☐ Disputed
**RIDGEWOOD, NY 11385**

Date(s) debt was incurred __**2022**__                               Basis for the claim: __**Warranty**__

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.936 0**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Jose Fana**                                                        ☐ Contingent
**1873 Cornelia St**                                                 ☐ Unliquidated
**Apt 1R**                                                           ☐ Disputed
**RIDGEWOOD, NY 11385**

Date(s) debt was incurred __**2022**__                               Basis for the claim: __**Warranty**__

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.936 1**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Jose Gutierrez**                                                   ☐ Contingent
**9703 Avellino Ave 1203**                                          ☐ Unliquidated
**Orlando, FL 32819**                                               ☐ Disputed

Date(s) debt was incurred __**2023**__                               Basis for the claim: __**Warranty**__

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.936 2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Jose Martinez**                                                    ☐ Contingent
**2151 W Huntington ave**                                           ☐ Unliquidated
**Anaheim, CA 92801**                                               ☐ Disputed

Date(s) debt was incurred __**2022**__                               Basis for the claim: __**Warranty**__

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.936 3**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                 **$0.00**

**Jose Morales**                                                     ☐ Contingent
**1838 Placentia Ave**                                               ☐ Unliquidated
**Apt. 202**                                                         ☐ Disputed
**Costa Mesa, CA 92627**

Date(s) debt was incurred __**2022**__                               Basis for the claim: __**Warranty**__

Last 4 digits of account number __                                   Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

| | |
|---|---|

**3.936 4**

**Nonpriority creditor's name and mailing address**

**JOSE RAMIREZ**
**3164 Strathmore Drive**
**Ventura, CA 93003**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.936 5**

**Nonpriority creditor's name and mailing address**

**Jose Sandoval**
**3681 abigail dr**
**White city, OR 97503**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.936 6**

**Nonpriority creditor's name and mailing address**

**Josee Goudreau**
**411 Cleveland st**
**#267**
**Clearwater, FL 33755**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.936 7**

**Nonpriority creditor's name and mailing address**

**Josef Bartos**
**562 Giotto**
**Irvine, CA 92614**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.936 8**

**Nonpriority creditor's name and mailing address**

**joseph albano**
**10847 East Thornton Avenue**
**Mesa, AZ 85212**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.936 9**

**Nonpriority creditor's name and mailing address**

**Joseph Albano**
**10847 E Thornton Ave**
**Mesa, AZ 85212**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.937 0**

**Nonpriority creditor's name and mailing address**

**Joseph aldana**
**26 escapade ct**
**Newport beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|

**3.937**
**1**

**Nonpriority creditor's name and mailing address**                                                        **$0.00**

**Joseph Anello**
**560 Castaway Lane**
**Lenoir City, TN 37772**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.937**
**2**

**Nonpriority creditor's name and mailing address**                                                        **$0.00**

**Joseph Baird**
**27894 Via Estancia**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.937**
**3**

**Nonpriority creditor's name and mailing address**                                                        **$0.00**

**Joseph Baird**
**27894 Via Estancia**
**SAN JUAN CAPISTRANO, CA 92675-3836**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.937**
**4**

**Nonpriority creditor's name and mailing address**                                                        **$0.00**

**Joseph Barbala**
**8192 Centerstone Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.937**
**5**

**Nonpriority creditor's name and mailing address**                                                        **$0.00**

**Joseph Beaty**
**11151 Katlian Dr**
**Eagle River, AK 99577**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.937**
**6**

**Nonpriority creditor's name and mailing address**                                                        **$0.00**

**Joseph Beaty**
**11151 Katlian Dr.**
**Eagle River, AK 99577**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.937**
**7**

**Nonpriority creditor's name and mailing address**                                                        **$0.00**

**Joseph Beaty**
**11151 Katlian Drive**
**Eagle River, AK 99577**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.9378**

**Nonpriority creditor's name and mailing address**

**Joseph Belflower**
**9514 W Flora St**
**Tampa, FL 33615**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9379**

**Nonpriority creditor's name and mailing address**

**Joseph Belflower**
**9514 W. Flora Street**
**Tampa, FL 33615**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9380**

**Nonpriority creditor's name and mailing address**

**Joseph Bielek**
**4250 Via Marina**
**Apt 102**
**Marina del Rey, CA 90292**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9381**

**Nonpriority creditor's name and mailing address**

**Joseph Bramuchi**
**810 Delaney Park Drive**
**Orlando, FL 32806**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9382**

**Nonpriority creditor's name and mailing address**

**Joseph Buckley**
**1521 Powell Rd**
**Oceanside, CA 92056**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9383**

**Nonpriority creditor's name and mailing address**

**Joseph Bunker**
**13478 Prancer Lane**
**Moreno Valley, CA 92555**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9384**

**Nonpriority creditor's name and mailing address**

**Joseph Bunker**
**13478 Prancer Ln**
**Moreno Valley, CA 92555**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.938 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Carson**
**10953 Twin Harbour Dr**
**Knoxville, TN 37934-7002**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.938 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Carson**
**10953 Twin Harbour Dr**
**Knoxville, TN 37934-7002**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.938 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Carson**
**10953 Twin Harbour Drive**
**Knoxville, TN 37934**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.938 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Corrado**
**12134 Eddyspark Dr**
**Herndon, VA 20170**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.938 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Daly**
**1510 Old Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.939 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Daly**
**191 Aldrich Street**
**Uxbridge, MA 01569**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.939 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joseph Davis**
**287 Canyon Acres**
**Laguna Beach, CA 92651**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.939 2**

**Nonpriority creditor's name and mailing address**

**Joseph De La Fuente**
**1539 S Old Fashion Way**
**Anaheim, CA 92804**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.939 3**

**Nonpriority creditor's name and mailing address**

**Joseph De La Fuente**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.939 4**

**Nonpriority creditor's name and mailing address**

**Joseph De La Fuente**
**1539 South Old Fashion Way**
**Anaheim, CA 92804**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.939 5**

**Nonpriority creditor's name and mailing address**

**Joseph DeMarco**
**11653 E Four Peaks Rd**
**Scottsdale, AZ 85262**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.939 6**

**Nonpriority creditor's name and mailing address**

**Joseph Emerson**
**2402 Alexander Ave**
**Richland, WA 99354**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.939 7**

**Nonpriority creditor's name and mailing address**

**Joseph Fila**
**9105 Lake Lynn Drive**
**Sebring, FL 33876**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.939 8**

**Nonpriority creditor's name and mailing address**

**Joseph fordonski**
**25 farra st.**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
         Name

---

| 3.939 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph fowler**
**9027 via hermosa**
**san antonio, TX 78245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Gagnon**
**15096 Shonan Gold Drive**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Gibson**
**2893 Ivy Hill Dr**
**Commerce Township, MI 48382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Gibson**
**2893 Ivy Hill Dr**
**Commerce, MI 48382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Gibson**
**2893 Ivy Hill Dr.**
**Commerce Twp, MI 48382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Gies**
**1611 West Fort Rd**
**Park City, UT 84098**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Graziano**
**15100 Iron Canyon Rd**
**santa clarita, CA 91387**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                     Case number *(if known)* _____
_____
Name

---

**3.940
6**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joseph Gurule**                                                  ☐ Contingent
**18432 Goodwin Lane**                                             ☐ Unliquidated
**Huntington Beach, CA 92646**                                     ☐ Disputed

Date(s) debt was incurred  **2024**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.940
7**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joseph Haggard**                                                 ☐ Contingent
**5411 N. Valisa Ct**                                              ☐ Unliquidated
**Litchfield Park, AZ 85340**                                      ☐ Disputed

Date(s) debt was incurred  **2021**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.940
8**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joseph Hammer**                                                  ☐ Contingent
**535 De la Vista Ave**                                            ☐ Unliquidated
**Santa Barbara, CA 93103**                                        ☐ Disputed

Date(s) debt was incurred  **2024**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.940
9**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joseph Hammer**                                                  ☐ Contingent
**535 De la Vista Ave**                                            ☐ Unliquidated
**Santa Barbara, CA 93103**                                        ☐ Disputed

Date(s) debt was incurred  **2024**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.941
0**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joseph Hammer**                                                  ☐ Contingent
**535 De la Vista Ave**                                            ☐ Unliquidated
**Santa Barbara, CA 93103**                                        ☐ Disputed

Date(s) debt was incurred  **2024**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.941
1**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joseph Harris**                                                  ☐ Contingent
**1945 Placentia Ave**                                             ☐ Unliquidated
**Building A**                                                     ☐ Disputed
**costa mesa, CA 92627**

Date(s) debt was incurred  **2024**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.941
2**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joseph Jones**                                                   ☐ Contingent
**7501 W Dillon Wash Rd**                                          ☐ Unliquidated
**Prescott, AZ 86305**                                             ☐ Disputed

Date(s) debt was incurred  **2025**                               **Basis for the claim:  Warranty**

Last 4 digits of account number  **7**                            Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.941 3**

**Nonpriority creditor's name and mailing address**

**Joseph K. Rafalik**
**16362 Duchess Ln**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.941 4**

**Nonpriority creditor's name and mailing address**

**joseph kelly**
**875 Via Las Aguilas**
**Arroyo Grande, CA 93420-1955**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.941 5**

**Nonpriority creditor's name and mailing address**

**Joseph Kirkman**
**208 Woodcrest lane**
**Gaston, SC 29053**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.941 6**

**Nonpriority creditor's name and mailing address**

**Joseph Kogon**
**1860 Port Wheeler Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.941 7**

**Nonpriority creditor's name and mailing address**

**Joseph Korc-Baum**
**4100 W street NW**
**apt 517**
**Washington, DC 20007**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.941 8**

**Nonpriority creditor's name and mailing address**

**joseph kovaly**
**2187 VAN CORTLANDT CIR**
**YORKTOWN HEIGHTS, NY 10598**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.941 9**

**Nonpriority creditor's name and mailing address**

**Joseph Kovar**
**8788 Coral Springs Ct**
**207E**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.942 0**

**Nonpriority creditor's name and mailing address**

**joseph krivanek**
**3097 Seyferth Way**
**San Jose, CA 95118**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.942 1**

**Nonpriority creditor's name and mailing address**

**Joseph Krivanek**
**3097 Seyferth way**
**San Jose, CA 95118**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.942 2**

**Nonpriority creditor's name and mailing address**

**Joseph Kurzynowski**
**44 Riverside ave**
**Lyndrust, NJ 07071**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.942 3**

**Nonpriority creditor's name and mailing address**

**Joseph Laird**
**160 Main St**
**Schwenksville, PA 19473**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.942 4**

**Nonpriority creditor's name and mailing address**

**Joseph Lanzetta**
**17 Atlas Ave**
**Malverne, NY 11565-1123**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.942 5**

**Nonpriority creditor's name and mailing address**

**JOSEPH LINK**
**212 BALTIMORE ST**
**HANOVER, PA 17331**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.942 6**

**Nonpriority creditor's name and mailing address**

**Joseph M Schmidt**
**1351 33rd Ave**
**San Francisco, CA 94122**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __**Electric Bike Company, LLC**_____     Case number (if known) _____
          Name

| | |
|---|---|
| 3.942 7 | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Joseph Mackewich**
**8987 Goshen Ct**                                                     ☐ Contingent
**Riverside, CA 92508**                                                ☐ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred  **2023**
                                                                       Basis for the claim:  **Warranty**
Last 4 digits of account number _
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.942 8 | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Joseph Mackewich**
**8987 Goshen Ct**                                                     ☐ Contingent
**Riverside, CA 92508**                                                ☐ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred  **2022**
                                                                       Basis for the claim:  **Warranty**
Last 4 digits of account number _
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.942 9 | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Joseph McCarthy**
**841 Mulberry Ave**                                                   ☐ Contingent
**Brea, CA 92821**                                                     ☐ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred  **2022**
                                                                       Basis for the claim:  **Warranty**
Last 4 digits of account number _
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.943 0 | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Joseph Mcclung**
**5461 Hall Farm Rd**                                                  ☐ Contingent
**Prince George, VA 23875**                                            ☐ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                       Basis for the claim:  **Warranty**
Last 4 digits of account number _
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.943 1 | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Joseph Mctague**
**375 Costa Mesa St**                                                  ☐ Contingent
**Costa Mesa, CA 92627**                                               ☐ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred  **2023**
                                                                       Basis for the claim:  **Warranty**
Last 4 digits of account number _
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.943 2 | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Joseph Mehal**
**804 East 23rd Avenue**                                               ☐ Contingent
**New Smyrna Beach, FL 32169**                                         ☐ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred  **2025**
                                                                       Basis for the claim:  **Warranty**
Last 4 digits of account number **7**
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.943 3 | |

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Joseph Mehal**
**6468 Engram Rd**                                                     ☐ Contingent
**New Smyrna Beach, FL 32169**                                         ☐ Unliquidated
                                                                       ☐ Disputed
Date(s) debt was incurred  **2023**
                                                                       Basis for the claim:  **Warranty**
Last 4 digits of account number _
                                                                       Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.943 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Joseph Mehal**<br>**4305 SOUTH ATLANTIC AVE**<br>**Apt A2**<br>**NEW SMYRNA BEACH, FL 32169** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.943 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Joseph Miller**<br>**3291 Evergreen Lane**<br>**South Plainfield, NJ 07080** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.943 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Joseph Mirabal**<br>**2440 Fairhaven Ct**<br>**Hollister, CA 95023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.943 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Joseph Mirabal**<br>**2440 Fairhaven Ct.**<br>**Hollister, CA 95023** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.943 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Joseph Morales**<br>**15911 Logan Court**<br>**Fountain Valley, CA 92708** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.943 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Joseph Morkunas**<br>**3350 Grant Cove Cir**<br>**102**<br>**Cape Coral, FL 33991** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.944 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Joseph Mosley**<br>**1771 Stonehaven Drive**<br>**Frankfort, KY 40601** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
                 Name

---

| 3.944 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Murphy**
**6314 Welmont Dr**
**Wilmington, NC 28412**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**JOSEPH N ALEXANDER**
**665 Joseph Drive**
**Aurora, OH 44202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**joseph naylor**
**4072 greensboro dr.**
**troy, MI 48085**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Palermo**
**11940 US Highway 1**
**Ste 128**
**Palm Beach Gardens, FL 33408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Pantone**
**101 Manning Drive**
**Charlotte, NC 28209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Paratore**
**700 Hacienda Ave**
**Davis, CA 95616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.944 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Joseph Petrucci**
**275 Beattie St, Fall River MA 02723**
**Fall River, MA 02723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.9448**

**Nonpriority creditor's name and mailing address**

**joseph pluchino**
**6710 60th street**
**Apt 2**
**Ridgewood, NY 11385**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9449**

**Nonpriority creditor's name and mailing address**

**Joseph Rafalik**
**16362 Duchess Lane**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9450**

**Nonpriority creditor's name and mailing address**

**Joseph Richardson**
**211 N Perkins RD SUITE#14**
**Stillwater, OK 74075**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9451**

**Nonpriority creditor's name and mailing address**

**Joseph Robinson**
**2409 E Galer St**
**Seattle, WA 98112**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9452**

**Nonpriority creditor's name and mailing address**

**Joseph Robinson**
**921 Warren Street**
**Nashville, TN 37208**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9453**

**Nonpriority creditor's name and mailing address**

**Joseph Rouse**
**2121 Sacramento Street**
**Apt. 603**
**San Francisco, CA 94109**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9454**

**Nonpriority creditor's name and mailing address**

**Joseph Scherwenka**
**6538 Silver Beach N**
**Cedar Grove, WI 53013**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.945 5**

**Nonpriority creditor's name and mailing address**

**Joseph Schweitzer**
**157 Del Sol Avenue**
**Davenport, FL 33837**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.945 6**

**Nonpriority creditor's name and mailing address**

**Joseph Schweitzer**
**157 Del Sol Ave**
**DAVENPORT, FL 33837**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.945 7**

**Nonpriority creditor's name and mailing address**

**Joseph Sciandrone**
**8234 Mediterranean Way**
**Sacramento, CA 95826**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.945 8**

**Nonpriority creditor's name and mailing address**

**joseph sindel**
**28935 Fountainwood Street**
**Agoura Hills, CA 91301**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.945 9**

**Nonpriority creditor's name and mailing address**

**joseph sindel**
**28935 Fountainwood Street**
**Agoura Hills, CA 91301**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.946 0**

**Nonpriority creditor's name and mailing address**

**Joseph Smith**
**1030 Spoon Dr**
**Greensboro, GA 30642**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.946 1**

**Nonpriority creditor's name and mailing address**

**Joseph Smith-Steward**
**7219 Discovery Ln**
**Reno, NV 89506-5660**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                          Case number (if known) _____
          Name

---

**3.946 2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Joseph SONANDRES**                                         ☐ Contingent
**19803 TOMLEE AVE**                                         ☐ Unliquidated
**TORRANCE, CA 90503**                                       ☐ Disputed

Date(s) debt was incurred  **2021**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.946 3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**JOSEPH Sonandres**                                         ☐ Contingent
**527 Van Ness Ave**                                         ☐ Unliquidated
**Torrance, CA 90503-1152**                                  ☐ Disputed

Date(s) debt was incurred  **2021**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.946 4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Joseph Spalla**                                            ☐ Contingent
**1783 N. Bahama Ave**                                       ☐ Unliquidated
**Marco Island, FL 34145**                                   ☐ Disputed

Date(s) debt was incurred  **2025**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.946 5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Joseph Spivey**                                            ☐ Contingent
**9882 n grand duke circle**                                 ☐ Unliquidated
**tamarac, FL 33321**                                        ☐ Disputed

Date(s) debt was incurred  **2024**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.946 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Joseph Stack**                                             ☐ Contingent
**1510 Old Newport Blvd**                                    ☐ Unliquidated
**Costa Mesa, CA 92663**                                     ☐ Disputed

Date(s) debt was incurred  **2024**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.946 7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Joseph Stack**                                             ☐ Contingent
**430 32nd St.**                                             ☐ Unliquidated
**# 100**                                                    ☐ Disputed
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.946 8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Joseph Stephens**                                          ☐ Contingent
**930 N. Michigan Ave**                                      ☐ Unliquidated
**Pasadena, CA 91104**                                       ☐ Disputed

Date(s) debt was incurred  **2022**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.9469**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Joseph T Smith**
**1260 S. Tamiami Trail**
**Osprey, FL 34229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9470**

**Nonpriority creditor's name and mailing address**

**Joseph Taylor**
**8501 South Gramercy Pl**
**Los Angeles, CA 90047**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9471**

**Nonpriority creditor's name and mailing address**

**Joseph Tennenbaum**
**236 S Sycamore Ave**
**Apt. 23**
**Los Angeles, CA 90036**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9472**

**Nonpriority creditor's name and mailing address**

**Joseph Tennenbaum**
**236 S Sycamore Ave**
**Apt. 23**
**Los Angeles, CA 90036**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9473**

**Nonpriority creditor's name and mailing address**

**Joseph Valerio**
**10600 Wilshire Blvd.**
**#625**
**Los Angeles, CA 90024**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9474**

**Nonpriority creditor's name and mailing address**

**Joseph Walsh**
**489 Tahos Road**
**Orinda, CA 94563**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9475**

**Nonpriority creditor's name and mailing address**

**Joseph Walsh**
**489 Tahos Road**
**ORINDA, CA 94563-2911**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known)

---

| 3.9476 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Waters**
**3535 Wawona St**
**Unit 535**
**San Francisco, CA 94116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9477 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Webster**
**12353 Crooked Creek Ln.**
**Fort Myers, FL 33913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9478 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Joseph Wells**
**950 Ponce de Leon Road**
**Unit 507**
**Boca Raton, FL 33432**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9479 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josephine Conde**
**313 N Acacia Ave**
**Unit D**
**Fullerton, CA 92831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9480 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josephine Dack**
**109 Willowleaf Dr**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josette Cann**
**7942 Southwind Circle**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josh Balch**
**4636 Chase Oaks Dr.**
**Sarasota, FL 34241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
Name

Case number (if known)

---

| 3.948 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josh Boyle**
**234 E. 15th**
**Unit B**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josh Boyle**
**962 Via Gandalfi**
**Henderson, NV 89011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josh Carroll**
**2330 Vanguard Way**
**E202**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josh Chrisnam**
**2209 Heather Ln**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josh Decker**
**9207 12th Ave NW**
**Bradenton, FL 34209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josh Dougherty**
**125 Geneva Avenue**
**Del Haven, NJ 08251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.948 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Josh Dougherty**
**125 Geneva avenue**
**Villas, NJ 08251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.949 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josh Draughon**
**1325 North Maryland Street**
**Sanford, FL 32771**

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.949 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Josh Dunne Dunne**
**2805 Southeast 28th Place**
**Portland, OR 97202**

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.949 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Josh Fulmer**
**3609 Briar Run Dr**
**Clermont, FL 34711**

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.949 3 |
|---|

**Nonpriority creditor's name and mailing address**

**Josh Golden**
**326 16th PL**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.949 4 |
|---|

**Nonpriority creditor's name and mailing address**

**Josh Golder**
**1000 South Pointe Drive**
**Marina Townhouse 1**
**Miami, FL 33139**

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.949 5 |
|---|

**Nonpriority creditor's name and mailing address**

**Josh Goldman**
**114 Mountain Avenue**
**Bloomfield, NJ 07003**

Date(s) debt was incurred **2024**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.949 6 |
|---|

**Nonpriority creditor's name and mailing address**

**Josh Gordon**
**250 E Bay St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number *(if known)* _____
　　　　　Name

---

**3.949 7**

**Nonpriority creditor's name and mailing address**

**Josh Graham**
**4447 Ascot Circle S**
**Sarasota, FL 34235**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.949 8**

**Nonpriority creditor's name and mailing address**

**Josh Grohs**
**1420 West Bay Ave**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.949 9**

**Nonpriority creditor's name and mailing address**

**Josh Hall**
**230 Kings Place**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.950 0**

**Nonpriority creditor's name and mailing address**

**Josh Kantor**
**302 Cold Springs Dr**
**Ketchum, ID 83340**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.950 1**

**Nonpriority creditor's name and mailing address**

**Josh Klein**
**214 East 20th Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.950 2**

**Nonpriority creditor's name and mailing address**

**josh Lee**
**2971 talley Dr**
**Lake Havasu city, AZ 86404**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.950 3**

**Nonpriority creditor's name and mailing address**

**Josh Leek**
**4710 Harmony Grove Rd.**
**Hopkinsville, KY 42240**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.950 4**

**Nonpriority creditor's name and mailing address**

**Josh Leek**
**4710 harmony grove rd**
**Hopkinsville, KY 42240**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.950 5**

**Nonpriority creditor's name and mailing address**

**Josh Martin**
**3857 Birch Street**
**441**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.950 6**

**Nonpriority creditor's name and mailing address**

**Josh Moore**
**1137 E 90th St**
**Los Angeles, CA 90002**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.950 7**

**Nonpriority creditor's name and mailing address**

**Josh Moore**
**1137 East 90th Stret**
**Los Angeles, CA 90002**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.950 8**

**Nonpriority creditor's name and mailing address**

**josh perez**
**231 s orange ave**
**azusa, CA 91702**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.950 9**

**Nonpriority creditor's name and mailing address**

**Josh Renz**
**3917 Waterfront Place SE**
**Mandan, ND 58554**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.951 0**

**Nonpriority creditor's name and mailing address**

**Josh Schell**
**401 Iron Bridge way**
**Simpsonville, SC 29681**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
      Name

---

**3.951**
**1**

**Nonpriority creditor's name and mailing address**

**josh selin**
**20 seven kings place**
**aliso viejo, CA 92656**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.951**
**2**

**Nonpriority creditor's name and mailing address**

**Josh Smith**
**435 Poplar Ave**
**Boulder, CO 80304**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.951**
**3**

**Nonpriority creditor's name and mailing address**

**Josh Snodgrass**
**4172 Calhoun dr**
**Suite 121**
**Huntington Beach, CA 92649**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.951**
**4**

**Nonpriority creditor's name and mailing address**

**Josh Thiel**
**9522 Castine DR**
**Huntington beach, CA 92646**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.951**
**5**

**Nonpriority creditor's name and mailing address**

**Josh Thimons**
**4533 Orrington Road**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.951**
**6**

**Nonpriority creditor's name and mailing address**

**Josh Thompson**
**1707 Wilton St.**
**Simi Valley, CA 93065**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.951**
**7**

**Nonpriority creditor's name and mailing address**

**Josh Trinh**
**1857 Port Charles**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.951 8**

**Nonpriority creditor's name and mailing address**

**Josh Zinszer**
**105 Chichester Ave**
**Center Moriches, NY 11934**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.951 9**

**Nonpriority creditor's name and mailing address**

**Josh Zinszer**
**10 Monroe Blvd, apt. 3N,**
**apt. 3n**
**Long Beach, NY 11561**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.952 0**

**Nonpriority creditor's name and mailing address**

**Joshua Adams**
**8267 Agapanthus Court**
**Riverside, CA 92508**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.952 1**

**Nonpriority creditor's name and mailing address**

**Joshua Bardin**
**6329 North Park Dr**
**Watauga, TX 76148**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.952 2**

**Nonpriority creditor's name and mailing address**

**Joshua Bauer**
**3800 Vine Maple Street**
**Eugene, OR 97405**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.952 3**

**Nonpriority creditor's name and mailing address**

**Joshua Bickerstaff**
**4108 e stanford drive**
**phoenix, AZ 85018**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.952 4**

**Nonpriority creditor's name and mailing address**

**Joshua Bourelle**
**166 E. Bay St.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.952
5**

**Nonpriority creditor's name and mailing address**

**Joshua Boyle**
**234 E 15th St.**
**Unit B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.952
6**

**Nonpriority creditor's name and mailing address**

**Joshua Brock**
**1740 Cassino Rd**
**Seaside, CA 93955**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.952
7**

**Nonpriority creditor's name and mailing address**

**Joshua Carr**
**1241 Paseo dorado**
**Fullerton, CA 92833**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.952
8**

**Nonpriority creditor's name and mailing address**

**Joshua Carter**
**7432 Bent Willow Dr**
**Fort Wayne, IN 46815**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.952
9**

**Nonpriority creditor's name and mailing address**

**Joshua Daley**
**3662 May Lane**
**San Jose, CA 95124**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.953
0**

**Nonpriority creditor's name and mailing address**

**Joshua Dennis**
**2251 san jose ave**
**Apt B**
**alameda, CA 94501**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.953
1**

**Nonpriority creditor's name and mailing address**

**Joshua Drew**
**186 Rochester St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                Case number *(if known)* _____
_____
Name

---

**3.953 2**

**Nonpriority creditor's name and mailing address**

**JOSHUA E MOORE**
**1137 E 90th St**
**Los Angeles, CA 90002-1711**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.953 3**

**Nonpriority creditor's name and mailing address**

**Joshua Feil**
**12 Spray Rock Rd**
**Westerly, RI 02891**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.953 4**

**Nonpriority creditor's name and mailing address**

**joshua feil**
**64 merriebrook lane**
**stamford, CT 06902**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.953 5**

**Nonpriority creditor's name and mailing address**

**Joshua Finfera**
**1670 1/2 Dwight Way**
**Berkeley, CA 94703**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.953 6**

**Nonpriority creditor's name and mailing address**

**Joshua Finfera**
**1670 Dwight Way**
**Berkeley, CA 94703**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.953 7**

**Nonpriority creditor's name and mailing address**

**Joshua Fleming**
**5485 Kenwood Place**
**Carmel, IN 46033**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.953 8**

**Nonpriority creditor's name and mailing address**

**Joshua Frederick**
**1207 N Normandie Ave**
**Los Angeles, CA 90029-1419**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor      **Electric Bike Company, LLC**                                         Case number (if known) _____
               Name

---

**3.9539**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Joshua Freedman** | ☐ Contingent |
| **264 Veterans Way, Ste E** | ☐ Unliquidated |
| **Carmel, IN 46032** | ☐ Disputed |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number  **7** | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.9540**

**Nonpriority creditor's name and mailing address**
**Joshua Gage**
**2927 American Way**
**Ogden, UT 84401**
Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:  Warranty**
Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9541**

**Nonpriority creditor's name and mailing address**
**Joshua Garcia**
**82715 Horta Court**
**Indio, CA 92201**
Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:  Warranty**
Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9542**

**Nonpriority creditor's name and mailing address**
**Joshua Gleaton**
**706 E Jackson St**
**Pensacola, FL 32501**
Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:  Warranty**
Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9543**

**Nonpriority creditor's name and mailing address**
**Joshua Hartseil**
**309 SW Bridgeport Dr**
**PORT SAINT LUCIE, FL 34953**
Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:  Warranty**
Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9544**

**Nonpriority creditor's name and mailing address**
**Joshua Hartseil**
**309 SW Bridgeport Dr**
**PORT SAINT LUCIE, FL 34953**
Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:  Warranty**
Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9545**

**Nonpriority creditor's name and mailing address**
**Joshua Hartseil**
**309 SW Bridgeport Dr**
**PORT SAINT LUCIE, FL 34953**
Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed
**Basis for the claim:  Warranty**
Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
          Name

---

**3.954 6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joshua Hartseil**                                                  ☐ Contingent
**309 SW Bridgeport Dr**                                             ☐ Unliquidated
**Port Saint Lucie, FL 34953**                                       ☐ Disputed

Date(s) debt was incurred  **2023**                                 **Basis for the claim:   Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.954 7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**joshua hartseil**                                                  ☐ Contingent
**309 south west bridgeport drive**                                  ☐ Unliquidated
**port saint lucie, FL 34953**                                       ☐ Disputed

Date(s) debt was incurred  **2023**                                 **Basis for the claim:   Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.954 8**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joshua Hartseil**                                                  ☐ Contingent
**309 SW Bridgeport dr**                                             ☐ Unliquidated
**Port Saint Lucie, FL 34953**                                       ☐ Disputed

Date(s) debt was incurred  **2020**                                 **Basis for the claim:   Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.954 9**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joshua Hernandez**                                                 ☐ Contingent
**1838 Placentia Ave.**                                              ☐ Unliquidated
**Apt. 205**                                                         ☐ Disputed
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**                                 **Basis for the claim:   Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.955 0**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joshua Hmura**                                                     ☐ Contingent
**20203 Ochoa Rd**                                                   ☐ Unliquidated
**Apple Valley, CA 92307**                                           ☐ Disputed

Date(s) debt was incurred  **2021**                                 **Basis for the claim:   Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.955 1**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joshua Hu**                                                        ☐ Contingent
**3022 Mason Lane**                                                  ☐ Unliquidated
**San Mateo, CA 94403**                                              ☐ Disputed

Date(s) debt was incurred  **2021**                                 **Basis for the claim:   Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.955 2**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Joshua Jurgess**                                                   ☐ Contingent
**1355 1/2 Poli Street**                                             ☐ Unliquidated
**Ventura, CA 93001**                                                ☐ Disputed

Date(s) debt was incurred  **2021**                                 **Basis for the claim:   Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.955
3**

**Nonpriority creditor's name and mailing address**

**Joshua Kuettle**
**6674 Ventura pl**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955
4**

**Nonpriority creditor's name and mailing address**

**Joshua Lamm**
**430 North Rio Vista**
**C**
**Anaheim, CA 92806**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955
5**

**Nonpriority creditor's name and mailing address**

**Joshua Linn**
**2544 Orange Ave.**
**Apt. E**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955
6**

**Nonpriority creditor's name and mailing address**

**joshua martinez**
**10423 big spring ln**
**san antonio, TX 78223**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955
7**

**Nonpriority creditor's name and mailing address**

**Joshua McMahon**
**1233 Hill St**
**York, PA 17403-3308**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955
8**

**Nonpriority creditor's name and mailing address**

**Joshua Miller**
**914 Mae Carden**
**Visalia, CA 93291**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955
9**

**Nonpriority creditor's name and mailing address**

**Joshua Miller**
**4910 W Modoc Ct**
**Visalia, CA 93291**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.956 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **JOSHUA NELSON**<br>**1920 E SANTA FE AVE**<br>**FULLERTON, CA 92831**<br><br>Date(s) debt was incurred __2023__<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.956 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Joshua Northcutt**<br>**2705 Drayton Hall Dr**<br>**Buford, GA 30519**<br><br>Date(s) debt was incurred __2021__<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.956 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Joshua Park**<br>**211 Topaz Ave**<br>**Newport Beach, CA 92662**<br><br>Date(s) debt was incurred __2022__<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.956 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Joshua Park**<br>**3435 Wilshire Blvd**<br>**Los Angeles, CA 90010**<br><br>Date(s) debt was incurred __2022__<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.956 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Joshua Sharp**<br>**3771 Seneca Club Loop Unit C**<br>**orlando, FL 32808**<br><br>Date(s) debt was incurred __2024__<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.956 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Joshua Sharp**<br>**3771 Seneca Club Loop**<br>**Unit C**<br>**Orlando, FL 32808**<br><br>Date(s) debt was incurred __2022__<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

**3.956 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Joshua Stewart**<br>**5436 Denali Dr**<br>**Billings, MT 59101**<br><br>Date(s) debt was incurred __2024__<br>Last 4 digits of account number __ | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Electric Bike Company, LLC**                     Case number (if known) _____
_____
Name

---

| 3.956 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Teeple**
**22846 Maiden lane**
**mission viejo, CA 92692**

Date(s) debt was incurred  __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.956 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Wells**
**417 N. BELLINGER STREET**
**HERKIMER, NY 13350**

Date(s) debt was incurred  __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.956 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Wise**
**1622 Chalcedony Ct**
**Folsom, CA 95630**

Date(s) debt was incurred  __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.957 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joshua Wise Wise**
**1622 Chalcedony Ct**
**Folsom, CA 95630**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.957 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josie Milan**
**176 Enchanted Forest Drieve**
**Bayfield, CO 81122**

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.957 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josie Milan**
**176 Enchanted Forest Drive**
**Bayfield, CO 81122**

Date(s) debt was incurred  __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.957 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Josslynn Riot**
**140 Morgan Ave**
**Upway Workshop**
**Brooklyn, NY 11237**

Date(s) debt was incurred  __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                  Case number *(if known)*  _____
_____
Name

---

| 3.957 4 | |
|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Jovan Jeremic**
**18242 Santa Arabella St.**                ☐ Contingent
**Fountain Valley, CA 92708**               ☐ Unliquidated
                                            ☐ Disputed
Date(s) debt was incurred  **2023**
                                            **Basis for the claim:   Warranty**
Last 4 digits of account number _

                                            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.957 5 | |
|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Joy Anderson**
**204 Park Ave**                            ☐ Contingent
**Unit 3f**                                 ☐ Unliquidated
**Basalt, CO 81621**                        ☐ Disputed
Date(s) debt was incurred  **2025**
                                            **Basis for the claim:   Warranty**
Last 4 digits of account number _

                                            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.957 6 | |
|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Joy Choiniere**
**335 Stanford**                            ☐ Contingent
**South Lyon, MI 48178**                    ☐ Unliquidated
                                            ☐ Disputed
Date(s) debt was incurred  **2021**
                                            **Basis for the claim:   Warranty**
Last 4 digits of account number _

                                            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.957 7 | |
|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Joy Parker**
**863 Cypress Dr**                          ☐ Contingent
**Upland, CA 91784**                        ☐ Unliquidated
                                            ☐ Disputed
Date(s) debt was incurred  **2023**
                                            **Basis for the claim:   Warranty**
Last 4 digits of account number _

                                            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.957 8 | |
|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Joy Rash**
**100 Wallace Place**                       ☐ Contingent
**Arroyo Grande, CA 93420**                 ☐ Unliquidated
                                            ☐ Disputed
Date(s) debt was incurred  **2022**
                                            **Basis for the claim:   Warranty**
Last 4 digits of account number _

                                            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.957 9 | |
|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Joy Rash**
**100 WALLACE PL**                          ☐ Contingent
**ARROYO GRANDE, CA 93420**                 ☐ Unliquidated
                                            ☐ Disputed
Date(s) debt was incurred  **2021**
                                            **Basis for the claim:   Warranty**
Last 4 digits of account number _

                                            Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.958 0 | |
|---|---|

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Joy Sartorelli**
**919 Bayside Drive N5**                     ☐ Contingent
**Newport Beach, CA 92660**                  ☐ Unliquidated
                                            ☐ Disputed
Date(s) debt was incurred  **2023**
                                            **Basis for the claim:   Warranty**
Last 4 digits of account number _

                                            Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
_____
Name

---

| 3.958 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| 1 | | |

**Joy Sartorelli**
**919 Bayside Dr**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| 2 | | |

**Joyce Allen**
**27985 Via Moreno**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| 3 | | |

**Joyce Burton**
**178 W Mesquite St**
**# B20**
**Huachuca City, AZ 85616-8363**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| 4 | | |

**Joyce Burton**
**172 W Mesquite St**
**B20**
**Huachuca City, AZ 85616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| 5 | | |

**Joyce Carrera**
**5155 W. Point Loma Boulevard**
**Apt 14**
**San Diego, CA 92107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| 6 | | |

**Joyce Cook**
**570 Metroplex Drive**
**Nashville, TN 37211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| 7 | | |

**Joyce Dougherty**
**1400 E Midway Road**
**Fort Pierce, FL 34982**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.958 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joyce Dougherty**
**1400 E Midway Road**
**Ft. Pierce, FL 34982**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.958 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joyce Fitzgerald**
**5423 Spencer Ln.**
**Carlsbad, CA 92008**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.959 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joyce Hartman**
**1973 Thomas Cir**
**Placentia, CA 92870**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.959 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joyce Lyons**
**371 Barnes Rd**
**Yakima, WA 98908**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.959 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joyce Rowlands**
**30 Elm Avenue**
**Unit 102**
**Toronto, ON M4W 1N5**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.959 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Joyce Zambarano**
**626 South Ocean Ave**
**Freeport, NY 11520**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.959 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**JP Ducros**
**33531 blue lantern st**
**B**
**Dana point, CA 92629**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.9595**

**Nonpriority creditor's name and mailing address**

**JP Stone**
**1965 Sherington Place**
**Apt. K105**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9596**

**Nonpriority creditor's name and mailing address**

**Juan Alvarado**
**6 San Patricio**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9597**

**Nonpriority creditor's name and mailing address**

**Juan Barcenas**
**3031 Raleigh st**
**Denver, CO 80212**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9598**

**Nonpriority creditor's name and mailing address**

**Juan Cardenas**
**28570 Tonner Dr**
**Highland, CA 92346**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9599**

**Nonpriority creditor's name and mailing address**

**Juan Carlos Ochoa Medina**
**1155 N 92nd St**
**Unit A**
**Seattle, WA 98103**

Date(s) debt was incurred  **2025**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9600**

**Nonpriority creditor's name and mailing address**

**Juan Carlos Vazquez Rodrigues**
**2092 Wallace Ave**
**Apt B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9601**

**Nonpriority creditor's name and mailing address**

**Juan Chacin (Chad)**
**75-5919  Alii Drive**
**Apt K3**
**Kailua Kona, HI 96740-1381**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**
_____  Case number *(if known)* _____
Name

---

| 3.960 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juan Dominguez**
**10 Shoreline**
**Newport Coast, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.960 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juan Dominguez**
**3709 Amesbury Road**
**Los Angeles, CA 90027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.960 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juan Felix**
**227 Traditions Drive**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.960 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juan Felix Falcon**
**13366 Abuela Aly**
**Windermere, FL 34786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.960 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juan Flores**
**759 North Mavis Street**
**Apt 3**
**Anaheim, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.960 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juan Garcia-Rovetta**
**920 Palm Ave**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.960 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**juan jaime**
**4231 w porter ave**
**fullerton, CA 92833**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.9609**

**Nonpriority creditor's name and mailing address**

**Juan Jose Garcia**
**1463 S. Sultana Ave**
**Ontario, CA 91761**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9610**

**Nonpriority creditor's name and mailing address**

**Juan Pavia**
**19605 sunrise summit dr.**
**Santa clarita, CA 91351**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9611**

**Nonpriority creditor's name and mailing address**

**Juan Pena Espinoza**
**2717 Gonzaga Street**
**East Palo Alto, CA 95303**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9612**

**Nonpriority creditor's name and mailing address**

**Juan Soto morales**
**84 d st**
**Chula Vista, CA 91910**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9613**

**Nonpriority creditor's name and mailing address**

**Jud Crary**
**1615 Highland Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9614**

**Nonpriority creditor's name and mailing address**

**Jud Crary**
**1615 Highland**
**newport beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9615**

**Nonpriority creditor's name and mailing address**

**Jude Schubert**
**1017 E Lyon Street**
**Milwaukee, WI 53202**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                          Case number *(if known)* _____
         _____
         Name

---

**3.961 6**

**Nonpriority creditor's name and mailing address**

**Judi Kane**
**8120 Miners Meadows Ct**
**Granite Bay, CA 95746**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.961 7**

**Nonpriority creditor's name and mailing address**

**Judi Moore**
**303 Hillside drive**
**oriskany, NY 13424**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.961 8**

**Nonpriority creditor's name and mailing address**

**judith colgan**
**670 nettles blvd**
**jensen beach, FL 34957**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.961 9**

**Nonpriority creditor's name and mailing address**

**Judith Faulkner**
**809 Noe Road**
**Larkspur, CO 80118**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.962 0**

**Nonpriority creditor's name and mailing address**

**Judith Mock**
**110 Woodhaven Drive**
**Gettysburg, PA 17325-8819**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.962 1**

**Nonpriority creditor's name and mailing address**

**Judith Pena**
**200 Virginia St**
**Apt 5**
**El Segundo, CA 90245**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.962 2**

**Nonpriority creditor's name and mailing address**

**Judson Smith**
**1510 old newport bvd**
**newport beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                          Case number *(if known)* _____
_____
Name

---

**3.962
3**

**Nonpriority creditor's name and mailing address**

**Judson Walker**
**1026 Big Pine Key**
**Atlantic Beach, FL 32233**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.962
4**

**Nonpriority creditor's name and mailing address**

**Judy Bagby**
**32302 Alipaz st**
**Space 290**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.962
5**

**Nonpriority creditor's name and mailing address**

**Judy Cotta**
**541 San Luis Avenue**
**Pismo Beach, CA 93449**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.962
6**

**Nonpriority creditor's name and mailing address**

**Judy Craig**
**5861 W. 114th place**
**Westminster, CO 80020**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.962
7**

**Nonpriority creditor's name and mailing address**

**Judy Gustafson**
**1578 Maritime Drive**
**Carlsbad, CA 92011**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.962
8**

**Nonpriority creditor's name and mailing address**

**Judy Hazelwood**
**3831 Upper Saxtown Rd**
**Millstadt, IL 62260-2617**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.962
9**

**Nonpriority creditor's name and mailing address**

**Judy Hogge**
**8604 S 10th Dr**
**Phoenix, AZ 85041**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
　　　　　Name

Case number (if known) _____

---

**3.9630**

**Nonpriority creditor's name and mailing address**

**Judy Huddleston**
**1407 Sandhill Ave**
**Baldwyn, MS 38824**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.9631**

**Nonpriority creditor's name and mailing address**

**Judy Laliberte**
**98 Harrison Street**
**Duxbury, MA 02332**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.9632**

**Nonpriority creditor's name and mailing address**

**Judy Ly**
**687 45th Avenue**
**San Francisco, CA 94121**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.9633**

**Nonpriority creditor's name and mailing address**

**Judy Mayfield**
**3814 NW 60th Street**
**Kansas City, MO 64151**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.9634**

**Nonpriority creditor's name and mailing address**

**Judy Mayfield**
**3814 NW 60TH St**
**Kansas City, MO 64151**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.9635**

**Nonpriority creditor's name and mailing address**

**Judy Mikelson**
**9906 120th St E**
**Puyallup, WA 98373**

**Date(s) debt was incurred** __2023__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.9636**

**Nonpriority creditor's name and mailing address**

**Judy Mikelson**
**9906 120TH ST E**
**PUYALLUP, WA 98373**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| **3.963 7** | |

**Nonpriority creditor's name and mailing address**

**judy smith**
**28322 pueblo dr**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.963 8** | |

**Nonpriority creditor's name and mailing address**

**Judy Sorenson**
**216 N Kathryn Drive**
**Anaheim, CA 92801**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.963 9** | |

**Nonpriority creditor's name and mailing address**

**Judy Sorenson**
**212 Kathryn Dr.**
**Anaheim, CA 92801**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.964 0** | |

**Nonpriority creditor's name and mailing address**

**Judy Weidt**
**17651 E. Cindercone Road**
**Rio Verde, AZ 85263**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.964 1** | |

**Nonpriority creditor's name and mailing address**

**Judy Zetts**
**168 Chippewa Trail**
**Medford Lakes, NJ 08055**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.964 2** | |

**Nonpriority creditor's name and mailing address**

**Juergen Loenholdt**
**820 Dawhoo Street**
**P.O. Box 128**
**Edisto Beach, SC 29438**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.964 3** | |

**Nonpriority creditor's name and mailing address**

**Juil DeShon**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**    Case number (if known) _____
_____
Name

---

| 3.964 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Juju Juju**
**130 Woodland Ave**
**Reno, NV 89523**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Juleigh Crouch**
**5614 Palmer Circle**
**Unit 104**
**Bradenton, FL 34211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Juli Shewalter**
**5072 Central Ave**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Juli Worthington**
**357 Scotland St**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Juli Worthington**
**357 Scotland St**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.964 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Juli Worthington**
**357 Scotland St**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.965 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Juli Worthington**
**357 Scotland St**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____      Case number (if known) _____
Name

---

**3.965
1**

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: Check all that apply.       **$0.00**

**Juli Worthington**                                             ☐ Contingent
**357 Scotland St**                                             ☐ Unliquidated
**Dunedin, FL 34698**                                          ☐ Disputed

Date(s) debt was incurred  **2023**                            **Basis for the claim:  Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.965
2**

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: Check all that apply.       **$0.00**

**Juli Worthington**                                             ☐ Contingent
**357 Scotland St**                                             ☐ Unliquidated
**Dunedin, FL 34698**                                          ☐ Disputed

Date(s) debt was incurred  **2022**                            **Basis for the claim:  Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.965
3**

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: Check all that apply.       **$0.00**

**Juli Worthington**                                             ☐ Contingent
**357 Scotland St**                                             ☐ Unliquidated
**Dunedin, FL 34698**                                          ☐ Disputed

Date(s) debt was incurred  **2022**                            **Basis for the claim:  Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.965
4**

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: Check all that apply.       **$0.00**

**Juli Worthington**                                             ☐ Contingent
**357 Scotland St**                                             ☐ Unliquidated
**Dunedin, FL 34698**                                          ☐ Disputed

Date(s) debt was incurred  **2022**                            **Basis for the claim:  Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.965
5**

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: Check all that apply.       **$0.00**

**Julia Meakin**                                               ☐ Contingent
**89 N. Prospect St.**                                         ☐ Unliquidated
**Apartment 1**                                                ☐ Disputed
**Burlington, VT 05401**

Date(s) debt was incurred  **2021**                            **Basis for the claim:  Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.965
6**

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: Check all that apply.       **$0.00**

**Julia Moorman**                                              ☐ Contingent
**5454 Arena Way**                                             ☐ Unliquidated
**Fontana, CA 92336**                                         ☐ Disputed

Date(s) debt was incurred  **2021**                            **Basis for the claim:  Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.965
7**

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: Check all that apply.       **$0.00**

**julia pearson**                                              ☐ Contingent
**14100 Myakka Avenue**                                        ☐ Unliquidated
**Lot 8**                                                      ☐ Disputed
**Port Charlotte, FL 33953**

Date(s) debt was incurred  **2022**                            **Basis for the claim:  Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
          Name                                                    Case number *(if known)* _____

---

**3.9658**

**Nonpriority creditor's name and mailing address**

**Julia Powell**
**10540 Grovedale Drive**
**Whittier, CA 90603**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9659**

**Nonpriority creditor's name and mailing address**

**Julia Rodriguez**
**21380 abigail Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9660**

**Nonpriority creditor's name and mailing address**

**Julia Rodriguez**
**21380 Abigail Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9661**

**Nonpriority creditor's name and mailing address**

**Julia Stephens**
**76 Briarwood**
**Irvine, CA 92604**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9662**

**Nonpriority creditor's name and mailing address**

**Julia Wilson**
**4225 BOBLETT RD**
**BLAINE, WA 98230-5200**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9663**

**Nonpriority creditor's name and mailing address**

**Julia Wilson**
**4225 Boblett RD**
**Blaine, WA 98230-5200**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9664**

**Nonpriority creditor's name and mailing address**

**Julia Winkelmann**
**3 Park Plaza**
**Irvine, CA 92614**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.966
5**

**Nonpriority creditor's name and mailing address**
**Julia Workman**
**1025 Kings View Ct.**
**Henderson, NV 89002**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.966
6**

**Nonpriority creditor's name and mailing address**
**Julian Echols**
**26 N. Tucker St**
**Unit#1**
**Memphis, TN 38104**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.966
7**

**Nonpriority creditor's name and mailing address**
**julian Huxley**
**150 Karina Pl.**
**Canton, GA 30115**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.966
8**

**Nonpriority creditor's name and mailing address**
**Julian Mendez**
**1510 Newport blvd**
**Newport Beach, CA 92627**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.966
9**

**Nonpriority creditor's name and mailing address**
**julian mendez**
**1230 avenida rosa mundi**
**san jacinto, CA 92583**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.967
0**

**Nonpriority creditor's name and mailing address**
**Julian Perez**
**7667 Yorktown Avenue**
**Huntington Beach, CA 92648**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.967
1**

**Nonpriority creditor's name and mailing address**
**Juliana Gomes**
**1101 Rue Rachel E**
**app 1209 (elevator Floor 12A)**
**Montral, QC H2J 2J7**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.967 2**

**Nonpriority creditor's name and mailing address**

**Juliana Rice**
**691 Summit Pl 691 Summit Pl**
**Sedro Woolley, WA 98284-8808**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.967 3**

**Nonpriority creditor's name and mailing address**

**Juliana Stutchbury**
**173 Fairmount Ave**
**Chatham, NJ 07928**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.967 4**

**Nonpriority creditor's name and mailing address**

**Juliana Stutchbury**
**173 Fairmount Ave**
**Chatham, NJ 07928**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.967 5**

**Nonpriority creditor's name and mailing address**

**Julianne Frabizio**
**223A 23rd St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.967 6**

**Nonpriority creditor's name and mailing address**

**Julianne Gonzalez**
**1176 Kensington Lane**
**Lincoln, CA 95648**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.967 7**

**Nonpriority creditor's name and mailing address**

**Julianne Roberts**
**542 Sturgeon Dr**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.967 8**

**Nonpriority creditor's name and mailing address**

**Julie Anderson**
**7191 Stonewood Dr**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

**3.9679**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Julie Andrews**                                                  ☐ Contingent
**262 Linderman Ave**                                              ☐ Unliquidated
**Kingston, NY 12401**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                               Basis for the claim:  **Warranty**

Last 4 digits of account number __                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.9680**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Julie Bakas**                                                   ☐ Contingent
**7006 Grove Ave**                                                ☐ Unliquidated
**Highland, CA 92346**                                            ☐ Disputed

Date(s) debt was incurred  **2022**                               Basis for the claim:  **Warranty**

Last 4 digits of account number __                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.9681**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Julie Brunell**                                                 ☐ Contingent
**16 Autumn Drive**                                               ☐ Unliquidated
**Plattsburgh, NY 12901**                                         ☐ Disputed

Date(s) debt was incurred  **2021**                               Basis for the claim:  **Warranty**

Last 4 digits of account number __                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.9682**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Julie Chouinard**                                               ☐ Contingent
**6850 Williamsbury Circle**                                      ☐ Unliquidated
**Clarkston, MI 48348**                                           ☐ Disputed

Date(s) debt was incurred  **2024**                               Basis for the claim:  **Warranty**

Last 4 digits of account number __                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.9683**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Julie Cornejo**                                                 ☐ Contingent
**1501 Newport Blvd**                                             ☐ Unliquidated
**Costa Mesa, CA 92627**                                          ☐ Disputed

Date(s) debt was incurred  **2023**                               Basis for the claim:  **Warranty**

Last 4 digits of account number __                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.9684**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Julie Cornejo**                                                 ☐ Contingent
**2657 Redlands Dr.**                                             ☐ Unliquidated
**Costa Mesa, CA 92627**                                          ☐ Disputed

Date(s) debt was incurred  **2022**                               Basis for the claim:  **Warranty**

Last 4 digits of account number __                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.9685**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Julie Cornejo**                                                 ☐ Contingent
**2655 Redlands Dr**                                              ☐ Unliquidated
**Costa Mesa, CA 92627**                                          ☐ Disputed

Date(s) debt was incurred  **2022**                               Basis for the claim:  **Warranty**

Last 4 digits of account number __                                Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.968
6**

**Nonpriority creditor's name and mailing address**

**julie costello**
**9761 Kings Canyon Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.968
7**

**Nonpriority creditor's name and mailing address**

**Julie Craft**
**12976 Walbeck Dr.**
**Fishers, IN 46037**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.968
8**

**Nonpriority creditor's name and mailing address**

**Julie Craig**
**131 hermosillo rd**
**Santa barbara, CA 93108**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.968
9**

**Nonpriority creditor's name and mailing address**

**Julie Davidson**
**422 Cribbage Lane**
**San Marcos, CA 92078**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.969
0**

**Nonpriority creditor's name and mailing address**

**Julie DeShazo**
**2207 Vizcaya Cir**
**Campbell, CA 95008**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.969
1**

**Nonpriority creditor's name and mailing address**

**Julie Devine Wolff**
**201 Wendt Road**
**Yakima, WA 98901**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.969
2**

**Nonpriority creditor's name and mailing address**

**Julie Doman**
**16718 Smoke Tree Street**
**Hesperia, CA 92345**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                           Case number (if known) _____
_____
Name

---

**3.969
3**

**Nonpriority creditor's name and mailing address**

**Julie Feigleson**
**52 WHITAKER CIR**
**KAYSVILLE, UT 84037**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.969
4**

**Nonpriority creditor's name and mailing address**

**Julie Flaherty**
**484 Beaty St**
**Davidson, NC 28036**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.969
5**

**Nonpriority creditor's name and mailing address**

**Julie Ford**
**15 Pitts Lane**
**Lampe, MO 65681**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.969
6**

**Nonpriority creditor's name and mailing address**

**Julie Frank**
**13650 North Frontage Rd., space 1206**
**Yuma, AZ 85367**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.969
7**

**Nonpriority creditor's name and mailing address**

**Julie Frank**
**3605 FM 511 Site 157**
**brownsville, TX 78526**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.969
8**

**Nonpriority creditor's name and mailing address**

**Julie Frank**
**W7390 hickory lane**
**Pardeeville, WI 53954**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.969
9**

**Nonpriority creditor's name and mailing address**

**Julie Frank**
**W7390 Hickory Lane**
**Pardeeville, WI 53954-9513**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                           **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                      Case number (if known) _____
　　　　　Name

---

**3.9700**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Julie Gasperini**                                              ☐ Contingent
**700 29th Street**                                             ☐ Unliquidated
**Manhattan Beach, CA 90266**                                   ☐ Disputed

Date(s) debt was incurred **2025**                              Basis for the claim:  **Warranty**

Last 4 digits of account number **7**                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9701**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Julie Gasperini**                                             ☐ Contingent
**700 29th St**                                                ☐ Unliquidated
**Manhattan Beach, CA 90266**                                   ☐ Disputed

Date(s) debt was incurred **2022**                              Basis for the claim:  **Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9702**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Julie Gasperini**                                             ☐ Contingent
**700 29th Street**                                            ☐ Unliquidated
**Manhattan Beach, CA 90266**                                   ☐ Disputed

Date(s) debt was incurred **2020**                              Basis for the claim:  **Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9703**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Julie Gattuso**                                              ☐ Contingent
**15369 Canyon Bay Run**                                       ☐ Unliquidated
**Fort Wayne, IN 46845**                                       ☐ Disputed

Date(s) debt was incurred **2025**                              Basis for the claim:  **Warranty**

Last 4 digits of account number **7**                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9704**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Julie Gattuso**                                              ☐ Contingent
**319 NW 205th St**                                            ☐ Unliquidated
**Shoreline, WA 98177**                                        ☐ Disputed

Date(s) debt was incurred **2025**                              Basis for the claim:  **Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9705**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Julie Glover**                                               ☐ Contingent
**Steve Paul 30A Electric**                                    ☐ Unliquidated
**100 North Lake Drive**                                       ☐ Disputed
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred **2024**                              Basis for the claim:  **Warranty**

Last 4 digits of account number _                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.9706**

Nonpriority creditor's name and mailing address                 As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Julie Haag**                                                 ☐ Contingent
**3901 Marcus Avenue**                                         ☐ Unliquidated
**Newport Beach, CA 92663**                                    ☐ Disputed

Date(s) debt was incurred **2025**                              Basis for the claim:  **Warranty**

Last 4 digits of account number **7**                          Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.970 7**

**Nonpriority creditor's name and mailing address**

**Julie Hale**
**31 Long Point Drive**
**Beaufort, SC 29907**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.970 8**

**Nonpriority creditor's name and mailing address**

**Julie Hamilton**
**269 MOUNTAIN CT**
**BREA, CA 92821**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.970 9**

**Nonpriority creditor's name and mailing address**

**Julie Harrison**
**3008 Davis Valley Road**
**Stewartstown, PA 17363**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.971 0**

**Nonpriority creditor's name and mailing address**

**Julie Haskett**
**4624 Selby Court NE**
**Salem, OR 97305**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.971 1**

**Nonpriority creditor's name and mailing address**

**Julie Hendrick**
**6330 Adams St.**
**Port Richey, FL 34652**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.971 2**

**Nonpriority creditor's name and mailing address**

**Julie Hendrick**
**N 461 E. Fairland Circle**
**Menominee, MI 49858**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.971 3**

**Nonpriority creditor's name and mailing address**

**Julie Hopson**
**14 Loomis Ferry Road**
**Hilton Head, SC 29928**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

_____  Case number *(if known)* _____

Name

---

**3.971
4**

**Nonpriority creditor's name and mailing address**

**Julie Hopson**
**14 Loomis Ferry Road**
**Hilton Head Island, SC 29928**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.971
5**

**Nonpriority creditor's name and mailing address**

**Julie Hornsby**
**2403 loxford lane**
**Alpharetta, GA 30009**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.971
6**

**Nonpriority creditor's name and mailing address**

**Julie Hornsby**
**741 Black Bear Trail**
**Robbinsville, NC 28771**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.971
7**

**Nonpriority creditor's name and mailing address**

**Julie Ireland**
**2235 East Dr.**
**Lawrence, KS 66046**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.971
8**

**Nonpriority creditor's name and mailing address**

**Julie Isaacs**
**N6690 Woodfield Lane**
**Lake Mills, WI 53551**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.971
9**

**Nonpriority creditor's name and mailing address**

**Julie Jordan**
**4200 Park Newport**
**Apt. 210**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.972
0**

**Nonpriority creditor's name and mailing address**

**Julie Kim**
**1834 Quartet Circle**
**Vienna, VA 22182**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known)

| 3.972 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Julie Kim** **10201 Wincopin Circle** **#301** **Columbia, MD 21044** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  2021 | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.972 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Julie Knutson** **1604 Merriman Ave** **Charlotte, NC 28203** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  2024 | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.972 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Julie Koehn** **6067 NW 130th St** **Burns, KS 66840** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  2024 | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.972 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Julie Kramer** **713 Larksbur Ave.** **Corona del Mar, CA 92625** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  2021 | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.972 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Julie Lenk** **525 El Modena** **Newport Beach, CA 92663** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  2021 | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.972 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Julie M Will** **15058 CITRUS TREE CT** **Alva, FL 33920** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  2024 | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.972 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Julie Macecevic** **365 GAULT ST** **SANTA CRUZ, CA 95062-2235** | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred  2021 | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number *(if known)*  _____

---

**3.972**
**8**

**Nonpriority creditor's name and mailing address**

**Julie McEachin**
**8841 Arcel Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.972**
**9**

**Nonpriority creditor's name and mailing address**

**julie mcfarlane**
**14954 East Drive**
**Conroe, TX 77302**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.973**
**0**

**Nonpriority creditor's name and mailing address**

**Julie McKeown**
**8407 Bell St.**
**Pasco, WA 99301**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.973**
**1**

**Nonpriority creditor's name and mailing address**

**Julie Mehalik**
**2130 Talmage Dr**
**Leland, NC 28451**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.973**
**2**

**Nonpriority creditor's name and mailing address**

**Julie Mehalik**
**2130 Talmage Dr**
**Leland, NC 28451**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.973**
**3**

**Nonpriority creditor's name and mailing address**

**Julie Miller**
**5141 W Knoll Dr**
**Yorba Linda, CA 92886**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.973**
**4**

**Nonpriority creditor's name and mailing address**

**Julie Miller**
**5141 w knoll dr**
**yorba linda, CA 92886**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**
_____    Case number *(if known)* _____
Name

---

**3.973
5**

**Nonpriority creditor's name and mailing address**

**Julie Moss**
**20712 Elizabeth Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.973
6**

**Nonpriority creditor's name and mailing address**

**Julie Nance**
**431 Cabrillo St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.973
7**

**Nonpriority creditor's name and mailing address**

**Julie Norton**
**21601 Pacific Coast Highway**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.973
8**

**Nonpriority creditor's name and mailing address**

**julie Pallis**
**312 manhattan ve**
**manhattan beach, CA 90266**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.973
9**

**Nonpriority creditor's name and mailing address**

**Julie Palomino Drews**
**7708 171st St. SW**
**Edmonds, WA 98026**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.974
0**

**Nonpriority creditor's name and mailing address**

**Julie Pennell**
**1340 S Delaware Ave**
**Springfield, MO 65804**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.974
1**

**Nonpriority creditor's name and mailing address**

**Julie Pickard**
**1406 Yorkshire Ave**
**Casper, WY 82609**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.974
2**

**Nonpriority creditor's name and mailing address**

**Julie Pickard
1406 Yorkshire Ave
Casper, WY 82609**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.974
3**

**Nonpriority creditor's name and mailing address**

**Julie Reed
40905 Vista Calma
Palmdale, CA 93551-1192**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.974
4**

**Nonpriority creditor's name and mailing address**

**Julie Ronai
4019 Saint Andrews Ct
Cramerton, NC 28032**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.974
5**

**Nonpriority creditor's name and mailing address**

**Julie rutter
500 San Bernardino Ave
Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.974
6**

**Nonpriority creditor's name and mailing address**

**Julie Sandness
1004 Abby Lane
Pittsburg, KS 66762**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.974
7**

**Nonpriority creditor's name and mailing address**

**Julie Sayre
20 Hope St
Bristol, RI 02809**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.974
8**

**Nonpriority creditor's name and mailing address**

**Julie Scarlett
20702 El Toro Road
apt 527
Lake Forest, CA 92630**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.9749**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Julie Smith**
**1978 Tustin Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9750**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Julie Stephens**
**76 Briarwood**
**Irvine, CA 92604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9751**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Julie Stevens**
**9900 Wilbur May Pkwy**
**Condo 1203**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9752**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Julie Strassner**
**30803 Via La Cresta**
**Rancho Palod Verdes, CA 90275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9753**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Julie Thompson**
**77800 Walters Rd**
**Maupin, OR 97037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9754**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Julie Torrisi-Coffey**
**84 Mendham Avenue**
**Hastings On Hudson, NY 10706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.9755**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**julie Von Tersch**
**31594 West Nine dr**
**laguna niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                Case number *(if known)* _____
_____
Name

---

**3.975 6**

**Nonpriority creditor's name and mailing address**

**Julie Walsh**
**126 warren st**
**Revere, MA 02151**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.975 7**

**Nonpriority creditor's name and mailing address**

**JULIE WALSH**
**126 Warren Street**
**Revere, MA 02151**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.975 8**

**Nonpriority creditor's name and mailing address**

**Julie Weyenberg**
**249 Muttart Rd**
**Neenah, WI 54956**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.975 9**

**Nonpriority creditor's name and mailing address**

**Julie Will**
**15058 CITRUS TREE CT**
**Alva, FL 33920**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.976 0**

**Nonpriority creditor's name and mailing address**

**Julie Williams**
**8313 N 186th Ave**
**Waddell, AZ 85355**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.976 1**

**Nonpriority creditor's name and mailing address**

**Julie Williams**
**21639 N 87th Dr**
**Peoria, AZ 85382**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.976 2**

**Nonpriority creditor's name and mailing address**

**Julie Young**
**2505 QUIET TRAIL LN**
**Sacramento, CA 95834**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.976 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Julie Young** | ☐ Contingent | |
| **3830 Duckhorn Dr. Apt.#3112** | ☐ Unliquidated | |
| **SACRAMENTO, CA 95834** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.976 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Juliette Funiciello** | ☐ Contingent | |
| **15 Foxhound Run** | ☐ Unliquidated | |
| **Saratoga Springs, NY 12866-5784** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.976 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Juliette Funiciello** | ☐ Contingent | |
| **15 Foxhound Run** | ☐ Unliquidated | |
| **Saratoga Springs, NY 12866** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.976 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **JulietteFuniciello Funiciello** | ☐ Contingent | |
| **15 Foxhound Run** | ☐ Unliquidated | |
| **Saratoga Springs, NY 12866** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.976 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Julio Buelna** | ☐ Contingent | |
| **208 Echols** | ☐ Unliquidated | |
| **Charlottesville, VA 22904** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.976 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Julio Duran** | ☐ Contingent | |
| **2441 Malabar St** | ☐ Unliquidated | |
| **Los Angeles, CA 90033** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.976 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **julio Zacarias** | ☐ Contingent | |
| **9566 Bolton Ave** | ☐ Unliquidated | |
| **Montclair, CA 91763** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.977 0**

**Nonpriority creditor's name and mailing address**

**June Ornelas**
**P.O. Box 6948**
**Ketchum, ID 83340**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.977 1**

**Nonpriority creditor's name and mailing address**

**Juner Schulz**
**N16W26521 Meadowgrass Cir**
**Unit C**
**Pewaukee, WI 53072**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.977 2**

**Nonpriority creditor's name and mailing address**

**Juner Schulz**
**N16W26521 MEADOWGRASS CIR**
**UNIT C**
**PEWAUKEE, WI 53072-6665**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.977 3**

**Nonpriority creditor's name and mailing address**

**Juner Schulz**
**N16W26521 Meadowgrass Cir**
**Unit C**
**Pewaukee, WI 53072**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.977 4**

**Nonpriority creditor's name and mailing address**

**Juner Schulz**
**N 16 W 26521 Meadow Grass Cir**
**Unit C**
**Pewaukee, WI 53072**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.977 5**

**Nonpriority creditor's name and mailing address**

**Justin Chambers**
**729 35th Ave North**
**St Petersburg, FL 33704**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.977 6**

**Nonpriority creditor's name and mailing address**

**Justin Churchill**
**4607 Walnut Knoll Dr**
**Matthews, NC 28105**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

---

**3.977**
**7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Justin DeVries**                                          ☐ Contingent
**3473 wilex ave sw**                                       ☐ Unliquidated
**Wyoming, MI 49519**                                       ☐ Disputed

Date(s) debt was incurred  **2025**                          **Basis for the claim:**  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.977**
**8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Justin Dietz**                                            ☐ Contingent
**278 Glen Woods Trail**                                    ☐ Unliquidated
**Gaylord, MI 49735**                                       ☐ Disputed

Date(s) debt was incurred  **2022**                          **Basis for the claim:**  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.977**
**9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Justin Dworkin**                                          ☐ Contingent
**33 Gamella St.**                                          ☐ Unliquidated
**Rancho Mission Viejo, CA 92694**                          ☐ Disputed

Date(s) debt was incurred  **2020**                          **Basis for the claim:**  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.978**
**0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Justin Farmer**                                           ☐ Contingent
**353 Mt Carmel Rd**                                        ☐ Unliquidated
**Columbia, KY 42728**                                      ☐ Disputed

Date(s) debt was incurred  **2020**                          **Basis for the claim:**  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.978**
**1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Justin Flint**                                            ☐ Contingent
**5130 148th Street West**                                  ☐ Unliquidated
**Apple Valley, MN 55124**                                  ☐ Disputed

Date(s) debt was incurred  **2021**                          **Basis for the claim:**  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.978**
**2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Justin Gallop**                                           ☐ Contingent
**919 27th Ave**                                            ☐ Unliquidated
**A**                                                       ☐ Disputed
**Seattle, WA 98122**

Date(s) debt was incurred  **2023**                          **Basis for the claim:**  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

**3.978**
**3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Justin Hauver**                                           ☐ Contingent
**4945 Washington St**                                      ☐ Unliquidated
**Apt 308**                                                 ☐ Disputed
**Boston, MA 02132**

Date(s) debt was incurred  **2024**                          **Basis for the claim:**  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                 Case number (if known) _____
          Name

---

**3.978
4**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Justin Holmes**                                                      ☐ Contingent
**915 Gold Cir**                                                       ☐ Unliquidated
**Ventura, CA 93004**                                                  ☐ Disputed

Date(s) debt was incurred  **2022**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.978
5**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Justin Humphreys**                                                   ☐ Contingent
**868 Birdie View Point**                                             ☐ Unliquidated
**Sanibel, FL 33957**                                                  ☐ Disputed

Date(s) debt was incurred  **2023**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.978
6**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Justin Kemmer**                                                      ☐ Contingent
**4937 Marrieta Street**                                             ☐ Unliquidated
**Jurupa Valley, CA 91752**                                          ☐ Disputed

Date(s) debt was incurred  **2023**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.978
7**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Justin Lassahn**                                                     ☐ Contingent
**2646 Industrial Parkway**                                          ☐ Unliquidated
**suite 100**                                                         ☐ Disputed
**Santa Maria, CA 93455**

Date(s) debt was incurred  **2023**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.978
8**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Justin Lee**                                                        ☐ Contingent
**17712 55 Ave NW**                                                  ☐ Unliquidated
**Edmonton, AB T6M 1C9**                                             ☐ Disputed

Date(s) debt was incurred  **2022**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.978
9**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Justin Lees**                                                       ☐ Contingent
**26116 112th St E**                                                 ☐ Unliquidated
**Buckley, WA 98321**                                                ☐ Disputed

Date(s) debt was incurred  **2024**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.979
0**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Justin Magee**                                                      ☐ Contingent
**324 Gentry St**                                                     ☐ Unliquidated
**HERMOSA BEACH, CA 90254**                                          ☐ Disputed

Date(s) debt was incurred  **2024**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

**3.979**
**1**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Justin McCoy**
**11 Sparta**
**Irvine, CA 92614-0237**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**
Last 4 digits of account number __        Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.979**
**2**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Justin Moore**
**101 LITTLE MELODY LN**
**LAKE FOREST, IL 60045**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**
Last 4 digits of account number __        Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.979**
**3**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Justin moore**
**101 Little Melody Lane**
**Lake Forest, IL 60045**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**
Last 4 digits of account number __        Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.979**
**4**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Justin Moore**
**101 LITTLE MELODY LN**
**LAKE FOREST, IL 60045**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**
Last 4 digits of account number __        Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.979**
**5**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Justin Nesbitt**
**1220 Park Newport**
**# 220**
**Newport Beach, CA 92660**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**
Last 4 digits of account number __        Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.979**
**6**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Justin Owens**
**13909 Woodmont Avenue**
**Bonner Springs, KS 66012**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**
Last 4 digits of account number __        Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.979**
**7**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Justin Paulus**
**13786 Staghorn Ct**
**Yucaipa, CA 92399**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**
Last 4 digits of account number __        Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.9798**

Nonpriority creditor's name and mailing address

**Justin Peterson**
**1827 Dorrit St.**
**Newbury Park, CA 91320**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9799**

Nonpriority creditor's name and mailing address

**Justin Peterson**
**1827 Dorrit St**
**Newbury Park, CA 91320**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9800**

Nonpriority creditor's name and mailing address

**Justin Pieper**
**11028 Edgewood Ave N**
**Champlin, MN 55316**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9801**

Nonpriority creditor's name and mailing address

**Justin Post**
**78620 Sanita Dr.**
**La Quinta, CA 92253**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9802**

Nonpriority creditor's name and mailing address

**Justin Post**
**78620 Sanita Dr.**
**La Quinta, CA 92253**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9803**

Nonpriority creditor's name and mailing address

**Justin Rydalch**
**2624 Vista Del Oro**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9804**

Nonpriority creditor's name and mailing address

**Justin Silver**
**1600 Fillmore Street**
**417**
**Denver, CO 80206**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.980 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Suddeth**
**1424 Florida Ave NW**
**Unit 2**
**Washington, SC 20009**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Taylor**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Taylor**
**1945 placentia ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Taylor**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**justin taylor**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin W Hall**
**637 Somerset Drive**
**Golden, CO 80401**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Justin Weaver**
**27820 E Lakeview Dr**
**Aurora, CO 80016**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.981 2**

Nonpriority creditor's name and mailing address

**Justin Willett**
**2700 Greenbriar Dr**
**COLUMBIA, MO 65203-3666**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.981 3**

Nonpriority creditor's name and mailing address

**Justin Williams**
**202 Fern St**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.981 4**

Nonpriority creditor's name and mailing address

**JUSTINE DE GRANDPRE**
**1518 Carver St**
**Redondo Beach, CA 90278**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.981 5**

Nonpriority creditor's name and mailing address

**Justine Nichols**
**10 Woodhaven Ct SW**
**Cartersville, GA 30120-8001**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.981 6**

Nonpriority creditor's name and mailing address

**Justine Tseng**
**21301 Erwin st**
**Unit 544**
**Woodland Hills, CA 91367**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.981 7**

Nonpriority creditor's name and mailing address

**justine tseng**
**21301 Erwin St Unit 544**
**Woodland Hills, CA 91367**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.981 8**

Nonpriority creditor's name and mailing address

**Justine Tseng**
**21301 Erwin st**
**Unit 544**
**Woodland Hills, CA 91367**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.981 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**justine tseng**
**21301 Erwin St Unit 544**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.982 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Justine Tseng**
**21301 Erwin St Unit #544**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.982 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juve Reyes**
**2618 San Miguel Drive No. 478**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.982 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Juvenal Furtado**
**144 11th St**
**F**
**Seal Beach, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.982 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**JZ Zylstra**
**2036 Quail st**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.982 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**k henson**
**5309 s broken bow Dr**
**Birmingham, AL 35242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.982 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**K J**
**3514 Bronxwood Ave**
**Bronx, NY 10469**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.982 6**

**Nonpriority creditor's name and mailing address**

**K Kaiwi**
**64 Half Moon Bend**
**Coronado, CA 92118**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.982 7**

**Nonpriority creditor's name and mailing address**

**K Vinnie Saint John**
**16 Sea Island Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.982 8**

**Nonpriority creditor's name and mailing address**

**K. Suzanne Nash**
**111 Walker Street**
**Weston, MA 02493**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.982 9**

**Nonpriority creditor's name and mailing address**

**Kabunda Mutambaie**
**14555 whitesettlement road**
**5**
**Fort worth, TX 76108**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.983 0**

**Nonpriority creditor's name and mailing address**

**Kacey Taormina**
**459 Abbie Way**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.983 1**

**Nonpriority creditor's name and mailing address**

**Kachemak Gear Shed Lloyd Moore**
**3216 70 th Avenue East**
**fife, WA 98424**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.983 2**

**Nonpriority creditor's name and mailing address**

**Kade Smith**
**1069 S 660 E**
**St George, UT 84790-5659**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.983 3**

**Nonpriority creditor's name and mailing address**

**Kadee Vannorsdall**
**1430 S Hillcrest drive**
**Visalia, CA 93292**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.983 4**

**Nonpriority creditor's name and mailing address**

**Kaden Bruner**
**18391 Gaspe Circle**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.983 5**

**Nonpriority creditor's name and mailing address**

**Kadish Corley**
**523 west 152nd street**
**Apt 43**
**New York, NY 10031**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.983 6**

**Nonpriority creditor's name and mailing address**

**Kae Nakajo-Robben**
**22640 Ellinwood Drive**
**Torrance, CA 90505**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.983 7**

**Nonpriority creditor's name and mailing address**

**Kaelin Deegan**
**141 Laurent**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.983 8**

**Nonpriority creditor's name and mailing address**

**Kai Alexandra Hill**
**214 W Mission St**
**Santa Barbara, CA 93101**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.983 9**

**Nonpriority creditor's name and mailing address**

**Kaileen Harmon**
**19091 Tigerfish Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.984 0**

**Nonpriority creditor's name and mailing address**

**Kaitlyn Addante**
**334 Monte Carlo**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.984 1**

**Nonpriority creditor's name and mailing address**

**Kaitlyn Kwasnik**
**9 Cross Brook Drive**
**Califon, NJ 07830**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.984 2**

**Nonpriority creditor's name and mailing address**

**Kaitlyn Norman**
**7614 Rush River Dr**
**Apt 137**
**Sacramento, CA 95831**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.984 3**

**Nonpriority creditor's name and mailing address**

**Kaitlyn Phillips**
**546 NE 86TH ST**
**Seattle, WA 98115**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.984 4**

**Nonpriority creditor's name and mailing address**

**Kaitlyn Reiner**
**28425 Mirabelle Ln**
**Santa Clarita, CA 91350**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.984 5**

**Nonpriority creditor's name and mailing address**

**KAL SALEM**
**6602 E CORRINE DR**
**SCOTTSDALE, AZ 85254**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.984 6**

**Nonpriority creditor's name and mailing address**

**Kaleb Anderson**
**13863 Fountain Court**
**Apple Valley, MN 55124**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.9847**

**Nonpriority creditor's name and mailing address**

**Kalee Chrissanthos**
**2605 Grant Ave**
**#B**
**Redondo Beach, CA 90278**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9848**

**Nonpriority creditor's name and mailing address**

**Kali Medina**
**16846 Millstone Drive**
**Milton, DE 19968**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9849**

**Nonpriority creditor's name and mailing address**

**kalin hatfield**
**24242 Santa Clara Ave**
**#3**
**dana point, CA 92629**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9850**

**Nonpriority creditor's name and mailing address**

**Kalina Pambianco**
**3423 Schuelke Rd**
**Niederwald, TX 78640**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9851**

**Nonpriority creditor's name and mailing address**

**Kalli Anderson**
**28431 Las Arubas**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9852**

**Nonpriority creditor's name and mailing address**

**Kameron Lineback**
**1937 Columbia Pike**
**Apt 21**
**Arlington, VA 22204-6107**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9853**

**Nonpriority creditor's name and mailing address**

**Kamran Southerland**
**6111 Leeward Ln**
**Wilmington, NC 28409**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.985
4**

**Nonpriority creditor's name and mailing address**

**Kamri Roberts**
**30524 Emperor Drive**
**Canyon Lake, CA 92587**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.985
5**

**Nonpriority creditor's name and mailing address**

**Kandi Brown**
**832 Gregg Rd**
**Friendsville, TN 37737**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.985
6**

**Nonpriority creditor's name and mailing address**

**kandis carlson**
**8251 bryant dr**
**huntington beach, CA 92647**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.985
7**

**Nonpriority creditor's name and mailing address**

**Kandra Wooten**
**32468 Crown Valley Pkwy**
**109**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.985
8**

**Nonpriority creditor's name and mailing address**

**Kanji Iwabuchi**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.985
9**

**Nonpriority creditor's name and mailing address**

**Kara Carlson**
**1721 Orchard dr.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.986
0**

**Nonpriority creditor's name and mailing address**

**Kara Rito**
**170 Gitano**
**Irvine, CA 92618**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.986**
**1**

**Nonpriority creditor's name and mailing address**
**Kara Warrensford**
**804 S Shiloh Rd**
**Seymour, TN 37865**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.986**
**2**

**Nonpriority creditor's name and mailing address**
**Karan Johnson**
**3574 State Rd 81**
**Platteville, WI 53818**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.986**
**3**

**Nonpriority creditor's name and mailing address**
**Karee Byrne**
**7773 South Birch Ridge Road**
**Britt, MN 55710**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.986**
**4**

**Nonpriority creditor's name and mailing address**
**Karen Ardito**
**15 Hickory Lane**
**East Moriches, NY 11940**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.986**
**5**

**Nonpriority creditor's name and mailing address**
**Karen Baniaga**
**250 22nd Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.986**
**6**

**Nonpriority creditor's name and mailing address**
**Karen Beach**
**947 Winston Circle**
**Corona, CA 92881**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.986**
**7**

**Nonpriority creditor's name and mailing address**
**Karen Bental**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.9868**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Karen Bernier**
**101 Western Avenue**
**Essex, MA 01929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9869**

**Nonpriority creditor's name and mailing address**

**Karen Boerner**
**7900 CORCORAN TRL E**
**HAMEL, MN 55340**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9870**

**Nonpriority creditor's name and mailing address**

**Karen Boerner**
**7900 Corcoran Trail East**
**Corcoran, MN 55340**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9871**

**Nonpriority creditor's name and mailing address**

**Karen Boyd**
**20 Resorts Blvd**
**Mountain Falls Motorcoach Resort**
**LAKE TOXAWAY, NC 28747**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9872**

**Nonpriority creditor's name and mailing address**

**Karen Boyd**
**1708 Sherburne Drive**
**Keller, TX 76262**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9873**

**Nonpriority creditor's name and mailing address**

**Karen Bruce**
**274 Riviera Dr**
**San Rafael, CA 94901**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9874**

**Nonpriority creditor's name and mailing address**

**Karen Buxbuam**
**227 Kiva Court**
**Palm Desert, CA 92260**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**$0.00**

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.987 5**

**Nonpriority creditor's name and mailing address**

**Karen Castro**
**2923 Laurel St.**
**San Diego, CA 92104**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.987 6**

**Nonpriority creditor's name and mailing address**

**Karen Cherry**
**5-7215 Kuhio Hwy**
**Hanalei, HI 96714**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.987 7**

**Nonpriority creditor's name and mailing address**

**Karen Chitwood**
**P.O. Box 526**
**805 San Joaquin Street**
**Maricopa, CA 93252**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.987 8**

**Nonpriority creditor's name and mailing address**

**Karen Chitwood**
**805 San Joaquin Street**
**Maricopa, CA 93252**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.987 9**

**Nonpriority creditor's name and mailing address**

**Karen Cossette**
**524 Tomahawk Drive**
**Palm Desert, CA 92211**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.988 0**

**Nonpriority creditor's name and mailing address**

**karen cottle**
**37 Cape Andover**
**newport beach, CA 92660**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.988 1**

**Nonpriority creditor's name and mailing address**

**Karen Cova**
**17 Santa Loretta**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.988
2**

**Nonpriority creditor's name and mailing address**

**Karen Crow**
**1974 Continental Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.988
3**

**Nonpriority creditor's name and mailing address**

**Karen Dillard**
**411 McKinley Avenue**
**Charleston**
**Charleston, WV 25314**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.988
4**

**Nonpriority creditor's name and mailing address**

**KAREN DINSMORE**
**504 N Saginaw Ave**
**Hines, OR 97738**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.988
5**

**Nonpriority creditor's name and mailing address**

**Karen Doble**
**1350 Anthony Wayne Drive**
**Wayne, PA 19087**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.988
6**

**Nonpriority creditor's name and mailing address**

**Karen Durant**
**1945 Placentia Ave Unit A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.988
7**

**Nonpriority creditor's name and mailing address**

**Karen Edwards**
**4660 N. Jensen Street**
**Las Vegas, NV 89129**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.988
8**

**Nonpriority creditor's name and mailing address**

**Karen Farquhar**
**1973 Kornat Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.9889**

**Nonpriority creditor's name and mailing address**

**Karen Fathollahi**
**2 Royal Saint George Rd**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9890**

**Nonpriority creditor's name and mailing address**

**Karen Frarer**
**2976 E Marlene Dr**
**Gilbert, AZ 85296**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9891**

**Nonpriority creditor's name and mailing address**

**Karen Frarer**
**1945 placenta ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9892**

**Nonpriority creditor's name and mailing address**

**Karen Friesen**
**1040 Bucknell Court**
**Livermore, CA 94550**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9893**

**Nonpriority creditor's name and mailing address**

**karen gabriel**
**205 frost road**
**saluda, NC 28773**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9894**

**Nonpriority creditor's name and mailing address**

**Karen Gayler**
**1285 Mill Pond Rd**
**Newborn, GA 30056**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9895**

**Nonpriority creditor's name and mailing address**

**Karen Goddard**
**29357 Madeira Ln**
**Valencia, CA 91354**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
                  Name

---

| 3.989 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Guevara**
**2233 Bardale Ave**
**San Pedro, CA 90731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Hock**
**103 Barn Swallow Court**
**Youngsville, NC 27596**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Hogan**
**49 CONCEPCION ST**
**RANCHO MISSION VIEJO, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.989 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Hopkinson**
**170 Lexington Ln**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Householter**
**20 Captain Elijah Cobb Road**
**Brewster, MA '02631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Howard**
**20532 NE 132nd Ave**
**Waldo, FL 32694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.990 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Hughes**
**3667 Old Beverly Rd**
**Cambridge, ON N1R 5S7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.990 3**

**Nonpriority creditor's name and mailing address**

**Karen Hunsaker**
**2220 E Willow Brook Way**
**Sandy, UT 84092**

Date(s) debt was incurred __2022__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.990 4**

**Nonpriority creditor's name and mailing address**

**Karen Hunsaker**
**2220 Willow Brook Way**
**Sandy, UT 84092**

Date(s) debt was incurred __2022__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.990 5**

**Nonpriority creditor's name and mailing address**

**Karen Jacobson**
**5033 Flatwater Drive**
**Whitefish, MT 59937**

Date(s) debt was incurred __2021__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.990 6**

**Nonpriority creditor's name and mailing address**

**Karen Johnson**
**21112 Via Arnaz**
**Yorba Linda, CA 92887**

Date(s) debt was incurred __2021__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.990 7**

**Nonpriority creditor's name and mailing address**

**Karen Kane**
**316 West La Verne Ave**
**Pomona, CA 91767**

Date(s) debt was incurred __2021__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.990 8**

**Nonpriority creditor's name and mailing address**

**Karen Kiernan**
**1242 cedar st**
**Broomfield, CO 80020**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.990 9**

**Nonpriority creditor's name and mailing address**

**Karen Kiernan**
**31982 Avenida Evita**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred __2021__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.991 0**

**Nonpriority creditor's name and mailing address**

**Karen King**
**813 Meadows Drive S**
**Richland, WA 99352**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.991 1**

**Nonpriority creditor's name and mailing address**

**Karen Lethbridge**
**69 Brown Road**
**Wilmington, VT 05363**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.991 2**

**Nonpriority creditor's name and mailing address**

**Karen Luciani**
**27633 Butter Creek Road**
**Echo, OR 97826**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.991 3**

**Nonpriority creditor's name and mailing address**

**Karen Luck**
**123 Delrem Dr**
**Newark, DE 19711**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.991 4**

**Nonpriority creditor's name and mailing address**

**Karen M Staruk**
**76 Oak Street**
**Douglas, MA 01516**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.991 5**

**Nonpriority creditor's name and mailing address**

**Karen May**
**1003 State Blvd**
**Franklin, TN 37064**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.991 6**

**Nonpriority creditor's name and mailing address**

**Karen Mayo**
**74 Tucker Drive**
**Contoocook, NH 03229**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

| 3.991 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Mayo**
**74 Tucker Drive**
**Hopkinton, NH 03229**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.991 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen McGarrigle**
**7 Northwind Court**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.991 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Meno**
**110 Innovation Drive**
**Irvine, CA 92617**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.992 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**karen meno**
**26315 via california**
**B**
**dana point, CA 92624**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.992 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Meyer**
**164 Sapphire Lane**
**Streetsboro, OH 44241**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.992 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Nichols**
**380 N Wynoochee Dr SW**
**OCEAN SHORES, WA 98569**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.992 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Notzon**
**16884 Sims Ln**
**Apt. 14**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.992 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Offen**
**5510 Fern Ave NE**
**Bremerton, WA 98311-9676**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.992 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Oftelie**
**228 Irving Beach Dr SW**
**Bemidji, MN 56601**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.992 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Ollila**
**941 serra Way**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.992 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Patterson**
**1319 Almond Ct**
**Plainfield, IN 46168**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.992 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Patterson**
**1319 Almond Ct**
**Plainfield, IN 46168**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.992 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Pope**
**254 E 15th St**
**Unit A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.993 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Karen Ramsdell**
**5986 Cuesta Verde**
**Goleta, CA 93117**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                         Case number (if known) _____
_____
Name

---

| 3.993 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**karen reissig**
**10332 Gutierrez Rd Ne**
**Albuquerque, NM 87111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Richmond**
**2426 College Drive**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Rogers**
**339 Beachcomber Blvd**
**Hardeeville, SC 29927**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Roseman**
**661 17th St**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Rountree**
**2701 Poinciana Dr**
**Virginia Beach, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Rountree**
**2701 Poinciana**
**Virginia Beach, VA 23451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Siko**
**10428 Love Ave NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.9938 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Siko**
**10428 Love NE**
**Albuquerque, NM 87112**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9939 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Siko**
**10428 Love Ave NE**
**Albuquerque, NM 87112**

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9940 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Slooten**
**3921 Oak Drive**
**Clearlake, CA 95422**

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9941 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Summar**
**2101 Belmont Boulevard**
**Apt 602**
**Nashville, TN 37212-4508**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9942 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Summar**
**208 D Street SE**
**Washington, DC 20003**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9943 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Tonks**
**1650 N Lincoln Street, Suite A**
**Dixon, CA 95620**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.9944 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Karen Trina**
**2482 Woodland Dr**
**Ogden, United States, UT 84403-5125**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.9945**

**Nonpriority creditor's name and mailing address**

**Karen Ulferts**
**10006 Sausalto Drive**
**Austin, TX 78759**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9946**

**Nonpriority creditor's name and mailing address**

**Karen Ulferts**
**2311 Mechanic Street**
**GALVESTON, TX 77550**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9947**

**Nonpriority creditor's name and mailing address**

**Karen Urankar**
**2719 Estates Drive**
**Park City, UT 84060**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9948**

**Nonpriority creditor's name and mailing address**

**Karen Van Houtte**
**4244 County Rd S**
**Orland, CA 95963**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9949**

**Nonpriority creditor's name and mailing address**

**Karen Vitsorek**
**8 Carly Ct**
**Ocean View, DE 19970**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9950**

**Nonpriority creditor's name and mailing address**

**Karen Vitsorek**
**8 Carly Ct**
**Ocean View, DE 19970**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9951**

**Nonpriority creditor's name and mailing address**

**Karen Walsh**
**68 Kingston Ct W**
**Coronado, CA 92118**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.995 2**

**Nonpriority creditor's name and mailing address**

**Karen Westerterp**
**3 S. Rose St.**
**Lodi, CA 95240**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.995 3**

**Nonpriority creditor's name and mailing address**

**Karen Williams**
**1323 E Union St.**
**Seattle, AK 00098-8122**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.995 4**

**Nonpriority creditor's name and mailing address**

**Karena Cope**
**7681 North Winding Trail**
**Prescott Valley, AZ 86315**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.995 5**

**Nonpriority creditor's name and mailing address**

**Kari Adams**
**530 1/2 WESTMINSTER AVE**
**NEWPORT BEACH, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.995 6**

**Nonpriority creditor's name and mailing address**

**Kari Adams**
**530 1/2 Westminster Ave.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.995 7**

**Nonpriority creditor's name and mailing address**

**Kari Byrd**
**1222 Summer Brook**
**Sugar Land, TX 77479**

Date(s) debt was incurred  **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.995 8**

**Nonpriority creditor's name and mailing address**

**Kari Byrd**
**81 Alienta Lane**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.9959**

**Nonpriority creditor's name and mailing address**

**Kari Fabrizio**
**12205 Vista Montana Drive**
**Bakersfield, CA 93306**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9960**

**Nonpriority creditor's name and mailing address**

**Kari Friedman**
**11 Saybrooke Ln**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9961**

**Nonpriority creditor's name and mailing address**

**Kari Hughes**
**5401 W. Business 83**
**Lot S-6**
**Harlingen, TX 78552**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9962**

**Nonpriority creditor's name and mailing address**

**Kari Mertz**
**PO Box 33**
**705 Highland**
**Arlington, SD 57212**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9963**

**Nonpriority creditor's name and mailing address**

**Kari Moreno**
**140 s van nees ave**
**Apt 450**
**San Francisco, CA 94103**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9964**

**Nonpriority creditor's name and mailing address**

**Kari Quinn**
**295 N Broadway**
**space 148**
**Orcutt, CA 93455**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.9965**

**Nonpriority creditor's name and mailing address**

**Kari Totzke**
**5688 AUTUMN ST**
**SAN BERNARDINO, CA 92407**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number *(if known)* _____
Name

---

**3.9966**

**Nonpriority creditor's name and mailing address**

**Kari Tremblay**
**14 Maquam Shore Rd**
**Swanton, VT 05488**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9967**

**Nonpriority creditor's name and mailing address**

**Kari Tremblay**
**918 West Ocean Drive**
**Key Colony Beach, FL 33051**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9968**

**Nonpriority creditor's name and mailing address**

**Kari-Ann Tremblay**
**918 West Ocean Drive**
**510106**
**Key Colony Beach, FL 33051**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9969**

**Nonpriority creditor's name and mailing address**

**Kari-Ann Tremblay**
**918 West Ocean Dr.**
**Key Colony Beach, FL 33051**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9970**

**Nonpriority creditor's name and mailing address**

**Karie Korporaal**
**7821 NE 14th st**
**Vancouver, WA 98664**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9971**

**Nonpriority creditor's name and mailing address**

**Karilyn Haut**
**130 Branch St**
**233**
**Pismo Beach, CA 93449**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9972**

**Nonpriority creditor's name and mailing address**

**karim Belkhayat**
**413 Woodland Dr**
**Bridgehampton, NY 11932**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.997<br>3 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Karin Harmon**
**564 Glorieta**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.997<br>4 |
|---|

**Nonpriority creditor's name and mailing address**
**Karin Harmon**
**564 Glorieta**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.997<br>5 |
|---|

**Nonpriority creditor's name and mailing address**
**Karin Lim**
**3960 Luella Pl.**
**Castro Valley, CA 94546**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.997<br>6 |
|---|

**Nonpriority creditor's name and mailing address**
**Karin Nickel**
**S68W17575 East Dr.**
**Muskego, WI 53150**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.997<br>7 |
|---|

**Nonpriority creditor's name and mailing address**
**Karin Wilson**
**710 S Coast Highway 101**
**Encinitas, CA 92024**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.997<br>8 |
|---|

**Nonpriority creditor's name and mailing address**
**Karina Chavez**
**16414 inyo st**
**La puente, CA 91744**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.997<br>9 |
|---|

**Nonpriority creditor's name and mailing address**
**Karina Gomez**
**1402 Morningside Dr**
**Silver Spring, MD 20904**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
                  Name

---

**3.9980**

**Nonpriority creditor's name and mailing address**
**Karissa DeYoung**
**5309 Plaza Ave.**
**Portage, IN 46368**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9981**

**Nonpriority creditor's name and mailing address**
**Karissa DeYoung**
**5309 Plaza Ave**
**Portage, IN 46368**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9982**

**Nonpriority creditor's name and mailing address**
**Karissa Oregon**
**9121 Madeline DR**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9983**

**Nonpriority creditor's name and mailing address**
**Karl Baines**
**7941 W 72nd Place**
**Arvada, CO 80005**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9984**

**Nonpriority creditor's name and mailing address**
**Karl Blanchard**
**8908 North May Avenue**
**76B**
**Oklahoma City, OK 73120**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9985**

**Nonpriority creditor's name and mailing address**
**Karl Kerner**
**5122 Bolsa Ave**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9986**

**Nonpriority creditor's name and mailing address**
**Karl Massaro**
**53 Welsh road**
**lebanon, NJ 08833**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.998 7**

**Nonpriority creditor's name and mailing address**

**Karl McCoy**
**505 Heathrow Ln**
**Rochester, IL 62563**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.998 8**

**Nonpriority creditor's name and mailing address**

**KARL McCoy**
**505 Heathrow Lane**
**Rochester, IL 62563**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.998 9**

**Nonpriority creditor's name and mailing address**

**Karl McCoy**
**505 Heathrow Ln.**
**Rochester, IL 62563**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.999 0**

**Nonpriority creditor's name and mailing address**

**Karl Reedy**
**540 Meadow Dr**
**Bristol, VA 24201**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.999 1**

**Nonpriority creditor's name and mailing address**

**Karl Stabler**
**600 Forge Springs way**
**king of Prussia, PA 19406**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.999 2**

**Nonpriority creditor's name and mailing address**

**Karl Waltzer**
**21018 Hooded Crow Drive**
**Leesburg, VA 20175**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.999 3**

**Nonpriority creditor's name and mailing address**

**Karla  & Thomas R Spychalski**
**206 Palmer hill Rd.**
**Unadilla, NY 13849**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.999 4**

**Nonpriority creditor's name and mailing address**

**Laura Binney**
**224 Andrew Ave Encinitas, CA 92024**
**Encinitas, CA 92024**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.999 5**

**Nonpriority creditor's name and mailing address**

**Lisa Kostiuk**
**26220 Mission Rd**
**Loma Linda, CA 92354**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.999 6**

**Nonpriority creditor's name and mailing address**

**Michael Devlin**
**17 Maha Road**
**Makawao, HI 96768**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.999 7**

**Nonpriority creditor's name and mailing address**

**Senquiz**
**4898 Grace Rd.**
**North Olmsted, OH 44070**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.999 8**

**Nonpriority creditor's name and mailing address**

**Todd  Vitucci**
**770 E Portland Street**
**Unit 114**
**Phoenix, AZ 85006**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

**4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2.** Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

**If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.**

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

**5.  Add the amounts of priority and nonpriority unsecured claims.**

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ 0.00 |
| **5b. Total claims from Part 2** | 5b.  + | $ 0.00 |

Debtor    **Electric Bike Company, LLC**
Name

Case number (if known)

**5c. Total of Parts 1 and 2**
Lines 5a + 5b = 5c.

5c.    $ _____ **0.00**