**Fill in this information to identify the case:**

Debtor name    **Electric Bike Company, LLC**

United States Bankruptcy Court for the:    CENTRAL DISTRICT OF CALIFORNIA

Case number (if known)

☐ Check if this is an
amended filing

## Official Form 206E/F
## Schedule E/F: Creditors Who Have Unsecured Claims                    12/15

Be as complete and accurate as possible. Use Part 1 for creditors with PRIORITY unsecured claims and Part 2 for creditors with NONPRIORITY unsecured claims.
List the other party to any executory contracts or unexpired leases that could result in a claim. Also list executory contracts on *Schedule A/B: Assets - Real and
Personal Property* (Official Form 206A/B) and on *Schedule G: Executory Contracts and Unexpired Leases* (Official Form 206G). Number the entries in Parts 1 and
2 in the boxes on the left. If more space is needed for Part 1 or Part 2, fill out and attach the Additional Page of that Part included in this form.

| Part 1: | List All Creditors with PRIORITY Unsecured Claims |
|---------|---------------------------------------------------|

1. **Do any creditors have priority unsecured claims?** (See 11 U.S.C. § 507).

   ■ No. Go to Part 2.

   ☐ Yes. Go to line 2.

| Part 2: | List All Creditors with NONPRIORITY Unsecured Claims |
|---------|-----------------------------------------------------|

3. List in alphabetical order all of the creditors with nonpriority unsecured claims. If the debtor has more than 6 creditors with nonpriority unsecured claims, fill
   out and attach the Additional Page of Part 2.

|  |  | Amount of claim |
|--|--|-----------------|

| 3.1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-----|--|--|--|

**Karla & Thomas Spychalski**
**206 Palmer hill Rd.**
**Unadilla, NY 13849**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-----|--|--|--|

**Karla Harrington**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-----|--|--|--|

**Karla Nunez**
**2021 Avienda del Sol**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred  __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

| 3.4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|-----|--|--|--|

**Karla Rebel**
**5753 E Santa Ana Cyn Rd**
**Suite G196**
**Anaheim, CA 92078**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Electric Bike Company, LLC**
Name

Case number *(if known)*

---

**3.5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KARLA REBEL**
**5753 E SANTA ANA CANYON RD**
**G196**
**ANAHEIM, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Karla RSpychalski**
**206 Palmer hill Rd.**
**Unadilla, NY 13849**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KARLEE NORCUTT**
**3442 DOHENY WAY**
**DANA POINT, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Karlie Morin**
**18045 Pokeroot Lane**
**San Bernardino, CA 92407**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Karly Kuhn**
**4807 Neblina Dr**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.10** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Karsten Dorawa**
**614 17 Street**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.11** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Karsti Schelin**
**4145 E. Ransom St**
**Long Beach, CA 90804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.12** | **Nonpriority creditor's name and mailing address**

**Karyn Finch**
**2131 Via Teca**
**SAN CLEMENTE, CA 92673**

**Date(s) debt was incurred** __2025__

**Last 4 digits of account number** __7__

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.13** | **Nonpriority creditor's name and mailing address**

**Kass Greenberg**
**38 Light St**
**Dayton, OH 45404**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.14** | **Nonpriority creditor's name and mailing address**

**Kassandra Ann Lambert**
**11412 NE 130th Pl**
**Vancouver, WA 98682**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.15** | **Nonpriority creditor's name and mailing address**

**Kassandra Lambert**
**11412 Northeast 130th Place**
**Vancouver, WA 98682**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.16** | **Nonpriority creditor's name and mailing address**

**Kassie Spatola**
**5631 Westminster Blvd**
**Westminster, CA 92683**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.17** | **Nonpriority creditor's name and mailing address**

**Kastendieck, Mary**
**13715 State Highway 14 West**
**Billings, MO 65610**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.18** | **Nonpriority creditor's name and mailing address**

**Kat Liemandt**
**15058 CITRUS TREE CT**
**Alva, FL 33920**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.19**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Katalin Gingold**<br>**278 Virginia Pl**<br>**Costa Mesa, CA 92627** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.20**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kate Lloyd**<br>**817 E Gorham St**<br>**Madison, WI 53703** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.21**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kate McDonough**<br>**6 Craddock Cir.**<br>**MARSHFIELD, MA 02050** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.22**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kate Nichols**<br>**1900 Leeward Ln**<br>**Newport Beach, CA 92660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.23**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kate Nichols**<br>**1900 Leeward Ln**<br>**Newport Beach, CA 92660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.24**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kate Nichols**<br>**1900 Leeward Lane**<br>**Newport Beach, CA 92660** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

**3.25**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kate Rumelt**<br>**61874 Bunker Hill Ct**<br>**Bend, OR 97702** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

| Debtor | **Electric Bike Company, LLC** | Case number (*if known*) | |
| | Name | | |

---

**3.26** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kate Shoemaker**
**2507 Windover Drive**
**Corona del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.27** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kate Van Essen**
**2822 Devonshire Place NW**
**Apt 106**
**Washington, DC 20008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.28** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Katelyn Hanam**
**26033 Getty Drive**
**Unit 561**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.29** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Katelyn Kiemele**
**40868 Lafayette Drive**
**Sterling Heights, MI 48313**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.30** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Katelyn OReilly**
**1792 Kenwood Pl**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.31** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Katelyn Showalter**
**1320 Conway Ave**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.32** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Katharine Lheureux**
**607 stoney Kill Road**
**Kerhonkson, NY 12446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.33** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katharine Wexler**
**59 Iron Horse Trl**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.34** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katherine Cantoli**
**11583 N Mountain Breeze Dr.**
**Oro Valley, AZ 85737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.35** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katherine Carpenter**
**11417 Avista Lane**
**Medical Lake, WA 99022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.36** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katherine Cruz**
**12004 Los Reyes Ave**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.37** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katherine Falwell**
**153 Plantation Cir S**
**Ponte Vedra Beach, FL 32082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.38** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katherine Howard**
**213 Brick Landing**
**Rochester, NY 14626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.39** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KATHERINE KAIWI**
**64 HALF MOON BEND**
**CORONADO, CA 92118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.40 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Katherine Kaszynski**
**594 Knowell Place**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.41 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Katherine Khan**
**2001 Hickory Ct**
**Hollister, CA 95023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.42 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Katherine Madhuri-Asencio**
**4139 Via Marina**
**608**
**Marina Del Rey, CA 90292**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.43 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Katherine Nesshoever**
**702 Camp Ave**
**Gulfport, MS 39501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.44 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Katherine Peters**
**18602 Amalia Lane**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.45 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Katherine Powell**
**2108 W 15th Ave**
**Kennewick, WA 99337**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.46 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Katherine Sadler**
**6 Shell Rd**
**Warren, RI 02885**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
Name

Case number (if known)

---

**3.47** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Katherine Shoemaker**
**1945 Placentia**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.48** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Katherine Siggard**
**5 NE 9th St**
**Coupeville, WA 98239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.49** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Katherine Smyth**
**5421 Baker Ave NW**
**Seattle, WA 98107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.50** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Katherine Welker**
**7312 River Hammock Drive**
**Unit #104**
**Bradenton, FL 34212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.51** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Katherine Welker**
**238 Hagaman Lane**
**Andersonville, TN 37705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.52** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Katherine Wensel**
**550 Young St**
**Apt A**
**Melbourne, FL 32935**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.53** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Katherine Wight**
**15 Aspen Cir**
**Shelburne, VT '05482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number  __7__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.54** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kathie Kennedy**
**33496 Ironsides Dr.**
**Dana Point, CA 92629**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.55** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kathleen Asmar**
**19 Harbor Heights Road**
**Scituate, MA 02066**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.56** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kathleen Bennett**
**420 NE GREEN ST**
**White Salmon, WA 98672**

Date(s) debt was incurred  __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.57** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kathleen Boulding**
**4662 N Rob's Ln**
**Bloomington, IN 47408**

Date(s) debt was incurred  __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.58** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kathleen Campbell**
**2540 School Street**
**Ballard, CA 93463**

Date(s) debt was incurred  __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.59** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kathleen Forcier**
**133 Bay Road**
**Menlo Park, CA 94025**

Date(s) debt was incurred  __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.60** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kathleen Gehin**
**3804 AGUALINDA BLVD**
**203**
**CAPE CORAL, FL 33914-5526**

Date(s) debt was incurred  __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  __Warranty__**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
                 Name

| 3.61 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kathleen Gunning**
**14068 W 142nd St**
**Olathe, KS 66062**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.62 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kathleen Harris**
**12367 Cloudburst TrL**
**Moreno Valley, CA 92555**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.63 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kathleen Hester**
**4026 Castle Pines Way**
**Corona, CA 92883**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.64 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**kathleen hillegass**
**32 painted feather way**
**las vegas, NV 89135**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.65 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kathleen Knolhoff**
**43 Cotton Hall**
**Kiawah Island, SC 29455**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.66 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kathleen Kogel**
**528 Lake Caroline Dr**
**Ruther Glen, VA 22546**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.67 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kathleen Martin**
**17019 166th Pl. NE**
**Woodenville, WA 98072**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.68** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kathleen Murphy**
**262 Branch Road**
**Roxbury, NH 03431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.69** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kathleen ONeil**
**110 Hillcrest Ave**
**Polk, PA 16342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.70** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kathleen ONeil**
**110 Hillcrest Ave**
**Polk, PA 16342-1810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.71** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kathleen Patton**
**1500 E. Ocean Blvd**
**Unit 508**
**Long Beach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.72** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kathleen Peterson**
**18418 East Devaca Lane**
**galeveton, TX 77554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.73** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kathleen Phipps**
**1 Harry Kemp Way Cottage**
**Provincetown, MA 02657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.74** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kathleen Pompa**
**2454 Hickory Circle**
**New Richmond, OH 45157**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.75 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **kathleen reardon** | ☐ Contingent |
| **155 Bristol Lane** | ☐ Unliquidated |
| **Unit A** | ☐ Disputed |
| **Naples, FL 34112** | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes |

| | |
|---|---|
| 3.76 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **kathleen Reardon** | ☐ Contingent |
| **155 A Bristol Lane** | ☐ Unliquidated |
| **Naples, FL 34112** | ☐ Disputed |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes |

| | |
|---|---|
| 3.77 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Kathleen Silveria** | ☐ Contingent |
| **4885 Landram Avenue** | ☐ Unliquidated |
| **Atwater, CA 95301** | ☐ Disputed |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.78 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Kathleen Zylan** | ☐ Contingent |
| **11 Plum Thicket Rd** | ☐ Unliquidated |
| **Bluffton, SC 29910** | ☐ Disputed |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes |

| | |
|---|---|
| 3.79 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Kathryn Berry** | ☐ Contingent |
| **5601 Manor Dr** | ☐ Unliquidated |
| **Lansing, MI 48911** | ☐ Disputed |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes |

| | |
|---|---|
| 3.80 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Kathryn Berry** | ☐ Contingent |
| **5601 Manor Drive** | ☐ Unliquidated |
| **Lansing, MI 48911** | ☐ Disputed |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| | |
|---|---|
| 3.81 **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Kathryn Doughman** | ☐ Contingent |
| **61648 Kaci Ln** | ☐ Unliquidated |
| **Bend, OR 97702** | ☐ Disputed |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.82** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Kathryn Fulton**
**1233 Dorado Way**
**Gulf Shires, AL 36542**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.83** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Kathryn Hansen**
**1351 logan**
**Costa mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.84** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Kathryn Johl**
**1985 MT HWY 35**
**C1**
**kalispell, MT 59901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.85** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Kathryn Lailey**
**13522 NE 89th Ct**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.86** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Kathryn Lavoie**
**3590 Outpost Dr**
**Lake Havasu city, AZ 86406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.87** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Kathryn Lee**
**9330 Allen Road**
**Clarkston, MI 48348**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.88** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Kathryn Lewellen**
**6320 RAMBLEFORD DR**
**Cary, NC 27519-9015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.89** | Nonpriority creditor's name and mailing address
**Kathryn Mehn**
**N8851 County Road Vv**
**Berlin, WI 54923**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.90** | Nonpriority creditor's name and mailing address
**kathryn norris**
**220 abalone ave**
**newport beach, CA 92662**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.91** | Nonpriority creditor's name and mailing address
**Kathryn Orbin**
**8095 Urbandale Ln**
**Maple Grove, MN 55311**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.92** | Nonpriority creditor's name and mailing address
**Kathryn Owen**
**3 Hickory Tree Lane**
**Irvine, CA 92612**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.93** | Nonpriority creditor's name and mailing address
**Kathryn Petersen**
**2918 Deer Pointe Drive**
**Park City, UT 84060**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.94** | Nonpriority creditor's name and mailing address
**Kathryn Petersen**
**2918 Deer Pointe Drive**
**PARK CITY, UT 84060**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.95** | Nonpriority creditor's name and mailing address
**Kathryn Saeli**
**7375 E Wingspan Way**
**Scottsdale, AZ 85255**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

| 3.96 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathryne Schacher**
**2680 Shaw Ferry Lane**
**Lenoir City, TN 37772**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.97 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathy Adams**
**1281 Virginia ave**
**Lakewood, OH 44107**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.98 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathy Angioli**
**105 Oakcliff**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.99 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathy Ayres**
**80 Huntington st**
**SPC 433**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.100 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathy Beltz**
**9540 Pleasant Road W**
**Saint Helen, MI 48656**

Date(s) debt was incurred  __2025__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.101 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathy Brandenberger**
**203 Garnet Avenue**
**Newport Beach, CA 92662**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathy Bredland**
**195 north Belmont dr**
**Henrico, NC 27842**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.103 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathy Byrne**
**3461 Plumeria Place**
**Costa mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.104 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathy Cagle**
**742 E Southwood Ct**
**Hayden, ID 83835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.105 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathy Cagle**
**742 E. Southwood Ct**
**Hayden, ID 83835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.106 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathy Cagle**
**742 E Southwood Ct**
**Hayden, ID 83835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathy Carlson**
**52 Benjamin Drive**
**Goffstown, NH 03045-3041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathy Cloud**
**12320 St Paul Circle**
**Corona, CA 92883-5214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kathy Cloud**
**12320 Saint Paul Cir**
**Corona, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.110** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kathy Cloud**
**12320 St. Paul Circle**
**Corona, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.111** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kathy Cole**
**11773 S 125 W**
**Brookston, IN 47923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.112** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kathy Derrick**
**9440 Lakewind Ln**
**Elk Grove, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.113** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kathy Derrick**
**9440 lakewind Ln**
**Elk grove, CA 95758**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.114** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kathy Endicott**
**12021 E 34th Ave**
**Spokane Valley, WA 99206-5967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.115** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kathy Haun**
**3844 Holston College Road**
**Louisville, TN 37777**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.116** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kathy Hotovec**
**1464 166th Ave**
**NEW RICHMOND, WI 54017-6580**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.117** | Nonpriority creditor's name and mailing address

**Kathy Huebbe**
**6460 Birchwood Cir**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.118** | Nonpriority creditor's name and mailing address

**Kathy J Brierre**
**102 Candlewood Drive**
**Lafayette, LA 70508**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.119** | Nonpriority creditor's name and mailing address

**Kathy Jackson**
**645 Oldstone Pl**
**Simi Valley, CA 93065**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.120** | Nonpriority creditor's name and mailing address

**Kathy King**
**1842 Kings Court**
**Muskegon, MI 49445**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.121** | Nonpriority creditor's name and mailing address

**Kathy Kruse**
**33 Meadowview Dr**
**Woodstown, NJ 08098**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.122** | Nonpriority creditor's name and mailing address

**Kathy Lepire**
**2943 Dashwood st**
**Lakewood, CA 90712**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123** | Nonpriority creditor's name and mailing address

**Kathy Leyva**
**15392 Oakcliff Dr**
**Westminster, CA 92683**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.124** | Nonpriority creditor's name and mailing address

**Kathy Littles**
**222 Broadway**
**1314**
**Oakland, CA 94607**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.125** | Nonpriority creditor's name and mailing address

**Kathy Littles**
**222 Broadway 1314**
**Oakland, CA 94607**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.126** | Nonpriority creditor's name and mailing address

**Kathy Lofrese**
**310 Front Street**
**Greenport, NY 11944**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.127** | Nonpriority creditor's name and mailing address

**Kathy Lofrese**
**310 Front Street**
**Greenport, NY 11944**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.128** | Nonpriority creditor's name and mailing address

**Kathy Martin**
**908 Davis Acres Drive**
**Alpine, AL 35014**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.129** | Nonpriority creditor's name and mailing address

**Kathy Martinez**
**32181 bernice way**
**Hayward, CA 94544**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.130** | Nonpriority creditor's name and mailing address

**Kathy Metz**
**907 Seagrape Drive**
**Ruskin, FL 33570**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

| 3.131 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kathy Picciuti**
**9 Cedar Rd**
**Montville, NJ 07045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.132 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kathy Schacher**
**2680 Shaw Ferry Lane**
**Lenoir City, TN 37772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.133 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kathy Sharp**
**510 Catalina Drive**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.134 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kathy Thurman**
**8933 Modesto Circle 1213A**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.135 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kathy Truong**
**25537 Red Hawk Rd**
**Corona, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.136 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kathy Vu**
**8206 Bridgepoint Dr**
**#203**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

| 3.137 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**kathy winkler**
**145 Scenery Drive**
**Morgantown, WV 26505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

| 3.138 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.138**

Nonpriority creditor's name and mailing address

**Katie Badertscher Olson**
**6903 W Tudor St**
**Rathdrum, ID 83858**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.139**

Nonpriority creditor's name and mailing address

**Katie Bennett**
**10 Sandflower**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.140**

Nonpriority creditor's name and mailing address

**Katie Borromeo**
**4141 Heritage Trail**
**Terre Haute, IN 47803**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.141**

Nonpriority creditor's name and mailing address

**Katie Calvert**
**20162 Viva Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.142**

Nonpriority creditor's name and mailing address

**Katie Calvert**
**20162 Viva Cir**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

$0.00

---

**3.143**

Nonpriority creditor's name and mailing address

**Katie Dahlberg**
**8518 Saratoga Lane**
**Eden Prairie, MN 55347**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.144**

Nonpriority creditor's name and mailing address

**Katie De Jaifre**
**8766 Canary Ave**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.145** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katie Doyle**
**253 5TH Street**
**Seal Beach, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.146** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katie Dunavant**
**111 Shore Drive**
**Shiloh, NC 27974**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.147** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katie Foreman**
**35 W. Ocean Ave.**
**Somers Point, NJ 08244**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.148** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katie Green**
**305 Prospect St**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.149** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katie Gutierrez**
**7361 Pinewood Court**
**Eastvale, CA 92880**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.150** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katie Hambly**
**3526 N Downer Ave**
**Shorewood, WI 53211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.151** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katie High**
**1412 West Bay**
**Newport Beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Electric Bike Company, LLC__                  Case number (if known) _____

Name

| | | |
|---|---|---|
| 3.152 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**Katie Kaufmanis**
**12073 N 138TH ST**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**Katie Klein**
**1616 Bedford Ln**
**Apt D**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**Katie Mallory**
**217 Parkmont Way**
**Caldwell, ID 83605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.155 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**Katie Mehn**
**N8851 County Road VV**
**BERLIN, WI 54923**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __7__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.156 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**Katie Moser**
**5416 S Fultondale Way**
**Aurora, CO 80016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.157 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**Katie Obyedkov**
**147 Hideaway Loop**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.158 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |

**Katie Parish**
**304 Via Los Tilos**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __7__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.159**

**Nonpriority creditor's name and mailing address**
**Katie Rohr**
**316 Hawthorne Blvd**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred  **2025**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.160**

**Nonpriority creditor's name and mailing address**
**Katie Rohr**
**1403 E Harrison Ave**
**Wheaton, IL 60187**

Date(s) debt was incurred  **2022**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.161**

**Nonpriority creditor's name and mailing address**
**Katie Surbeck**
**2625 82nd Ave NE**
**Medina, WA 98039**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162**

**Nonpriority creditor's name and mailing address**
**Katie Ventimiglia**
**3102 Bell Dr**
**Boulder, CO 80301**

Date(s) debt was incurred  **2023**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.163**

**Nonpriority creditor's name and mailing address**
**Katie Wexler**
**59 Iron Horse Trl**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2023**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.164**

**Nonpriority creditor's name and mailing address**
**Katie Wight**
**222 Olde Orchard Lane**
**Shelburne, VT 05482**

Date(s) debt was incurred  **2021**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.165**

**Nonpriority creditor's name and mailing address**
**Katie Zeigler**
**2651 Flakes Ford Rd**
**Washington Court House, OH 43160**

Date(s) debt was incurred  **2024**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.166** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katrina Angeli**
**16800 Watson rd**
**Guerneville, CA 95446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.167** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katrina Nunez**
**1729 Avocado Drive**
**Vista, CA 92083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.168** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katrina Whitmore**
**2550 Blackbird Ln**
**Camino, CA 95709**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.169** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katy Dennis**
**1300 norringham road**
**newport beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.170** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katy Grasse**
**2009 Coolidge Dr**
**Santa Clara, CA 95051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.171** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katy Rogers**
**33480 barrington dr**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.172** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Katy Yahr**
**436 Rice Hope Dr**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.173 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Katy Zimmerman**
**211 Topaz Ave**
**Corona Del Mar, CA 92662**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.174 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Katya Konkle**
**1408 Northern View Dr**
**Cedar City, UT 84720**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.175 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Katya Rennert**
**2307 Arbutus St**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.176 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kavitha Kochunni**
**6470 Godani Street**
**Gilroy, CA 95020**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.177 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kay Kindopp**
**10625 Drinkwater Dr**
**Denton, TX 76207-2361**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kayce Mershon**
**304 S Waddill**
**McKinney, TX 75069**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.179 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kayden Clousing**
**2651 riverside Dr**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

| 3.180 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Kaydence Golson** | ☐ Contingent | |
| | **20352 Kline Drive** | ☐ Unliquidated | |
| | **Newport Beach, CA 92660** | ☐ Disputed | |
| | Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.181 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Kayla Almond** | ☐ Contingent | |
| | **1571 N Pine Cliff Dr** | ☐ Unliquidated | |
| | **1504** | ☐ Disputed | |
| | **Flagstaff, AZ 86001** | | |
| | Date(s) debt was incurred __2025__ | **Basis for the claim:** __Warranty__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.182 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Kayla Douglas** | ☐ Contingent | |
| | **19197 Golden Valley Rd #801** | ☐ Unliquidated | |
| | **Santa Clarita, CA 91387** | ☐ Disputed | |
| | Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.183 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Kayla Ferrell** | ☐ Contingent | |
| | **21501 Brookhurst St** | ☐ Unliquidated | |
| | **Huntington Beach, CA 92646** | ☐ Disputed | |
| | Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.184 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Kayla Mcquaig** | ☐ Contingent | |
| | **28801 San Juan Creek Rd** | ☐ Unliquidated | |
| | **San Juan Capistrano, CA 92675** | ☐ Disputed | |
| | Date(s) debt was incurred __2022__ | **Basis for the claim:** __Warranty__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.185 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Kayla Stacy Greenberg** | ☐ Contingent | |
| | **38 Light St** | ☐ Unliquidated | |
| | **Dayton, OH 45404** | ☐ Disputed | |
| | Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

---

| 3.186 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
| | **Kayla Tamalatzi** | ☐ Contingent | |
| | **2185 American Ave** | ☐ Unliquidated | |
| | **Costa Mesa, CA 92627** | ☐ Disputed | |
| | Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ☒ No ☐ Yes | |

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
             Name

---

| 3.187 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kayley Welch**
**14032 Mango dr**
**Del Mar, CA 92014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kaysen Schreiner**
**2050 County Road 1045**
**Lampasas, TX 76550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KC Carpenter**
**376 Ramona Way**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.190 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keaton Helm**
**380 SW Powerhouse dr**
**Bend, OR 97702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.191 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keaton Helm**
**380 Powerhouse Drive**
**Bend, OR 97702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.192 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keegan Gervasi**
**3910 Harlan Ave**
**Baldwin park, CA 91706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.193 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keely Ng**
**919 Tiller Way**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                          Case number (if known) _____

Name

---

| 3.194 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keely Quinn**
**6082 S Spotswood St**
**Littleton, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keely Quinn**
**6082 S. Spotswood St.**
**Littleton, CO 80120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kei Kobayashi**
**413 Bolivia**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keishla Rios**
**34 Terrace Gardens**
**Meriden, CT 06451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.198 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keith Allen**
**20 View Dr**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.199 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keith Allen**
**18 Whistling Swan**
**Irvine, CA 92604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.200 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Keith Arnold**
**6632 Murano Drive**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.201** | Nonpriority creditor's name and mailing address

**Keith Backes**
**2655 Lake Reunion Parkwsy**
**Decatur, IL 62521**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.202** | Nonpriority creditor's name and mailing address

**Keith Backes**
**2655 Lake Reunion Pkwy**
**Decatur, IL 62521**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.203** | Nonpriority creditor's name and mailing address

**KEITH BRYAN**
**482 sw timber trail**
**stuart, FL 34997**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.204** | Nonpriority creditor's name and mailing address

**keith buckley**
**4639 Orrington Rd**
**Corona Del Mar, CA 92625-3122**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.205** | Nonpriority creditor's name and mailing address

**Keith Bucklin**
**16408 Aspen Avenue**
**Port Charlotte, FL 33954**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.206** | Nonpriority creditor's name and mailing address

**Keith Buckman**
**2313 Brandon St**
**Huntsville, AL 35801**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.207** | Nonpriority creditor's name and mailing address

**KEITH cole**
**4905 ROCKBLUFF DR**
**ROLLING HILLS EST, CA 90274**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.208 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Keith Collins**
**542 South Gallatin Road**
**Post Falls, ID 83854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Keith Cook**
**561 Bacarra Street**
**Lathrop, CA 95330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Keith coombes**
**1109 W Aqueduct**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.211 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Keith Coombes**
**11094 w. Aqueduct lane**
**Littleton, CO 80127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.212 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**keith crocker**
**2566 sleepy hollow dr**
**state college, PA 16803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.213 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Keith de Kanter**
**25450 SWIFTSHORE DRIVE**
**WEST LINN, OR 97068**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.214 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Keith DeJager**
**4380 East Brandon Drive NE**
**Marietta, GA 30066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.215**

**Nonpriority creditor's name and mailing address**

**Keith deKanter**
**15868 NE Eilers Rd**
**Aurora, OR 97002-8508**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.216**

**Nonpriority creditor's name and mailing address**

**KEITH FERRANTE**
**21020 Pacific City Circle**
**Apt. 2415**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.217**

**Nonpriority creditor's name and mailing address**

**Keith Gariepy**
**12514 wedgewood cirlcle**
**Tustin, CA 92780**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.218**

**Nonpriority creditor's name and mailing address**

**Keith Giacopuzzi**
**4 Amaryllis Dr**
**Key West, FL 33040**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219**

**Nonpriority creditor's name and mailing address**

**Keith Hauter**
**2805 SW Scenic Heights St**
**Oak Harbor, WA 98277**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.220**

**Nonpriority creditor's name and mailing address**

**keith johnson**
**224 Agua Vista St**
**Debary, FL 32713**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.221**

**Nonpriority creditor's name and mailing address**

**Keith Kaumeyer**
**1483 Serene Rd**
**Oceanside, CA 92057**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.222** | Nonpriority creditor's name and mailing address

**Keith Kling**
**230 w Royal Land Drive**
**Santaquin, UT 84655**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.223** | Nonpriority creditor's name and mailing address

**Keith Knight**
**2815 Headwater Drive**
**Fort Collins, CO 80521**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.224** | Nonpriority creditor's name and mailing address

**Keith Knight**
**2815 Headwater Drive**
**Fort Colllins, CO 80521**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.225** | Nonpriority creditor's name and mailing address

**Keith Koebley**
**2428 Dogwood Drive**
**Wexford, PA 15090**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.226** | Nonpriority creditor's name and mailing address

**Keith Koster**
**77 Tern Place**
**Unit 101**
**Pawley   s Island, SC 29585**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.227** | Nonpriority creditor's name and mailing address

**Keith Krenz**
**3393 SW Pacific Coast Hwy**
**Waldport, OR 97394**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.228** | Nonpriority creditor's name and mailing address

**keith kulpinski**
**8212 Kingfisher Dr**
**Hintington Beach, CA 92646**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____

_____
Name

---

**3.229** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Keith Kulpinski**
**8212 Kingfisher Dr.**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.230** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**keith lovelace**
**1212 Huntington Street**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.231** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**keith lovelace**
**1212 huntington st**
**Huntington Bh, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.232** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Keith Mazzatenta**
**8362 Capel Drive**
**Pasadena, MD 21122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.233** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Keith McDonald**
**1827 Mariners dr**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.234** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Keith Miller**
**452 Rusty Dr.**
**Santa Rosa, CA 95401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.235** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Keith Miller**
**452 Rusty Drive**
**Santa Rosa, CA 95401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.236 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $0.00 |

**Keith Shackleford**
**2570 Bungalow Place**
**Corona Del mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $0.00 |

**Keith Smith**
**4117 N Sheridan Rd**
**1S**
**Chicago, IL 60613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $0.00 |

**Keith Smith**
**4117 N Sheridan Rd.**
**1S**
**Chicago, IL 60659**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.239 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $0.00 |

**Keith Statz**
**226 East 2nd Street**
**New Richmond, WI 54017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $0.00 |

**Keith Statz**
**226 E 2nd St.**
**New Richmond, WI 54017**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $0.00 |

**Keith Thornton**
**348 Penrod Ct**
**Vista, CA 92083-3074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ $0.00 |

**Keith Threlkeld**
**487 Wikle Road**
**Hayesville, NC 28904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

**3.243** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Keith Threlkeld**
**487 Wikle Rd**
**Hayesville, NC 28904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.244** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Keith Wilson**
**1803 E 40TH AVE**
**Spokane, WA 99203-4167**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.245** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**keith worboys**
**1434 Parkview ircle**
**303**
**wilmington, NC 28405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.246** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**keki zapihe**
**855 Main St**
**Westbrook, MA 04092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.247** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kellee Harris**
**10271 Patch Drive**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.248** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kelley Adkins**
**767 Wynn Rd**
**McDonough, GA 30252**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.249** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kelley Chico**
**2429 Bissonnet St**
**34**
**Houston, TX 77005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known)
_____
Name

---

| 3.250 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelley Edwards**
**517 Northwest Highcliffe Court**
**Lee's Summit, MO 64081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim: __Warranty__

Last 4 digits of account number __7__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelley Morton**
**1501 Lemans Blvd**
**Dayton, OH 45458**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelley Newland**
**59 Tern Place**
**Unit 101**
**Litchfield Beach, SC 29585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelley Potocki**
**2915 Grove St Rd**
**Standish, MI 48658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelley Potocki**
**2915 Grove St Rd**
**Standish, MI 48658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.255 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelley Schmidt**
**21782 Windsong Cir**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.256 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelley Shrewsbury**
**4751 Raintree Street Circle E**
**Bradenton, FL 34203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.257 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelli Brown**
**837 QUIET GABLE CT**
**BRENTWOOD, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.258 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelli Jones**
**850 Lake Carolyn Parkway**
**Apt 3151**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.259 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelli Knichel**
**1718 Ridgewood Rd**
**Fort Collins, CA 80526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.260 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelli Maruccia**
**980 Point St**
**San Diego, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.261 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelli Toomey**
**21501 Brookhurst St**
**Huntington Beach, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.262 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**kelli wallace**
**4625 W 50th Ave**
**Apt 206**
**Denver, CO 80212-2941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.263 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kellia Wessel**
**2407 Holly Lane**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Electric Bike Company, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.264 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kellie Fuss**
**185 Water Oak St**
**Athens, GA 30601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kellie Newcombe**
**233 ROBINHOOD**
**Costa mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kellie Rowe**
**9208 NE 14th Way**
**Vancouver, WA 98664**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**kellie welch**
**7 frankie lane**
**north grafton, MA 01536**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kellin Sproul**
**770 Boylston St**
**Apt 2**
**Pasadena, CA 91104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kellin Sproul**
**441 Burchett Street**
**Apt. 206**
**Glendale, CA 91203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.270 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kellon Newland**
**59 Tern place**
**Unit 1**
**Pawleys Island, SC 29585**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.271 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Blum**
**342 Polynesia Court**
**Marco Island, FL 34145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Blum**
**903 Tidewater Ave.**
**Rio Grande, NJ 08242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Caffrey**
**12082 Collins Rd**
**Lewes, DE 19958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Caffrey**
**12082 Collins Road**
**Lewes, DE 19958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.275 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Cliff**
**421 Begonia Ave**
**Corona Del mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Cochrane**
**3933 Paradise Avenue Nort**
**Stillwater, MN 55082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.277 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Cook**
**27517 ARCAY AVE**
**CANYON COUNTRY, CA 91351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

| 3.278 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KELLY COPE**
**39789 MILLER ROAD**
**LEETONIA, OH 44431**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.279 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Crowther**
**12439 Greentree Dr**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.280 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Delp**
**4777 Ford Rd**
**Ann Arbor, MI 48105**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.281 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Drake**
**317 Sterrett Avenue**
**Birmingham, AL 35209**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.282 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Drinkwine**
**4906 skipjack dr**
**huntington beach, CA 92649**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.283 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Foley**
**2339 Aralia St**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.284 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Freishtat**
**203 Park Bluff Drive**
**Chapel Hill, NC 27517**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
        Name

---

| 3.285 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Gilbertson**
**1641, Harbor Rd**
**Oconto, WI 54153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.286 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Hafeman**
**1455 Bingham Drive**
**Depere, WI 54115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Helgans**
**7204 7th Ave b342**
**Tahoma, CA 96142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Helgans**
**7204 7th Avenue**
**Tahoma, CA 96142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.289 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Hodge**
**6474 Frampton Cir**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.290 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Huffman**
**3047 Mulberry Creek Road**
**Lenoir, NC 28645**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.291 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Janney**
**16272 Walrus Lane**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**    Case number (if known) _____
_____
Name

---

| 3.292 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Jennings**
**5511 Belgrave Ave**
**Garden Grove, CA 92845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.293 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly jones**
**639 Promontory Dr W**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.294 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Kaller**
**21432 Augusta circle**
**Huntington beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Kern**
**2878 Utica Circle**
**Las Vegas, NV 89146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.296 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Kleinberg**
**4667 Torrey Pines Dr**
**Medford, OR 97504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.297 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Kozar**
**620 Cedar St**
**Madison, WI 53715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kelly Kraynek**
**58-124 Wehiwa Pl**
**B**
**Haleiwa, HI 96712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

| 3.299 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Kraynek**
**58-124 Wehiwa PL,**
**Apt B**
**Haleiwa, HI 96712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KELLY KUDLA**
**2219 Avenida Platanar**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Kushin**
**2232 Meyer Place**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.302 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Lander**
**2932 Pemba Dr**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.303 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Lewicki**
**1755 Mattingly Rd**
**Po Box 146**
**Hinckley, OH 44233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.304 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly lewicki**
**1755 Mattingly Road**
**PO BOX 146**
**Hinckley, OH 44233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.305 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kelly Lewicki**
**1755 Mattingly Rd**
**Po Box 146**
**Hinckley, OH 44233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.306**

**Nonpriority creditor's name and mailing address**

**Kelly Litten**
**24616 N. 102nd Ave.**
**Peoria, AZ 85383**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.307**

**Nonpriority creditor's name and mailing address**

**Kelly Markle**
**308 Columbia St**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.308**

**Nonpriority creditor's name and mailing address**

**Kelly Martinson**
**25843 Xenon Street NW**
**St. Francis, MN 55070**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.309**

**Nonpriority creditor's name and mailing address**

**Kelly Mccusker**
**546 11th st**
**Unit C**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.310**

**Nonpriority creditor's name and mailing address**

**Kelly Mccusker**
**546 11th Street**
**Unit C**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.311**

**Nonpriority creditor's name and mailing address**

**Kelly McHale**
**2752 Caminito Eldorado**
**Del Mar, CA 92014**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.312**

**Nonpriority creditor's name and mailing address**

**Kelly McNeally**
**5 Grant Estate Drive**
**West Simsbury, CA 06092**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|--------|---------------------------|------------------------|--|
| | Name | | |

---

**3.313** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kelly Nguyen**
**18112 tableau way**
**Santa clarita, CA 91350**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.314** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kelly O'Toole**
**227 Wiltshire Ln**
**Severna Park, MD 21146**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.315** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kelly Phillips**
**19361 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.316** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kelly Pijl**
**17571 Manchester Ave**
**Irvine, CA 92614**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.317** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kelly Reyes**
**82 Forest Dr**
**Napa, CA 94558**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.318** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KELLY SANDERS**
**37912 N. 12TH AVENUE**
**PHOENIX, AZ 85086**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.319** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kelly schwandt**
**3587 Ridge Road**
**OCEANSIDE, CA 92056**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Electric Bike Company, LLC**_____    Case number *(if known)* _____
      Name

---

| 3.320 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kelly Soboleski**
**522 Dunham Hill Rd**
**Castle Creek, NY 13744**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.321 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kelly Stafford**
**1408 The Strand**
**Manhatten Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.322 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kelly Statam**
**17636 Fallen branch Way**
**Punta Gorda, FL 33982**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.323 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kelly Strauss**
**2903 Canto De Los Ciervos**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2023__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.324 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kelly Stuvall**
**8431 Cape Newbury Drive**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.325 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kelly Sullivan**
**9405 Geranium**
**FOUNTAIN VALLEY, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.326 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Kelly Townsend**
**3180 Madeira Ave**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2021__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** __

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
         Name

---

**3.327** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **KELLY VICE** | ☐ Contingent |
| **13773 MADRONNA** | ☐ Unliquidated |
| **SISTERS, OR 97759-0288** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ☐ No ☐ Yes |

---

**3.328** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Kelly Wheeler** | ☐ Contingent |
| **506 Youngstown Ridge Rd** | ☐ Unliquidated |
| **Latrobe, PA 15650** | ☐ Disputed |
| Date(s) debt was incurred **2024** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.329** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Kelsea Esparza** | ☐ Contingent |
| **4062 Kirk Drive** | ☐ Unliquidated |
| **Apt A** | ☐ Disputed |
| **Alameda, CA 94501** | |
| Date(s) debt was incurred **2020** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ☐ No ☐ Yes |

---

**3.330** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Kelsey Depew** | ☐ Contingent |
| **13095 Panorama Ave N** | ☐ Unliquidated |
| **Stillwater, MN 55082** | ☐ Disputed |
| Date(s) debt was incurred **2024** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.331** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Kelsey Englert** | ☐ Contingent |
| **3 Bristlestone Court** | ☐ Unliquidated |
| **Bluffton, SC 29910** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.332** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Kelsey Havens** | ☐ Contingent |
| **1927 Boblett Street** | ☐ Unliquidated |
| **Blaine, WA 98230** | ☐ Disputed |
| Date(s) debt was incurred **2020** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.333** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Kelsey Norris** | ☐ Contingent |
| **404 grandiflora ct** | ☐ Unliquidated |
| **Wilmington, NY 28405** | ☐ Disputed |
| Date(s) debt was incurred **2024** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.334** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
kelsey norris
404 grandiflora ct
wilmington, NC 28405

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.335** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Kelsey Tatro
13906 E Steeplechase Cir
Wichita, KS 67230

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.336** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Ken Austin
1019 Ogden CT
Fort Collins, CO 80526

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.337** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Ken Brown
848 Bonaire Cir
Jacksonville Beach, FL 32250

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.338** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Ken Coffee
3124 Sandalwood Court
Lafayette, CA, CA 94549

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.339** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Ken Dickerson
711 Santa Maria
Irvine, CA 92606

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00
Ken Dodson
22645 Rd 132
Tulare, CA 93274

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.341 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ken Dodson Jr**
**22645 Road 132**
**Tulare, CA 93274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.342 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ken Draheim**
**2818 West Kathryn Street**
**Boise, ID 83705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ken Herr**
**74 ALGONQUIN CT**
**MARCO ISLAND, FL 34145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ken jones**
**2846 Smith River Dr.**
**Redding, CA 96002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**KEN KUCK**
**1442 JT Eisley Drive**
**Corona, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ken Kuck**
**1442 JT Eilsely Drive**
**Corona, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.347 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ken Kuck**
**1442 J.T. Eisley Dr.**
**Corona, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.348** Nonpriority creditor's name and mailing address

**Ken Longfellow**
**15809 SE 63rd Street**
**Bellevue, WA 98006**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.349** Nonpriority creditor's name and mailing address

**Ken Maietta**
**2319 Heather Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.350** Nonpriority creditor's name and mailing address

**Ken Martin**
**1418 Burleigh Road**
**Green Creek, NJ 08210**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.351** Nonpriority creditor's name and mailing address

**Ken McCoy**
**1621 Candlewood Dr**
**Upland, CA 91784**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.352** Nonpriority creditor's name and mailing address

**Ken McCoy**
**1621 Candlewood Dr**
**Upland, CA 91784**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.353** Nonpriority creditor's name and mailing address

**Ken Michalik**
**1593 Malcolm St.**
**Grayling, MI 49738**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.354** Nonpriority creditor's name and mailing address

**Ken Montgomery**
**35 Lakeview**
**Irvine, CA 92604**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

**3.355** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ken Montgomery**
**35 Lakeview**
**Irvine, CA 92604**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.356** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ken Obriot**
**2020 Maned Goose Court**
**Indian land, SC 29730**

Date(s) debt was incurred  __2020__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.357** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ken Pallach**
**7561 Fen Rdg.**
**clarkston, MI 48348**

Date(s) debt was incurred  __2022__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.358** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ken Polin**
**15962 silver lake lane**
**addison, MI 49220**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.359** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ken Polin**
**15962 silver lake lane**
**addison, AL 49220**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.360** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ken Polin**
**1945 Placentia Ave, Unit A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.361** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Ken Polin**
**15962 silver lake ln**
**Addison, MI 49220**

Date(s) debt was incurred  __2023__

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Electric Bike Company, LLC__                     Case number (if known) _____
          Name

| 3.362 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ken Price**
**9331 Lost Valley Ranch Road**
**Leona Valley, CA 93551**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.363 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**ken raith**
**1835 Moscato Pl**
**Brentwood, CA 94513**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.364 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ken Ramsey**
**5161 Stallion Circle**
**Huntington Beach, CA 92649**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.365 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ken Ramsey**
**5161 Stallion Cir**
**huntington beach, CA 92649**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.366 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ken Reeve**
**4398 Boulder Lake Circle**
**Vestavia, AL 35242**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.367 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ken Robinson**
**7095 Hollywood Blvd. #735**
**Los Angeles, CA 90028**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.368 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ken Sandrowicz**
**542 Palmer circle**
**Dickson City, PA 18519**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor     **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.369 | **Nonpriority creditor's name and mailing address**<br>**ken savino**<br>**2875 w calle del norte**<br>**chandler, AZ 85224**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number ____ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.370 | **Nonpriority creditor's name and mailing address**<br>**ken savino**<br>**2875 w calle del norte**<br>**chandler, AZ 85224**<br><br>Date(s) debt was incurred **2020**<br>Last 4 digits of account number ____ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.371 | **Nonpriority creditor's name and mailing address**<br>**Ken Schweim**<br>**1011 Hope St**<br>**Apt 308**<br>**Mankato, MN 56001**<br><br>Date(s) debt was incurred **2025**<br>Last 4 digits of account number ____ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.372 | **Nonpriority creditor's name and mailing address**<br>**Ken Schweim**<br>**104 Harbor Hill Dr**<br>**Mankato, MN 56001**<br><br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number ____ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.373 | **Nonpriority creditor's name and mailing address**<br>**Ken Shelton**<br>**1856 Oak Street**<br>**Napa, CA 94559**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number ____ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.374 | **Nonpriority creditor's name and mailing address**<br>**Ken Stuewe**<br>**914 Senate St**<br>**Costa Mesa, CA 92627**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number ____ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

| | | |
|---|---|---|
| 3.375 | **Nonpriority creditor's name and mailing address**<br>**Ken Thompson**<br>**6552 Clare Dr**<br>**Huntington Beach, CA 92647**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number ____ | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00**<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:** __Warranty__<br><br>Is the claim subject to offset? ☑ No ☐ Yes |

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.376** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Ken Vasseur
121 Ruxton Ave
101
Manitou Springs, CO 80829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.377** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Ken Vasseur
2 El Paso Blvd
Colorado Springs, CO 80904

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.378** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Ken Vasseur
121 Ruxton Ave, Ste 101
Manitou Springs, CO 80829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.379** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Ken Vasseur
121 Ruxton Ave, Ste 101
Manitou Springs, CO 80829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.380** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Ken Vasseur
121 Ruxton Ave
101
Manitou Springs, CO 80829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.381** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Ken Vasseur
121 Ruxton Ave 101
Manitou Springs, CO 80829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.382** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Ken Vasseur
121 Ruxton Ave 101
Manitou Springs, CO 80829

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
         Name

---

| 3.383 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ken Yeoh**
**2 Blue Fin Court**
**Newport Beach, MA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kendal Loveland**
**185 Golfview Dr**
**Brooklyn, MI 49230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kendal Loveland**
**185 Golfview Dr.**
**Brookllyn, MI 49230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kendal Loveland**
**185 Golfview Dr.**
**Brookllyn, MI 49230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.387 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kendall Culwell**
**2870 Via Bellota**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kendall Kallsen**
**10323 Rainbow Circle**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.389 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kendra Button**
**515 Judy Dr.**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.390 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kendra Finch**
**102 Kensbury Cir**
**Cary, NC 27513-3443**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.391 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kendra Finch**
**102 Kensbury Cir**
**Cary, NC 27513-3443**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.392 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kendra Wharton**
**1089 Powell Dr**
**Riviera Beach, FL 33404**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.393 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kendria Pearson**
**1955 Meade Street**
**Denver, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.394 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kenedee Cassidy**
**1316 Reedtown Road**
**Virginia Beach, VA 23455**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kenlyn Gretz**
**652 Lincoln Ridge**
**Green Bay, WI 54313**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kenlyn Gretz**
**652 Lincoln Ridge**
**Green Bay, WI 54313**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.397** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Kenna Florie
126 Via Lorca
Newport Beach, CA 92663

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.398** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Kennedy Clay
1934 Mediamolle Drive
New Orleans, LA 70114

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.399** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Kenneth Baughman
634 W Sierra Madre Blvd
G
Sierra Madre, CA 91024

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.400** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Kenneth Baxter
1203 Avenida Gandara
Rio Rico, AZ 85648

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.401** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Kenneth Bondy
110 30th St
Newport Beach, CA 92663

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.402** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

kenneth Brana
9446 Avenida Altura Bella
Cherry Valley, CA 92223

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.403** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

Kenneth Brann
7239 Zoe Cir Crl
Navarre, FL 32566

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

| 3.404 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kenneth C. Lippman**
**12246 Argent Bay Avenue**
**Las Vegas, NV 89138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.405 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kenneth Canavan**
**2842 Highway 14**
**Hants County**
**Rawdon Gold Mines, NS B0N 2N0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.406 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kenneth Cornett**
**11102 Faye Ave**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.407 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kenneth Davis**
**27487 Westfall Rd**
**Circleville, OH 43113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.408 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kenneth Davis**
**27487 Westfall Rd**
**Circleville, OH 43113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.409 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kenneth Davis**
**27487 Westfall Rd.**
**Circleville, OH 43113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.410 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kenneth De Turk**
**501 Walnut Avenue**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____  Case number (if known) _____
Name

---

| 3.411 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth Depierro**
**18 Poppy Lane**
**Palm Coast, FL 32164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.412 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth DePierro**
**18 POPPY LN**
**Palm Coast, FL 32164**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.413 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth Dion**
**1601 N Central Avenue**
**#501**
**Flagler Beach, FL 32136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.414 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth E Smith**
**1892 Parkview Circle**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.415 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth Eads**
**20802 Porter Ranch Rd**
**Trabuco Canyon, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.416 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth Eaves**
**336 South Orange Avenue**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.417 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth French**
**276 Sapphire Lake Dr, Unit 201**
**Bradenton, FL 34209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Electric Bike Company, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.418** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenneth French**
**N17W26495 Meadowgrass Cir**
**Unit E**
**Pewaukee, WI 53072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.419** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenneth Green**
**2417 Bengal Bend Cove**
**Cottonwood Heights, UT 84121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.420** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenneth Green**
**2417 E Bengal Bend Cv**
**Cottonwood Heights, UT 84121-5175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.421** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenneth Green**
**2417 E Bengal Bend Cv**
**Cottonwood Heights, UT 84121-5175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.422** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenneth Green**
**2417 E Bengal Bend Cv**
**Cottonwood Heights, UT 84121-5175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.423** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenneth Hansen**
**3131 Michelson**
**Unit 1601**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.424** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenneth Hendrix**
**8526 N. Fisher Ave**
**Fresno, CA 93720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.425** | Nonpriority creditor's name and mailing address

**Kenneth Hilscher**
**24 Valhalla Drive**
**Bay City, TX 77414**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.426** | Nonpriority creditor's name and mailing address

**Kenneth Hilscher**
**24 Valhalla Drive**
**Bay City, TX 77414**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.427** | Nonpriority creditor's name and mailing address

**Kenneth Jones**
**3075 Willow Grove Blvd**
**Apt 2505**
**McKinney, TX 75070**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.428** | Nonpriority creditor's name and mailing address

**Kenneth Jones**
**3075 Willow Grove Blvd**
**#2505**
**Mckinney, TX 75070**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.429** | Nonpriority creditor's name and mailing address

**Kenneth Kempf**
**1221 lanai ct**
**Carlsbad, CA 92008**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.430** | Nonpriority creditor's name and mailing address

**Kenneth Kilian**
**1934 Masters Drive**
**Festus, MO 63028**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.431** | Nonpriority creditor's name and mailing address

**Kenneth L Jones III**
**745 Fountainhead Lane Northeast**
**Unit 3**
**Atlanta, GA 30324**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**
_____     Case number (if known) _____
Name

| 3.432 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth Longfellow**
**15809 SE 63rd Street**
**Bellevue, WA 98006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.433 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth Luck**
**32941 Arrowhead Dr**
**Trabuco Cyn, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.434 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**kenneth martin**
**1331 apache pass**
**streetsboro, OH 44241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.435 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth Martin**
**1331 Apache Pass**
**streetsboro, OH 44241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.436 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth McGurk**
**102 Shadeland Ave**
**Villas, NJ 08251**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.437 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth Morsberger**
**113 4th Ave**
**Brunswick, MD 21716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

| 3.438 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenneth Mullen**
**1520 Lexington Dr.**
**Lodi, CA 95242**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

Debtor    **Electric Bike Company, LLC**                          Case number (if known)  _____
              Name

---

**3.439**  **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.    $0.00

**kenneth Mullen**
**1520 Lexington Dr**
**Lodi, CA 95242**                                               ☐ Contingent
                                                                 ☐ Unliquidated
                                                                 ☐ Disputed

Date(s) debt was incurred  **2022**                              **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.440**  **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.    $0.00

**Kenneth Nash**
**24341 FORDVIEW ST**
**LAKE FOREST, CA 92630-5241**                                   ☐ Contingent
                                                                 ☐ Unliquidated
                                                                 ☐ Disputed

Date(s) debt was incurred  **2025**                              **Basis for the claim:  Warranty**

Last 4 digits of account number **7**                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.441**  **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.    $0.00

**Kenneth Picton**
**6826 Bequia Way**
**Naples, FL 34113**                                             ☐ Contingent
                                                                 ☐ Unliquidated
                                                                 ☐ Disputed

Date(s) debt was incurred  **2020**                              **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.442**  **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.    $0.00

**Kenneth Raguse**
**3513 Vista Drive**
**Manhattan Beach, CA 90266**                                    ☐ Contingent
                                                                 ☐ Unliquidated
                                                                 ☐ Disputed

Date(s) debt was incurred  **2024**                              **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.443**  **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.    $0.00

**Kenneth Reisinger**
**2396w Bluestem Drive**
**Lehi, UT 84043**                                               ☐ Contingent
                                                                 ☐ Unliquidated
                                                                 ☐ Disputed

Date(s) debt was incurred  **2023**                              **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.444**  **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.    $0.00

**Kenneth Reynolds**
**195 Lon Reynolds Drive**
**Summerville, GA 30747**                                        ☐ Contingent
                                                                 ☐ Unliquidated
                                                                 ☐ Disputed

Date(s) debt was incurred  **2024**                              **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.445**  **Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: Check all that apply.    $0.00

**Kenneth Riggs**
**8351 Clubhouse Lane**
**Garden City, ID 83714**
**Garden City, ID 83714**                                        ☐ Contingent
                                                                 ☐ Unliquidated
                                                                 ☐ Disputed

Date(s) debt was incurred  **2024**                              **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.446** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenneth Riggs**
**8351 Clubhouse Lane**
**Garden City, ID 83714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.447** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenneth Rudy**
**12461 Carmel View North**
**San Diego, CA 92130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.448** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenneth Ruester**
**2321 Elsinore Road**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.449** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenneth Ruester**
**2321 Elsinore Rd**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.450** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**kenneth savino**
**2875 w calle del norte**
**chandler, AZ 85224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.451** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenneth Schleinitz**
**14403 Valeda Drive**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.452** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenneth Shafarman**
**55 Pepperidge Circle**
**Stratford, CT 06614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.453** Nonpriority creditor's name and mailing address

**Kenneth Statham**
**6001 East Huntress Drive**
**Paradise Valley, AZ 85253**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.454** Nonpriority creditor's name and mailing address

**Kenneth Tarpley**
**1759 virgin island ave**
**Henderson, NV 89074**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.455** Nonpriority creditor's name and mailing address

**Kenneth Thompson**
**6552 Clare Drive**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.456** Nonpriority creditor's name and mailing address

**Kenneth Wilson**
**2055 fernwood way**
**Henderson, NC 27536**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.457** Nonpriority creditor's name and mailing address

**Kenneth Youso**
**20172 Miller Rd**
**SANDSTONE, MN 55072**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.458** Nonpriority creditor's name and mailing address

**Kenneth Youso**
**20172 Miller Rd**
**Sandstone, MN 55072**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.459** Nonpriority creditor's name and mailing address

**Kenny Abbott**
**638 W Emerald Pointe Dr**
**St. George, UT 84790**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.460** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenny Abbott**
**1053 W 400 N**
**Moab, UT 84532**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.461** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenny Brantley**
**38 Mayapple Ct**
**Pine Mountain, GA 31822-5602**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.462** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenny Eggmann**
**1510 Old Newport Blvd**
**Costa Mesa, CA 92663**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.463** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenny Palomino**
**37815 2nd st.**
**Fremont, CA 94536**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.464** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenny Pillard**
**185 Oceanic Way**
**Ste 7**
**Santa Rosa, CA 95407-8241**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.465** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**kenny sapp**
**2726 hilltop dr**
**newport beach, CA 92660**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.466** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kenny Sapp - Tina Rieden**
**2726 Hilltop Drive**
**Newport Beach, CA 92660**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.467 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenny Scott**
**525 3rd St N**
**Apt 214**
**Jacksonville Beach, FL 32250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.468 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kenric LeBlanc**
**245 Climbing Rock Loop**
**Dripping Springs, TX 78620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.469 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kent A Bickel**
**1133 Woodvale Dr.**
**Nashville, TN 37204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.470 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kent Alexander**
**17358 76th Street North**
**Loxahatchee, FL 33470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kent Crossley**
**580 E Parker Place**
**Vineyard, UT 84059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kent Kanaya**
**3411 wilcox road 95**
**lihue, HI 96766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.473 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**kent kanaya**
**3411 wilcox road**
**Unit H-95**
**lihue, HI 96766**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                           Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.474 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Kent Li**
**948 Montague Cir**
**Corona, CA 92879**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.475 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Kent Strom**
**10813 west Timberwagon circle**
**Spring, TX 77380**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Kent Tullos**
**133 Stone Creek Dr**
**Madison, MS 39110**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Kent Welch**
**7 Frankie Lane**
**North Grafton, MA 01536**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.478 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Kenzie Foley**
**400 Capitol Mall**
**Suite 2040**
**Sacramento, CA 95814**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.479 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Kenzie Kent**
**1501 Kathlene Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.480 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Keola Hagan**
**1468 Woodhaven Ln**
**Sparks, NV 89434**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Electric Bike Company, LLC**                                    Case number *(if known)*
_____
          Name

---

| 3.481 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Keri Gealy**
**16776 Woodridge Circle**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.482 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Keri Kennelly**
**300 District Drive**
**Apt #525**
**Asheville, NC 28803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kerri Braun**
**25 Lucido St.**
**Rancho Mission Viejo, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kerri DiMento**
**8 Calle Alumbrado**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number ___

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.485 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kerri Elliott**
**8600 Sunrise Drive**
**Chilliwack, BC V2R 3H9**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kerry Adkins**
**2668 Old Rocky Ridge Road**
**Hoover, AL 35216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.487 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kerry Arens**
**130 South Maple Avenue**
**Webster Groves, MO 63119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.488**  Nonpriority creditor's name and mailing address

**Kerry Arens**
**130 South Maple Avenue**
**Webster Groves, MO 63119**

Date(s) debt was incurred  __2025__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.489**  Nonpriority creditor's name and mailing address

**Kerry Barber**
**2012 Golfview Ct**
**Fort Pierce, FL 34950**

Date(s) debt was incurred  __2024__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.490**  Nonpriority creditor's name and mailing address

**Kerry Clark**
**5 E 44th Street**
**5A**
**Brant Beach, NJ 08008**

Date(s) debt was incurred  __2025__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.491**  Nonpriority creditor's name and mailing address

**Kerry Cooper**
**16522 Meseta**
**Helotes, TX 78023**

Date(s) debt was incurred  __2022__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.492**  Nonpriority creditor's name and mailing address

**kerry geiger**
**1724 Morgan Ln**
**Redondo Beach, CA 90278**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.493**  Nonpriority creditor's name and mailing address

**Kerry Green**
**8936 Brookshire Court**
**Jacksonville, FL 32257**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.494**  Nonpriority creditor's name and mailing address

**Kerry Green**
**8936 Brookshire Court**
**Jacksonville, FL 32257-5204**

Date(s) debt was incurred  __2021__

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.495** | Nonpriority creditor's name and mailing address
**Kerry Holeman**
**162 Sycamore St**
**Watertown, MA 02472**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.496** | Nonpriority creditor's name and mailing address
**Kerry Holeman**
**162 Sycamore St**
**Watertown, MA 02472**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.497** | Nonpriority creditor's name and mailing address
**Kerry Kennedy**
**44 Longwood Ave #508**
**Hyannisport, MA 02647**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.498** | Nonpriority creditor's name and mailing address
**Kerry Kiser**
**7404 Gurney Drive**
**Plano, TX 75024**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.499** | Nonpriority creditor's name and mailing address
**Kerry Kusiak**
**1074 Alexandra Lane**
**Encinitas, CA 92024**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.500** | Nonpriority creditor's name and mailing address
**Kerry Leonard**
**15240 Sandrock Drive**
**Elizabeth Lake, CA 93532**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.501** | Nonpriority creditor's name and mailing address
**Kerry Stritt**
**466 Oxenbridge Way**
**Chapin, SC 29036**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*　　　　$0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.502 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kerry Tichi**
**135 Alamo Drive**
**Durango, CO 81301**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.503 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kerry Tuma**
**1219 Winslow Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kerry Weber**
**86 Pitkin Mesa Drive**
**Aspen, CO 81611**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kerwelyn Thebault**
**108 Egypt Lane**
**East Hampton, NY 11937**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.506 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Amen**
**947 Windsail Lane**
**Stockton, CA 95206**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.507 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Anderson**
**985 Lincoln Circle**
**Winter Park, FL 32789**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.508 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Anderson**
**985 Lincoln Circle**
**Winter Park, FL 32789**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known)
_____
Name

| 3.509 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**KEVIN ANDERSON**
**985 LINCOLN CIRCLE**
**WINTER PARK, FL 32789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.510 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Avery**
**448 Post Oak rd**
**Fredericksburg, TX 78624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Avery**
**510 Post Oak Rd**
**Fredericksburg, TX 78624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Avery**
**448 Post Oak rd**
**Fredericksburg, TX 78624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.513 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Avila**
**3423 Fairgreen Lane**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.514 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Baker**
**5085 E Sawmill Way**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kevin Batey**
**5374 Pau A Laka Street**
**Koloa, HI 96756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.516** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Kevin Beninati**
**8063 Hobbes Way**
**PALM BCH GDNS, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.517** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Kevin Beninati**
**8063 Hobbes Way**
**Palm Beach Gardens, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.518** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Kevin Beninati**
**8063 Hobbes Way**
**Palm Beach Gardens, FL 33418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.519** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Kevin Berry**
**62 Richardson Rd**
**Melrose, MA 02176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.520** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**Kevin Burton**
**28561 Brookhill rd**
**Trabuco Canyon, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.521** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**KEVIN CARROLL**
**240 OAK LEAF DRIVE**
**Stockbridge, GA 30281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.522** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00**

**KEVIN CARROLL**
**240 OAK LEAF DRIVE**
**Stockbridge, GA 30281**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.523 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |

**3.523**

**Nonpriority creditor's name and mailing address**

**Kevin Clancy**
**251 Pine Hill road**
**Spencerport, NY 14559**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.524**

**Nonpriority creditor's name and mailing address**

**Kevin Claycomb**
**200 Water Street**
**Dickerson Run, PA 15430**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.525**

**Nonpriority creditor's name and mailing address**

**Kevin Clowes**
**651 Apple Dr.**
**Brea, CA 92821**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.526**

**Nonpriority creditor's name and mailing address**

**Kevin Clowes**
**651 Apple Dr**
**Brea, CA 92821**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.527**

**Nonpriority creditor's name and mailing address**

**Kevin Conner**
**10212 Paradise Ln**
**Noblesville, IN 46062**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.528**

**Nonpriority creditor's name and mailing address**

**Kevin Cook**
**509 North Gertruda Ave**
**Unit 3**
**Redondo Beach, CA 90277**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.529**

**Nonpriority creditor's name and mailing address**

**Kevin Crofts**
**18472 Manning Dr.**
**Tustin, CA 92780**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.530** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kevin Curtis**
**6909 Chianti Ct.**
**Rowlett, TX 75088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.531** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kevin Deemer**
**1670 Pomona ave**
**Costa mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.532** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kevin Deemer**
**1670 Pomona Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.533** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kevin Delohery**
**4155 hickory oaks st**
**Castle Rock, CO 80104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.534** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kevin DePottey**
**1203 S Morrish Road**
**FLINT, MI 48532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.535** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kevin Dick**
**1720 Orvieto Drive**
**Roseville, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.536** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kevin Doss**
**316 Olive Ave**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

| 3.537 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Droski**
**1187 English Ridge Drv. NW**
**Grand Rapids, MI 49544-7405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Droski**
**40 Water St.**
**Second Level**
**Gore Bay, ON P0P 1H0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Droski**
**402 Lakeside**
**Mackinaw City, MI 49701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.540 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Drye**
**7917 Pebbleridge Dr**
**Charlotte, NC 28212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.541 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Drye**
**7917 Pebbleridge Dr**
**Charlotte, NC 28212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.542 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Dunham**
**17502 Tuscan Circle**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.543 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Fabrizio**
**12205 Vista Montana Drive**
**Bakersfield, CA 93306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.544 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Fairfax**
**1617 Antigua Way**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.545 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Ferguson**
**76 Grand St.**
**South Portland, ME 04106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.546 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Ferguson**
**76 Grand**
**South Portland, ME 04106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.547 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**kevin fox**
**99 Freeport lane**
**Palm Coast, FL 32137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.548 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Fox**
**99 Freeport lane**
**Palm Coast, FL 32137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.549 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**kevin fox**
**99 Freeport Lane**
**Palm Coast, FL 32137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.550 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Gallagher**
**5761 Spa Drive**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.551** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kevin Gauger**
**632 Saint James Rd**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.552** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kevin Gibson**
**20028 Ingrum Way**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.553** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kevin Giles**
**23499 Warwick Pl NW**
**Poulsbo, WA 98370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.554** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kevin Giles**
**23499 Warwick Pl.**
**Poulsbo, WA 98370**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.555** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kevin Giles**
**23499 WARWICK PL NW**
**POULSBO, WA 98370-7111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.556** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kevin Golchin**
**1780 Oriole dr**
**Costa mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.557** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kevin Golchin**
**1780 Oriole Dr**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

| 3.558 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kevin Golden**
**5811 Nancy Ellen St.**
**Amarillo, TX 79119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kevin Golden**
**5811 Nancy Ellen St.**
**Amarillo, TX 79119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kevin Gooch**
**407 Boyd St. E.**
**Murtaugh, ID 83344**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kevin Hail**
**3750 Dlegany street**
**denver, CO 80216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.562 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kevin Healy**
**464 Santa Ana Ave.**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.563 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kevin Hill**
**22071 Midcrest Dr**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.564 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kevin Hofstee**
**16029 Ave 136**
**Tipton, CA 93272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.565** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Hofstee**
16029 Ave 136
Tipton, CA 93272

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.566** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Hoofnagle**
5114 N Belt St.
Spokane, WA 99205

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.567** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Horn**
122 Via Palermo
Newport Beach, CA 92663

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.568** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin James**
6601 Tennyson St NE
Apt #4108
Albuquerque, NM 87111

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.569** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Johansen**
3007 Snowden Ave
Long Beach, CA 90808

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.570** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Johansen**
3007 Snowden Avenue
Long Beach, CA 90808

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.571** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Johnson**
33174 State Park Rd 100
Lot #B70
South Padre Island, TX 78597

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                      Case number (if known) _____
         Name

---

| 3.572 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Johnson**
**3670 Golfside Rd**
**Ypsilanti, MI 48197**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.573 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Kalwerisky**
**928 Audubon Dr**
**Clayton, MO 63105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.574 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin kautz**
**8 Connilaine**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.575 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Kautz**
**8 Connilaine**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Keliikoa**
**1991 Newport Blvd**
**Space. 37**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Kelly**
**12950 North 94th Way**
**Scottsdale, AZ 85260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.578 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Kelly**
**614 Fremont Way**
**Sacramento, CA 95818**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Electric Bike Company, LLC_____     Case number (if known) _____
      Name

| 3.579 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Kiser**
1770 Santa Ana Ave.
Apt A
Costa Mesa, CA 92627

Date(s) debt was incurred  __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.580 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Kozlowski**
421 Madison Street
Birmingham, MI 48009

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.581 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Kurpanek**
19750 E Parker Square Dr
Suite 100
Parker, CO 80134

Date(s) debt was incurred  __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.582 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Lapio**
1620 23rd Ave N
St Petersburg, FL 33713

Date(s) debt was incurred  __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.583 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Larsen**
894 Guerrero Street
San Francisco, CA 94110

Date(s) debt was incurred  __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.584 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Le**
180 Santa Barbara
Irvine, CA 92606

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.585 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Lee**
9588 mountain pine ct
Phelan, CA 92371

Date(s) debt was incurred  __2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.586**    **Nonpriority creditor's name and mailing address**

**Kevin Leiske**
**923 Euclid ave**
**Berkeley, CA 94708**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.587**    **Nonpriority creditor's name and mailing address**

**Kevin Lewis**
**2295 Ecroyd Ave**
**Simi Valley, CA 93063**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.588**    **Nonpriority creditor's name and mailing address**

**Kevin Lewis**
**2289 Ecroyd Ave**
**Simi Valley, CA 93063**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.589**    **Nonpriority creditor's name and mailing address**

**Kevin Leyakatalie**
**2543 Haulover Blvd**
**Deltona, FL 32738**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.590**    **Nonpriority creditor's name and mailing address**

**Kevin Leyakatalie**
**2543 Haulover blvd**
**Deltona, FL 32738**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.591**    **Nonpriority creditor's name and mailing address**

**Kevin Leyakatalie**
**2543 Haulover Boulevard**
**Deltona, FL 32738**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.592**    **Nonpriority creditor's name and mailing address**

**Kevin Leyakatalie**
**2543 Haulover Boulevard**
**Deltona, FL 32738**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*                                   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.593 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**kevin Iura**
**1320 west martial blvd**
**san Bernardino, CA 92405**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.594 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kevin Madjarac**
**1611 Quaker Lane**
**Salem, OH 44460**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.595 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kevin Madjarac**
**1611 Quaker Lane**
**Salem, OH 44460**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.596 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kevin Mahoney**
**16 Park Rd**
**Simsbury, CT 06070**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.597 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kevin Matejko**
**353 Spruce St**
**Wyandotte, MI 48192**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.598 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kevin Matejko**
**353 spruce st**
**Wyandotte, MI 48192**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.599 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kevin Matejko**
**353 spruce**
**Wyandotte, MI 48192**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Electric Bike Company, LLC**_____  Case number *(if known)* _____
　　　　　Name

---

| 3.600 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin McCoy**
**698 Carpino Avenue**
**Pittsburg, CA 94565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2023**__

**Basis for the claim:** __**Warranty**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.601 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin McCracken**
**925 Vine Ave**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2024**__

**Basis for the claim:** __**Warranty**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.602 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin McCulloch**
**2452 JacarandaDr**
**Oxnard, CA 93036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2025**__

**Basis for the claim:** __**Warranty**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.603 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Mcginty**
**1317 Cathrine street**
**keywest, FL 33040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2025**__

**Basis for the claim:** __**Warranty**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.604 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Mckee**
**1202 Deborah Drive**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2022**__

**Basis for the claim:** __**Warranty**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.605 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin McKinney**
**1245 NE McRae Ct**
**Prineville, OR 97754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2020**__

**Basis for the claim:** __**Warranty**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.606 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin MIchaels**
**1 Lilac**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2022**__

**Basis for the claim:** __**Warranty**__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.607** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Monette**
**15 Bobcat Court**
**Garden Valley, ID 83622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.608** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Morales**
**7224 90th Trail North**
**Brooklyn Park, MN 55445**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.609** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Murphy**
**2504 Bedford Ave**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.610** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Murphy**
**2504 Bedford Ave**
**Raleigh, NC 27607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.611** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Nguyen**
**1125 W Hampshire Ave**
**Anaheim, CA 92802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.612** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin Nicholas**
**10389 N 109th Way**
**Scottsdale, AZ 85259**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.613** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kevin O'Neill**
**1638 Brooksbend Drive**
**Wesley Chapel, FL 33543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.614 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Oiseau**
**2935 Jorgenson Rd. NE**
**Olympia, WA 98516**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.615 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kevin Oiseau**
**2935 Jorgenson rd ne**
**Olympia, WA 98516**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.616 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kevin Olson**
**10740 Upton Ave South**
**Bloomington, MN 55431**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.617 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kevin ONeill**
**1638 Brooksbend Drive**
**Wesley Chapel, FL 33543**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.618 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kevin Parr**
**18004 E 27th Ter S**
**Independence, MO 64057**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.619 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kevin Parr**
**18004 E 27th Ter S**
**Independence, MO 64057**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.620 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kevin Pyatt**
**22050 Campground Road**
**Site 273**
**Gulf Shores, AL 36542**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**
_____
　　　　　Name

Case number *(if known)* _____

| 3.621 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kevin Richardson**
**405 Fieldcreek Dr**
**Friendswood, TX 77546**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.622 | Nonpriority creditor's name and mailing address |
|---|---|

**Kevin Roach**
**#7 Big Bluff court**
**St. Charles, MO 63304**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.623 | Nonpriority creditor's name and mailing address |
|---|---|

**Kevin Rodriguez**
**1510 Old Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.624 | Nonpriority creditor's name and mailing address |
|---|---|

**Kevin Rohr**
**316 Hawthorne Blvd**
**Glen Ellyn, IL 60137**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.625 | Nonpriority creditor's name and mailing address |
|---|---|

**Kevin Rose**
**170 Roundridge Rd Box 1830**
**Tahoe City, CA 96145**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.626 | Nonpriority creditor's name and mailing address |
|---|---|

**Kevin Sachs**
**5490 S Highline Circle**
**Greenwood Village, CO 80121**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.627 | Nonpriority creditor's name and mailing address |
|---|---|

**Kevin Sanders**
**90 Ashley Faith Dr.**
**Southside, AR 72501**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.628 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Simon**
**1457 18th avenue**
**camanche, IA 52730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.629 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Slattery**
**20 White Birch Road**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.630 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Slattery**
**20 White Birch Road**
**Morristown, NJ 07960**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.631 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Smith**
**18 Lake Terrace**
**Rochester, NY 14617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Smith Smith**
**18 Lake Terrace**
**Rochester, NY 14617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.633 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Stanner**
**10 Davis Dr**
**BELLWOOD, IL 60104-1047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.634 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kevin Wallis**
**2620 Riverside Dr**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Electric Bike Company, LLC__                                    Case number (if known) _____
      Name

---

**3.635** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Kevin Walter** | ☐ Contingent |
| 12428 S. Gallery St. | ☐ Unliquidated |
| Olathe, KS 66062 | ☐ Disputed |
| Date(s) debt was incurred __2020__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.636** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Kevin Winters** | ☐ Contingent |
| 6452 Acacia Ln | ☐ Unliquidated |
| Yorba Linda, CA 92886 | ☐ Disputed |
| Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.637** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **kevin winters** | ☐ Contingent |
| 6452 acacia lane | ☐ Unliquidated |
| yorba linda, CA 92886 | ☐ Disputed |
| Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.638** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Kevin Wyckoff** | ☐ Contingent |
| 1780 state hwy. 49 | ☐ Unliquidated |
| Placerville, CA 95667 | ☐ Disputed |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.639** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Kevin Xicotencatl Alvarez** | ☐ Contingent |
| 475 SW 7th ST | ☐ Unliquidated |
| Apt 401 | ☐ Disputed |
| Miami, FL 33130 | |
| Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.640** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Kevin Zaan** | ☐ Contingent |
| 16342 Saratoga Ln | ☐ Unliquidated |
| Huntington Beach, CA 92649 | ☐ Disputed |
| Date(s) debt was incurred __2022__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.641** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Kevin Zavala** | ☐ Contingent |
| 26196 Crown Valley Pkwy | ☐ Unliquidated |
| 212 | ☐ Disputed |
| Mission Vlejo, CA 92692 | |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.642** | **Nonpriority creditor's name and mailing address**
**Kevin Zolitor**
**4590 S FOX ST**
**ENGLEWOOD, CO 80110**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.643** | **Nonpriority creditor's name and mailing address**
**kf Fellows**
**1261 NW Overton St.**
**Apt. 158**
**Portland, OR 97209**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.644** | **Nonpriority creditor's name and mailing address**
**Khad Frazier**
**15957 Tokay st apt A**
**Victorville, CA 92395**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.645** | **Nonpriority creditor's name and mailing address**
**Khaleb West**
**1806 Markone Street NW**
**Atlanta, GA 30318**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.646** | **Nonpriority creditor's name and mailing address**
**Khanh Nguyen**
**13968 Lewiston St**
**San Diego, CA 92128**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.647** | **Nonpriority creditor's name and mailing address**
**Khara Tirabassi**
**162 Costa Mesa St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

**3.648** | **Nonpriority creditor's name and mailing address**
**khiet Tran**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.649 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Khoa Vu**
**212 Cimarron Ave**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.650 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kianni Sunseri**
**26582 Pariso Dr**
**Mission Viejo, CA 92691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.651 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kiel Skager**
**804 DIANES CT, Mandan, ND**
**Mandan, ND 58554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.652 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kiel Tamiyasu**
**2294 PACIFIC AVE**
**COSTA MESA, CA 92627-4867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.653 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kieran Mccarty**
**6722 Calpe Cir**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.654 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kieran Zaby**
**244 Monte Vista**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.655 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kierstyn Berlin**
**12 Aliso Rd**
**Carmel Valley, CA 93924**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.656**

**Nonpriority creditor's name and mailing address**

**Kiki McNabb**
**111 Andrea Drive**
**Walnut Creek, CA 94596**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.657**

**Nonpriority creditor's name and mailing address**

**Kiki van der Heiden**
**PO Box 484**
**403 Oceanview Drive**
**Queen Charlotte, BC V0T 1S0**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.658**

**Nonpriority creditor's name and mailing address**

**Kiley Baile**
**2569 Elden Ave**
**B1**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.659**

**Nonpriority creditor's name and mailing address**

**Kiley Baile**
**2569 Elden**
**B1**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.660**

**Nonpriority creditor's name and mailing address**

**Kiley Reed**
**16 Poplar Hls**
**Hurricane, WV 25526-9103**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.661**

**Nonpriority creditor's name and mailing address**

**Killick Hinds**
**195 Three Oaks Drive**
**Athens, GA 30607**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.662**

**Nonpriority creditor's name and mailing address**

**Killick Hinds**
**195 Three Oaks Drive**
**Athens, GA 30607**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.663 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kilpatrick Will**
**146 IRVING ST**
**SAN FRANCISCO, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.664 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Albin**
**205 7th St**
**#B**
**Seal Beach, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.665 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Anderson**
**965 Le Conte Dr**
**Riverside, CA 92507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.666 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Bondurant**
**4953 Jett Rd.**
**Marietta, GA 30066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.667 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**kim bonzell**
**621 falcon waY**
**ROSEVILLE, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.668 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Broetje**
**3909 W. Bertona St.**
**Seattle, WA 98199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.669 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Cashman**
**31112 Hamilton Trail**
**Trabuco Canyon, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.670 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Castleberry**
**6824 Labelle Court**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.671 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Castleberry**
**6824 Labelle Court**
**Plano, TX 75024-7587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.672 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Castleberry**
**5900 Coit Rd**
**Plano, TX 75023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Castleberry**
**14 Savona Ct**
**Newport Coast, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Castleberyy**
**6824 Labelle Ct**
**Plano, TX 75024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.675 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Chavez**
**1038 Meadowlake Lane**
**Lake Elsinore, CA 92530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Chavez**
**1038 Meadowlake Lane**
**Lake Elsinore, CA 92530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.677 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Cimino**
**63 Majeza Court**
**Rancho Mission Viejo, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.678 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIM COSNAHAN**
**1411 Marvin Griffin Road**
**Augusta, GA 30906**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.679 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Crane**
**8219 Grand Ave**
**Mackinac Island, MI 49757**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.680 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Cribari**
**6701 Pumpkin Ridge Dr**
**Windsor, CO 80550**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.681 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim De La Fuente**
**1539 Old Fashion Way**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.682 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Di Camillo**
**13 Barberry Lane**
**West Newbury, MA 01985**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**kim Duong**
**2444 college drive**
**Costa mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  7**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.684 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**KIM E HAMMOND**
**2004 Pine Ave**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.685 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Kim Evans**
**11711 W CINDY ST**
**WICHITA, KS 67212**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.686 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Kim Evans**
**11711 W. Cindy**
**Wichita, KS 67212**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.687 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Kim Fischer**
**320 N 490 W**
**6058**
**Salt Lake City, UT 84103**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.688 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Kim Fischer**
**15 Wilson Ct**
**Park City, UT 84060**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Kim Frankenfield-Pro**
**1160 Westerly Parkway**
**State College, PA 16801**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.690 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**kim freed**
**8174 tommy dr**
**san Diego, CA 92119**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.691 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Frerichs**
**502 2ND STREET**
**BALTIC, SD 57003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.692 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**kim gage**
**103 Painted rock place**
**folsom, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.693 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Gossett**
**4322 Silvis Rd**
**Bartonville, IL 61607**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.694 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Green**
**4506 SE 4th Place**
**Renton, WA 98059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Grover**
**2158 n state rd**
**ionia, MI 48846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIM HAMMOND**
**2004 Pine Ave**
**MANHATTAN BEACH, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Hampton**
**956 W Chopaka lane**
**Westport, WA 98595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.698 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Heldman**
**12241 W Rabbit Dr.**
**Lakewood, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**kim hobbs**
**883 Ben Pate Rd**
**Black, AL 36314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.700 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Hobbs**
**883 Ben Pate rd**
**Black, AL 36314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.701 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Home Lapinsky**
**20121 Bushard St**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.702 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**kim hrobar**
**158 north 59th street**
**milwaukee, WI 53213**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim King**
**519 Superior Ave**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.704 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Kovach**
**8420 Cherry Hill Lane**
**Broadview Heights, OH 44147**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (*if known*) | |
|---|---|---|---|
| | Name | | |

---

| 3.705 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIM LABRIE**
**11219 BENSTON DR E**
**puyallup, WA 98372**

Date(s) debt was incurred **2024**

Last 4 digits of account number **___**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.706 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KIM LABRIE**
**11219 BENSTON DR E**
**Puyallup, WA 98372**

Date(s) debt was incurred **2023**

Last 4 digits of account number **___**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.707 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim lapensky**
**8905 Atlanta Ave**
**suite B**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number **___**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.708 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Layton**
**3128 Westowne Circle**
**Cookeville, TN 38501**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.709 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Layton**
**3128 Westowne Circle**
**Cookeville, TN 38501**

Date(s) debt was incurred **2025**

Last 4 digits of account number **___**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Li**
**3967 N Two Creeks Lane**
**Park City, UT 84098**

Date(s) debt was incurred **2024**

Last 4 digits of account number **___**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.711 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kim Lirrle**
**303 E. Bluff Drive**
**Port Angeles, WA 98362**

Date(s) debt was incurred **2023**

Last 4 digits of account number **___**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                           Case number (if known) _____
_____
Name

---

| 3.712 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Makowski**
**2751 Riverside Parkway**
**Grand Junction, CO 81501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.713 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Marks**
**14 Seasons Ridge Ct**
**Maryville, IL 62062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.714 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Marks**
**211 Tyler drive**
**Troy, IL 62294**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.715 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim marks**
**211 Tyler Dr**
**Troy, IL 62294-2851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.716 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Needham**
**6624 West Damsen Ave**
**Visalia, CA 93291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.717 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Noonan**
**9315 Laplaya**
**1714**
**Springfield, IL 34135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.718 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Nygaard**
**2430 lake shore blvd**
**South Milwaukee, WI 53172**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (*if known*) | |
| | Name | | |

---

| 3.719 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Kim Nygaard** | ☐ Contingent | |
| | **2430 Lake Shore Blvd** | ☐ Unliquidated | |
| | **South Milwaukee, WI 53172** | ☐ Disputed | |
| | Date(s) debt was incurred __2024__ | **Basis for the claim:  Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.720 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Kim Oliver** | ☐ Contingent | |
| | **231 Crimson Orchard Drive** | ☐ Unliquidated | |
| | **Mooresville, NC 28115** | ☐ Disputed | |
| | Date(s) debt was incurred __2020__ | **Basis for the claim:  Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.721 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Kim Parry** | ☐ Contingent | |
| | **22085 Pheasant St** | ☐ Unliquidated | |
| | **Lake Forest, CA 92630** | ☐ Disputed | |
| | Date(s) debt was incurred __2021__ | **Basis for the claim:  Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.722 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Kim Parry** | ☐ Contingent | |
| | **22085 Pheasant Street** | ☐ Unliquidated | |
| | **Lake Forest, CA 92630** | ☐ Disputed | |
| | Date(s) debt was incurred __2021__ | **Basis for the claim:  Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.723 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **kim Parry** | ☐ Contingent | |
| | **22085 Pheasant Street** | ☐ Unliquidated | |
| | **Lake Forest, CA 92630** | ☐ Disputed | |
| | Date(s) debt was incurred __2021__ | **Basis for the claim:  Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.724 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Kim Petty** | ☐ Contingent | |
| | **14031 Hesby st** | ☐ Unliquidated | |
| | **Sherman Oaks, CA 91423** | ☐ Disputed | |
| | Date(s) debt was incurred __2024__ | **Basis for the claim:  Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.725 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| | **Kim Rakow** | ☐ Contingent | |
| | **2763 Darby Falls** | ☐ Unliquidated | |
| | **Las Vegas, NV 89134** | ☐ Disputed | |
| | Date(s) debt was incurred __2020__ | **Basis for the claim:  Warranty** | |
| | Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
              Name

---

| 3.726 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Schreutelkamp**
**33 Rambling Lane**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.727 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Schumacher**
**2068 Meadow View Ln**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.728 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Sheehan**
**45584 Callesito Altar**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Snowden**
**1799 E 100 N**
**Huntington, IN 46750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.730 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim St. Dennis**
**3735 Danny St**
**La Crescenta, CA 91214-1737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.731 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Timberlake**
**710 64th St S**
**Gulfport, FL 33707-3018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.732 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kim Timberlake**
**710 64th St. S.**
**Gulfport, FL 33707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.733 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Kim Tobler**
**15 Via Liebre**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.734 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Kim Washburn**
**497 Kindra Heights Road**
**Cottonwood, AZ 86326**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Kim Williams**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.736 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Kim Yim**
**330 East 119th Street**
**Apt 6A**
**New York, NY 10035**

Date(s) debt was incurred __2025__

Last 4 digits of account number __7_

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.737 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Kim Yim**
**330 E 119th street**
**Apt 6 A**
**New York, NY 10035**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.738 | **Nonpriority creditor's name and mailing address** | $0.00 |

**kimber huffmaster**
**5218 ester blvd.**
**fort myers beach, FL 33931**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.739 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Kimber Huffmaster**
**5218 Estero Blvd**
**Fort Myers Beach, FL 33931**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.740** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00
--- | --- | --- | ---

**Kimberlee Klug**
**7361 Brookwood Ln**
**Highland, CA 92346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.741** Nonpriority creditor's name and mailing address

**Kimberley Dressel**
**4005 Ardara Drive**
**Tallahassee, FL 32309**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __2021__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.742** Nonpriority creditor's name and mailing address

**Kimberly Alexander**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.743** Nonpriority creditor's name and mailing address

**Kimberly Alexander**
**9162 Rhodesia Dr**
**Huntington Beach, CA 92646**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.744** Nonpriority creditor's name and mailing address

**Kimberly Bentley**
**PO Box 1890,**
**235 Mockingbird Ln**
**Blowing Rock, NC 28605**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __2021__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.745** Nonpriority creditor's name and mailing address

**Kimberly Bland**
**8800 Barnacle Blvd**
**Ocean Springs, MS 39564**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __2025__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.746** Nonpriority creditor's name and mailing address

**Kimberly Breiner**
**31112 BOCA RATON PLACE**
**Laguna Niguel, CA 92677**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

$0.00

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.747** | Nonpriority creditor's name and mailing address

**Kimberly Carpenter**
**376 Ramona Way**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.748** | Nonpriority creditor's name and mailing address

**Kimberly Chafin**
**38201 Kentucky Avenue**
**Lady Lake, FL 32159**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.749** | Nonpriority creditor's name and mailing address

**Kimberly Chafin**
**38201 Kentucky Avenue**
**Lady Lake, FL 32159**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.750** | Nonpriority creditor's name and mailing address

**Kimberly Chafin**
**38201 Kentucky Ave.**
**Lady Lake, FL 32159**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.751** | Nonpriority creditor's name and mailing address

**Kimberly Confer**
**7936 Tyrrell Rd**
**Laingsburg, MI 48848**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.752** | Nonpriority creditor's name and mailing address

**Kimberly Confer**
**7936 Tyrrell Rd.**
**Laingsburg, MI 48848**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.753** | Nonpriority creditor's name and mailing address

**Kimberly Confer**
**7936 Tyrrell Rd.**
**Laingsburg, MI 48848**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.754 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kimberly Craig**
**71032 Fiddleneck Lane**
**Sisters, OR 97759-8000**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kimberly Craig**
**5821 Pinon Drive**
**HUNTINGTON BEACH, CA 92649-4927**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kimberly Damron**
**9 Castways**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.757 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kimberly Davis**
**12822 Cedar Tree Way**
**Poway, CA 92064**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.758 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kimberly Davis**
**12822 Cedar Tree Way**
**Poway, CA 92064**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.759 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kimberly Davis**
**12822 Cedar Tree Way**
**Poway, CA 92064**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.760 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: _Check all that apply._ | $0.00 |
|---|---|---|---|

**Kimberly Davis**
**12822 Cedar Tree Way**
**Poway, CA 92064**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                      Case number (if known) _____
        Name

---

| 3.761 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kimberly DeGraw**
**101 SOLACE CT**
**ENCINITAS, CA 92024**

Date(s) debt was incurred **2021**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.762 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kimberly Elniff**
**8014 27th Avenue N**
**St Petersburg, FL 33710**

Date(s) debt was incurred **2021**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.763 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kimberly Ferguson**
**12 Florida Avenue**
**Jamestown, RI '02835**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.764 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kimberly Fraley**
**4338 Everett Rd.**
**Urbana, OH 43078**

Date(s) debt was incurred **2022**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.765 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kimberly Frederick**
**2921 S Utica St**
**Denver, CO 80236**

Date(s) debt was incurred **2022**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.766 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Kimberly Fujimori**
**615 Woodside Way**
**San Mateo, CA 94401**

Date(s) debt was incurred **2021**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.767 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**kimberly gaertner**
**229 fairway place**
**costa mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number _____

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

| 3.768 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kimberly Graves**
**1741 Tustin Ave**
**Apt 10A**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.769 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kimberly Greeson**
**10899 West Alvarado rd**
**Avondale, AZ 85392**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.770 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kimberly Grover**
**2158 N State Rd**
**Ionia, MI 48846**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.771 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kimberly Haller**
**35 Siena**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.772 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kimberly Hardy**
**907 California St**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.773 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kimberly Harris**
**402 Ben Avenue Southwest**
**Lilburn, GA 30047**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kimberly Hartsfield**
**11010 Chasity Circle**
**Amarillo, CA 79124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.775** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kimberly Irizarry**
**9580 Grove Road**
**Brooksville, FL 34613**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.776** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kimberly Keck**
**219 Ruskin Dr E**
**Montgomery, TX 77356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.777** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kimberly Kittel**
**405 Ravine Cir**
**Rancho Cordova, CA 95670-4320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.778** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kimberly Kittel**
**405 Ravine circle**
**Rancho cordova, CA 95670**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.779** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kimberly Leander**
**6255 Derby Rock Loop**
**Manitou Springs, CO 80829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.780** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kimberly Long**
**40227 Ellwood Ct**
**Avon, NC 27915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.781** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kimberly Lopez**
**5919 Burgundy Ave.**
**Rancho Cucamonga, CA 91737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.782** | **Nonpriority creditor's name and mailing address**
**Kimberly Magdaleno**
**1516 Alexander Court**
**Brea, CA 92821**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.783** | **Nonpriority creditor's name and mailing address**
**Kimberly Marks**
**211 Tyler drive**
**Troy, IL 62294**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.784** | **Nonpriority creditor's name and mailing address**
**Kimberly Mason**
**75 Old Course Dr.**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.785** | **Nonpriority creditor's name and mailing address**
**Kimberly Migliori**
**720 Jasmine Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.786** | **Nonpriority creditor's name and mailing address**
**Kimberly Morey**
**3 Ashley Court**
**Raymond, NH 03077**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.787** | **Nonpriority creditor's name and mailing address**
**Kimberly Morey**
**3 Ashley Court**
**Raymond, NH 03077**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.788** | **Nonpriority creditor's name and mailing address**
**Kimberly Ramirez**
**17500 adelanto rd**
**Adelanto, CA 92301**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __**Electric Bike Company, LLC**_____     Case number (if known) _____

Name

| 3.789 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kimberly Rodosky**
**23575 E 3100 North Rd**
**Dwight, IL 60420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.790 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kimberly Shaner**
**12802 Woodlawn Ave**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kimberly Shreve**
**23337 W Grinton Dr**
**Plainfield, IL 60586**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.792 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kimberly Sims**
**16462 North St. Vrain Drive**
**Lyons, CO 80540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.793 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kimberly Sims**
**16462 North Saint Vrain Drive**
**Lyons, CO 80540-9036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.794 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kimberly SIMS**
**16462 North Saint Vrain Drive**
**lyons, CO 80540**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kimberly Sumner**
**165 Shadow Wood Bnd**
**Saint Simons Island, GA 31522**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

| 3.796 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kimberly Votolato**
**967 East Parkcenter Blvd**
**#208**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kimberly Walsh**
**6204 Highland Brook Dr**
**Clemmons, NC 27012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kimberly Wright**
**2205 Greenleaf Street**
**Santa Ana, CA 92706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kimberly Yehling**
**107 Via Orvieto**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.800 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kimiko Tunstall**
**1307 Esperanza**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.801 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KimYen Ladia**
**3737 230th Place Southeast**
**Sammamish, WA 98075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.802 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**KimYen ladia**
**3737 230th Place Southeast**
**Sammamish, WA 98075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.803** | **Nonpriority creditor's name and mailing address**

**Kingwai Lui**
**2921 Mandalay place**
**Bakersfield, CA 93311**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.804** | **Nonpriority creditor's name and mailing address**

**Kinnari Welty**
**3342 Osage Street**
**Denver, CO 80211**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.805** | **Nonpriority creditor's name and mailing address**

**Kinta Brown**
**10764 70th Ave**
**1102**
**Seminole, FL 33772**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.806** | **Nonpriority creditor's name and mailing address**

**Kip Haroldsen**
**2870 Holland Ave**
**Clovis, CA 93611**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.807** | **Nonpriority creditor's name and mailing address**

**Kip Haroldsen**
**55 Shaw Ave #204**
**Clovis, CA 93612**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.808** | **Nonpriority creditor's name and mailing address**

**Kip Haroldsen**
**2870 Holland Ave.**
**Clovis, CA 93611**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.809** | **Nonpriority creditor's name and mailing address**

**Kip Morgan**
**519 SE KANE STREET**
**UNIT 461**
**Roseburg, OR 97470**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.810** | Nonpriority creditor's name and mailing address

**Kipp Vannaman**
**11130 Summit Street**
**Kansas City, MO 64114**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.811** | Nonpriority creditor's name and mailing address

**Kira Prince**
**260 W. Elmwood Ave**
**Apt. F**
**Burbank, CA 91502**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.812** | Nonpriority creditor's name and mailing address

**Kirby Morris**
**4435 Coldwater Canyon Ave.**
**#202**
**Studio City, CA 91604**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.813** | Nonpriority creditor's name and mailing address

**Kirby Morris**
**4435 Coldwater Canyon Ave.**
**#202**
**Studio City, CA 91604**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.814** | Nonpriority creditor's name and mailing address

**Kirin Long**
**94 Delta Grn**
**Fremont, CA 94538**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.815** | Nonpriority creditor's name and mailing address

**Kirin Long**
**94 Delta Grn**
**Fremont, CA 94538**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.816** | Nonpriority creditor's name and mailing address

**Kirk Alan Dugan**
**8 savannah lane**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Electric Bike Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.817** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kirk Anderson**
801 W 23rd Ave
Spokane, WA 99203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.818** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**KIrk Baker**
6463 Castlebrook Way sw
Ocean Isle Beach, NC 28469

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.819** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kirk Cederlind**
240 Daffodil Ave
Nipomo, CA 93444

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.820** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kirk Cristy**
3605 Chisholm Pl
Bismarck, ND 58503

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.821** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kirk Dugan**
8 Savannah Lane
Ladera Ranch, CA 92694

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.822** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kirk Kimble**
9 Burnett Ct.
Durango, CO 81301

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.823** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00

**Kirk Kirkpatrick**
557 Duboce
San francisco, CA 94117

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.824 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kirk Kirkpatrick**
**557 Duboce**
**San francisco, CA 94117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.825 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kirk McCauley**
**1564 Ridgeway Street**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.826 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kirk Nelson**
**185 E Center St**
**Ivins, UT 84738**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.827 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kirk Partridge**
**2663 Lucky John Drive**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.828 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kirk Payne**
**958 Caribou Run Ln**
**Milford, OH 45150**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.829 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kirk rodgera**
**1945 Placentia Ave.**
**Costa mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Kirk Rodgers**
**2231 Pacific Ave #A2**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.831** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kirk Stemple**
**8385 Woodhill Drive**
**Chardon, OH 44024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.832** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kirk Vickers**
**1696 Monrovia Ave**
**B**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.833** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kirk Vickers**
**1696 Monrovia Ave**
**Apt. B**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.834** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kirsten Childers**
**10648 Walton Park Drive**
**Reno, NV 89521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.835** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**kirsten Durrant**
**125 Ferncliff Avenue Northeast**
**Bainbridge Island, WA 98110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.836** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kirsten Gardea**
**1541 East Madrona Drive**
**Palm Springs, CA 92264**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.837** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kirsten Garrett**
**3346 Blue Heron Spring Ln**
**Colorado Springs, CO 80908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.838 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kirsten Graber**
**15881 Malm Cir**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.839 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kirsten Sanders**
**474 Rio Vista Rd**
**Gunnison, CO 81230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.840 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kirsten Steele**
**4750 Townsite Rd**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.841 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kirt Little**
**312 2nd Street**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.842 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kirt Little**
**PO Box 1070**
**Mira Loma, CA 91752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.843 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kit Natland**
**5305 Lido Sands Drive**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.844 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kitt Shanahan**
**417 16th Place**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.845** | Nonpriority creditor's name and mailing address

**KK BORODITSKIY**
**1990 O Shea Ln**
**Marietta, GA 30062**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.846** | Nonpriority creditor's name and mailing address

**Koka Turkia**
**226 Hutchinson St NE**
**Atlanta, GA 30307**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.847** | Nonpriority creditor's name and mailing address

**Kole Devereaux**
**55 Fair Drive Box#798**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.848** | Nonpriority creditor's name and mailing address

**Konstantin Ronkin**
**719 Bay Rd**
**Sharon, MA 02067**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.849** | Nonpriority creditor's name and mailing address

**Kortney Kincaid**
**71911 Desert Drive**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.850** | Nonpriority creditor's name and mailing address

**Kotulak Steven**
**1375 Azalea Drive**
**#6**
**Dunedin, FL 34698**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.851** | Nonpriority creditor's name and mailing address

**Kourtney Dutton**
**389 SE 971**
**Knob Noster, MO 65336**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.852** **Nonpriority creditor's name and mailing address**
**Kourtney Eason**
**4913 Gulf Drive**
**Holmes Beach, FL 34217**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.853** **Nonpriority creditor's name and mailing address**
**KR Reinhold**
**1536 Blue Heron Ln E**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.854** **Nonpriority creditor's name and mailing address**
**Kreger Todd**
**3101 Sumatra Pl**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.855** **Nonpriority creditor's name and mailing address**
**Kriege Janz**
**6527 W 82ND ST**
**LOS ANGELES, CA 90045**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.856** **Nonpriority creditor's name and mailing address**
**Kris Kostiuk**
**26220 Mission Rd**
**Loma Linda, CA 92354**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.857** **Nonpriority creditor's name and mailing address**
**Kris Trecartin**
**2862 Calmgarden Road**
**Acton, CA 93510**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.858** **Nonpriority creditor's name and mailing address**
**Kris Wilson**
**48250 OPAL DR**
**PALM DESERT, CA 92260-6571**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                                Case number *(if known)* _____
　　　　　Name

| | |
|---|---|
| 3.859 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**
**Kris Wilson**
**48-250 Opal Drive**
**Palm Desert, CA 92260**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.860 **Nonpriority creditor's name and mailing address**
**Krissy Edginton**
**104 Via Palermo**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.861 **Nonpriority creditor's name and mailing address**
**Krista Colley**
**446 Flower St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.862 **Nonpriority creditor's name and mailing address**
**Krista Steffen**
**36 Edmonton Pl**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.863 **Nonpriority creditor's name and mailing address**
**Krista Steffen**
**36 Edmonton Place**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.864 **Nonpriority creditor's name and mailing address**
**Krista Wallace**
**215 Knox Pl**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.865 **Nonpriority creditor's name and mailing address**
**Kriste Eckels**
**1122 Wesley Terrace Ave**
**Charlotte, NC 28208**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                                  $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.866** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**
--- | --- | --- | ---

**Kristen Brock**
**1236 Somerset Lane**
**Newport beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.867** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kristen Brock**
**1236 Somerset Lane**
**NEWPORT BEACH, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.868** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kristen Concannon**
**264 Walnut Street**
**costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.869** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kristen Cruz**
**3 Presidio**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.870** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**kristen krejcik**
**330 62nd st**
**newport beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.871** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kristen Leggate**
**1446 Clarence Drive**
**Vista, CA 92084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.872** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00**

**Kristen Llorente**
**21381 Fleet Lane**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.873 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kristen LLorente**
**21381 Fleet Ln**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.874 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kristen Mason**
**512 E Utica Ave**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.875 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kristen Morton**
**105 Beechwood Cir**
**Hendersonville, NC 28739**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.876 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**kristen pruett**
**960 avocado pl**
**DEL MAR, CA 92014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.877 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kristen Reeves**
**11641 McDougall**
**Tustin, CA 92782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.878 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kristen Shearer**
**18141 Brentwell Circle**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.879 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kristen Sheehy**
**31128 Via Santo Tomas**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.880**

**Nonpriority creditor's name and mailing address**

**Kristen Smith**
**2309 S Preston Street**
**Salt Lake City, UT 84106**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.881**

**Nonpriority creditor's name and mailing address**

**Kristen Solberg**
**414 Rhythm**
**Irvine, CA 92603**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.882**

**Nonpriority creditor's name and mailing address**

**Kristen Stelzriede**
**6880 Almanor Lake Estates Dr**
**Lake Almanor, CA 96137**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.883**

**Nonpriority creditor's name and mailing address**

**Kristi Andersen**
**1701 N 1770 E**
**Logan, UT 84341**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.884**

**Nonpriority creditor's name and mailing address**

**Kristi Carlevato**
**21002 Strathmoor Lane**
**Huntington Beach, CA 92646**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.885**

**Nonpriority creditor's name and mailing address**

**kristi carriere**
**2310 Coteau Holmes Rd. Lot 14**
**St. Martinville, LA 70582**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.886**

**Nonpriority creditor's name and mailing address**

**kristi caruthers**
**448 Broadway**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.887** | **Nonpriority creditor's name and mailing address**

**kristi caruthers**
**448 BROADWAY**
**COSTA MESA, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.888** | **Nonpriority creditor's name and mailing address**

**Kristi Jacob**
**215 East Edgewater Ave.**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.889** | **Nonpriority creditor's name and mailing address**

**Kristi Johnson**
**1816 Huntington Street**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.890** | **Nonpriority creditor's name and mailing address**

**KRISTI JOHNSON**
**2004 CLAY ST**
**NEWPORT BEACH, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.891** | **Nonpriority creditor's name and mailing address**

**Kristi L Scott**
**1125 Ash St**
**Broomfield, CO 80020**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.892** | **Nonpriority creditor's name and mailing address**

**Kristi Paasch**
**32345 135th St**
**Dalton, MN 56324**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.893** | **Nonpriority creditor's name and mailing address**

**kristi phillips**
**350 superior blvd**
**unit 364**
**Wayzata, MN 55391**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.894** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kristi Raney**
**509 Shoretrail Drive**
**Rockwall, TX 75087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.895** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kristi Stom**
**5099 N Schubert Ave**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.896** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kristi sutton**
**201 madison court swansboro, NC 28584**
**swansboro, NC 28584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.897** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kristi Sutton**
**201 Madison court**
**Swansboro, NC 28584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.898** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kristi Zufall**
**219 Martin Dr**
**Aptos, CA 95003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.899** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kristian Nelson**
**2254 Pamela Ln**
**Apt. B**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.900** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kristie Adams**
**2366 S 2010 E**
**St. George, UT 84790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|--------|--------------------------------|--|---------------------------|--|
| | Name | | | |

---

| 3.901 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|-------|----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Kristie Mitchell**
**43000 Yaffa St**
**LANCASTER, CA 93535**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.902 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|-------|----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Kristie Ryan**
**819 Grey Fawn Drive**
**Omaha, NE 68154**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2025__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.903 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|-------|----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Kristin Alexander**
**722 East Kenwood Street**
**Mesa, AZ 85203**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2025__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.904 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|-------|----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Kristin Baldwin**
**8145 E Chadwick Pkwy**
**Orange, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2023__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.905 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|-------|----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Kristin Bengfort**
**1312 Cambridge Lane**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2023__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.906 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|-------|----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Kristin Boeke-Greven**
**2410 N. Bernard St.**
**Chicago, IL 60647**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.907 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|-------|----------------------------------------------------|--------------------------------------------------------------------------|-----------|

**Kristin Breska**
**9815 PEACOCK CIRCLE**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**
_____

Name

Case number (if known) _____

---

| 3.908 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**kristin brunner**
**11015 manitou beach dr ne**
**bainbridge island, WA 98110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.909 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristin Ellwood**
**70 Bacchus Dr**
**Lawrenceville, GA 30045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.910 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristin French**
**3418 Hiawatha Ct**
**Steamboat Springs, CO 80487**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.911 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristin Glaser**
**4165 Riverglen Cir**
**Suwanee, GA 30024-3845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.912 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristin Graessle**
**10889 Northcote Place**
**Nevada City, CA 95959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.913 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristin Halton**
**2322 Private Road**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.914 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristin Johnson**
**5622 E Calle Camelia**
**Phx, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
             Name

| 3.915 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristin Kierulff**
**4925 Windy Cir**
**Yorba linda, CA 92887**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.916 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristin McCain-Bender**
**22511 F st**
**Santa Margarita, CA 93453**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.917 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristin Nissen**
**91 Vivante blvd**
**Unit 9141**
**Punta Gorda, FL 33950**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.918 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristin Rosowski**
**2431 Santiago Dr**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.919 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristin Snyder**
**6551 Warner Ave**
**#41**
**Huntington Beacg, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ☐ No  ☐ Yes

---

| 3.920 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristin Sterni**
**5199 W. Canal Blvd**
**Tracy, CA 95304**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.921 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kristina Olson**
**10 San Juan Bautista**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                           Case number (if known) _____
_____
Name

---

**3.922**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Kristina Olson**
**10 San Juan Bautista**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**                             **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.923**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Kristina Quick**
**1103 England St**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**                             **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.924**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Kristina Shahoian**
**33831 Robles**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**                             **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.925**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Kristina Tornow**
**1112 SW Kings Pl**
**Dallas, OR 97338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**                             **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.926**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**KRISTINE ARMSTRONG**
**210 E 3rd St N**
**Truman, MN 56088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**                             **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.927**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Kristine Graham**
**29 Misty Morning Drive**
**Hilton Head, SC 29926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**                             **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.928**  **Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Kristine Mehanna**
**330 Princeton Dr**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**                             **Basis for the claim:  Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.929** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Kristine Somerville**
505 Medavista Drive
Columbia, MO 65203

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.930** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Kristopher Harper**
5006 Whitman Ave
Matthews, NC 28105

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.931** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Kristopher Rogers**
1730 Trevino Road
Creswell, OR 97426

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.932** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Kristophor Andreae**
11 Navarra
Irvine, CA 92612

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.933** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Kristy A Miller**
1152 Rio St Johns Dr
Jacksonville, FL 32211

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.934** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Kristy Barnachia**
604 Terrace Drive
Taft, CA 93268

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.935** | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00

**Kristy Biber**
3000 old hwy 395 n
Washoe Valley, NV 89704

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.936** | **Nonpriority creditor's name and mailing address**
**Kristy Cabrera**
**10502 Portada Dr**
**Whittier, CA 90603**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.937** | **Nonpriority creditor's name and mailing address**
**Kristy Kendle**
**10171 Jon Day dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.938** | **Nonpriority creditor's name and mailing address**
**Kristy Klein**
**3080 Marron Rd**
**Carlsbad, CA 92010**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.939** | **Nonpriority creditor's name and mailing address**
**Kristy Scott**
**5375 Pintail St**
**LaVerne, CA 91750**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.940** | **Nonpriority creditor's name and mailing address**
**Kristy Stabler**
**21801 Seacrest Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

**3.941** | **Nonpriority creditor's name and mailing address**
**Kristy Stokes**
**21187 Minnie St**
**Geyserville, CA 95441**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.942** | **Nonpriority creditor's name and mailing address**
**Kristy Wagner**
**13222 West Heatherbrook Drive**
**Boise, ID 83713**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*   **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.943**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kristyn Kazmark** | ☐ Contingent | |
| **10372 Ballard Dr.** | ☐ Unliquidated | |
| **Garden Grove, CA 92840** | ☐ Disputed | |
| Date(s) debt was incurred  **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.944**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Krysta Freitas** | ☐ Contingent | |
| **14842 Avenue 22 1/2** | ☐ Unliquidated | |
| **Chowchilla, CA 93610** | ☐ Disputed | |
| Date(s) debt was incurred  **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.945**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Krystal Miller** | ☐ Contingent | |
| **2390 Westminster Ave** | ☐ Unliquidated | |
| **Costa Mesa, CA 92627** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.946**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Krystle Burgos** | ☐ Contingent | |
| **133 1st St** | ☐ Unliquidated | |
| **Manhattan beach, CA 90266** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.947**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Ksenija Polla** | ☐ Contingent | |
| **1640 Bridgewater Way** | ☐ Unliquidated | |
| **Costa Mesa, CA 92627** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.948**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **KT Sikkema** | ☐ Contingent | |
| **623 Houseman Ave NE** | ☐ Unliquidated | |
| **Grand rapids, MI 49503** | ☐ Disputed | |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number  **7** | Is the claim subject to offset? ■ No  ☐ Yes | |

---

**3.949**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Kurt Belcher** | ☐ Contingent | |
| **3132 Airway Ave** | ☐ Unliquidated | |
| **Costa Mesa, CA 92626** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
      Name

---

| 3.950 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt Brecheisen**
**756 Tower St**
**North Bend, OR 97459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.951 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt Freitag**
**4628 N 39th Pl**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.952 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt Johnson**
**50 Vela Court**
**Trabuco Canyon, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.953 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt Limmer**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.954 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt Limmer**
**3966 Great Pine Dr**
**Gainesville, GA 30504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.955 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt Reed**
**20681 Chaucer Lane**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.956 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt Stanley**
**2361 east street**
**North Clarendon, VT 05759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.957 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt Wagner**
**10923 S Lake Island Dr**
**South Jordan, UT 84009-1322**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.958 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt Wagner**
**2921 98th Ave NE**
**Clyde Hill, WA 98004**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt Whitehead**
**541 IROQUOIS CT**
**Oxford, MI 48371**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurt Whitehead**
**541 Iroquois Ct**
**Oxford Charter Township, MI 48371**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.961 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurtiff Mackey**
**13786 East State Highway 13**
**Brule, WI 54820**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.962 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurtis Piltz**
**8010 SW 48th ave**
**Portland, OR 97219**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.963 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Kurtis Strock**
**305 E. Meadow Dr.**
**Mechanicsburg, PA 17055**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.964** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kushai Chapman**
**1000 Wabash Ave**
**Cincinnati, OH 45215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.965** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kyan Clark**
**2630 Harborside Drive**
**E2**
**Longboat Key, FL 34228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.966** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kyla Delorme**
**241 Bear Run Road**
**Eagle Butte, SD 57625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.967** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kyle Adamson**
**215 Roycroft Ave**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.968** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kyle Bishop**
**740 Wingate Bay**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.969** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**KYLE BROWN**
**2205 Kings Pass**
**Heath, TX 75032-6405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.970** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Kyle Brumleu**
**1741 Irvine ave**
**Newport beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
      Name

---

| 3.971 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**KYLE BRUMLEU**
**1741 Irvine Ave**
**Newport beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.972 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kyle Burtman**
**22 S Lincoln St**
**Denver, CO 80209**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2023__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.973 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kyle Conway**
**337 E 18th St**
**Apt. A**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** ___

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.974 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kyle Dahl**
**1168 Nw D St**
**Bentonville, AR 72712**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2025__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.975 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kyle Derris**
**2157 Tramore**
**Troy, IL 62294**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.976 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kyle Evans**
**21501 Brookhurst St**
**huntington beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2023__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.977 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Kyle Friend**
**1236 N Fitch Mountain Rd**
**Healdsburg, CA 95448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

| 3.978 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Garrity**
**3232 Hermosa Ave**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.979 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Garrity**
**3232 HERMOSA AVE**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.980 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Healy**
**787 S Lone Hollow Way**
**Eagle, ID 83616**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.981 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Heenan**
**6824 Fallbrook Court**
**Colleyville, TX 76034**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.982 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Hourihan**
**16 North Ave**
**Seaside Park, NJ 08752**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.983 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Kelly**
**110 Erica Ct**
**Swedesboro, NJ 08085**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.984 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Kelly**
**110 Erica Ct**
**Woolwich Twp, NJ 08085**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.985 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Kelly**
**110 Erica Ct**
**Swedesboro, NJ 08085**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.986 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Kuck**
**401 Bernard St**
**Unit 402**
**Costa mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.987 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Kuck**
**401 Bernard St**
**Unit 402**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.988 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Levitan**
**92 Hibriten Drive**
**Asheville, NC 28801**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.989 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle MacDonald**
**1530 Herrin Street**
**Redondo Beach, CA 90278**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.990 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Main**
**1827 Archers Bow Rd**
**San Antonio, TX 78232**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.991 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Kyle Main**
**1827 Archers Bow Rd**
**San Antonio, TX 78232**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.992 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle Main**
**12511 Jones Maltsberger Rd**
**Apt 4103**
**San Antonio, TX 78247**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.993 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle McGranahan**
**532 New York Avenue**
**Oostburg, WI 53070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.994 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle Mears**
**16980 Wabash Avenue**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.995 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle Nosler**
**1518 Harmon St.**
**Berkeley, CA 94703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.996 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle Parks**
**26341 Calle Roberto**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.997 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle Perreira**
**604 FAYE LN**
**REDONDO BEACH, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.998 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kyle Ross**
**1873 Moorpark Dr**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.999**

**Nonpriority creditor's name and mailing address**

**Kyle Schukz**
**1922 Baypointe Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.100 0**

**Nonpriority creditor's name and mailing address**

**Kyle Shaver**
**24712 Sauco**
**Mission Viejo, CA 92692**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.100 1**

**Nonpriority creditor's name and mailing address**

**Kyle Sherburne**
**308 Santo Tomas Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.100 2**

**Nonpriority creditor's name and mailing address**

**Kyle Tamalatzi**
**2185 American Ave.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.100 3**

**Nonpriority creditor's name and mailing address**

**Kyle Thompson**
**9532 Yellowstone Dr.**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.100 4**

**Nonpriority creditor's name and mailing address**

**Kyle Voigtman**
**7211 Northeast Drive**
**B209**
**Austin, TX 78723**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.100 5**

**Nonpriority creditor's name and mailing address**

**Kyle Yetter**
**230 N 6TH ST**
**UNIT 711**
**RICHMOND, VA 23219**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.100 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kylie Schmidt**
**101 Wilton Ave.**
**Lexington, KY 40508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kylie Vannaman**
**11130 Summit Street**
**Kansas City, MO 64114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kym Mammolito**
**10853 Bell Court**
**Rancho Cucamonga, CA 91730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.100 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kymberly Wilkinson**
**4 Harbor Hill Rd**
**Building 5 Unit #26**
**Provincetown, MA 02657-5624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kyomi Gale**
**5961 S. Eudora Way**
**Centennial, CO 80121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kypi Pion**
**2250 WALLING AVE**
**LA HABRA, CA 90631-4266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.101 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Kypi Pion**
**2250 Walling Ave**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.101**
**3**

**Nonpriority creditor's name and mailing address**

**L. Fischer**
**11611 Granmere Ct**
**Riverside, CA 92503**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.101**
**4**

**Nonpriority creditor's name and mailing address**

**L.S. Davis**
**1928 Central Ave. # 129**
**McKinleyville, CA 95519**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.101**
**5**

**Nonpriority creditor's name and mailing address**

**La Tricia Haymon**
**1712 Haynes Lane**
**Redondo Beach, CA 90278**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.101**
**6**

**Nonpriority creditor's name and mailing address**

**Lacey Rivard**
**659 Spindrift Way**
**Half Moon Bay, CA 94019**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.101**
**7**

**Nonpriority creditor's name and mailing address**

**Lacey Schoennagel**
**706 San Luis Rey Dr**
**Oceanside, CA 92058**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.101**
**8**

**Nonpriority creditor's name and mailing address**

**Lacy Rieber**
**530 S. Branciforte Ave**
**Santa Cruz, CA 95062**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.101**
**9**

**Nonpriority creditor's name and mailing address**

**Lacy Robertson**
**535 Redlands Ave.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.1020**

**Nonpriority creditor's name and mailing address**

**Lada Webster**
**654 W 18Th St**
**Unit F**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1021**

**Nonpriority creditor's name and mailing address**

**Lahari Thati**
**1683 LUSCH RD**
**MARION, OH 43302**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1022**

**Nonpriority creditor's name and mailing address**

**laif McClellan**
**1316 ORCHID DR**
**Rocklin, CA 95765**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1023**

**Nonpriority creditor's name and mailing address**

**Laila Achackzad**
**890 West 15th Street**
**# 109**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1024**

**Nonpriority creditor's name and mailing address**

**Lam Dang**
**1983 Fortune Road**
**Kissimmee, FL 34744**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1025**

**Nonpriority creditor's name and mailing address**

**Lam Dang**
**1983 Fortune Road**
**Lot S 6**
**Kissimmee, FL 34744**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1026**

**Nonpriority creditor's name and mailing address**

**Lamar Broadhead**
**45090 Smiths Nursery Road**
**Hollywood, MD 20636**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.102 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lana Chapman**
**440205 E. Highway 10**
**Welch, OK 74369**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lana Pittman**
**1510 Newport BLvd**
**Newport, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.102 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lanaye Smith**
**919 Oak Street**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:   Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lance Anderson**
**114 Via Xanthe**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lance Buck**
**1379 Parkview Drive**
**Woodland, CA 95776**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lance Davis**
**18606 Minden Oaks Dr**
**Spring, TX 77388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.103 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lance Eddy**
**34636 Via Catalina**
**Capistrano Beach, CA 92624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                                        Case number *(if known)* _____
_____Name_____

| | | |
|---|---|---|
| 3.103 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* **$0.00** |

**Nonpriority creditor's name and mailing address**
**Lance Fensterman**
**6721 NW Torch Lake Drive**
**Kewadin, MI 49648**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.103 5
**Nonpriority creditor's name and mailing address**
**Lance Hastings**
**12860 Rimfire Dr**
**Wilton, CA 95693**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.103 6
**Nonpriority creditor's name and mailing address**
**Lance Howell**
**4832 Wander LN**
**Holladay, UT 84117**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.103 7
**Nonpriority creditor's name and mailing address**
**Lance Howell**
**4832 Wander LN**
**Holladay, UT 84117**

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.103 8
**Nonpriority creditor's name and mailing address**
**Lance Lower**
**24444 Cyclone Ridge Rd**
**Lanark, IL 61046**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.103 9
**Nonpriority creditor's name and mailing address**
**Lance Lower**
**24444 Cyclone Ridge Rd**
**Lanark, IL 61046**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

3.104 0
**Nonpriority creditor's name and mailing address**
**Lance Nguyen 41261**
**1208 Story Rd**
**San Jose, CA 95122-3054**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*  **$0.00**
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                      Case number (if known) _____
                     Name

---

**3.104 1**

**Nonpriority creditor's name and mailing address**

**Lance Nguyen 41261**
**1310 TULLY RD**
**UNIT 118**
**San Jose, CA 95122-3054**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.104 2**

**Nonpriority creditor's name and mailing address**

**Lance Polster**
**955 Balboa Ave.**
**Laguna Beach, CA 92651**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.104 3**

**Nonpriority creditor's name and mailing address**

**Lance Raney**
**2120 Sylvan Ave**
**Dallas, TX 75208**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.104 4**

**Nonpriority creditor's name and mailing address**

**Lance Segars**
**5830 Carnegie Street**
**San Diego, CA 92122**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.104 5**

**Nonpriority creditor's name and mailing address**

**Lance Segars**
**5830 Carnegie Street**
**San Diego, CA 92122**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.104 6**

**Nonpriority creditor's name and mailing address**

**Lance Segars**
**5830 Carnegie St**
**San Diego, CA 92122-3236**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.104 7**

**Nonpriority creditor's name and mailing address**

**Lance Stern**
**35 Palazzo**
**Newport Beach, CA 92660**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.104 8**

**Nonpriority creditor's name and mailing address**

**LANCE STEVENS**
**1901 cattlemen rd**
**sarasota, FL 34232**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.104 9**

**Nonpriority creditor's name and mailing address**

**LANCE STEVENS**
**3718 papai dr**
**sarasota, FL 34232**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105 0**

**Nonpriority creditor's name and mailing address**

**LANCE STEVENS**
**3718 papai dr**
**sarasota, FL 34232**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105 1**

**Nonpriority creditor's name and mailing address**

**lance tarvin**
**2442 Littleton**
**costa mesa, CA 92626**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105 2**

**Nonpriority creditor's name and mailing address**

**Lance Wulterin**
**27 Massier Ln**
**Foothill Ranch, CA 92610**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105 3**

**Nonpriority creditor's name and mailing address**

**Lance Yedersberger**
**2104 Silver Lakes Circle**
**Farfield, IA 52556**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.105 4**

**Nonpriority creditor's name and mailing address**

**Lance Yedersberger**
**2104 Silver Lakes Circle**
**Fairfield, IA 52556**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.105 5**

**Nonpriority creditor's name and mailing address**

**Landon Diaz**
**4612 Winston Road**
**Portsmouth, VA 23703**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.105 6**

**Nonpriority creditor's name and mailing address**

**Landon Mendoza**
**2623 Ruhland Ave Apt B**
**Redondo Beach, CA 90278-2629**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.105 7**

**Nonpriority creditor's name and mailing address**

**Landon Mendoza**
**2623 Ruhland Ave #B**
**Redondo Beach, CA 90278**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.105 8**

**Nonpriority creditor's name and mailing address**

**Landon Parker**
**192 22nd Street**
**Apt B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.105 9**

**Nonpriority creditor's name and mailing address**

**Lane Beard**
**503 Feather Trail**
**Nekoosa, WI 54457**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.106 0**

**Nonpriority creditor's name and mailing address**

**Lane Levin**
**14503 wisteria hollow**
**Houston, TX 77062**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.106 1**

**Nonpriority creditor's name and mailing address**

**Lane Luxon**
**108 Ridgeview Street**
**Sumas, WA 98295**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
          Name

---

**3.106 2**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Lane MIKELSON** | ☐ Contingent | |
| **9906 120th St E** | ☐ Unliquidated | |
| **Puyallup, WA 98373** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.106 3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Lanette Hawkes** | ☐ Contingent | |
| **1855 Phillips St** | ☐ Unliquidated | |
| **Kaysville, UT 84037** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.106 4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Lannie Gilliam** | ☐ Contingent | |
| **300 Ridge Side Dr.** | ☐ Unliquidated | |
| **Powell, OH 43065** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.106 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Lara Gallistel** | ☐ Contingent | |
| **18376 Oak Park Drive** | ☐ Unliquidated | |
| **Riverside, CA 92504** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.106 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Lara Grant** | ☐ Contingent | |
| **798 Dogwood Drive** | ☐ Unliquidated | |
| **Murphys, CA 95247** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.106 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Lara Grant** | ☐ Contingent | |
| **798 DOGWOOD DR** | ☐ Unliquidated | |
| **Murphys, CA 95247** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.106 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Lara McKenna** | ☐ Contingent | |
| **9178 Columbine Ave** | ☐ Unliquidated | |
| **Fountain Valley, CA 92708** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.106 9**

**Nonpriority creditor's name and mailing address**

**Larisa Bernardez**
**2926 Calle Gaucho**
**San Clemente, CA 92673**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 0**

**Nonpriority creditor's name and mailing address**

**Larisa Bernardez**
**2926 Calle Guacho**
**San Clemente, CA 92673**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 1**

**Nonpriority creditor's name and mailing address**

**Larisa Castillo**
**20 Turing Street**
**Irvine, CA 92617**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 2**

**Nonpriority creditor's name and mailing address**

**Larissa Schnable**
**185 Laurel Road**
**Boyertown, PA 19512**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 3**

**Nonpriority creditor's name and mailing address**

**Larry & Bert Santoro**
**15685 Stoney Creek Dr**
**Riverside, CA 92504**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 4**

**Nonpriority creditor's name and mailing address**

**Larry Adams**
**145B S Campbell Ave**
**Tybee Island, GA 31328**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.107 5**

**Nonpriority creditor's name and mailing address**

**Larry Ault**
**410 east central blvd**
**Kewanee, IL 61443**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

| 3.107 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Ault**
**410 east central blvd**
**Kewanee, IL 61443**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Ballard**
**415 Santa Ana ave**
**Newport Beach, CA 92604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Bloom**
**220 Geneva Ave.**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.107 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**larry bower**
**9451 Sean Way**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Britton**
**5380 Robinwood Ave.**
**Dayton, OH 45431**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Burbridge**
**2107 Via Helecho**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.108 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Larry Cochran**
**15016 Flat Top Ranch Rd**
**Austin, TX 78732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.108
3**

**Nonpriority creditor's name and mailing address**

**Larry Frame
1518 E Riverview Ave
Orange, CA 92865**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.108
4**

**Nonpriority creditor's name and mailing address**

**Larry Gill
21050 Pacific City Circle
Unit 5210
Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108
5**

**Nonpriority creditor's name and mailing address**

**Larry Hockford
89 Dubois Ln
Rexford, NY 12148**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108
6**

**Nonpriority creditor's name and mailing address**

**Larry Hockford
89 Dubois Ln
Rexford, NY 12148**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108
7**

**Nonpriority creditor's name and mailing address**

**Larry Holland
1692 Johns Ridge Parkway
Lenoir, NC 28645**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108
8**

**Nonpriority creditor's name and mailing address**

**Larry Hurst
19734 Seashore Cir
Huntington Beach, CA 92648**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.108
9**

**Nonpriority creditor's name and mailing address**

**Larry Jackson
112Augusta st
Pittsburgh, PA 15211**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
         Name                                                      Case number (if known) _____

---

| 3.109 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Johnson**
**651 W. Greenwood Ave**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Kaupang**
**12734 Chadsey Dr.**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Klaich**
**498 Mildrae Lane**
**Reno, NV 89511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Kleinheksel**
**372 Turnberry Way**
**Holland, MI 49423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Leiby**
**150 Grand Bahama Dr**
**#101**
**Myrtle Beach, SC 29579**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Larry Lester**
**19521 Westchester Road**
**Apple Valley, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.109 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**larry lester**
**19521 westchester rd**
**apple valley, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Electric Bike Company, LLC__                    Case number (if known) _____
     Name

---

**3.109 7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Larry Lewis**
**5310 Candlewick Road**
**Greensboro, NC 27455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109 8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Larry McBride**
**316 Lindo Ave**
**Newport Beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.109 9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LARRY MILLER**
**205 VALLEY VIEW DR**
**PARADISE, CA 95969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Larry Miller**
**205 Valley View Dr.**
**Paradise, CA 95969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Larry Miller**
**205 Valley View Dr**
**Paradise, CA 95969**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110 2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**LARRY MYERS**
**9826 Downsville Pike**
**Hagerstown, MD 21740-1725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.110 3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Larry Nichols**
**359 East 20th Street**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                        Case number (if known) _____
         Name

---

**3.110
4**

**Nonpriority creditor's name and mailing address**

**Larry Ogden**
**1150 S Cherry St Apt 2-303**
**Denver, CO 80246**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.110
5**

**Nonpriority creditor's name and mailing address**

**Larry Paschall**
**225 Chandlers Mill RD.**
**Ridgely, TN 38080**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.110
6**

**Nonpriority creditor's name and mailing address**

**Larry Pereira**
**1630 Superior Avenue**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.110
7**

**Nonpriority creditor's name and mailing address**

**Larry Portner Portner**
**3881 Ziana Road**
**Cameron Park, CA 95682**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.110
8**

**Nonpriority creditor's name and mailing address**

**Larry Rudd**
**18 Diamond St**
**Unit C**
**Arcadia, CA 91006**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.110
9**

**Nonpriority creditor's name and mailing address**

**Larry Samson**
**2611 Kiahuna Plantation Dr**
**Unit 7C**
**Koloa, HI 96756**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.111
0**

**Nonpriority creditor's name and mailing address**

**larry Schoff**
**7363 Las Palmas DR, NE**
**Rockford, MI 49341**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.111 1**

**Nonpriority creditor's name and mailing address**

**larry schoff**
**7363 Las Palmas Dr NE**
**Rockford, MI 49341**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 2**

**Nonpriority creditor's name and mailing address**

**Larry Sears**
**P.O. Box 7584**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 3**

**Nonpriority creditor's name and mailing address**

**Larry Shultz**
**2999 9th Street Apt 10**
**Columbus, IN 47201**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 4**

**Nonpriority creditor's name and mailing address**

**Larry Shultz**
**2999 9th St.**
**Apt.**
**Columbus Indiana, IN 47201**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 5**

**Nonpriority creditor's name and mailing address**

**Larry Smith**
**2057 Test Rd.**
**Richmond, IN 47374**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 6**

**Nonpriority creditor's name and mailing address**

**Larry Sparling**
**846 Almarida Dr.**
**Campbell, CA 95008**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.111 7**

**Nonpriority creditor's name and mailing address**

**Larry Sparling**
**846 Almarida Dr**
**Campbell, CA 95008**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1118**

**Nonpriority creditor's name and mailing address**

**Larry Stotts**
**3843 S Gary Pl**
**Tulsa, OK 74105**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1119**

**Nonpriority creditor's name and mailing address**

**Larry Thien**
**6052 Iron Gate Cir**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1120**

**Nonpriority creditor's name and mailing address**

**Larry Tinus**
**1223 rainier ave**
**pacifica, CA 94044**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1121**

**Nonpriority creditor's name and mailing address**

**Larry Valiska**
**19024 Chemille Dr.**
**Lutz, FL 33558**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1122**

**Nonpriority creditor's name and mailing address**

**Larry/Deborah Valiska**
**19024 Chemille**
**Lutz, FL 33558**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1123**

**Nonpriority creditor's name and mailing address**

**Lars Anisovets**
**3419 Skyward Court**
**Sacramento, CA 95827**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1124**

**Nonpriority creditor's name and mailing address**

**Lars Anisovets**
**3419 Skyward Court**
**Rancho Cordova, CA 95827**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.112 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**3.112 5**

**Nonpriority creditor's name and mailing address**

**Lars Hedegaard**
**669 Quince Cir**
**Boulder, CO 80304**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.112 6**

**Nonpriority creditor's name and mailing address**

**Lars Mapstead**
**180 horizon way**
**aptos, CA 95003**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.112 7**

**Nonpriority creditor's name and mailing address**

**Lars Nilsson**
**4840 Indianola Way**
**La Canada, CA 91011**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.112 8**

**Nonpriority creditor's name and mailing address**

**Lars Nilsson**
**1510 Newport Blvd.**
**Newport Beach, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.112 9**

**Nonpriority creditor's name and mailing address**

**LaRynda Thoen**
**3631 John Muir Dr.**
**Middleton, WI 53562**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.113 0**

**Nonpriority creditor's name and mailing address**

**LaShawn Campbell**
**5947 Leben Drive**
**Frederick, MD 21703**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.113 1**

**Nonpriority creditor's name and mailing address**

**LaShawn Green-Johnson**
**276 Florida Highway 434**
**Winter Springs, FL 32708**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.113 2**

**Nonpriority creditor's name and mailing address**

**Laura Arena**
**28655 Wahoo Dr**
**Bonita Springs, FL 34135**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 3**

**Nonpriority creditor's name and mailing address**

**Laura Barnebey**
**19191 Harvard**
**Apt 123E**
**Irvine, CA 92612**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 4**

**Nonpriority creditor's name and mailing address**

**Laura Begian**
**10858 Kolb Ave**
**Allen Park, MI 48101-1182**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 5**

**Nonpriority creditor's name and mailing address**

**Laura Begian**
**10858 Kolb Ave**
**Allen Park, MI 48101**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 6**

**Nonpriority creditor's name and mailing address**

**Laura Belmar**
**40 Mauricet Lane**
**Asheville, NC 28806**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 7**

**Nonpriority creditor's name and mailing address**

**Laura Benson**
**25 Leroy Place**
**apt 213**
**New Rochelle, NY 10805**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.113 8**

**Nonpriority creditor's name and mailing address**

**Laura Binney**
**224 Andrew Ave**
**Encinitas, CA 92024**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.1139**

**Nonpriority creditor's name and mailing address**

**Laura Binney**
**224 Andrew Avenue**
**Encinitas, CA 92024**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1140**

**Nonpriority creditor's name and mailing address**

**Laura Binney**
**224 Andrew Ave.**
**Encinitas, CA 92024**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1141**

**Nonpriority creditor's name and mailing address**

**Laura Bowden c/o Laura Kutney**
**1111 Bay St.**
**Santa Cruz, CA 95060**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1142**

**Nonpriority creditor's name and mailing address**

**Laura Brown**
**2640 Cambridge Road**
**#81**
**Cameron Park, CA 95682**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1143**

**Nonpriority creditor's name and mailing address**

**LAURA BROWN**
**24922 MUIRLANDS BLVD #106**
**LAKE FOREST, CA 92630**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1144**

**Nonpriority creditor's name and mailing address**

**Laura Burton**
**17151 Andry Court**
**Westfield, IN 46074**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1145**

**Nonpriority creditor's name and mailing address**

**Laura Burton**
**17399 Dovehouse Ln**
**Westfield, IN 46074**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
                Name

| 3.114 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Laura Burton**
**22400 Cammack Rd.**
**Noblesville, IN 46062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Laura Campanella**
**9412 Lanai Cir**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Laura Cao**
**21501 Brookhurst st**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.114 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Laura Christensen**
**15543 Donnington Lane**
**Truckee, CA 96161**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Laura Cooley**
**13011 Northwoods Lane**
**Saluda, OH 23149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Laura Cousin**
**1485 Marshview Ct**
**Atlantic Beach, FL 32233**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.115 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Laura Depersis**
**11773 Amethyst**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.115 3**

**Nonpriority creditor's name and mailing address**

**Laura Depersis**
**11773 Amethyst**
**Fountain Valley, CA 92708**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115 4**

**Nonpriority creditor's name and mailing address**

**Laura Duko**
**954 Sandcastle Dr.**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115 5**

**Nonpriority creditor's name and mailing address**

**Laura Emerson**
**788 Ashbury Street**
**A**
**San Francisco, CA 94117**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115 6**

**Nonpriority creditor's name and mailing address**

**Laura Fogle**
**813 West Central**
**Bentonville, AR 72712**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115 7**

**Nonpriority creditor's name and mailing address**

**Laura Fox**
**9408 Rendell Drive**
**Coldstream, BC V1B 2L4**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115 8**

**Nonpriority creditor's name and mailing address**

**Laura Fox**
**9408 Rendell Drive**
**Coldstream, BC V1B 2L4**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.115 9**

**Nonpriority creditor's name and mailing address**

**Laura Grover**
**2650 Montreux Hills Ct.**
**Ada, MI 49301-9205**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.116
0**

**Nonpriority creditor's name and mailing address**

**Laura Grover**
**2650 Montreux Hills Ct**
**Ada, MI 49301**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.116
1**

**Nonpriority creditor's name and mailing address**

**Laura Hamilton**
**7602 Crossmeadow Dr**
**Austin, TX 78750**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.116
2**

**Nonpriority creditor's name and mailing address**

**Laura Haugen**
**5011 Hampton Court**
**Wisconsin Rapid, WI 54494**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.116
3**

**Nonpriority creditor's name and mailing address**

**Laura Hermanstorfer**
**2500 N. Broadway**
**Unit 208**
**Denver, CO 80205**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.116
4**

**Nonpriority creditor's name and mailing address**

**Laura Huff**
**21858 Wasson Road**
**Gregory, MI 48137**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.116
5**

**Nonpriority creditor's name and mailing address**

**laura ivie**
**8026 alverstone avenue**
**Los Angeles, CA 90045**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.116
6**

**Nonpriority creditor's name and mailing address**

**Laura Jobson**
**7712 Wintergreen Drive**
**Citrus Heights, CA 95610**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.116 7**

**Nonpriority creditor's name and mailing address**

**Laura Jobson**
**7712 Wintergreen Dr**
**Citrus Heights, CA 95610**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.116 8**

**Nonpriority creditor's name and mailing address**

**Laura Kang**
**20382 Bayview Avenue**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.116 9**

**Nonpriority creditor's name and mailing address**

**laura keane**
**808 west oceanfront**
**newport beach, CA 92661**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.117 0**

**Nonpriority creditor's name and mailing address**

**Laura Keith**
**1217 Cedar ave**
**Redlands, CA 92373**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.117 1**

**Nonpriority creditor's name and mailing address**

**Laura Kirkendall**
**3103 Lake St**
**Kalamazoo, MI 49048**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.117 2**

**Nonpriority creditor's name and mailing address**

**Laura Kulick**
**198 EVERGREEN CRST**
**PO Box 1065**
**WEDOWEE, AL 36278-6500**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.117 3**

**Nonpriority creditor's name and mailing address**

**Laura Landman**
**4507 Orrington Road**
**Newport Beach, CA 92625**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
     Name

---

**3.117 4**

**Nonpriority creditor's name and mailing address**
**Laura Lane**
**2887 Goat Creek Rd Lot 259**
**Kerrville, TX 78028**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 5**

**Nonpriority creditor's name and mailing address**
**Laura Larsen**
**1406 E. 1900 N.**
**N. Logan, UT 84341**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 6**

**Nonpriority creditor's name and mailing address**
**laura launchbaugh**
**722 north banna ave**
**glendora, CA 91741**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 7**

**Nonpriority creditor's name and mailing address**
**Laura Lee Maclean**
**1920 North Main Street,**
**Oroville, WA 98844**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 8**

**Nonpriority creditor's name and mailing address**
**Laura Leese**
**567 Stetson Place SW**
**Bainbridge Island, WA 98110**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.117 9**

**Nonpriority creditor's name and mailing address**
**Laura Lucas**
**3934 Rose Ave**
**Long Beach, CA 90807**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 0**

**Nonpriority creditor's name and mailing address**
**Laura Lyddy**
**1051 Mesa Drive**
**Silverthorne, CO 80498**

Date(s) debt was incurred **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.118 1**

**Nonpriority creditor's name and mailing address**

**Laura McHaney**
**1432 Jackson Road**
**Ashland, OR 97520**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 2**

**Nonpriority creditor's name and mailing address**

**Laura McNamire**
**1163 N. Meadows Avenue**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 3**

**Nonpriority creditor's name and mailing address**

**Laura McNamire**
**1163 N Meadows Ave**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 4**

**Nonpriority creditor's name and mailing address**

**Laura Melix**
**24 Arnold Road**
**Forestdale, MA 02644**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 5**

**Nonpriority creditor's name and mailing address**

**Laura Mitchell**
**3512 1st Avenue South**
**Minneapolis, MN 55408**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 6**

**Nonpriority creditor's name and mailing address**

**Laura Moore**
**4354 Ginger Drive**
**Minnetrista, MN 55331**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.118 7**

**Nonpriority creditor's name and mailing address**

**Laura Moore**
**4354 Ginger Drive**
**Excelsior, MN 55331**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.118 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laura Nipper**
**1607 Stevens Street**
**Richmond, VA 23231**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.118 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laura Nordstrom**
**919 John Wesley Ave NW**
**Stewartville, MN 55976**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.119 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laura Orozco**
**820 Townie Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.119 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laura Pearce**
**1912 Marshallfield Lane**
**Unit B**
**Redondo Beach, CA 90278**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.119 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laura Pendergast**
**2200 Buelingo Lane**
**Fort Worth, TX 76131**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.119 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laura Perry**
**5309 Ballona Ln**
**Culver City, CA 90230**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.119 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Laura Perry**
**5309 Ballona Ln**
**Culver City, CA 90230**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

| | | |
|---|---|---|
| 3.119 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Laura Premo**
**720 Canopy Oaks Court**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Laura Quackenbush**
**546 Oak Ridge Dr**
**Darien, WI 53114**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Laura Rutz**
**8534 Depew St**
**Arvada, CO 80003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Laura Schaben**
**16505 Ohern St**
**Omaha, NE 68135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.119 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Laura Silva**
**934 Junipero Drive**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Laura Stephan-corio**
**22 Anchor Rode Drive**
**Manistee, MI 49660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.120 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Laura Stephan-Corio**
**23 Edge Hill Rd**
**Blairstown, NJ 07825**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.120
2**

**Nonpriority creditor's name and mailing address**

**Laura Stephan-Corio**
**22 Anchor Roade Dr**
**Manistee, MI 49660**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120
3**

**Nonpriority creditor's name and mailing address**

**Laura Van Loh**
**4803 Neblina Dr.**
**Carlsbad, CA 92008**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120
4**

**Nonpriority creditor's name and mailing address**

**Laura Vea**
**14522 Emerywood Rd.**
**Tustin, CA 92780**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120
5**

**Nonpriority creditor's name and mailing address**

**Laura Vedenhaupt**
**1014 Moreau Drive**
**Jefferson City, MO 65101**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120
6**

**Nonpriority creditor's name and mailing address**

**Laura Vincent**
**71 North 3rd Ave**
**Ilion, NY 13357**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120
7**

**Nonpriority creditor's name and mailing address**

**Laura W. Burton**
**22400 Cammack Road**
**Noblesville, IN 46062**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.120
8**

**Nonpriority creditor's name and mailing address**

**Laura Weber**
**280 Santo Tomas Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.120 9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Laura White**
**5550 E. Saint Irmo Walk**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.121 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Laura White**
**750 E Myrtle Ave**
**Phoenix, AZ 85020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.121 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Laura Whittle**
**18131 Gulf Blvd STE BB**
**Redington Shores, FL 33708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.121 2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Laura Wilton**
**3601 W Hidden Lane #208**
**Rolling Hills Estates, CA 90274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.121 3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Laura Wilton**
**5110 Merrill St**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.121 4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Laura Wilton**
**5110 Merrill Street**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.121 5** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Laura Wostenberg**
**16405 Maple Street**
**Hornbrook, CA 96044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
              Name

---

| 3.121 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laura Yeager**
**8 Palazzo Way**
**American Canyon, CA 94503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lauralyn Johnson**
**10137 Canopy Tree Ct.**
**Orlando, FL 32836**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laure Carpentier**
**177 Gazo Avenue**
**Burlington, VT 05408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.121 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lauree Huckabee**
**813 W Central Ave Suite 7**
**Bentonville, AR 72712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurel Aarsvold**
**315 SE Main Street**
**Apt #911**
**Minneapolis, MN 55414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurel Coates**
**2758 Mathews Street**
**Berkeley, CA 94702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.122 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Laurel Pacquiao**
**5296 Cross River Falls Blvd**
**Dublin, OH 43016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.122
3**

**Nonpriority creditor's name and mailing address**

**Laurel Warren**
**111 Garcilla Drive**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.122
4**

**Nonpriority creditor's name and mailing address**

**Laurel Zimmerman**
**1320 Hampton Ave Ext.**
**Ste 11A**
**Greenville, SC 29601**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.122
5**

**Nonpriority creditor's name and mailing address**

**Laurell Scholz**
**2949 GLEN IVY DR**
**WEST BEND, WI 53090**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.122
6**

**Nonpriority creditor's name and mailing address**

**Lauren Ashamalla**
**283 Lilac Lane**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.122
7**

**Nonpriority creditor's name and mailing address**

**Lauren Boos**
**2420 Grant Ave**
**Apt. 2**
**Redondo Beach, CA 90278**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.122
8**

**Nonpriority creditor's name and mailing address**

**Lauren Bricker**
**14141 Elystan Cir**
**Westminster, CA 92683**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.122
9**

**Nonpriority creditor's name and mailing address**

**Lauren Casparis**
**1138 20th St**
**Apt 4**
**Santa Monica, CA 90403**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.123 0**

**Nonpriority creditor's name and mailing address**

**Lauren Castaneda**
**908 Bancroft Ave**
**Half Moon Bay, CA 94019**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 1**

**Nonpriority creditor's name and mailing address**

**Lauren Davis**
**18 Cedar Point Drive**
**West Islip, NY 11795**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 2**

**Nonpriority creditor's name and mailing address**

**Lauren Flores**
**498 16th Pl**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 3**

**Nonpriority creditor's name and mailing address**

**Lauren Franke**
**2203 Santa Ana Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 4**

**Nonpriority creditor's name and mailing address**

**Lauren Friedman**
**2200 Cliff Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 5**

**Nonpriority creditor's name and mailing address**

**Lauren Haag**
**1100 Essex lane**
**1100 Essex lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.123 6**

**Nonpriority creditor's name and mailing address**

**Lauren Hogan**
**4639 Perham Rd**
**Corona del Mar, CA 92625**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.123 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren Kohler**
**17024 Red Tail Ln**
**Fontana, CA 92336**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.123 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren Leonard**
**17850 SW Sheppard Terr**
**Sherwood, OR 97140**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.123 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren Lewis**
**5431 Moscow Place Apt. 97**
**Dulles, VA 20189**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.124 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren Lohman**
**1339 Hampshire Cir**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.124 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren Mitchell**
**452 Palos Verdes Blvd.**
**REDONDO BEACH, CA 90277**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.124 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren Powers**
**2570 Johnson Road**
**Germantown, TN 38139**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.124 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lauren Saucedo**
**11403 Amhurst dr**
**San Antonio, TX 78213**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

**3.124 4**

**Nonpriority creditor's name and mailing address**

**Lauren Sieglaff**
**1002 Jeannette st**
**Des plaines, IL 60016**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 5**

**Nonpriority creditor's name and mailing address**

**Lauren Westberg**
**304 Colton Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 6**

**Nonpriority creditor's name and mailing address**

**Lauren Wummer**
**2715 Reading Blvd**
**Reading, PA 19609**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 7**

**Nonpriority creditor's name and mailing address**

**Laurene OBrien**
**13230 Ridgely Circle**
**Port Charlotte, FL 33981**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 8**

**Nonpriority creditor's name and mailing address**

**Laurenn Schiek**
**1451 NW Hartford Ave**
**Bend, OR 97709**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.124 9**

**Nonpriority creditor's name and mailing address**

**LAURENT BRODA**
**1910 Bay Drive**
**PH1**
**Miami Beach, FL 33141**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.125 0**

**Nonpriority creditor's name and mailing address**

**laurent gomez**
**13270 Russet Leaf Ln**
**San Diego, CA 92129**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.125<br>1 | **Nonpriority creditor's name and mailing address**<br>**Laurent Tinus**<br>**1223 Rainier Ave**<br>**Pacifica, CA 94044**<br><br>Date(s) debt was incurred  **2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.125<br>2 | **Nonpriority creditor's name and mailing address**<br>**Laurent Tinus**<br>**1223 Rainier Ave**<br>**Pacifica, CA 94044**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.125<br>3 | **Nonpriority creditor's name and mailing address**<br>**Laurie Ayers**<br>**4175 Forever Circle**<br>**Castle Rock, CO 80109**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.125<br>4 | **Nonpriority creditor's name and mailing address**<br>**Laurie Borggreve**<br>**6541 Navaho Trail**<br>**Edina, MN 55439**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.125<br>5 | **Nonpriority creditor's name and mailing address**<br>**laurie bova**<br>**1108 se 12 ave**<br>**deerfield beach, FL 33441**<br><br>Date(s) debt was incurred  **2023**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.125<br>6 | **Nonpriority creditor's name and mailing address**<br>**Laurie Caine**<br>**1211 5Th st**<br>**Manhattan Beach, CA 90266**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.125<br>7 | **Nonpriority creditor's name and mailing address**<br>**Laurie Cesario**<br>**2531 S. Kihei Rd.**<br>**C-619**<br>**Kihei, HI 96753**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number __ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor    **Electric Bike Company, LLC**                                            Case number (if known) _____
                    Name

---

| 3.125 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Laurie Cesario**
**13349 W Alameda Pkwy**
**401**
**Lakewood, CO 80228**

Date(s) debt was incurred **2022**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.125 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Laurie Degenhardt**
**1542 Ne 105th st**
**Miami shores, FL 33138**

Date(s) debt was incurred **2023**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Laurie Gambardella**
**11 Tamarack CT**
**Prospect, CT 06712**

Date(s) debt was incurred **2021**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Laurie Green**
**7376 Hawkstone Ave SW**
**Port Orchard, WA 98367**

Date(s) debt was incurred **2024**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Laurie Green**
**7376 Hawkstone Ave SW**
**Port Orchard, WA 98367**

Date(s) debt was incurred **2024**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Laurie Hennig**
**88 N. Vincennes Circle**
**Racine, WI 53402**

Date(s) debt was incurred **2022**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.126 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Laurie Krein**
**16641 Wellington Cir**
**Huntington, CA 92649**

Date(s) debt was incurred **2021**

Last 4 digits of account number **_**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

**3.126
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Laurie LaFountain**
**101 Carmen St**                                            ☐ Contingent
**Melbourne Beach, FL 32951**                                ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2023**
                                                             Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.126
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Laurie LaFountain**
**101 Carmen St.**                                           ☐ Contingent
**Melbourne Beach, FL 32951**                                ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2022**
                                                             Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.126
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Laurie Loasby**
**26232 FM 2978**                                            ☐ Contingent
**STE C-1**                                                  ☐ Unliquidated
**Magnolia, TX 77354**                                       ☐ Disputed

Date(s) debt was incurred  **2025**                          Basis for the claim:  **Warranty**
Last 4 digits of account number  **7**
                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.126
8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Laurie Maldonado**
**661 Grayton Rd**                                           ☐ Contingent
**Berea, OH 44017**                                          ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2024**
                                                             Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.126
9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Laurie Maldonado**
**661 Grayton Rd**                                           ☐ Contingent
**Berea, OH 44017**                                          ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2022**
                                                             Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.127
0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Laurie Medellin**
**19948 Piccadilly Lane**                                    ☐ Contingent
**Huntington Beach, CA 92646**                               ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2022**
                                                             Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.127
1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Laurie Sabourin**
**320 Blume Rd.**                                            ☐ Contingent
**Mooresville, NC 28117**                                    ☐ Unliquidated
                                                             ☐ Disputed
Date(s) debt was incurred  **2024**
                                                             Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                             Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | Electric Bike Company, LLC | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.127
2**

**Nonpriority creditor's name and mailing address**

**Laurie Sepulveda**
**446 S BUENA VISTA ST**
**REDLANDS, CA 92373**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127
3**

**Nonpriority creditor's name and mailing address**

**Laurie Sepulveda**
**446 S Buena Vista Street**
**REDLANDS, CA 92373**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127
4**

**Nonpriority creditor's name and mailing address**

**Laurie Walters**
**17511 Holiday Dr**
**Morgan Hill, CA 95037**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127
5**

**Nonpriority creditor's name and mailing address**

**Laurie Wig**
**18142 Heritage Rd**
**Brainerd, MN 56401**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127
6**

**Nonpriority creditor's name and mailing address**

**Laurie Woodworth**
**55 First Ave**
**Owasco, NY 13021**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127
7**

**Nonpriority creditor's name and mailing address**

**lautaro Sobrero**
**23252 Caminito Marcial**
**Laguna Hills, CA 92653**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.127
8**

**Nonpriority creditor's name and mailing address**

**Lavada Pierce**
**21501 Brookhurst st**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____

    Name

---

| 3.127 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Ahr**
**109 Buckingham Drive**
**Southampton, NJ 08088**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Brooks**
**2105 Highland Ridge Dr**
**Phoenix, MD 21131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Cameron Maranville**
**32399 San Marco Drive**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Chmielewski**
**19162 Pine Ledge Drive**
**Brownstown, MI 48193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Chmielewski**
**19162 Pine Ledge Drive**
**Brownstown, MI 48193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Chmielewski**
**19162 Pine Ledge Dr.**
**Brownstown, MI 48193**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.128 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Doser**
**21705 Mackinaw Ct.**
**Macomb, MI 48044**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
               Name

---

| 3.128 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence Erpenbeck**
**1174 Mount Zion Rd**
**UNION, KY 41091-8626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.128 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence Erpenbeck**
**1174 Mt Zion Rd**
**Union, KY 41091**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.128 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence Frederick**
**1110 N Henness Rd. Lot 1598**
**Casa Grande, WA 85122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.128 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence Frederick**
**1110 N Henness Rd Lot 1598**
**Casa Grande, AZ 85122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.129 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence Frederick**
**706 e Mason Lk DR S**
**Grapeview, WA 98546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.129 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence Frederick**
**1110 N. Henness RD. #1598**
**Casa Grande, AZ 85122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.129 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence Frederick**
**706 E Mason Lk Dr S**
**Grapeview, WA 98546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
      Name

| 3.129 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Frederick**
**706 E Mason Lake Drive South**
**Grapeview, WA 98546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Frederick**
**706 E Mason Lake Dr S**
**Grapeview, WA 98546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Gill**
**21050 Pacific City Cir**
**Unit 5210**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

Basis for the claim:  __Warranty__

Last 4 digits of account number  __7__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Jaffe**
**850 Robinson Road**
**Sebastopol, CA 95472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Jaffe**
**850 ROBINSON RD**
**SEBASTOPOL, CA 95472**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2020__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Lins**
**101 W Main St suite b**
**Reedsburg, WI 53959**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

Basis for the claim:  __Warranty__

Last 4 digits of account number  __7__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.129 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lawrence Lins**
**S10570 Old Highway 23**
**Spring Green, WI 53588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.130 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LAWRENCE MACCHERONE**
**1432 Reservoir View LN**
**Wake Forest, NC 27587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence Maranville**
**32399 San Marco Drive**
**TEMECULA, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence Maranville**
**32399 San Marco Drive**
**TEMECULA, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**lawrence stacconi**
**1367 Willow Pl SE**
**Atlanta, GA 30316-2737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LAWRENCE TAYLOR**
**25300 DANA POINT HARBOR DRIVE**
**SITE 96**
**DANA POINT, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence Teschmacher**
**202 Village Run West**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.130 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lawrence To**
**1549 Molitor Road**
**Belmont, CA 94002**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
                Name                                                                            Case number (if known) _____

---

**3.130
7**

**Nonpriority creditor's name and mailing address**

**Lawrence Winters**
**26821 Calle Hermosa**
**Capo Beach, CA 92624**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130
8**

**Nonpriority creditor's name and mailing address**

**Lawrence Wolfe**
**683 S Genevieve Lane**
**San Jose, CA 95128**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.130
9**

**Nonpriority creditor's name and mailing address**

**Layne Bodas**
**303 Flower St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131
0**

**Nonpriority creditor's name and mailing address**

**Le Duong**
**2525 Westminister Ave**
**Unit D**
**Santa Ana, CA 92706**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131
1**

**Nonpriority creditor's name and mailing address**

**Lea Hoff**
**35 East Street**
**Unit B**
**Annandale, NJ 08801**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131
2**

**Nonpriority creditor's name and mailing address**

**Leah Chatinover**
**8 MORTON LN**
**WEST HARTFORD, CT 06117**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.131
3**

**Nonpriority creditor's name and mailing address**

**Leah Dewveall**
**4005 Bluebonnet Trl**
**Deer Park, TX 77536**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.131 4**

**Nonpriority creditor's name and mailing address**

**Leah Gionet**
**377 W Bay St**
**C1**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 5**

**Nonpriority creditor's name and mailing address**

**Leah Hibbert**
**618 Alta Vista Drive**
**Glendale, CA 91205**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 6**

**Nonpriority creditor's name and mailing address**

**Leah Keeton**
**8271 Drybank Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 7**

**Nonpriority creditor's name and mailing address**

**Leah Lalor**
**27319 Blueridge Dr.**
**Valencia, CA 91354**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 8**

**Nonpriority creditor's name and mailing address**

**Leah Stoutt**
**14 Yorick St**
**Lake Oswego, OR 97035**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.131 9**

**Nonpriority creditor's name and mailing address**

**Leah West**
**7421 Highway 89**
**Graeagle, CA 96103**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.132 0**

**Nonpriority creditor's name and mailing address**

**Leah Zwanzig**
**28807 N River Estates Dr**
**Chattaroy, WA 99003**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.132 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leandre Berube LeBrun**
**15268 6th Ave NE**
**Shoreline, WA 98155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:   Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LeAnn Bartolotti**
**11219 Meyers Hill Road**
**Forestport, NY 13338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leann Crickmer**
**3809 S General Bruce Dr Ste 103**
**PMB 160**
**Temple, TX 76502**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LeAnn Jolliff**
**10001 Piedmont Rd**
**Yukon, OK 73099-8484**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:   Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leanna Spencer**
**1132 Ranchwood Drive**
**Shorewood, IL 60404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leanne Lyford Jackson**
**42484 Narciso Court**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.132 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leanne Nowell**
**27272 Via Bella**
**Capo Beach, CA 92624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                        Case number *(if known)* _____
_____
Name

| 3.132 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ledson Martinson**
**1234 n frontage rd**
**Billings, MT 59101**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.132 9**

**Nonpriority creditor's name and mailing address**
**Ledson Martinson**
**1234 n.frontage rd**
**Billings, MT 59101**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133 0**

**Nonpriority creditor's name and mailing address**
**Lee Bethune**
**4265 Weldon Cove**
**Jonesboro, AR 72404**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133 1**

**Nonpriority creditor's name and mailing address**
**Lee Cole**
**2014 Ransom Cv**
**Cabot, AR 72023**

Date(s) debt was incurred  **2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133 2**

**Nonpriority creditor's name and mailing address**
**Lee Cole**
**2014 Ransom Cove**
**Cabot, AR 72023**

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133 3**

**Nonpriority creditor's name and mailing address**
**Lee Crickmer**
**2928 SW 33rd ST.**
**Redmond, OR 97756**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.133 4**

**Nonpriority creditor's name and mailing address**
**Lee Dawson**
**4315 lake Washington Blvd NE**
**#3304**
**KIRKLAND, WA 98033**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                  Case number *(if known)* _____
_____
Name

| 3.133 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Dowdle**
**704 Church Street**
**Belgrade, MT 59714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Dowdle**
**704 Church Street**
**Belgrade, MT 59714**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Dowdle**
**Montana State University Bozeman**
**262 Barnard Hall**
**Bozeman, MT 59717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Dowdle**
**Montana State University Bozeman, Barnar**
**Bozeman, MT 59717**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.133 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Drain**
**3226 Nicol Point Way NE**
**Tuscaloosa, AL 35406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Gittleman**
**4705 Seashore de**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lee Gittleman**
**4705 Seashore Dr**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **_**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.134 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lee Kaplan**
**1620 East Riverside Drive**
**apt 74220**
**Austin, TX 78741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lee Lickhalter**
**5017 Beran St**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lee Love**
**419 Main Street**
**#73**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lee Maddox**
**333 SNUG Harbor Rd**
**Newport Beach, CA 92662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lee Maddox**
**333 Snug Harbor Rd**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lee Millns**
**204 N St Jospeph # 6**
**Suttons Bay, MI 49682**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.134 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lee OBrien**
**35 Paradise Cove**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.134
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|

**Lee Oliver**
**3571 Venture Drive**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135
0**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        $0.00

**Lee Oliver**
**3571 Venture Dr**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135
1**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        $0.00

**Lee Plekkenpol**
**112067 Stone Creek Dr**
**Chaska, MN 55318**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135
2**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        $0.00

**Lee Sebor**
**1357 Steeple Chase Cir**
**Corona, CA 92882**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135
3**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        $0.00

**lee servin**
**5666 eastbourne walk**
**westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135
4**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        $0.00

**Lee Starnes**
**5 Portofino Drive #1703**
**Pensacola Beach, FL 32561**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.135
5**

Nonpriority creditor's name and mailing address        As of the petition filing date, the claim is: *Check all that apply.*        $0.00

**Lee Swain**
**8325 Bella Vista**
**Alta Loma, CA 91701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

**3.135 6**

**Nonpriority creditor's name and mailing address**

**Lee Wilson**
**16 Golf Ridge Dr**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135 7**

**Nonpriority creditor's name and mailing address**

**Lee Youngren-Manty**
**1288 Grunig Circle**
**Carlton, MN 55718**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135 8**

**Nonpriority creditor's name and mailing address**

**Lee-Anne Gasparik**
**121 The Masters Circle**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.135 9**

**Nonpriority creditor's name and mailing address**

**Leesa Becker**
**142 Malcolm Glenn Ln**
**La Grange, NC 28551**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.136 0**

**Nonpriority creditor's name and mailing address**

**Leeson Goodin**
**1756 Skylark Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.136 1**

**Nonpriority creditor's name and mailing address**

**Leif Carlson**
**376 E 20th St**
**Apt A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.136 2**

**Nonpriority creditor's name and mailing address**

**Leigh Gibson**
**404 Philadelphia Ave**
**Point Pleasant beach, NJ 08742**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.136 3**

**Nonpriority creditor's name and mailing address**

**Leigh Sullivan**
**3101 LONGHORN BLVD**
**STE 106 FSC456-5**
**Austin, TX 78758**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.136 4**

**Nonpriority creditor's name and mailing address**

**Leigha Hellon**
**4140 INNOVATOR DR**
**APT 4401**
**SACRAMENTO, CA 95834**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.136 5**

**Nonpriority creditor's name and mailing address**

**Leigha Hellon**
**4140 INNOVATOR DR**
**APT 4401**
**SACRAMENTO, CA 95834**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.136 6**

**Nonpriority creditor's name and mailing address**

**Leisa Evers**
**195 Chippewa Terrace**
**Granite Falls, MN 56241**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.136 7**

**Nonpriority creditor's name and mailing address**

**Lemuel Vergara**
**948 N. Bramasole Ave.**
**Mountain House, CA 95391**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.136 8**

**Nonpriority creditor's name and mailing address**

**Lenny Potocki**
**2915 Grove Street road**
**Standish, MI 48658**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.136 9**

**Nonpriority creditor's name and mailing address**

**Lenora DeMars**
**22061 Capristano Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.137 0**

**Nonpriority creditor's name and mailing address**

**Lenore Myers**
**1310 Gulf blvd**
**3D**
**Clearwater, FL 33767**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 1**

**Nonpriority creditor's name and mailing address**

**Lenwood Mills**
**233 Racine Drive**
**Unit 32**
**Wilmington, NC 28403**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 2**

**Nonpriority creditor's name and mailing address**

**Leo Bicknell**
**1106 New Market Rd**
**Richmond, VA 23231**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 3**

**Nonpriority creditor's name and mailing address**

**Leo Blair**
**188 PROSPECT HILL ROAD**
**HARVARD, MA 01451**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 4**

**Nonpriority creditor's name and mailing address**

**Leo Blair**
**188 Prospect Hill Road**
**Harvard, MA 01451**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 5**

**Nonpriority creditor's name and mailing address**

**Leo Germain**
**4224 Quigley Ave**
**Lakewood, CA 90713**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.137 6**

**Nonpriority creditor's name and mailing address**

**Leo Johnson**
**1024 Bayside Dr**
**403**
**Newport Beach, CA 92660**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.137 7**

**Nonpriority creditor's name and mailing address**

**Leo Madueno**
**17722 Sergio Cir**
**#102**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.137 8**

**Nonpriority creditor's name and mailing address**

**Leo Spitz**
**2316 East 200 North**
**Saint Anthony, ID 83445**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.137 9**

**Nonpriority creditor's name and mailing address**

**Leo Spitz**
**2316 East 200 North**
**St. Anthony, ID 83445**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138 0**

**Nonpriority creditor's name and mailing address**

**Leo Taggart**
**23 West Glenwood Dr.**
**Latham, NY 12110**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138 1**

**Nonpriority creditor's name and mailing address**

**Leo Taggart**
**23 W. Glenwood Dr**
**Latham, NY 12110**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138 2**

**Nonpriority creditor's name and mailing address**

**Leo Volfson**
**10505 Roselle St.**
**#100**
**San Diego, CA 92121**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.138 3**

**Nonpriority creditor's name and mailing address**

**leo Zames**
**27715 Country Lane Rd**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                              Case number (if known) _____
   Name

---

| 3.138 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LEO ZAMES**
**27715 COUNTRY LANE ROAD**
**LAGUNA NIGUEL, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leon Brown**
**100 Bathurst Court**
**Folsom, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LEON BROWN**
**100 Bathurst Court**
**Folsom, CA 95630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leon Stanislawski**
**N-2431 Michigan highway M-35**
**Menominee, MI 49858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leon Stanislawski**
**N 2431 State Highway M35**
**Menominee, MI 49858**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.138 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Leona Fahey**
**30568 Emperor Drive**
**Canyon Lake, CA 92587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.139 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**leonard bishop**
**49 Davis Circle**
**Bella Vista, AR 72715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known)

---

| 3.139 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**leonard bishop**
**49 Davis Circle**
**Bella Vista, AR 72715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leonard Bishop**
**49 Davis Circle**
**Bellavista, AR 72715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leonard Lukin**
**1551 Wedgewood Way**
**Upland, CA 91786**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leonard Lukin**
**3960 A1a South**
**Unit #636**
**Saint Augustine, FL 32080**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leonard Sita**
**521 San Nicholas Court**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leonard Spatola**
**785 WINDWARD WAY**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Leonard Watson**
**2437 Wagner St SE**
**Washington, DC 20020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number *(if known)* _____
      Name

---

| 3.139 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leonard Williams**
**527 Royal Plaza Dr**
**Fort Lauderdale, FL 33301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.139 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leroy Dawson**
**4315 Lake Washington Blvd NE**
**#3304**
**Kirkland, WA 98033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Leroy Vingoe**
**165 garnet Ave**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Les Gorsuch**
**19051 San Carlos Blvd**
**Unit 13**
**Ft Myers Beach, FL 33931**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Les Gorsuch**
**19051 San Carlos Blvd, Unit 13**
**CAPE CORAL, FL 33909-8411**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Les Hudson**
**113 Castlemaine Dr**
**Greenvile, SC 29617**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Les Lillo**
**3595 Ray St**
**San Diego, CA 92104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

| 3.140 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Les Pearsey**
**14954 Thunder Valley Rd**
**Bakersfield, CA 93314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lesley Feller**
**118-21 179st**
**Queens, NY 11434**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lesley Jacobs-Keeler**
**7251 Bluestem Court**
**Wesley Chapel, FL 33545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lesley Lebel**
**6841 Pine Street**
**Longboat Key, FL 34228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.140 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lesley Patenaude**
**1635 Beltline Road**
**Redding, CA 96003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lesley Patenaude**
**1635 Beltline Road**
**Redding, CA 96003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.141 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lesley Sweeney**
**317 Mount Hope Rd.**
**Mansfield Center, CT 06250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim: Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____

        Name

---

| 3.141 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Lesley Whittaker**
**322 23rd Street**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Lesley Wright**
**21 Calle Vaqueta**
**RSM, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Leslie Boucher**
**3228 basswood court**
**Reno, NV 89509**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Leslie Ellis**
**217 W Edgerton St**
**Garrett, IN 46738-1417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Leslie Frisby**
**32332 Ridgeway Ave**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Leslie Gray**
**6071 Chad dr Newcastle, CA**
**Newcastle, CA 95658-9543**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.141 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Leslie Johnson**
**3418 Saint Cloud Circle**
**Dallas, TX 75229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.1419**

**Nonpriority creditor's name and mailing address**

**Leslie Max Hendren**
**342 BERRY COURT**
**VILLA RICA, GA 30180**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1420**

**Nonpriority creditor's name and mailing address**

**Leslie McCormack**
**270 Cagney Ln**
**# 101**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1421**

**Nonpriority creditor's name and mailing address**

**Leslie Myatt**
**6456 Bridget Ave**
**The Villages, FL 34762**

Date(s) debt was incurred  **2024**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1422**

**Nonpriority creditor's name and mailing address**

**Leslie Nelson**
**1441 Roycroft Ave.**
**Long Beach, CA 90804**

Date(s) debt was incurred  **2020**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1423**

**Nonpriority creditor's name and mailing address**

**Leslie Proescher**
**410 Newburg Ave**
**Catonsville, MD 21228**

Date(s) debt was incurred  **2024**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1424**

**Nonpriority creditor's name and mailing address**

**Leslie Shyne**
**9 Country Lane**
**Montville, NJ 07045**

Date(s) debt was incurred  **2022**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1425**

**Nonpriority creditor's name and mailing address**

**Leslie Snyder**
**425 E Chelan Ave**
**Chelan, WA 98816**

Date(s) debt was incurred  **2023**

Last 4 digits of account number

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.142 6**

**Nonpriority creditor's name and mailing address**

**Leslie Thomas**
**4329 WHITFIELD AVENUE**
**FORT WORTH, TX 76109**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142 7**

**Nonpriority creditor's name and mailing address**

**Leslie Tilton**
**7941 Pinehurst St.**
**Sarasota, FL 34243**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142 8**

**Nonpriority creditor's name and mailing address**

**Leslie Tolan**
**18805 Tabor Dr**
**Irvine, CA 92603**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.142 9**

**Nonpriority creditor's name and mailing address**

**Lester Sproessig**
**3532 first st**
**po box 46**
**hadley, MI 48440**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 0**

**Nonpriority creditor's name and mailing address**

**Lester Sproessig**
**po box 46**
**Hadley, MI 48440**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 1**

**Nonpriority creditor's name and mailing address**

**Leticia Boyle**
**2325 Del Mar Way**
**Unit 106**
**Corona, CA 92882**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143 2**

**Nonpriority creditor's name and mailing address**

**Levy Sobio**
**1012 S. Aspenwood Cir.**
**Anaheim, CA 92807**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
Name

Case number *(if known)*

---

**3.143.3**

**Nonpriority creditor's name and mailing address**

**Lewis E Marks**
**1810 Heritage Dr**
**Gulf Shores, AL 36542**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143.4**

**Nonpriority creditor's name and mailing address**

**Lewis Rand**
**1806 Fairfield Avenue**
**#3**
**Las Vegas, NV 89102**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143.5**

**Nonpriority creditor's name and mailing address**

**lexi Nichols**
**1910 California St**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143.6**

**Nonpriority creditor's name and mailing address**

**Lezlie Sheskey**
**4468 Owens St**
**#106**
**Corona, CA 92883**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143.7**

**Nonpriority creditor's name and mailing address**

**Lia Keith**
**6211 SYDNEY RD**
**FAIRFAX STATION, VA 22039**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143.8**

**Nonpriority creditor's name and mailing address**

**Lia Mcallister**
**298 Cecil Pl**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.143.9**

**Nonpriority creditor's name and mailing address**

**Lia McArthur**
**1429 Rubenstein Ave**
**Cardiff, CA 92007**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____    Case number *(if known)* _____
     Name

| 3.1440 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Liam Johnson**
**4004 Dream Oak Pl.**
**Apt. 102**
**Tampa, FL 33613**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __**2025**__

**Basis for the claim:** __**Warranty**__

**Last 4 digits of account number** __**7**__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1441 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Liam Johnson**
**417 1/2 SW 2nd St**
**Gainesville, FL 32601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __**2023**__

**Basis for the claim:** __**Warranty**__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1442 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Liam ODriscoll**
**146 SCHOOL ST**
**FAIRFIELD, CT 06824**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __**2023**__

**Basis for the claim:** __**Warranty**__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1443 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Liana Messer**
**12495 Yorkshire Drive**
**Apple Valley, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __**2024**__

**Basis for the claim:** __**Warranty**__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1444 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lici Szarka**
**2120 Muir Way**
**La Habra, CA 90631**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __**2021**__

**Basis for the claim:** __**Warranty**__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1445 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lidy Baars**
**9112 Brabham Drive**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __**2023**__

**Basis for the claim:** __**Warranty**__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.1446 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lili Wan**
**11 Vernal Spring**
**Irvine, CA 92603**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __**2022**__

**Basis for the claim:** __**Warranty**__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.1447**

**Nonpriority creditor's name and mailing address**
**Lilia Poole**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1448**

**Nonpriority creditor's name and mailing address**
**Liliana Cohen**
**23308 West Vail Drive**
**West Hills, CA 91307**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1449**

**Nonpriority creditor's name and mailing address**
**Lilith Anderson**
**11415 Deerfield Drive #8998**
**Truckee, CA 96162**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1450**

**Nonpriority creditor's name and mailing address**
**Lilith Anderson**
**12680 Sierra Drive**
**Truckee, CA 96161**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1451**

**Nonpriority creditor's name and mailing address**
**Lillian Garcia Palmer**
**151 Michigan Avenue #545**
**Miami Beach, FL 33139**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1452**

**Nonpriority creditor's name and mailing address**
**Lillian Justice**
**26342 Edgewater Lane**
**Helendale, CA 92342-7767**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1453**

**Nonpriority creditor's name and mailing address**
**Lillian Luu**
**111-32 126th st**
**South Ozone Park, NY 11420**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

| 3.145 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lillian Rothenhaus**
**50325 timber creek way**
**Indio, CA 92201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lillith Ormerod**
**214 Iris Ave**
**Waverly, MI 48917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lilly Bright**
**7035 E Sopris Creek Road**
**Snowmass, CO 81654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lilly Chamberlain**
**5414 SE Mall St**
**Portland, OR 97206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lily Coates**
**3429 Merrimac Ave**
**San Diego, CA 92117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.145 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lily Garcia Palmer**
**3 Greenway Road**
**Windham, NH 03087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.146 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lily Jones**
**1414 W. Valerio**
**Santa Barbara, CA 93103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| **3.146 1** | **Nonpriority creditor's name and mailing address**<br><br>**Lily Romanow**<br>**507 Frankfurt**<br>**202**<br>**Huntington Beach, CA 92648**<br><br>Date(s) debt was incurred **2021**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.146 2** | **Nonpriority creditor's name and mailing address**<br><br>**Lina**<br>**2 Yorkshire**<br>**Newport Beach, CA 92660**<br><br>Date(s) debt was incurred **2024**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.146 3** | **Nonpriority creditor's name and mailing address**<br><br>**Lincoln Bjorkman**<br>**132 Imperial Avenue**<br>**Westport, CT 06880**<br><br>Date(s) debt was incurred **2024**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.146 4** | **Nonpriority creditor's name and mailing address**<br><br>**Linda Aguilera**<br>**11204 Wallaby Court**<br>**San Diego, CA 92128**<br><br>Date(s) debt was incurred **2023**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.146 5** | **Nonpriority creditor's name and mailing address**<br><br>**Linda Aguilera**<br>**11204 Wallaby Ct**<br>**San Diego, CA 92128**<br><br>Date(s) debt was incurred **2021**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.146 6** | **Nonpriority creditor's name and mailing address**<br><br>**Linda Aguilera**<br>**11204 Wallaby Court**<br>**San Diego, CA 92128**<br><br>Date(s) debt was incurred **2021**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| **3.146 7** | **Nonpriority creditor's name and mailing address**<br><br>**Linda Anderson**<br>**102 Chestnut Ln**<br>**Rose Valley, PA 19063**<br><br>Date(s) debt was incurred **2021**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br><br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.1468**

**Nonpriority creditor's name and mailing address**

**Linda Anderson Green**
**102 Chestnut Lane**
**Rose Valley, PA 19063**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1469**

**Nonpriority creditor's name and mailing address**

**Linda Austin**
**W5631 Sunset Ridge**
**Walworth, WI 53184**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1470**

**Nonpriority creditor's name and mailing address**

**Linda Barrocas**
**10651 NE Quaybridge Court**
**miami, FL 33138**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1471**

**Nonpriority creditor's name and mailing address**

**linda barrocas**
**1000 Venetian Way**
**101**
**Miami, FL 33139**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1472**

**Nonpriority creditor's name and mailing address**

**Linda Baumann**
**1116 Eaglestone Drive**
**Castle Rock, CO 80104**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1473**

**Nonpriority creditor's name and mailing address**

**Linda Beasley**
**1644 Lang Mountain Road**
**Guntersville, AL 35976**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1474**

**Nonpriority creditor's name and mailing address**

**Linda Beu**
**13601 Del Monte Dr APT C78**
**Seal Beach, CA 90740**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.147 5**

**Nonpriority creditor's name and mailing address**

**Linda Beu**
**13601 Del Monte Dr**
**# 78C**
**Seal Beach, CA 90740**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 6**

**Nonpriority creditor's name and mailing address**

**Linda Brown**
**21835 Palanca**
**Mission Viejo, CA 92692**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 7**

**Nonpriority creditor's name and mailing address**

**Linda Buchanan**
**27 Catalina Court**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 8**

**Nonpriority creditor's name and mailing address**

**linda dalelio williams**
**18 michele terrace**
**Massapequa Park, NY 11762**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.147 9**

**Nonpriority creditor's name and mailing address**

**Linda Darrah**
**2188 E Viscaya Dr**
**Draper, UT 84020**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148 0**

**Nonpriority creditor's name and mailing address**

**Linda Darrah**
**2188 Viscaya Drive**
**Draper, UT 84020**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.148 1**

**Nonpriority creditor's name and mailing address**

**Linda Darrah**
**2188 Viscaya Dr**
**Draper, UT 84020**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**
_____    Case number *(if known)* _____
Name

| 3.148 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Linda Deason**
**4768 Baker Plantation Drive**
**Acworth, GA 30101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.148 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Linda Dughi**
**963 James Rd**
**Warren Center, PA 18851**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.148 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Linda Eibel**
**WellOne 35 Village Plaza Way**
**#10**
**North Scituate, RI 02857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**linda eibel**
**35 Village Plaza Way**
**#10**
**North Scituate, RI 02857**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.148 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Linda Farmer**
**515 Lower Mill Creek Road**
**Rocky Face, GA 30740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Linda Fisher-Helton**
**2118 DEXTER ST**
**CAMARILLO, CA 93010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.148 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Linda Funkhouser**
**3727 Avenue Q**
**Galveston, TX 77550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1489**

**Nonpriority creditor's name and mailing address**

**Linda Funkhouser**
**3727 Avenue Q**
**Galveston, TX 77550**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1490**

**Nonpriority creditor's name and mailing address**

**Linda Funkhouser**
**2311 Mechanic Street**
**Galveston, TX 77550**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1491**

**Nonpriority creditor's name and mailing address**

**Linda Gale**
**2162 Clematis St**
**San Diego, CA 92105**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1492**

**Nonpriority creditor's name and mailing address**

**Linda Garcia-Rose**
**20 River Terrace**
**19B**
**NY, NY 10282**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1493**

**Nonpriority creditor's name and mailing address**

**Linda Ha**
**448 castlepines drive**
**Akron, OH 44333**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1494**

**Nonpriority creditor's name and mailing address**

**Linda Hammond**
**215 College Avenue**
**Winthrop Harbor, IL 60096**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1495**

**Nonpriority creditor's name and mailing address**

**linda hart**
**7616 Florence Ave NE**
**Albuquerque, NM 87122**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

| 3.149 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**LINDA HOLLAND**
**408 Euclid Ave**
**Oakland, CA 94610**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Hughes**
**1215 Anchors Way**
**Space 97**
**Ventura, CA 93001**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Hunt**
**1020 Corte Tranquilla**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.149 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Hunt**
**1020 Tranquilla**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Jacobs**
**1310 NW NAITO PKWY UNIT 504**
**Portland, OR 97209**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Joseph**
**554 Black Bear Pl Ne**
**Albuquerque, NM 87122**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.150 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Kentera**
**29411 Castle Road**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                      Case number (if known) _____
         Name

---

**3.150 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Linda Kopp**                                                          ☐ Contingent
**139 Beverly Rd**                                                      ☐ Unliquidated
**Asheville, NC 28805-2415**                                           ☐ Disputed

Date(s) debt was incurred  **2021**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Linda Lane-Pentolino**                                               ☐ Contingent
**2381 Sommerset dr.**                                                 ☐ Unliquidated
**Brea, CA 92821**                                                     ☐ Disputed

Date(s) debt was incurred  **2024**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Linda Lannom**                                                       ☐ Contingent
**332 WarmWind Dr.**                                                   ☐ Unliquidated
**Clayton, NC 27527**                                                  ☐ Disputed

Date(s) debt was incurred  **2022**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Linda Marshall**                                                     ☐ Contingent
**19935 Thunder Rd E**                                                 ☐ Unliquidated
**Colorado Springs, CO 80908**                                        ☐ Disputed

Date(s) debt was incurred  **2021**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Linda Martin**                                                       ☐ Contingent
**500 Forge Rd.**                                                      ☐ Unliquidated
**Boiling Springs, PA 17007**                                         ☐ Disputed

Date(s) debt was incurred  **2023**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Linda Martin**                                                       ☐ Contingent
**500 Forge Rd.**                                                      ☐ Unliquidated
**Boiling Springs, PA 17007**                                         ☐ Disputed

Date(s) debt was incurred  **2023**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.150 9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Linda Martin**                                                       ☐ Contingent
**729 Fairway Drive**                                                  ☐ Unliquidated
**No. 1968**                                                           ☐ Disputed
**McCall, ID 83638**

Date(s) debt was incurred  **2021**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**    Case number (if known) _____
_____
Name

| 3.151 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Martin**
**PO Box 5220**
**Newport Beach, CA 92662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Monette**
**15 Bob Cat Ct**
**Garden Valley, ID 83622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Muellerliele**
**2417 Bamboo St**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Murrow**
**111 Garden Lily Lane**
**Summerville, SC 29485**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Murrow**
**186 S High Rock Ave**
**Saratoga Springs, UT 84045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda Myers**
**4665 S Forest Hill Rd**
**Saint Johns, MI 48879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Linda O'Connor**
**28242 ZARZA**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
         Name

---

| 3.151 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Osborn**
**3924 Lemon ave**
**Long Beach, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Osiecki**
**3631 SAMUEL AVE**
**Rochester Hills, MI 48309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.151 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Osiecki**
**3631 Samuel**
**Rochester Hills, MI 48309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Parsley**
**3201 N County Road 605**
**Sunbury, OH 43074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Pennington**
**13746 Matthew Lane**
**Frisco, TX 75035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Pentolino**
**2381 sommerset dr.**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.152 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Poirier**
**23555 SW 170 Ct.**
**Homestead, FL 33031**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
         Name

---

**3.152 4**

**Nonpriority creditor's name and mailing address**

**Linda Poirier**
**23555 SW 170 Ct.**
**Homestead, FL 33031**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 5**

**Nonpriority creditor's name and mailing address**

**Linda Ramirez**
**2786 Omaha Av**
**Clovis, CA 93619**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 6**

**Nonpriority creditor's name and mailing address**

**Linda Regal-Tharp**
**517 Dudala Circle**
**Loudon, TN 37774**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 7**

**Nonpriority creditor's name and mailing address**

**Linda Richardson**
**5418 Massa Way**
**Fontana, CA 92336**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 8**

**Nonpriority creditor's name and mailing address**

**Linda Richardson**
**5418 Massa Way**
**Fontana, CA 92336**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.152 9**

**Nonpriority creditor's name and mailing address**

**Linda Richardson**
**120 Lee Lane**
**Clinton, TN 37716**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153 0**

**Nonpriority creditor's name and mailing address**

**Linda Robert**
**30537 Mulberry Ct**
**Temecula, CA 92591**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.153**
**1**

**Nonpriority creditor's name and mailing address**

**Linda Rohloff**
**W3626 County Rd E**
**Cecil, WI 54111**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153**
**2**

**Nonpriority creditor's name and mailing address**

**Linda Rowe**
**1416 Casablanca Cir**
**Gilroy, CA 95020**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153**
**3**

**Nonpriority creditor's name and mailing address**

**Linda Saket**
**21811 Oceanview Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153**
**4**

**Nonpriority creditor's name and mailing address**

**Linda Schanzenbach**
**177 N Alta St**
**Salt Lake City, UT 84103**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153**
**5**

**Nonpriority creditor's name and mailing address**

**Linda Schanzenbach**
**304 E Beryl Ave**
**Salt Lake City, UT 84115**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153**
**6**

**Nonpriority creditor's name and mailing address**

**Linda Schetter**
**1000 Piedmont Dr**
**Sacramento, CA 95822-1704**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.153**
**7**

**Nonpriority creditor's name and mailing address**

**Linda Schroeder**
**15621 Corinthian Way**
**Willis, TX 77318**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.153 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Schroeder**
**15621 Corinthian Way**
**Willis, TX 77318**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.153 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Sgueglia**
**57 Peck Orchard Road**
**East Hartland, CT 06027**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Shock**
**912 Schoolhouse Lane**
**Dover, DE 19904**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Smeltz**
**2130 Parrot Fish Dr**
**Holiday, FL 34691**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Stephenson**
**6509 west Morton Drive**
**Boise, ID 83704**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Stone**
**2212 Kiowa Blvd N Unit 130**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.154 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Linda Ulmer**
**28060 SE Viva Ln**
**Boring, OR 97009-7501**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

**3.154**
**5**

Nonpriority creditor's name and mailing address

**Lindsay CarterMontgomery**
**14206 sundial Pl**
**Lakwood Ranch, FL 34202**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.154**
**6**

Nonpriority creditor's name and mailing address

**Lindsay Christiansen**
**122 Cameray Hts**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.154**
**7**

Nonpriority creditor's name and mailing address

**Lindsay Christiansen**
**122 Cameray Heights**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.154**
**8**

Nonpriority creditor's name and mailing address

**Lindsay CHRISTIANSEN**
**122 cameray heights**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.154**
**9**

Nonpriority creditor's name and mailing address

**Lindsay Cleveland**
**11 Robon Ct**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.155**
**0**

Nonpriority creditor's name and mailing address

**Lindsay Fengel**
**1031 East Penny Lane**
**San Tan Valley, AZ 85140**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.155**
**1**

Nonpriority creditor's name and mailing address

**Lindsay Harrison**
**361 Ulmer Ct**
**Redwood City, CA 94061**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.155
2**

**Nonpriority creditor's name and mailing address**

**Lindsay Irvine**
**30115 Hilside Terr**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155
3**

**Nonpriority creditor's name and mailing address**

**Lindsay Jakobovits**
**12638 Milton Street**
**Los Angeles, CA 90066**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155
4**

**Nonpriority creditor's name and mailing address**

**Lindsay Loiacono**
**497 North Main Street**
**Canandaigua, NY 14424**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155
5**

**Nonpriority creditor's name and mailing address**

**Lindsay Mingee**
**3240 Mission Inn Ave.**
**Riverside, CA 92507**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155
6**

**Nonpriority creditor's name and mailing address**

**Lindsay Mingee**
**6956 Orozco Dr**
**Riverside, CA 92506**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155
7**

**Nonpriority creditor's name and mailing address**

**Lindsay Pelzel**
**753 Guerrero St**
**Apt A**
**San Francisco, CA 94110**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.155
8**

**Nonpriority creditor's name and mailing address**

**Lindsay Stroh**
**4041 Argos Road**
**Cazenovia, NY 13035**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | _____ |
|---|---|---|---|
| | Name | | |

---

**3.155 9**

**Nonpriority creditor's name and mailing address**
**Lindsay Travis**
**5640 Sandalwood Dr**
**Baton Rouge, LA 70806**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 0**

**Nonpriority creditor's name and mailing address**
**Lindsay Uphaus**
**389 East 21st St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 1**

**Nonpriority creditor's name and mailing address**
**Lindsay Uphaus**
**389 E 21st St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 2**

**Nonpriority creditor's name and mailing address**
**Lindsay Wright**
**108 Cape Fear Blvd Unit 201**
**Carolina Beach, NC 28428**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 3**

**Nonpriority creditor's name and mailing address**
**Lindsey Boden**
**5417 Edisto Dr.**
**Wilmington, NC 28403**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 4**

**Nonpriority creditor's name and mailing address**
**Lindsey Bowden**
**2617 Elden Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.156 5**

**Nonpriority creditor's name and mailing address**
**Lindsey Buttles**
**4 Thyme Place**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.156 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **lindsey buttles** | ☐ Contingent | |
| **108 via pascual** | ☐ Unliquidated | |
| **palos verdes estates, CA 90274-1062** | ☐ Disputed | |
| Date(s) debt was incurred **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.156 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Lindsey Davis** | ☐ Contingent | |
| **1744 Baird Road** | ☐ Unliquidated | |
| **McKinleyville, CA 95519** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.156 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Lindsey Kirk** | ☐ Contingent | |
| **829 Sea Palm Avenue** | ☐ Unliquidated | |
| **Pacific Grove, CA 93950** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number **7** | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.156 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Lindsey Kirk** | ☐ Contingent | |
| **829 Seapalm Ave** | ☐ Unliquidated | |
| **Pacific Grove, CA 93950** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.157 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Lindsey Livingston** | ☐ Contingent | |
| **1423 6th Avenue S** | ☐ Unliquidated | |
| **Apt 3** | ☐ Disputed | |
| **Fargo, ND 58103** | | |
| Date(s) debt was incurred **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.157 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Lindsey McDonald** | ☐ Contingent | |
| **4327 Valley Dr** | ☐ Unliquidated | |
| **Orcutt, CA 93455** | ☐ Disputed | |
| Date(s) debt was incurred **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.157 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Lindsey Wilderspin** | ☐ Contingent | |
| **2648 Mimosa Park Dr** | ☐ Unliquidated | |
| **Richland Hills, TX 76118** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.157 3**

**Nonpriority creditor's name and mailing address**

**Lindsi Roundy**
**2205 Deerfield Ln**
**Helena, MT 59601**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157 4**

**Nonpriority creditor's name and mailing address**

**Lindsie Drebenstedt**
**10279 S Bull Run Dr**
**South Jordan, UT 84009**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157 5**

**Nonpriority creditor's name and mailing address**

**Lindy Buzzard**
**19002 Red Feather Road**
**Apple Valley, CA 92307**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157 6**

**Nonpriority creditor's name and mailing address**

**Lindy Nickerson**
**166 East Booth Street Box 72**
**LAVA HOT SPGS, ID 83246**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157 7**

**Nonpriority creditor's name and mailing address**

**Lindzi Cox**
**3834 175th ave NE**
**A309**
**Redmond, WA 98052**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157 8**

**Nonpriority creditor's name and mailing address**

**Line Giguere**
**900 Juno Ocean Walk**
**F7**
**Juno Beach, FL 33408**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.157 9**

**Nonpriority creditor's name and mailing address**

**Line Giguere**
**840 Oceanside drive**
**Juno Beach, FL 33408**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                        Case number (if known) _____
_____
Name

| 3.158 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.158 0**

**Nonpriority creditor's name and mailing address**
**Lino De Guzman**
**2520 Cliff Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158 1**

**Nonpriority creditor's name and mailing address**
**Linstrum, Jim**
**19030 Linstrum Rd N**
**Davenport, WA 99122**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158 2**

**Nonpriority creditor's name and mailing address**
**Linwood Daniel**
**1723 Terrapin Way**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158 3**

**Nonpriority creditor's name and mailing address**
**Lionel Dennis**
**837 Ponderosa Dr**
**Baton Rouge, LA 70819**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158 4**

**Nonpriority creditor's name and mailing address**
**Lisa Acton**
**27 Dennison Street**
**Oxford, MI 48371**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158 5**

**Nonpriority creditor's name and mailing address**
**Lisa Anderson**
**17915 133rd Pl SE**
**Snohomish, WA 98290**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.158 6**

**Nonpriority creditor's name and mailing address**
**lisa anderson**
**3424 north verdugo rd**
**Glendale, CA 91208**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
　　　　　　Name

---

**3.158 7**

**Nonpriority creditor's name and mailing address**

**Lisa Andrijich**
**146 Amor ct**
**Galt, CA 95632-2342**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.158 8**

**Nonpriority creditor's name and mailing address**

**Lisa Bagrs Anderson**
**7120 SW 130th Avenue**
**Beaverton, OR 97008**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.158 9**

**Nonpriority creditor's name and mailing address**

**Lisa Bahrs Anderson**
**7120 sw 130 avenue**
**Beaverton, OR 97008**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.159 0**

**Nonpriority creditor's name and mailing address**

**Lisa Banhagel**
**476 Shady Drive**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.159 1**

**Nonpriority creditor's name and mailing address**

**Lisa Beach**
**144 Whiteflower**
**Irvine, CA 92603**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.159 2**

**Nonpriority creditor's name and mailing address**

**Lisa Beckman**
**10321 E Day Mt Spokane Rd**
**Mead, WA 99021**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.159 3**

**Nonpriority creditor's name and mailing address**

**lisa bennett**
**815 willow street**
**montoursville, PA 17754**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____

Name

---

| 3.159 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**lisa bennett**
**815 WILLOW ST**
**MONTOURSVILLE, PA 17754**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lisa Biondo**
**8017 S. Hwy 95**
**Coeur d'Alene, ID 83814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lisa Brennan**
**621 Donald Pl**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lisa Brennan**
**621 Donald Place**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lisa Cary**
**9720 W Peoria Ave**
**suite 110**
**Peoria, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.159 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lisa Chastain**
**2841 Shady Grove rd**
**Honea Path, SC 29654**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.160 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lisa Cherry Cherry**
**26031 Fallbrook**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.160**
**1**

**Nonpriority creditor's name and mailing address**

**Lisa collins**
**21651 Seaside Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160**
**2**

**Nonpriority creditor's name and mailing address**

**Lisa Daniels**
**154 Elizabeth Lane**
**Middletown, CT 06457**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160**
**3**

**Nonpriority creditor's name and mailing address**

**Lisa Daskas**
**3464 Caraway Lane**
**Yorba Linda, CA 92886**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160**
**4**

**Nonpriority creditor's name and mailing address**

**Lisa deLaunay**
**201 S La Esperanza Apt 9**
**San clemente, CA 92672**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160**
**5**

**Nonpriority creditor's name and mailing address**

**Lisa deLaunay**
**201 S La Esperanza Apt 9**
**San Clemente, CA 92672**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160**
**6**

**Nonpriority creditor's name and mailing address**

**LISA DELAUNAY**
**201 S La Esperanza Apt. 9**
**San Clemente, CA 92672**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.160**
**7**

**Nonpriority creditor's name and mailing address**

**Lisa Diederich**
**7869 svl box**
**Victorville, CA 92395**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.1608**

**Nonpriority creditor's name and mailing address**

**Lisa Dominish**
**140 Heights Rd**
**Unit 328**
**Darien, CT 06820-4151**

Date(s) debt was incurred  __2024__

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1609**

**Nonpriority creditor's name and mailing address**

**Lisa Dougan**
**1807 90a St SW**
**Edmonton, AB T6X 0C8**

Date(s) debt was incurred  __2024__

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1610**

**Nonpriority creditor's name and mailing address**

**Lisa Dvorsky**
**3550 Mission Drive**
**Santa Cruz, CA 95065**

Date(s) debt was incurred  __2024__

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1611**

**Nonpriority creditor's name and mailing address**

**Lisa Dvorsky**
**3550 Mission Drive**
**Santa Cruz, CA 95065**

Date(s) debt was incurred  __2024__

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1612**

**Nonpriority creditor's name and mailing address**

**Lisa Dvorsky**
**3550 Mission Drive**
**Santa Cruz, CA 95065**

Date(s) debt was incurred  __2024__

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1613**

**Nonpriority creditor's name and mailing address**

**Lisa Ellerton**
**1628 Santiago Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  __2022__

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.1614**

**Nonpriority creditor's name and mailing address**

**Lisa English**
**1591 Highland Lane**
**Crossville, TN 38555**

Date(s) debt was incurred  __2024__

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

**3.161
5**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Lisa Falk**                                                     ☐ Contingent
**12338 Cranes Ave**                                              ☐ Unliquidated
**Richland, MI 49083**                                           ☐ Disputed

Date(s) debt was incurred  **2022**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.161
6**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Lisa Fingert**                                                  ☐ Contingent
**2505 Presley Ct**                                               ☐ Unliquidated
**Camarillo, CA 93012**                                          ☐ Disputed

Date(s) debt was incurred  **2021**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.161
7**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Lisa Fingert**                                                  ☐ Contingent
**4041 Transport st**                                             ☐ Unliquidated
**Ventura, CA 93003**                                            ☐ Disputed

Date(s) debt was incurred  **2021**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.161
8**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Lisa Frybarger**                                                ☐ Contingent
**25 Madeira Ct**                                                 ☐ Unliquidated
**Oakley, CA 94561**                                             ☐ Disputed

Date(s) debt was incurred  **2023**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.161
9**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Lisa Frybarger**                                                ☐ Contingent
**25 Madeira Crt**                                                ☐ Unliquidated
**oakley, CA 94561**                                             ☐ Disputed

Date(s) debt was incurred  **2023**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.162
0**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Lisa Gardner**                                                  ☐ Contingent
**3477 S Winding Trail Dr**                                       ☐ Unliquidated
**Jackson, WY 83001**                                            ☐ Disputed

Date(s) debt was incurred  **2025**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.162
1**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Lisa Gatherer**                                                 ☐ Contingent
**315 Tuxedo Dr**                                                 ☐ Unliquidated
**Thomasville, GA 31792**                                        ☐ Disputed

Date(s) debt was incurred  **2024**                             Basis for the claim:  **Warranty**

Last 4 digits of account number __                               Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name                                                          Case number (if known) _____

---

**3.162 2**

**Nonpriority creditor's name and mailing address**
**LISA GIEBELHAUS**
**417 Prosper Circle**
**MARIETTA, GA 30060**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162 3**

**Nonpriority creditor's name and mailing address**
**Lisa Gray**
**525 Arthur St.**
**Poplar Bluff, MO 63901**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162 4**

**Nonpriority creditor's name and mailing address**
**Lisa Green**
**635 Watersedge**
**Suwanee, GA 30024**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162 5**

**Nonpriority creditor's name and mailing address**
**Lisa Gressel**
**4001 E Fanfol Drive**
**Phoenix, AZ 85028**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162 6**

**Nonpriority creditor's name and mailing address**
**Lisa Gurney**
**1956 Port Laurent Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162 7**

**Nonpriority creditor's name and mailing address**
**Lisa Hallberg**
**1841 Sandalwood Drive**
**Sarasota, FL 34231**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.162 8**

**Nonpriority creditor's name and mailing address**
**Lisa Harris**
**24001 Muirlands Blvd**
**258**
**Lake Forest, CA 92630**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.1629**

**Nonpriority creditor's name and mailing address**

**Lisa Hearn**
**2320 Wolfs Point Drive**
**Rochester, IN 46975**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1630**

**Nonpriority creditor's name and mailing address**

**Lisa Hennesay**
**10463 E Lylewood Way**
**Clovis, CA 93619**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1631**

**Nonpriority creditor's name and mailing address**

**Lisa Hill**
**408 Usher Rd**
**Harvest, AL 35749**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1632**

**Nonpriority creditor's name and mailing address**

**Lisa Hinshaw**
**1788 Kinglet Court**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1633**

**Nonpriority creditor's name and mailing address**

**Lisa Hite**
**1131 Back Bay**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1634**

**Nonpriority creditor's name and mailing address**

**Lisa Hovet**
**5911 West Denton Street**
**Boise, ID 83704**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1635**

**Nonpriority creditor's name and mailing address**

**Lisa Jones**
**3319 Kehala Drive**
**KIHEI, HI 96753**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**
    Name

Case number *(if known)* _____

---

3.163 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
--- | --- | ---

**Lisa Kelly**
**290 Sylvan Drive**
**GOLETA, CA 93117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.163 7

**Nonpriority creditor's name and mailing address**

**Lisa King**
**1565 Wexford Dr N**
**Palm Harbor, FL 34683-6230**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.163 8

**Nonpriority creditor's name and mailing address**

**Lisa King**
**1565 Wexford Dr N**
**Palm Harbor, FL 34683**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.163 9

**Nonpriority creditor's name and mailing address**

**Lisa Kiss**
**419 Galician Ct.**
**Fallbrook, CA 92028**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.164 0

**Nonpriority creditor's name and mailing address**

**Lisa Kiss**
**419 Galician Court**
**Fallbrook, CA 92028**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.164 1

**Nonpriority creditor's name and mailing address**

**lisa kostiuk**
**26220 Mission Rd**
**Loma Linda, CA 92354**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.164 2

**Nonpriority creditor's name and mailing address**

**lisa kostiuk**
**26220 mission road**
**loma linda, CA 92354**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.164
3**

**Nonpriority creditor's name and mailing address**

**Lisa Laguna
2005 ernest avenue
redondo beach, CA 90278**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164
4**

**Nonpriority creditor's name and mailing address**

**Lisa Lane
11617 Del Sur Dr
Jurupa Valley, CA 91752**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164
5**

**Nonpriority creditor's name and mailing address**

**Lisa Laster
2250 Walling Ave
La Habra, CA 90631**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164
6**

**Nonpriority creditor's name and mailing address**

**Lisa Leibow
5 Wood Lane
Ogunquit, ME 03907-3421**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164
7**

**Nonpriority creditor's name and mailing address**

**Lisa Leibow
5 Wood Lane
Ogunquit, ME 03907-3421**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164
8**

**Nonpriority creditor's name and mailing address**

**Lisa Leslie
249 Falmouth Rd.
Falmouth, ME 04105**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.164
9**

**Nonpriority creditor's name and mailing address**

**Lisa Locke
8482 Grace Circle
Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number *(if known)* _____
Name

---

**3.1650**

| | |
|---|---|
| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* |

**Lisa London**
**23 diamente**
**Irvine, CA 92620**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1651**

Nonpriority creditor's name and mailing address

**LISA LUMSDEN**
**3268 S Temperance Way**
**Boise, ID 83706**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1652**

Nonpriority creditor's name and mailing address

**Lisa Macke**
**100 North Peachtree Pkwy Suite 16**
**Peachtree City, GA 30269**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1653**

Nonpriority creditor's name and mailing address

**Lisa Macke**
**100 N. Peachtree Pkwy Suite 16**
**Peachtree City, GA 30269**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1654**

Nonpriority creditor's name and mailing address

**Lisa Mahin**
**416 N Webster**
**Red Cloud, NE 68970**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1655**

Nonpriority creditor's name and mailing address

**Lisa Meyer**
**182 Mitchell St**
**Ayr, ON N0B 1E0**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.1656**

Nonpriority creditor's name and mailing address

**Lisa Moledo**
**3283 Arizona Lane**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1657**

**Nonpriority creditor's name and mailing address**

**Lisa Morsey**
**4 Grenelle**
**Newport Coast, CA 92657**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1658**

**Nonpriority creditor's name and mailing address**

**Lisa Murphy**
**837 eastman place**
**San Pedro, CA 90731**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1659**

**Nonpriority creditor's name and mailing address**

**Lisa Mutzig**
**121 Ruxton Ave 101**
**Manitou Springs, CO 80829**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1660**

**Nonpriority creditor's name and mailing address**

**Lisa Ness**
**3727 G Road**
**Palisade, CO 81526**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1661**

**Nonpriority creditor's name and mailing address**

**lisa O'hara**
**5761 Keomah**
**Pahrump, NV 89061**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1662**

**Nonpriority creditor's name and mailing address**

**Lisa Ott**
**2898 Main St**
**Lawrence Township, NJ 08648**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1663**

**Nonpriority creditor's name and mailing address**

**Lisa Pallach**
**7561 fen ridge**
**Clarkston, MI 48348**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.166 4**

**Nonpriority creditor's name and mailing address**

**LISA PESSINA-KNUR**
**763 CYNTHIA DR**
**SANDWICH, IL 60548**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 5**

**Nonpriority creditor's name and mailing address**

**Lisa Pickard**
**1685 Ridgewood Rd**
**Alamo, CA 94507**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 6**

**Nonpriority creditor's name and mailing address**

**Lisa Pulice**
**19934 Cronese Lane**
**Apple Valley, CA 92308**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 7**

**Nonpriority creditor's name and mailing address**

**Lisa Richardson**
**1260 South Tamiami Trail**
**OSPREY, FL 34229**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 8**

**Nonpriority creditor's name and mailing address**

**Lisa Riley**
**3303 Mesa Ridge Road**
**Apt 215**
**Carlsbad, CA 92010**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.166 9**

**Nonpriority creditor's name and mailing address**

**Lisa Rivera**
**2855 Pinecreek Dr**
**Apt F320**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.167 0**

**Nonpriority creditor's name and mailing address**

**Lisa Rothe**
**2110 59th Avenue Ct**
**Greeley, CO 80634**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.167**
**1**

**Nonpriority creditor's name and mailing address**

**Lisa Sapp**
**1058 Pawtucket Drive**
**Westfield, IN 46074**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.167**
**2**

**Nonpriority creditor's name and mailing address**

**Lisa Sawyer**
**8035 Waterbend trail**
**Sarasota, FL 34240**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.167**
**3**

**Nonpriority creditor's name and mailing address**

**Lisa Sawyer**
**20 Beach Walker Rd**
**Fernandina Beach, FL 32034**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.167**
**4**

**Nonpriority creditor's name and mailing address**

**Lisa Scheuermann**
**426 East Rainier Ave**
**Orange, CA 92865**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.167**
**5**

**Nonpriority creditor's name and mailing address**

**Lisa Schrader**
**308 Buchner Hill Dr**
**Northville, MI 48167**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.167**
**6**

**Nonpriority creditor's name and mailing address**

**Lisa Schrader**
**308 Buchner hill Drive**
**Northville, MI 48167**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.167**
**7**

**Nonpriority creditor's name and mailing address**

**Lisa Schrader**
**308 Buchner Hill Dr.**
**Northville, MI 48167**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.1678**

**Nonpriority creditor's name and mailing address**

**Lisa Severnak**
**7095 Island View Rd. NW**
**Sauk Rapids, MN 56379**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1679**

**Nonpriority creditor's name and mailing address**

**Lisa Shepard**
**1205 lexi ct**
**San marcos, CA 92078-1111**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1680**

**Nonpriority creditor's name and mailing address**

**Lisa Sigtermans**
**493 Lawyersville rd**
**COBLESKILL, NY 12043**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1681**

**Nonpriority creditor's name and mailing address**

**lisa slim**
**29 SIENA**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1682**

**Nonpriority creditor's name and mailing address**

**Lisa Sloan**
**1320 Woodstock Road**
**San Marino, CA 91108**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1683**

**Nonpriority creditor's name and mailing address**

**Lisa Southwick**
**1005 W Hovey Ave**
**Normal, IL 61761**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1684**

**Nonpriority creditor's name and mailing address**

**Lisa Spagnoli**
**2741 Feiffer Circle**
**Sarasota, FL 34235**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**3.1685**

**Nonpriority creditor's name and mailing address**

**Lisa Van Hess**
**4001 N. 35th Street**
**Tacoma, WA 98407**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1686**

**Nonpriority creditor's name and mailing address**

**LISA VANSANT**
**1745 WEST 200 SOUTH**
**PAYSON, UT 84651**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1687**

**Nonpriority creditor's name and mailing address**

**Lisa Weisenberger**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1688**

**Nonpriority creditor's name and mailing address**

**Lisa White**
**911 Ellison Ave**
**Point Pleasant, NJ 08742**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1689**

**Nonpriority creditor's name and mailing address**

**Lisa Wray**
**8760 Bellano Ct**
**Unit 203**
**Naples, FL 34119**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1690**

**Nonpriority creditor's name and mailing address**

**Lisa Yates**
**4603 N Redmond Ave**
**BETHANY, OK 73008**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1691**

**Nonpriority creditor's name and mailing address**

**Lisa Zentz**
**5 Marella Dr**
**San Antonio, TX 78248**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____     Case number (if known) _____
       Name

---

| 3.169 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lisha Weeks**
**52 Monmouth Ave**
**Medford, MA 02155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lisha Weeks**
**52 Monmouth Avenue**
**Medford, MA 02155**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lissa Harris**
**270 Orchard St.**
**Margaretville, NY 12455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Liz**
**4163 Pea Ridge Rd**
**Maryville, TN 37804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Liz Cagle**
**2658 Agua Vista Dr**
**San Jose, CA 95132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**liz Leverett**
**3124 Lincoln Way**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.169 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Liz Lovick**
**308 Byron Avenue**
**Bloomingdale, IL 60108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.169 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Liz McConnell**
**1952 West 27th Place**
**Eugene, OR 97405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Liz Pascale**
**440 Parkwood LN**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Liz Teach**
**2328 La Linda Pl**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Liza Baley**
**7854 NW 46th ST**
**V81**
**Miami, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**liza marinas**
**712 S Washington Ave.**
**fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lizbeth Roman**
**900 E BALSAM AVE**
**C**
**ANAHEIM, CA 92805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.170 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ljubomir Mazalica**
**4451 North Central Park Avenue**
**Apt 2**
**Chicago, IL 60625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.170
6**

**Nonpriority creditor's name and mailing address**

**Ljubomir Mazalica**
**4451 North Central Park Avenue, apt 2**
**Chicago, IL 60625**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.170
7**

**Nonpriority creditor's name and mailing address**

**Lloyd Condon**
**2276 Cedar Grove Drive**
**Cleburne, TX 76033**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.170
8**

**Nonpriority creditor's name and mailing address**

**LLoyd Moore**
**41270 crested Crane Street**
**Homer, AK 99603**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.170
9**

**Nonpriority creditor's name and mailing address**

**Lloyd Rittiner**
**8722 BACKSHORE LN**
**PARRISH, FL 34219**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171
0**

**Nonpriority creditor's name and mailing address**

**Lloyd Rittiner**
**8722 Backshore Lane**
**Parrish, FL 34219**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171
1**

**Nonpriority creditor's name and mailing address**

**Lloyd Rittiner**
**5589 Passion Flower Way**
**The Villages, FL 32163-0367**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171
2**

**Nonpriority creditor's name and mailing address**

**Lloyd Rittiner**
**5589 PASSION FLOWER WAY**
**THE VILLAGES, FL 32163**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.171 3**

**Nonpriority creditor's name and mailing address**

**Lloyd Smith**
**820 via lido nord**
**Newport beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 4**

**Nonpriority creditor's name and mailing address**

**Logan Duline**
**3199 Haiti Circle**
**Costa mesa, CA 92626**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 5**

**Nonpriority creditor's name and mailing address**

**Lois Nieto**
**140 Highland Street**
**Port Chester, NY 10573**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 6**

**Nonpriority creditor's name and mailing address**

**Lois Severson**
**5931 N. Kansas Ave.**
**Gladstone, MO 64119**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 7**

**Nonpriority creditor's name and mailing address**

**Lois Severson**
**5931 north kansas ave.**
**Gladstone, MO 64119**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 8**

**Nonpriority creditor's name and mailing address**

**Lola Velazquez-Aguilu**
**4612 Vincent Ave S**
**Minneapolis, MN 55410**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.171 9**

**Nonpriority creditor's name and mailing address**

**Lonnie Robinson**
**931 Coombs St**
**Napa, CA 94559**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**__    Case number (if known) _____
　　　　　Name

| 3.172 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Lorelei Engerer** | ☐ Contingent | |
| **6221 Shamrock Place** | ☐ Unliquidated | |
| **Carlsbad, CA 92009** | ☐ Disputed | |
| Date(s) debt was incurred __2020__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Loren Gulbranson** | ☐ Contingent | |
| **7476 Gloaming Avenue** | ☐ Unliquidated | |
| **San Diego, CA 92114** | ☐ Disputed | |
| Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Loren Kaneshige** | ☐ Contingent | |
| **4867 Riviera Drive** | ☐ Unliquidated | |
| **Clinton, WA 98236** | ☐ Disputed | |
| Date(s) debt was incurred __2025__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Loren Macklem** | ☐ Contingent | |
| **700 29th Street** | ☐ Unliquidated | |
| **Manhattan Beach, CA 90266** | ☐ Disputed | |
| Date(s) debt was incurred __2025__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __7__ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Loren Macklem** | ☐ Contingent | |
| **700 29th Street** | ☐ Unliquidated | |
| **Manhattan Beach, CA 90266** | ☐ Disputed | |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Loren Sjoquist** | ☐ Contingent | |
| **4365 South Quincy Avenue** | ☐ Unliquidated | |
| **Milwaukee, WI 53207** | ☐ Disputed | |
| Date(s) debt was incurred __2022__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.172 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Loren Sjoquist** | ☐ Contingent | |
| **4365 S Quincy Ave** | ☐ Unliquidated | |
| **Milwaukee, WI 53207** | ☐ Disputed | |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.172 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lorena Collins**
**33616 S State Route D**
**Drexel, MO 64742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lorena Collins**
**33616 S. State Route D**
**Drexel, MO 64742**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.172 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lorena Sanchez**
**8820 grace street**
**Fontana, CA 92335**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lorenzo Hernandez**
**60 Ellery St**
**Apt 2**
**Cambridge, MA 02138**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Loretta Giles**
**514 Mount Albert Road**
**HOLLAND LANDING, ON L9N1P1**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lori Anders**
**318 Narrows Rd**
**Au Sable Forks, NY 12912**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.173 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lori Anne Page**
**506 1/2 Marigold Ave**
**Corona del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                          Case number (if known) _____
        Name

---

**3.173
4**

**Nonpriority creditor's name and mailing address**

**Lori Barbour**
**9606 Lake Mist Court**
**Fairfax Station, VA 22039**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173
5**

**Nonpriority creditor's name and mailing address**

**Lori Broadhead**
**3806 Gundersen Cir**
**Grantsville, UT 84029**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173
6**

**Nonpriority creditor's name and mailing address**

**lori bruno**
**205 austin pl**
**Saint Louis, MO 63122**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173
7**

**Nonpriority creditor's name and mailing address**

**Lori Casey**
**2241 17th St. NW**
**New Brighton, MN 55112**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173
8**

**Nonpriority creditor's name and mailing address**

**Lori Cerone**
**11100 Coastal Hwy**
**Irene 1905**
**Ocean City, MD 21842**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.173
9**

**Nonpriority creditor's name and mailing address**

**Lori Cerone**
**11100 Coastal Hwy**
**Irene 1905**
**Ocean City, MD 21842**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.174
0**

**Nonpriority creditor's name and mailing address**

**Lori Crumrine**
**604 East Adams St.**
**Morton, IL 61550**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.174
1**

**Nonpriority creditor's name and mailing address**

**Lori Dingwall
710 Delaware St
Huntington Beach, CA 92648**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.174
2**

**Nonpriority creditor's name and mailing address**

**Lori Dingwall
710 Delaware Street
Huntington Beach, CA 92648**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.174
3**

**Nonpriority creditor's name and mailing address**

**Lori Garrick
890 Oak Street
costa mesa, CA 92627**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.174
4**

**Nonpriority creditor's name and mailing address**

**Lori Hilscher
24 Valhalla Dr
Bay City, TX 77414**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.174
5**

**Nonpriority creditor's name and mailing address**

**Lori Kerr
10411 W 168th Ter
Overland Park, KS 66221**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.174
6**

**Nonpriority creditor's name and mailing address**

**Lori Livacich
19 Antibes
Laguna Niguel, CA 92677**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.174
7**

**Nonpriority creditor's name and mailing address**

**Lori Lockhart
3938 Merlin St
Nanaimo, BC V9T 6B9**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                       Case number *(if known)* _____
_____
Name

---

**3.1748**

**Nonpriority creditor's name and mailing address**

**Lori Mckay**
**2511 Vista Dr.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1749**

**Nonpriority creditor's name and mailing address**

**Lori Mclean**
**1471 Bear Creek Dr**
**Bishop, CA 93514**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1750**

**Nonpriority creditor's name and mailing address**

**Lori Melendrez-Alllemand**
**14641 La Cuarta Street**
**Whittier, CA 90605**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1751**

**Nonpriority creditor's name and mailing address**

**Lori Morain**
**1610 Templeton Road**
**Templeton, CA 93465**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1752**

**Nonpriority creditor's name and mailing address**

**Lori Naylor**
**16501 South Pacific AVe**
**#801**
**Sunset Beach, CA 90742**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1753**

**Nonpriority creditor's name and mailing address**

**Lori Ondusko**
**45090 Smiths Nursery Rd**
**Hollywood, MD 20636**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.1754**

**Nonpriority creditor's name and mailing address**

**Lori Penzenik**
**440 Golden Bear Ct.**
**Saint Joseph, MI 49085**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.175
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lori Penzenik**                                            ☐ Contingent
**440 Golden Bear Ct**                                       ☐ Unliquidated
**Saint Joseph, MI 49085**                                   ☐ Disputed

Date(s) debt was incurred  **2021**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lori Penzenik**                                            ☐ Contingent
**440 Golden Bear Court**                                    ☐ Unliquidated
**Saint Joseph, MI 49085**                                   ☐ Disputed

Date(s) debt was incurred  **2021**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lori Ross**                                                ☐ Contingent
**1548 Banbury Avenue**                                      ☐ Unliquidated
**Saint Charles, IL 60174**                                  ☐ Disputed

Date(s) debt was incurred  **2022**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175
8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**lori sabourin**                                            ☐ Contingent
**441 santa ana**                                            ☐ Unliquidated
**Newport, CA 92663**                                        ☐ Disputed

Date(s) debt was incurred  **2021**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.175
9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lori Schinker**                                            ☐ Contingent
**363 Pinellas Bayway S.**                                   ☐ Unliquidated
**Unit #28**                                                 ☐ Disputed
**Tierra Verde, FL 33715**

Date(s) debt was incurred  **2023**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176
0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lori Schinker**                                            ☐ Contingent
**363 Pinellas Bayway S.**                                   ☐ Unliquidated
**Unit #28**                                                 ☐ Disputed
**Tierra Verde, FL 33715**

Date(s) debt was incurred  **2021**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.176
1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Lori Sexton**                                              ☐ Contingent
**5557 Byng Ave. Niagara Falls Ontario**                     ☐ Unliquidated
**Niagara Falls, Ontario, CN L2G 5C6**                       ☐ Disputed

Date(s) debt was incurred  **2021**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __**Electric Bike Company, LLC**__

Name

Case number (if known) _____

---

**3.176
2**

**Nonpriority creditor's name and mailing address**

**Lori Turner**
**6890 179th court road**
**Dunnellon, KS 34432**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.176
3**

**Nonpriority creditor's name and mailing address**

**Lori Vitale**
**4758 Bryce Circle**
**Carlsbad, CA 92008**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.176
4**

**Nonpriority creditor's name and mailing address**

**Lori Wolf**
**440 Campus Dr.**
**Apt. 423**
**Hartland, WI 53029**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.176
5**

**Nonpriority creditor's name and mailing address**

**Lori Zoellner**
**14 Maine Street**
**Kennebunkport, ME 04046**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.176
6**

**Nonpriority creditor's name and mailing address**

**Loriann French**
**276 Sapphire Lake Dr**
**Unit 201**
**Bradenton, FL 34209**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.176
7**

**Nonpriority creditor's name and mailing address**

**Loriann French**
**N17W26495 Meadowgrass Cir**
**Unit E**
**Pewaukee, WI 53072-6707**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.176
8**

**Nonpriority creditor's name and mailing address**

**Loriann Khoury**
**3122 Gibraltar Ave**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __Electric Bike Company, LLC__                              Case number (if known) _____
Name

---

**3.176 9**

**Nonpriority creditor's name and mailing address**

**Lorie Lippiatt**
**13670 beaver creek road**
**Salem, OH 44460**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.177 0**

**Nonpriority creditor's name and mailing address**

**Lorrain Mclean**
**1471 Bear Creek Drive**
**Bishop, CA 93514**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.177 1**

**Nonpriority creditor's name and mailing address**

**Lorrain Mclean**
**1471 Bear Creek Drive**
**Bishop, CA 93514**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.177 2**

**Nonpriority creditor's name and mailing address**

**Lorraine Collins**
**13345 Palos Grande Drive, 7987 SVL Box**
**Victorville, CA 92395**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.177 3**

**Nonpriority creditor's name and mailing address**

**Lorraine Klug**
**304 Toad Road**
**Goldendale, WA 98620**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.177 4**

**Nonpriority creditor's name and mailing address**

**Lorri Conway**
**3008 Preston Hollow Road**
**Fort Worth, TX 76109**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.177 5**

**Nonpriority creditor's name and mailing address**

**Lorri Hughes Pritchard**
**5511 Desert Sky Ct NE**
**Rio Rancho, NM 87144**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.177 6**

**Nonpriority creditor's name and mailing address**

**Lorrie Lala**
**221 Red Fox Ct**
**Mason City, IA 50401**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177 7**

**Nonpriority creditor's name and mailing address**

**louie ginsburg**
**703 Seashore Road**
**Cape May, NJ 08204**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177 8**

**Nonpriority creditor's name and mailing address**

**LOUIE GINSBURG**
**703 seashore road**
**cape may, NJ 08204**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.177 9**

**Nonpriority creditor's name and mailing address**

**Louis ALTY**
**470 Walker Hollow Dr.**
**Montery, TN 38574**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 0**

**Nonpriority creditor's name and mailing address**

**Louis Alty**
**470 Walker Hollow Drive**
**Monterey, TN 38574**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 1**

**Nonpriority creditor's name and mailing address**

**Louis Daviau**
**7125 Fruitville Road**
**#1198**
**Sarasota, FL 34240**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.178 2**

**Nonpriority creditor's name and mailing address**

**Louis Daviau**
**522 Pueblo Trail**
**Fort Myers Beach, FL 33931**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                   Case number (if known) _____

_____
Name

---

| 3.178 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Louis Delorme**
**4120 Peninsula Point Dr**
**Seaside, CA 93955**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**louis divalentin**
**812 Keith Ave**
**Anniston, AL 36207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Louis Divalentin**
**812 Keith Ave**
**Anniston, AL 36207-4761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Louis Divalentin**
**812 keith ave**
**anniston, AL 36207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Louis F Chretien**
**4408 West Virginia**
**Bethesda, MD 20814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Louis Flocco**
**521 San Bernadino Ave.**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.178 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**louis guevara**
**3752 cherry tree blvd**
**lake havasu city, AZ 86406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                        Case number (if known) _____
             Name

| | | |
|---|---|---|
| **3.179 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**3.179 0**

**Nonpriority creditor's name and mailing address**

**Louis Klingelhoffer**
**1400 RANCHO WAY**
**SOUTH LAKE TAHOE, CA 96150**

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.179 1**

**Nonpriority creditor's name and mailing address**

**Louis Lozoya**
**21501 Brookhurst St**
**Huntinton Beach, CA 92646**

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.179 2**

**Nonpriority creditor's name and mailing address**

**Louis Navarro**
**6363 Pyrite place**
**Alta Loma, CA 91737**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.179 3**

**Nonpriority creditor's name and mailing address**

**louis prado**
**401 southtravis st**
**deerpark, TX 77536**

Date(s) debt was incurred  __2025__

Last 4 digits of account number  __7__

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.179 4**

**Nonpriority creditor's name and mailing address**

**Louis Riegler**
**26 Pequest Road**
**Oxford, NJ 07863**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.179 5**

**Nonpriority creditor's name and mailing address**

**Louis Rinn**
**766 Frost Creek Drive**
**Eagle, CO 81631**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.179 6**

**Nonpriority creditor's name and mailing address**

**Louis Sarazen**
**627 Springbrook Road**
**Fort Wayne, IN 46825**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.179 7**

**Nonpriority creditor's name and mailing address**

**Louis Schlom**
**1121 Main Street**
**Cypress Morro Bay RV Park Site #24**
**Morro Bay, CA 93442**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 8**

**Nonpriority creditor's name and mailing address**

**Louis Schlom**
**1121 Main St.**
**Cypress Morro Bay RV Park #24**
**Morro Bay, CA 93442**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.179 9**

**Nonpriority creditor's name and mailing address**

**Louis Schlom**
**10734 Villa Bonita**
**Spring Valley, CA 91978**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 0**

**Nonpriority creditor's name and mailing address**

**Louis Schlom**
**1121 Main St.**
**Cypress Morro Bay RV Park,**
**site #24**
**Morro Bay, CA 93442**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 1**

**Nonpriority creditor's name and mailing address**

**Louis Schlom**
**1121 Main St.**
**Cypress Morro Bay, site #24**
**Morro Bay, CA 93442**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180 2**

**Nonpriority creditor's name and mailing address**

**Louis Silveria**
**4885 Landram Ave**
**Atwater, CA 95301**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.180
3**

**Nonpriority creditor's name and mailing address**

**Louis Silveria**
**4885 Landram Ave**
**Atwater, CA 95301**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180
4**

**Nonpriority creditor's name and mailing address**

**Louis Tripido**
**185 Laurel Road**
**Boyertown, PA 19512**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180
5**

**Nonpriority creditor's name and mailing address**

**Louis Ybarra**
**320 North Tower Place**
**Anaheim, CA 92806**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180
6**

**Nonpriority creditor's name and mailing address**

**Louise Baker**
**25252 Cinnamon Road**
**Lake Forest, CA 92630**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180
7**

**Nonpriority creditor's name and mailing address**

**Louise Baker**
**25252 cinnamon rd.**
**lake forest, CA 92630**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180
8**

**Nonpriority creditor's name and mailing address**

**Louise Franke**
**36001 Shaker Blvd**
**Chagrin Falls, OH 44022-6641**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.180
9**

**Nonpriority creditor's name and mailing address**

**Louise Franke**
**36001 Shaker Blvd**
**chagrin Falls, OH 44022**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.181 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Louise Kasik**                    ☐ Contingent
**8780 33rd Ave**                    ☐ Unliquidated
**Columbus, NE 68601**              ☐ Disputed

Date(s) debt was incurred **2022**         **Basis for the claim:  Warranty**

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.181 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Louise Schmidt**                  ☐ Contingent
**9561 Suarez Cir**                 ☐ Unliquidated
**New Port Richey, FL 34655**       ☐ Disputed

Date(s) debt was incurred **2024**         **Basis for the claim:  Warranty**

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.181 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Louise Serero**                   ☐ Contingent
**317 Costa Mesa St**               ☐ Unliquidated
**Costa Mesa, CA 92627**            ☐ Disputed

Date(s) debt was incurred **2023**         **Basis for the claim:  Warranty**

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.181 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Louise Serero**                   ☐ Contingent
**317 Costa Mesa St**               ☐ Unliquidated
**Costa Mesa, CA 92627**            ☐ Disputed

Date(s) debt was incurred **2022**         **Basis for the claim:  Warranty**

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.181 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Louise Welch**                    ☐ Contingent
**94 Asbury Ave**                   ☐ Unliquidated
**Atlantic Highlands, NJ 07716**    ☐ Disputed

Date(s) debt was incurred **2021**         **Basis for the claim:  Warranty**

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.181 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**lourdes ortiz**                   ☐ Contingent
**2 Belfort**                       ☐ Unliquidated
**newport coast, CA 92657**         ☐ Disputed

Date(s) debt was incurred **2021**         **Basis for the claim:  Warranty**

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

**3.181 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Lourdes Pellerito**               ☐ Contingent
**52371 Cedar Mill**                ☐ Unliquidated
**Macomb, MI 48042**                ☐ Disputed

Date(s) debt was incurred **2021**         **Basis for the claim:  Warranty**

Last 4 digits of account number _          Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____     Case number (if known) _____
Name

| 3.181 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lourdes suarez**
**4024 Via Miguel Street**
**Corona, CA 92881**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Lovlani Schulte**
**5463 Dublin Blvd**
**Dublin, CA 94568**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.181 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Lowell Daniels**
**1606 Briarwood Dr.**
**Lansing, MI 48917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Lowell Daniels**
**1606 Briarwood Dr**
**Lansing, MI 48917-1712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Lowell Daniels**
**1606 Briarwood Dr.**
**LANSING, MI 48917**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Lowell Daniels**
**1606 Briarwood Dr.**
**Lansing, MI 48917-1712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.182 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Lowell McEntyre**
**2543 Orange Ave Apt A4**
**costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name                                                      Case number (if known) _____

---

| 3.182 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lowell Mcentyre**
**2543 Orange Ave**
**A4**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lowell Slaydon**
**39972 NC HWY 12**
**Avon, NC 27915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Loyd**
**2115 Rucker Ave**
**Everett, WA 98201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lu Zhang**
**116 Hitching Post**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LUANN MELLO**
**5496 W BROOKS RD**
**MERCED, CA 95341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.182 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luann Wallace**
**214 Sequoyah Gardens Way**
**Knoxville, TN 37919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.183 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luanne Boll**
**6475 East Shady Valley Lane**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
　　　　　Name

Case number (if known) _____

---

**3.183 1**

**Nonpriority creditor's name and mailing address**

**Lubacky Nicole**
**33 N Moab Parkway**
**Nampa, ID 83651**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.183 2**

**Nonpriority creditor's name and mailing address**

**Luc Gelinas**
**1200W Valerio**
**Santa Barbara, CA 93101**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.183 3**

**Nonpriority creditor's name and mailing address**

**Luca Chused**
**498 Magnolia St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.183 4**

**Nonpriority creditor's name and mailing address**

**Lucas Contreras**
**370 rochester street**
**2**
**Newport Beach, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.183 5**

**Nonpriority creditor's name and mailing address**

**Lucas Maze**
**309 N Venice Blvd**
**Venice, CA 90291-4532**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.183 6**

**Nonpriority creditor's name and mailing address**

**Lucas Murdock**
**1402 Carleton Sq**
**San Diego, CA 92106**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.183 7**

**Nonpriority creditor's name and mailing address**

**Lucas Rowell**
**2124 Republic Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                            Case number (if known) _____
_____
Name

---

| 3.183 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lucia St George**
**1945 Placentia ave**
**Costa mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.183 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lucian Conner**
**10212 Paradise Ln**
**Noblesville, IN 46062**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lucian Conner**
**10212 Paradise Lane**
**Noblesville, IN 46062**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Luciana Franchini**
**366 Lourdes Lane**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lucien Biggs**
**20742 Alicante Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lucilla Ahrens**
**403 Broadway**
**costa mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.184 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Lucy Callaway**
**821 Calle Miramar**
**Redondo Beach, CA 90277**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.184 5**

**Nonpriority creditor's name and mailing address**

**Lucy Cooper**
**6310 Yellow Pine Dr.**
**Louisville, KY 40229**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.184 6**

**Nonpriority creditor's name and mailing address**

**Lucy Ybarra**
**320 North Tower Place**
**Anaheim, CA 92806**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.184 7**

**Nonpriority creditor's name and mailing address**

**LuDell R. Parrett**
**8964 Ranay Dr SE**
**Salem, OR 97317**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.184 8**

**Nonpriority creditor's name and mailing address**

**Ludie Lambright**
**9121 Atlanta Ave**
**#470**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.184 9**

**Nonpriority creditor's name and mailing address**

**Luigi Migliore**
**131 2nd ave**
**Westwood, NJ 07675**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.185 0**

**Nonpriority creditor's name and mailing address**

**Luis andrade**
**712 1/2 Heliotrope Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.185 1**

**Nonpriority creditor's name and mailing address**

**luis arredondo**
**1348 Manhattan Ave, B**
**B**
**HERMOSA BEACH, CA 90254**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                      Case number (if known) _____
_____
Name

---

| 3.185 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luis Bueno**
**908 bancroft**
**Half Moon Bay, CA 94019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luis Gonzalez**
**2 N American DR**
**Building 5**
**Howell, NJ 07731**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luis Martinez**
**1945 Calais Drive**
**apt 1**
**MIAMI BEACH, FL 33141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luis Mejia**
**18120 Roberts Road**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luis Mejia**
**18120 Roberts Rd.**
**4**
**Riverside, CA 92508**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luis Perdomo**
**7375 Fairway Dr**
**Apt 217**
**Miami Lakes, FL 33014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.185 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Luis Pulido**
**1037 79th Street apt 3**
**3**
**Miami Beach, FL 33141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                   Case number *(if known)* _____
_____
Name

---

| 3.185 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Luis Rivas**
**9060 Casablanca Circle**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Luis Rodriguez Navarro**
**307 SOUTH AVE SE**
**MARIETTA, GA 30060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Luis Rolon**
**2927 Sylvan Ave**
**Orlando, FL 32806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Luis Sandoval**
**890 West 15th Street**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Luis Turcaz**
**7701 W Robindale Rd**
**215**
**Las Vegas, NV 89113**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Luis Turcaz**
**2726 Cool Lilac Avenue**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Luis Turcaz**
**2726 Cool Lilac**
**Henderson, NV 89052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.186 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luis Turcaz**
**2726 Cool Lilac Ave**
**Henderson, NV 89052**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luisa Vargas**
**775 shalimar dr apt3**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luisa Zanotti**
**7416 Wendy Dr**
**Rohnert Park, CA 94928**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.186 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luisenia Bernatow**
**20542 Pebble Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luisenia Bernatow**
**20542 Pebble Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luke Feltham**
**4601 TREMONT LN**
**CORONA DEL MAR, CA 92625**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.187 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Luke Feltham**
**4601 Tremont Lane**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Electric Bike Company, LLC**_____   Case number (if known) _____
      Name

---

| 3.187<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Luke Haas**
PO Box 45, 19 E Park St
19 E Park St
Montello, WI 53949

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Luke Herrington**
111 W Caledonia St
Howell, MI 48843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Luke Herrington**
111 W Caledonia St
Howell, MI 48843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Luke Monteagudo**
811 Washington Ave South
APT 1103
Minneapolis, MN 55415

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Luke Olesiuk**
1301 Beryl St.
Apt #C
Redondo Beach, CA 90277

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Luke Plache**
3970 Colorado Ave
G
Boulder, CO 80303

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.187<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**luke showalter**
1320 conway ave
costa mesa, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.1880**

**Nonpriority creditor's name and mailing address**                                              **$0.00**

**Luke Simpson**
**5809 W 16th Ave**
**Kennewick, WA 99338**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1881**

**Nonpriority creditor's name and mailing address**                                              **$0.00**

**Lula Halfacre**
**3425 Ocean Blvd**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1882**

**Nonpriority creditor's name and mailing address**                                              **$0.00**

**Lulu Liu**
**2533 Dayspring St**
**Las Vegas, NV 89128**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1883**

**Nonpriority creditor's name and mailing address**                                              **$0.00**

**Lulu Liu**
**2533 DAYSPRING ST**
**LAS VEGAS, NV 89128**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1884**

**Nonpriority creditor's name and mailing address**                                              **$0.00**

**LuPrele Secrist**
**1991 Port Edward Circle**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1885**

**Nonpriority creditor's name and mailing address**                                              **$0.00**

**Luther Martell**
**3217 Tribute Creek Boulevard**
**Oakland Township, MI 48306**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.1886**

**Nonpriority creditor's name and mailing address**                                              **$0.00**

**Lyda Woods**
**369 Willow Springs Drive**
**Talent, OR 97540**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.188 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lyda Woods**
**2389 Bell Court**
**Apartment 10**
**Medford, OR 97504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lyda Woods**
**2389 Bell Court**
**Apartment #10**
**Medford, OR 97504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:   Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.188 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lydia Hillsetad**
**7 Criswell Court**
**Sterling, VA 20165**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**lydia lemay**
**4 rose lane**
**sherman, CT 06784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**lydia lemay**
**4 Rose Lane**
**Sherman, CT 06784**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lydia Presley**
**5312 W 41st St.**
**# 4174 Blue Cottage**
**Tulsa, OK 74107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.189 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Lyle Braegger**
**11613 S Alexandria Drive**
**South Jordan, UT 84009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                                  Case number *(if known)* _____
         Name

---

| 3.189 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lyle Braegger**
**11613 S Alexandria Drive**
**South Jordan, UT 84095**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.189 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LYLE LEONARD**
**686 SPRING HOLLOW DR**
**MIDDLETOWN, DE 19709**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.189 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LYLE LEONARD**
**686 SPRING HOLLOW DR**
**MIDDLETOWN, DE 19709**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.189 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**LYLE LEONARD**
**686 SPRING HOLLOW DRIVE**
**MIDDLETOWN, DE 19709**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.189 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lyle Tomlinson**
**8652 Kunker Road**
**Morrow, OH 45152**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.189 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lyle Wilson**
**2769 Highway 142**
**Goldendale, WA 98620**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

| 3.190 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Lyn Alisago**
**226 Hawkins St**
**Vallejo, CA 94591**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                   Case number (if known) _____
         Name

| 3.190<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lyn Morris**
**6668 Calumet Drive**
**Bremerton, WA 98312**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lynda Birch**
**28102 Somerset**
**Mission Viejo, CA 92692**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lynda Brantz**
**6 Brantz Trail**
**Cody, WY 82414**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lynda Deeter**
**2887 Goat Creek Road**
**Lot 248**
**Kerrville, TX 78028**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lynda Deeter**
**2887 Goat Creek Road**
**Lot 248**
**Kerrville, TX 78028**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lynda Edmundson**
**64 Roberts Way**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Lynda Greenberg**
**35 Woodland Rd**
**Unit B**
**Wakefield, MA 01880**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.190 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lynda Hertrich**
**Continuum South Tower,**
**100 South Pointe**
**Unit 1908-09**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.190 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lynda Pierce**
**1962 NE 20th Ave.**
**Canby, OR 97013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lynda Puerling**
**4350 Beverly Dr**
**Santa Maria, CA 93455**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lyndell Flowers**
**408 Ford Road**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lyndsay Beard**
**107 S Redwood Ave**
**Brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lynette Johnson**
**665 Silver Lake ScotchTown Rd**
**Middletown, NY 10941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.191 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Lynette Morris**
**6668 Calumet Drive**
**Bremerton, WA 98312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.191 5**

**Nonpriority creditor's name and mailing address**

**Lynette Taylor**
**9111 Generations Dr**
**Elk Grove, CA 95758**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191 6**

**Nonpriority creditor's name and mailing address**

**Lynette Williams**
**6032 E. Empire Ave.**
**Prescott Valley, AZ 86314**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191 7**

**Nonpriority creditor's name and mailing address**

**Lynn Bednar**
**120 Duane Dr S**
**Pittsburgh, PA 15239**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191 8**

**Nonpriority creditor's name and mailing address**

**Lynn Bossi**
**6096 Turtlewood Dr**
**Southport, NC 28461**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.191 9**

**Nonpriority creditor's name and mailing address**

**LYNN BRYANT**
**314 Cameron Rd**
**Sequim, WA 98382**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.192 0**

**Nonpriority creditor's name and mailing address**

**Lynn Casmier-Paz**
**3314 Coleus Court**
**Winter Park, FL 32792**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.192 1**

**Nonpriority creditor's name and mailing address**

**lynn casmier-paz**
**3314 Coleus Court**
**Winter Park, FL 32792**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.192 2**

**Nonpriority creditor's name and mailing address**

**Lynn Cruse**
**12171 Ryan  Way**
**Chaumont, NY 13622**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192 3**

**Nonpriority creditor's name and mailing address**

**Lynn Foster**
**2032 Rebekah Dr**
**Greenbrier, TN 37073**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192 4**

**Nonpriority creditor's name and mailing address**

**Lynn Girvin**
**454 Cabrillo St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192 5**

**Nonpriority creditor's name and mailing address**

**Lynn Girvin**
**454 Cabrillo Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192 6**

**Nonpriority creditor's name and mailing address**

**Lynn Hartzfeld**
**2660 Gracie Drive**
**Harrisburg, PA 17112**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192 7**

**Nonpriority creditor's name and mailing address**

**Lynn Hutchinson**
**PO BOX #1581**
**54396 Union Mill Rd**
**Kapaau, HI 96755**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.192 8**

**Nonpriority creditor's name and mailing address**

**Lynn Kornmann**
**475 E Highland Ave**
**Sierra Madre, CA 91024**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.1929**

**Nonpriority creditor's name and mailing address**

**Lynn Myers**
**1310 Gulf Blvd**
**3D**
**Clearwater, FL 33767**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1930**

**Nonpriority creditor's name and mailing address**

**Lynn Range**
**3209 Laurel Ave**
**Manhattan Beach, CA 90266**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1931**

**Nonpriority creditor's name and mailing address**

**Lynn Reynolds**
**123 Amethyst Ave.**
**Balboa Island, CA 92662**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1932**

**Nonpriority creditor's name and mailing address**

**Lynn Rosandich**
**4426 W Calvary Rd**
**Duluth, MN 55803-1269**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1933**

**Nonpriority creditor's name and mailing address**

**Lynn Spindler**
**2454 SUNDOWN PL**
**KRONENWETTER, WI 54455**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1934**

**Nonpriority creditor's name and mailing address**

**Lynn Stamates**
**38 North Jackson Way**
**Alamo, CA 94507**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.1935**

**Nonpriority creditor's name and mailing address**

**LynnAnn Matsumoto**
**9162 Hubbard Court**
**Elk Grove, CA 95624**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
      Name

---

**3.193 6**

**Nonpriority creditor's name and mailing address**

**LynnAnn Matsumoto**
**9162 Hubbard Court**
**Elk Grove, CA 95624**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.193 7**

**Nonpriority creditor's name and mailing address**

**Lynne Fetter**
**1 Sea Cove Ln.**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.193 8**

**Nonpriority creditor's name and mailing address**

**Lynne Kronmuller**
**49742 Colorado st**
**Indio, CA 92201**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.193 9**

**Nonpriority creditor's name and mailing address**

**Lynnita Little**
**2981 W Iseo Ln**
**Saint George, UT 84770**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.194 0**

**Nonpriority creditor's name and mailing address**

**M Davies**
**4937 W. 1000S**
**Cedar City, UT 84720**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.194 1**

**Nonpriority creditor's name and mailing address**

**M Davies**
**4937 w 1000 s**
**Cedar City, UT 84721**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.194 2**

**Nonpriority creditor's name and mailing address**

**M Wojciechowski**
**2204 W 24th St**
**Panama City, FL 32405**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                          Case number (if known) _____
_____Name_____

---

**3.194 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    $0.00

**M. Frank Emanuel**
**815 Summit Rd.**
**Penn Valley, PA 19072**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _                    Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    $0.00

**Maajed Abahusayn**
**14 Gleneagles Dr**
**Newport Beach, CA 92660**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _                    Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    $0.00

**Maajed Abahusayn**
**14 Gleneagles DR**
**Newport Beach, CA 92660**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _                    Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    $0.00

**Maajed Abahusayn**
**14 Gleneagles Drive**
**Newport Beach, CA 92660**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _                    Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    $0.00

**Mac Posey**
**442 East Bay Street**
**Costa Mesa, CA 92627**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _                    Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    $0.00

**Macaulay Guyser**
**2218 Francisco Dr**
**Newport Beach, CA 92660**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _                    Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.194 9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    $0.00

**Mackenzie Banks**
**6 North Main St**
**Apt 4**
**Massena, NY 13662**
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _                    Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____Name_____

| 3.195 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.195 0**

**Nonpriority creditor's name and mailing address**
**Mackenzie Miller**
**501 Aliso Ave.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.195 1**

**Nonpriority creditor's name and mailing address**
**Mackenzie Storm**
**732 Bison Ave**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.195 2**

**Nonpriority creditor's name and mailing address**
**Macon Brock**
**1236 Somerset LN**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.195 3**

**Nonpriority creditor's name and mailing address**
**Macon Brock**
**1236 Somerset Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.195 4**

**Nonpriority creditor's name and mailing address**
**Madaline Knight**
**1233 E Highway 21**
**Troy, TN 38260-4839**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.195 5**

**Nonpriority creditor's name and mailing address**
**madalyn monroe**
**491 Kermodi Street**
**Bozeman, MT 59715**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.195 6**

**Nonpriority creditor's name and mailing address**
**Maddie Gerard**
**1422 Sea Ridge Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.195 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maddie Krochak1040**
**1040 Overland Ln**
**Lincoln, CA 95648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Madeleine Hibbs**
**52715 Avenida Diaz**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.195 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Madeline Cron**
**2421 San Joaquin Plaza**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Madeline Elway**
**4721 E Iliff Ave**
**Denver, CO 80222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Madeline Silvestro**
**301 Martinique Pass**
**Lakeway, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Madelyn Sislow**
**2471 S Wentworth Ave**
**Milwaukee, WI 53207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Madison Litchfield**
**1945 Placentia Ave**
**Costa Mesa, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

| 3.196 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Madison Lugo**
**264 White Cap Lane**
**Newport Beach, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Madison Nairne**
**2020 Alberta Ave**
**Venice, CA 90291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Madison Penalver**
**2 Mulberry Court**
**Hamilton, NJ 08619**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Madison Vitarelli**
**140 South Bayfront**
**Newport Beach, CA 92662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Maggie Doyle**
**4500 W Lakeridge Rd**
**Denver, CO 80219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.196 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Maggie Fitzgerald**
**8 4th Street**
**Highlands, NJ 07732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.197 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Maggie Kortchmar**
**36 Friendship Street**
**Newport, RI 02840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

| 3.197 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.197 1**

Nonpriority creditor's name and mailing address

**Maggie Slater**
**1945 Placentia Ave**
**unit a**
**Costa mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.197 2**

Nonpriority creditor's name and mailing address

**Maggie Snow**
**3575 WINDRIDGE DR**
**doylestown, PA 18902**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.197 3**

Nonpriority creditor's name and mailing address

**MAGGIE SUN**
**2 MARIPOSA CT**
**TIBURON, CA 94920**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.197 4**

Nonpriority creditor's name and mailing address

**MAGGIE SUN**
**2 MARIPOSA CT**
**TIBURON, CA 94920**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.197 5**

Nonpriority creditor's name and mailing address

**Maggie Symons**
**807 Alder Ave**
**67**
**Incline Village, NV 89451**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.197 6**

Nonpriority creditor's name and mailing address

**Maggy Fikes**
**4314 highway 269**
**Parrish, AL 35580**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.197 7**

Nonpriority creditor's name and mailing address

**Mahrissa Santilli**
**28439 Avion Circle**
**Castaic, CA 91384**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.1978**

**Nonpriority creditor's name and mailing address**

**Mai Hong**
**5109 Cantera Ct**
**Richardson, TX 75082**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1979**

**Nonpriority creditor's name and mailing address**

**Mai Murray**
**46 Claussen Ave**
**Greenville, SC 29601**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1980**

**Nonpriority creditor's name and mailing address**

**Mairin Macaluso**
**17 Stonepine Ct**
**Hillsborough, CA 94010**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1981**

**Nonpriority creditor's name and mailing address**

**Mairin Macaluso**
**17 Stonepine Ct.**
**Hillsborough, CA 94010**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1982**

**Nonpriority creditor's name and mailing address**

**Makenna Kerr**
**1880 Fullerton Ave**
**A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1983**

**Nonpriority creditor's name and mailing address**

**Maksim Vasilchenko**
**7816 NE 19th Way**
**Vancouver, WA 98664**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.1984**

**Nonpriority creditor's name and mailing address**

**malachi edwards**
**1814 north 700 west**
**apt e404**
**layton, UT 84041**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

---

**3.198
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**malachi edwards**                                                    ☐ Contingent
**245 east 600 south**                                                 ☐ Unliquidated
**mendon, UT 84325**                                                   ☐ Disputed

Date(s) debt was incurred  __2022__                                    **Basis for the claim:  Warranty**

Last 4 digits of account number  __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.198
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**malachi edwards**                                                    ☐ Contingent
**1814 north 700 west**                                                ☐ Unliquidated
**apt e404, mailbox #127**                                             ☐ Disputed
**layton, UT 84041**

Date(s) debt was incurred  __2021__                                    **Basis for the claim:  Warranty**

Last 4 digits of account number  __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.198
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**malachi edwards**                                                    ☐ Contingent
**245 east 600 south**                                                 ☐ Unliquidated
**mendon, UT 84037**                                                   ☐ Disputed

Date(s) debt was incurred  __2021__                                    **Basis for the claim:  Warranty**

Last 4 digits of account number  __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.198
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**malachi edwards**                                                    ☐ Contingent
**245 east 600 south**                                                 ☐ Unliquidated
**mendon, UT 84325**                                                   ☐ Disputed

Date(s) debt was incurred  __2021__                                    **Basis for the claim:  Warranty**

Last 4 digits of account number  __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.198
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Malachi Strain**                                                     ☐ Contingent
**2819 carter avenue**                                                 ☐ Unliquidated
**fort worth, TX 76103**                                               ☐ Disputed

Date(s) debt was incurred  __2024__                                    **Basis for the claim:  Warranty**

Last 4 digits of account number  __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.199
0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Malcolm Matheson**                                                   ☐ Contingent
**72686 Spyglass Lane**                                                ☐ Unliquidated
**Palm Desert, CA 92260**                                              ☐ Disputed

Date(s) debt was incurred  __2023__                                    **Basis for the claim:  Warranty**

Last 4 digits of account number  __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.199
1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Malcolm Matheson**                                                   ☐ Contingent
**71 Port of Spain Rd**                                                ☐ Unliquidated
**Coronado, CA 92118**                                                 ☐ Disputed

Date(s) debt was incurred  __2023__                                    **Basis for the claim:  Warranty**

Last 4 digits of account number  __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                           Case number (if known) _____
Name

---

**3.199 2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Malcolm Matheson**                                        ☐ Contingent
**71 Port of Spain Rd**                                     ☐ Unliquidated
**Coronado, CA 92118**                                      ☐ Disputed

Date(s) debt was incurred  **2022**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.199 3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Malcolm Matheson**                                        ☐ Contingent
**72686 Spyglass Ln**                                       ☐ Unliquidated
**Palm Desert, CA 92260**                                   ☐ Disputed

Date(s) debt was incurred  **2022**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.199 4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Malcolm Matheson**                                        ☐ Contingent
**72686 Spyglass Ln**                                       ☐ Unliquidated
**Palm Desert, CA 92260**                                   ☐ Disputed

Date(s) debt was incurred  **2021**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.199 5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Malena Dengel**                                           ☐ Contingent
**497 Bauer Road**                                          ☐ Unliquidated
**Hudson, WI 54016**                                        ☐ Disputed

Date(s) debt was incurred  **2022**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.199 6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Malia Finn**                                              ☐ Contingent
**3032 Carob Street**                                       ☐ Unliquidated
**Newport Beach, CA 92660**                                 ☐ Disputed

Date(s) debt was incurred  **2022**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.199 7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Maliah Maloney**                                          ☐ Contingent
**315 Aliso Ave**                                           ☐ Unliquidated
**Newport Beach, CA 92663**                                 ☐ Disputed

Date(s) debt was incurred  **2021**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.199 8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Malik Beyard**                                            ☐ Contingent
**2144 Thoreau Street**                                     ☐ Unliquidated
**Los Angeles, CA 90047**                                   ☐ Disputed

Date(s) debt was incurred  **2024**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.1999**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Malika Gupta**
**2 geneve**                                                ☐ Contingent
**newport beach, CA 92660**                                 ☐ Unliquidated
                                                            ☐ Disputed
Date(s) debt was incurred  **2023**
                                                            **Basis for the claim:**  **Warranty**
Last 4 digits of account number __

                                                            Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.2000**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Malika Gupta**
**2 Geneve**                                                ☐ Contingent
**Newport Beach, CA 92660**                                 ☐ Unliquidated
                                                            ☐ Disputed
Date(s) debt was incurred  **2021**
                                                            **Basis for the claim:**  **Warranty**
Last 4 digits of account number __

                                                            Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.2001**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Malinda Munoz**
**4128 Rio Azul Way**                                       ☐ Contingent
**Oceanside, CA 92057**                                     ☐ Unliquidated
                                                            ☐ Disputed
Date(s) debt was incurred  **2021**
                                                            **Basis for the claim:**  **Warranty**
Last 4 digits of account number __

                                                            Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.2002**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Mallari Baker**
**128 East 21st St**                                        ☐ Contingent
**apt# 1**                                                  ☐ Unliquidated
**Costa Mesa, CA 92627**                                    ☐ Disputed

Date(s) debt was incurred  **2022**
                                                            **Basis for the claim:**  **Warranty**
Last 4 digits of account number __

                                                            Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.2003**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Mallory Wang**
**701 Bolton Walk**                                         ☐ Contingent
**Apt 102**                                                 ☐ Unliquidated
**Isla Vista, CA 93117**                                    ☐ Disputed

Date(s) debt was incurred  **2023**
                                                            **Basis for the claim:**  **Warranty**
Last 4 digits of account number __

                                                            Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.2004**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Malorre Creamer**
**27287 Nicolas Road**                                      ☐ Contingent
**Suite 107**                                               ☐ Unliquidated
**Temecula, CA 92591**                                      ☐ Disputed

Date(s) debt was incurred  **2025**
                                                            **Basis for the claim:**  **Warranty**
Last 4 digits of account number  **7**

                                                            Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.2005**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Malorre Creamer**
**27287 Nicolas Road**                                      ☐ Contingent
**107**                                                     ☐ Unliquidated
**Temecula, CA 92591**                                      ☐ Disputed

Date(s) debt was incurred  **2025**
                                                            **Basis for the claim:**  **Warranty**
Last 4 digits of account number  **7**

                                                            Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.200 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **MaLynne Hill** | ☐ Contingent | |
| **604 SHINAVA DR** | ☐ Unliquidated | |
| **IVINS, UT 84738-6710** | ☐ Disputed | |
| Date(s) debt was incurred _2024_ | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.200 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **MaLynne Hill** | ☐ Contingent | |
| **604 W Shinava Dr** | ☐ Unliquidated | |
| **Ivins, UT 84738** | ☐ Disputed | |
| Date(s) debt was incurred _2023_ | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.200 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Mandee Drews** | ☐ Contingent | |
| **673 E Mark St** | ☐ Unliquidated | |
| **Winona, MN 55987** | ☐ Disputed | |
| Date(s) debt was incurred _2021_ | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.200 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Mandi Carroll** | ☐ Contingent | |
| **5830 N. Atlantic Ave.** | ☐ Unliquidated | |
| **Portland, OR 97217** | ☐ Disputed | |
| Date(s) debt was incurred _2024_ | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.201 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Mandi Roberts** | ☐ Contingent | |
| **5682 S. Pioneer Trail Way** | ☐ Unliquidated | |
| **Meridian, ID 83642** | ☐ Disputed | |
| Date(s) debt was incurred _2022_ | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.201 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Mandy Kroetsch** | ☐ Contingent | |
| **21202 Miramar Lane** | ☐ Unliquidated | |
| **Huntington Beach, CA 92646** | ☐ Disputed | |
| Date(s) debt was incurred _2021_ | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.201 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Mandy Taylor** | ☐ Contingent | |
| **1622 Enterprise Ct** | ☐ Unliquidated | |
| **Jackson, MO 63755** | ☐ Disputed | |
| Date(s) debt was incurred _2021_ | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

| 3.201 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mandy Toomey**
**2214 Arthur Street NE**
**1**
**Minneapolis, MN 55418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Manny Archer**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**manuel archer**
**42 chianti**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Manuel Gandara**
**19944 E Apricot Ln**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Manuel Gandara**
**19944 E Apricot Ln**
**Queen Creek, AZ 85142**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Manuel Malig**
**2405 Blackbeard Dr.**
**Jacksonville, FL 32224**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.201 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Manuel McGrinson**
**3931 Picasso Ct**
**Charlotte, NC 28205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.202 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Manuel Mendoza**
**4647 Park Ave**
**Riverside, CA 92507-5546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:   **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.202 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Manuel Mendoza**
**6641 Harley Street**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:   **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.202 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Manuel Mojica**
**5511 East 70th AVE**
**Commerce City, CO 80022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:   **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.202 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Manuel Murillo**
**4135 Buckingham Dr**
**Danville, CA 94506-1282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:   **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.202 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Manuel Omar Murillo**
**4135 Buckingham Dr**
**Danville, CA 94506-1282**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:   **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.202 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Manuel Rubio**
**22436 Poppy Rd**
**Apple Valley, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:   **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| | | |
|---|---|---|
| 3.202 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Manuel Villarrubia**
**13741 Annandale Dr.**
**Apt. 17F**
**Seal Beach, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:   **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.202 7 | **Nonpriority creditor's name and mailing address**<br>**Mara Hartline**<br>**18884 N 95th St**<br>**Scottsdale, AZ 85255**<br><br>Date(s) debt was incurred  **2024**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Warranty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.202 8 | **Nonpriority creditor's name and mailing address**<br>**Mara Hartline**<br>**224 Knox Street**<br>**Costa Mesa, CA 92627**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Warranty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.202 9 | **Nonpriority creditor's name and mailing address**<br>**Marc & Jennifer Laplante**<br>**405 Fannon Street**<br>**SUR735**<br>**Alexandria, VA 22301**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Warranty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.203 0 | **Nonpriority creditor's name and mailing address**<br>**Marc Cole**<br>**17 Chatelaine**<br>**Newport Coast, CA 92657**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Warranty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.203 1 | **Nonpriority creditor's name and mailing address**<br>**Marc Davis**<br>**209 11th St**<br>**Huntington Beach, CA 92648**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Warranty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.203 2 | **Nonpriority creditor's name and mailing address**<br>**Marc Dirkswager**<br>**808 3rd St S**<br>**Princeton, MN 55371**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Warranty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.203 3 | **Nonpriority creditor's name and mailing address**<br>**Marc Duda**<br>**433 Bolero Way**<br>**Newport Beach, CA 92663**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number  _ | **As of the petition filing date, the claim is:** _Check all that apply._<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:  Warranty**<br><br>Is the claim subject to offset? ■ No  ☐ Yes | **$0.00** |
|---|---|---|---|

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.203**
**4**

**Nonpriority creditor's name and mailing address**
**Marc Elliott**
**6214 N Wyndwood Dr**
**Crystal Lake, IL 60014**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.203**
**5**

**Nonpriority creditor's name and mailing address**
**Marc Elliott**
**6214 N Wyndwood Dr**
**Crystal Lake, IL 60014**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.203**
**6**

**Nonpriority creditor's name and mailing address**
**Marc Fernandez**
**21601 Impala Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.203**
**7**

**Nonpriority creditor's name and mailing address**
**Marc Fiore**
**347 62nd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.203**
**8**

**Nonpriority creditor's name and mailing address**
**Marc Friedman**
**11244 Snowdrop Ave**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.203**
**9**

**Nonpriority creditor's name and mailing address**
**Marc Hemeon**
**2842 Boa Vista Dr**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.204**
**0**

**Nonpriority creditor's name and mailing address**
**Marc Kendrick**
**683 Everly Ct**
**Grand Junction, CO 81504**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

| | |
|---|---|
| 3.204 1 | |

**Nonpriority creditor's name and mailing address**

**MARC LAPLANTE**
**275 Satori Way**
**Apt. 411**
**Johns Island, SC 29455**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.204 2 | |

**Nonpriority creditor's name and mailing address**

**Marc Lavigne**
**6122 Cornell Drive**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.204 3 | |

**Nonpriority creditor's name and mailing address**

**Marc Nunes**
**320 South Smokeridge Terrace**
**Anaheim, CA 92807**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.204 4 | |

**Nonpriority creditor's name and mailing address**

**Marc Perlman**
**15135 PASO DEL SOL**
**Del Mar, CA 92014**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.204 5 | |

**Nonpriority creditor's name and mailing address**

**marc prowse**
**2956 randolph ave suite B**
**COSTA MESA, CA 92626**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.204 6 | |

**Nonpriority creditor's name and mailing address**

**Marc Reissig**
**11015 Manitou Beach Dr NE**
**Bainbridge Island, WA 98110**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.204 7 | |

**Nonpriority creditor's name and mailing address**

**Marc Reissig**
**11015 Manitou Beach Dr NE**
**Bainbridge Island, WA 98110**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.2048**

**Nonpriority creditor's name and mailing address**

**Marc Steinorth**
**741 Calle Bahia**
**San Clemente, CA 92672-2418**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2049**

**Nonpriority creditor's name and mailing address**

**MARC WILLIAMS**
**1683 Nuala Street**
**Concord, CA 94518**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2050**

**Nonpriority creditor's name and mailing address**

**Marcel Devila**
**7190 Plumrose st**
**Fontana, CA 92336**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2051**

**Nonpriority creditor's name and mailing address**

**Marcel Sopena**
**8540 SW 16th St**
**Miami, FL 33155**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2052**

**Nonpriority creditor's name and mailing address**

**Marcela Gonzalez**
**504 McClellan Ave**
**Apt 3**
**Monterey, CA 93940**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2053**

**Nonpriority creditor's name and mailing address**

**Marcella Diehl**
**6011 Greenbriar Terrace**
**fayetteville, PA 17222**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2054**

**Nonpriority creditor's name and mailing address**

**Marcella Diehl**
**6011 Greenbrier Terrace**
**Fayetteville, PA 17222**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.205 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marcella Gonzales**
**19442 Coralwood Lan**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marcella Harner**
**339 Snug Harbor Rd**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marcelo Blasco**
**80 Chanel Dr.East**
**Shirley, NY 11967**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marcey Goldner**
**2495 Silver Cloud Drive**
**Park City, UT 84060**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.205 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marci Gratzianna**
**2310 N Lincoln Lake Drive**
**Coal City, IL 60416**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marcia Barron**
**218 North Colgate Avenue**
**Longport, NJ 08403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.206 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marcia OHara**
**53 Skytop Rd.**
**Ipswich, MA 01938**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.206 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Marcie Edwards** | ☐ Contingent | |
| **27975 Langley Pl** | ☐ Unliquidated | |
| **Castaic, CA 91384-4564** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.206 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Marciel Camacho** | ☐ Contingent | |
| **503 Woodland Park** | ☐ Unliquidated | |
| **Georgetown, TX 78633** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.206 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **marcio schwaab** | ☐ Contingent | |
| **5212 Lake Charles Dr N, Kenneth City, FL** | ☐ Unliquidated | |
| **Kenneth, FL 33709** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.206 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Marco / Hudson Rasic** | ☐ Contingent | |
| **1760 PORT MANLEIGH CIR** | ☐ Unliquidated | |
| **Newport Beach, CA 92660** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.206 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Marco A. Mendoza** | ☐ Contingent | |
| **2111 Chanute Pass** | ☐ Unliquidated | |
| **Phoenix, AZ 85040** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.206 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Marco Bacich** | ☐ Contingent | |
| **1100 East Balboa Blvd.** | ☐ Unliquidated | |
| **Newport Beach, CA 92661** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.206 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Marco Leardini** | ☐ Contingent | |
| **41 Pacific Mist** | ☐ Unliquidated | |
| **Newport Coast, CA 92657** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**                                        Case number (if known) _____
_____
Name

---

**3.2069**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Marco Rasic**
**1760 Port Manleigh Circle**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2070**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Marco Rasic**
**1760 Port Manleigh Cir**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2071**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Marcos Hernandez**
**14538 Newport Ave**
**Unit 2**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2072**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**MARCOS ZARIKIAN**
**4299 NW 36th ST**
**Miami Springs, FL 33166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2073**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Marcus Blotzer**
**1310 s Catalina ave**
**Apt 218**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2074**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Marcus Cox**
**5830 Shoreside Bend**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.2075**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Marcus Hewel**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.207 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marcus Hewel**
**1428 San Ignacio**
**Solana Beach, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marcus J Lintault**
**3206 NE 85th St**
**Seattle, WA 98115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marcus Johnston**
**206 CREST RD**
**GLEN ELLYN, IL 60137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.207 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marcus Lintault**
**3206 NE 85th St**
**Seattle, WA 98115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marcus Marvin**
**2080 Gholson Rd**
**W Paducah, KY 42086**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marcus Schiro**
**85 Via Pico Plaza**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.208 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marcus Sitzman**
**144 Arundel Rd**
**San Carlos, CA 94070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.208
3**

**Nonpriority creditor's name and mailing address**

**Marcy Browning**
**1328 N 52nd St**
**Omaha, NE 68132**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208
4**

**Nonpriority creditor's name and mailing address**

**Mare bregman**
**82 Boyd St**
**Long Beach, NY 11561**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208
5**

**Nonpriority creditor's name and mailing address**

**Margaret Austin**
**420 SE High St**
**Pullman, WA 99163-2504**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208
6**

**Nonpriority creditor's name and mailing address**

**Margaret byers**
**8851 crescent dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208
7**

**Nonpriority creditor's name and mailing address**

**Margaret Cannon**
**17691 Limetree Way**
**Tustin, CA 92780**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208
8**

**Nonpriority creditor's name and mailing address**

**Margaret Chatigny**
**1658 PARK VILLAGE DR**
**BEAUMONT, CA 92223-3353**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.208
9**

**Nonpriority creditor's name and mailing address**

**Margaret Coats**
**1032 Forge Ave**
**Baton Rouge, LA 70808**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.209 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margaret Fetrow**
**61 Autumn Woods Dr**
**Chillicothe, OH 45601**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margaret Kaysen**
**125 Dunes Place**
**Aptos, CA 95003**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margaret Kennedy**
**5203 E Lanai St**
**Long Beach, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margaret Knight**
**17 Broken Arrow**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margaret Knight**
**17 Broken Arrow**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margaret Mcknight**
**5521 Northcut Dr**
**Atlanta, GA 30349**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margaret McMahon**
**10626 N. 33rd Place**
**Phoenix, AZ 85028**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
                      Name

---

| 3.209 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margaret Mysz**
**1447 NW 20th Street**
**Corvallis, OR 97330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margaret Newman**
**14 Farmington Dr**
**Marlton, NJ 08053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.209 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margaret Oliveto**
**7626 Park Path Drive**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margaret Pereira**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margaret Semrad**
**900 Arbor Lake Drive**
**Apt. 202**
**Maple, FL 34110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margaret Streetman**
**15001 North 6th Lane**
**Phoenix, AZ 85023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.210 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Margaret Winters**
**1960 Sand Hill Dr**
**West Richland, WA 99353**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _ _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.210**
**4**

**Nonpriority creditor's name and mailing address**

**margaret wolfe**
**21742 shasta lake rd**
**lake forest, CA 92630**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210**
**5**

**Nonpriority creditor's name and mailing address**

**Margarita Cohen**
**700 Lido Park Dr.**
**Unit 1**
**Newport Beach, CA 92663**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210**
**6**

**Nonpriority creditor's name and mailing address**

**Margarita Mouschovias**
**1220 North 45th Street**
**Apt 209**
**Seattle, WA 98103**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210**
**7**

**Nonpriority creditor's name and mailing address**

**Margarita Mouschovias**
**1220 North 45th Street**
**Apt 209**
**Seattle, WA 98103**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210**
**8**

**Nonpriority creditor's name and mailing address**

**Margery O'NEIL**
**12203 WOODSIDE DR**
**GRAND BLANC, MI 48439**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.210**
**9**

**Nonpriority creditor's name and mailing address**

**Margery O'NEIL**
**12203 WOODSIDE DR**
**GRAND BLANC, MI 48439**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211**
**0**

**Nonpriority creditor's name and mailing address**

**Margie Canny**
**28 Mashie Ct.**
**Springfield, IL 62707**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.211**
**1**

**Nonpriority creditor's name and mailing address**

**Margie Padilla**
**33782 Bridgehampton Dr**
**Dana Point, CA 92629**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211**
**2**

**Nonpriority creditor's name and mailing address**

**Margie Sullivan**
**4 Hampshire Court**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211**
**3**

**Nonpriority creditor's name and mailing address**

**MARGO HOLLENBECK**
**3241 NE 133RD AVE**
**PORTLAND, OR 97230**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211**
**4**

**Nonpriority creditor's name and mailing address**

**Margot Parsons**
**204 Bear Swamp Rd**
**Susquehanna, PA 18847**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211**
**5**

**Nonpriority creditor's name and mailing address**

**Margret Langenwalter**
**1219 Lima Circle**
**Placentia, CA 92870**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211**
**6**

**Nonpriority creditor's name and mailing address**

**Marguerite Lownes**
**1743 Swamp Creek Rd**
**Pennsburg, PA 18073**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.211**
**7**

**Nonpriority creditor's name and mailing address**

**Marguerite Lownes**
**1743 Swamp Creek Rd**
**Pennsburg, PA 18073**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.2118**

**Nonpriority creditor's name and mailing address**

**Marguerite Lownes**
**1743 Swamp Creek Road**
**Pennsburg, PA 18703**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2119**

**Nonpriority creditor's name and mailing address**

**Mari Anne Phillips**
**14909 Southern View**
**Siloam Springs, AR 72761**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2120**

**Nonpriority creditor's name and mailing address**

**Mari Anne Phillips**
**14909 Southern View**
**Siloam Springs, AR 72761**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2121**

**Nonpriority creditor's name and mailing address**

**Mari Deese**
**109 Breeders Cup Pl**
**Norco, CA 92860**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2122**

**Nonpriority creditor's name and mailing address**

**Maria Albertalli**
**2269 Santa Ana Avenue, Costa M**
**costa mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2123**

**Nonpriority creditor's name and mailing address**

**Maria Chirinos**
**24 Hummock Pond Rd**
**Nantucket, MA 02554**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2124**

**Nonpriority creditor's name and mailing address**

**Maria Cobb**
**2401 Clay Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.212 5**

**Nonpriority creditor's name and mailing address**

**Maria Cobb**
**2401 Clay St**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.212 6**

**Nonpriority creditor's name and mailing address**

**Maria Corral**
**4723 Muscatel Ave**
**Rosemead, CA 91770**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.212 7**

**Nonpriority creditor's name and mailing address**

**Maria Daniels**
**19701 Canberra Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.212 8**

**Nonpriority creditor's name and mailing address**

**Maria Darrah**
**6138 Sentinel Road**
**Lake Placid, NY 12946**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.212 9**

**Nonpriority creditor's name and mailing address**

**Maria del Pilar Trelles**
**27 knapton**
**Barrington, RI 02806**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213 0**

**Nonpriority creditor's name and mailing address**

**Maria Fritz**
**8732 Charford Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.213 1**

**Nonpriority creditor's name and mailing address**

**Maria Giragossian**
**761 north hill ave**
**Pasadena, CA 91104**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.213
2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Maria Hall**                                    ☐ Contingent
**24141 Barquero Drive**                          ☐ Unliquidated
**Mission Viejo, CA 92691**                       ☐ Disputed

Date(s) debt was incurred  **2021**              Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.213
3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Maria Inciong**                                 ☐ Contingent
**1510 Newport Blvd**                             ☐ Unliquidated
**Newport Beach, CA 92627**                       ☐ Disputed

Date(s) debt was incurred  **2023**              Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.213
4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**maria manarte**                                 ☐ Contingent
**668 Battersea Drive**                           ☐ Unliquidated
**St. Augustine, FL 32095**                       ☐ Disputed

Date(s) debt was incurred  **2023**              Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.213
5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**maria montes**                                  ☐ Contingent
**26571 Normandale dr**                           ☐ Unliquidated
**27 D**                                          ☐ Disputed
**lake forest, CA 92630**

Date(s) debt was incurred  **2021**              Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.213
6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Maria Najera**                                  ☐ Contingent
**678 Center St Apt. A**                          ☐ Unliquidated
**Costa Mesa, CA 92627**                          ☐ Disputed

Date(s) debt was incurred  **2024**              Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.213
7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Maria Nohs**                                    ☐ Contingent
**775 S 8th Street**                              ☐ Unliquidated
**Lindenhurst, NY 11757**                         ☐ Disputed

Date(s) debt was incurred  **2024**              Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.213
8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Maria Paiz**                                    ☐ Contingent
**5444 Brittany ave**                             ☐ Unliquidated
**Riverside, CA 92506**                           ☐ Disputed

Date(s) debt was incurred  **2020**              Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                Case number (if known) _____
Name

---

**3.213 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Maria Paiz**
**5444 Brittany Ave**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.214 0**

**Nonpriority creditor's name and mailing address**

**Maria Parsons**
**26348 Eshelman Ave**
**Lomita, CA 90717**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.214 1**

**Nonpriority creditor's name and mailing address**

**Maria Pignataro**
**3855 South Atlantic Avenue**
**UNIT 102**
**Daytona Beach Shores, FL 32118**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.214 2**

**Nonpriority creditor's name and mailing address**

**Maria Quiles**
**25 Calle Portofino**
**San Clemente, CA 92673-6708**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.214 3**

**Nonpriority creditor's name and mailing address**

**Maria Rojtman**
**5706 Oak Apple Ct**
**Burke, VA 22015**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.214 4**

**Nonpriority creditor's name and mailing address**

**Maria Rojtman**
**5706 Oak Apple Ct**
**Burke, VA 22015-2305**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.214 5**

**Nonpriority creditor's name and mailing address**

**maria shuck**
**2772 A Washington Street**
**adamstown, MD 21710**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                          Case number (if known) _____
        Name

---

| 3.214 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maria Stocks**
**2236 Jeanette Pl.**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Maria Zipp**
**11200 9th St E**
**Treasure Island, FL 33706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mariah Lauritzen**
**2027 Olivera**
**APT C**
**Concord, CA 94520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.214 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mariah Wilson**
**732 Turtle Crest Drive**
**Irvine, CA 92603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Marian Hester**
**161 Smith Bay Road**
**Box 370**
**Gore Bay, ON P0P 1H0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mariana Diosa**
**1919 Wallace ave**
**Apt 110**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.215 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mariana Posada**
**39 glenmore av**
**Montauk, NY 10013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.215
3**

**Nonpriority creditor's name and mailing address**

**Mariann Fernandes**
**9863 James River Circle**
**Fountain Valley, CA 92708**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215
4**

**Nonpriority creditor's name and mailing address**

**Marianne Acker**
**1075 Agate Street**
**Unit B**
**San Diego, CA 92109**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215
5**

**Nonpriority creditor's name and mailing address**

**Marianne Acker**
**5051 La Jolla Boulevard**
**Unit 300**
**San Diego, CA 92109**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215
6**

**Nonpriority creditor's name and mailing address**

**Marianne Rubalcaba**
**671 E Encinas Ave**
**Gilbert, Az 85234**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215
7**

**Nonpriority creditor's name and mailing address**

**Marianne Shoecraft**
**25 Indian Lane**
**South Salem, NY 10590**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215
8**

**Nonpriority creditor's name and mailing address**

**Marianne Solem**
**3051 Ironwood Rd**
**Unit 5012**
**Carefree, AZ 85377**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.215
9**

**Nonpriority creditor's name and mailing address**

**Maribel Mimientzi**
**2558 Orange ave.**
**Unit B**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.216 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Maribeth Cunningham**
**15805 Schweizer Ct**
**Wellington, FL 33414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marie Byers**
**2407 Blackthorn St**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**marie Currey**
**1075 Buena Pl**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marie Goffman**
**2020 Court Bristol Circle**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**marie graves**
**1075 Buena Pl**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marie Hatwan**
**4762 Canehill Ave**
**Lakewood, CA 90713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Marie Himmelberg**
**3808 Vista Campana S #32**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
　　　　　Name

---

| 3.216 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marie Hoder**
**191 RANDON TER**
**LAKE MARY, FL 32746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MARIE MEYER**
**586 McWilton Pl**
**Altadena, CA 91001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.216 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MARIE MEYER**
**586 McWilton Pl**
**Altadena, CA 91001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marie Meyer**
**586 Mcwilton Pl**
**Alta Dena, CA 91001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**marie ramos**
**97 fallingstar**
**irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marie Schonsheck**
**2282 Castlegate Dr N**
**APT 1137**
**Castle Rock, CO 80108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.217 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**marie sorensen**
**56 hazel avenue**
**scituate, MA 02066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

---

**3.217 4** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00**
---|---|---|---

**Marie Turner**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217 5** **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Marie Wisniewski**
**841 NE 90th St**
**Seattle, WA 98115**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217 6** **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Marilee Needle**
**1301 20th Street**
**Suite 400**
**Santa Monica, CA 90404**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217 7** **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Marilyn Halpin**
**1116 Ocean Avenue**
**Seal Beach, CA 90740**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217 8** **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Marilyn Halpin**
**1198 Pacific Coast Highway**
**D206**
**Seal Beach, CA 90740**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.217 9** **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Marilyn Peters**
**986 Albion Avenue**
**Redding, CA 96003**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.218 0** **Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Marilyn Wayland**
**34409 Zachary Crt**
**Chesterfield, MI 48047-6124**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

| 3.218 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marilyn Young**
**9500 Sunset Avenue**
**La Mesa, CA 91941**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marin Arnolds**
**2340 Adare Road**
**Ann Arbor, MI 48104**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marina Flint**
**5130 148th St W**
**Apple Valley, MN 55124**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marina Vacanti**
**92 Delaware Ave**
**Apt A**
**Dumont, NJ 07628**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marinella Georgino**
**109 43rd Street**
**A**
**Newport beach, CA 92663**

Date(s) debt was incurred **2025**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Marinella Georgino**
**109 43rd St.**
**Unit A**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.218 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mario Cabrera**
**3660 sw 10th st**
**Apt.3**
**Miami, FL 33135**

Date(s) debt was incurred **2025**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.218 8**

**Nonpriority creditor's name and mailing address**

**Mario Crivello**
**1060 Catalina Ave**
**Seal Beach, CA 90740**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.218 9**

**Nonpriority creditor's name and mailing address**

**Mario Fiorentino**
**11559 Renaissance Blvd**
**Venice, FL 34293**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219 0**

**Nonpriority creditor's name and mailing address**

**Mario Fiorentino**
**11559 Renaissance Blvd**
**Venice, FL 34293**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219 1**

**Nonpriority creditor's name and mailing address**

**mario ibarra**
**1945 Placentia ave**
**unit a**
**Costa mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219 2**

**Nonpriority creditor's name and mailing address**

**mario jacinto**
**24150 Avenida Rancheros**
**Unit E**
**Diamond Bar, CA 91765**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219 3**

**Nonpriority creditor's name and mailing address**

**Mario Jacinto**
**24150 Avenida rancheros**
**Unit E**
**Diamondbar, CA 91765**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.219 4**

**Nonpriority creditor's name and mailing address**

**Mario Mexia**
**2281 Channel Rd.**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.219 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Mario Poma**
**5610 4th Ave**
**APT 2A**
**Brooklyn, NY 11220**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Mario Robles**
**4621 W 134th Street**
**Hawthorne, CA 90250**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**mario tosta**
**7936 E. Woodsboro Ave**
**Anaheim, CA 92807**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Mario's Butcher**
**1000 Bristol St North**
**Suite 30**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.219 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Marion Swaim**
**3009 George Starr Drive**
**Virginia Beach, VA 23456**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Marion Valdez**
**1510 Old Newport blvd**
**newport beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.220 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Marisa Bavand**
**1226 22nd Ave E**
**Seattle, WA 98112**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
          Name

---

**3.220 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$0.00** |
| **Marisa Gorzeman** | ☐ Contingent |
| **10871 Ave 88** | ☐ Unliquidated |
| **Pixley, CA 93256** | ☐ Disputed |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.220 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$0.00** |
| **Marisa Rapp** | ☐ Contingent |
| **164 Magnolia St** | ☐ Unliquidated |
| **Unit B** | ☐ Disputed |
| **Costa Mesa, CA 92627** | |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.220 4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$0.00** |
| **Marisa Sedlak** | ☐ Contingent |
| **9460 Toucan Ave** | ☐ Unliquidated |
| **Fountain Valley, CA 92708** | ☐ Disputed |
| Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.220 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$0.00** |
| **Marise Grasso** | ☐ Contingent |
| **23 Spring Valley Road** | ☐ Unliquidated |
| **Methuen, MA 01844** | ☐ Disputed |
| Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.220 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$0.00** |
| **Marissa Collins** | ☐ Contingent |
| **9989 Cape Ann Drive** | ☐ Unliquidated |
| **Columbia, MD 21046** | ☐ Disputed |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.220 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$0.00** |
| **Marissa Hutchison** | ☐ Contingent |
| **964 Denver Dr** | ☐ Unliquidated |
| **Costa Mesa, CA 92626** | ☐ Disputed |
| Date(s) debt was incurred __2025__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.220 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.     **$0.00** |
| **Marissa Murray** | ☐ Contingent |
| **18712 Bemion** | ☐ Unliquidated |
| **Huntington Beach, CA 92646** | ☐ Disputed |
| Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

**3.2209**

**Nonpriority creditor's name and mailing address**

**Marissa Pardini**
**1300 Dover Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2210**

**Nonpriority creditor's name and mailing address**

**Marissa Reggio**
**2016 Cobblefield Way**
**Glendora, CA 91740**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2211**

**Nonpriority creditor's name and mailing address**

**Marjorie Fisher**
**144 Delphi Lane**
**Clarksburg, ON N0H 1J0**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2212**

**Nonpriority creditor's name and mailing address**

**Marjorie Stewart**
**671 Flegal Road**
**Clearfield, PA 16830**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2213**

**Nonpriority creditor's name and mailing address**

**Mark Aitken**
**49364 Limestone Dr.**
**Macomb, MI 48044**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2214**

**Nonpriority creditor's name and mailing address**

**Mark Anderson**
**359 E Imperial Hwy**
**Los Angeles, CA 90061**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2215**

**Nonpriority creditor's name and mailing address**

**Mark Arens**
**130 S MAPLE AVE**
**WEBSTER GROVES, MO 63119**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.221 6**

**Nonpriority creditor's name and mailing address**

**Mark Arriola**
**2-2526B Kaumualii Hwy**
**Kalaheo, HI 96741**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.221 7**

**Nonpriority creditor's name and mailing address**

**Mark Atkins**
**9637 Plumeria Way**
**Boynton Beach, FL 33436**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.221 8**

**Nonpriority creditor's name and mailing address**

**Mark Atkins**
**9637 plumeria way**
**Boynton Beach, FL 33436**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.221 9**

**Nonpriority creditor's name and mailing address**

**Mark atkinson**
**21832windsong circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.222 0**

**Nonpriority creditor's name and mailing address**

**Mark Atkinson**
**21832 Windsong Cir**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.222 1**

**Nonpriority creditor's name and mailing address**

**Mark Ballance**
**16561 busby ln.**
**Huntington beach, CA 92647**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.222 2**

**Nonpriority creditor's name and mailing address**

**Mark Barbieri**
**63 Windemere Cir**
**Tyngsboro, MA 01879**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
　　　　Name

---

**3.222
3**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Mark Beasley**                                                   ☐ Contingent
**7108 Silver Leaf Court**                                         ☐ Unliquidated
**Fairview, TN 37062**                                            ☐ Disputed

Date(s) debt was incurred  **2025**                              **Basis for the claim:  Warranty**

Last 4 digits of account number  **7**                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.222
4**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Mark Beasley**                                                   ☐ Contingent
**7108 Silver Leaf Ct**                                           ☐ Unliquidated
**Fairview, TN 37062**                                            ☐ Disputed

Date(s) debt was incurred  **2025**                              **Basis for the claim:  Warranty**

Last 4 digits of account number  **_**                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.222
5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Mark Beck**                                                      ☐ Contingent
**60 Ellenwood Ave**                                              ☐ Unliquidated
**Los Gatos, CA 95030-5218**                                      ☐ Disputed

Date(s) debt was incurred  **2022**                              **Basis for the claim:  Warranty**

Last 4 digits of account number  **_**                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.222
6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Mark Beck**                                                      ☐ Contingent
**60 Ellenwood Ave**                                              ☐ Unliquidated
**Los Gatos, CA 95350**                                           ☐ Disputed

Date(s) debt was incurred  **2022**                              **Basis for the claim:  Warranty**

Last 4 digits of account number  **_**                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.222
7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Mark Beck**                                                      ☐ Contingent
**60 Ellenwood Ave**                                              ☐ Unliquidated
**Los Gatos, CA 95030**                                           ☐ Disputed

Date(s) debt was incurred  **2021**                              **Basis for the claim:  Warranty**

Last 4 digits of account number  **_**                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.222
8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Mark Benton**                                                    ☐ Contingent
**956 Grand Canal Street**                                        ☐ Unliquidated
**Gulf Breeze, FL 32563**                                         ☐ Disputed

Date(s) debt was incurred  **2023**                              **Basis for the claim:  Warranty**

Last 4 digits of account number  **_**                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.222
9**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.          **$0.00**

**Mark Bergman**                                                   ☐ Contingent
**33 Clover**                                                     ☐ Unliquidated
**Lake Forest, CA 92630**                                         ☐ Disputed

Date(s) debt was incurred  **2020**                              **Basis for the claim:  Warranty**

Last 4 digits of account number  **_**                           Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __Electric Bike Company, LLC__

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.223 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. |

**3.223 0**

Nonpriority creditor's name and mailing address

**Mark Berry**
**3842 Jennings Street**
**none**
**San Diego, CA 92106**

Date(s) debt was incurred __2021__

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.223 1**

Nonpriority creditor's name and mailing address

**Mark Blackley**
**41 Beverly Ave**
**Lockport, NY 14094-2501**

Date(s) debt was incurred __2022__

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.223 2**

Nonpriority creditor's name and mailing address

**Mark Blackley**
**41 Beverly ave**
**Lockport, NY 14094**

Date(s) debt was incurred __2022__

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.223 3**

Nonpriority creditor's name and mailing address

**Mark Blackly**
**6842 Lock Haven Dr**
**Lockport, NY 14094**

Date(s) debt was incurred __2024__

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.223 4**

Nonpriority creditor's name and mailing address

**Mark Blanke**
**189 Wildwood**
**Seward, NE 68434**

Date(s) debt was incurred __2025__

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.223 5**

Nonpriority creditor's name and mailing address

**Mark Borman**
**1133 Dry Creek R**
**Waco, TX 76705**

Date(s) debt was incurred __2024__

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.223 6**

Nonpriority creditor's name and mailing address

**Mark Bridenbaker**
**14191 Quent Dr**
**Tustin, CA 92780**

Date(s) debt was incurred __2022__

Last 4 digits of account number ____

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.223 7**

**Nonpriority creditor's name and mailing address**

**Mark Buckley**
**1101 Lakewood Trail**
**Collierville, TN 38017**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.223 8**

**Nonpriority creditor's name and mailing address**

**Mark Bucknam**
**639 1st Street**
**Apt 2**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.223 9**

**Nonpriority creditor's name and mailing address**

**Mark C Layton C Layton**
**2 Wooded Lane**
**Allen, TX 75013**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224 0**

**Nonpriority creditor's name and mailing address**

**Mark Caballero**
**8662 Parker circle**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224 1**

**Nonpriority creditor's name and mailing address**

**Mark Calcavecchia**
**1135 Big Bear Pen Rd.**
**Highlands, NC 28741**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224 2**

**Nonpriority creditor's name and mailing address**

**Mark Carr**
**533 E CAPRI DR**
**BONNE TERRE, MO 63628-9331**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224 3**

**Nonpriority creditor's name and mailing address**

**Mark Carr**
**4905 DE ARMOUN RD**
**Anchorage, AK 99516**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.224
4**

**Nonpriority creditor's name and mailing address**

**Mark Christensen**
**93 N Robinson Rd**
**Nampa, ID 83687**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224
5**

**Nonpriority creditor's name and mailing address**

**Mark Clark**
**4441 Nogal Ave**
**YORBA Linda, CA 92886**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224
6**

**Nonpriority creditor's name and mailing address**

**Mark Clouser**
**55 Autumn Sage**
**Irvine, CA 92618**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224
7**

**Nonpriority creditor's name and mailing address**

**Mark Cook**
**7522 Gibraltar Street**
**Unit E**
**Carlsbad, CA 92009**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224
8**

**Nonpriority creditor's name and mailing address**

**Mark Cook**
**7522 Gibraltar Strret**
**E**
**Carlsbad, CA 92009**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.224
9**

**Nonpriority creditor's name and mailing address**

**Mark Cook**
**6855 watercourse dr**
**E**
**carlsbad, CA 92011**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.225
0**

**Nonpriority creditor's name and mailing address**

**Mark Crawford**
**3591 Venture Dr**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                         Case number (if known) _____
        _____
        Name

| 3.225<br>1 | **Nonpriority creditor's name and mailing address**<br>**Mark Daddino**<br>**227 Woods Point Rd**<br>**Osprey, FL 34229**<br><br>Date(s) debt was incurred  **2025**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.225<br>2 | **Nonpriority creditor's name and mailing address**<br>**Mark Davis**<br>**445 N 150 E**<br>**Kaysville, UT 84037**<br><br>Date(s) debt was incurred  **2025**<br>Last 4 digits of account number  **7** | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.225<br>3 | **Nonpriority creditor's name and mailing address**<br>**Mark Davis**<br>**445 N 150 E**<br>**Kaysville, UT 84037**<br><br>Date(s) debt was incurred  **2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.225<br>4 | **Nonpriority creditor's name and mailing address**<br>**mark davis**<br>**27621 Avenida Larga**<br>**San Juan Capistrano, CA 92675**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.225<br>5 | **Nonpriority creditor's name and mailing address**<br>**Mark DeStefano**<br>**267 Thames Street**<br>**Bristol, RI 02809**<br><br>Date(s) debt was incurred  **2024**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.225<br>6 | **Nonpriority creditor's name and mailing address**<br>**Mark DeStefano**<br>**267 Thames Street**<br>**Bristol, RI 02809**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.225<br>7 | **Nonpriority creditor's name and mailing address**<br>**Mark Dittbrender**<br>**1805 N 12th St**<br>**Sheboygan, WI 53081**<br><br>Date(s) debt was incurred  **2024**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
        Name

| | | |
|---|---|---|
| 3.225 8 | **Nonpriority creditor's name and mailing address** | $0.00 |

**mark Ditteaux**
**128 East Dyer Rd, Ste A**
**Ste A**
**Santa Ana, CA 92707**

Date(s) debt was incurred  **2025**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.225 9 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Mark Ditteaux**
**1003 Somerset Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.226 0 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Mark Domin**
**8031 ellis ave**
**huntington beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.226 1 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Mark Dougherty**
**4511 51st Street**
**Des Moines, IA 50310**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.226 2 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Mark Dougherty**
**4511 51st Street**
**Des Moines, IA 50310**

Date(s) debt was incurred  **2025**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.226 3 | **Nonpriority creditor's name and mailing address** | $0.00 |

**Mark Duran**
**4505 Wilson Ave**
**San Diego, CA 92116**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.226 4 | **Nonpriority creditor's name and mailing address** | $0.00 |

**MARK DURSZTMAN**
**33 Lockwood Road**
**SCARSDALE, NY 10583**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
      Name

---

**3.2265**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  $0.00 |
| **Mark Echols** | ☐ Contingent |
| **2276 Harts Ferry Rd** | ☐ Unliquidated |
| **OHATCHEE, AL 36271** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.2266**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  $0.00 |
| **Mark Echols** | ☐ Contingent |
| **2276 Harts Ferry Road** | ☐ Unliquidated |
| **Ohatchee, AL 36271** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.2267**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  $0.00 |
| **Mark Elliott** | ☐ Contingent |
| **1330 BLUE HERON AVE** | ☐ Unliquidated |
| **ENCINITAS, CA 92024** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.2268**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  $0.00 |
| **Mark Elliott** | ☐ Contingent |
| **1330 BLUE HERON AVE** | ☐ Unliquidated |
| **Encinitas, CA 92024** | ☐ Disputed |
| Date(s) debt was incurred **2024** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.2269**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  $0.00 |
| **Mark Elliott** | ☐ Contingent |
| **1330 Blue Heron Avenue** | ☐ Unliquidated |
| **Encinitas, CA 92024** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.2270**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  $0.00 |
| **MARK ELLIOTT** | ☐ Contingent |
| **1943 OXFORD AVE** | ☐ Unliquidated |
| **CARDIFF by the SEA, CA 92007** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.2271**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*  $0.00 |
| **Mark Engel** | ☐ Contingent |
| **16027 Mountain Shadows Dr** | ☐ Unliquidated |
| **Houston, TX 77084** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim:** **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

| 3.227 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Ezra**
**3615 VISTA BELLA**
**UNIT 6**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**mark fairbanks**
**2137 S 2300 E**
**st. george, UT 84790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MARK FANGUE**
**16444 Bolsa Chica St. SPC 135**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Ferrara**
**20 Nancy Drive**
**Manahawkin, NJ 08050**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Frei**
**15362 Nines Circle**
**Irvine, CA 92604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Fullbright**
**21162 Greenboro Ln**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.227 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Gale**
**2931 Calle Heraldo**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.227 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mark Gauss**
**905 L St**
**Penrose, CO 81240-9604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mark Gerber**
**155 Petit Avenue**
**Ventura, CA 93004**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mark Gimson**
**Pick Up**
**Newport beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mark Gleason**
**594 W Gray Fox CT.**
**Meridian, ID 83646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mark Gleason**
**1116 Cowan Ln.**
**Healdsburg, CA 95448**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mark Godwin**
**20532 NE 132nd Ave**
**Waldo, FL 32694-4444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.228 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Mark Golledge**
**31540 Peppertree Bend**
**San Juan Capistrano, CA 92675-3051**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**
Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
                Name

| 3.228 6 | **Nonpriority creditor's name and mailing address**<br>**Mark Gonzales**<br>**9945 St. Mary's Circle**<br>**Santa Ana, CA 92705**<br><br>Date(s) debt was incurred  **2020**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.228 7 | **Nonpriority creditor's name and mailing address**<br>**Mark Goodwin**<br>**32207 Corte del Cerro**<br>**Temecula, CA 92592**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.228 8 | **Nonpriority creditor's name and mailing address**<br>**Mark Graham**<br>**11357 Marshall St**<br>**Westminster, CO 80020-3013**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.228 9 | **Nonpriority creditor's name and mailing address**<br>**Mark Gronning**<br>**11763 Shadow Trail Dr SW**<br>**Brainerd, MN 56401**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.229 0 | **Nonpriority creditor's name and mailing address**<br>**Mark Gudac**<br>**317 W Quail Trax Place**<br>**Murray, UT 84107**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.229 1 | **Nonpriority creditor's name and mailing address**<br>**Mark Hamilton**<br>**10 Marchin Dr.**<br>**Coto De Caza, CA 92679**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.229 2 | **Nonpriority creditor's name and mailing address**<br>**Mark Harrison**<br>**1127 Edgewood Ave**<br>**Burlington, NC 27215**<br><br>Date(s) debt was incurred  **2022**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.229 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Mark Hart**
**5883 Felicia Avenue**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.229 4**

Nonpriority creditor's name and mailing address

**Mark Hart**
**5883 Felicia Avenue**
**Livermore, CA 94551**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.229 5**

Nonpriority creditor's name and mailing address

**Mark Hatch**
**70 East Schoolhouse Drive**
**Woodland Hills, UT 84653**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.229 6**

Nonpriority creditor's name and mailing address

**Mark Haupert**
**18940 Sunny Slope CT**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.229 7**

Nonpriority creditor's name and mailing address

**Mark Hawkins**
**1314 Landis Road**
**Neosho, MO 64850**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.229 8**

Nonpriority creditor's name and mailing address

**Mark Hawkins**
**1500 E Ocean Blvd**
**508**
**Long Beach, CA 90802**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.229 9**

Nonpriority creditor's name and mailing address

**Mark Hayes**
**601 Maple St**
**Jacksonville, NC 28540-6615**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**    Case number (if known) _____
_____
Name

---

**3.2300**

**Nonpriority creditor's name and mailing address**

**Mark Hegel**
**27276 Via Avila**
**Mission Viejo, CA 92691**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2301**

**Nonpriority creditor's name and mailing address**

**Mark Hester**
**1220 Viking Sapphire Ct**
**Westfield, IN 46074**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2302**

**Nonpriority creditor's name and mailing address**

**Mark Hewes**
**7 Lake Blvd**
**East Hampton, CT 06424**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2303**

**Nonpriority creditor's name and mailing address**

**Mark Holechek**
**2581 N US HGWY 95**
**Parker, AZ 85344**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2304**

**Nonpriority creditor's name and mailing address**

**Mark Hoover**
**1215 Wynnwood Court**
**Mount Pleasant, SC 29466**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2305**

**Nonpriority creditor's name and mailing address**

**Mark Hreha**
**203 East Alamar Avenue**
**Santa Barbara, CA 93105**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2306**

**Nonpriority creditor's name and mailing address**

**Mark Huett**
**429 S. Valley St**
**Anaheim, CA 92804**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.230 7**

**Nonpriority creditor's name and mailing address**
**Mark Hulick**
**9901 Star Dr**
**Huntington Beach, CA 92646**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.230 8**

**Nonpriority creditor's name and mailing address**
**Mark Hunter**
**12 Cherry St**
**Apt 4**
**Danvers, MA 01923**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.230 9**

**Nonpriority creditor's name and mailing address**
**Mark Ingram**
**1521 Sumner Ave**
**Clairemont, CA 91711**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231 0**

**Nonpriority creditor's name and mailing address**
**Mark Juckel**
**1690 West Pinehurst Avenue**
**Saint Paul, MN 55116**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231 1**

**Nonpriority creditor's name and mailing address**
**mark justice**
**74 cedar rd**
**# 384**
**Ocracoke, NC 27960-0384**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231 2**

**Nonpriority creditor's name and mailing address**
**mark justice**
**272 invin garish hwy**
**ocracoke, NC 27960**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231 3**

**Nonpriority creditor's name and mailing address**
**mark justice**
**74 cedar rd**
**ocracoke, NC 27960-0384**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.231
4**

Nonpriority creditor's name and mailing address

**MARK KALLER
21501 Brookhurst St
Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231
5**

Nonpriority creditor's name and mailing address

**MARK KALLER
21401 LEMONTREE LN
Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231
6**

Nonpriority creditor's name and mailing address

**Mark Keane
5249 War Wagon CT
San Jose, CA 95136**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231
7**

Nonpriority creditor's name and mailing address

**Mark Kiesel
3729 Ocean Blvd
Corona del Mar, CA 92625**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231
8**

Nonpriority creditor's name and mailing address

**Mark Knight
5035 Heaths Glen rd
Wilson, NC 27893**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.231
9**

Nonpriority creditor's name and mailing address

**Mark Kovalchuk
1230 Bellemeade dr.
Warminster, PA 18974**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.232
0**

Nonpriority creditor's name and mailing address

**Mark Ladd
539 Donatello Dr
Corona, CA 92882**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

| 3.232 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Lammey**
**905 E Plaza St**
**Albert Lea, MN 56007**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2025__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Langer**
**650 Valencia Avenue**
**Unit 502**
**Coral Gables, FL 33134**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2023__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Langer**
**1415 20 Street**
**#204**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2020__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Larsen**
**1201 Lombard Ave**
**Everett, WA 98201**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Larsen**
**27251 Esgos**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2021__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Layton**
**23601 Perdido beach blvd**
**Orange beach, AL 36561**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.232 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Layton**
**2 Wooded Lane**
**ALLEN, TX 75013**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2022__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.232
8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Mark Leibfried**
**20798 Route 3**                    ☐ Contingent
**Durango, IA 52039**                ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred  **2023**

Last 4 digits of account number __   **Basis for the claim:  Warranty**

                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.232
9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Mark Lemko**
**11910 Fox Ridge Dr**               ☐ Contingent
**Plymouth, MI 48170**               ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred  **2021**

Last 4 digits of account number __   **Basis for the claim:  Warranty**

                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.233
0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Mark Leufkens**
**359-H Cannon Green Drive**          ☐ Contingent
**Goleta, CA 93117**                 ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred  **2024**

Last 4 digits of account number __   **Basis for the claim:  Warranty**

                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.233
1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Mark Leufkens**
**359-H Cannon Green Drive**          ☐ Contingent
**Goleta, CA 93117**                 ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred  **2022**

Last 4 digits of account number __   **Basis for the claim:  Warranty**

                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.233
2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Mark Leufkens**
**359-H Cannon Green Dr**             ☐ Contingent
**Goleta, CA 93117**                 ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred  **2022**

Last 4 digits of account number __   **Basis for the claim:  Warranty**

                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.233
3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Mark Liebermann**
**330 Pirate Road**                  ☐ Contingent
**Newport Beach, CA 92663**          ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred  **2024**

Last 4 digits of account number __   **Basis for the claim:  Warranty**

                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.233
4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Mark MacArthur**
**11071 Canyonbrook Way**            ☐ Contingent
**Highlands Ranch, CO 80130**        ☐ Unliquidated
                                     ☐ Disputed
Date(s) debt was incurred  **2023**

Last 4 digits of account number __   **Basis for the claim:  Warranty**

                                     Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.233 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**MARK MAHAN**
**6811 N ATLANTIC AVE**
**CAPE CANAVERAL, FL 32920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.233 6    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**MARK MAHAN**
**6811 NATLANTIC AVE**
**CAPE CANAVERAL, FL 32920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.233 7    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**mark mahan**
**6811 north Atlantic ave**
**cape Canaveral, FL 32920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.233 8    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Mark Mahon**
**6811 N Atlantic Ave.**
**Cape Canaveral, FL 32920**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.233 9    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Mark Majer**
**438 Angelita dr.**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.234 0    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Mark Majerovic**
**1133 Camelback Street**
**Newport Beach, CA 92658**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

3.234 1    **Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Mark Mance**
**525 River St**
**Apt 342**
**Alpena, MI 49707**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.234
2**

**Nonpriority creditor's name and mailing address**

**Mark Marando**
**6545 Glen Coe Dr**
**Brecksville, OH 44141**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.234
3**

**Nonpriority creditor's name and mailing address**

**Mark Marchello**
**4830 Park Newport**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.234
4**

**Nonpriority creditor's name and mailing address**

**Mark Marchello**
**4830 park newport**
**newport beach, VA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.234
5**

**Nonpriority creditor's name and mailing address**

**Mark Marchello,**
**2580 Kekaa Drive**
**118**
**Lahaina, HI 96761**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.234
6**

**Nonpriority creditor's name and mailing address**

**Mark Martinez**
**1226 Sharon Road**
**Santa Ana, CA 92706**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.234
7**

**Nonpriority creditor's name and mailing address**

**Mark Martinez**
**10455 Hadley Cir N**
**Saint Paul, MN 55110-1207**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.234
8**

**Nonpriority creditor's name and mailing address**

**Mark Martinez**
**10455 Hadley Cir N**
**Saint Paul, MN 55110-1207**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____

Name

---

| 3.234 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Martinez**
**10455 Hadley Circle N**
**Grant, MN 55110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Martinez**
**1226 W Sharon Road**
**Santa Ana, CA 92706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Matthews**
**5008 Columbus Ave S.**
**Minneapolis, MN 55417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Mayfield**
**208 Fieldstone Ct**
**Roseville, CA 95747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark McCarty**
**459 S. Summerlin Ave**
**Sanford, FL 32771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark McCormack**
**10011 Candlebrook Drive**
**Dallas, TX 75243**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.235 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark McCormack**
**4 Glenchester Court**
**Dallas, TX 75225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2356**

**Nonpriority creditor's name and mailing address**

**Mark McDaniel**
**6465 Miramonte**
**Irvine, CA 92618**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2357**

**Nonpriority creditor's name and mailing address**

**Mark McNeill**
**20 13th Street**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2358**

**Nonpriority creditor's name and mailing address**

**Mark McNeill**
**20 13TH ST.**
**HERMOSA BEACH, CA 90254**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2359**

**Nonpriority creditor's name and mailing address**

**Mark McNeill**
**20 13th St**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2360**

**Nonpriority creditor's name and mailing address**

**Mark McNeill**
**20 13th St**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2361**

**Nonpriority creditor's name and mailing address**

**Mark McNeill**
**20 13th Street**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2362**

**Nonpriority creditor's name and mailing address**

**Mark Mekker**
**3012 Warners Rd**
**Warners, NY 13164**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.236 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Mekker**
**1775 Azalea St**
**Fernandina Beach, FL 32034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Milne**
**1360 W Mulberry Dr**
**Chandler, AZ 85286**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Mullins**
**2427 Juniper Pl**
**Sarasota, FL 34239**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Nagel**
**5562 S Amaryllis Pl**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Nagel**
**5562 S Amaryllis Pl**
**Boise, ID 83716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark Norton**
**1945 placentia ave**
**Costa mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.236 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mark O'Flaherty**
**3319 Monticello Rd**
**Bloomington, IL 61704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.237 0**

**Nonpriority creditor's name and mailing address**

**Mark Owen**
**3 Hickory Tree Lane**
**Irvine, CA 92612**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.237 1**

**Nonpriority creditor's name and mailing address**

**Mark Parisot**
**2323 Locust St**
**Apt 409**
**St Louis, MO 63103**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.237 2**

**Nonpriority creditor's name and mailing address**

**Mark Pate**
**933 Bear Pt**
**Chapin, SC 29036**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.237 3**

**Nonpriority creditor's name and mailing address**

**Mark Pate**
**933 Bear Point**
**Chapin, SC 29036**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.237 4**

**Nonpriority creditor's name and mailing address**

**Mark Payne**
**1323 Santiago Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.237 5**

**Nonpriority creditor's name and mailing address**

**Mark Penticuff**
**5461 Catowba Lane**
**Irvine, CA 92603-3533**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.237 6**

**Nonpriority creditor's name and mailing address**

**Mark Penticuff**
**5461 Catowba Lane**
**Irvine, CA 92603**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                          Case number *(if known)* _____
_____Name_____

---

| 3.237 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Penticuff**
**5461 Catowba Lane**
**Irvine, CA 92603-3533**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Piccolo**
**5501 Seminary Road**
**Unit 708s**
**Falls Church, VA 22041-3905**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.237 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Pofsky**
**1088 Vista Del Mar Pl**
**Apt 105**
**Ventura, CA 93001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Preijers**
**8506 Winlock St**
**Bakersfield, CA 93312**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Price**
**2830 S Heather Gardens Way**
**Apt B**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Price**
**2830 S Heather Gardens Way**
**Apt B**
**Aurora, CO 80014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.238 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Racunas**
**1218 1st street**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                   Case number (if known) _____
　　　　　Name

---

**3.238
4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Mark Ramsay**
**1021 Bayside Cove**
**Newport Baech, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238
5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**MARK REINHARDT**
**10513 W Cherry Tree In**
**Sun City, AZ 85373**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238
6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**MARK REINHARDT**
**10513 w Cherry Tree In**
**Sun City, AZ 85373**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238
7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Mark Reinhardt**
**9720 W Peoria Ave**
**STE 110**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238
8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Mark Reyes**
**4949 Avila Av**
**Carlsbad, CA 92008**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.238
9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Mark Rincon**
**18 Seven Kings Pl**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.239
0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Mark Rincon**
**18 Seven Kings Place**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.239
1**

**Nonpriority creditor's name and mailing address**

**Mark Ringelmann**
**118 Hammock Rd**
**Anna Maria, FL 34216**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.239
2**

**Nonpriority creditor's name and mailing address**

**Mark Roberts**
**1250 Columbine Way**
**Erie, CO 80516**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.239
3**

**Nonpriority creditor's name and mailing address**

**Mark Roslon**
**1047 Townsend Ave**
**New Haven, CT 06512-1954**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.239
4**

**Nonpriority creditor's name and mailing address**

**Mark Roslon**
**16 Chestnut Drive**
**Derby, CT 06418**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.239
5**

**Nonpriority creditor's name and mailing address**

**Mark Santarsiero**
**19457 Surfset Dr**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.239
6**

**Nonpriority creditor's name and mailing address**

**Mark Santarsiero**
**19457 Surfset Dr**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.239
7**

**Nonpriority creditor's name and mailing address**

**Mark Savinsky**
**2865 Citrocado Ranch st**
**Corona, CA 92881**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.239 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Savinsky**
**2865 Citrocado Ranch st**
**Corona, CA 92881**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.239 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Schwab**
**308 SE Fullerton St**
**Bentonville, AR 72712**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Shinaberry**
**14922 Markese Ave**
**Allen Park, MI 48101**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Shoemaker**
**2507 Windover Dr**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**mark siegel**
**3413 Pacific Avenue**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Smith**
**2963 Pua Alani Place**
**Koloa, HI 96756**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.240 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Steeber**
**15251 Webster St**
**Westminster, CA 92683**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
                Name                                                        Case number (if known) _____

---

| 3.240<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**mark steele**
**3042 E Vista St**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Stewart**
**6454 Glen River Cir.**
**Las Vegas, NV 89131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Stoffer**
**15136 Moir Ct**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Strickler**
**2528 Duke Place**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.240<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Tackmann**
**19312 Evening Hill Drive**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Tackmann**
**1 Park Plaza, Suite 950**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.241<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mark Taylor**
**2408 S French Ave**
**Sanford, FL 32771**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**3.241 2**

**Nonpriority creditor's name and mailing address**

**Mark Testoni**
**5000 N Ocean Dr**
**1703**
**Riviera Beach, FL 33404**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.241 3**

**Nonpriority creditor's name and mailing address**

**Mark Thomas**
**9141 Sanctuary Ct**
**Raleigh, NC 27617**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.241 4**

**Nonpriority creditor's name and mailing address**

**Mark Thornton**
**2140 E. Horse Creek Ct**
**Meridian, ID 83642**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.241 5**

**Nonpriority creditor's name and mailing address**

**Mark Thornton**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.241 6**

**Nonpriority creditor's name and mailing address**

**Mark Thornton**
**2140 E Horse Creek Ct**
**Meridian, ID 83642**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.241 7**

**Nonpriority creditor's name and mailing address**

**MARK THORNTON**
**2140 E HORSE CREEK CT**
**Meridian, ID 83642**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.241 8**

**Nonpriority creditor's name and mailing address**

**MARK THORNTON**
**2140 E HORSE CREEK CT**
**Meridian, ID 83642**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.2419**

**Nonpriority creditor's name and mailing address**
**Mark Ulferts**
**10006 Sausalito Dr.**
**Austin, TX 78759**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2420**

**Nonpriority creditor's name and mailing address**
**Mark Ulferts**
**2311 Mechanic St**
**Galveston, TX 77550**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2421**

**Nonpriority creditor's name and mailing address**
**Mark Uyekawa**
**24415 Paseo De Toronto**
**Yorba Linda, CA 92887**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2422**

**Nonpriority creditor's name and mailing address**
**MARK V FERRARA**
**20 Nancy Drive**
**Stafford Township, NJ 08050**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2423**

**Nonpriority creditor's name and mailing address**
**Mark Verrilli**
**164 Strathmore Road**
**Apartment 8**
**Boston, MA 02135**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2424**

**Nonpriority creditor's name and mailing address**
**Mark Villarin**
**101 BALDWIN LAKE CT**
**FOLSOM, CA 95630**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2425**

**Nonpriority creditor's name and mailing address**
**mark wakefield**
**14 salermo**
**laguna niguel, CA 92677**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                               Case number (if known) _____
         Name

---

| 3.242 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark West**
**571 Oak Ridge Drive**
**Oakdale, CA 95361**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Last 4 digits of account number _**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**mark west**
**2728 Nipoma St**
**San Diego, CA 92106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Last 4 digits of account number _**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Wiedder**
**7912 Moonmist Circle**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Last 4 digits of account number _**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.242 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Willard**
**2306 Calvary Road**
**Bel Air, MD 21015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number _**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Williams**
**8726 S. Buchanan Way**
**Aurora, CO 80016-7806**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Last 4 digits of account number _**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Wilson**
**6329 Dominica Ave**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number _**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.243 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Mark Wilson**
**6329 Domenica Ave**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number _**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                         Case number *(if known)* _____

_____
Name

| | | |
|---|---|---|
| **3.243 3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Mark Yosowitz**
**170 5th Ave**
**#3**
**New York, NY 10010**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 4**    **Nonpriority creditor's name and mailing address**

**Mark Zienkiewicz**
**290a Akiohala st**
**Kailua, HI 96734**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 5**    **Nonpriority creditor's name and mailing address**

**Mark/Chris Srebro**
**38248 POSSUM RD**
**Ocean View, DE 19970**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 6**    **Nonpriority creditor's name and mailing address**

**Markie Taylor**
**270 Cagney lane APT 302**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 7**    **Nonpriority creditor's name and mailing address**

**Marklyn Retzer**
**3845 Nautical Dr**
**Carlsbad, CA 92008**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 8**    **Nonpriority creditor's name and mailing address**

**Marko Jukic**
**96 De Sales Pl.**
**Apr. 2A**
**Brooklyn, NY 11207**

Date(s) debt was incurred  **2025**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.243 9**    **Nonpriority creditor's name and mailing address**

**Markus Scholten**
**204 33rd St**
**Apt. 1**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.244 0**

**Nonpriority creditor's name and mailing address**

**Marla Kalkus**
**99 Old Farm Road**
**Centerville, MA 02632**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 1**

**Nonpriority creditor's name and mailing address**

**Marla Kalkus**
**8381 Sage Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 2**

**Nonpriority creditor's name and mailing address**

**Marla Scribner**
**105 Nanthala Ct W**
**Hertford, NC 27944**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 3**

**Nonpriority creditor's name and mailing address**

**Marlaina Capes**
**1106 N Canterbury Dr**
**Ellensburg, WA 98926**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 4**

**Nonpriority creditor's name and mailing address**

**Marlene Burdick**
**8551 crown point road**
**Indianapolis, IN 46278**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 5**

**Nonpriority creditor's name and mailing address**

**Marlene Eckert**
**3518 E Copper Kettle Way**
**Orange, CA 92867**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.244 6**

**Nonpriority creditor's name and mailing address**

**Marlene Jones**
**873 Roxanne Avenue**
**Long Beach, CA 90815**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.244 7**

**Nonpriority creditor's name and mailing address**

**Marley Smith**
**1632 Beechwood**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.244 8**

**Nonpriority creditor's name and mailing address**

**Marlin Burton**
**4644 overend ave.**
**Richmond, CA 94804**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.244 9**

**Nonpriority creditor's name and mailing address**

**Marliss Baca**
**1505 N Williams St**
**Hanford, CA 93230**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.245 0**

**Nonpriority creditor's name and mailing address**

**Marlo Anderson**
**1086 E. Bedford Dr.**
**Kaysville, UT 84037**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.245 1**

**Nonpriority creditor's name and mailing address**

**Marlo Anderson**
**1086 E Bedford Drive**
**Kaysville, UT 84037**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.245 2**

**Nonpriority creditor's name and mailing address**

**Marlo Brackelsberg**
**87 Landing Road**
**Bottineau, ND 58318**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.245 3**

**Nonpriority creditor's name and mailing address**

**Marlo Brackelsberg**
**87 Landing Road**
**Bottineau, ND 58318**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.245 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marlon McGowan**
**12066 Steel**
**Detroit, MI 48227**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

| 3.245 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marna Bales**
**203 Rocketts Way**
**Richmond, VA 23231**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.245 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marni Jimenez**
**11045 Victoria Ave.**
**Riverside, CA 92503**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.245 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marnie Von Hagen**
**18 Dusk Way**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.245 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marqita Sheridan**
**5829 Austin English St.**
**north las vegas, NV 89081-4411**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.245 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marques Heath**
**1100 Warner Rd**
**Green Cove Springs, FL 32043**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.246 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Marrone John**
**978 Huntingdon Pike**
**Huntingdon Valley, PA 19006**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.246**
**1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Marsha Coxen**
**2940 Peppertree LN Apt C**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246**
**2**

**Marsha Kleinheinz**
**3860 Linn Ranch Road**
**Wilson, WY 83014**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246**
**3**

**Marsha Lyman**
**2 Concord Ave**
**Factoryville, PA 18419**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246**
**4**

**Marshall Eiring**
**20731 Reef Lane**
**Huntington Beach, CA 92646**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246**
**5**

**Marshall Montgomery**
**1125 El Paso Dr**
**Los Angeles, CA 90065**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246**
**6**

**Marshall Topping**
**1355 Logan Ave**
**8**
**Costa Mesa, CA 92626**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.246**
**7**

**Marshall Williams**
**4510 W BUNGALOW ST**
**# 9567**
**FAYETTEVILLE, AR 72704**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** Check all that apply.

**$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**
_____    Case number *(if known)* _____
Name

---

**3.246 8**

**Nonpriority creditor's name and mailing address**

**Marshall Williams**
**195 Rainbow Dr**
**9567**
**Livingston, TX 77399**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.246 9**

**Nonpriority creditor's name and mailing address**

**Mart Withers**
**675 East Center Street**
**Alpine, UT 84004**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.247 0**

**Nonpriority creditor's name and mailing address**

**Martha Alden**
**508 California St**
**Huntington Beach, CA 92648**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.247 1**

**Nonpriority creditor's name and mailing address**

**Martha Ashenfelter**
**1420 Cleveland**
**Port Townsend, WA 98368**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.247 2**

**Nonpriority creditor's name and mailing address**

**Martha H Schoener**
**507 Rosebud Orchid Way**
**Weaverville, NC 28787**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.247 3**

**Nonpriority creditor's name and mailing address**

**Martha Peterson**
**9720 W Peoria Ave**
**STE 110**
**Peoria, AZ 85345**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.247 4**

**Nonpriority creditor's name and mailing address**

**Martin Bonita**
**3894 Oak Woods CT**
**Douglasville, GA 30135-4319**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.247
5**

**Nonpriority creditor's name and mailing address**

**Martin Derek**
**105 Main Street**
**Balboa, CA 92661**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247
6**

**Nonpriority creditor's name and mailing address**

**martin geracitano**
**8202 brixham cir**
**huntington beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247
7**

**Nonpriority creditor's name and mailing address**

**Martin Grieder**
**708 Woodland Ave**
**East Norriton, PA 19403**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247
8**

**Nonpriority creditor's name and mailing address**

**Martin Guimond**
**3400 Ch Des Ruisseaux**
**Saint-Honor, QC G0V 1L0**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.247
9**

**Nonpriority creditor's name and mailing address**

**Martin Hankinson**
**309 Windemere Rd.**
**Wilmington, NC 28405**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248
0**

**Nonpriority creditor's name and mailing address**

**Martin Hile**
**40942 Taylorstown Meadows Pl**
**Lovettsville, VA 20180**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.248
1**

**Nonpriority creditor's name and mailing address**

**Martin Hile**
**40942 Taylorstown Meadows Pl**
**Lovettsville, VA 20180**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____  Case number *(if known)* _____
          Name

| 3.248 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Hile**
**40942 Taylorstown Meadows Place**
**Lovettsville, VA 20180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Hile**
**40942 Taylorstown Meadows Pl**
**Lovettsville, VA 20180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Krager**
**6041 Irongate Circle**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Krager**
**6041 IRONGATE CIR**
**HUNTINGTON BEACH, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Molina**
**442 33rd St**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Murphy**
**130 Walnut Street**
**Frankfort, IL 60423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.248 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Martin Murphy**
**130 WALNUT ST**
**FRANKFORT, IL 60423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2489**

**Nonpriority creditor's name and mailing address**

**Martin Naskovski**
**14685 Caminito Orense Este**
**San Diego, CA 92129**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2490**

**Nonpriority creditor's name and mailing address**

**Martin Oconnor**
**1228 s lake shore drive**
**Fontana, WI 53125**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2491**

**Nonpriority creditor's name and mailing address**

**Martin Peaden**
**816 Lower Mill Rd**
**Hixson, TN 37343**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2492**

**Nonpriority creditor's name and mailing address**

**Martin Solomon**
**3318 SE 6TH AVE**
**ELEUTHERA CONSOLIDATED**
**Fort Lauderdale, FL 33316**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2493**

**Nonpriority creditor's name and mailing address**

**Martin Stauber**
**404 De Sola Terrace**
**Corona del Mar, CA 92625**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2494**

**Nonpriority creditor's name and mailing address**

**Martin Stromain**
**64 Kyle**
**Court**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2495**

**Nonpriority creditor's name and mailing address**

**Martin Taylor**
**1943 Port Locksleigh Pl**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name                                                                 Case number (if known)  _____

---

**3.2496**

**Nonpriority creditor's name and mailing address**

**martin tischler**
**9871 88th Way North**
**Seminole, FL 33777**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ☐ No  ☐ Yes

$0.00

---

**3.2497**

**Nonpriority creditor's name and mailing address**

**Martin Van Winkle**
**1851 High Street**
**Unit B**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.2498**

**Nonpriority creditor's name and mailing address**

**Martin Van Winkle**
**1851 High Street Unit B**
**Myrtle Beach, SC 29577**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.2499**

**Nonpriority creditor's name and mailing address**

**Martin Wilson**
**30322 Via Reata**
**laguna niguel, CA 92677**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.2500**

**Nonpriority creditor's name and mailing address**

**Martina Albert**
**2730 Sereno Ave**
**Ventura, CA 93003**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.2501**

**Nonpriority creditor's name and mailing address**

**Martina Albert**
**2730 Sereno Ave**
**Ventura, CA 93003**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.2502**

**Nonpriority creditor's name and mailing address**

**Martina Rogers**
**11569 West Silk Oak Path**
**Homosassa, FL 34448**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.250 3**

**Nonpriority creditor's name and mailing address**

**Martina Rogers**
**11569 W. Silk Oak Path**
**Homosassa, FL 34448**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 4**

**Nonpriority creditor's name and mailing address**

**Martine Durocher**
**14500 Tamiami Trail East # 53**
**Naples, FL 34114**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 5**

**Nonpriority creditor's name and mailing address**

**Martine Durocher**
**12900 Rue Paul-Sauva**
**Mirabel, QC**
**CANADA J7N 0G9**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 6**

**Nonpriority creditor's name and mailing address**

**MARTINE OTIS**
**8 Rue Ral  Benoat**
**Blainville, QC**
**CANADA J7C 4Z5**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 7**

**Nonpriority creditor's name and mailing address**

**Marty Brack**
**217 Yellow Jasmine Dr.**
**Elgin, SC 29045**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 8**

**Nonpriority creditor's name and mailing address**

**Marty Cloud**
**12320 Saint Paul Cir**
**Corona, CA 92883**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.250 9**

**Nonpriority creditor's name and mailing address**

**Marty Herndon**
**61 Arch Street**
**Nortonville, KY 42442**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

| 3.251 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**marty herndon**
**61 arch street**
**Nortonville, KY 42442**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.251 1**

**Nonpriority creditor's name and mailing address**
**Marty Knowles**
**13715 Darvalle st**
**Cerritos, CA 90703**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.251 2**

**Nonpriority creditor's name and mailing address**
**Marty Mazzara**
**609 china doll pl**
**Henderson, NV 89012**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.251 3**

**Nonpriority creditor's name and mailing address**
**Marty Moore**
**7079 Hurricane Creek Road**
**McEwen, TN 37101**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.251 4**

**Nonpriority creditor's name and mailing address**
**Marvin Henley**
**163 Ridley Rd.**
**Palmetto, GA 30268**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.251 5**

**Nonpriority creditor's name and mailing address**
**Marvin Lambrecht**
**1417 Ponderosa Dr.**
**Sandpoint, ID 83864**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.251 6**

**Nonpriority creditor's name and mailing address**
**MARVIN SPENCER**
**34 COUGAR LOOP**
**CANON CITY, CO 81212**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                         Case number (if known) _____
_____
Name

---

| 3.251 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MARVIN SPENCER**
**34 COUGAR LOOP**
**CANON CITY, CO 81212-9486**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mary Adams**
**7200 York Avenue**
**Unit #601**
**Edina, MN 55435**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.251 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mary Alexoff**
**1878 Shady Ln**
**Big Bear City, CA 92314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mary Ann Bentrott**
**7 White Pine Dr**
**Newport Coast, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mary Ann Brooks**
**11511 Ivywood Rd**
**Chester, VA 23831**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mary Ann Looby**
**6785 West Evans Ave**
**Lakewood, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.252 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mary Ann Looby**
**6785 W Evans Ave**
**Lakewood, CO 80227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.252 4**

**Nonpriority creditor's name and mailing address**

**Mary Ann Shrum**
**PO Box 19924**
**7 Golden Gate**
**Colorado City, CO 81019**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.252 5**

**Nonpriority creditor's name and mailing address**

**Mary Ann Tomingas**
**5639 Topaz Place**
**Mississauga, ON L5M 7B7**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.252 6**

**Nonpriority creditor's name and mailing address**

**Mary Anne Christensen**
**13700 Marina Pointe Dr. #1416**
**Marina del Rey, CA 90292**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.252 7**

**Nonpriority creditor's name and mailing address**

**Mary Anne Christensen**
**13700 Marina Pointe Dr.**
**Apt. 1416**
**Marina del Rey, CA 90292**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.252 8**

**Nonpriority creditor's name and mailing address**

**Mary Anne Knox**
**4605 Chelsea Place**
**Rocklin, CA 95677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.252 9**

**Nonpriority creditor's name and mailing address**

**Mary Bartels/Dutson**
**13859 North Bank Road**
**Roseburg, OR 97470**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.253 0**

**Nonpriority creditor's name and mailing address**

**Mary Bartelsdutson**
**13859 North Bank Road**
**Roseburg, OR 97470**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.253
1**

**Nonpriority creditor's name and mailing address**

**Mary Beth Nehrkorn**
**2401 Lakewood Ranch Blvd N**
**Apt 1401**
**Sarasota, FL 34240**

Date(s) debt was incurred **2022**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.253
2**

**Nonpriority creditor's name and mailing address**

**Mary Beth Penalosa**
**44560 Cayenne trail**
**Temecula, CA 92592**

Date(s) debt was incurred **2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.253
3**

**Nonpriority creditor's name and mailing address**

**mary beth smith**
**5 Jerdens lane**
**Rockport, MA 01966**

Date(s) debt was incurred **2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.253
4**

**Nonpriority creditor's name and mailing address**

**Mary Bleau**
**19 Priscilla Lane**
**Rouses Point, NY 12979**

Date(s) debt was incurred **2024**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.253
5**

**Nonpriority creditor's name and mailing address**

**Mary Bradway**
**432 Soule Rd**
**Wilbraham, MA 01095**

Date(s) debt was incurred **2024**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.253
6**

**Nonpriority creditor's name and mailing address**

**Mary Brune**
**1276 Caroline Street**
**Alameda, CA 94501**

Date(s) debt was incurred **2025**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.253
7**

**Nonpriority creditor's name and mailing address**

**Mary Brune**
**1276 Caroline Street**
**Alameda, CA 94501**

Date(s) debt was incurred **2024**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.253 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Catherine Sanders**
**4748 Le Mon Cay Ct**
**Fernandina Beach, FL 32034**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.253 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Chamblee**
**4917 Faber Drive**
**Raleigh, NC 27606**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Cote**
**1816 Rosita Drive**
**Glendale, CA 91208**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Coughlin**
**20048 Tavernier Dr**
**Estero, FL 33928**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Creten**
**N31 W7296 Lincoln Blvd**
**CEDARBURG, WI 53012**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Drake**
**415 Chippewa Dr**
**Fremont, MI 49412**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.254 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mary Drake**
**415 CHIPPEWA DR**
**FREMONT, MI 49412-1759**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                  Case number *(if known)* _____
_____
Name

---

**3.254
5**

**Nonpriority creditor's name and mailing address**

**Mary Dube**
**875 Grant Place**
**Boulder, CO 80302**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.254
6**

**Nonpriority creditor's name and mailing address**

**Mary Dube**
**875 Grant Place**
**Boulder, CO 80302**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.254
7**

**Nonpriority creditor's name and mailing address**

**Mary Dutra**
**14509 Cedarsprings Dr**
**Whittier, CA 90603**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.254
8**

**Nonpriority creditor's name and mailing address**

**Mary Ellen Scalera**
**1339 Bay Avenue**
**Mantoloking, NJ 08738**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.254
9**

**Nonpriority creditor's name and mailing address**

**Mary Falcon**
**21030 Pacific City Circle**
**#3301**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.255
0**

**Nonpriority creditor's name and mailing address**

**Mary Fleiss**
**706 Park Ave**
**Newport Beach, CA 92662**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.255
1**

**Nonpriority creditor's name and mailing address**

**Mary Forrest**
**123 Pennsylvania Avenue**
**Building 2, Gate 4**
**S Kearney, NJ 07032**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page  365 of 1405

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.255 2**

**Nonpriority creditor's name and mailing address**

**Mary Garcia**
**148 Dakota Ave**
**Columbus, OH 43222**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 3**

**Nonpriority creditor's name and mailing address**

**Mary Giovaniello**
**1201 S Ocean Dr**
**#2112 S**
**Hollywood, NJ 33019**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 4**

**Nonpriority creditor's name and mailing address**

**Mary Gordon**
**90 Laural St**
**Port Hadlock, WA 98339**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 5**

**Nonpriority creditor's name and mailing address**

**Mary Gordon**
**90 Laurel St**
**Port Hadlock, WA 98339**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 6**

**Nonpriority creditor's name and mailing address**

**Mary Graves**
**3728 Flowing Brook Dr**
**Fort Wayne, IN 46818**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 7**

**Nonpriority creditor's name and mailing address**

**Mary Greene**
**8221 East Woodwind Ave**
**Orange, CA 92869**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.255 8**

**Nonpriority creditor's name and mailing address**

**Mary Greggains**
**43 Daniels Rd**
**Falmouth, MA 02540**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                      Case number (if known) _____
                    Name

---

**3.2559**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| **MARY Hoffmann** | ☐ Contingent |
| **904 Franklin St** | ☐ Unliquidated |
| **Wausau, WI 54403** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.2560**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| **Mary Huffman** | ☐ Contingent |
| **491 Prospect** | ☐ Unliquidated |
| **Newport Beach, CA 92663** | ☐ Disputed |
| Date(s) debt was incurred **2020** | **Basis for the claim: Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.2561**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| **Mary Hunt** | ☐ Contingent |
| **5749 Independence Place** | ☐ Unliquidated |
| **Fairfield, OH 45014** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.2562**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| **Mary Hunt** | ☐ Contingent |
| **5749 Independence Place** | ☐ Unliquidated |
| **Fairfield, OH 45014** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.2563**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| **Mary Jane** | ☐ Contingent |
| **124 Pearl Street** | ☐ Unliquidated |
| **Franklin, TN 37064** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.2564**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| **Mary Jane Blackwell** | ☐ Contingent |
| **P.O. Box 27581** | ☐ Unliquidated |
| **Santa Ana, CA 92799** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.2565**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. $0.00 |
| **Mary Jo Carpenter** | ☐ Contingent |
| **20302 Tidepool Cr** | ☐ Unliquidated |
| **Unit 101** | ☐ Disputed |
| **Huntington Beach, CA 92646** | |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.256 6**

**Nonpriority creditor's name and mailing address**

**Mary Jo Coggon**
**4322 S Todd Dr**
**Greenfield, WI 53228**

Date(s) debt was incurred _2024_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.256 7**

**Nonpriority creditor's name and mailing address**

**Mary Jones**
**600 Lincoln Avenue**
**Bridgeport, CT 06606**

Date(s) debt was incurred _2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.256 8**

**Nonpriority creditor's name and mailing address**

**Mary Kastendieck**
**13715 state highway 14 w**
**Billings, KS 65610**

Date(s) debt was incurred _2024_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.256 9**

**Nonpriority creditor's name and mailing address**

**Mary Kastendieck**
**29415 Lone Star Road**
**Paola, KS 66071**

Date(s) debt was incurred _2022_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.257 0**

**Nonpriority creditor's name and mailing address**

**Mary Kastendieck**
**13715 State Highway 14 West**
**Billings, MO 65610**

Date(s) debt was incurred _2022_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.257 1**

**Nonpriority creditor's name and mailing address**

**Mary Kay Alspaugh**
**8380 S Haven Lane**
**Fort Myers, FL 33919**

Date(s) debt was incurred _2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.257 2**

**Nonpriority creditor's name and mailing address**

**Mary Kay Alspaugh**
**8380 S. Haven Lane**
**Fort Myers, FL 33919**

Date(s) debt was incurred _2020_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
      Name

---

**3.257 3**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mary Kay Martin** | ☐ Contingent | |
| **9224 Meadow Lane** | ☐ Unliquidated | |
| **Riverside, CA 92508** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.257 4**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mary Kay Martin** | ☐ Contingent | |
| **9224 Meadow ln** | ☐ Unliquidated | |
| **Riverside, CA 92508** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.257 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mary Kay Martin** | ☐ Contingent | |
| **9224 Meadow Lane** | ☐ Unliquidated | |
| **Riverside, CA 92508** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.257 6**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mary Klein** | ☐ Contingent | |
| **1175 La Moree Rd** | ☐ Unliquidated | |
| **Space 112** | ☐ Disputed | |
| **San Marcos, CA 92078-4522** | | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.257 7**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mary Klopfer** | ☐ Contingent | |
| **2716 Golfside Drive** | ☐ Unliquidated | |
| **Las Vegas, NV 89134** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.257 8**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mary Lasich** | ☐ Contingent | |
| **4820 Rampart Street** | ☐ Unliquidated | |
| **Raleigh, NC 27609** | ☐ Disputed | |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.257 9**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Mary Latvala** | ☐ Contingent | |
| **2104 16th Avenue** | ☐ Unliquidated | |
| **Menominee, MI 49858** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.258 0**

**Nonpriority creditor's name and mailing address**

**Mary Lawrenson**
**872 Huntington Dr**
**Highlands Ranch, CO 80126**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.258 1**

**Nonpriority creditor's name and mailing address**

**Mary Lingo**
**4063 Hwy 70N**
**Crossville, TN 38571**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.258 2**

**Nonpriority creditor's name and mailing address**

**Mary Lingo Lance You g**
**813 Sigsbee Rd**
**PMB 191**
**Key West, TN 33040**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.258 3**

**Nonpriority creditor's name and mailing address**

**mary llewellyn**
**101 dutchess blvd**
**atlantic beach, NY 11509**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.258 4**

**Nonpriority creditor's name and mailing address**

**Mary Long**
**4336 Stewart Street**
**Portland, OR 51726**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.258 5**

**Nonpriority creditor's name and mailing address**

**Mary Macdonald**
**330 34th Place Apt. B**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.258 6**

**Nonpriority creditor's name and mailing address**

**Mary Malone**
**1415 Dodd Road**
**Mendota Heights, MN 55118**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page  370 of 1405

Debtor **Electric Bike Company, LLC**                     Case number (if known) _____

Name

---

**3.258 7**

**Nonpriority creditor's name and mailing address**

**Mary Marks**
**1126 Carraway Ct.**
**Collinsville, IL 62234**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.258 8**

**Nonpriority creditor's name and mailing address**

**Mary Martinez**
**249 Walnut Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.258 9**

**Nonpriority creditor's name and mailing address**

**Mary Martinez**
**249 walnut st**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.259 0**

**Nonpriority creditor's name and mailing address**

**Mary Mcfadden**
**4820 Camino Costado**
**San Clemente, CA 92673**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.259 1**

**Nonpriority creditor's name and mailing address**

**Mary McManus**
**3 Anna Drive**
**Canton, MA 02021**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.259 2**

**Nonpriority creditor's name and mailing address**

**Mary McManus**
**3 Anna Drive**
**Canton, MA 02021**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.259 3**

**Nonpriority creditor's name and mailing address**

**Mary McManus**
**3 Anna Drive**
**Canton, MA 02021**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.259 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| | **Mary McManus** | ☐ Contingent |
| | **3 Anna Drive** | ☐ Unliquidated |
| | **Danvers, MA 01923** | ☐ Disputed |
| | Date(s) debt was incurred __2024__ | Basis for the claim: __Warranty__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.259 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| | **mary mcneill** | ☐ Contingent |
| | **16642 Irby Lane** | ☐ Unliquidated |
| | **Huntington Beach, CA 92647** | ☐ Disputed |
| | Date(s) debt was incurred __2021__ | Basis for the claim: __Warranty__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.259 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| | **Mary Mihalik** | ☐ Contingent |
| | **2525 Gulf of Mexico Dr** | ☐ Unliquidated |
| | **4D** | ☐ Disputed |
| | **Longboat Key, FL 34228** | |
| | Date(s) debt was incurred __2023__ | Basis for the claim: __Warranty__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.259 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| | **Mary Minar** | ☐ Contingent |
| | **20841 Colima Lane** | ☐ Unliquidated |
| | **Huntington Beach, CA 92646** | ☐ Disputed |
| | Date(s) debt was incurred __2025__ | Basis for the claim: __Warranty__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.259 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| | **Mary Minar** | ☐ Contingent |
| | **20841 Colima Ln** | ☐ Unliquidated |
| | **Huntington Beach, CA 92646** | ☐ Disputed |
| | Date(s) debt was incurred __2023__ | Basis for the claim: __Warranty__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.259 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| | **Mary Montoya** | ☐ Contingent |
| | **1585 Old Hudson Road** | ☐ Unliquidated |
| | **Saint Paul, MN 55106** | ☐ Disputed |
| | Date(s) debt was incurred __2024__ | Basis for the claim: __Warranty__ |
| | Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

| | | |
|---|---|---|
| 3.260 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. **$0.00** |
| | **Mary Nichols** | ☐ Contingent |
| | **8325 Cypress Pond Lane** | ☐ Unliquidated |
| | **Chesterfield, VA 23838** | ☐ Disputed |
| | Date(s) debt was incurred __2025__ | Basis for the claim: __Warranty__ |
| | Last 4 digits of account number _7_ | Is the claim subject to offset? ■ No ☐ Yes |

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

**3.260
1**

**Nonpriority creditor's name and mailing address**

**Mary Nichols**
**16116 W street**
**Omaha, NE 68135-2931**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.260
2**

**Nonpriority creditor's name and mailing address**

**Mary P Weil**
**150 Wrenn Drive**
**#813**
**Cary, NC 27512**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.260
3**

**Nonpriority creditor's name and mailing address**

**Mary Peterson**
**5306 Crow Wing Heights Ct**
**Brainerd, MN 56401**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.260
4**

**Nonpriority creditor's name and mailing address**

**Mary Rinehart**
**2731 N Mayview Rd**
**Raleigh, NC 27607**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.260
5**

**Nonpriority creditor's name and mailing address**

**Mary Sarley**
**294 White Hill Rd5**
**Hillsdale, NY 12529**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.260
6**

**Nonpriority creditor's name and mailing address**

**Mary Scheidel**
**22921 Glen Hall Rd**
**Shell Rock, IA 50670**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.260
7**

**Nonpriority creditor's name and mailing address**

**Mary Sellers**
**417 Willow Bend Dr**
**Columbia, SC 29212-1419**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**    Case number (if known) _____
         Name

| 3.260 8 | **Nonpriority creditor's name and mailing address** **Mary Shea** **325 MARAVIYA BLVD** **NOKOMIS, FL 34275** Date(s) debt was incurred **2025** Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Warranty** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.260 9 | **Nonpriority creditor's name and mailing address** **Mary Shea** **P.O. Box 383514** **Waikoloa, HI 96738** Date(s) debt was incurred **2022** Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Warranty** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.261 0 | **Nonpriority creditor's name and mailing address** **Mary Shea** **68-1726 Hulu St** **Waikoloa, HI 96738** Date(s) debt was incurred **2021** Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Warranty** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.261 1 | **Nonpriority creditor's name and mailing address** **Mary Shiverick** **3046 Lower Saddleback Rd** **Park City, UT 84098** Date(s) debt was incurred **2022** Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Warranty** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.261 2 | **Nonpriority creditor's name and mailing address** **Mary Simone** **95 River Valley Drive** **Toronto, AL P0B 1L0** Date(s) debt was incurred **2024** Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Warranty** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.261 3 | **Nonpriority creditor's name and mailing address** **Mary Szczawinski** **14553 Manor Road** **Phoenix, MD 21131** Date(s) debt was incurred **2022** Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Warranty** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| 3.261 4 | **Nonpriority creditor's name and mailing address** **Mary Szczawinski** **14553 Manor Road** **Phoenix, MD 21131** Date(s) debt was incurred **2022** Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply. ☐ Contingent ☐ Unliquidated ☐ Disputed **Basis for the claim:** **Warranty** Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
|---|---|---|---|

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|--|
| | Name | | |

---

**3.2615**

**Nonpriority creditor's name and mailing address**

**Mary Warner**
**1236 S Pacific St**
**Apt 4**
**Oceanside, CA 92054**

**Date(s) debt was incurred  2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2616**

**Nonpriority creditor's name and mailing address**

**Mary WEIL**
**534 SIPPIHAW OAKS DR**
**FUQUAY VARINA, NC 27526**

**Date(s) debt was incurred  2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2617**

**Nonpriority creditor's name and mailing address**

**Mary Woffinden**
**2543 Clapham Lane**
**Minden, NV 89423**

**Date(s) debt was incurred  2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2618**

**Nonpriority creditor's name and mailing address**

**Mary Wood**
**238 E Church St**
**PO Box 111**
**Gosport, IN 47433**

**Date(s) debt was incurred  2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2619**

**Nonpriority creditor's name and mailing address**

**Mary Woods**
**214 Highland St**
**Unit B**
**Newport Beach, CA 92663**

**Date(s) debt was incurred  2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2620**

**Nonpriority creditor's name and mailing address**

**MaryAnn Froehlich**
**10776 N McCall Falls Drive**
**Hayden, ID 83835**

**Date(s) debt was incurred  2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2621**

**Nonpriority creditor's name and mailing address**

**Maryann Hardin**
**1309 FULBRIGHT AVE**
**REDLANDS, CA 92373**

**Date(s) debt was incurred  2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.262 2**

**Nonpriority creditor's name and mailing address**

**MaryAnne Knox**
**4605 Chelsea Place**
**Rocklin, CA 95677**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262 3**

**Nonpriority creditor's name and mailing address**

**Maryanne Knox**
**4605 Chelsea Place**
**Rocklin, CA 95677**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262 4**

**Nonpriority creditor's name and mailing address**

**Maryanne O'Dowd**
**1654 Jensen Dr**
**PO Box 393**
**Ellison Bay, WI 54210**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262 5**

**Nonpriority creditor's name and mailing address**

**Maryanne O'Dowd**
**1654 Jensen Drive**
**Ellison Bay, WI 54210**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262 6**

**Nonpriority creditor's name and mailing address**

**MARYBELL HERNANDEZ**
**622 HAMILTON ST APT 6**
**COSTA MESA, CA 92627-2649**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262 7**

**Nonpriority creditor's name and mailing address**

**Marychris Fees**
**109 Revuelta CT**
**San Clemente, CA 92672**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.262 8**

**Nonpriority creditor's name and mailing address**

**Marye Allanson**
**1312 Missouri Ave**
**Oceanside, CA 92054-3315**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.262 9**

**Nonpriority creditor's name and mailing address**

**Marye Allanson**
**1312 Missouri Ave**
**Oceanside, CA 92054-3315**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263 0**

**Nonpriority creditor's name and mailing address**

**Mason Hinn**
**801 N Sunrise Blvd**
**Camano Island, WA 98282**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263 1**

**Nonpriority creditor's name and mailing address**

**Mason Mccollum**
**15 Cape Danbury**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263 2**

**Nonpriority creditor's name and mailing address**

**Mason Price**
**231 sherwood pl.**
**costa mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263 3**

**Nonpriority creditor's name and mailing address**

**Mason Rehbein**
**2516 Virginia Ave S**
**Minneapolis, MN 55426**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263 4**

**Nonpriority creditor's name and mailing address**

**Mason Richards**
**125 E Lincoln Ave**
**Columbus, OH 43214**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.263 5**

**Nonpriority creditor's name and mailing address**

**Matan Liron**
**12540 SW Leveton Dr.**
**B1344**
**Tualatin, OR 97062**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

**3.263 6**

**Nonpriority creditor's name and mailing address**

**Matheus Lima**
**1846 reed ave**
**San Diego, CA 92109**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.263 7**

**Nonpriority creditor's name and mailing address**

**mathew alexander**
**17628 218th ave ne**
**woodinville, WA 98077**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.263 8**

**Nonpriority creditor's name and mailing address**

**Mathew Fengel**
**1031 E Penny Ln**
**San Tan Valley, AZ 85140**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.263 9**

**Nonpriority creditor's name and mailing address**

**Mathew Wilkins**
**308 18th street**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.264 0**

**Nonpriority creditor's name and mailing address**

**Matt Barsom**
**164 Merrill Pl**
**Unit D**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.264 1**

**Nonpriority creditor's name and mailing address**

**Matt Baydala**
**15 Wilson Ct**
**Park City, UT 84060**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.264 2**

**Nonpriority creditor's name and mailing address**

**Matt Baydala Baydala**
**15 Wilson Ct**
**Park City, UT 84060**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.264 3**

**Nonpriority creditor's name and mailing address**

**Matt Bays**
**427 E. 17th St.**
**F 268**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 4**

**Nonpriority creditor's name and mailing address**

**Matt Beineke**
**7409 Aloft Way**
**Wilmington, NC 28411**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 5**

**Nonpriority creditor's name and mailing address**

**Matt Brown**
**7 Wild Goose Ct**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 6**

**Nonpriority creditor's name and mailing address**

**Matt Bukowiecki**
**338 Walnut Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 7**

**Nonpriority creditor's name and mailing address**

**Matt Bullock**
**9178 Nadine River Circle**
**Fountain Valley, CA 92708**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 8**

**Nonpriority creditor's name and mailing address**

**Matt Bullock**
**9178 Nadine river circle**
**Fountain Valley, CA 92708**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.264 9**

**Nonpriority creditor's name and mailing address**

**Matt Campbell**
**930 Doral Ct**
**Placentia, CA 92870**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.265 0**

**Nonpriority creditor's name and mailing address**

**Matt Clemo**
**1909 Commodore Dr**
**Newport, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265 1**

**Nonpriority creditor's name and mailing address**

**Matt Collins**
**5438 Allott Ave**
**Sherman Oaks, CA 91401**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265 2**

**Nonpriority creditor's name and mailing address**

**Matt Crochet**
**3291 Easter Cir**
**Huntington Beach, CA 92649**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265 3**

**Nonpriority creditor's name and mailing address**

**Matt Deyoung**
**6424 Candlewood St.**
**Lakewood, CA 90713**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265 4**

**Nonpriority creditor's name and mailing address**

**Matt Eddy**
**134 lakeshore ave**
**dover, ID 83825**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265 5**

**Nonpriority creditor's name and mailing address**

**Matt Fordonski**
**25 Farra St**
**Rancho Mission Viejo, CA 92656**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.265 6**

**Nonpriority creditor's name and mailing address**

**Matt Gray**
**19066 Stonehurst ln**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
　　　　　　Name

---

| 3.265<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matt Gray**
**19066 Stonehurst Ln**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matt Gray**
**19066 Stonehurst Ln**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.265<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matt Gray**
**19066 Stonehurst In.**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matt Harrington**
**20392 Allport Lane**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matt Harutunian**
**3 Pebble Ln**
**Kennebunk, ME 04043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matt Harutunian**
**3 Pebble Lane**
**Kennebunk, ME 04043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.266<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matt Hasenyager**
**834 Washington Blvd**
**Ogden, UT 84404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.266
4**

**Nonpriority creditor's name and mailing address**

**Matt Hasenyager**
**834 Washing BLVD.**
**Ogden, UT 84414**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266
5**

**Nonpriority creditor's name and mailing address**

**Matt Herrington**
**20392 AllportLn**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266
6**

**Nonpriority creditor's name and mailing address**

**Matt Hoogerwerf**
**203 Tamarack Dr**
**Dixon, IL 61021**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266
7**

**Nonpriority creditor's name and mailing address**

**Matt Jost**
**3454 Listan Way**
**Rancho Cordova, CA 95670**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266
8**

**Nonpriority creditor's name and mailing address**

**Matt Larson**
**5125 Vine Hill Road**
**Minnetonka, MN 55345**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.266
9**

**Nonpriority creditor's name and mailing address**

**Matt Lipkowitz**
**185 E Laramie Dr**
**Reno, NV 89521**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.267
0**

**Nonpriority creditor's name and mailing address**

**Matt Mann**
**17358 Newton Main St**
**Westfield, IN 46074**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.267 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Martinez**
**3290 Georgia Place**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt McPherson**
**27392 W. 108th St.**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt McPherson**
**27392 W. 108th St.**
**Olathe, KS 66061**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt McSherry**
**44 Parker Road**
**Wellesley, MA 02482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**matt Morris**
**101 Bayview drive**
**manhattan beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Page**
**138 Via Undine**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.267 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Persek**
**26082 Dundee Dr**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.2678**

**Nonpriority creditor's name and mailing address**

**Matt Pfau**
**1649 Pocomo Way**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2679**

**Nonpriority creditor's name and mailing address**

**Matt Pratt**
**1745 wilcox ave**
**116**
**Los Angeles, CA 90028**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2680**

**Nonpriority creditor's name and mailing address**

**Matt Rennells**
**3105 Sherwood Dr**
**Lawrence, KS 66049-2123**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2681**

**Nonpriority creditor's name and mailing address**

**Matt Robinson**
**7721 Garfield Ave**
**Apt. #4**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2682**

**Nonpriority creditor's name and mailing address**

**Matt Schaub**
**700 7th Street**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2683**

**Nonpriority creditor's name and mailing address**

**Matt Simon**
**851 domingo dr #5**
**Newport beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2684**

**Nonpriority creditor's name and mailing address**

**Matt Slane**
**5446 S Grandin Hall Cir**
**Carmel, IN 46033**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.268 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Slane**
**5446 S Grandin Hall Cir**
**carmel, IN 46033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Slane**
**5446 S Grandin hall Cir**
**Carmel, IN 46033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Snyder**
**8309 234th St Sw**
**Edmonds, WA 98026**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Tierney**
**2463 Santa Ana Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.268 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**matt westphal**
**5878 Heavenly Midst Ln**
**las vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matt Wimer**
**2249 Belford Avenue**
**Placentia, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.269 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Matteson Perry**
**5309 Ballona Ln**
**Culver City, CA 90230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

**3.269 2**

**Nonpriority creditor's name and mailing address**

**Matthew Akers**
**2900 Sunridge**
**Apt. 1601**
**Austin, TX 78741**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.269 3**

**Nonpriority creditor's name and mailing address**

**Matthew Akers**
**12130 Pebble Hills Blvd**
**Apt. A108**
**El Paso, TX 79936**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.269 4**

**Nonpriority creditor's name and mailing address**

**Matthew Alexander**
**17628 218th ave ne**
**Woodinville, WA 98077**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.269 5**

**Nonpriority creditor's name and mailing address**

**Matthew Alley**
**3817 Starry Night Loop**
**CASTLE ROCK, CO 80109**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.269 6**

**Nonpriority creditor's name and mailing address**

**Matthew Alley**
**3817 Starry Night Loop**
**Castle Rock, CO 80109**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.269 7**

**Nonpriority creditor's name and mailing address**

**Matthew B Rossie**
**129 Moonlight Drive**
**Healdsburg, CA 95448**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.269 8**

**Nonpriority creditor's name and mailing address**

**matthew bedtelyon**
**659 Mayhew Rd.**
**rose city, MI 48654**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.2699**

**Nonpriority creditor's name and mailing address**

**matthew bedtelyon**
**659 mayhew**
**rose city, MI 48654**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2700**

**Nonpriority creditor's name and mailing address**

**Matthew Boldt**
**55 Crane Ct**
**Springboro, OH 45066**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2701**

**Nonpriority creditor's name and mailing address**

**Matthew Boozer**
**1981 Opal Street**
**Walnut Creek, CA 94596**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2702**

**Nonpriority creditor's name and mailing address**

**Matthew Borden**
**1510 Old Newport Blvd.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2703**

**Nonpriority creditor's name and mailing address**

**Matthew Bullock**
**9178 Nadine River Cir**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2704**

**Nonpriority creditor's name and mailing address**

**Matthew Canada**
**448 Eucalyptus Drive**
**Redlands, CA 92373**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2705**

**Nonpriority creditor's name and mailing address**

**Matthew Canby**
**44 Chapman St**
**Jamestown, NY 14701**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.270 6**

**Nonpriority creditor's name and mailing address**

**Matthew Catano**
**1637 Fuqua dr**
**Flower Mound, TX 75028**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.270 7**

**Nonpriority creditor's name and mailing address**

**Matthew Chapell**
**12490 Ruette Alliante**
**San Diego, CA 92130**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.270 8**

**Nonpriority creditor's name and mailing address**

**Matthew Clarke**
**9512 Erskine Drive**
**Huntington beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.270 9**

**Nonpriority creditor's name and mailing address**

**Matthew Clowser**
**1120 N Betty Ln**
**Clearwater, FL 33755**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.271 0**

**Nonpriority creditor's name and mailing address**

**Matthew Cooper**
**1020 Bradford Drive**
**Williamstown, NJ 08094**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.271 1**

**Nonpriority creditor's name and mailing address**

**Matthew Cosca**
**4002 Lawrence Ave**
**Kensington, MD 20895-1537**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.271 2**

**Nonpriority creditor's name and mailing address**

**Matthew Dallhoff**
**1604 Carson Street**
**Raleigh, NC 27608**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
          Name                                                    Case number (if known) _____

---

| 3.271 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Davis**
**112 S Wayne St**
**Apt 3**
**Angola, IN 46703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Davis**
**112 S Wayne St**
**Apt 3**
**Angola, IN 46703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Doti**
**25902 Vicar Way**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew E Jackson**
**42 Lake Grove Club**
**Decatur, IL 62521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Elmore**
**P.O. Box 634**
**Sparta, TN 38583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Emanuel**
**491 Wooddale Ave**
**Staten Island, NY 10301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.271 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Explosion**
**8 Sorenson Ct**
**Arlington, MA '02474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

---

**3.272
0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Matthew Explosion**
**8 Sorenson Ct**
**Arlington, MA 02474**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.272
1**

**Nonpriority creditor's name and mailing address**

**Matthew Explosion**
**8 Sorenson Ct**
**Arlington, MA 02474**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.272
2**

**Nonpriority creditor's name and mailing address**

**Matthew Farhart**
**40818 N Congressional Dr**
**Phoenix, AZ 85086**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.272
3**

**Nonpriority creditor's name and mailing address**

**Matthew Farhart**
**40818 N Congressional Dr**
**Phoenix, AZ 85086**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.272
4**

**Nonpriority creditor's name and mailing address**

**Matthew Ford**
**2024 Highland Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.272
5**

**Nonpriority creditor's name and mailing address**

**Matthew Froehle**
**316 Park Ave**
**Long Beach, CA 90814**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.272
6**

**Nonpriority creditor's name and mailing address**

**Matthew Fuerbringer**
**444 28th St**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

| 3.272 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Gambetta**
**3334 East Coast Hwy #128**
**CORONA DEL MAR, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Gambetta**
**3334 E Coast Hwy**
**Box 128**
**Corona del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.272 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Godman**
**8382 Atlanta Ave.,**
**Apt A**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Godman**
**8382 Atlanta Ave.,**
**Apt A**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Harrison**
**1054 Anna Knapp Blvd**
**Apt 3-F**
**Mount Pleasant, SC 29464**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Henschel**
**805 Mabry Rd NE**
**Sandy Springs, GA 30328-2662**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.273 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Heredia**
**17304 Jersey Ave**
**Artesia, CA 90701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  _**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.273 4 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Hester** | | ☐ Contingent | |
| **1043 St. Charles Ave NE** | | ☐ Unliquidated | |
| **7** | | ☐ Disputed | |
| **Atlanta, GA 30306** | | | |
| **Date(s) debt was incurred  2022** | | Basis for the claim:  **Warranty** | |
| **Last 4 digits of account number** | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.273 5 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Hicks** | | ☐ Contingent | |
| **20522 11th Drive Southeast** | | ☐ Unliquidated | |
| **Bothell, WA 98012** | | ☐ Disputed | |
| **Date(s) debt was incurred  2025** | | Basis for the claim:  **Warranty** | |
| **Last 4 digits of account number  7** | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.273 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Hicks** | | ☐ Contingent | |
| **20522 11th Dr SE** | | ☐ Unliquidated | |
| **Bothell, WA 98012** | | ☐ Disputed | |
| **Date(s) debt was incurred  2025** | | Basis for the claim:  **Warranty** | |
| **Last 4 digits of account number** | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.273 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Hull** | | ☐ Contingent | |
| **2518 Plum Street** | | ☐ Unliquidated | |
| **Nashville, TN 37207** | | ☐ Disputed | |
| **Date(s) debt was incurred  2024** | | Basis for the claim:  **Warranty** | |
| **Last 4 digits of account number** | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.273 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Jackson** | | ☐ Contingent | |
| **42 Lake Grove Club** | | ☐ Unliquidated | |
| **Decatur, IL 62521** | | ☐ Disputed | |
| **Date(s) debt was incurred  2025** | | Basis for the claim:  **Warranty** | |
| **Last 4 digits of account number** | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.273 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Jaramillo** | | ☐ Contingent | |
| **1243 N Garsden Ave** | | ☐ Unliquidated | |
| **Covina, CA 91724** | | ☐ Disputed | |
| **Date(s) debt was incurred  2021** | | Basis for the claim:  **Warranty** | |
| **Last 4 digits of account number** | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.274 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Matthew Johner** | | ☐ Contingent | |
| **3155 Canadian Dr** | | ☐ Unliquidated | |
| **Costa Mesa, CA 92626** | | ☐ Disputed | |
| **Date(s) debt was incurred  2021** | | Basis for the claim:  **Warranty** | |
| **Last 4 digits of account number** | | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

| 3.274 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Kane**
**16779 Costal Hwy**
**Unit 1**
**Lewes, DE 19958**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Kelly**
**523 Camino El Dorado**
**Encinitas, CA 92024**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Kenny**
**710 County route 10**
**Germantown, NY 12526**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Kipp**
**1601 Santiago Drive**
**Newport Beach, CA 92660**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MATTHEW KRALJEV**
**2337 SW Archer Rd.**
**Apartment 3040**
**Gainesville, FL 32608**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Kurtzman**
**656 Old Mill Run Rd.**
**Mansfield, OH 44906**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.274 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Kvancz**
**7551 Trask Ave**
**Playa del Rey, CA 90293**

- ☐ Contingent
- ☐ Unliquidated
- ☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number _____

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.2748**

**Nonpriority creditor's name and mailing address**

**Matthew Laigle**
**5 Errett Road**
**Bethany Beach, DE 19930**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2749**

**Nonpriority creditor's name and mailing address**

**Matthew Langan**
**406 Willow Grove Lane**
**Rochester Hills, MI 48307**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2750**

**Nonpriority creditor's name and mailing address**

**Matthew Langan**
**406 Willow Grove Lane**
**Rochester Hills, MI 48307**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2751**

**Nonpriority creditor's name and mailing address**

**Matthew Larson**
**1515 North 1350 East**
**North Logan, UT 84341**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2752**

**Nonpriority creditor's name and mailing address**

**Matthew Lemansky**
**5568 E. Oleta Street**
**Long Beach, CA 90815**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2753**

**Nonpriority creditor's name and mailing address**

**Matthew Lemansky**
**5568 E. Oleta St**
**Long Beach, CA 90815**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2754**

**Nonpriority creditor's name and mailing address**

**Matthew Lockridge**
**541 Bufflehead Drivee**
**Kiawah Island, SC 29455**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
         Name

---

**3.275 5**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Matthew Macer**                                                       ☐ Contingent
**5311 Manitowac**                                                      ☐ Unliquidated
**Rancho Palos Verdes, CA 90275**                                       ☐ Disputed

Date(s) debt was incurred  **2021**                                     **Basis for the claim:   Warranty**

Last 4 digits of account number _                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.275 6**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Matthew MacKenzie**                                                   ☐ Contingent
**388 East Ocean Blvd**                                                 ☐ Unliquidated
**816**                                                                 ☐ Disputed
**Long Beach, CA 90802**

Date(s) debt was incurred  **2020**                                     **Basis for the claim:   Warranty**

Last 4 digits of account number _                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.275 7**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Matthew Manning**                                                     ☐ Contingent
**401 Meadowood Street**                                                ☐ Unliquidated
**Fallbrook, CA 92028**                                                 ☐ Disputed

Date(s) debt was incurred  **2022**                                     **Basis for the claim:   Warranty**

Last 4 digits of account number _                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.275 8**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**matthew maxwell**                                                     ☐ Contingent
**472 Front St**                                                        ☐ Unliquidated
**Avila Beach, CA 93424**                                               ☐ Disputed

Date(s) debt was incurred  **2025**                                     **Basis for the claim:   Warranty**

Last 4 digits of account number  **7**                                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.275 9**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Matthew Maxwell**                                                     ☐ Contingent
**472 Front St**                                                        ☐ Unliquidated
**Avila Beach, CA 93424**                                               ☐ Disputed

Date(s) debt was incurred  **2025**                                     **Basis for the claim:   Warranty**

Last 4 digits of account number _                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.276 0**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Matthew McNear**                                                      ☐ Contingent
**8002 Emerald Drive**                                                  ☐ Unliquidated
**SUITE C**                                                             ☐ Disputed
**Emerald Isle, NC 28594**

Date(s) debt was incurred  **2025**                                     **Basis for the claim:   Warranty**

Last 4 digits of account number _                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.276 1**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Matthew Merickel**                                                    ☐ Contingent
**18 bay island**                                                       ☐ Unliquidated
**newport beach, CA 92661**                                             ☐ Disputed

Date(s) debt was incurred  **2023**                                     **Basis for the claim:   Warranty**

Last 4 digits of account number _                                       Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.276 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Metzger**
**3285 Mainsville RD West**
**Junction city, OH 43748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Minelli**
**1432 Collective Way**
**Richmond, VA 23238**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Murrah**
**1924 Sondrio Dr**
**Las Vegas, CA 89134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Murray**
**10751 Rose Ave**
**Apt 338**
**Los Angeles, CA 90034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Newsom**
**1466 Sycamore Ct.**
**Banning, CA 92220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Matthew Newsom**
**1466 Sycamore Ct**
**Banning, CA 92220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.276 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MATTHEW P GUARDINO**
**17 CENTRE ST**
**FLOOR 2**
**PROVIDENCE, RI 02916**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.2769**

**Nonpriority creditor's name and mailing address**

**matthew patterson**
**331 ellis rd.**
**mount orab, OH 45154**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2770**

**Nonpriority creditor's name and mailing address**

**Matthew Patterson**
**331 Ellis Rd**
**Mount Orab, OH 45154**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2771**

**Nonpriority creditor's name and mailing address**

**Matthew Peterson**
**1526 South 1100 West**
**Woods Cross, UT 84087**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2772**

**Nonpriority creditor's name and mailing address**

**Matthew Peterson**
**1526 South 1100 West**
**Woods cross, UT 84087**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2773**

**Nonpriority creditor's name and mailing address**

**Matthew Polinski**
**12751 Millennium**
**#226**
**Los Angeles, CA 90094**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2774**

**Nonpriority creditor's name and mailing address**

**Matthew Queen**
**1476 Washington Ave**
**2**
**Portland, ME 04103**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2775**

**Nonpriority creditor's name and mailing address**

**Matthew Rivas**
**3800 N Ocean Dr.**
**APT 651**
**Riviera Beach, FL 33404**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.277 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.277 6**

**Nonpriority creditor's name and mailing address**

**Matthew Robinson**
**2091 Thomas Ave**
**Berkley, MI 48072**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.277 7**

**Nonpriority creditor's name and mailing address**

**Matthew Rodgers**
**2542 Commons Trace**
**Augusta, GA 30909**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.277 8**

**Nonpriority creditor's name and mailing address**

**MATTHEW RUTH**
**727 Eagleview Dr.**
**Morhsville, PA 19541**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.277 9**

**Nonpriority creditor's name and mailing address**

**Matthew Schonbrun**
**22812 Margarita Dr**
**Woodland Hills, CA 91364**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.278 0**

**Nonpriority creditor's name and mailing address**

**Matthew Schweickert**
**21 Turnberry Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.278 1**

**Nonpriority creditor's name and mailing address**

**Matthew Shintani**
**27586 VISTA DE DONS**
**Dana Point, CA 92624**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.278 2**

**Nonpriority creditor's name and mailing address**

**Matthew Thompson**
**2362 Harbor Blvd**
**Unit 103**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.278 3**

**Nonpriority creditor's name and mailing address**

**Matthew Unkrich**
**447 Ogle Cir**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 4**

**Nonpriority creditor's name and mailing address**

**Matthew Veneziano**
**30 forest hills lane**
**boca raton, FL 33431**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 5**

**Nonpriority creditor's name and mailing address**

**Matthew Viers**
**2810 Pruden Dr**
**Knoxville, TN 37918**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 6**

**Nonpriority creditor's name and mailing address**

**Matthew Vorhies**
**10871 Pixie St**
**Nampa, ID 83687**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 7**

**Nonpriority creditor's name and mailing address**

**Matthew Webber**
**1203 Andre Cir**
**Claremore, OK 74017**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 8**

**Nonpriority creditor's name and mailing address**

**Matthew Wolins**
**9210 Gladys Farm Way**
**Gaithersburg, MD 20882-1421**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.278 9**

**Nonpriority creditor's name and mailing address**

**Matthew Woodham**
**175 US 19 Alt**
**Lot 36**
**Palm Harbor, FL 34683**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

| 3.279 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthew Yates**
**1764 San Jose Way**
**Roseville, CA 95747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Matthias Wolf**
**9 Skinner Trail**
**Chester, NJ 07930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maura Rufenbarger**
**1942 Port Weybridge Place**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**maura schmid**
**6022 Waterfall Way**
**Prospect, KY 40059**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maureen Kuhar**
**100 Foam Flower Drive**
**Lake Frederick, VA 22630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maureen McCabe**
**1300 Portofino Place**
**Davidson, NC 28036**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.279 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Maureen Morris**
**165 MERCED AVE**
**San Francisco, CA 94127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known)

---

| 3.279 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maureen Parent**
**3726 Prescott St.**
**Titusville, FL 32796**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maureen Porter**
**10136 TALL OAKS ST**
**PARKER, CO 80134-7734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.279 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**MAUREEN Porter**
**7168 W Chestnut Drive**
**Littleton, CO 80128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maureen Riley**
**181 Morningside Avenue**
**North Middletown, NJ 07748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maureen Ritchart**
**22169 Eagles Nest Court**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maureen Robertson**
**2216 Port Durness Pl**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Maureen Salamon**
**3 Thornapple Court**
**Long Valley, NJ 07853**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                 Case number (if known) _____
_____
Name

---

| 3.280 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Maurizio Brugnolo**
**2401 pennsylvania ave**
**Apt 16C50**
**Philadelphia, PA 19130**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Max Daubner**
**505 Vista Flora**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**max Johnson**
**2032 east ocean Blvd.**
**newport beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Max Johnson**
**2032 East Ocean Blvd**
**Newport Beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Max Kelley**
**2904 Broad St**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.280 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Max Mcnicholas**
**1418 E. balboa blvd**
**newport beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.281 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Max Mohajir**
**1451 W BELMONT AVE**
**APT 3**
**Chicago, IL 60657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.281**
**1**

**Nonpriority creditor's name and mailing address**

**Maxamillion Jurj**
**2199 E Table Rock Rd**
**Boise, ID 83712**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281**
**2**

**Nonpriority creditor's name and mailing address**

**Maxie Justice**
**207 Grant Street**
**Point Marion, PA 15474**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281**
**3**

**Nonpriority creditor's name and mailing address**

**Maxime Parsons**
**154 - 2425 MAIN STREET**
**P.O.Box 154**
**ISLE LA MOTTE, VT 05463**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281**
**4**

**Nonpriority creditor's name and mailing address**

**Maximiliano Aceves**
**2002 Coral Pl**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281**
**5**

**Nonpriority creditor's name and mailing address**

**Maximiliano Perez**
**2276 Meyer Pl**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281**
**6**

**Nonpriority creditor's name and mailing address**

**Maximo Costa Silva**
**865 S 8TH St**
**San Jose, CA 95112**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.281**
**7**

**Nonpriority creditor's name and mailing address**

**Maximo Silva Silva**
**865S 8TH ST**
**San Jose, CA 95112**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor | **Electric Bike Company, LLC** |
| | Name |

Case number (if known) _____

---

**3.2818**

Nonpriority creditor's name and mailing address

**Maxwell Anderson**
**393 La Perle Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2819**

Nonpriority creditor's name and mailing address

**Maxwell Anderson**
**4710 Seashore Dr**
**unit B**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2820**

Nonpriority creditor's name and mailing address

**Maxwell Frayman**
**15836 Breedlove Pl #147**
**Addison, TX 75001**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2821**

Nonpriority creditor's name and mailing address

**Maxwell Frayman**
**1600 S Prarie**
**2202**
**Chicago, IL 60616**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2822**

Nonpriority creditor's name and mailing address

**Maxwell Hayman**
**409 Magee Avenue**
**Mill Valley, CA 94941**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2823**

Nonpriority creditor's name and mailing address

**May Barger**
**2526 Sheffield Dr**
**Gastonia, NC 28054**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2824**

Nonpriority creditor's name and mailing address

**May Barger**
**2526 Sheffield Drive**
**Gastonia, NC 28054**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.282
5**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    $0.00

**Maya Abbar**                                       ☐ Contingent
**3346 Molino**                                      ☐ Unliquidated
**Irvine, CA 92618**                                 ☐ Disputed

Date(s) debt was incurred  **2023**                  Basis for the claim:  **Warranty**

Last 4 digits of account number __                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.282
6**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    $0.00

**Maya Duani**                                       ☐ Contingent
**330 Wythe Ave**                                    ☐ Unliquidated
**Apt 4E**                                           ☐ Disputed
**Brooklyn, NY 11249**

Date(s) debt was incurred  **2023**                  Basis for the claim:  **Warranty**

Last 4 digits of account number __                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.282
7**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    $0.00

**Maycie Timpone**                                   ☐ Contingent
**7139 E ROSEBAY ST**                                ☐ Unliquidated
**LONG BEACH, CA 90808**                             ☐ Disputed

Date(s) debt was incurred  **2022**                  Basis for the claim:  **Warranty**

Last 4 digits of account number __                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.282
8**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    $0.00

**Mayen Akpoke**                                     ☐ Contingent
**6 Beachcomber Dr**                                 ☐ Unliquidated
**Corona Del Mar, CA 92625**                         ☐ Disputed

Date(s) debt was incurred  **2024**                  Basis for the claim:  **Warranty**

Last 4 digits of account number __                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.282
9**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    $0.00

**Maynard Reimer**                                   ☐ Contingent
**26252 Cinnamon Road**                              ☐ Unliquidated
**Lake Forest, CA 92630**                            ☐ Disputed

Date(s) debt was incurred  **2025**                  Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.283
0**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    $0.00

**Maynard Reimer**                                   ☐ Contingent
**25252 Cinnamon Rd**                                ☐ Unliquidated
**Lake Forest, CA 92630**                            ☐ Disputed

Date(s) debt was incurred  **2024**                  Basis for the claim:  **Warranty**

Last 4 digits of account number __                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.283
1**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    $0.00

**Mayra Salazar**                                    ☐ Contingent
**602 North Herbert Ave**                            ☐ Unliquidated
**Los Angeles, CA 90063**                            ☐ Disputed

Date(s) debt was incurred  **2023**                  Basis for the claim:  **Warranty**

Last 4 digits of account number __                   Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.283 2**

**Nonpriority creditor's name and mailing address**

**Mayuresh Ektare
152 Westhill Drive
Los Gatos, CA 95032**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.283 3**

**Nonpriority creditor's name and mailing address**

**McClellan Morgan
2508 County Road 411
Proctorville, OH 45669**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.283 4**

**Nonpriority creditor's name and mailing address**

**Mckenna Griffith
210 south Lucia ave
Apt 1
Redondo beach, CA 90277**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.283 5**

**Nonpriority creditor's name and mailing address**

**mckenna halpain
911 belleair rd
apt a
clearwater, FL 33756**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.283 6**

**Nonpriority creditor's name and mailing address**

**Mckenna O'connell
4043 E Weldon Ave
Phoenix, AZ 85018**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.283 7**

**Nonpriority creditor's name and mailing address**

**Mckenney William
8 Clawson St
Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.283 8**

**Nonpriority creditor's name and mailing address**

**Mckenzie Gordon
500 Cagney Ln
204
Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.283 9**

**Nonpriority creditor's name and mailing address**

**McKenzie Mattie**
**8390 Pleasant Grove Circle**
**Gainesville, GA 30506**

Date(s) debt was incurred **2024**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 0**

**Nonpriority creditor's name and mailing address**

**McKenzie Mcnamara**
**357 W 3775 S**
**Vernal, UT 84078**

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 1**

**Nonpriority creditor's name and mailing address**

**Mckenzie Zimmerman**
**1643 W. Pacific Coast HWy**
**37**
**Wilmington, CA 90744**

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 2**

**Nonpriority creditor's name and mailing address**

**McKenzie Zimmerman**
**1643 W Pacific Coast Hwy Apt 37**
**Wilmington, CA 90744**

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 3**

**Nonpriority creditor's name and mailing address**

**Meagan Coelho**
**19905 Fargo Ave**
**Lemoore, CA 93245**

Date(s) debt was incurred **2025**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 4**

**Nonpriority creditor's name and mailing address**

**Meagan Coelho**
**2269 Bushnell Street**
**San Luis Obispo, CA 93401**

Date(s) debt was incurred **2025**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.284 5**

**Nonpriority creditor's name and mailing address**

**Meagan Smith**
**1510 Newport blvd.**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.2846**

**Nonpriority creditor's name and mailing address**

**Meagan Walker**
**267 Cabrillo Street**
**Apt A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2847**

**Nonpriority creditor's name and mailing address**

**Medhat Armanious**
**204 Main Street #596**
**Newport Beach, CA 92661**

Date(s) debt was incurred **2020**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2848**

**Nonpriority creditor's name and mailing address**

**Meegan Lipman**
**8799 Stoll Pl.**
**Denver, CO 80238**

Date(s) debt was incurred **2024**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2849**

**Nonpriority creditor's name and mailing address**

**Meg Roth**
**277 N Broadway**
**Apt 215**
**Denver, CO 80203**

Date(s) debt was incurred **2024**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2850**

**Nonpriority creditor's name and mailing address**

**Meg Sandvig**
**5336 Monroe Street**
**Apt 6**
**Los Angeles, CA 90038**

Date(s) debt was incurred **2024**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2851**

**Nonpriority creditor's name and mailing address**

**Megan Avila**
**10189 Camulos Ave**
**Montclair, CA 91763**

Date(s) debt was incurred **2022**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2852**

**Nonpriority creditor's name and mailing address**

**Megan Bert**
**7316 Fisherman Creek Drive**
**Wilmington, NC 28405**

Date(s) debt was incurred **2024**

Last 4 digits of account number **_**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.285 3**

**Nonpriority creditor's name and mailing address**

**MEGAN BOLDT**
**55 Crane Ct**
**Springboro, OH 45066**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.285 4**

**Nonpriority creditor's name and mailing address**

**Megan Borbon**
**34855 Bernard Rd**
**Tracy, CA 95377**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.285 5**

**Nonpriority creditor's name and mailing address**

**Megan Brighting**
**18 Vincennes**
**Newport Coast, CA 92657**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.285 6**

**Nonpriority creditor's name and mailing address**

**Megan Crouch**
**2534 Anacapa Dr**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.285 7**

**Nonpriority creditor's name and mailing address**

**Megan Crowley**
**25395 George Washington Hwy**
**Aurora, WV 26705**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.285 8**

**Nonpriority creditor's name and mailing address**

**Megan Dank**
**3711 Channel Place**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.285 9**

**Nonpriority creditor's name and mailing address**

**Megan Di Leva**
**1607 Curtis Ave**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.2860**

**Nonpriority creditor's name and mailing address**

**Megan Frueh**
**2285 Allens Lane**
**Wilmington, NC 28403**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2861**

**Nonpriority creditor's name and mailing address**

**Megan Gillespie**
**7124 Canyonpoint Rd**
**Castle Pines, CO 80108**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2862**

**Nonpriority creditor's name and mailing address**

**Megan Healy**
**5034 SISKIYOU LOOP SE**
**Olympia, WA 98501**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2863**

**Nonpriority creditor's name and mailing address**

**Megan Hennessay**
**2604 W 225th St.**
**Torrance, CA 90505**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2864**

**Nonpriority creditor's name and mailing address**

**Megan Klett**
**2760 Hidden Hills Way**
**Corona, CA 92882**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2865**

**Nonpriority creditor's name and mailing address**

**Megan Krueger**
**5637 Hodgson Rd.**
**Mazomanie, WI 53560**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2866**

**Nonpriority creditor's name and mailing address**

**Megan Meng**
**223 S. West Street**
**Alexandria, VA 22314**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.286 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Megan Meyer**
**3815 E Clarendon Ave**
**Phoenix, AZ 85018**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.286 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Megan Moore**
**647 E Palm St.**
**Altadena, CA 91001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.286 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Megan OLIVER**
**4042 MILLER ST**
**PITTSBURGH, PA 15221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.287 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Megan Patrick**
**1015 SE 6th Terrace**
**Lee's Summit, MO 64063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.287 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Megan Razi**
**11 Shoreline**
**Newport Coast, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.287 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Megan Robison**
**1850 Whittier Avenue**
**K202**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.287 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Megan Robison**
**1850 Whittier Avenue**
**K202**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
                  Name

---

| 3.287 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Megan Sams**
**8217 Melbourne lane**
**Avon, IN 46123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Megan Sandvig**
**1818 Stoner Ave**
**107**
**Los Angeles, CA 90025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Megan Strong**
**121 Echo Rd**
**Carlisle, PA 17015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Megan Taylor**
**3209 Woodruff Ave.**
**Long Beach, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Megan Wallace**
**4024 Roan Dr**
**Colorado Springs, CO 80922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.287 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Megan Zander**
**334 15th Ave S**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.288 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Megan Zander**
**334 15th Ave S**
**Fargo, ND 58103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
                    Name

---

**3.288 1**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Meghan DeJoseph**                                                     ☐ Contingent
**342 Lynchburg Dr**                                                    ☐ Unliquidated
**Newport News, VA 23606**                                             ☐ Disputed

Date(s) debt was incurred  **2022**                               **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.288 2**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Meghan Edwards**                                                     ☐ Contingent
**720 N Main St**                                                      ☐ Unliquidated
**Apt 500**                                                            ☐ Disputed
**Hutchinson, KS 67501**

Date(s) debt was incurred  **2024**                               **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.288 3**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Meghan Gies**                                                        ☐ Contingent
**1611 West Fort Rd**                                                  ☐ Unliquidated
**Park City, UT 84098**                                               ☐ Disputed

Date(s) debt was incurred  **2022**                               **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.288 4**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Meghan Jump**                                                        ☐ Contingent
**2752 Livingston Loop**                                               ☐ Unliquidated
**Virginia Beach, VA 23456**                                          ☐ Disputed

Date(s) debt was incurred  **2022**                               **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.288 5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Meghan Jump**                                                        ☐ Contingent
**2752 Livingston Loop**                                               ☐ Unliquidated
**Virginia Beach, VA 23456**                                          ☐ Disputed

Date(s) debt was incurred  **2022**                               **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.288 6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Meghan M Wilson**                                                    ☐ Contingent
**354 Vista Madera**                                                   ☐ Unliquidated
**Newport Beach, CA 92660**                                           ☐ Disputed

Date(s) debt was incurred  **2022**                               **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.288 7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Meghan Mason**                                                       ☐ Contingent
**2260 Ringling Blvd, Unit 113**                                      ☐ Unliquidated
**Sarasota, FL 34237**                                                ☐ Disputed

Date(s) debt was incurred  **2021**                               **Basis for the claim:**  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.288 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Meghan Smith** | ☐ Contingent | |
| **801 E Park Modern Dr.** | ☐ Unliquidated | |
| **Tucson, AZ 85719** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.288 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Meghan Smith** | ☐ Contingent | |
| **801 E Park Modern Dr** | ☐ Unliquidated | |
| **Tucson, AZ 85719** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.289 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Meghan Tranchina** | ☐ Contingent | |
| **24 Wild Goose Court** | ☐ Unliquidated | |
| **Newport Beach, CA 92663** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.289 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Meghan Kamphuis** | ☐ Contingent | |
| **21513 Germanna Hwy** | ☐ Unliquidated | |
| **Stevensburg, VA 22741** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.289 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **MEHDI HJIAJ** | ☐ Contingent | |
| **32 Aspen rd** | ☐ Unliquidated | |
| **scarsdale, NY 10583** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.289 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Mel Meadows** | ☐ Contingent | |
| **6206 188th ST NE** | ☐ Unliquidated | |
| **UNIT 24** | ☐ Disputed | |
| **Arlington, WA 98223** | | |
| Date(s) debt was incurred  **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.289 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Melania Drake** | ☐ Contingent | |
| **135 Eva Drive** | ☐ Unliquidated | |
| **Breslau, ON N0B1M0** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

| 3.289 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melanie Belger**
**10920 Gray Place**
**Tustin, CA 92782**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.289 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melanie Castillo**
**412 Saint Andrews Road**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.289 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melanie Chisholm**
**4361 Marion Ave**
**Cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.289 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**melanie conklin**
**124 francis dr**
**edgewater, FL 32132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.289 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melanie Dawn Ruiz**
**263 Carissa Drive**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.290 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melanie Freitas**
**24596 Road 19**
**Chowchilla, CA 93610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.290 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Melanie Fruhling**
**34 Spring Ridge Road NW**
**Kingston, GA 30145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.290
2**

**Nonpriority creditor's name and mailing address**

**Melanie Gregor
3117 Corte Linda
Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.290
3**

**Nonpriority creditor's name and mailing address**

**Melanie Martin
15908 Bassett St
Van Nuys, CA 91406**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.290
4**

**Nonpriority creditor's name and mailing address**

**Melanie Martin
3427 Ione Dr
Los Angeles, CA 90068**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.290
5**

**Nonpriority creditor's name and mailing address**

**Melanie Martin
15908 Bassett St
Van Nuys, CA 91406**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.290
6**

**Nonpriority creditor's name and mailing address**

**Melanie McBride
316 Lindo Ave
Newport Beach, CA 92661**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.290
7**

**Nonpriority creditor's name and mailing address**

**Melanie Mendoza
7219 Cassiopeia St
North Las Vegas, NV 89084**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.290
8**

**Nonpriority creditor's name and mailing address**

**Melanie Randall
1945 Placentia Ave
Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____    Case number *(if known)* _____
Name

| | |
|---|---|
| **3.290 9** | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Melanie Roberts**
**678 Burnett Hollow Rd**
**Monticello, KY 42633**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.291 0**

**Nonpriority creditor's name and mailing address**

**Melanie Salinas**
**2521 Wind Rose Drive**
**Corpus Christi, TX 78414**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.291 1**

**Nonpriority creditor's name and mailing address**

**Melanie Salinas**
**2521 Windrose Drive**
**Corpus Christi, TX 78414**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.291 2**

**Nonpriority creditor's name and mailing address**

**Melanie Seiler**
**10607 W 1st. St.**
**Halstead, KS 67056**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.291 3**

**Nonpriority creditor's name and mailing address**

**Melanie Warda**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.291 4**

**Nonpriority creditor's name and mailing address**

**Melecia Ferris**
**1512 Blackfoot Lane S**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.291 5**

**Nonpriority creditor's name and mailing address**

**Melia Whalen**
**1430 ave 64**
**Pasadena, CA 91105**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.2916**

**Nonpriority creditor's name and mailing address**

**Melina Barr Nicolatus**
**1021 Cutter Lane**
**Park City, UT 84098**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2917**

**Nonpriority creditor's name and mailing address**

**Melina Buxton**
**2581 Cliffwood Ct.**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2918**

**Nonpriority creditor's name and mailing address**

**Melina Louise Buxton**
**2581 cliffwood ct.**
**lake havasu city, AZ 86403**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2919**

**Nonpriority creditor's name and mailing address**

**Melina Nicolatus**
**1021 Cutter Lane**
**Park City, UT 84098**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2920**

**Nonpriority creditor's name and mailing address**

**Melina Nicolatus**
**1021 Cutter Lane**
**Park City, UT 84098**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2921**

**Nonpriority creditor's name and mailing address**

**Melina Nicolatus**
**1021 Cutter Lane**
**Park City, UT 84098**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.2922**

**Nonpriority creditor's name and mailing address**

**melina ounjian**
**1046 Santa Florencia**
**Solana Beach, CA 92075**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____     Case number (if known) _____
             Name

---

**3.292
3**

**Nonpriority creditor's name and mailing address**

**Melinda Bomar**
**109 Monticello Avenue**
**Durham, NC 27707**

Date(s) debt was incurred  __**2023**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292
4**

**Nonpriority creditor's name and mailing address**

**Melinda Ewing**
**2165 S HOYT CT**
**LAKEWOOD, CO 80227**

Date(s) debt was incurred  __**2022**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292
5**

**Nonpriority creditor's name and mailing address**

**Melinda Gordon**
**308 Walnut St.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  __**2023**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292
6**

**Nonpriority creditor's name and mailing address**

**Melinda Pack**
**1121 TROPIC LN**
**SANTA ANA, CA 92705-2971**

Date(s) debt was incurred  __**2024**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292
7**

**Nonpriority creditor's name and mailing address**

**Melinda Rapacz**
**5700 Blackjack Ridge Road**
**Oklahoma City, OK 73150**

Date(s) debt was incurred  __**2024**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292
8**

**Nonpriority creditor's name and mailing address**

**Melinda Rumschlag**
**611 E. Main Street**
**Greenfield, IN 46140**

Date(s) debt was incurred  __**2023**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.292
9**

**Nonpriority creditor's name and mailing address**

**Melinda Smith**
**55 S Rempert Rd**
**Tawas City, MI 48763**

Date(s) debt was incurred  __**2025**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
        Name

---

**3.293
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**MELINDA TRAVIS**
**6525 NORTH BLYTHE AVE.**
**FRESNO, CA 93722**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.293
1**

Nonpriority creditor's name and mailing address

**Melinda Travis**
**6525 N. Blythe Ave**
**Fresno, CA 93722**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.293
2**

Nonpriority creditor's name and mailing address

**MELINDA WOOD**
**2044 HIDDEN RANCH LOOP**
**JACKSON, WY 83001**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.293
3**

Nonpriority creditor's name and mailing address

**MELINDA WOOD**
**2044 HIDDEN RANCH LOOP**
**JACKSON, WY 83001**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.293
4**

Nonpriority creditor's name and mailing address

**Melissa Armstrong**
**234 East 15th Street, Unit B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.293
5**

Nonpriority creditor's name and mailing address

**Melissa Belvedere**
**5530 Calle Vista Alegre**
**Yorba Linda, CA 92887**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.293
6**

Nonpriority creditor's name and mailing address

**Melissa Bliss**
**636 Prospect Ave**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.293
7**

**Nonpriority creditor's name and mailing address**

**Melissa Burton**
**5728 S US Highway 377**
**Junction, TX 76849**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.293
8**

**Nonpriority creditor's name and mailing address**

**Melissa Collins**
**320 Apollo Dr**
**Vista, CA 92084**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.293
9**

**Nonpriority creditor's name and mailing address**

**Melissa Coon**
**25461 pacific hills drive**
**Mission Viejo, CA 92692**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.294
0**

**Nonpriority creditor's name and mailing address**

**Melissa Fite**
**16162 Sher Ln**
**Apt 9**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.294
1**

**Nonpriority creditor's name and mailing address**

**Melissa Fite**
**16162 Sher Ln**
**Apt 9**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.294
2**

**Nonpriority creditor's name and mailing address**

**Melissa Fite**
**16162 Sher Ln**
**Apt. 9**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.294
3**

**Nonpriority creditor's name and mailing address**

**melissa frunzi**
**34 wyoming ave**
**long beach, NY 11561**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.2944**

**Nonpriority creditor's name and mailing address**

**Melissa Garrett**
**7481 Pine Bluff Rd**
**Denham Springs, LA 70726**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2945**

**Nonpriority creditor's name and mailing address**

**Melissa Gunning**
**501 Avenida Lucia**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2946**

**Nonpriority creditor's name and mailing address**

**Melissa Harris**
**1326 W Dovewood Ln**
**Fresno, CA 93711**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2947**

**Nonpriority creditor's name and mailing address**

**Melissa Haynes**
**112 Freeport Road**
**North East, PA 16428**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2948**

**Nonpriority creditor's name and mailing address**

**Melissa Hendrickson**
**969 Afterglow Drive**
**Friday Harbor, WA 98250**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2949**

**Nonpriority creditor's name and mailing address**

**Melissa Jones**
**551 Antoinette St**
**Deltona, FL 32725**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.2950**

**Nonpriority creditor's name and mailing address**

**Melissa Klipfel**
**14823 HARBOR CT**
**LATHROP, CA 95330**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.295 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Melissa Klipfel**
**14823 Harbor Court**
**Lathrop, CA 95330**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Melissa Lawrence**
**436 Saint Anns Circle**
**Phoenixville, PA 19460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**MELISSA LEHNUS**
**3846 N 5000 W RD**
**KANKAKEE, IL 60901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Melissa Liemandt**
**15058 Citrus Tree Ct**
**Alva, FL 33920-6005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Melissa Luttrell**
**121 Ruxton Avenue**
**Manitou Springs, CO 80829**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Melissa Martin**
**122 Via Palermo**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.295 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Melissa McClain**
**841 Killian Street Southeast, unit 441**
**Unit 441**
**Atlanta, GA 30316**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number _

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.2958**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Melissa Melendez**                    ☐ Contingent
**9 Corte Rossa**                    ☐ Unliquidated
**Lake Elsinore, CA 92532**                    ☐ Disputed

Date(s) debt was incurred  **2021**                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.2959**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**MELISSA MILTON**                    ☐ Contingent
**17017 RANCHERO ROAD**                    ☐ Unliquidated
**HESPERIA, CA 92345**                    ☐ Disputed

Date(s) debt was incurred  **2021**                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.2960**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Melissa Mohr**                    ☐ Contingent
**209 NW 45th street**                    ☐ Unliquidated
**Vancouver, WA 98660**                    ☐ Disputed

Date(s) debt was incurred  **2022**                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.2961**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Melissa Mullins**                    ☐ Contingent
**31799 Lorane Road**                    ☐ Unliquidated
**Cottage Grove, OR 97424**                    ☐ Disputed

Date(s) debt was incurred  **2021**                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.2962**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**melissa murphey**                    ☐ Contingent
**449 Jefferson Ave**                    ☐ Unliquidated
**PITTSBURGH, PA 15202**                    ☐ Disputed

Date(s) debt was incurred  **2023**                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.2963**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**melissa murphey**                    ☐ Contingent
**449 Jefferson Ave**                    ☐ Unliquidated
**PITTSBURGH, PA 15202**                    ☐ Disputed

Date(s) debt was incurred  **2023**                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.2964**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**melissa murphey**                    ☐ Contingent
**901 Western Ave**                    ☐ Unliquidated
**Suite 209**                    ☐ Disputed
**PITTSBURGH, PA 15233**

Date(s) debt was incurred  **2023**                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                        Case number (if known) _____
_____
Name

---

**3.2965**

**Nonpriority creditor's name and mailing address**

**melissa murphey**
**449 Jefferson Ave**
**Pittsburgh, PA 15202**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2966**

**Nonpriority creditor's name and mailing address**

**Melissa Owens**
**1756 Camino Del Sequan**
**Alpine, CA 91901**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2967**

**Nonpriority creditor's name and mailing address**

**Melissa Pulido**
**913 West 20th Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2968**

**Nonpriority creditor's name and mailing address**

**Melissa Roupoli**
**16271 Saratoga Lane**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2969**

**Nonpriority creditor's name and mailing address**

**Melissa Saltonstall**
**3850 East Iris Drive**
**Chandler, AZ 85286**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2970**

**Nonpriority creditor's name and mailing address**

**MELISSA SIMPSON**
**2221 COY AVE**
**BAKERSFIELD, CA 93307**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.2971**

**Nonpriority creditor's name and mailing address**

**Melissa Simpson**
**2221 Coy Avenue**
**Bakersfield, CA 93307**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor __Electric Bike Company, LLC__                              Case number (if known) _____
     Name

---

| 3.297 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Smith**
**94 Racoon Rd**
**Sequim, WA 98382**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.297 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Smith-Brady**
**94 Racoon Rd**
**Sequim, WA 98382**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.297 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Somers**
**435 Matares Drive**
**Punta Gorda, FL 33950**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.297 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Sprout**
**328 Prospect St**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.297 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Steinbeck**
**1800 Laurel Ave**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.297 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Steinbeck**
**1800 Laurel Ave.**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.297 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Melissa Stone**
**401 W Brentwood Avenue**
**Orange, CA 92865**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.2979**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Melissa Storbakken** | ☐ Contingent | |
| **5728 24th Ave S** | ☐ Unliquidated | |
| **Minneapolis, MN 55417** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2980**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Melissa Taylor** | ☐ Contingent | |
| **11 Buckskin Ct** | ☐ Unliquidated | |
| **Carbondale, CO 81623** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2981**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Melissa Trew** | ☐ Contingent | |
| **6568 Sunny Brae Dr** | ☐ Unliquidated | |
| **San Diego, CA 92119** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2982**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Melissa Vidrine** | ☐ Contingent | |
| **5377 Spruce Ave** | ☐ Unliquidated | |
| **Castle Rock, CO 80104** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2983**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **melissa viviano** | ☐ Contingent | |
| **19909 White Oaks Drive** | ☐ Unliquidated | |
| **Clinton Township, MI 48036** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2984**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **melissa Wheelee** | ☐ Contingent | |
| **25250 mckelvie rd** | ☐ Unliquidated | |
| **alvo, NE 68301** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.2985**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Melodi Erickson** | ☐ Contingent | |
| **9720 W Peoria Ave** | ☐ Unliquidated | |
| **Peoria, AZ 85345** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.298 6 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $0.00 |

**Melody Atkins**
**111 Deer Valley Ln**
**Hailey, ID 83333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 7 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $0.00 |

**Melody Atkins**
**111 Deer Valley Lane**
**Hailey, ID 83333**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 8 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $0.00 |

**Melody Heller**
**8 Front Street**
**Boiling Springs, PA 17007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.298 9 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $0.00 |

**Melody Heller**
**8 Front St.**
**Boiling Springs, PA 17007**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 0 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $0.00 |

**Melody Leinenbach**
**1046 Keystone Loop NE**
**Keizer, OR 97303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 1 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $0.00 |

**Melody Schroeer**
**150 Lakewood Drive**
**Asheville, NC 28803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.299 2 | | | |
|---|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | | $0.00 |

**melody stewart**
**10 Wellington Ct**
**port townsend, WA 98368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.299 3**

**Nonpriority creditor's name and mailing address**

**Melonie Orr**
**10385 Holt**
**CHAPEL HILL, NC 27517**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.299 4**

**Nonpriority creditor's name and mailing address**

**Melsiia davison**
**2416 Margaret Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.299 5**

**Nonpriority creditor's name and mailing address**

**Melva Hendrix**
**10118 241A Street**
**Maple Ridge, BC V2W 0E6**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.299 6**

**Nonpriority creditor's name and mailing address**

**Melvin Atkinson**
**1170 Edmund Street**
**Bakersfield, CA 93309**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.299 7**

**Nonpriority creditor's name and mailing address**

**Melvin Atkinson**
**1170 Edmund Street**
**Bakersfield, CA 93309**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.299 8**

**Nonpriority creditor's name and mailing address**

**Melvin Crosby**
**7330 Highgrove Pl**
**Rancho Cucamonga, CA 91730-6314**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.299 9**

**Nonpriority creditor's name and mailing address**

**Melvin Katz**
**1627 Lindberg Ave**
**Lake Placid, FL 33852**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
                    Name

| 3.300 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Melvin Mccollum**
**5001 Briarwood Ct**
**Phoenix City, AL 36867**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  [ ] Yes

---

| 3.300 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Melvin Salcedo**
**4608 Ironwood Ave**
**Seal Beach, CA 90740**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  [ ] Yes

---

| 3.300 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Melynda Bailey**
**5200 Windhaven Pkwy**
**Apt 1103**
**Lewisville, TX 75056**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  [ ] Yes

---

| 3.300 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Melyssa Denney**
**2000 Main Street Apt 101**
**Santa Monica, CA 90405**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  [ ] Yes

---

| 3.300 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mendi Dunning**
**4052 Wilson Lane**
**Concord, CA 94521**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  [ ] Yes

---

| 3.300 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mercurio Galan**
**9835 MARCONI DR**
**Suite C**
**SAN DIEGO, CA 92154-7231**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  [ ] Yes

---

| 3.300 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Meredith Edwards**
**624 Harbor Island dr**
**Newport Beach, CA 92660**

- [ ] Contingent
- [ ] Unliquidated
- [ ] Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  [ ] Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.300 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meredith Field**
**627 Orchard Ct Unit 315**
**Iowa City, IA 52246**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meredith Field**
**627 Orchard Ct Unit 315**
**Iowa City, IA 52246-5556**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.300 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meredith May**
**P.O. Box 3120**
**Warrenton, VA 20188**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meredith May**
**7172 Candy Meadow Lane**
**Warrenton, VA 20186**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Meredith Torres**
**3282 Axford Road**
**Santa Cruz, CA 95062**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Merrie Morgan**
**7020 Friel Rd.**
**Arbuckle, CA 95912**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.301 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Merrilee "Renee" Villegas**
**6315 SYRACUSE ST.**
**CHINO, CA 91710**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____    Case number *(if known)* _____
Name

---

**3.301 4**

**Nonpriority creditor's name and mailing address**

**Mersini Fialo**
**26792 Vista Del Mar**
**Dana Point, CA 92624**

**Date(s) debt was incurred**  **2022**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.301 5**

**Nonpriority creditor's name and mailing address**

**Mesa Bradley**
**107 Pebbly Beach Rd 2680**
**AVALON, CA 90704-2680**

**Date(s) debt was incurred**  **2025**

**Last 4 digits of account number**  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.301 6**

**Nonpriority creditor's name and mailing address**

**Mesa Bradley**
**320 Golden Shore**
**Catalina Express**
**Avalon, CA 90704**

**Date(s) debt was incurred**  **2025**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.301 7**

**Nonpriority creditor's name and mailing address**

**Mesa Bradley**
**385 E. Swinford**
**San Pedro, CA 90731**

**Date(s) debt was incurred**  **2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.301 8**

**Nonpriority creditor's name and mailing address**

**Mesa Bradley**
**107 Pebbly Beach Rd 2680**
**AVALON, CA 90704-2680**

**Date(s) debt was incurred**  **2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.301 9**

**Nonpriority creditor's name and mailing address**

**MG Jr.**
**867 Village Square S**
**Palm Springs, CA 92262**

**Date(s) debt was incurred**  **2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.302 0**

**Nonpriority creditor's name and mailing address**

**Mi Adray**
**1 Rue Valbonne**
**Newport Beach, CA 92660**

**Date(s) debt was incurred**  **2021**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.302 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Mia Arlen** | ☐ Contingent | |
| **55 Gardner Drive** | ☐ Unliquidated | |
| **Unit 2213** | ☐ Disputed | |
| **Hilton Head Island, SC 29926** | | |
| **Date(s) debt was incurred** __2024__ | **Basis for the claim:** __Warranty__ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Mia Dorr** | ☐ Contingent | |
| **81990 Hale KeeKee Place** | ☐ Unliquidated | |
| **Kealakekua, HI 96750** | ☐ Disputed | |
| **Date(s) debt was incurred** __2021__ | **Basis for the claim:** __Warranty__ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Mia Taylor** | ☐ Contingent | |
| **2328 SW 127 AVE** | ☐ Unliquidated | |
| **Miramar, FL 33027** | ☐ Disputed | |
| **Date(s) debt was incurred** __2021__ | **Basis for the claim:** __Warranty__ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Micaela Lumpkin** | ☐ Contingent | |
| **1733 Miramar Drive** | ☐ Unliquidated | |
| **Newport Beach, CA 92661** | ☐ Disputed | |
| **Date(s) debt was incurred** __2025__ | **Basis for the claim:** __Warranty__ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Micaela Lumpkin** | ☐ Contingent | |
| **1733 Miramar Dr** | ☐ Unliquidated | |
| **Newport Beach, CA 92661** | ☐ Disputed | |
| **Date(s) debt was incurred** __2025__ | **Basis for the claim:** __Warranty__ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Micah Duncan** | ☐ Contingent | |
| **10829 West Lone Cactus Drive** | ☐ Unliquidated | |
| **Attention: Micah** | ☐ Disputed | |
| **Sun City, AZ 85373** | | |
| **Date(s) debt was incurred** __2025__ | **Basis for the claim:** __Warranty__ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.302 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Micah Duncan** | ☐ Contingent | |
| **10829 W. Lone Cactus Dr** | ☐ Unliquidated | |
| **Sun City, AZ 85373** | ☐ Disputed | |
| **Date(s) debt was incurred** __2021__ | **Basis for the claim:** __Warranty__ | |
| **Last 4 digits of account number** __ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.3028 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Micah Loyd**
**5979 Sentinel Rd**
**Apt 1**
**Lake Placid, NY 12946**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3029 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mical Dutson**
**13859 N Bank Rd**
**Roseburg, OR 97470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3030 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michae Collins**
**207 9th Street**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3031 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael & Bevalee Vitali**
**213 Enchanted Cv**
**Hot Springs, AR 71913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3032 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael A Irwin**
**321 S Maria Ave**
**Redondo Beach, CA 90277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number  __7__

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3033 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael A Lukiew**
**250 Clearview Rd**
**Belleville, ON K0K3E0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2024__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.3034 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**MIchael Adams**
**5102 Calle De Arboles**
**Torrance, CA 90505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

**Basis for the claim:**  __Warranty__

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3035**

**Nonpriority creditor's name and mailing address**

**Michael Ader**
**1451 E Tam O Shanter St**
**ONTARIO, CA 91761-7117**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3036**

**Nonpriority creditor's name and mailing address**

**Michael Aiello**
**1849 Boat Point Dr**
**Point Pleasant, NJ 08742**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3037**

**Nonpriority creditor's name and mailing address**

**Michael Allen**
**7505 Hewitt LN.**
**Chattanooga, TN 37421**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3038**

**Nonpriority creditor's name and mailing address**

**Michael Allen**
**7505 Hewitt LN.**
**Chattanooga, TN 37421**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3039**

**Nonpriority creditor's name and mailing address**

**Michael Allen**
**7505 Hewitt LN**
**Chattanooga, TN 37421**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3040**

**Nonpriority creditor's name and mailing address**

**Michael Alley**
**1311 Northridge Drive**
**Austin, TX 78723**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3041**

**Nonpriority creditor's name and mailing address**

**Michael Alley**
**1311 Northridge Drive**
**Austin, TX 78723**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.304 2**

**Nonpriority creditor's name and mailing address**

**Michael Amir**
**712 31st Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.304 3**

**Nonpriority creditor's name and mailing address**

**MICHAEL ANDERSON**
**985 Lincoln Circle**
**Winter Park, FL 32789**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.304 4**

**Nonpriority creditor's name and mailing address**

**Michael Anderson**
**911 Indianpipe Rd**
**Lake Orion, MI 48360**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.304 5**

**Nonpriority creditor's name and mailing address**

**Michael Arshev**
**925 West Happfield Drive**
**Arlington Heights, IL 60004**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.304 6**

**Nonpriority creditor's name and mailing address**

**Michael Atkinson**
**12464 Greentree Dr**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.304 7**

**Nonpriority creditor's name and mailing address**

**Michael Avila**
**1905 S Oakhurst Ct**
**Visalia, CA 93292**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.304 8**

**Nonpriority creditor's name and mailing address**

**Michael Baccala**
**309 E Surf Rd**
**Ocean City, NJ 08226-4552**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3049**

**Nonpriority creditor's name and mailing address**

**Michael Baggett**
**1502 Loma Dr**
**Apt 2**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3050**

**Nonpriority creditor's name and mailing address**

**Michael Baird**
**1406 Fairhill Dr**
**Riverside, CA 92507**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3051**

**Nonpriority creditor's name and mailing address**

**Michael Banet**
**5954 44th Ave S**
**Seattle, WA 98118**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3052**

**Nonpriority creditor's name and mailing address**

**Michael Barker**
**4905 Champions run**
**Middleton, WI 53562**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3053**

**Nonpriority creditor's name and mailing address**

**Michael Baron**
**12561 e calle tatita**
**Tucson, AZ 85749**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3054**

**Nonpriority creditor's name and mailing address**

**Michael Baugher**
**130 Vista Monte**
**Palm Desert, CA 92260**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.3055**

**Nonpriority creditor's name and mailing address**

**Michael Beck**
**2394 Westminster Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3056**

**Nonpriority creditor's name and mailing address**

**Michael Begian**
**10858 Kolb Ave**
**Allen Park, MI 48101**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3057**

**Nonpriority creditor's name and mailing address**

**Michael Bertin**
**1527 Monterey Boulevard**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3058**

**Nonpriority creditor's name and mailing address**

**Michael Bianco**
**65 Bevy Ct.**
**Brooklyn, NY 11229-6550**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3059**

**Nonpriority creditor's name and mailing address**

**Michael Bigler**
**14998 Tournament Dr**
**Helendale, CA 92342**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3060**

**Nonpriority creditor's name and mailing address**

**Michael Black**
**35 Bluebird Lane**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3061**

**Nonpriority creditor's name and mailing address**

**Michael Blaise Backer**
**349 Union Street**
**Hudson, NY 12534**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3062**

**Nonpriority creditor's name and mailing address**

**michael blum**
**4951 Tall Oaks Drive**
**Monrovia, MD 21770**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.306 3**

**Nonpriority creditor's name and mailing address**

**Michael Bohling**
**3038 Ramblewood St.**
**portage, IN 46368**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306 4**

**Nonpriority creditor's name and mailing address**

**MICHAEL BOHLING**
**3038 ramblewood st**
**Portage, IN 46368**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306 5**

**Nonpriority creditor's name and mailing address**

**Michael Boorman**
**1550 Markan Drive**
**Atlanta, GA 30306**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306 6**

**Nonpriority creditor's name and mailing address**

**Michael Booth**
**4613 Highway 14**
**Omaha, AR 72662**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306 7**

**Nonpriority creditor's name and mailing address**

**Michael Borgstrom**
**100 Abingdon Ave**
**Kenilworth, IL 60043**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306 8**

**Nonpriority creditor's name and mailing address**

**Michael Borgstrom**
**100 Abingdon Ave**
**Kenilworth, IL 60043**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.306 9**

**Nonpriority creditor's name and mailing address**

**Michael Bowers**
**5228 S. Auburn Pl.**
**Kennewick, WA 99337**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**3.307 0**

**Nonpriority creditor's name and mailing address**

**Michael Boyd**
**4600 sw 134 ave**
**Southwest ranches, FL 33330**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.307 1**

**Nonpriority creditor's name and mailing address**

**Michael Brasher**
**138 W Marshall St**
**Hastings, MI 49058**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.307 2**

**Nonpriority creditor's name and mailing address**

**Michael Breen**
**8089 S Pinecreek Lane**
**Cottonwood Heights, UT 84093**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.307 3**

**Nonpriority creditor's name and mailing address**

**Michael Brennan**
**455 Vista Grande**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.307 4**

**Nonpriority creditor's name and mailing address**

**Michael Britt**
**3953 Shadow Loch Dr**
**Suwanee, GA 30024**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.307 5**

**Nonpriority creditor's name and mailing address**

**Michael Broadbent**
**69482 Goodrich Rd**
**SISTERS, OR 97759**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.307 6**

**Nonpriority creditor's name and mailing address**

**Michael Brooks**
**1800 Iowa Street**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.3077**

**Nonpriority creditor's name and mailing address**

**Michael Brooks**
**1313 Cadillac Ave**
**Dauphin Island, AL 36528**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3078**

**Nonpriority creditor's name and mailing address**

**Michael Brown**
**95330 Spinnaker Drive**
**Fern Beach, FL 32034**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3079**

**Nonpriority creditor's name and mailing address**

**Michael Brown**
**1961 E Miraloma Ave, Suite C**
**Suite C**
**Placentia, CA 92870**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3080**

**Nonpriority creditor's name and mailing address**

**Michael Brzuchalski**
**224 W Pasadena Rd**
**Millersville, MD 21108**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3081**

**Nonpriority creditor's name and mailing address**

**Michael Brzuchalski**
**224 W Pasadena Rd**
**Millersville, MD 21108**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3082**

**Nonpriority creditor's name and mailing address**

**Michael Brzuchalski**
**224 W Pasadena Road**
**Millersville, MD 21108**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3083**

**Nonpriority creditor's name and mailing address**

**Michael Brzuchalski**
**190 W Pasadena Rd**
**Millersville, MD 21108**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.308 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Burdette**
**9018 River Hollow cv**
**FORT WAYNE, IN 46835**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MICHAEL BURGER**
**300 N. RAMPART ST.**
**#156**
**ORANGE, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Burger**
**300 N RAMPART ST TRLR 156**
**ORANGE, CA 92868**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Burtis**
**8050 Melrose Drive**
**Wheat Ridge, CO 80033**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Burton**
**7122 Daybreak Pl.**
**Rancho Cucamonga, CA 91701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.308 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Burton**
**7122 Daybreak Pl.**
**Alta Loma, CA 91701**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.309 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Buxton**
**2581 cliffwood court**
**Lake Havasu city, AZ 86403**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____  Case number (if known) _____
Name

---

**3.309 1**

**Nonpriority creditor's name and mailing address**

**Michael C. Ziegel**
**3165 Portofino Circle**
**Huntington Beach, CA 92649**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.309 2**

**Nonpriority creditor's name and mailing address**

**Michael Canfield**
**13572 Wheeler Pl**
**Tustin, CA 92780**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.309 3**

**Nonpriority creditor's name and mailing address**

**Michael Cannova**
**5641 Pleasant Woods Dr**
**Flowery Branch, GA 30542-8419**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.309 4**

**Nonpriority creditor's name and mailing address**

**Michael Canty**
**647 Longfellow Ave.**
**Hermosa Beach, CA 90254**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.309 5**

**Nonpriority creditor's name and mailing address**

**Michael Carnakis**
**7145 Sapri Place**
**Alta Loma, CA 91701**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.309 6**

**Nonpriority creditor's name and mailing address**

**Michael Carrick**
**61406 Orion Dr.**
**Bend, OR 97702**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.309 7**

**Nonpriority creditor's name and mailing address**

**Michael Carson**
**16670 Key Lime BLVD**
**Riverside, CA 92503**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.3098**

**Nonpriority creditor's name and mailing address**

**Michael Caruso**
**10551 Corinthian Drive**
**Stone Harbor, NJ 08247**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3099**

**Nonpriority creditor's name and mailing address**

**Michael Cavner**
**220 Newport Center Dr**
**11-132**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3100**

**Nonpriority creditor's name and mailing address**

**Michael Charles**
**46 Dakota Meadows Dr**
**Carbondale, CO 81623**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3101**

**Nonpriority creditor's name and mailing address**

**Michael Chester**
**1525 Mesa Verde Dr E #216**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3102**

**Nonpriority creditor's name and mailing address**

**Michael Chester**
**1634 Minorca Drive**
**Costa mesa, CA 92626**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3103**

**Nonpriority creditor's name and mailing address**

**MICHAEL CLARKE**
**399 BISCAYNE DR**
**SAN RAFAEL, CA 94901**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3104**

**Nonpriority creditor's name and mailing address**

**Michael Coady**
**2045 Holiday Road**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.310 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**MIchael Coburn**
**20701 Beach Blvd**
**#269**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.310 6    **Nonpriority creditor's name and mailing address**

**Michael Colglazier**
**1901 Edgywood stion Rd**
**New Albany, IN 47150**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.310 7    **Nonpriority creditor's name and mailing address**

**Michael Collier**
**910 Kings Rd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.310 8    **Nonpriority creditor's name and mailing address**

**Michael collier**
**1421 kings road**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.310 9    **Nonpriority creditor's name and mailing address**

**Michael Collins**
**895 Park Blvd Apt 108**
**San Diego, CA 92101**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.311 0    **Nonpriority creditor's name and mailing address**

**Michael Collins**
**3471 NW 37th St**
**Gainesville, FL 32605**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.311 1    **Nonpriority creditor's name and mailing address**

**michael connors**
**1703 certainty dr**
**point pleasant, NJ 08742**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

**3.311**
**2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Michael Cook**                                                  ☐ Contingent
**1314 NW Broadway St**                                           ☐ Unliquidated
**Grain Valley, MO 64029**                                        ☐ Disputed

Date(s) debt was incurred __**2022**__                            **Basis for the claim:** __**Warranty**__
Last 4 digits of account number __
                                                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.311**
**3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Michael Cradduck**                                             ☐ Contingent
**1469 Nantucket rd**                                            ☐ Unliquidated
**Venice, FL 34293**                                             ☐ Disputed

Date(s) debt was incurred __**2021**__                            **Basis for the claim:** __**Warranty**__
Last 4 digits of account number __
                                                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.311**
**4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Michael Cradduck**                                             ☐ Contingent
**1469 Nantucket road**                                          ☐ Unliquidated
**Venice, FL 34293**                                             ☐ Disputed

Date(s) debt was incurred __**2021**__                            **Basis for the claim:** __**Warranty**__
Last 4 digits of account number __
                                                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.311**
**5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Michael Cravetz**                                              ☐ Contingent
**325 Madison St**                                               ☐ Unliquidated
**APT E311**                                                     ☐ Disputed
**Lansdale, PA 19446**

Date(s) debt was incurred __**2021**__                            **Basis for the claim:** __**Warranty**__
Last 4 digits of account number __
                                                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.311**
**6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Michael Cronin**                                               ☐ Contingent
**17 Thenius St**                                                ☐ Unliquidated
**Worcester, MA 01607**                                          ☐ Disputed

Date(s) debt was incurred __**2023**__                            **Basis for the claim:** __**Warranty**__
Last 4 digits of account number __
                                                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.311**
**7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Michael Cullen**                                               ☐ Contingent
**28887 N. 129th Ave**                                           ☐ Unliquidated
**Peoria, AZ 85383**                                             ☐ Disputed

Date(s) debt was incurred __**2022**__                            **Basis for the claim:** __**Warranty**__
Last 4 digits of account number __
                                                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.311**
**8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Michael Culwell**                                              ☐ Contingent
**2870 Via Bellota**                                             ☐ Unliquidated
**San Clemente, CA 92673**                                       ☐ Disputed

Date(s) debt was incurred __**2021**__                            **Basis for the claim:** __**Warranty**__
Last 4 digits of account number __
                                                                 Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.3119**

**Nonpriority creditor's name and mailing address**

**Michael Cupps**
**78 Golden Eagle**
**Irvine, CA 92603**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.3120**

**Nonpriority creditor's name and mailing address**

**Michael Curtis**
**297 Burch Lake Rd.**
**Fayetteville, GA 30215**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.3121**

**Nonpriority creditor's name and mailing address**

**Michael D. Bohling**
**3038 Ramblewood St**
**Portage, IN 46368**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.3122**

**Nonpriority creditor's name and mailing address**

**Michael Dailey**
**11523 Aquamarine**
**fountain valley, CA 92708**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.3123**

**Nonpriority creditor's name and mailing address**

**Michael Daly**
**21111 STRATHMOOR LN**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.3124**

**Nonpriority creditor's name and mailing address**

**Michael Daly**
**21111 STRATHMOOR LN**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.3125**

**Nonpriority creditor's name and mailing address**

**Michael DAVID**
**1230 QUARRY ST**
**CORONA, CA 92879**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                     Case number (if known) _____
            Name

---

**3.312 6**

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Michael Davis**                                              ☐ Contingent
**9152 Royal Monarch Ct.**                                     ☐ Unliquidated
**Las Vegas, NV 89147**                                        ☐ Disputed

Date(s) debt was incurred  **2021**                            **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.312 7**

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Michael Davis**                                              ☐ Contingent
**9152 Royal Monarch Ct**                                      ☐ Unliquidated
**Las Vegas, NV 89147**                                        ☐ Disputed

Date(s) debt was incurred  **2021**                            **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.312 8**

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Michael Davis**                                              ☐ Contingent
**109 Canopy**                                                 ☐ Unliquidated
**Irvine, CA 92603**                                           ☐ Disputed

Date(s) debt was incurred  **2022**                            **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.312 9**

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Michael Davis**                                              ☐ Contingent
**54 Palomino Path**                                           ☐ Unliquidated
**River Ranch, FL 33867**                                      ☐ Disputed

Date(s) debt was incurred  **2021**                            **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313 0**

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Michael DeGain**                                             ☐ Contingent
**5318 E. 29th St.**                                           ☐ Unliquidated
**149 Joslin Cove Dr**                                         ☐ Disputed
**Au Gres, MI 48703**

Date(s) debt was incurred  **2023**                            **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313 1**

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Michael Degain**                                             ☐ Contingent
**5318 E 29th St**                                             ☐ Unliquidated
**Au Gres, MI 48703**                                          ☐ Disputed

Date(s) debt was incurred  **2021**                            **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.313 2**

**Nonpriority creditor's name and mailing address**              As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**MICHAEL DEL CAMPO**                                          ☐ Contingent
**460 S Spring St**                                            ☐ Unliquidated
**Apt 215**                                                    ☐ Disputed
**Los Angeles, CA 90013**

Date(s) debt was incurred  **2022**                            **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____Name_____

| | |
|---|---|
| **3.313 3** | |

**Nonpriority creditor's name and mailing address**
**Michael DelCarlo**
**2631 N 50th Pl**
**Phoenix, AZ 85008**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.313 4** | |

**Nonpriority creditor's name and mailing address**
**Michael DelCarlo**
**2631 N 50th Pl**
**Phoenix, AZ 85008**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.313 5** | |

**Nonpriority creditor's name and mailing address**
**Michael Dempsey**
**4811 Van Dorn St**
**Lincoln, NE 68506**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.313 6** | |

**Nonpriority creditor's name and mailing address**
**Michael Devlin**
**17 Maha Road**
**Makawao, HI 96768**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.313 7** | |

**Nonpriority creditor's name and mailing address**
**Michael Devlin**
**17 Maha Road**
**Makawao, HI 96768**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.313 8** | |

**Nonpriority creditor's name and mailing address**
**michael dickey**
**7598 W Kerry Dr**
**Boise, ID 83714**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| **3.313 9** | |

**Nonpriority creditor's name and mailing address**
**Michael Dickran**
**115 N Loop Dr**
**Camarillo, CA 93010-1221**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

| 3.314 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Dictor**
**35846 Plumeria Way**
**Fremont, CA 94536**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Dictor**
**35846 Plumeria Wy**
**Fremont, CA 94536**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Diehl**
**970 Oak St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Divan**
**658 Spring Point Dr.**
**Bradbury, CA 91008**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Downs**
**2090 Lawrenceville Suwanee Rd**
**Suite A**
**Suwanee, GA 30024**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Downs**
**124 Amora Ave**
**Venice, FL 34285**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.314 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**michael dunn**
**14 benham st apt 1**
**brockton, MA 02302**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| **3.314 7** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Michael Dutson**
**13859 North Bank Road**
**Roseburg, OR 97470**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.314 8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Michael E Young**
**4688 Oakleigh Manor Dr**
**Powder Springs, GA 30127**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.314 9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Michael Erickson**
**2734 Cambridge Dr.**
**Steilacoom, WA 98388**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.315 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Michael Eskew**
**16603 So. 46th Place**
**Phoenix, AZ 85048**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.315 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Michael Ewert**
**1200 River Rd Lot 105**
**Sparta, WI 54656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.315 2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Michael Ewing Ewing**
**2910 Walford Drive**
**Dayton, OH 45440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.315 3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Michael Eynon**
**831 Baypointe Drive**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**3.3154**

**Nonpriority creditor's name and mailing address**

**Michael Farris**
**1564 Cherrylane Avenue South**
**Seattle, WA 98144-3515**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3155**

**Nonpriority creditor's name and mailing address**

**Michael Ferik**
**26935 Safiro**
**Mission Viejo, CA 92691**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3156**

**Nonpriority creditor's name and mailing address**

**Michael Ferreira**
**4717 Thomas Hoby Pl**
**Sarasota, FL 34241**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3157**

**Nonpriority creditor's name and mailing address**

**Michael Fields**
**903 Almond Pointe**
**league city, TX 77573**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3158**

**Nonpriority creditor's name and mailing address**

**Michael Finnegan**
**320 Pinevue Drive**
**Monroeville, PA 15146**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3159**

**Nonpriority creditor's name and mailing address**

**Michael Fish**
**11127 Gerber Ave**
**Whittier, CA 90604**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3160**

**Nonpriority creditor's name and mailing address**

**Michael Floyd**
**2106 Vanderbilt Lane Unit B**
**Redondo Beach, CA 90278**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                               Case number (if known) _____

Name

---

**3.316
1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Michael Floyd**                                             ☐ Contingent
**2106 Vanderbilt Lane Unit B**                              ☐ Unliquidated
**Redondo Beach, CA 90278**                                  ☐ Disputed

Date(s) debt was incurred  **2021**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.316
2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Michael Foley**                                            ☐ Contingent
**4145 East Ransom Street**                                  ☐ Unliquidated
**Long Beach, CA 90804**                                     ☐ Disputed

Date(s) debt was incurred  **2023**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.316
3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Michael Fraus**                                            ☐ Contingent
**3450 N. Hualapai Way**                                     ☐ Unliquidated
**Unit 2085**                                                ☐ Disputed
**Las Vegas, NV 89129**

Date(s) debt was incurred  **2021**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.316
4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Michael Freeman**                                          ☐ Contingent
**1107 Stockbridge Way**                                     ☐ Unliquidated
**West Melbourne, FL 32904**                                 ☐ Disputed

Date(s) debt was incurred  **2022**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.316
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Michael Gabriel**                                          ☐ Contingent
**1492 Gridley Road**                                        ☐ Unliquidated
**Ojai, CA 93023**                                           ☐ Disputed

Date(s) debt was incurred  **2024**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.316
6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Michael Gabriel**                                          ☐ Contingent
**1492 Gridley Road**                                        ☐ Unliquidated
**Ojai, CA 93023**                                           ☐ Disputed

Date(s) debt was incurred  **2021**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.316
7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**michael galenski**                                         ☐ Contingent
**26 Abberly Rd**                                            ☐ Unliquidated
**Thornton, PA 19373**                                       ☐ Disputed

Date(s) debt was incurred  **2022**                          **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                            Case number (if known) _____
            Name

---

| 3.316 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Gallistel**
**18376 Oak Park Drive**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.316 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Gallistel**
**18376 Oak Park Dr.**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Gambrill**
**866 Las Palmas**
**Irvine, CA 92602**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Gates**
**1301 60th Street**
**SACRAMENTO, CA 95819**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Gates**
**2357 Wallington Way**
**Virginia Beach, VA 23456**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael George**
**6658 S Wynwood park drive**
**murray, UT 84123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael GERHARDS**
**525 n mt joy st**
**ELIZABETHTOWN, PA 17022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.317 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Gilbert**
**7 Nichol Lane**
**Nashua, NH 03062**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**michael gingras**
**115 E 12TH ST**
**4**
**LONG BEACH, CA 90813**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Givenrod**
**149 Playa Cir**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Gold**
**4145 Little Falls Dr.**
**Cumming, GA 30041**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.317 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Good**
**8043 Main St**
**Middletown, VA 22645**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Good**
**8043 Main St**
**Middletown, VA 22645**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.318 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Gordon**
**19752 Westwinds Ln**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
　　　　　Name

Case number (if known) _____

---

| 3.318 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Michael Graham**
**312 Columbia Point Drive**
**Richland, WA 99352**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.318 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michael Greene**
**3721 Eliot Street**
**Denver, CO 80211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.318 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michael Grimes**
**914 Lemont Dr**
**Nashville, TN 37216**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.318 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michael Gron**
**242 W. Canada**
**A**
**Placentia, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.318 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michael Grosvenor**
**7825 Pittsford Palmyra Rd**
**Fairport, NY 14450**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.318 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michael Gugerty**
**6405 Nacelle rd NE**
**Rio Rancho, NM 87144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.318 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michael Gugerty**
**6321 Hadley Ct**
**Rio Rancho, NM 87144**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.318 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Gutholc**
**5 Park Meadow Lane**
**West Long Branch, NJ 07764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Haas**
**327 Blackhawk Street**
**Iowa city, IA 52246**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**MIchael Haden**
**222 Fairway Place**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Hamm**
**2403 Florida St**
**Apt c**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Hanna**
**24408 Overlake Lane**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Harbin**
**81928 Calle Torbellino**
**Indio, CA 92203-4342**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.319 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Harbin**
**81928 Calle Torbellino**
**Indio, CA 92203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.319 6**

**Nonpriority creditor's name and mailing address**

**Michael Harrison**
**8 Larkfield Lane**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.319 7**

**Nonpriority creditor's name and mailing address**

**Michael Hart**
**2049 sea cove lane**
**costa mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.319 8**

**Nonpriority creditor's name and mailing address**

**Michael Healy**
**215 Vista Lane**
**Tyrone, GA 30290**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.319 9**

**Nonpriority creditor's name and mailing address**

**Michael Henderson**
**141 Kennedy Road**
**Leeds, MA '01053**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.320 0**

**Nonpriority creditor's name and mailing address**

**Michael Henningson**
**711 Downing Place**
**Geneva, IL 60134**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.320 1**

**Nonpriority creditor's name and mailing address**

**Michael Henton**
**309 Bay Hill Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.320 2**

**Nonpriority creditor's name and mailing address**

**Michael Hepburn**
**8 Tahoe Drive**
**Apt A**
**New Hope, PA 18938**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.320 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Hernandez**
**2415 Island Avenue**
**San Diego, CA 92102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Hess**
**1118 Farm Leaf Dr**
**Durham, NC 27703**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Hetelson**
**2222 Bristol Pike**
**Apt 2R**
**Bensalem, PA 19020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Hidalgo**
**1845 S. Michigan Ave #1502**
**Chicago, IL 60616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Hidalgo**
**1845 S Michigan Ave**
**Unit 1502**
**Chicago, IL 60616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Michael Hidden**
**909 Mackenzie Place**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.320 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**michael hill**
**23728 lake dr.**
**Crestline, CA 92325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

| 3.321 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Michael Hoff** | ☐ Contingent | |
| **4643 Lindell Blvd.** | ☐ Unliquidated | |
| **1115** | ☐ Disputed | |
| **Saint Louis, MO 63108** | | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Michael Hoffman** | ☐ Contingent | |
| **2611 S. Cloverdale** | ☐ Unliquidated | |
| **Los Angels, CA 90016** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Michael Hoffman** | ☐ Contingent | |
| **1938 N. Hoyne Avenue** | ☐ Unliquidated | |
| **Chicago, IL 60647** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Michael Hosch** | ☐ Contingent | |
| **1499 N Waterville Rd** | ☐ Unliquidated | |
| **OCONOMOWOC, WI 53066** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Michael Howard** | ☐ Contingent | |
| **230 W 14th Ave** | ☐ Unliquidated | |
| **North Wildwood, NJ 08260** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Michael Howey** | ☐ Contingent | |
| **124 Nantucket Lane** | ☐ Unliquidated | |
| **Aliso Viejo, CA 92656** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

| 3.321 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **MICHAEL HOWEY** | ☐ Contingent | |
| **124 Nantucket Lane** | ☐ Unliquidated | |
| **Aliso Viejo, CA 92656** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.321 7**

**Nonpriority creditor's name and mailing address**

**Michael Huguet**
**N1359 Buman Way**
**Greenville, WI 54942**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.321 8**

**Nonpriority creditor's name and mailing address**

**Michael Huhn**
**44 Hawk Ridge Dr**
**Las Vegas, NV 89135**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.321 9**

**Nonpriority creditor's name and mailing address**

**Michael Husson**
**738 26th St**
**Manhattan Beach, CA 90266-2365**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.322 0**

**Nonpriority creditor's name and mailing address**

**Michael Huxley**
**530 East Escalon Avenue**
**Fresno, CA 93710**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.322 1**

**Nonpriority creditor's name and mailing address**

**Michael Iredale**
**2318 Wesley Avenue**
**2nd Floor**
**Ocean City, NJ 08226**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.322 2**

**Nonpriority creditor's name and mailing address**

**Michael Iredale**
**911 4th Street**
**1st Floor**
**Ocean City, NJ 08226**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.322 3**

**Nonpriority creditor's name and mailing address**

**Michael j Vaughn**
**140 W Tenth Ave**
**1632**
**Denver, CO 80204**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.322 4**

**Nonpriority creditor's name and mailing address**

**Michael Jacoby**
**558 S 34th Ct**
**WEST DES MOINES, IA 50265**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 5**

**Nonpriority creditor's name and mailing address**

**Michael James**
**109 Argonne Ave**
**Long Beach, CA 90803**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 6**

**Nonpriority creditor's name and mailing address**

**Michael James**
**17351 Keegan Way**
**Santa Ana, CA 92705**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 7**

**Nonpriority creditor's name and mailing address**

**Michael Johnson**
**821 E Commercial St**
**Springfield, MO 65803**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 8**

**Nonpriority creditor's name and mailing address**

**Michael Johnson**
**2110 Menrovia**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.322 9**

**Nonpriority creditor's name and mailing address**

**Michael Junginger**
**1722 Pine St.**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.323 0**

**Nonpriority creditor's name and mailing address**

**Michael Karolchik**
**811 Fenwick Ave**
**Morgantown, WV 26505**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.323**
**1**

**Nonpriority creditor's name and mailing address**

**Michael Katz**
**170 Pond Xing**
**Lawrence, NY 11559**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.323**
**2**

**Nonpriority creditor's name and mailing address**

**Michael Katz**
**148 South Country Road**
**Remsenburg, NY 11960**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.323**
**3**

**Nonpriority creditor's name and mailing address**

**Michael Katz**
**14310 Northwest 62nd Place**
**Kansas City, MO 64152**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.323**
**4**

**Nonpriority creditor's name and mailing address**

**michael kelly**
**8 Sugar Maple Lane**
**Westport, CT 06880**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.323**
**5**

**Nonpriority creditor's name and mailing address**

**Michael Kent**
**1010 Emerald St**
**REDONDO BEACH, CA 90277**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.323**
**6**

**Nonpriority creditor's name and mailing address**

**Michael Kerwin**
**6600 West Howard Street**
**RNDC Illinois**
**Niles, IL 60714**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.323**
**7**

**Nonpriority creditor's name and mailing address**

**Michael Kessler**
**19891 Beach Blvd**
**#145**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.323 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Kibbe**
**19 Fremont**
**Irvine, CA 92620**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

| 3.323 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Kibbe**
**19 Fremont**
**Irvine, CA 92620**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

| 3.324 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Kiker**
**204 Brighton Cv**
**Freeport, FL 32439**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

| 3.324 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael King**
**10111 N 152nd Street**
**Waverly, NE 68462**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

| 3.324 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Klass**
**17710 Pastureland Ave**
**Bradenton, FL 34211**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

| 3.324 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michael Klinger**
**965 60th Street**
**Oakland, CA 94608**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

| 3.324 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**MICHAEL KNIEST**
**217 N. Vega St.**
**ALHAMBRA, CA 91801**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.324
5**

**Nonpriority creditor's name and mailing address**

**Michael Kniest**
**217 N Vega St.**
**Alhambra, CA 91801**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324
6**

**Nonpriority creditor's name and mailing address**

**Michael Knight**
**225 HAMILTON AVE NW**
**CHRISTIANSBURG, VA 24073**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324
7**

**Nonpriority creditor's name and mailing address**

**Michael Knight**
**225 HAMILTON AVE NW**
**CHRISTIANSBURG, VA 24073**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324
8**

**Nonpriority creditor's name and mailing address**

**Michael Knox**
**405 Chelsea Place**
**Rocklin, CA 95677**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.324
9**

**Nonpriority creditor's name and mailing address**

**Michael Koester**
**1165 Main St**
**Vineyard Haven, MA 02568**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.325
0**

**Nonpriority creditor's name and mailing address**

**Michael Krogh**
**314 S 11th**
**Apt. # 501**
**Omaha, NE 68102**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.325
1**

**Nonpriority creditor's name and mailing address**

**Michael Kronthal**
**1242 Edgewood Rd**
**Redwood City, CA 94062**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.325 2 | **Nonpriority creditor's name and mailing address** |

**3.325
2**

**Nonpriority creditor's name and mailing address**

**Michael Kronthal**
**1242 Edgewood Road**
**Redwood City, CA 94062**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.325
3**

**Nonpriority creditor's name and mailing address**

**Michael Kurtzman**
**656 Old Mill Run Rd**
**Mansfield, OH 44906**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.325
4**

**Nonpriority creditor's name and mailing address**

**Michael Kurtzman**
**656 Old Mill Run Rd.**
**Mansfield, OH 44906**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.325
5**

**Nonpriority creditor's name and mailing address**

**Michael Lacasse**
**113 Kenneth avenue**
**Greenlawn, NY 11740**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.325
6**

**Nonpriority creditor's name and mailing address**

**Michael Lawrence**
**391 Meadow Green Lane**
**Round Lake Beach, IL 60073**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.325
7**

**Nonpriority creditor's name and mailing address**

**Michael Lazar**
**3060 MIMLUS PL**
**ESCONDIDO, CA 92029**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.325
8**

**Nonpriority creditor's name and mailing address**

**Michael Leeson**
**503 Meadowcrest Lane**
**Douglassville, PA 19518**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                 **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                              Case number *(if known)* _____
Name

---

**3.3259**

**Nonpriority creditor's name and mailing address**

**Michael Leeson**
**503 MEADOWCREST LN**
**DOUGLASSVILLE, PA 19518**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3260**

**Nonpriority creditor's name and mailing address**

**Michael Levey**
**25 Cerrito**
**Irvine, CA 92612**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3261**

**Nonpriority creditor's name and mailing address**

**Michael Lewis**
**3391 Branciforte Dr.**
**Santa Cruz, CA 95065**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3262**

**Nonpriority creditor's name and mailing address**

**Michael Lewis**
**2206 Annbriar Ave**
**North Las Vegas, NV 89031**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3263**

**Nonpriority creditor's name and mailing address**

**Michael Lin**
**9051 Arcadia Ave**
**San Gabriel, CA 91775**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3264**

**Nonpriority creditor's name and mailing address**

**Michael LoCash**
**4605 Ocean V**
**Virginia Beach, VA 23455**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3265**

**Nonpriority creditor's name and mailing address**

**Michael Lopez**
**3490 nw 32nd ave**
**Unit N**
**Miami, FL 33142**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

| | | |
|---|---|---|
| 3.326 6 | **Nonpriority creditor's name and mailing address**<br>**Michael Lovely**<br>**485 Cabrillo Street**<br>**Costa Mesa, CA 92627**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.326 7 | **Nonpriority creditor's name and mailing address**<br>**Michael Lussier**<br>**2601 Raqueta**<br>**Newport Beach, CA 92660**<br><br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.326 8 | **Nonpriority creditor's name and mailing address**<br>**Michael Malinguaggio**<br>**15 dean dr**<br>**Bolton, CT 06043**<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.326 9 | **Nonpriority creditor's name and mailing address**<br>**Michael Malott**<br>**10637 Birch Bluff Ave**<br>**San Diego, CA 92131**<br><br>Date(s) debt was incurred **2025**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.327 0 | **Nonpriority creditor's name and mailing address**<br>**Michael Manjin**<br>**70 Wellstone Pl**<br>**Covington, GA 30014**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.327 1 | **Nonpriority creditor's name and mailing address**<br>**Michael Mansfield**<br>**5710 Hwy 5 North**<br>**Midway, AR 72651**<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.327 2 | **Nonpriority creditor's name and mailing address**<br>**Michael Marchetti**<br>**11912 Gladstone Dr**<br>**Santa Ana, CA 92705**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.327
3**

**Nonpriority creditor's name and mailing address**

**Michael Marco**
**429 John J Smith Rd**
**Oneida, TN 37841-7106**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.327
4**

**Nonpriority creditor's name and mailing address**

**Michael Marks**
**1018 Simmental Loop**
**Hutto, TX 78634**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.327
5**

**Nonpriority creditor's name and mailing address**

**michael marks**
**211 tyler dr**
**troy, IL 62294**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.327
6**

**Nonpriority creditor's name and mailing address**

**Michael Martin**
**7171 Warner Ave suite b 727**
**Huntingtn Bch, CA 92647**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.327
7**

**Nonpriority creditor's name and mailing address**

**Michael Martin**
**7171 Warner Ave suite b 727**
**Huntingtn Bch, CA 92647**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.327
8**

**Nonpriority creditor's name and mailing address**

**Michael Marto**
**7000 Miller Court Easr**
**Norcross, GA 30071**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.327
9**

**Nonpriority creditor's name and mailing address**

**Michael Matson**
**10182 North Spanish Bay Dr.**
**Fresno, CA 93720**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
           Name

| 3.328 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael Mazzetti**
**28704 high ridge Dr**
**santa clarita, CA 91390**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael McCarthy**
**6027 Sawgrass St SE**
**Salem, OR 97306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael McClune**
**21040 Pacific City Circle**
**#4128**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael Mccool**
**22106 Castleton Ct**
**Boyds, MD 20841**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael McGinnis**
**5142 Iolani Place**
**Princeville, HI 96722**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael McHugh**
**2507 E 16th St**
**Newport Beach, CA 92663-5441**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.328 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Michael McHugh**
**5 Island Avenue LD**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                      Case number *(if known)* _____
           Name

| 3.3287 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael McHugh**
**5 Island Avenue**
**LD**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3288 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael McHugh**
**5 Island Avenue**
**Miami Beach, FL 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3289 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael McHugh**
**5 Island Avenue, LD**
**Miami Beach, NY 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3290 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael McHugh**
**5 Island Avenue**
**Miami Beach, NY 33139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3291 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Mcknight**
**618 Timbercrest Dr**
**Gerald, MO 63037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3292 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Mednick**
**3993 Aliento Way**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.3293 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Melgar**
**5 Weeping Willow Ct**
**Glen Head, NY 11545**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
          Name

---

| 3.329 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Miela**
**21 Toulon**
**Foothill Ranch, CA 92610**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Miela**
**21 Toulon**
**Foothill Ranch, CA 92610**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Milano**
**8464 Indianapolis Ave**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Miller**
**305 Winn Road**
**Lee, ME 04455**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Miller**
**11220 La Cima Drive**
**Whittier, CA 90604**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.329 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Miller**
**11220 La Cima Dr.**
**Whittier, CA 90604**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.330 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Mock**
**9152 Veronica Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                   Case number (if known) _____
         Name

| | | |
|---|---|---|
| 3.330<br>1 | **Nonpriority creditor's name and mailing address**<br>**Michael Monk**<br>**2855 Woodbridge dr**<br>**Idaho Falls, ID 83401**<br><br>Date(s) debt was incurred  **2021**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.330<br>2 | **Nonpriority creditor's name and mailing address**<br>**Michael Moorhead**<br>**20412 Bluffwater Cir**<br>**Huntington Beach, CA 92646**<br><br>Date(s) debt was incurred  **2025**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.330<br>3 | **Nonpriority creditor's name and mailing address**<br>**Michael Mora**<br>**31852 Via Puntero**<br>**San Juan Capistrano, CA 92675**<br><br>Date(s) debt was incurred  **2022**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.330<br>4 | **Nonpriority creditor's name and mailing address**<br>**Michael Moreira**<br>**42740 Jacqueline Circle**<br>**Palm Desert, CA 92260**<br><br>Date(s) debt was incurred  **2024**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.330<br>5 | **Nonpriority creditor's name and mailing address**<br>**Michael Morley**<br>**2657 Peery Drive**<br>**Churchville, MD 21028**<br><br>Date(s) debt was incurred  **2022**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.330<br>6 | **Nonpriority creditor's name and mailing address**<br>**Michael Mulroy**<br>**22 Spanish Bay Dr**<br>**Newport Beach, CA 92660**<br><br>Date(s) debt was incurred  **2022**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |
| 3.330<br>7 | **Nonpriority creditor's name and mailing address**<br>**michael Munson**<br>**3A Cottage Ct**<br>**Whiting, NJ 08759**<br><br>Date(s) debt was incurred  **2021**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>**Basis for the claim:**  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

**3.3308**

**Nonpriority creditor's name and mailing address**
**Michael Neal**
**1755 North State St.**
**Orem, UT 84057**

Date(s) debt was incurred **2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3309**

**Nonpriority creditor's name and mailing address**
**Michael Neal**
**1755 North State**
**Orem, UT 84057**

Date(s) debt was incurred **2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3310**

**Nonpriority creditor's name and mailing address**
**Michael Newstrom**
**820 Empire St NW**
**Salem, OR 97304**

Date(s) debt was incurred **2022**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3311**

**Nonpriority creditor's name and mailing address**
**Michael Noble**
**13625 Sherman Blvd**
**East Garrison, CA 93933**

Date(s) debt was incurred **2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3312**

**Nonpriority creditor's name and mailing address**
**Michael Noble**
**675 Spencer St**
**Monterey, CA 93940**

Date(s) debt was incurred **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3313**

**Nonpriority creditor's name and mailing address**
**MICHAEL O'HAIR**
**532 Stratford Way**
**Brentwood, CA 94513**

Date(s) debt was incurred **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3314**

**Nonpriority creditor's name and mailing address**
**MICHAEL OBRIEN**
**18141 beach blvd**
**#370**
**Huntington beach, CA 92648**

Date(s) debt was incurred **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3315**

**Nonpriority creditor's name and mailing address**

**Michael Odom**
**407 W Mickey Mantle Path**
**Hernando, FL 34442**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3316**

**Nonpriority creditor's name and mailing address**

**Michael Ogden**
**2381 Mantelli Drive**
**Gilroy, CA 95020**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3317**

**Nonpriority creditor's name and mailing address**

**Michael Oliver**
**345 Snowbird Ln**
**Corona, CA 92882**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3318**

**Nonpriority creditor's name and mailing address**

**Michael Orr**
**1012 Brightwood Dr.**
**San Marcos, CA 92078**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3319**

**Nonpriority creditor's name and mailing address**

**Michael Owen**
**20 Elva Dr**
**Goffstown, NH 03045**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3320**

**Nonpriority creditor's name and mailing address**

**Michael Owens**
**5825 Abernathy Drive**
**Los Angeles, CA 90045**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3321**

**Nonpriority creditor's name and mailing address**

**Michael Owens**
**5825 Abernathy Dr**
**Los Angeles, CA 90045**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.332
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Michael P. Ahearn**
**608 Franklin Street Southeast**
**Huntsville, AL 35801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.332
3**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    $0.00

**Michael Page**
**10 Via Jarabe**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.332
4**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    $0.00

**Michael Paiva**
**4 Seascape Dr**
**#22**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.332
5**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    $0.00

**Michael Palmer**
**706 South Main Street**
**Windsor, MO 65360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.332
6**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    $0.00

**Michael Parks**
**312 Canyon Cir.**
**Las Vegas, NV 89107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.332
7**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    $0.00

**Michael Perales**
**1812 Capetown Circle**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.332
8**

Nonpriority creditor's name and mailing address    As of the petition filing date, the claim is: Check all that apply.    $0.00

**Michael Perisi**
**11 Edgewood Dr.**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.332 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Michael Pesale** | ☐ Contingent | |
| **345 E Harrison St** | ☐ Unliquidated | |
| **Long Beach, NY 11561** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.333 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Michael Peterson** | ☐ Contingent | |
| **1010 5th St SW** | ☐ Unliquidated | |
| **Roanoke, VA 24016** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.333 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Michael Peterson** | ☐ Contingent | |
| **3338 River Bottom Rd** | ☐ Unliquidated | |
| **Cary, NC 27519** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.333 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Michael Pier** | ☐ Contingent | |
| **2219 arlington road** | ☐ Unliquidated | |
| **Columbus, MI 48063** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.333 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Michael Pless** | ☐ Contingent | |
| **16691 Algonquin Street** | ☐ Unliquidated | |
| **Huntington Beach, CA 92649** | ☐ Disputed | |
| Date(s) debt was incurred  **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.333 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Michael Prater** | ☐ Contingent | |
| **966 S Corniche Du Lac** | ☐ Unliquidated | |
| **Covington, LA 70433** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.333 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Michael Pratt** | ☐ Contingent | |
| **11 Clark Rd** | ☐ Unliquidated | |
| **Haddam, CT 06438** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

**3.3336**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Michael Provo**                                                      ☐ Contingent
**3 Briscoe Street**                                                   ☐ Unliquidated
**Woburn, MA 01801**                                                   ☐ Disputed

Date(s) debt was incurred  **2021**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3337**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Michael Puig**                                                       ☐ Contingent
**435 Sorrento Dr**                                                    ☐ Unliquidated
**Cocoa, FL 32922**                                                    ☐ Disputed

Date(s) debt was incurred  **2021**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3338**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Michael Quinones**                                                   ☐ Contingent
**8098 S Kellerman Cir**                                               ☐ Unliquidated
**Aurora, CO 80016**                                                   ☐ Disputed

Date(s) debt was incurred  **2021**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3339**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**michael radin**                                                      ☐ Contingent
**6 renata**                                                           ☐ Unliquidated
**newport coast, CA 92657**                                            ☐ Disputed

Date(s) debt was incurred  **2023**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3340**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Michael Ramos**                                                      ☐ Contingent
**3023 Merced Dr.**                                                    ☐ Unliquidated
**Davis, CA 95618**                                                    ☐ Disputed

Date(s) debt was incurred  **2021**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3341**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Michael Ramsey**                                                     ☐ Contingent
**5836 Felicia Ave**                                                   ☐ Unliquidated
**Livermore, CA 94550**                                                ☐ Disputed

Date(s) debt was incurred  **2023**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3342**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Michael Ray**                                                        ☐ Contingent
**3088 Donnybrook Ln**                                                 ☐ Unliquidated
**Costa Mesa, CA 92626**                                               ☐ Disputed

Date(s) debt was incurred  **2023**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.334 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Redin**
**13945 N stonetree ct**
**Luther, OK 73054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Reed**
**23220 Mapleridge Dr.**
**Southfield, MI 48075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Reiss**
**1540 Cameo Dr**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Reiss**
**1540 Cameo Drive**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Reiss**
**1540 Cameo Drive**
**Redlands, CA 92373**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Rice**
**3016 N Atlas Rd**
**Coeur D Alene, ID 83814**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.334 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Rice**
**c/o The Club at Kukuiula**
**2700 Ke Alaula St**
**Koloa, HI 96756**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.3350**

**Nonpriority creditor's name and mailing address**

**Michael Ricketts**
**77-6469 Alii drive #126**
**Kailua-Kona, HI 96740**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3351**

**Nonpriority creditor's name and mailing address**

**Michael Riginio**
**202 Cherrybrook Ln**
**Irvine, CA 92618**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3352**

**Nonpriority creditor's name and mailing address**

**Michael Robbins**
**7362 Yellowtail Drive**
**#206**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3353**

**Nonpriority creditor's name and mailing address**

**Michael Robinson-Dorn**
**9 Vega Court**
**Irvine, CA 92617**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3354**

**Nonpriority creditor's name and mailing address**

**MIchael Rogozinski**
**2529 Swamp Creek Road**
**Green Lane, PA 18054-2353**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3355**

**Nonpriority creditor's name and mailing address**

**Michael Rosenthal**
**20 Volar St**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3356**

**Nonpriority creditor's name and mailing address**

**Michael Rosenthal**
**20 Volar St.**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (*if known*) _____

---

| 3.335 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Michael Rossi**
**32 West 33RD Street**
**Long Beach Township, NJ 08008**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.335 8 |
|---|

**Nonpriority creditor's name and mailing address**
**Michael Rossman**
**968 Palm Hill Road**
**Polk, PA 16342**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.335 9 |
|---|

**Nonpriority creditor's name and mailing address**
**michael roy**
**190 McAulay Place**
**laguna beach, CA 92651**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.336 0 |
|---|

**Nonpriority creditor's name and mailing address**
**Michael Rubin**
**251 Avenida Atezada**
**Redondo Beach, CA 90277**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.336 1 |
|---|

**Nonpriority creditor's name and mailing address**
**Michael Ryan**
**2995 Gatewood Dr**
**Lake Havasu City, AZ 86404**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.336 2 |
|---|

**Nonpriority creditor's name and mailing address**
**Michael Sabourin**
**3419 Via Lido**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.336 3 |
|---|

**Nonpriority creditor's name and mailing address**
**Michael Saily**
**15 Murchison Pl**
**White Plains, NY 10605**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name
Case number *(if known)* _____

---

| 3.336 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Salica**
**2860 Cypress Trace Cir**
**Apt 1812**
**Naples, FL 34119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Santopadre**
**2019 North College Ave**
**Fort Collins, CO 80524**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Schlack**
**32282 Azores road**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Schmitt**
**2017A Voorhees Ave**
**Redondo Beach, CA 90278**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Schoener**
**507 Rosebud Orchid Way**
**Weaverville, NC 28787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.336 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Schreiber Schreiber**
**8655 Lynnehaven Dr**
**Cincinnati, OH 45236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Schroff**
**1962 Sand Bruno**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
　　　　　　Name

Case number (if known) _____

| 3.337 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Michael Schwartz** | ☐ Contingent | |
| **348 west duarte rd** | ☐ Unliquidated | |
| **apt A** | ☐ Disputed | |
| **Monrovia, CA 91016** | | |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.337 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Michael Scott Greene** | ☐ Contingent | |
| **9 Pink Trumpet** | ☐ Unliquidated | |
| **Ladera Ranch, CA 92694** | ☐ Disputed | |
| Date(s) debt was incurred  **2020** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.337 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Michael Selden** | ☐ Contingent | |
| **502 Fullview Ave** | ☐ Unliquidated | |
| **Woodland Park, CO 80863** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.337 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Michael Sells** | ☐ Contingent | |
| **7812 Rhine Drive** | ☐ Unliquidated | |
| **Huntington Beach, CA 92647** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.337 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Michael Seneca** | ☐ Contingent | |
| **10166 Illumination Drive** | ☐ Unliquidated | |
| **Jacksonville, FL 32256** | ☐ Disputed | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.337 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **michael serero** | ☐ Contingent | |
| **317 cost amesa st** | ☐ Unliquidated | |
| **costa mesa, CA 92627** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

| 3.337 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Michael Shapiro** | ☐ Contingent | |
| **505 K St** | ☐ Unliquidated | |
| **Newport Beach, CA 92661** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No  ☐ Yes | |

Debtor  **Electric Bike Company, LLC**                    Case number *(if known)* _____
         Name

---

| 3.337 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Sharum**
**13348 Triple Crown Court**
**Moreno Valley, CA 92555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.337 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Sheehy**
**114 Ridley Howard Court**
**Decatur, GA 30030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Smith**
**813 Carrollton Avenue**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Smith**
**5430 N Farrow St**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Smith**
**5430 North Farrow Street**
**Boise, ID 83713**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Stephens**
**37 Jaralosa Road**
**Hillsboro, NM 88042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Stock**
**1500 Ridgewood Dr**
**East Lansing, MI 48823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

| 3.338 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Stokes**
**21675 Superior Ln.**
**Lake Forest, CA 92630**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Stone**
**3548w 175 n**
**Hurricane, UT 84737**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Strachan**
**28382 Quiet Hill Lane**
**Trubuco Canyon, CA 92679**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Strader**
**2631 NE 4th Street**
**Pompano Beach, FL 33062**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.338 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Strassner**
**30803 Via La Cresta**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Strickler**
**713 SE 4th Ave**
**Delray Beach, FL 33483**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.339 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Strickler**
**713 SE Fourth Ave**
**Delray Beach, FL 33483**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.339 2**

**Nonpriority creditor's name and mailing address**

**Michael Stringer**
**780 Oak St**
**Ashland, OR 97520**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.339 3**

**Nonpriority creditor's name and mailing address**

**Michael Studdard**
**96010 Enclave Manor**
**Fernandina Beach, FL 32034**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.339 4**

**Nonpriority creditor's name and mailing address**

**Michael Sturgeon**
**1382 Hiahia Street**
**Wailuku, HI 96793**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.339 5**

**Nonpriority creditor's name and mailing address**

**MICHAEL SULLIVAN**
**140 1/2 W MICHIGAN AVE**
**APT 7**
**MARSHALL, MI 49068**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.339 6**

**Nonpriority creditor's name and mailing address**

**Michael Sullivan**
**1740 Us Route 1**
**Cape Neddick, ME 03902-7431**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.339 7**

**Nonpriority creditor's name and mailing address**

**Michael Sullivan**
**1740 Us Route 1**
**Cape Neddick, ME 03902-7431**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.339 8**

**Nonpriority creditor's name and mailing address**

**Michael Sullivan**
**3323 Wyoming Cir**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.339 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Summers**
**817 West Westway**
**Orange, CA 92865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Szczawinski**
**14553 Manor Rd**
**Phoenix, MD 21131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Szczawinski**
**14553 Manor Rd**
**Phoenix, MD 21131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Szczawinski**
**14553 Manor Road**
**Phoenix, MD 21131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Tate**
**505w6 st apt 1A**
**Longbeach, CA 90802**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Thayer**
**7382 Spruce Circle**
**La Palma, CA 90623**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.340 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Michael Thiel**
**7928 Lake Pleasant Dr**
**Springfield, VA 22153**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F          Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
          Name

---

**3.340 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**michael thompson**
**576 Colonial Dr**
**Hilton Head Island, SC 29926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340 7**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Michael Thompson**
**9907 Buggy Horse Rd**
**Charlotte, NC 28277**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340 8**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Michael Thyrring**
**1106 New Market Road**
**Richmond, VA 23231**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.340 9**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Michael Tislau**
**4460 Crystal Drive**
**Broomfield, CO 80023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.341 0**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Michael Toerge**
**3334 E Coast Hwy #319**
**CORONA DEL MAR, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.341 1**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Michael Tolda**
**590 Rancho Santa Fe Road**
**Encinitas, CA 92024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.341 2**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Michael Torres**
**3121 3rd Avenue**
**Corona del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
　　　　　Name

Case number (if known) _____

---

**3.341
3**

**Nonpriority creditor's name and mailing address**

**Michael Turner**
**22 Player Pines Ct**
**The Woodlands, TX 77382**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341
4**

**Nonpriority creditor's name and mailing address**

**Michael Valdez**
**1331 Crestview Rd**
**Redlands, CA 92374**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341
5**

**Nonpriority creditor's name and mailing address**

**Michael Valdez**
**1331 CRESTVIEW RD**
**REDLANDS, CA 92374-6322**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341
6**

**Nonpriority creditor's name and mailing address**

**Michael Valdez**
**1331 Crestview Rd**
**Redlands, CA 92374**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341
7**

**Nonpriority creditor's name and mailing address**

**Michael Vanadestine**
**229 mountain View Ave**
**Bristol, CT 06010**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341
8**

**Nonpriority creditor's name and mailing address**

**Michael VanDaele**
**2807 Blue Water Drive**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.341
9**

**Nonpriority creditor's name and mailing address**

**Michael Vandeberghe**
**18221 W EAST WIND AVE**
**GOODYEAR, AZ 85338**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

**3.342 0**

**Nonpriority creditor's name and mailing address**

**Michael Ventimiglia**
**3102 Bell Dr**
**Boulder, CO 80301**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.342 1**

**Nonpriority creditor's name and mailing address**

**Michael Vorhies**
**5240 SW Humphrey Blvd**
**Portland, OR 97221**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.342 2**

**Nonpriority creditor's name and mailing address**

**Michael Walden**
**111 Beach Road**
**207**
**Key Largo, FL 33037**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.342 3**

**Nonpriority creditor's name and mailing address**

**Michael Wang**
**1011 Gatlin Grove**
**sulphur, OK 73086**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.342 4**

**Nonpriority creditor's name and mailing address**

**Michael Warren**
**181 W Oldis St**
**Rochelle Park, NJ 07662-3607**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.342 5**

**Nonpriority creditor's name and mailing address**

**Michael Warren**
**181 W Oldis St.**
**Rochelle Park, NJ 07662**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.342 6**

**Nonpriority creditor's name and mailing address**

**Michael Warren**
**181 W Oldis St**
**Rochelle Park, NJ 07662**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                Case number (if known) _____
                  Name

---

**3.342 7**

**Nonpriority creditor's name and mailing address**

**Michael Warren**
**181 W Oldis St.**
**Rochelle Park, NJ 07662**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.342 8**

**Nonpriority creditor's name and mailing address**

**Michael White**
**283 Seahill Dr**
**St Augustine, FL 32092**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.342 9**

**Nonpriority creditor's name and mailing address**

**Michael Wichterich**
**217 Orchid Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 0**

**Nonpriority creditor's name and mailing address**

**Michael Wilcox**
**13912 Crow Rd**
**Apple Valley, CA 92307**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 1**

**Nonpriority creditor's name and mailing address**

**Michael Wilkinson**
**24109 Clearbank Lane**
**Newhall, CA 91321-3945**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 2**

**Nonpriority creditor's name and mailing address**

**Michael Williams**
**7860 Arroyo Vista Ave.**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.343 3**

**Nonpriority creditor's name and mailing address**

**michael wolff**
**2755 Rising Moon way**
**Castle Rock, CO 80109**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.343 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Woytek**
**37572 Sturbridge Lane**
**Willoughby, OH 44094**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Wright**
**21 Calle Vaqueta**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Wyatt**
**1162 N. 3rd Ave.**
**Upland, CA 91786**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Young**
**34929 Flyover Ct.**
**Bakersfield, CA 93308**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Zapp**
**61537 Tall Tree Ct**
**Bend, OR 97702**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.343 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Zapp**
**61537 Tall Tree Court**
**Bend, OR 97702**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.344 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michael Zeeveld**
**270 Dawson Drive**
**Woodstock, GA 30188**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.344**
**1**

**Nonpriority creditor's name and mailing address**

**Michael Zimmerman**
**722 6th Ave**
**Phoenix City, AL 36867**

**Date(s) debt was incurred 2025**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.344**
**2**

**Nonpriority creditor's name and mailing address**

**Michael Zimmerman**
**4869 Oak Ridge Dr.**
**Columbus, GA 31909**

**Date(s) debt was incurred 2021**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.344**
**3**

**Nonpriority creditor's name and mailing address**

**Michaela Kiermeier**
**4000 Ace Ln**
**#220 (Creekview Ln)**
**Lewisville, TX 75067**

**Date(s) debt was incurred 2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.344**
**4**

**Nonpriority creditor's name and mailing address**

**Michaela Leitch**
**305 Magnolia Meadow Lane**
**Taylors, SC 29687**

**Date(s) debt was incurred 2020**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.344**
**5**

**Nonpriority creditor's name and mailing address**

**Michal Wisniewski**
**1428 Clinton**
**River Forest, IL 60305**

**Date(s) debt was incurred 2022**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.344**
**6**

**Nonpriority creditor's name and mailing address**

**micheal bass**
**4508 oak ct**
**monona, WI 53716**

**Date(s) debt was incurred 2021**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.344**
**7**

**Nonpriority creditor's name and mailing address**

**micheal belles**
**2060 Basin SW**
**Ephrata, WA 98823**

**Date(s) debt was incurred 2022**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.3448**

**Nonpriority creditor's name and mailing address**
**Micheal Clark**
**2508 Benton Avenue**
**Kalamazoo, MI 49008**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3449**

**Nonpriority creditor's name and mailing address**
**Micheal Clark**
**2508 Benton Avenue**
**Kalamazoo, MI 49008**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3450**

**Nonpriority creditor's name and mailing address**
**Micheal Hill**
**1435 Mesquite Drive**
**Sevierville, TN 37876**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3451**

**Nonpriority creditor's name and mailing address**
**Micheal Minikel**
**512 N Morris Ave**
**West Covina, CA 91790**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3452**

**Nonpriority creditor's name and mailing address**
**Michel Auger**
**344 Bertrand**
**Rosemere, QC J7A 1Y4**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3453**

**Nonpriority creditor's name and mailing address**
**Michel Blangy**
**4319 Newton Street**
**Torrance, CA 90505**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3454**

**Nonpriority creditor's name and mailing address**
**Michel Cofman**
**1436 E. Basalt Dr.**
**Arizona, AZ 85614**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                        Case number (if known) _____
    Name

---

| 3.345 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Michele Barnard**
**1170 N. Warm Springs Rd.**
**Midway, UT 84049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Michele Bollinger**
**630 Fountainview Dr**
**Irving, TX 75039**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Michele Brown**
**1620 E. 1450 S.**
**#8**
**St. George, UT 84790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Michele Cogswell**
**31373 north bermuda dunes drive**
**evergreen, CO 80439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.345 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Michele Diamond**
**27525 Nivelada**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Michele Dzembo**
**172 Dater Hill Rd**
**Troy, NY 12180**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.346 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Michele Eberle**
**108 Archwood Avenue**
**Annapolis, MD 21401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.346 2**

**Nonpriority creditor's name and mailing address**

**MICHELE Emerson**
**3891 Kroes street**
**Rockford, MI 49341**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 3**

**Nonpriority creditor's name and mailing address**

**Michele Fleming**
**20432 Clearwood Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 4**

**Nonpriority creditor's name and mailing address**

**Michele Ingram**
**6 Plum Ct**
**Sleepy Hollow, IL Michele**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 5**

**Nonpriority creditor's name and mailing address**

**Michele Kowalkowski**
**1 Mesa Way**
**Watsonville, CA 95076**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 6**

**Nonpriority creditor's name and mailing address**

**Michele Lawrence**
**138 W HILLCREST DR**
**SAN MARCOS, TX 78666-3416**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 7**

**Nonpriority creditor's name and mailing address**

**Michele Logan**
**12818 Woodpine**
**South Lyon, MI 48178**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.346 8**

**Nonpriority creditor's name and mailing address**

**michele MahonHatten**
**2222 Valley View Dr**
**PO Box 289**
**genoa, NV 89411**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.346 9**

**Nonpriority creditor's name and mailing address**

**Michele Maxted**
**3074 202 Street**
**Langley, BC V2Z 2E2**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 0**

**Nonpriority creditor's name and mailing address**

**Michele Maynard**
**17 Calle Portofino**
**San Clemente, CA 92673**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 1**

**Nonpriority creditor's name and mailing address**

**Michele McCall-Wallace**
**11130 NW Empress Place**
**North Plains, OR 97133**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 2**

**Nonpriority creditor's name and mailing address**

**MICHELE McCormack**
**331 Marche Ln**
**Costa Mesa, CA 92627-1416**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 3**

**Nonpriority creditor's name and mailing address**

**Michele Nguyen**
**1510 Newport blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 4**

**Nonpriority creditor's name and mailing address**

**Michele Odom**
**407 W Mickey Mantle Path**
**Hernando, FL 34442**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 5**

**Nonpriority creditor's name and mailing address**

**Michele Pirro**
**21661 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.347 6**

**Nonpriority creditor's name and mailing address**

**Michele Ravencraft**
**541 West Short Street**
**Apt 26**
**Lexington, KY 40507**

Date(s) debt was incurred **2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 7**

**Nonpriority creditor's name and mailing address**

**Michele Sandoval**
**3311 w114th circle**
**UnitB**
**Westminster, CO 80031**

Date(s) debt was incurred **2022**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 8**

**Nonpriority creditor's name and mailing address**

**Michele Vernola**
**22765 Burlwood**
**Mission Viejo, CA 92692**

Date(s) debt was incurred **2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.347 9**

**Nonpriority creditor's name and mailing address**

**Michele Walke**
**3156 Gulf Winds Circle**
**Hernando Beach, FL 34607**

Date(s) debt was incurred **2021**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348 0**

**Nonpriority creditor's name and mailing address**

**Michelle Albright**
**1351 Logan Ave. #A**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348 1**

**Nonpriority creditor's name and mailing address**

**Michelle Albright**
**21501 Brookhurst St. #G**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.348 2**

**Nonpriority creditor's name and mailing address**

**michelle almaraz**
**501 k st**
**newportbeach, CA 92661**

Date(s) debt was incurred **2024**

Last 4 digits of account number ___

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
Name

Case number *(if known)* _____

---

| 3.348 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Anderson**
**7864 Bressingham Dr.**
**Fairfax Station, VA 22039-3155**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.348 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Bailey**
**1824 Cantonata Dr**
**Leander, TX 78641**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.348 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Bammel**
**403 Hunters Creek Dr**
**New Braunfels, TX 78132**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.348 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**michelle blankenship**
**141 Alderwood Dr**
**Chehalis, WA 98532**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.348 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Blaze**
**5192 Hanalei Plantation Rd.**
**Princeville, HI 96722**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.348 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Bouras**
**9551 Blackfin Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.348 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Boyes**
**1825 Laurel Oak Lane**
**Virginia Beach, VA 23453**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

| 3.349 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michelle Bravo**
**7068 W Andres Peak Ct**
**Herriman, UT 84096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michelle Bullock**
**21401 Yarmouth Lane**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michelle Cirocco**
**1117 corto st**
**Simi valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michelle cirocco**
**1117 corto st**
**simi valley, CA 93065**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michelle Colindres**
**126 Luke Drive**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michelle Cormier**
**719 Poinsettia ave**
**Corona Del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.349 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Michelle Deshotels**
**3101 Lafayette Avenue**
**#117**
**St Louis, MO 63104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.3497**

**Nonpriority creditor's name and mailing address**

**Michelle Dinger**
**1109 brookline cir**
**Roseville, CA 95747**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3498**

**Nonpriority creditor's name and mailing address**

**Michelle Engle**
**8727 W Floyd Dr.**
**Lakewood, CO 80227**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3499**

**Nonpriority creditor's name and mailing address**

**Michelle Evans**
**94 Ridge RRd**
**Frankfort, MI 49635**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3500**

**Nonpriority creditor's name and mailing address**

**Michelle Evans**
**94 Ridge Rd**
**Frankfort, MI 49635**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3501**

**Nonpriority creditor's name and mailing address**

**Michelle Fink**
**2857 Breton Way**
**Fort Collins, CO 80525**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3502**

**Nonpriority creditor's name and mailing address**

**Michelle Fink**
**2857 Breton Way**
**Fort Collins, CO 80525**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3503**

**Nonpriority creditor's name and mailing address**

**Michelle Fortier**
**2 Wheatley Court**
**Irvine, CA 92617**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|--|
| | Name | | |

---

**3.350 4**

**Nonpriority creditor's name and mailing address**

**michelle gansert**
**16071 Jereva Cir**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.350 5**

**Nonpriority creditor's name and mailing address**

**Michelle Georgeson**
**48 S 800 East**
**American Fork, UT 84003**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.350 6**

**Nonpriority creditor's name and mailing address**

**Michelle Gray**
**500 1/2 36th st**
**newport beach, CA 92663**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.350 7**

**Nonpriority creditor's name and mailing address**

**Michelle Green**
**949 Old McGinley Dr**
**Maryville, TN 37803**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.350 8**

**Nonpriority creditor's name and mailing address**

**Michelle Heezen**
**4025 Tripp Dr**
**McKinney, TX 75071**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.350 9**

**Nonpriority creditor's name and mailing address**

**Michelle Helm**
**28502 casanal**
**Mission Viejo, CA 92692**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.351 0**

**Nonpriority creditor's name and mailing address**

**Michelle Hetherington**
**6561 Abbott Dr.**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.351 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Hoffman**
**1945 Placentia Ave**
**Unit A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.351 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Hornbeek**
**539 Via Ripagrande**
**Henderson, NV 89011**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.351 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Kehn**
**755 East 19th Ave**
**Apt 429**
**Denver, CO 80203**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.351 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Kelley**
**5245 Mesquite Dr**
**4**
**Chubbuck, ID 83202**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.351 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Kelley**
**580 Beulahs Ln**
**Idaho Falls, ID 83401**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.351 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Kummer**
**1940 Maple Ave.**
**#113**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.351 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Michelle Lavanway**
**13041 Orchid St**
**Yucaipa, CA 92399-4843**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.3518**

**Nonpriority creditor's name and mailing address**

**Michelle Lebrun**
**168 23rd St.**
**Unit B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.3519**

**Nonpriority creditor's name and mailing address**

**Michelle Lebrun**
**377 East 21st St.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.3520**

**Nonpriority creditor's name and mailing address**

**Michelle Lombana**
**225 Walford Way**
**Cary, NC 27519**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.3521**

**Nonpriority creditor's name and mailing address**

**Michelle M Payette**
**1479 SAN CHARLES DR**
**DUNEDIN, FL 34698-4321**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.3522**

**Nonpriority creditor's name and mailing address**

**Michelle Maniez**
**178 Mallory St NE**
**Castle Rock, WA 98611-9038**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.3523**

**Nonpriority creditor's name and mailing address**

**MICHELLE MAPP**
**4003 KEY THATCH COURT**
**NORTH CHARLESTON, SC 29420**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.3524**

**Nonpriority creditor's name and mailing address**

**Michelle McAtee**
**32212 N. 17th Drive**
**Phoenix, AZ 85085**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.352 5**

**Nonpriority creditor's name and mailing address**

**Michelle McCullough**
**79 Greate Bay Drive**
**Somers Point, NJ 08244**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352 6**

**Nonpriority creditor's name and mailing address**

**Michelle Mearsch**
**1412 Kenneth Dr**
**Tustin, CA 92780**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352 7**

**Nonpriority creditor's name and mailing address**

**Michelle Morales**
**4150 Cortona Ct.**
**Yorba Linda, CA 92886**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352 8**

**Nonpriority creditor's name and mailing address**

**Michelle Novak**
**33089 St Ignatius Airport Rd**
**Saint Ignatius, MT 59865**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.352 9**

**Nonpriority creditor's name and mailing address**

**michelle obanion**
**2901 hidden hills way**
**corona, CA 92882**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353 0**

**Nonpriority creditor's name and mailing address**

**Michelle Ochs**
**17062 Harbor Bluff Cir #A**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.353 1**

**Nonpriority creditor's name and mailing address**

**Michelle Ochs**
**17062 Harbor Bluffs Cir. #A**
**HB, CA 92649**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____

Name

---

**3.353.2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Michelle Pacheco** | ☐ Contingent |
| **8855 Domaine Street** | ☐ Unliquidated |
| **Rosemead, CA 91770** | ☐ Disputed |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.353.3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Michelle Pertl** | ☐ Contingent |
| **646 16th Ave W** | ☐ Unliquidated |
| **Kirkland, WA 98033** | ☐ Disputed |
| Date(s) debt was incurred __2022__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.353.4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Michelle Pino** | ☐ Contingent |
| **16271 Galaxy Dr.** | ☐ Unliquidated |
| **Westminster, CA 92683** | ☐ Disputed |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.353.5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Michelle Polk** | ☐ Contingent |
| **1247 Logan Road** | ☐ Unliquidated |
| **Muskegon, MI 49445** | ☐ Disputed |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.353.6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Michelle Putz** | ☐ Contingent |
| **151 Mesa Circle** | ☐ Unliquidated |
| **Salida, CO 81201** | ☐ Disputed |
| Date(s) debt was incurred __2022__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.353.7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Michelle Quiambao** | ☐ Contingent |
| **4250 Cuneo Drive** | ☐ Unliquidated |
| **Concord, CA 94518** | ☐ Disputed |
| Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.353.8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |
| **Michelle Richardson** | ☐ Contingent |
| **31 Silver Drive** | ☐ Unliquidated |
| **PO Box 123** | ☐ Disputed |
| **Creede, CO 81130** | |
| Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.3539**

**Nonpriority creditor's name and mailing address**

**Michelle Richardson**
**31 Silver Drive**
**Creede, CO 81130**

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3540**

**Nonpriority creditor's name and mailing address**

**Michelle Robinson**
**506 Brooklyn Blvd**
**Sea girt, NJ 08750**

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3541**

**Nonpriority creditor's name and mailing address**

**Michelle Roy**
**14728 Burcham Rd**
**Logan, OH 43138**

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3542**

**Nonpriority creditor's name and mailing address**

**Michelle Rupert**
**9841 Big Sur Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3543**

**Nonpriority creditor's name and mailing address**

**Michelle Santelli**
**5910 83rd Place**
**Kenosha, WI 53142**

Date(s) debt was incurred **2024**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3544**

**Nonpriority creditor's name and mailing address**

**Michelle Shields**
**7387 Silkwood Lane**
**Highland, CA 92346**

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.3545**

**Nonpriority creditor's name and mailing address**

**Michelle Skieresz**
**653 Island Drive**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred **2024**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.354 6**

**Nonpriority creditor's name and mailing address**

**Michelle Sokolowski**
**5649 Meredith Ave.**
**San Diego, CA 92120**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 7**

**Nonpriority creditor's name and mailing address**

**Michelle Sorensen**
**19801 Briarly Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 8**

**Nonpriority creditor's name and mailing address**

**Michelle Sowle**
**30902 Clubhouse Drive**
**UNIT 4E**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.354 9**

**Nonpriority creditor's name and mailing address**

**Michelle Spears**
**610 Sandy Hook Ct**
**Foster City, CA 94404**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 0**

**Nonpriority creditor's name and mailing address**

**Michelle Trainor**
**495 Arcaro Dr**
**Milton, GA 30004**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 1**

**Nonpriority creditor's name and mailing address**

**Michelle Trainor**
**610 Huntington St**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.355 2**

**Nonpriority creditor's name and mailing address**

**Michelle Tschetter**
**106 W ELM ST**
**WALSENBURG, CO 81089**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.355 3**

**Nonpriority creditor's name and mailing address**

**Michelle Ublasi**
**1510 Old Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.355 4**

**Nonpriority creditor's name and mailing address**

**Michelle Villasenor**
**25101 La Cresta Drive, Unit B**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.355 5**

**Nonpriority creditor's name and mailing address**

**Michelle Walker**
**28896 Airoso St**
**#296**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.355 6**

**Nonpriority creditor's name and mailing address**

**Michelle Yeager**
**3218 Lucas Circle**
**Lafayette, CA 94549**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.355 7**

**Nonpriority creditor's name and mailing address**

**Michelle Yurica**
**7245 E Mercer Way**
**Mercer Island, WA 98040**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.355 8**

**Nonpriority creditor's name and mailing address**

**Michellle Skieresz**
**12702 Holland Park St.**
**Bakersfield, CA 93312**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.355 9**

**Nonpriority creditor's name and mailing address**

**Mick Angelichio**
**1025 Whitegate Road**
**Wayne, PA 19087**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.356
0**

**Nonpriority creditor's name and mailing address**

**Mick Johnson**
**1610 Highpoint Dr.**
**Conway, AR 72034**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.356
1**

**Nonpriority creditor's name and mailing address**

**Mick Johnson**
**1610 Highpoint Dr**
**conway, AR 72034**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.356
2**

**Nonpriority creditor's name and mailing address**

**Mick Johnson**
**1610 Highpoint Drive**
**Conway, AR 72034**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.356
3**

**Nonpriority creditor's name and mailing address**

**Mickela Brusseau**
**2938 N Bowknot Lake Ave**
**Star, ID 83669**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.356
4**

**Nonpriority creditor's name and mailing address**

**Mickey Adkinson**
**420 Flower St.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.356
5**

**Nonpriority creditor's name and mailing address**

**Mickey Rogo**
**2529 Swamp Creek Road**
**Green Lane, PA 18054**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.356
6**

**Nonpriority creditor's name and mailing address**

**Micky Riley**
**400 Shakehill Rd**
**Markleeville, CA 96120**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

| 3.356 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miguel  ngel Ju rez**
**1034 w cypress st**
**Santa Maria, CA 93458**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.356 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miguel Romano**
**839 Darrell St.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.356 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miguel Trujillo**
**125 N. Homewood Drive**
**Athens, GA 30606**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.357 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miguel Veras mendez**
**96 Buckingham Ave**
**Apt 2**
**Perth Amboy, NJ 08861**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.357 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Miguel Villa**
**1410 Mariposa Drive**
**Santa Paula, CA 93060**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.357 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mikalai Ivanou**
**Calle Del Rio**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| 3.357 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mikayla Bennetts**
**533 W Wilson St.**
**unit 65**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
         Name

| 3.357 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mikayla Spence**
**1201 N Front St**
**Apt. 900**
**Harrisburg, PA 17102**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mike Alvarez**
**6414 Resedencia**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mike Atkinson**
**12464 Green Tree Dr**
**Rancho Cucamonga, CA 91739**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mike Barnwell Feldmann**
**2431 55th Street**
**San Diego, CA 92015**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mike Baron**
**12561 East Calle Tatita**
**Tuscan, AZ 85749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.357 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mike Baron**
**12561 East Calle Tatita**
**Tucson, AZ 85749**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.358 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mike Bertin**
**1527 Monterey Blvd**
**1/2**
**Hermosa, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.358
1**

**Nonpriority creditor's name and mailing address**

**Mike Bertin**
**1527 monterey blvd**
**1/2**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.358
2**

**Nonpriority creditor's name and mailing address**

**Mike Bigler**
**P.O. Box 2464**
**Helendale, CA 92342**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.358
3**

**Nonpriority creditor's name and mailing address**

**Mike Bohling**
**3038 ramblewood st**
**Portage, IN 46368**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.358
4**

**Nonpriority creditor's name and mailing address**

**Mike Boulden**
**107 Sandy Drive**
**Building 700**
**Newark, DE 19713**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.358
5**

**Nonpriority creditor's name and mailing address**

**Mike Boyd**
**4600 sw 134 ave**
**Southwest Ranches, FL 33330**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.358
6**

**Nonpriority creditor's name and mailing address**

**Mike Buxton**
**2581 cliffwood court**
**Lake havasu city, AZ 86403**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.358
7**

**Nonpriority creditor's name and mailing address**

**Mike Chislock**
**1711 Park Street**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
              Name

| 3.358 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.358 8**

**Nonpriority creditor's name and mailing address**

**Mike cola**
**337 S Michigan**
**Villa Park, IL 60181**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.358 9**

**Nonpriority creditor's name and mailing address**

**Mike Connors**
**1703 Certainty Dr**
**Point Pleasant Boro, NJ 08742**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.359 0**

**Nonpriority creditor's name and mailing address**

**Mike Connors**
**1703 Certainty Dr**
**Point Pleasant Boro, NJ 08742**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.359 1**

**Nonpriority creditor's name and mailing address**

**Mike Connors**
**1703 Certainty Dr**
**Point Pleasant Boro, NJ 08742**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.359 2**

**Nonpriority creditor's name and mailing address**

**Mike Conrad**
**28426 Las Cabos**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.359 3**

**Nonpriority creditor's name and mailing address**

**Mike Cullen**
**8855 Sutter Cr**
**518 B**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.359 4**

**Nonpriority creditor's name and mailing address**

**mike dahrouge**
**1723 elm st**
**wall township, NJ 07719**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.3595**

**Nonpriority creditor's name and mailing address**

**Mike DAlessandro**
**2784 Cibola Ave**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3596**

**Nonpriority creditor's name and mailing address**

**Mike Daly**
**21111 Strathmoor Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3597**

**Nonpriority creditor's name and mailing address**

**Mike Daly**
**21111 Strathmoor**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3598**

**Nonpriority creditor's name and mailing address**

**MIke Davidson**
**3633 NE 24th Ave**
**Portland, OR 97212-1512**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3599**

**Nonpriority creditor's name and mailing address**

**Mike Davidson**
**3633 NE 24th Ave**
**Portland, OR 97212**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3600**

**Nonpriority creditor's name and mailing address**

**Mike Davis**
**7012 Riverview Boulevard**
**Bradenton, FL 34209**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3601**

**Nonpriority creditor's name and mailing address**

**Mike Davis**
**9152 Royal Monarch Ct**
**Las Vegas, NV 89147**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.360
2**

**Nonpriority creditor's name and mailing address**

**Mike Davis**
**9152 Royal Monarch Court**
**Las Vegas, NV 89147**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.360
3**

**Nonpriority creditor's name and mailing address**

**Mike Dayton**
**420 1st Avenue S**
**Tierra Verde, FL 33715**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.360
4**

**Nonpriority creditor's name and mailing address**

**Mike Deats**
**4851 W 102nd Ave**
**Westminster, CO 80031**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.360
5**

**Nonpriority creditor's name and mailing address**

**Mike Demetriou**
**2 Twain**
**Irvine, CA 92617**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.360
6**

**Nonpriority creditor's name and mailing address**

**Mike Donnelly**
**5636 Spinnaker Bay Drive**
**Long Beach, CA 90803**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.360
7**

**Nonpriority creditor's name and mailing address**

**Mike Drexler**
**9720 W Peoria Ave**
**STE 110**
**Peoria, AZ 85345**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.360
8**

**Nonpriority creditor's name and mailing address**

**Mike Duarte**
**4248 Stewart Ave**
**Los Angeles, CA 90066**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.3609**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Mike Erickson**          ☐ Contingent
**2734 Cambridge Dr**          ☐ Unliquidated
**Steilacoom, WA 98388**          ☐ Disputed

Date(s) debt was incurred  **2020**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3610**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Mike Erickson**          ☐ Contingent
**2734 Cambridge Drive**          ☐ Unliquidated
**Steilacoom, WA 98388**          ☐ Disputed

Date(s) debt was incurred  **2020**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3611**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Mike Ernst**          ☐ Contingent
**4945 Park Drive**          ☐ Unliquidated
**Carlsbad, CA 92008**          ☐ Disputed

Date(s) debt was incurred  **2024**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3612**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Mike Ewing**          ☐ Contingent
**2910 Walford Dr**          ☐ Unliquidated
**Dayton, OH 45440**          ☐ Disputed

Date(s) debt was incurred  **2021**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3613**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Mike Ewing**          ☐ Contingent
**2910 Walford Dr**          ☐ Unliquidated
**Dayton, OH 45440**          ☐ Disputed

Date(s) debt was incurred  **2021**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3614**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Mike Eynon**          ☐ Contingent
**3936 Landmark ln**          ☐ Unliquidated
**brea, CA 92823**          ☐ Disputed

Date(s) debt was incurred  **2022**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3615**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Mike Fingert**          ☐ Contingent
**2505 Presley Ct.**          ☐ Unliquidated
**Camarillo, CA 93012**          ☐ Disputed

Date(s) debt was incurred  **2021**          **Basis for the claim:  Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                        Case number (if known) _____
　　　　　Name

---

3.361
6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mike Freeman**
**433 Begonia Ave #2**
**Corona del Mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.361
7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mike Furnell**
**2152 Rudolph Dr**
**Lake Havasu City, AZ 86406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.361
8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mike Furnell**
**2152 Rudolph drive**
**Lake Havasu City, AZ 86406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.361
9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mike Gajewski**
**2008 Artis Dr SE**
**Kentwood, MI 49546-6207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.362
0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mike Gill**
**489 Balsam Court**
**Marco Island, FL 34145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.362
1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mike Gill**
**2632 Canto Rompeolas**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.362
2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**

**Mike Gladkowski**
**766 Sepia CT**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.362 3**

**Nonpriority creditor's name and mailing address**

**Mike Grant**
**1791 Tessa Way**
**Petaluma, CA 94954**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.362 4**

**Nonpriority creditor's name and mailing address**

**Mike Grant**
**1791 Tessa Way**
**Petaluma, CA 94954**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☐ No  ☐ Yes

**$0.00**

---

**3.362 5**

**Nonpriority creditor's name and mailing address**

**Mike Greer**
**14714 Industry Circle**
**La Mirada, CA 90638**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.362 6**

**Nonpriority creditor's name and mailing address**

**Mike Gross**
**3956 Norris Rd**
**Richmond, IN 47374**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.362 7**

**Nonpriority creditor's name and mailing address**

**Mike Haight**
**1510 Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.362 8**

**Nonpriority creditor's name and mailing address**

**Mike Hallblade**
**1850 Dixie Beach Blvd**
**Sanibel, FL 33957**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.362 9**

**Nonpriority creditor's name and mailing address**

**Mike Hancock**
**2515 East Coast Hwy**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.363
0**

**Nonpriority creditor's name and mailing address**

**Mike Hancock**
**2515 East Coast Hwy**
**Suite 3**
**Corona Del Mar, CA 92625**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363
1**

**Nonpriority creditor's name and mailing address**

**Mike Hancock**
**2515 East Coast Highway**
**Corona Del Mar, CA 92625**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363
2**

**Nonpriority creditor's name and mailing address**

**mike Hancock**
**2515 East Cost Hwy**
**Corona Del Mar, CA 92625**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363
3**

**Nonpriority creditor's name and mailing address**

**mike Hancock**
**2115 East Cost Hwy**
**Corona Del Mar, CA 92625**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363
4**

**Nonpriority creditor's name and mailing address**

**Mike Hartley**
**9485 Quail Canyon Rd**
**El Cajon, CA 92021**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363
5**

**Nonpriority creditor's name and mailing address**

**Mike Harvey**
**3836 Bainbridge Dr**
**North Highlands, CA 95660-2807**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.363
6**

**Nonpriority creditor's name and mailing address**

**Mike Hatch**
**3198-G Airport Look Drive**
**Suite G**
**Costa Mesa, CA 92626**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

| 3.363 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**3.363 7**

**Nonpriority creditor's name and mailing address**

**mike haynes**
**644 Winding Brook Lane**
**Califon, NJ 07830**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.363 8**

**Nonpriority creditor's name and mailing address**

**Mike Henderson**
**2100 Dover Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.363 9**

**Nonpriority creditor's name and mailing address**

**Mike Hernishin**
**994 Oak St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.364 0**

**Nonpriority creditor's name and mailing address**

**Mike Hernishin**
**994 Oak St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.364 1**

**Nonpriority creditor's name and mailing address**

**Mike Heying**
**17211 Willemite St NW**
**Ramsey, MN 55303-3515**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.364 2**

**Nonpriority creditor's name and mailing address**

**Mike Heying**
**17211 Willemite ST NW**
**RAMSEY, MN 55303**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.364 3**

**Nonpriority creditor's name and mailing address**

**Mike Hidden**
**909 Mackenzie Pl**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
              Name

| 3.364 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Holpuch**
**9720 W Peoria Ave**
**STE 110**
**Peoria, AZ 85345**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 5**

**Nonpriority creditor's name and mailing address**

**Mike Humphries**
**108 Rue Royale**
**Apt. C**
**Lafayette, LA 70507**

**Date(s) debt was incurred** __2023__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 6**

**Nonpriority creditor's name and mailing address**

**Mike Hunn**
**31441 Ganado Rd**
**San Juan Capistrano, CA 92675**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 7**

**Nonpriority creditor's name and mailing address**

**Mike Hust**
**116 26th St.**
**Newport Beach, CA 92663**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 8**

**Nonpriority creditor's name and mailing address**

**Mike Irwin**
**321 S. Maria Ave**
**Redondo Beach, CA 90277**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.364 9**

**Nonpriority creditor's name and mailing address**

**Mike Johnson**
**11097 state st**
**Columbia, CA 95310**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.365 0**

**Nonpriority creditor's name and mailing address**

**Mike Keith**
**9409 181st ave east**
**Bonney Lake, WA 98391**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.365**
**1**

**Nonpriority creditor's name and mailing address**

**Mike Kelly**
**125 Engleside Ave**
**Beach Haven, NJ 08008**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.365**
**2**

**Nonpriority creditor's name and mailing address**

**Mike Koza**
**179 commons way**
**brewster, MA 02631**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.365**
**3**

**Nonpriority creditor's name and mailing address**

**Mike Kushner**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.365**
**4**

**Nonpriority creditor's name and mailing address**

**Mike Laver**
**6446 Arlington drive**
**Pleasanton, CA 94566**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.365**
**5**

**Nonpriority creditor's name and mailing address**

**Mike Lezovich**
**State Route 9**
**Springdale, UT 84767**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.365**
**6**

**Nonpriority creditor's name and mailing address**

**Mike Machurek**
**6571 N SPINDRIFT WAY**
**MERIDIAN, ID 83646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.365**
**7**

**Nonpriority creditor's name and mailing address**

**Mike Machurek**
**6571 N spindrift way**
**Meridian, ID 83646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                            Case number (if known) _____
_____
              Name

| | | |
|---|---|---|
| **3.365 8** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Mike Majors**
**5704 Broadway**
**Sacramento, CA 95820**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.365 9** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Mike Martinez**
**22716 Berdon St**
**Woodland Hills, CA 91367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.366 0** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Mike Mathews**
**3334 E Coast Hwy**
**Suite 563**
**Newport Beach, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.366 1** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Mike Mcallister**
**2505 Vista Dr**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.366 2** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Mike McCarthy**
**8282 Kingsdale Drive**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.366 3** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**mike mccaw**
**2121 Mission Peak Cir**
**Las Vegas, NV 89146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| **3.366 4** | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Mike McDonald**
**2275 Youngman Av**
**#202W**
**St Paul, MN 55116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

---

**3.366 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Mike McGee**
**4200 Sugar Pine Loop**                                                 ☐ Contingent
**Show Low, AZ 85901-5284**                                             ☐ Unliquidated
                                                                        ☐ Disputed

Date(s) debt was incurred __2022__
                                                                        Basis for the claim:  __Warranty__
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.366 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Mike McGuiness**
**6 Wellington Pl**                                                      ☐ Contingent
**Rehoboth Beach, DE 19971**                                           ☐ Unliquidated
                                                                        ☐ Disputed

Date(s) debt was incurred __2024__
                                                                        Basis for the claim:  __Warranty__
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.366 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Mike Meyer**
**1945 Placentia Ave**                                                   ☐ Contingent
**Bldg. A**                                                             ☐ Unliquidated
**Costa Mesa, CA 92627**                                               ☐ Disputed

Date(s) debt was incurred __2025__
                                                                        Basis for the claim:  __Warranty__
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.366 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Mike Mironov**
**2900 Park Newport**                                                    ☐ Contingent
**Unit 223**                                                            ☐ Unliquidated
**Newport Beach, CA 92660**                                            ☐ Disputed

Date(s) debt was incurred __2022__
                                                                        Basis for the claim:  __Warranty__
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.366 9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Mike Mironov**
**647 Promontory Drive East**                                           ☐ Contingent
**Newport Beach, CA 92660**                                            ☐ Unliquidated
                                                                        ☐ Disputed

Date(s) debt was incurred __2020__
                                                                        Basis for the claim:  __Warranty__
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.367 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**mike mitchell**
**12620 Michigan Ave**                                                  ☐ Contingent
**Elberta, AL 36530**                                                  ☐ Unliquidated
                                                                        ☐ Disputed

Date(s) debt was incurred __2024__
                                                                        Basis for the claim:  __Warranty__
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.367 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Mike Mitchell**
**2685 Terrell Valley Dr**                                              ☐ Contingent
**Republic, MO 65738**                                                 ☐ Unliquidated
                                                                        ☐ Disputed

Date(s) debt was incurred __2024__
                                                                        Basis for the claim:  __Warranty__
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

| 3.367 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Moore**
**2480 East Service Road**
**Mobile, AL 36617**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.367 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Morton**
**5925 E Solcito Ln**
**Paradise Valley, AZ 85253**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.367 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Murphy**
**1609 Riverview Circle**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.367 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Myers**
**5010 PLAYA CATALINA**
**SAN DIEGO, CA 92124**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.367 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Myers**
**900 CARLISLE LN**
**SOUTHLAKE, TX 76092-8802**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.367 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Neeley**
**3300 Washington Ave**
**Evansville, IN 47714**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.367 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Nehrkorn**
**2401 Lakewood Ranch Blvd N**
**Apt 1401**
**Sarasota, FL 34240**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
        Name

---

**3.367 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Mike olsztyn**<br>**676 W Wilson St**<br>**Costa Mesa, CA 92627** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

---

**3.368 0**

**Nonpriority creditor's name and mailing address**
**Mike ONeill**
**341 Hazel Dr**
**Corona Del Mar, CA 92625**
Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Warranty**
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.368 1**

**Nonpriority creditor's name and mailing address**
**Mike Orroth**
**720 31st st**
**Manhattan Beach, CA 90266**
Date(s) debt was incurred  **2020**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Warranty**
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.368 2**

**Nonpriority creditor's name and mailing address**
**Mike Orton**
**63 Vasto St**
**Rancho Mission Viejo, CA 92694**
Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Warranty**
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.368 3**

**Nonpriority creditor's name and mailing address**
**Mike Orton**
**63 vasto st.**
**RMV, CA 92694**
Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Warranty**
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.368 4**

**Nonpriority creditor's name and mailing address**
**Mike Owens**
**25 Lustre Street**
**Rancho Mission Viejo, CA 92694**
Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Warranty**
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.368 5**

**Nonpriority creditor's name and mailing address**
**Mike P Gill Mike P Gill**
**489 Balsam Ct**
**Marco Island, FL 34145**
Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed
Basis for the claim:  **Warranty**
Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

---

**3.3686**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Mike Page** | ☐ Contingent |
| **2247 NEWARK AVE** | ☐ Unliquidated |
| **Manasquan, NJ 08736** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.3687**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Mike Parks** | ☐ Contingent |
| **328 E balboa BLVD** | ☐ Unliquidated |
| **Newport Beach, CA 92661** | ☐ Disputed |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.3688**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Mike Payne** | ☐ Contingent |
| **49039 orchard dr** | ☐ Unliquidated |
| **Miramonte, CA 93641** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.3689**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Mike Peck** | ☐ Contingent |
| **5342 Skyline Pkwy** | ☐ Unliquidated |
| **Ogden, UT 84403-4845** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.3690**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Mike Perzin** | ☐ Contingent |
| **20 Mountain View Ter** | ☐ Unliquidated |
| **North Haven, CT 06473** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.3691**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Mike Pilarski** | ☐ Contingent |
| **8930 Universe Ave** | ☐ Unliquidated |
| **Westminster, CA 92683** | ☐ Disputed |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.3692**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Mike Polenzani** | ☐ Contingent |
| **1907 Beryo Lane** | ☐ Unliquidated |
| **Newport Beach, CA 92660** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.369
3**

**Nonpriority creditor's name and mailing address**

**Mike Polenzani
1907 Beryl Ln
Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.369
4**

**Nonpriority creditor's name and mailing address**

**Mike Reitzel
1237 Shingle Oak Ct
Troy, MO 63379**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.369
5**

**Nonpriority creditor's name and mailing address**

**Mike Robinson
1304 Blackhawk Lane
Bartlett, IL 60103**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.369
6**

**Nonpriority creditor's name and mailing address**

**Mike Rodden
327 Botany Bay Pl
Wilmington, NC 28412**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.369
7**

**Nonpriority creditor's name and mailing address**

**Mike Rosenphal
20 Volar St
Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.369
8**

**Nonpriority creditor's name and mailing address**

**Mike Sanders
21485 Almondwood
Lake Forest, CA 92630**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.369
9**

**Nonpriority creditor's name and mailing address**

**Mike Schluenz
414 Lupine Way
Oceanside, CA 92057**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.370
0**

**Nonpriority creditor's name and mailing address**

**Mike Schneider**
**268 Mizner Ct**
**Livermore, CA 94550**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370
1**

**Nonpriority creditor's name and mailing address**

**Mike Schneider**
**268 Mizner Court**
**Livermore, CA 94550**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370
2**

**Nonpriority creditor's name and mailing address**

**Mike Scott**
**28355 Chat Drive**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370
3**

**Nonpriority creditor's name and mailing address**

**Mike Sells**
**7812 Rhine Dr**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370
4**

**Nonpriority creditor's name and mailing address**

**Mike Service**
**534 Gunter Ave**
**Guntersville, AL 35976**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370
5**

**Nonpriority creditor's name and mailing address**

**Mike Shapiro**
**505 K Street**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.370
6**

**Nonpriority creditor's name and mailing address**

**Mike Shelton**
**155 Steuart St**
**San Francisco, CA 94105**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                 Case number (if known) _____
          Name

---

| 3.370 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Slattery**
**3450 Big Bear Dr.**
**Sedalia, CO 80135**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

| 3.370 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Sorce**
**935 North Honore Street**
**1f**
**Chicago, IL 60622**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.370 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Spears**
**1911 Tawny Oaks**
**Kingwood, TX 77345**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.371 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Spigarelli**
**419 Magnolia Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.371 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Stanley**
**2018 Dover Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.371 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Strachan**
**28382 Quiet hill lane**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.371 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Mike Strader**
**2631 NE 4th Street**
**Pompano Beach, FL 33062**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                Case number *(if known)* _____
      Name

---

**3.371
4**

**Nonpriority creditor's name and mailing address**

**Mike Sullivan**
**3323 Wyoming Circle**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.371
5**

**Nonpriority creditor's name and mailing address**

**Mike Teisher**
**1110 S Ditmar St**
**Oceanside, CA 92054**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.371
6**

**Nonpriority creditor's name and mailing address**

**Mike Tufaga**
**659 Louise Avenue**
**Novato, CA 94947**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.371
7**

**Nonpriority creditor's name and mailing address**

**Mike Ustaski**
**1728 Tall Pineway**
**Libertyville, IL 60048**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.371
8**

**Nonpriority creditor's name and mailing address**

**Mlke Van Daele**
**2807 Blue Water Dr**
**Newport Beach, CA 92625**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.371
9**

**Nonpriority creditor's name and mailing address**

**Mlke Van Daele**
**2807 Blue Water Dr**
**Newport Beach, CA 92625**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.372
0**

**Nonpriority creditor's name and mailing address**

**Mike Wakefield**
**74 Mariposa Drive**
**UNIT A**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.372**
**1**

**Nonpriority creditor's name and mailing address**

**Mike Walker**
**21695 Todd ave**
**Yorba linda, CA 92887**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.372**
**2**

**Nonpriority creditor's name and mailing address**

**Mike White**
**27492 Paseo Arco Clave**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.372**
**3**

**Nonpriority creditor's name and mailing address**

**Mike Whitney**
**40711 Symeron Way**
**Murrieta, CA 92562**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.372**
**4**

**Nonpriority creditor's name and mailing address**

**Mike Williams**
**18681 SILVER MAPLE WAY**
**SANTA ANA, CA 92705**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.372**
**5**

**Nonpriority creditor's name and mailing address**

**Mike Williams**
**18681 Silver Maple Way**
**North Tustin, CA 92705**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.372**
**6**

**Nonpriority creditor's name and mailing address**

**Mike Young**
**4688 Oakleigh Manor Dr**
**Powder Springs, GA 30127**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.372**
**7**

**Nonpriority creditor's name and mailing address**

**Mike Zerkel**
**2344 Ottawa Way**
**tustin, CA 92782**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.372 8**

**Nonpriority creditor's name and mailing address**

**Mike Ziegel**
**3165 Portofino Circle**
**Huntington Beach, CA 92649**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.372 9**

**Nonpriority creditor's name and mailing address**

**Mike Ziegel**
**3165 Portofino Circle**
**Huntington Beach, CA 92649**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 0**

**Nonpriority creditor's name and mailing address**

**Miki Akil**
**4127 Vela Way**
**Oceanside, CA 92057**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 1**

**Nonpriority creditor's name and mailing address**

**Mikie Stearns**
**6070 Hilltop rd**
**Pensacola, FL 32504**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 2**

**Nonpriority creditor's name and mailing address**

**Milan Miladinovich**
**5842 West 59th Street**
**Chicago, IL 60638**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 3**

**Nonpriority creditor's name and mailing address**

**Milan Milojevic**
**1919 S Michigan Ave**
**408**
**Chicago, IL 60616**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.373 4**

**Nonpriority creditor's name and mailing address**

**Miles C Kushin**
**2232 Meyer Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                Case number (if known) _____
_____
Name

---

**3.373
5**

**Nonpriority creditor's name and mailing address**

**Miles Crail**
**1690 Green Ash Rd**
**Reno, NV 89511**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.373
6**

**Nonpriority creditor's name and mailing address**

**Miles Kushin**
**2232 Meyer Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.373
7**

**Nonpriority creditor's name and mailing address**

**Miles mccauley**
**7824 Instow Ct**
**Elk Grove, CA 95758**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.373
8**

**Nonpriority creditor's name and mailing address**

**Miles Mendoza**
**272 Broadway**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.373
9**

**Nonpriority creditor's name and mailing address**

**Miljan Knezevic**
**4423 N NEWCASTLE AVE UNIT 2**
**HARWOOD HEIGHTS, IL 60706**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.374
0**

**Nonpriority creditor's name and mailing address**

**Millan Sekosky**
**1705 Sherinton Pl**
**X204**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.374
1**

**Nonpriority creditor's name and mailing address**

**Miller Brad**
**3620 sunflower circle**
**Seal beach, CA 90740**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                **Page  535 of 1405**

Debtor    **Electric Bike Company, LLC**
Name

Case number *(if known)*

---

**3.374 2**

**Nonpriority creditor's name and mailing address**

**Millie McCarthy**
**6613 Beddoo St**
**Alexandria, FL 22306-6605**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374 3**

**Nonpriority creditor's name and mailing address**

**Milos Stankovic**
**10429 Winter Park Dr**
**Palos Hills, IL 60465**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374 4**

**Nonpriority creditor's name and mailing address**

**Milton Chan**
**7 Porter Street**
**Watertown, MA 02472**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374 5**

**Nonpriority creditor's name and mailing address**

**Milton Littlefield**
**7552 Forest Mere Dr**
**Riverview, FL 33578**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374 6**

**Nonpriority creditor's name and mailing address**

**Milton Rodas**
**2046 maple ave**
**c**
**costa mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374 7**

**Nonpriority creditor's name and mailing address**

**Mindy Eskelsen**
**740 Hanford st**
**Pismo Beach, CA 93449**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.374 8**

**Nonpriority creditor's name and mailing address**

**Mindy Pundt**
**293 Charleston Ct**
**Fort Mill, SC 29707**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.374
9**

**Nonpriority creditor's name and mailing address**

**Mindy Smith**
**6561 Abbott Drive**
**Huntington Beach, CA 92647**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375
0**

**Nonpriority creditor's name and mailing address**

**Mindy Valenci**
**200 W Washington Square**
**Philadelphia, PA 19106**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375
1**

**Nonpriority creditor's name and mailing address**

**Mingyi Bi**
**32 S Main St**
**404**
**Concord, NH 03301**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375
2**

**Nonpriority creditor's name and mailing address**

**Minh Winger**
**3645 Breman St**
**Las Vegas, NV 89129**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375
3**

**Nonpriority creditor's name and mailing address**

**Minna Eisenhauer**
**1685 Del Mar Ave**
**Laguna Beach, CA 92651**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375
4**

**Nonpriority creditor's name and mailing address**

**Mio Kamstra-Brown**
**2424 Oriole Ln**
**Santa Cruz, CA 95062**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.375
5**

**Nonpriority creditor's name and mailing address**

**Mio Y**
**2424 Oriole Ln**
**Santa Cruz, CA 95062**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.375 6**

**Nonpriority creditor's name and mailing address**

**Miriam Donnelly**
**29111 country hills rd**
**San JUan Capistrano, CA 92675**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.375 7**

**Nonpriority creditor's name and mailing address**

**Miriam Esteve**
**240 Harbor Dr**
**Key Biscayne, FL 33149**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.375 8**

**Nonpriority creditor's name and mailing address**

**Miriam Horn**
**2 Las Estrellas Loop**
**4033**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.375 9**

**Nonpriority creditor's name and mailing address**

**Miriam Klaey**
**4706 Sunnyhill**
**Westlake Village, CA 91362**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.376 0**

**Nonpriority creditor's name and mailing address**

**Miriam Mills**
**2008 Moultrie Court**
**Fort Mill, SC 29707**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.376 1**

**Nonpriority creditor's name and mailing address**

**Miriam Mills**
**2008 Moultrie Ct**
**Fort Mill, SC 29707**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.376 2**

**Nonpriority creditor's name and mailing address**

**Misael Hernandez**
**6026 Barcelona Ave**
**Riverside, CA 92509**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.376 3**

**Nonpriority creditor's name and mailing address**

**misha piatigorsky**
**654 W 161st St**
**4H**
**New York, NY 10032**

Date(s) debt was incurred  **2021**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.376 4**

**Nonpriority creditor's name and mailing address**

**Mishelle Westendorf**
**2855 Naples Ave**
**Half Moon Bay, CA 94019**

Date(s) debt was incurred  **2024**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.376 5**

**Nonpriority creditor's name and mailing address**

**Missael Ocampo**
**780 W. Wilson St**
**3**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.376 6**

**Nonpriority creditor's name and mailing address**

**Misty Dollard**
**3459 Watermarke Pl**
**Irvine, CA 92612**

Date(s) debt was incurred  **2024**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.376 7**

**Nonpriority creditor's name and mailing address**

**Misty Sample**
**557 Southwestern Drive**
**Rockwall, TX 75087**

Date(s) debt was incurred  **2021**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.376 8**

**Nonpriority creditor's name and mailing address**

**mitch dean**
**320 Old Rapids Rd**
**Lexington, SC 29072**

Date(s) debt was incurred  **2025**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.376 9**

**Nonpriority creditor's name and mailing address**

**Mitch Doran**
**109 E Main St**
**Greenfield, IN 46140**

Date(s) debt was incurred  **2021**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __Electric Bike Company, LLC__                                    Case number (if known) _____
      Name

---

| 3.377 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**mitch Grindley**
**432 Lake Front Drive**
**Lakeside Marblehead, OH 43440**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitch Grindley**
**6700 Temperance Point Street**
**Westerville, OH 43082**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitch Guthrie**
**122 South Country Club Rd.**
**Glendora, CA 91741**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitch Hackleman**
**17944 Cypress Rose Hill Rd**
**Unit 2-4**
**Cypress, TX 77429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitch Loman**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitch Redden**
**4 South Peak**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.377 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mitchell Glenn**
**10408 NE 104th St**
**Vancouver, WA 98662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.377 7**

**Nonpriority creditor's name and mailing address**

**Mitchell Johns**
**188 merrill pl**
**Apt. B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.377 8**

**Nonpriority creditor's name and mailing address**

**Mitchell Malig**
**1300 Sanderson Drive**
**Sterling, VA 20164**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.377 9**

**Nonpriority creditor's name and mailing address**

**Mitchell Marietti**
**1945 Placentia Ave Unit A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.378 0**

**Nonpriority creditor's name and mailing address**

**Mitchell salas**
**40031 Jonah way**
**Murrieta, CA 92563**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.378 1**

**Nonpriority creditor's name and mailing address**

**Mitchell Small**
**13925 North Willow Bend Drive**
**Oro Valley, AZ 85755**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.378 2**

**Nonpriority creditor's name and mailing address**

**Mitchell States**
**683 Everly Ct**
**Grand Junction, CO 81504**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.378 3**

**Nonpriority creditor's name and mailing address**

**Mitchell Strickland**
**558 Pine Rock Avenue**
**Hamden, CT 06514**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

| 3.378<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mitchell Strickland**
**558 Pine Rock Avenue**
**Hamden, CT 06514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**mitchell strickland**
**558 Pine Rock Ave**
**Hamden, CT 06514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mitchell Strickland**
**558 Pine Rock Avenue**
**Hamden, CT 06514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mitchell Strickland**
**558 PINE ROCK AVE**
**HAMDEN, CT 06514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Mitchell Strickland**
**558 Pine Rock Ave.**
**Hamden, CT 06514**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.378<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Miyah Blonigan**
**1116 23rd Ave S**
**Moorhead, MN 56560**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.379<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**MJ Easterling**
**192 INDUSTRIAL LOOP S**
**STE A**
**Orange Park, FL 32073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                    Case number *(if known)* _____
       Name

| | |
|---|---|
| **3.379**<br>**1** | **Nonpriority creditor's name and mailing address** |

**3.379 1**

**Nonpriority creditor's name and mailing address**
**MK Houston Houston**
**1610 North Harrison Boulevard**
**Boise, ID 83702**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.379 2**

**Nonpriority creditor's name and mailing address**
**Mliss Doman**
**13538 Iroquois rd**
**Apple Valley, CA 92308**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.379 3**

**Nonpriority creditor's name and mailing address**
**Mohammad Almutair**
**106 inlet way #205**
**palm beach, FL 33404**

Date(s) debt was incurred **2025**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.379 4**

**Nonpriority creditor's name and mailing address**
**Mohammad Almutair**
**106 Inlet Way**
**205**
**Palm Beach Shores, FL 33404**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.379 5**

**Nonpriority creditor's name and mailing address**
**Mohini Soni**
**1800 Santiago Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.379 6**

**Nonpriority creditor's name and mailing address**
**Moises Aguilar**
**267 north Henry ave**
**Santa clara, CA 95050**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.379 7**

**Nonpriority creditor's name and mailing address**
**Molly Bravo Schwartz**
**15414 NE 176th Pl**
**Woodinville, WA 98072-9226**

Date(s) debt was incurred **2025**
Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.3798**

Nonpriority creditor's name and mailing address
**Molly Bravo Schwartz**
**15414 NE 176th Pl**
**Woodinville, WA 98072-9226**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3799**

Nonpriority creditor's name and mailing address
**Molly Bravo Schwartz**
**15414 NE 176th Pl**
**Woodinville, WA 98072-9226**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3800**

Nonpriority creditor's name and mailing address
**Molly Canales**
**3500 Laurel Avenue**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3801**

Nonpriority creditor's name and mailing address
**Molly Canales**
**3500 Laurel Ave**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3802**

Nonpriority creditor's name and mailing address
**Molly Hillstrom**
**5337 Portland Ave**
**Minneapolis, MN 55417**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3803**

Nonpriority creditor's name and mailing address
**Molly Hillstrom**
**5337 Portland Ave**
**Minneapolis, MN 55417**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3804**

Nonpriority creditor's name and mailing address
**Molly Hoyne**
**5211 S 42nd St**
**Rogers, AR 72758**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                            Case number (if known) _____
             Name

---

| 3.380 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Molly Khan**
**957 Martin Cir**
**Petaluma, CA 94952-3375**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Molly Kreiss**
**1250 Arrowhead Drive**
**Dubuque, IA 52003**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Molly Levitt**
**27695 Agate Canyon Drive**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Molly Ring**
**21 Jupiter Hills Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.380 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Molly Schwartz**
**15414 NE 176th Pl**
**Woodinville, WA 98072**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Molly Shakar**
**2904 Shamrock St N**
**Tallahassee, FL 32309**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.381 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Molly Shakar**
**2904 Shamrock St N**
**Tallahassee, FL 32309**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.381
2**

**Nonpriority creditor's name and mailing address**

**Molly Smith**
**3740 Longview Dr**
**Carlsbad, CA 92010**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381
3**

**Nonpriority creditor's name and mailing address**

**Molly Smith**
**3740 Longview Dr**
**Carlsbad, CA 92010**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381
4**

**Nonpriority creditor's name and mailing address**

**Molly Strattan**
**6145 SW BRUGGER ST**
**PORTLAND, OR 97219**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381
5**

**Nonpriority creditor's name and mailing address**

**Molly Strattan**
**6145 SW BRUGGER ST**
**PORTLAND, OR 97219-4928**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381
6**

**Nonpriority creditor's name and mailing address**

**Mom Purvis**
**1645 Country Club Rd**
**Wilmington, NC 28403**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381
7**

**Nonpriority creditor's name and mailing address**

**Mona Lagan**
**5812 Weston Meadows Pass**
**Weston, WI 54476**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.381
8**

**Nonpriority creditor's name and mailing address**

**Mona Sroujieh**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.381
9**

**Nonpriority creditor's name and mailing address**

**Mona White
5613 Alfred Dr
Las Vegas, NV 89108**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.382
0**

**Nonpriority creditor's name and mailing address**

**Mona White
21501 Brookhurst St. #G
Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.382
1**

**Nonpriority creditor's name and mailing address**

**Mona White
21501 Brookhurst St,
Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.382
2**

**Nonpriority creditor's name and mailing address**

**Mona Wiseman
3900 Wellington St
Farmington, NM 87402**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.382
3**

**Nonpriority creditor's name and mailing address**

**Monet Halliday
703 Traver Road
Pleasant Valley, NY 12569**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.382
4**

**Nonpriority creditor's name and mailing address**

**Monica Charles
27099 n 75th Drive
Peoria, AZ 85383**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.382
5**

**Nonpriority creditor's name and mailing address**

**Monica Feder
26501 E Arbor Dr
Aurora, CO 80016**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
          Name

---

**3.382 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Monica Kavanagh**<br>**1905 Tomahawk Rd**<br>**Okemos, MI 48864** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.382 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Monica Milos**<br>**16917 Tupper Street**<br>**Northridge, CA 91343** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2022__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.382 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Monica Parker**<br>**9418 Homestead Dr**<br>**Rancho Cucamonga, CA 91730** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.382 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Monica Pavalko**<br>**8596 Hamilton Ave**<br>**Huntington Beach, CA 92646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2021__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.383 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Monica Pickhall**<br>**5203 FM 2403**<br>**Alvin, TX 77511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.383 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Monica Pickhall**<br>**5203 FM 2403**<br>**Alvin, TX 77511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.383 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Monica Pickhall**<br>**5203 FM 2403 Road**<br>**Alvin, TX 77511** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2023__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**
    Name

Case number *(if known)* _____

---

| 3.383 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**monica pyne**
**6422 US-98**
**Unit 1601**
**Panama City Beach, FL 32407**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Monica Vassilev**
**11461 Reva Dr**
**Garden Grove, CA 92840**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Monica Warner**
**814 Milmada Dr**
**La Canada, CA 91011**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Monica Yeomans**
**475 Evelyn Street**
**Roseburg, OR 97471**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Monika Schulz**
**12265 48th Ave. N.**
**Plymouth, MN 55442**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Monique Edwards**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.383 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Monique Franco**
**575 W. 19th St.**
**Apt A203**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.3840**

**Nonpriority creditor's name and mailing address**

**Monique Hannon**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3841**

**Nonpriority creditor's name and mailing address**

**Monique Huizar**
**4232 Patrice Rd.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3842**

**Nonpriority creditor's name and mailing address**

**Monique MIller**
**14206 Esperanza**
**Irvine, CA 92618**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3843**

**Nonpriority creditor's name and mailing address**

**Monique Rintalan**
**4232 Patrice Rd.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3844**

**Nonpriority creditor's name and mailing address**

**Monish Ahuja**
**10 Nicosia**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3845**

**Nonpriority creditor's name and mailing address**

**Monse Garcia**
**517.5 Goldenrod**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3846**

**Nonpriority creditor's name and mailing address**

**Monte Fuller**
**5753 E Irish Place**
**San centennial, CO 80112**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                          Case number (if known) _____
_____
           Name

---

| 3.384 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**monte lusk**
**5311 S 65 W**
**Idaho Falls, ID 83402**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Monte Morrow**
**26748 White Plains Way**
**Leesburg, FL 34748**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.384 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Monte St. Johns**
**2510 Tacoma Pt Dr E**
**Lake Tapps, WA 98391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Monty Johnson**
**762 8th St.**
**Palm Harbor, FL 34683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Monty King**
**2072 Old Ferry Lane**
**Lancaster, SC 29720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Mordecai Richter**
**10803 Margate Rd**
**Silver Spring, MD 20901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.385 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Morgan Alexander**
**1858 Boa Vista circle**
**Costa mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.385 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Morgan Brooks**
**58 Plaza Brisas**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.385 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Morgan Schmidt**
**623 SE 6th Street**
**Bend, OR 97702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.385 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Morgan Stern**
**35 Palazzo**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.385 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Morgan Warner**
**160 Spence Ave SE**
**Atlanta, GA 30317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.385 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Morgan Wayne**
**3523 Adirondack Way Apt 408**
**Wilmington, NC 28403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.385 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Morgynn Stedman**
**1400 Southwest 66th Avenue**
**8302**
**Portland, OR 97225**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.386 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Morris Roecker**
**12814 State Park Rd**
**Lockhart, TX 78644**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

| 3.386 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Moses Lucero**
**2010 church st**
**Apt 202A**
**Galveston, TX 77550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**moses ybarra**
**733 somerset commons lane**
**houston, TX 77055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Moziah Clark**
**316 Ashton Dr.**
**Verona, WI 53593**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mr Lawrence Lins**
**S10570 Old Highway 23**
**Spring Green, WI 53588**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim: __Warranty__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mr michael hagan**
**12819 Weidner St.**
**Pacoima, CA 91331**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mrs Lesley Lebel**
**6841 Pine Street**
**Longboat Key, FL 34228**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim: __Warranty__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.386 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Mrs. Ashley Morris**
**2105 Cresta Drive**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (*if known*) _____

Name

---

**3.3868**

**Nonpriority creditor's name and mailing address**

**Ms sutherin**
**1113 lauren crest st sw**
**hartville, OH 44632**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3869**

**Nonpriority creditor's name and mailing address**

**Mudia Reuben**
**459 Lagunita Dr**
**Stanford, CA 94305**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3870**

**Nonpriority creditor's name and mailing address**

**Mudia Reuben**
**459 Lagunita Dr**
**Stanford Tresidder Package Center**
**Stanford, CA 94305**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3871**

**Nonpriority creditor's name and mailing address**

**Murphy Curtis**
**2507 Margaret Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3872**

**Nonpriority creditor's name and mailing address**

**Murphy Curtis**
**2507 MARGARET DR**
**NEWPORT BEACH, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3873**

**Nonpriority creditor's name and mailing address**

**Mustafa Taljeh**
**14321 282nd Pl NE**
**Duvall, WA 98019-8130**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3874**

**Nonpriority creditor's name and mailing address**

**mustafa zeidan**
**4675 pinecrest circle**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
                    Name

---

**3.387
5**

**Nonpriority creditor's name and mailing address**

**My Chi Nguyen KASB 41261**
**1310 TULLY RD**
**UNIT 118**
**San Jose, CA 95122**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.387
6**

**Nonpriority creditor's name and mailing address**

**My Info**
**130 Greendale Drive**
**Los Gatos, CA 95032**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.387
7**

**Nonpriority creditor's name and mailing address**

**Myles Druckman**
**1059 Princeton Street**
**Santa Monica, CA 90403**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.387
8**

**Nonpriority creditor's name and mailing address**

**Myles Druckman**
**1059 Princeton St**
**Santa Monica, CA 90403**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.387
9**

**Nonpriority creditor's name and mailing address**

**Myles Druckman**
**1059 Princeton St**
**Santa Monica, CA 90403**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.388
0**

**Nonpriority creditor's name and mailing address**

**Myles Rosario**
**3147 N Springfield ave**
**Chicago, IL 60618**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.388
1**

**Nonpriority creditor's name and mailing address**

**Mylinda Viola**
**535 El Modina Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.388 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Myra Ricci**
**28 Riverside Avenue 7N**
**Red Bank, NJ 07701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Myriam Maniaci**
**9432 Villa Isle Cir**
**Villa Park, CA 92861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Myrna Anasovitch**
**6109 Northern Lights Way**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Myron Miller**
**59700 E. Hwy. 60**
**Fairland, OK 74343**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Myron Tisdale**
**4816 August Street Apt 2**
**Los Angeles, CA 90008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**NA NA**
**27894 Via Estancia**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.388 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nabil El-Antably**
**26 Landport**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
　　　　　Name

---

**3.3889**

Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is: Check all that apply.         **$0.00**

**Nabil El-Antably**                                             ☐ Contingent
**26 Landport**                                                 ☐ Unliquidated
**Newport Beach, CA 92660**                                     ☐ Disputed

Date(s) debt was incurred  **2022**                             Basis for the claim:  **Warranty**

Last 4 digits of account number _                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3890**

Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is: Check all that apply.         **$0.00**

**Nabil Elantably**                                             ☐ Contingent
**1025 Vista Del Mar Dr. N.**                                   ☐ Unliquidated
**Delray Beach, FL 33483**                                      ☐ Disputed

Date(s) debt was incurred  **2023**                             Basis for the claim:  **Warranty**

Last 4 digits of account number _                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3891**

Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is: Check all that apply.         **$0.00**

**Nabor Barron Jr**                                             ☐ Contingent
**807 E Clayton St**                                            ☐ Unliquidated
**Cuero, TX 77954-2121**                                        ☐ Disputed

Date(s) debt was incurred  **2025**                             Basis for the claim:  **Warranty**

Last 4 digits of account number _                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3892**

Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is: Check all that apply.         **$0.00**

**Nader Ghaderi**                                               ☐ Contingent
**588 via almar**                                               ☐ Unliquidated
**palos verdes estates, CA 90274**                             ☐ Disputed

Date(s) debt was incurred  **2021**                             Basis for the claim:  **Warranty**

Last 4 digits of account number _                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3893**

Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is: Check all that apply.         **$0.00**

**Nadia Al-Dayel**                                              ☐ Contingent
**1113 C Street NE**                                            ☐ Unliquidated
**Washington, DC 20002**                                        ☐ Disputed

Date(s) debt was incurred  **2023**                             Basis for the claim:  **Warranty**

Last 4 digits of account number _                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3894**

Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is: Check all that apply.         **$0.00**

**Nadia Herion**                                                ☐ Contingent
**3329 Cinnamon Drive**                                         ☐ Unliquidated
**Lake Havasu City, AZ 86406**                                  ☐ Disputed

Date(s) debt was incurred  **2024**                             Basis for the claim:  **Warranty**

Last 4 digits of account number _                               Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3895**

Nonpriority creditor's name and mailing address                As of the petition filing date, the claim is: Check all that apply.         **$0.00**

**nadine gharz**                                                ☐ Contingent
**500 broadway**                                                ☐ Unliquidated
**APT 205**                                                     ☐ Disputed
**santa monica, CA 90401**

Date(s) debt was incurred  **2024**                             Basis for the claim:  **Warranty**

Last 4 digits of account number _                               Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.389**
**6**

**Nonpriority creditor's name and mailing address**

**Nai'a Hammani**
**21501 Brookhurst Street**
**Suite G**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.389**
**7**

**Nonpriority creditor's name and mailing address**

**Naizam Olakara**
**10095 S Blaney Ave**
**Apt# 218**
**Cupertino, CA 95014**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.389**
**8**

**Nonpriority creditor's name and mailing address**

**Najja Porter**
**5004 Bakman Ave**
**Unit 104**
**North Hollywood, CA 91601**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.389**
**9**

**Nonpriority creditor's name and mailing address**

**namphuong bui**
**1729 upland lks**
**Houston, TX 77043**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.390**
**0**

**Nonpriority creditor's name and mailing address**

**Nan Bennett**
**1227 Searay Lane**
**Carolina Beach, NC 28428**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.390**
**1**

**Nonpriority creditor's name and mailing address**

**Nan McHugh**
**36 Bow Drive**
**Sardinia, OH 45171**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.390**
**2**

**Nonpriority creditor's name and mailing address**

**Nanci Miller**
**1675 Vernon St**
**unit 52**
**Roseville, CA 95678**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.390 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nancie Paradise**
**5446 Belinder Rd**
**Fairway, KS 66205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nancie Paradise**
**5324 Belinder rd**
**Fairway, KS 66205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nancy Anderson**
**4710 Seashore Dtive**
**Unit B**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nancy Aragon**
**2627 S DAYTONA AVE**
**FLAGLER BEACH, FL 32136**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nancy Barone**
**12451 Lime Pl**
**Chino, CA 91710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nancy Bell**
**1212 Blue Gum Lane**
**Newport Beach, CA 92660-5639**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.390 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nancy Bell**
**1212 Blue Gum Lane**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.391 0**

**Nonpriority creditor's name and mailing address**

**Nancy Canfield**
**14730 Hornsby Hill Rd**
**Austin, TX 78734**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.391 1**

**Nonpriority creditor's name and mailing address**

**Nancy Coleal**
**6727 Sunset Ave**
**Panama City Beach, FL 32408**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.391 2**

**Nonpriority creditor's name and mailing address**

**Nancy Cornwell**
**7148 Three Wood Dr**
**Matthews, NC 28104**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.391 3**

**Nonpriority creditor's name and mailing address**

**Nancy Crandell**
**19881 Flagstone Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.391 4**

**Nonpriority creditor's name and mailing address**

**Nancy Cushman**
**2548 Birchwood Dr**
**Howell, MI 48855**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.391 5**

**Nonpriority creditor's name and mailing address**

**Nancy Gambrel**
**1715 Sorenson Dr**
**Rockport, TX 78382**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.391 6**

**Nonpriority creditor's name and mailing address**

**Nancy Gragg**
**4923 Rockbluff Drive**
**Rolling Hills Estates, CA 90274**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
      Name

---

**3.3917**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.      **$0.00** |

**Nancy Gragg**
**4923 Rockbluff Dr**
**Rolling Hills estates, CA 90274**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3918**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Nancy Harris**
**899 Andersonville Road**
**Chillicothe, OH 45601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3919**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Nancy Heffron**
**1724 La Coronilla Drive**
**Santa Barbara, CA 93109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3920**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Nancy Heitkamp**
**918 Avenita Majorca**
**Unit A**
**Laguna woods, CA 92637**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3921**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Nancy Huizing**
**5102 Lorelei Ave.**
**Lakewood, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3922**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Nancy Huizing**
**5102 Lorelei Ave**
**Lakewood, CA 90712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.3923**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Nancy Hummer**
**15849 N. 11th Ave**
**Phoenix, AZ 85023**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.392 4**

**Nonpriority creditor's name and mailing address**

**Nancy J Pierce**
**380 Crussell Rd.**
**Piney Flats, TN 37686**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.392 5**

**Nonpriority creditor's name and mailing address**

**Nancy Jacobsen**
**2946 Lusitana Court**
**Livermore, CA 94550**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.392 6**

**Nonpriority creditor's name and mailing address**

**NANCY LAVIN**
**42 Spring St**
**Red Bank, NJ 07701**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.392 7**

**Nonpriority creditor's name and mailing address**

**Nancy LeFevers**
**11902 Central Ave**
**#303C**
**Chino, CA 91710**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.392 8**

**Nonpriority creditor's name and mailing address**

**Nancy Lyons**
**415 Baneberry Bend**
**Peachtree City, GA 30269**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.392 9**

**Nonpriority creditor's name and mailing address**

**Nancy Madden**
**2740 Ski Trail Ln**
**Steamboat springs, CO 80487-2045**

Date(s) debt was incurred **2025**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.393 0**

**Nonpriority creditor's name and mailing address**

**Nancy Madden**
**2740 Ski Trail Ln**
**Steamboat Springs, CO 80487**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.393**
**1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Nancy Madden**
**2740 Ski Trail Lane**
**Steamboat Springs, CO 80487**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.393**
**2**

**Nancy Malley**
**12838 Cedar Fly**
**San Antonio, TX 78253**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.393**
**3**

**Nancy Marter**
**205 Dorothy Road**
**West Islip, NY 11795**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.393**
**4**

**Nancy Miles**
**1510 Old Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.393**
**5**

**Nancy Mortimer**
**1945 Placentia Ave**
**Costa Mesa, HI 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.393**
**6**

**Nancy Nelson**
**2946 Lusitana Court**
**Livermore, CA 94550**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.393**
**7**

**Nancy Nguyen Schultz**
**3404 Santa Clara Circle**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.3938 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**nancy nichols**
**9990 Willow Brook Circle**
**Louisville, KY 40223**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.3939 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nancy Pace**
**1988 Ocean Ave**
**Ventura, CA 93001**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.3940 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nancy Parks**
**232 Sandcastle Way**
**Saint Simons Island, GA 31522-3741**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.3941 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nancy Patterson**
**10445 WINDAM HILL RD**
**GLEN ALLEN, VA 23059-1754**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.3942 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nancy Place**
**3450 Mission Lane**
**Plover, WI 54467**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.3943 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nancy Porubcansky**
**PO Box 5036**
**Carefree, AZ 85377**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.3944 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nancy Promislow**
**302 Island Pines Dr**
**Port Royal, SC 29935**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.3945**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Nancy Rehse**                                                     ☐ Contingent
**11143 Alamo Rd**                                                  ☐ Unliquidated
**Loma Linda, CA 92354**                                            ☐ Disputed

Date(s) debt was incurred **2022**                                 **Basis for the claim: Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3946**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**NANCY REY**                                                       ☐ Contingent
**3831 Bluff St**                                                   ☐ Unliquidated
**Torrance, CA 90505**                                              ☐ Disputed

Date(s) debt was incurred **2021**                                 **Basis for the claim: Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3947**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Nancy Rhemrev**                                                   ☐ Contingent
**1510 Old Newport Blvd**                                           ☐ Unliquidated
**Newport Beach, CA 92663**                                         ☐ Disputed

Date(s) debt was incurred **2023**                                 **Basis for the claim: Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3948**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Nancy Rhemrev**                                                   ☐ Contingent
**7534 Kenyon Ave**                                                 ☐ Unliquidated
**Hesperia, CA 92345**                                              ☐ Disputed

Date(s) debt was incurred **2023**                                 **Basis for the claim: Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3949**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Nancy Rogalla**                                                   ☐ Contingent
**N6866 State Road 107**                                            ☐ Unliquidated
**Tomahawk, WI 54487**                                              ☐ Disputed

Date(s) debt was incurred **2025**                                 **Basis for the claim: Warranty**

Last 4 digits of account number **7**                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3950**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Nancy Scanlon**                                                   ☐ Contingent
**1 River Oak Drive**                                               ☐ Unliquidated
**Stafford, VA 22554**                                              ☐ Disputed

Date(s) debt was incurred **2023**                                 **Basis for the claim: Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.3951**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Nancy Shields**                                                   ☐ Contingent
**720 E D St**                                                      ☐ Unliquidated
**Jacksonville, OR 97530**                                          ☐ Disputed

Date(s) debt was incurred **2022**                                 **Basis for the claim: Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____ Name _____                    Case number (if known) _____

| 3.395 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NANCY SOULIERE**
**59 Tasker St**
**Saco, ME 04072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nancy Staley**
**4355 24th Street Rd**
**1304**
**Greeley, CO 80634**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nancy Teas**
**N17W26495 Meadowgrass Cir.**
**Unit F**
**Pewaukee, WI 53072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nancy Valencia**
**8741 Saratoga St**
**Oak Park, MI 48237**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nancy Valencia**
**430 West Nine Mile Road**
**220**
**Ferndale, MI 48220**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nancy Walker**
**129 Waterford Way**
**Eddyville, KY 42038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.395 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nanette Mayfield**
**29579 Morning View Lane**
**Bigfork, MT 59911**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                    Case number (if known) _____
　　　　Name

| | | |
|---|---|---|
| **3.3959** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**3.3959**

**Nonpriority creditor's name and mailing address**

**Nanette McGee**
**1505 W Greer Ave**
**Holbrook, AZ 86025-1926**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3960**

**Nonpriority creditor's name and mailing address**

**NANETTE MESTRE**
**9 Shailin Ln**
**Brewster, NY 10509**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3961**

**Nonpriority creditor's name and mailing address**

**Nani Vickers**
**12 Pa'alae Place**
**Wailuku, HI 96793**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3962**

**Nonpriority creditor's name and mailing address**

**Naomi Barndt**
**335 Goldcrest Dr**
**Vonore, TN 37885-5407**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3963**

**Nonpriority creditor's name and mailing address**

**Naomi Mack**
**517 21st Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3964**

**Nonpriority creditor's name and mailing address**

**Naomi McGee**
**835 Amigos Way**
**11**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.3965**

**Nonpriority creditor's name and mailing address**

**Nash Erze**
**3221 Magnolia St.**
**Oakland, CA 94608**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                Case number *(if known)* _____
    Name

| 3.396 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Natalia Hill**
**21 Clermont**
**Newport Coast, CA 92657**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.396 7 |

**Natalie Alatorre**
**21501 Brookhurst St**
**G**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.396 8 |

**Natalie Alatorre**
**1702 Florida Street Apt 20**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.396 9 |

**Natalie Aran**
**24350-26 N. Whispering Ridge Way**
**Scottsdale, AZ 85255**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.397 0 |

**Natalie Augustin**
**125 Stonefield Rd.**
**Milford, PA 18337**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.397 1 |

**Natalie Brooks**
**2148 N. Quebec St**
**Arlington, VA 22207**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.397 2 |

**Natalie Connolly**
**6782 Sylvia Drive**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.397
3**

**Nonpriority creditor's name and mailing address**

**natalie depasquale**
**1712 Chandler**
**Ann Arbor, MI 48105**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.397
4**

**Nonpriority creditor's name and mailing address**

**Natalie Farmer**
**18987 E Wilshire Blvd**
**Jones, OK 73049**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.397
5**

**Nonpriority creditor's name and mailing address**

**Natalie Graham**
**7634 luscombe drive**
**Knoxville, TN 37919**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.397
6**

**Nonpriority creditor's name and mailing address**

**Natalie Graham**
**7634 Luscombe Ave**
**Knoxville, TN 37919**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.397
7**

**Nonpriority creditor's name and mailing address**

**Natalie Graham**
**324 Santa Ana Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.397
8**

**Nonpriority creditor's name and mailing address**

**Natalie Gustafson**
**251 E 20th Street**
**Unit B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.397
9**

**Nonpriority creditor's name and mailing address**

**natalie karas**
**1628 Methyl Street**
**Pittsburgh, PA 15216**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.3980**

**Nonpriority creditor's name and mailing address**

**Natalie Keelan**
**630 Camino De Encanto**
**Redondo Beach, CA 90277**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3981**

**Nonpriority creditor's name and mailing address**

**Natalie Lockwood**
**1072 Hellam St**
**Monterey, CA 93940**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3982**

**Nonpriority creditor's name and mailing address**

**Natalie Marquez**
**1324 W Balboa Blvd**
**Apt 1**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3983**

**Nonpriority creditor's name and mailing address**

**Natalie Moschetto**
**514 Alondra Drive**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3984**

**Nonpriority creditor's name and mailing address**

**Natalie Rodriguez**
**18674 Alderbury Dr**
**Rowland hts, CA 91748**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3985**

**Nonpriority creditor's name and mailing address**

**Natalie Stallings**
**10734 Northhampton Drive**
**Fishers, IN 46038**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.3986**

**Nonpriority creditor's name and mailing address**

**Natalie Yelicich**
**1675 Monarch**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.398 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Natalya Nikitina**
**84 Parkcrest**
**84**
**Newport Coast, CA 92657**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Natasha Davidson**
**2386 Westminster Avenue**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.398 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Natasha Dean**
**12720 11 th Pl.**
**Golden, CO 80401**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Natasha Prince**
**3565 Northwood Dr, Unit B**
**Concord, CA 94520**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Natasha Robinson**
**701 Spanish Main Drive lot 236**
**Cudjoe key, FL 33042**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Natasha Steck**
**3005 Warren Ln**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.399 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nate Ferguson**
**6368 W Upland View Drive**
**South Jordan, UT 84009**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                           Case number *(if known)* _____
_____
Name

| 3.399<br>4 | **Nonpriority creditor's name and mailing address**<br>**Nate Munson**<br>**26620 Thackery Ln**<br>**Stevenson Ranch, CA 91381**<br><br>Date(s) debt was incurred  **2024**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.399<br>5 | **Nonpriority creditor's name and mailing address**<br>**Nate Wassil**<br>**1915 Mariners Dr.**<br>**Newport Beach, CA 92660**<br><br>Date(s) debt was incurred  **2023**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.399<br>6 | **Nonpriority creditor's name and mailing address**<br>**Nate Wassil**<br>**1915 Mariners Dr**<br>**Newport Beach, CA 92660**<br><br>Date(s) debt was incurred  **2022**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.399<br>7 | **Nonpriority creditor's name and mailing address**<br>**Nate Watson**<br>**8311 e via de Ventura 1042**<br>**Scottsdale, AZ 85258**<br><br>Date(s) debt was incurred  **2025**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.399<br>8 | **Nonpriority creditor's name and mailing address**<br>**Nathalie Plouffe**<br>**500 Paul limoges**<br>**Sanit-Jerome, Quebec J7Z 6Y1**<br><br>Date(s) debt was incurred  **2021**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.399<br>9 | **Nonpriority creditor's name and mailing address**<br>**Nathan Alexander**<br>**646 S Cloverdale ave**<br>**1**<br>**Los Angeles, CA 90036**<br><br>Date(s) debt was incurred  **2023**<br><br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| 3.400<br>0 | **Nonpriority creditor's name and mailing address**<br>**Nathan Arnett**<br>**112 Arrow Road**<br>**Hilton Head Island, SC 29928**<br><br>Date(s) debt was incurred  **2025**<br><br>Last 4 digits of account number  **7** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|--------|---------------------------------|------------------------|--|
| | Name | | |

---

**3.400
1**

**Nonpriority creditor's name and mailing address**

**Nathan Arnold**
**9831 Kings Canyon Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2020**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400
2**

**Nonpriority creditor's name and mailing address**

**Nathan Blakely**
**1510 Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400
3**

**Nonpriority creditor's name and mailing address**

**Nathan Brunell**
**12 Eagle Drive**
**Kingston, MA 02364**

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400
4**

**Nonpriority creditor's name and mailing address**

**Nathan Budd**
**3 N Andrielle Lane**
**Cape May, NJ 08204**

Date(s) debt was incurred **2024**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400
5**

**Nonpriority creditor's name and mailing address**

**Nathan Facer**
**1608 Acacia Ave**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2024**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400
6**

**Nonpriority creditor's name and mailing address**

**Nathan Fugate**
**536 North County Road 1070**
**Kingsville, TX 78363**

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400
7**

**Nonpriority creditor's name and mailing address**

**Nathan Garcia**
**515 Tuscolana way**
**Lodi, CA 95240**

Date(s) debt was incurred **2020**

Last 4 digits of account number _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.400**
**8**

**Nonpriority creditor's name and mailing address**

**Nathan Hale**
**920 Greenbend dr**
**Denton, TX 76210**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.400**
**9**

**Nonpriority creditor's name and mailing address**

**Nathan Henry**
**2764 FALL SPRING DR**
**Olive branch, MS 38654**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**0**

**Nonpriority creditor's name and mailing address**

**Nathan Hoeschen**
**1414 n van buren street**
**Wilmington, DE 19806**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**1**

**Nonpriority creditor's name and mailing address**

**Nathan Keeler**
**12272 E Kalil Dr**
**Scottsdale, AZ 85259**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**2**

**Nonpriority creditor's name and mailing address**

**Nathan McCracken**
**3097 N Backweight Loop**
**Post Falls, ID 83854**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**3**

**Nonpriority creditor's name and mailing address**

**Nathan Neben**
**3991 E Lookout Dr**
**Coeur d'Alene, ID 83815**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.401**
**4**

**Nonpriority creditor's name and mailing address**

**Nathan Nguyen**
**6075 garden highway**
**Sacramento, CA 95837**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____
            Name

---

| 3.401 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Nathan Richmond** | ☐ Contingent | |
| **301 Avenida 13** | ☐ Unliquidated | |
| **pensacola beach, FL 32561** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.401 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Nathan Schlack** | ☐ Contingent | |
| **2701 Voorhees Ave** | ☐ Unliquidated | |
| **Unit 8** | ☐ Disputed | |
| **Redondo Beach, CA 90278** | | |
| Date(s) debt was incurred **2020** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.401 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Nathan Stanifer** | ☐ Contingent | |
| **14270 SE 6th St** | ☐ Unliquidated | |
| **Q100** | ☐ Disputed | |
| **Bellevue, WA 98007** | | |
| Date(s) debt was incurred **2022** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.401 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Nathan Stott** | ☐ Contingent | |
| **4031 W Boekel** | ☐ Unliquidated | |
| **Rathdrum, ID 83858** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.401 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Nathan Stott** | ☐ Contingent | |
| **4031 W Boekel Rd** | ☐ Unliquidated | |
| **Rathdrum, ID 83858** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.402 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Nathan Thomas** | ☐ Contingent | |
| **16218 Fleetwood Ct** | ☐ Unliquidated | |
| **Huntertown, IN 46748** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.402 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Nathan Whittle** | ☐ Contingent | |
| **18131 Gulf Blvd** | ☐ Unliquidated | |
| **Suite BB** | ☐ Disputed | |
| **Redington Shores, FL 33708** | | |
| Date(s) debt was incurred **2025** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**                                Case number *(if known)* _____
                        Name

---

| 3.402 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nathanael White**
**3335 Jamboree Ct**
**Rocklin, CA 95765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nathaniel Beal**
**2123 Washington Ave**
**Golden, CO 80401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nathaniel Foster**
**1218 Scott Street**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nathaniel Foster**
**1218 Scott Street**
**El Cerrito, CA 94530**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nathaniel Graham**
**2530 Kekaa Dr**
**Lahaina, HI 96761**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nathaniel Ray**
**4901 Heil Ave.**
**B3**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.402 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nathaniel Watson**
**9152 E Neptune Dr**
**Flagstaff, AZ 86004-3195**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.4029**

**Nonpriority creditor's name and mailing address**

**Natilee Meacham**
**4755 Bryce Circle**
**Carlsbad, CA 92008**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4030**

**Nonpriority creditor's name and mailing address**

**Nayeli Morales**
**473 Barnett drive**
**Hapeville, GA 30354**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4031**

**Nonpriority creditor's name and mailing address**

**Nazish Khan**
**7872 Natoma st**
**Corona, CA 92880**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4032**

**Nonpriority creditor's name and mailing address**

**Neal Crowell**
**23 Arrowhead Hall**
**Kiawah Island, SC 29455**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4033**

**Nonpriority creditor's name and mailing address**

**Neal Doxsee**
**17171 Roscoe Blvd. E208, E208**
**E208**
**Northridge, CA 91325**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4034**

**Nonpriority creditor's name and mailing address**

**Neal Doxsee**
**17171 Roscoe Blvd. E208**
**E208**
**Northridge, CA 91325**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4035**

**Nonpriority creditor's name and mailing address**

**Neal Hoffman**
**7 Belmonte Dr**
**Palm Desert, CA 92211-9074**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
               Name

---

**3.403 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Neal Howard**
**3241 County Road 61**
**Barnum, MN 55707**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.403 7**

**Nonpriority creditor's name and mailing address**

**Neal Key**
**16939 w Vernon ave**
**Goodyear, AZ 85395**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.403 8**

**Nonpriority creditor's name and mailing address**

**Neal Lowrey**
**14 Pacific Grove Dr**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.403 9**

**Nonpriority creditor's name and mailing address**

**Neal Mallory**
**11053 Cusamano ct**
**Las Vegas, NV 89141**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.404 0**

**Nonpriority creditor's name and mailing address**

**Neal Mallory**
**1053 Cusamano Court**
**Las Vegas, NV 89141**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.404 1**

**Nonpriority creditor's name and mailing address**

**Neal Mallory**
**11053 Cusamano Court**
**Las Vegas, NV 89141**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.404 2**

**Nonpriority creditor's name and mailing address**

**neal Milligan**
**141 Green Glades**
**Ridgeland, MS 39157**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
Name

| 3.404 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Neal Taunt**
**2325 Camino Robledo**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Neale Ellis**
**11227 Green Arbor**
**Riverside, CA 92505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NED BARKER**
**436 Tan Oak Dr**
**Palm Springs, CA 92262**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NEDIM PAJEVIC**
**2103 Valley Rd**
**COSTA MESA, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Neeraj Vadhan**
**995 Lundy Lane**
**Los Altos, CA 94024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Neil Boner**
**20514 sylvanwood ave**
**Lakewood, CA 90715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.404 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Neil Fleischhacker**
**7272 N. Townline Rd**
**Lannon, WI 53046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

**3.405 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Neil Godfrey**
**25 Goldenrod Drive**                              ☐ Contingent
**Whispering Pines, NC 28327**                      ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred  **2021**

Last 4 digits of account number __                 Basis for the claim:  **Warranty**

                                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.405 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Neil Gogate**
**2114A Harriman Lane**                             ☐ Contingent
**Redondo Beach, CA 90278**                         ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred  **2022**

Last 4 digits of account number __                 Basis for the claim:  **Warranty**

                                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.405 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Neil Martin**
**97 Harrison Dr**                                  ☐ Contingent
**Wolcott, CT 06716**                               ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred  **2024**

Last 4 digits of account number __                 Basis for the claim:  **Warranty**

                                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.405 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Neil Nguyen**
**1925 SUNCREST AVE**                               ☐ Contingent
**Oceanside, CA 92056-2519**                        ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred  **2021**

Last 4 digits of account number __                 Basis for the claim:  **Warranty**

                                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.405 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Neil Rankin**
**1 Howatson Way**                                  ☐ Contingent
**Worcester, MA 01609**                             ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred  **2020**

Last 4 digits of account number __                 Basis for the claim:  **Warranty**

                                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.405 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Neiman Gracie**
**123 Corsica Dr**                                  ☐ Contingent
**Newport Beach, CA 92660**                         ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred  **2024**

Last 4 digits of account number __                 Basis for the claim:  **Warranty**

                                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.405 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Nel Go**
**190 crooked tree drive**                          ☐ Contingent
**Petoskey, MI 49770**                              ☐ Unliquidated
                                                   ☐ Disputed
Date(s) debt was incurred  **2024**

Last 4 digits of account number __                 Basis for the claim:  **Warranty**

                                                   Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.405 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nelly Recinos**
**2900 East Lincoln Ave Apt. 31**
**Anaheim, CA 92806**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.405 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**NELSON LUNSFORD**
**1511 Jefferson St**
**Lake In The Hills, IL 60156**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.405 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nelson Lunsford Lunsford**
**1511 Jefferson Street**
**Lake in the Hills, IL 60156**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.406 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nemanja Rosic**
**6919 North Sheridan Road**
**504**
**Chicago, IL 60626**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.406 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nenad Milojkovic**
**5920 N. Clark St**
**502**
**Chicago, IL 60660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.406 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nenea Blakemore**
**258 Kannon Drive**
**Madison, AL 35758**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.406 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Nenea Blakemore**
**258 Kannon Drive**
**Madison, AL 35758**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.406
4**

**Nonpriority creditor's name and mailing address**

**NESSLY FLORES**
**43528 BRYANT ST APT 2**
**FREMONT, CA 94539-5869**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.406
5**

**Nonpriority creditor's name and mailing address**

**Newbury, Gaelyn**
**917 2nd St W**
**Northfield, MN 55057**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.406
6**

**Nonpriority creditor's name and mailing address**

**Newton Anderson**
**181 Merrill Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.406
7**

**Nonpriority creditor's name and mailing address**

**Newy's Moto**
**205 E. Bremer Ave**
**Waverly, IA 50677**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.406
8**

**Nonpriority creditor's name and mailing address**

**Newys Moto**
**205 E. Bremer Ave**
**Waverly, IA 50677**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.406
9**

**Nonpriority creditor's name and mailing address**

**Nghia Nguyen**
**120 North Jetty Drive**
**Orange, CA 92868**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407
0**

**Nonpriority creditor's name and mailing address**

**Niall Barrett**
**445 Tustin Ave.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.407**
**1**

**Nonpriority creditor's name and mailing address**

**Nichelle Pride**
**6717 Buchanan ave**
**West Mifflin, PA 15122**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407**
**2**

**Nonpriority creditor's name and mailing address**

**Nichelle Pride**
**6717 Buchanan ave**
**West Mifflin, PA 15122**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407**
**3**

**Nonpriority creditor's name and mailing address**

**Nichola Watkins**
**91 W 9th St Apt 168**
**Clovis, CA 93612**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407**
**4**

**Nonpriority creditor's name and mailing address**

**Nichola Watkins**
**91 W 9th Street Apt 168**
**Clovis, CA 93612**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407**
**5**

**Nonpriority creditor's name and mailing address**

**Nicholas Abla**
**6024 Scotch Pines Dr**
**Milford, OH 45150**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407**
**6**

**Nonpriority creditor's name and mailing address**

**Nicholas Ahwal**
**28 Millbrook Ct**
**Danville, CA 94526**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.407**
**7**

**Nonpriority creditor's name and mailing address**

**Nicholas Akutagawa**
**16162 Sher Ln**
**Apt 9**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.4078**

**Nonpriority creditor's name and mailing address**

**Nicholas Akutagawa**
**16162 Sher Ln Apt 9**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4079**

**Nonpriority creditor's name and mailing address**

**Nicholas Akutagawa**
**16162 Sher Ln Apt 9**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4080**

**Nonpriority creditor's name and mailing address**

**Nicholas Akutagawa**
**2904 Andros Street**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4081**

**Nonpriority creditor's name and mailing address**

**Nicholas Arnold**
**1239 11th street**
**Los Osos, CA 93402**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4082**

**Nonpriority creditor's name and mailing address**

**Nicholas Blankenship**
**4 Oakwood Ave.**
**Key Largo, FL 33037**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4083**

**Nonpriority creditor's name and mailing address**

**Nicholas Bozick**
**2880 S. Fairview St**
**Ste. A**
**Santa Ana, CA 92704**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4084**

**Nonpriority creditor's name and mailing address**

**Nicholas Castruita**
**1144 Treadwell Ave**
**Simi Valley, CA 93065**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
      Name

---

| 3.408 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Nicholas Cathcart** | ☐ Contingent | |
| **453 Buena Vista Ave.** | ☐ Unliquidated | |
| **Apt. 103** | ☐ Disputed | |
| **Alameda, CA 94501** | | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.408 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Nicholas Christopher** | ☐ Contingent | |
| **461 Stara Circle** | ☐ Unliquidated | |
| **Apartment B** | ☐ Disputed | |
| **Pensacola, FL 32505** | | |
| Date(s) debt was incurred **2023** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.408 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Nicholas DiStasi** | ☐ Contingent | |
| **336 Nettles Blvd** | ☐ Unliquidated | |
| **Jensen Beach, FL 34957** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.408 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Nicholas DiStasi** | ☐ Contingent | |
| **1928 Cypress Ave** | ☐ Unliquidated | |
| **Attn: JD** | ☐ Disputed | |
| **Hutchinson Island, FL 34949** | | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.408 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **NICHOLAS FRANK** | ☐ Contingent | |
| **27940 Carnegie Ave** | ☐ Unliquidated | |
| **Santa Clarita, CA 91350-3637** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.409 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **NICHOLAS FRANK** | ☐ Contingent | |
| **27940 CARNEGIE AVE** | ☐ Unliquidated | |
| **SAUGUS, CA 91350** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.409 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **NICHOLAS FRANK** | ☐ Contingent | |
| **27940 CARNEGIE AVE** | ☐ Unliquidated | |
| **SAUGUS, CA 91350** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.409 2**

**Nonpriority creditor's name and mailing address**

**Nicholas Funahashi**
**7 Canyon Court**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.409 3**

**Nonpriority creditor's name and mailing address**

**Nicholas Gattuccio**
**8821 SE 13th Ave**
**Portland, OR 97202**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.409 4**

**Nonpriority creditor's name and mailing address**

**Nicholas Gattuccio**
**9992 SE Merlo Street**
**Happy Valley, OR 97086**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.409 5**

**Nonpriority creditor's name and mailing address**

**Nicholas Gattuccio**
**9992 SE Merlo St**
**Happy Valley, OR 97086**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.409 6**

**Nonpriority creditor's name and mailing address**

**Nicholas Gattuccio**
**9992 SE Merlo St.**
**Happy Valley, OR 97086**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.409 7**

**Nonpriority creditor's name and mailing address**

**Nicholas Green**
**13460 South Fork Lane**
**Los Altos Hills, CA 94022**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.409 8**

**Nonpriority creditor's name and mailing address**

**Nicholas Johnson**
**3214 Michigan Ave**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
          Name

---

**3.4099**

**Nonpriority creditor's name and mailing address**

**Nicholas Klein**
**2547 Orange Ave**
**E**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4100**

**Nonpriority creditor's name and mailing address**

**Nicholas Laird**
**8190 Strawberry Ln #513**
**Falls Church, VA 22042**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4101**

**Nonpriority creditor's name and mailing address**

**Nicholas Lewis**
**45 Verde Ridge ST**
**APT A**
**Los Alamos, NM 87544**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4102**

**Nonpriority creditor's name and mailing address**

**Nicholas Lombardi**
**9081 Range Lane**
**Salida, CO 81201**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4103**

**Nonpriority creditor's name and mailing address**

**Nicholas Lovett**
**9720 W Peoria Ave**
**STE 110**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4104**

**Nonpriority creditor's name and mailing address**

**Nicholas Mansour**
**2415 Sierra Vista**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4105**

**Nonpriority creditor's name and mailing address**

**Nicholas Marroulis**
**166 Highland Ave**
**Salem, OH 44460**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.410 6**

**Nonpriority creditor's name and mailing address**

**Nicholas Milona**
**5180 SW Star Apple St**
**Palm City,, FL 34990**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.410 7**

**Nonpriority creditor's name and mailing address**

**Nicholas Moncure**
**2406 Rockingham Cir**
**Austin, TX 78704**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.410 8**

**Nonpriority creditor's name and mailing address**

**Nicholas Morgan**
**100 Shawan Rd**
**Unit 473**
**Hunt Valley, MD 21030**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.410 9**

**Nonpriority creditor's name and mailing address**

**Nicholas Morgan**
**100 Shawan Rd**
**Unit 473**
**Hunt Valley, MD 21030**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.411 0**

**Nonpriority creditor's name and mailing address**

**Nicholas Pietryga**
**414 Avenue G**
**Unit 40**
**REDONDO BEACH, CA 90277**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.411 1**

**Nonpriority creditor's name and mailing address**

**Nicholas Pleis**
**2516 N Clarkson St.**
**Denver, CO 80205**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.411 2**

**Nonpriority creditor's name and mailing address**

**Nicholas Porcaro**
**208 Greylock Pkwy**
**Belleville, NJ 07109**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.411
3**

**Nonpriority creditor's name and mailing address**

**Nicholas Recchia
15145 Rosemont AVe
Detroit, MI 48223**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.411
4**

**Nonpriority creditor's name and mailing address**

**Nicholas Smith
1600 California Ave
SAINT CLOUD, FL 34769**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.411
5**

**Nonpriority creditor's name and mailing address**

**Nicholas Ustaski
2303 Mid Lane
539
Houston, TX 77027**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.411
6**

**Nonpriority creditor's name and mailing address**

**Nicholas Valles
5420 Copper Canyon Road
Unit 3E
Yorba Linda, CA 92887**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.411
7**

**Nonpriority creditor's name and mailing address**

**Nicholas Volk
1801 Sierra Sage Lane
Reno, NV 89509**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.411
8**

**Nonpriority creditor's name and mailing address**

**Nicholas Wagner
1168 Bellingham Dr
Oceanside, CA 92057**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.411
9**

**Nonpriority creditor's name and mailing address**

**Nicholas Wolf
18212 Serrano Ave
Villa Park, CA 92861**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.412 0**

**Nonpriority creditor's name and mailing address**

**Nicholas Wolkiewicz**
**2291 Fenton St.**
**Edgewater, CO 80214**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412 1**

**Nonpriority creditor's name and mailing address**

**Nichole Gonzales**
**802 Citrus Ct.**
**Claremont, CA 91711**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412 2**

**Nonpriority creditor's name and mailing address**

**Nichole Rouse**
**5110 Radnor Road**
**Indianapolis, IN 46226**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412 3**

**Nonpriority creditor's name and mailing address**

**NICHOLE SALINGER**
**4002 Lawrence Ave**
**Kensington, MD 20895**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412 4**

**Nonpriority creditor's name and mailing address**

**Nichole Smith**
**2335 Paseo Circulo**
**Tustin, CA 92782**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412 5**

**Nonpriority creditor's name and mailing address**

**Nichole Smith**
**2335 Paseo Circulo**
**Tustin, CA 92782**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412 6**

**Nonpriority creditor's name and mailing address**

**Nichole Tandy**
**284 E 3200 N**
**Provo, UT 84604**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
              Name

---

**3.412 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**Nicholette Walker**
**345 Anderson Lane**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412 8**

**Nonpriority creditor's name and mailing address**

**Nick Arambarri**
**500 Playa**
**Newport Beach, CA 92660**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.412 9**

**Nonpriority creditor's name and mailing address**

**Nick Caudill**
**1350 Emig Rd**
**Columbus, OH 43223**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413 0**

**Nonpriority creditor's name and mailing address**

**Nick Chambers**
**8582 Bellmead Drive**
**Huntington Beach, CA 92646**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413 1**

**Nonpriority creditor's name and mailing address**

**Nick Chandler**
**359 Prague st**
**San Francisco, CA 94112**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413 2**

**Nonpriority creditor's name and mailing address**

**Nick Donohue**
**552 Indian Head Street**
**Hanson, MA 02341**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413 3**

**Nonpriority creditor's name and mailing address**

**nick eaton**
**2512 Briaroaks Dr**
**Midland, TX 79707**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.413**
**4**

**Nonpriority creditor's name and mailing address**

**Nick Frck**
**6732 Gate Hill Circle**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413**
**5**

**Nonpriority creditor's name and mailing address**

**Nick Freck**
**5130 E. Hunter Avenue**
**Anaheim, CA 92807**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413**
**6**

**Nonpriority creditor's name and mailing address**

**Nick Gorgy**
**12400 fairbanks dr**
**Tustin, CA 92782**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413**
**7**

**Nonpriority creditor's name and mailing address**

**nick lobascio**
**320 garwin road**
**woolwich township, NJ 08085**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413**
**8**

**Nonpriority creditor's name and mailing address**

**Nick Lumpkin**
**218 Sierks St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.413**
**9**

**Nonpriority creditor's name and mailing address**

**Nick Quiroz**
**489 N Mondel Dr**
**Gilbert, AZ 85233**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.414**
**0**

**Nonpriority creditor's name and mailing address**

**nick safin**
**hc 1 box 1054**
**tannersville, PA 18372**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | _____ |
|---|---|---|---|
| | Name | | |

---

**3.414**
**1**

**Nonpriority creditor's name and mailing address**

**Nick Scalzo**
**10206 NE 60th St.**
**Kirkland, WA 98033**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.414**
**2**

**Nonpriority creditor's name and mailing address**

**Nick Spence**
**1300 Adams Ave.**
**23H**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.414**
**3**

**Nonpriority creditor's name and mailing address**

**Nick Stone**
**1500 W Littleton Blvd #110-E**
**Littleton, CO 80120**

Date(s) debt was incurred **2025**
Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.414**
**4**

**Nonpriority creditor's name and mailing address**

**Nick Vazquez**
**232 Rose Ln**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.414**
**5**

**Nonpriority creditor's name and mailing address**

**Nick Vera Cruz**
**529 East Bonds St**
**Carson, CA 90745**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.414**
**6**

**Nonpriority creditor's name and mailing address**

**Nick Vernola**
**22765 Burlwood**
**Mission Viejo, CA 92692**

Date(s) debt was incurred **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.414**
**7**

**Nonpriority creditor's name and mailing address**

**Nick Voinov**
**4433 Bellflower Drive**
**La Mess, CA 91942**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
Name                                                                Case number (if known) _____

---

**3.4148**

**Nonpriority creditor's name and mailing address**
**nick voinov**
**4433 bellflower dr**
**la mesa, CA 91941**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4149**

**Nonpriority creditor's name and mailing address**
**Nick Voinov**
**4433 Bellflower Drive**
**La Mesa, CA 91942**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4150**

**Nonpriority creditor's name and mailing address**
**Nickie Molaire**
**106 Myrtle Oak Drive**
**New Iberia, LA 70563**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4151**

**Nonpriority creditor's name and mailing address**
**Nicklas Lyon**
**US Army Special Forces**
**Underwater Operat**
**Bldg KW 100 Fleming Key**
**Key West, FL 33040**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4152**

**Nonpriority creditor's name and mailing address**
**Nickolas Schubert**
**2737 Plumb Dr**
**Tustin, CA 92782**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4153**

**Nonpriority creditor's name and mailing address**
**Nicky Beaurivage**
**1232 Daisy Cir**
**North Liberty, IA 52317**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4154**

**Nonpriority creditor's name and mailing address**
**Nico Wallace**
**13444 Barbados Way**
**Del Mar, CA 92014**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.415 5**

**Nonpriority creditor's name and mailing address**

**Nicola Bucci**
**494 29th Ave. Apt 4**
**Apt 4**
**San Francisco, CA 94121**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.415 6**

**Nonpriority creditor's name and mailing address**

**Nicola Bucci**
**494 29th Ave**
**Apt. 4**
**San Francisco, CA 94121**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.415 7**

**Nonpriority creditor's name and mailing address**

**Nicolai Glazer**
**5300 River Ave**
**Newport Beach, CA 92663**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.415 8**

**Nonpriority creditor's name and mailing address**

**NICOLAS MINAZZI**
**245 NORMAN DRIVE**
**Ramsey, NJ 07446**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.415 9**

**Nonpriority creditor's name and mailing address**

**Nicolas Ortiz**
**21032 Ponderosa**
**Mission Viejo, CA 92692**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.416 0**

**Nonpriority creditor's name and mailing address**

**Nicolas Ortiz**
**21032 Ponderosa**
**Mission Viejo, CA 92692**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.416 1**

**Nonpriority creditor's name and mailing address**

**Nicolas Sommerhoff**
**2900 sw 28th lane apt 1211**
**Miami, FL 33133**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor **Electric Bike Company, LLC** | Case number *(if known)* _____ |
| Name | |

---

**3.416
2**

**Nonpriority creditor's name and mailing address**

**Nicole Adamson**
**215 Roycroft Ave**
**Long Beach, CA 90803**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.416
3**

**Nonpriority creditor's name and mailing address**

**Nicole Barlow**
**10485 NE 6th st**
**3522**
**Bellevue, WA 98004**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.416
4**

**Nonpriority creditor's name and mailing address**

**Nicole Bates**
**1786 71st Street**
**Miami Beach, FL 33141**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.416
5**

**Nonpriority creditor's name and mailing address**

**Nicole Bragdon**
**1910 Stone Bridge Lane**
**Marietta,, GA 30064**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.416
6**

**Nonpriority creditor's name and mailing address**

**nicole byer**
**3601 griffith park blvd**
**Los Angeles, CA 90027**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.416
7**

**Nonpriority creditor's name and mailing address**

**Nicole Curcio**
**3 Idlewilde Dr**
**Safety Harbor, FL 34695**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.416
8**

**Nonpriority creditor's name and mailing address**

**Nicole Curcio**
**3 IDLEWILDE DR**
**SAFETY HARBOR, FL 34695**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.416 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicole Daniels**
**2042 Inwood Ln**
**N. Tustin, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicole Emerson**
**17915 93rd Pl NE**
**Bothell, WA 98011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicole Fults**
**1524 Iowa St**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicole Fults**
**1624 Iowa St**
**Unit D**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicole Gattegno**
**758 Inverlochy Drive**
**Fallbrook, CA 92028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicole Gattegno**
**758 Inverlochy Drive**
**Fallbrook, CA 92028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.417 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Nicole Gelormini**
**2207 wildflower way**
**Bellingham, WA 98229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.4176**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Nicole Grkovic** | ☐ Contingent | |
| **961 G Avenue** | ☐ Unliquidated | |
| **Unit C- Upper** | ☐ Disputed | |
| **Coronado, CA 92118** | | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4177**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Nicole Hirshberg** | ☐ Contingent | |
| **633 18th St** | ☐ Unliquidated | |
| **Manhattan Beach, CA 90266** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4178**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Nicole Howard** | ☐ Contingent | |
| **6512 East Kings Crown Rd** | ☐ Unliquidated | |
| **Orange, CA 92869** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4179**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Nicole Ingalls** | ☐ Contingent | |
| **1018 Buckingham Ln** | ☐ Unliquidated | |
| **Newport Beach, CA 92660** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4180**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Nicole James** | ☐ Contingent | |
| **6120 N Canon Del Pajaro** | ☐ Unliquidated | |
| **Tucson, AZ 85750** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4181**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Nicole Jorenby** | ☐ Contingent | |
| **702 Goldenrod Ave** | ☐ Unliquidated | |
| **Corona Del Mar, CA 92625** | ☐ Disputed | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4182**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Nicole Larrivee** | ☐ Contingent | |
| **66 Norton Rd** | ☐ Unliquidated | |
| **Limington, ME 04049** | ☐ Disputed | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number  **7** | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**                          Case number (if known) _____
          Name

---

**3.418**
**3**

**Nonpriority creditor's name and mailing address**

**NICOLE LINDSEY**
**2432 Creswell Lane**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.418**
**4**

**Nonpriority creditor's name and mailing address**

**Nicole Loya**
**31931 Campanula Way apt 4305**
**Temecula, CA 92592**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.418**
**5**

**Nonpriority creditor's name and mailing address**

**Nicole Loya**
**31931 Campanula Way**
**Temecula, CA 92592**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.418**
**6**

**Nonpriority creditor's name and mailing address**

**Nicole Maggard**
**244 E 20th St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.418**
**7**

**Nonpriority creditor's name and mailing address**

**Nicole Magni**
**3830 San Antonio Road**
**Yorba Linda, CA 92886**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.418**
**8**

**Nonpriority creditor's name and mailing address**

**Nicole May**
**2124 Erin Ave**
**Upland, CA 91784**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.418**
**9**

**Nonpriority creditor's name and mailing address**

**Nicole Morris**
**288 Knox PL**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.419 0**

**Nonpriority creditor's name and mailing address**

**Nicole Nuchereno**
**63 Delaware Rd**
**Kenmore, NY 14217**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.419 1**

**Nonpriority creditor's name and mailing address**

**Nicole Olsztyn**
**676 W Wilson ST**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.419 2**

**Nonpriority creditor's name and mailing address**

**Nicole Osborne**
**22227 Skyline dr**
**Apple valley, CA 92308**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.419 3**

**Nonpriority creditor's name and mailing address**

**Nicole Pachja**
**114 Crescent Avenue**
**D4**
**Louisville, KY 40206**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.419 4**

**Nonpriority creditor's name and mailing address**

**Nicole Perrine**
**1800 Port Renwick Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.419 5**

**Nonpriority creditor's name and mailing address**

**Nicole props**
**321 east 22nd street**
**costa mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.419 6**

**Nonpriority creditor's name and mailing address**

**Nicole Props**
**208 Albert place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.4197**

**Nonpriority creditor's name and mailing address**

**Nicole Reynolds**
**1507 :Lincoln Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4198**

**Nonpriority creditor's name and mailing address**

**Nicole Reynolds**
**1507 Lincoln Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4199**

**Nonpriority creditor's name and mailing address**

**Nicole Rosendale**
**1679 35th Avenue**
**San Francisco, CA 94122**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4200**

**Nonpriority creditor's name and mailing address**

**Nicole Schoen-Squier**
**146 Central Park West**
**3e**
**New York, NY 10023**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4201**

**Nonpriority creditor's name and mailing address**

**Nicole schwartz**
**1945 Placentia ave**
**Costa mesa, CA 92703**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4202**

**Nonpriority creditor's name and mailing address**

**Nicole Smith**
**2155 Trafalgar ave**
**Riverside, CA 92506**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4203**

**Nonpriority creditor's name and mailing address**

**Nicole Speer**
**4740 West Moorhead Circle**
**Boulder, CO 80305**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.420 4**

**Nonpriority creditor's name and mailing address**

**Nicole Sturm**
**1136 Glenway St**
**West Lafayette, IN 47906**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.420 5**

**Nonpriority creditor's name and mailing address**

**Nicole Swainson**
**10220 N 175th Ave**
**Waddell, AZ 85355**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.420 6**

**Nonpriority creditor's name and mailing address**

**Nicole Volpe**
**417 Vista Roma**
**newport beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.420 7**

**Nonpriority creditor's name and mailing address**

**Nicole York**
**7717 Redstart Dr SE**
**Olympia, WA 98513**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.420 8**

**Nonpriority creditor's name and mailing address**

**Nicole Yurkanin**
**947 West Balboa blvd**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.420 9**

**Nonpriority creditor's name and mailing address**

**Nicole Zonnenberg**
**10125 Junction Dr**
**Apt 425**
**Annapolis Junction, MD 20701**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.421 0**

**Nonpriority creditor's name and mailing address**

**Nicolette Vallandigham**
**1340 Perry Lane Rd**
**Brunswick, GA 31525**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.421 1**

**Nonpriority creditor's name and mailing address**

**Nicolette Vallandigham**
**1340 Perry Lane Rd**
**Brunswick, GA 31525**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.421 2**

**Nonpriority creditor's name and mailing address**

**Niem To**
**7099 Forestview Ter N**
**St. Petersburg, FL 33709**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.421 3**

**Nonpriority creditor's name and mailing address**

**nigel kent**
**1868 paros circle**
**costa mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.421 4**

**Nonpriority creditor's name and mailing address**

**Nigel Lythgoe**
**10453 Whipple Street**
**Toluca Lake, CA 91602**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.421 5**

**Nonpriority creditor's name and mailing address**

**Nikaya Flowers**
**3839 Sheldon Drive**
**Ventura, CA 93003**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.421 6**

**Nonpriority creditor's name and mailing address**

**Nikki**
**126 Rue Fosse Rd**
**Lafayette, LA 70508**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.421 7**

**Nonpriority creditor's name and mailing address**

**Nikki Page**
**2927 Cochrane St**
**Detroit, MI 48216**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor __Electric Bike Company, LLC__                              Case number (if known) _____
          Name

---

**3.421 8**

**Nonpriority creditor's name and mailing address**
**Niko Bartsch**
**3766 Mt. Abraham Avenue**
**San Diego, CA 92111**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.421 9**

**Nonpriority creditor's name and mailing address**
**Niko Bartsch**
**3766 Mount Abraham Ave**
**San Diego, CA 92111**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 0**

**Nonpriority creditor's name and mailing address**
**nikoli prazak**
**2026 Camas Avenue Northeast**
**Renton, WA 98056**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 1**

**Nonpriority creditor's name and mailing address**
**nikoli prazak**
**2026 camas ave ne**
**renton, WA 98056**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 2**

**Nonpriority creditor's name and mailing address**
**nikoli prazak prazak**
**2026 Camas Avenue Northeast**
**Renton, WA 98056**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 3**

**Nonpriority creditor's name and mailing address**
**nila webber**
**522 S San Vicente Lane**
**Anaheim, CA 92807-4069**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.422 4**

**Nonpriority creditor's name and mailing address**
**Nile Clark**
**59 Stonewall Circle**
**Poughkeepsie, CA 12603**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.422
5**

**Nonpriority creditor's name and mailing address**

**Nima Namdar**
**275 Cecil Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.422
6**

**Nonpriority creditor's name and mailing address**

**Nina Crimi**
**37064 Sheepscot Rd**
**Lewes, DE 19958**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.422
7**

**Nonpriority creditor's name and mailing address**

**Nina Shearer**
**10809 Graeloch Road**
**Laurel, MD 20723**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.422
8**

**Nonpriority creditor's name and mailing address**

**Nina Turner**
**29 N PortRoyal Dr**
**Hilton Head, SC 29928**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.422
9**

**Nonpriority creditor's name and mailing address**

**NINA TURNER**
**29 N Port Royal Dr**
**Hilton Head, SC 29928**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.423
0**

**Nonpriority creditor's name and mailing address**

**Nirmala Singaracharlu**
**23333 Arminta Street**
**West Hills, CA 91304**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.423
1**

**Nonpriority creditor's name and mailing address**

**Nissa Latham**
**902 Arbor creek way**
**Nashville, TN 37217**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.423
2**

**Nonpriority creditor's name and mailing address**
**Nita Armstrong**
**108 Longdraft Rd**
**Gaithersburg, MD 20878**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.423
3**

**Nonpriority creditor's name and mailing address**
**Nita Armstrong**
**108 Longdraft Rd**
**Gaithersburg, MD 20878**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.423
4**

**Nonpriority creditor's name and mailing address**
**Niyaz Zamanov**
**5868 westheimer road**
**suite 541**
**Houston, TX 77063**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.423
5**

**Nonpriority creditor's name and mailing address**
**Niyaz Zamanov**
**5868 westheimer road**
**suite 541**
**Houston, TX 77057**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.423
6**

**Nonpriority creditor's name and mailing address**
**Niyaz Zamanov**
**2710 hullsmith dr**
**Apt 1404**
**Houston, TX 77063**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.423
7**

**Nonpriority creditor's name and mailing address**
**Niyaz Zamanov**
**2710 hullsmith dr**
**Apt1404**
**Houston, TX 77063**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.423
8**

**Nonpriority creditor's name and mailing address**
**Noah Campbell**
**1027 Ashes Dr**
**444**
**wilmington, NC 28405**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.423 9**

**Nonpriority creditor's name and mailing address**

**Noah Martinez**
**2119 Pamona Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.424 0**

**Nonpriority creditor's name and mailing address**

**noah monson**
**4561 Heil ave**
**#26**
**huntington beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.424 1**

**Nonpriority creditor's name and mailing address**

**Noah Prouse**
**2215 E florida street**
**Apt 6**
**Long Beach, CA 90814**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.424 2**

**Nonpriority creditor's name and mailing address**

**Noah Stegman**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.424 3**

**Nonpriority creditor's name and mailing address**

**Noe Aguirre**
**825 Jennifer Ln, Unit A**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.424 4**

**Nonpriority creditor's name and mailing address**

**Noe Basulto**
**2617 Franklin Way**
**West Sacramento, CA 95691**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.424 5**

**Nonpriority creditor's name and mailing address**

**Noel Dunn**
**2710 Eastside Street**
**SANTA ANA, CA 92705**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name                                                    Case number (if known) _____

---

| 3.424 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**noel leiva**
**1823 Sheehan CT**
**arlington, TX 76012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**noel leiva**
**1823 sheehan ct**
**Arlington, TX 76012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Noel Mano**
**427 E Market St**
**Tiffin, OH 44883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.424 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Noelle Bannon**
**5 Shady Oak Ct**
**Danville, CA 94506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Noelle Bergman**
**1848 Port Barmouth Pl**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nola Joyce**
**35667 Kiawah Path**
**Rehoboth Beach, DE 19971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.425 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nolan Griswold**
**533 Vine St.**
**N/A**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.425**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Nolan Randall**
**10156 Disney circle**
**Huntington beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _ _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Nolan Weisser**
**19561 Pompano Lane**
**Unit 105**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _ _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Nona Clarke**
**31793 Cabana Rya Ave**
**San Antonio, FL 33576**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _ _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Nora Boerner**
**911 Fairchild Street**
**Iowa City, IA 52245**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _ _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Nora Chen**
**34518 bluestone common**
**Fremont, CA 94555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _ _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Nora Heninger**
**257 Ridge Ct.**
**Rockford, IL 61107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.425**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Nora Heystek**
**6907 Packer Dr NE**
**Belmont, MI 49306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _ _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | |
|---|---|
| Debtor | **Electric Bike Company, LLC** |
| | Name |

Case number (if known) _____

---

**3.426
0**

**Nonpriority creditor's name and mailing address**

**Nora Musial**
**1808 Oceanaire Dr.**
**San Luis Obispo, CA 93405**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.426
1**

**Nonpriority creditor's name and mailing address**

**Nora Spencer**
**2560 East Omega Avenue**
**Anaheim, CA 92806**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.426
2**

**Nonpriority creditor's name and mailing address**

**Nora Turner**
**1645 Cedar Crest**
**PO Box 6355**
**Tahoe City, CA 96145**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.426
3**

**Nonpriority creditor's name and mailing address**

**Norbert Niccum**
**123 Glenview Street**
**Santa Cruz, CA 95062**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.426
4**

**Nonpriority creditor's name and mailing address**

**Norbert Niccum**
**21501 Brookhurst St. #G**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.426
5**

**Nonpriority creditor's name and mailing address**

**Norbert Niccum**
**1510 Old Newport blvd**
**newport beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.426
6**

**Nonpriority creditor's name and mailing address**

**Norberto Huertas**
**4274 Pearl Rd**
**Suite A**
**Cleveland, OH 44109**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:    Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.426
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Noreen Mayfield**<br>**1161 North Lakeshore Drive**<br>**Ludington, MI 49431** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.426
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Noreen Mayfield**<br>**1115 Webster Oaks Lane**<br>**St. Louis, MO 63119** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.426
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Norm Wilcox**<br>**516 S 500 E**<br>**Brigham Clty, UT 84302-3304** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.427
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Norma Beil**<br>**874 11th St**<br>**Charleston, IL 61920** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.427
1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Norma Beil**<br>**874 11th St**<br>**Charleston, IL 61920** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.427
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Norma Brady**<br>**473 Arboles Dr**<br>**BISHOP, CA 93514** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.427
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Norma Gail Smith Beil**<br>**1777 Taurus Loop**<br>**CHARLESTON, IL 61920** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

| 3.427 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**NORMA HARTMAN**
**306 E. Jasmine Dr**
**Lake Park, FL 33403**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Norma Miranda Davies**
**740 East tropical Way**
**Plantation, FL 33317**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Norma Miranda Davies**
**2877 SE Ocean Blvd.**
**Stuart, FL 34996**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Norma Munguia**
**28116 White Sand Trail**
**MORENO VALLEY, CA 92555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Norma Munguia**
**28116 White Sand Trail**
**MORENO VALLEY, CA 92555**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.427 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Norma Ortiz**
**2063 W SUMMERSET DR**
**RIALTO, CA 92377**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**norma riley**
**3 arbella**
**newport coast, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.428**
**1**

**Nonpriority creditor's name and mailing address**

**Norma Yanovich**
**114 Rowe Road**
**Harrison City, PA 15636**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.428**
**2**

**Nonpriority creditor's name and mailing address**

**norman Brady**
**1510 newport blvd**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.428**
**3**

**Nonpriority creditor's name and mailing address**

**Norman Drechsel**
**1607 Dorothy Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.428**
**4**

**Nonpriority creditor's name and mailing address**

**Norman Drechsel**
**1607 Dorothy Ln**
**Newport Beach, CA 92660-4808**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.428**
**5**

**Nonpriority creditor's name and mailing address**

**Norman Meldrum**
**3118 Yukon Avenue**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.428**
**6**

**Nonpriority creditor's name and mailing address**

**Norman Rabago**
**1790A Nakula Street**
**Wahiawa, HI 96786**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.428**
**7**

**Nonpriority creditor's name and mailing address**

**Norva Bennett**
**32 Union Square East**
**612n**
**New York, NY 10003**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.428 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Novona Byrdsong**
**2312 Audrey Manor Ct**
**Waldorf, MD 20603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.428 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nuno Bettencourt**
**36575 Calle Puerta Bonita**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ofelia Leyva**
**12811 Heflin Dr**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ofer horn**
**2951 saturn st**
**E**
**brea, CA 92821**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Oleg Skurskiy**
**6973 Sale Ave**
**West Hills, CA 91307**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Olenka Chang**
**4886 STARFLOWER DR**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.429 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Olga Byford**
**137 Monte Vista Ave**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Electric Bike Company, LLC**_____ Case number *(if known)* _____

Name

---

**3.4295**

**Nonpriority creditor's name and mailing address**

**Olga Dubchak**
**10305 Dana**
**Irvine, CA 92618**

Date(s) debt was incurred __**2022**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4296**

**Nonpriority creditor's name and mailing address**

**Olita Lace**
**27930 Cabot Rd.**
**#623**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred __**2024**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4297**

**Nonpriority creditor's name and mailing address**

**Oliver Hagelin**
**79-405 us hwy 111 9**
**La quinta, CA 92253**

Date(s) debt was incurred __**2022**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4298**

**Nonpriority creditor's name and mailing address**

**oliver langan**
**45 Old Orchard Rd**
**Los Gatos, CA 95033**

Date(s) debt was incurred __**2021**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4299**

**Nonpriority creditor's name and mailing address**

**oliver siapno**
**31224 Trumpeter Lane**
**Winchester, CA 92596**

Date(s) debt was incurred __**2025**__

Last 4 digits of account number __**7**__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4300**

**Nonpriority creditor's name and mailing address**

**oliver siapno**
**31224 Trumpeter Ln**
**Winchester, CA 92596**

Date(s) debt was incurred __**2024**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4301**

**Nonpriority creditor's name and mailing address**

**Oliver Vander Horn**
**3544 Caminito El Rincon**
**San Diego, CA 92130**

Date(s) debt was incurred __**2021**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
         Name

---

| 3.430 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Olivia Fuentes**
**1523 S. Gold Canyon Dr.**
**Diamond Bar, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Olivia Fuentes**
**1523 South Gold Canyon Drive**
**Diamond Bar, CA 91789**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Olivia Mape**
**55 Royal St. George**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Olivia Mayes**
**10082 Crailet Drive**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Olivia Parrish**
**382 East 15th st**
**costa mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Olivia Rego**
**24 marshall street**
**Dartmouth, MA 02747**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.430 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Olivia Smith**
**1991 Port Edward**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.430 9**

**Nonpriority creditor's name and mailing address**

**Olivia Tenkley**
**3065 purgatory drive**
**colorado springs, CO 80918**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.431 0**

**Nonpriority creditor's name and mailing address**

**Olivia Thoeum**
**26501 Calle Cantera**
**Menifee, CA 92585**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.431 1**

**Nonpriority creditor's name and mailing address**

**Olivia Wu**
**7273 Meurice Circle**
**Eastvale, CA 92880**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.431 2**

**Nonpriority creditor's name and mailing address**

**Olivier Gerspacher**
**437 Fair Dr.**
**#206**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.431 3**

**Nonpriority creditor's name and mailing address**

**Olivier Perrault**
**1069 Caton Dr**
**Virginia Beach, VA 23454**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.431 4**

**Nonpriority creditor's name and mailing address**

**Ollie Ibarra**
**6309 Madison Ave**
**Rowlett, AL 75089**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.431 5**

**Nonpriority creditor's name and mailing address**

**Omar Avenda  o**
**1220 Franciscan Ct**
**Unit 5**
**Carpinteria, CA 93013**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
          Name                                                      Case number (if known) _____

---

3.431
6

**Nonpriority creditor's name and mailing address**

**Omar Black**
**422 Oak Ct**
**Catonsville, MD 21228**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.431
7

**Nonpriority creditor's name and mailing address**

**Omar Black**
**422 Oak Ct.**
**Catonsville, MD 21228**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.431
8

**Nonpriority creditor's name and mailing address**

**Omar Montoya**
**28497 Pacific Street**
**Hayward, CA 94544**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.431
9

**Nonpriority creditor's name and mailing address**

**Omar Zarate**
**1015 American Place**
**Apt A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.432
0

**Nonpriority creditor's name and mailing address**

**Onyx Friersom**
**2901 the oaks**
**clarkston, GA 30021**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.432
1

**Nonpriority creditor's name and mailing address**

**Onyx Frierson**
**2901 The Oaks**
**Clarkston, GA 30021**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.432
2

**Nonpriority creditor's name and mailing address**

**Opal Reinberg**
**201 Cavalier Drive**
**Wilmington, NC 28403-0362**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.432 3**

**Nonpriority creditor's name and mailing address**

**Opal Reinberg**
**201 cavalier drive**
**Wilmington, NC 28403**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.432 4**

**Nonpriority creditor's name and mailing address**

**Oral Amundson**
**961 Rosewood Ave.**
**Brick, NJ 08723**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.432 5**

**Nonpriority creditor's name and mailing address**

**Oral Amundson**
**300 Northeast 20th Street**
**302**
**Boca Raton, FL 33431**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.432 6**

**Nonpriority creditor's name and mailing address**

**Oral Amundson**
**3600 NW Boca Raton Blvd**
**Boca Raton, FL 33431**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.432 7**

**Nonpriority creditor's name and mailing address**

**Orlando Castano**
**425 30Th St**
**Ste 31**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.432 8**

**Nonpriority creditor's name and mailing address**

**ORLANDO CLARIZIO**
**122A E FOOTHILL BLVD**
**#21**
**Arcadia, CA 91006**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.432 9**

**Nonpriority creditor's name and mailing address**

**ORLANDO CLARIZIO**
**122A E. FOOTHILL BLVD.**
**320**
**ARCADIA, CA 91006**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.4330**

**Nonpriority creditor's name and mailing address**

**Orlando Santos**
**231 sevilla ave**
**EL granada, CA 94018**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4331**

**Nonpriority creditor's name and mailing address**

**Orlando Terrazas**
**8426 Friends Avenue**
**Whittier, CA 90602**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4332**

**Nonpriority creditor's name and mailing address**

**Orlando Terrazas**
**8426 Friends Ave**
**Whittier, CA 90602-3013**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4333**

**Nonpriority creditor's name and mailing address**

**Orlina Owens**
**18 Ronsard**
**Newport Coast, CA 92657**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4334**

**Nonpriority creditor's name and mailing address**

**Oscar Arango**
**10621 Newcroft Pl**
**Helotes, TX 78023**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4335**

**Nonpriority creditor's name and mailing address**

**Oscar Arevalo**
**525 Fairfax Dr**
**House number 15**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4336**

**Nonpriority creditor's name and mailing address**

**Oscar Contreras**
**330 E 10TH AVE**
**APT 903**
**Denver, CO 80203**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.433 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **$0.00** |
| **Oscar Gonzalez** | ☐ Contingent |
| **216 Castillo Rd** | ☐ Unliquidated |
| **Ruskin, FL 33570** | ☐ Disputed |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.433 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **$0.00** |
| **Oscar Gonzalez** | ☐ Contingent |
| **216 Castillo Rd** | ☐ Unliquidated |
| **Ruskin, FL 33570** | ☐ Disputed |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.433 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **$0.00** |
| **Oscar Gonzalez** | ☐ Contingent |
| **2932 W Arch St** | ☐ Unliquidated |
| **Tampa, FL 33607** | ☐ Disputed |
| Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.434 0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **$0.00** |
| **Oscar Mendoza** | ☐ Contingent |
| **31699 Corte Esparza** | ☐ Unliquidated |
| **Temecula, CA 92592** | ☐ Disputed |
| Date(s) debt was incurred **2025** | Basis for the claim: **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.434 1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **$0.00** |
| **Oscar Mendoza** | ☐ Contingent |
| **40164 Village Rd** | ☐ Unliquidated |
| **Apt 1414** | ☐ Disputed |
| **Temecula, CA 92591** | |
| Date(s) debt was incurred **2020** | Basis for the claim: **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.434 2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **$0.00** |
| **Oscar Mota** | ☐ Contingent |
| **2210 TEDESCA DR** | ☐ Unliquidated |
| **HENDERSON, NV 89052-6553** | ☐ Disputed |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.434 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply.     **$0.00** |
| **Oscar Mota** | ☐ Contingent |
| **2210 Tedesca Dr** | ☐ Unliquidated |
| **Henderson, NV 89052** | ☐ Disputed |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.434
4**

**Nonpriority creditor's name and mailing address**

**Oscar Servin
20421 Via Marwah
Yorba Linda, CA 92886**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.434
5**

**Nonpriority creditor's name and mailing address**

**oscar spurlin
15000 village green dr
unit 13
mill creek, WA 98012**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.434
6**

**Nonpriority creditor's name and mailing address**

**Osmar Mosquera
4299 NW 36th ST
Miami Springs, FL 33166-7345**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.434
7**

**Nonpriority creditor's name and mailing address**

**Osvaldo Mijares
902 Long Beach blvd
B
Long Beach, CA 90813**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.434
8**

**Nonpriority creditor's name and mailing address**

**Osvaldo Mijares
902 long beach blvd
Apt B
Long Beach, CA 90813**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.434
9**

**Nonpriority creditor's name and mailing address**

**Osvaldo Mijares
902 Lomg Beach Blvd
Apt B
Long Beach, CA 90813**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.435
0**

**Nonpriority creditor's name and mailing address**

**owen bowers
514 Hillandale
Seneca, SC 29672**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
| | Name | |

---

**3.435
1**

**Nonpriority creditor's name and mailing address**

**Owen Egan
1521 Sullivan Avenue
Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.435
2**

**Nonpriority creditor's name and mailing address**

**owen gaard
315 Endicott Dr
Soldotna, AK 99669**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.435
3**

**Nonpriority creditor's name and mailing address**

**P Minoofar
11805 Mayfield Ave.
101
Los Angeles, CA 90049**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.435
4**

**Nonpriority creditor's name and mailing address**

**Pablo Alviar
431 Halsey Ave
San Jose, CA 95128**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.435
5**

**Nonpriority creditor's name and mailing address**

**Pablo Alviar
615 B Woodside Way
San Mateo, CA 94401**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.435
6**

**Nonpriority creditor's name and mailing address**

**Pablo Ortiz
313 van ness lane
Redlands, CA 92374**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.435
7**

**Nonpriority creditor's name and mailing address**

**Pablo Weber
400 Prospect St
Apt 405
La Jolla, NY 92037**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.4358**

**Nonpriority creditor's name and mailing address**

**Page McCloud**
**1015 McClurg Dr.**
**Batavia, IL 60510**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4359**

**Nonpriority creditor's name and mailing address**

**Paige Copland**
**1945 Placentia Ave, Unit A**
**costa mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4360**

**Nonpriority creditor's name and mailing address**

**Paige Francis**
**1335 Summit Greenway Ct**
**Charlotte, NC 28208**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4361**

**Nonpriority creditor's name and mailing address**

**Paige Linden**
**8242 Drybank Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4362**

**Nonpriority creditor's name and mailing address**

**Paige Naylor**
**430 Ledbury Rd Unit 101**
**Wilmington, NC 28412**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4363**

**Nonpriority creditor's name and mailing address**

**Paige Ready**
**4731 MCHENRY GATE WAY**
**PLEASANTON, CA 94566-4534**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4364**

**Nonpriority creditor's name and mailing address**

**Paige Sikes**
**5662 Los Alamos**
**Buena Park, CA 90620**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

| | | |
|---|---|---|
| 3.436 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Pam Carpenter**
**12100 Seminole Blvd**
**lot 291**
**Largo, FL 33778**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Pam Cooper**
**1341 N Tercera Ave**
**Chandler, AZ 85226**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Pam Crouch**
**6310 Bayshore Road**
**#136**
**Palmetto, FL 34221**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Pam Crouch**
**6310 Bayshore Road**
**136**
**Palmetto, FL 34221**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.436 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Pam deWilde**
**596 Crowfield Circle**
**Lewisburg, WV 24901**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Pam Lewis**
**641 S Knowles St**
**Buckley, WA 98321**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.437 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Pam Lewis**
**641 S Knowles St**
**Buckley, WA 98321**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
          Name

---

3.437
2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Pam Murray** | ☐ Contingent |
| **373 Pemberton Street** | ☐ Unliquidated |
| **Walpole, MA 02081** | ☐ Disputed |
| Date(s) debt was incurred _2022_ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

3.437
3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Pam Murray** | ☐ Contingent |
| **373 Pemberton Street** | ☐ Unliquidated |
| **Walpole, MA 02081** | ☐ Disputed |
| Date(s) debt was incurred _2020_ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

3.437
4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Pam Richards** | ☐ Contingent |
| **917 Hillview Drive** | ☐ Unliquidated |
| **Lemont, IL 60439** | ☐ Disputed |
| Date(s) debt was incurred _2024_ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

3.437
5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Pam Sanders** | ☐ Contingent |
| **PO Box 727** | ☐ Unliquidated |
| **Montesano, WA 98563** | ☐ Disputed |
| Date(s) debt was incurred _2022_ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

3.437
6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **PAM SANDERS** | ☐ Contingent |
| **1404 W. SIMPSON STREET** | ☐ Unliquidated |
| **MONTESSANO, WA 98563** | ☐ Disputed |
| Date(s) debt was incurred _2020_ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

3.437
7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Pam Schrenk** | ☐ Contingent |
| **5216 Snow Valley Lane** | ☐ Unliquidated |
| **Liberty Twp, OH 45011** | ☐ Disputed |
| Date(s) debt was incurred _2021_ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

3.437
8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00**
| **Pam Stavros** | ☐ Contingent |
| **19951 Santee Lane** | ☐ Unliquidated |
| **Valley Center, CA 92082-0181** | ☐ Disputed |
| Date(s) debt was incurred _2022_ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number _ | |
| | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4379**

**Nonpriority creditor's name and mailing address**

**Pam Woodruff**
**3034 Fairway Hills Ct**
**Park City, UT 84060-7050**

Date(s) debt was incurred  __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4380**

**Nonpriority creditor's name and mailing address**

**Pamala Crouch**
**6310 Bayshore Road**
**#136**
**Palmetto, FL 34221**

Date(s) debt was incurred  __2025__

Last 4 digits of account number __7__

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4381**

**Nonpriority creditor's name and mailing address**

**Pamala Evans**
**8457 admirals landing way**
**Indianapolis, IN 46236**

Date(s) debt was incurred  __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4382**

**Nonpriority creditor's name and mailing address**

**Pamala Evans**
**8457 Admirals Landing Way**
**Indianapolis, IN 46236**

Date(s) debt was incurred  __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4383**

**Nonpriority creditor's name and mailing address**

**Pamela Chamberlain**
**28886 Mountain View Lane**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4384**

**Nonpriority creditor's name and mailing address**

**Pamela Diederich**
**11607 Faywood Ave**
**Victorville, CA 92392**

Date(s) debt was incurred  __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4385**

**Nonpriority creditor's name and mailing address**

**Pamela Green**
**23 North Leroux**
**Flagstaff, AZ 86001**

Date(s) debt was incurred  __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

**3.438**
**6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **pamela hajny** | ☐ Contingent |
| **464 u road** | ☐ Unliquidated |
| **esbon, KS 66941** | ☐ Disputed |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.438**
**7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Pamela Hellon** | ☐ Contingent |
| **1314 Jason Drive** | ☐ Unliquidated |
| **Marysville, CA 95901** | ☐ Disputed |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.438**
**8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Pamela Holmquist** | ☐ Contingent |
| **91 ARCHWOOD DR** | ☐ Unliquidated |
| **SAINT AUGUSTINE, FL 32092** | ☐ Disputed |
| Date(s) debt was incurred  **2020** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.438**
**9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Pamela Jensen** | ☐ Contingent |
| **1218 Keel Dr** | ☐ Unliquidated |
| **Corona Del Mar, CA 92625** | ☐ Disputed |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.439**
**0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Pamela Korzun** | ☐ Contingent |
| **2 Fernbrooke Dr** | ☐ Unliquidated |
| **Westampton, NJ 08060** | ☐ Disputed |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.439**
**1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Pamela Korzun** | ☐ Contingent |
| **68 Nancy Lane** | ☐ Unliquidated |
| **Ewing, NJ 08638** | ☐ Disputed |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.439**
**2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Pamela Lehmann** | ☐ Contingent |
| **30922 Canterbury Place** | ☐ Unliquidated |
| **Laguna Niguel, CA 92677** | ☐ Disputed |
| Date(s) debt was incurred  **2020** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known)
_____
Name

---

**3.439
3**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Pamela M Lash**                                                   ☐ Contingent
**1110 Christine**                                                  ☐ Unliquidated
**Pampa, TX 79065**                                                 ☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __                                  Basis for the claim:  **Warranty**

                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.439
4**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Pamela Maier**                                                    ☐ Contingent
**6131 East Twin Lake Road**                                        ☐ Unliquidated
**Hazelhurst, WI 54531**                                            ☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __                                  Basis for the claim:  **Warranty**

                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.439
5**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Pamela Milligan**                                                 ☐ Contingent
**20782 Farnsworth Lane**                                           ☐ Unliquidated
**Huntington Beach, CA 92646**                                      ☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __                                  Basis for the claim:  **Warranty**

                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.439
6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Pamela Moran**                                                    ☐ Contingent
**847 E Lexington Ave**                                             ☐ Unliquidated
**Gilbert, AZ 85234**                                               ☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __                                  Basis for the claim:  **Warranty**

                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.439
7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Pamela Overtoom**                                                 ☐ Contingent
**6289 Rally Days Trail**                                           ☐ Unliquidated
**Cicero, NY 13039**                                                ☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __                                  Basis for the claim:  **Warranty**

                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.439
8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Pamela Pearson**                                                  ☐ Contingent
**9 Groveside Dr.**                                                 ☐ Unliquidated
**Aliso Viejo, CA 92656**                                           ☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __                                  Basis for the claim:  **Warranty**

                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.439
9**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Pamela Putney**                                                   ☐ Contingent
**1643 Congressional Ct**                                           ☐ Unliquidated
**Henrico, VA 23238**                                               ☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __                                  Basis for the claim:  **Warranty**

                                                                    Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
               Name

---

**3.440 0**

**Nonpriority creditor's name and mailing address**

**Pamela Schaefer**
**6760 Niblick Ct**
**Auburn, CA 95602**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.440 1**

**Nonpriority creditor's name and mailing address**

**pamela simcik**
**605 galloping hill rd**
**simi valley, CA 93065**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.440 2**

**Nonpriority creditor's name and mailing address**

**pamela simcik**
**605 galloping hill rd**
**simi valley, CA 93065**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.440 3**

**Nonpriority creditor's name and mailing address**

**Pamela Simon**
**5320 Cyril Drive**
**Dade City, FL 33523**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.440 4**

**Nonpriority creditor's name and mailing address**

**Pamela Soto**
**1101 Santorini Road**
**Riverside, CA 92506**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.440 5**

**Nonpriority creditor's name and mailing address**

**Pamela Staples**
**P.O. Box 393**
**Excelsior, MN 55331**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.440 6**

**Nonpriority creditor's name and mailing address**

**Pamela Staples**
**5500 Gideons Lane**
**Excelsior, MN 55331**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.440 7**

**Nonpriority creditor's name and mailing address**

**Pamela Stephens**
**6133 Josie St**
**Atwater, CA 95301**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.440 8**

**Nonpriority creditor's name and mailing address**

**Pamela Sullivan**
**3242 Harmona Pl**
**Los Alamitos, CA 90720**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.440 9**

**Nonpriority creditor's name and mailing address**

**Pamela Trask**
**N4592 County Road 607**
**Iron Mountain, MI 49801**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.441 0**

**Nonpriority creditor's name and mailing address**

**Pamela Twohig**
**633 E Beaumont Ave**
**WHITEFISH BAY, WI 53217**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.441 1**

**Nonpriority creditor's name and mailing address**

**Pamela Varela**
**880 110th St**
**Roberts, WI 54023**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.441 2**

**Nonpriority creditor's name and mailing address**

**Pamela Varela**
**880 110th St**
**Roberts, WI 54023**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.441 3**

**Nonpriority creditor's name and mailing address**

**Pamela Weitberg**
**3416 S. Lake Drive**
**Boynton Beach, FL 33435**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
| --- | --- | --- |
| | Name | |

---

**3.441 4**

**Nonpriority creditor's name and mailing address**
**Pamela Woodruff**
**3034 Fairway Hills Court**
**Park City, UT 84060**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.441 5**

**Nonpriority creditor's name and mailing address**
**Pamelah Antoine**
**230 Preston F**
**Boca Raton, FL 33434**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.441 6**

**Nonpriority creditor's name and mailing address**
**Pamella Martins**
**11200 Biscayne Blvd**
**unit 623**
**Miami, FL 33181**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.441 7**

**Nonpriority creditor's name and mailing address**
**Paolo Lotti**
**1360 daryl drive**
**Sarasota, FL 34232**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.441 8**

**Nonpriority creditor's name and mailing address**
**Paolo Polla**
**3114 NW Parkhurst Terrace**
**Portland, OR 97229**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.441 9**

**Nonpriority creditor's name and mailing address**
**Paris DeJesus**
**1685 Russell Dr**
**Lake Havasu City, AZ 86404**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.442 0**

**Nonpriority creditor's name and mailing address**
**Parker Genoway**
**1480 W Sunset Blvd**
**Apt A**
**Los Angeles, CA 90026**

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

| 3.442 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Parker Golden**
**543 Bernard St. Unit A**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.442 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Parker Kennedy**
**843 Cortez St.**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.442 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Parker Kotin**
**333 Riviera Drive**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.442 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Parker Penrose**
**9750 E Axle Ave**
**Mesa, AZ 85212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.442 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**parsa zadeh**
**717 north bedford dr.**
**Beverly Hills, CA 90210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.442 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Pat Achenbach**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.442 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Pat Baril**
**1369 Harvard Dr**
**Gulf Breeze, FL 32563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.4428**

**Nonpriority creditor's name and mailing address**

**Pat Baril**
**1369 Harvard Dr**
**Gulf Breeze, FL 32563**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4429**

**Nonpriority creditor's name and mailing address**

**Pat Cavanaugh**
**12167 Dorada Coast Avenue**
**Las Vegas, NV 89138**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4430**

**Nonpriority creditor's name and mailing address**

**Pat Hornbecker**
**1724 Vicente St**
**San Francisco, CA 94116**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4431**

**Nonpriority creditor's name and mailing address**

**Pat Lustig**
**33122 Paseo Celestial**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4432**

**Nonpriority creditor's name and mailing address**

**Pat Mercuri**
**18195 McDurmott East**
**Suite I**
**Irvine, CA 92614**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4433**

**Nonpriority creditor's name and mailing address**

**pat morgan**
**2783 Holiday Ranch Loop road**
**park City, NY 84060**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4434**

**Nonpriority creditor's name and mailing address**

**pat morgan**
**2783 holiday ranch loop rd**
**park city, UT 84060**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.443 5**

**Nonpriority creditor's name and mailing address**

**Pat Ratkowski**
**158 Yantz Hill Road**
**Williston, VT 05495**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.443 6**

**Nonpriority creditor's name and mailing address**

**Pat Rolfes**
**3200 Thistle St**
**Park City, UT 84060**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.443 7**

**Nonpriority creditor's name and mailing address**

**Pat Swanson**
**10 galaxy isle**
**ladera ranch, CA 92694**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.443 8**

**Nonpriority creditor's name and mailing address**

**Pat Wescott**
**1122 Scrub Jay Ct**
**Carlsbad, CA 92011**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.443 9**

**Nonpriority creditor's name and mailing address**

**Pati Zelaya-Wagner**
**10304 Willamette Pl.**
**Las Vegas, NV 89134**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.444 0**

**Nonpriority creditor's name and mailing address**

**Patrice Dempsey**
**6 Bearberry**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.444 1**

**Nonpriority creditor's name and mailing address**

**Patrice Scott**
**7321 East Lamar Alexander Parkway**
**Townsend, TN 37882**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                           Case number (if known) _____
_____
Name

---

**3.444 2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Patricia A Edwards**                              ☐ Contingent
**1850 W Camino del Zanco**                         ☐ Unliquidated
**Green Valley, AZ 85622**                          ☐ Disputed

Date(s) debt was incurred  __2024__                 **Basis for the claim:  __Warranty__**

Last 4 digits of account number __                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.444 3**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Patricia Atkins**                                ☐ Contingent
**PO Box 171**                                     ☐ Unliquidated
**Linden, CA 95236**                               ☐ Disputed

Date(s) debt was incurred  __2025__                 **Basis for the claim:  __Warranty__**

Last 4 digits of account number  __7__              Is the claim subject to offset? ■ No ☐ Yes

---

**3.444 4**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Patricia Berneche**                              ☐ Contingent
**931 moosehead trail**                            ☐ Unliquidated
**Jackson, ME 03921**                              ☐ Disputed

Date(s) debt was incurred  __2024__                 **Basis for the claim:  __Warranty__**

Last 4 digits of account number __                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.444 5**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Patricia Berneche**                              ☐ Contingent
**931 Moosehead Trail**                            ☐ Unliquidated
**Jackson, ME 04921**                              ☐ Disputed

Date(s) debt was incurred  __2023__                 **Basis for the claim:  __Warranty__**

Last 4 digits of account number __                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.444 6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Patricia Bolding**                               ☐ Contingent
**421 Pocahontas Drive**                           ☐ Unliquidated
**Hailey, ID 83333**                               ☐ Disputed

Date(s) debt was incurred  __2023__                 **Basis for the claim:  __Warranty__**

Last 4 digits of account number __                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.444 7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Patricia Boucher**                               ☐ Contingent
**188 Tucker Mill Rd**                             ☐ Unliquidated
**New Boston, NH 03070**                           ☐ Disputed

Date(s) debt was incurred  __2024__                 **Basis for the claim:  __Warranty__**

Last 4 digits of account number __                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.444 8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Patricia Bouzigard**                             ☐ Contingent
**2911 South Fairview St**                         ☐ Unliquidated
**Unit D**                                         ☐ Disputed
**Santa Ana, CA 92704**

Date(s) debt was incurred  __2024__                 **Basis for the claim:  __Warranty__**

Last 4 digits of account number __                  Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.4449**

**Nonpriority creditor's name and mailing address**

**Patricia Brown**
**6905 Penn Drive**
**Dublin, CA 94568**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4450**

**Nonpriority creditor's name and mailing address**

**Patricia Brown**
**6905 Penn Drive**
**Dublin, CA 94568**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4451**

**Nonpriority creditor's name and mailing address**

**Patricia Burden**
**185 Garcilla Drive**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4452**

**Nonpriority creditor's name and mailing address**

**Patricia Cain**
**704 Butternut Rd.**
**Madison, WI 53704**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4453**

**Nonpriority creditor's name and mailing address**

**Patricia Dal Soglio**
**7974 E Via Bonita**
**Scottsdale, AZ 85258-2834**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4454**

**Nonpriority creditor's name and mailing address**

**patricia dominique**
**1021 NOKOMIS ST**
**CLEARWATER, FL 33755**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4455**

**Nonpriority creditor's name and mailing address**

**Patricia Fletcher**
**6 Parsons Way**
**Natick, MA 01760**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.445 6**

**Nonpriority creditor's name and mailing address**

**Patricia Freeman**
**1116 Sandi Lane**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.445 7**

**Nonpriority creditor's name and mailing address**

**Patricia Gentile**
**253 Garwin Rd**
**Swedesboro, NJ 08085**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.445 8**

**Nonpriority creditor's name and mailing address**

**Patricia Gentile**
**2207 Concord Pike**
**Ste 135**
**Wilmington, DE 19803**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.445 9**

**Nonpriority creditor's name and mailing address**

**Patricia Gomolak**
**12153 Bussa Road**
**Rapid City, MI 49676**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.446 0**

**Nonpriority creditor's name and mailing address**

**Patricia Gram**
**40 2nd St**
**A**
**South Glens Falls, NY 12803**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.446 1**

**Nonpriority creditor's name and mailing address**

**Patricia Groff**
**21041 Eclipse Rd,**
**Rathdrum, ID 83858**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.446 2**

**Nonpriority creditor's name and mailing address**

**Patricia Hamer**
**107 Atkinson Rd**
**Tafton, PA 18464**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.446 3**

**Nonpriority creditor's name and mailing address**

**Patricia Horan**
**235 Oak St**
**Bayville, NJ 08721**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.446 4**

**Nonpriority creditor's name and mailing address**

**Patricia Kanouse**
**2371 Route 22**
**Patterson, NY 12563**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.446 5**

**Nonpriority creditor's name and mailing address**

**Patricia Leblanc**
**21500 Casino Ridge Road**
**Yorba Linda, CA 92887**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.446 6**

**Nonpriority creditor's name and mailing address**

**Patricia Liotta**
**601 Madison Street**
**Apt 103**
**Nashville, TN 37208**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.446 7**

**Nonpriority creditor's name and mailing address**

**Patricia McCauley**
**17012 Steven Street**
**Gardena, CA 90247**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.446 8**

**Nonpriority creditor's name and mailing address**

**Patricia Miller-Jerke**
**7432 Lower Peoh Point Road**
**Cle Elum, WA 98922**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.446 9**

**Nonpriority creditor's name and mailing address**

**Patricia Morse**
**28151 Camino Del Rio**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.4470**

**Nonpriority creditor's name and mailing address**

**Patricia Newman**
**6501 Excellence Way**
**Apt 1091**
**Plano, TX 75023**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4471**

**Nonpriority creditor's name and mailing address**

**Patricia Oberembt**
**346 Torrelli Falls Ave**
**Henderson, NV 89011**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4472**

**Nonpriority creditor's name and mailing address**

**patricia Pike**
**6 Pierce Ln**
**Rehoboth, MA 02769**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4473**

**Nonpriority creditor's name and mailing address**

**Patricia Reynolds**
**2833 pristine way**
**Brentwood, CA 94513**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4474**

**Nonpriority creditor's name and mailing address**

**Patricia Ruppel**
**70 Victoria drive**
**Hilton head islaa nd, SC 29926**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4475**

**Nonpriority creditor's name and mailing address**

**Patricia Sceales**
**455 N. 9Th St**
**Grover Beach, CA 93433**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4476**

**Nonpriority creditor's name and mailing address**

**Patricia Seal**
**1264 Belfast Ave**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.447 7**

**Nonpriority creditor's name and mailing address**

**Patricia Sedlak**
**386 Schneider Rd**
**Seguin, TX 78155**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.447 8**

**Nonpriority creditor's name and mailing address**

**Patricia Thompson**
**32880 West 199th Street**
**Edgerton, KS 66021**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.447 9**

**Nonpriority creditor's name and mailing address**

**Patricia Tibbetts**
**620 Cruikshank Isle**
**Summerland Key, FL 33042**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.448 0**

**Nonpriority creditor's name and mailing address**

**Patricia Tingle**
**807 35th Street SW**
**Altoona, IA 50009**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.448 1**

**Nonpriority creditor's name and mailing address**

**Patricia Treml**
**1082 Crescent Hill**
**Suamico, WI 54313**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.448 2**

**Nonpriority creditor's name and mailing address**

**Patricia Trotter**
**205 Brafferton BLVD**
**Stafford, VA 22554**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.448 3**

**Nonpriority creditor's name and mailing address**

**Patricia Van Lenten**
**1000 SW 12th St, Apt 115**
**Fort Lauderdale, FL 33315**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __Electric Bike Company, LLC__       Case number (if known) _____
    Name

---

| 3.448 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Patricia Warren**
**6326 W Robinwood Lane**
**Fresno, CA 93723**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Patricia Weaver**
**7 Raven Lane**
**Aliso Viejo, CA 92656**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Patricial Lee**
**4267 OAK ALY**
**KERRVILLE, TX 78028-1729**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Patricio Gutierrez**
**1866 E FM 358**
**Groveton, TX 75845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Patrick Anderson**
**21851 Newland St**
**Space 241**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.448 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Patrick Anderson**
**228 Ocotillo Pl**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.449 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Patrick Anderson**
**3223 Wedgewood Cir**
**Montgomery, TX 77356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.449
1**

**Nonpriority creditor's name and mailing address**

**Patrick Bailey**
**1545 Fair Isle Ct**
**Corona, CA 92883**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.449
2**

**Nonpriority creditor's name and mailing address**

**Patrick Bailey**
**158 Harris blvd**
**indialantic, FL 32903**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.449
3**

**Nonpriority creditor's name and mailing address**

**patrick baker**
**6072 Evergreen Lane**
**Grand Blanc, MI 49439**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.449
4**

**Nonpriority creditor's name and mailing address**

**patrick barbot**
**1324 Aris Ave**
**metairie, LA 70005**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.449
5**

**Nonpriority creditor's name and mailing address**

**Patrick Belisle**
**677 Evergreen Ave**
**Charlottesville, VA 22902**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.449
6**

**Nonpriority creditor's name and mailing address**

**Patrick Brown**
**206 Oak Mountain Circle**
**Pelham, AL 35124**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.449
7**

**Nonpriority creditor's name and mailing address**

**Patrick Bucklen**
**117 Long Fence**
**Irvine, CA 92602**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

| 3.449 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Patrick Bunyan**<br>**562 West Breckenridge**<br>**Ferndale, MI 48220** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.449 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Patrick Bunyan**<br>**7201 Gulf of Mexico Blvd.**<br>**Marathon, FL 33950** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2022__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.450 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Patrick Canepa**<br>**1798 Santa Ana Ave**<br>**2**<br>**Costa Mesa, CA 92627** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2022__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.450 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Patrick Caulfield**<br>**13308 SHADETREE CT**<br>**San Diego, CA 92131** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.450 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Patrick Cavanaugh**<br>**12167 Dorada Coast Avenue**<br>**Las Vegas, NV 89138** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.450 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Patrick Chamberlain**<br>**28886 Mountain View Lane**<br>**Trabuco Canyon, CA 92679** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2020__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.450 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Patrick Coghlan**<br>**56 Roy Drive**<br>**Nesconset, NY 11767-2227** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Electric Bike Company, LLC**                                        Case number (if known) _____
                    Name

---

3.450
5

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Patrick Cole**                                             ☐ Contingent
**1168 Calgary LN**                                          ☐ Unliquidated
**Wayland, MI 49348**                                        ☐ Disputed

Date(s) debt was incurred _**2024**_                         **Basis for the claim: _Warranty_**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

3.450
6

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Patrick Connors**                                          ☐ Contingent
**43 Windham Drive**                                         ☐ Unliquidated
**East Longmeadow, MA 01028**                                ☐ Disputed

Date(s) debt was incurred _**2023**_                         **Basis for the claim: _Warranty_**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

3.450
7

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Patrick Davis**                                            ☐ Contingent
**51187 industrial Dr**                                      ☐ Unliquidated
**Macomb, MI 48042**                                         ☐ Disputed

Date(s) debt was incurred _**2025**_                         **Basis for the claim: _Warranty_**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

3.450
8

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**patrick davis**                                            ☐ Contingent
**51187 Industrial Dr**                                      ☐ Unliquidated
**Macomb, MI 48042**                                         ☐ Disputed

Date(s) debt was incurred _**2025**_                         **Basis for the claim: _Warranty_**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

3.450
9

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**patrick davis**                                            ☐ Contingent
**51187 INDUSTRIAL Dr**                                      ☐ Unliquidated
**Macomb, MI 48042**                                         ☐ Disputed

Date(s) debt was incurred _**2024**_                         **Basis for the claim: _Warranty_**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

3.451
0

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**patrick davis**                                            ☐ Contingent
**2928 Meadowbrook ct**                                      ☐ Unliquidated
**lake Orion twp, MI 48360**                                 ☐ Disputed

Date(s) debt was incurred _**2024**_                         **Basis for the claim: _Warranty_**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

3.451
1

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Patrick Devine**                                           ☐ Contingent
**21501 Brookhurst St**                                      ☐ Unliquidated
**Huntington Beach, CA 92646**                               ☐ Disputed

Date(s) debt was incurred _**2023**_                         **Basis for the claim: _Warranty_**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name                                                      Case number (if known) _____

---

| 3.451 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Patrick Dill**
**280 Grace Lane**
**Arroyo Grande, CA 93420**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.451 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Patrick Doherty**
**62 Vine Brook Road**
**Plymouth, MA 02360**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.451 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Patrick Dougherty**
**2568 Algonkin Trail**
**Manasquan, NJ 08736**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.451 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Patrick English**
**1409 Superior Ave.**
**Apartment H**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.451 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Patrick Errett**
**4440 Mar escarpa**
**San Clemente, CA 92673**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.451 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Patrick Farrell**
**835 N. ontario**
**Burbank, CA 91505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.451 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Patrick Fenelon**
**W7848 OAK AVE**
**SHAWANO, WI 54166-6074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                   Case number *(if known)* _____
_____
Name

---

**3.451
9**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**patrick flanagan**                                                        ☐ Contingent
**44 wild rose court**                                                      ☐ Unliquidated
**hedgesville, WV 25427**                                                   ☐ Disputed

Date(s) debt was incurred  **2022**                                        **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.452
0**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Patrick Flynn**                                                          ☐ Contingent
**2064 Republic Ave**                                                      ☐ Unliquidated
**Costa Mesa, CA 92627**                                                   ☐ Disputed

Date(s) debt was incurred  **2023**                                        **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.452
1**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Patrick Francis Siebert**                                                ☐ Contingent
**406 Brady Lane**                                                         ☐ Unliquidated
**Austin, TX 78746**                                                       ☐ Disputed

Date(s) debt was incurred  **2024**                                        **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.452
2**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Patrick Garman**                                                         ☐ Contingent
**34 Larkwood Ln**                                                         ☐ Unliquidated
**Burleson, TX 76028**                                                     ☐ Disputed

Date(s) debt was incurred  **2021**                                        **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.452
3**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Patrick Gerlach**                                                        ☐ Contingent
**3217 N. 55th St.**                                                       ☐ Unliquidated
**Phoenix, AZ 85018**                                                      ☐ Disputed

Date(s) debt was incurred  **2020**                                        **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.452
4**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Patrick Gillen**                                                         ☐ Contingent
**344 GRANELLI AVE**                                                       ☐ Unliquidated
**HALF MOON BAY, CA 94019-1854**                                           ☐ Disputed

Date(s) debt was incurred  **2023**                                        **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.452
5**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**patrick gillen**                                                         ☐ Contingent
**344 Granelli Avenue**                                                    ☐ Unliquidated
**half Moon Bay, CA 94019**                                                ☐ Disputed

Date(s) debt was incurred  **2022**                                        **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                     Case number (if known) _____
           Name

---

**3.452
6**

**Nonpriority creditor's name and mailing address**

**Patrick Haupt**
**3409 Palos Verdes Dr. North**
**Palos Verdes, CA 90274**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.452
7**

**Nonpriority creditor's name and mailing address**

**Patrick Hodges**
**127 Mary Ellen Dr**
**Charleston, SC 29403-3355**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.452
8**

**Nonpriority creditor's name and mailing address**

**Patrick Hodges**
**127 Mary Ellen Dr**
**Charleston, SC 29403-3355**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.452
9**

**Nonpriority creditor's name and mailing address**

**Patrick Hoefer**
**244 B Knox St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.453
0**

**Nonpriority creditor's name and mailing address**

**Patrick Hoefer**
**244 B Knox Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.453
1**

**Nonpriority creditor's name and mailing address**

**Patrick Hughey**
**918 N Central Blvd #77**
**Quartzsite, AZ 85346**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.453
2**

**Nonpriority creditor's name and mailing address**

**Patrick Hurtado**
**53 berlamo**
**Rancho Santa Margarita, CA 92688**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                        Case number (if known) _____

_____Name_____

| 3.453 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Huston**
**750 E Myrtle Ave**
**Phoenix, AZ 85020**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.453 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Jasper**
**105 E Margaret Ter**
**Cary, IL 60013**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.453 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Jasper**
**105 E Margaret Terrace**
**Cary, IL 60013**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.453 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Jasper**
**105 East Margaret Terrace**
**Cary, IL 60013**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.453 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**PATRICK KERRIGAN**
**37 Silent Meadow Lane**
**ORCHARD PARK, NY 14127**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.453 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Koenigsdorf**
**11301 Wilshire Blvd**
**Bldg 217-237-1**
**Los Angeles, CA 90073-1003**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.453 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patrick Koenigsdorf**
**11301 Wilshire Blvd**
**Bldg 217**
**Los Angeles, CA 90073**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.4540**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Patrick Koenigsdorf** | ☐ Contingent |
| **335 N Stanley Ave** | ☐ Unliquidated |
| **Room 111** | ☐ Disputed |
| **Los Angeles, CA 90036** | |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.4541**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Patrick Lewis** | ☐ Contingent |
| **1352 Kenilworth** | ☐ Unliquidated |
| **#102** | ☐ Disputed |
| **Lakewood, OH 44107** | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.4542**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Patrick Loven** | ☐ Contingent |
| **6552 W Morraine Pl** | ☐ Unliquidated |
| **Littleton, CO 80128** | ☐ Disputed |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.4543**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Patrick Lynch** | ☐ Contingent |
| **627 Canterbury Cir** | ☐ Unliquidated |
| **Vacaville, CA 95687** | ☐ Disputed |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.4544**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **PATRICK M OCONNOR** | ☐ Contingent |
| **901 Crown Court** | ☐ Unliquidated |
| **Fruita, CO 81521** | ☐ Disputed |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.4545**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Patrick Mangin** | ☐ Contingent |
| **804 Pineview Pl** | ☐ Unliquidated |
| **Middle River, MD 21220** | ☐ Disputed |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.4546**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |
| **Patrick Mangin** | ☐ Contingent |
| **804 Pineview PL** | ☐ Unliquidated |
| **Middle River, MD 21220** | ☐ Disputed |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number ___ | Is the claim subject to offset? ■ No ☐ Yes |

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| 3.454 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Patrick Mckenna**
**9178 COLUMBINE AVE**
**FOUNTAIN VALLEY, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.454 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Patrick McMahon**
**1533 Ynez Place**
**Coronado, CA 92118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.454 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Patrick Minoofar**
**11805 Mayfield Ave**
**101**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Patrick Modlin**
**4380 Via Entrada**
**Newbury Park, CA 91320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Patrick Nevin**
**2519 East Alki Place**
**Anaheim, CA 92806**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Patrick Nichols**
**208 Marly Way**
**Austin, TX 78733**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.455 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Patrick O'Curren**
**5971 W 75th Pl**
**Arvada, CO 80020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.4554**

**Nonpriority creditor's name and mailing address**

**Patrick Obrien**
**1603 Cliff Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4555**

**Nonpriority creditor's name and mailing address**

**Patrick OConnor**
**901 Crown Court**
**Fruita, CO 81521**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4556**

**Nonpriority creditor's name and mailing address**

**Patrick Ocurren**
**11811 Upham Street**
**9**
**Broomfield, CO 80020**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4557**

**Nonpriority creditor's name and mailing address**

**Patrick OCurren**
**11811 Upham St**
**9**
**Broomfield, CO 80020**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4558**

**Nonpriority creditor's name and mailing address**

**Patrick Ormsby**
**8482 Calendula Dr**
**Buena Park, CA 90620**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4559**

**Nonpriority creditor's name and mailing address**

**Patrick Orzech**
**5132 E PEACH ST**
**Tucson, AZ 85712**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.4560**

**Nonpriority creditor's name and mailing address**

**patrick owens**
**320 circle drive**
**morton, IL 61550**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.456
1**

**Nonpriority creditor's name and mailing address**

**PATRICK PAUL
15349 sw 38 st
Davie, FL 33331**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.456
2**

**Nonpriority creditor's name and mailing address**

**Patrick Potter
3608 Clifton Pl
Glendale, CA 91208**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.456
3**

**Nonpriority creditor's name and mailing address**

**Patrick Potter
3608 Clifton Pl
Glendale, CA 91208**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.456
4**

**Nonpriority creditor's name and mailing address**

**Patrick Sablan
975 Lyle Ridge Circle
Oak Harbor, WA 98277**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.456
5**

**Nonpriority creditor's name and mailing address**

**Patrick Shedarowich
449 Flower st
Costa Mesa, CA 92626**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.456
6**

**Nonpriority creditor's name and mailing address**

**Patrick Siebert
406 Brady Ln
Austin, TX 78746**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.456
7**

**Nonpriority creditor's name and mailing address**

**Patrick Siebert
406 Brady Ln
Austin, TX 78746**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4568**

**Nonpriority creditor's name and mailing address**

**Patrick Speer**
**563 Promontory Drive W**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4569**

**Nonpriority creditor's name and mailing address**

**Patrick Stoll**
**27012 Azul Dr.**
**Capistrano Beach, CA 92624**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4570**

**Nonpriority creditor's name and mailing address**

**Patrick Stonum**
**3011 West 73rd Street**
**Los Angeles, CA 90043**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4571**

**Nonpriority creditor's name and mailing address**

**Patrick Wade**
**16072 Ballad Ln**
**Huntingtn Bch, CA 92649**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4572**

**Nonpriority creditor's name and mailing address**

**Patrick Weston**
**612 Kings Place**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4573**

**Nonpriority creditor's name and mailing address**

**Patrick Whiteman**
**1301 Deertrail Dr.**
**San Marcos, TX 78666**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4574**

**Nonpriority creditor's name and mailing address**

**Patrick Youngblood**
**2625 S. Flanders Ct.**
**Aurora, CO 80013**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.4575**

**Nonpriority creditor's name and mailing address**

**Patrick Zarate**
**191 Hillhaven Ct**
**Ventura, CA 93003**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4576**

**Nonpriority creditor's name and mailing address**

**Patrick Zarate**
**191 Hillhaven Court**
**Ventura, CA 93003**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4577**

**Nonpriority creditor's name and mailing address**

**Patrish Kuebler**
**10908 Encino Drive**
**Oak View, CA 93022**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4578**

**Nonpriority creditor's name and mailing address**

**Patsy Oronoz**
**20114 Willow RD**
**Walnut, CA 91789**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4579**

**Nonpriority creditor's name and mailing address**

**Patti Hutchison**
**4247 Memory Ln W**
**University Place, WA 98466**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4580**

**Nonpriority creditor's name and mailing address**

**Patti Niles**
**3140 Harvard Ave**
**Apt 1503**
**Dallas, TX 75205**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4581**

**Nonpriority creditor's name and mailing address**

**Patti Niles**
**3140 Harvard Ave**
**Apt 1503**
**Dallas, TX 75205**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**            Page  655 of 1405

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.458 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Patti Ruppel**
**41 Boat House Street**
**Unit 514**
**Bluffton, SC 29919**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.458 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**patti ruppel**
**8 chattooga ct**
**bluffton, SC 29909**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.458 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Patti Taylor**
**2663 Doray Circle**
**Monrovia, CA 91016**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.458 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Patty Davila**
**35085 Willow Springs Dr**
**Yucaipa, CA 92399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.458 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Patty Hur**
**P.O. BO 52854**
**BELLVUE, WA 98014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.458 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Patty Hur**
**294 princeton st**
**Apt 1**
**East Boston, MA 02128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.458 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Patty Hur**
**80 HAVRE ST #2**
**EAST BOSTON, MA 02128**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.4589 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patty Jimenez**
**2417 Shirley Ave**
**Fort Worth, TX 76109**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.4590 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patty McCormick**
**120 Becca Court**
**Tyrone, GA 30290**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.4591 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patty nelson**
**23842 Pebble Beach Pl**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.4592 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patty Van Beek**
**W8725 Pheasant Run**
**Hortonville, WI 54944**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.4593 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Patty Wisdom**
**1004B**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.4594 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul & Kim Watson**
**5465 Garfield Rd**
**Kingley, MI 49649**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.4595 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Paul Allen**
**21871 Delicia**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.459 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Paul Antolik** | ☐ Contingent | |
| **4801 S. Tamiami Trail** | ☐ Unliquidated | |
| **Sarasota, FL 34231** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.459 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Paul Arling** | ☐ Contingent | |
| **9302 E Ann Way** | ☐ Unliquidated | |
| **Scottsdale, AZ 85260** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.459 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Paul Arling** | ☐ Contingent | |
| **9985 E Palo Brea Dr** | ☐ Unliquidated | |
| **Scottsdale, AZ 85262** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.459 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Paul Arling** | ☐ Contingent | |
| **9985 E Palo Brea Drive** | ☐ Unliquidated | |
| **Scottsdale, AZ 85262** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.460 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Paul Arling** | ☐ Contingent | |
| **9985 East Palo Brea Drive** | ☐ Unliquidated | |
| **Scottsdale, AZ 85262** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.460 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Paul Aronzon** | ☐ Contingent | |
| **8786 N. Promontory Ridge Dr.** | ☐ Unliquidated | |
| **Park City, UT 84098** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.460 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Paul Aronzon** | ☐ Contingent | |
| **8786 N. Promontory Ridge Dr.** | ☐ Unliquidated | |
| **Park City, UT 84098** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
| | Name | |

---

**3.460 3**

**Nonpriority creditor's name and mailing address**

**Paul Bailey**
**6209 E McKellips Rd**
**Lot 270**
**Mesa, AZ 85215-2849**

Date(s) debt was incurred **2022**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.460 4**

**Nonpriority creditor's name and mailing address**

**Paul Barnes**
**116 Hanly Lane**
**Apartment 8**
**Frankfort, KY 40601**

Date(s) debt was incurred **2023**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.460 5**

**Nonpriority creditor's name and mailing address**

**Paul Barrett**
**847 E. Lexington Ave**
**Gilbert, AZ 85234**

Date(s) debt was incurred **2023**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.460 6**

**Nonpriority creditor's name and mailing address**

**paul berman**
**3541 westfall**
**encino, CA 91436**

Date(s) debt was incurred **2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.460 7**

**Nonpriority creditor's name and mailing address**

**Paul Binford**
**1864 Mosley Ferry Rd**
**Chapmansboro, TN 37035**

Date(s) debt was incurred **2022**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.460 8**

**Nonpriority creditor's name and mailing address**

**Paul Birkholz**
**1618 Janssen Drive**
**Lincoln, NE 68506**

Date(s) debt was incurred **2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.460 9**

**Nonpriority creditor's name and mailing address**

**Paul Blowers**
**5603 Kenra Loop**
**West Richland, WA 99353**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.4610**

**Nonpriority creditor's name and mailing address**

**Paul Blowers**
**5603 KENRA LOOP**
**West Richland, WA 99353-6066**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4611**

**Nonpriority creditor's name and mailing address**

**Paul Borr**
**676 Cumberland Circle NE**
**Atlanta, GA 30306**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4612**

**Nonpriority creditor's name and mailing address**

**paul bricault**
**509 brooks ave.**
**venice, CA 90291**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4613**

**Nonpriority creditor's name and mailing address**

**Paul Bricault**
**509 Brooks Ave**
**Los Angeles, CA 90291**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4614**

**Nonpriority creditor's name and mailing address**

**Paul Burgett**
**93494 W. Eagle Ln.**
**North Bend, OR 97459**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4615**

**Nonpriority creditor's name and mailing address**

**Paul Burgett**
**93494 W EAGLE LN**
**North Bend, OR 97459**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4616**

**Nonpriority creditor's name and mailing address**

**Paul Burgett**
**93494 W EAGLE LN**
**North Bend, OR 97459-8405**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.461**
**7**

**Nonpriority creditor's name and mailing address**

**Paul Bynum**
**6560 Eddinghill**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.461**
**8**

**Nonpriority creditor's name and mailing address**

**PAUL C COBURN**
**4600 COMMANDERS POINT DR**
**AUSTIN, TX 78734-2005**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.461**
**9**

**Nonpriority creditor's name and mailing address**

**Paul C. Brown**
**3771 East Aerie Cove**
**Salt Lake City, UT 84121**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.462**
**0**

**Nonpriority creditor's name and mailing address**

**Paul Calamai**
**157 William Street West**
**Waterloo, ON N2L 1K3**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.462**
**1**

**Nonpriority creditor's name and mailing address**

**Paul Calvin**
**19912 Felcliff Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.462**
**2**

**Nonpriority creditor's name and mailing address**

**Paul Calvin**
**19912 Felcliff Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.462**
**3**

**Nonpriority creditor's name and mailing address**

**Paul Castillo**
**2585 Fairway Drive**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

**3.4624**

**Nonpriority creditor's name and mailing address**
**Paul cell**
**4600 Commanders Pt Dr**
**Austin, TX 78734**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4625**

**Nonpriority creditor's name and mailing address**
**Paul cell coburn**
**4600 Commanders Pt Dr**
**Austin, TX 78734**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4626**

**Nonpriority creditor's name and mailing address**
**Paul Charles**
**201 South Hillcrest Av**
**Clearwater, FL 33756**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4627**

**Nonpriority creditor's name and mailing address**
**Paul Chavez**
**333 S Parkwest St**
**Porterville, CA 93257**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4628**

**Nonpriority creditor's name and mailing address**
**Paul Cloward**
**18 Nicosia**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4629**

**Nonpriority creditor's name and mailing address**
**paul coburn**
**4600 commanders point dr**
**austin, TX 78734**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4630**

**Nonpriority creditor's name and mailing address**
**paul coburn**
**4600 COMMANDERS POINT DR**
**AUSTIN, TX 78734-2005**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                  Case number *(if known)* _____
_____
Name

---

**3.463**
**1**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**paul coburn**
**4600 COMMANDERS POINT DR**
**AUSTIN, TX 78734-2005**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.463**
**2**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**paul coburn**
**4600 Commanders Point Dr**
**Austin, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.463**
**3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**PAUL coburn**
**4600 commanders point dr**
**Austin TX, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.463**
**4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Paul Cooper**
**11042 Aries Way**
**Mira Loma, CA 91752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.463**
**5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Paul Coyne**
**209 Brookside Blvd**
**Pittsburgh, PA 15241**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.463**
**6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**paul craig**
**131 Hermosillo Road**
**Montecito, CA 93108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.463**
**7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|

**Paul Craig**
**131 Hermosillo Rd**
**Santa Barbara, CA 93108**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name                                                          Case number (if known) _____

---

**3.463
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Paul Creason**                                                   ☐ Contingent
**6551 Marilyn Dr**                                               ☐ Unliquidated
**Huntington Beach, CA 92647**                                   ☐ Disputed

Date(s) debt was incurred  **2023**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.463
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Paul Donsky**                                                   ☐ Contingent
**209 Melrose Ave**                                               ☐ Unliquidated
**Decatur, GA 30030**                                            ☐ Disputed

Date(s) debt was incurred  **2023**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.464
0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Paul Donsky**                                                   ☐ Contingent
**209 Melrose Ave**                                               ☐ Unliquidated
**Decatur, GA 30030**                                            ☐ Disputed

Date(s) debt was incurred  **2023**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.464
1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**paul duhaime**                                                  ☐ Contingent
**130 Kenwood Rd**                                                ☐ Unliquidated
**Grosse Pointe Farms, MI 48236**                                ☐ Disputed

Date(s) debt was incurred  **2022**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.464
2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**paul duhaime**                                                  ☐ Contingent
**6417 center dr**                                                ☐ Unliquidated
**STERLING HEIGHTS, MI 48312**                                   ☐ Disputed

Date(s) debt was incurred  **2022**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.464
3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Paul Durbin**                                                   ☐ Contingent
**4190 Blue Ridge Dr**                                            ☐ Unliquidated
**Brunswick, OH 44212**                                          ☐ Disputed

Date(s) debt was incurred  **2024**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.464
4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Paul Enos**                                                     ☐ Contingent
**8906 BARRIER COAST TRAIL**                                     ☐ Unliquidated
**Parrish, FL 34219**                                            ☐ Disputed

Date(s) debt was incurred  **2023**                              Basis for the claim:  **Warranty**

Last 4 digits of account number __                              Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.464 5**

**Nonpriority creditor's name and mailing address**

**Paul Fey**
**1328 N 52nd St**
**1328 N 52nd St**
**Omaha, NE 68132**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.464 6**

**Nonpriority creditor's name and mailing address**

**Paul Fletcher**
**10857 South Via Salida**
**Yuma, AZ 85367**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.464 7**

**Nonpriority creditor's name and mailing address**

**paul gallagher**
**10 Youngman drive**
**long valley, NJ 07853**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.464 8**

**Nonpriority creditor's name and mailing address**

**Paul Garber**
**26 Drake st.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.464 9**

**Nonpriority creditor's name and mailing address**

**Paul Gill**
**42780 Oak Ridge Dr. #3**
**Cable, WI 54821**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.465 0**

**Nonpriority creditor's name and mailing address**

**Paul Gomes**
**20892 Monarch Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.465 1**

**Nonpriority creditor's name and mailing address**

**Paul Hartje**
**1 Rose Lane**
**Locust Valley, NY 11560**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.465 2**

**Nonpriority creditor's name and mailing address**

**Paul Hartje**
**425 East Park Avenue**
**Long Beach, NY 11561**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.465 3**

**Nonpriority creditor's name and mailing address**

**Paul Hartje**
**425 East Park Ave**
**Long Beach, NY 11561**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.465 4**

**Nonpriority creditor's name and mailing address**

**Paul Healey**
**641 Grand Island Dr**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.465 5**

**Nonpriority creditor's name and mailing address**

**Paul Hobson**
**22 south 700 West**
**Burley, ID 83318**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.465 6**

**Nonpriority creditor's name and mailing address**

**Paul Holman**
**7451 East Crown Pkwy**
**Orange, CA 92867**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.465 7**

**Nonpriority creditor's name and mailing address**

**Paul Hookings**
**20151 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.465 8**

**Nonpriority creditor's name and mailing address**

**Paul Hookings**
**5532 Roberts Rd**
**yucca valley, CA 92284**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.4659**

**Nonpriority creditor's name and mailing address**
**Paul Horsted**
**24905 MICA RIDGE RD**
**CUSTER, SD 57730**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4660**

**Nonpriority creditor's name and mailing address**
**Paul Horsted**
**24905 Mica Ridge Road**
**Custer, SD 57730**

Date(s) debt was incurred  **2020**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4661**

**Nonpriority creditor's name and mailing address**
**Paul Howell**
**4675 W. Horizon View Dr**
**Clarkdale, AZ 86324**

Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4662**

**Nonpriority creditor's name and mailing address**
**Paul Ivers**
**18711 Hanus Rd**
**Mtka, MN 55345**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4663**

**Nonpriority creditor's name and mailing address**
**Paul J Welch**
**1480 cr 3665**
**Colmesneil, TX 75938**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4664**

**Nonpriority creditor's name and mailing address**
**Paul Jensen**
**17 Fairways Lane**
**Methuen, MA 01844**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4665**

**Nonpriority creditor's name and mailing address**
**Paul Jester**
**S41W32360 Spring Ridge Ln**
**Waukesha, WI 53189**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|--------|-------------------------------|------------------------|--|
| | Name | | |

---

**3.4666**

**Nonpriority creditor's name and mailing address**

**Paul Keim**
**1654 Boulder Creek rd**
**Oceanside, CA 92056**

Date(s) debt was incurred  __2024__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4667**

**Nonpriority creditor's name and mailing address**

**Paul Kelleher**
**1008 West Balboa Blvd**
**Unit A**
**Newport Beach, CA 92661**

Date(s) debt was incurred  __2024__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4668**

**Nonpriority creditor's name and mailing address**

**Paul Ketchum**
**9357 Coral Bell Way**
**Sacramento, CA 95829**

Date(s) debt was incurred  __2023__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4669**

**Nonpriority creditor's name and mailing address**

**Paul Ketchum**
**9357 Coral Bell Way**
**Sacramento, CA 95829**

Date(s) debt was incurred  __2023__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4670**

**Nonpriority creditor's name and mailing address**

**Paul Kiernan**
**824 Delphine Place**
**Fullerton, CA 92833**

Date(s) debt was incurred  __2021__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4671**

**Nonpriority creditor's name and mailing address**

**Paul Kiernan**
**149 Burbank Ave**
**Oxnard, CA 93035**

Date(s) debt was incurred  __2021__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.4672**

**Nonpriority creditor's name and mailing address**

**Paul Kilrain**
**1645 East Dr**
**Point Pleasant, NJ 08742**

Date(s) debt was incurred  __2024__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.467 3**

**Nonpriority creditor's name and mailing address**

**Paul Krueger**
**30 Claypool Court**
**None**
**Danville, CA 94526**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.467 4**

**Nonpriority creditor's name and mailing address**

**Paul Ladopoulos**
**86 bartlett drive**
**manhasset, NY 11030**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.467 5**

**Nonpriority creditor's name and mailing address**

**Paul Lim**
**16765 Savina Ln**
**Fontana, CA 92336**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.467 6**

**Nonpriority creditor's name and mailing address**

**Paul Lippiatt**
**13980 Beaver Creek Road**
**Salem, OH 44460**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.467 7**

**Nonpriority creditor's name and mailing address**

**Paul McHenry**
**7305 East Leelanau Hills Drive**
**Traverse City, MI 49684**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.467 8**

**Nonpriority creditor's name and mailing address**

**Paul Mellinger**
**209 33rd St**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.467 9**

**Nonpriority creditor's name and mailing address**

**Paul Mercer**
**19661 San Vincente Dr**
**Redding, CA 96003**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.468 0**

**Nonpriority creditor's name and mailing address**

**Paul Meyers**
**2981 Wyecliff Way**
**Highlands Ranch, CO 80126**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.468 1**

**Nonpriority creditor's name and mailing address**

**Paul Monaci**
**3445 N. Romero Rd.**
**#41**
**Tucson, AZ 85705**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.468 2**

**Nonpriority creditor's name and mailing address**

**Paul Nay**
**513 N Pinehurst Ave**
**Salisbury, MD 21801**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.468 3**

**Nonpriority creditor's name and mailing address**

**Paul Nay**
**707 Brown St**
**Salisbury, MD 21804**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.468 4**

**Nonpriority creditor's name and mailing address**

**Paul Noceti**
**1655 N. CALIFORNIA BLVD.**
**Apt. 249**
**WALNUT CREEK, CA 94596**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.468 5**

**Nonpriority creditor's name and mailing address**

**Paul Oldendorf**
**14429 pine Grove dr.**
**Holmer Glen, IL 60491**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.468 6**

**Nonpriority creditor's name and mailing address**

**Paul Plache**
**5291 Spotted Horse Trail**
**Boulder, CO 80301**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                    Case number *(if known)* _____

_____Name_____

---

**3.468
7**

**Nonpriority creditor's name and mailing address**

**Paul Porter**
**91 Belpac Circle**
**Logan, WV 25601**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.468
8**

**Nonpriority creditor's name and mailing address**

**Paul Porter**
**91 Belpac Circle**
**Logan, WV 25601**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.468
9**

**Nonpriority creditor's name and mailing address**

**Paul Preston**
**451 NW Second Tee Place**
**Bend, OR 97703**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469
0**

**Nonpriority creditor's name and mailing address**

**Paul Preston**
**451 Northwest Second Tee Place**
**Bend, OR 97703**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469
1**

**Nonpriority creditor's name and mailing address**

**Paul Proczko**
**4429 N Monitor Ave**
**Chicago, IL 60630**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469
2**

**Nonpriority creditor's name and mailing address**

**Paul Ramos**
**609 Sutter St.**
**San Francisco, CA 94102**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.469
3**

**Nonpriority creditor's name and mailing address**

**Paul Renz**
**3009 Farm View Dr.**
**McDonald, PA 15057**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.469
4**

**Nonpriority creditor's name and mailing address**

**Paul Renz**
**3009 Farmview Drive**
**McDonald, PA 15057**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.469
5**

**Nonpriority creditor's name and mailing address**

**Paul Richards**
**1761 SE Lilly Pl**
**Corvallis, OR 97333**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.469
6**

**Nonpriority creditor's name and mailing address**

**Paul Robinson**
**700 E Redlands Blvd**
**Suite B-1**
**Redlands, CA 92373**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.469
7**

**Nonpriority creditor's name and mailing address**

**Paul Robinson**
**19176 Gateway Loop**
**Bend, OR 97702-3731**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.469
8**

**Nonpriority creditor's name and mailing address**

**Paul Robinson - Wholesale**
**700 E Redlands Blvd.**
**Unit: 1B**
**Redlands, CA 92373**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.469
9**

**Nonpriority creditor's name and mailing address**

**Paul Rohr**
**8900 Nightingale Avenue**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.470
0**

**Nonpriority creditor's name and mailing address**

**Paul Rohr**
**8900 Nightingale Ave.**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.470
1**

**Nonpriority creditor's name and mailing address**

**Paul Roses**
**27 Vermont St**
**Long Beach, NY 11561**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.470
2**

**Nonpriority creditor's name and mailing address**

**Paul Shannon**
**3425 Arena Rd**
**Atascadero, CA 93422**

Date(s) debt was incurred __2025__

Last 4 digits of account number __7__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.470
3**

**Nonpriority creditor's name and mailing address**

**Paul Shannon**
**3425 Arena Rd**
**Atascadero, CA 93422**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.470
4**

**Nonpriority creditor's name and mailing address**

**Paul Shannon**
**5070 San Benito Rd**
**Atascadero, CA 93422**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.470
5**

**Nonpriority creditor's name and mailing address**

**Paul Siegrist**
**9210 Big Springs Loop**
**Bristow, VA 20136**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.470
6**

**Nonpriority creditor's name and mailing address**

**Paul Silverman**
**1620 San Patricio SW**
**Albuquerque, NM 87104**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.470
7**

**Nonpriority creditor's name and mailing address**

**Paul Siwko-Bajon**
**617 W Glen Arbor Way**
**Bloomington, IN 47403**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

| 3.470 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.470 8**

**Nonpriority creditor's name and mailing address**
**Paul Slade**
**1940 E Quail Crossing Lane**
**Sandy, UT 84092**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.470 9**

**Nonpriority creditor's name and mailing address**
**Paul Stuart**
**15016 26th Ave NW**
**Gig Harbor, WA 98332**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.471 0**

**Nonpriority creditor's name and mailing address**
**Paul Stucker**
**9746 Monte Carlo Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.471 1**

**Nonpriority creditor's name and mailing address**
**PAUL SWANSON**
**21 Croton Ave**
**Staten Island, NY 10301**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.471 2**

**Nonpriority creditor's name and mailing address**
**PAUL TAYLOR**
**7907 Beland Avenue**
**Los Angeles, CA 90045**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.471 3**

**Nonpriority creditor's name and mailing address**
**PAUL TAYLOR**
**7907 Beland Av**
**Los Angeles, CA 90045**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.471 4**

**Nonpriority creditor's name and mailing address**
**paul thorsen**
**288 north rd**
**po box 203**
**Danbury, NH 03230**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

| 3.471 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Paul Vecchione**
**2600 E Canal Dr.**
**Turlock, CA 95380**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Paul Veidenheimer**
**140 East Ave**
**New Canaan, CT 06840**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Paul Vondersaar**
**1105 bear cub drive**
**Cicero, IN 46034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**paul wakim**
**6361 Turnberry Cir**
**Huntington Beach, CA 92648-5584**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.471 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Paul Wakim**
**6361 Turnberry Cir**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Paul Wallace**
**4024 Roan Drive**
**Colorado Springs, CO 80922**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.472 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Paul Ware**
**195 Bryce Lane**
**Fallbrook, CA 92028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.472
2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Paul Warren**                                                   ☐ Contingent
**2590 Redhill Avenue Unit 1140**                                 ☐ Unliquidated
**Santa Ana, CA 92703**                                           ☐ Disputed

Date(s) debt was incurred  **2023**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.472
3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Paul Wasneski**                                                 ☐ Contingent
**202 S Panorama Cir**                                            ☐ Unliquidated
**Tucson, AZ 85745**                                              ☐ Disputed

Date(s) debt was incurred  **2021**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.472
4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Paul Watson**                                                   ☐ Contingent
**5465 Garfield Rd**                                              ☐ Unliquidated
**Kingsley, MI 49649**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.472
5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Paul Weir**                                                     ☐ Contingent
**204 Georgie Bull Lane**                                         ☐ Unliquidated
**Rutledge, TN 37861**                                            ☐ Disputed

Date(s) debt was incurred  **2023**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.472
6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Paul Weisman**                                                  ☐ Contingent
**2637 Flamingo Lane**                                            ☐ Unliquidated
**Ft. Lauderdale, FL 33312**                                      ☐ Disputed

Date(s) debt was incurred  **2023**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.472
7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Paul Westmeier**                                                ☐ Contingent
**301 cape point court**                                          ☐ Unliquidated
**Cape Carteret, NC 28584**                                       ☐ Disputed

Date(s) debt was incurred  **2024**                               **Basis for the claim:  Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.472
8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Paul Williams**                                                 ☐ Contingent
**9409 Copper Greens Ct SE**                                      ☐ Unliquidated
**Caledonia, MI 49316**                                           ☐ Disputed

Date(s) debt was incurred  **2025**                               **Basis for the claim:  Warranty**

Last 4 digits of account number  **7**                            Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                                  Case number (if known) _____
             Name

---

**3.4729**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Paul Yezbak**
**4803 E. Water View Drive**
**Lake Leelanau, MI 49653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4730**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*

**Paul Yezbak**
**4803 E Water View Dr**
**Lake Leelanau, MI 49653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4731**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*

**Paul Zehner**
**12300 Cassady Drive**
**Austin, TX 78727**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4732**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*

**Paul Zetts**
**168 Chippewa Trail**
**Medford Lakes, NJ 08055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4733**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*

**Paul Zetts**
**168 Chippewa Trail**
**Medford Lakes, NJ 08055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4734**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*

**PAUL ZETTS**
**168 Chippewa Trail**
**Medford Lakes, NJ 08055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4735**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*

**Paul Zetts**
**168 Chippewa Trail**
**Medford, NJ 08055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.473 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Paul Zetts** | ☐ Contingent | |
| **879 Carolina Farms Blvd** | ☐ Unliquidated | |
| **Myrtle Beach, SC 29579** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.473 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Paul Zetts Jr** | ☐ Contingent | |
| **168 Chippewa Trl** | ☐ Unliquidated | |
| **Medford, NJ 08055** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.473 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Paul Zoskey** | ☐ Contingent | |
| **57 Devon Rd** | ☐ Unliquidated | |
| **Toronto, ON M4E2J7** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.473 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Paula Anderson** | ☐ Contingent | |
| **4848 S. Tri Oak Circle NE** | ☐ Unliquidated | |
| **Wyyoming, MN 55092** | ☐ Disputed | |
| Date(s) debt was incurred **2020** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.474 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Paula Hand** | ☐ Contingent | |
| **362 N Flores St** | ☐ Unliquidated | |
| **Los Angeles, CA 90048** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.474 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Paula Hartshorn** | ☐ Contingent | |
| **11605 Meridian Market VW** | ☐ Unliquidated | |
| **STE 124 - 302** | ☐ Disputed | |
| **Falcon, CO 80831** | | |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.474 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Paula Hixson** | ☐ Contingent | |
| **1804 NE Ashberry Drive** | ☐ Unliquidated | |
| **Hillsboro, OR 97124** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.474 3**

**Nonpriority creditor's name and mailing address**

**Paula Inglese**
**26Palmer Road**
**Branford, CT 06405**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 4**

**Nonpriority creditor's name and mailing address**

**Paula Inglese**
**26 Palmer Road**
**Branford, CT 06405**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 5**

**Nonpriority creditor's name and mailing address**

**Paula Inglese**
**26 Palmer Road**
**Branford, CT 06405**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 6**

**Nonpriority creditor's name and mailing address**

**Paula Landis**
**865 Charles St**
**Grover Beach, CA 93433**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 7**

**Nonpriority creditor's name and mailing address**

**Paula Naples**
**404 Bartola Street**
**Pittsburgh, PA 15243**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 8**

**Nonpriority creditor's name and mailing address**

**Paula Outon**
**2618 W. Sunset Blvd**
**Los Angeles, CA 90026**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.474 9**

**Nonpriority creditor's name and mailing address**

**Paula Parnello-Copley**
**277 Hemme Ave**
**Alamo, CA 94507**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|--------|--------------------------------|------------------------|--|
| | Name | | |

---

**3.4750**

**Nonpriority creditor's name and mailing address**
**PAULA PILROSE**
**1119 Sumter Ave N**
**Golden Valley, MN 55427**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4751**

**Nonpriority creditor's name and mailing address**
**Paula Quealy**
**649 Aipuni St**
**Honolulu, HI 96821**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4752**

**Nonpriority creditor's name and mailing address**
**Paula Smith**
**2007 Rancho Verde Circle West**
**Danville, CA 94526**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4753**

**Nonpriority creditor's name and mailing address**
**Paula Taylor**
**6522 Patricia Ln**
**katy, TX 77493**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4754**

**Nonpriority creditor's name and mailing address**
**Paula Wilcox**
**107 Lancaster Road**
**West Hartford, CT 06119**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4755**

**Nonpriority creditor's name and mailing address**
**Paula/Jay Hutchison**
**102 SOUTHWINDS DR**
**Sarasota, FL 34231**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4756**

**Nonpriority creditor's name and mailing address**
**Pauline Stafford**
**10120 Northlake Drive**
**Dallas, TX 75218**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.475 7**

**Nonpriority creditor's name and mailing address**

**Paull Ladopoulos**
**86 bartlett drive**
**manhasset, NY 11030**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.475 8**

**Nonpriority creditor's name and mailing address**

**Paulo C B Junior**
**4605 Southwest Birmingham Street**
**Bentonville, AR 72713**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.475 9**

**Nonpriority creditor's name and mailing address**

**Paulo Cesar Basso Junior**
**4605 Birmingham St**
**Bentonville, AR 72713**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476 0**

**Nonpriority creditor's name and mailing address**

**Paulo Cesar Basso Junior**
**4605 SW Birmingham St**
**BENTONVILLE, AR 72713**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476 1**

**Nonpriority creditor's name and mailing address**

**Paulo Daniel Carvalho**
**21551 Brookhurst**
**Apt 42**
**Huntington beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476 2**

**Nonpriority creditor's name and mailing address**

**Pavel Savchuk**
**521 Troy Murdock Rd**
**Belton, SC 29627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.476 3**

**Nonpriority creditor's name and mailing address**

**Payson Infelise**
**481 Broadway**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                                    Case number (if known) _____
_____
Name

| 3.476 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pedego Electric Bikes**
**444 South Cedros Ave**
**Solana Beac, CA 92075**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pedego Hamptton**
**888 Lafayette Rd**
**Hampton, NH 03842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pedicabs Xpress**
**845 East Rosewood Lane**
**Tavares, FL 32778**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pedram Shokati**
**28422 Munera**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pedram Shokati**
**28422 Munera**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.476 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pedro Marban**
**1741 Pomona Ave**
**21**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Pedro Moreno**
**10905 Berry Ave**
**Anaheim, CA 92804**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

| 3.477 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peggy Cropley**
**14950 West Mountainview Blvd**
**Unit 3204**
**Surprise, AZ 85374**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peggy Dale**
**One Quality Way**
**Marion, NC 28752**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peggy Diaz**
**11137 Lime Kiln Rd.**
**Grass Valley, CA 95949**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peggy Duff**
**10011 North Polk Avenue**
**Harrison, MI 48625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peggy Haukap**
**5617 Schuetz Ln**
**Alhambra, IL 62001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peggy Haukap**
**5617 SCHUETZ LANE**
**ALHAMBRA, IL 62001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.477 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peggy Kitching**
**19262 Beckonridge Ln**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.4778**

**Nonpriority creditor's name and mailing address**

**Peggy Mathias**
**6 Point Bluff Street**
**Fredericksburg, VA 22406**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4779**

**Nonpriority creditor's name and mailing address**

**Peggy Mozley**
**521 Cliff Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4780**

**Nonpriority creditor's name and mailing address**

**Peggy Mozley**
**521 Cliff Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4781**

**Nonpriority creditor's name and mailing address**

**Peggy Newton**
**220 Belleview Blvd**
**Unit 604**
**Belleair, FL 33756**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4782**

**Nonpriority creditor's name and mailing address**

**Peggy Newton**
**220 Belleview Blvd**
**unit 604**
**Belleair, FL 33756**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4783**

**Nonpriority creditor's name and mailing address**

**Peggy Richardson**
**219 W Marquita**
**San Clemente, CA 92672**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4784**

**Nonpriority creditor's name and mailing address**

**Peggy Schultz**
**984 N 1800 Rd**
**Lawrence, KS 66049**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.478 5**

**Nonpriority creditor's name and mailing address**

**Peggy Trujillo**
**1215 Villita Loop**
**Las Cruces, NM 88007**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 6**

**Nonpriority creditor's name and mailing address**

**Peggy Wheaton**
**1685 Greenwood Road**
**Lapeer, MI 48446**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 7**

**Nonpriority creditor's name and mailing address**

**Penelope Bellamy**
**231 Springwood Drive**
**Lebanon, PA 17042**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 8**

**Nonpriority creditor's name and mailing address**

**Penelope Jamison**
**11402 Lima Ct**
**Henderson, CO 80640**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.478 9**

**Nonpriority creditor's name and mailing address**

**Penni Cisneros**
**18251 W Verdin RD**
**Goodyear, AZ 85338**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.479 0**

**Nonpriority creditor's name and mailing address**

**Penny Blakely**
**198 Rosecourt St**
**Inlet Beach, FL 32461**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.479 1**

**Nonpriority creditor's name and mailing address**

**Penny Blakely**
**198 Rosecourt St.**
**Inlet Beach, FL 32461**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.479 2**

**Nonpriority creditor's name and mailing address**

**Penny Britton**
**4056 Lakeview Road**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.479 3**

**Nonpriority creditor's name and mailing address**

**Penny Nelson**
**1171 s Wade dr**
**Gilbert, AZ 85296**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.479 4**

**Nonpriority creditor's name and mailing address**

**Penny Whittaker**
**887 El Capitan Way**
**San Luis Obispo, CA 93401**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.479 5**

**Nonpriority creditor's name and mailing address**

**Penny Woodruff**
**26 Korominu Trail**
**Graeagle, CA 96103**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.479 6**

**Nonpriority creditor's name and mailing address**

**Pepper Jaso**
**338 N. Arroyo Street**
**Olathe, KS 66061**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.479 7**

**Nonpriority creditor's name and mailing address**

**Pepper Jaso**
**338 N Arroyo st**
**Olathe, KS 66061**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.479 8**

**Nonpriority creditor's name and mailing address**

**Peri Storey**
**2334 Canyon View Glen**
**Escondido, CA 92026**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

**3.4799**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Perry Bullinger**                                                ☐ Contingent
**237 South P Street**                                             ☐ Unliquidated
**Cottage Grove, OR 97424**                                       ☐ Disputed

Date(s) debt was incurred  **2025**                               **Basis for the claim:  Warranty**

Last 4 digits of account number  **7**                            Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.4800**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Perry Bullinger**                                                ☐ Contingent
**237 south P st.**                                                ☐ Unliquidated
**Cottage Grove, OR 97424**                                       ☐ Disputed

Date(s) debt was incurred  **2025**                               **Basis for the claim:  Warranty**

Last 4 digits of account number  __                               Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.4801**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Perry Roos**                                                    ☐ Contingent
**526 Lincoln Station Dr**                                        ☐ Unliquidated
**Oswego, IL 60543**                                              ☐ Disputed

Date(s) debt was incurred  **2023**                               **Basis for the claim:  Warranty**

Last 4 digits of account number  __                               Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.4802**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Perry Roos**                                                    ☐ Contingent
**526 Lincoln Station Dr**                                        ☐ Unliquidated
**Oswego, IL 60543-8137**                                         ☐ Disputed

Date(s) debt was incurred  **2022**                               **Basis for the claim:  Warranty**

Last 4 digits of account number  __                               Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.4803**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Perry Zlotkin**                                                 ☐ Contingent
**9415 Blind Pass Road**                                          ☐ Unliquidated
**Unit 603**                                                      ☐ Disputed
**St. Pete Beach, FL 33760**

Date(s) debt was incurred  **2024**                               **Basis for the claim:  Warranty**

Last 4 digits of account number  __                               Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.4804**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Perry Zlotkin**                                                 ☐ Contingent
**9415 Blind Pass Road**                                          ☐ Unliquidated
**# 603**                                                         ☐ Disputed
**St. Pete Beach, FL 33706**

Date(s) debt was incurred  **2023**                               **Basis for the claim:  Warranty**

Last 4 digits of account number  __                               Is the claim subject to offset?  ☒ No  ☐ Yes

---

**3.4805**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Perry Zlotkin**                                                 ☐ Contingent
**9415 Blind Pass Road**                                          ☐ Unliquidated
**Apt. 603**                                                      ☐ Disputed
**St. Pete Beach, FL 33706**

Date(s) debt was incurred  **2023**                               **Basis for the claim:  Warranty**

Last 4 digits of account number  __                               Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor     **Electric Bike Company, LLC**
Name                                                       Case number (if known)

---

**3.4806**

**Nonpriority creditor's name and mailing address**

**Persia Jennings**
**1261 San Elijo Rd S**
**San Marcos, CA 92078**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4807**

**Nonpriority creditor's name and mailing address**

**Pete Bouras**
**9551 Blackfin Cir**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4808**

**Nonpriority creditor's name and mailing address**

**Pete Furman**
**40 Ranch Rd**
**Sedona, AZ 86336**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4809**

**Nonpriority creditor's name and mailing address**

**Pete Koehler**
**16228 SE 135th Place**
**Renton, WA 98059**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4810**

**Nonpriority creditor's name and mailing address**

**Pete Koehler**
**35332 SE Kinsey St.**
**Snoqualmie, WA 98065**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4811**

**Nonpriority creditor's name and mailing address**

**Pete Lockwood**
**721 Williams Dr**
**#3**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.4812**

**Nonpriority creditor's name and mailing address**

**Pete Mullin**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.481 3**

**Nonpriority creditor's name and mailing address**

**Pete Pona**
**3539 North Hoyne Avenue**
**Chicago, IL 60618**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.481 4**

**Nonpriority creditor's name and mailing address**

**Pete Pona**
**3539 North Hoyne Ave**
**Chicago, IL 60618**

Date(s) debt was incurred **2025**

Last 4 digits of account number **__**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.481 5**

**Nonpriority creditor's name and mailing address**

**Peter Andress**
**2746 San Joaquin Hills Rd**
**Corona del Mar, CA 92625-1134**

Date(s) debt was incurred **2022**

Last 4 digits of account number **__**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.481 6**

**Nonpriority creditor's name and mailing address**

**Peter Andress**
**2746 San Juaquin**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2023**

Last 4 digits of account number **__**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.481 7**

**Nonpriority creditor's name and mailing address**

**Peter Andress**
**2746 San Joaquin Hills Rd**
**Corona del Mar, CA 92625**

Date(s) debt was incurred **2022**

Last 4 digits of account number **__**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.481 8**

**Nonpriority creditor's name and mailing address**

**Peter Angus**
**2 Oakwood Trl**
**Belvidere, NJ 07823**

Date(s) debt was incurred **2022**

Last 4 digits of account number **__**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.481 9**

**Nonpriority creditor's name and mailing address**

**Peter Axelrod**
**1315 Applecross Lane**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2023**

Last 4 digits of account number **__**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.482
0**

**Nonpriority creditor's name and mailing address**

**Peter Barnard**
**332 W School House Ln**
**Philadelphia, PA 19144**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.482
1**

**Nonpriority creditor's name and mailing address**

**Peter Bernier**
**5 WALNUT STREET**
**BRIDGEWATER, MA 02324**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.482
2**

**Nonpriority creditor's name and mailing address**

**Peter Bland**
**8800 Barnacle Blvd**
**Ocean Springs, MS 39564**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.482
3**

**Nonpriority creditor's name and mailing address**

**Peter Blomgren**
**1118 NE Laurel Ct**
**Issaquah, WA 98029-7676**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.482
4**

**Nonpriority creditor's name and mailing address**

**Peter Bouchard**
**1115 Kirkwood Lane N**
**Plymouth, MN 55441**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.482
5**

**Nonpriority creditor's name and mailing address**

**Peter Brick**
**489 Woodroot Circle**
**Castle Rock, CO 80104**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.482
6**

**Nonpriority creditor's name and mailing address**

**Peter Chacon**
**621 N Pacific St**
**#106**
**Oceanside, CA 92054-1910**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                   Case number (if known) _____

_____Name_____

| | |
|---|---|

**3.482 7**

**Nonpriority creditor's name and mailing address**

**Peter Collis**
**12742 Dean Street**
**Santa Ana, CA 92705**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.482 8**

**Nonpriority creditor's name and mailing address**

**Peter DiBrito**
**1801 E Rose Ln**
**Phoenix, AZ 85016**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.482 9**

**Nonpriority creditor's name and mailing address**

**Peter DiBrito**
**9069 N 115th. Place**
**Scottsdale, AZ 85259**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.483 0**

**Nonpriority creditor's name and mailing address**

**Peter DiBrito**
**9069 N 115th Pl.**
**Scottsdale, AZ 85259**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.483 1**

**Nonpriority creditor's name and mailing address**

**Peter DiBrito**
**9069 N 115th Pl**
**Scottsdale, AZ 85259**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.483 2**

**Nonpriority creditor's name and mailing address**

**Peter DiCapua**
**168 SOUTH ST**
**HIGHLAND, NY 12528**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.483 3**

**Nonpriority creditor's name and mailing address**

**Peter Dugstad**
**7216 Woodbine Rd**
**Woodbine, MD 21797**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.483 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Freeman**
263 Knox St
Apt. B
Costa Mesa, CA 92627

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Goddard**
577 Emory Street
Imperial Beach, CA 91932

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Heithoff**
825 1st St S
109W
Hopkins, MN 55343

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Huegle**
18561 Vallarta Dr
Huntington Beach, CA 92646

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Insixiengmay**
10711 Hazard Ave
Garden Grove, CA 92843

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.483 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Jacobson**
3150 Killarney Lane
Costa Mesa, CA 92626

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.484 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Peter Jennison**
28 Stone Post Way
#348
Nantucket, MA '02564

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.484**
**1**

**Nonpriority creditor's name and mailing address**

**peter jennison**
**28 Stone Post Way**
**#348**
**Nantucket, MA 02564**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.484**
**2**

**Nonpriority creditor's name and mailing address**

**Peter Jennison**
**28 stone post way**
**#348**
**nantucket, MA 02564**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.484**
**3**

**Nonpriority creditor's name and mailing address**

**peter jennison**
**51 WILLOWMERE CIR**
**RIVERSIDE, CT 06878-2503**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.484**
**4**

**Nonpriority creditor's name and mailing address**

**Peter Jennison**
**28 Stonepost Way**
**Nantucket, MA 02564**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.484**
**5**

**Nonpriority creditor's name and mailing address**

**peter jennison**
**51 WILLOWMERE CIR**
**RIVERSIDE, CT 06878-2503**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.484**
**6**

**Nonpriority creditor's name and mailing address**

**peter jennison**
**51 Willowmere Circle**
**Riverside, CT 06878**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.484**
**7**

**Nonpriority creditor's name and mailing address**

**Peter Jensen**
**418 Magnolia Street**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.4848 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peter Kennerdell**
**35901 Cathedral Canyon Dr.**
**Cathedral City, CA 92234-7260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4849 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peter Krogh**
**618 Kings PL**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4850 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peter Krogh**
**618 Kings Place**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4851 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peter Lewis**
**57 Macon Ave**
**Asheville, NC 28801**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4852 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peter Leyland**
**3901 NE 57th Terrace**
**Kansas City, MO 64119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4853 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peter Leyland**
**3901 NE 57th Terrace**
**Kansas City, MO 64119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.4854 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Peter Linz**
**8619 Vado Pl**
**Los Angeles, CA 90046**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Last 4 digits of account number __

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.485
5**

**Nonpriority creditor's name and mailing address**

**Peter Linz
8 Terrace Hts
Katonah, NY 10536**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.485
6**

**Nonpriority creditor's name and mailing address**

**Peter Lugo
251 E 157th St
Gardena, CA 90248**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.485
7**

**Nonpriority creditor's name and mailing address**

**Peter Madigan
1650 Monrovia Ave
Costa Mesa, CA 92647**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.485
8**

**Nonpriority creditor's name and mailing address**

**Peter Matthews
353 NW Foursome Ln
Port St Lucie, FL 34986**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.485
9**

**Nonpriority creditor's name and mailing address**

**Peter Matthews
133 Arrow Road
Hilton Head Island, SC 29928**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.486
0**

**Nonpriority creditor's name and mailing address**

**Peter McQuain
1716 woodpond way
LUTZ, FL 33559**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.486
1**

**Nonpriority creditor's name and mailing address**

**Peter McQuain
1716 Woodpond Way
Lutz, FL 33559**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.486 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Peter Mockus**
**1001 Riverview Place**
**Pierre, SD 57501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Peter Montague**
**21 Mountain View Road**
**Asheville, NC 28805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Peter Motta**
**9926 SW Nuova Way**
**Port Saint Lucie, FL 34986**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Peter Moubayed**
**1030 Philips Rd**
**Delray Beach, FL 33483**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Peter Mullikin**
**592 Charlesina Dr**
**Rochester, MI 48306-2624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Peter Mullikin**
**592 Charlesina Dr.**
**Rochester, MI 48306-2624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.486 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Peter Nicholson**
**6929 E Espanita Street**
**Long Beach, CA 90815**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
　　　　　　　Name

---

**3.4869**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Peter Pasquale**
**1722 South Pointe Drive**
**Lawrenceburg, IN 47025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4870**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Peter Prijatel**
**5489 Daffodil Ave.**
**Virginia, MN 55792-2226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4871**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Peter Pruitt**
**2230 Brescia Ave**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4872**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Peter Puglisi**
**20404 12th avenue**
**rockaway point, NY 11697**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4873**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Peter Reuss**
**98 60th Ave NW**
**Rochester, MN 55901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4874**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Peter Rogers**
**271 Rochester St**
**211**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.4875**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Peter Rogers**
**271 Rochester St**
**211**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.4876**

**Nonpriority creditor's name and mailing address**

**Peter Rogers**
**4200 Park Newport Apartments**
**211**
**Newport Beach, CA 92660**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4877**

**Nonpriority creditor's name and mailing address**

**Peter Salzer**
**300 West Tyler Street**
**2507**
**Tampa, FL 33602**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4878**

**Nonpriority creditor's name and mailing address**

**Peter Schoenberger**
**95 West Saugerties Road**
**Woodstock, NY 12498**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4879**

**Nonpriority creditor's name and mailing address**

**Peter Schoenberger**
**95 West Saugerties rd**
**Woodstock, NY 12498**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4880**

**Nonpriority creditor's name and mailing address**

**Peter Seidensticker**
**960 Beaver Street**
**Sewickley, PA 15143**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4881**

**Nonpriority creditor's name and mailing address**

**Peter Seidensticker**
**960 Beaver Street**
**Sewickley, PA 15243**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4882**

**Nonpriority creditor's name and mailing address**

**Peter Seidensticker**
**960 Beaver Street**
**SEWICKLEY, PA 15143**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.488 3**

**Nonpriority creditor's name and mailing address**

**Peter Simrose**
**23870 Hawthorne Blvd**
**Torrance, CA 90505-5908**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.488 4**

**Nonpriority creditor's name and mailing address**

**Peter Strandberg**
**4968 E Grandview Rd**
**Scottsdale, AZ 85254**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.488 5**

**Nonpriority creditor's name and mailing address**

**peter strauss**
**1690 Samar Dr**
**costa mesa, CA 92626**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.488 6**

**Nonpriority creditor's name and mailing address**

**Peter Thomas**
**606 1/2 Acacia Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.488 7**

**Nonpriority creditor's name and mailing address**

**Peter Twill**
**1810 Business Center Drive**
**Orange, CA 92867**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.488 8**

**Nonpriority creditor's name and mailing address**

**Peter Vander Horn**
**934 Saint Albans Drive**
**Encinitas, CA 92024**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.488 9**

**Nonpriority creditor's name and mailing address**

**Peter Vander Horn**
**934 Saint Albans Drive**
**Encinitas, CA 92024**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.4890**

**Nonpriority creditor's name and mailing address**
**Peter Villhard**
**620 N. Taylor**
**Kirkwood, MO 63122**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4891**

**Nonpriority creditor's name and mailing address**
**Peter Walsh**
**1533 Trellis Lane**
**Petaluma, CA 94954**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4892**

**Nonpriority creditor's name and mailing address**
**Peter Walsh**
**1533 Trellis Lane**
**Petaluma, CA 94954**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4893**

**Nonpriority creditor's name and mailing address**
**Peter Watson**
**80 Huntington Street**
**Unit 412**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4894**

**Nonpriority creditor's name and mailing address**
**Peter Yiakis**
**276 Romain St**
**San Francisco, CA 94131**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4895**

**Nonpriority creditor's name and mailing address**
**Peyton Peykoff**
**2612 Mesa Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4896**

**Nonpriority creditor's name and mailing address**
**Phanomsinh Sangasay**
**3075 Taylor Way**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.4897**

**Nonpriority creditor's name and mailing address**

**Phi Nguyen**
**1945 Placentia Ave**
**Suite A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4898**

**Nonpriority creditor's name and mailing address**

**Phiilp Veale**
**8994 State Highway 165**
**Wetmore, CO 81253**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4899**

**Nonpriority creditor's name and mailing address**

**PHIL BRELJE**
**2683 FLORADALE WAY**
**LINCOLN, CA 95648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4900**

**Nonpriority creditor's name and mailing address**

**Phil Christofferson**
**17025 Harvest Point Way**
**Ramona, CA 92065**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4901**

**Nonpriority creditor's name and mailing address**

**Phil Cushman**
**2112 Sedges Ave**
**Panama city, FL 32405**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4902**

**Nonpriority creditor's name and mailing address**

**Phil Desplat**
**546 Washington Ave**
**4212**
**Dumont, NJ 07628**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.4903**

**Nonpriority creditor's name and mailing address**

**Phil Desplat**
**546 Washington ave**
**Apt 4212**
**Dumont, NJ 07628**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.490
4**

**Nonpriority creditor's name and mailing address**

**Phil DiMento**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.490
5**

**Nonpriority creditor's name and mailing address**

**Phil Gorman**
**7961 Southwind Circle**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.490
6**

**Nonpriority creditor's name and mailing address**

**Phil Lloyd**
**76 Forest Ave**
**Butler, GA 31006**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.490
7**

**Nonpriority creditor's name and mailing address**

**Phil Lloyd**
**76 Forest Ave**
**Butler, GA 31006**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.490
8**

**Nonpriority creditor's name and mailing address**

**Phil Lundell**
**202 Capistrano Ave**
**Pismo Beach, CA 93449**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.490
9**

**Nonpriority creditor's name and mailing address**

**Phil Ryder**
**4185 Bonway Dr**
**Pensacola, FL 32504**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.491
0**

**Nonpriority creditor's name and mailing address**

**Phil Weight**
**2806 107th Place Southeast**
**Everett, WA 98208**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.491**
**1**

**Nonpriority creditor's name and mailing address**

**Philip Beyer**
**46 Heron Point**
**Clarks, NE 68628**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.491**
**2**

**Nonpriority creditor's name and mailing address**

**Philip Beyer**
**46 HERON PT**
**CLARKS, NE 68628**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.491**
**3**

**Nonpriority creditor's name and mailing address**

**Philip Black**
**1718 Midwick Place**
**Santa Barbara, CA 93108**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.491**
**4**

**Nonpriority creditor's name and mailing address**

**Philip Black**
**1718 Midwick Place**
**Santa Barbara, CA 93108**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.491**
**5**

**Nonpriority creditor's name and mailing address**

**Philip Cannon**
**15871 Belfast Lane**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.491**
**6**

**Nonpriority creditor's name and mailing address**

**Philip Cannon**
**15871 Belfast Ln**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.491**
**7**

**Nonpriority creditor's name and mailing address**

**philip chan**
**711 s first ave**
**arcadia, CA 91006**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.4918**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Philip Craig Beyer** | ☐ Contingent |
| **46 Heron Point** | ☐ Unliquidated |
| **Clarks, NE 68628** | ☐ Disputed |
| Date(s) debt was incurred **2024** | Basis for the claim: **Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.4919**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Philip Dodge** | ☐ Contingent |
| **8 Merano Court** | ☐ Unliquidated |
| **Newport Coast, CA 92657** | ☐ Disputed |
| Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.4920**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Philip Gardella** | ☐ Contingent |
| **339 E. Townline Lake Road** | ☐ Unliquidated |
| **Harrison, MI 48625** | ☐ Disputed |
| Date(s) debt was incurred **2025** | Basis for the claim: **Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.4921**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Philip Hendricks** | ☐ Contingent |
| **3208 Aviation Blvd** | ☐ Unliquidated |
| **Redondo Beach, CA 90278** | ☐ Disputed |
| Date(s) debt was incurred **2020** | Basis for the claim: **Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.4922**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **philip hettich** | ☐ Contingent |
| **72 e chauvez rd** | ☐ Unliquidated |
| **SCOTTVILLE, MI 49454** | ☐ Disputed |
| Date(s) debt was incurred **2021** | Basis for the claim: **Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.4923**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Philip Hurst** | ☐ Contingent |
| **4159 Baycliff Way** | ☐ Unliquidated |
| **Oceanside, CA 92056** | ☐ Disputed |
| Date(s) debt was incurred **2022** | Basis for the claim: **Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.4924**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |
| **Philip Krueger** | ☐ Contingent |
| **4205 Lawton St.** | ☐ Unliquidated |
| **San Francisco, CA 94122** | ☐ Disputed |
| Date(s) debt was incurred **2020** | Basis for the claim: **Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.492 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Philip Krueger**
**4205 Lawton St.**
**San Francisco, CA 94122**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Philip LeBeau**
**20 MOUNTAIN RD**
**JELM, WY 82063**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**philip levangie**
**21 CRANBERRY LN**
**HANOVER, MA 02339**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Philip McNally**
**7617 Curiosity Avenue**
**Las Vegas, NV 89131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.492 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Philip Metheny**
**1211 Lindsey Dr**
**Sevierville, TN 37876**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Philip Novak**
**33089 St Ignatius Airport Rd**
**Saint Ignatius, MT 59865**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.493 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Philip Pailey**
**2206 Richey Dr**
**La Canada Flintridge, CA 91011**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page  705 of 1405

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.493
2**

**Nonpriority creditor's name and mailing address**

**Philip Pedretti**
**22405 Kent Ave. #47**
**47**
**Torrance, CA 90505-2330**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.493
3**

**Nonpriority creditor's name and mailing address**

**Philip Raker**
**1019 Bojo Circle**
**Manning, SC 29102**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.493
4**

**Nonpriority creditor's name and mailing address**

**Philip Reyna**
**2804 s 1st st**
**2102**
**Austin, TX 78704**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.493
5**

**Nonpriority creditor's name and mailing address**

**Philip Reyna**
**2804 s 1st**
**2102**
**Austin, TX 78704**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.493
6**

**Nonpriority creditor's name and mailing address**

**Philip Salzarulo**
**840 3rd St.**
**Norco, CA 92860**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.493
7**

**Nonpriority creditor's name and mailing address**

**Philip Slack**
**2786 Harbormaster Drive SE**
**Southport, NC 28461**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.493
8**

**Nonpriority creditor's name and mailing address**

**Philip Wilder**
**705 Beaver Park**
**Versailles, KY 40383**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.4939**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Philip Willey**<br>**6372 Camille Dr**<br>**Huntington Beach, CA 92647** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4940**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Philipp Depiereux**<br>**400 Belvue Ln**<br>**Newport Beach, CA 92661** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4941**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Philippe Desplat**<br>**2 W Osborn Ave**<br>**Holgate, NJ 08008** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2020__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4942**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Phillip Archunde**<br>**10745 W Golson Dr.**<br>**Marana, AZ 85653** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4943**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Phillip Butler**<br>**1629 Waters Edge Drive**<br>**NEW RICHMOND, WI 54017** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4944**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Phillip Federico**<br>**15310 Jeanette Dr**<br>**Fontana, CA 92336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.4945**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Phillip Federico**<br>**15410 Jeanette Dr**<br>**Fontana, CA 92336** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2022__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.4946**

**Nonpriority creditor's name and mailing address**

**Phillip Green**
**1879 megan Ave**
**Clovis, CA 93611**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4947**

**Nonpriority creditor's name and mailing address**

**Phillip J Simons**
**1664 Tustin Avenue Apt B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4948**

**Nonpriority creditor's name and mailing address**

**Phillip Johnson**
**4374 Nautilus Way**
**Unit 6**
**Oceanside, CA 92056**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4949**

**Nonpriority creditor's name and mailing address**

**Phillip Jones**
**250 Riverwoods Dr**
**New Hope, PA 18938**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4950**

**Nonpriority creditor's name and mailing address**

**Phillip Kapronczai**
**7911 Summerside Grande Blvd SW**
**Edmonton, AB T6X 0S9**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4951**

**Nonpriority creditor's name and mailing address**

**Phillip Nguyen**
**9851 Bolsa Ave**
**Westminster, CA 92683**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4952**

**Nonpriority creditor's name and mailing address**

**Phillip Nguyen**
**9851 Bolsa Ave**
**SPC 142**
**Wesminster, CA 92683**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.495**
**3**

**Nonpriority creditor's name and mailing address**

**Phillip Nguyen**
**1351 Logan Ave**
**Suite A**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.495**
**4**

**Nonpriority creditor's name and mailing address**

**Phillip Nguyen**
**1351 Logan Ave**
**Suite A**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.495**
**5**

**Nonpriority creditor's name and mailing address**

**PHILLIP ODOM**
**2311 Mechanic Street**
**Zippebikes**
**Galveston, TX 77550**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.495**
**6**

**Nonpriority creditor's name and mailing address**

**Phillip Ostermann**
**6005 Balfern**
**Lakewood, CA 90713**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.495**
**7**

**Nonpriority creditor's name and mailing address**

**Phillip Oxman**
**3500 Holmes Ave**
**Minneapolis, MN 55408**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.495**
**8**

**Nonpriority creditor's name and mailing address**

**Phillip Padilla**
**4590 Parmalee Gulch Road**
**Indian Hills, CO 80454**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.495**
**9**

**Nonpriority creditor's name and mailing address**

**Phillip Ritchie**
**14120 N CRATER LAKE CT**
**CONROE, TX 77384**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.4960**

**Nonpriority creditor's name and mailing address**

**Phillip Rose**
**6894 N. State Route 721**
**Bradford, OH 45308**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4961**

**Nonpriority creditor's name and mailing address**

**Phoenix Rain**
**26972 Mill Pond Rd**
**Dana point, CA 92694**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4962**

**Nonpriority creditor's name and mailing address**

**Phoenix Rain**
**26972 Mill Pond Road**
**San Clemente, CA 92624**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4963**

**Nonpriority creditor's name and mailing address**

**Phong Le**
**15642 Sand Canyon Ave**
**Unit 54871**
**Irvine, CA 92619**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4964**

**Nonpriority creditor's name and mailing address**

**Phuong Tang**
**500 Cagney Lane**
**#117**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4965**

**Nonpriority creditor's name and mailing address**

**Phyllis Milsten**
**14657 Quicksilver St NW**
**Ramsey, MN 55303-5742**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.4966**

**Nonpriority creditor's name and mailing address**

**Phyllis Ruth**
**8225 Waterspray Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.496 7**

Nonpriority creditor's name and mailing address

**Pia Hemeyer**
**129 n hammock**
**Islamorada, FL 33036**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.496 8**

Nonpriority creditor's name and mailing address

**Pierre Senizergues**
**2301 Heather Ln.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.496 9**

Nonpriority creditor's name and mailing address

**Pieter Pijl**
**17571 Manchester Ave**
**Irvine, CA 92614**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.497 0**

Nonpriority creditor's name and mailing address

**Pilar Silva**
**3980 Diamond Ridge View**
**Colorado Springs, CO 80918**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.497 1**

Nonpriority creditor's name and mailing address

**Ping Fu**
**7529 Mulholland Drive**
**Los Angeles, CA 90046**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.497 2**

Nonpriority creditor's name and mailing address

**Piper Cabaltera**
**6681 W Fairview Ave**
**Boise, ID 83704**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.497 3**

Nonpriority creditor's name and mailing address

**Pj Middleton**
**2004 balmoral place**
**Wilmington, NC 28405**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                 Case number (if known) _____
          Name

---

**3.497
4**

**Nonpriority creditor's name and mailing address**

**Polly Henkel**
**8 MOEBUS TER**
**PORTSMOUTH, NH 03801-5278**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.497
5**

**Nonpriority creditor's name and mailing address**

**Porntip Blau**
**20954 Parthenia St, #6**
**Canoga Park, CA 91304**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.497
6**

**Nonpriority creditor's name and mailing address**

**Prasanna Gautam**
**6234 40th Ave NE**
**Seattle, WA 98115**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.497
7**

**Nonpriority creditor's name and mailing address**

**Predrag Djordjic**
**4955 N Mango ave**
**Chicago, IL 60630**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.497
8**

**Nonpriority creditor's name and mailing address**

**Premo Lapcik**
**2619 Santa Ana Ave**
**Apt F**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.497
9**

**Nonpriority creditor's name and mailing address**

**Prentice Hill**
**2522 Lime st.**
**Long beach, CA 90806**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.498
0**

**Nonpriority creditor's name and mailing address**

**Prentice Hill**
**2540 Lime St**
**Long Beach, CA 90806**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

| 3.498 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**PRESLEY HAMPTON**
**200 INDUSTRIAL DR**
**WINDSOR, MO 65360**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.498 2 |

**Nonpriority creditor's name and mailing address**
**Primo Tapia**
**1101 71 St**
**Rosamond, CA 93560**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.498 3 |

**Nonpriority creditor's name and mailing address**
**Priscilla Haney**
**2818 Del Rio St**
**San Antonio, TX 78203**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.498 4 |

**Nonpriority creditor's name and mailing address**
**Prophetess Hayden**
**7124 Tucker Dr**
**Weatherford, TX 76085**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.498 5 |

**Nonpriority creditor's name and mailing address**
**Prudence Kerr**
**20011 Tilstock Dr**
**Katy, TX 77450**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.498 6 |

**Nonpriority creditor's name and mailing address**
**Purnash Durgaprasad**
**67 East Beverly Parkway**
**Valley Stream, NY 11580**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.498 7 |

**Nonpriority creditor's name and mailing address**
**Purnash Durgaprasad**
**67 E Beverly Pkwy**
**Valley Stream, NY 11580**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

| 3.498 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**QingQing Wang**
**13976 35th Ave**
**Apt 2C**
**flushing, NY 11354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.498 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Qinjing He**
**39 Pacific Mist**
**Newport Coast, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Quan Nguyen**
**16284 Mount Dana Circle**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Quentin Kleber**
**2122 Lakeway Ave**
**Kalamazoo, MI 49001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Quin Hoellwarth**
**1068 E. Laguna Shore Ln.**
**Eagle, ID 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Quinn Hnatenko**
**21372 Brookhurst St Unit 332**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.499 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Quinn sisler**
**801 Forida Street**
**unit C**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

---

**3.499
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Quintin Galloway**
**591 Zeb Corn Rd**
**Hendersonville, NC 28792**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.499
6**

Nonpriority creditor's name and mailing address

**Quynh Tran**
**630 Channel Way**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.499
7**

Nonpriority creditor's name and mailing address

**Quynh Tran**
**630 Channel Way**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.499
8**

Nonpriority creditor's name and mailing address

**R Hans Kemp**
**300 W. Prospect St.**
**Seattle, WA 98119**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.499
9**

Nonpriority creditor's name and mailing address

**R Hans Kemp**
**300 W Prospect St**
**Seattle, WA 98119-3540**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.500
0**

Nonpriority creditor's name and mailing address

**R W Fair**
**108 RED TAIL ROAD**
**Polson, MT 59860**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.500
1**

Nonpriority creditor's name and mailing address

**R W FAIR**
**108 REDTAIL RD**
**POLSON, MT 59860-8987**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.      $0.00
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|--------|--------------------------------|--------------------------|--|
| | Name | | |

---

**3.500 2**

**Nonpriority creditor's name and mailing address**
**Rabie Zahri**
**931 Coombs st**
**napa, CA 94559**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.500 3**

**Nonpriority creditor's name and mailing address**
**Rachael Kelly**
**35 York Ct**
**Baltimore, MD 21218**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.500 4**

**Nonpriority creditor's name and mailing address**
**Racheal Allen**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.500 5**

**Nonpriority creditor's name and mailing address**
**Racheal McCabe**
**2213 Mathews Avenue**
**Unit C**
**Redondo Beach, CA 90278**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.500 6**

**Nonpriority creditor's name and mailing address**
**Rachel Barrios**
**1652 Ellsberg Ct**
**Apt 2**
**Key West, FL 33040**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.500 7**

**Nonpriority creditor's name and mailing address**
**Rachel Brown**
**9591 james circle**
**Villa Park, CA 92861**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.500 8**

**Nonpriority creditor's name and mailing address**
**Rachel Durazo**
**2013 East Calle Alta Vista**
**Tucson, AZ 85719**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                          Case number *(if known)* _____

Name

---

**3.5009**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Rachel Hansen**
**783 Tabernacle road**
**Cape May, NJ 08204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5010**

**Nonpriority creditor's name and mailing address**

**Rachel Hansen**
**783 Tabernacle Road**
**Cape May, NJ 08204**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5011**

**Nonpriority creditor's name and mailing address**

**Rachel Harmon**
**120 T Shirt Lane**
**Salt Flat, TX 79847**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5012**

**Nonpriority creditor's name and mailing address**

**Rachel Hicks**
**130 Woodland Ave**
**Reno, NV 89523**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5013**

**Nonpriority creditor's name and mailing address**

**Rachel Joob**
**358 Lourdes In**
**Costa Mesa, CA 92627**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5014**

**Nonpriority creditor's name and mailing address**

**Rachel Martin**
**2620 Summit st**
**Bethel Park, PA 15102**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5015**

**Nonpriority creditor's name and mailing address**

**Rachel Medwid**
**44648 Clover Ln**
**Temecula, CA 92592**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
        Name

---

**3.501 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Rachel Moore** | ☐ Contingent | |
| **6042 Rosemont dr** | ☐ Unliquidated | |
| **Huntington Beach, CA 92647** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.501 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Rachel Morrill** | ☐ Contingent | |
| **108 jack pine dr** | ☐ Unliquidated | |
| **Kalispell, MT 59901** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.501 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Rachel Morton** | ☐ Contingent | |
| **19813 5th Avenue Northwest** | ☐ Unliquidated | |
| **Shoreline, WA 98177** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.501 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Rachel Palazzo** | ☐ Contingent | |
| **920 Davis Bend** | ☐ Unliquidated | |
| **Alpharetta, GA 30004** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.502 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Rachel Pifer** | ☐ Contingent | |
| **2020 E Ocean** | ☐ Unliquidated | |
| **Ventura, CA 93001** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.502 1**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Rachel Skiba** | ☐ Contingent | |
| **507 Avenida Campo** | ☐ Unliquidated | |
| **Newport Beach, CA 92660** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.502 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Rachel Smith** | ☐ Contingent | |
| **3014 W William Cannon Dr** | ☐ Unliquidated | |
| **Apt 627** | ☐ Disputed | |
| **Austin, TX 78745** | | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.502 3**

**Nonpriority creditor's name and mailing address**

**Rachel Smith**
**3014 W William Cannon Dr**
**Apt 627**
**Austin, TX 78745**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.502 4**

**Nonpriority creditor's name and mailing address**

**Rachel Tzinberg**
**17545 Equestre Ct**
**Murrieta, CA 92562**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.502 5**

**Nonpriority creditor's name and mailing address**

**Rachel Tzinberg**
**78 AMBROISE**
**NEWPORT BEACH, CA 92657-0125**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.502 6**

**Nonpriority creditor's name and mailing address**

**Rachel Tzinberg**
**519 Superior Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.502 7**

**Nonpriority creditor's name and mailing address**

**Rachel Voter**
**4143 Via Marina**
**Unit 1014**
**Marina Del Rey, CA 90292**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.502 8**

**Nonpriority creditor's name and mailing address**

**Rachel Whitaker**
**440 29th Street**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.502 9**

**Nonpriority creditor's name and mailing address**

**Rachele Rouquie**
**1361 PROSPECT PLACE**
**3RD FLOOR**
**Brooklyn, NY 11213**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.503 0**

**Nonpriority creditor's name and mailing address**

**Rachele Rouquie**
**1361 PROSPECT PLACE**
**3RD FLOOR**
**Brooklyn, NY 11213**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.503 1**

**Nonpriority creditor's name and mailing address**

**Rachele Rouquie**
**1361 Prospect Pl**
**#3**
**Brooklyn, NY 11213**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.503 2**

**Nonpriority creditor's name and mailing address**

**Rachelle Cochems**
**81844 Vida Bella Dr**
**La Quinta, CA 92253-7990**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.503 3**

**Nonpriority creditor's name and mailing address**

**Rachelle Cochems**
**222 Colton St**
**Newport Beach, CA 92663**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.503 4**

**Nonpriority creditor's name and mailing address**

**Rachelle Cruz**
**6430 Turnbridge Street**
**Las Vegas, NV 89166**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.503 5**

**Nonpriority creditor's name and mailing address**

**Rachelle Lopez**
**2026 e Colorado ave**
**Nampa, ID 83686**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.503 6**

**Nonpriority creditor's name and mailing address**

**Rachelle Lopez**
**2026 E Colorado Ave**
**Nampa, ID 83686**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.503 7**

**Nonpriority creditor's name and mailing address**

**Rachelle Paniccia**
**17353 Vintage St**
**Northridge, CA 91325**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.503 8**

**Nonpriority creditor's name and mailing address**

**Rafael de Vengoechea**
**1825 Beryl Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.503 9**

**Nonpriority creditor's name and mailing address**

**Rafael Villegas**
**6315 Syracuse St**
**Chino, CA 91710**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.504 0**

**Nonpriority creditor's name and mailing address**

**Raga Chandra**
**9103 Green Meadows Way**
**Palm Beach Gardnes, FL 33418**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.504 1**

**Nonpriority creditor's name and mailing address**

**Raga Chandra**
**2812 Zach Scott St**
**Austin, TX 78723**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.504 2**

**Nonpriority creditor's name and mailing address**

**Rahn Tobler**
**8661 Larthorn Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.504 3**

**Nonpriority creditor's name and mailing address**

**Ralph Bruno**
**21362 Andalucia Lane**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.504 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ralph Flores**
**2505 W Saint Andrew Pl.**
**Santa Ana, CA 92704**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ralph Kasuba**
**120 Sarah Dr**
**Mill Valley, CA 94941**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ralph Katz**
**10960 Cross Keys Dr**
**Rancho Cucamonga, CA 91737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ralph Mastromonaco**
**2970 Brabant Marineau**
**St-Laurent, QC H4S 1K7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ralph Morris**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.504 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ralph Reeder**
**2216 Okoboji Boulevard**
**Milford, IA 51351**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ralph Ruiz**
**263 CARISSA DR**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

| 3.505 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ralph Schacherl**
**1301 Edinburgh**
**Victoria, TX 77904**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ralph Shirkey**
**8620 Bobcat lane**
**Lakeland, FL 33810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ralph Torres**
**2 Mackenzie Lane**
**Coto de Caza, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ralph Verrilli**
**25 Margaret Circle**
**Stratford, CT 06614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ramada Shearer**
**1525 Janice Drive**
**Schererville, IN 46375**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ramki kalyanaraman**
**671 portofino lane**
**foster city, CA 94404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.505 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ramon Alvarado**
**1510 Newport Blvd.**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

**3.505 8**

**Nonpriority creditor's name and mailing address**
**Ramon Rojas**
**8126 Orange st**
**Downey, CA 90242**

Date(s) debt was incurred  **2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.505 9**

**Nonpriority creditor's name and mailing address**
**Ramon Ruelas**
**8289 Stage Coach Pl**
**San Diego, CA 92129**

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.506 0**

**Nonpriority creditor's name and mailing address**
**Ramona Alcala**
**893 west Stetson Court**
**Upland, CA 91786**

Date(s) debt was incurred  **2023**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.506 1**

**Nonpriority creditor's name and mailing address**
**Ramona Freeman**
**2788 N Ashbrook Dr**
**Fayetteville, AR 72703**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.506 2**

**Nonpriority creditor's name and mailing address**
**Ramona P.**
**1510 Box Prairie Circle**
**Loveland, CO 80538**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.506 3**

**Nonpriority creditor's name and mailing address**
**RAMONA SNIPES**
**170 W Dayton St**
**1025**
**Pasadena, CA 91105**

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.506 4**

**Nonpriority creditor's name and mailing address**
**Rana Moeller**
**2971 Talley Dr**
**Lake Havasu City, AZ 86404**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.506
5**

**Nonpriority creditor's name and mailing address**

**rand himes**
**162 Daugherty Rd.**
**Grove City, PA 16127**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.506
6**

**Nonpriority creditor's name and mailing address**

**Randall Beasley**
**1644 Lang Mountain Rd**
**Guntersville, AL 35976**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.506
7**

**Nonpriority creditor's name and mailing address**

**Randall Bergeron**
**4004 NE Cadbury Ave**
**Bentonville, AR 72712**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.506
8**

**Nonpriority creditor's name and mailing address**

**Randall Bergeron**
**4004 NE Cadbury Avenue**
**Bentonville, AR 72712**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.506
9**

**Nonpriority creditor's name and mailing address**

**Randall Dee Renfro**
**2139 Iris Pl**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.507
0**

**Nonpriority creditor's name and mailing address**

**Randall Gershon**
**1310 East Ocean Blvd.**
**St. 1705**
**Long Beach, CA 90802**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.507
1**

**Nonpriority creditor's name and mailing address**

**Randall Gershon**
**1310 East Ocean Blvd.**
**Suite 1705**
**Long Beach, CA 90802**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.507 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Randall Gusikoski**
**302 ORCHID AVE**
**CORONA DEL MAR, CA 92625**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.507 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Randall Hays**
**1845 Monrovia Ave**
**Space 20**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.507 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Randall Hiemforth**
**416 Villagrande Ave S**
**St. Petersburg, FL 33707**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.507 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Randall Hoff**
**63 Pineapple Drive**
**Okatie, SC 29909**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.507 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Randall McGill**
**1504 Poole Road**
**Street, MD 21154**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.507 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Randall McGill**
**1504 Poole Road**
**Street, MD 21154**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.507 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Randall Messick**
**531 Magnolia Ave.**
**Bakersfield, CA 93305**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.507 9**

**Nonpriority creditor's name and mailing address**

**Randall Messick**
**531 Magnolia Ave**
**Bakersfield, CA 93305**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.508 0**

**Nonpriority creditor's name and mailing address**

**randall oldaugh**
**9240 denton hill road**
**fenton, MI 48430**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.508 1**

**Nonpriority creditor's name and mailing address**

**Randall Paul**
**711 W Broadway Rd #4065**
**Tempe, AZ 85282**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.508 2**

**Nonpriority creditor's name and mailing address**

**Randall Paul**
**2861 Fort Silver Drive**
**Bullhead, AZ 86429**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.508 3**

**Nonpriority creditor's name and mailing address**

**Randall Stephens**
**4122 31st Avenue Ct**
**Gig Harbor, WA 98335**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.508 4**

**Nonpriority creditor's name and mailing address**

**Randall Testut**
**c/o Bentonville Bicycle**
**813 W Central Ave**
**Bentonville, AR 72712**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.508 5**

**Nonpriority creditor's name and mailing address**

**Randall Will**
**1020 Deleon Street**
**Denison, TX 75020**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.508 6**

**Nonpriority creditor's name and mailing address**

**Rande Hawkinson**
**3827 Mistral Dr**
**Huntington Beach, CA 92649**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.508 7**

**Nonpriority creditor's name and mailing address**

**Randel Rosandich**
**4426 West Calvary Road**
**Duluth, MN 55803**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.508 8**

**Nonpriority creditor's name and mailing address**

**Randi Carlson**
**118 Cameray Heights**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.508 9**

**Nonpriority creditor's name and mailing address**

**Randi Gunder**
**2625 Elden Ave**
**Apt B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.509 0**

**Nonpriority creditor's name and mailing address**

**Randi Gunder**
**2625 Elden Ave**
**Apt. B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.509 1**

**Nonpriority creditor's name and mailing address**

**Randi Kincaid**
**785 W Johns Ave**
**Hermiston, OR 97838**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.509 2**

**Nonpriority creditor's name and mailing address**

**Randi Sandberg**
**9361 Hudson Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.509
3**

**Nonpriority creditor's name and mailing address**

**Randy Aguilar**
**2712 Canary Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.509
4**

**Nonpriority creditor's name and mailing address**

**Randy Aguilar**
**2712 Canary Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.509
5**

**Nonpriority creditor's name and mailing address**

**Randy Appeldorn**
**1607 Highland Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.509
6**

**Nonpriority creditor's name and mailing address**

**Randy Bell**
**30 Buttzville road**
**Oxford, NJ 07863**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.509
7**

**Nonpriority creditor's name and mailing address**

**Randy Binz**
**20266 Kit Ct**
**Volcano, CA 95689**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.509
8**

**Nonpriority creditor's name and mailing address**

**Randy Binz**
**3403 E.Main Street**
**#1027**
**Mesa, AZ 85213**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.509
9**

**Nonpriority creditor's name and mailing address**

**Randy Braun**
**16 Harbor hill dr.**
**Fenton, MO 63026**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                  Case number *(if known)* _____

Name

---

**3.5100**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                  **$0.00**

**Randy Braun**                                                      ☐ Contingent
**16 Harbor Hill Dr.**                                               ☐ Unliquidated
**Fenton, MO 63026**                                                 ☐ Disputed

Date(s) debt was incurred **2021**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.5101**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                  **$0.00**

**randy Frederiksen**                                               ☐ Contingent
**21693 protea ct**                                                 ☐ Unliquidated
**Wildomar, CA 92595**                                              ☐ Disputed

Date(s) debt was incurred **2023**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.5102**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                  **$0.00**

**Randy Gardner**                                                   ☐ Contingent
**2371 Silverbrooke St.**                                           ☐ Unliquidated
**Kingsburg, CA 93631**                                             ☐ Disputed

Date(s) debt was incurred **2022**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.5103**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                  **$0.00**

**Randy Gordon**                                                    ☐ Contingent
**5110 W. Poe Ave**                                                 ☐ Unliquidated
**Tampa, FL 33629**                                                 ☐ Disputed

Date(s) debt was incurred **2023**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.5104**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                  **$0.00**

**Randy Gorzeman**                                                  ☐ Contingent
**21501 Brookhurst St**                                             ☐ Unliquidated
**Unit 101**                                                        ☐ Disputed
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.5105**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                  **$0.00**

**Randy Hewitt**                                                    ☐ Contingent
**8269 Spinnaker Bay Drive**                                        ☐ Unliquidated
**Windsor, CO 80528**                                               ☐ Disputed

Date(s) debt was incurred **2024**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No ☐ Yes

---

**3.5106**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                  **$0.00**

**Randy Horstmeyer**                                                ☐ Contingent
**2127 Republic Ave**                                               ☐ Unliquidated
**Costa mesa, CA 92627**                                            ☐ Disputed

Date(s) debt was incurred **2021**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

| 3.510 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randy Howarth**
**615 Frankfort Ave**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.510 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randy Krant**
**8602 Wagner Creek Rd**
**TALENT, OR 97540-7792**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.510 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**RANDY KRUSE**
**81 Cricket Knoll Ln.**
**carmel, IN 46033**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.511 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randy Langel**
**1851 Port Barmouth Pl.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.511 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randy Langley**
**176 W Sutter Dr**
**Eagle, ID 83616**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.511 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randy Langley**
**457 S Fitness Pl.**
**Eagle, ID 83616**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.511 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Randy Langmead**
**812 Hallyard Ct SE**
**Leesburg, VA 20175**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.511 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Randy Litwin**
**7039 Divot Dr.**
**LaVerne, CA 91750**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**randy mallen**
**3002 Ashton Palms Drive**
**Lake Wales, FL 33859**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Randy Martin**
**1349 Saratoga Ave**
**Grover Beach, CA 93433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Randy Owens**
**20331 Mansard Ln**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Randy Plotkin**
**835 Berkeley Ave.**
**Claremont, CA 91711**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.511 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Randy Quick**
**1103 England St**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Randy Rask**
**18542 W Marshall Ave**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
Name

Case number *(if known)* _____

---

| 3.512 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Randy Siegel**
**269 Knox Place**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Randy Smith**
**7342 Palmetto Springs Trail**
**Katy, TX 77493**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Randy Smith**
**804 Annandale rd**
**Beaumont, CA 92223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Randy Smith**
**804 Annandale Rd**
**Beaumont, CA 92223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Randy Tyson**
**1480 Twin Pine Drive**
**Ellison Bay, WI 54210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Randy Verhoeven**
**16291 Walrus Ln**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.512 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**RANDY VON LIENEN**
**1684 Y DR**
**Homestead, IA 52236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

**3.512 8**

**Nonpriority creditor's name and mailing address**

**Randy Westerman**
**3354 Harvey lake Rd**
**Highland, CA 48356**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.512 9**

**Nonpriority creditor's name and mailing address**

**Raphael Bettencourt**
**129 Merchants Ave**
**Taftville, CT 06360**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.513 0**

**Nonpriority creditor's name and mailing address**

**Raphael Bettencourt**
**129 merchants av**
**Taftville, CT 06380**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.513 1**

**Nonpriority creditor's name and mailing address**

**Raphaelle Baguio**
**4828 62nd St**
**SAN DIEGO, CA 92115-2535**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.513 2**

**Nonpriority creditor's name and mailing address**

**Raquel Clavette**
**954 NE Pennington Loop**
**COUPEVILLE, WA 98239**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.513 3**

**Nonpriority creditor's name and mailing address**

**Raquel Darensburg**
**278 Walkinshaw Ave**
**Las Vegas, NV 89148**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.513 4**

**Nonpriority creditor's name and mailing address**

**Raquel Peterson**
**3338 River Bottom Rd**
**Cary, NC 27519**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.513 5**

**Nonpriority creditor's name and mailing address**

**Raul Esteras**
**1329 Front Avenue**
**Apt #427**
**Columbus, GA 31901**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.513 6**

**Nonpriority creditor's name and mailing address**

**Raul Giorgi**
**177 Bloomhill Place**
**The Woodlands, TX 77354**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.513 7**

**Nonpriority creditor's name and mailing address**

**Raul Gonzalez**
**3830 SW 124th Ct**
**Miami, FL 33175**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.513 8**

**Nonpriority creditor's name and mailing address**

**Raul Gonzalez**
**3830 SW 124th Ct**
**Miami, FL 33175**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.513 9**

**Nonpriority creditor's name and mailing address**

**Raul Jimenez**
**11045 Victoria Ave**
**Riverside, CA 92503**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.514 0**

**Nonpriority creditor's name and mailing address**

**Raul Macz**
**1919 Anaheim Ave**
**5**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.514 1**

**Nonpriority creditor's name and mailing address**

**Raven Raven**
**1205 e 9th**
**Austin, TX 78702**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                        Case number (if known) _____
_____
Name

---

**3.514
2**

**Nonpriority creditor's name and mailing address**

**Raven Raven**
**3746 Delgany Street**
**Denver, CO 80216**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.514
3**

**Nonpriority creditor's name and mailing address**

**Raven Stephens**
**10526 Cedar Run CT**
**Las Vegas, NV 89135**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.514
4**

**Nonpriority creditor's name and mailing address**

**Ravi Abuvala**
**267 Wilderness Way**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.514
5**

**Nonpriority creditor's name and mailing address**

**Ravi Abuvala**
**267 Wilderness Way**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.514
6**

**Nonpriority creditor's name and mailing address**

**Ravi Narayan**
**5608 Malone Dr**
**Plano, TX 75093**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.514
7**

**Nonpriority creditor's name and mailing address**

**Ravi R Gandhi**
**1966 Port Nelson Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.514
8**

**Nonpriority creditor's name and mailing address**

**Ravishankar Ramaswami**
**748 West Valley Road**
**WAYNE, PA 19087**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.5149**

**Nonpriority creditor's name and mailing address**

**Ravn Whitington**
**11145 Rancho View Ct**
**TRUCKEE, CA 96161**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5150**

**Nonpriority creditor's name and mailing address**

**Ray Acosta**
**4824 Arboleda Drive**
**Fair oaks, CA 95628**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5151**

**Nonpriority creditor's name and mailing address**

**Ray Anderson**
**10855 Church St**
**1907**
**Rancho cucamonga, CA 91730**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5152**

**Nonpriority creditor's name and mailing address**

**Ray Barnard**
**304 Swallowtail Ln**
**Sebastian, FL 32958**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5153**

**Nonpriority creditor's name and mailing address**

**Ray Bonshire**
**1670 Moss Rose Way**
**Beaumont, CA 92223**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5154**

**Nonpriority creditor's name and mailing address**

**Ray Johnston**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5155**

**Nonpriority creditor's name and mailing address**

**RAY KUBACKI**
**13346 Pacchio St.**
**Venice, FL 34293**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.515 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ray kubacki**
**2404 warwick ave.**
**flower mound, TX 75028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**ray lombardo**
**370 flower st**
**costa mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ray Mathieson**
**13700 Perdido Key Drive**
**Suite 104**
**Pensacola, FL 32507**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.515 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ray Miranda**
**17 Leoole Way**
**Wailuku, HI 96793**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ray Morlock**
**27 Buttrick Rd Unit 6**
**Londonderry, NH 03053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ray Peterek**
**1719 Eubank Blvd NE**
**Albuquerque, NM 87112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.516 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ray Sigtermans**
**493 Lawyersville Rd**
**Cobleskill, NY 12043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.516
3**

**Nonpriority creditor's name and mailing address**

**Ray Stanton**
**367 Rochester**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred**  __2024__

**Last 4 digits of account number**  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.516
4**

**Nonpriority creditor's name and mailing address**

**Rayme Waters**
**290 Lombard Street**
**40**
**San Francisco, CA 94133**

**Date(s) debt was incurred**  __2025__

**Last 4 digits of account number**  __7__

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.516
5**

**Nonpriority creditor's name and mailing address**

**Rayme Waters**
**290 Lombard Street**
**40**
**San Francisco, CA 94133**

**Date(s) debt was incurred**  __2025__

**Last 4 digits of account number**  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.516
6**

**Nonpriority creditor's name and mailing address**

**Raymond Abracosa**
**1 Quail Ridge Rd South**
**Rolling Hills, CA 90274**

**Date(s) debt was incurred**  __2022__

**Last 4 digits of account number**  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.516
7**

**Nonpriority creditor's name and mailing address**

**Raymond Bond**
**3403 E Main St**
**Site 2812**
**Mesa, AZ 85213**

**Date(s) debt was incurred**  __2022__

**Last 4 digits of account number**  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.516
8**

**Nonpriority creditor's name and mailing address**

**Raymond Bond**
**2120 S US 40**
**MVRV Site S93**
**Heber City, UT 84032**

**Date(s) debt was incurred**  __2021__

**Last 4 digits of account number**  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.516
9**

**Nonpriority creditor's name and mailing address**

**Raymond Bonshire**
**1670 Moss Rose Way**
**Beaumont, CA 92223**

**Date(s) debt was incurred**  __2023__

**Last 4 digits of account number**  __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

---

**3.517 0**

**Nonpriority creditor's name and mailing address**                                                                    **$0.00**

**Raymond Brezden**
**17661 Falkirk Ln**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.517 1**

**Nonpriority creditor's name and mailing address**                                                                    **$0.00**

**Raymond campos**
**11802 grayling ave**
**whittier, CA 90604**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.517 2**

**Nonpriority creditor's name and mailing address**                                                                    **$0.00**

**Raymond Chavez**
**1308 Ashcroft Lane**
**San Jose, CA 95118**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.517 3**

**Nonpriority creditor's name and mailing address**                                                                    **$0.00**

**Raymond Chavez**
**1308 Ashcroft Ln**
**San Jose, CA 95118-3507**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.517 4**

**Nonpriority creditor's name and mailing address**                                                                    **$0.00**

**Raymond Chavez**
**1308 Ashcroft Ln**
**San Jose, CA 95118-3507**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.517 5**

**Nonpriority creditor's name and mailing address**                                                                    **$0.00**

**Raymond Chavez**
**25801 Pacific coast highway**
**Malibu, CA 90265**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

**3.517 6**

**Nonpriority creditor's name and mailing address**                                                                    **$0.00**

**Raymond Cherrier**
**311 Avenida Adobe**
**San Clemente, CA 92672**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.517 7**

**Nonpriority creditor's name and mailing address**

**Raymond Doty**
**710 taghkanic road**
**Elizaville, NY 12523**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.517 8**

**Nonpriority creditor's name and mailing address**

**Raymond Fairbanks**
**2142 Fawndale Lane**
**Lincoln, CA 95648**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.517 9**

**Nonpriority creditor's name and mailing address**

**Raymond Gonzalez**
**2585 Orange Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.518 0**

**Nonpriority creditor's name and mailing address**

**Raymond Green**
**102 Iliad Dr**
**Tinley Park, IL 60477**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.518 1**

**Nonpriority creditor's name and mailing address**

**raymond jackson**
**508A 35th st**
**newport beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.518 2**

**Nonpriority creditor's name and mailing address**

**Raymond Lachapelle**
**106 Newport St**
**Brooklyn, NY 11212**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.518 3**

**Nonpriority creditor's name and mailing address**

**Raymond Miranda**
**7025 N. Maple Ave, Suite 108**
**Fresno, CA 93720**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.518
4**

**Nonpriority creditor's name and mailing address**
**Raymond Olson**
**1821 Wood Lane**
**Green Bay, WI 54304**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.518
5**

**Nonpriority creditor's name and mailing address**
**Raymond Peterek**
**1719 EUBANK BLVD NE**
**ALBUQUERQUE, NM 87112**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.518
6**

**Nonpriority creditor's name and mailing address**
**Raymond Soto**
**5763 Mountain View Ave**
**Riverside, CA 92504**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.518
7**

**Nonpriority creditor's name and mailing address**
**Raympnd DeSocio**
**10061 West Verona Circle**
**Vero Beach, FL 32966**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.518
8**

**Nonpriority creditor's name and mailing address**
**Reagan Diani**
**1618 Irvine Ave**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.518
9**

**Nonpriority creditor's name and mailing address**
**Reann Harms**
**110 Pintail way**
**Lake Frederick, VA 22630**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.519
0**

**Nonpriority creditor's name and mailing address**
**REBECA ARGILAGOS**
**435 MATARES DR**
**PUNTA GORDA, FL 33950**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.519<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**REBECA ARGILAGOS**
**435 MATARES DRIVE**
**PUNTA GORDA, FL 33186**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2021_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Rebecca A. Meredith**
**5895 North Highland Park Drive**
**Hernando, FL 34442**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Rebecca Agnew**
**1582 Ponderosa St**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Rebecca Bailey**
**320 NW 79th St**
**Seattle, WA 98117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2024_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Rebecca Bailey**
**320 NW 79th St.**
**Seattle, WA 98117**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2022_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Rebecca Baldwin-Brown**
**3321 Thomas Drive**
**Palo Alto, CA 94303**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.519<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Rebecca Baldwin-Brown**
**1711 Bridgeport Dr NE**
**Atlanta, GA 30329**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** _2025_

**Basis for the claim:** _Warranty_

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                    Case number (if known) _____
      Name

---

**3.5198**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*          **$0.00** |

**Rebecca Barnica**
**1833 N 25th St**
**Sheboygan, WI 53081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5199**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Rebecca Bethell**
**511 El Modena Ave.**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5200**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**REBECCA BROWNING**
**1953 HAMER DR**
**PLACENTIA, CA 92870**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5201**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Rebecca Bulsombut**
**5872 Meinhardt Road**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5202**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Rebecca Crummey**
**2121 Routt Street**
**Lakewood, CO 80215**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5203**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Rebecca Dahlberg**
**220 Beckett Place**
**Apt A**
**Grover Beach, CA 93433**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.5204**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Rebecca Dawson-Davis**
**6651 Landis Mill Rd**
**CENTER VALLEY, PA 18034-9557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.520 5**

**Nonpriority creditor's name and mailing address**

**Rebecca Dickson**
**1030 Caughlin Crossing**
**Reno, NV 89519**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.520 6**

**Nonpriority creditor's name and mailing address**

**Rebecca Dickson**
**15 Sawbuck Rd**
**Reno, NV 89519**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.520 7**

**Nonpriority creditor's name and mailing address**

**Rebecca Doherty**
**F20 Shirley Ln.**
**Lawrenceville, NJ 08648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.520 8**

**Nonpriority creditor's name and mailing address**

**Rebecca Ekstedt**
**4545 Oceanridge Dr.**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.520 9**

**Nonpriority creditor's name and mailing address**

**Rebecca Grant**
**433 Richeau Rd**
**Wheatland, WY 82201**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.521 0**

**Nonpriority creditor's name and mailing address**

**rebecca gutierrez**
**1154 e ridgewood st**
**Long Beach, CA 90807**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.521 1**

**Nonpriority creditor's name and mailing address**

**Rebecca Hall**
**5964 Crestwood Circle**
**Birmingham, AL 35212**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.521 2**

**Nonpriority creditor's name and mailing address**

**Rebecca Halstead**
**17351 Avalon Ln**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.521 3**

**Nonpriority creditor's name and mailing address**

**Rebecca Heller**
**2008 Wimbledon Drive**
**Thomasville, GA 31792**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.521 4**

**Nonpriority creditor's name and mailing address**

**Rebecca Horn**
**5 Lone Oak Circle**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.521 5**

**Nonpriority creditor's name and mailing address**

**Rebecca Luce**
**409 San Antonio blvd**
**Norfolk, VA 23505**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.521 6**

**Nonpriority creditor's name and mailing address**

**Rebecca Macias**
**1013 Oak Ave.**
**Davis, CA 95616**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.521 7**

**Nonpriority creditor's name and mailing address**

**Rebecca Macias**
**1013 Oak Ave**
**Davis, CA 95616**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.521 8**

**Nonpriority creditor's name and mailing address**

**Rebecca McNally**
**7617 Curiosity Avenue**
**Las Vegas, NV 89131**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
      Name

---

| 3.521<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rebecca Niemela**
**115 Pleasant Ave**
**Cokato, MN 55321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number _ _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rebecca Obert**
**14 Cedar Ridge Lane**
**Randolph, NJ 07869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rebecca Phineas**
**307 W. Sandison Street**
**Wilmington, CA 90744**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rebecca Read**
**116 Geneva St.**
**Decatur, GA 30030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _ _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rebecca Ross**
**745 Tennyson Dr**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rebecca Ross**
**745 Tennyson Dr**
**Gilroy, CA 95020**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.522<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rebecca Rushton**
**1512 Otis Drive**
**Longmont, CO 80504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                **Schedule E/F: Creditors Who Have Unsecured Claims**                Page  747 of 1405

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
         Name

---

**3.522 6**

**Nonpriority creditor's name and mailing address**

**Rebecca Schubert**
**2737 Plumb Dr**
**Tustin, CA 92782**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.522 7**

**Nonpriority creditor's name and mailing address**

**Rebecca specht**
**20871 national lane**
**huntington beach, CA 92646**

Date(s) debt was incurred __**2020**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.522 8**

**Nonpriority creditor's name and mailing address**

**REBECCA STANDISH**
**7405 S. Grant Hwy**
**Marengo, IL 60152-9442**

Date(s) debt was incurred __**2024**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.522 9**

**Nonpriority creditor's name and mailing address**

**Rebecca Stoller**
**5735 31st Ave NE**
**Seattle, WA 98105**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.523 0**

**Nonpriority creditor's name and mailing address**

**Rebecca Villalobos**
**13057 Wool Ave**
**San Jose, CA 95111**

Date(s) debt was incurred __**2021**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.523 1**

**Nonpriority creditor's name and mailing address**

**Rebecca Villalobos**
**13057 Wool Ave**
**San Jose, CA 95111**

Date(s) debt was incurred __**2021**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.523 2**

**Nonpriority creditor's name and mailing address**

**Rebecca Weinberg**
**7385 Quaking Aspen St**
**Las Vegas, NV 89149**

Date(s) debt was incurred __**2025**__

Last 4 digits of account number __**7**__

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
          Name

---

**3.523
3**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                          **$0.00**

**Rebecca Weinberg**                                                ☐ Contingent
**49 Prospect Ave**                                                 ☐ Unliquidated
**Long Beach, CA 90803**                                            ☐ Disputed

Date(s) debt was incurred  **2023**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.523
4**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                          **$0.00**

**Rebecca Wittrock**                                                ☐ Contingent
**3771 Lincolnwood Dr**                                             ☐ Unliquidated
**Santa Barbara, CA 93110**                                         ☐ Disputed

Date(s) debt was incurred  **2023**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.523
5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                          **$0.00**

**Rebecca Wittrock**                                                ☐ Contingent
**1510 Old Newport Blvd.**                                          ☐ Unliquidated
**Newport Beach, CA 92663**                                         ☐ Disputed

Date(s) debt was incurred  **2023**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.523
6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                          **$0.00**

**Rebekah Collins-Cronkright**                                      ☐ Contingent
**1204 W Maxwell Ave**                                              ☐ Unliquidated
**Apt 2**                                                           ☐ Disputed
**Spokane, WA 99201**

Date(s) debt was incurred  **2024**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.523
7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                          **$0.00**

**Rebekah Devine**                                                  ☐ Contingent
**3063 N Desert Stone Pl**                                          ☐ Unliquidated
**Tucson, AZ 85716**                                                ☐ Disputed

Date(s) debt was incurred  **2020**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.523
8**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                          **$0.00**

**Rebekah Kellinger**                                               ☐ Contingent
**505 Grove Street**                                                ☐ Unliquidated
**Unit15**                                                          ☐ Disputed
**Sewickley, PA 15143**

Date(s) debt was incurred  **2023**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.523
9**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                          **$0.00**

**Rebekah Noblett**                                                 ☐ Contingent
**132 Clearbrook Lane**                                             ☐ Unliquidated
**Costa Mesa, CA 92626**                                            ☐ Disputed

Date(s) debt was incurred  **2023**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.524 0**

**Nonpriority creditor's name and mailing address**
**Rebekka Hom**
**448 Castle Pines Drive**
**akron, OH 44333**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.524 1**

**Nonpriority creditor's name and mailing address**
**Red Mountain Cycle**
**580 E Main St**
**Vernal, UT 84078**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.524 2**

**Nonpriority creditor's name and mailing address**
**Reed Bernet**
**820 Mission Street**
**Unit 302**
**South Pasadena, CA 91030**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.524 3**

**Nonpriority creditor's name and mailing address**
**Reed Morrison**
**1100 Cambridge Ln.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.524 4**

**Nonpriority creditor's name and mailing address**
**Reed Robertson**
**1510 Old Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.524 5**

**Nonpriority creditor's name and mailing address**
**Reese Keefer**
**11790 Carmel Creek Road**
**Apt. A205**
**San Diego, CA 92130**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.524 6**

**Nonpriority creditor's name and mailing address**
**Reese Layton**
**2116 Laurel St**
**Melissa, TX 75454**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.524
7**

**Nonpriority creditor's name and mailing address**

**Reg Lay**
**208 Cascade Road**
**Stamford, CT 06903**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.524
8**

**Nonpriority creditor's name and mailing address**

**Regan Davis**
**6201 Glademont Ct**
**Carmichael, CA 95608**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.524
9**

**Nonpriority creditor's name and mailing address**

**Reggie Garcia**
**2221 N Arbor Ave**
**Hanford, CA 93230**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.525
0**

**Nonpriority creditor's name and mailing address**

**Regina Bolding**
**32 Crossroads Rd**
**Alamo, TN 38001**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.525
1**

**Nonpriority creditor's name and mailing address**

**Regina Canto**
**3111 Samoa Place**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.525
2**

**Nonpriority creditor's name and mailing address**

**Regina Canto**
**3111 samoa Place**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.525
3**

**Nonpriority creditor's name and mailing address**

**Regina Peterson**
**605 Blossom Ct**
**Pleasanton, CA 94566**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.525 4**

**Nonpriority creditor's name and mailing address**

**Regina Pollock**
**526 N President Ave**
**Lancaster, PA 17603**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 5**

**Nonpriority creditor's name and mailing address**

**Reginald Rivers**
**5300 Meadow Brook Rd**
**BIRMINGHAM, AL 35242**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 6**

**Nonpriority creditor's name and mailing address**

**Regis Dobrunick**
**1435 Monter Avenue**
**Louisville, OH 44641**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 7**

**Nonpriority creditor's name and mailing address**

**Reid Austin**
**21672 Kaneohe Ln.**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 8**

**Nonpriority creditor's name and mailing address**

**Reid Winthrop**
**2220 Alta Vista Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.525 9**

**Nonpriority creditor's name and mailing address**

**Reilly Curran**
**111 Bowe Lane**
**Lagrangeville, NY 12540**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.526 0**

**Nonpriority creditor's name and mailing address**

**Reilly Curran**
**111 Bowe Lane**
**Lagrangeville, NY 12540**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.526**
**1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Reina Dotzler** | ☐ Contingent | |
| **2231 Wilmar Ave** | ☐ Unliquidated | |
| **Oceano, CA 93445** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.526**
**2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Reina Wiest Dotzler** | ☐ Contingent | |
| **2231 Wilmar Ave** | ☐ Unliquidated | |
| **Oceano, CA 93445** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.526**
**3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Remy Carpenter** | ☐ Contingent | |
| **21372 Brookhurst St** | ☐ Unliquidated | |
| **Unit #416** | ☐ Disputed | |
| **Huntington Beach, CA 92646** | | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.526**
**4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Rena Garner** | ☐ Contingent | |
| **45370 US Highway 65** | ☐ Unliquidated | |
| **Derby, IA 50068** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.526**
**5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Renae Gonzalez** | ☐ Contingent | |
| **5420 Old Wagon Ln** | ☐ Unliquidated | |
| **Salida, CA 95368** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.526**
**6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Renae Kester** | ☐ Contingent | |
| **1715 S Incline Dr** | ☐ Unliquidated | |
| **GREENACRES, WA 99016** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.526**
**7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Renan Da Silva** | ☐ Contingent | |
| **21052 Hagerstown Cir** | ☐ Unliquidated | |
| **HUNTINGTON BEACH, CA 92646** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.526 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Renard Allen**
**9701ford avenue suite b**
**Richmond hill, GA 31324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.526 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Renard Allen**
**2162 John Luther branch road**
**Glennville, GA 30427**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Renda VanDoren**
**5713 Saybrook Cir**
**Sanford, FL 32771-0137**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rene Brock**
**3616 Jerry Red Road**
**PLANT CITY, FL 33565**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rene Cimarusti**
**11411 Kensington Rd**
**Rossmoor, CA 90720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Rene Inzana**
**1865 E Lone Shore Ln**
**Eagle, ID 83616-7354**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.527 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |

**Renee Bain**
**21231 Cupar Ln**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.527 5**

**Nonpriority creditor's name and mailing address**

**Renee Bradley**
**583 Echo Ct**
**Saline, MI 48176-1270**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.527 6**

**Nonpriority creditor's name and mailing address**

**Renee Carnival**
**17692 Gainsford Lane**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.527 7**

**Nonpriority creditor's name and mailing address**

**Renee Deering**
**1483 Cardiff Dr**
**Gardnerville, NV 89410**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.527 8**

**Nonpriority creditor's name and mailing address**

**Renee DeJonge**
**18701 San Carlos Blvd Lot 18**
**Ft Myers Beach, FL 33931**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.527 9**

**Nonpriority creditor's name and mailing address**

**Renee Ferraro**
**30 Plainfield St**
**Waban, MA 02468**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.528 0**

**Nonpriority creditor's name and mailing address**

**renee fini**
**15133 bel estos drive**
**san jose, CA 95124**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.528 1**

**Nonpriority creditor's name and mailing address**

**Renee M Morales**
**1801 Alabama St. #B**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
                     Name

---

**3.528 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|

**Renee Mclaren**
**5303 Seashore Dr**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528 3**

**Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Renee Younkin**
**2779 Wildcat Ln**
**Riverside, CA 92503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528 4**

**Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Renee Zack**
**5474 E Big Sky Lane**
**Anaheim, CA 92807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528 5**

**Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Renee Zapf**
**8521 N Kellogg St**
**PORTLAND, OR 97203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528 6**

**Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Rennard Bommarito**
**3213 country bluff dr.**
**Saint charles, MO 63301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528 7**

**Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Renson Ramirez**
**9803 micheal edward dr apt 4**
**Apt 4**
**Louisville, KY 40291**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.528 8**

**Nonpriority creditor's name and mailing address**            **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Rett Coluccio**
**1857 irvine ave.**
**newport beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.528 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Reuben Canales**
**2486 S Delaware Ave**
**Milwaukee, WI 53207**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Reuben Reese**
**10 Rook Lane**
**Carrollton, GA 30116-7460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Reuben Spake**
**11436 County Road 1259**
**Flint, TX 75762-9214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rex Klopfer**
**21 Melodylane**
**Irvine, CA 92614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rex Litchfield**
**90 Woodland Dr.**
**Bedford, WY 83112**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rey Ortiz**
**15368 129TH ST**
**LEMONT, IL 60439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.529 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Reyn Carpenter**
**5370 East Craig rd**
**Apt 2419 Bldg 16**
**Las Vegas, NV 89115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.529 6**

**Nonpriority creditor's name and mailing address**

**Reyna T Rodriguez**
**10622 Sandpiper dr**
**houston, TX 77096**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.529 7**

**Nonpriority creditor's name and mailing address**

**Reyne Rocha**
**17012 Steven Street**
**Gardena, CA 90247**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.529 8**

**Nonpriority creditor's name and mailing address**

**Reyne Rocha**
**17012 Steven Street**
**Gardena, CA 90247**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.529 9**

**Nonpriority creditor's name and mailing address**

**Rhett Marek**
**61a surfside ave**
**Surfside, CA 90743**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.530 0**

**Nonpriority creditor's name and mailing address**

**Rhett Marek**
**4295 Wagon Trail Ave**
**Suite B**
**Las Vegas, NV 89118**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.530 1**

**Nonpriority creditor's name and mailing address**

**Rhiannon Casey**
**626 Amador St**
**Richmond, CA 94805**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.530 2**

**Nonpriority creditor's name and mailing address**

**Rhiannon Holcombe**
**15041 S Van Dyke Rd Bldg 105**
**Plainfield, IL 60544-5810**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.                $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**
_____   Case number (if known) _____
Name

---

**3.530 3**

**Nonpriority creditor's name and mailing address**
**Rhoades Vinck**
**1500 Mesa Verde Dr E Unit B124**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.530 4**

**Nonpriority creditor's name and mailing address**
**Rhonda Beylik**
**2 Charlotte**
**Irvine, CA 92603**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.530 5**

**Nonpriority creditor's name and mailing address**
**Rhonda Buckner**
**17 Antigua**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.530 6**

**Nonpriority creditor's name and mailing address**
**Rhonda Church**
**23400 N 12131 E**
**Fairview, UT 84629**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.530 7**

**Nonpriority creditor's name and mailing address**
**Rhonda Church**
**437 N milburn road**
**Fairview, UT 84629**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.530 8**

**Nonpriority creditor's name and mailing address**
**Rhonda Davidson**
**6550 Eberle St.**
**Lakewood, CA 90713**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.530 9**

**Nonpriority creditor's name and mailing address**
**Rhonda Davidson**
**6550 Everle St**
**Lakewood, CA 90713**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.531 0**

**Nonpriority creditor's name and mailing address**

**Rhonda Dilley**
**901 NW Ward Road**
**#400**
**Lee's Summit, MO 64086**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.531 1**

**Nonpriority creditor's name and mailing address**

**Rhonda Leguina**
**219 Fairway Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.531 2**

**Nonpriority creditor's name and mailing address**

**Rhonda Leguina**
**219 Fairway Pl.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.531 3**

**Nonpriority creditor's name and mailing address**

**Rhonda Marin Ruff**
**606 Purdue Rd**
**Bradenton, FL 34207-5732**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.531 4**

**Nonpriority creditor's name and mailing address**

**Rhonda Robinson**
**16445 Lazare Ln**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.531 5**

**Nonpriority creditor's name and mailing address**

**Rhonda Ruff**
**606 Purdue Rd**
**Bradenton, FL 34207**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.531 6**

**Nonpriority creditor's name and mailing address**

**Rhonda Ruff**
**606 Purdue Rd**
**Bradenton, FL 34207-5732**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.531 7**

**Nonpriority creditor's name and mailing address**

**Rhonda Scruggs**
**653 Stadtbach**
**New Braunfels, TX 78130**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.531 8**

**Nonpriority creditor's name and mailing address**

**Rhonda Shanika-Croy**
**1015 Forder Road**
**St. Louis, MO 63129**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.531 9**

**Nonpriority creditor's name and mailing address**

**Rhyan Lopez**
**4425 Roosavelt Street**
**Chino, CA 91710**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.532 0**

**Nonpriority creditor's name and mailing address**

**Rhys Nevarez**
**718 Golden Prados Dr**
**Diamond Bar, CA 91765**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.532 1**

**Nonpriority creditor's name and mailing address**

**Riana Espino**
**122A Kahako Street**
**Kailua, HI 96734**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.532 2**

**Nonpriority creditor's name and mailing address**

**Riana Espino**
**122 kahako st**
**A**
**Kailua, HI 96734**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.532 3**

**Nonpriority creditor's name and mailing address**

**Ricardo Campos**
**1650 Wewatta Street**
**Apt 1120**
**Denver, CO 80202**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.532 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ricardo Campos**
**1650 Wewatta Street**
**Apt 825**
**Denver, CO 80202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ricardo Cervantes**
**17062 Harbor Bluffs Cr**
**Unit A**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ricardo Garibay**
**14580 S 182nd Ln**
**Goodyear, AZ 85338**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ricardo Lombana**
**225 Walford Way**
**Cary, NC 27519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ricardo Lombana**
**225 Walford Way**
**Cary, NC 27519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.532 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ricardo Luces**
**900 BISCAYNE BLVD**
**3410**
**Miami, FL 33132**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.533 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ricardo Mena Rivera**
**10820 sunnyslope dr**
**Riverside, CA 92505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ____

Is the claim subject to offset? ■ No  ☐ Yes

---

**Debtor**    **Electric Bike Company, LLC**

Name

Case number (if known) _____

| 3.533 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ricardo Saldivar**
**1727 41st Ave SW**
**Seattle, WA 98116**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.533 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Riccardo Ruggiero**
**3434 Timber Lake**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.533 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rich Baldwin**
**21401 NE Sandy Blvd**
**Lot 160**
**Fairview, OR 97024**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.533 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rich Erb**
**80 Mine Rd**
**oley, PA 19547**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.533 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**rich gismonde**
**47000 HULL RD**
**Belleville, MI 48111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.533 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**rich gismonde**
**47000 HULL RD**
**Belleville, MI 48111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.533 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rich Hubbard**
**1 Meadow Dr**
**Littleton, MA 01460-2204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ☑ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.533 8**

**Nonpriority creditor's name and mailing address**
**Rich Kofron**
**27911 Via Estancia**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.533 9**

**Nonpriority creditor's name and mailing address**
**rich morgan**
**1910 Bell RD.**
**Minooka, IL 60447**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.534 0**

**Nonpriority creditor's name and mailing address**
**Rich Quintana**
**461 Anchors Weigh**
**Avon Lake, OH 44013**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.534 1**

**Nonpriority creditor's name and mailing address**
**Rich Reid**
**19342 Sailwind Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.534 2**

**Nonpriority creditor's name and mailing address**
**Rich Traub**
**1216 Chadwick Lane**
**West Dundee, IL 60118**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.534 3**

**Nonpriority creditor's name and mailing address**
**Rich Zelasko**
**2700 Squirrel Road**
**Bloomfield Hills, MI 48304**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.534 4**

**Nonpriority creditor's name and mailing address**
**Rich Zogaric**
**2601 Piedra Verde**
**Placerville, CA 95667**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.534
5**

**Nonpriority creditor's name and mailing address**

**Rich Zogaric**
**2601 Piedra Verde**
**Placerville, CA 95667**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.534
6**

**Nonpriority creditor's name and mailing address**

**Richard Adray**
**1 Rue Valbonne**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.534
7**

**Nonpriority creditor's name and mailing address**

**Richard Alvarado**
**1447 W 66th St**
**Los Angeles, CA 90047**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.534
8**

**Nonpriority creditor's name and mailing address**

**Richard Anderson III**
**1731 Via Genoa**
**WINTER PARK, FL 32789**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.534
9**

**Nonpriority creditor's name and mailing address**

**Richard Andino**
**16031 Santa Barbara Ln**
**5**
**Huntington Beach, CA 92649**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.535
0**

**Nonpriority creditor's name and mailing address**

**Richard Andino**
**16031 Santa Barbara Ln**
**Huntington Beach, CA 92649**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.535
1**

**Nonpriority creditor's name and mailing address**

**Richard Apolskis**
**7 Stonehenge Drive**
**Bentonville, AR 72712**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.535 2**

**Nonpriority creditor's name and mailing address**

**Richard Ardoin**
**1955 Rolling Stone Dr.**
**Friendswood, TX 77546**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 3**

**Nonpriority creditor's name and mailing address**

**Richard Aunkst**
**7445 Hellman Ave**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 4**

**Nonpriority creditor's name and mailing address**

**Richard Bailey**
**450 S. Abel St #360168**
**Milpitas, CA 95036**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 5**

**Nonpriority creditor's name and mailing address**

**Richard Baker**
**1801 Wedemeyer Street #610**
**San Francisco, CA 94129**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 6**

**Nonpriority creditor's name and mailing address**

**Richard Barron**
**3630 Landfair Rd**
**Pasadena, CA 91107**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 7**

**Nonpriority creditor's name and mailing address**

**Richard Bergfeld**
**2335 Canyon View Glen**
**Escondido, CA 92026**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.535 8**

**Nonpriority creditor's name and mailing address**

**Richard Bertain**
**2915 Remy Place**
**Burbank, CA 91504**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.535 9**

**Nonpriority creditor's name and mailing address**

**Richard Bray**
**34297 Urbans Point Rd**
**Crosslake, MN 56442**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.536 0**

**Nonpriority creditor's name and mailing address**

**Richard Bray**
**6983 Highover Dr.**
**Chanhassen, MN 55317**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.536 1**

**Nonpriority creditor's name and mailing address**

**Richard Broers**
**1520 E. Capitol Expwy #164**
**San Jose, CA 95121**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.536 2**

**Nonpriority creditor's name and mailing address**

**Richard Broestler**
**15650 E Alameda Pkwy,**
**Apt #120**
**Aurora, CO 80017-2243**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.536 3**

**Nonpriority creditor's name and mailing address**

**Richard Carson**
**1308 Chateau Montelena**
**Bonsall, CA 92003**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.536 4**

**Nonpriority creditor's name and mailing address**

**Richard Carter**
**795 County Road 1 lot 80**
**Palm Harbor, FL 34683**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.536 5**

**Nonpriority creditor's name and mailing address**

**Richard Carter**
**1714 County Road 1 #3**
**Dunedin, FL 34698**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                    Case number (if known) _____
          Name

---

| 3.536 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Carter**
**795 County Road 1 Lot 80**
**Palm Harbor, FL 34683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Carter**
**1714 County Road 1**
**#3**
**Dunedin, FL 34698**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Carter**
**795 Co Rd 1**
**#80**
**Palm Harbor, FL 34683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2024__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.536 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Carter**
**795 County Road 1**
**Lot 80**
**Palm Harbor, FL 34683**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2023__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Chaibun**
**5605 Shady Glen Pl**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2025__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Cho**
**14707 NE 164th Street**
**Woodinville, WA 98072**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2023__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.537 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Cocanour**
**913 Albert Way**
**Nipomo, CA 93444**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred** __2021__

**Basis for the claim:** __Warranty__

**Last 4 digits of account number** _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

3.537
3

**Nonpriority creditor's name and mailing address**
**Richard Coffey**
**24881 Danafir**
**Dana Point, CA 92629**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.537
4

**Nonpriority creditor's name and mailing address**
**Richard Coffey**
**24881 Danafir**
**Dana Point, CA 92629**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.537
5

**Nonpriority creditor's name and mailing address**
**Richard Cole**
**12001 Bel Air Crest Road**
**Los Angeles, CA 90077**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.537
6

**Nonpriority creditor's name and mailing address**
**Richard Coles**
**154 Electric Ave.**
**Seal Beach, CA 90740**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.537
7

**Nonpriority creditor's name and mailing address**
**Richard Cunningham**
**107 Chandon**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.537
8

**Nonpriority creditor's name and mailing address**
**Richard Damm**
**974 Pacific Street**
**Baldwin Harbor, NY 11510**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.537
9

**Nonpriority creditor's name and mailing address**
**Richard Daunch**
**4553 California Ave**
**Norco, CA 92860**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.538 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Daunch**
**4553 California Ave**
**Norco, CA 92860**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Decastro**
**52245 Avenida Diaz**
**La Quinta, CA 92253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard DeCormis**
**1411 18th st W**
**Bradenton, FL 34205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Delgado**
**13012 Rosalind Dr**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Di Fortuna**
**2 Annapolis Dr**
**Hazlet, NJ 07730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Dobell**
**578 Thomas Rd**
**Lyndhurst, ON K0E1N0**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Richard Downs**
**27516 Oakdale Rd**
**Waverly, VA 23890**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __Electric Bike Company, LLC__                                          Case number (if known) _____
     Name

---

| 3.538<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Dutch**
**539 Westminster Ave.**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Dutch**
**539 Westminster Ave.**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.538<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Eason**
**4913 Gulf Dr**
**Holmes Beach, FL 34217-1839**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Edwards**
**107 N Main St**
**Yardley, PA 19067**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Emerton**
**82691 Conquistador Court**
**Indio, CA 92201**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Everill**
**1777 Chestnut Pl**
**1932**
**Denver, CO 80202**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.539<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Fatigate**
**1750 6th Avenue**
**Vero Beach, FL 32960**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

| | |
|---|---|
| 3.539<br>4 | |

**Nonpriority creditor's name and mailing address**

**Richard Ferris**
**3565 onondaga road**
**Eaton Rapids, MI 48827**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.539<br>5 | |

**Nonpriority creditor's name and mailing address**

**Richard Finnigan**
**3060 NW Hidden Ridge Drive**
**Bend, OR 97703**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.539<br>6 | |

**Nonpriority creditor's name and mailing address**

**Richard Frank**
**9327 Swan Lake Dr**
**Granite Bay, CA 95746**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.539<br>7 | |

**Nonpriority creditor's name and mailing address**

**Richard Freeman**
**1224 Dorado Way**
**Gulf Shores, AL 36542**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.539<br>8 | |

**Nonpriority creditor's name and mailing address**

**Richard Gonzales**
**911 Cliff Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.539<br>9 | |

**Nonpriority creditor's name and mailing address**

**Richard Gudoian**
**87429 Old Highway**
**Islamorada, FL 33036**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| 3.540<br>0 | |

**Nonpriority creditor's name and mailing address**

**Richard Hannan**
**928 Waterloo Geneva Rd**
**Waterloo, NY 13165**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.540**
**1**

**Nonpriority creditor's name and mailing address**

**Richard Hannon**
**745 Claremont Rd**
**Billings, MT 59105**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.540**
**2**

**Nonpriority creditor's name and mailing address**

**Richard Hannon**
**1041 Morning Glory Lane**
**Powell, WY 82435**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.540**
**3**

**Nonpriority creditor's name and mailing address**

**Richard Hannon**
**1041 Morning Glory Ln**
**Powell, WY 82435**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.540**
**4**

**Nonpriority creditor's name and mailing address**

**Richard Hannon**
**1041 Morning Glory Lane**
**Powell, WY 82435**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.540**
**5**

**Nonpriority creditor's name and mailing address**

**Richard Harris**
**8142 Woolburn Drive**
**Huntiington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.540**
**6**

**Nonpriority creditor's name and mailing address**

**Richard Hassan**
**53580 Avenida Rubio**
**La Quinta, CA 92253**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.540**
**7**

**Nonpriority creditor's name and mailing address**

**Richard Hassan**
**4564 Welborn Drive**
**Sherrills Ford, NC 28673**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.5408**

**Nonpriority creditor's name and mailing address**

**Richard Hayward**
**19 Malibu**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5409**

**Nonpriority creditor's name and mailing address**

**Richard Hendry**
**6561 JEREMIE DR**
**SAN JOSE, CA 95120**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5410**

**Nonpriority creditor's name and mailing address**

**RICHARD HILL**
**7859 CAMINO DEL ENCINA DRIVE**
**REDDING, CA 96001**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5411**

**Nonpriority creditor's name and mailing address**

**RICHARD HILL**
**310 HEMSTED DRIVE**
**SUITE 100**
**REDDING, CA 96002**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5412**

**Nonpriority creditor's name and mailing address**

**Richard Hoffman**
**959 Lansing Ln**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5413**

**Nonpriority creditor's name and mailing address**

**Richard Holbrook**
**128 Clizbe Ave**
**Amsterdam, NY 12010**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5414**

**Nonpriority creditor's name and mailing address**

**Richard Hoolihan**
**1030 Jimmy Circle**
**Las Vegas, NV 89123**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.541
5**

**Nonpriority creditor's name and mailing address**

**Richard Hoolihan**
**1030 Jimmy cir**
**Las Vegas, NV 89123**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.541
6**

**Nonpriority creditor's name and mailing address**

**Richard Horn**
**2455 H Road**
**Grand Junction, CO 81505**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.541
7**

**Nonpriority creditor's name and mailing address**

**Richard Ingerick**
**9627 Cinnamon Creek Drive**
**Vienna, VA 22182**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.541
8**

**Nonpriority creditor's name and mailing address**

**Richard J Bentham**
**1390 Kenyon St NW Apt 101**
**Washington, DC 20010-7220**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.541
9**

**Nonpriority creditor's name and mailing address**

**Richard Jobin**
**62 Oak Hill Drive**
**Loudon, NH 03307**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.542
0**

**Nonpriority creditor's name and mailing address**

**Richard Johnson**
**243 Alienta Lane**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.542
1**

**Nonpriority creditor's name and mailing address**

**Richard Johnson**
**2180 Magnolia Avenue**
**Petaluma, CA 94952**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

**3.542
2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Richard Johnson**
**2180 Magnolia Ave**
**Petaluma, CA 94952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542
3**

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Richard Kahn**
**9505 Mines Rd**
**Suite 207**
**Laredo, TX 78054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2020__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542
4**

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Richard Kanner**
**1209 N Pennsylvania St**
**Apt B**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542
5**

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Richard Kanner**
**1209 N Pennsylvania St.**
**Apt. B**
**Denver, CO 80203**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542
6**

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Richard Krause**
**2065 N. Shannon Ave.**
**Indiatlantic, FL 32903**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542
7**

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Richard LaRock**
**46745 Dorothy Drive**
**Sioux Falls, SD 57107**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.542
8**

**Nonpriority creditor's name and mailing address**        **As of the petition filing date, the claim is:** Check all that apply.        **$0.00**

**Richard LaRock**
**1601 S Larkspur Trl**
**Sioux Falls, SD 57106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**    Case number (if known) _____
_____
Name

---

| 3.542 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Richard LaValley**
**612 Winter St**    ☐ Contingent
**Superior, WI 54880-1352**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred **2025**    **Basis for the claim:  Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Richard Lawrie**
**3052 Sunset Court**    ☐ Contingent
**Norco, CA 92860**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred **2024**    **Basis for the claim:  Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Richard Lee**
**8707 Falmouth Ave**    ☐ Contingent
**Unit 203**    ☐ Unliquidated
**Playa Del rey, CA 90293**    ☐ Disputed

Date(s) debt was incurred **2023**    **Basis for the claim:  Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Richard Lee**
**8707 Falmouth Ave**    ☐ Contingent
**Unit 203**    ☐ Unliquidated
**Playa Del rey, CA 90293**    ☐ Disputed

Date(s) debt was incurred **2023**    **Basis for the claim:  Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Richard Lindgren**
**424 Avenida Mirola**    ☐ Contingent
**Palos Verdes Estates, CA 90274**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred **2021**    **Basis for the claim:  Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Richard Logan**
**2406 S Wyoming Ave.**    ☐ Contingent
**Boise, ID 83706**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred **2023**    **Basis for the claim:  Warranty**

Last 4 digits of account number __    Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.543 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**RIchard Lombano**
**225 Walford Way**    ☐ Contingent
**Cary, NC 27519**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred **2025**    **Basis for the claim:  Warranty**

Last 4 digits of account number **7**    Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
    Name

---

**3.543
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Richard Mack**                                ☐ Contingent
**15 Wayside Road**                            ☐ Unliquidated
**Burlington, MA 01803**                        ☐ Disputed

Date(s) debt was incurred  **2021**              **Basis for the claim:   Warranty**

Last 4 digits of account number __              Is the claim subject to offset?  ☐ No  ☐ Yes

---

**3.543
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Richard Mack**                                ☐ Contingent
**14 Rangeley Road**                            ☐ Unliquidated
**Winchester, MA 01890**                        ☐ Disputed

Date(s) debt was incurred  **2021**              **Basis for the claim:   Warranty**

Last 4 digits of account number __              Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.543
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Richard Mansir**                              ☐ Contingent
**388 ThreeMileHarbor H/C Rd.**                  ☐ Unliquidated
**East Hampton, NY 11937**                       ☐ Disputed

Date(s) debt was incurred  **2023**              **Basis for the claim:   Warranty**

Last 4 digits of account number __              Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.543
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Richard Martindill**                          ☐ Contingent
**12101 Dale Ave.**                             ☐ Unliquidated
**Spc. 51**                                     ☐ Disputed
**Stanton, CA 90680**

Date(s) debt was incurred  **2021**              **Basis for the claim:   Warranty**

Last 4 digits of account number __              Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.544
0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Richard Martindill**                          ☐ Contingent
**12101 Dale Ave.**                             ☐ Unliquidated
**51**                                          ☐ Disputed
**Stanton, CA 90680**

Date(s) debt was incurred  **2021**              **Basis for the claim:   Warranty**

Last 4 digits of account number __              Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.544
1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Richard Mayer**                               ☐ Contingent
**431 Locust Ave**                              ☐ Unliquidated
**GARWOOD, NJ 07027**                           ☐ Disputed

Date(s) debt was incurred  **2023**              **Basis for the claim:   Warranty**

Last 4 digits of account number __              Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.544
2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Richard McCarter**                            ☐ Contingent
**9944 Blossom Valley Road**                     ☐ Unliquidated
**El Cajon, CA 92021**                          ☐ Disputed

Date(s) debt was incurred  **2022**              **Basis for the claim:   Warranty**

Last 4 digits of account number __              Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.544 3**

**Nonpriority creditor's name and mailing address**

**Richard McCormack**
**2695 Canary Dr**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.544 4**

**Nonpriority creditor's name and mailing address**

**Richard Miele**
**214 Nw 14th St**
**Gainesville, FL 32603**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.544 5**

**Nonpriority creditor's name and mailing address**

**Richard Miele**
**2207 nw 121st ave**
**Gainesville, FL 32609**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.544 6**

**Nonpriority creditor's name and mailing address**

**Richard Mink**
**1260 Tamiami Trail S**
**Osprey, FL 34229**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.544 7**

**Nonpriority creditor's name and mailing address**

**Richard Mole**
**408 Hannon Ave.**
**Monterey, CA 93940**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.544 8**

**Nonpriority creditor's name and mailing address**

**Richard Montanez**
**37110 The GRVS**
**Palmdale, CA 93551**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.544 9**

**Nonpriority creditor's name and mailing address**

**Richard Myatt**
**6456 Bridget Ave**
**The Villages, FL 34762**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

| 3.545 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Myung**
**4250 Paper Mill Rd SE**
**Marietta, GA 30067**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.545 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Nichols**
**3820 Sunleaf Ave**
**Medford, OR 97504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.545 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Noel**
**18292 Roseate Drive**
**Lutz, FL 33558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.545 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Owens**
**17305 Falling Creek Ave**
**Bakersfield, CA 93314**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.545 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Peek**
**7323 Winding Lake Circle**
**Oviedo, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.545 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Pelo**
**3964 Honeycutt St**
**San Diego, CA 92109**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

| 3.545 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Richard Perez**
**605 Camp Ave**
**Gulfport, MS 39501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ☒ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____

Name

Case number (if known) _____

---

**3.545 7**

**Nonpriority creditor's name and mailing address**

**Richard Peterson**
**1342 San Marcos Ct**
**San Luis Obispo, CA 93401**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.545 8**

**Nonpriority creditor's name and mailing address**

**Richard Picard**
**102 Strong St.**
**Easthampton, MA 01027-2538**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.545 9**

**Nonpriority creditor's name and mailing address**

**Richard Picard**
**102 Strong Street**
**Easthampton, MA 01027**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.546 0**

**Nonpriority creditor's name and mailing address**

**Richard Plogger**
**907 Knightsbridge Lane**
**Redlands, CA 92374**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.546 1**

**Nonpriority creditor's name and mailing address**

**Richard Quesada**
**17915 Ibex Ave**
**Artesia, CA 90701**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.546 2**

**Nonpriority creditor's name and mailing address**

**Richard Quintana**
**461 Anchors Weigh**
**Avon Lake, OH 44012**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.546 3**

**Nonpriority creditor's name and mailing address**

**Richard Quintana**
**461 Anchors Weigh**
**AVON LAKE, OH 44012**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.546 4**

**Nonpriority creditor's name and mailing address**

**Richard Raab**
**320 Harbor Ridge Dr**
**Palm Harbor, FL 34683**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.546 5**

**Nonpriority creditor's name and mailing address**

**Richard Redmond**
**67 Olive Avenue**
**San Anselmo, CA 94960**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.546 6**

**Nonpriority creditor's name and mailing address**

**Richard Reid**
**19342 Sailwind Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.546 7**

**Nonpriority creditor's name and mailing address**

**Richard Reyes**
**4073 Sugar Maple Drive**
**Danville, CA 94506**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.546 8**

**Nonpriority creditor's name and mailing address**

**Richard Richard**
**1440 Beach Blvd**
**Unit 111**
**Biloxi, MS 39530**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.546 9**

**Nonpriority creditor's name and mailing address**

**Richard Richard**
**1440 Beach Blvd**
**Apt. 111**
**Biloxi, MS 39530**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.547 0**

**Nonpriority creditor's name and mailing address**

**Richard Roberts**
**13192 NE HIGHWAY WW**
**WINDSOR, MO 65360-2316**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.547**
**1**

**Nonpriority creditor's name and mailing address**

**Richard Rogers**
**125N.gilbert st.**
**apt104**
**Anaheim, CA 92801**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.547**
**2**

**Nonpriority creditor's name and mailing address**

**Richard Rogo**
**3609 Bernwood PL Unit 82**
**San Diego, CA 92130**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.547**
**3**

**Nonpriority creditor's name and mailing address**

**Richard Saffy**
**12 MEYERS CT**
**Greenville, SC 29609**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.547**
**4**

**Nonpriority creditor's name and mailing address**

**Richard Sauvageau**
**295 Sebago Rd**
**Naples, ME 04055**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.547**
**5**

**Nonpriority creditor's name and mailing address**

**Richard Schafer**
**20331 S Woodglen Way**
**Oregon City, OR 97045**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.547**
**6**

**Nonpriority creditor's name and mailing address**

**richard schafer**
**20331 south woodglen way**
**oregon city, OR 97045**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.547**
**7**

**Nonpriority creditor's name and mailing address**

**Richard Schultze**
**3015 Wellington Road**
**Johns Creek, GA 30022**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.547
8**

**Nonpriority creditor's name and mailing address**

**Richard Sepulveda**
**17 Stags View Ln**
**Yountville, CA 94599-1447**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.547
9**

**Nonpriority creditor's name and mailing address**

**Richard Sepulveda**
**17 Stags View Ln.**
**Yountville, CA 94599**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.548
0**

**Nonpriority creditor's name and mailing address**

**Richard Sepulveda**
**17 Stags View Ln.**
**Yountville, CA 94599-1447**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.548
1**

**Nonpriority creditor's name and mailing address**

**Richard Sepulveda**
**17 Stags View Ln.**
**Yountville, CA 94599**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.548
2**

**Nonpriority creditor's name and mailing address**

**Richard Sethman**
**2524 Cardigan Dr**
**Colorado Springs, CO 80920**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.548
3**

**Nonpriority creditor's name and mailing address**

**Richard Shockey**
**16787 Bear Creek Ave**
**Chino Hills, CA 91709**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.548
4**

**Nonpriority creditor's name and mailing address**

**Richard Smith**
**11224 N. McFalls Dr.**
**Hayden, CA 83835**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

---

| 3.548 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Snyder**
**425 E Chelan Ave**
**Chelan, WA 98816**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Stange**
**192 Julian Drive**
**Fort Pierce, FL 34946**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Steffens**
**480 62nd Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Stegman**
**12809 Palisades Court**
**Poway, CA 92064**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.548 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Stegman**
**12809 Palisades Court**
**Poway, CA 92064-6462**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Stegman**
**12809 Palisades Court**
**Poway, CA 92064**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.549 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Richard Stegman**
**1810 Ocean Front**
**Del Mar, CA 92014**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.549 2**

**Nonpriority creditor's name and mailing address**

**Richard Steinbach**
**8141 Silkwood Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.549 3**

**Nonpriority creditor's name and mailing address**

**Richard Stiefel**
**6324 Waves end pl**
**Apollo Beach, FL 33572**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.549 4**

**Nonpriority creditor's name and mailing address**

**Richard Stokes**
**186 Sea Bridge**
**Alameda, CA 94502**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.549 5**

**Nonpriority creditor's name and mailing address**

**Richard Swartz**
**7 Risilla Street**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.549 6**

**Nonpriority creditor's name and mailing address**

**Richard Swartz**
**7 Risilla St**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.549 7**

**Nonpriority creditor's name and mailing address**

**Richard Tait**
**1747 Miramar dr**
**Newport beach, CA 92661**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.549 8**

**Nonpriority creditor's name and mailing address**

**Richard Tait**
**701 N park center**
**Santa Ana, CA 92705**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

**3.5499**

Nonpriority creditor's name and mailing address

**RICHARD TATE**
**1406 BRIAR CHAPEL PKWY**
**CHAPEL HILL, NC 27516-0382**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5500**

Nonpriority creditor's name and mailing address

**RICHARD TATE**
**1406 BRIAR CHAPEL PKWY**
**CHAPEL HILL, NC 27516**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5501**

Nonpriority creditor's name and mailing address

**Richard Taylor**
**7700 canfield ct**
**Bakersfield, CA 93308**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5502**

Nonpriority creditor's name and mailing address

**Richard Thacker**
**3210 Main St.**
**Mineral Ridge, OH 44440**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5503**

Nonpriority creditor's name and mailing address

**Richard Tiffany**
**13291 Rainier Cir**
**Westminster, CA 92683**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5504**

Nonpriority creditor's name and mailing address

**Richard Van Eyk**
**8902 Cliffside Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5505**

Nonpriority creditor's name and mailing address

**Richard Vieira**
**13 Silvestri Circle**
**Unit 4**
**Derry, NH 03038**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.550 6**

**Nonpriority creditor's name and mailing address**

**Richard Villalobos**
**13057 Wool Ave**
**San Jose, CA 95111**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.550 7**

**Nonpriority creditor's name and mailing address**

**Richard Vogel**
**10642 Montecito Dr.**
**Lone Tree, CO 80124**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.550 8**

**Nonpriority creditor's name and mailing address**

**Richard Watkins**
**112 East Como Avenue**
**Columbus, OH 43202**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.550 9**

**Nonpriority creditor's name and mailing address**

**Richard Watkins**
**112 East Como Avenue**
**Columbus, OH 43202**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.551 0**

**Nonpriority creditor's name and mailing address**

**Richard Webb**
**18265 state highway 49**
**Space 253**
**Plymouth, CA 95669**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.551 1**

**Nonpriority creditor's name and mailing address**

**Richard Welsh**
**330 Ripon Avenue**
**Yucca Valley, CA 92284**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.551 2**

**Nonpriority creditor's name and mailing address**

**Richard Westberg**
**1593 S Rio Verde Ln**
**Camp Verdd, AZ 86322**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.551
3**

**Nonpriority creditor's name and mailing address**

**Richard Westcott**
**7125 Carmelita ave**
**Atascadero, CA 93422**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.551
4**

**Nonpriority creditor's name and mailing address**

**Richard Westcott**
**7125 Carmelita Avenue**
**Atascadero, CA 93422**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.551
5**

**Nonpriority creditor's name and mailing address**

**Richard whiteside**
**3101 Gibraltar Ave**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.551
6**

**Nonpriority creditor's name and mailing address**

**Richard Womack**
**130 Tumbleweed Way**
**New Edinburg, AR 71660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.551
7**

**Nonpriority creditor's name and mailing address**

**Richard York**
**12 Cameron Road**
**North Falmouth, MA 02556**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.551
8**

**Nonpriority creditor's name and mailing address**

**richard zelasko**
**2700 squirrel road**
**bloomfield hills, MI 48304**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.551
9**

**Nonpriority creditor's name and mailing address**

**Richie Hervig**
**1297 Summertime Path**
**Hoschton, GA 30548**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

| 3.552 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rick Apolskis**
**7 Stonehenge Dr**
**Bentonville, AR 72712**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rick Bailey**
**11613 SALLY ANN DRIVE**
**PALM BEACH GARDENS, FL 33412**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rick Bassanelli**
**9058 Takeoff Ct.**
**Fair Oaks, CA 95628**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rick Berger**
**2134 Wilbanks Cir**
**Henderson, NV 89012**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rick Bowers**
**35554 airport rd**
**Rehoboth Beach, DE 19966**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rick Bowers**
**35554 airport rd**
**Rehoboth Beach, DE 19971**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.552 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Rick Buccola**
**3601 West Balboa**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

**3.552
7**

**Nonpriority creditor's name and mailing address**

**Rick Canode**
**12 cambridge ct**
**OTTUMWA, IA 52501**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.552
8**

**Nonpriority creditor's name and mailing address**

**Rick Cobb**
**3361 West Brookwood Court**
**Phoenix, AZ 85045**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.552
9**

**Nonpriority creditor's name and mailing address**

**Rick Cobb**
**3361 W Brookwood Ct**
**Phoenix, AZ 85045**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.553
0**

**Nonpriority creditor's name and mailing address**

**Rick Dekker**
**606 Hamilton St**
**#E**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.553
1**

**Nonpriority creditor's name and mailing address**

**Rick Dreibelbis**
**1607 Morganton Road**
**Fayetteville, NC 28305**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.553
2**

**Nonpriority creditor's name and mailing address**

**Rick Dreibelbis**
**1220 Fort Bragg Rd.**
**Suite 209**
**Fayetteville, NC 28305**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.553
3**

**Nonpriority creditor's name and mailing address**

**Rick Duggan**
**PO box 3187**
**Newport Beach, CA 92659**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.553 4**

**Nonpriority creditor's name and mailing address**

**Rick Fleming**
**20432 Clearwood Cir**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.553 5**

**Nonpriority creditor's name and mailing address**

**Rick Friedrich**
**1643 Marlowe Ave**
**Lakewood, OH 44107**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.553 6**

**Nonpriority creditor's name and mailing address**

**Rick Friedrich**
**1643 Marlowe Ave**
**Lakewood, OH 44107**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.553 7**

**Nonpriority creditor's name and mailing address**

**Rick Gaudrea**
**52 WATERCRESS CT**
**coventry, RI 02816**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.553 8**

**Nonpriority creditor's name and mailing address**

**rick gonzales**
**911 cliff dr**
**newport beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.553 9**

**Nonpriority creditor's name and mailing address**

**Rick Gonzales**
**911 Cliff Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.554 0**

**Nonpriority creditor's name and mailing address**

**Rick Goree**
**1947 Spring St.**
**Paso Robles, CA 93446**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
           <u>Name</u>

| 3.554 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rick goree**
**907 Vista Cerro dr**
**Paso Robles, CA 93446**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rick Gorzeman**
**8769 Avenue 128**
**Tipton, CA 93272**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rick Grebner**
**1000 Foxfield Road**
**Waxhaw, NC 28173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICK HAWN**
**4016 Layang Layang Circle**
**Unit F**
**Carlsbad, CA 92008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**RICK HAWN**
**25806 ESPINOZA DR**
**VALENCIA, CA 91355**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rick Hoffart**
**1587 Desert Gold**
**Boerne, TX 78006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.554 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rick Hughes**
**1312 Caliston Way**
**Pelham, AL 35124**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.554<br>8 | **Nonpriority creditor's name and mailing address**<br>**Rick Hurtado**<br>**465 North Lincoln St**<br>**Orange, CA 92866**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.554<br>9 | **Nonpriority creditor's name and mailing address**<br>**Rick Hylka**<br>**1311 Cassie Drive**<br>**Joliet, IL 60435**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.555<br>0 | **Nonpriority creditor's name and mailing address**<br>**Rick jones**<br>**2540 Presidio Dr.**<br>**San Diego, CA 92103**<br><br>Date(s) debt was incurred **2025**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.555<br>1 | **Nonpriority creditor's name and mailing address**<br>**Rick Jones**<br>**861 Orion Way**<br>**Livermore, CA 94550**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.555<br>2 | **Nonpriority creditor's name and mailing address**<br>**Rick Kanner**<br>**1209 N Pennsylvania St.**<br>**Apt. B**<br>**Denver, CO 80203**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.555<br>3 | **Nonpriority creditor's name and mailing address**<br>**Rick Lange**<br>**11501 N 147th DR**<br>**Surprise, AZ 85379**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.555<br>4 | **Nonpriority creditor's name and mailing address**<br>**rick lepire**<br>**2943 dashwood street**<br>**lakewood, CA 90712**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number _ | As of the petition filing date, the claim is: Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
       Name

---

| 3.555 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rick Luke**
**1128 Beachcomber Ct**
**Osprey, FL 34229**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rick Merkel**
**2944 Sea Oats Circle**
**Daytona Beach Shores, FL 32118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rick Millan**
**1510 Old Newport Blvd.**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rick Morse**
**28151 Camino del Rio**
**San Juan Capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.555 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rick Muckelrath**
**617 Hartford Ave**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rick Nunez**
**2021 Avienda Del Sol**
**Lake Havasu City, AZ 86406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.556 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rick Olson**
**10 San Juan Bautista**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __7__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number *(if known)* _____
         Name

---

**3.556 2**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Rick Olson**                                         ☐ Contingent
**10 San Juan Bautista**                               ☐ Unliquidated
**Ladera Ranch, CA 92694**                             ☐ Disputed

Date(s) debt was incurred  **2023**                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.556 3**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Rick Orosco**                                        ☐ Contingent
**421 N Lemon St.**                                    ☐ Unliquidated
**Orange, CA 92868**                                   ☐ Disputed

Date(s) debt was incurred  **2022**                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.556 4**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Rick Pearson**                                       ☐ Contingent
**334 Joann St**                                       ☐ Unliquidated
**Costa Mesa, CA 92626**                               ☐ Disputed

Date(s) debt was incurred  **2024**                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.556 5**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Rick Plogger**                                       ☐ Contingent
**907 Knightsbridge Lane**                             ☐ Unliquidated
**Redlands, CA 92374**                                 ☐ Disputed

Date(s) debt was incurred  **2021**                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.556 6**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Rick Pratt**                                         ☐ Contingent
**9843 castle Glen Terrace**                           ☐ Unliquidated
**North Chesterfield, VA 23236**                       ☐ Disputed

Date(s) debt was incurred  **2021**                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.556 7**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Rick Reed**                                          ☐ Contingent
**5856 High Grove Ct**                                 ☐ Unliquidated
**Lowell, IN 46356**                                   ☐ Disputed

Date(s) debt was incurred  **2023**                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.556 8**

**Nonpriority creditor's name and mailing address**   As of the petition filing date, the claim is: *Check all that apply.*        **$0.00**

**Rick Reed**                                          ☐ Contingent
**5856 High Grove Ct.**                                ☐ Unliquidated
**Lowel, IN 46356**                                    ☐ Disputed

Date(s) debt was incurred  **2022**                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                     Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.5569**

**Nonpriority creditor's name and mailing address**
**Rick Reggio**
**77551 Los Arboles Drive**
**La Quinta, CA 92253**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5570**

**Nonpriority creditor's name and mailing address**
**Rick Riley**
**PO Box 13321**
**Newport Beach, CA 92658**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5571**

**Nonpriority creditor's name and mailing address**
**Rick Russell**
**545 S Ft Lauderdale Beach Blvd**
**#604**
**Ft Lauderdale, FL 33316**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5572**

**Nonpriority creditor's name and mailing address**
**Rick Russell**
**545 S Ft Lauderdale Bch Blvd**
**604**
**Fort Lauderdale, FL 33316**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5573**

**Nonpriority creditor's name and mailing address**
**Rick Scott**
**16811 89th Avenue East**
**South Hill, WA 98375**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5574**

**Nonpriority creditor's name and mailing address**
**Rick Soete**
**14 Kialoa court**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5575**

**Nonpriority creditor's name and mailing address**
**Rick Soete**
**14 Kialoa Ct**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

| 3.557 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Rick Steinbach** | ☐ Contingent | |
| **8141 silkwood cir** | ☐ Unliquidated | |
| **Huntington Beach, CA 92646** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.557 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Rick Taylor** | ☐ Contingent | |
| **815 Westwind Way** | ☐ Unliquidated | |
| **Nipomo, CA 93444** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.557 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Rick Tedesco** | ☐ Contingent | |
| **17221 Owl Tree Road** | ☐ Unliquidated | |
| **Riverside, CA 92504** | ☐ Disputed | |
| Date(s) debt was incurred **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.557 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Rick Torgerson** | ☐ Contingent | |
| **3419 via ledo** | ☐ Unliquidated | |
| **newport beach, CA 92663** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.558 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Rick Turcaz** | ☐ Contingent | |
| **2726 Cool Lilac** | ☐ Unliquidated | |
| **Hendwrson, NV 89052** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.558 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Rick Utman** | ☐ Contingent | |
| **18407 McClellan Circle** | ☐ Unliquidated | |
| **East Garrison, CA 93933-4965** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.558 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Rick Waddle** | ☐ Contingent | |
| **8135 E. 1st Ave.** | ☐ Unliquidated | |
| **Mesa, AZ 85208** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.558
3**

**Nonpriority creditor's name and mailing address**
**Rick Winans**
**29 Rollins Pl**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.558
4**

**Nonpriority creditor's name and mailing address**
**Rick Wood**
**17106 Birds Foot Ave**
**Parker, CO 80134**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.558
5**

**Nonpriority creditor's name and mailing address**
**Rick Zakrzewski**
**4014 S Grand Slam Ave**
**Sioux Falls, SD 57110**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.558
6**

**Nonpriority creditor's name and mailing address**
**Rick Zakrzewski**
**4014 S Grand Slam Ave**
**Sioux Falls, SD 57110**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.558
7**

**Nonpriority creditor's name and mailing address**
**Ricki Carmen**
**40 Kennedy Drive**
**West Haverstraw, NY 10993**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.558
8**

**Nonpriority creditor's name and mailing address**
**ricky leblanc**
**67 St Botolph Street, Unit 1**
**boston, MA 02116**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.558
9**

**Nonpriority creditor's name and mailing address**
**ricky leblanc**
**1330 Boyston st suite 400**
**MA 02167**
**chestnut hill, MA 02167**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.559 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**RICKY MILLER**
**1502 MAX HOOKS RD**
**SUITE D**
**GROVELAND, FL 34736**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.559 1
**Nonpriority creditor's name and mailing address**
**Ricky Riccon**
**626 south ocean avenue**
**Freeport, NY 11520**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.559 2
**Nonpriority creditor's name and mailing address**
**Ricky Roberts**
**2464 Bankhead Dr**
**Tremont, MS 38876-8524**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.559 3
**Nonpriority creditor's name and mailing address**
**Ricky Roberts**
**2464 Bankhead dr**
**Tremont, MS 38876**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.559 4
**Nonpriority creditor's name and mailing address**
**Ricky Womack**
**130 Tumbleweed Way**
**New Edinburg, AR 71660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.559 5
**Nonpriority creditor's name and mailing address**
**rico grier**
**27801 Independence Street apt 101h**
**Farmington Hills, MI 48336**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

3.559 6
**Nonpriority creditor's name and mailing address**
**Ridawn Cummings**
**5705 Poppy Way**
**Golden, CO 80403**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.559 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rideit LLC Portz**
**2166 W County Hwy 30A, Suite B**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rik Kielbasa**
**106 Croyden Drive**
**Kernersville, NC 27284**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.559 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rik Kielbasa**
**106 Croyden Dr**
**Kernersville, NC 27284**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Rikki Wiggs**
**2791 white sage Dr**
**Henderson, NV 89052**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Riley Fasciano**
**7221 Tiara Lanw**
**La Palma, CA 90623**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Riley Moeller**
**180 Grand St**
**Croton On Hudson, NY 10520**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
|---|---|---|---|

**Riley Namdar**
**1000 Dover Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
           Name                                                          Case number *(if known)* _____

| 3.560 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Riley Scott**
**962 Trumbull St.**
**Deltona, FL 32725**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Riley Smith Riley Smith**
**2516 Holly Lane**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rina Nehdar**
**28955 Bardell Dr.**
**Agoura Hills, CA 91301**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rio Schwalbach**
**250 Liberty Way**
**Oceanside, CA 92057**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Risha Patel**
**4432 Honeyglen Ct**
**Moorpark, CA 93021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.560 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rishi Grover**
**9418 mcaneeny ct**
**wellington, FL 33414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.561 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Rita Beachy**
**8198 Verdura St**
**Navarre, FL 32566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| --- | --- | --- | --- |
| | Name | | |

**3.561**
**1**

**Nonpriority creditor's name and mailing address**

**Rita Birchard**
**1839 Leeward Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.561**
**2**

**Nonpriority creditor's name and mailing address**

**Rita Cobb**
**3361 West Brookwood Court**
**Phoenix, AZ 85045**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.561**
**3**

**Nonpriority creditor's name and mailing address**

**Rita Cobb**
**3361 W Brookwood Court**
**PHOENIX, AZ 85045**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.561**
**4**

**Nonpriority creditor's name and mailing address**

**Rita Cobb**
**3361 W Brookwood Court**
**Phoenix, AZ 85045**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.561**
**5**

**Nonpriority creditor's name and mailing address**

**Rita Cobb**
**3361 W Brookwood Ct**
**Phoenix, AZ 85045-0104**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.561**
**6**

**Nonpriority creditor's name and mailing address**

**Rita Hall**
**863 8th St**
**Imperial Beach, CA 91932**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.561**
**7**

**Nonpriority creditor's name and mailing address**

**Rita Hodel**
**1203 W HIGH ST**
**ROANOKE, IL 61561**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.561
8**

**Nonpriority creditor's name and mailing address**

**Rita Kropf**
**24717 Brightwater Ct**
**Leesburg, FL 34748**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.561
9**

**Nonpriority creditor's name and mailing address**

**Rita Narizzano**
**19 North Pass Road**
**East Hampton, NY 11937**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.562
0**

**Nonpriority creditor's name and mailing address**

**Rita Reinecker**
**8409 W. 97 1/2 St.**
**Bloomington, MN 55438**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.562
1**

**Nonpriority creditor's name and mailing address**

**Rita Rogner**
**2711 W Windmill Ln**
**Las Vegas, NV 89123**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.562
2**

**Nonpriority creditor's name and mailing address**

**Rita Rogner**
**46628 E Hwy 60**
**#E86**
**Salome, AZ 85348**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.562
3**

**Nonpriority creditor's name and mailing address**

**Rita Rogner**
**46628 E Hwy 60**
**Apt E86**
**Salome, AZ 85348**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.562
4**

**Nonpriority creditor's name and mailing address**

**Rita Rogner**
**46628 E Hwy 60**
**#E86**
**Henderson, AZ 89052-5505**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.562
5**

**Nonpriority creditor's name and mailing address**

**Rita Schaefer**
**4628 N 39th Pl**
**Phx, AZ 85018**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.562
6**

**Nonpriority creditor's name and mailing address**

**Ritchie Salisbury**
**6072 Irongate Circle**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.562
7**

**Nonpriority creditor's name and mailing address**

**Ritchie Salisbury**
**6072 Irongate Cir.**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.562
8**

**Nonpriority creditor's name and mailing address**

**Ritu Ghumman**
**77 fredrick avenue**
**atherton, CA 94027**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.562
9**

**Nonpriority creditor's name and mailing address**

**Ritza Trulis**
**14 Asilomar Road**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.563
0**

**Nonpriority creditor's name and mailing address**

**RJ Kosich**
**2901 West Coast Highway Unit 254**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.563
1**

**Nonpriority creditor's name and mailing address**

**Rob Ames**
**19392 Weymouth Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.563 2**

**Nonpriority creditor's name and mailing address**

**Rob Ayres**
**3304 America Ave**
**Jacksonville Beach, FL 32250**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.563 3**

**Nonpriority creditor's name and mailing address**

**Rob Brunst**
**7970 Jeannie Court**
**Loomis, CA 95650**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.563 4**

**Nonpriority creditor's name and mailing address**

**Rob Crafts**
**12225 Eisenhower Court**
**Poway, CA 92064**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.563 5**

**Nonpriority creditor's name and mailing address**

**Rob Dexter**
**24852 Vista Magnifica**
**Laguna Niguel, CA 92677**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.563 6**

**Nonpriority creditor's name and mailing address**

**Rob Doty**
**913 w. 223rd st**
**Torrance, CA 90502**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.563 7**

**Nonpriority creditor's name and mailing address**

**Rob Doty**
**913 w. 223rd street**
**Torrance, CA 90502**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.563 8**

**Nonpriority creditor's name and mailing address**

**Rob Doty**
**913 West 223rd Street**
**Torrance, CA 90502**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.5639**

**Nonpriority creditor's name and mailing address**

**Rob Dyer**
**4920 Stony Ford Dr.**
**Dallas, TX 75287**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5640**

**Nonpriority creditor's name and mailing address**

**Rob Earnest**
**21822 Shenandoah Dr**
**Lake Forest, CA 92630**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5641**

**Nonpriority creditor's name and mailing address**

**Rob Ervin**
**433 Hidden Acres Road**
**Kingsport, TN 37664**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5642**

**Nonpriority creditor's name and mailing address**

**ROB ESSLINGER**
**530 Montey Vista**
**Irvine, CA 92602**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5643**

**Nonpriority creditor's name and mailing address**

**Rob Goe**
**1737 Centella**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5644**

**Nonpriority creditor's name and mailing address**

**Rob Gries**
**1606 Main Street R304**
**Belmar, NJ 07719**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5645**

**Nonpriority creditor's name and mailing address**

**Rob Hall**
**35524 Verde Vista Way**
**Wildomar, CA 92595**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5646**

**Nonpriority creditor's name and mailing address**
**Rob Hall**
**175 Commercial Parkway**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.5647**

**Nonpriority creditor's name and mailing address**
**Rob Harrington**
**28542 Old Coach Ct**
**Santa Clarita, CA 91390**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.5648**

**Nonpriority creditor's name and mailing address**
**Rob Heuser**
**120 French Drive**
**Brentwood, CA 94513**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.5649**

**Nonpriority creditor's name and mailing address**
**Rob Hunt**
**5749 Independence Place**
**Fairfield, OH 45014**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.5650**

**Nonpriority creditor's name and mailing address**
**Rob Jalil**
**1810 Alta Wood Drive**
**Altadena, CA 91001**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.5651**

**Nonpriority creditor's name and mailing address**
**Rob Kerr**
**2900 Pebble Creek Dr**
**Ann Arbor, MI 48108**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.5652**

**Nonpriority creditor's name and mailing address**
**ROB MCGOVERN**
**2430 FAIR OAKS BLVD**
**Apt. 104**
**SACRAMENTO, CA 95825**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.565
3**

**Nonpriority creditor's name and mailing address**

**Rob McGowan**
**973 Main Street**
**Gaithersburg, MD 20878**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.565
4**

**Nonpriority creditor's name and mailing address**

**Rob Middleton**
**21862 Oceanview lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.565
5**

**Nonpriority creditor's name and mailing address**

**Rob Paushter**
**32 Polpis Rd**
**Nantuckt, MA 02554**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.565
6**

**Nonpriority creditor's name and mailing address**

**Rob Pelinka**
**2018 Port Cardiff Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.565
7**

**Nonpriority creditor's name and mailing address**

**Rob Schacht**
**1355 Logan Ave.**
**Ste 1**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.565
8**

**Nonpriority creditor's name and mailing address**

**Rob Sleenhof**
**19105 Chandon Lane**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.565
9**

**Nonpriority creditor's name and mailing address**

**Rob Snyder**
**8008 Buckhorn**
**Lake Point, AL 84074**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.566 0**

**Nonpriority creditor's name and mailing address**

**Rob Tash**
**6395 Golden Gate Dr.**
**Yorba Linda, CA 92886**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.566 1**

**Nonpriority creditor's name and mailing address**

**Rob Taylor**
**619 Donna Drive**
**Nampa, UT 83686**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.566 2**

**Nonpriority creditor's name and mailing address**

**Rob Yuschak**
**10440 Crocus St**
**Sandy, UT 84094**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.566 3**

**Nonpriority creditor's name and mailing address**

**Robb Kone**
**1716 Santiago Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.566 4**

**Nonpriority creditor's name and mailing address**

**Robb Nen**
**520 Acacia Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.566 5**

**Nonpriority creditor's name and mailing address**

**Robbie Bos**
**po bx 593**
**Big Bear City, CA 92314**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.566 6**

**Nonpriority creditor's name and mailing address**

**Robbie Estes**
**600 SW Brighton**
**Bentonville, AR 72712**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Electric Bike Company, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.5667**

**Nonpriority creditor's name and mailing address**

**Robby Cummings**
**4826 N. Palm Ave.**
**Fresno, CA 93704-3003**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5668**

**Nonpriority creditor's name and mailing address**

**Robby Simpson**
**805 B St**
**Overton, NE 68863**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5669**

**Nonpriority creditor's name and mailing address**

**Robby Steele**
**1985 Beck Springs Road**
**Hickory Flat, MS 38633**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5670**

**Nonpriority creditor's name and mailing address**

**Robby Steele**
**1985 Beck Springs Road**
**Hickory Flat, MS 38633**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5671**

**Nonpriority creditor's name and mailing address**

**Robert**
**29 Hunters Forest Dr**
**Charleston, SC 29414**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5672**

**Nonpriority creditor's name and mailing address**

**Robert Abate**
**275 Mission Springs Rd**
**Arroyo Grande, CA 93420**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5673**

**Nonpriority creditor's name and mailing address**

**Robert Alvarado**
**401 Grove Ave**
**San Antonio, TX 78210-2730**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
|---|---|---|---|---|
| | Name | | | |

---

**3.567 4**

**Nonpriority creditor's name and mailing address**

**Robert Alvey**
**1199 E. Taylor St.**
**San Jose, CA 95133**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.567 5**

**Nonpriority creditor's name and mailing address**

**Robert Amedeo**
**7824 El Dorado Dr**
**Austin, TX 78737**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.567 6**

**Nonpriority creditor's name and mailing address**

**ROBERT anderson**
**4073 Rivoli**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.567 7**

**Nonpriority creditor's name and mailing address**

**Robert Annis**
**10812 Tanbark Dr.**
**INDIANAPOLIS, IN 46235-8157**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.567 8**

**Nonpriority creditor's name and mailing address**

**Robert Aragon**
**1544 S. Vineyard**
**RANCHO CUCAMONGA, CA 91739**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.567 9**

**Nonpriority creditor's name and mailing address**

**Robert Aragon**
**1544 South Vineyard Ave**
**Ontario, CA 91761**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.568 0**

**Nonpriority creditor's name and mailing address**

**Robert Atkinson**
**3180 Sicily Ave**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                    Case number (if known) _____
_____
Name

---

**3.568
1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Robert Barker**                    ☐ Contingent
**1338 Calder rd**                    ☐ Unliquidated
**Key Largo, FL 33037**                    ☐ Disputed

Date(s) debt was incurred  **2021**                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.568
2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Robert Barker**                    ☐ Contingent
**1338 Calder Rd**                    ☐ Unliquidated
**Key Largo, FL 33176**                    ☐ Disputed

Date(s) debt was incurred  **2021**                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.568
3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Robert Barrett**                    ☐ Contingent
**10961 Desert Lawn Dr. Spc 232**                    ☐ Unliquidated
**Calimesa, CA 92320**                    ☐ Disputed

Date(s) debt was incurred  **2022**                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.568
4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Robert Bartley**                    ☐ Contingent
**1759 Old Baldy Way**                    ☐ Unliquidated
**Upland, CA 91784**                    ☐ Disputed

Date(s) debt was incurred  **2021**                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.568
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Robert Bartley**                    ☐ Contingent
**1759 Old Baldy Way**                    ☐ Unliquidated
**Upland, CA 91784**                    ☐ Disputed

Date(s) debt was incurred  **2023**                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.568
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Robert Beckley**                    ☐ Contingent
**9472 Grand Drive**                    ☐ Unliquidated
**Huntington Beach, CA 92646**                    ☐ Disputed

Date(s) debt was incurred  **2025**                    **Basis for the claim:  Warranty**

Last 4 digits of account number  **7**                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.568
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Robert Beckley**                    ☐ Contingent
**9472 Grand Dr**                    ☐ Unliquidated
**Huntington Beach, CA 92646**                    ☐ Disputed

Date(s) debt was incurred  **2025**                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.5688**

**Nonpriority creditor's name and mailing address**
**Robert Bell**
**9272 Woodcrest Dr**
**Humtington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5689**

**Nonpriority creditor's name and mailing address**
**Robert Berardino**
**43 Creed Circle**
**Campbell, OH 44405**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5690**

**Nonpriority creditor's name and mailing address**
**Robert Berardino**
**43 Creed Cir**
**Campbell, OH 44405**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5691**

**Nonpriority creditor's name and mailing address**
**Robert Berardino**
**43 Creed Cir**
**Campbell, OH 44405-1249**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5692**

**Nonpriority creditor's name and mailing address**
**Robert Blunt**
**200 Santa Anna Avenue**
**9**
**Rancho Viejo, TX 78575**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5693**

**Nonpriority creditor's name and mailing address**
**Robert Blunt**
**200 santa ana ave**
**apt 9**
**Rancho Viejo, TX 78575**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5694**

**Nonpriority creditor's name and mailing address**
**Robert Blunt**
**200 Santa Anna**
**no 9**
**Rancho Viejo, TX 78575**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.5695**

**Nonpriority creditor's name and mailing address**

**Robert Blunt**
**200 Santa Ana Avenue**
**Apt 9**
**Rancho Viejo, TX 78575**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5696**

**Nonpriority creditor's name and mailing address**

**Robert Bolton**
**920 N Louise St**
**Santa Ana, CA 92703**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5697**

**Nonpriority creditor's name and mailing address**

**Robert Bolton**
**920 Louise St**
**Santa Ana, CA 92703**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5698**

**Nonpriority creditor's name and mailing address**

**Robert Bonham**
**730 Lakeview Cir.**
**Clarkson, KY 42726**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5699**

**Nonpriority creditor's name and mailing address**

**Robert Bonillas**
**6022 Briarcliff Dr**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5700**

**Nonpriority creditor's name and mailing address**

**Robert Bouressa**
**21535 Laguna Dr**
**Boca Raton, FL 33433**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.5701**

**Nonpriority creditor's name and mailing address**

**robert bradshaw**
**2034 N Brower st**
**Simi Valley, CA 93065**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F    **Schedule E/F: Creditors Who Have Unsecured Claims**    Page  815 of 1405

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.570 2**

**Nonpriority creditor's name and mailing address**

**Robert Brown**
**6905 Penn Drive**
**Dublin, CA 94568**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.570 3**

**Nonpriority creditor's name and mailing address**

**Robert Bryan**
**3600 Jeanetta**
**Apt 2606**
**Houston, TX 77063**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.570 4**

**Nonpriority creditor's name and mailing address**

**Robert Buck**
**1945 Placentia aVE**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.570 5**

**Nonpriority creditor's name and mailing address**

**Robert BUCK**
**3988 moore st**
**Apt 3**
**Los Angeles, CA 90066**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.570 6**

**Nonpriority creditor's name and mailing address**

**robert burg**
**1355 allenford avenue**
**los angeles, CA 90049**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.570 7**

**Nonpriority creditor's name and mailing address**

**Robert Burns**
**1315 Altura**
**San Clemente, CA 92673**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.570 8**

**Nonpriority creditor's name and mailing address**

**Robert C Hester Jr**
**11520 W Bernardo Ct 3312**
**San Diego, CA 92127**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.5709**

**Nonpriority creditor's name and mailing address**

**Robert Cameron**
**8 seashore park dr.**
**unit 14**
**Province town, MA 02657**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5710**

**Nonpriority creditor's name and mailing address**

**Robert Canfield**
**14730 Hornsby Hill Rd.**
**Austin, TX 78734**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5711**

**Nonpriority creditor's name and mailing address**

**Robert Canfield**
**14730 hornsby hill rd**
**Austin, TX 78734**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5712**

**Nonpriority creditor's name and mailing address**

**Robert Captain**
**3353 Alabama Circle**
**Costa Mesa, CA 92626**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5713**

**Nonpriority creditor's name and mailing address**

**Robert Carr**
**19081 Newland St**
**Huntington Beach, CA 92646**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5714**

**Nonpriority creditor's name and mailing address**

**Robert Carty**
**50 Mack Ave Lot 116**
**Marysville, MI 48040**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5715**

**Nonpriority creditor's name and mailing address**

**Robert Caudill**
**1334 East Chapman Ave**
**Orange, CA 92866**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.571 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Robert Chacon** | ☐ Contingent | |
| **7425 Pierce** | ☐ Unliquidated | |
| **Ventura, CA 93003** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.571 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Robert Clarke** | ☐ Contingent | |
| **1766 castle dr** | ☐ Unliquidated | |
| **Titusville, FL 32796** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.571 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Robert Clarke** | ☐ Contingent | |
| **8803 Spyglass Hill Pl** | ☐ Unliquidated | |
| **Chesterfield, VA 23832** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.571 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **ROBERT CLELAND** | ☐ Contingent | |
| **4097 Stark Dr** | ☐ Unliquidated | |
| **YOUNGSTOWN, OH 44515** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.572 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **robert cole** | ☐ Contingent | |
| **21501 Brookhurst St.** | ☐ Unliquidated | |
| **Huntington Beach, CA 92646** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.572 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Robert Coleman** | ☐ Contingent | |
| **290 John Anderson Drive** | ☐ Unliquidated | |
| **Ormond Beach, FL 32176** | ☐ Disputed | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.572 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Robert Craddock** | ☐ Contingent | |
| **21126 Charity Ln.** | ☐ Unliquidated | |
| **Bend, OR 97702** | ☐ Disputed | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.572 3**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Robert Cruz**                                                      ☐ Contingent
**236 W. Sola St**                                                   ☐ Unliquidated
**Santa Barbara, CA 93101**                                         ☐ Disputed

Date(s) debt was incurred **2021**                                  Basis for the claim:  **Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.572 4**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Robert Cumings**                                                   ☐ Contingent
**8875 abbott ave**                                                  ☐ Unliquidated
**Surfside, FL 33154**                                               ☐ Disputed

Date(s) debt was incurred **2025**                                  Basis for the claim:  **Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.572 5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**robert cumings**                                                   ☐ Contingent
**8818 ABBOTT AVE**                                                  ☐ Unliquidated
**SURFSIDE, FL 33154**                                               ☐ Disputed

Date(s) debt was incurred **2021**                                  Basis for the claim:  **Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.572 6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Robert Cunard**                                                    ☐ Contingent
**141SE 3rd Ave**                                                    ☐ Unliquidated
**Apt 205**                                                          ☐ Disputed
**Dania Beach, FL 33004**

Date(s) debt was incurred **2024**                                  Basis for the claim:  **Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.572 7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Robert Cunningham**                                                ☐ Contingent
**5735 Milner Way**                                                  ☐ Unliquidated
**Sacramento, CA 95822**                                             ☐ Disputed

Date(s) debt was incurred **2024**                                  Basis for the claim:  **Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.572 8**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Robert Daher**                                                     ☐ Contingent
**1891 Woodland Drive**                                              ☐ Unliquidated
**Caledonia, WI 53108**                                              ☐ Disputed

Date(s) debt was incurred **2023**                                  Basis for the claim:  **Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ☑ No  ☐ Yes

---

**3.572 9**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**robert darrah**                                                    ☐ Contingent
**222 Elmwood Ave**                                                  ☐ Unliquidated
**east china, MI 48054-1518**                                        ☐ Disputed

Date(s) debt was incurred **2025**                                  Basis for the claim:  **Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ☑ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.573 0**

**Nonpriority creditor's name and mailing address**
**robert darrah**
**222 Elmwood Ave**
**East China, MI 48054-1518**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.573 1**

**Nonpriority creditor's name and mailing address**
**robert darrah**
**222 Elmwood Ave**
**east china, MI 48054**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.573 2**

**Nonpriority creditor's name and mailing address**
**Robert Davidson**
**116 Collins Rd.**
**Salt Spring Island, BC V8K 2M9**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.573 3**

**Nonpriority creditor's name and mailing address**
**Robert Davis**
**1599 Dodge Way**
**Norco, CA 92860**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.573 4**

**Nonpriority creditor's name and mailing address**
**Robert DeJohn**
**6766 Stafford Dr**
**Mayfield Heights, OH 44124-3613**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.573 5**

**Nonpriority creditor's name and mailing address**
**Robert Dejohn**
**6766 Stafford Dr**
**Mayfield Heights, OH 44124**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.573 6**

**Nonpriority creditor's name and mailing address**
**Robert Delgado**
**16065 Falcon Crest Dr.**
**San Diego, CA 92127**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.573 7**

**Nonpriority creditor's name and mailing address**

**Robert Dempsey**
**6 Bearberry**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.573 8**

**Nonpriority creditor's name and mailing address**

**Robert Desch**
**310 mindoro st**
**moro bay, CA 93442**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.573 9**

**Nonpriority creditor's name and mailing address**

**Robert Desch**
**6624 W. Ave. L4**
**Lancaster, CA 93536**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.574 0**

**Nonpriority creditor's name and mailing address**

**Robert Dingwall**
**19791 estuary Ln**
**Huntington Beach, GA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.574 1**

**Nonpriority creditor's name and mailing address**

**Robert Dobni**
**7350 A Riverside Drive**
**Parker, AZ 85334**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.574 2**

**Nonpriority creditor's name and mailing address**

**Robert Donahue**
**60 Hamilton Road**
**Parsippany, NJ 07054**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.574 3**

**Nonpriority creditor's name and mailing address**

**Robert Dorris**
**2031 John Wayne Drive**
**Kingman, AZ 86409**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                        Case number (if known) _____
                Name

---

**3.574 4**

**Nonpriority creditor's name and mailing address**

**Robert Dunlap**
**327 N. Palo Cedro Dr**
**Diamond Bar, CA 91765**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574 5**

**Nonpriority creditor's name and mailing address**

**Robert E Wood**
**511 Topley Ct**
**Vallejo, CA 94591**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574 6**

**Nonpriority creditor's name and mailing address**

**Robert Egan**
**360 Casa Grande Dr**
**Winter Springs, FL 32708**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574 7**

**Nonpriority creditor's name and mailing address**

**Robert Ehrhart**
**7701 Warner Ave**
**F90**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574 8**

**Nonpriority creditor's name and mailing address**

**Robert Emerson**
**545e malibu drive**
**SALT LAKE CITY, UT 84107**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.574 9**

**Nonpriority creditor's name and mailing address**

**Robert Erickson**
**21122 Sailors Bay Ln.**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.575 0**

**Nonpriority creditor's name and mailing address**

**Robert Erickson**
**311 Cardiff Ct**
**Granite Bay, CA 95746**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.575
1**

**Nonpriority creditor's name and mailing address**

**Robert Esslinger
530 Montey Vista
Irvine, CA 92602**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575
2**

**Nonpriority creditor's name and mailing address**

**Robert Etropolsky
55 Hope Street Apt 313
Brooklyn, NY 11211**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575
3**

**Nonpriority creditor's name and mailing address**

**Robert Fabian
103 Pepper Lane
Petaluma, CA 94952**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575
4**

**Nonpriority creditor's name and mailing address**

**Robert Fernandez
923 Evergreen Place
Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575
5**

**Nonpriority creditor's name and mailing address**

**ROBERT FERRARIS
5 New Dollar Lane
Nantucket, MA 02254**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575
6**

**Nonpriority creditor's name and mailing address**

**Robert Finkbohner
536 Stonehaven Ct.
Dayton, NV 89403**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.575
7**

**Nonpriority creditor's name and mailing address**

**Robert Fisher
6091 Fenley Drive
Huntington Beach, CA 92647-6407**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.5758**

**Nonpriority creditor's name and mailing address**
**Robert Fleming**
**2027 Deborah Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5759**

**Nonpriority creditor's name and mailing address**
**Robert Fletcher**
**761 Kingfisher Way**
**Fernandina Beach, FL 32034**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5760**

**Nonpriority creditor's name and mailing address**
**Robert Fletcher**
**761 Kingfisher Way**
**Fernandina Beach, FL 32034**

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5761**

**Nonpriority creditor's name and mailing address**
**Robert Flinn Lazier**
**386 HANSON RANCH RD**
**VAIL, CO 81657**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5762**

**Nonpriority creditor's name and mailing address**
**Robert Flynn**
**748 PO Box**
**mammoth, CA 93546**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5763**

**Nonpriority creditor's name and mailing address**
**Robert Foertsch**
**59 W Holly Street**
**Apt. 1033**
**Pasadena, CA 91103**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.5764**

**Nonpriority creditor's name and mailing address**
**Robert Forbes**
**5783 Monticello St.**
**Chino, CA 91710**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                      Case number *(if known)* _____
_____
Name

---

| 3.576 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Frankel**
**2745 Vista Umbrosa**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Franz**
**24631 Via Tequila**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Frerichs**
**808 Pacific Ave.**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Frerichs**
**808 Pacific Ave**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.576 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Fuller**
**1821 Easton Rd**
**Kintnersville, PA 18930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Fuller**
**1821 Easton Rd**
**Kintnersville, PA 18930**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.577 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**robert garcia**
**650 w shadow wood st**
**Green valley, AZ 85614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.577
2**

**Nonpriority creditor's name and mailing address**

**Robert Gary
1615 Silver Rain Drive
Diamond Bar, CA 91765**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.577
3**

**Nonpriority creditor's name and mailing address**

**Robert Gill
1911 Joseph Court
Wall Township, NJ 07719**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.577
4**

**Nonpriority creditor's name and mailing address**

**Robert Givens
1711 South Garfield Street
Denver, CO 80210**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.577
5**

**Nonpriority creditor's name and mailing address**

**Robert Gladu
9104 Basalt Ln
Littleton, CO 80125**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.577
6**

**Nonpriority creditor's name and mailing address**

**robert gore
2800 Harrison Avenue
Orlando, FL 32804**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.577
7**

**Nonpriority creditor's name and mailing address**

**Robert Gore
2800 Harrison Ave.
Orlando, FL 32804**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.577
8**

**Nonpriority creditor's name and mailing address**

**ROBERT GREELEY
4890 VIA CONTENTO
YORBA LINDA, CA 92886**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.5779**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Robert Green** | ☐ Contingent |
| **1360 S Ocean Blvd** | ☐ Unliquidated |
| **Apt 1205** | ☐ Disputed |
| **Pompano Beach, FL 33062** | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number  **7** | Is the claim subject to offset? ■ No  ☐ Yes |

**$0.00**

---

**3.5780**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Robert Greenberg** | ☐ Contingent |
| **1200 The Strand** | ☐ Unliquidated |
| **Manhattan Beach, CA 90266** | ☐ Disputed |
| Date(s) debt was incurred  **2020** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$0.00**

---

**3.5781**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Robert Greene** | ☐ Contingent |
| **2500 Wisconsin Avenue Northwest** | ☐ Unliquidated |
| **949** | ☐ Disputed |
| **Washington, DC 20007** | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$0.00**

---

**3.5782**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Robert Guzman** | ☐ Contingent |
| **649 Hemlock Ct.** | ☐ Unliquidated |
| **Livemore, CA 94551** | ☐ Disputed |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$0.00**

---

**3.5783**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Robert Hall** | ☐ Contingent |
| **21401 pinetree lane** | ☐ Unliquidated |
| **huntington beach, CA 92646** | ☐ Disputed |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$0.00**

---

**3.5784**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Robert Harrington** | ☐ Contingent |
| **4845 31st Ave N** | ☐ Unliquidated |
| **St Petersburg, FL 33713** | ☐ Disputed |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$0.00**

---

**3.5785**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |
| **Robert Harris** | ☐ Contingent |
| **2954 N Dancer Road** | ☐ Unliquidated |
| **Dexter, MI 48130** | ☐ Disputed |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** |
| Last 4 digits of account number  _ | Is the claim subject to offset? ■ No  ☐ Yes |

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.578 6**

**Nonpriority creditor's name and mailing address**

**robert harte**
**94-504 Mehame place**
**waipahu, HI 96797**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.578 7**

**Nonpriority creditor's name and mailing address**

**Robert Heindel**
**204 Rhodes Ave**
**New Orleans, LA 70131**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.578 8**

**Nonpriority creditor's name and mailing address**

**Robert Herrera**
**2284 Pomona Ave**
**Apt. B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.578 9**

**Nonpriority creditor's name and mailing address**

**Robert Heuser**
**120 French Dr**
**Brentwood, CA 94513**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.579 0**

**Nonpriority creditor's name and mailing address**

**Robert Himmelberg**
**PO Box 1550**
**Carlsbad, CA 92008**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.579 1**

**Nonpriority creditor's name and mailing address**

**Robert Hoban**
**4005 Sommers Ave**
**Drexel Hill, PA 19026**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.579 2**

**Nonpriority creditor's name and mailing address**

**Robert Hoehn**
**1441 Roth Rd**
**Seaford, NY 11783**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.579 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Hughes**
**7307 Alder Springs Lane**
**Katy, TX 77494**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.579 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Humphrey**
**1332 Lurline Lane**
**Tustin, CA 92780**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.579 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Jackson**
**506N 3700W**
**Hurricane, UT 84737**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.579 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Jamda**
**408 Westminster avenue ste 12**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.579 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Jepson**
**639 Fellowship Road**
**Mount Juliet, TN 37122**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.579 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Jones**
**30601 S Lower Valley Rd**
**Tehachapi, CA 93561**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.579 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Robert Jones**
**1247 Logan Road**
**Muskegon, MI 49445**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F

**Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor    **Electric Bike Company, LLC**
    Name

Case number (if known) _____

---

**3.580 0**

**Nonpriority creditor's name and mailing address**

**Robert Jones**
**120 Seneca St.**
**Corry, PA 16407**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.580 1**

**Nonpriority creditor's name and mailing address**

**Robert Judge**
**39 Passaflora Ln**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.580 2**

**Nonpriority creditor's name and mailing address**

**ROBERT KAPLAN**
**55 MOUNTAIN VIEW Mnr**
**TORRINGTON, CT 06790-2742**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.580 3**

**Nonpriority creditor's name and mailing address**

**Robert Kelly**
**861 Sunlight Dr**
**York, PA 17402**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.580 4**

**Nonpriority creditor's name and mailing address**

**Robert Kelly**
**861 Sunligth Dr**
**York, PA 17402-9249**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.580 5**

**Nonpriority creditor's name and mailing address**

**Robert Kerr**
**2900 Pebble Creek Dr**
**Ann Arbor, MI 48108-1730**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.580 6**

**Nonpriority creditor's name and mailing address**

**Robert Kidd**
**1510 Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.580 7**

**Nonpriority creditor's name and mailing address**

**Robert Kidd**
**11385 Desert Trailways Ln**
**Blythe, CA 92225**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.580 8**

**Nonpriority creditor's name and mailing address**

**Robert Klase**
**1537 Highland Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.580 9**

**Nonpriority creditor's name and mailing address**

**Robert Kling**
**23 Shade Tree**
**Irvine, CA 92603**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.581 0**

**Nonpriority creditor's name and mailing address**

**Robert Knutson**
**2549 Springfield Rd**
**Elizabethtown, KY 42701-6708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.581 1**

**Nonpriority creditor's name and mailing address**

**Robert Knutson**
**2549 Springfield Rd**
**Elizabethtown, KY 42701-6708**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.581 2**

**Nonpriority creditor's name and mailing address**

**Robert Kraus**
**1325 Moore House Road**
**Yorktown, VA 23690**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.581 3**

**Nonpriority creditor's name and mailing address**

**Robert Langworthy**
**20701 Beach Blvd**
**#158**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                          Case number (if known) _____

Name

---

**3.581
4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Robert Lapp**
**494 Del Amigo Rd**                                                    ☐ Contingent
**Danville, CA 94526**                                                  ☐ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred **2021**
                                                                        Basis for the claim: **Warranty**
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.581
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**robert laraman**
**1113 big creek drive**                                                ☐ Contingent
**Wesley chapel, FL 33544**                                             ☐ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred **2023**
                                                                        Basis for the claim: **Warranty**
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.581
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Robert Larsen**
**12545 Fountain Cir**                                                  ☐ Contingent
**Groveland, CA 95321**                                                 ☐ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred **2023**
                                                                        Basis for the claim: **Warranty**
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.581
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Robert Latour**
**11 J St**                                                             ☐ Contingent
**Hampton, NH 03842**                                                   ☐ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred **2024**
                                                                        Basis for the claim: **Warranty**
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.581
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Robert Lawler**
**7193 SE 173rd Arlington Loop**                                        ☐ Contingent
**THE VILLAGES, FL 32162**                                              ☐ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred **2022**
                                                                        Basis for the claim: **Warranty**
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.581
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Robert Lawson**
**1443 Ridgeview Circle**                                               ☐ Contingent
**Lake Orion, MI 48362**                                                ☐ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred **2023**
                                                                        Basis for the claim: **Warranty**
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.582
0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                **$0.00**

**Robert LeMoine**
**1711 Laurel St**                                                      ☐ Contingent
**South Pasadena, CA 91030**                                            ☐ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred **2024**
                                                                        Basis for the claim: **Warranty**
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

**3.582 1**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**ROBERT LEVINE**
**159 RISINGSUN RD**
**WADESBORO, NC 28170**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582 2**

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply.   **$0.00**

**Robert Lilly**
**349 Cottswold Place**
**Riva, MD 21140**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582 3**

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply.   **$0.00**

**Robert Lippert**
**47 Sunnyview Lane**
**Elma, WA 98541**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582 4**

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply.   **$0.00**

**robert liverman**
**2717 bartons bluff lane**
**Austin, TX 78746**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582 5**

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply.   **$0.00**

**Robert Lopez**
**97 Wright Brothers Ave**
**Livermore, CA 94551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582 6**

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply.   **$0.00**

**Robert Loveland**
**1945 Placentia Ave**
**Bldg. A**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582 7**

**Nonpriority creditor's name and mailing address**   **As of the petition filing date, the claim is:** Check all that apply.   **$0.00**

**Robert Lumsden**
**3268 S Temperance Way**
**Boise, ID 83706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                       Case number (if known) _____

_____Name_____

---

**3.582 8**

**Nonpriority creditor's name and mailing address**                                         $0.00

**Robert Lynch**
**14 Colonial Rd**
**Buzzards Bay, MA 02532**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.582 9**

**Nonpriority creditor's name and mailing address**                                         $0.00

**Robert M Hafner**
**13373 Goldenhorn Drive**
**Temescal Valley, CA 92883**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583 0**

**Nonpriority creditor's name and mailing address**                                         $0.00

**Robert MacRae**
**10 Julie Cir**
**Milford, MA 01757**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583 1**

**Nonpriority creditor's name and mailing address**                                         $0.00

**Robert Male Senko**
**301 GAME CREEK DRIVE**
**ROCKVILLE, MD 20850**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583 2**

**Nonpriority creditor's name and mailing address**                                         $0.00

**Robert Mankin**
**12002 Jameson Road**
**Manteca, CA 95336**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583 3**

**Nonpriority creditor's name and mailing address**                                         $0.00

**Robert Manring**
**9835 Bright Angel Way**
**Las Vegas, NV 89149**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.583 4**

**Nonpriority creditor's name and mailing address**                                         $0.00

**Robert McCann**
**6032 Caprock Ct.**
**Apt 2010**
**El Paso, TX 79912**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

**3.5835**

**Nonpriority creditor's name and mailing address**
**Robert McCormack**
**310 Robin Hood Rd NE**
**Atlanta, GA 30309-2638**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5836**

**Nonpriority creditor's name and mailing address**
**Robert McGoff**
**9310 Davis Drive**
**Lorton, VA 22079**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5837**

**Nonpriority creditor's name and mailing address**
**Robert McGovern**
**554 Boston Post Road**
**Madison, CT 06443**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5838**

**Nonpriority creditor's name and mailing address**
**Robert McGovern**
**554 Boston Post Road**
**Madison, CT 06443**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5839**

**Nonpriority creditor's name and mailing address**
**Robert McGovern**
**42 Heatherwood Drive**
**Colchester, CT 06415**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5840**

**Nonpriority creditor's name and mailing address**
**Robert Mcilroy**
**3506 Winston Dr**
**Lake havasu City, AZ 86406-7255**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5841**

**Nonpriority creditor's name and mailing address**
**Robert McVicker**
**15011 Hanover Lane**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.584
2**

**Nonpriority creditor's name and mailing address**

**Robert McVicker
15011 Hanover Lane
Huntington Beach, CA 92647**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.584
3**

**Nonpriority creditor's name and mailing address**

**Robert Meagher
8633 SE Retreat Drive
Hobe Sound, FL 33455**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.584
4**

**Nonpriority creditor's name and mailing address**

**Robert Mecchi
17446 Morgans Secret Dr
Cypress, TX 77433**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.584
5**

**Nonpriority creditor's name and mailing address**

**Robert Melton
1475 sunset lane
Bullhead, AZ 86442**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.584
6**

**Nonpriority creditor's name and mailing address**

**Robert Melton
1475 Sunset Lane
Bullhead City, AZ 86442**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.584
7**

**Nonpriority creditor's name and mailing address**

**Robert Merly
3042 W 21st Ave
Denver, CO 80211**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.584
8**

**Nonpriority creditor's name and mailing address**

**Robert Miller
419 Ceil Drive
Nokomis, FL 34275**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.5849**

**Nonpriority creditor's name and mailing address**

**Robert Miller**
**609 Donald Pl**
**Newport Beach, CA 92663**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5850**

**Nonpriority creditor's name and mailing address**

**Robert Miller**
**41410 Juniper St**
**2121**
**Murrieta, CA 92562**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5851**

**Nonpriority creditor's name and mailing address**

**Robert Mirabelle**
**1145 Audace Ave**
**Apt 101**
**Boynton Beach, FL 33426**

**Date(s) debt was incurred** __2023__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5852**

**Nonpriority creditor's name and mailing address**

**Robert Misher**
**362 E Seaspray Road**
**Ocean City, NJ 08226**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5853**

**Nonpriority creditor's name and mailing address**

**Robert Misher**
**960 Victoria Way**
**Sanibel, FL 33957**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5854**

**Nonpriority creditor's name and mailing address**

**Robert Muraro**
**55 Coast Bridge Way**
**Inlet Beach, FL 32461**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5855**

**Nonpriority creditor's name and mailing address**

**Robert Murray**
**16100 Bearss Loop**
**Quantico, VA 22134**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.585 6**

**Nonpriority creditor's name and mailing address**

**Robert Myers**
**9636 Montelanico Loop Unit 203**
**Naples, FL 34119**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.585 7**

**Nonpriority creditor's name and mailing address**

**Robert Myers**
**9636 Montelanico Loop Unit 203**
**Naples, FL 34119**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.585 8**

**Nonpriority creditor's name and mailing address**

**Robert Napiltonia**
**911 38th Ave**
**#4**
**santa cruz, CA 95062**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.585 9**

**Nonpriority creditor's name and mailing address**

**ROBERT NEMES**
**1692 GOEHMANN LN.,#40**
**FREDERICKSBURG, TX 78624**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.586 0**

**Nonpriority creditor's name and mailing address**

**Robert Newsome**
**880 Willivee Drive**
**Decatur, GA 30033**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.586 1**

**Nonpriority creditor's name and mailing address**

**Robert Nibeel**
**7 weymouth ct.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.586 2**

**Nonpriority creditor's name and mailing address**

**Robert Nichols**
**1350 Galaxy Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.586 3**

**Nonpriority creditor's name and mailing address**

**Robert Nowak**
**19 Castle View Drive**
**Gloucester, MA 01930**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.586 4**

**Nonpriority creditor's name and mailing address**

**Robert Oakes**
**510 16th St**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.586 5**

**Nonpriority creditor's name and mailing address**

**Robert Oberembt**
**346 TORRELLI FALLS AVE**
**Henderson, NV 89011**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.586 6**

**Nonpriority creditor's name and mailing address**

**Robert Oman**
**50 FARWELL ST**
**Madison, WI 53704**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.586 7**

**Nonpriority creditor's name and mailing address**

**Robert Ouimet**
**157 Kittle Lane**
**Bogart, GA 30622**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.586 8**

**Nonpriority creditor's name and mailing address**

**Robert Page**
**13322 Diamond Head Drive**
**Tustin, CA 92780**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.586 9**

**Nonpriority creditor's name and mailing address**

**Robert Park**
**300 S Pointe Dr. Apt. 3602**
**Miami Beach, FL 33139**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                Case number *(if known)* _____
_____
Name

| | | |
|---|---|---|
| **3.587 0** | **Nonpriority creditor's name and mailing address** <br><br>**Robert Park** <br>**300 S Pointe Dr. Apt.3602** <br>**Miami Beach, FL 33139** <br><br>Date(s) debt was incurred **2023** <br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br><br>**Basis for the claim:** **Warranty** <br><br>Is the claim subject to offset? ■ No  ☐ Yes   **$0.00** |
| **3.587 1** | **Nonpriority creditor's name and mailing address** <br><br>**Robert Park** <br>**300 S Pointe Dr. Apt.3602** <br>**Miami Beach, FL 33139** <br><br>Date(s) debt was incurred **2023** <br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br><br>**Basis for the claim:** **Warranty** <br><br>Is the claim subject to offset? ■ No  ☐ Yes   **$0.00** |
| **3.587 2** | **Nonpriority creditor's name and mailing address** <br><br>**Robert Park** <br>**300 S. Pointe Dr** <br>**Apt. 3602** <br>**Miami Beach, FL 33139** <br><br>Date(s) debt was incurred **2022** <br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br><br>**Basis for the claim:** **Warranty** <br><br>Is the claim subject to offset? ■ No  ☐ Yes   **$0.00** |
| **3.587 3** | **Nonpriority creditor's name and mailing address** <br><br>**Robert Paroda** <br>**10123 Hammond Road** <br>**Bishopville, MD 21813** <br><br>Date(s) debt was incurred **2022** <br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br><br>**Basis for the claim:** **Warranty** <br><br>Is the claim subject to offset? ■ No  ☐ Yes   **$0.00** |
| **3.587 4** | **Nonpriority creditor's name and mailing address** <br><br>**Robert Patriquin** <br>**143 Vista Del Mar Ave** <br>**Pismo Beach, CA 93449** <br><br>Date(s) debt was incurred **2020** <br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br><br>**Basis for the claim:** **Warranty** <br><br>Is the claim subject to offset? ■ No  ☐ Yes   **$0.00** |
| **3.587 5** | **Nonpriority creditor's name and mailing address** <br><br>**Robert Patten** <br>**1608 Hacienda Ln** <br>**Hollister, CA 95023** <br><br>Date(s) debt was incurred **2021** <br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br><br>**Basis for the claim:** **Warranty** <br><br>Is the claim subject to offset? ■ No  ☐ Yes   **$0.00** |
| **3.587 6** | **Nonpriority creditor's name and mailing address** <br><br>**Robert Patten** <br>**1608 Hacienda Lane** <br>**Hollister, CA 95023** <br><br>Date(s) debt was incurred **2021** <br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** *Check all that apply.* <br>☐ Contingent <br>☐ Unliquidated <br>☐ Disputed <br><br>**Basis for the claim:** **Warranty** <br><br>Is the claim subject to offset? ■ No  ☐ Yes   **$0.00** |

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.587 7**

**Nonpriority creditor's name and mailing address**

**Robert Paul**
**4640 Thomas Hoby Pl**
**Sarasota, FL 34241**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.587 8**

**Nonpriority creditor's name and mailing address**

**Robert Pearce**
**1516 17th Terrace/Rear**
**Key West, FL 33040**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.587 9**

**Nonpriority creditor's name and mailing address**

**Robert Pearson**
**29807 Coker Rd.**
**Macomb, OK 74852**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.588 0**

**Nonpriority creditor's name and mailing address**

**Robert Pelletier**
**12 Arada St.**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.588 1**

**Nonpriority creditor's name and mailing address**

**Robert Pigott**
**2507 Bayshore Drive**
**Belleair beach, FL 33786**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.588 2**

**Nonpriority creditor's name and mailing address**

**robert press**
**41950 SOLEDAD LN**
**HEMET, CA 92544**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.588 3**

**Nonpriority creditor's name and mailing address**

**Robert Prinzing**
**2 Heritage Drive**
**Hamilton, OH 45013**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.588 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Robert Pulido**
**2729 Albany Dr**
**Mckinney, TX 75072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Robert Purvis**
**5615 Marginal Way SW**
**Seattle, WA 98106**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Robert Rardon**
**21825 Oil Well Rd**
**Dearborn, MO 64439**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**robert read**
**819 walnut ave**
**Burlingame, CA 94010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Robert Recupito**
**6435 Old Medinah Circle**
**Lake Worth, FL 33463**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.588 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Robert Reece**
**3575 ROTHSCHILD DR**
**Pensacola, FL 32503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Robert Reggio**
**9453 friendly woods lane**
**Whittier, CA 90605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.589 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Reid**
**31892 Shell Landing Way**
**Lewes, DE 19958**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Renz**
**12715 CEDAR ST**
**LEAWOOD, KS 66209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Richardelli**
**1036 Washington Ave**
**West Islip, NY 11795**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Richey**
**2331 Cliff Dr**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Rinck**
**2713 East 1st Street**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Rinck**
**2713 East 1st Street**
**Long Beach, CA 90803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.589 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Robert Romero**
**1720 westcliff dr**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.5898**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Robert Ross**                                                          ☐ Contingent
**577 Glendale Rd**                                                      ☐ Unliquidated
**Hampden, MA 01036**                                                    ☐ Disputed

Date(s) debt was incurred  **2024**                                     **Basis for the claim:  Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.5899**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Robert Ross**                                                          ☐ Contingent
**6000 Evergreen Dr.**                                                   ☐ Unliquidated
**Pocatello, ID 83204**                                                  ☐ Disputed

Date(s) debt was incurred  **2022**                                     **Basis for the claim:  Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.5900**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Robert Rutkowski**                                                     ☐ Contingent
**4110 Aveniel Ct.**                                                     ☐ Unliquidated
**Erie, PA 16506**                                                       ☐ Disputed

Date(s) debt was incurred  **2022**                                     **Basis for the claim:  Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.5901**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Robert Sallee**                                                        ☐ Contingent
**508 Green Acre Dr**                                                    ☐ Unliquidated
**Fullerton, CA 92835**                                                  ☐ Disputed

Date(s) debt was incurred  **2021**                                     **Basis for the claim:  Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.5902**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Robert Sargent**                                                       ☐ Contingent
**1650 Sailing Hawk Dr Lot 103**                                        ☐ Unliquidated
**Lake Havasu City, AZ 86404**                                          ☐ Disputed

Date(s) debt was incurred  **2022**                                     **Basis for the claim:  Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.5903**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Robert Sargent**                                                       ☐ Contingent
**1650 Sailing Hawk Dr, Lot 103**                                       ☐ Unliquidated
**Lake Havasu City, AZ 86404**                                          ☐ Disputed

Date(s) debt was incurred  **2020**                                     **Basis for the claim:  Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset? ■ No ☐ Yes

---

**3.5904**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Robert Sawyer**                                                        ☐ Contingent
**6499 Trayburne Trl**                                                   ☐ Unliquidated
**Kalamazoo, MI 49009**                                                  ☐ Disputed

Date(s) debt was incurred  **2021**                                     **Basis for the claim:  Warranty**

Last 4 digits of account number __                                      Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.590
5**

**Nonpriority creditor's name and mailing address**

**Robert Schettig**
**708 W Riverside St**
**Phoenix, AZ 85041**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.590
6**

**Nonpriority creditor's name and mailing address**

**Robert Schlener**
**1945 Placentia Ave**
**Unit A**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.590
7**

**Nonpriority creditor's name and mailing address**

**Robert Schlener**
**1945 Placentia Ave Unit A**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.590
8**

**Nonpriority creditor's name and mailing address**

**Robert Schlener**
**5355 La Crescenta**
**Yorba Linda, CA 92887**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.590
9**

**Nonpriority creditor's name and mailing address**

**Robert Schneeberg**
**3000 Cotters Circle,**
**Richardson, TX 75082**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.591
0**

**Nonpriority creditor's name and mailing address**

**Robert Schuessler**
**5085 Umatilla St**
**Denver, CO 80221-1315**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.591
1**

**Nonpriority creditor's name and mailing address**

**Robert Schuler**
**417 Coronado St.**
**VENTURA, CA 93001-3612**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.591 2**

**Nonpriority creditor's name and mailing address**

**Robert Schultz**
**1326 Alder Street**
**San Luis Obispo, CA 93401**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.591 3**

**Nonpriority creditor's name and mailing address**

**Robert Seaman**
**4210 NE 130th cir**
**Vancouver, WA 98686**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.591 4**

**Nonpriority creditor's name and mailing address**

**Robert Seybert**
**6446 South Honor Court**
**Gilbert, AL 85298**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.591 5**

**Nonpriority creditor's name and mailing address**

**Robert Shannon**
**1114 Dyer Rd**
**Sultan, WA 98294**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.591 6**

**Nonpriority creditor's name and mailing address**

**Robert Siets**
**5474 E. Big Sky Ln**
**Anaheim Hills, CA 92807**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.591 7**

**Nonpriority creditor's name and mailing address**

**Robert Silverman**
**2 Thornwood Ln**
**Fayetteville, NY 13066**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.591 8**

**Nonpriority creditor's name and mailing address**

**Robert Smith**
**7621 E Indian Bend Road**
**Scottsdale, AZ 85250**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.5919**

**Nonpriority creditor's name and mailing address**

**Robert Smith**
**7621 E. Indian Bend Road**
**Scottsdale, AZ 85250**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5920**

**Nonpriority creditor's name and mailing address**

**Robert Smith**
**7621 E. Indian Bend Road**
**Scottsdale, AZ 85250**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5921**

**Nonpriority creditor's name and mailing address**

**Robert Smith**
**9915 Craftsman Park Way**
**Palmetto, FL 34221**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5922**

**Nonpriority creditor's name and mailing address**

**Robert Smith**
**968 N Old Orchard Lane**
**Orange, CA 92867**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5923**

**Nonpriority creditor's name and mailing address**

**Robert Snyder**
**8008 N Buckhorn rd**
**Lake Point, UT 84074**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5924**

**Nonpriority creditor's name and mailing address**

**Robert Soto**
**17682 Beach Blvd. Ste 103**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.5925**

**Nonpriority creditor's name and mailing address**

**Robert Souva**
**4037 via marina**
**H213**
**marina del rey, CA 90292**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                     Case number *(if known)* _____
_____
Name

| 3.592 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Stafford**
**11664 W Catclaw Ct**
**Surprise, AZ 85378**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.592 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Staples**
**4122 Township Line Road**
**Wycombe, PA 18980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

---

| 3.592 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Staples**
**985 Cedar Road, Newtown**
**Wycombe, PA 18980-6000**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.592 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Staples**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Steele**
**1985 Beck Springs Rd.**
**Hickory Flat, MS 38633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Robert Stengele**
**1170 Mason Street**
**Lantana, TX 76226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.593 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**robert stettler**
**3598 Quiet Dr**
**sarasota, FL 34240**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.593
3**

**Nonpriority creditor's name and mailing address**

**Robert Stewart**
**300 Locksley Court**
**Wilmington, NC 28405-4795**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.593
4**

**Nonpriority creditor's name and mailing address**

**Robert Stine**
**5900 Lamb Creek Dr.**
**Fort Worth, TX 76179**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.593
5**

**Nonpriority creditor's name and mailing address**

**Robert Straka**
**48 Bow Drive**
**Sardinia, OH 45171**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.593
6**

**Nonpriority creditor's name and mailing address**

**Robert Straka**
**8231 Castle Pines Lane**
**Cincinnati, OH 45244**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.593
7**

**Nonpriority creditor's name and mailing address**

**Robert Strickland**
**6201 brynwood ct.**
**San diego, CA 92120**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.593
8**

**Nonpriority creditor's name and mailing address**

**Robert Susenbach**
**339 Symphony Way**
**Freeport, FL 32439**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.593
9**

**Nonpriority creditor's name and mailing address**

**Robert Taylor**
**1525 Pinnacle Dr**
**Park City, UT 84060**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.594 0**

**Nonpriority creditor's name and mailing address**

**Robert Taylor**
**1525 Pinnacle Drive**
**Park City, UT 84060**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.594 1**

**Nonpriority creditor's name and mailing address**

**Robert Thayer**
**2329 Goldberry Lane**
**Davis, CA 95616**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.594 2**

**Nonpriority creditor's name and mailing address**

**robert thielen**
**72415 cholla dr**
**palm desert, CA 92260**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.594 3**

**Nonpriority creditor's name and mailing address**

**Robert Thielen**
**72415 CHOLLA DR**
**PALM DESERT, CA 92260-2764**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.594 4**

**Nonpriority creditor's name and mailing address**

**Robert Thimm**
**2715 Sidewinder Dr**
**Park City, UT 84060**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.594 5**

**Nonpriority creditor's name and mailing address**

**Robert Thimm**
**2715 Sidewinder Dr.**
**Park City, UT 84060**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.594 6**

**Nonpriority creditor's name and mailing address**

**Robert Thomas**
**27027 14th street**
**Highland, CA 92346**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.594
7**

**Nonpriority creditor's name and mailing address**

**Robert Thome**
**2609 Petaluma Ave**
**Long Beach, CA 90815**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.594
8**

**Nonpriority creditor's name and mailing address**

**Robert Thompson**
**315 Pasadena Ave**
**Tustin, CA 92780**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.594
9**

**Nonpriority creditor's name and mailing address**

**Robert tighe**
**516 clubhouse ave**
**nnewport beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.595
0**

**Nonpriority creditor's name and mailing address**

**Robert Trout**
**1743 Bonaire Way**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.595
1**

**Nonpriority creditor's name and mailing address**

**robert trujillo**
**220 East 16th Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.595
2**

**Nonpriority creditor's name and mailing address**

**Robert Vance**
**32 E. Division St.**
**North East, PA 16428**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.595
3**

**Nonpriority creditor's name and mailing address**

**Robert Vance**
**32 E Division St**
**North East, PA 16428**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | |

---

**3.595 4**

**Nonpriority creditor's name and mailing address**
**Robert Vansickle**
**2924 18th Avenue**
**Port Huron, MI 48060**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.595 5**

**Nonpriority creditor's name and mailing address**
**Robert Viscount**
**53 Chatham Avenue**
**Milford, CT 06460**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.595 6**

**Nonpriority creditor's name and mailing address**
**Robert Walker**
**1853 Northshore Road**
**Bellingham, WA 98226**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.595 7**

**Nonpriority creditor's name and mailing address**
**Robert Walker**
**2100 E Linda Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.595 8**

**Nonpriority creditor's name and mailing address**
**Robert Walters**
**2466 Rd L**
**Guide Rock, NE 68942**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.595 9**

**Nonpriority creditor's name and mailing address**
**Robert Warren**
**2049 Vista Cajon**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.596 0**

**Nonpriority creditor's name and mailing address**
**Robert Warren**
**2049 Vista Cajon**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                              Case number (if known) _____

_____ Name

| | | |
|---|---|---|
| 3.596<br>1 | **Nonpriority creditor's name and mailing address**<br>**Robert Warren**<br>**2049 Vista Cajon**<br>**NEWPORT BEACH, CA 92660**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.596<br>2 | **Nonpriority creditor's name and mailing address**<br>**Robert Warren**<br>**2113 Canyon Circle**<br>**Costa Mesa, CA 92627**<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.596<br>3 | **Nonpriority creditor's name and mailing address**<br>**robert wasilick**<br>**234 Sharon Drive**<br>**Toms River, NJ 08753**<br><br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.596<br>4 | **Nonpriority creditor's name and mailing address**<br>**Robert Weisz**<br>**1378 Southwind Circle**<br>**Westlake Village, CA 91361-3425**<br><br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.596<br>5 | **Nonpriority creditor's name and mailing address**<br>**Robert Weisz**<br>**1378 Southwind Circle**<br>**Westlake Village, CA 91361-3425**<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.596<br>6 | **Nonpriority creditor's name and mailing address**<br>**Robert Wheatley**<br>**8018 W 900N**<br>**Carthage, IN 46115-9701**<br><br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.596<br>7 | **Nonpriority creditor's name and mailing address**<br>**Robert Wigdahl**<br>**1208 Plum Ln**<br>**Aberdeen, SD 57401**<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
        Name

---

**3.596 8**

**Nonpriority creditor's name and mailing address**
**robert william**
**19800 Oak rd west**
**gulf shores, AL 35642**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.596 9**

**Nonpriority creditor's name and mailing address**
**robert Wilson**
**285 East 19th St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.597 0**

**Nonpriority creditor's name and mailing address**
**Robert Wood**
**5970 80th st. north**
**106**
**Saint Petersburg, FL 33709**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.597 1**

**Nonpriority creditor's name and mailing address**
**Robert Wright**
**8542 Salt Lake Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.597 2**

**Nonpriority creditor's name and mailing address**
**Robert Wyatt**
**416 39th Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.597 3**

**Nonpriority creditor's name and mailing address**
**robert wyatt**
**416 39th street**
**newport beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.597 4**

**Nonpriority creditor's name and mailing address**
**Robert York**
**1908 The Strand**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.597 5**

**Nonpriority creditor's name and mailing address**

**Robert Young**
**13464 Quail Grove Ave**
**Baton Rouge, LA 70809**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.597 6**

**Nonpriority creditor's name and mailing address**

**Robert Young**
**13464 Quail Avenue**
**Baton Rouge, LA 70809**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.597 7**

**Nonpriority creditor's name and mailing address**

**Robert Young**
**6772 Breeland Dr**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.597 8**

**Nonpriority creditor's name and mailing address**

**Robert Yoways**
**132 West Avenida Santiago**
**San Clemente, CA 92672**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.597 9**

**Nonpriority creditor's name and mailing address**

**Robert Yuschak**
**8830 Silver Spur Rd**
**Park City, UT 84098-4817**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.598 0**

**Nonpriority creditor's name and mailing address**

**Robert Zander**
**5984 Crown Dr.**
**Jurupa Valley, CA 91752**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.598 1**

**Nonpriority creditor's name and mailing address**

**Robert Zander**
**14532 Meadow Brook Ln**
**Eastvale, CA 92880**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
          Name

---

**3.598 2**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                $0.00

**Robert Zapfel**                                                   ☐ Contingent
**3746 Delgany St**                                                ☐ Unliquidated
**Denver, CO 80216**                                               ☐ Disputed

Date(s) debt was incurred **2022**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.598 3**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                $0.00

**Robert Zapfel**                                                   ☐ Contingent
**3746 delgany st**                                                ☐ Unliquidated
**Denver, CO 80216**                                               ☐ Disputed

Date(s) debt was incurred **2022**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.598 4**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                $0.00

**Robert Zapfel**                                                   ☐ Contingent
**3746 delgany**                                                   ☐ Unliquidated
**Denver, CO 80216**                                               ☐ Disputed

Date(s) debt was incurred **2022**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.598 5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                $0.00

**Robert Zurn**                                                    ☐ Contingent
**374 Carraca Court**                                              ☐ Unliquidated
**Severn, MD 21144**                                               ☐ Disputed

Date(s) debt was incurred **2025**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number **7**                              Is the claim subject to offset? ■ No  ☐ Yes

---

**3.598 6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                $0.00

**Robert Zurn**                                                    ☐ Contingent
**374 Carraca Ct**                                                 ☐ Unliquidated
**severn, MD 21144**                                               ☐ Disputed

Date(s) debt was incurred **2023**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.598 7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                $0.00

**Roberta Atkins**                                                 ☐ Contingent
**9637 Plumeria Way**                                              ☐ Unliquidated
**Boynton Beach, FL 33436**                                        ☐ Disputed

Date(s) debt was incurred **2023**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.598 8**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                $0.00

**Roberta Kiehl**                                                  ☐ Contingent
**209 Lakewood Pkwy**                                              ☐ Unliquidated
**Burlington, VT 05408**                                           ☐ Disputed

Date(s) debt was incurred **2023**                                 Basis for the claim:  **Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
          Name

---

**3.598**
**9**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                      **$0.00**

**Roberta Maran**                                                      ☐ Contingent
**231 Boardman Rd**                                                    ☐ Unliquidated
**Ojai, CA 93023**                                                     ☐ Disputed

Date(s) debt was incurred  **2025**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.599**
**0**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                      **$0.00**

**Roberta Salveson**                                                  ☐ Contingent
**11420 Marine View Dr. SW**                                          ☐ Unliquidated
**Seattle, WA 98146**                                                 ☐ Disputed

Date(s) debt was incurred  **2022**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.599**
**1**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                      **$0.00**

**Roberta Schmiedlin**                                                ☐ Contingent
**1120 Markle Road**                                                  ☐ Unliquidated
**Leechburg, PA 15656**                                               ☐ Disputed

Date(s) debt was incurred  **2024**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.599**
**2**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                      **$0.00**

**Roberta Schmiedlin**                                                ☐ Contingent
**1120 Markle Rd**                                                    ☐ Unliquidated
**Leechburg, PA 15656**                                               ☐ Disputed

Date(s) debt was incurred  **2021**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.599**
**3**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                      **$0.00**

**Roberta Vaca**                                                      ☐ Contingent
**2335 Cornell Cir**                                                  ☐ Unliquidated
**Corona, CA 92881**                                                  ☐ Disputed

Date(s) debt was incurred  **2020**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.599**
**4**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                      **$0.00**

**ROBERTO ALICEA**                                                    ☐ Contingent
**20A Day Street**                                                    ☐ Unliquidated
**apt 4**                                                             ☐ Disputed
**Waltham, MA 02453**

Date(s) debt was incurred  **2022**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

**3.599**
**5**

**Nonpriority creditor's name and mailing address**                   As of the petition filing date, the claim is: Check all that apply.                      **$0.00**

**Roberto Cha**                                                       ☐ Contingent
**160 Quiet grove**                                                   ☐ Unliquidated
**Irvine, CA 92618**                                                  ☐ Disputed

Date(s) debt was incurred  **2021**                                   Basis for the claim:  **Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.5996**

**Nonpriority creditor's name and mailing address**

**Roberto Herrera**
**2284 Pomona Ave Apt B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5997**

**Nonpriority creditor's name and mailing address**

**roberto vetrone**
**41 Alameda Avenue**
**Half Moon Bay, CA 94019**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5998**

**Nonpriority creditor's name and mailing address**

**Robin Banko**
**819 N Citrus Ave**
**Azusa, CA 91702**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.5999**

**Nonpriority creditor's name and mailing address**

**Robin Banko**
**819 N. Citrus Ave**
**Azusa, CA 91702**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6000**

**Nonpriority creditor's name and mailing address**

**Robin Bittel**
**2955 Champion Way**
**#19**
**Tustin Ranch, CA 92782**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6001**

**Nonpriority creditor's name and mailing address**

**Robin Daffern**
**3402 Green Ave**
**Clearlake, CA 95422**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6002**

**Nonpriority creditor's name and mailing address**

**Robin Daffern**
**3402 Green Ave**
**Clearlake, CA 95422**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.600
3**

**Nonpriority creditor's name and mailing address**

**Robin Flinchbaugh**
**1016 East 300 South**
**Salt Lake City, UT 84102**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600
4**

**Nonpriority creditor's name and mailing address**

**Robin George**
**18609 Broadway Ave.**
**Snohomish, WA 98296**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600
5**

**Nonpriority creditor's name and mailing address**

**robin gorski**
**20450 via cadiz**
**Yorba Linda, CA 92886**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600
6**

**Nonpriority creditor's name and mailing address**

**Robin Guarnotta**
**2424 corona court**
**La Jolla, CA 92037**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600
7**

**Nonpriority creditor's name and mailing address**

**Robin Hoffarth**
**6946 W CLIFTON AVE**
**LITTLETON, CO 80128**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600
8**

**Nonpriority creditor's name and mailing address**

**Robin Hoffarth**
**6946 W CLIFTON AVE**
**LITTLETON, CO 80128**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.600
9**

**Nonpriority creditor's name and mailing address**

**Robin Ingles**
**52 Perry Road**
**Pennellville, NY 13132**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6010**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Robin Jacobs** | ☐ Contingent | |
| **1001 Shoreline Drive** | ☐ Unliquidated | |
| **San Mateo, CA 94404** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6011**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Robin Jacobs** | ☐ Contingent | |
| **188 Greenoaks Drive** | ☐ Unliquidated | |
| **Atherton, CA 94027** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6012**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Robin Lowe** | ☐ Contingent | |
| **17723 Blazing Star Circle** | ☐ Unliquidated | |
| **Clermont, FL 34714** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6013**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Robin Luber** | ☐ Contingent | |
| **1008 Bernadette Drive** | ☐ Unliquidated | |
| **Forest Hill, MD 21050** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6014**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Robin O'Mahony** | ☐ Contingent | |
| **17851 Felson Cir** | ☐ Unliquidated | |
| **Huntington Beach, CA 92649** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6015**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Robin Reese** | ☐ Contingent | |
| **10 Rook Lane** | ☐ Unliquidated | |
| **Carrollton, GA 30116-7460** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6016**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|
| **Robin Robbins** | ☐ Contingent | |
| **210 Lynnhurst Dr** | ☐ Unliquidated | |
| **Ormond Beach, FL 32176** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

---

**3.601 7**

**Nonpriority creditor's name and mailing address**
**ROBIN ROWLAND**
**4610 BRYANSTONE CT**
**CHARLOTTE, NC 28226-3266**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.601 8**

**Nonpriority creditor's name and mailing address**
**ROBIN ROWLAND**
**4610 BRYANSTONE CT**
**CHARLOTTE, NC 28226**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.601 9**

**Nonpriority creditor's name and mailing address**
**Robin Seymour**
**306 S Salem**
**Apex, NC 27502**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.602 0**

**Nonpriority creditor's name and mailing address**
**ROBIN SMITH**
**11447 NUCLA ST**
**Commerce City, CO 80022**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.602 1**

**Nonpriority creditor's name and mailing address**
**robin soble**
**401 North Pembroke Ave**
**Margate City, NJ 08402**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.602 2**

**Nonpriority creditor's name and mailing address**
**Robin Thomas**
**156 Redland Hill Dr**
**Rockingham, NC 28379-5219**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.602 3**

**Nonpriority creditor's name and mailing address**
**Robin Wakeman**
**675 S Alpine Lake Dr F**
**Jackson, MI 49203-6320**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

**3.602 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Robin West**
**432 prospect St**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.602 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Robin West**
**432 Prospect Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.602 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Robin Williams**
**631 Westwind Drive**
**North Palm Beach, FL 33408**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.602 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Robin Williams**
**1 Dewey Street**
**Ste 2**
**Bar Harbor, ME 04609**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.602 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Robin Williams**
**55 E Gem Circle**
**Palm Springs, CA 92262**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.602 9**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Robyn Hodge**
**23106 Cerca dr**
**Valencia, CA 91354**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.603 0**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Robyn Melton**
**420 Sierra St**
**Taft, CA 93268**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.603
1**

**Nonpriority creditor's name and mailing address**

**Robyn Miller
3812 River Ave
Newport Beach, CA 92663**

**Date(s) debt was incurred** _2023_

**Last 4 digits of account number** _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.603
2**

**Nonpriority creditor's name and mailing address**

**Robyn Retkowski
W340S5477 Prairie View Dr
North Prairie, WI 53153-9425**

**Date(s) debt was incurred** _2025_

**Last 4 digits of account number** _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.603
3**

**Nonpriority creditor's name and mailing address**

**Robyn Retkowski
W340S5477 Prairie View Dr
North Prairie, WI 53153**

**Date(s) debt was incurred** _2025_

**Last 4 digits of account number** _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.603
4**

**Nonpriority creditor's name and mailing address**

**Robyn Retkowski
W340S5477 Prairie View Drive
North Prairie, WI 53153**

**Date(s) debt was incurred** _2021_

**Last 4 digits of account number** _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.603
5**

**Nonpriority creditor's name and mailing address**

**Robyn Zeiger
10300 Sweetbriar Parkway
Silver Spring, MD 20903**

**Date(s) debt was incurred** _2021_

**Last 4 digits of account number** _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.603
6**

**Nonpriority creditor's name and mailing address**

**Rocarlo Beltran
6418 Moccasin Bend Dr.
Houston, TX 77379**

**Date(s) debt was incurred** _2024_

**Last 4 digits of account number** _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.603
7**

**Nonpriority creditor's name and mailing address**

**Rocarlo Beltran
5518 Linden Chase Ln
Houston, TX 77066**

**Date(s) debt was incurred** _2023_

**Last 4 digits of account number** _ _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6038**

**Nonpriority creditor's name and mailing address**

**Rocco Aceto**
**6955 East Via El Estribo**
**Anaheim Hills, CA 92807**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6039**

**Nonpriority creditor's name and mailing address**

**Rocco Babinec**
**1211 Via La Jolla**
**San Clemente, CA 92672**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6040**

**Nonpriority creditor's name and mailing address**

**Rochelle Broach**
**120 Foam Flower Drive**
**Lake Frederick, VA 22630**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6041**

**Nonpriority creditor's name and mailing address**

**Rochelle Broach**
**120 Foam Flower Dr.**
**Lake Frederick, VA 22630**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6042**

**Nonpriority creditor's name and mailing address**

**Rochelle Broach**
**120 Foam Flower Dr**
**Lake Frederick, VA 22630**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6043**

**Nonpriority creditor's name and mailing address**

**Rochelle Broach**
**2040 Chartwell Court**
**Leland, NC 28451**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6044**

**Nonpriority creditor's name and mailing address**

**Rochelle Miller**
**1400 RANCHO WAY**
**SOUTH LAKE TAHOE, CA 96150-8309**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.604 5**

**Nonpriority creditor's name and mailing address**

**Rochelle Rhyno**
**769 Chenango street**
**Binghamton, NY 13901**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.604 6**

**Nonpriority creditor's name and mailing address**

**Rochelle Roberts**
**2057 Tustin ave.**
**Unit D**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.604 7**

**Nonpriority creditor's name and mailing address**

**rochelle strong**
**9308 Douglas Drive**
**Riverside, CA 92503**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.604 8**

**Nonpriority creditor's name and mailing address**

**Rochelle Waite**
**11702 S 2670 W**
**Riverton, UT 84065**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.604 9**

**Nonpriority creditor's name and mailing address**

**Rocio Luna**
**12662 Orange Avenue**
**Chino, CA 91710**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.605 0**

**Nonpriority creditor's name and mailing address**

**Rockee Coalson**
**515 Eagle Dr.**
**Incline village, NV 89451**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.605 1**

**Nonpriority creditor's name and mailing address**

**Rocky Christen**
**55 w south temple**
**unit 202**
**salt lake city, UT 84101**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                              Case number *(if known)* _____
　　　　　Name

---

**3.605 2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Rocky Daniels**
**261 A West Alton Ave**                                    ☐ Contingent
**Santa Ana, CA 92707**                                    ☐ Unliquidated
                                                           ☐ Disputed
Date(s) debt was incurred __2021__
                                                           **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.605 3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**rocky mathews**
**2452 N Campus ave**                                      ☐ Contingent
**upland, CA 91784**                                       ☐ Unliquidated
                                                           ☐ Disputed
Date(s) debt was incurred __2022__
                                                           **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.605 4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**rocky mathews**
**2452 N. Campus ave**                                     ☐ Contingent
**UplandUpland, CA 91784**                                 ☐ Unliquidated
                                                           ☐ Disputed
Date(s) debt was incurred __2022__
                                                           **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.605 5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Rocky Meyer**
**5986 Nature View Lane**                                  ☐ Contingent
**Eagle River, WI 54521**                                  ☐ Unliquidated
                                                           ☐ Disputed
Date(s) debt was incurred __2025__
                                                           **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.605 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Rod DeLeon**
**42145 Humber Dr**                                        ☐ Contingent
**Temecula, CA 92591**                                     ☐ Unliquidated
                                                           ☐ Disputed
Date(s) debt was incurred __2022__
                                                           **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.605 7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Rod Dixon**
**17309 Vickie Ave**                                       ☐ Contingent
**Cerritos, CA 90703**                                     ☐ Unliquidated
                                                           ☐ Disputed
Date(s) debt was incurred __2023__
                                                           **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.605 8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Rod Dixon**
**17309 Vickie Ave**                                       ☐ Contingent
**Cerritos, CA 90703**                                     ☐ Unliquidated
                                                           ☐ Disputed
Date(s) debt was incurred __2021__
                                                           **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                           Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.6059**

**Nonpriority creditor's name and mailing address**
**Rod McDonald**
**104 Blossom Lane**
**Elma, WA 98541**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6060**

**Nonpriority creditor's name and mailing address**
**Rod Parker**
**522 N Farm Hill Ln**
**Midway, UT 84049**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6061**

**Nonpriority creditor's name and mailing address**
**Rod Westerterp**
**3 SOUTH ROSE STREET**
**Lodi, CA 95240**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6062**

**Nonpriority creditor's name and mailing address**
**Rod Westerterp**
**3 S. Rose St.**
**Lodi, CA 95240**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6063**

**Nonpriority creditor's name and mailing address**
**Roderic Mast**
**13217 Stable Brook Way**
**Herndon, VA 20171**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6064**

**Nonpriority creditor's name and mailing address**
**Roderic Mcisaac**
**21661 Bahama Ln**
**Huntington Beach, SC 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6065**

**Nonpriority creditor's name and mailing address**
**Roderick Isaac**
**21661 Bahama Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6066**

**Nonpriority creditor's name and mailing address**
**Roderick Rowell**
**2389 Ramona St**
**Palo Alto, CA 94301**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6067**

**Nonpriority creditor's name and mailing address**
**Rodger Head**
**537 Westport Dr**
**Old Hickory, TN 37138**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6068**

**Nonpriority creditor's name and mailing address**
**rodney blue**
**17421 hillgate lane**
**huntington beach, CA 92649**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6069**

**Nonpriority creditor's name and mailing address**
**Rodney Boyd**
**106 Villa St.**
**McMinnville, TN 37110**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6070**

**Nonpriority creditor's name and mailing address**
**Rodney Cadwell**
**2601 Santa Ana Ave**
**APT A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6071**

**Nonpriority creditor's name and mailing address**
**Rodney Cadwell**
**2601 Santa Ana Ave**
**Apt. A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6072**

**Nonpriority creditor's name and mailing address**
**Rodney Couch**
**880 Eaglecrest Ct.**
**Riverside, CA 92506**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

| 3.607 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rodney Couch**
**880 Eagle Crest Ct**
**Riverside, CA 92506**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rodney Diseker**
**11981 Classic Ln**
**Forney, TX 75126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rodney Garcia**
**8 Mary Lynn Ln**
**Voorheesville, NY 12186-9716**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**RODNEY KUCHENBECKER**
**124 0LD ORCHARD LN**
**NEENAH, WI 54956**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rodney ladd**
**6716 Heath Glen Drive**
**Mint Hill, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Rodney ladd**
**6716 Heath Glen Drive, Mint Hi**
**MINT HILL, NC 28227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.607 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**rodney Ladd**
**6716 Heath Glen Drive, Mint Hill, NC, 28**
**Mint Hill, NC 28227-4610**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.608 0**

**Nonpriority creditor's name and mailing address**
**Rodney Ladd**
**6716 Heath Glen Drive**
**Mint Hill, NC 28227**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608 1**

**Nonpriority creditor's name and mailing address**
**Rodney Lipman**
**144 Striped Peak Rd**
**Port Angeles, WA 98363**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608 2**

**Nonpriority creditor's name and mailing address**
**Rodney Long**
**4555 S Mission St**
**Site#987**
**Tucson, AZ 85746**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608 3**

**Nonpriority creditor's name and mailing address**
**Rodney Sayaboc**
**8931 Bedel Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608 4**

**Nonpriority creditor's name and mailing address**
**Rodney Sleeth**
**10121 N Spring Ln**
**Peoria, IL 61615**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608 5**

**Nonpriority creditor's name and mailing address**
**Rodney Sleeth**
**10121 North Spring Lane**
**Peoria, IL 61615**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.608 6**

**Nonpriority creditor's name and mailing address**
**rodolfo agbunag**
**7510 Camino Minero**
**Carlsbad, CA 92009-8722**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____

Name

---

**3.608 7**

**Nonpriority creditor's name and mailing address**

**rodolfo agbunag**
**7510 Camino Minero**
**Carlsbad, CA 92009**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.608 8**

**Nonpriority creditor's name and mailing address**

**Rodolfo Ledesma**
**11231 Baylor St**
**Rancho Cucamonga, CA 91701**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.608 9**

**Nonpriority creditor's name and mailing address**

**Rodolfo Segura**
**470 N. Walnut St**
**Apt. N**
**La Habra, CA 90631**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.609 0**

**Nonpriority creditor's name and mailing address**

**Rodrick Duhaime**
**3185 Curdy Road**
**Howell, MI 48855**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.609 1**

**Nonpriority creditor's name and mailing address**

**Roger Bittinger**
**68 Lions Way**
**North Windham, CT 06256**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.609 2**

**Nonpriority creditor's name and mailing address**

**Roger Bliesner**
**2495 NW 2nd ST**
**Bend, OR 97703**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.609 3**

**Nonpriority creditor's name and mailing address**

**Roger Bolk**
**W6954 Old Bass Lake Road**
**Minong, WI 54859**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Electric Bike Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.6094**

**Nonpriority creditor's name and mailing address**

**Roger Cooley**
**13011 Northwoods Ln**
**Saluda, VA 23149**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6095**

**Nonpriority creditor's name and mailing address**

**Roger Gamache**
**16531 W Monte Vista Rd**
**GOODYEAR, AZ 85395**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6096**

**Nonpriority creditor's name and mailing address**

**Roger Hansen**
**7807 Bayshore Drive**
**Margate City, NJ 08402**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6097**

**Nonpriority creditor's name and mailing address**

**Roger Hilligas**
**12171 Ryans Way**
**Chaumont, NY 13622**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6098**

**Nonpriority creditor's name and mailing address**

**Roger Holtmeier**
**12003 N River Glenn Ln**
**Mequon, WI 53092**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6099**

**Nonpriority creditor's name and mailing address**

**roger huss**
**73-965 AHULANI STREET**
**KAILUA KONA, HI 96740**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6100**

**Nonpriority creditor's name and mailing address**

**Roger Ketelsleger**
**1038 White Sails Way**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                   Case number (if known) _____
　　　　　Name

---

**3.610**
**1**

**Nonpriority creditor's name and mailing address**
**Roger Lane**
**1921 Luning Way**
**Las Vegas, NV 89106**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.610**
**2**

**Nonpriority creditor's name and mailing address**
**Roger Lane**
**1921 Luning Way**
**Las Vagas, NV 89106**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.610**
**3**

**Nonpriority creditor's name and mailing address**
**Roger Lane**
**1921 Luning Way**
**La s Vegas, NV 89106**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.610**
**4**

**Nonpriority creditor's name and mailing address**
**Roger Lortie**
**12514 Venice Blvd.**
**Unit #1**
**Los Angeles, CA 90066**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.610**
**5**

**Nonpriority creditor's name and mailing address**
**Roger McKay**
**4036 Acadia Ln**
**Lebanon, OH 45036**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.610**
**6**

**Nonpriority creditor's name and mailing address**
**Roger McKay**
**4036 Acadia Ln**
**Lebanon, OH 45036**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.610**
**7**

**Nonpriority creditor's name and mailing address**
**Roger McNichols**
**20712 Reef Ln**
**Huntington beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6108**

**Nonpriority creditor's name and mailing address**

**Roger Merritt**
**376 5th St.**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6109**

**Nonpriority creditor's name and mailing address**

**Roger Miller**
**3203 Huey Avenue**
**Drexel Hill, PA 19026**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6110**

**Nonpriority creditor's name and mailing address**

**Roger Milsten**
**14657 Quicksilver St**
**Ramsey, MN 55303**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6111**

**Nonpriority creditor's name and mailing address**

**Roger Minter**
**1468 Schroeder Road**
**Powhatan, VA 23139**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6112**

**Nonpriority creditor's name and mailing address**

**Roger Minter**
**1468 Schroeder Road**
**Powhatan, VA 23139**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6113**

**Nonpriority creditor's name and mailing address**

**Roger Minter**
**1468 Schroeder Road**
**Powhatan, VA 23139**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6114**

**Nonpriority creditor's name and mailing address**

**Roger Minter**
**1468 Schroeder Road**
**Powhatan, VA 23139**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6115**

**Nonpriority creditor's name and mailing address**

**Roger Murray**
**159 Circle Valley Dr SE**
**Calhoun, GA 30701**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6116**

**Nonpriority creditor's name and mailing address**

**Roger Petersen**
**6114 Olde Baker School Ln**
**Hillsboro, MO 63050**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6117**

**Nonpriority creditor's name and mailing address**

**Roger Petersen**
**6114 Olde Baker School Ln**
**Hillsboro, MO 63050**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6118**

**Nonpriority creditor's name and mailing address**

**Roger Roth**
**45735 coldbrook lane**
**la quinta, CA 92253**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6119**

**Nonpriority creditor's name and mailing address**

**Roger Scarlett**
**12570B Edinboro Rd.**
**Edinboro, PA 16412**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6120**

**Nonpriority creditor's name and mailing address**

**Roger Scott**
**866 Colina Vista**
**Ventura, CA 93003**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6121**

**Nonpriority creditor's name and mailing address**

**Roger Simmons**
**12224 Parasol Dr**
**Havasu Lake, CA 92363**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                Case number (if known) _____

Name

---

**3.612
2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Roger Stuart**                                                    ☐ Contingent
**2700 brookstone drive**                                          ☐ Unliquidated
**Unit A**                                                          ☐ Disputed
**Milliken, CO 80543**

Date(s) debt was incurred  **2023**                                Basis for the claim:  **Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.612
3**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Roger Willard**                                                  ☐ Contingent
**23 Captain Beam Blvd**                                           ☐ Unliquidated
**Hampstead, NC 28443**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                                Basis for the claim:  **Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.612
4**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Roland Bel**                                                     ☐ Contingent
**5646 ocean terrace drive**                                       ☐ Unliquidated
**Huntington beach, CA 92648**                                     ☐ Disputed

Date(s) debt was incurred  **2021**                                Basis for the claim:  **Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.612
5**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Roland Bolor**                                                   ☐ Contingent
**4725 Driftwood way**                                             ☐ Unliquidated
**Oceanside, CA 92057**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                                Basis for the claim:  **Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.612
6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Roland Hughes**                                                  ☐ Contingent
**2288 Morning Point**                                             ☐ Unliquidated
**Roaming Shores, OH 44084**                                       ☐ Disputed

Date(s) debt was incurred  **2024**                                Basis for the claim:  **Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.612
7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Roland Ybarra**                                                  ☐ Contingent
**4307 Tree line Dr**                                              ☐ Unliquidated
**Pasadena, TX 77505**                                             ☐ Disputed

Date(s) debt was incurred  **2022**                                Basis for the claim:  **Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.612
8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Rolando Marquez**                                                ☐ Contingent
**14832 Braeburn Rd**                                              ☐ Unliquidated
**Tustin, CA 92780**                                               ☐ Disputed

Date(s) debt was incurred  **2024**                                Basis for the claim:  **Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6129**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rolf Christoffersen**<br>**5183 San Lucas Way**<br>**Santa Barbara, CA 93111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6130**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rolf Christoffersen**<br>**5183 San Lucas Way**<br>**Santa Barbara, CA 93111** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6131**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Rolf Jacobs**<br>**6102 E Birdcage**<br>**Orange, CA 92869** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6132**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Roman Gonzales**<br>**1676 GRAND VIEW**<br>**COSTA MESA, CA 92627** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6133**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Roman Gonzales**<br>**1676 Grand View**<br>**Costa mesa, CA 92627** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2020__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6134**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Romeel Escalante**<br>**1250 Adams Ave**<br>**Costa Mesa, CA 92626** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.6135**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Romeo Spino**<br>**2523 Laguna Ter**<br>**Fort Lauderdale, FL 33316** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2024__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

3.613
6

**Nonpriority creditor's name and mailing address**

**Romina Arguedas**
**2206 Richey Drive**
**La Canada Flintridge, CA 91011**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.613
7

**Nonpriority creditor's name and mailing address**

**Rommel Basuel**
**1 Glen Hollow Rd**
**Danville, CA 94506**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.613
8

**Nonpriority creditor's name and mailing address**

**Romualdo Navarro**
**895 Sagewood Dr**
**South Lake Tahoe, CA 96150**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.613
9

**Nonpriority creditor's name and mailing address**

**Ron   Nazha Thomas**
**825 N Beatty street**
**Pittsburgh, PA 15206**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.614
0

**Nonpriority creditor's name and mailing address**

**Ron Acero**
**226 Hawkins St**
**Vallejo, CA 94591**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.614
1

**Nonpriority creditor's name and mailing address**

**Ron Baake**
**PO Box 701**
**Conifer, CO 80433**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.614
2

**Nonpriority creditor's name and mailing address**

**Ron Bee**
**360 Unit D Heritage Hills**
**Summers, NY 10589**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.614
3**

**Nonpriority creditor's name and mailing address**
**Ron Breiter**
**82400 W Coral Mountain Dr**
**Indio, CA 92201**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.614
4**

**Nonpriority creditor's name and mailing address**
**Ron Cushing**
**1676 Piper Creek**
**Beaumont, CA 92223**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.614
5**

**Nonpriority creditor's name and mailing address**
**Ron Escarda**
**3310 203rd Place NE**
**Sammamish, WA 98074**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.614
6**

**Nonpriority creditor's name and mailing address**
**Ron Escarda**
**3310 203rd Place NE**
**Sammamish, WA 98074**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.614
7**

**Nonpriority creditor's name and mailing address**
**Ron Evans**
**1110 Victoria Street**
**Apt. A101**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.614
8**

**Nonpriority creditor's name and mailing address**
**Ron Flores**
**3080 Marron RD**
**Carlsbad, CA 92010**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.614
9**

**Nonpriority creditor's name and mailing address**
**Ron Garsh**
**1959 Port Cardiff**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.6150**

**Nonpriority creditor's name and mailing address**

**Ron Green**
**509 cortez**
**salt Lake City, UT 84103**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6151**

**Nonpriority creditor's name and mailing address**

**Ron Harkins**
**20672 Spindrift Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6152**

**Nonpriority creditor's name and mailing address**

**Ron Henne**
**35 Concetta Lane**
**Bristol, CT 06010**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6153**

**Nonpriority creditor's name and mailing address**

**Ron Hinzo**
**5082 Pine Circle**
**La Palma, CA 90623**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6154**

**Nonpriority creditor's name and mailing address**

**Ron Hippen**
**12605 Elm Parkway**
**Rogers, MN 55374**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6155**

**Nonpriority creditor's name and mailing address**

**Ron Hodges**
**1120 W. Airport Rd**
**West Branch, MI 48661**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6156**

**Nonpriority creditor's name and mailing address**

**Ron Hodges**
**1120 W. Airport Rd.**
**West Branch, MI 48661**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.6157**

**Nonpriority creditor's name and mailing address**
**Ron Javor**
**5281 Beckworth St**
**Timnath, CO 80547**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6158**

**Nonpriority creditor's name and mailing address**
**Ron Johnson**
**4780 Valle Verde Ct**
**La Verne, CA 91750**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6159**

**Nonpriority creditor's name and mailing address**
**Ron Lawrence**
**2029 Balearic Dr**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6160**

**Nonpriority creditor's name and mailing address**
**Ron Lopez**
**438 old newport blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6161**

**Nonpriority creditor's name and mailing address**
**Ron Mason**
**1542 Goshen Ave**
**Clovis, CA 93611**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6162**

**Nonpriority creditor's name and mailing address**
**Ron Mcamis**
**38 Balboa Coves**
**Newport, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6163**

**Nonpriority creditor's name and mailing address**
**Ron McGee**
**1505 W Greer Ave**
**Holbrook, AZ 86025**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.616 4**

**Nonpriority creditor's name and mailing address**
**Ron Mead**
**1515 Dock St**
**Unit 208**
**Tacoma, WA 98402**

**Date(s) debt was incurred** __2025__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.616 5**

**Nonpriority creditor's name and mailing address**
**Ron Mead**
**1515 Dock St**
**Unit 208**
**Tacoma, WA 98402**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.616 6**

**Nonpriority creditor's name and mailing address**
**Ron Nathanson**
**519 Superior Avenue**
**Newport Beach, CA 92663**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.616 7**

**Nonpriority creditor's name and mailing address**
**Ron Nickelson Sr**
**1692 Goehmann Lane**
**Lot #34**
**Fredericksburg, TX 78624**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.616 8**

**Nonpriority creditor's name and mailing address**
**Ron O'Shea**
**1260 S. Tamiami Trail**
**Osprey, FL 34229**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.616 9**

**Nonpriority creditor's name and mailing address**
**Ron O'Shea**
**1260 South Tamiami Trail**
**OSPREY, FL 34229**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.617 0**

**Nonpriority creditor's name and mailing address**
**Ron Pratt**
**20 Pine Meadows Lane**
**Keystone, CO 80435**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                        Case number (if known) _____
_____
Name

---

**3.617**
**1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Ron Pratt**
**140 ALLMOND LN**                                                       ☐ Contingent
**ALPHARETTA, GA 30004-2420**                                           ☐ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred  **2022**
                                                                        Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.617**
**2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Ron Pratt**
**140 Allmond Lane**                                                     ☐ Contingent
**Alpharetta, GA 30004**                                                 ☐ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                        Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.617**
**3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Ron Quilter**
**1474 south 2670 east**                                                 ☐ Contingent
**saint george, UT 84790**                                               ☐ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                        Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.617**
**4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**RON RICO**
**19291 Highland View Lane**                                            ☐ Contingent
**Trabuco Canyon, CA 92679**                                            ☐ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                        Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.617**
**5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Ron Rios**
**700 Lido Park Dr**                                                     ☐ Contingent
**unit 4**                                                               ☐ Unliquidated
**Newport Beach, CA 92663**                                             ☐ Disputed
Date(s) debt was incurred  **2022**
                                                                        Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.617**
**6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Ron Robertson**
**3033 capri lane**                                                      ☐ Contingent
**costa mesa, CA 92626**                                                 ☐ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                        Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.617**
**7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Ron Rudy**
**6261 Majorca Circle**                                                  ☐ Contingent
**Long Beach, CA 90803**                                                 ☐ Unliquidated
                                                                        ☐ Disputed
Date(s) debt was incurred  **2024**
                                                                        Basis for the claim:  **Warranty**
Last 4 digits of account number __

                                                                        Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.6178**

**Nonpriority creditor's name and mailing address**
**Ron Sanchez**
**34731 Calle Fortuna**
**Capistrano Beach, CA 92624**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6179**

**Nonpriority creditor's name and mailing address**
**Ron Sanchez**
**34731 Calle Fortuna**
**Capistrano Beach, CA 92624**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6180**

**Nonpriority creditor's name and mailing address**
**Ron Sell**
**18121 Crawley Rd**
**Odesssa, FL 33556**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6181**

**Nonpriority creditor's name and mailing address**
**Ron Stanley**
**5227 North Highland Street**
**Ruston, WA 98407**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6182**

**Nonpriority creditor's name and mailing address**
**Ron Van Winkle**
**402 Columbia st**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6183**

**Nonpriority creditor's name and mailing address**
**Ron Westrup**
**18222 Gothard St**
**Unit B**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6184**

**Nonpriority creditor's name and mailing address**
**Ronald Aliangan**
**1385 SE Riverview Ave**
**Irrigon, OR 97844-6935**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.618 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ronald Aliangan**
**1385 SE Riverview Ave**
**Irrigon, OR 97844**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ronald Barngrover**
**5305 Tulip Hill Ave**
**Las Vegas, NV 89141**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ronald Benner**
**802 Clermont Ave**
**Dallas, TX 75223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ronald Brandt**
**20 Avenida De Azalea**
**Rancho Palos Verdes, CA 90275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.618 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ronald Canady**
**1901 Wavecrest Ave**
**McKinleyville, CA 95519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ronald Chesnut**
**131 Glen Mawr Cir.**
**delaware, OH 43015**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.619 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Ronald Collins**
**1843 Buckeye Street**
**Highland, CA 92346**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
         _____
         Name

| 3.619 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Ronald Collins**
**1843 Buckeye Street**
**Highland, CA 92346**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.619 3
**Nonpriority creditor's name and mailing address**
**Ronald Craig**
**6425 s clark dr**
**Tempe, AZ 85283**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.619 4
**Nonpriority creditor's name and mailing address**
**ronald creighton**
**102 Tarpon Ave**
**Galveston, TX 77550-3132**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.619 5
**Nonpriority creditor's name and mailing address**
**Ronald Crescenzo**
**17621 S Bronze Mountain Pass**
**Vail, AZ 85641**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.619 6
**Nonpriority creditor's name and mailing address**
**ronald featherstone**
**1650 BLUEBONNET BLVD**
**BULLHEAD CITY, AZ 86442-6224**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.619 7
**Nonpriority creditor's name and mailing address**
**Ronald Ferrell**
**8451 Hibiscus Cir**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.619 8
**Nonpriority creditor's name and mailing address**
**Ronald Fontenot**
**4412 s cypress ave**
**Broken Arrow, OK 74011**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.619 9**

**Nonpriority creditor's name and mailing address**
**Ronald Foreman**
**1026 Stratton Ridge Rd**
**Clute, TX 77531**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.620 0**

**Nonpriority creditor's name and mailing address**
**Ronald Giovanniello**
**128 Para Avenue**
**Hershey, PA 17033**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.620 1**

**Nonpriority creditor's name and mailing address**
**Ronald Green**
**509 Cortez St**
**Salt Lake City, UT 84103**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.620 2**

**Nonpriority creditor's name and mailing address**
**Ronald Gregory**
**1010 oceanview ct**
**fernandina beach, FL 32034**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.620 3**

**Nonpriority creditor's name and mailing address**
**Ronald Hughes**
**4004 Atlantic Ave**
**Penthouse 9**
**Va Beach, VA 23451**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.620 4**

**Nonpriority creditor's name and mailing address**
**ronald jackson**
**3703 south concord street**
**Rogers, AR 72758**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.620 5**

**Nonpriority creditor's name and mailing address**
**Ronald Janz**
**1551 Nelson Ave**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.620 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**$0.00**

**Ronald Janz**
**1551 Nelson Ave**
**Manhattan Beach, CA 90266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.620 7**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

**Ronald L Rummel Jr**
**149 Avon Belden Rd**
**Avon Lake, OH 44012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number _ _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.620 8**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

**Ronald Lo Reaux**
**70 Shorecrest Court**
**Port Townsend, WA 98368**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.620 9**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

**Ronald Lybrook**
**21115 Wheaton Terrace**
**Lake Forest, CA 92630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number _ _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.621 0**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

**Ronald Mckinney**
**508 E Newmark Ave.**
**Monteray Park, CA 91755-3104**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.621 1**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

**ronald mckinney**
**508 E newmark ave**
**monterey park, CA 91755**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.621 2**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*

**$0.00**

**Ronald Modlin**
**1326 E LARKSPUR WAY**
**LAYTON, UT 84040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.621 3**

**Nonpriority creditor's name and mailing address**

**Ronald Mundell**
**41428 Yancey Ln.**
**Quartz Hill, CA 93536**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.621 4**

**Nonpriority creditor's name and mailing address**

**Ronald Mundell**
**41428 Yancey Ln.**
**Lancaster, CA 93536**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.621 5**

**Nonpriority creditor's name and mailing address**

**Ronald Myers**
**5312 Candlewick Rd**
**Greensboro, NC 27455**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.621 6**

**Nonpriority creditor's name and mailing address**

**Ronald Rock**
**34653 Sentry Court**
**Selbyville, DE 19975**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.621 7**

**Nonpriority creditor's name and mailing address**

**Ronald Rose**
**2344 Woodlake Circle**
**Lodi, CA 95242**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.621 8**

**Nonpriority creditor's name and mailing address**

**Ronald Rosenke**
**450 Craig Gap Road**
**Blairsville, GA 30512**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.621 9**

**Nonpriority creditor's name and mailing address**

**Ronald Simons**
**10725 Hurlock Rd**
**Muldoon, TX 78949**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.622 0**

**Nonpriority creditor's name and mailing address**

**Ronald Sinclair**
**28202 Cabot Road**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.622 1**

**Nonpriority creditor's name and mailing address**

**Ronald Souders**
**4010 Mossy Oaks Rd E**
**SPRING, TX 77389**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.622 2**

**Nonpriority creditor's name and mailing address**

**Ronald Tripp**
**388 Magnolia Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.622 3**

**Nonpriority creditor's name and mailing address**

**Ronald Van Winkle**
**402 Columbia Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.622 4**

**Nonpriority creditor's name and mailing address**

**Ronald Wann**
**2306 Iron square dr.**
**Reno, NV 89521**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.622 5**

**Nonpriority creditor's name and mailing address**

**Ronald Wright**
**477 NW State St**
**Bend, OR 97703-2550**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.622 6**

**Nonpriority creditor's name and mailing address**

**Ronda Caron**
**325 Thaxter Rd**
**Portsmouth, NH 03801**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

---

**3.622 7**

**Nonpriority creditor's name and mailing address**
**Ronda McClung**
**2003 Silver Cove**
**Whitehouse, TX 75791**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.622 8**

**Nonpriority creditor's name and mailing address**
**ronda withrow**
**9442 yakima lane nw**
**quincy, WA 98848**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.622 9**

**Nonpriority creditor's name and mailing address**
**Ronda Withrow**
**11923 37 dr se**
**Everett, WA 98208**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.623 0**

**Nonpriority creditor's name and mailing address**
**Rondi wellum**
**553 Lake Gaston Dr.**
**Fuquay Varina, NC 27526**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.623 1**

**Nonpriority creditor's name and mailing address**
**Rongiet Urquidez**
**720 W. Gilman Street**
**Banning, CA 92220**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.623 2**

**Nonpriority creditor's name and mailing address**
**Roni Bryson**
**1753 Centella Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.623 3**

**Nonpriority creditor's name and mailing address**
**roni serrato**
**23038 Pacific Coast Hwy**
**Malibu, CA 90265**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.623 4**

**Nonpriority creditor's name and mailing address**

**Ronnie Beard**
**2431 Bradford Ave.**
**Highland, CA 92346**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.623 5**

**Nonpriority creditor's name and mailing address**

**Ronnie Compton**
**497 St Louis Ave**
**Long Beach, CA 90814**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.623 6**

**Nonpriority creditor's name and mailing address**

**Ronnie Harris**
**16111 Hanover Pike**
**Upperco, MD 21155**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.623 7**

**Nonpriority creditor's name and mailing address**

**Ronnie Miller**
**7885 South 965 East**
**Sandy, UT 84094**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.623 8**

**Nonpriority creditor's name and mailing address**

**Ronnie Murphy**
**1500 Susan Drive**
**Madisonville, KY 42431**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.623 9**

**Nonpriority creditor's name and mailing address**

**Ronny "Mike" Guilliame**
**3939 Bennet Dr**
**lot 43**
**Bellingham, WA 98225**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.624 0**

**Nonpriority creditor's name and mailing address**

**Ronny Guilliame**
**2130 Westchester Dr**
**APT 2**
**Manhattan, KS 66503**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
                    Name

| 3.624 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**3.624 1**

**Nonpriority creditor's name and mailing address**
**Roque Rosas**
**7282 Judson Ave**
**Westminster, CA 92683**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.624 2**

**Nonpriority creditor's name and mailing address**
**rory Mckinney**
**401 Pirate Rd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.624 3**

**Nonpriority creditor's name and mailing address**
**Rory Monk**
**308 Stanford Rd**
**Prospect, FL 16052**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.624 4**

**Nonpriority creditor's name and mailing address**
**Rory O'Neil**
**1506 Dorthy Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.624 5**

**Nonpriority creditor's name and mailing address**
**Rory Smith**
**6613 Eastridge Rd**
**Black Hawk, SD 57718**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.624 6**

**Nonpriority creditor's name and mailing address**
**Rosa Dominguez**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.624 7**

**Nonpriority creditor's name and mailing address**
**Rosa Dominguez**
**183 W. H St.**
**Colton, CA 92324**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.624 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**rosa vasquez**
**11945 timber motor court**
**rancho Cucamonga, CA 91739**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.624 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rosalie Bigley**
**3064 Luna Dr**
**Ventura, CA 93003**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.625 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rosalie Bigley**
**50 N Oak St. #Da Vinci**
**Ventura, CA 93001**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.625 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rosalie Ferri**
**10410 State Route 410**
**Naches, WA 98937**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.625 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rosalyn Azar**
**7603 waterlilly lane**
**pearland, TX 77581**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.625 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rosanna Carmichael**
**898 Fire Agate**
**Boulder City, NV 89005**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.625 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Rosanna Carmichael**
**1510 Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
                  Name

---

**3.625 5**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Rosanna Coalson**
**947 Incline Way #180**
**P O Box 6533**
**Incline Village, NV 89451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.625 6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Rosanne Crocco**
**1190 Truchard Lane**
**Lincoln, CA 95648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.625 7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Rosanne Weglinski**
**1728 Alabama Ave**
**Panama City, FL 32401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.625 8**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Rosanne Weglinski**
**2166 West County Hwy 30A, Unit B**
**Santa Rosa Beach, FL 32459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.625 9**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Rosario Glynn**
**4008 Marcus ave**
**newport beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.626 0**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Rose Cameron**
**9205 Vista Mill Trl**
**Fort Worth, TX 76179**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.626 1**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Rose Honor**
**1203 English Bluffs Ct.**
**Brandon, FL 33511**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.626
2**

**Nonpriority creditor's name and mailing address**
**Rose Norris**
**831 Baypointe Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.626
3**

**Nonpriority creditor's name and mailing address**
**Rose Swearingen**
**120 Catchings Ct**
**Brentwood, CA 94513**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.626
4**

**Nonpriority creditor's name and mailing address**
**RoseAnn Smith Morgan**
**400 Eberhart LN**
**Austin, TX 78745**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.626
5**

**Nonpriority creditor's name and mailing address**
**Roselene Giudice**
**6081 Eaglecrest Dr**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.626
6**

**Nonpriority creditor's name and mailing address**
**Roselie Hammock**
**23380 Evening Snow**
**Moreno Valley, CA 92557**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.626
7**

**Nonpriority creditor's name and mailing address**
**Rosemarie cross**
**112 Peele Rd.**
**Goldsboro, NC 27534**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.626
8**

**Nonpriority creditor's name and mailing address**
**Rosemary Fausel**
**PO Box 2398**
**Borrego Springs, CA 92004**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

**3.6269**

**Nonpriority creditor's name and mailing address**
**Rosemary Ferrier**
**3710 Lewis Avenue**
**Long beach, CA 90807**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6270**

**Nonpriority creditor's name and mailing address**
**Rosemary Martinez**
**907 Ford St**
**Corona, CA 92879**

Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6271**

**Nonpriority creditor's name and mailing address**
**Rosemary McGodern**
**150 Maple Rd**
**Canandensis, PA 18325**

Date(s) debt was incurred  **2020**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6272**

**Nonpriority creditor's name and mailing address**
**ROSEMARY TAPP**
**313 GALENA DR**
**Valdez, AK 99686-2167**

Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6273**

**Nonpriority creditor's name and mailing address**
**Rosemary Thomas**
**161 Cypress Lane**
**Farmerville, LA 71241**

Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6274**

**Nonpriority creditor's name and mailing address**
**Rosette Gonzales**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6275**

**Nonpriority creditor's name and mailing address**
**Rosie Frank**
**3836 Mentone Ave**
**#8**
**Culver City, CA 90232**

Date(s) debt was incurred  **2020**
Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**
_____     Case number (if known) _____
Name

| | | |
|---|---|---|
| 3.627 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |

**Nonpriority creditor's name and mailing address**

**Ross Allen Hooge Hooge**
**10820 Hawthorn Trail**
**Washington**
**Woodbury, MN 55129**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.                                   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.627 7

**Nonpriority creditor's name and mailing address**

**Ross Armstrong**
**4900 Tanners Spring Drive**
**Alpharetta, GA 30022**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.                                   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.627 8

**Nonpriority creditor's name and mailing address**

**Ross Bourne**
**1868 Samar Dr.**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.                                   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.627 9

**Nonpriority creditor's name and mailing address**

**Ross Edwards**
**830 24th St**
**Virginia Beach, VA 23451-4022**

Date(s) debt was incurred  **2025**

Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.                                   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.628 0

**Nonpriority creditor's name and mailing address**

**Ross Elgart**
**321 Marigold Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.                                   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.628 1

**Nonpriority creditor's name and mailing address**

**Ross Fontes**
**234 Cedar St**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.                                   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.628 2

**Nonpriority creditor's name and mailing address**

**Ross Fontes**
**234 Cedar Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ____

As of the petition filing date, the claim is: Check all that apply.                                   $0.00

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.628
3**

**Nonpriority creditor's name and mailing address**

**Ross Hooge**
**10820 Hawthorn Trail**
**Woodbury, MN 55129**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.628
4**

**Nonpriority creditor's name and mailing address**

**Ross Morrell**
**783 tabernacle rd**
**Cape May, NJ 08204**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.628
5**

**Nonpriority creditor's name and mailing address**

**Ross Morrell**
**783 tabernacle rd**
**Cape may, NJ 08204**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.628
6**

**Nonpriority creditor's name and mailing address**

**Ross Renner**
**3349 W Brookwood Ct**
**Phoenix, AZ 85045-0104**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.628
7**

**Nonpriority creditor's name and mailing address**

**Ross Renner**
**3349 W Brookwood Ct**
**Phoenix, AZ 85045-0104**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.628
8**

**Nonpriority creditor's name and mailing address**

**Rossville Yarbrough**
**5400 Tice St.**
**Fort Meyers, FL 33905**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.628
9**

**Nonpriority creditor's name and mailing address**

**Rostam Shirmardian**
**2 Fremont Ln**
**Coto De Caza, CA 92679**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6290**

**Nonpriority creditor's name and mailing address**

**Rowan Tokarz**
**405 Irvine Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.6291**

**Nonpriority creditor's name and mailing address**

**Rowdy Roses**
**835 O'Farrell St**
**San Francisco, CA 94109**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.6292**

**Nonpriority creditor's name and mailing address**

**Roxanne Chapman**
**1631 Monterey Ave**
**Grover Beach, CA 93433**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.6293**

**Nonpriority creditor's name and mailing address**

**Roxanne Furse**
**4021 Loveland Drive**
**Lincoln, NE 68506**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.6294**

**Nonpriority creditor's name and mailing address**

**Roxanne Scott**
**1603 Eucalyptus road**
**Nipomo, CA 93444**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.6295**

**Nonpriority creditor's name and mailing address**

**roxanne serrato**
**4752 Pearce Dr**
**Unit A**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.6296**

**Nonpriority creditor's name and mailing address**

**Roxanne Terry**
**4936 Walnut Street, 1S**
**Kansas City, MO 64112**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.6297**

**Nonpriority creditor's name and mailing address**

**Roy Badie**
**8143 Ulmerton Rd**
**Largo, FL 33771-3959**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6298**

**Nonpriority creditor's name and mailing address**

**Roy Badie**
**8143 ulmerton rd**
**Largo, FL 33771**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6299**

**Nonpriority creditor's name and mailing address**

**Roy Badie**
**8143 ulmerton road**
**Largo, FL 33771**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6300**

**Nonpriority creditor's name and mailing address**

**Roy Badie**
**8143 ulmerton rd**
**Largo, FL 33771**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6301**

**Nonpriority creditor's name and mailing address**

**Roy Barba**
**369 San Miguel Dr ste 155**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6302**

**Nonpriority creditor's name and mailing address**

**Roy Colbert**
**2352 SHADE TREE LN**
**CLEARWATER, FL 33759-1332**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6303**

**Nonpriority creditor's name and mailing address**

**Roy Colbert Colbert**
**2352 Shade Tree Lane**
**Clearwater, FL 33759**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

**3.630 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Roy Foster** 1216 Huron Dr Grapevine, TX 76051 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __2020__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.630 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **roy frasier** 177 forks ferry point farmerville, LA 71241 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __2024__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.630 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Roy Frasier** 156100 Black Meadow Road Parker Dam, CA 92267 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __2023__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.630 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Roy Jones** 446 YAGER RD, CLINTON, OH 44216 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __2022__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.630 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Roy Legan** 25951 Monte Carlo way Mission Viejo, CA 92692 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __2023__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.630 9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Roy Santa Maria** 19322 Sierra Perla Road Irvine, CA 92603 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __2025__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

**3.631 0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Roy Whipple** 290 Pine Street Freedom, PA 15042 | ☐ Contingent ☐ Unliquidated ☐ Disputed | |
| Date(s) debt was incurred __2024__ | Basis for the claim: __Warranty__ | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

Debtor   **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.631
1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |

**Roy Whipple**
**290 Pine St**
**Freedom, PA 15042**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.631
2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |

**Royce Hutain**
**8195 Pennington Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.631
3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |

**Roz Nowosielski**
**7100 Venturi Dr**
**Washington, MI 48094**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.631
4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |

**Ruben Chaves**
**17441 Amy Avenue**
**Bakersfield, CA 93314**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.631
5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |

**Ruben Davila**
**591 Telegraph Canyon Rd**
**#224**
**Chula Vista, CA 91910**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.631
6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |

**Ruben Davila**
**1804 Garnet Avenue #485**
**San Diego, CA 92109**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.631
7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | $0.00 |

**Ruben Davila**
**1804 Garnet Avenue #485**
**San Diego, CA 92109**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.631 8**

**Nonpriority creditor's name and mailing address**

**Ruben Davila**
**591 Telegraph Canyon Rd #224**
**Chula Vista, CA 91910**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.631 9**

**Nonpriority creditor's name and mailing address**

**Ruben Davila**
**591 Telegraph Canyon Rd**
**224**
**Chula Vista, CA 91910**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.632 0**

**Nonpriority creditor's name and mailing address**

**Ruben Garcia**
**5731 California Ave**
**apt. F**
**Long Beach, CA 90805**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.632 1**

**Nonpriority creditor's name and mailing address**

**Rubio Mizael Cruz-Benitez**
**1339 Sixth St NW**
**#2**
**Washington DC, DC 20001**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.632 2**

**Nonpriority creditor's name and mailing address**

**Ruby Chambers**
**656 9th Avenue Fi**
**737**
**Fox Island, WA 98333**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.632 3**

**Nonpriority creditor's name and mailing address**

**Ruby Edler**
**1521 Doris Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.632 4**

**Nonpriority creditor's name and mailing address**

**Ruby El-Hadded**
**1210 Kelley Way**
**Santa Clara, CA 95054**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.632 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rudi de Nooy**
**1800 Jonathan Way**
**Apt 1221**
**Reston, VA 20190**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rudolph Siebert**
**129 kahana Nui RD.**
**Lahaina, HI 96761**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rudy Ampudia**
**241 N. Lone Hill Ave.**
**glendora, CA 91741**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rudy Caamano**
**12 Gleneagles**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.632 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rudy Caamano**
**19762 MacArthur**
**Suite 100**
**Irvine, CA 92612**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.633 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rudy Farney**
**30 Lawndale Paek**
**Hitchinson, KS 67502**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.633 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Rudy Galindo**
**9720 W Peoria ave STE 110**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.633
2**

**Nonpriority creditor's name and mailing address**
**RUDY HAITCHI**
**3012 BRAXTON CT NW**
**KENNESAW, GA 30152**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.633
3**

**Nonpriority creditor's name and mailing address**
**RUMEN DOBREV**
**775 West 9th Street Unit F**
**San Jacinto, CA 92582**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.633
4**

**Nonpriority creditor's name and mailing address**
**Russ Alterman**
**393 Vista Baya**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.633
5**

**Nonpriority creditor's name and mailing address**
**Russ Alterman**
**393 Vista Baya**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.633
6**

**Nonpriority creditor's name and mailing address**
**Russ Alterman**
**393 Vista baya**
**newport beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.633
7**

**Nonpriority creditor's name and mailing address**
**Russ Ide**
**40 island view way**
**charlestown, RI 02813**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.633
8**

**Nonpriority creditor's name and mailing address**
**Russ Reno**
**361 Muirfield Dr**
**Palm Desert, CA 92211**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
            Name

---

**3.6339**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Russ Reno**
**495 Cabrillo St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6340**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Russ Roberts**
**1583 Miss Elle Way**
**Alpine, CA 91901**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6341**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Russ Zintak**
**9241 south ridgeway**
**Evergreen Park, IL 60805**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6342**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Russell Allen**
**2392 Larimar Avenue**
**Carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6343**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Russell Baldwin**
**4 Madrona**
**Rancho Santa Margarita, CA 92688-5406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6344**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Russell Baldwin**
**4 Madrona**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.6345**

**Nonpriority creditor's name and mailing address**          **As of the petition filing date, the claim is:** *Check all that apply.*          **$0.00**

**Russell Burns**
**12 brooklyn ave**
**lavallatte, NJ 08735**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.634
6**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Russell Campbell**
**3943 Lark Rd.**    ☐ Contingent
**Ropesville, TX 79358**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred  **2024**
    **Basis for the claim:  Warranty**
Last 4 digits of account number __

    Is the claim subject to offset? ■ No ☐ Yes

---

**3.634
7**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Russell Cook**
**2229 Cliff Drive**    ☐ Contingent
**Newport Beach, CA 92663**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred  **2022**
    **Basis for the claim:  Warranty**
Last 4 digits of account number __

    Is the claim subject to offset? ■ No ☐ Yes

---

**3.634
8**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Russell Cook**
**2229 Cliff Dr.**    ☐ Contingent
**Newport Beach, CA 92663**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred  **2021**
    **Basis for the claim:  Warranty**
Last 4 digits of account number __

    Is the claim subject to offset? ■ No ☐ Yes

---

**3.634
9**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Russell Crawford**
**202 Settlers Rd**    ☐ Contingent
**Saint Simons Island, GA 31522**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred  **2023**
    **Basis for the claim:  Warranty**
Last 4 digits of account number __

    Is the claim subject to offset? ■ No ☐ Yes

---

**3.635
0**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Russell de la Torre**
**20 Waldon Road**    ☐ Contingent
**Fanwood, NJ 07023**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred  **2021**
    **Basis for the claim:  Warranty**
Last 4 digits of account number __

    Is the claim subject to offset? ■ No ☐ Yes

---

**3.635
1**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Russell Dickey**
**405 Bayou Vista**    ☐ Contingent
**Southlake, TX 76092**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred  **2024**
    **Basis for the claim:  Warranty**
Last 4 digits of account number __

    Is the claim subject to offset? ■ No ☐ Yes

---

**3.635
2**    **Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Russell E. Sullivan**
**1086 Stanley Ln**    ☐ Contingent
**Baker, FL 32531**    ☐ Unliquidated
    ☐ Disputed

Date(s) debt was incurred  **2022**
    **Basis for the claim:  Warranty**
Last 4 digits of account number __

    Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.635 3**

**Nonpriority creditor's name and mailing address**

**Russell Hogan**
**84-575 Kili Dr**
**Apt 22**
**Waianae, HI 96792**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.635 4**

**Nonpriority creditor's name and mailing address**

**Russell Jones**
**22 Berkshire St**
**Indian Orchard, MA 01151**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.635 5**

**Nonpriority creditor's name and mailing address**

**Russell Jones**
**421 Tinkham Rd**
**Springfield, MA 01129**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.635 6**

**Nonpriority creditor's name and mailing address**

**Russell Kille**
**2062 Wyndhurst Rd.**
**Toledo, OH 43607**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.635 7**

**Nonpriority creditor's name and mailing address**

**Russell Mladenik**
**7340 Orchard Harvest Ave**
**Las Vegas, CA 89131**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.635 8**

**Nonpriority creditor's name and mailing address**

**Russell Montoya**
**12537 12th St**
**Yucaipa, CA 92399**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.635 9**

**Nonpriority creditor's name and mailing address**

**Russell Orne**
**908 Washington St**
**Key West, FL 33040**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.636 0**

**Nonpriority creditor's name and mailing address**
**Russell Packwood**
**4316 Cantada Dr**
**Corona, CA 92883-7337**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.636 1**

**Nonpriority creditor's name and mailing address**
**RUSSELL PARKER**
**115 Bush Street**
**Ashland, OR 97520**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.636 2**

**Nonpriority creditor's name and mailing address**
**Russell Poucher**
**17797 Elm Street**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.636 3**

**Nonpriority creditor's name and mailing address**
**Russell Poucher**
**17797 Elm Street**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.636 4**

**Nonpriority creditor's name and mailing address**
**RUSSELL SMITH**
**501 W MAY ST**
**CALHOUN, GA 30701**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.636 5**

**Nonpriority creditor's name and mailing address**
**RUSSELL SMITH**
**501 W MAY ST**
**CALHOUN, GA 30701**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.636 6**

**Nonpriority creditor's name and mailing address**
**Russell Smith**
**1500 Rome Rd SW**
**Calhoun, GA 30701**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
        Name

---

| 3.636 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Russell Smith**
**107 Humboldt Highway**
**Trenton, TN 38382**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**RUSSELL SOLLOWS**
**412 Broadway**
**UNIT B**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.636 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Russell Sollows**
**412 BROADWAY UNIT B**
**COSTA MESA, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Russell Sullivan**
**1086 Stanley Ln**
**Baker, FL 32531**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ruth Ayenew**
**6153 Olivet Dr**
**Alexandria, VA 22315**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ruth Birnbaum**
**25261 Lk Wilderness Ctry Club Dr. S**
**Maple Valley, WA 98038**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.637 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ruth Lindley**
**5649 Reber Pl**
**St. Louis, MO 63139**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
          Name

---

**3.637
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Ruth Pace**
**106 Via Juana rd**
**Santa Ynez, CA 93460**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.637
5**

Nonpriority creditor's name and mailing address

**Ruth Staab**
**1109 S 5th St**
**Springfield, IL 62703**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.637
6**

Nonpriority creditor's name and mailing address

**Rx**
**6022 Briarcliff Dr**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.637
7**

Nonpriority creditor's name and mailing address

**ryan alison**
**50 S Virginia St**
**Suite Baysmith Hubb**
**reno, NV 89501**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.637
8**

Nonpriority creditor's name and mailing address

**Ryan Allen**
**27571 Silver Creek Dr**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.637
9**

Nonpriority creditor's name and mailing address

**Ryan Allison**
**50 S Virginia St**
**Suite 20**
**Reno, NV 89501**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.638
0**

Nonpriority creditor's name and mailing address

**Ryan allison**
**50 S VIRGINIA ST**
**Reno, NV 89501**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.638 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Allison for Findlater**
**50 South Virginia St**
**Reno, NV 89501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Anderson**
**3057 Petaluma Ave**
**Long Beach, CA 90808**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Arbogast**
**1423 Cambridge Blvd**
**Columbus, OH 43212**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Bankhead**
**131 Mercer Way**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Bensley**
**1765 Santa Ana Ave.**
**APT W-104**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Bensley**
**1765 SANTA ANA AVE APT W104**
**COSTA MESA, CA 62627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.638 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Bensley**
**1765 Santa Ana Ave**
**Apt. W104**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.638 8**

**Nonpriority creditor's name and mailing address**

**Ryan Bryan**
**2847 Springwood Dr**
**South Lake Tahoe, CA 96150**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.638 9**

**Nonpriority creditor's name and mailing address**

**Ryan Bryan**
**5225 Boulder Hwy**
**KOA Journey RV Park Space 1104**
**Las Vegas, NV 89122**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.639 0**

**Nonpriority creditor's name and mailing address**

**Ryan Budd**
**10 Ashley Ct**
**PARK CITY, UT 84060**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.639 1**

**Nonpriority creditor's name and mailing address**

**Ryan Bullara**
**1974 Wind Meadows Dr**
**Bartow, FL 33830**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.639 2**

**Nonpriority creditor's name and mailing address**

**Ryan Carrillo**
**1095 Pavilion Dr apt c**
**Pomona, CA 91768**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.639 3**

**Nonpriority creditor's name and mailing address**

**Ryan Carstensen**
**3419 Via Lido**
**508**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.639 4**

**Nonpriority creditor's name and mailing address**

**Ryan Carstensen**
**3419 Via Lido**
**#508**
**New Port Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.639
5**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Ryan Casserly**                                         ☐ Contingent
**3910 Via Mar Monte**                                    ☐ Unliquidated
**Carmel by the Sea, CA 93923**                           ☐ Disputed

Date(s) debt was incurred  **2020**                       Basis for the claim:  **Warranty**

Last 4 digits of account number _                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.639
6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Ryan Clark**                                            ☐ Contingent
**20031 Colgate Cir**                                     ☐ Unliquidated
**Huntington Beach, CA 92646**                            ☐ Disputed

Date(s) debt was incurred  **2023**                       Basis for the claim:  **Warranty**

Last 4 digits of account number _                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.639
7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Ryan Collins**                                          ☐ Contingent
**320 Apollo Dr**                                         ☐ Unliquidated
**Vista, CA 92084**                                       ☐ Disputed

Date(s) debt was incurred  **2021**                       Basis for the claim:  **Warranty**

Last 4 digits of account number _                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.639
8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Ryan Dahl**                                             ☐ Contingent
**260 S Castanya Way**                                    ☐ Unliquidated
**Portola Valley, CA 94028**                              ☐ Disputed

Date(s) debt was incurred  **2024**                       Basis for the claim:  **Warranty**

Last 4 digits of account number _                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.639
9**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Ryan Dennis**                                           ☐ Contingent
**796 Wonder Ln**                                         ☐ Unliquidated
**Costa Mesa, CA 92627**                                  ☐ Disputed

Date(s) debt was incurred  **2025**                       Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640
0**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Ryan Ehlinger**                                         ☐ Contingent
**2321 E Piestewa Peak Dr**                               ☐ Unliquidated
**Phoenix, AZ 85016**                                     ☐ Disputed

Date(s) debt was incurred  **2023**                       Basis for the claim:  **Warranty**

Last 4 digits of account number _                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.640
1**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Ryan Eichorst**                                         ☐ Contingent
**250 Liberty Way**                                       ☐ Unliquidated
**Oceanside, CA 92057**                                   ☐ Disputed

Date(s) debt was incurred  **2025**                       Basis for the claim:  **Warranty**

Last 4 digits of account number _                          Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

---

3.640
2

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Ryan Eichorst**                                                      ☐ Contingent
**2744 San Joaquin Hills Road**                                       ☐ Unliquidated
**Corona Del Mar, CA 92625**                                          ☐ Disputed

Date(s) debt was incurred  **2021**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

3.640
3

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Ryan Evans**                                                         ☐ Contingent
**86 Pinecrest Dr. Unit 2D**                                          ☐ Unliquidated
**Essex, VT 05452**                                                   ☐ Disputed

Date(s) debt was incurred  **2024**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

3.640
4

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Ryan Evans**                                                         ☐ Contingent
**86 Pinecrest Dr.**                                                  ☐ Unliquidated
**2D**                                                                ☐ Disputed
**Essex, VT 05452**

Date(s) debt was incurred  **2021**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

3.640
5

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Ryan Evans**                                                         ☐ Contingent
**86 Pinecrest Dr**                                                   ☐ Unliquidated
**2D**                                                                ☐ Disputed
**Essex Junction, VT 05452**

Date(s) debt was incurred  **2021**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

3.640
6

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Ryan Figley**                                                        ☐ Contingent
**1798 Paterna Dr**                                                   ☐ Unliquidated
**Chula Vista, CA 91913**                                             ☐ Disputed

Date(s) debt was incurred  **2024**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

3.640
7

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Ryan Figley**                                                        ☐ Contingent
**1839 Mint Terr**                                                    ☐ Unliquidated
**Unit 1**                                                            ☐ Disputed
**Chula Vista, CA 91915**

Date(s) debt was incurred  **2021**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

3.640
8

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Ryan Gaylord**                                                      ☐ Contingent
**2780 Cheyenne Dr.**                                                 ☐ Unliquidated
**Grand Junction, CO 81503**                                         ☐ Disputed

Date(s) debt was incurred  **2021**                                   **Basis for the claim:  Warranty**

Last 4 digits of account number __                                    Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.640 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Gibney**
2479 Rude De Cannes
A2
Costa Mesa, CA 92627

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.641 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Giles**
6111 Summerdale Dr
Huntington Beach, CA 92647

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.641 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**ryan hart**
1833 Port Ashley Pl
Newport beach, CA 92660

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.641 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Hoang**
73000 Verano Road
Apt D-605
Irvine, CA 92617

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.641 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Hogan**
2823 Monroe
Carlsbad, CA 92008

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.641 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Hollett**
27501 Via Valor
Capistrano Beach, CA 92624

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.641 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Ryan Hollett**
27501 Via Valor
Dana Point, CA 92624

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.6416**

**Nonpriority creditor's name and mailing address**

**Ryan Immegart**
**421 E. 20th St**
**Unit D**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6417**

**Nonpriority creditor's name and mailing address**

**Ryan Jameson**
**2518 E Prescott Ct**
**Gilbert, AZ 85298**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6418**

**Nonpriority creditor's name and mailing address**

**Ryan Jameson**
**2518 E Prescott Ct**
**Gilbert, AZ 85298**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6419**

**Nonpriority creditor's name and mailing address**

**Ryan Jauch**
**4917 Thunderbird Dr**
**Apt305**
**Boulder, CO 80303**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6420**

**Nonpriority creditor's name and mailing address**

**Ryan Jensen**
**211 Emerson St.**
**Upland, CA 91784**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6421**

**Nonpriority creditor's name and mailing address**

**Ryan Johnson**
**2157 E. Apache Blvd**
**4002**
**Tempe, AZ 85281**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6422**

**Nonpriority creditor's name and mailing address**

**Ryan Jordan**
**181 mountain view drive**
**1**
**homer, AK 99603**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name                                                    Case number (if known) _____

---

**3.642 3**

**Nonpriority creditor's name and mailing address**                                **$0.00**

**Ryan keefer**
**2500 sierra vista**
**newport beach, CA 92660**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642 4**

**Nonpriority creditor's name and mailing address**                                **$0.00**

**Ryan Kim**
**520 McGuire Lane**
**Virginia Beach, VA 23451**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642 5**

**Nonpriority creditor's name and mailing address**                                **$0.00**

**Ryan Knapp**
**1618 Minorca Dr**
**Costa Mesa, CA 92626**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642 6**

**Nonpriority creditor's name and mailing address**                                **$0.00**

**Ryan Kraft**
**5434 Nestled Moon Ct**
**Las Vegas, NV 89131**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642 7**

**Nonpriority creditor's name and mailing address**                                **$0.00**

**Ryan Kraft**
**5434 Nestled Moon Ct**
**Las Vegas, NV 89131**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642 8**

**Nonpriority creditor's name and mailing address**                                **$0.00**

**Ryan Lichtenwald**
**207 Radtke St**
**Schofield, WI 54476**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.642 9**

**Nonpriority creditor's name and mailing address**                                **$0.00**

**Ryan Lindsey**
**2172 Orange Ave**
**Costa Mesa, CA 92627**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.643 0**

**Nonpriority creditor's name and mailing address**

**Ryan Littleton**
**3294 Spectrum**
**Apartment 3294**
**Irvine, CA 92618**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.643 1**

**Nonpriority creditor's name and mailing address**

**Ryan McMurry**
**108 Avalon Drive**
**Ormond beach, FL 32176**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.643 2**

**Nonpriority creditor's name and mailing address**

**Ryan Means**
**3572 Lake Park Dr**
**Santa Rosa, CA 95403**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.643 3**

**Nonpriority creditor's name and mailing address**

**Ryan Means**
**3572 lake park drive**
**Santa Rosa, CA 95403**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.643 4**

**Nonpriority creditor's name and mailing address**

**Ryan Mills**
**24785 Sienna Glenn street**
**Middleton, ID 83644**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.643 5**

**Nonpriority creditor's name and mailing address**

**Ryan Minoofar**
**3000 26th St**
**San Francisco, CA 94110**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.643 6**

**Nonpriority creditor's name and mailing address**

**Ryan Moffett**
**1365 Delaware St #105**
**HUNTINGTON BEACH, CA 92648**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
_____
Name

| 3.643 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ryan Moffett**
**1365 Delaware St #105**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.643 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ryan Morin**
**18045 Pokeroot Ln**
**San Bernardino, CA 92407**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.643 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ryan Moseman**
**913 W Roosevelt st**
**Phoenix, AZ 85007**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.644 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ryan Myers**
**27 Country Ridge Drive**
**Shelton, CT 06484**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.644 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ryan Norton**
**2478 Newcastle Ave**
**Cardiff, CA 92007**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.644 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ryan O'Colman**
**31852 SCHOONER DR UNIT 48**
**Bethany Beach, DE 19930**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

| 3.644 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Ryan O'Hara**
**998 Tyler Lane**
**Upland, CA 91784**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
                 Name

---

**3.644**
**4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Ryan Palmer**                                                         ☐ Contingent
**7901 kimball road**                                                   ☐ Unliquidated
**blossvale, NY 13308**                                                 ☐ Disputed

Date(s) debt was incurred  **2024**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ☐ No  ☐ Yes

---

**3.644**
**5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Ryan Phillips**                                                       ☐ Contingent
**22 crawford lake drive**                                             ☐ Unliquidated
**Rockmart, GA 30153**                                                  ☐ Disputed

Date(s) debt was incurred  **2022**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.644**
**6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Ryan Prickler**                                                       ☐ Contingent
**22 East Exchange Street**                                            ☐ Unliquidated
**Unit 106**                                                            ☐ Disputed
**Akron, OH 44308**

Date(s) debt was incurred  **2024**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.644**
**7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Ryan Prickler**                                                       ☐ Contingent
**22 E. Exchange St**                                                  ☐ Unliquidated
**Unit 106**                                                            ☐ Disputed
**Akron, OH 44301**

Date(s) debt was incurred  **2022**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.644**
**8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Ryan Prickler**                                                       ☐ Contingent
**22 E. Exchange**                                                     ☐ Unliquidated
**Unit 106**                                                            ☐ Disputed
**Akron, OH 44308**

Date(s) debt was incurred  **2022**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.644**
**9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Ryan Quinn**                                                          ☐ Contingent
**127 Travers Ave**                                                    ☐ Unliquidated
**Wheaton, IL 60187**                                                   ☐ Disputed

Date(s) debt was incurred  **2022**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

**3.645**
**0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Ryan Ridgway**                                                        ☐ Contingent
**1060 Legacy Walk**                                                   ☐ Unliquidated
**Woodstock, GA 30189**                                                 ☐ Disputed

Date(s) debt was incurred  **2022**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number _                                      Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.645
1**

**Nonpriority creditor's name and mailing address**

**Ryan Riedel**
**3145 Lindberg St**
**Madison, WI 53704**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.645
2**

**Nonpriority creditor's name and mailing address**

**Ryan Riedel**
**3145 Lindberg St**
**Madison, WI 53704**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.645
3**

**Nonpriority creditor's name and mailing address**

**Ryan Riedel**
**3145 Lindbergh St**
**Madison, WI 53704**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.645
4**

**Nonpriority creditor's name and mailing address**

**Ryan Riedel**
**3145 Lindberg St**
**Madison, WI 53704**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.645
5**

**Nonpriority creditor's name and mailing address**

**Ryan Riethle**
**16227 Muni Rd**
**Apple Valley, CA 92307**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.645
6**

**Nonpriority creditor's name and mailing address**

**Ryan Rocca**
**29095 S Lake Shore Dr**
**Agoura Hills, CA 91301**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.645
7**

**Nonpriority creditor's name and mailing address**

**Ryan Rocca**
**29095 S Lakeshore Dr**
**Aguroa Hills, CA 91301**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.6458**

**Nonpriority creditor's name and mailing address**
**Ryan Saba**
**3405 Palm Ave.**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6459**

**Nonpriority creditor's name and mailing address**
**Ryan Salsman**
**965 160th Street Northwest**
**Shakopee, MN 55379**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6460**

**Nonpriority creditor's name and mailing address**
**ryan savage**
**225 Ritter Lane**
**Lewes, DE 19958**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6461**

**Nonpriority creditor's name and mailing address**
**Ryan Seitz**
**2240 Newport Blvd**
**Unit 201**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6462**

**Nonpriority creditor's name and mailing address**
**Ryan Sims**
**215 Tavish Trail**
**Austin, TX 78738**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6463**

**Nonpriority creditor's name and mailing address**
**Ryan Skok**
**1433 Superior Ave**
**Unit 114**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6464**

**Nonpriority creditor's name and mailing address**
**Ryan Steelberg**
**2681 Bayshore Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.6465**

**Nonpriority creditor's name and mailing address**

**Ryan Stock**
**5200 MCGOWAN DR**
**Cedar Rapids, IA 52403**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6466**

**Nonpriority creditor's name and mailing address**

**Ryan Stump**
**281 Santa Isabel Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6467**

**Nonpriority creditor's name and mailing address**

**Ryan Thibert**
**211 33rd St**
**Unit A**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6468**

**Nonpriority creditor's name and mailing address**

**Ryan Tomalas**
**436 16th Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6469**

**Nonpriority creditor's name and mailing address**

**Ryan Tomalas**
**436 16th Place**
**Newport Beach, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6470**

**Nonpriority creditor's name and mailing address**

**Ryan Tomalas**
**436 16th Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6471**

**Nonpriority creditor's name and mailing address**

**Ryan Tubbs**
**10821 S. Fir St**
**Jenks, OK 74037**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.647
2**

**Nonpriority creditor's name and mailing address**

**Ryan Vitt**
**3800 Marcus Avenue**
**Newport Beach, CA 92663**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.647
3**

**Nonpriority creditor's name and mailing address**

**Ryan Vosburg**
**161 Tintamarre Dr.**
**St. Augustine, FL 07834**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.647
4**

**Nonpriority creditor's name and mailing address**

**Ryan Woodhouse**
**2800 Keller Drive**
**85**
**Tustin, CA 92782**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.647
5**

**Nonpriority creditor's name and mailing address**

**Ryan Wu**
**2940 Knoxville Ave**
**Long Beach, CA 90815**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.647
6**

**Nonpriority creditor's name and mailing address**

**Ryan Wu**
**2940 Knoxville Ave**
**Long Beach, CA 90815**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.647
7**

**Nonpriority creditor's name and mailing address**

**Ryan Yaw**
**3818 North 34th Street**
**Tacoma, WA 98407**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.647
8**

**Nonpriority creditor's name and mailing address**

**RYAN YOUNG**
**21941 SEASIDE LANE**
**HUNTINGTON BEACH, CA 92646**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  __**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.6479**

**Nonpriority creditor's name and mailing address**
**Ryan Zervakos**
**2 Lilac**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6480**

**Nonpriority creditor's name and mailing address**
**Ryane and Kyle Kuck**
**401 Bernard St**
**Unit 402**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6481**

**Nonpriority creditor's name and mailing address**
**Ryder J Kelley**
**3677 Columbia St**
**San Diego, CA 92103**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6482**

**Nonpriority creditor's name and mailing address**
**Rye Taylor**
**1622 Enterprise Ct**
**Jackson, MO 63755**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6483**

**Nonpriority creditor's name and mailing address**
**Rye Taylor**
**1622 Enterprise Ct**
**Jackson, MO 63755**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6484**

**Nonpriority creditor's name and mailing address**
**Ryley Erhardt**
**3638 Delgany st**
**Denver, CO 80216**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6485**

**Nonpriority creditor's name and mailing address**
**Ryli Massey**
**18 Primrose Ln**
**Bella Vista, AR 72714**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                        Case number (if known) _____
_____
Name

---

**3.648
6**

**Nonpriority creditor's name and mailing address**
**Ryli Snider Massey**
**18 Primrose Ln**
**Bella Vista, AR 72714**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.648
7**

**Nonpriority creditor's name and mailing address**
**Ryne Muller**
**63 OSBORNE AVE**
**SOUTHAMPTON, NY 11968**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.648
8**

**Nonpriority creditor's name and mailing address**
**Ryne Muller**
**63 Osborne Ave**
**Southamptomn, NY 11968**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.648
9**

**Nonpriority creditor's name and mailing address**
**Ryne Muller**
**63 Osborne Ave**
**Southampton, NY 11968**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.649
0**

**Nonpriority creditor's name and mailing address**
**Ryota Takamori**
**258 Catalina Drive**
**Newport Beach, CA 92663**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.649
1**

**Nonpriority creditor's name and mailing address**
**S Curtis Warner**
**80175 Avenue 52**
**Apt. 612**
**La Quinta, CA 92253**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.649
2**

**Nonpriority creditor's name and mailing address**
**S Smith-Wells**
**316 Avalon Dr**
**Pacifica, CA 94044**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|--------|------|------|------|
| | Name | | |

---

**3.649 3**

**Nonpriority creditor's name and mailing address**

**S. Stanley Dawson**
**3029 Battersea Lane**
**Alex, VA 22309**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.649 4**

**Nonpriority creditor's name and mailing address**

**Sabastian Zabala**
**12168 Califa st**
**Valley Village, CA 91607**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.649 5**

**Nonpriority creditor's name and mailing address**

**Sabastien Joseph**
**717 crenshaw blvd**
**Los Angeles, CA 90005**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.649 6**

**Nonpriority creditor's name and mailing address**

**Sabrina Fairclough**
**19-19 24th Avenue**
**R414**
**New York, NY 11102**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.649 7**

**Nonpriority creditor's name and mailing address**

**Sabrina Najhawan**
**2309 Woodbine Ave**
**Knoxville, TN 37917**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.649 8**

**Nonpriority creditor's name and mailing address**

**Sabrina NIchols**
**425 W 25th St**
**21A**
**New York, NY 10001**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.649 9**

**Nonpriority creditor's name and mailing address**

**SABRINA SHAPIRO**
**1229 NEW JERSEY AVE**
**cape may, NJ 08204**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.650
0**

**Nonpriority creditor's name and mailing address**

**Sabrina Taraboletti**
**6 Pennyfield Avenue**
**Throggs Neck, NY 10465**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.650
1**

**Nonpriority creditor's name and mailing address**

**Sachi Cecchetto**
**3073 Palm Street**
**San Diego, CA 92104**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.650
2**

**Nonpriority creditor's name and mailing address**

**Sachi Cecchetto**
**750 Beech Street**
**312**
**San Diego, CA 92101**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.650
3**

**Nonpriority creditor's name and mailing address**

**Sade Comparini**
**2669 Bradford Way**
**West Sacramento, CA 95691**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.650
4**

**Nonpriority creditor's name and mailing address**

**Sagar Patel**
**10612 Cloverbrooke Dr**
**Potomac, MD 20854**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.650
5**

**Nonpriority creditor's name and mailing address**

**Sahar Masarati**
**5211 Darro Road**
**Woodland Hills, CA 91364**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.650
6**

**Nonpriority creditor's name and mailing address**

**Saji Simon**
**708 Woodland Ave**
**East Norriton, PA 19403**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.650
7**

**Nonpriority creditor's name and mailing address**

**Sal Caralto**
**2712 N. Ashwood St.**
**Orange, CA 92865**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.650
8**

**Nonpriority creditor's name and mailing address**

**Sal Rus**
**2000 West Balboa Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.650
9**

**Nonpriority creditor's name and mailing address**

**Sal Scilingo**
**1841 E Standing Oak Drive**
**Draper, UT 84020**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.651
0**

**Nonpriority creditor's name and mailing address**

**Salina Hauser**
**891 NE Boulder Ridge Ct.**
**Poulsbo, WA 98370**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.651
1**

**Nonpriority creditor's name and mailing address**

**Salina Wooldridge**
**617 36th Street**
**Unit A**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.651
2**

**Nonpriority creditor's name and mailing address**

**Sally Bartz**
**2651 Waverly**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.651
3**

**Nonpriority creditor's name and mailing address**

**Sally Budd**
**1215 Anchor's Way Drive**
**#175**
**Ventura, CA 93001**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
        Name
                                                    Case number (if known) _____

---

**3.651 4**

Nonpriority creditor's name and mailing address
**Sally Cipperly**
**2032 Seven Lakes Dr**
**Loveland, CO 80538**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.651 5**

Nonpriority creditor's name and mailing address
**Sally Evans**
**319 Ford Road**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.651 6**

Nonpriority creditor's name and mailing address
**Sally Garcia**
**9411 Woodcrest Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.651 7**

Nonpriority creditor's name and mailing address
**Sally Goldenbaum**
**6 Elm Street**
**Unit 2**
**Gloucester, MA 01930**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.651 8**

Nonpriority creditor's name and mailing address
**Sally kimball**
**1672 Pomona avenue**
**Costa mesa, CA 92627**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.651 9**

Nonpriority creditor's name and mailing address
**Sally Leight**
**11 Laurie Crt**
**Kanata, ON K2L 1S2**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.652 0**

Nonpriority creditor's name and mailing address
**Sally Mollhagen**
**3072 Skipper Ln**
**St James City, FL 33956**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.652
1**

**Nonpriority creditor's name and mailing address**

**Sally Mollhagen**
**3072 Skipper Lane**
**St James City, FL 33956**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.652
2**

**Nonpriority creditor's name and mailing address**

**Sally Owens**
**4002 Catalina Drive**
**Jefferson City, MO 65109**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.652
3**

**Nonpriority creditor's name and mailing address**

**Sally Rollins**
**122 County Road 6**
**Calhoun, TN 37309**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.652
4**

**Nonpriority creditor's name and mailing address**

**Salma Nawabi**
**147 Arden**
**Irvine, CA 92620**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.652
5**

**Nonpriority creditor's name and mailing address**

**Salvador Jimenez Hadad Rodriguez**
**9635 Heinrich Hertz Dr**
**San Diego, CA 92154**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.652
6**

**Nonpriority creditor's name and mailing address**

**Salvador Zalpa**
**796 Shalimar Dr, Apt. 1**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.652
7**

**Nonpriority creditor's name and mailing address**

**Salvatore Fialo**
**26792 Vista Del Mar**
**Capistrano Beach, CA 92624**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.652 8**

**Nonpriority creditor's name and mailing address**

**Salvatore Pocorobba**
**2000 W Balboa blvd**
**newport beach, CA 92663**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.652 9**

**Nonpriority creditor's name and mailing address**

**Sam Ayala**
**27250 Murrieta Road #89**
**Menifee, CA 92586**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.653 0**

**Nonpriority creditor's name and mailing address**

**Sam Chisholm**
**4361 Marion Ave**
**Cypress, CA 90630**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.653 1**

**Nonpriority creditor's name and mailing address**

**Sam Do**
**4828 Haven Ridge Rd.**
**Carrollton, TX 75010**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.653 2**

**Nonpriority creditor's name and mailing address**

**Sam Do**
**4828 Haven Ridge Road**
**Carrollton, TX 75010**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.653 3**

**Nonpriority creditor's name and mailing address**

**Sam Fogerty**
**10111 Lake Steilacoom DR SW**
**Lakewood, WA 98498**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.653 4**

**Nonpriority creditor's name and mailing address**

**SAM GREENE**
**1209 TEMPLE RIDGE DR**
**NASHVILLE, TN 37221-4329**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.653 5**

**Nonpriority creditor's name and mailing address**

**SAM GREENE**
**1209 TEMPLE RIDGE DR**
**NASHVILLE, TN 37221-4329**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.653 6**

**Nonpriority creditor's name and mailing address**

**Sam Kem**
**1421 Amore lane**
**Centerton, AR 72719**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.653 7**

**Nonpriority creditor's name and mailing address**

**Sam Lacebal**
**2516 Back Bay Loop**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.653 8**

**Nonpriority creditor's name and mailing address**

**Sam Mahlstadt**
**220 Palmer St**
**Unit B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.653 9**

**Nonpriority creditor's name and mailing address**

**Sam Mahlstadt**
**220 Palmer St**
**unit B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.654 0**

**Nonpriority creditor's name and mailing address**

**Sam Mancuso**
**15223 Primrose Lane**
**Santa Fe, TX 77517**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.654 1**

**Nonpriority creditor's name and mailing address**

**Sam Mancuso Jr**
**15223 Primrose Lane**
**Santa Fe, TX 77517**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.654 2**

**Nonpriority creditor's name and mailing address**

**Sam Miller**
**600 E Cedar Street**
**Exeter, CA 93221**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.654 3**

**Nonpriority creditor's name and mailing address**

**Sam Neer**
**530 langer dr**
**placentia, CA 92870**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.654 4**

**Nonpriority creditor's name and mailing address**

**Sam Paredes**
**1201 East Robinson Ave**
**El Paso, TX 79902**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.654 5**

**Nonpriority creditor's name and mailing address**

**Sam R Paredes**
**1700 Murchison Drive**
**suite 202**
**El Paso, TX 79902**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.654 6**

**Nonpriority creditor's name and mailing address**

**Sam Ruggeri**
**90 Mayfair**
**Aliso Viejp, CA 92656**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.654 7**

**Nonpriority creditor's name and mailing address**

**sam russo**
**29 stoney hill rd**
**cream ridge, NJ 08514**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.654 8**

**Nonpriority creditor's name and mailing address**

**Sam Shaw**
**2905 ST ANN ST**
**BUTTE, MT 59701-6345**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6549**

**Nonpriority creditor's name and mailing address**

**Sam Simcoe**
**6 great rock road**
**Box 4779**
**Vineyard haven, MA 02568**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6550**

**Nonpriority creditor's name and mailing address**

**Sam Steele**
**2211 V Street**
**Sacramento, CA 95818**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6551**

**Nonpriority creditor's name and mailing address**

**SAM VICTOR**
**24681 CORDOVA DR**
**B**
**DANA POINT, CA 92629**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6552**

**Nonpriority creditor's name and mailing address**

**Sam Witt**
**7805 Neptune Dr**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6553**

**Nonpriority creditor's name and mailing address**

**Samantha Brdek**
**1614 Dexter Ave**
**Ann Arbor, MI 48103**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6554**

**Nonpriority creditor's name and mailing address**

**Samantha Chiascione**
**19331 Surfwave Drive**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6555**

**Nonpriority creditor's name and mailing address**

**Samantha Cohoe**
**3048 W 23rd Ave**
**Denver, CO 80211**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|--|
| | Name | | |

---

**3.6556**

**Nonpriority creditor's name and mailing address**

**Samantha Diederich**
**13200 Tamarisk Rd**
**9611 SVL Box**
**Victorville, CA 92395**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6557**

**Nonpriority creditor's name and mailing address**

**samantha essig**
**419 Merritt Road**
**West Point, NY 10996**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6558**

**Nonpriority creditor's name and mailing address**

**Samantha Gibson**
**20028 Ingrum Way**
**Torrance, CA 90503**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6559**

**Nonpriority creditor's name and mailing address**

**Samantha Haugh**
**8411 Cape Newbury Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6560**

**Nonpriority creditor's name and mailing address**

**Samantha Jones**
**7196 arroyo grande rd**
**San diego, CA 92129**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6561**

**Nonpriority creditor's name and mailing address**

**Samantha Jones**
**2072 garden lane**
**Unit b**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6562**

**Nonpriority creditor's name and mailing address**

**Samantha Meek**
**429 Morning Canyon Rd**
**corona del mar, CA 92625**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.656**
**3**

**Nonpriority creditor's name and mailing address**

**Samantha Payne**
**21040 Pacific City Circle**
**Unit 4221**
**Huntington beach, CA 92648**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.656**
**4**

**Nonpriority creditor's name and mailing address**

**Samantha Payne**
**21040 Pacific City Circle**
**Unit 4221**
**Huntington Beach, CA 92648**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.656**
**5**

**Nonpriority creditor's name and mailing address**

**Samantha Prohaska**
**27 Gleneagles Dr**
**Newport Beach, CA 92660**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.656**
**6**

**Nonpriority creditor's name and mailing address**

**Samantha Rubenfield**
**4032 89th Ave SE**
**Mercer Island, WA 98040**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.656**
**7**

**Nonpriority creditor's name and mailing address**

**Samantha Schnittker**
**1260 South Tamiami Trail**
**OSPREY, FL 34229**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.656**
**8**

**Nonpriority creditor's name and mailing address**

**Samantha Schoner**
**9062 Madeline Drive**
**Huntington Beach, CA 92646**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.656**
**9**

**Nonpriority creditor's name and mailing address**

**Samantha Sebastian**
**1741 Tustin ave**
**Apt 20A**
**costa Mesa, CA 92627**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number ___**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                    Case number (if known) _____

_____Name_____

| 3.657 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Samantha Sedivy**
**1205 E. Main St.**
**Apt. PE**
**Richmond, VA 23219**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Samantha Simcoe**
**6 great rock road**
**Oak Bluffs, MA 02557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Samantha Smith**
**1678 Ashland St.**
**Ashland, OR 97520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Samantha Smith**
**1678 Ashland St.**
**Ashland, OR 97520**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Samantha Solley**
**1307 Prince Edward Street**
**Fredericksburg, VA 22401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Samantha Spector**
**308 Scott Ave**
**Nashville, TN 37206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.657 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Samantha Spector**
**308 Scott Ave.**
**Nashville, TN 37206**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.6577**

**Nonpriority creditor's name and mailing address**

**Samantha Yadav**
**1775 Ashlar Drive**
**Leasing Office**
**Fort Collins, CO 80525**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6578**

**Nonpriority creditor's name and mailing address**

**Samer Aldroubi**
**3010 Knoxville Avenue**
**Peoria, IL 61603**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6579**

**Nonpriority creditor's name and mailing address**

**Samir Aziz**
**7747 Via Capri**
**Burbank, CA 91504**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6580**

**Nonpriority creditor's name and mailing address**

**Sammy Leedy**
**3107 Pocahontas Ave**
**Point Pleasant, NJ 08742**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6581**

**Nonpriority creditor's name and mailing address**

**Samonberry Studios**
**2220 Hawkins Lane**
**Eugene, OR 97405**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6582**

**Nonpriority creditor's name and mailing address**

**Samuel Adukiewicz**
**224 Moses Creek Blvd.**
**St. Augustine, FL 32086**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6583**

**Nonpriority creditor's name and mailing address**

**samuel condon**
**6409 bay hill way**
**Orangevale, CA 95662**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.658 4**

**Nonpriority creditor's name and mailing address**

**Samuel Dominguez**
**10014 Casanes Ave**
**Downey, CA 90240**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.658 5**

**Nonpriority creditor's name and mailing address**

**Samuel Greene**
**1209 Temple Ridge Drive**
**Nashville, TN 37221**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.658 6**

**Nonpriority creditor's name and mailing address**

**Samuel J Mahlstadt**
**220 Palmer Street unit b**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2025__

Last 4 digits of account number __7__

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.658 7**

**Nonpriority creditor's name and mailing address**

**Samuel McCord**
**3134 Spinnaker Dr**
**Longmont, CO 80503**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.658 8**

**Nonpriority creditor's name and mailing address**

**Samuel Modesitt**
**3016 W Laura Ave**
**Visalia, CA 93277**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.658 9**

**Nonpriority creditor's name and mailing address**

**Samuel Modesitt**
**252 Highland Dr.**
**Pismo Beach, CA 93449**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.659 0**

**Nonpriority creditor's name and mailing address**

**Samuel Monroe**
**4428 Hope Street**
**Ventura, CA 93003**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                    Case number (if known) _____
_____
Name

---

**3.659**
**1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**
**Samuel Nielsen**                                        ☐ Contingent
**3010 Apple Forest Ct**                                  ☐ Unliquidated
**Kingwood, TX 77345-4940**                               ☐ Disputed

Date(s) debt was incurred  **2021**                       Basis for the claim:  **Warranty**

Last 4 digits of account number __                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.659**
**2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**
**Samuel Novela**                                         ☐ Contingent
**1945 Placentia Ave, Unit A**                            ☐ Unliquidated
**Costa Mesa, CA 92627**                                  ☐ Disputed

Date(s) debt was incurred  **2023**                       Basis for the claim:  **Warranty**

Last 4 digits of account number __                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.659**
**3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**
**Sanaz Zarif**                                           ☐ Contingent
**921 California Avenue**                                 ☐ Unliquidated
**San Jose, CA 95125**                                    ☐ Disputed

Date(s) debt was incurred  **2021**                       Basis for the claim:  **Warranty**

Last 4 digits of account number __                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.659**
**4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**
**Sander Fink**                                           ☐ Contingent
**21501 Brookhurst St. #G**                               ☐ Unliquidated
**Unit C**                                                ☐ Disputed
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**                       Basis for the claim:  **Warranty**

Last 4 digits of account number __                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.659**
**5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**
**Sandi Allison**                                         ☐ Contingent
**129 E Bay Ave**                                         ☐ Unliquidated
**Newport Beach, CA 92661**                               ☐ Disputed

Date(s) debt was incurred  **2022**                       Basis for the claim:  **Warranty**

Last 4 digits of account number __                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.659**
**6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**
**Sandi Kato**                                            ☐ Contingent
**8811 Crescent Drive**                                   ☐ Unliquidated
**Huntington Beach, CA 92646**                            ☐ Disputed

Date(s) debt was incurred  **2021**                       Basis for the claim:  **Warranty**

Last 4 digits of account number __                        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.659**
**7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**
**sandi Querin**                                          ☐ Contingent
**1907 Stroud Avenue**                                    ☐ Unliquidated
**Kingsburg, CA 93631-1213**                              ☐ Disputed

Date(s) debt was incurred  **2024**                       Basis for the claim:  **Warranty**

Last 4 digits of account number __                        Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.659 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Sandi Sager**
**16452 Grimaud Ln**
**Huntington Beach, CA 92649**

Date(s) debt was incurred __2022__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.659 9 |

**Nonpriority creditor's name and mailing address**
**Sandie Wood**
**15570 quail rd**
**Fayetteville, AR 72704**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.660 0 |

**Nonpriority creditor's name and mailing address**
**Sandra Anderson**
**3256 Thunderbird Dr**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred __2025__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.660 1 |

**Nonpriority creditor's name and mailing address**
**Sandra Anderson**
**Great Northern Veterinary Ctr**
**100 Bierney Creek Road**
**Lakeside, MT 59922**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.660 2 |

**Nonpriority creditor's name and mailing address**
**Sandra Ayres**
**2800 Cliff Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2022__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.660 3 |

**Nonpriority creditor's name and mailing address**
**Sandra Bergsten**
**1024 Station Loop Road**
**Park City, UT 84098**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| 3.660 4 |

**Nonpriority creditor's name and mailing address**
**Sandra Bergsten**
**72650 Lotus Court**
**Palm Desert, AL 92260**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.660 5**

**Nonpriority creditor's name and mailing address**

**Sandra Brown**
**9789 Continental dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.660 6**

**Nonpriority creditor's name and mailing address**

**Sandra Carey**
**40055 226th Ave SE**
**Enumclaw, WA 98022**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.660 7**

**Nonpriority creditor's name and mailing address**

**Sandra Catchings**
**100 McPheeters Road**
**Staunton, VA 24401**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.660 8**

**Nonpriority creditor's name and mailing address**

**Sandra Chambers**
**18915 san Antonio St**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.660 9**

**Nonpriority creditor's name and mailing address**

**Sandra De La Vega**
**7251 Toulouse Drive**
**1**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.661 0**

**Nonpriority creditor's name and mailing address**

**Sandra Ellison**
**13525 Romany Dr**
**Pacific Palisades, CA 90272**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.661 1**

**Nonpriority creditor's name and mailing address**

**Sandra Escudero**
**996 Latham Street**
**Colton, CA 92324**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.661
2**

**Nonpriority creditor's name and mailing address**

**Sandra Franklin**
**523 Lay Ave**
**Warsaw, MO 65355**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.661
3**

**Nonpriority creditor's name and mailing address**

**Sandra Franklin**
**523 Lay Ave.**
**Warsaw, MO 65355**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.661
4**

**Nonpriority creditor's name and mailing address**

**Sandra Gamboa**
**867 Village Square S**
**Palm Springs, CA 92262**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.661
5**

**Nonpriority creditor's name and mailing address**

**Sandra Green**
**1370 S Ocean Blvd**
**Apt 2504**
**Pompano Beach, FL 33062**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.661
6**

**Nonpriority creditor's name and mailing address**

**Sandra Green**
**1800 S Ocean Blvd**
**1406**
**Pompano Beach, FL 33062**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.661
7**

**Nonpriority creditor's name and mailing address**

**Sandra Greene**
**704 Linden st**
**Trussville, AL 35173**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.661
8**

**Nonpriority creditor's name and mailing address**

**Sandra Greene**
**704 Linden St**
**TRUSSVILLE, AL 35173-3227**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  **_**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.6619**

Nonpriority creditor's name and mailing address
**Sandra Haberny**
**6142 Oakbrook Circle**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2024**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6620**

Nonpriority creditor's name and mailing address
**Sandra Hickox**
**1610 Navigator Dr**
**Lake Havasu City, AZ 86404**

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6621**

Nonpriority creditor's name and mailing address
**Sandra Maltby**
**1030 E D AVE**
**Kingsville Naval Air Stat, TX 78363**

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6622**

Nonpriority creditor's name and mailing address
**Sandra Maltby**
**1030 East Ave D**
**Kingsville, TX 78363**

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6623**

Nonpriority creditor's name and mailing address
**Sandra Mcclure**
**415 oak ave**
**Staten island, NY 10306**

Date(s) debt was incurred **2021**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6624**

Nonpriority creditor's name and mailing address
**Sandra Morgan**
**816 Leichester Square ct.**
**Kernersville, NC 27284**

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6625**

Nonpriority creditor's name and mailing address
**Sandra Murray**
**2913 N Silver Cedar Rd**
**Oconomowoc, WI 53066-4723**

Date(s) debt was incurred **2023**

Last 4 digits of account number _ _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.662 6**

**Nonpriority creditor's name and mailing address**

**Sandra Murray**
**2913 North Silver Cedar Road**
**Oconomowoc, WI 53066**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.662 7**

**Nonpriority creditor's name and mailing address**

**Sandra Peek**
**21991E DESERT HILLS DR**
**QUEEN CREEK, AZ 85142**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.662 8**

**Nonpriority creditor's name and mailing address**

**Sandra Pfohman**
**377 Avon Road**
**Tonawanda, NY 14150**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.662 9**

**Nonpriority creditor's name and mailing address**

**Sandra S Pay**
**377 Avon Road**
**Tonawanda, NY 14150**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.663 0**

**Nonpriority creditor's name and mailing address**

**sandra smalley**
**18603 N Spanish Garden Dr**
**Sun City West, AZ 85375**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.663 1**

**Nonpriority creditor's name and mailing address**

**Sandra Stoner**
**8175 Arville St Unit 259**
**Las Vegas, NV 89139**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.663 2**

**Nonpriority creditor's name and mailing address**

**Sandra Teach**
**0358E 650S**
**Laporte, IN 46350**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

| 3.663 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sandra Teach**
**0358E 650S**
**LaPorte, IN 46350**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2021**__

Basis for the claim: __**Warranty**__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.663 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sandra Yencho**
**875 W. 181st Street**
**#3L**
**New York, NY 10033**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2020**__

Basis for the claim: __**Warranty**__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.663 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**sandralee gill**
**3169 evening way**
**unit a**
**LO JOLLA, CA 92037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2021**__

Basis for the claim: __**Warranty**__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.663 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sandy Brown**
**9789 Continental Dr**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2023**__

Basis for the claim: __**Warranty**__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.663 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sandy Bruschi**
**1308 ASHCROFT LN**
**SAN JOSE, CA 95118**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2024**__

Basis for the claim: __**Warranty**__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.663 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sandy Carduner**
**2 Canterbury Drive**
**Robbinsville, NJ 08691**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2023**__

Basis for the claim: __**Warranty**__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

| 3.663 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sandy Greene**
**704 linden st**
**Trussville, AL 35173**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2022**__

Basis for the claim: __**Warranty**__

Last 4 digits of account number __

Is the claim subject to offset? ☒ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.6640**

**Nonpriority creditor's name and mailing address**

**Sandy Hale**
**14431 Chateau Lane**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6641**

**Nonpriority creditor's name and mailing address**

**Sandy Mackenzie**
**31619 Marbeth Rd**
**Yucaipa, CA 92399**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6642**

**Nonpriority creditor's name and mailing address**

**Sandy Maltby**
**3747 andron**
**Kingsviile, TX 78363**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6643**

**Nonpriority creditor's name and mailing address**

**Sandy Schleuning**
**14429 Dan Patch Lane**
**Libertyville, IL 60048**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6644**

**Nonpriority creditor's name and mailing address**

**Sanford Dawson**
**3029 BATTERSEA LN**
**ALEXANDRIA, VA 22309**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6645**

**Nonpriority creditor's name and mailing address**

**Sanjay Voleti**
**415 Colton St**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6646**

**Nonpriority creditor's name and mailing address**

**Santiago De La Riva**
**22651 La Quinta Dr**
**Mission Viejo, CA 92691**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.664 7**

**Nonpriority creditor's name and mailing address**

**santino blumetti**
**7245 n caddis dr**
**kamas, UT 84036**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.664 8**

**Nonpriority creditor's name and mailing address**

**Santino Blumetti**
**123 Via Florence**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.664 9**

**Nonpriority creditor's name and mailing address**

**Sapeer Gilboa**
**984 Grove Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.665 0**

**Nonpriority creditor's name and mailing address**

**Sar Ellis Lewis**
**10630 Renton Ave S**
**Seattle, WA 98178**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.665 1**

**Nonpriority creditor's name and mailing address**

**Sara Boer**
**3273 IOWA ST**
**COSTA MESA, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.665 2**

**Nonpriority creditor's name and mailing address**

**Sara Brocksmith**
**19921 Estuary Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.665 3**

**Nonpriority creditor's name and mailing address**

**Sara Cathro**
**10457 Precliffs Court**
**Las Vegas, NV 89129**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.665 4**

**Nonpriority creditor's name and mailing address**

**Sara Coelho-Robinson**
**921 warren st**
**Nashville, TN 37208**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.665 5**

**Nonpriority creditor's name and mailing address**

**Sara Dawn ODell**
**4543 Sydney Rose Ct SE**
**Olympia, WA 98501**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.665 6**

**Nonpriority creditor's name and mailing address**

**sara dixon**
**2327 Alta Vista Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.665 7**

**Nonpriority creditor's name and mailing address**

**Sara Fails**
**33154 Beaver Valley**
**New Hartford, IA 50660**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.665 8**

**Nonpriority creditor's name and mailing address**

**Sara Foster**
**8151 Winterfell Place**
**Las Vegas, NV 89166**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.665 9**

**Nonpriority creditor's name and mailing address**

**Sara Giarmarco**
**2650 Ellwood Ave**
**Berkley, MI 48072**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.666 0**

**Nonpriority creditor's name and mailing address**

**Sara Gonzalez**
**4860 W 64th St**
**Edina, MN 55435**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.666**
**1**

**Nonpriority creditor's name and mailing address**

**Sara Hintz**
**W1951 Twin Lakes Rd**
**Markesan, WI 53946**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.666**
**2**

**Nonpriority creditor's name and mailing address**

**Sara Hoover**
**12932 Olive Park Drive**
**Huntersville, NC 28078**

Date(s) debt was incurred __**2022**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.666**
**3**

**Nonpriority creditor's name and mailing address**

**sara kelso**
**439 CANAL ST.**
**NEWPORT BEACH, CA 92663**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.666**
**4**

**Nonpriority creditor's name and mailing address**

**sara khalpari**
**1 Goldfinch**
**Irvine, CA 92603**

Date(s) debt was incurred __**2022**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.666**
**5**

**Nonpriority creditor's name and mailing address**

**Sara Kruger**
**412 W Park St**
**Marshfield, WI 54449**

Date(s) debt was incurred __**2022**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.666**
**6**

**Nonpriority creditor's name and mailing address**

**Sara Kruger**
**412 W Park St**
**Marshfield, WI 54449-3649**

Date(s) debt was incurred __**2022**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.666**
**7**

**Nonpriority creditor's name and mailing address**

**Sara Kuester**
**3602 Kingston St**
**Carlsbad, CA 92010**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                        Case number (if known) _____

Name

---

**3.6668**

**Nonpriority creditor's name and mailing address**

**Sara Marvin**
**3817 Maplewood**
**Dallas, TX 75205**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6669**

**Nonpriority creditor's name and mailing address**

**Sara Matthews**
**808 Palaro Drive**
**Encinitas, CA 92024**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6670**

**Nonpriority creditor's name and mailing address**

**Sara Matthews**
**808 Palaro Drive**
**Encinitas, CA 92024**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6671**

**Nonpriority creditor's name and mailing address**

**Sara Penninger**
**4410 Lamb Street Ext**
**Randleman, NC 27317**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6672**

**Nonpriority creditor's name and mailing address**

**Sara Penninger**
**4410 Lamb Street Ext**
**Randleman, NC 27317**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6673**

**Nonpriority creditor's name and mailing address**

**Sara Penninger**
**4410 Lamb Street Ext**
**Randleman, NC 27317-7214**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.6674**

**Nonpriority creditor's name and mailing address**

**Sara Whyte**
**7933 West Lilac Rd**
**Bonsall, CA 92003**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
      Name

---

**3.667
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Sara Wilson**
**2352 Bay Farm Place**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2023**__

Last 4 digits of account number _ _

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.667
6**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**sara wilson**
**2352 bay farm pl**
**newport beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2021**__

Last 4 digits of account number _ _

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.667
7**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Sarah Atkinson**
**17391 Fisher Road**
**Cold Spring, MN 56320**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2024**__

Last 4 digits of account number _ _

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.667
8**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Sarah Awad**
**10409 stratton ct**
**cypress, CA 90630**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2021**__

Last 4 digits of account number _ _

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.667
9**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**sarah b yopp**
**110 De Haven Street**
**St. Augustine, FL 32084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2022**__

Last 4 digits of account number _ _

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.668
0**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**sarah b yopp**
**1120 Emmitt Run**
**austin, TX 78721**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2021**__

Last 4 digits of account number _ _

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.668
1**

**Nonpriority creditor's name and mailing address**    **As of the petition filing date, the claim is:** Check all that apply.    **$0.00**

**Sarah Briant**
**7306 SW 97th Lane**
**Gainesville, FL 32608**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __**2024**__

Last 4 digits of account number _ _

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.668
2**

**Nonpriority creditor's name and mailing address**

**Sarah Burnap
13822 Davana terrace
Sherman oaks, CA 91423**

**Date(s) debt was incurred** _2025_

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.668
3**

**Nonpriority creditor's name and mailing address**

**Sarah Carey
153 Court Street
PO BOX 655
Castine, ME 04421**

**Date(s) debt was incurred** _2024_

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.668
4**

**Nonpriority creditor's name and mailing address**

**SARAH CARGILE
210 E Silverwood Lane
Benson, AZ 85602**

**Date(s) debt was incurred** _2023_

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.668
5**

**Nonpriority creditor's name and mailing address**

**Sarah Carr
21562 Newland St
Huntington Beach, CA 92646**

**Date(s) debt was incurred** _2020_

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.668
6**

**Nonpriority creditor's name and mailing address**

**Sarah Chan
33839 castano dr
Dana Point, CA 92629**

**Date(s) debt was incurred** _2022_

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.668
7**

**Nonpriority creditor's name and mailing address**

**Sarah Ditmore
1200 Wiltshire Court
Raleigh, NC 27614**

**Date(s) debt was incurred** _2024_

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.668
8**

**Nonpriority creditor's name and mailing address**

**Sarah Ditmore
1200 Wiltshire Ct
Raleigh, NC 27614**

**Date(s) debt was incurred** _2024_

**Last 4 digits of account number** _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

**3.668 9**

**Nonpriority creditor's name and mailing address**
**sarah dowdell**
**8651 Bellmead dr.**
**huntington beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.669 0**

**Nonpriority creditor's name and mailing address**
**Sarah Drew**
**1161 S Second St**
**Cottage Grove, OR 97424**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.669 1**

**Nonpriority creditor's name and mailing address**
**Sarah Edwards**
**5016 Felicia Dr**
**Yorba Linda, CA 92886**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.669 2**

**Nonpriority creditor's name and mailing address**
**Sarah Ewing**
**18 Cape Andover**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.669 3**

**Nonpriority creditor's name and mailing address**
**Sarah Ferree**
**126 Lacrosse Street**
**Beaver Dam, WI 53916**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.669 4**

**Nonpriority creditor's name and mailing address**
**Sarah Franco**
**8769 Senna Lane**
**Riverside, CA 92508**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.669 5**

**Nonpriority creditor's name and mailing address**
**Sarah Frey**
**6137 E Calle Camelia**
**SCOTTSDALE, AZ 85251**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.669 6**

**Nonpriority creditor's name and mailing address**

**Sarah Garcia**
**6245 Pacific Pointe Drive**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.669 7**

**Nonpriority creditor's name and mailing address**

**Sarah Good**
**1864 Chris Craft Dr**
**Grapevine, TX 76051**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.669 8**

**Nonpriority creditor's name and mailing address**

**Sarah Good**
**1864 Chris Craft Dr**
**Grapevine, TX 76051**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.669 9**

**Nonpriority creditor's name and mailing address**

**Sarah Hartnett**
**25125 Seneca view Court**
**Gaithersburg, MD 20882**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.670 0**

**Nonpriority creditor's name and mailing address**

**Sarah Hasselkus**
**3001 Bryn Wood Drive**
**Fitchburg, WI 53711**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.670 1**

**Nonpriority creditor's name and mailing address**

**Sarah Hollett**
**27041 Mill Pond Rd.**
**Dana Point, CA 92624**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.670 2**

**Nonpriority creditor's name and mailing address**

**Sarah Hollifield**
**9 Wheelhouse Way**
**Vineyard Haven, MA 02568**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                            Case number (if known) _____
_____
Name

---

**3.670
3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Sarah Hollifield**
**8 S Water St**
**Edgartown, MA 02539**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670
4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**SARAH HORTON**
**9848 Donner Pass Road #415**
**TRUCKEE, CA 96161**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670
5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Sarah Horton**
**46318 Golden Chain Hwy #49 CA**
**Calpine-Sattley, CA 96124**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670
6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Sarah Horton**
**46318 Golden Chain Hwy #49**
**Calpine-Sattley Heights,, CA 96142**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670
7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Sarah Jacobvitz**
**12 Eagle Hill**
**Kensington, CA 94707**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670
8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Sarah Johnson**
**445 Kottinger Dr.**
**Pleasanton, CA 94566**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.670
9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **$0.00** |

**Sarah Johnson**
**445 Kottinger Dr**
**Pleasanton, CA 94566**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.671**
**0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Sarah Kimball**
**2572 Westminster Ave.**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:   Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.671**
**1**

**Nonpriority creditor's name and mailing address**

**Sarah Kimball**
**2572 Westminster Ave**
**Costa Mesa, CA 92627**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.671**
**2**

**Nonpriority creditor's name and mailing address**

**Sarah Kober**
**1130 Anchors Bend Way**
**Wilmington, NC 28411**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.671**
**3**

**Nonpriority creditor's name and mailing address**

**Sarah L King**
**9145 Mallard Ave**
**Fountain Valley, CA 92708**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:   Warranty**

Last 4 digits of account number **7**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.671**
**4**

**Nonpriority creditor's name and mailing address**

**Sarah Loyd**
**2115 Rucker Ave**
**Everett, WA 98201**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.671**
**5**

**Nonpriority creditor's name and mailing address**

**Sarah Manzer**
**3071 S. Grand Ave.**
**Carthage, MO 64836**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.671**
**6**

**Nonpriority creditor's name and mailing address**

**Sarah McSpadden**
**3068 Rivoli**
**Newport Beach, CA 92660**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                     Case number (if known) _____

_____
Name

---

**3.671
7**

**Nonpriority creditor's name and mailing address**

**Sarah Mitchell
30075 Rancho California Road
APT 224
Temecula, CA 92592**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.671
8**

**Nonpriority creditor's name and mailing address**

**Sarah Mitchell
21501 Brookhurst St
Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.671
9**

**Nonpriority creditor's name and mailing address**

**Sarah Moore
1255 Cerritos Dr.
Laguna Beach, CA 92651**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672
0**

**Nonpriority creditor's name and mailing address**

**Sarah Mormello
307 Linda Anne Ave
North Cape May, NJ '08204**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672
1**

**Nonpriority creditor's name and mailing address**

**Sarah Peterson
1998 Rosemary Pl
Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672
2**

**Nonpriority creditor's name and mailing address**

**Sarah Peterson
1132 Baypointe Drive
Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672
3**

**Nonpriority creditor's name and mailing address**

**Sarah Peterson.
1998 Rosemary Pl
Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (_if known_) _____

---

**3.672 4**

**Nonpriority creditor's name and mailing address**

**Sarah Rowe**
**8814 Vinewood Dr**
**Dallas, TX 75228**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672 5**

**Nonpriority creditor's name and mailing address**

**Sarah Rueckert**
**911 Healey Homestead Circle**
**Alpine, UT 84004**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672 6**

**Nonpriority creditor's name and mailing address**

**Sarah Savage**
**6433 Sunny Meadow Lane**
**Chino Hills, CA 91709**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672 7**

**Nonpriority creditor's name and mailing address**

**Sarah Seth**
**2311 Mechanic St**
**Galveston, TX 77550**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672 8**

**Nonpriority creditor's name and mailing address**

**Sarah Simmons**
**1308 E Louise Dr.**
**Columbia City, IN 46725**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.672 9**

**Nonpriority creditor's name and mailing address**

**Sarah Simmons**
**1308 E Louise Dr**
**Columbia City, IN 46725**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.673 0**

**Nonpriority creditor's name and mailing address**

**Sarah Smith**
**5112 Vista De Luz Dr NW**
**Albuquerque, NM 87120**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** _Check all that apply._

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.673**
**1**

**Nonpriority creditor's name and mailing address**

**Sarah Staggers**
**36 Circle Rd**
**Longview, TX 75602**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.673**
**2**

**Nonpriority creditor's name and mailing address**

**Sarah Sutherland**
**168 Plymouth Street**
**Apt 4E**
**Brooklyn, NY 11201**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.673**
**3**

**Nonpriority creditor's name and mailing address**

**Sarah Swanson**
**38 Aurora Circle**
**Bishop, CA 93514**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.673**
**4**

**Nonpriority creditor's name and mailing address**

**Sarah Thorne**
**4908 N. Raleigh St**
**Denver, CO 80212**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.673**
**5**

**Nonpriority creditor's name and mailing address**

**Sarah Winter**
**1096 Ashwood Drive**
**Maysville, KY 41056**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.673**
**6**

**Nonpriority creditor's name and mailing address**

**Sarah Yockey**
**1145 Marshall st**
**Deltona, FL 32725**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.673**
**7**

**Nonpriority creditor's name and mailing address**

**sarah yopp**
**110 De Haven St**
**Saint Augustine, FL 32084**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.673 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Sasha Watson**
**795 LOWER BEN LOMOND DR SE**
**Salem, OR 97302**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.673 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Saulo Hernandez**
**2121 Mar Vista Ln**
**Leander, TX 78641**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Sava Greenberg**
**81 Hildreth Place**
**East Hampton, NY 11937**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Sava Greenerg**
**81 Hildreth Place**
**Easthampton, NY 11937**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Savas Mavridis, MD, MBA, FACS**
**240 Curtis Dr**
**Johnstown, PA 15904**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**Scot Gelfand**
**2500 Crestview Drive**
**West Linn, OR 97068**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.674 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** _Check all that apply._ | **$0.00** |

**scot groundwater**
**1751 Oak Mesa Ln**
**Redding, CA 96003-9609**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____Name_____

---

**3.674 5**

**Nonpriority creditor's name and mailing address**

**Scot Norred**
**934 Las Lomas Ave**
**Pacific Palisades, CA 90272**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.674 6**

**Nonpriority creditor's name and mailing address**

**Scot Norred**
**934 Las Lomas Ave**
**Pacific Palisades, CA 90272**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.674 7**

**Nonpriority creditor's name and mailing address**

**Scot Norred**
**934 Las Lomas**
**Pacific Palisades, CA 90272**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.674 8**

**Nonpriority creditor's name and mailing address**

**Scot Shandalove**
**1716 Madagascar Street**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.674 9**

**Nonpriority creditor's name and mailing address**

**Scot Snowball**
**34101 Crystal Lantern**
**Dayna Point, CA 92629**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.675 0**

**Nonpriority creditor's name and mailing address**

**Scot Snowball**
**34101 Crystal Lantern Street**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.675 1**

**Nonpriority creditor's name and mailing address**

**Scott Allen**
**2618 San Miguel Drive No. 502**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.675
2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Scott Andersen**<br>**1701 north 1770 east**<br>**Logan, UT 84341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.675
3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Scott Andersen**<br>**1701 north 1770 east**<br>**Logan, UT 84341** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.675
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Scott Anderson**<br>**14757 Fairvilla dr**<br>**La Mirada, CA 90638** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.675
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **scott anderson**<br>**2040 thompson rd**<br>**coos bay, OR 97420** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.675
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Scott Baker**<br>**3200 La Rotonda Dr**<br>**#304**<br>**Rancho Palos Verdes, CA 90275** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.675
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Scott Barrett**<br>**135 Oyster Blvd**<br>**Freeport, FL 32439** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.675
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Scott Bartel**<br>**115 Pleasant Grove Rd**<br>**Locust Grove, VA 22508-5102** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
          Name

---

| 3.675<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Beardshear**
**103 Terrapin**
**Irvine, CA 92618**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Becker**
**2538 E. Garfield St.**
**Davenport, IA 52803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Behar**
**10343 Lightner Bridge Drive**
**Tampa, FL 33626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Behar**
**101 West Beach Pl.**
**Apt 1519**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Behar**
**101 west beach place**
**Apt..1519**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Behar**
**101 W Beach Place Unit 1519**
**Tampa, FL 33606**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.676<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Berry**
**1911 Western Ave., Attn: SB 1415**
**Attn: SB 1415**
**Plymouth, IN 46563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.6766**

**Nonpriority creditor's name and mailing address**
**SCOTT BERRY**
**1911 Western Ave. SB 1415**
**Attn: SB 1415**
**Plymouth, IN 46563**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6767**

**Nonpriority creditor's name and mailing address**
**SCOTT BLACK**
**248 Via Della Fortuna**
**Henderson, NV 89011**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6768**

**Nonpriority creditor's name and mailing address**
**Scott Boring**
**3308 Belle ln**
**Carlsbad, CA 92008**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6769**

**Nonpriority creditor's name and mailing address**
**Scott Borzi**
**9591 Friarscourt Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6770**

**Nonpriority creditor's name and mailing address**
**Scott Brann**
**8525 Gulf Blvd**
**Apt 912**
**Navarre, FL 32566**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6771**

**Nonpriority creditor's name and mailing address**
**Scott Breneman**
**2107 Leeward Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6772**

**Nonpriority creditor's name and mailing address**
**Scott Brenenan**
**2107 Leeward Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.677
3**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Scott Brouse**                                                ☐ Contingent
**4185 Park Road**                                              ☐ Unliquidated
**Selinsgrove, PA 17870**                                       ☐ Disputed

Date(s) debt was incurred **2023**                             **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.677
4**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Scott Burton**                                               ☐ Contingent
**17151 Andry Ct**                                             ☐ Unliquidated
**Westfield, IN 46074**                                        ☐ Disputed

Date(s) debt was incurred **2025**                             **Basis for the claim:  Warranty**

Last 4 digits of account number **7**                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.677
5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Scott Burton**                                               ☐ Contingent
**22400 Cammack Rd**                                           ☐ Unliquidated
**Noblesville, IN 46062**                                      ☐ Disputed

Date(s) debt was incurred **2020**                             **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.677
6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Scott Burton Burton**                                        ☐ Contingent
**22400 Cammack Rd**                                           ☐ Unliquidated
**Noblesville, IN 46062**                                      ☐ Disputed

Date(s) debt was incurred **2021**                             **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.677
7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Scott Cagle**                                                ☐ Contingent
**742 E Southwood Ct**                                         ☐ Unliquidated
**Hayden, ID 83835**                                           ☐ Disputed

Date(s) debt was incurred **2025**                             **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.677
8**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**scott carson**                                               ☐ Contingent
**2425 windward lane**                                         ☐ Unliquidated
**newport beach, CA 92660**                                    ☐ Disputed

Date(s) debt was incurred **2023**                             **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.677
9**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**scott carson**                                               ☐ Contingent
**2425 Windward Ln**                                           ☐ Unliquidated
**Newport Beach, CA 92660**                                    ☐ Disputed

Date(s) debt was incurred **2023**                             **Basis for the claim:  Warranty**

Last 4 digits of account number __                             Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.678 0**

**Nonpriority creditor's name and mailing address**

**scott carson**
**2425 Windward Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.678 1**

**Nonpriority creditor's name and mailing address**

**Scott Chamberlin**
**15409 Indianola Dr**
**Derwood, MD 20855**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.678 2**

**Nonpriority creditor's name and mailing address**

**Scott Chapman**
**2174 E Strauss St**
**Meridian, ID 83646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.678 3**

**Nonpriority creditor's name and mailing address**

**Scott Clough-Carroll**
**2200 Holiday Rd**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.678 4**

**Nonpriority creditor's name and mailing address**

**Scott Cottle**
**11142 Coventry Place**
**Santa Ana, CA 92705**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.678 5**

**Nonpriority creditor's name and mailing address**

**Scott Countryman**
**4142 29st n**
**Saint Petersburg, FL 33714**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.678 6**

**Nonpriority creditor's name and mailing address**

**Scott Craig**
**7969 Paseo Membrillo**
**Carlsbad, CA 92009**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) _____ |
|---|---|---|
| | Name | |

---

**3.678 7**

**Nonpriority creditor's name and mailing address**

**Scott Crowell**
**164 Buoy St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.678 8**

**Nonpriority creditor's name and mailing address**

**Scott Dater**
**21051 Amberwick Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.678 9**

**Nonpriority creditor's name and mailing address**

**Scott Davidson**
**2715 Mary St**
**La Crescenta-Montrose, CA 91214**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.679 0**

**Nonpriority creditor's name and mailing address**

**Scott Davidson**
**2715 Mary Street**
**La Crescenta-Montrose, CA 91214**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.679 1**

**Nonpriority creditor's name and mailing address**

**Scott DeBaugh**
**5832 S Tallowtree Way**
**Boise, ID 83716**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.679 2**

**Nonpriority creditor's name and mailing address**

**Scott Decker**
**405 Lugonia St**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.679 3**

**Nonpriority creditor's name and mailing address**

**Scott DeFreitas**
**250 Colton Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

| 3.679 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott DeWalt**
**110 Allen Court**
**Moraga, CA 94556**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Dickinson**
**2948 Rosemary Lane**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Dickinson**
**2948 rosemary ln.**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Dickinson**
**2948 Rosemary Lane**
**Fullerton, CA 92835**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott DiPrima**
**15 Paranza Place**
**Rancho Mission Viejo, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.679 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Duban**
**7949 DAWSONS CREEK DR**
**JACKSONVILLE, FL 32222**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.680 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Scott Duke**
**33601 Moonsail Drive**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.680
1**

**Nonpriority creditor's name and mailing address**

**Scott Durick**
**3913 Ingraham St. #U305**
**San Diego, CA 92109**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.680
2**

**Nonpriority creditor's name and mailing address**

**scott ellard**
**5835 oakland Dr**
**portage, MI 49024**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.680
3**

**Nonpriority creditor's name and mailing address**

**scott ellard**
**5835 Oakland dr**
**Portage, MI 49024**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.680
4**

**Nonpriority creditor's name and mailing address**

**scott ellard**
**7344 E.YZ Ave**
**Vicksburg, MI 49097**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.680
5**

**Nonpriority creditor's name and mailing address**

**Scott Esposito**
**528 Hallburg Ct**
**Wake Forest, NC 27587**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.680
6**

**Nonpriority creditor's name and mailing address**

**Scott Evans**
**221 E 21st**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.680
7**

**Nonpriority creditor's name and mailing address**

**Scott Faulkner**
**809 Noe Road**
**Larkspur, CO 80118**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.6808**

**Nonpriority creditor's name and mailing address**

**Scott Fullerton**
**2727 Skylark Cir**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6809**

**Nonpriority creditor's name and mailing address**

**Scott Galley**
**2093 Edgewater Dr**
**Clearwater, FL 33755**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6810**

**Nonpriority creditor's name and mailing address**

**Scott Gambrell**
**3208 Sunset Bend Court**
**Wilmington, NC 28409**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6811**

**Nonpriority creditor's name and mailing address**

**Scott Gaughan**
**1510 Old Newport Blvd.**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6812**

**Nonpriority creditor's name and mailing address**

**Scott Gaylord**
**26291 CLEAR VIEW DR**
**GOLDEN, CO 80401**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6813**

**Nonpriority creditor's name and mailing address**

**Scott Gerard**
**10361 Mauretania Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6814**

**Nonpriority creditor's name and mailing address**

**Scott Goldschmidt**
**3665 1st Avenue**
**SAN DIEGO, CA 92103**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                         Case number (if known) _____
_____
Name

---

**3.681 5**

**Nonpriority creditor's name and mailing address**

**Scott Graham**
**273 Cecil Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.681 6**

**Nonpriority creditor's name and mailing address**

**Scott Graves**
**96 White St**
**Westfield, MA 01085**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.681 7**

**Nonpriority creditor's name and mailing address**

**Scott Greenberg**
**1169 Western Rd**
**Grand Lake, CO 80447**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.681 8**

**Nonpriority creditor's name and mailing address**

**Scott Greene**
**5222 Briarcrest Ln**
**Long Grove, IL 60047**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.681 9**

**Nonpriority creditor's name and mailing address**

**Scott Greene**
**5222 Briarcrest Lane**
**Long Grove, IL 60047**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.682 0**

**Nonpriority creditor's name and mailing address**

**Scott Greene**
**5222 Briarcrest Lane**
**Long Grove, IL 60047**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.682 1**

**Nonpriority creditor's name and mailing address**

**Scott Greenwold**
**7037 N Via De Vida**
**Scottsdale, AZ 85258**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.682 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Gross**
**841 Monterey Rd**
**South Pasadena, CA 91030**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.682 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Gross**
**841 Monterey Road**
**South Pasadena, CA 91030**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.682 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Hager**
**29260 Lakeview Ln**
**Highland, CA 92346**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.682 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**SCOTT HAGLUND**
**2731 Deer Trail Ln Ne**
**Owatonna, MN 55060**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.682 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Haisman**
**5609 Edgemerr Dr**
**Torrance, CA 90503**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.682 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Hamilton**
**3630 Old Bay Springs Road**
**Laurel, MS 39440**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.682 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Scott Hardesty**
**945 Placentia Ave**
**Suite A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.682 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Scott Harris**
**63 Palomino Trail**
**#24**
**Sonoita, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Scott Harris**
**63 Palomino Trail**
**#24**
**Sonoita, AZ 85367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Scott Heidecke**
**460 Park Blvd**
**Ukiah, CA 95482**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**scott hixon**
**3315 Cecil Place**
**C**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Scott Hodgson**
**103 Iron Mountain Rd**
**Chapel Hlll, NC 27517**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Scott Holland**
**111 Doheny Way**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.683 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Scott Hollander**
**1505 Laurel Rd.**
**Oceanside, CA 92054**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.683 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Hume**
**422 Bacon Dr**
**Boise, ID 83712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.683 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Hunzinger**
**6535 Oakhurst Circle**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.683 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Hyman**
**46 Brena**
**Irvine, CA 92620**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.683 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Johnson**
**10518 Bilsing Cove**
**Montgomery, TX 77356**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.684 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**scott jones**
**8037 Paseo Avellano**
**carlsbad, CA 92009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.684 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Keeran**
**75355 La Sierra Dr**
**palm desert, CA 92211**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.684 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Knox**
**15 Escapade Court**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.684 3**

**Nonpriority creditor's name and mailing address**

**Scott Konzen**
**141 Commerce Drive**
**E8**
**Mammoth Lakes, CA 93546**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.684 4**

**Nonpriority creditor's name and mailing address**

**Scott Krueger**
**PO box 6870**
**Huntington Beach, CA 92615**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.684 5**

**Nonpriority creditor's name and mailing address**

**Scott Larson**
**139 Mohawk Trail**
**Unit D**
**Lake Zurich, IL 60047**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.684 6**

**Nonpriority creditor's name and mailing address**

**Scott Long**
**40227 Ellwood Ct.**
**Avon, NC 27915**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.684 7**

**Nonpriority creditor's name and mailing address**

**Scott Lopata**
**4403 Colony PLZ**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.684 8**

**Nonpriority creditor's name and mailing address**

**Scott Lund**
**11739 Acme Road**
**Wellington, FL 33414**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.684 9**

**Nonpriority creditor's name and mailing address**

**Scott Lund**
**11739 Acme Rd**
**Wellington, FL 33414**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.685 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Magnacca**
**4166 Salisto Street**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.685 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Magnacca**
**4166 Salisto Street**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.685 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Magnacca**
**4166 Salisto Street**
**Las Vegas, NV 89135**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.685 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Mann**
**103 Wave Ave**
**Pismo Beach, CA 93449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.685 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Marquez**
**27 Lee Avenue**
**Poquoson, VA 23662**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.685 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Marx**
**19898 Bushard Street**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.685 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | $0.00 |
|---|---|---|---|

**Scott Mason**
**4886 Starflower Dr.**
**Martinez, CA 94553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.685 7**

**Nonpriority creditor's name and mailing address**

**Scott Mayo**
**74 Tucker Dr**
**Hopkinton, NH 03229**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.685 8**

**Nonpriority creditor's name and mailing address**

**Scott Mc Ewen**
**1738 E. Walnut Creek Pkwy.**
**West Covina, CA 91791-2547**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.685 9**

**Nonpriority creditor's name and mailing address**

**Scott McEwen**
**1738 East Walnut Creek Pkwy**
**West Covina, CA 91791**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.686 0**

**Nonpriority creditor's name and mailing address**

**Scott McGrew**
**2082 Chandeleur Dr**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.686 1**

**Nonpriority creditor's name and mailing address**

**Scott mcgrew**
**2082 Chandeleur Drive**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.686 2**

**Nonpriority creditor's name and mailing address**

**Scott McGrew**
**2082 Chandeleur Dr**
**Rancho Palos Verdes, CA 90275**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.686 3**

**Nonpriority creditor's name and mailing address**

**Scott McGuire**
**287 16th Place, Unit 1**
**Costa Mesa, CA 92625**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __Electric Bike Company, LLC_____    Case number (if known) _____

Name

---

**3.686
4**

**Nonpriority creditor's name and mailing address**

**Scott McGuire**
**287 16th Place**
**unit 1**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.686
5**

**Nonpriority creditor's name and mailing address**

**scott mckenzie**
**7033 Parkwood St**
**St. Louis, MO 63116**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.686
6**

**Nonpriority creditor's name and mailing address**

**Scott McKnight**
**15 Manchester Court**
**Coto de Caza, CA 92679**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.686
7**

**Nonpriority creditor's name and mailing address**

**Scott McLewin**
**11314 Acuff Lane**
**Lenexa, KS 66215**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.686
8**

**Nonpriority creditor's name and mailing address**

**Scott Meserve**
**1216 Somerset LN**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.686
9**

**Nonpriority creditor's name and mailing address**

**scott milhous**
**5 Verdin Ln**
**Sunriver, OR 97707**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.687
0**

**Nonpriority creditor's name and mailing address**

**Scott Miller**
**36146 Firwood Ct**
**Yucaipa, CA 92399-5723**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.687**
**1**

**Nonpriority creditor's name and mailing address**
**Scott Miller**
**701 Spanish Main Dr**
**236**
**Cudjoe Key, FL 33042**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.687**
**2**

**Nonpriority creditor's name and mailing address**
**scott moberly**
**6947 W 10300 N**
**HIGHLAND, UT 84003**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.687**
**3**

**Nonpriority creditor's name and mailing address**
**Scott Murphy**
**3000 Ashland Ave**
**Saint Joseph, MO 64506**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.687**
**4**

**Nonpriority creditor's name and mailing address**
**Scott Mutch**
**3026 Calle Sonora**
**Unit Q**
**Laguna Woods, CA 92637**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.687**
**5**

**Nonpriority creditor's name and mailing address**
**Scott Nelson**
**203 UVALDE AVE**
**LUBBOCK, TX 79415**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.687**
**6**

**Nonpriority creditor's name and mailing address**
**Scott Norviel**
**126 E. 18th St**
**D101**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.687**
**7**

**Nonpriority creditor's name and mailing address**
**Scott Nowosielski**
**7100 Venturi Dr**
**Washington, MI 48094**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

**3.6878**

**Nonpriority creditor's name and mailing address**

**Scott Olitsky**
**25162 ARMAGOSA DR**
**LAGUNA NIGUEL, CA 92677**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6879**

**Nonpriority creditor's name and mailing address**

**Scott Olson**
**2523 Portland Ave S**
**1505**
**Mpls, MN 55404**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6880**

**Nonpriority creditor's name and mailing address**

**Scott Palinkas**
**46768 Pala Road**
**Temecula, CA 92592**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6881**

**Nonpriority creditor's name and mailing address**

**Scott Parker**
**435 E Laurel Ave**
**Sierra Madre, CA 91024**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6882**

**Nonpriority creditor's name and mailing address**

**Scott Pitman**
**520 Santa ana ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6883**

**Nonpriority creditor's name and mailing address**

**Scott Pitman**
**520 santa ana ave.**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6884**

**Nonpriority creditor's name and mailing address**

**Scott Pohlenz**
**3319 Candlewood Dr**
**Bakersfield, CA 93306**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                              **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.688 5**

**Nonpriority creditor's name and mailing address**

**Scott Ray**
**2031 Cove Park Dr**
**Kemah, TX 77565**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.688 6**

**Nonpriority creditor's name and mailing address**

**Scott Ray**
**2031 Cove Park Drive**
**Kemah, TX 77565**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.688 7**

**Nonpriority creditor's name and mailing address**

**Scott Reed**
**12 Via Brida**
**Rancho Santa Marg., CA 92688**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.688 8**

**Nonpriority creditor's name and mailing address**

**Scott Robinson**
**2000 S. Ocean Drive**
**27A**
**Hallandale Beach, FL 33009**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.688 9**

**Nonpriority creditor's name and mailing address**

**Scott Roeder**
**20111 W RIDGE CT APT 32**
**Castro Valley, CA 94546**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.689 0**

**Nonpriority creditor's name and mailing address**

**SCOTT ROSENTHAL**
**9100 S. SEPULVEDA BLVD # 100**
**LOS ANGELES, CA 90045**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.689 1**

**Nonpriority creditor's name and mailing address**

**Scott Rosnthal**
**9100 S. Sepulveda Blvd**
**Los Angeles, CA 90045**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __**Electric Bike Company, LLC**_____  Case number (if known) _____
     Name

| 3.689 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Rothmeyer**
**1728 Santa ana Ave**
**Unit A**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Rounds**
**119 Elodia Circle**
**Napa, CA 94558**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Sailers**
**17562 Wrightwood Lane**
**Huntington Beach, CA 92649**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Sarkisian**
**1603 Superior Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Satterla**
**221 Berrellesa street**
**Martinez, CA 94553**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Satterla**
**266 Los Cerros Ave**
**Walnut Creek, CA 94598**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.689 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Scott Schaffer**
**855 Torbert Rd**
**Milford, DE 19963**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.6899**

**Nonpriority creditor's name and mailing address**

**Scott Schwartz**
**PO Box 12010**
**El Paso, TX 79913**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6900**

**Nonpriority creditor's name and mailing address**

**Scott Seal**
**442 Tustin Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6901**

**Nonpriority creditor's name and mailing address**

**Scott Shafer**
**248 N Kansas Ave**
**Morton, IL 61550**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6902**

**Nonpriority creditor's name and mailing address**

**Scott Shafer**
**248 N Kansas Ave**
**Morton, IL 61550**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6903**

**Nonpriority creditor's name and mailing address**

**Scott Siciliano**
**234 Orange St**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6904**

**Nonpriority creditor's name and mailing address**

**Scott Simmers**
**30 Dartmouth dr**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.6905**

**Nonpriority creditor's name and mailing address**

**Scott Simon**
**PO Box 6605**
**Laguna Niguel, CA 92607**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____

Name

---

**3.690 6**

Nonpriority creditor's name and mailing address
**Scott Sirles**
**440 Galapago St**
**Denver, CO 80204**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.690 7**

Nonpriority creditor's name and mailing address
**scott skunberg**
**5290 wild indigo way**
**acworth, GA 30102**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.690 8**

Nonpriority creditor's name and mailing address
**Scott Slade**
**3581 Halbrite Ave**
**Long Beach, CA 90808**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.690 9**

Nonpriority creditor's name and mailing address
**Scott Slade**
**3581 Halbrite Ave.**
**Long Beach, CA 90808**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.691 0**

Nonpriority creditor's name and mailing address
**Scott Smith**
**5340 Mission Lane**
**Lincoln, NE 68521**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.691 1**

Nonpriority creditor's name and mailing address
**Scott Smith**
**29 Ville franche**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.691 2**

Nonpriority creditor's name and mailing address
**Scott Snow**
**9431 Iolani Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor     **Electric Bike Company, LLC**                                    Case number *(if known)* _____
                    Name

---

**3.691 3**

**Nonpriority creditor's name and mailing address**

**Scott Snow**
**9431 Iolani Circle**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.691 4**

**Nonpriority creditor's name and mailing address**

**Scott Studds**
**28 Whaler Lane**
**Berlin, MD 21811**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.691 5**

**Nonpriority creditor's name and mailing address**

**Scott Summers**
**2905 SW Muir Dr**
**Lees Summit, MO 64081**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.691 6**

**Nonpriority creditor's name and mailing address**

**Scott Tagwerker**
**2320 Caminito Mira**
**San Diego, CA 92107**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.691 7**

**Nonpriority creditor's name and mailing address**

**Scott Teagle**
**7018 A C Skinner Pkwy, STE 230**
**Jacksonville, FL 32256**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.691 8**

**Nonpriority creditor's name and mailing address**

**Scott Tennant**
**265 S. Arroyo Parkway**
**unit 408**
**Pasadena, CA 91105**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.691 9**

**Nonpriority creditor's name and mailing address**

**Scott Thompson**
**3091 Trinity Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.692 0**

**Nonpriority creditor's name and mailing address**

**Scott Thomson**
**22840 NE 8th St. #212**
**Sammamish, WA 98074**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.692 1**

**Nonpriority creditor's name and mailing address**

**Scott Tibbetts**
**620 Cruikshank Isle**
**Summerland Key, FL 33042**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.692 2**

**Nonpriority creditor's name and mailing address**

**Scott Tibbetts**
**807 59th St N W**
**Bradenton, FL 34209**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.692 3**

**Nonpriority creditor's name and mailing address**

**Scott Tomes**
**1331 Winter Ave**
**Louisville, KY 40204**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.692 4**

**Nonpriority creditor's name and mailing address**

**Scott Trieglaff**
**10 Cape Coral**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.692 5**

**Nonpriority creditor's name and mailing address**

**SCOTT TUCKER**
**3714 Sunnyside Dr**
**Riverside, CA 92506**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.692 6**

**Nonpriority creditor's name and mailing address**

**Scott Tucker**
**2520 Adodge Way**
**Riverside, CA 92506**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
Name

Case number *(if known)* _____

---

| 3.692 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Scott Turnblom**
5116 W. 8860 South.
West Jordan, UT 84081

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.692 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**scott vaughn**
5695 Baldwin Ave
Jurupa Valley, CA 92509-5129

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.692 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Scott Walden**
12141 Silver Fox Rd
Los Alamitos, CA 90720

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.693 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Scott Walker**
42427 Boulder Drive
Lancaster, CA 93536

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.693 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Scott Wasserstrom**
416 Daniels Avenue
Orlando, FL 32801

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.693 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Scott Watson**
411 Rigel Circle
Newport Beach, CA 92660

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.693 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Scott Watson**
411 Rigel Circle
Newport Beach, CA 92660

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
          Name

---

**3.6934**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Scott Way**
**1608 Ruth Ln**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6935**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Scott Williams**
**117 Via Undine**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6936**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Scotty Herndon**
**1090 Lucas Circle**
**Dawson Springs, KY 42408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6937**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Seamus Mcneally**
**5 Grant Estate drive**
**West Simsbury, CT 06092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6938**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Seamus McNeally**
**5 Grant Estate Drive**
**West Simsbury, CT 06092**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6939**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Seamus McNeally**
**2513 Berlin Turnpike**
**Newington, CT 06111**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.6940**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Sean Badillo**
**1722 Kraft**
**Oceanside, CA 92058**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.694
1**

**Nonpriority creditor's name and mailing address**

**Sean Bonnevie
19661 Waterbury Lane
Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.694
2**

**Nonpriority creditor's name and mailing address**

**Sean Bullis
920 East Sage Park Ln.
Salt Lake City, UT 84117**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.694
3**

**Nonpriority creditor's name and mailing address**

**Sean Burleson
13611 Cypress st
Garden Grove, CA 92843**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.694
4**

**Nonpriority creditor's name and mailing address**

**Sean Calcagnie
4 Puro Way
Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.694
5**

**Nonpriority creditor's name and mailing address**

**Sean Casey
1115 Oxford Ln
Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.694
6**

**Nonpriority creditor's name and mailing address**

**Sean Casey
1600 Skylark Ln
Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.694
7**

**Nonpriority creditor's name and mailing address**

**Sean Ciminesi
9 Gretel Ct
Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name                                                                              Case number (if known)

---

**3.6948**

**Nonpriority creditor's name and mailing address**

**Sean Corcoran**
**2221 Port Carlisle Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6949**

**Nonpriority creditor's name and mailing address**

**Sean Cox**
**31301 Trigo Trail**
**Coto, CA 92679**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6950**

**Nonpriority creditor's name and mailing address**

**Sean Curry**
**9707 Anderson Mill Rd**
**Apt 16**
**Austin, TX 78750**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6951**

**Nonpriority creditor's name and mailing address**

**Sean Curtin**
**1209 Magnolia Avenue**
**Sea Girt, NJ 08750**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6952**

**Nonpriority creditor's name and mailing address**

**Sean Curtis**
**221 Cypress Avenue**
**Moss Beach, CA 94038**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6953**

**Nonpriority creditor's name and mailing address**

**Sean Daly**
**5040 Ellison Pl.**
**San Diego, CA 92116**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.6954**

**Nonpriority creditor's name and mailing address**

**Sean Daly**
**5040 Ellison Pl**
**San Diego, CA 92116**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                          Case number *(if known)* _____
_____Name_____

---

| 3.695 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Doyle**
**140 Barrow Downs**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Doyle**
**140 Barrow Downs**
**Alpharetta, GA 30004**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Drewen**
**5525 Laurette St**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Drewen**
**5525 Laurette St**
**Torrance, CA 90503**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.695 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Edgeington**
**9720 W Peoria Ave**
**STE 110**
**Peoria, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Fraser**
**1009 SW Grand Blvd #6**
**1009G-6**
**Bentonville, AR 72713**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.696 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Sean Gannon**
**1142 RED TAIL RD**
**Healdsburg, CA 95448**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.696 2**

**Nonpriority creditor's name and mailing address**

**Sean Gannon**
**1142 Red Tail Road**
**Healdsburg, CA 95448**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 3**

**Nonpriority creditor's name and mailing address**

**Sean Godlewski**
**35 Heron Landing Dr**
**Wells, ME 04090**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 4**

**Nonpriority creditor's name and mailing address**

**SEAN HLAVATY**
**1617 S Grand Blvd**
**Spokane, WA 99203**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 5**

**Nonpriority creditor's name and mailing address**

**Sean Hlavaty**
**1617 S Grand Blvd**
**Spokane, WA 99203**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 6**

**Nonpriority creditor's name and mailing address**

**Sean Lane**
**788 Evening St.**
**Worthington, OH 43085**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 7**

**Nonpriority creditor's name and mailing address**

**Sean Lehmann**
**30922 Canterbury Place**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.696 8**

**Nonpriority creditor's name and mailing address**

**Sean Lupton-Smith**
**460 Catalina Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
_____
Name

---

| 3.696 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Lupton-Smith**
**1351 Logan ave**
**Costa mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean McIntyre**
**10 Eileen Ave**
**Derry, NH 03038**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean McIntyre**
**10 Eileen Ave**
**Derry, NH 03038**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Mewshaw**
**19 Thomas St**
**Portland, ME 04102**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Nichols**
**412 Harding St**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Norton**
**6806 West Oceanfront**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.697 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Norton**
**1906 Diana Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.6976**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Sean Norton** | ☐ Contingent |
| **1300 Nottingham Rd.** | ☐ Unliquidated |
| **Newport Beach, CA 92660** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.6977**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Sean Osborne** | ☐ Contingent |
| **1220 E Henry Ave** | ☐ Unliquidated |
| **Tampa, FL 33604** | ☐ Disputed |
| Date(s) debt was incurred **2025** | **Basis for the claim: Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.6978**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Sean Osborne** | ☐ Contingent |
| **1220 E Henry Ave** | ☐ Unliquidated |
| **Tampa, FL 33604** | ☐ Disputed |
| Date(s) debt was incurred **2025** | **Basis for the claim: Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.6979**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Sean P Curry** | ☐ Contingent |
| **9707 Anderson Mill Rd** | ☐ Unliquidated |
| **Apt 16** | ☐ Disputed |
| **Austin, TX 78750** | **Basis for the claim: Warranty** |
| Date(s) debt was incurred **2021** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.6980**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Sean P Doyle** | ☐ Contingent |
| **140 Barrow Downs** | ☐ Unliquidated |
| **Alpharetta, GA 30004** | ☐ Disputed |
| Date(s) debt was incurred **2024** | **Basis for the claim: Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.6981**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Sean P Doyle** | ☐ Contingent |
| **140 Barrow Downs** | ☐ Unliquidated |
| **Alpharetta, GA 30004** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.6982**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |
| **Sean Peca** | ☐ Contingent |
| **20081 Orchid St** | ☐ Unliquidated |
| **Newport Beach, CA 92660** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.698 3**

**Nonpriority creditor's name and mailing address**

**Sean Peca**
**20081 Orchid St.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.698 4**

**Nonpriority creditor's name and mailing address**

**Sean Pettit**
**19131 Yacht In**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.698 5**

**Nonpriority creditor's name and mailing address**

**Sean Pickel**
**1151 North Abbott Avenue**
**Milpitas, CA 95035**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.698 6**

**Nonpriority creditor's name and mailing address**

**Sean Platt**
**22640 Ellinwood Drive**
**Torrance, CA 90505**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.698 7**

**Nonpriority creditor's name and mailing address**

**Sean Read**
**5602 Seashore dr**
**NEWPORT BEACH, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.698 8**

**Nonpriority creditor's name and mailing address**

**Sean Redmond**
**300 Maplewood ave**
**Syracuse, NY 13205**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.698 9**

**Nonpriority creditor's name and mailing address**

**Sean rose**
**950 S. Cloverdale dr**
**anaheim hills, CA 92808**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.699 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Roy**
**8024 Goleta Point Dr**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Scanlon**
**207 N. Roosevelt**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Stannard-Stockton**
**198 Warren Rd**
**San Mateo, CA 94401**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Stuart**
**5512 W 149th Pl**
**#2**
**Hawthorne, CA 90250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Tang**
**6369 South Shannon Drive**
**Tempe, AZ 85283**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**sean taylor**
**1728 ORVIETTO DR**
**Roseville, CA 95661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.699 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sean Trew**
**816 San Francisco Ave NE**
**Olympia, WA 98506-3952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:**  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.6997**

**Nonpriority creditor's name and mailing address**

**Sean Trotman**
**377 S Harrison St Apt 5L**
**East Orange, NJ 07018-1257**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.6998**

**Nonpriority creditor's name and mailing address**

**Sean Wirch**
**37945 Lasker Ave**
**PALMDALE, CA 93550**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.6999**

**Nonpriority creditor's name and mailing address**

**Seattle Electric and**
**Folding Bikes acc:  Daniel Johnson**
**4810 17th Ave NW**
**Seattle, WA 98107**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.7000**

**Nonpriority creditor's name and mailing address**

**Sebastian Breit**
**7533 Campania Way**
**Unit 403**
**Naples, FL 34104**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.7001**

**Nonpriority creditor's name and mailing address**

**sebastian Carreira**
**962 Trumbull St.**
**Deltona, FL 32725**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.7002**

**Nonpriority creditor's name and mailing address**

**Sebastian Casady**
**7288 Ninini Place**
**Honolulu, HI 96825**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.7003**

**Nonpriority creditor's name and mailing address**

**Sebastian Igreti**
**20402 Camfiel Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.700
4**

**Nonpriority creditor's name and mailing address**

**Sebastian Medley**
**18628 W MacKenzie Dr**
**Goodyear, AZ 85395**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.700
5**

**Nonpriority creditor's name and mailing address**

**Sebastian Medley**
**18628 W Mackenzie Dr**
**Goodyear, AZ 85395**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.700
6**

**Nonpriority creditor's name and mailing address**

**Sebastian Posey**
**4828 Haven Ridge Rd**
**Carrollton, TX 75010**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.700
7**

**Nonpriority creditor's name and mailing address**

**Sejdo Kolicic**
**2928 W Summerdale Ave**
**Apt H**
**Chicago, IL 60625**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.700
8**

**Nonpriority creditor's name and mailing address**

**Selina Schacht**
**501 Aliso Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.700
9**

**Nonpriority creditor's name and mailing address**

**Selina Schacht**
**HOUSE 501 ALISO AVE**
**NEWPORT BEACH, CA 92663**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.701
0**

**Nonpriority creditor's name and mailing address**

**Selma Guzman**
**1113 Sandi Ln**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.701**
**1**

**Nonpriority creditor's name and mailing address**

**Seong wook Tae**
**1628 Edgeworth Ave.**
**Daly City, CA 94015**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.701**
**2**

**Nonpriority creditor's name and mailing address**

**Sergei Cook**
**1118 Desirable Dr**
**Austin, TX 78721**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.701**
**3**

**Nonpriority creditor's name and mailing address**

**Sergey Averchenkov**
**11 Wilmington Acres Ct**
**Emerald Hills, CA 94062**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.701**
**4**

**Nonpriority creditor's name and mailing address**

**Sergey Dallakyan**
**3431 wedgewood ln**
**Burbank, CA 91504**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.701**
**5**

**Nonpriority creditor's name and mailing address**

**Serghei Burlac**
**2166 w county hwy 30a**
**Suite B**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.701**
**6**

**Nonpriority creditor's name and mailing address**

**Serghei Burlac**
**216 W County Hwy 30A**
**Unit B**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.701**
**7**

**Nonpriority creditor's name and mailing address**

**Serghei Burlac**
**2166 W county Hwy 30A**
**Suite B**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.7018**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Serghei Burlac**                                                  ☐ Contingent
**2166 W Country Hwy 30A**                                          ☐ Unliquidated
**Suite B**                                                         ☐ Disputed
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **2023**                                **Basis for the claim:  Warranty**

Last 4 digits of account number  __                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7019**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Serghei Burlac**                                                  ☐ Contingent
**2166 West County Hwy 30A**                                        ☐ Unliquidated
**Suite B**                                                         ☐ Disputed
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **2023**                                **Basis for the claim:  Warranty**

Last 4 digits of account number  __                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7020**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Serghei Burlac**                                                  ☐ Contingent
**2166 w County hwy 30a**                                           ☐ Unliquidated
**Suite B**                                                         ☐ Disputed
**Santa rosa Beach, FL 32459**

Date(s) debt was incurred  **2022**                                **Basis for the claim:  Warranty**

Last 4 digits of account number  __                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7021**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Sergio Castillo**                                                 ☐ Contingent
**11263 Stonecress Ave**                                            ☐ Unliquidated
**Fountain Valley, CA 92708**                                       ☐ Disputed

Date(s) debt was incurred  **2023**                                **Basis for the claim:  Warranty**

Last 4 digits of account number  __                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7022**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Sergio Garcia**                                                   ☐ Contingent
**24051 Hollyoak**                                                  ☐ Unliquidated
**#G**                                                              ☐ Disputed
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2021**                                **Basis for the claim:  Warranty**

Last 4 digits of account number  __                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7023**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Sergio Zavala**                                                   ☐ Contingent
**1521 Stoneham way**                                               ☐ Unliquidated
**La Habra, CA 90631**                                              ☐ Disputed

Date(s) debt was incurred  **2023**                                **Basis for the claim:  Warranty**

Last 4 digits of account number  __                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7024**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Serita Smith**                                                    ☐ Contingent
**6236 Franks Ferry Rd**                                            ☐ Unliquidated
**Walling, TN 38587**                                               ☐ Disputed

Date(s) debt was incurred  **2020**                                **Basis for the claim:  Warranty**

Last 4 digits of account number  __                                Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.702 5**

**Nonpriority creditor's name and mailing address**
**Sesar Uribe**
**13814 Janetdale St**
**La Puente, CA 91746**

Date(s) debt was incurred **2025**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.702 6**

**Nonpriority creditor's name and mailing address**
**Sesar Uribe**
**13814 Janetdale St**
**La Puente, CA 91746**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.702 7**

**Nonpriority creditor's name and mailing address**
**sesn Kemp**
**200 central park south**
**18h**
**new york, NY 10019**

Date(s) debt was incurred **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.702 8**

**Nonpriority creditor's name and mailing address**
**Sessyle Asato**
**3131 Elliot Ave Suite 400**
**Seattle, HI 98121**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.702 9**

**Nonpriority creditor's name and mailing address**
**Seth Auldridge**
**205 South East Street**
**Alturas, CA 96101**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.703 0**

**Nonpriority creditor's name and mailing address**
**Seth Baumgartner**
**9824 Brower Rd**
**North Bend, OH 45052**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.703 1**

**Nonpriority creditor's name and mailing address**
**Seth J. Dinan**
**4633 Camden Dr**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2025**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                          Case number (if known) _____

Name

---

| 3.703 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Seth Link**
**16181 Schryer Lane**
**Huntington Beach, CA 92649-2429**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Seth Shortlidge**
**21 King Street**
**Siasconset, MA 02564**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Seth Tremble**
**607 East Oakland Ave**
**Oakland, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Shad Bergen**
**16826 Primrose Lane**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Shadrach Close**
**1905 Eagle**
**Alameda, CA 94501**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Shahar Yarden**
**800 Dry Creek Road**
**Waco, TX 76705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.703 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**shailaja akkapeddi**
**1425 East Harvard Avenue**
**Salt Lake City, UT 84105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | Electric Bike Company, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.7039**

**Nonpriority creditor's name and mailing address**

**Shain Buerk**
**3263 River Highlands Way**
**Dublin, OH 43017**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7040**

**Nonpriority creditor's name and mailing address**

**Shaina Bloom**
**539 Loma Ave**
**Long Beach, CA 90814**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7041**

**Nonpriority creditor's name and mailing address**

**Shaina Oliver**
**2701 Griffin Way**
**Corona, CA 92879**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7042**

**Nonpriority creditor's name and mailing address**

**Shambala A Cooper**
**412 Dorset Drive**
**Cocoa Beach, FL 32931**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7043**

**Nonpriority creditor's name and mailing address**

**Shambala Cooper**
**412 Dorset Drive**
**Cocoa Beach, FL 32931**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7044**

**Nonpriority creditor's name and mailing address**

**Shambala Cooper**
**412 Dorset Drive**
**Cocoa Beach, FL 32931**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7045**

**Nonpriority creditor's name and mailing address**

**Shams-al-Din Harper**
**28 Doubleday St**
**Apt 1**
**Binghamton, NY 13901**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

---

**3.704 6**

**Nonpriority creditor's name and mailing address**

**Shana Brown**
**5265 Marynell Drive**
**Yorba Lind, CA 92886**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.704 7**

**Nonpriority creditor's name and mailing address**

**shana noyes**
**5000 west lake blvd**
**po box 7**
**homewood, CA 96141**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.704 8**

**Nonpriority creditor's name and mailing address**

**Shanda Mello**
**8863 Houston Avenue**
**Hanford, CA 93230**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.704 9**

**Nonpriority creditor's name and mailing address**

**Shane Boer**
**3273 Iowa St**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.705 0**

**Nonpriority creditor's name and mailing address**

**Shane Brosnan**
**336 Cherry Tree Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.705 1**

**Nonpriority creditor's name and mailing address**

**Shane Carroll**
**2625 S. Flanders Ct**
**Aurora, CO 80013**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.705 2**

**Nonpriority creditor's name and mailing address**

**Shane Carroll**
**2625 S. Flanders Ct**
**Aurora, CO 80013-7695**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.705
3**

**Nonpriority creditor's name and mailing address**

**Shane Evangelist**
**10753 Cranks Rd**
**Culver City, CA 90230**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.705
4**

**Nonpriority creditor's name and mailing address**

**Shane Hekman**
**210 Fawn Hollow Dr**
**Argyle, TX 76226**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.705
5**

**Nonpriority creditor's name and mailing address**

**Shane Hekman**
**210 Fawn Hollow Dr**
**Argyle, TX 76226**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.705
6**

**Nonpriority creditor's name and mailing address**

**Shane Hekman**
**1048 Irvine Ave**
**#368**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.705
7**

**Nonpriority creditor's name and mailing address**

**Shane Kirk**
**1814 Piperwood Ct**
**Durham, NC 27713**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.705
8**

**Nonpriority creditor's name and mailing address**

**Shane Kirk**
**1814 Piperwood Ct**
**Durham, NC 27713**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.705
9**

**Nonpriority creditor's name and mailing address**

**Shane Phillips**
**4636 Dunrobin Ave**
**Lakewood, CA 90713**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
                        Name

---

**3.7060**

Nonpriority creditor's name and mailing address

**Shane Porter**
**7051 Ellis Ave**
**39**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7061**

Nonpriority creditor's name and mailing address

**Shane Smith**
**220 42nd Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7062**

Nonpriority creditor's name and mailing address

**Shane Smith**
**5216 Guthrie Hwy**
**Clarksville, TN 37040**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7063**

Nonpriority creditor's name and mailing address

**Shane Spring**
**1530 new ave**
**San gabriel, CA 91776**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7064**

Nonpriority creditor's name and mailing address

**Shane Sullivan**
**8561 Marvale Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7065**

Nonpriority creditor's name and mailing address

**Shane Turner**
**1702 Fawn Ct NW**
**Gig Harbor, WA 98332**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7066**

Nonpriority creditor's name and mailing address

**Shane Webber**
**9441 breakwater cir**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.706 7**

**Nonpriority creditor's name and mailing address**

**Shane Whiteside**
**21772 Windsong Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.706 8**

**Nonpriority creditor's name and mailing address**

**Shane Whitmore**
**2550 Blackbird Lane**
**Camino, CA 95709**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.706 9**

**Nonpriority creditor's name and mailing address**

**Shanell Woodard**
**2131 N Treat Ave Unit 1**
**Tucson, AZ 85716-3028**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.707 0**

**Nonpriority creditor's name and mailing address**

**Shanna Coady**
**2045 Holiday Road**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.707 1**

**Nonpriority creditor's name and mailing address**

**Shanna Kane**
**1259 Grandview Rd**
**Vista, CA 92084**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.707 2**

**Nonpriority creditor's name and mailing address**

**Shannalee Michalsky**
**3568 E. 300 N.**
**Rigby, ID 83442**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

**3.707 3**

**Nonpriority creditor's name and mailing address**

**Shannan Conley**
**53790 Avenida Rubio**
**La Quinta, CA 92253**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.707 4**

**Nonpriority creditor's name and mailing address**

**Shannan Rehart**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.707 5**

**Nonpriority creditor's name and mailing address**

**Shannon Barnes**
**7119 W Sunset Blvd**
**#437**
**Los Angeles, CA 90046**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.707 6**

**Nonpriority creditor's name and mailing address**

**Shannon Bayley**
**405 11th Street A**
**Huntington Beach, CA 92648**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.707 7**

**Nonpriority creditor's name and mailing address**

**Shannon Bethune**
**4265 Weldon Cove**
**Jonesboro, AR 72404**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.707 8**

**Nonpriority creditor's name and mailing address**

**Shannon Burgess**
**1929 Hollyvista Ave**
**Los Angeles, CA 90027**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.707 9**

**Nonpriority creditor's name and mailing address**

**Shannon Butler**
**3477 E Merrill Ave**
**Gilbert, AZ 85234**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.708 0**

**Nonpriority creditor's name and mailing address**

**Shannon Campbell**
**333 E 2nd St**
**Franklin, OH 45005**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.708 1**

Nonpriority creditor's name and mailing address

**Shannon Campbell**
**4619 Beal Rd.**
**Franklin, OH 45005**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.708 2**

Nonpriority creditor's name and mailing address

**Shannon Chennault**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.708 3**

Nonpriority creditor's name and mailing address

**Shannon Coen**
**1012 North Sherman Avenue**
**Liberal, KS 67901**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.708 4**

Nonpriority creditor's name and mailing address

**Shannon Dever**
**5124 Residencia**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.708 5**

Nonpriority creditor's name and mailing address

**Shannon Ellis**
**2581 Autumn Ridge Dr**
**Thousand Oaks, CA 91362**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.708 6**

Nonpriority creditor's name and mailing address

**Shannon Ford**
**423 Abbotsford Rd**
**Kenilworth, IL 60043**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.708 7**

Nonpriority creditor's name and mailing address

**Shannon Glynn**
**110 Cascade Falls Lane**
**Panama City Beach, FL 32407**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.708 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shannon Gray**
**9684 La Colina Dr**
**Rancho Cucamonga, CA 91737**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.708 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shannon Hansen**
**5521 Woodcrest Dr**
**Edina, MN 55424**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.709 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shannon Hay**
**509 SE Croston Lane**
**Issaquah, WA 98027**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.709 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shannon Hoffman**
**2453 Calypso Dr.**
**Lake Havasu, AZ 86406**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.709 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shannon Koelsch**
**834 West 21st Street**
**San Pedro, CA 90731**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.709 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shannon Martin**
**865 Charles St**
**Grover Beach, CA 93433**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.709 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shannon Martinez**
**5333 Ben Alder Ave**
**Whittier, CA 90601**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                              Case number (if known) _____
_____
Name

---

| 3.709 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Shannon Palmer**
**1470 26th Street**          ☐ Contingent
**Ogden, UT 84401**          ☐ Unliquidated
                    ☐ Disputed
Date(s) debt was incurred  **2021**
                    **Basis for the claim:  Warranty**
Last 4 digits of account number __
                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Shannon Pitts**
**18 Fremont Road**          ☐ Contingent
**Sleepy Hollow, NY 10591**          ☐ Unliquidated
                    ☐ Disputed
Date(s) debt was incurred  **2021**
                    **Basis for the claim:  Warranty**
Last 4 digits of account number __
                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**shannon ramsey**
**1471 Hickory Grove Rd.**          ☐ Contingent
**Ringgold, GA 30736**          ☐ Unliquidated
                    ☐ Disputed
Date(s) debt was incurred  **2022**
                    **Basis for the claim:  Warranty**
Last 4 digits of account number __
                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Shannon Smith**
**1491 El Paso drive**          ☐ Contingent
**Norco, CA 92860**          ☐ Unliquidated
                    ☐ Disputed
Date(s) debt was incurred  **2023**
                    **Basis for the claim:  Warranty**
Last 4 digits of account number __
                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.709 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Shannon Smith**
**812 Jasmine Park Dr**          ☐ Contingent
**Apt 4**          ☐ Unliquidated
**Bakersfield, CA 93312**          ☐ Disputed
Date(s) debt was incurred  **2021**
                    **Basis for the claim:  Warranty**
Last 4 digits of account number __
                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Shannon Smith Smith**
**41750 Hermitage Dr.**          ☐ Contingent
**Bermuda Dunes, CA 92203**          ☐ Unliquidated
                    ☐ Disputed
Date(s) debt was incurred  **2021**
                    **Basis for the claim:  Warranty**
Last 4 digits of account number __
                    Is the claim subject to offset? ■ No ☐ Yes

---

| 3.710 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Shannon Verbrigghe**
**407 S. Lakeshore Blvd**          ☐ Contingent
**Apt 305**          ☐ Unliquidated
**Marquette, MI 49855**          ☐ Disputed
Date(s) debt was incurred  **2022**
                    **Basis for the claim:  Warranty**
Last 4 digits of account number __
                    Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 1015 of 1405

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
                Name

---

| 3.710<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shannon Wallen**
**106 S. Meadowlark St.**
**Lakeway, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shannon Wallen**
**106 S. Meadowlark**
**Lakeway, TX 78734**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shannon White**
**PO Box 1378**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shannon White**
**PO Box 1378**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shannon White**
**2088 Homecoming Way**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shannon White**
**2088 Homecoming Way**
**Brentwood, CA 94513**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.710<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shannon Williams**
**17929 HALEAKALA HWY**
**None**
**Kula, HI 96790**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
          Name

---

**3.7109**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**Shannon Worsham**
**1001 Redeemer Ave**
**Ann Arbor, MI 48103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.7110**

**Nonpriority creditor's name and mailing address**

**Shannon Worsham**
**1001 Redeemer Ave**
**Ann Arbor, MI 48103**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.7111**

**Nonpriority creditor's name and mailing address**

**Shannon Worsham**
**1001 Redeemer Ave**
**Ann Arbor, MI 48103**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.7112**

**Nonpriority creditor's name and mailing address**

**Shannon Worsham**
**1001 Redeemer Ave**
**Ann Arbor, MI 48103-4650**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.7113**

**Nonpriority creditor's name and mailing address**

**Shara Speake**
**1874 Pacific Ave**
**Norco, CA 92860**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.7114**

**Nonpriority creditor's name and mailing address**

**shari chevez**
**19 cormorant circle**
**newport beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.7115**

**Nonpriority creditor's name and mailing address**

**shari Paul**
**9411 candlewood dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**
_____      Case number (if known) _____
Name

---

| 3.711 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shari Russell**
**1619 sunny morning dr nw**
**albuquerque, NM 87120**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shari Smith**
**400 E. Chason Ave**
**Ellensburg, WA 98926**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sharla Gemma**
**5375 SW Wichita St**
**Tualatin, OR 97062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.711 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**sharlene abbott**
**1053 W 400 N**
**Moab, UT 84532-2253**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sharlene Abbott**
**1053 west 400 North**
**Moab, UT 84532**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sharon Alvis**
**1807 Fairway Drive**
**Johnson City, TN 37601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.712 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**sharon armstrong**
**2016 Ashland Ave**
**Santa Monica, CA 90405-5932**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**
Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.712
3**

**Nonpriority creditor's name and mailing address**

**Sharon Barnett
165 Osage Trail
Ft. Myers Beach, FL 33931**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.712
4**

**Nonpriority creditor's name and mailing address**

**Sharon Cunningham
4401 Overlook Rdg
Flower Mound, TX 75022**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.712
5**

**Nonpriority creditor's name and mailing address**

**Sharon Davis
210 Chelsea Avenue
Bayville, NJ 08721**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.712
6**

**Nonpriority creditor's name and mailing address**

**Sharon Derosier
5750 Glen Moor circle
Minnetonka, MN 55345**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.712
7**

**Nonpriority creditor's name and mailing address**

**Sharon Eisner
5055 Montair Ave
Lakewood, CA 90712**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.712
8**

**Nonpriority creditor's name and mailing address**

**Sharon Erwin
36 Aqua Ra Drive
Jensen Beach, FL 34957**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.712
9**

**Nonpriority creditor's name and mailing address**

**Sharon Ferrara
1018 Delaware St
Huntington Beach, CA 92648**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.713 0**

**Nonpriority creditor's name and mailing address**

**Sharon Finney**
**5750 Glen moor circle**
**Minnetonka, MN 55345**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.713 1**

**Nonpriority creditor's name and mailing address**

**Sharon Greene**
**2141 East 100 South**
**St. George, UT 84790**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.713 2**

**Nonpriority creditor's name and mailing address**

**Sharon Gregg**
**4592 Lockhaven Cr.**
**Irvine, CA 92604**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.713 3**

**Nonpriority creditor's name and mailing address**

**sharon gregg**
**4592 LockHaven cir**
**Irvine, CA 92604**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.713 4**

**Nonpriority creditor's name and mailing address**

**Sharon Kersh**
**15 Berry Hill Road**
**Fort Smith, AR 72903**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.713 5**

**Nonpriority creditor's name and mailing address**

**Sharon Klesse**
**4 Burnside Drive**
**Short Hills, NJ 07078**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.713 6**

**Nonpriority creditor's name and mailing address**

**Sharon Klesse**
**460 Anderson Rd**
**Southold, NY 11971**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| | |
|---|---|
| Debtor | **Electric Bike Company, LLC** |
| | Name |

Case number (if known) _____

---

**3.7137**

**Nonpriority creditor's name and mailing address**

**SHARON KOONS**
**2066 Reservoir Dr**
**Middletown, PA 17057-3602**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7138**

**Nonpriority creditor's name and mailing address**

**Sharon McCormick**
**3732 Jacamar Dr**
**Flagstaff, AZ 86004**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7139**

**Nonpriority creditor's name and mailing address**

**Sharon McCormick**
**3732 Jacamar Dr**
**Flagstaff, AZ 86004**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7140**

**Nonpriority creditor's name and mailing address**

**Sharon Mcpherson**
**46 Westminister St**
**Worcester, MA 01605**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7141**

**Nonpriority creditor's name and mailing address**

**Sharon Petrosino**
**27181 Driftwood Dr**
**Bonita Springs, FL 34135**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7142**

**Nonpriority creditor's name and mailing address**

**Sharon Plamondon**
**3015 S Sommer LN**
**Spokane Valley, WA 99037**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7143**

**Nonpriority creditor's name and mailing address**

**Sharon Plamondon**
**S 3015 Sommer LN**
**Spokane Valley, WA 99037**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

| 3.714<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sharon Smith**
**14686 Holt Ave**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.714<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sharon Strahan**
**1129 Gleneagles Terrace**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.714<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sharon Watkins**
**112 East Como Avenue**
**Columbus, OH 43202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.714<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sharon-Franklin Brown**
**1320 N Cherokee Avenue**
**Los Angeles, CA 90028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.714<br>8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Sharyl Rutz**
**7560 Yates Street**
**Westminster, CO 80030**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.714<br>9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Shaun Chapman**
**8302 Drybank Dr**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

| 3.715<br>0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | $0.00 |
|---|---|---|---|

**Shaun Chapman**
**8302 Drybank Dr**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                     Case number (if known) _____
        Name

| 3.715 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shaun Hines**
**9 Everett Ave**
**Unit 3**
**Boston, MA 02125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shaun Johnston**
**32306 Sonder Way**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shaun Johnston**
**32306 Sonder Way**
**Temecula, CA 92591**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shaun Sheikh**
**165 Charles St**
**APT 10**
**New York, NY 10014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shaun Struyck**
**32848 Naples Ct**
**Temecula, CA 92592**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shaun Tull**
**52 Rolling Road**
**Rehoboth Beach, DE 19971**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.715 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shauna Aminzadeh**
**1172 brush creek**
**Rancho mission viejo, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.715
8**

**Nonpriority creditor's name and mailing address**

**Shauna Guthrie**
**7310 W Portneuf RD**
**Pocatello, ID 83204**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.715
9**

**Nonpriority creditor's name and mailing address**

**Shaune Slattery**
**7405 Burk Ave**
**Margate, NJ 08402**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.716
0**

**Nonpriority creditor's name and mailing address**

**Shaunt Azizian**
**2602 Wellingham Dr**
**Livermore, CA 94551**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.716
1**

**Nonpriority creditor's name and mailing address**

**shaunt azizian**
**2602 Wellingham drive**
**livermore, CA 94551**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.716
2**

**Nonpriority creditor's name and mailing address**

**SHAWN BARTLETT**
**2835 Rock Wren Lane**
**Avila Beach, CA 93424**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.716
3**

**Nonpriority creditor's name and mailing address**

**SHAWN BARTLETT**
**69116 CLUB ROAD**
**CATHEDRAL CITY, CA 92234**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.716
4**

**Nonpriority creditor's name and mailing address**

**Shawn Bingham**
**63 Rosalind Circle**
**Sicklerville, NJ 08081**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.716 5 | **Nonpriority creditor's name and mailing address**<br><br>**Shawn Cunniff**<br>**173 Rice Mill**<br>**St. Simons Island, GA 31522**<br><br>Date(s) debt was incurred **2021**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.716 6 | **Nonpriority creditor's name and mailing address**<br><br>**Shawn Fritz**<br>**300 Central Ave SW**<br>**Ste 3500**<br>**Albuquerque, NM 87102**<br><br>Date(s) debt was incurred **2022**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.716 7 | **Nonpriority creditor's name and mailing address**<br><br>**Shawn George**<br>**64 S MOUNT VERNON AVE**<br>**Uniontown, PA 15401**<br><br>Date(s) debt was incurred **2022**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.716 8 | **Nonpriority creditor's name and mailing address**<br><br>**Shawn Hall**<br>**2910 Wentworth Dr**<br>**Madison, WI 53719**<br><br>Date(s) debt was incurred **2024**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.716 9 | **Nonpriority creditor's name and mailing address**<br><br>**Shawn Hall**<br>**2910 Wentworth Dr**<br>**Madison, WI 53719**<br><br>Date(s) debt was incurred **2024**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.717 0 | **Nonpriority creditor's name and mailing address**<br><br>**Shawn Helda**<br>**523 Aliso Ave.**<br>**Newport Beach, CA 92663**<br><br>Date(s) debt was incurred **2021**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.717 1 | **Nonpriority creditor's name and mailing address**<br><br>**Shawn Human**<br>**681 Rolling Hills Ct**<br>**Brick, NJ 08724**<br><br>Date(s) debt was incurred **2023**<br><br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.717
2**

**Nonpriority creditor's name and mailing address**

**Shawn Jarrett**
**14517 nw 56th ave**
**vancouver, WA 98685**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717
3**

**Nonpriority creditor's name and mailing address**

**Shawn Kellenberger**
**142 Old Adobe Way**
**Los Gatos, CA 95032**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717
4**

**Nonpriority creditor's name and mailing address**

**Shawn Lefebvre**
**3050 Ceylon Road**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717
5**

**Nonpriority creditor's name and mailing address**

**Shawn Maple**
**2179 Ellington Drive**
**Corona, CA 92880**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717
6**

**Nonpriority creditor's name and mailing address**

**Shawn Maple**
**2179 Ellington Drive**
**Corona, CA 92878**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717
7**

**Nonpriority creditor's name and mailing address**

**Shawn Miller**
**2390 Westminster Avenue**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.717
8**

**Nonpriority creditor's name and mailing address**

**Shawn Pepple**
**224 Planters Run**
**Elizabeth City, NC 27909**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.717 9**

**Nonpriority creditor's name and mailing address**

**Shawn Peters**
**201 Orleans St.**
**Dothan, AL 36303**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.718 0**

**Nonpriority creditor's name and mailing address**

**Shawn Phillips**
**4236 Private Road 18521**
**Breckenridge, TX 76424**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.718 1**

**Nonpriority creditor's name and mailing address**

**Shawn Price**
**2890 old colony circle**
**Holladay, UT 84117**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.718 2**

**Nonpriority creditor's name and mailing address**

**Shawn Steeber**
**15251 Webster St**
**Westminster, CA 92683**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.718 3**

**Nonpriority creditor's name and mailing address**

**Shawn Strickland**
**952 Sutter Street Apt 2**
**San Francisco, CA 94109**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.718 4**

**Nonpriority creditor's name and mailing address**

**Shawn W Strerath**
**2784a Edwards Street**
**East Troy, WI 53120**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.718 5**

**Nonpriority creditor's name and mailing address**

**Shawn Webster**
**15428 Palm St**
**Hesperia, CA 92345**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.718 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**SHAWN WEBSTER**
**15428 PALM ST**
**HESPERIA, CA 92345**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.718 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawna Clausen**
**13446 Broad Wing Drive**
**Parker, CO 80134**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.718 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawna Fay**
**16722 Blanton Lane**
**Apt C**
**Huntington Beach, CA 92649**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.718 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawna Kenney**
**2191 Canyon Dr C103**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.719 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawna Rinker**
**336 Catalina Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.719 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**shawna tregre**
**6855 Cedar Lawn Circle**
**PASADENA, TX 77505**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.719 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Shawna Tregre**
**6855 Cedar Lawn Circle**
**Pasadena, TX 77505**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __Electric Bike Company, LLC__    Case number (if known) _____
     Name

---

**3.719 3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |
| **Shawntanet Jara** | ☐ Contingent |
| **4415 TRIESTE DR** | ☐ Unliquidated |
| **CARLSBAD, CA 92010** | ☐ Disputed |
| Date(s) debt was incurred _2021_ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.719 4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |
| **Shawyn Paxton** | ☐ Contingent |
| **918 Forrest Park Way** | ☐ Unliquidated |
| **GREENWOOD, AR 72936** | ☐ Disputed |
| Date(s) debt was incurred _2022_ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.719 5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |
| **Shay seitz** | ☐ Contingent |
| **6811 N. Atlantic Ave** | ☐ Unliquidated |
| **Cape canaveral, FL 32920** | ☐ Disputed |
| Date(s) debt was incurred _2023_ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.719 6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |
| **Shay seitz** | ☐ Contingent |
| **6811 N. Atlantic Ave** | ☐ Unliquidated |
| **cape canaveral, FL 32920** | ☐ Disputed |
| Date(s) debt was incurred _2023_ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.719 7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |
| **SHAY SIETZ** | ☐ Contingent |
| **6811 NORTH ATLANTIC AVE** | ☐ Unliquidated |
| **CAPE CANAVERAL, FL 32920** | ☐ Disputed |
| Date(s) debt was incurred _2023_ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.719 8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |
| **shay sietz** | ☐ Contingent |
| **6811 north atlantic ave** | ☐ Unliquidated |
| **Cape canaveral, FL 32920** | ☐ Disputed |
| Date(s) debt was incurred _2023_ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.719 9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*     **$0.00** |
| **Shayne Seitz** | ☐ Contingent |
| **6811 n. Atlantic ave** | ☐ Unliquidated |
| **Cape canaveral, FL 32920** | ☐ Disputed |
| Date(s) debt was incurred _2023_ | **Basis for the claim:** __Warranty__ |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.7200**

**Nonpriority creditor's name and mailing address**

**Shea Heston**
**22180 grand estates drive**
**Palo Cedro, CA 96073**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7201**

**Nonpriority creditor's name and mailing address**

**Shea Natland**
**5305 Lido Sands Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7202**

**Nonpriority creditor's name and mailing address**

**Sheba Mack**
**74 MAPLE ST**
**UNIT 310**
**JERSEY CITY, NJ 07304**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7203**

**Nonpriority creditor's name and mailing address**

**Sheelagh Higginson**
**375 Swazey Lane**
**Bethlehem, NH 03574**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7204**

**Nonpriority creditor's name and mailing address**

**Sheik AsSami EL Hijjrah ALBasir EL**
**6116 Brynhurst Ave**
**Apt. 11**
**Los Angeles, CA 90043**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7205**

**Nonpriority creditor's name and mailing address**

**Sheila Bonnette**
**17531 Old Jefferson Hwy way**
**Prairieville, LA 70769**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7206**

**Nonpriority creditor's name and mailing address**

**Sheila Bonnette**
**18561 St. Andrews CE**
**Prairieville, LA 70769**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.720 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sheila Emerson**
**278 Berlin St**
**Montpelier, VT 05602-9134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sheila Garvis**
**74350 Fariway Drive**
**Palm Dessert, CA 92260**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.720 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sheila Hanson**
**1262 Mumford Drive**
**Santa Ana, CA 92705**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sheila Hope**
**15 Taffeta Ln**
**Ladera Ranch, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**sheila mason**
**44 tennis villas drive**
**dana point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sheila Masterson**
**1102 Benjamin Franklin Drive**
**Unit 610**
**Sarasota, FL 34236**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.721 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sheila Mitchell**
**9439 La Gloria Dr.**
**Rancho Cucamonga, CA 91701**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.721 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Sheila Mitchell**
**9439 La Gloria**
**Ranch Cucamonga, CA 91701**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.721 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Sheila Rogstad**
**11001 145th St SE**
**Bismarck, ND 58504**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.721 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Sheila Rogstad**
**11001 145th St SE**
**Bismarck, ND 58504**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.721 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Sheila Walsh**
**3 Overlook Drive**
**Oak Ridge, NJ 07438**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.721 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Sheila Witt**
**7805 Neptune Drive**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.721 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Sheila Ybarra**
**733 Somerset Commons ln**
**Houston, TX 77055**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| | | |
|---|---|---|
| 3.722 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* $0.00 |

**Sheila Zamucen**
**920 Alder Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.722
1**

**Nonpriority creditor's name and mailing address**

**Shelby Davis**
**28 Fairdawn**
**Irvine, CA 92614**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722
2**

**Nonpriority creditor's name and mailing address**

**Shelby Gollinger**
**6421 Bellinger Dr.**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722
3**

**Nonpriority creditor's name and mailing address**

**Shelby Smiley**
**428 NW Retreat Lane**
**Bentonville, AR 72712**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722
4**

**Nonpriority creditor's name and mailing address**

**Shelby Wolff**
**1456 Key View**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722
5**

**Nonpriority creditor's name and mailing address**

**Shella Aguilar**
**515 Vancluse bay dr**
**Bakersfield, CA 93307**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722
6**

**Nonpriority creditor's name and mailing address**

**Shella DuMong**
**121 W. De La Guerra St**
**Unit 8**
**Santa Barbara, CA 93101**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.722
7**

**Nonpriority creditor's name and mailing address**

**Shellee Spafford**
**1510 Old Newport Blvd.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.722 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shellee Spafford**
**1510 Old Newport Blvd**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.722 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**shelley galasso**
**477 s laurinda lane**
**orange, CA 92869**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shelley Hibbler**
**10041 Oakhurst Way**
**Fort MYers, FL 33913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**shelley jackson**
**191 Spring Mountain Rd**
**Fairview, NC 28730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shelley Miller**
**3620 Sunflower Circle**
**Seal Beach, CA 90740**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shelley Rabbit**
**2 Cape Andover**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Shelley Rabbitt**
**2 Cape Andover**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**
Last 4 digits of account number __

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                               Case number *(if known)* _____

Name

---

| 3.723 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shelley Rounds**
**119 Elodia Circle**
**Napa, CA 94558**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shelley Rowe**
**313 Mount Piney Ave NE**
**Saint Petersburg, FL 33702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SHELLEY WESTON**
**170 LONG SHADOW DR**
**AIKEN, SC 29803**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shellie Avila**
**3423 Fairgreen Lane**
**Palmdale, CA 93551**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.723 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shelly Arnold**
**531 Auburn Hill Blvd**
**Auburndale, FL 33823**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shelly Dearinger-Crawford**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.724 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Shelly Dohrman**
**20693 Deodar Drive**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.724 2**

**Nonpriority creditor's name and mailing address**

**Shelly Fitxpatrick**
**1155 Lucent court**
**Palm Springs, CA 92262**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.724 3**

**Nonpriority creditor's name and mailing address**

**Shelly Hasch**
**16222 South 35th Drive**
**Phoenix, AZ 85045**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

$0.00

---

**3.724 4**

**Nonpriority creditor's name and mailing address**

**Shelly Hasch**
**16222 S 35th Drive**
**Phoenix, AZ 85045**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.724 5**

**Nonpriority creditor's name and mailing address**

**Shelly Hasch**
**16222 S 35th Dr**
**Phoenix, AZ 85045**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.724 6**

**Nonpriority creditor's name and mailing address**

**Shelly Hunter**
**723 S Broadway**
**A**
**Redondo Beach, CA 90277**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.724 7**

**Nonpriority creditor's name and mailing address**

**Shelly Larson**
**660 Wedge Drive**
**Naples, FL 34103**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.724 8**

**Nonpriority creditor's name and mailing address**

**Shelly Maldonado**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7249**

**Nonpriority creditor's name and mailing address**

**Shelly Moore**
**6029 Faculty Ave.**
**Lakewood, CA 90712**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7250**

**Nonpriority creditor's name and mailing address**

**Shelly Moore**
**601 E. Front Ave**
**Suite 1402**
**Coeur d  Alene, ID 83814**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7251**

**Nonpriority creditor's name and mailing address**

**Shelly Muelken**
**1372 Peaceful Ridge Road**
**Red Wing, MN 55066**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7252**

**Nonpriority creditor's name and mailing address**

**Shelly Muelken**
**1372 Peaceful Ridge Rd**
**Red Wing, MN 55066-1209**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7253**

**Nonpriority creditor's name and mailing address**

**Shelyce Maxwell**
**360 North Harrier Lane**
**Ivins, UT 84738**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7254**

**Nonpriority creditor's name and mailing address**

**Shemiki Petties**
**629 Traction Ave**
**Apt. 230**
**Los Angeles, CA 90013**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7255**

**Nonpriority creditor's name and mailing address**

**Sheree Hanson**
**917 S Genevieve Lane**
**San Jose, CA 95128**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.725 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **sheree johnson** | ☐ Contingent | |
| **14 Gloucester Rd** | ☐ Unliquidated | |
| **Hilton Head, SC 29928** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.725 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Shereen Sheldon** | ☐ Contingent | |
| **555 N. El Camino Real** | ☐ Unliquidated | |
| **#315** | ☐ Disputed | |
| **San Clemente, CA 92672** | | |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.725 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Sheri Bryan** | ☐ Contingent | |
| **2134 Golden Eagle Dr W** | ☐ Unliquidated | |
| **Tallahassee, FL 32312-4036** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.725 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Sheri Contreras** | ☐ Contingent | |
| **151 W. Jay St** | ☐ Unliquidated | |
| **Carson, CA 90745** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.726 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **sheri feeney** | ☐ Contingent | |
| **14021 Falcon Ridge Dr.** | ☐ Unliquidated | |
| **Chino Hills, CA 91709** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.726 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Sheri Klas** | ☐ Contingent | |
| **2390 Arrowleaf Hills Dr** | ☐ Unliquidated | |
| **Bozeman, MT 59715** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.726 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **sheri koetting** | ☐ Contingent | |
| **23-23 33rd Road** | ☐ Unliquidated | |
| **Long Island City, NY 11106** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.726 3**

**Nonpriority creditor's name and mailing address**

**Sheri Koetting**
**2323 33rd Road**
**Long Island City, NY 11106**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.726 4**

**Nonpriority creditor's name and mailing address**

**Sheri Kulczycki**
**4078 W Maple Rd**
**Bloomfield, MI 48301**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.726 5**

**Nonpriority creditor's name and mailing address**

**Sheri Mendez**
**3761 Olive Ave**
**Long Beach, CA 90807**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.726 6**

**Nonpriority creditor's name and mailing address**

**Sheri Mendez**
**3761 Olive Ave.**
**Long Beach, CA 90807**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.726 7**

**Nonpriority creditor's name and mailing address**

**Sheri Shapiro**
**10061 Valley Circle Blvd**
**3**
**Chatsworth, CA 91311**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.726 8**

**Nonpriority creditor's name and mailing address**

**Sheridan Hofer**
**1510 Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.726 9**

**Nonpriority creditor's name and mailing address**

**Sherill Helfrich**
**46 Guth Rd**
**Salmon, ID 83467**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.727 0**

**Nonpriority creditor's name and mailing address**

**SHERILL HELFRICH**
**46 GUTH ROAD**
**SALMON, ID 83467**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.727 1**

**Nonpriority creditor's name and mailing address**

**Sherilyn Lindelien**
**5799 N Collister Dr**
**Boise, ID 83703**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.727 2**

**Nonpriority creditor's name and mailing address**

**Sherman Bamford**
**2423 Winthrop Ave Southwest**
**Roanoke, VA 24015**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.727 3**

**Nonpriority creditor's name and mailing address**

**Sherman Bamford**
**2423 Winthrop Ave SW**
**Roanoke, VA 24015**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.727 4**

**Nonpriority creditor's name and mailing address**

**Sherri Brunner**
**17101 Sandra Lee Lane**
**Apt. A**
**Huntington Beach, CA 92649**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.727 5**

**Nonpriority creditor's name and mailing address**

**Sherri Cervantes**
**720 VIA ZAPATA**
**RIVERSIDE, CA 92507**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.727 6**

**Nonpriority creditor's name and mailing address**

**Sherri Coats**
**634 Microwave Tower rd**
**Roseboro, NC 28382**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.727 7**

**Nonpriority creditor's name and mailing address**

**Sherri Elliott**
**27232 Ryan Drive**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.727 8**

**Nonpriority creditor's name and mailing address**

**Sherri Fottler**
**1330 N Sarita pLace**
**Orange, CA 92869**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.727 9**

**Nonpriority creditor's name and mailing address**

**Sherri Griffin**
**865 Shades Crest Rd**
**Hoover, AL 35226**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.728 0**

**Nonpriority creditor's name and mailing address**

**Sherri Henry**
**1457 La Cerros Lane**
**Florissant, MO 63031**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.728 1**

**Nonpriority creditor's name and mailing address**

**SHERRI JOHNSON**
**14235 SE UPPER ALDERCREST DRIVE**
**PORTLAND, OR 97267**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.728 2**

**Nonpriority creditor's name and mailing address**

**Sherri Kilian**
**1934 Masters Dr**
**Festus, MO 63028**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.728 3**

**Nonpriority creditor's name and mailing address**

**SHERRI MCADAMS**
**214 Spreading Oak Drive**
**Pawleys Island, SC 29585**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.728
4**

**Nonpriority creditor's name and mailing address**

**Sherri Mullins**
**5791 Zarley Street, Suite A**
**Suite A**
**New Albany, OH 43054**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.728
5**

**Nonpriority creditor's name and mailing address**

**Sherri Purdom**
**3051 Woodleigh Court**
**Cameron Park, CA 95682**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.728
6**

**Nonpriority creditor's name and mailing address**

**SHERRI ROYALL-VARGAS**
**5140 S HYDE PARK BLVD**
**21G**
**CHICAGO, IL 60615**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.728
7**

**Nonpriority creditor's name and mailing address**

**Sherri Stanton**
**14770 Tenyard Lane**
**Pine Grove, CA 95665**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.728
8**

**Nonpriority creditor's name and mailing address**

**Sherrian Johnson Ferguson**
**6222 South Kingsmill Court**
**Fontana, CA 92336**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.728
9**

**Nonpriority creditor's name and mailing address**

**Sherriden May**
**1100 South Atlantic St.**
**#401**
**Seattle, WA 98134**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.729
0**

**Nonpriority creditor's name and mailing address**

**Sherridyn Perkins Schardt**
**4381 Alazan Rd**
**Placerville, CA 95667**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.729 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sherry Cable**
**2020 Deborah Ln**
**Oxford, AL 36203-3012**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sherry Hurst**
**703 Nugget dr**
**Fruita, AL 81521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sherry Hurst**
**703 Nugget Dr**
**Fruita, CO 81521**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sherry Jansen**
**7730 Sanctuary Drive**
**Corona, CA 92883**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sherry Leikin**
**365 South Drive**
**Severna Park, MD 21146**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sherry Neal**
**10 Surfspray Bluff**
**Newport Coast, CA 92657**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.729 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sherry Patterson**
**P.O. Box 11242**
**San Bernardino, CA 92423**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                      Case number *(if known)* _____
_____
Name

| 3.7298 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.729 8**

**Nonpriority creditor's name and mailing address**
**Sherry Rose**
**132 Paradise Marsh Circle**
**Brunswick, GA 31525**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.729 9**

**Nonpriority creditor's name and mailing address**
**Sheryl Decker**
**5482 Wood Duck Loop**
**Blaine, WA 98230-5733**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.730 0**

**Nonpriority creditor's name and mailing address**
**SHERYL Doornbos**
**2771 Stanbridge Ave**
**Long Beach, CA 90815**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.730 1**

**Nonpriority creditor's name and mailing address**
**Sheryl Elliott**
**4402 Winderwood Circle**
**Orlando, FL 32835**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.730 2**

**Nonpriority creditor's name and mailing address**
**Sheryl Fappiano**
**141 Kennedy Rd**
**Leeds, MA 01053**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.730 3**

**Nonpriority creditor's name and mailing address**
**Sheryl Fappiano**
**141 Kennedy Rd**
**Leeds, MA 01053**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.730 4**

**Nonpriority creditor's name and mailing address**
**Sheryl Fritz**
**3616 Jerry Red Road**
**Plant City, FL 33565**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____

_____Name_____

---

**3.730 5**

**Nonpriority creditor's name and mailing address**

**Sheryl Hulse**
**12627 Rocky Slope Lane**
**Knoxville, TN 37922**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.730 6**

**Nonpriority creditor's name and mailing address**

**Sheryl Pena**
**690 Elena St.**
**Morro Bay, CA 93442**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.730 7**

**Nonpriority creditor's name and mailing address**

**Shiloh Orr**
**16761 Blanton Lane**
**Apt D**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.730 8**

**Nonpriority creditor's name and mailing address**

**Shirin Aminzadeh**
**27872 Rural Ln**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.730 9**

**Nonpriority creditor's name and mailing address**

**Shirin Aminzadeh**
**27872 Rural Ln**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.731 0**

**Nonpriority creditor's name and mailing address**

**Shirin Aminzadeh**
**27872 Rural Lane**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.731 1**

**Nonpriority creditor's name and mailing address**

**Shirley Boyd**
**316 Country Club Road**
**LaGrange, GA 30240**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | | Case number (if known) | |
| | Name | | | |

---

**3.731 2**

**Nonpriority creditor's name and mailing address**

**Shirley Boyd**
**316 Country Club Road**
**LaGrange, GA 30240**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.731 3**

**Nonpriority creditor's name and mailing address**

**SHIRLEY COSTA**
**1269 Spring Creek Dr.**
**Ripon, CA 95366**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.731 4**

**Nonpriority creditor's name and mailing address**

**Shirley Costa**
**1269 Spring Creek Drive**
**Ripon, CA 95366**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.731 5**

**Nonpriority creditor's name and mailing address**

**Shirley Danku**
**10571 White St**
**Unit 7**
**Garrettsville, OH 44231**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.731 6**

**Nonpriority creditor's name and mailing address**

**Shirley Danku**
**10571 White St**
**Unit 7**
**Garrettsville, OH 44231**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.731 7**

**Nonpriority creditor's name and mailing address**

**Shirley Jennings**
**715 Featherbrook Court**
**Allen, TX 75002**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.731 8**

**Nonpriority creditor's name and mailing address**

**Shirley Pauley**
**4409 50th Ave W**
**Bradenton, FL 34210**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.7319**

Nonpriority creditor's name and mailing address

**Shirley Scruggs**
**1448 South Devonshire Drive**
**Salt Lake City, UT 84108**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7320**

Nonpriority creditor's name and mailing address

**Shirley Singleton**
**7815 South Hobart Blvd**
**Los Angeles, CA 90047**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7321**

Nonpriority creditor's name and mailing address

**Sho Garcia**
**1505 east ocean blvd**
**Newport Beach, CA 92661**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7322**

Nonpriority creditor's name and mailing address

**Shon Dwyer**
**1707 Primrose Ave**
**Nashville, TN 37212**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7323**

Nonpriority creditor's name and mailing address

**Shon Morgan**
**246 30th Court**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7324**

Nonpriority creditor's name and mailing address

**Shonna Andersen**
**12433 Dido Vista Ct**
**Fort Worth, TX 76179**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7325**

Nonpriority creditor's name and mailing address

**Shonna Andersen**
**12433 Didovista Ct**
**Fort Worth, TX 76179**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                 Case number (if known) _____
_____
Name

---

**3.732
6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.        **$0.00** |
| **Shonna Thompson** | ☐ Contingent |
| **9030 evergreen ave** | ☐ Unliquidated |
| **Hesperia, CA 92345** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.732
7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.        **$0.00** |
| **Shoubo Wang** | ☐ Contingent |
| **2014 Mary Helen Ln** | ☐ Unliquidated |
| **San Jose, CA 95136** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.732
8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.        **$0.00** |
| **Shuai Thomas** | ☐ Contingent |
| **801 Zion Park Blvd** | ☐ Unliquidated |
| **Springdale, UT 84767** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.732
9**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.        **$0.00** |
| **Sian Turner Crespo** | ☐ Contingent |
| **10759 East River Street** | ☐ Unliquidated |
| **Truckee, CA 96161** | ☐ Disputed |
| Date(s) debt was incurred **2024** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.733
0**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.        **$0.00** |
| **Sibelia Chaiyahat** | ☐ Contingent |
| **2944 Cottingham St** | ☐ Unliquidated |
| **Oceanside, CA 92054** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.733
1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.        **$0.00** |
| **Sid Zavala** | ☐ Contingent |
| **2190 College Ave** | ☐ Unliquidated |
| **Apt C10** | ☐ Disputed |
| **Costa Mesa, CA 92627** | |
| Date(s) debt was incurred **2025** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number **7** | Is the claim subject to offset? ■ No  ☐ Yes |

---

**3.733
2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply.        **$0.00** |
| **Sidney Chambers** | ☐ Contingent |
| **752 Amigos Way** | ☐ Unliquidated |
| **Apt 1** | ☐ Disputed |
| **Newport Beach, CA 92660** | |
| Date(s) debt was incurred **2024** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No  ☐ Yes |

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
                Name

---

**3.733
3**

**Nonpriority creditor's name and mailing address**

**Sidney Hollander**
**5528 W Arrowhead Lakes Drive**
**Glendale, AZ 85308**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.733
4**

**Nonpriority creditor's name and mailing address**

**Sidney Ough**
**1155 High Meadow Trail**
**Cleveland, GA 30528**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.733
5**

**Nonpriority creditor's name and mailing address**

**Sidney Ough**
**1155 High Meadow trl**
**Cleveland, GA 30528**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.733
6**

**Nonpriority creditor's name and mailing address**

**Sidney Zavala**
**2190 College Ave**
**Apt C10**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.733
7**

**Nonpriority creditor's name and mailing address**

**sidney Zavala**
**2190 college ave**
**c10**
**costa mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.733
8**

**Nonpriority creditor's name and mailing address**

**Sierra Phillips**
**28114 Carousel Ave**
**Taft, CA 93268**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.733
9**

**Nonpriority creditor's name and mailing address**

**Sif Lowy**
**1159 SE Shadowood dr**
**Bend, OR 97702-2384**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

| | |
|---|---|

**3.7340**

**Nonpriority creditor's name and mailing address**

**Silvana Jones**
**2109 Miramar dr**
**1**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7341**

**Nonpriority creditor's name and mailing address**

**Silvana Sakla**
**409 Bayside Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7342**

**Nonpriority creditor's name and mailing address**

**Silveira, Alexandra**
**2322 Mountain Springs Dr**
**Turlock, CA 95382**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7343**

**Nonpriority creditor's name and mailing address**

**Silvia Fleischli**
**301 Prospect St**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7344**

**Nonpriority creditor's name and mailing address**

**Silvia Lourenco**
**8126 Mystic Desert Ave**
**Las Vegas, NV 89131**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7345**

**Nonpriority creditor's name and mailing address**

**Simon Delos Santos**
**4015 Sacramento St**
**Concord, CA 94521-1040**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7346**

**Nonpriority creditor's name and mailing address**

**Simon Pozi**
**11806 Gorham Ave. 2**
**Los Angeles, CA 90049**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims                    Page 1050 of 1405

Debtor  **Electric Bike Company, LLC**                          Case number (if known) _____
_____
Name

| 3.734 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Simon Pozirekides**
**11806 GORHAM AVE**
**Apt. 2**
**Los Angeles, CA 90049**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Siobhan Marussich**
**93 SPRINGBROOK TRL**
**SPARTA, NJ 07871-2129**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.734 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Skip Brown**
**101 west Plant Street**
**Winter Garden, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Skip Hansen**
**2108 E Royal Dornoch Ave.**
**Fresno, CA 93730**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**sky conway**
**1327 Costa Del Sol**
**Pismo Beach, CA 93449**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sky Putman**
**8843 Honeysuckle Trail**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.735 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Skylar Putman**
**8843 Honeysuckle Trail**
**Austin, TX 78759**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
  Name

---

| 3.735 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sloane Stricker**
**29320 Industrial Way, Unit C-302**
**Unit C-302**
**Evergreen, CO 80439**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.735 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sly Renard**
**1805 Mecklenburg Ave.**
**Charlotte, NC 28205**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.735 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sofia Dickens**
**5 Vintage Dr.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.735 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sofia Dickens**
**5 Vintage Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.735 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Sofia Spasov**
**4746 oceanridge drive**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.735 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Soheil Zohary**
**1311 lurline ln**
**Tustin, CA 92780**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.736 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Soichiro Ikeda**
**10072 sprit Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 1052 of 1405

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.736**
**1**

| | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |

**Solange Helton**
**21052 Hagertown Cir**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.736**
**2**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Somer Puzzo**
**136 Seascape Ave**
**Middletown, RI 02842**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.736**
**3**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Somi Oh**
**268 Mizner Ct**
**Livermore, CA 94550**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.736**
**4**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Sommer Mccafferty**
**501 Kansas Ave**
**Stevenson, AL 35772**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.736**
**5**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Sommer Randall**
**3132 S Aurora Ln.**
**Washington, UT 84780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.736**
**6**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Sommer Randall**
**3132 S Aurora Lane**
**Washington, UT 84780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

**3.736**
**7**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Somnath Banerjee**
**2609 Woodside Cir**
**Mckinney, TX 75072**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.7368**

**Nonpriority creditor's name and mailing address**
**Sona Renker**
**9582 Scotstoun drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7369**

**Nonpriority creditor's name and mailing address**
**Sona Renker**
**9582 Scotstoun Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7370**

**Nonpriority creditor's name and mailing address**
**Sonia Davis**
**18639 Fay Ridge Ct**
**Grass Valley, CA 95949**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7371**

**Nonpriority creditor's name and mailing address**
**Sonia Monterroza**
**1395 Sierra Seneca Dr**
**San Jacinto, CA 92583**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7372**

**Nonpriority creditor's name and mailing address**
**sonia ponce**
**35 linden ave**
**209**
**long beach, CA 90802**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7373**

**Nonpriority creditor's name and mailing address**
**Sonja Cress**
**33355 Meadowbrook Dr**
**Scappoose, OR 97056**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7374**

**Nonpriority creditor's name and mailing address**
**Sonja McCarty**
**20321 Orchid Street**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.737 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sonya Downs**
**208 Via Salamanca**
**San Clemente, CA 92672**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.737 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sonya Downs**
**208 Via Salamanca**
**San Clemente, CA 92672**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.737 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sonya Thieme**
**2109 Wood Avenue**
**Colorado Springa, CO 80907**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.737 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sophally Sar**
**349 1/2 Magnolia St.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.737 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sophia Farsai**
**52 Belcourt Dr.**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.738 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sophia P Villa**
**1410 Mariposa Dr**
**Santa Paula, CA 93060**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| 3.738 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Sophia Pollack**
**616 Acacia Ave**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.738
2**

**Nonpriority creditor's name and mailing address**

**Sophie Bendush**
**3 monarch cove**
**Dana point, CA 92629**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.738
3**

**Nonpriority creditor's name and mailing address**

**Sophie Libessart**
**16827 sw 290 th ln**
**Homestead, FL 33030**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.738
4**

**Nonpriority creditor's name and mailing address**

**Sotear Kuy**
**1005 FM 1340**
**Deer Creek Cabin**
**Hunt, TX 78024**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.738
5**

**Nonpriority creditor's name and mailing address**

**Sou Marchand**
**2220 David Place**
**Carlsbad, CA 92008**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.738
6**

**Nonpriority creditor's name and mailing address**

**Speedy Pete's**
**4811 Van Dorn St**
**Lincoln, NE 68506**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.738
7**

**Nonpriority creditor's name and mailing address**

**Speedy. Pete's Furse**
**4811 Van Dorn Street**
**Lincoln, NE 68506**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.738
8**

**Nonpriority creditor's name and mailing address**

**Spencer Ahrens**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
　　　　　Name

---

**3.7389**

**Nonpriority creditor's name and mailing address**
**Spencer Gerrard**
**2792 West 960 North**
**Clinton, UT 84015**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7390**

**Nonpriority creditor's name and mailing address**
**Spencer Gerrard**
**2792 west 960 north**
**Clinton, UT 84015**

Date(s) debt was incurred __2022__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7391**

**Nonpriority creditor's name and mailing address**
**Spencer Heist**
**37150 S Highland Ridge Drive**
**Tucson, AZ 85739**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7392**

**Nonpriority creditor's name and mailing address**
**Spencer Hickerson**
**201 Summertree Dr.**
**Livermore, CA 94551**

Date(s) debt was incurred __2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7393**

**Nonpriority creditor's name and mailing address**
**spencer lujan**
**307 East 18th Street**
**Apt.C**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7394**

**Nonpriority creditor's name and mailing address**
**Spencer Moran**
**16821 Sea Witch Ln**
**Huntington Beach, CA 92649**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7395**

**Nonpriority creditor's name and mailing address**
**Spencer Smith**
**3717 Park Knoll Dr**
**Unit A**
**Port Angeles, WA 98362**

Date(s) debt was incurred __2022__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.7396**

**Nonpriority creditor's name and mailing address**

**Spencer Wilcock**
**22113 pensive ct**
**Parker, CO 80138**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7397**

**Nonpriority creditor's name and mailing address**

**Spencer Young**
**4811 N Ashland Avenue**
**Apt. 1W**
**Chicago, IL 60640**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7398**

**Nonpriority creditor's name and mailing address**

**Spreti Valente**
**219 Sierks Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7399**

**Nonpriority creditor's name and mailing address**

**Spyro Malaspinas**
**6730 E San Miguel Ave**
**Paradise Valley, AZ 85253**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7400**

**Nonpriority creditor's name and mailing address**

**Srinivas Krishna**
**3528 Sydney Dr**
**San Jose, CA 95132**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7401**

**Nonpriority creditor's name and mailing address**

**Stacey Aceves**
**10821 gala ave**
**rancho cucamonga, CA 91701**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.7402**

**Nonpriority creditor's name and mailing address**

**Stacey Case**
**1814 ASHLAND AVE**
**Saint Joseph, MO 64506**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                           Case number (if known) _____
_____
Name

---

| 3.740 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Stacey Hjerpe**
**133 Arrow Rd**
**#253**
**Hilton Head Island, SC 29928**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Stacey Hoekstra**
**333 Winnebago Ave.**
**Menasha, WI 54952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Stacey Hoekstra**
**333 Winnebago Avenue**
**Menasha, WI 54952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Stacey Hoekstra**
**333 Winnebago Ave.**
**Menasha, WI 54952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Stacey Hoekstra**
**333 Winnebago Avenue**
**Menasha, WI 54952**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Stacey Kempton**
**1004 S. Hale Avenue**
**Escondido, CA 92029**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.740 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Stacey Marks**
**14317 Oakwood Pl NE**
**Albuquerque, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
          _____
          Name

| 3.741 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stacey Marks**
**14317 Oakwood Pl NE**
**Albuquerque, NM 87123**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stacey Monarrez**
**11021 Estacia Ln.**
**Yucaipa, CA 92399**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stacey Paulsen**
**3161 Gibralter Ave**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stacey Ramirez**
**763 Amsterdam Ave NE**
**Atlanta, GA 30306**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stacey Ramirez**
**763 Amsterdam Ave NE**
**Atlanta, GA 30306-4191**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stacey Salusti**
**87 Pheasant Landing Rd**
**Needham, MA 02492**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.741 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Stacey Stecker**
**9720 W Peoria Ave**
**STE 110**
**Peoria, AZ 85345**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.741 7 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
**Stacey Stoutt**
**33515 Moonsail Dr**                          ☐ Contingent
**Dana Point, CA 92629**                          ☐ Unliquidated
                                             ☐ Disputed
Date(s) debt was incurred  **2025**
                                             Basis for the claim:   **Warranty**
Last 4 digits of account number __
                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.741 8 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
**Stacey VanPay**
**312 E. Oak**                          ☐ Contingent
**Weatherford, TX 76086**                          ☐ Unliquidated
                                             ☐ Disputed
Date(s) debt was incurred  **2022**
                                             Basis for the claim:   **Warranty**
Last 4 digits of account number __
                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.741 9 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
**Staci Barrett**
**445 Tustin Ave**                          ☐ Contingent
**Newport Beach, CA 92663**                          ☐ Unliquidated
                                             ☐ Disputed
Date(s) debt was incurred  **2023**
                                             Basis for the claim:   **Warranty**
Last 4 digits of account number __
                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.742 0 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
**staci barrett**
**445 tustin ave**                          ☐ Contingent
**newport beach, CA 92663**                          ☐ Unliquidated
                                             ☐ Disputed
Date(s) debt was incurred  **2022**
                                             Basis for the claim:   **Warranty**
Last 4 digits of account number __
                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.742 1 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
**Staci Broadwater**
**1407 Indiana St**                          ☐ Contingent
**San Francisco, CA 94107**                          ☐ Unliquidated
                                             ☐ Disputed
Date(s) debt was incurred  **2023**
                                             Basis for the claim:   **Warranty**
Last 4 digits of account number __
                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.742 2 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
**Staci Kirk**
**2270 Granada Ave**                          ☐ Contingent
**Long Beach, CA 90815**                          ☐ Unliquidated
                                             ☐ Disputed
Date(s) debt was incurred  **2024**
                                             Basis for the claim:   **Warranty**
Last 4 digits of account number __
                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| | |
|---|---|
| 3.742 3 | |

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**
**Staci Kirk**
**2270 Granada Ave**                          ☐ Contingent
**Long Beach, CA 90815**                          ☐ Unliquidated
                                             ☐ Disputed
Date(s) debt was incurred  **2022**
                                             Basis for the claim:   **Warranty**
Last 4 digits of account number __
                                             Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.742
4**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Staci Rubie**                                                   ☐ Contingent
**24032 Paseo del Campo**                                         ☐ Unliquidated
**Laguna Niguel, CA 92677**                                       ☐ Disputed

Date(s) debt was incurred  **2024**                               Basis for the claim:  **Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.742
5**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Stacie Brickey**                                                ☐ Contingent
**1729 Nevada St.**                                               ☐ Unliquidated
**Salt Lake City, UT 84108**                                      ☐ Disputed

Date(s) debt was incurred  **2024**                               Basis for the claim:  **Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.742
6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Stacy Birkhold**                                                ☐ Contingent
**404 W. Wabash St**                                              ☐ Unliquidated
**Montpelier, OH 43543**                                          ☐ Disputed

Date(s) debt was incurred  **2024**                               Basis for the claim:  **Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.742
7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Stacy Blatz**                                                   ☐ Contingent
**2922 E. Breckenridge Dr.**                                      ☐ Unliquidated
**Byron, IL 61010**                                               ☐ Disputed

Date(s) debt was incurred  **2024**                               Basis for the claim:  **Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.742
8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Stacy Cardoso**                                                 ☐ Contingent
**2908 E Whitmore Ave**                                           ☐ Unliquidated
**Ste H PMB 316**                                                 ☐ Disputed
**Ceres, CA 95307**
                                                                  Basis for the claim:  **Warranty**
Date(s) debt was incurred  **2022**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.742
9**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Stacy Cardoso**                                                 ☐ Contingent
**367 W Keyes Rd**                                                ☐ Unliquidated
**Modesto, CA 95358**                                             ☐ Disputed

Date(s) debt was incurred  **2022**                               Basis for the claim:  **Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.743
0**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Stacy Dempsey**                                                 ☐ Contingent
**70197 Sorrel Dr**                                               ☐ Unliquidated
**Sisters, OR 97759**                                             ☐ Disputed

Date(s) debt was incurred  **2025**                               Basis for the claim:  **Warranty**

Last 4 digits of account number _                                 Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.743**
**1**

Nonpriority creditor's name and mailing address

**Stacy Finfrock**
**2272 Avalon St**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.743**
**2**

Nonpriority creditor's name and mailing address

**Stacy Hollywood**
**320 Smith Ave**
**Palmerton, PA 18071**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.743**
**3**

Nonpriority creditor's name and mailing address

**stacy Knipp**
**21112 W 90th St**
**Lenexa, KS 66220**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.743**
**4**

Nonpriority creditor's name and mailing address

**Stacy Kripas**
**16444 Jm Pearce Rd**
**Monkton, MD 21111**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.743**
**5**

Nonpriority creditor's name and mailing address

**Stacy Macfarlane**
**42380 Wyandotte st**
**Temecula, CA 92592**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.743**
**6**

Nonpriority creditor's name and mailing address

**Stacy Mallicoat**
**12 Sycamore Ln**
**Buena Park, CA 90621**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.743**
**7**

Nonpriority creditor's name and mailing address

**Stacy McDonald**
**2499 Meadowcrest Drive**
**Newburgh, IN 47630**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
         Name

---

**3.7438**

**Nonpriority creditor's name and mailing address**

**Stacy Perraud**
**1006 Somerset Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7439**

**Nonpriority creditor's name and mailing address**

**Stacy Perry**
**2705 Masters Ct.**
**Westlake, LA 70669**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7440**

**Nonpriority creditor's name and mailing address**

**Stacy Pinney**
**57676 Towhee Lane**
**Sunriver, OR 97707**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7441**

**Nonpriority creditor's name and mailing address**

**Stacy Sells**
**1103 HAGEMANN AVE**
**BURLINGTON, IA 52601**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7442**

**Nonpriority creditor's name and mailing address**

**Stacy Simon**
**254 31st St.**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7443**

**Nonpriority creditor's name and mailing address**

**Stacy Thomas-McBride**
**5517 Stardust Way**
**Bonsall, CA 92003**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7444**

**Nonpriority creditor's name and mailing address**

**Stacy Turner**
**1025 Swiss Alpine Road**
**MIDWAY, UT 84049**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| --- | --- | --- | --- |
| | Name | | |

---

**3.7445**

**Nonpriority creditor's name and mailing address**

**Stacy Vanderhulst**
**28293 Little Lake Ct**
**Romoland, CA 92585**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7446**

**Nonpriority creditor's name and mailing address**

**Stacy Winsberg**
**19361 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7447**

**Nonpriority creditor's name and mailing address**

**Stacy Winsberg**
**19361 Brookhurst St**
**#134**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7448**

**Nonpriority creditor's name and mailing address**

**Stan Angermeir**
**528 Via Lido Nord**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7449**

**Nonpriority creditor's name and mailing address**

**Stan Brown**
**6148 Henrilee St**
**Lakewood, CA 90713**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7450**

**Nonpriority creditor's name and mailing address**

**Stan Hudson**
**224 Dewberry Dr**
**Lake Jackson, TX 77566**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7451**

**Nonpriority creditor's name and mailing address**

**Stan Pasqual**
**306 Ramona Pl**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.745
2**

**Nonpriority creditor's name and mailing address**
**Stan Welch**
**364 S Snow Prairie Rd**
**Coldwater, MI 49036**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745
3**

**Nonpriority creditor's name and mailing address**
**Stan Welch**
**364 S Snow Prairie Rd**
**Coldwater, MI 49036**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745
4**

**Nonpriority creditor's name and mailing address**
**Stanley Hudson**
**931 Coombs st**
**Napa, CA 94558**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745
5**

**Nonpriority creditor's name and mailing address**
**Staten Spruill**
**805 Vantage Ct.**
**Newport News, VA 23602**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745
6**

**Nonpriority creditor's name and mailing address**
**Stayce DeWid**
**5511 Rogers Drive**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745
7**

**Nonpriority creditor's name and mailing address**
**Stefan Scheumann**
**259 East Wilson Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.745
8**

**Nonpriority creditor's name and mailing address**
**stefan stehnij**
**37 Ontario Ave**
**Staten Island, NY 10301**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.745 9**

**Nonpriority creditor's name and mailing address**

**Stefanie Armour**
**9648 Piperhill Dr se**
**Olympia, WA 98513**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.746 0**

**Nonpriority creditor's name and mailing address**

**Stefanie Armour**
**9648 Piperhill Dr SE**
**Olympia, WA 98513**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.746 1**

**Nonpriority creditor's name and mailing address**

**Stefanie Armour**
**9648 Piperhill Dr Se**
**Olympia, WA 98513**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.746 2**

**Nonpriority creditor's name and mailing address**

**Stefanie Arneson**
**7717 22nd Ave NW**
**Seattle, WA 98117**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.746 3**

**Nonpriority creditor's name and mailing address**

**Stefano Hawilla**
**7813 Fisher Island Dr.**
**Miami Beach, FL 33109**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.746 4**

**Nonpriority creditor's name and mailing address**

**Steffanie Stelnick**
**28001 Smyth Dr**
**Valencia, CA 91355**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.746 5**

**Nonpriority creditor's name and mailing address**

**Steffin rangel**
**1672 Pomona ave**
**Costa mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:    **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.746
6**

Nonpriority creditor's name and mailing address

**Steffin Vernon
1672 Pomona Ave
Costa Mesa, CA 92672**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.746
7**

Nonpriority creditor's name and mailing address

**Stefini Young
11239 South Freestone Road
South Jordan, UT 84009**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.746
8**

Nonpriority creditor's name and mailing address

**Stella Chandler
7893 Fieldcreek Ct
Las Vegas, NV 89113**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.746
9**

Nonpriority creditor's name and mailing address

**Stepanie Bayse
1424 Marina Cove Dr
Polk City, IA 50226**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.747
0**

Nonpriority creditor's name and mailing address

**Steph Snead
519 35th St
Unit B
Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.747
1**

Nonpriority creditor's name and mailing address

**Stephan Aarstol
1010 Santa Clara Place
San Diego, CA 92109**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.747
2**

Nonpriority creditor's name and mailing address

**Stephan Keto
5631 East Main St
Kalamazoo, MI 49048**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
        _____            Case number (if known) _____
              Name

---

**3.747 3**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Stephani Clymer**
**2904 Broad Street**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.747 4**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Stephani Weber**
**81 Asqah Drive**
**North Kingstown, RI 02852**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.747 5**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Stephanie Ashworth**
**303 Glenwood Ave.**
**Woodside, CA 94062**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.747 6**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Stephanie Balazs**
**297 Bedell Brook Road**
**Elmore, VT 05661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.747 7**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Stephanie Balli**
**1750 Clover Tree Ct**
**Chula Vista, CA 91913**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.747 8**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Stephanie Bates**
**389 S Short Lane**
**Eagle, AL 83616**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.747 9**

| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**Stephanie Bayse**
**1424 Marina Cove Dr**
**Polk City, IA 50226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____

_____Name_____

---

**3.748 0**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Stephanie Bernard**                                              ☐ Contingent
**512 Elder Way**                                                  ☐ Unliquidated
**Round Rock, TX 78664**                                           ☐ Disputed

Date(s) debt was incurred  **2025**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.748 1**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Stephanie Berrington**                                           ☐ Contingent
**1210 Chester Way NW**                                            ☐ Unliquidated
**Canal Winchester, OH 43110**                                     ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.748 2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Stephanie Brown Ford**                                           ☐ Contingent
**24472 San Juan Road**                                            ☐ Unliquidated
**Carmel, CA 92923**                                               ☐ Disputed

Date(s) debt was incurred  **2021**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.748 3**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Stephanie Brown-Ford**                                           ☐ Contingent
**24472 San Juan Rd.**                                             ☐ Unliquidated
**Carmel, CA 93923**                                               ☐ Disputed

Date(s) debt was incurred  **2025**                                **Basis for the claim:  Warranty**

Last 4 digits of account number  **7**                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.748 4**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Stephanie Brown-Ford**                                           ☐ Contingent
**24472 San Juan Road**                                            ☐ Unliquidated
**Carmel, CA 93923**                                               ☐ Disputed

Date(s) debt was incurred  **2021**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.748 5**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Stephanie Chapman**                                              ☐ Contingent
**14 Sandy Cove**                                                  ☐ Unliquidated
**Laguna Niguel, CA 92677**                                        ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.748 6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.            **$0.00**

**Stephanie Cisneros**                                             ☐ Contingent
**1750 CLOVER TREE CT**                                            ☐ Unliquidated
**CHULA VISTA, CA 91913**                                          ☐ Disputed

Date(s) debt was incurred  **2021**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.748 7**

**Nonpriority creditor's name and mailing address**

**Stephanie Cisneros**
**1750 Clover Tree Court**
**Chula Vista, CA 91913**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.748 8**

**Nonpriority creditor's name and mailing address**

**Stephanie Clarke**
**1950 Pizarro Lane**
**Escondido, CA 92026**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.748 9**

**Nonpriority creditor's name and mailing address**

**Stephanie Clendenin**
**76 WYMAN ST**
**APT 3**
**Jamaica Plain, MA 02130**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.749 0**

**Nonpriority creditor's name and mailing address**

**Stephanie Crisafulli**
**411 NW Chipshot LN**
**Port St Lucie, FL 34986**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.749 1**

**Nonpriority creditor's name and mailing address**

**Stephanie Denton**
**21258 Snowshoe ln**
**Parker, CO 80138**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.749 2**

**Nonpriority creditor's name and mailing address**

**Stephanie Dorame**
**7120 E Windstone Trl**
**Scottsdale, AZ 85266-3150**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.749 3**

**Nonpriority creditor's name and mailing address**

**Stephanie Dorame**
**7120 E. Windstone Trail**
**Scottsdale, AZ 85266**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                            Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.749 4 | **Nonpriority creditor's name and mailing address**<br>**Stephanie Dorame**<br>**7120 E Windstone Trail**<br>**Scottsdale, AZ 85266**<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.749 5 | **Nonpriority creditor's name and mailing address**<br>**Stephanie Finck**<br>**1284 W Red Bluff Cir**<br>**Washington, UT 84780**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ☐ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.749 6 | **Nonpriority creditor's name and mailing address**<br>**Stephanie Garcia**<br>**126 Tangerine**<br>**Irvine, CA 92618**<br><br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.749 7 | **Nonpriority creditor's name and mailing address**<br>**Stephanie Gray**<br>**251 Sawbuck**<br>**Irvine, CA 92618**<br><br>Date(s) debt was incurred **2023**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.749 8 | **Nonpriority creditor's name and mailing address**<br>**Stephanie Green**<br>**305 Prospect St**<br>**Newport Beach, CA 92663**<br><br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.749 9 | **Nonpriority creditor's name and mailing address**<br>**Stephanie Grohs**<br>**33 Old Mast Rd**<br>**Portland, ME 04102**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.750 0 | **Nonpriority creditor's name and mailing address**<br>**STEPHANIE HAWKES**<br>**2598 N Holbrook Way**<br>**LEHI, UT 84043-6104**<br><br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor __**Electric Bike Company, LLC**_____     Case number (if known) _____
        Name

| | |
|---|---|

**3.750 1**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          $0.00

**Stephanie Holcombe**
**3213 Jonesboro Drive**
**Nashville, TN 37214**                              ☐ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred __2021__                   **Basis for the claim:  __Warranty__**

Last 4 digits of account number __
                                                     Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.750 2**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          $0.00

**Stephanie Ipock**
**3065 Bray Road**
**Virginia Beach, VA 23452**                         ☐ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred __2023__                   **Basis for the claim:  __Warranty__**

Last 4 digits of account number __
                                                     Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.750 3**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          $0.00

**Stephanie Janas**
**17033 Clearlake Ave**
**Lakewood Ranch, FL 34202**                         ☐ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred __2024__                   **Basis for the claim:  __Warranty__**

Last 4 digits of account number __
                                                     Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.750 4**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          $0.00

**Stephanie Janis**
**17033 Clearlake Ave**
**Lakewood Ranch, FL 34202**                         ☐ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred __2023__                   **Basis for the claim:  __Warranty__**

Last 4 digits of account number __
                                                     Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.750 5**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          $0.00

**Stephanie Janis**
**17033 Clearlake Ave**
**Lakewood Ranch, MA 34202**                         ☐ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred __2023__                   **Basis for the claim:  __Warranty__**

Last 4 digits of account number __
                                                     Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.750 6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          $0.00

**Stephanie Kenyon**
**40164 Bond Street**
**Waterford, VA 20197-0117**                         ☐ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred __2024__                   **Basis for the claim:  __Warranty__**

Last 4 digits of account number __
                                                     Is the claim subject to offset?  ☑ No  ☐ Yes

---

**3.750 7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          $0.00

**Stephanie Kenyon**
**40164 Bond Street**
**Waterford, VA 20197**                              ☐ Contingent
                                                     ☐ Unliquidated
                                                     ☐ Disputed

Date(s) debt was incurred __2024__                   **Basis for the claim:  __Warranty__**

Last 4 digits of account number __
                                                     Is the claim subject to offset?  ☑ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.7508**

**Nonpriority creditor's name and mailing address**

**stephanie leonard**
**2606 nicholson dr**
**Baton Rouge, LA 70802**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7509**

**Nonpriority creditor's name and mailing address**

**Stephanie Lewis**
**5535 Rich Hill Way**
**Yorba Linda, CA 92886**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7510**

**Nonpriority creditor's name and mailing address**

**Stephanie McLees**
**244 E Chestnut St**
**Chicago, IL 60611**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7511**

**Nonpriority creditor's name and mailing address**

**Stephanie Moreno**
**3097 Seyfarth Way**
**San Jose, CA 95118**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7512**

**Nonpriority creditor's name and mailing address**

**Stephanie NELSON**
**1928 Central Ave.**
**#129**
**McKinleyville, CA 95519**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7513**

**Nonpriority creditor's name and mailing address**

**Stephanie Parker**
**7064 Owens Street**
**Arvada, AL 80004**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7514**

**Nonpriority creditor's name and mailing address**

**Stephanie Pond**
**617 Gaylor St, Unit b**
**Unit b**
**Austin, TX 78752-3511**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

**3.7515**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stephanie Pond**                                                  ☐ Contingent
**617 Gaylor Street**                                               ☐ Unliquidated
**Unit b**                                                          ☐ Disputed
**Austin, TX 78752**

Date(s) debt was incurred  **2024**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7516**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stephanie Rowen**                                                 ☐ Contingent
**5704 Sage Bloom Drive**                                           ☐ Unliquidated
**Arlington, TX 76017**                                             ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7517**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stephanie Sanchez**                                               ☐ Contingent
**11911 Fuerte Dr.**                                                ☐ Unliquidated
**El Cajon, CA 92020-8315**                                         ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7518**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stephanie Scott**                                                 ☐ Contingent
**18996 Westvale Lane**                                             ☐ Unliquidated
**Yorba Linda, CA 92886**                                           ☐ Disputed

Date(s) debt was incurred  **2021**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7519**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stephanie Short**                                                 ☐ Contingent
**323 E. 18th St.**                                                 ☐ Unliquidated
**Apt. A**                                                          ☐ Disputed
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7520**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stephanie Shuford**                                               ☐ Contingent
**1580 Mill River Road**                                            ☐ Unliquidated
**Georgia, VT '05478**                                              ☐ Disputed

Date(s) debt was incurred  **2025**                                **Basis for the claim:  Warranty**

Last 4 digits of account number  **7**                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.7521**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stephanie Shuford**                                               ☐ Contingent
**1580 Mill River Rd**                                              ☐ Unliquidated
**Georgia, VT 05478**                                              ☐ Disputed

Date(s) debt was incurred  **2025**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.752 2**

**Nonpriority creditor's name and mailing address**                                                   **$0.00**

**Stephanie Smith**
**5441 Richlanne Dr**
**Hilliard, OH 43026**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.752 3**

**Nonpriority creditor's name and mailing address**                                                   **$0.00**

**Stephanie Takamori**
**2518 Elden Ave**
**C1**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.752 4**

**Nonpriority creditor's name and mailing address**                                                   **$0.00**

**Stephanie Worthington**
**449 Vista Dr**
**Claremont, CA 91711**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.752 5**

**Nonpriority creditor's name and mailing address**                                                   **$0.00**

**Stephanie Zachan**
**535 Santa Ana Avenue**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.752 6**

**Nonpriority creditor's name and mailing address**                                                   **$0.00**

**stephen andreason**
**18904 Mt. Walton Cir.**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.752 7**

**Nonpriority creditor's name and mailing address**                                                   **$0.00**

**Stephen Archer**
**16501 Bearle Rd**
**Orlando, FL 32828**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.752 8**

**Nonpriority creditor's name and mailing address**                                                   **$0.00**

**Stephen Barzelatto**
**1680 SW 14th dr**
**Boca raton, FL 33486**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.7529**

**Nonpriority creditor's name and mailing address**

**Stephen Barzelatto**
**1680 SW 14th Dr.**
**Boca Raton, FL 33486**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7530**

**Nonpriority creditor's name and mailing address**

**stephen bowles**
**1270 spalding dr**
**atlanta, GA 30350**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7531**

**Nonpriority creditor's name and mailing address**

**Stephen Brackett**
**17732 Heron Lane**
**Canyon Country, CA 91387**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7532**

**Nonpriority creditor's name and mailing address**

**Stephen Brackin**
**107 Quaker Hill Lane**
**Hockessin, DE 19707**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7533**

**Nonpriority creditor's name and mailing address**

**Stephen Brodsky**
**23 Sonata Ct**
**Lake Grove, NY 11755**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7534**

**Nonpriority creditor's name and mailing address**

**Stephen Carter**
**1724 Orched Dr**
**Ojai, CA 93023**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7535**

**Nonpriority creditor's name and mailing address**

**Stephen Ching**
**14 Robben terrace**
**Daytona Beach, FL 32118**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                      Case number (if known) _____
         Name

---

| 3.753 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stephen Clower**
**24831 Parkland Court**
**Wildomar, CA 92595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**stephen Cohen**
**1204 Park Terrace CT**
**Lake Havasu, AZ 86404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**
Last 4 digits of account number  _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stephen Condi**
**617 Thomas Jefferson Rd**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.753 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stephen Condi**
**617 Thomas Jefferson Rd**
**Wayne, PA 19087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stephen Crawley**
**863 NE 122nd Av**
**Apt. 65**
**Portland, OR 97230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stephen Crawley**
**863 NE 122nd Av #65**
**Portland, OR 97230**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number  _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.754 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Stephen Crompton**
**116 W Belvedere Rd**
**Norfolk, VA 23505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.754 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen D Wagner Sr**
**1300 Keller Parkway Apt 612**
**Keller, TX 76248**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.754 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Donohue**
**9093 Rancho Hills Dr**
**Gilroy, CA 95020**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.754 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Donohue**
**9093 Rancho Hills Dr**
**Gilroy, CA 95020**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.754 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Durham**
**258 N Sedgwick St**
**Wichita, KS 67203**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.754 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Gewrhard**
**99 Ridge Rd**
**New Milford, CA 06776**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.754 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Guirl**
**1301 e 4th st**
**Austin, TX 78702**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.754 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Stephen Gwinn**
**11905 W Wild Bunch Way**
**Prescott, AZ 86305**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.7550**

**Nonpriority creditor's name and mailing address**

**Stephen Hart**
**1510 Old Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7551**

**Nonpriority creditor's name and mailing address**

**Stephen Hart E Hart**
**128 Oregon Lane**
**Kimberling City, MO 65686**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7552**

**Nonpriority creditor's name and mailing address**

**Stephen Highsmith**
**301 Salisbury Drive**
**Troy, NC 27371**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7553**

**Nonpriority creditor's name and mailing address**

**Stephen Hillman**
**1821 E washington ave**
**gilbert, AZ 85234**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7554**

**Nonpriority creditor's name and mailing address**

**Stephen Hinton**
**715 Alvarado Row**
**--**
**Stanford, CA 94305**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7555**

**Nonpriority creditor's name and mailing address**

**Stephen Horn**
**1271 N Mar Vista Ave**
**Pasadena, CA 91104**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7556**

**Nonpriority creditor's name and mailing address**

**Stephen Irons**
**532 Woodmere Avenue**
**Neptune, NJ 07753**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
Name

Case number (if known)

---

| 3.755 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen JONES**
204 Sanders Rd
Apt 5
Buffalo, NY 14216

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Klobuchar**
123 Buckingham Blvd
Gallatin, TN 37066

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.755 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**stephen labelle**
2815 N Ocean Shore Blvd
Flagler Beach, FL 32136

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Lewis**
17 Algonquin Ave
Stamford, CT 06902

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Longard**
1065 Apple Blossom Lane
Corona, CA 92881

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Mandeville**
14205 W Fairmount Ave
Goodyear, AZ 85395

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.756 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Stephen Marsh**
1507 OAKDALE ST
PASADENA, CA 91106

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.7564**

**Nonpriority creditor's name and mailing address**

**Stephen Marsh**
**1507 Oakdale Street**
**Pasadena, CA 91106**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7565**

**Nonpriority creditor's name and mailing address**

**Stephen Milano**
**17 Dusk Way**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7566**

**Nonpriority creditor's name and mailing address**

**Stephen Milano**
**17 Dusk Way**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7567**

**Nonpriority creditor's name and mailing address**

**Stephen Milano**
**17 Dusk Way**
**Aliso Viejo, CA 92656**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7568**

**Nonpriority creditor's name and mailing address**

**Stephen Montgomery-Smith**
**4320 W South Pinebrook Lane**
**Columbia, MO 65203**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7569**

**Nonpriority creditor's name and mailing address**

**Stephen Pfeffer**
**1932 Pine St**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7570**

**Nonpriority creditor's name and mailing address**

**Stephen Pfeffer**
**1932 Pine Street**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.757**
**1**

**Nonpriority creditor's name and mailing address**

**Stephen Pike**
**16610 North 75th Ave**
**Suite 107**
**Peoria, AZ 85382**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757**
**2**

**Nonpriority creditor's name and mailing address**

**Stephen Pike**
**16610 n 75th Ave**
**Suite 107**
**Peoria, AZ 85382**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757**
**3**

**Nonpriority creditor's name and mailing address**

**STEPHEN RASMUSSEN**
**N9605 North Rd**
**Watertown, WI 53094**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757**
**4**

**Nonpriority creditor's name and mailing address**

**Stephen Ray Leslie**
**1435 James St.**
**Bellingham, WA 98225**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757**
**5**

**Nonpriority creditor's name and mailing address**

**Stephen Reed**
**1476 Chena Point Ave**
**Fairbanks, AK 99709**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757**
**6**

**Nonpriority creditor's name and mailing address**

**Stephen Rek**
**2 Schamp Circle**
**Lebanon, NJ 08833**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.757**
**7**

**Nonpriority creditor's name and mailing address**

**Stephen Rek**
**27 West 11th Street**
**Barnegat Light, NJ 08006**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                              Case number (if known) _____
_____
Name

---

**3.7578**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stephen Rice**                                                     ☐ Contingent
**1319 military cutoff Rd #GG**                                      ☐ Unliquidated
**Wilmington, NC 28405**                                            ☐ Disputed

Date(s) debt was incurred  **2025**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number  **7**                              Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7579**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stephen Richart**                                                  ☐ Contingent
**11727 South 110th Avenue**                                        ☐ Unliquidated
**Papillion, NE 68046**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number  _                                  Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7580**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stephen Richart**                                                  ☐ Contingent
**11727 South 110th Avenue**                                        ☐ Unliquidated
**Papillion, NE 68046**                                            ☐ Disputed

Date(s) debt was incurred  **2021**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number  _                                  Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7581**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stephen Rivers**                                                   ☐ Contingent
**8 Clark Rd**                                                       ☐ Unliquidated
**Groveland, MA 01834**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number  _                                  Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7582**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stephen Rois**                                                     ☐ Contingent
**9047 Rosemary Avenue**                                            ☐ Unliquidated
**St. Louis, MO 63123**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number  _                                  Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7583**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**STEPHEN ROIS**                                                     ☐ Contingent
**226 E. LOCKWOOD AVENUE**                                          ☐ Unliquidated
**UNIT 107**                                                         ☐ Disputed
**SAINT LOUIS, MO 63119-3005**

Date(s) debt was incurred  **2021**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number  _                                  Is the claim subject to offset? ☒ No ☐ Yes

---

**3.7584**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stephen Rothweiler**                                               ☐ Contingent
**7231 Four Rivers Road**                                           ☐ Unliquidated
**Boulder, CO 80301**                                              ☐ Disputed

Date(s) debt was incurred  **2025**                                  **Basis for the claim:  Warranty**

Last 4 digits of account number  **7**                              Is the claim subject to offset? ☒ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.758 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Stephen Rothweiler** | ☐ Contingent | |
| **7231 Four Rivers Rd** | ☐ Unliquidated | |
| **Boulder, CO 80301-3737** | ☐ Disputed | |
| Date(s) debt was incurred  **2025** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.758 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Stephen Rothweiler** | ☐ Contingent | |
| **7231 Four Rivers Road** | ☐ Unliquidated | |
| **Boulder, CO 80301** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.758 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Stephen Rothweiler** | ☐ Contingent | |
| **7231 Four Rivers Road** | ☐ Unliquidated | |
| **Boulder, CO 80301** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.758 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Stephen Rothweiler** | ☐ Contingent | |
| **14703 Guernsey Drive** | ☐ Unliquidated | |
| **Mead, CO 80542** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.758 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Stephen Rothweiler** | ☐ Contingent | |
| **2241 Tahoe Drive** | ☐ Unliquidated | |
| **Vail, CO 81657** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.759 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Stephen Rothweiler** | ☐ Contingent | |
| **7231 Four Rivers Roa** | ☐ Unliquidated | |
| **Boulder, CO 80301** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

| 3.759 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
| **Stephen Rothweiler** | ☐ Contingent | |
| **7231 Four Rivers Road** | ☐ Unliquidated | |
| **Boulder, CO 80301** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No  ☐ Yes | |

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.759 2**

**Nonpriority creditor's name and mailing address**

**Stephen Sawyer**
**19281 Hanna Ave**
**Pacific Junction, IA 51561**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.759 3**

**Nonpriority creditor's name and mailing address**

**Stephen Scheer**
**631 breakwater road**
**Cape May, NJ 08204**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.759 4**

**Nonpriority creditor's name and mailing address**

**Stephen Schiff**
**12560 Majesty Circle**
**Apt 207**
**Boynton Beach, FL 33437**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.759 5**

**Nonpriority creditor's name and mailing address**

**Stephen Schrage**
**1115 Whittier Rd**
**Grosse Pointe Park, MI 48230**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.759 6**

**Nonpriority creditor's name and mailing address**

**Stephen Sciola**
**2100 kings hwy unit 360**
**Port Charlotte, FL 33980**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.759 7**

**Nonpriority creditor's name and mailing address**

**Stephen Sciola**
**2100 Kings Hwy unit 360**
**Port Charlotte, FL 33980**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.759 8**

**Nonpriority creditor's name and mailing address**

**Stephen Shoemaker**
**5028 Wildberry Lane**
**Soquel, CA 95073**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.759 9**

**Nonpriority creditor's name and mailing address**

**Stephen Shoemaker**
**5028 Wildberry Ln**
**Soquel, CA 95073**

Date(s) debt was incurred _2022_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.760 0**

**Nonpriority creditor's name and mailing address**

**Stephen Shoemaker**
**5028 Wildberry Ln**
**Soquel, CA 95073**

Date(s) debt was incurred _2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.760 1**

**Nonpriority creditor's name and mailing address**

**Stephen Shumlas**
**2107 Vista Laredo**
**Newport Beach, CA 92660**

Date(s) debt was incurred _2024_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.760 2**

**Nonpriority creditor's name and mailing address**

**Stephen Stichnot**
**1707 ne 105th Ter**
**Kansas City, MO 64155**

Date(s) debt was incurred _2025_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.760 3**

**Nonpriority creditor's name and mailing address**

**Stephen Stuart**
**2 Fosco Street**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred _2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.760 4**

**Nonpriority creditor's name and mailing address**

**Stephen Thorpe**
**3891 Loustalot Way**
**redding, CA 96002**

Date(s) debt was incurred _2024_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.760 5**

**Nonpriority creditor's name and mailing address**

**Stephen Thorpe**
**1945 Placentia Ave**
**costa mesa, CA 92627**

Date(s) debt was incurred _2024_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* _____ |
|---|---|---|
| | Name | |

---

**3.7606**

**Nonpriority creditor's name and mailing address**

**Stephen Thorpe**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7607**

**Nonpriority creditor's name and mailing address**

**Stephen Trask**
**N4594 County Road 607**
**Iron Mountain, MI 49801**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7608**

**Nonpriority creditor's name and mailing address**

**Stephen Ura**
**48 Eastcove Way**
**Oriental, NC 28571-7517**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7609**

**Nonpriority creditor's name and mailing address**

**Stephen Wiliams**
**260 W Calle Montana Jack**
**Green Valley, AZ 85614**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7610**

**Nonpriority creditor's name and mailing address**

**Stephen Williams**
**260 W Calle Montana Jack**
**Green Valley, AZ 85614**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7611**

**Nonpriority creditor's name and mailing address**

**Stephen Youra**
**21661 Brookhurst St**
**49**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7612**

**Nonpriority creditor's name and mailing address**

**Stephenie Pate**
**933 Bear Pt.**
**CHAPIN, SC 29036**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                              Case number (if known) _____
_____
Name

---

**3.761
3**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Sterling Anderson**                                                    ☐ Contingent
**609 Constitution Ln**                                                  ☐ Unliquidated
**Madison, WI 53711**                                                    ☐ Disputed

Date(s) debt was incurred  **2021**                                      Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.761
4**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Sterling Hamilton**                                                    ☐ Contingent
**618 Cornerstone Pl**                                                   ☐ Unliquidated
**Evans, GA 30809**                                                      ☐ Disputed

Date(s) debt was incurred  **2024**                                      Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.761
5**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Sterling Sankey**                                                      ☐ Contingent
**14819 54th Place West**                                                ☐ Unliquidated
**Edmonds, WA 98026**                                                    ☐ Disputed

Date(s) debt was incurred  **2025**                                      Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.761
6**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stevan Milivojevic**                                                   ☐ Contingent
**5843 W Gunnison Street**                                               ☐ Unliquidated
**Unit 1**                                                               ☐ Disputed
**Chicago, IL 60630**

Date(s) debt was incurred  **2024**                                      Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.761
7**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stevan Milivojevic**                                                   ☐ Contingent
**5843 W Gunnison**                                                      ☐ Unliquidated
**Unit 1**                                                               ☐ Disputed
**Chicago, IL 60630**

Date(s) debt was incurred  **2024**                                      Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.761
8**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stevan Milivojevic**                                                   ☐ Contingent
**6131 N Winthrop Ave**                                                  ☐ Unliquidated
**311**                                                                  ☐ Disputed
**Chicago, IL 60660**

Date(s) debt was incurred  **2023**                                      Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.761
9**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Stevan Pavlovic**                                                      ☐ Contingent
**2605 S Indiana ave**                                                   ☐ Unliquidated
**1008**                                                                 ☐ Disputed
**Chicago, IL 60616**

Date(s) debt was incurred  **2025**                                      Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.7620**

**Nonpriority creditor's name and mailing address**
**Stevan Pavlovic**
**4109 Osby dr**
**Houston, TX 77025**

**Date(s) debt was incurred  2025**
**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7621**

**Nonpriority creditor's name and mailing address**
**Steve**
**26 North Island Avenue**
**Batavia, IL 60510**

**Date(s) debt was incurred  2025**
**Last 4 digits of account number  7**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7622**

**Nonpriority creditor's name and mailing address**
**Steve Andrews Andrews**
**3717 Cyprus Way**
**Ferndale, WA 98248**

**Date(s) debt was incurred  2024**
**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7623**

**Nonpriority creditor's name and mailing address**
**Steve Angelo**
**141 Johnson Avenue**
**Los Gatos, CA 95030**

**Date(s) debt was incurred  2022**
**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7624**

**Nonpriority creditor's name and mailing address**
**steve austin**
**420 SE High Street Pullman**
**Pullman, WA 99163**

**Date(s) debt was incurred  2023**
**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7625**

**Nonpriority creditor's name and mailing address**
**Steve Baretta**
**223 E. Falcon Hill Way**
**Green Bay, WI 54302**

**Date(s) debt was incurred  2021**
**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7626**

**Nonpriority creditor's name and mailing address**
**steve behunin**
**33976 cape cove**
**dana point, CA 92629**

**Date(s) debt was incurred  2023**
**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                     Case number (if known) _____
              Name

---

**3.762**
**7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Steve Benson**                                             ☐ Contingent
**2113 Symphony Ave.**                                       ☐ Unliquidated
**Roseville, CA 95747**                                      ☐ Disputed

Date(s) debt was incurred **2024**                          Basis for the claim:  **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No ☐ Yes

---

**3.762**
**8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Steve Bernhardt**                                          ☐ Contingent
**N82W5837 Orchard Drive**                                   ☐ Unliquidated
**Cedarburg, WI 53012**                                      ☐ Disputed

Date(s) debt was incurred **2023**                          Basis for the claim:  **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No ☐ Yes

---

**3.762**
**9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Steve Bigelow**                                            ☐ Contingent
**975 Oak Ridge Rd**                                         ☐ Unliquidated
**MANITOU SPRINGS, CO 80829**                                ☐ Disputed

Date(s) debt was incurred **2021**                          Basis for the claim:  **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No ☐ Yes

---

**3.763**
**0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Steve Blankenship**                                        ☐ Contingent
**141 Alderwood drive**                                      ☐ Unliquidated
**Chehalis, WA 98532**                                       ☐ Disputed

Date(s) debt was incurred **2023**                          Basis for the claim:  **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No ☐ Yes

---

**3.763**
**1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Steve Blankenship**                                        ☐ Contingent
**141 Alderwood drive**                                      ☐ Unliquidated
**Chehalis, WA 98532**                                       ☐ Disputed

Date(s) debt was incurred **2022**                          Basis for the claim:  **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No ☐ Yes

---

**3.763**
**2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Steve Bouchard**                                           ☐ Contingent
**53 Matilda Ave.**                                          ☐ Unliquidated
**Mill Valley, CA 94941**                                    ☐ Disputed

Date(s) debt was incurred **2024**                          Basis for the claim:  **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No ☐ Yes

---

**3.763**
**3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Steve Bouchard**                                           ☐ Contingent
**53 Matilda Ave**                                           ☐ Unliquidated
**Mill Valley, CA 94941**                                    ☐ Disputed

Date(s) debt was incurred **2023**                          Basis for the claim:  **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                    Case number (if known) _____

Name

---

**3.763
4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Steve Bouchard**
**24454 Apple Street**
**Newhall, CA 91321**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.763
5**

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Steve Boyd**
**4668 ALTADENA AVE**
**San Diego, CA 92115-3310**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.763
6**

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Steve Brennan**
**5230 Chiswick Circle**
**Belle Isle, FL 32812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.763
7**

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Steve Brennan**
**5230 Chiswick Circle**
**Belle Isle, FL 32812**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.763
8**

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Steve Carter**
**Po Box 2501**
**Wrightwood, CA 92397**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.763
9**

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Steve Chermak**
**4342 Van Atta Rd**
**Okemos, MI 48864**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.764
0**

**Nonpriority creditor's name and mailing address**                    **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Steve Cherner**
**192 Hummock Pond Road**
**Nantucket, MA 02554**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
                        Name

---

**3.764 1**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**STEVE CHRISTIANO**                                                ☐ Contingent
**729 W 16th St Suite C4**                                          ☐ Unliquidated
**Costa Mesa, CA 92627**                                            ☐ Disputed

Date(s) debt was incurred  **2020**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.764 2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Cochran**                                                  ☐ Contingent
**1804 South 2nd Street**                                          ☐ Unliquidated
**Oskaloosa, IA 52577**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.764 3**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Conniff**                                                  ☐ Contingent
**138 Cameray Heights**                                            ☐ Unliquidated
**Laguna Niguel, CA 92677**                                        ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.764 4**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Costa**                                                    ☐ Contingent
**925 38th ave.**                                                  ☐ Unliquidated
**Space # 32**                                                     ☐ Disputed
**Santa Cruz, CA 95062**

Date(s) debt was incurred  **2025**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.764 5**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Dal Porto**                                                ☐ Contingent
**9907 Pyramid Way**                                               ☐ Unliquidated
**Discovery Bay, CA 94505**                                        ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.764 6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Davis**                                                    ☐ Contingent
**7734 Sayne Ln**                                                  ☐ Unliquidated
**Knoxville, TN 37920**                                            ☐ Disputed

Date(s) debt was incurred  **2023**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.764 7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Davis**                                                    ☐ Contingent
**7734 Sayne Ln**                                                  ☐ Unliquidated
**Knoxville, TN 37920**                                            ☐ Disputed

Date(s) debt was incurred  **2025**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                              Case number (if known) _____
　　　　　　Name

---

**3.7648**

**Nonpriority creditor's name and mailing address**

**Steve DeBlasi**
**485 Cress Street**
**Laguna Beach, CA 92651**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7649**

**Nonpriority creditor's name and mailing address**

**Steve Demars**
**22061 Capistrano Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7650**

**Nonpriority creditor's name and mailing address**

**Steve Demots**
**416 Plata**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7651**

**Nonpriority creditor's name and mailing address**

**Steve Detwiler**
**69 Newman Rd**
**PO Box 1148**
**Lake Placid, NY 12946**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7652**

**Nonpriority creditor's name and mailing address**

**Steve Detwiler**
**Box 1148**
**Lake Placid, NY 12946**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7653**

**Nonpriority creditor's name and mailing address**

**Steve Eilers**
**6657 Old Darby Trail NE**
**Ada, MI 49301**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7654**

**Nonpriority creditor's name and mailing address**

**Steve Elias**
**642 Lincoln Ridge**
**Green Bay, WI 54313**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.7655**

**Nonpriority creditor's name and mailing address**

**Steve Emmel**
**24134 E Dreamwood Circle**
**Liberty Lake, WA 99019-9721**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.7656**

**Nonpriority creditor's name and mailing address**

**Steve Emmel**
**24134 E. Dreamwood Circle**
**Liberty Lake, WA 99019-9721**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.7657**

**Nonpriority creditor's name and mailing address**

**Steve Englander**
**2203 NW Willow St**
**Bentonville, AR 72712**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.7658**

**Nonpriority creditor's name and mailing address**

**Steve Erickson**
**19700 Keller Road**
**c/o Blue Heron Escape RV Resort**
**Foley, AL 36535**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.7659**

**Nonpriority creditor's name and mailing address**

**Steve Fabian**
**2026 Prosperity Rd**
**Saint Paul, MN 55109-3619**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.7660**

**Nonpriority creditor's name and mailing address**

**Steve Fellner**
**2933 Perla**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.7661**

**Nonpriority creditor's name and mailing address**

**Steve Fellner**
**2933 Perla**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

**3.766 2**

**Nonpriority creditor's name and mailing address**

**Steve Foigelman**
**1241 Winslow Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.766 3**

**Nonpriority creditor's name and mailing address**

**Steve Gerardi**
**729 Temple Street**
**San Diego, CA 92106**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.766 4**

**Nonpriority creditor's name and mailing address**

**Steve Gervais**
**134 Listo St.**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.766 5**

**Nonpriority creditor's name and mailing address**

**Steve Gervais**
**134 Listo St**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.766 6**

**Nonpriority creditor's name and mailing address**

**Steve Goddard**
**29357 Madeira Ln**
**Valencia, CA 91354**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.766 7**

**Nonpriority creditor's name and mailing address**

**STEVE GOTOWALA JR.**
**1756 Camino Del Sequan**
**Alpine, Ca, CA 91901**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.766 8**

**Nonpriority creditor's name and mailing address**

**Steve Greinke**
**1510 Newport Blvd**
**Newport Beach, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name                                                    Case number (if known) _____

---

**3.766 9**

**Nonpriority creditor's name and mailing address**

**Steve Guidi**
**224 Knox Street, Unit A**
**COSTA MESA, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.767 0**

**Nonpriority creditor's name and mailing address**

**Steve Hackbarth**
**1661 Cedarwood Dr.**
**Longmont, CO 80504**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.767 1**

**Nonpriority creditor's name and mailing address**

**Steve Hackbarth**
**1661 CEDARWOOD DR**
**LONGMONT, CO 80504**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.767 2**

**Nonpriority creditor's name and mailing address**

**Steve Hanrahan**
**1011 Peninsula Dr.**
**Lake Isabella, MI 48893**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.767 3**

**Nonpriority creditor's name and mailing address**

**Steve Hanrahan**
**8455 Climbing Way**
**Pinckney, MI 48169**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.767 4**

**Nonpriority creditor's name and mailing address**

**Steve Harris**
**2 Nicosia**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.767 5**

**Nonpriority creditor's name and mailing address**

**Steve Harrison**
**5126 Twin Falls Lane**
**Avon, NY 14414**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.767 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Steve Harrison**
**1471 Route 15**
**P.O. Box 340**
**Avon, NY 14414**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.767 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Steve Hermecke**
**po box 8193**
**Galveston, TX 77553**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.767 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Steve Heyman**
**17755 Appaloosa Ct**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.767 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Steve Huling**
**15 Bobcat Court**
**Garden Valley, ID 83622**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.768 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Steve Huling**
**12326 S Hunters Point Drive**
**Nampa, ID 83686**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.768 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Steve Inglis**
**205 Eversedge Court**
**alpharetta, GA 30009**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.768 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**steve johnson**
**886 S Roueche Lane**
**Kaysville, UT 84037**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                                Case number (if known) _____
            Name

---

**3.768
3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve JOSEPH**                                                        ☐ Contingent
**1238 Blue Gum Lane**                                                  ☐ Unliquidated
**Newport Beach, CA 92660**                                            ☐ Disputed

Date(s) debt was incurred  **2023**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.768
4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Knight**                                                        ☐ Contingent
**11657 Adams St**                                                      ☐ Unliquidated
**Yucaipa, CA 92399**                                                  ☐ Disputed

Date(s) debt was incurred  **2022**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.768
5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Kosir**                                                         ☐ Contingent
**7613 Nocona Drive**                                                   ☐ Unliquidated
**Wylie, TX 75098**                                                    ☐ Disputed

Date(s) debt was incurred  **2024**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.768
6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Kramer**                                                        ☐ Contingent
**24622 Via Tequila**                                                   ☐ Unliquidated
**Lake Forest, CA 92630**                                              ☐ Disputed

Date(s) debt was incurred  **2023**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.768
7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Lee**                                                           ☐ Contingent
**527 Penn St**                                                         ☐ Unliquidated
**El Segundo, CA 90245**                                               ☐ Disputed

Date(s) debt was incurred  **2022**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.768
8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Lee**                                                           ☐ Contingent
**527 Penn Street**                                                     ☐ Unliquidated
**El Segundo, CA 90245**                                               ☐ Disputed

Date(s) debt was incurred  **2021**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No ☐ Yes

---

**3.768
9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Lee**                                                           ☐ Contingent
**527 Penn St.**                                                        ☐ Unliquidated
**El Segundo, CA 90245**                                               ☐ Disputed

Date(s) debt was incurred  **2020**                                    **Basis for the claim:  Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.7690**

**Nonpriority creditor's name and mailing address**

**Steve Lewandowski**
**6419 75th Ave SE**
**Olympia, WA 98513**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7691**

**Nonpriority creditor's name and mailing address**

**steve libenstein**
**10546 west pico**
**Los Angeles, CA 90064**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7692**

**Nonpriority creditor's name and mailing address**

**Steve Lillegren**
**336 NW Congress Street**
**Bend, OR 97703**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7693**

**Nonpriority creditor's name and mailing address**

**Steve Long**
**918 North Central Blvd**
**Lot 48**
**Quartzside, AZ 85346**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7694**

**Nonpriority creditor's name and mailing address**

**Steve Madsen**
**7149 Obelisco Cir**
**Carlsbad, CA 92009**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7695**

**Nonpriority creditor's name and mailing address**

**Steve marsh Marsh**
**1353 Lida St**
**Pasadena, CA 91106**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7696**

**Nonpriority creditor's name and mailing address**

**Steve Martin**
**7402 Coho Drive**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.769
7**

**Nonpriority creditor's name and mailing address**

**Steve Martin**
**7402 Coho Dr**
**Huntington Beach, CA 92648**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.769
8**

**Nonpriority creditor's name and mailing address**

**STEVE MASSEY**
**2929 SE Ocean Blvd**
**UNIT B2**
**STUART, FL 34996**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.769
9**

**Nonpriority creditor's name and mailing address**

**Steve Maynard**
**871 Darrell St**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.770
0**

**Nonpriority creditor's name and mailing address**

**Steve McDowell**
**1247 Browning Ct.**
**Vista, CA 92083**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.770
1**

**Nonpriority creditor's name and mailing address**

**Steve Mcgowan**
**4042 Patton Way**
**Bakersfield, CA 93380**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.770
2**

**Nonpriority creditor's name and mailing address**

**Steve Melton**
**420 Sierra St**
**Taft, CA 93268**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

**3.770
3**

**Nonpriority creditor's name and mailing address**

**steve merchant**
**16636 lake Knoll pkwy**
**riverside, CA 92503**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☒ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.770 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**steve merchant**
**16636 lake knoll pwy**
**riverside, CA 92503**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.770 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Metz**
**813 W. Central Avenue**
**Bentonville, AR 72712**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.770 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Meyer**
**2182 E 270 S**
**St George, UT 84790**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.770 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Meyer**
**2182 E 270 S**
**St George, UT 84790**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.770 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Minnicucci**
**6122 Hamshire Dr**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.770 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Moore**
**8016 Yellow Daisy Dr**
**Wilmington, NC 28412**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.771 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Steve Morefield**
**1342 Galaxy**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
     Name

---

**3.771**
**1**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.*         **$0.00** |

**Steve Morin**
**2554 Carnegie Ave**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771**
**2**

**Nonpriority creditor's name and mailing address**

**Steve Moseley**
**1294 Ocean Drive**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771**
**3**

**Nonpriority creditor's name and mailing address**

**Steve Murray**
**46 Claussen Avenue**
**Greenville, SC 29601**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771**
**4**

**Nonpriority creditor's name and mailing address**

**Steve Myers**
**2506 Flamingo Ln**
**Fort Lauderdale, FL 33312**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771**
**5**

**Nonpriority creditor's name and mailing address**

**Steve Myers**
**26 Duggan Rd**
**Acton, MA 01720**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771**
**6**

**Nonpriority creditor's name and mailing address**

**steve myers**
**2506 Flamingo Lane1**
**Ft. Lauderdale, FL 33312**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.771**
**7**

**Nonpriority creditor's name and mailing address**

**steve myers**
**2506 Flamingo Lane1**
**Ft. Lauderdale, FL 33312**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*         **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.7718**

**Nonpriority creditor's name and mailing address**

**Steve Myers**
**2506 Flamingo Ln**
**Fort Lauderdale, FL 33312**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.7719**

**Nonpriority creditor's name and mailing address**

**Steve Neaz**
**6 Glenbrook Lane**
**Worcester, MA 01609**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.7720**

**Nonpriority creditor's name and mailing address**

**Steve Norie**
**1446 Clarence Dr.**
**Vista, CA 92084**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.7721**

**Nonpriority creditor's name and mailing address**

**Steve Oshiro**
**21726 Anza Ave**
**Torrance, CA 90503**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.7722**

**Nonpriority creditor's name and mailing address**

**Steve Owens**
**32211 Arnold Ln**
**Wildomar, CA 92595**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.7723**

**Nonpriority creditor's name and mailing address**

**Steve Pappas**
**1232 Shoreline Drive**
**Santa Barbara, CA 93109**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.7724**

**Nonpriority creditor's name and mailing address**

**Steve Paul**
**120 Wind Spray Ct**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.772 5**

**Nonpriority creditor's name and mailing address**

**STEVE PAUL**
**100 N Lake Dr**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.772 6**

**Nonpriority creditor's name and mailing address**

**Steve Pearson**
**7217 SW Mill Iron Circle**
**Powell Butte, OR 97753**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.772 7**

**Nonpriority creditor's name and mailing address**

**Steve Peters**
**18602 Amalia Lane**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.772 8**

**Nonpriority creditor's name and mailing address**

**Steve Pike**
**16610 North 75th Avenue**
**Suite 107**
**Peoria, AZ 85382**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.772 9**

**Nonpriority creditor's name and mailing address**

**Steve Pike**
**16610 N 75th Ave**
**Suite 107**
**Peoria, AZ 85382**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.773 0**

**Nonpriority creditor's name and mailing address**

**Steve Pike**
**16610 n 75th ave**
**Suite 107**
**Peoria, AZ 85382**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.773 1**

**Nonpriority creditor's name and mailing address**

**Steve Pool**
**833 West 17th Street**
**Suite 1**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

**3.773**
**2**

**Nonpriority creditor's name and mailing address**

**steve renz**
**130 alta loma dr**
**South San Francisco, CA 94080**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.773**
**3**

**Nonpriority creditor's name and mailing address**

**Steve Rheinschmidt**
**6000 NW 62nd Ave**
**#446**
**Johnston, IA 50131**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.773**
**4**

**Nonpriority creditor's name and mailing address**

**Steve Rice**
**1319 Military Cutoff Road, Suite GG**
**Wilmington, NC 28405**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.773**
**5**

**Nonpriority creditor's name and mailing address**

**Steve Rice**
**1319 Military Cutoff Rd. #GG**
**Wilmington, NC 28405**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.773**
**6**

**Nonpriority creditor's name and mailing address**

**Steve Rice**
**1319 Military cutoff**
**Wilmington, NC 28405**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.773**
**7**

**Nonpriority creditor's name and mailing address**

**Steve Rice**
**1319 Military cutoff rd**
**Wilmington, NC 28405**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.773**
**8**

**Nonpriority creditor's name and mailing address**

**Steve Rice**
**1319 military cutoff rd**
**Wilmington, NC 28405**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

| | | |
|---|---|---|
| **3.7739** | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. |

**3.7739**

**Nonpriority creditor's name and mailing address**
**Steve Rice**
**1319 Military cutoff rd**
**Wilmington, NC 28405**

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.7740**

**Nonpriority creditor's name and mailing address**
**Steve Rice**
**1319 military cutoff rd GG**
**Wilmington, NC 28405**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.7741**

**Nonpriority creditor's name and mailing address**
**Steve Rice**
**1319 Military cutoff rd**
**Wilmington, NC 28405**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.7742**

**Nonpriority creditor's name and mailing address**
**Steve Rice Carolina Ebikes**
**1319 Military Cutoff Rd**
**Suite GG**
**Wilmington, NC 28405**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.7743**

**Nonpriority creditor's name and mailing address**
**Steve Robinson**
**PO Box 10023**
**Newport Beach, CA 92658**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.7744**

**Nonpriority creditor's name and mailing address**
**STEVE ROIS**
**716 Cleveland Avenue**
**Kirkwood, MO 63122**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.7745**

**Nonpriority creditor's name and mailing address**
**Steve Rowley**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                          Case number *(if known)* _____
            Name

---

| 3.774 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Schaller**
**6728 nw 48th ct**
**Johnston, IA 50131**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Scheck**
**1706 Terrapin Way**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Sciola**
**2100 Kings Highway**
**360**
**Port Charlotte, FL 33980**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.774 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Scranton**
**921 South 299th Place**
**Federal Way, WA 98003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Shevel**
**142 Avenida Princesa**
**San Clemente, CA 92672**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Shinholser**
**795 Goliath PL**
**The Villages, FL 32162**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.775 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Steve Shwam**
**2530 Santa Ana Ave F**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____
_____
           Name

---

3.775
3

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                $0.00

**Steve Siebold**
**3316 Indian Hawthorne Ridge**                                    ☐ Contingent
**Gainesville, GA 30504**                                          ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred  **2024**
                                                                   **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.775
4

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                $0.00

**Steve Sloan**
**320 10th St**                                                    ☐ Contingent
**Seal Beach, CA 90740**                                           ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred  **2021**
                                                                   **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.775
5

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                $0.00

**Steve Smith**
**12622 RED CANYON RD**                                            ☐ Contingent
**Knoxville, TN 37934**                                            ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred  **2020**
                                                                   **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.775
6

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                $0.00

**steve sperry**
**365 CASTELLARI DRIVE**                                           ☐ Contingent
**Las Vegas, NV 89138**                                            ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred  **2023**
                                                                   **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.775
7

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                $0.00

**Steve Strehlow**
**151800 Flameflower Road**                                        ☐ Contingent
**Wausau, WI 54401**                                               ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred  **2025**
                                                                   **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.775
8

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                $0.00

**Steve Strehlow**
**151800 Flameflower Road**                                        ☐ Contingent
**Wausau, WI 54401**                                               ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred  **2022**
                                                                   **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

3.775
9

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                $0.00

**Steve Swartz**
**27152 Soledad dr**                                               ☐ Contingent
**Mission Viejo, CA 92691**                                        ☐ Unliquidated
                                                                   ☐ Disputed

Date(s) debt was incurred  **2025**
                                                                   **Basis for the claim:  Warranty**
Last 4 digits of account number __

                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number *(if known)* _____
Name

---

**3.7760**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Sweet**                                                          ☐ Contingent
**2080 City View Blvd**                                                  ☐ Unliquidated
**Longview, WA 98632**                                                   ☐ Disputed

Date(s) debt was incurred  **2021**                                      Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.7761**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Temple**                                                         ☐ Contingent
**172 Osprey Lane**                                                      ☐ Unliquidated
**Sandpoint, ID 83864**                                                  ☐ Disputed

Date(s) debt was incurred  **2024**                                      Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.7762**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Temple**                                                         ☐ Contingent
**172 Osprey Lane**                                                      ☐ Unliquidated
**Sandpoint, ID 83864**                                                  ☐ Disputed

Date(s) debt was incurred  **2021**                                      Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.7763**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Temple**                                                         ☐ Contingent
**172 Osprey Ln**                                                        ☐ Unliquidated
**Sandpoint, ID 83864**                                                  ☐ Disputed

Date(s) debt was incurred  **2021**                                      Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.7764**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Terry**                                                          ☐ Contingent
**7403 Slater Ave**                                                      ☐ Unliquidated
**huntington beach, CA 92647**                                          ☐ Disputed

Date(s) debt was incurred  **2025**                                      Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.7765**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Thurbon**                                                        ☐ Contingent
**9362 Del Mar Ave**                                                     ☐ Unliquidated
**Montclair, CA 91763**                                                  ☐ Disputed

Date(s) debt was incurred  **2021**                                      Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.7766**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Steve Timmering**                                                      ☐ Contingent
**7571 ocean point drive**                                              ☐ Unliquidated
**Huntington Beach, CA 92648**                                          ☐ Disputed

Date(s) debt was incurred  **2024**                                      Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
          Name

---

**3.7767**

**Nonpriority creditor's name and mailing address**

**Steve Tolan**
**18805 Tabor Dr**
**Irvine, CA 92603**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7768**

**Nonpriority creditor's name and mailing address**

**Steve Traudt**
**2435 E Piazza CT**
**Grand Junction, CO 81506**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7769**

**Nonpriority creditor's name and mailing address**

**Steve Treppa**
**35520 Tall Pine Road**
**FARMINGTON, MI 48335**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7770**

**Nonpriority creditor's name and mailing address**

**Steve Triano**
**9852 Oceancrest Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7771**

**Nonpriority creditor's name and mailing address**

**Steve Trout**
**35 Hilltop Dr**
**Bayfield, CO 81122**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7772**

**Nonpriority creditor's name and mailing address**

**steve tyson**
**120 Kinross Dr**
**san rafael, CA 94901**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7773**

**Nonpriority creditor's name and mailing address**

**Steve Tyson**
**18961 Easton Pl**
**Saratoga, CA 95070-3506**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

---

| 3.777 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steve Tyson**
**18961 Easton Pl**
**Saratoga, CA 95070**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steve Urdahl**
**17652 South Dick Drive**
**Oregon City, OR 97045**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steve Van Hefty**
**3 Ripon Lane**
**Bella Vista, AR 72715**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steve Weakly**
**657 N TERRACE RD**
**Chandler, AZ 85226**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steve Westbrook**
**3801 Pepper Mill Ln**
**Nacogdoches, TX 75965**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.777 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steve Whalen**
**14711 CTH R**
**Maribel, WI 54227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.778 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steve Whalen**
**14711 CTH R**
**Maribel, WI 54227**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____          Case number *(if known)* _____
Name

---

**3.778
1**

**Nonpriority creditor's name and mailing address**

**Steve Yows**
**4005 N. Cedarpine Lane**
**Moorpark, CA 93021**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.778
2**

**Nonpriority creditor's name and mailing address**

**Steven A Boland**
**6629 Samspon St**
**FALLS CHURCH, VA 22042**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.778
3**

**Nonpriority creditor's name and mailing address**

**Steven Adams**
**63 Fortune Circle**
**Surry, ME 04684**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.778
4**

**Nonpriority creditor's name and mailing address**

**Steven Alkers**
**17027 E. Salida Dr**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.778
5**

**Nonpriority creditor's name and mailing address**

**Steven Angeli**
**225 W Alexander Palm Road**
**Boca Raton, FL 33432**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.778
6**

**Nonpriority creditor's name and mailing address**

**Steven Barnes**
**2121 S Pantano Rd**
**Space 418**
**Tucson, AZ 85710**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.778
7**

**Nonpriority creditor's name and mailing address**

**Steven Belna**
**p.o. box 2538**
**Newport Beach, CA 92659**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.7788**

**Nonpriority creditor's name and mailing address**

**Steven Benson**
**2113 Symphony Ave**
**Roseville, CA 95747-8627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7789**

**Nonpriority creditor's name and mailing address**

**Steven Bickel**
**189 North Hermosa Ave**
**Sierra Madre, CA 91024**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7790**

**Nonpriority creditor's name and mailing address**

**Steven Bland**
**1220 12th ave west**
**Shakopee, MN 55379**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7791**

**Nonpriority creditor's name and mailing address**

**Steven Boda**
**1980 East Brentrup Drive**
**Tempe, AZ 85283**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7792**

**Nonpriority creditor's name and mailing address**

**Steven Boland**
**6629 Sampson St**
**FALLS CHURCH, VA 22042**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7793**

**Nonpriority creditor's name and mailing address**

**Steven Bradbury**
**3024 ontario road**
**little canada, MN 55117**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.7794**

**Nonpriority creditor's name and mailing address**

**steven caston**
**25491 Mina Court**
**lake forest, ca 92630**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.7795**

**Nonpriority creditor's name and mailing address**

**Steven Charlton**
**1 Bigwood Road**
**Manchester, MA 01944**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7796**

**Nonpriority creditor's name and mailing address**

**Steven Christensen**
**7565 Walnut St**
**Kansas City, MO 64114**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7797**

**Nonpriority creditor's name and mailing address**

**Steven Christensen**
**7565 Walnut St**
**Kansas City, MO 64114**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7798**

**Nonpriority creditor's name and mailing address**

**steven clauer**
**175 W Meade Ave**
**Williams, AZ 86046-2571**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7799**

**Nonpriority creditor's name and mailing address**

**Steven Conley**
**527 Aldengate Terrace**
**Midlothian, VA 23114-6559**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7800**

**Nonpriority creditor's name and mailing address**

**Steven Danney**
**9917 Fox Valley Lane**
**San Diego, CA 92127**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.7801**

**Nonpriority creditor's name and mailing address**

**Steven Davis**
**11029 North Valley Drive**
**Fountain Hills, AZ 85268**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.780
2**

**Nonpriority creditor's name and mailing address**

**Steven Davis
11029 N Valley Drive
Fountain Hills, AZ 85268**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.780
3**

**Nonpriority creditor's name and mailing address**

**Steven Davis
7734 Sayne Lane
Knoxville, TN 37920**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.780
4**

**Nonpriority creditor's name and mailing address**

**Steven Ferraro
60 Circle Dr
East Northport, NY 11731**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.780
5**

**Nonpriority creditor's name and mailing address**

**Steven Foigelman
547 Santa Ana Ave
Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.780
6**

**Nonpriority creditor's name and mailing address**

**STEVEN FRIESON
1129 CEDARVIEW DRIVE
CLAREMONT, CA 91711**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.780
7**

**Nonpriority creditor's name and mailing address**

**Steven Fuller
6242 Warner ave
23c
Huntington Beach, CA 92647**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.780
8**

**Nonpriority creditor's name and mailing address**

**Steven Fuller
6242 Warner ave
23c
Huntington Beach, CA 92647**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

| 3.780 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**steven fuller**
**6242 warner ave**
**23c**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steven Gasik**
**1624 E 1500 N**
**Logan, UT 84341**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steven gavin**
**4650 Pine Ln**
**Pace, FL 32571-1349**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steven Gavin**
**4650 pine lane**
**Pace, FL 32571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steven Graham**
**271 Sapphire Lake Dr., Unit 101**
**Bradenton, FL 34209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steven Graham**
**2155 Heather Way**
**Gladwin, MI 48624**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.781 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steven Green**
**3490 Hyacinth St.**
**Eugene, OR 97404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.781 6**

**Nonpriority creditor's name and mailing address**

**Steven H Neaz**
**6 Glenbrook Lane**
**Worcester, MA 01609**

Date(s) debt was incurred _2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.781 7**

**Nonpriority creditor's name and mailing address**

**Steven Harris**
**2 Nicosia**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred _2025_

Last 4 digits of account number _7_

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.781 8**

**Nonpriority creditor's name and mailing address**

**Steven Hasert**
**1837 Twin lakes Dr**
**Wrightwood, CA 92397**

Date(s) debt was incurred _2021_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.781 9**

**Nonpriority creditor's name and mailing address**

**Steven Hayes**
**9081 Christine Dr**
**Huntington Beach, CA 92646**

Date(s) debt was incurred _2022_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.782 0**

**Nonpriority creditor's name and mailing address**

**Steven Hickey**
**2032 Gillilan**
**Placentia, CA 92870**

Date(s) debt was incurred _2024_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.782 1**

**Nonpriority creditor's name and mailing address**

**Steven Hill**
**2649 Wakely RD.**
**Cook, MN 55723**

Date(s) debt was incurred _2023_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.782 2**

**Nonpriority creditor's name and mailing address**

**Steven Hofstad**
**6126 San Joaquin Plaza**
**Newport Beach, CA 92660**

Date(s) debt was incurred _2025_

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.782
3**

**Nonpriority creditor's name and mailing address**

**Steven Holdstock**
**3 Woodbine Court**
**Durham, NC 27713**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.782
4**

**Nonpriority creditor's name and mailing address**

**Steven Holdstock**
**3 Woodbine Court**
**Durham, NC 27713**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.782
5**

**Nonpriority creditor's name and mailing address**

**Steven Holdstock**
**3 Woodbine Court**
**Durham, NC 27713**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.782
6**

**Nonpriority creditor's name and mailing address**

**Steven Hoyte**
**464 La Jolla Way**
**Salinas, CA 93901**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.782
7**

**Nonpriority creditor's name and mailing address**

**Steven Jackson**
**2225 S Ocean Blvd**
**#15**
**Delray Beach, FL 33483**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.782
8**

**Nonpriority creditor's name and mailing address**

**Steven Jaffe**
**3416 S. Lake Drive**
**Boynton Beach, FL 33435**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.782
9**

**Nonpriority creditor's name and mailing address**

**steven james**
**18302 lisa lane**
**Huntington beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
          Name

---

**3.783
0**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          $0.00

**Steven Janz**                                              ☐ Contingent
**6527 W 82nd St**                                           ☐ Unliquidated
**Los Angeles, CA 90045**                                    ☐ Disputed

Date(s) debt was incurred  **2023**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.783
1**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          $0.00

**Steven Janz**                                              ☐ Contingent
**6527 West 82nd Street**                                    ☐ Unliquidated
**Los Angeles, CA 90045**                                    ☐ Disputed

Date(s) debt was incurred  **2023**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.783
2**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          $0.00

**Steven Janz**                                              ☐ Contingent
**6527 W 82nd St**                                           ☐ Unliquidated
**Los Angeles, CA 90045**                                    ☐ Disputed

Date(s) debt was incurred  **2021**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.783
3**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          $0.00

**Steven Janz**                                              ☐ Contingent
**6527 West 82nd St**                                        ☐ Unliquidated
**Los Angeles, CA 90045**                                    ☐ Disputed

Date(s) debt was incurred  **2021**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.783
4**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          $0.00

**Steven Jarman**                                            ☐ Contingent
**131 Plover Dr.**                                           ☐ Unliquidated
**Duck, NC 27949**                                           ☐ Disputed

Date(s) debt was incurred  **2022**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.783
5**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          $0.00

**Steven Johnson**                                           ☐ Contingent
**8440 US 31 S**                                             ☐ Unliquidated
**Grawn, MI 49637**                                          ☐ Disputed

Date(s) debt was incurred  **2021**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.783
6**

**Nonpriority creditor's name and mailing address**           As of the petition filing date, the claim is: Check all that apply.          $0.00

**Steven Jordan**                                            ☐ Contingent
**3053a Kalakaua Ave**                                       ☐ Unliquidated
**Honolulu, HI 96815**                                       ☐ Disputed

Date(s) debt was incurred  **2023**                          Basis for the claim:  **Warranty**

Last 4 digits of account number _                            Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

**3.783 7**

**Nonpriority creditor's name and mailing address**

**Steven Kennedy**
**141 Azalea Lane**
**Franklin, TN 37064**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.783 8**

**Nonpriority creditor's name and mailing address**

**Steven Kennedy**
**141 Azalea Ln**
**Franklin, TN 37064**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.783 9**

**Nonpriority creditor's name and mailing address**

**Steven Knapp**
**7715 Janak Dr**
**Houston, TX 77055**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.784 0**

**Nonpriority creditor's name and mailing address**

**Steven Long**
**918 N Central Blvd. Box 399**
**Quartzsite, AZ 85346**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.784 1**

**Nonpriority creditor's name and mailing address**

**Steven Madsen**
**7149 Obelisco Circle**
**Carlsbad, CA 92009**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.784 2**

**Nonpriority creditor's name and mailing address**

**Steven Malec**
**17270 Hibiscus Av**
**Lakeville, MN 55044**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.784 3**

**Nonpriority creditor's name and mailing address**

**STEVEN MASSEY**
**2929 S. E. OCEA BLVD. UNIT B2**
**Stuart, FL 34996**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

---

**3.784
4**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Steven McDowell**                                               ☐ Contingent
**1247 Browning Ct.**                                             ☐ Unliquidated
**Vista, CA 92083**                                               ☐ Disputed

Date(s) debt was incurred  **2022**                              **Basis for the claim:**  **Warranty**

Last 4 digits of account number _                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.784
5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Steven Melton**                                                ☐ Contingent
**420 Sierra Street**                                            ☐ Unliquidated
**Taft, CA 93268**                                               ☐ Disputed

Date(s) debt was incurred  **2021**                              **Basis for the claim:**  **Warranty**

Last 4 digits of account number _                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.784
6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Steven Monroe**                                                ☐ Contingent
**380 Bedford Center Rd.**                                       ☐ Unliquidated
**Bedford Hills, NY 10507**                                      ☐ Disputed

Date(s) debt was incurred  **2021**                              **Basis for the claim:**  **Warranty**

Last 4 digits of account number _                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.784
7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Steven Monroe**                                                ☐ Contingent
**380 BEDFORD CENTER RD**                                        ☐ Unliquidated
**BEDFORD HILLS, NY 10507**                                      ☐ Disputed

Date(s) debt was incurred  **2021**                              **Basis for the claim:**  **Warranty**

Last 4 digits of account number _                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.784
8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Steven Monroe**                                                ☐ Contingent
**380 Bedford Center Rd.**                                       ☐ Unliquidated
**Bedford Hills, NY 10507**                                      ☐ Disputed

Date(s) debt was incurred  **2021**                              **Basis for the claim:**  **Warranty**

Last 4 digits of account number _                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.784
9**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Steven Mosley**                                                ☐ Contingent
**890 Cleveland St.**                                            ☐ Unliquidated
**Titusville, FL 32780**                                         ☐ Disputed

Date(s) debt was incurred  **2023**                              **Basis for the claim:**  **Warranty**

Last 4 digits of account number _                                Is the claim subject to offset? ■ No ☐ Yes

---

**3.785
0**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                **$0.00**

**Steven myers**                                                 ☐ Contingent
**2506 flamingo lane**                                           ☐ Unliquidated
**ft lauderdale, FL 33312**                                      ☐ Disputed

Date(s) debt was incurred  **2024**                              **Basis for the claim:**  **Warranty**

Last 4 digits of account number _                                Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
     Name

---

| 3.785<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steven Myers**
**4665 S Forest Hill Rd**
**Saint Johns, MI 48879**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785<br>2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steven Neaz**
**6 GLENBROOK LN**
**Worcester, MA 01609**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785<br>3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steven Ott**
**2898 Main St**
**Lawrenceville, NJ 08648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785<br>4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steven Panizzi**
**342 Brighton Ave**
**Neptune, NJ 07753**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785<br>5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steven Parker**
**31328 Falcon Lane**
**Springville, CA 93265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785<br>6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steven Parker**
**31328 Falcon Lane**
**Springville, CA 93265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.785<br>7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Steven Parker**
**31328 Falcon Lane**
**Springville, CA 93265**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.785 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steven Patterson** | ☐ Contingent | |
| **6112 Country View** | ☐ Unliquidated | |
| **Yorba Linda, CA 92886** | ☐ Disputed | |
| Date(s) debt was incurred _2021_ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.785 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steven Paul** | ☐ Contingent | |
| **31871 Paseo Monte Vista** | ☐ Unliquidated | |
| **San Juan Capristrano, CA 92675** | ☐ Disputed | |
| Date(s) debt was incurred _2022_ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.786 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steven Paul** | ☐ Contingent | |
| **31871 Paseo Monte Vista** | ☐ Unliquidated | |
| **San Juan Capistrano, CA 92675** | ☐ Disputed | |
| Date(s) debt was incurred _2022_ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.786 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steven Piantieri** | ☐ Contingent | |
| **3012 ardsley dr.** | ☐ Unliquidated | |
| **orlando, FL 32804** | ☐ Disputed | |
| Date(s) debt was incurred _2022_ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.786 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steven Porter** | ☐ Contingent | |
| **4850 San Jacinto Ave** | ☐ Unliquidated | |
| **Atascadero, CA 93422** | ☐ Disputed | |
| Date(s) debt was incurred _2025_ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.786 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steven Redmond** | ☐ Contingent | |
| **145 Horse Trail Lane** | ☐ Unliquidated | |
| **Felton, DE 19943** | ☐ Disputed | |
| Date(s) debt was incurred _2022_ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.786 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Steven Rennie** | ☐ Contingent | |
| **20376 County Road 24** | ☐ Unliquidated | |
| **Site #60** | ☐ Disputed | |
| **Foley, AL 36535-3024** | | |
| Date(s) debt was incurred _2025_ | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Electric Bike Company, LLC**                                        Case number (if known) _____
_____
Name

---

**3.786 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Steven Riebel**                                                        ☐ Contingent
**145 Dodge Rd**                                                         ☐ Unliquidated
**Boerne, TX 78006**                                                     ☐ Disputed

Date(s) debt was incurred **2021**                                       Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.786 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Steven Rivas**                                                         ☐ Contingent
**3242 Padilla Way**                                                     ☐ Unliquidated
**San Jose, CA 95148**                                                   ☐ Disputed

Date(s) debt was incurred **2022**                                       Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.786 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Steven Rivas**                                                         ☐ Contingent
**720 Gough Street**                                                     ☐ Unliquidated
**25**                                                                   ☐ Disputed
**San Francisco, CA 94102**

Date(s) debt was incurred **2021**                                       Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.786 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Steven Rivas/Trela**                                                   ☐ Contingent
**720 Gough Street**                                                     ☐ Unliquidated
**25**                                                                   ☐ Disputed
**San Francisco, CA 94102**

Date(s) debt was incurred **2022**                                       Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.786 9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Steven Sandman**                                                       ☐ Contingent
**4007 Stonewall Ln**                                                    ☐ Unliquidated
**Belleville, IL 62221**                                                 ☐ Disputed

Date(s) debt was incurred **2021**                                       Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.787 0**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Steven Scharffbillig**                                                 ☐ Contingent
**1450 Wellesley Avenue**                                                ☐ Unliquidated
**St Paul, MN 55105**                                                    ☐ Disputed

Date(s) debt was incurred **2021**                                       Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

**3.787 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Steven Schneider**                                                     ☐ Contingent
**28545 Bay Branch Dr**                                                  ☐ Unliquidated
**Daphne, AL 36526**                                                     ☐ Disputed

Date(s) debt was incurred **2022**                                       Basis for the claim:  **Warranty**

Last 4 digits of account number __                                       Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                   Case number (if known) _____

_____
Name

---

| 3.787 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Settingsgaard**
**2958 Sentell St.**
**The Villages, FL 32163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Settingsgaard**
**2958 Sentell St.**
**The Villages, FL 32163**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Skunberg**
**5290 Wild Indigo Way**
**Acworth, GA 30102**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**steven slaydon**
**39972 nc 12 HWY**
**POB 322**
**Avon, NC 27915**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Snowball**
**PO BOX 10637**
**San Bernardino, CA 92324**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Snyder**
**1510 Derek Drive**
**Olivehurst, CA 95961**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.787 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Southard**
**1003 e 35th pl**
**Tulsa, OK 74105**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.787 9**

**Nonpriority creditor's name and mailing address**

**steven southard**
**1003 E 35th pl**
**Tulsa, OK 74105**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.788 0**

**Nonpriority creditor's name and mailing address**

**Steven Southard**
**1003 E 35th PL**
**Tulsa, OK 74105**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.788 1**

**Nonpriority creditor's name and mailing address**

**Steven Thomas**
**21503 Cherry Glen Court**
**Linden, CA 95236**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.788 2**

**Nonpriority creditor's name and mailing address**

**Steven Thompson**
**3054 Morningside Drive**
**Bishop, CA 93514**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.788 3**

**Nonpriority creditor's name and mailing address**

**Steven Thurbon**
**9362 Del Mar Ave.**
**Montclair, CA 91763**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.788 4**

**Nonpriority creditor's name and mailing address**

**Steven Traudt**
**2435 E Piazza CT**
**Grand Junction, CO 81506**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.788 5**

**Nonpriority creditor's name and mailing address**

**Steven Tsao**
**5805 Read Rd**
**Suwanee, GA 30024**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

| | |
|---|---|
| 3.788 6 | |

**Nonpriority creditor's name and mailing address**
**STEVEN WALD**
**6 SPRUCE HILL CT**
**PLEASANTVILLE, NY 10570-2538**

Date(s) debt was incurred **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.788 7 | |

**Nonpriority creditor's name and mailing address**
**Steven Walker**
**716 W. Whitcomb Hill Rd**
**Barton, NY 13734**

Date(s) debt was incurred **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.788 8 | |

**Nonpriority creditor's name and mailing address**
**Steven Watts**
**8 Coral Blue**
**Ladera ranch, CA 92694**

Date(s) debt was incurred **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.788 9 | |

**Nonpriority creditor's name and mailing address**
**Steven Webb**
**45800 se north bend way trlr #7**
**North Bend, WA 98045**

Date(s) debt was incurred **2021**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.789 0 | |

**Nonpriority creditor's name and mailing address**
**Steven Webb**
**45800 Southeast North Bend Way Trlr #7**
**North Bend, WA 98045**

Date(s) debt was incurred **2020**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.789 1 | |

**Nonpriority creditor's name and mailing address**
**Steven Wofford**
**280 Broadhead Ave**
**2**
**Jamestown, NY 14701**

Date(s) debt was incurred **2025**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| | |
|---|---|
| 3.789 2 | |

**Nonpriority creditor's name and mailing address**
**Steven Wong**
**6731 Orleans Way**
**Sacramento, CA 95831**

Date(s) debt was incurred **2024**
Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                Case number *(if known)* _____

Name

---

| 3.789 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**steven Zylstra**
**408 West 25th Street**
**Vancouver, WA 98660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Steven Zylstra**
**1002 N. PARKER STREET**
**ORANGE, CA 92867**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stevie Nelson**
**1744 Baird Rd.**
**McKinleyville, CA 95519**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stewart Smith**
**25631 Pacific Circle**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Stirling Weir**
**614 E De La Guerra St.**
**Santa Barbara, CA 93103**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Strawberry Princess**
**1015 w Pioneer pkwy**
**apartmen i**
**Arlington, TX 76013**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.789 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Strider Murphy**
**26462 San Torini Road**
**Mission Viejo, CA 92692**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.7900**

**Nonpriority creditor's name and mailing address**

**Stu Smith**
**25631 Pacific Circle**
**Mission Viejo, CA 92692**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7901**

**Nonpriority creditor's name and mailing address**

**Stuart Bishop**
**8353 Bishop Dr.**
**Harbor Springs, MI 49740**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7902**

**Nonpriority creditor's name and mailing address**

**Stuart Bishop**
**8353 Bishop Drive**
**P.O. Box 661**
**Harbor Springs, MI 49740**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7903**

**Nonpriority creditor's name and mailing address**

**Stuart Dingwall**
**710 Delaware St**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7904**

**Nonpriority creditor's name and mailing address**

**Stuart Ecker**
**1880 w Roderick lane**
**Wickenburg, AZ 85390**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7905**

**Nonpriority creditor's name and mailing address**

**Stuart Harper**
**7778 SE Harmony Dr.**
**Milwaukie, OR 97222**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7906**

**Nonpriority creditor's name and mailing address**

**Stuart Hellebusch**
**313 Main St**
**Milford, OH 45150**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.790
7**

**Nonpriority creditor's name and mailing address**

**Stuart Miller**
**756 Bodega Ave**
**PETALUMA, CA 94952**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☐ No ☐ Yes

**$0.00**

---

**3.790
8**

**Nonpriority creditor's name and mailing address**

**Stuart Salter**
**7736 Golfhill Dr.**
**Port Arthur, TX 77642**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.790
9**

**Nonpriority creditor's name and mailing address**

**sue anderson**
**31271 via limon**
**san Juan Capistrano, CA 92675**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.791
0**

**Nonpriority creditor's name and mailing address**

**Sue Barden**
**3814 N NORMANDIE STREET**
**SPOKANE, WA 99205**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.791
1**

**Nonpriority creditor's name and mailing address**

**Sue Crawford**
**11 Wintermist**
**Irvine, CA 92614**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.791
2**

**Nonpriority creditor's name and mailing address**

**Sue Crawford**
**11 Wintermist**
**Irvine, CA 92614**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.791
3**

**Nonpriority creditor's name and mailing address**

**Sue Ehramjian**
**2484 Briarcliff Road NE #25**
**Atlanta, GA 30329**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                     Case number *(if known)* _____
_____
Name

| 3.791 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sue Endres**
**375 Porter Ave**
**Vergennes, IL 62994**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sue Frownfelter**
**1317 Blanchard Ave**
**Flint, MI 48503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sue Harbour**
**1080 Delaware Street**
**Unit 214**
**Berkeley, CA 94710**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sue Hart-Landon**
**4733 W Hill Dr**
**Godfrey, IL 62035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sue Hart-Landon**
**4733 W Hill Dr**
**Godfrey, IL 62035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.791 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Sue Mormann**
**50 Biscayne Drive NW**
**3106**
**Atlanta, GA 30309**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**sue sanders**
**5450 lunger rd**
**erie, PA 16510**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.792 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Sue Smith**
**102 Bachtell Circle**
**Smithsburg, MD 21783**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**sue sol**
**99 Harvard pl**
**lower**
**buffalo, NY 14209**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**sue storm**
**13440 cuesta verde**
**salinas, CA 93908**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sue Urban**
**376 WEST RIVER RD**
**VALLEY CITY, OH 44280**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sue Urfer**
**13801 Marshall Ln**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Sue Williams**
**11231 N 32nd Place**
**Phoenix, AZ 85028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.792 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Summer Leigh**
**14522 Biola Ave.**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.7928**

**Nonpriority creditor's name and mailing address**

**Summer Medler**
**1953 Republic Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7929**

**Nonpriority creditor's name and mailing address**

**Summer Owen**
**2802 Sunset Dr.**
**North Platte, NE 69101**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7930**

**Nonpriority creditor's name and mailing address**

**Summer Perry**
**1633 Santiago Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7931**

**Nonpriority creditor's name and mailing address**

**Summer Smith**
**22231 Eucalyptus Ln**
**Lake Forest, CA 92630**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7932**

**Nonpriority creditor's name and mailing address**

**Sundy Johnson**
**21851 Newland**
**102**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7933**

**Nonpriority creditor's name and mailing address**

**Sundy Johnson**
**21851 Newland St**
**space 102**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.7934**

**Nonpriority creditor's name and mailing address**

**Sung Lee**
**836 Market Crest Drive**
**Las Vegas, NV 89110**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**

Name

Case number (if known)

---

**3.793 5**

**Nonpriority creditor's name and mailing address**

**Sunny Paw**
**8304 Lakeside Ct Apt 2A**
**Fort Wayne, IN 46816**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.793 6**

**Nonpriority creditor's name and mailing address**

**Sunshine Hernandez**
**1049 Crest View Road**
**Vista, CA 92081**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.793 7**

**Nonpriority creditor's name and mailing address**

**Supapid Khantee**
**1277 Park St**
**Clearwater, FL 33756**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.793 8**

**Nonpriority creditor's name and mailing address**

**Supapid Khantee**
**1277 Part St**
**Clearwater, FL 33756**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.793 9**

**Nonpriority creditor's name and mailing address**

**Susan Balkcom**
**5160 E Hopp Ln**
**Inverness, FL 34452-8335**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.794 0**

**Nonpriority creditor's name and mailing address**

**Susan Bartky**
**2908 Via Hidalgo**
**San Clemente, CA 92673**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.794 1**

**Nonpriority creditor's name and mailing address**

**Susan Benson**
**2084 SW Ford St.**
**Grants Pass, OR 97526**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

| 3.794 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Benson**
**2084 SW Ford St**
**Grants Pass, OR 97526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Benson**
**61648 Kaci Lane**
**Bend, OR 97702**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Blohowiak**
**15400 Old 32**
**Mountain, WI 54149**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Braithwaite**
**5332 S Island Dr E**
**Bonney Lake, WA 98391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Braithwaite**
**5332 S Island Dr E**
**Bonney Lake, WA 98391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Brunelle**
**22555 Alpine Drive**
**Leavenworth, WA 98826**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.794 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**SUSAN BURCH**
**9822 HARBOR POIINT CIR**
**HUNTINGTON BEACH, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
          Name

---

| 3.794 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Campbell**
**495 Poor Farm Rd.**
**Lebanon, VA 24266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Campbell**
**495 Poor Farm Rd.**
**Lebanon, VA 24266**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Campbell**
**152 Airstream Cir**
**Crossville, TN 38572**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Danen**
**900 N Lake Rd**
**Oconomowoc, WI 53066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Daniel**
**30 Buckspark Court**
**Potomac, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Daniel**
**30 Buckspark Court**
**Rockville, MD 20854**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.795 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Davidson**
**9 Seascape Dr**
**Newport Beach, CA 92663-2732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

Basis for the claim: **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                        Case number (if known) _____

Name

---

**3.7956**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Susan Davidson**
**9 seascape Dr**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7957**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Susan Delfidio**
**703 Seashore Road**
**Riptide Paddles and Pedals**
**Cape May, NJ '08204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2025__

Basis for the claim:  __Warranty__

Last 4 digits of account number __7__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7958**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Susan Diaz**
**7770 Valle Ave**
**Atascadero, CA 93422**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7959**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Susan Dobrunick**
**1435 Monter Ave**
**LOUISVILLE, OH 44641-2035**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7960**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Susan Dolan**
**743 E Main**
**Central City, IA 52214**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2021__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7961**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Susan Estoye**
**25501 E county road 750 n**
**Easton, IL 62633**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2022__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.7962**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.*    **$0.00** |

**Susan Fair**
**74 Glenrock Dr**
**NASHVILLE, TN 37221**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  __2023__

Basis for the claim:  __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name                                                    Case number (if known) _____

---

| 3.796<br>3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Fair**
**19 Half Moon Lane**
**Santa Rosa Beach, FL 32459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796<br>4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Ferdinando**
**18 Rose Glen Drive**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796<br>5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Ferdinando**
**18 Rose Glen dr**
**Andover, MA 01810**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796<br>6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Frownfelter**
**1317 Blanchard Ave**
**Flint, MI 48503**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796<br>7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Fuller**
**3900 Parkview Lane**
**23A**
**Irvine, CA 92612**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796<br>8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Gagnon**
**15096 SHONAN GOLD DR**
**joseph gagnon**
**WINTER GARDEN, FL 34787**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.796<br>9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Susan Golden**
**51 High St**
**Felton, PA 17322**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____    Case number *(if known)* _____
Name

| 3.797 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Susan Harris**
**11745 Coyote Lane SW**
**Olympia, WA 98512**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Susan Hart-Landon**
**4733 W Hill Dr**
**Godfrey, IL 62035**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Susan Hewes**
**7 Lake Blvd**
**East Hampton, CT 06424**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Susan Houghtalin**
**315 Plum Street**
**Aledo, TX 76008**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Susan Howe**
**331 Autumn Pond Way**
**Unit 302**
**Essex Junction, VT 05452**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Susan Huffman Tracz**
**462 E Beck Street**
**Columbus, OH 43206**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.797 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Susan Huppenthal**
**11033 Lake Central Dr**
**Saint John, IN 46373**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.797
7**

**Nonpriority creditor's name and mailing address**

**Susan Hutchings**
**4512 Loganlinda Dr.**
**Yorba Linda, CA 92886**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.797
8**

**Nonpriority creditor's name and mailing address**

**Susan Jacobs**
**2410 Caliber Dr**
**Henrico, VA 23231**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.797
9**

**Nonpriority creditor's name and mailing address**

**Susan Judge**
**845 ridge rd**
**Stevensville, MT 59870**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.798
0**

**Nonpriority creditor's name and mailing address**

**Susan Judge**
**845 Ridge Rd**
**Stevensville, MT 59870**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.798
1**

**Nonpriority creditor's name and mailing address**

**susan judge**
**845 ridge rd**
**stevensville, MT 59870**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.798
2**

**Nonpriority creditor's name and mailing address**

**Susan Kilday**
**107 Fodder Drive**
**Hubert, NC 28539**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.798
3**

**Nonpriority creditor's name and mailing address**

**Susan Krant**
**450 Siskiyou Blvd.**
**Suite 3**
**Ashland, OR 97520**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                              Case number (if known) _____

Name

---

| 3.798 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Susan Larson**
**985 Krista Ln**
**Brookings, OR 97415-9053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Susan Larson**
**985 Krista Lane**
**Brookings, OR 97415**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Susan Lavallee**
**135 FarView Drive**
**Sanford, ME 04073**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Susan Loftus**
**5330 Taylor Ave NE**
**BAINBRIDGE ISLAND, WA 98110**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Susan Logan**
**7053Claymont Drive**
**Pinson, AL 35126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.798 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Susan Luu**
**9908 Trosby Court**
**Vienna, VA 22181**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.799 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Susan Maldonado**
**303 W Riding Dr**
**Bel Air, MD 21014**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                        Case number (if known) _____
_____
Name

---

**3.799
1**

**Nonpriority creditor's name and mailing address**

**susan Marinacci**
**135 S Calle Alta**
**Orange, CA 92869**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.799
2**

**Nonpriority creditor's name and mailing address**

**Susan McClelland**
**262 Throwbridge Drive**
**Scotch Plains, NJ 07076**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.799
3**

**Nonpriority creditor's name and mailing address**

**Susan McDonald**
**311 South Via De Los Rosales**
**Tucson, AZ 85711**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.799
4**

**Nonpriority creditor's name and mailing address**

**Susan mckibben**
**440 De Sola Terrace**
**Corona del mar, CA 92625**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.799
5**

**Nonpriority creditor's name and mailing address**

**Susan McManus**
**3 Anna Drive**
**Canton, MA 02021-3603**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.799
6**

**Nonpriority creditor's name and mailing address**

**Susan McManus**
**3 Anna Drive**
**Canton, MA 02021**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.799
7**

**Nonpriority creditor's name and mailing address**

**SUSAN MOLING**
**2827 N. Torreys Peak Drive**
**Superior, CO 80027**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
Name                                                            Case number (if known) _____

---

**3.7998**

**Nonpriority creditor's name and mailing address**

**Susan Morrison**
**11 W. 27th Ave**
**Spokane, WA 99203**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

$0.00

---

**3.7999**

**Nonpriority creditor's name and mailing address**

**Susan Morse**
**255 Coltrane Court**
**Irvine, CA 92617**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

$0.00

---

**3.8000**

**Nonpriority creditor's name and mailing address**

**Susan Nakahara**
**4316 Cantada Dr**
**Corona, CA 92883**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

$0.00

---

**3.8001**

**Nonpriority creditor's name and mailing address**

**Susan O'Leary**
**6305 30TH ST NW**
**GIG HARBOR, WA 98335**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

$0.00

---

**3.8002**

**Nonpriority creditor's name and mailing address**

**Susan Pauley**
**2395 Hanover Dr.**
**Dunedin, FL 34698**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

$0.00

---

**3.8003**

**Nonpriority creditor's name and mailing address**

**susan perez**
**5421 E 94th St N**
**Sperry, OK 74073**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

$0.00

---

**3.8004**

**Nonpriority creditor's name and mailing address**

**Susan Peters**
**1129 N Cabrillo Ave**
**San Pedro, CA 90731**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset?  ☑ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.800 5**

**Nonpriority creditor's name and mailing address**

**Susan Pierce**
**17081 Camelot Circle**
**HUNTINGTON BEACH, CA 92649**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.800 6**

**Nonpriority creditor's name and mailing address**

**Susan Ragan**
**3056 S 100 E**
**Tipton, IN 46072-9240**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.800 7**

**Nonpriority creditor's name and mailing address**

**Susan Rizzi**
**771 West Park Avenue**
**Long Beach, NY 11561**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.800 8**

**Nonpriority creditor's name and mailing address**

**Susan Rizzi**
**639 West End Ave**
**Apt 12C**
**New York, NY 10025**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.800 9**

**Nonpriority creditor's name and mailing address**

**Susan Ross**
**102 TIMBER LN**
**Hilton Head Island, SC 29926**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.801 0**

**Nonpriority creditor's name and mailing address**

**Susan Schlueter**
**419 Raintree Dr**
**Oswego, IL 60543**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.801 1**

**Nonpriority creditor's name and mailing address**

**Susan Scott**
**4311 Key Peninsula Hwy SW**
**Longbranch, WA 98351**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
      Name

---

**3.801 2**

**Nonpriority creditor's name and mailing address**

**Susan Stewart**
**84 Lessay**
**Newport Coast, CA 92657**

Date(s) debt was incurred __**2024**__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.801 3**

**Nonpriority creditor's name and mailing address**

**Susan Stiefel**
**12922 se sprout ln.**
**Milwaukie, OR 97222**

Date(s) debt was incurred __**2022**__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.801 4**

**Nonpriority creditor's name and mailing address**

**Susan Swenson**
**406 W. Washington Street**
**Brainerd, MN 56401**

Date(s) debt was incurred __**2024**__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.801 5**

**Nonpriority creditor's name and mailing address**

**Susan Thompson**
**3091 Trinity Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred __**2020**__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.801 6**

**Nonpriority creditor's name and mailing address**

**Susan Tolibas**
**4303 Elati Rd**
**Larkspur, CO 80118**

Date(s) debt was incurred __**2020**__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.801 7**

**Nonpriority creditor's name and mailing address**

**Susan Trockey**
**1510 Old Newport Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.801 8**

**Nonpriority creditor's name and mailing address**

**Susan Urfer**
**1518 N. Rosewood ave**
**Santa ana, CA 92706**

Date(s) debt was incurred __**2024**__

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.8019**

**Nonpriority creditor's name and mailing address**

**Susan Vahimian**
**3149 Diamond Crest Lane**
**Henderson, NV 89052**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8020**

**Nonpriority creditor's name and mailing address**

**Susan Vargo**
**2796 Goldenrod Drive**
**Winter Park, FL 32792**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8021**

**Nonpriority creditor's name and mailing address**

**Susan Weir**
**3853 Blueberry Ln**
**Saint James City, FL 33956**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8022**

**Nonpriority creditor's name and mailing address**

**Susan Weir**
**3853 Blueberry Lane**
**Saint James City, FL 33956**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8023**

**Nonpriority creditor's name and mailing address**

**Susan Wescott**
**520 15th Ave SW**
**Rochester, MN 55902**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8024**

**Nonpriority creditor's name and mailing address**

**Susan White**
**106 Teryl Drive**
**Mount Vernon, OH 43050**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8025**

**Nonpriority creditor's name and mailing address**

**Susan White**
**600 Woodland Drive**
**South Lyon, MI 48178**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: _Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.802 6**

**Nonpriority creditor's name and mailing address**

**Susan Wilder**
**96 SONIA ST.**
**OAKLAND, CA 94618**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.802 7**

**Nonpriority creditor's name and mailing address**

**Susan Wiley**
**21825 Paul Ave**
**Torrance, CA 90503**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.802 8**

**Nonpriority creditor's name and mailing address**

**Susan Wilks**
**4516 Sturbridge Drive**
**Salisbury, MD 21804**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.802 9**

**Nonpriority creditor's name and mailing address**

**Susan Woerner**
**17 Hopkins St.**
**Unadilla, NY 13849**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.803 0**

**Nonpriority creditor's name and mailing address**

**Susan Zunft**
**5711 S. 92nd St.**
**Hales Corners, WI 53130**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.803 1**

**Nonpriority creditor's name and mailing address**

**Susanto Gunawan**
**23442 Packer Place**
**Apt. H**
**Lake Forest, CA 92630**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.803 2**

**Nonpriority creditor's name and mailing address**

**Susie Ashton**
**1795 N Snow Canyon Pkwy**
**#53**
**St. George, UT 84770**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.803**
**3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Susie Esquibel**
**3018 Filmore Way**
**apt#122**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803**
**4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**susie hopson**
**27472 paseo arco clave**
**san juan capistrano, CA 92675**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803**
**5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Susie Peck**
**1410 E. Balboa Blvd**
**Newport Beach, CA 92661**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803**
**6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Suzanne Cole**
**29412 Christiana Way**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803**
**7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Suzanne Demidont**
**1355 2nd Avenue**
**Hellertown, PA 18055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803**
**8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Suzanne Demidont**
**1355 2nd Avenue**
**Hellertown, PA 18055**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

**3.803**
**9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Suzanne Easley**
**St. Andrews State Park**
**4607 State Park Lane**
**Panama City Beach, FL 32408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                         Case number *(if known)* _____
_____
Name

| 3.804 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

3.804
0

**Nonpriority creditor's name and mailing address**

**Suzanne Flannigan**
**123 8th St E**
**Tierra Verde, FL 33715**

**Date(s) debt was incurred** _2022_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.804
1

**Nonpriority creditor's name and mailing address**

**Suzanne Harbour**
**1080 Delaware Street, Unit 214**
**214**
**Berkeley, CA 94710**

**Date(s) debt was incurred** _2022_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.804
2

**Nonpriority creditor's name and mailing address**

**Suzanne Hjelm**
**44 Nancy Drive**
**Belmont, NH 03220**

**Date(s) debt was incurred** _2021_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.804
3

**Nonpriority creditor's name and mailing address**

**Suzanne Hjelm**
**44 Nancy Drive**
**BELMONT, NH 03220-3436**

**Date(s) debt was incurred** _2021_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.804
4

**Nonpriority creditor's name and mailing address**

**Suzanne Jewell**
**349 Ash Ave**
**Space 44**
**Carpinteria, CA 93013-2273**

**Date(s) debt was incurred** _2022_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.804
5

**Nonpriority creditor's name and mailing address**

**Suzanne Kenyon**
**24095 Fuschia Court**
**Murrieta, CA 92562**

**Date(s) debt was incurred** _2022_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.804
6

**Nonpriority creditor's name and mailing address**

**suzanne Murray**
**199 athens ave**
**clovis, CA 93611**

**Date(s) debt was incurred** _2021_

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** _Warranty_

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**
_____   Case number (if known) _____
Name

---

| 3.804 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Suzanne Roysdon**
**10402 Mauretania Circle**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.804 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Suzanne Schultze**
**3015 Wellington Road**
**Johns Creek, GA 30022**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.804 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Suzanne Test**
**200 Carlson Ave Apt 21c**
**Washington, IL 61571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.805 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Suzette Solorio**
**1003 Elmhurst Dr**
**Corona, CA 92878**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.805 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**suzie berger**
**609 DRAKE AVE**
**Fullerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.805 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Suzie Berger**
**609 Drake Ave.**
**Fulerton, CA 92832**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.805 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Suzie Gorman**
**1079 N. Balboa Dr**
**Gilbert, AZ 85234**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.805**
**4**

**Nonpriority creditor's name and mailing address**

**Suzie Nieto**
**644 Gravilla Place**
**La Jolla, CA 92037**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.805**
**5**

**Nonpriority creditor's name and mailing address**

**SV Sayonara John Pedersen**
**400 North Flager Drive**
**Suite A**
**West Palm Beach, FL 33401**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.805**
**6**

**Nonpriority creditor's name and mailing address**

**Svetlin Valchev**
**691 W Aspen Way**
**Louisville, CO 80027**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.805**
**7**

**Nonpriority creditor's name and mailing address**

**Swam Pyae Sone**
**21372 Brookhurst Street**
**Sea Spray Compund, bldg 7, unit 733**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.805**
**8**

**Nonpriority creditor's name and mailing address**

**Swanie Tolentino**
**10 Grace Street**
**Apt 605**
**Wilmington, NC 28401**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.805**
**9**

**Nonpriority creditor's name and mailing address**

**Swapna Kanchupati**
**10 Thunder Run**
**Apt 39C**
**Irvine, CA 92614**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.806**
**0**

**Nonpriority creditor's name and mailing address**

**SWARA BHATT**
**17 SILVER FALLS**
**STORRS, CT 06268**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.806
1**

**Nonpriority creditor's name and mailing address**

**Sydnee Hofstad**
**90 Villa Point Dr.**
**Newport Beach, CA 92660**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.806
2**

**Nonpriority creditor's name and mailing address**

**Sydney Devault**
**3134 Haidas Ave**
**San Diego, CA 92117**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.806
3**

**Nonpriority creditor's name and mailing address**

**sydney gunn**
**4237 via marina**
**apt 501**
**MARINA DEL REY, CA 90292**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.806
4**

**Nonpriority creditor's name and mailing address**

**Sydney Haynes**
**10849 Copperhead Rd**
**Conroe, TX 77303**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.806
5**

**Nonpriority creditor's name and mailing address**

**Sydney Rue**
**24105 87th Ave W**
**Edmonds, WA 98026-9004**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.806
6**

**Nonpriority creditor's name and mailing address**

**Sydney Samuels**
**350 W 2875 N**
**Lehi, UT 84043**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.806
7**

**Nonpriority creditor's name and mailing address**

**Syed Taha Hasnain Rizvi**
**5075 Canyon Crest Dr**
**San Ramon, CA 94582**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                   Case number (if known) _____
                Name

---

**3.806 8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Sylvia Hernandez**                                        ☐ Contingent
**717 S FOX ST**                                            ☐ Unliquidated
**SAN FERNANDO, CA 91340**                                  ☐ Disputed

Date(s) debt was incurred **2025**                          Basis for the claim:   **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.806 9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Sylvia Sanchez**                                          ☐ Contingent
**512 Bolsa Ave**                                           ☐ Unliquidated
**Unit B**                                                  ☐ Disputed
**Newport Beach, CA 92663**

Date(s) debt was incurred **2021**                          Basis for the claim:   **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.807 0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Sylvia Sanchez**                                          ☐ Contingent
**512 Bolsa Ave.**                                          ☐ Unliquidated
**Newport Beach, CA 92663**                                 ☐ Disputed

Date(s) debt was incurred **2022**                          Basis for the claim:   **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.807 1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Sylvia Shermer**                                          ☐ Contingent
**301 S. Tippecanoe Avenue**                                ☐ Unliquidated
**San Bernardino, CA 92408**                                ☐ Disputed

Date(s) debt was incurred **2022**                          Basis for the claim:   **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.807 2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Sylvia shermer**                                          ☐ Contingent
**1849 crystal downs dr**                                   ☐ Unliquidated
**217**                                                     ☐ Disputed
**corona, CA 92882**

Date(s) debt was incurred **2022**                          Basis for the claim:   **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.807 3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Sylvie Benjamin**                                         ☐ Contingent
**5 Jocylen Ct**                                            ☐ Unliquidated
**Aliso Viejo, CA 92656**                                   ☐ Disputed

Date(s) debt was incurred **2020**                          Basis for the claim:   **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.807 4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Sylvie Gagne-kielec**                                     ☐ Contingent
**2151 GlenBrook Dr**                                       ☐ Unliquidated
**Cornwall, ON K6h7n2**                                     ☐ Disputed

Date(s) debt was incurred **2024**                          Basis for the claim:   **Warranty**

Last 4 digits of account number __                          Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.807
5**

Nonpriority creditor's name and mailing address

**Syndy Resler**
**1188 Bismark Way**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.807
6**

Nonpriority creditor's name and mailing address

**Tab Kirkland**
**217 Southfork Drive**
**Lebanon, TN 37087**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.807
7**

Nonpriority creditor's name and mailing address

**Tab Kirkland**
**217 Southfork Dr**
**Lebanon, TN 37087**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.807
8**

Nonpriority creditor's name and mailing address

**Tabatha Ekedal**
**2171 Andover Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.807
9**

Nonpriority creditor's name and mailing address

**Tabitha Gennara**
**21501 Brookhurst**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.808
0**

Nonpriority creditor's name and mailing address

**Tabitha Gennara**
**14242 Avon Farms Dr**
**Tampa, FL 33618**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.808
1**

Nonpriority creditor's name and mailing address

**Tad**
**913 W Roosevelt St**
**Phoenix, AZ 85007**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.808 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tad**
**913 W Roosevelt St**
**Phoenix, AZ 85007**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.808 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tad Hurst**
**4159 Baycliff Way**
**Oceanside, CA 92056**

Date(s) debt was incurred **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.808 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tad Murawska**
**328 E Willetta St**
**#8**
**Phoenix, AZ 85004**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.808 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Taha Rizvi**
**5075 Canyon Crest Dr**
**San Ramon, CA 94582**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.808 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Taha Rizvi**
**5075 Canyon Crest Dr**
**San Ramon, CA 94566**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.808 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Taher Aminikharrazi**
**51 Pacific Mist**
**Newport Coast, CA 92657**

Date(s) debt was incurred **2025**
Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.808 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**TAHER AMINIKHARRAZI**
**51 PACIFIC MIST**
**NEWPORT COAST, CA 92657**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

| 3.808 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Taher Shahbazi Mirzahasanloo**
**19532 33rd Dr SE**
**Bothell, WA 98012**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.809 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Taia newland**
**1836 Iowa Street**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.809 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tali Levy**
**2649 N. Mildred Avenue**
**Unit 1N**
**Chicago, IL 60614**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.809 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**talia martinez**
**1215 Winslow Ln**
**newport beach, CA 92660**

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.809 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tam Tran**
**1621 interlachen rd. apt 265-I**
**seal beach, CA 90740**

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.809 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tamar Young**
**974 Aileen**
**(rear)**
**Oakland, CA 94608**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.809 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tamara Addison**
**2811 66th St. SW**
**Naples, FL 34105**

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.809 6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Tamara FISHER**                                                    ☐ Contingent
**530 ALPINE TRAIL RD**                                              ☐ Unliquidated
**ALPINE, CA 91901**                                                ☐ Disputed

Date(s) debt was incurred  **2022**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.809 7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Tamara Gravelle**                                                  ☐ Contingent
**2315 ramona st**                                                  ☐ Unliquidated
**Palo Alto, CA 94301**                                             ☐ Disputed

Date(s) debt was incurred  **2024**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.809 8**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Tamara Langham**                                                  ☐ Contingent
**105 Livingston**                                                  ☐ Unliquidated
**Saint Simons Island, GA 31522**                                   ☐ Disputed

Date(s) debt was incurred  **2021**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.809 9**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Tamara Larned**                                                   ☐ Contingent
**1808 Barbee St**                                                  ☐ Unliquidated
**McLean, VA 22101**                                                ☐ Disputed

Date(s) debt was incurred  **2022**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.810 0**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Tamara McGilvra**                                                 ☐ Contingent
**10929 180th Street SE**                                           ☐ Unliquidated
**Snohomish, WA 98296**                                             ☐ Disputed

Date(s) debt was incurred  **2023**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.810 1**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Tamara Schaff**                                                   ☐ Contingent
**6215 S. Rockrose Way**                                            ☐ Unliquidated
**Boise, ID 83716**                                                 ☐ Disputed

Date(s) debt was incurred  **2022**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.810 2**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Tamara Stoddard**                                                 ☐ Contingent
**18605 San Marcos Street**                                         ☐ Unliquidated
**Fountain Valley, CA 92708**                                       ☐ Disputed

Date(s) debt was incurred  **2021**                                 **Basis for the claim:  Warranty**

Last 4 digits of account number __                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.810
3**

**Nonpriority creditor's name and mailing address**

**Tamera Taylor c/o Wayee Chu**
**346 Piper Street**
**healdsburg, CA 95448**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.810
4**

**Nonpriority creditor's name and mailing address**

**Tami Anderson**
**33681 Scottys Cove Dr**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.810
5**

**Nonpriority creditor's name and mailing address**

**Tami Cordova**
**3518 Winston dr**
**Lake Havasu, AZ 86406**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.810
6**

**Nonpriority creditor's name and mailing address**

**Tami MacDonald**
**121 Jade Ave**
**Newport Beach, CA 92662**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.810
7**

**Nonpriority creditor's name and mailing address**

**Tami McDonald**
**121 Jade Ave.**
**NEWPORT BEACH, CA 92662**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.810
8**

**Nonpriority creditor's name and mailing address**

**Tami Nunez**
**2220 Park Newport #316**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.810
9**

**Nonpriority creditor's name and mailing address**

**Tami Olson**
**1061 E. 8th St.**
**Chico, CA 95928**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                          Case number (if known) _____
          Name

---

**3.811 0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Tami Peabody**
**130 Normandy Dr**                                          ☐ Contingent
**Tavernier, FL 33070**                                     ☐ Unliquidated
                                                            ☐ Disputed
Date(s) debt was incurred  **2021**
                                                            **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.811 1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Tamie Sterndahl**
**1880 Winterdew Avenue**                                    ☐ Contingent
**Simi Valley, CA 93065**                                   ☐ Unliquidated
                                                            ☐ Disputed
Date(s) debt was incurred  **2025**
                                                            **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.811 2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Tamie Sterndahl**
**2846 Otero Court**                                         ☐ Contingent
**#311**                                                    ☐ Unliquidated
**Carlsbad, CA 92010**                                      ☐ Disputed
Date(s) debt was incurred  **2024**
                                                            **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.811 3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Tamie Tran**
**401 East 19th Street**                                     ☐ Contingent
**Costa Mesa, CA 92627**                                    ☐ Unliquidated
                                                            ☐ Disputed
Date(s) debt was incurred  **2023**
                                                            **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.811 4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Tammi Turpin**
**4285 w aspen creek st**                                    ☐ Contingent
**meridian, ID 83642**                                      ☐ Unliquidated
                                                            ☐ Disputed
Date(s) debt was incurred  **2023**
                                                            **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.811 5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Tammy Bloom**
**413 Dearborn park road**                                   ☐ Contingent
**Pescadero, CA 94060**                                     ☐ Unliquidated
                                                            ☐ Disputed
Date(s) debt was incurred  **2024**
                                                            **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

**3.811 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Tammy Brusseau**
**21418 Vera Cir**                                           ☐ Contingent
**Huntington Beach, CA 92648**                              ☐ Unliquidated
                                                            ☐ Disputed
Date(s) debt was incurred  **2023**
                                                            **Basis for the claim:  Warranty**
Last 4 digits of account number __
                                                            Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.811 7**

**Nonpriority creditor's name and mailing address**

**Tammy Darling**
**71 East St**
**Ludlow, MA 01056**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.811 8**

**Nonpriority creditor's name and mailing address**

**Tammy Ellis**
**15239 Cerritos St.**
**Fontana, CA 92336**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.811 9**

**Nonpriority creditor's name and mailing address**

**Tammy Greyshock**
**26371 Paloma #N-162**
**Foothill Ranch, CA 92610**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.812 0**

**Nonpriority creditor's name and mailing address**

**Tammy Hofer**
**5086 Romaine Spring Drive**
**Fenton, MO 63026**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.812 1**

**Nonpriority creditor's name and mailing address**

**Tammy Huling**
**581 Camp Westwood Rd**
**Greene, RI 02827**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.812 2**

**Nonpriority creditor's name and mailing address**

**Tammy Hutchinson**
**1407 Captains Circle**
**Kill Devil Hills, NC 27948**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.812 3**

**Nonpriority creditor's name and mailing address**

**Tammy Hutchinson**
**1407 Captains Circle**
**Kill Devil Hills, NC 27948**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
        Name

---

**3.812
4**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tammy Jones**
**1206 Fairway Ave**
**B**
**South Lake Tahoe, CA 96150**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.812
5**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tammy McAllaster**
**1672 Highlands Drive**
**Breckenridge, CO 80424**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.812
6**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tammy O'Neill**
**1638 Brooksbend Dr**
**Wesley Chapel, FL 33543**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.812
7**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tammy Partanen Palomino**
**37815 2nd st.**
**Fremont, CA 94536**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.812
8**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tammy Stanaland**
**6 Anacapri**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.812
9**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tammy Usie**
**7255 Flood Reef**
**Pensacola, FL 32507**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.813
0**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tammy Wehner**
**2009 RIVERGATE DR**
**FLEMING ISLE, FL 32003-8672**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number __**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                    Case number *(if known)* _____
        _____
        Name

---

| 3.813 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tammy Wehner**
**2009 Rivergate Drive**
**Fleming Island, FL 32003**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tamra Carnevale**
**16399 Markham Street**
**Riverside, CA 92504**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tamra Hussey**
**148 Wagonwheel Road**
**Robbins, NC 27325**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tana L Hildebrandt**
**6545 Cranbrook Hill Rd**
**Prince George, AL V2M 7C7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tanja Andrzejewski**
**1669 Ottawa Trail Court**
**Oxford, MI 48371**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tanja Andrzejewski-Chu**
**1669 OTTAWA TRAIL CT**
**OXFORD, MI 48371-6603**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.813 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tanja Tootikian**
**5 Salinger**
**Coto De Caza, CA 92679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                          Case number (if known) _____
            Name

---

**3.8138**

**Nonpriority creditor's name and mailing address**

**Tanna Fernow**
**3 Bluefin Ct**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8139**

**Nonpriority creditor's name and mailing address**

**Tanner Chang**
**5762 Mangrun Dr**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8140**

**Nonpriority creditor's name and mailing address**

**Tanner Hummel**
**7 Marblehead Place**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8141**

**Nonpriority creditor's name and mailing address**

**Tanner Williams**
**41 Boot Cove Rd**
**Lubec, ME 04652**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8142**

**Nonpriority creditor's name and mailing address**

**Tanya Council**
**19322 Surfwave Dr**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8143**

**Nonpriority creditor's name and mailing address**

**Tanya Farmakis**
**27222 Cordero Lane**
**Mission Viejo, CA 92691**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8144**

**Nonpriority creditor's name and mailing address**

**Tanya Fedchik**
**15612 SE Gladys Rose Way**
**Damascus, OR 97089**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                           Case number (if known) _____
_____
Name

---

| 3.814 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tanya Finney**
**32444 Crown Valley Parkway Unit 202**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tanya Kennedy**
**161 Campfire Cove**
**Freeport, FL 32459**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tanya Reader**
**485 Cress St**
**Laguna Beach, CA 92651**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tanya Thornton**
**13054 Ivanpah Rd**
**Apple Valley, CA 92308**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.814 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tanya Tiveron**
**383 Santa Isabel Ave**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tanya VanDamme**
**20066 W Marshall Ave**
**Litchfield Park, AZ 85340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tara Berardi Murray**
**5911 Tyndall Ave**
**Bronx, NY 10471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.815 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tara Berardi Murray**
**5930 Liebig Ave**
**Bronx, NY 10471**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tara Bunker**
**615 Frankfort Ave**
**Newport Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tara Donahue**
**98 Abrigo**
**Rancho Santa Margarita, CA 92688**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tara E Petter**
**213 south St W**
**AMERY, WI 54001**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tara Effinger**
**3333 Royce Way**
**Lake Oswego, OR 97034**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tara Fullbright**
**21162 Greenboro Lane**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.815 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tara Kennedy**
**2301 Flagler Ave**
**Naval Air Station Key West, FL 33040**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.8159**

**Nonpriority creditor's name and mailing address**
**Tara Mcnabb**
**2110 Monrovia**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8160**

**Nonpriority creditor's name and mailing address**
**Tara Murray**
**5911 Tyndall Ave**
**Bronx, NY 10471**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8161**

**Nonpriority creditor's name and mailing address**
**Tara Neil**
**20621 Kelvin Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8162**

**Nonpriority creditor's name and mailing address**
**Tara Olson**
**5381 Santa Catalina Ave**
**Garden grove, CA 92845**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8163**

**Nonpriority creditor's name and mailing address**
**Tara Petter**
**213 South St W**
**Amery, WI 54001**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8164**

**Nonpriority creditor's name and mailing address**
**Tara Sinnott**
**1000 South Westgate Avenue**
**#419**
**Los Angeles, CA 90049**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8165**

**Nonpriority creditor's name and mailing address**
**tara sol**
**113 Les Saints Rd.**
**Sequim, WA 98382**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

3.816
6

**Nonpriority creditor's name and mailing address**
**Tara Sol**
**41 E Jarrett Dr.**
**Shelton, WA 98584**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.816
7

**Nonpriority creditor's name and mailing address**
**Tara Teitge**
**1391 San Marcos Ct.**
**San Luis Obispo, CA 93401**

Date(s) debt was incurred **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.816
8

**Nonpriority creditor's name and mailing address**
**Tara Walsh**
**408 Calle macho**
**San Clemente, CA 92673**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.816
9

**Nonpriority creditor's name and mailing address**
**Tara Weis**
**8412 Santana Cir**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.817
0

**Nonpriority creditor's name and mailing address**
**Tara Weis**
**8412 Santana Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.817
1

**Nonpriority creditor's name and mailing address**
**Tara Wiggins**
**683 29th Ave.**
**San Mateo, CA 94403**

Date(s) debt was incurred **2025**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.817
2

**Nonpriority creditor's name and mailing address**
**Tarah Fyock**
**809 Riverside Ave**
**Apt B**
**Santa Cruz, CA 95060**

Date(s) debt was incurred **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F    Schedule E/F: Creditors Who Have Unsecured Claims    Page 1168 of 1405

Debtor    **Electric Bike Company, LLC**                                     Case number *(if known)* _____
　　　　　Name

---

**3.817**
**3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* **$0.00** |

**Tarek El Moussa**
**2037 e ocean blvd**
**newport beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.817**
**4**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Taril Harhay**
**14 Bethany**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.817**
**5**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Taryn Chavez**
**207 Knox St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.817**
**6**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Taryn Johnson**
**243 alienta lane**
**Rancho Mission Viejo, CA 92694**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.817**
**7**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Taryn Langmead**
**812 Hallyard Ct SE**
**Leesburg, AL 20175**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.817**
**8**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Tasha Steck**
**3005 Warren Lane**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

**3.817**
**9**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: *Check all that apply.*    **$0.00**

**Tashiana House**
**3013 Ingalls Road**
**Menomonie, WI 54751**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                                  Case number (if known) _____
        Name

---

| 3.818 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Taso Hiotidis** | ☐ Contingent | |
| **2814 37th street** | ☐ Unliquidated | |
| **Astoria, NY 11103** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☐ No ☐ Yes | |

---

| 3.818 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Tate Lohmiller** | ☐ Contingent | |
| **1902 Lake Street** | ☐ Unliquidated | |
| **Huntington beach, CA 92648** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.818 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Tatiana Hughes** | ☐ Contingent | |
| **1920 North Main Street** | ☐ Unliquidated | |
| **Acct# BHU19532** | ☐ Disputed | |
| **Oroville, WA 98844** | | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.818 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Tatiana Levey** | ☐ Contingent | |
| **1132 W 255th St. Apt. 4** | ☐ Unliquidated | |
| **Harbor City, CA 90710** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.818 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Tatum Balfanz** | ☐ Contingent | |
| **3904 River** | ☐ Unliquidated | |
| **Newport Beach, CA 92663** | ☐ Disputed | |
| Date(s) debt was incurred  **2020** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.818 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Tatum Bixler** | ☐ Contingent | |
| **2460 Corte Merlango** | ☐ Unliquidated | |
| **Unit 2460** | ☐ Disputed | |
| **San Clemente, CA 92673** | | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

| 3.818 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | **$0.00** |
| **Tatum Cain** | ☐ Contingent | |
| **2 Cape Danbury** | ☐ Unliquidated | |
| **Newport Beach, CA 92660** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ☑ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**                                  Case number *(if known)* _____
_____
Name

---

| 3.818 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tatyana Livarchuk**
**4912 Woodhaven Lane**
**Indian Trail, NC 28079**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.818 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Taunja Wilson**
**732 Turtle Crest Drive**
**Irvine, CA 92603**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.818 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Taunya Reilly**
**165 Kensington Park**
**Irvine, CA 92606**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.819 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Taurus Thompson (Northern Jeager)**
**7930 Pembroke Road**
**Hollywood, FL 33023**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.819 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Taye Hill**
**4811 Van Dorn St**
**Lincoln, NE 68506**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.819 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Taylor Adams**
**510 1/2 Bolsa Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.819 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Taylor Blackwell**
**16 South Barrett Square, Unit C4**
**Rosemary Beach, FL 32461**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)*

Name

---

| 3.819 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Taylor Castro**
**1702, Clay Street**
**Clay Street**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Taylor Castro**
**1702 Clay St**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**TAYLOR DROTMAN**
**9999 NW 89TH AVE**
**BAY # 20**
**MEDLEY, FL 33178**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Taylor Eli**
**312 Channel Lane**
**Nokomis, FL 34275**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Taylor Grimm**
**10059 Los Caballos Ct**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.819 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Taylor Honey**
**2908 Glendale Drive W**
**University Place, WA 98466**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.820 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**taylor joni**
**1874 Milkweed Court**
**Gardnerville, NV 89410**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number ___

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.820<br>1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Taylor Loeffler**
**1607 W. Balboa Blvd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

3.820
2

**Nonpriority creditor's name and mailing address**

**Taylor Mcconnaughy**
**106 Yorktown**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.820
3

**Nonpriority creditor's name and mailing address**

**Taylor Nash**
**17540 Cameron Ln**
**Unit 110**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.820
4

**Nonpriority creditor's name and mailing address**

**Taylor Reichelt**
**16442 Oakmont Ln**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.820
5

**Nonpriority creditor's name and mailing address**

**taylor sarkisian**
**1800 Port Tiffin**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.820
6

**Nonpriority creditor's name and mailing address**

**Taylor Schlener**
**10441 Sunday Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

3.820
7

**Nonpriority creditor's name and mailing address**

**Taylor Schlener**
**10441 Sunday Dr.**
**Huntington beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.820
8**

**Nonpriority creditor's name and mailing address**

**Taylor Starr**
**223 Avenida Monterey D**
**San Clemente, CA 92672**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.820
9**

**Nonpriority creditor's name and mailing address**

**Taylor Vondrak**
**10 Corsica**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.821
0**

**Nonpriority creditor's name and mailing address**

**Taylor Wells**
**7222 Residencia**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.821
1**

**Nonpriority creditor's name and mailing address**

**Taylor Whisenand**
**2518 Margaret Dr.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.821
2**

**Nonpriority creditor's name and mailing address**

**Taylor Woodward**
**1001 Cliff Dr.**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.821
3**

**Nonpriority creditor's name and mailing address**

**Taylor, James**
**3491 E 550 S**
**Gas City, IN 46933**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.821
4**

**Nonpriority creditor's name and mailing address**

**Ted Clemmer**
**26 Vale View Drive**
**'**
**Doylestown, PA 18901**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                         Case number (if known) _____

Name

---

**3.821 5**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Ted Crowley**
**4102 E. Saint Joseph Way**                                                ☐ Contingent
**Phoenix, AZ 85018**                                                       ☐ Unliquidated
                                                                            ☐ Disputed

Date(s) debt was incurred **2020**                                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.821 6**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Ted Cupp**
**789 w 18th st**                                                           ☐ Contingent
**apt 2a**                                                                  ☐ Unliquidated
**Costa mesa, CA 92627**                                                    ☐ Disputed

Date(s) debt was incurred **2025**                                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.821 7**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Ted Cupp**
**789 w 18th st**                                                           ☐ Contingent
**apt 2a**                                                                  ☐ Unliquidated
**Costa mesa, CA 92627**                                                    ☐ Disputed

Date(s) debt was incurred **2025**                                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.821 8**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Ted Hadley**
**4381 Pleasant Hill Rd**                                                   ☐ Contingent
**Kissimmee, FL 34746**                                                     ☐ Unliquidated
                                                                            ☐ Disputed

Date(s) debt was incurred **2021**                                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.821 9**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Ted Harrison**
**20017 Southeast 384th St**                                               ☐ Contingent
**Auburn, WA 98092**                                                        ☐ Unliquidated
                                                                            ☐ Disputed

Date(s) debt was incurred **2023**                                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.822 0**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Ted Huffman**
**7451 Clamdigger Dr**                                                      ☐ Contingent
**Blaine, WA 98230**                                                        ☐ Unliquidated
                                                                            ☐ Disputed

Date(s) debt was incurred **2024**                                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.822 1**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: *Check all that apply.*                $0.00

**Ted Huffman**
**7451 Clamdigger Drive**                                                   ☐ Contingent
**Blaine, WA 98230**                                                        ☐ Unliquidated
                                                                            ☐ Disputed

Date(s) debt was incurred **2024**                                          **Basis for the claim:  Warranty**

Last 4 digits of account number _                                           Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

---

**3.822 2**

**Nonpriority creditor's name and mailing address**

**Ted Kiester**
**241 Camino Cortina**
**Camarillo, CA 93010**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.822 3**

**Nonpriority creditor's name and mailing address**

**Ted Lewis**
**142 Drace St**
**Rochester, MI 48307**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.822 4**

**Nonpriority creditor's name and mailing address**

**Ted Lewis**
**142 Drace St**
**Rochester, MI 48307**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.822 5**

**Nonpriority creditor's name and mailing address**

**Ted Litz**
**28382 Chat Dr.**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.822 6**

**Nonpriority creditor's name and mailing address**

**Ted Moore**
**9072 Starpass Dr**
**Jacksonville, FL 32256**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.822 7**

**Nonpriority creditor's name and mailing address**

**Ted Olden**
**215 1/2 Grant Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.822 8**

**Nonpriority creditor's name and mailing address**

**Ted Seiple**
**2837 Heather Lane**
**Montgomery, IL 60538**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

3.822
9

**Nonpriority creditor's name and mailing address**

**Ted Wacker**
**1000 Newport Center Dr.**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.823
0

**Nonpriority creditor's name and mailing address**

**Ted Walsh**
**1406 Froude Avenue**
**Scranton, PA 18505**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.823
1

**Nonpriority creditor's name and mailing address**

**Teddy Luna**
**13647 Ashlar Slate Pl**
**Riverview, FL 33579**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.823
2

**Nonpriority creditor's name and mailing address**

**Temir Sacuy**
**199 Mesa Drive**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.823
3

**Nonpriority creditor's name and mailing address**

**Tennille Greenfield**
**606 13TH STREET**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.823
4

**Nonpriority creditor's name and mailing address**

**Tennille Greenfield**
**606 13TH STREET**
**Huntington Beach, CA 92648-4040**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.823
5

**Nonpriority creditor's name and mailing address**

**Tera Tanner**
**375 E 18th St**
**No 6**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Electric Bike Company, LLC**    Case number (if known) _____
_____
Name

---

| 3.823 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tera Tanner**
**375 E 18th st**
**no 6**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Terence McHale**
**615 Camino Cerrado**
**South Pasadena, CA 91030-4103**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Terence McHale**
**615 Camino Cerrado**
**South Pasadena, CA 91030**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.823 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Terence Palma**
**15 thayer pl**
**apt2**
**Braintree, MA 02184**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Teresa Arnold**
**1828 Whispering Trail**
**Irvine, CA 92602**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Teresa Bader**
**222 66th Ave East**
**Tacoma, WA 98424**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.824 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Teresa Boyd**
**4600 Sw 134 Ave**
**Southwest Ranches, FL 33330**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
         Name

---

**3.824 3**

**Nonpriority creditor's name and mailing address**

**Teresa Brookbank**
**164 Cherry Blossom Lane**
**Cleveland, SC 29635**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.824 4**

**Nonpriority creditor's name and mailing address**

**Teresa Conter**
**10051 Kamuela Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.824 5**

**Nonpriority creditor's name and mailing address**

**Teresa Davis**
**53 Palomino Path**
**River Ranch, FL 33867**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.824 6**

**Nonpriority creditor's name and mailing address**

**Teresa Deese**
**21355 Via Del Parque**
**Yorba Linda, CA 92887**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.824 7**

**Nonpriority creditor's name and mailing address**

**TERESA Ellis**
**332 Ponte Vedra Boulevard**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.824 8**

**Nonpriority creditor's name and mailing address**

**Teresa Gwinn**
**2755 Irvington Ave**
**San Bernardino, CA 92407**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.824 9**

**Nonpriority creditor's name and mailing address**

**Teresa Hooper**
**2912 US Highway 158 W**
**Yanceyville, NC 27379**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.825 0**

**Nonpriority creditor's name and mailing address**

**Teresa Howarth**
**5482 Santa Barbara Ave**
**Garden Grove, CA 92845**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.825 1**

**Nonpriority creditor's name and mailing address**

**Teresa Kokocki**
**8350 E McKellips Rd**
**Lot 225**
**Scottdale, AZ 85257**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.825 2**

**Nonpriority creditor's name and mailing address**

**Teresa L Young**
**1042 Grace Meade**
**Ashland City, TN 37015**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.825 3**

**Nonpriority creditor's name and mailing address**

**Teresa L Young**
**1042 Grace Meade**
**Ashland City, TN 37015**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.825 4**

**Nonpriority creditor's name and mailing address**

**Teresa Martin**
**6019 St. Charles Street**
**Cottleville, MO 63304**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.825 5**

**Nonpriority creditor's name and mailing address**

**Teresa Medlin**
**539 Medora Lane**
**Fort Mill, SC 29708**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.825 6**

**Nonpriority creditor's name and mailing address**

**Teresa Miles**
**241 S Hoquiam St**
**PO Box 182**
**Westport, WA 98595**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____  Case number (if known) _____
Name

---

**3.825
7**

**Nonpriority creditor's name and mailing address**

**Teresa Miles**
**PO Box 182**
**241 So Hoquiam St**
**Westport, WA 98595**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.825
8**

**Nonpriority creditor's name and mailing address**

**Teresa Miller**
**355 13th St**
**Seal Beach, CA 90740**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.825
9**

**Nonpriority creditor's name and mailing address**

**Teresa Murray**
**7650 Mitchell Dewitt Road**
**Plain City, OH 43064**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.826
0**

**Nonpriority creditor's name and mailing address**

**TERESA PAYNE**
**515 Deaton Young Rd**
**Lexington, NC 27292**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.826
1**

**Nonpriority creditor's name and mailing address**

**Teresa Ross**
**2084 Flamingo Drive**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.826
2**

**Nonpriority creditor's name and mailing address**

**Teresa Sajkowski**
**80 Hominy Hill Road**
**Colts Neck, NJ 07722**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.826
3**

**Nonpriority creditor's name and mailing address**

**Teresa Seabrook**
**33 Chimney Rock**
**Oakland, CA 94605**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.826
4**

**Nonpriority creditor's name and mailing address**

**Teresa Tims**
**1323 E Balboa Blvd**
**Unit 1**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.826
5**

**Nonpriority creditor's name and mailing address**

**Teresa Wendel**
**5672 Devlin Ave**
**Niagara Falls, NY 14304**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.826
6**

**Nonpriority creditor's name and mailing address**

**Teresa Williams**
**3205 Tremont Avenue**
**Cheverly, MD 20785**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.826
7**

**Nonpriority creditor's name and mailing address**

**Teresa Woulfe**
**4811 Kaskaskia Trail**
**Godfrey, IL 62035**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.826
8**

**Nonpriority creditor's name and mailing address**

**Teri fonda**
**519 superior ave**
**Newport beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.826
9**

**Nonpriority creditor's name and mailing address**

**Teri Lawrence**
**1670 N first Ave**
**Uupland, CA 91784**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.827
0**

**Nonpriority creditor's name and mailing address**

**Teri Lawrence**
**1670 N First Av**
**Upland, CA 91784**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.827**
**1**

**Nonpriority creditor's name and mailing address**

**Teri Patterson**
**1510 Old Newport Blvd**
**Costa Mesa, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.827**
**2**

**Nonpriority creditor's name and mailing address**

**Teri Porter**
**556 Sunnyslope Road**
**Petaluma, CA 94952**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.827**
**3**

**Nonpriority creditor's name and mailing address**

**Teri Whiffen**
**10204 Durango River Ct**
**Fountain Valley, CA 92708**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.827**
**4**

**Nonpriority creditor's name and mailing address**

**Terin Blake**
**1477 Clermont St**
**Denver, CO 80220**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.827**
**5**

**Nonpriority creditor's name and mailing address**

**Terin Blake**
**1477 Clermont St**
**Denver, CO 80220**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.827**
**6**

**Nonpriority creditor's name and mailing address**

**Terra Chez**
**4015 Topside Ln**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.827**
**7**

**Nonpriority creditor's name and mailing address**

**Terra Walker**
**13712 Hewes Ave**
**North Tustin, CA 92705**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
Name

Case number *(if known)* _____

---

**3.8278**

**Nonpriority creditor's name and mailing address**

**Terrance Devlaeminck**
**3453 SW Highway 47**
**Forest Grove, OR 97116**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8279**

**Nonpriority creditor's name and mailing address**

**TERRANCE TENNANT**
**33232 BIG SUR ST**
**DANA POINT, CA 92629**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8280**

**Nonpriority creditor's name and mailing address**

**Terrell Rodman**
**4009 Layang Layang Cir Apt D**
**Carlsbad, CA 92008**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8281**

**Nonpriority creditor's name and mailing address**

**Terrell Rodman**
**4009 Layang Layang Cir D**
**Carlsbad, CA 92008**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8282**

**Nonpriority creditor's name and mailing address**

**Terrence Cuper**
**114 Wood Hollow Dr.**
**Cary, NC 27513**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8283**

**Nonpriority creditor's name and mailing address**

**Terri Craft**
**417 1/2 E 20th St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8284**

**Nonpriority creditor's name and mailing address**

**Terri Dorran**
**960 SW 7th Street**
**HERMISTON, OR 97838**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

**3.828
5**

**Nonpriority creditor's name and mailing address**

**Terri Dorran**
**960 sw 7th st.**
**Hermiston, OR 97838**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.828
6**

**Nonpriority creditor's name and mailing address**

**Terri Dronet**
**10535 Old Oak Rd**
**Yucaipa, CA 92399**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.828
7**

**Nonpriority creditor's name and mailing address**

**Terri Dronet**
**1945 Placentia Avenue**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.828
8**

**Nonpriority creditor's name and mailing address**

**terri eichen**
**12160 SW Scholls Ferry Rd**
**Tigard, OR 97223**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.828
9**

**Nonpriority creditor's name and mailing address**

**Terri Hauff**
**2135 w 10th street**
**port angeles, WA 98363**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.829
0**

**Nonpriority creditor's name and mailing address**

**Terri Heenan**
**6824 Fallbrook Court**
**Colleyville, TX 76034**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.829
1**

**Nonpriority creditor's name and mailing address**

**Terri Henderson**
**13 Reflection Cove Drive**
**Henderson, NV 89011**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.829 2**

**Nonpriority creditor's name and mailing address**

**Terri Henderson**
**13 Reflection Cove Dr**
**Henderson, NV 89011**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 3**

**Nonpriority creditor's name and mailing address**

**Terri Judd**
**1500 e. cheadle rd.**
**Tishomingo, OK 73460**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 4**

**Nonpriority creditor's name and mailing address**

**Terri Kissinger**
**821 Eldorado Avenue Southeast**
**Huntsville, AL 35802**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 5**

**Nonpriority creditor's name and mailing address**

**Terri Lavender**
**30 Cypress Rdg**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 6**

**Nonpriority creditor's name and mailing address**

**Terri Rabkin**
**1301 Egrets Landing**
**Naples, FL 34108**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 7**

**Nonpriority creditor's name and mailing address**

**Terri Rose**
**509 Lavaca St**
**Cuero, TX 77954-2529**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.829 8**

**Nonpriority creditor's name and mailing address**

**Terri Schmiesing**
**19740 NW North Star Drive**
**Banks, OR 97106**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.829 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Terri Schmiesing** | ☐ Contingent | |
| **19740 NW NORTH STAR DR** | ☐ Unliquidated | |
| **BANKS, OR 97106-7242** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.830 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Terri Schofield** | ☐ Contingent | |
| **1037 S 40th Pl** | ☐ Unliquidated | |
| **Springfield, OR 97478** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.830 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Terri Taul Taul** | ☐ Contingent | |
| **2052 St. Pierre Dr.** | ☐ Unliquidated | |
| **Carrollton, TX 75006** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.830 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Terrie Frieden** | ☐ Contingent | |
| **4845 Arlington Ave** | ☐ Unliquidated | |
| **Marion, IA 52302** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.830 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Terrie Frieden** | ☐ Contingent | |
| **1195 E Post Rd SE** | ☐ Unliquidated | |
| **Suite 4** | ☐ Disputed | |
| **Marion, IA 52302-7235** | | |
| Date(s) debt was incurred **2024** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.830 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Terrill Schmidt** | ☐ Contingent | |
| **24035 Vista Corona** | ☐ Unliquidated | |
| **Dana Point, CA 92629** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.830 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **Terry Allen** | ☐ Contingent | |
| **4 Collingwood** | ☐ Unliquidated | |
| **Aliso Viejo, CA 92656** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number *(if known)*   _____

---

| 3.830 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Terry Axcell**
**22684 Calcutta Dr**
**Canyon Lake, CA 92587**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Terry Billing**
**2884 la Brea Dr**
**St. Charles, MO 63303-9008**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Terry Billing**
**2884 La Brea Dr**
**St. Charles, MO 63303**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.830 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Terry Booher**
**401 Myers Rd**
**apt 8**
**Celina, OH 45822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Terry Booher**
**401 Myers Rd**
**apt 8**
**Celina, OH 45822**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Terry Casanova**
**4552 Scenario Drive**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.831 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Terry Cleland**
**6738 Misty Ridge Dr**
**Riverside, CA 92505**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.831
3**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.           **$0.00**

**Terry Connolly**                                                  ☐ Contingent
**8929 Rhine River ave**                                            ☐ Unliquidated
**Fountain Valley, CA 92708**                                       ☐ Disputed

Date(s) debt was incurred  **2021**                                Basis for the claim:  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.831
4**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.           **$0.00**

**Terry Courson**                                                  ☐ Contingent
**732 June Lake Ln**                                                ☐ Unliquidated
**Brandon, FL 33510**                                              ☐ Disputed

Date(s) debt was incurred  **2025**                                Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.831
5**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.           **$0.00**

**Terry Courson**                                                  ☐ Contingent
**734 June Lake Lane**                                              ☐ Unliquidated
**Brandon, FL 33510**                                              ☐ Disputed

Date(s) debt was incurred  **2023**                                Basis for the claim:  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.831
6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.           **$0.00**

**Terry Crump**                                                    ☐ Contingent
**STONEGATE WAY**                                                  ☐ Unliquidated
**6309**                                                           ☐ Disputed
**Las Vegas, NV 89146**

Date(s) debt was incurred  **2021**                                Basis for the claim:  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.831
7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.           **$0.00**

**Terry Davison**                                                  ☐ Contingent
**504 w jefferson**                                                ☐ Unliquidated
**Petoskey, MI 49770**                                             ☐ Disputed

Date(s) debt was incurred  **2021**                                Basis for the claim:  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.831
8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.           **$0.00**

**Terry Fitzpatrick**                                              ☐ Contingent
**198 Somerset Bridge Rd.**                                        ☐ Unliquidated
**Santa Rosa Beach, FL 33459**                                     ☐ Disputed

Date(s) debt was incurred  **2020**                                Basis for the claim:  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.831
9**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: Check all that apply.           **$0.00**

**Terry Glynn**                                                    ☐ Contingent
**4008 Marcus Ave**                                                ☐ Unliquidated
**Newport Beach, CA 92663**                                        ☐ Disputed

Date(s) debt was incurred  **2022**                                Basis for the claim:  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.832 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Terry Godwin**
**2586 Hwy 159 W**
**BELLVILLE, TX 77418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Terry Godwin**
**2586 Hwy 159 West**
**Bellville, TX 77418**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Terry Hicks**
**465 Golden Oak Drive**
**Portola Valley, CA 94028**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Terry Hill**
**1220 Arlington Ave**
**Los Angeles, CA 90019**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Terry Jetmore**
**3738 Lewis Ave.**
**Long Beach, CA 90807**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Terry Johnson**
**6526 Rolling Fork Drive**
**Nashville, TN 37205**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Terry Kay Henderson**
**610 Lady Bird Rd.**
**Waco, TX 76712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                    Case number (if known) _____
_____
Name

| 3.832 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Terry Koehne**
**409 Fernando Ct.**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Terry Koehne**
**409 Fernando Ct.**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.832 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Terry Koehne**
**409 Fernando Ct**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Terry Koehne**
**409 Fernando Court**
**San Ramon, CA 94583**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Terry L Cuper**
**114 WOOD HOLLOW DR**
**CARY, NC 27513-4953**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Terry Lawrence**
**3576 NE Reef drive**
**Lincoln City, OR 97367**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.833 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Terry Maggard**
**15592 Woodford Drive**
**Westfield, IN 46074**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.833
4**

**Nonpriority creditor's name and mailing address**

**Terry Maggard**
**5582 Wafer Ash Drive**
**Whitestown, IN 46075**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.833
5**

**Nonpriority creditor's name and mailing address**

**Terry Maglio**
**6633 Electric Ave**
**La Jolla, CA 92037**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.833
6**

**Nonpriority creditor's name and mailing address**

**Terry McDonald**
**9352 Sonora Ave**
**St. Louis, MO 63144**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.833
7**

**Nonpriority creditor's name and mailing address**

**Terry McDonald**
**3691 Santa Adriana Ave**
**Las Cruces, NM 88012**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.833
8**

**Nonpriority creditor's name and mailing address**

**Terry Michael bardouski**
**434 minckler ave**
**susanville, CA 96130**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.833
9**

**Nonpriority creditor's name and mailing address**

**Terry Michel**
**717 K St SW**
**Quincy, WA 98848**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.834
0**

**Nonpriority creditor's name and mailing address**

**Terry Miller**
**20230 Landig Cir**
**Yorba Linda, CA 92887**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____     Case number (if known) _____
Name

---

**3.834 1**

**Nonpriority creditor's name and mailing address**
**Terry Orourke**
**3038 Oak Pointe Drive**
**Pensacola, FL 32505**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.834 2**

**Nonpriority creditor's name and mailing address**
**Terry Otey**
**2000 Mount Horeb Road**
**Princeton, WV 24739**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.834 3**

**Nonpriority creditor's name and mailing address**
**Terry Otey**
**2000 Mt Horeb Rd.**
**Princeton, WV 24739**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.834 4**

**Nonpriority creditor's name and mailing address**
**Terry Redler**
**821 Calle Canon**
**Camarillo, CA 93012**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.834 5**

**Nonpriority creditor's name and mailing address**
**terry rhodes**
**17630 Summer Avenue**
**Artesia, CA 90701**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.834 6**

**Nonpriority creditor's name and mailing address**
**terry rhodes**
**17630 summer ave**
**artesia, CA 90701**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.834 7**

**Nonpriority creditor's name and mailing address**
**Terry Rhodes**
**17630 Summer Avenue**
**Artesia, CA 90701**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                                         Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.834 8 | **Nonpriority creditor's name and mailing address**<br>**Terry Schmerk**<br>**9301 Ryden Road**<br>**Grand Portage, MN 55605**<br><br>Date(s) debt was incurred __2022__<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.834 9 | **Nonpriority creditor's name and mailing address**<br>**Terry Scott**<br>**373 S. Paseo Pena**<br>**Apt. A**<br>**Green Valley, AZ 85614**<br><br>Date(s) debt was incurred __2022__<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.835 0 | **Nonpriority creditor's name and mailing address**<br>**Terry Walker**<br>**3480 Blue Star Highway**<br>**Saugatuck, MI 49453**<br><br>Date(s) debt was incurred __2024__<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.835 1 | **Nonpriority creditor's name and mailing address**<br>**Terry Yetter**<br>**9234 Honeysuckle Ave**<br>**Fountain Valley, CA 92708**<br><br>Date(s) debt was incurred __2021__<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.835 2 | **Nonpriority creditor's name and mailing address**<br>**Teryn Beradi**<br>**6051 Kendrick Circle**<br>**Huntington Beach, CA 92647**<br><br>Date(s) debt was incurred __2023__<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.835 3 | **Nonpriority creditor's name and mailing address**<br>**Tess Beneduce**<br>**7500 County Road 150**<br>**Salida, CO 81201-8528**<br><br>Date(s) debt was incurred __2025__<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.835 4 | **Nonpriority creditor's name and mailing address**<br>**Tessa Desmond**<br>**181 Crusher Rd**<br>**Hopewell, NJ 08525**<br><br>Date(s) debt was incurred __2023__<br>Last 4 digits of account number __ | **As of the petition filing date, the claim is:** Check all that apply.<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: __Warranty__<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
　　　　　Name

| 3.835 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tessa Godelman**
**22 Ebb Tide Circle**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.835 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tessa Higby**
**1512 Sophie Lane**
**Escalon, CA 95320**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.835 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Tessa Lydic**
**135 heather lane**
**Apt, suite, floor, etc.**
**Ebensburg, PA 15931**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.835 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**Thad MARTIN**
**1211 Portside Way**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred __2025__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.835 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**thaddeus sheppeck**
**130 sidney street w**
**st paul, MN 55107**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.836 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**thaddeus sheppeck**
**130 sidney street w**
**st paul, MN 55107**

Date(s) debt was incurred __2020__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.836 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**
**thalis azevedo**
**21551 Brookhurst street**
**65**
**thalis, CA 92646**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.836
2**

**Nonpriority creditor's name and mailing address**

**Thanh Phi Nguyen**
**1351 Logan Ave**
**Suite A**
**Costa Mesa, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.836
3**

**Nonpriority creditor's name and mailing address**

**Thann McLeod**
**5500 Grazing Hill Rd**
**Latrobe, CA 95682**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.836
4**

**Nonpriority creditor's name and mailing address**

**Thelma Tiemens**
**3548 S Tamarack St**
**Visalia, CA 93277**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.836
5**

**Nonpriority creditor's name and mailing address**

**Theodore B Hasse**
**165 Duke St**
**Saint Paul, MN 55102**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.836
6**

**Nonpriority creditor's name and mailing address**

**Theodore Farley**
**92 Marsh Cres.**
**Guelph, ON N1L 1L4**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.836
7**

**Nonpriority creditor's name and mailing address**

**Theodore Lim**
**2700 Peterson Pl**
**Apt. 46E**
**Costa mesa, CA 92626**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.836
8**

**Nonpriority creditor's name and mailing address**

**Theodore Martin**
**233 Westwood Rd**
**Lancaster, NY 14086-9540**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.8369**

**Nonpriority creditor's name and mailing address**

**Theresa Boomer**
**29050 N 70th Ln**
**Peoria, AZ 85383**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8370**

**Nonpriority creditor's name and mailing address**

**Theresa Brennan**
**11542 Auldbury Way**
**Raleigh, NC 27617**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8371**

**Nonpriority creditor's name and mailing address**

**Theresa Casey**
**1036 Monterey Vista Way**
**Encinitas, CA 92024**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8372**

**Nonpriority creditor's name and mailing address**

**Theresa Eastley**
**4914 Calle De Arboles**
**Torrance, CA 90505**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8373**

**Nonpriority creditor's name and mailing address**

**theresa featherston**
**330 morning glory dr.**
**fredericksburg, TX 78624**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8374**

**Nonpriority creditor's name and mailing address**

**Theresa Glatfelter**
**429 St. Andrews Road**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8375**

**Nonpriority creditor's name and mailing address**

**Theresa Graham**
**672 SW DEER RIDGE CT**
**MADRAS, OR 97741-9347**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                    Case number *(if known)* _____
         Name

---

**3.837
6**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Theresa Harrington**                                              ☐ Contingent
**N3606 Anderson Rd**                                               ☐ Unliquidated
**Waupaca, WI 54981**                                               ☐ Disputed

Date(s) debt was incurred  **2023**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.837
7**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Theresa Harrington**                                              ☐ Contingent
**N3606 Anderson Rd**                                               ☐ Unliquidated
**Waupaca, WI 54981**                                               ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.837
8**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Theresa Kane**                                                    ☐ Contingent
**3 Nautical Mile Dr**                                              ☐ Unliquidated
**Newport Beach, CA 92663**                                         ☐ Disputed

Date(s) debt was incurred  **2022**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.837
9**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Theresa Oliver**                                                  ☐ Contingent
**6031 Altmark Avenue**                                             ☐ Unliquidated
**Whittier, CA 90601**                                              ☐ Disputed

Date(s) debt was incurred  **2021**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.838
0**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Theresa Roberts**                                                 ☐ Contingent
**1202 COTTONWOOD LN**                                              ☐ Unliquidated
**Park City, UT 84098-7602**                                        ☐ Disputed

Date(s) debt was incurred  **2023**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.838
1**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Theresa Sandrowicz**                                              ☐ Contingent
**542 Palmer circle**                                               ☐ Unliquidated
**Dickson City, PA 18519**                                          ☐ Disputed

Date(s) debt was incurred  **2020**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                                   Is the claim subject to offset? ■ No ☐ Yes

---

**3.838
2**

**Nonpriority creditor's name and mailing address**                 As of the petition filing date, the claim is: *Check all that apply.*          **$0.00**

**Theresa Shaia**                                                   ☐ Contingent
**721 SW 72 Ave**                                                   ☐ Unliquidated
**Pembroke Pines, FL 33023**                                        ☐ Disputed

Date(s) debt was incurred  **2024**                                **Basis for the claim:  Warranty**

Last 4 digits of account number __

                                                                   Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
| --- | --- | --- | --- | --- |
| | Name | | | |

---

**3.838
3**

**Nonpriority creditor's name and mailing address**

**theresa smith**
**22 linda isle**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.838
4**

**Nonpriority creditor's name and mailing address**

**Theresa Stockham**
**10581 Turnberry Court**
**Festus, MO 63028**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.838
5**

**Nonpriority creditor's name and mailing address**

**Theresa Ukkelberg**
**42209 Ukkelberg Dr**
**Clitherall, MN 56524**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.838
6**

**Nonpriority creditor's name and mailing address**

**Theresa Ukkelberg**
**42941 210TH ST**
**CLITHERALL, MN 56524**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.838
7**

**Nonpriority creditor's name and mailing address**

**TheresaMorris - James K Taylor**
**9502 Griffith Cir**
**NEW KENT, VA 23124**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.838
8**

**Nonpriority creditor's name and mailing address**

**Therese Alt**
**1887 South west Ave**
**El Dorado, AL 71730**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.838
9**

**Nonpriority creditor's name and mailing address**

**Therese Alt**
**7740 Balboa Blvd**
**Van Nuys, CA 91406**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Name                                                                  Case number (if known)

---

| 3.839 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Therese Calderon**
**9223 Wintergreen Circle**
**Fountain Valley, CA 92708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.839 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Therese Ferrara**
**13 Shooting Star**
**irvine, CA 92604**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.839 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Therese Hansen**
**13682 Lincoln St**
**Grand Haven, MI 49417**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.839 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Therese Solone**
**4811 Minden place**
**Los Angeles, CA 90041**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:   Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.839 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thinh Le**
**10259 Silverbrook Trl**
**Jacksonville, FL 32256**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:   Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.839 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thithi Pham**
**2198 campus De**
**Clearwater, FL 33764**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:   Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.839 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thom Prudente**
**414 S Neptune Drive**
**Satellite Beach, FL 32937**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:   Warranty**

Last 4 digits of account number  _

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.839 7**

**Nonpriority creditor's name and mailing address**

**Thomas Antczak**
**20508 n. Lemon Drop Dr.**
**Maricopa, AZ 85138**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.839 8**

**Nonpriority creditor's name and mailing address**

**Thomas Baker**
**8950 Magnolia Chase Circle**
**Tampa, FL 33647-2219**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.839 9**

**Nonpriority creditor's name and mailing address**

**Thomas Bell**
**3366 Durham Road**
**Doylestown, PA 18902**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.840 0**

**Nonpriority creditor's name and mailing address**

**Thomas Berhalter**
**2192 Hummingbird Lane**
**Summerville, SC 29483**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.840 1**

**Nonpriority creditor's name and mailing address**

**Thomas Bijesse**
**3315 Grand Canal**
**apt a**
**Marina del Rey, CA 90292**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.840 2**

**Nonpriority creditor's name and mailing address**

**thomas bijesse**
**3315 grand canal**
**apt a**
**marina del rey, CA 90292**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.840 3**

**Nonpriority creditor's name and mailing address**

**Thomas Blankenship**
**6535 Bates Road**
**Williamsburg, MI 49690**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.840 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Bonsall**
**3500 Pinellas Bayway S**
**Tierra Verde, FL 33715**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.840 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**thomas brammer**
**6410 MONTANA LN**
**VANCOUVER, WA 98661**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.840 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**thomas bristol**
**5661-29th ave n**
**st petersburg, FL 33710**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.840 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Brown**
**777 Lakeview Dr.**
**Stansbury Park, UT 84074**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.840 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**thomas brubaker**
**265 Sierks st**
**#203**
**costa mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.840 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Burchart**
**39 Mariner Ln**
**Rotonda West, FL 33947**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.841 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Calvert**
**21501 Brookhurst St**
**Huntington Beach, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.841**
**1**

**Nonpriority creditor's name and mailing address**

**Thomas Calvert**
**21501 Brookhurst St**
**Huntington Beach, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.841**
**2**

**Nonpriority creditor's name and mailing address**

**Thomas Carli**
**8265 E Southern Ave**
**lot 664**
**mesa, AZ 85209**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.841**
**3**

**Nonpriority creditor's name and mailing address**

**Thomas Casey**
**279 Full Sweep East**
**Hardeeville, SC 29927**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.841**
**4**

**Nonpriority creditor's name and mailing address**

**Thomas Casey**
**905 East Hadley Street**
**Milwaukee, WI 53212**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.841**
**5**

**Nonpriority creditor's name and mailing address**

**thomas clark**
**15 Grand Terrace**
**SAN ANTONIO, TX 78257**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.841**
**6**

**Nonpriority creditor's name and mailing address**

**Thomas Considine**
**13868 Watermark Lane**
**Parker, CO 80134**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.841**
**7**

**Nonpriority creditor's name and mailing address**

**thomas constantino**
**304 Misty Morning Cir**
**Canton, GA 30114**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.841 8**

**Nonpriority creditor's name and mailing address**

**thomas coughlen**
**3308 South Mead Street**
**Seattle, WA 98118**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.841 9**

**Nonpriority creditor's name and mailing address**

**Thomas Coughlen**
**3308 South Mead Street**
**Seattle, WA 98118**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.842 0**

**Nonpriority creditor's name and mailing address**

**Thomas Craig**
**5861 W. 114th place**
**Westminster, CO 80020**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.842 1**

**Nonpriority creditor's name and mailing address**

**Thomas Curtin**
**4316 Woodedge Dr**
**Del City, OK 73115**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.842 2**

**Nonpriority creditor's name and mailing address**

**Thomas Curtin**
**4316 Woodedge Dr**
**Del City, OK 73115-3026**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.842 3**

**Nonpriority creditor's name and mailing address**

**Thomas Cushing**
**521 Westview Drive**
**apt 107**
**Hastings, MN 55033**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.842 4**

**Nonpriority creditor's name and mailing address**

**Thomas Cushing**
**511 Westview Dr.**
**APT #109**
**Hastings, MN 55033**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.842 5**

**Nonpriority creditor's name and mailing address**

**Thomas Cutter**
**10439 La Despensa Avenue**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.842 6**

**Nonpriority creditor's name and mailing address**

**Thomas Dingley**
**190 Pershing Ave**
**Wynantskill, NY 12198**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.842 7**

**Nonpriority creditor's name and mailing address**

**Thomas Dingley**
**190 Pershing Ave**
**Wynantskill, NY 12198-8763**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.842 8**

**Nonpriority creditor's name and mailing address**

**Thomas Doran**
**304 Regency Drive**
**North Wales, PA 19454**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.842 9**

**Nonpriority creditor's name and mailing address**

**Thomas Drunsic**
**549 Beechwood St**
**Cohasset, MA 02025**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.843 0**

**Nonpriority creditor's name and mailing address**

**Thomas Drunsic**
**549 Beechwood St**
**Cohasset, MA 02025**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.843 1**

**Nonpriority creditor's name and mailing address**

**Thomas Drunsic**
**549 Beechwood St**
**Cohasset, MA 02025**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.843 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Drunsic**
**549 Beechwood Street**
**Cohasset, MA 02025**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.843 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Duffy**
**10837 N State Road 39**
**Lizton, IN 46149**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.843 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Duffy**
**10837 N State Road 39**
**Lizton, IN 46149-9560**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.843 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Duffy Jr**
**10837 N State Road 39**
**Lizton, IN 46149**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.843 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Duffy Jr**
**10837 N State Road 39**
**Lizton, IN 46149**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.843 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Ellingson**
**6 Sevenoaks**
**Irvine, CA 92603**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.843 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Fiala**
**11526 Manhattan Point Blvd**
**Crosslake, MN 56442**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

---

**3.843
9**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Thomas Fiala**
**1415 Alberta Street**            ☐ Contingent
**Key West, FL 33040**            ☐ Unliquidated
                                  ☐ Disputed

Date(s) debt was incurred  **2024**              Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.844
0**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Thomas Fiala**
**11526 Manhattan Point Blvd**            ☐ Contingent
**Crosslake, MN 56442**            ☐ Unliquidated
                                  ☐ Disputed

Date(s) debt was incurred  **2021**              Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.844
1**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Thomas Fiala**
**825 Duval St.**            ☐ Contingent
**Key West, FL 33040**            ☐ Unliquidated
                                  ☐ Disputed

Date(s) debt was incurred  **2023**              Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.844
2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Thomas Fiala**
**11526 Manhattan Point Blvd**            ☐ Contingent
**Crosslake, MN 56442**            ☐ Unliquidated
                                  ☐ Disputed

Date(s) debt was incurred  **2021**              Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.844
3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Thomas Fiala**
**11526 Manhattan Point Blvd.**            ☐ Contingent
**Crosslake, MN 56442**            ☐ Unliquidated
                                  ☐ Disputed

Date(s) debt was incurred  **2021**              Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.844
4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Thomas Fitzgerald**
**139 Esmeralda Road**            ☐ Contingent
**Saint Augustine, FL 32095**            ☐ Unliquidated
                                  ☐ Disputed

Date(s) debt was incurred  **2020**              Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.844
5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Thomas Gaian**
**229 Avenue E**            ☐ Contingent
**Redondo Beach, CA 90277**            ☐ Unliquidated
                                  ☐ Disputed

Date(s) debt was incurred  **2022**              Basis for the claim:  **Warranty**

Last 4 digits of account number __                Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.844
6**

**Nonpriority creditor's name and mailing address**

**Thomas Gennara**
**14242 Avon Farms Dr**
**Tampa, FL 33618-1900**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.844
7**

**Nonpriority creditor's name and mailing address**

**Thomas Gies**
**7994 Springshire Drive**
**Park City, UT 84098**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.844
8**

**Nonpriority creditor's name and mailing address**

**Thomas Gilbert**
**3026 Hermosa Ave**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.844
9**

**Nonpriority creditor's name and mailing address**

**Thomas Gilbert**
**3026 Hermosa Ave.**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.845
0**

**Nonpriority creditor's name and mailing address**

**Thomas Grande**
**6655 Esmeralda Dr.**
**Castle Rock, CO 80108**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.845
1**

**Nonpriority creditor's name and mailing address**

**Thomas Grande**
**6655 Esmeralda Dr**
**Castle Rock, CO 80108**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.845
2**

**Nonpriority creditor's name and mailing address**

**Thomas Guy**
**8 E Parkway dr**
**Columbia, MO 65203**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.845
3**

**Nonpriority creditor's name and mailing address**

**Thomas Guy
200 E Brandon Road
Columbia, MO 65203**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.845
4**

**Nonpriority creditor's name and mailing address**

**Thomas Haley
99 Waumbeck Rd
Wolfeboro, NH 03894-4340**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.845
5**

**Nonpriority creditor's name and mailing address**

**Thomas Haley
99 Waumbeck Rd
Wolfeboro, NH 03894-4340**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.845
6**

**Nonpriority creditor's name and mailing address**

**Thomas Henderson
107 Van Buren rd. Apt. 9
Voorhees, NJ 08043**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.845
7**

**Nonpriority creditor's name and mailing address**

**Thomas Herdeman
2807 OREGON ST
MOUNT PLEASANT, WI 53405-4327**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.845
8**

**Nonpriority creditor's name and mailing address**

**Thomas Irwin
PO Box 277
14 Frontier Ct
Rapids City, IL 61278**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.845
9**

**Nonpriority creditor's name and mailing address**

**Thomas Irwin
3429 119th Avenue Court West
Milan, IL 61264**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                           Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.846 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |

**3.846 0**

**Nonpriority creditor's name and mailing address**

**Thomas Jaworski**
**415 N Washington Strett**
**Denver, CO 80203**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.846 1**

**Nonpriority creditor's name and mailing address**

**Thomas Jaworski**
**4688 Ingram court**
**Boulder, CO 80305**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.846 2**

**Nonpriority creditor's name and mailing address**

**Thomas Jaworski**
**4688 Ingram Court**
**Boulder, CO 80305**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.846 3**

**Nonpriority creditor's name and mailing address**

**Thomas Jaworski**
**1118 Desirable Drive**
**Austin, TX 78721**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.846 4**

**Nonpriority creditor's name and mailing address**

**Thomas Johansen**
**19682 Canberra Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.846 5**

**Nonpriority creditor's name and mailing address**

**Thomas Johansen**
**19682 Canberra Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.846 6**

**Nonpriority creditor's name and mailing address**

**Thomas Jones**
**437 Wyldhaven Rd**
**Bryn Mawr, PA 19010**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.846
7**

**Nonpriority creditor's name and mailing address**

**Thomas Kaseman**
**10 N VALLEY MESA RD**
**PO BOX 1513**
**HAVASU LAKE, CA 92363**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.846
8**

**Nonpriority creditor's name and mailing address**

**Thomas Kaseman**
**151 Swanson Ave**
**Lake Havasu City, AZ 86403**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.846
9**

**Nonpriority creditor's name and mailing address**

**Thomas Kelly**
**7466 Calder Ave**
**Sebastopol, CA 95472**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.847
0**

**Nonpriority creditor's name and mailing address**

**Thomas Kelly**
**7466 Calder Ave.**
**Sebastopol, CA 95472**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.847
1**

**Nonpriority creditor's name and mailing address**

**Thomas Kennedy**
**21303 E Prentice Pl**
**Centennial, CO 80015**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.847
2**

**Nonpriority creditor's name and mailing address**

**Thomas Knox**
**5783 Marrot Terrace**
**The Villages, FL 32163**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

**3.847
3**

**Nonpriority creditor's name and mailing address**

**Thomas Koch**
**16179 Blue Skies**
**Livonia, MI 48154**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.847 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THOMAS L VAN HEEL**
**2401 Linwood Ave**
**Maplewood, MN 55119**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.847 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Lacey**
**6416 E Lake Sammamish Pkwy NE**
**3210**
**Redmond, WA 98052**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.847 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Langan**
**6510 Northwest Selvitz Road**
**Port St. Lucie, FL 34983**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.847 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THOMAS LANGAN**
**6510 NW SELVITZ ROAD**
**Port St. Lucie, FL 34983**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.847 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Leeney**
**841 Peregrine Dr.**
**INDIALANTIC, FL 32903**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.847 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**THOMAS LEENEY**
**841 PEREGRINE DR**
**INDIALANTIC, FL 32903**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| 3.848 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Thomas Leeney**
**841 Peregrine Drive**
**INDIALANTIC, BREVARD, FL, FL 32903**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.848**
**1**

**Nonpriority creditor's name and mailing address**

**Thomas Leeney**
**841 Peregrine Drive**
**Indialantic, FL 32903**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.848**
**2**

**Nonpriority creditor's name and mailing address**

**Thomas Lien**
**308 N. Holiday Ave.**
**Sioux Falls, SD 57103**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.848**
**3**

**Nonpriority creditor's name and mailing address**

**thomas m wiggins**
**2589 seahorse ave**
**ventura, CA 93001**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.848**
**4**

**Nonpriority creditor's name and mailing address**

**Thomas Maher**
**20 Grove St**
**Milton, MA 02186**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.848**
**5**

**Nonpriority creditor's name and mailing address**

**Thomas Maher**
**20 Grove St**
**Milton, MA 02186**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.848**
**6**

**Nonpriority creditor's name and mailing address**

**Thomas Manca**
**12700 sw Ambra st**
**Port Saint Lucie, FL 34987**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.848**
**7**

**Nonpriority creditor's name and mailing address**

**Thomas Marston**
**443 Fair Dr**
**Apt 204**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.848 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas Marston**
**443 Fair Drive**
**apt. 204**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.848 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas Martin**
**4011 Rockwood Dr**
**Lago Vista, TX 78645**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2020**

**Basis for the claim:  Warranty**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas Mccrocklin**
**1204 Harbor Cottage Ct**
**Sanibel, FL 33957**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**THOMAS MCDONALD**
**1133 S 72ND STREET W**
**BILLINGS, MT 59106**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas McNamara**
**662 Lake Mills Rd**
**Chuluota, FL 32766**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas McNamara**
**2133 Component Loop**
**Oviedo, FL 32765**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.849 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Thomas McNamara**
**662 Lake Mills Rd**
**Chuluota, FL 32766**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.849 5**

**Nonpriority creditor's name and mailing address**
**Thomas Mcneal**
**14912 Foxcroft Rd**
**Tustin, CA 92780**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.849 6**

**Nonpriority creditor's name and mailing address**
**Thomas Meyer**
**46 Chianti**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.849 7**

**Nonpriority creditor's name and mailing address**
**Thomas Miller**
**1424 Estelle Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.849 8**

**Nonpriority creditor's name and mailing address**
**Thomas Miller**
**2101 River Forest Dr**
**Mobile, AL 36605**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.849 9**

**Nonpriority creditor's name and mailing address**
**Thomas Moore**
**3150 Poughkeepsie Dr**
**Colorado Springs, CO 80916**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.850 0**

**Nonpriority creditor's name and mailing address**
**Thomas Murphy**
**37 pamela way**
**coto de caza, CA 92679**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.850 1**

**Nonpriority creditor's name and mailing address**
**Thomas Neel**
**8 Cicero Ave**
**New Paltz, NY 12561**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.850 2**

**Nonpriority creditor's name and mailing address**

**Thomas Nelson**
**1112 Main Street**
**Suite 12**
**Osterville, MA 02655**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.850 3**

**Nonpriority creditor's name and mailing address**

**Thomas Nelson**
**67 Sunset Lane**
**Osterville, MA 02655**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.850 4**

**Nonpriority creditor's name and mailing address**

**Thomas NEWELL**
**2041 California**
**Oceanside, CA 92054**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.850 5**

**Nonpriority creditor's name and mailing address**

**Thomas Nobis**
**1311 Springdale S**
**Quincy, IL 62305**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.850 6**

**Nonpriority creditor's name and mailing address**

**Thomas Nobis**
**1311 Springdale S**
**Quincy, IL 00069-2305**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.850 7**

**Nonpriority creditor's name and mailing address**

**Thomas O'Leary**
**7204 Ocean Drive**
**Emerald Isle, NC 28594**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.850 8**

**Nonpriority creditor's name and mailing address**

**Thomas OLeary**
**12313 Duncannon Court**
**Glen Allen, VA 23059**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.8509**

**Nonpriority creditor's name and mailing address**

**Thomas Ousley**
**412 Hawthorne blvd**
**Leesburg, FL 34748**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8510**

**Nonpriority creditor's name and mailing address**

**Thomas P Richardson**
**1022 N Greenwood st**
**Tulare, CA 93274**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8511**

**Nonpriority creditor's name and mailing address**

**Thomas Paulis**
**4039 Azurite Way**
**Bradenton, FL 34211**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8512**

**Nonpriority creditor's name and mailing address**

**Thomas Pickard**
**1406 Yorkshire Ave**
**Casper, WY 82609**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8513**

**Nonpriority creditor's name and mailing address**

**Thomas Polidore**
**46 Honey Locust Cir**
**Hilton Head Island, SC 29926-2680**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8514**

**Nonpriority creditor's name and mailing address**

**Thomas Raymer**
**1125 1/2 West Balboa Blvd**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8515**

**Nonpriority creditor's name and mailing address**

**Thomas Reifel**
**740 N. Collier Blvd.**
**Unit 401**
**Marco Island, FL 34145**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.851**
**6**

**Nonpriority creditor's name and mailing address**

**Thomas Resler**
**1188 Bismark Way**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.851**
**7**

**Nonpriority creditor's name and mailing address**

**Thomas Roberts**
**248 La Cresta Drive**
**Arroyo Grande, CA 93420**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.851**
**8**

**Nonpriority creditor's name and mailing address**

**Thomas Robone**
**16 Sudbury Place**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.851**
**9**

**Nonpriority creditor's name and mailing address**

**Thomas Roche**
**1653 Utah Circle**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.852**
**0**

**Nonpriority creditor's name and mailing address**

**Thomas Rodriguez**
**1503 Fernwood Ave**
**Pt Pleasant, NJ 08742**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.852**
**1**

**Nonpriority creditor's name and mailing address**

**Thomas Ross**
**5815 Whippoorwill Dr**
**Tampa, FL 33625**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.852**
**2**

**Nonpriority creditor's name and mailing address**

**Thomas Ross**
**5815 Whippoorwill Dr**
**Tampa, FL 33625**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.852
3**

**Nonpriority creditor's name and mailing address**

**Thomas Ross**
**5815 Whippoorwill Drive**
**Tampa, CA 33625**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.852
4**

**Nonpriority creditor's name and mailing address**

**Thomas Rudder**
**112 Santa Ana Ave.**
**Long Beach, CA 90803**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.852
5**

**Nonpriority creditor's name and mailing address**

**Thomas Ruloph**
**1356 SW 6th ST**
**Hermiston, OR 97838**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.852
6**

**Nonpriority creditor's name and mailing address**

**Thomas Runyon**
**33085 Coffee School Rd**
**Salem, OH 44460**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.852
7**

**Nonpriority creditor's name and mailing address**

**Thomas Rush**
**1203.5 Adobe Lane**
**El Cajon, CA 92021**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.852
8**

**Nonpriority creditor's name and mailing address**

**Thomas Sabatino**
**3145 gomer St**
**YORKTOWN HTS, NY 10598**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.852
9**

**Nonpriority creditor's name and mailing address**

**Thomas Sakiewicz**
**7723 W. Sterling Dr.**
**FRANKFORT, IL 60423**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
      Name

---

**3.853 0**

**Nonpriority creditor's name and mailing address**
**THOMAS Schmiedlin**
**1120 Markle Rd**
**Leechburg, PA 15656**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.853 1**

**Nonpriority creditor's name and mailing address**
**Thomas Schmiedlin**
**1120 Markle Road**
**Leechburg, PA 15656**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.853 2**

**Nonpriority creditor's name and mailing address**
**Thomas Schwartz**
**2156 Sunnyview Lane**
**Mountain View, CA 94040**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.853 3**

**Nonpriority creditor's name and mailing address**
**Thomas Severns**
**105 Piccadilly Avenue**
**Mankato, MN 56001**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.853 4**

**Nonpriority creditor's name and mailing address**
**Thomas Shaffer**
**1221 Millcreek Road**
**apt 44**
**Lebanon, MO 65536**

Date(s) debt was incurred __2025__
Last 4 digits of account number __7__

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.853 5**

**Nonpriority creditor's name and mailing address**
**Thomas Shaffer**
**1221 Millcreek Rd**
**Apt 44**
**Lebanon, MO 65536**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.853 6**

**Nonpriority creditor's name and mailing address**
**Thomas Shanahan**
**4810 Park Newport**
**#224**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2021__
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.853 7**

**Nonpriority creditor's name and mailing address**

**Thomas Shone**
**218 Edgerton St**
**Rochester, NY 14607**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.853 8**

**Nonpriority creditor's name and mailing address**

**Thomas Simrak**
**2435 Andover Pl**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.853 9**

**Nonpriority creditor's name and mailing address**

**thomas smith**
**5441 Richlanne Dr**
**Hilliard, OH 43026**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.854 0**

**Nonpriority creditor's name and mailing address**

**Thomas Snyder**
**1032 S Harmony Rd**
**Spokane Valley, WA 99016**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.854 1**

**Nonpriority creditor's name and mailing address**

**Thomas Spychalski**
**PO box 130**
**Unadilla, NY 13849**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.854 2**

**Nonpriority creditor's name and mailing address**

**Thomas Spychalski**
**206 Palmer Hill Rd**
**Unadilla, NY 13849-2161**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.854 3**

**Nonpriority creditor's name and mailing address**

**Thomas Steenerson**
**100 east warm springs rd**
**apt 427 bldg 2**
**Henderson, NV 89011**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
_____Name_____

| | |
|---|---|
| **3.854 4** | |

**Nonpriority creditor's name and mailing address**

**Thomas Tran**
**17 Roseville**
**Irvine, CA 92602**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| |
|---|
| **3.854 5** |

**Nonpriority creditor's name and mailing address**

**Thomas Trapp**
**182 Reedlane**
**Henderson, NV 89074**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| |
|---|
| **3.854 6** |

**Nonpriority creditor's name and mailing address**

**Thomas Ward**
**5266 Beverly Lane**
**Cape Charles, VA 23310**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| |
|---|
| **3.854 7** |

**Nonpriority creditor's name and mailing address**

**Thomas Welch Jr**
**94 Asbury Ave**
**Atlantic Highlands, NJ 07716**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| |
|---|
| **3.854 8** |

**Nonpriority creditor's name and mailing address**

**Thomas WELLS**
**12121 80th Street North**
**Stillwater, MN 55082**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| |
|---|
| **3.854 9** |

**Nonpriority creditor's name and mailing address**

**Thomas Weselis**
**21591 Turtledove St**
**Trabuco Canyon, CA 92679**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| |
|---|
| **3.855 0** |

**Nonpriority creditor's name and mailing address**

**thomas wiggins**
**2589 seahorse ave**
**ventura, CA 93001**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.855**
**1**

**Nonpriority creditor's name and mailing address**

**Thomas Wiggins**
**2589 Seahorse**
**Ventura, CA 93001**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.855**
**2**

**Nonpriority creditor's name and mailing address**

**Thomas Wilson**
**40 Acacia Ct**
**Hollister, CA 95023-3547**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.855**
**3**

**Nonpriority creditor's name and mailing address**

**Thomas Wilson**
**40 Acacia Ct.**
**Hollister, CA 95023**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.855**
**4**

**Nonpriority creditor's name and mailing address**

**Thomas Wilson**
**40 Acacia Ct**
**Hollister, CA 95023**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.855**
**5**

**Nonpriority creditor's name and mailing address**

**Thomas Wood**
**221 South Madriver Street**
**Bellefontaine, OH 43311**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.855**
**6**

**Nonpriority creditor's name and mailing address**

**Thomas Zakoski**
**5663 200th Street West**
**Farmington, MN 55024**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.855**
**7**

**Nonpriority creditor's name and mailing address**

**Thomas Zeeh**
**522 S. Madison Street**
**Prairie Du Chien, WI 53821**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.8558**

**Nonpriority creditor's name and mailing address**

**Thuy Rahe**
**22082 Islander Ln.**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.8559**

**Nonpriority creditor's name and mailing address**

**Thy Le**
**16704 Lassen St**
**Fountain Valley, CA 92708**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.8560**

**Nonpriority creditor's name and mailing address**

**Tiffani Rosing**
**2593 Fairway dr.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.8561**

**Nonpriority creditor's name and mailing address**

**Tiffany Addison**
**323 Bicknell Ave**
**Apt 211**
**Santa Monica, CA 90405**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.8562**

**Nonpriority creditor's name and mailing address**

**Tiffany Addison**
**322 Bicknell Ave**
**Apt 211**
**Santa Monica, CA 90405**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.8563**

**Nonpriority creditor's name and mailing address**

**Tiffany Borgerding**
**248 Jefferson St**
**Niceville, FL 32578**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.8564**

**Nonpriority creditor's name and mailing address**

**Tiffany Coyne**
**103 Cobble Ridge Dr.**
**Folsom, CA 95630**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.856 5**

**Nonpriority creditor's name and mailing address**

**Tiffany Filippi**
**3896 Rockfield**
**Carlsbad, CA 92010**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.856 6**

**Nonpriority creditor's name and mailing address**

**Tiffany Haller**
**209 Salida del Sol**
**Santa Barbara, CA 93109**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.856 7**

**Nonpriority creditor's name and mailing address**

**Tiffany Monterroso**
**21661 Brookhurst St**
**#335**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.856 8**

**Nonpriority creditor's name and mailing address**

**Tiffany Moran**
**952 Palo Verde**
**Long Beach, CA 90815**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.856 9**

**Nonpriority creditor's name and mailing address**

**Tiffany Rowe**
**9 Madrone Way**
**Kentfield, CA 94904**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.857 0**

**Nonpriority creditor's name and mailing address**

**Tiffany Tilton**
**513 Sarazen Loop S**
**Georgetown, TX 78628**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.857 1**

**Nonpriority creditor's name and mailing address**

**Tiffany Tudyk**
**319 Palos Verdes Boulevard Apt 201**
**REDONDO BEACH, CA 90277**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

| 3.857 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tiffany Tudyk**
**1023 W 24th St**
**Apt 5**
**San Pedro, CA 90731**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.857 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tiffany Welton**
**33412 NE 42nd Street**
**Carnation, WA 98014**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.857 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tiffiny Evans**
**1300 coal mine way**
**Cle elum, WA 98922**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.857 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim Aldredge**
**2833 Tiffany West Way**
**Sacramento, CA 95827**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.857 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim Anderson**
**9901 Oceancrest Dr.**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.857 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim Banister**
**3907 Blake Ashton Dr.**
**Arlington, TX 76001**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.857 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tim Banister**
**3907 Blake Ashton Dr**
**Arlington, TX 76001**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

**3.857 9**

**Nonpriority creditor's name and mailing address**

**Tim Barnes**
**808 Southeast Eaton Street**
**Bentonville, AR 72712**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.858 0**

**Nonpriority creditor's name and mailing address**

**Tim Bishop**
**19701 Elmcrest Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.858 1**

**Nonpriority creditor's name and mailing address**

**Tim Bland**
**160 JRs Way**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.858 2**

**Nonpriority creditor's name and mailing address**

**Tim Braun**
**P.o. Box 984**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.858 3**

**Nonpriority creditor's name and mailing address**

**Tim Brunner**
**17101 Sandra Lee Lane**
**Apt. A**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.858 4**

**Nonpriority creditor's name and mailing address**

**tim cain**
**5561 rogers dr**
**huntington beach, CA 92649**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.858 5**

**Nonpriority creditor's name and mailing address**

**Tim Canova**
**791 Canary Lane**
**Corona, CA 92879**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                     Case number (if known) _____

_____
Name

---

**3.858
6**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                $0.00

**Tim Canova**                                               ☐ Contingent
**791 Canary Lane**                                          ☐ Unliquidated
**Corona, CA 92879**                                         ☐ Disputed

Date(s) debt was incurred **2024**                           Basis for the claim: **Warranty**

Last 4 digits of account number __
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.858
7**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                $0.00

**Tim Cook**                                                 ☐ Contingent
**21501 Brookhurst St**                                      ☐ Unliquidated
**Huntington Beach, CA 92646**                               ☐ Disputed

Date(s) debt was incurred **2023**                           Basis for the claim: **Warranty**

Last 4 digits of account number __
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.858
8**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                $0.00

**Tim Cook**                                                 ☐ Contingent
**5703 W Morris St**                                         ☐ Unliquidated
**Indianapolis, IN 46241**                                   ☐ Disputed

Date(s) debt was incurred **2022**                           Basis for the claim: **Warranty**

Last 4 digits of account number __
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.858
9**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                $0.00

**Tim Cook**                                                 ☐ Contingent
**5703 W. Morris**                                           ☐ Unliquidated
**Indianapolis, IN 46241**                                   ☐ Disputed

Date(s) debt was incurred **2022**                           Basis for the claim: **Warranty**

Last 4 digits of account number __
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.859
0**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                $0.00

**Tim Craig**                                                ☐ Contingent
**5821 Pinon Drive**                                         ☐ Unliquidated
**Huntington Beach, CA 92649**                               ☐ Disputed

Date(s) debt was incurred **2021**                           Basis for the claim: **Warranty**

Last 4 digits of account number __
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.859
1**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                $0.00

**Tim Day**                                                  ☐ Contingent
**125 Stonefield Road**                                      ☐ Unliquidated
**Milford, PA 18337**                                        ☐ Disputed

Date(s) debt was incurred **2021**                           Basis for the claim: **Warranty**

Last 4 digits of account number __
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

**3.859
2**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.                $0.00

**Tim Day**                                                  ☐ Contingent
**125 Stonefield Rd.**                                       ☐ Unliquidated
**Milford, PA 18337**                                        ☐ Disputed

Date(s) debt was incurred **2021**                           Basis for the claim: **Warranty**

Last 4 digits of account number __
                                                             Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.859 3**

**Nonpriority creditor's name and mailing address**

**Tim Dean**
**437 flotilla road**
**North palm beach, FL 33408**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.859 4**

**Nonpriority creditor's name and mailing address**

**Tim Dec**
**8810 Madeleine Drive**
**Baldwinsville, NY 13027**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.859 5**

**Nonpriority creditor's name and mailing address**

**Tim Dedmon**
**9720 W Peoria Ave**
**STE 110**
**Peoria, AZ 85345**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.859 6**

**Nonpriority creditor's name and mailing address**

**Tim Dennis**
**2730 Rhode Island Ave**
**Fort Myers, FL 33916**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.859 7**

**Nonpriority creditor's name and mailing address**

**Tim Diss**
**285 W Oro Valley Drive**
**Oro Valley, AZ 85737**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.859 8**

**Nonpriority creditor's name and mailing address**

**Tim Ellis**
**332 Ponte Vedra Blvd**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.859 9**

**Nonpriority creditor's name and mailing address**

**Tim Ellis**
**332 Ponte Vedra Blve**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.860 0**

**Nonpriority creditor's name and mailing address**

**Tim Feeney**
**14021 Falcon Ridge drive**
**Chino Hills, CA 91709**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.860 1**

**Nonpriority creditor's name and mailing address**

**Tim FitzGerald**
**27531 El Ferrol**
**Mission Viejo, CA 93692**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.860 2**

**Nonpriority creditor's name and mailing address**

**Tim FitzGerald**
**27531 El Ferrol**
**Mission Viejo, CA 92692**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.860 3**

**Nonpriority creditor's name and mailing address**

**Tim Gibson**
**553 21ST ST**
**HERMOSA BEACH, CA 90254**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.860 4**

**Nonpriority creditor's name and mailing address**

**Tim GIlbert**
**505 Wenham Way**
**Folsom, CA 95630**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.860 5**

**Nonpriority creditor's name and mailing address**

**Tim Gilbert**
**505 Wenham Way**
**Folsom, CA 95630**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.860 6**

**Nonpriority creditor's name and mailing address**

**Tim Gingerich**
**3296 E 550 N**
**Kokomo, IN 46901**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                Case number *(if known)* _____
_____
Name

---

**3.860 7**

**Nonpriority creditor's name and mailing address**

**Tim Hadden**
**928 Turnberry Dr**
**Richmond, KY 40475**

Date(s) debt was incurred **_2025_**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.860 8**

**Nonpriority creditor's name and mailing address**

**Tim Harty**
**1 Warren Drive**
**Mazon, IL 60444**

Date(s) debt was incurred **_2024_**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.860 9**

**Nonpriority creditor's name and mailing address**

**Tim Hatley**
**25 golden Bell Court**
**apt. 2A**
**Inlet Beach, FL 32461**

Date(s) debt was incurred **_2022_**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.861 0**

**Nonpriority creditor's name and mailing address**

**Tim Heise**
**2210 Lake Park Lane**
**NEWPORT BEACH, CA 92660**

Date(s) debt was incurred **_2022_**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.861 1**

**Nonpriority creditor's name and mailing address**

**Tim Hewitt**
**462 North Glencoe Road**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred **_2025_**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.861 2**

**Nonpriority creditor's name and mailing address**

**Tim Hochstetler**
**588 Eagle Grove Church Rd**
**Marion, AL 36756**

Date(s) debt was incurred **_2024_**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.861 3**

**Nonpriority creditor's name and mailing address**

**Tim Hoffman**
**3148 Park North Drive**
**Jenison, MI 49428**

Date(s) debt was incurred **_2021_**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **_Warranty_**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __Electric Bike Company, LLC__                    Case number (if known) _____
          Name

| 3.861 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tim Hoffman**
**600 Broadway Ave NW**
**Unit 603**
**Grand Rapids, MI 49504**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tim Hoffman**
**3148 Park North Dr.**
**Jenison, MI 49428**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tim Holley**
**2 Blackwood**
**Mission Viejo, CA 92692**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tim Hostetter**
**579 Hermes Ave**
**Encinitas, CA 92024**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tim j Todish**
**4925 Oakway Ct. NE**
**Grand Rapids, MI 49525**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.861 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tim Karas**
**6171 ackerman ave**
**Las Vegas, NV 89131**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.862 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tim Koch**
**751 Elm Ave**
**Selkirk, NY 12158**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                         Case number (if known) _____
　　　　　Name

---

**3.862**
**1**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**tim lemuiex**                                               ☐ Contingent
**6635 AVENIDA MICHAELINDA**                                  ☐ Unliquidated
**Riverside, CA 92509**                                       ☐ Disputed

Date(s) debt was incurred **2022**                           **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.862**
**2**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tim Leslie**                                               ☐ Contingent
**9503 Ravenwood Drive**                                     ☐ Unliquidated
**Bakersfield, CA 93312**                                    ☐ Disputed

Date(s) debt was incurred **2023**                           **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.862**
**3**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tim Litten**                                               ☐ Contingent
**8742 n 78th ave**                                          ☐ Unliquidated
**Peoria, AZ 85383**                                         ☐ Disputed

Date(s) debt was incurred **2022**                           **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.862**
**4**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tim Litten**                                               ☐ Contingent
**24616 North 102nd Ave**                                    ☐ Unliquidated
**Peoria, AZ 85383**                                         ☐ Disputed

Date(s) debt was incurred **2022**                           **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.862**
**5**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tim Lotspeich**                                            ☐ Contingent
**2680 Ascot Drive**                                         ☐ Unliquidated
**Lake Havasu City, AZ 86403**                               ☐ Disputed

Date(s) debt was incurred **2021**                           **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.862**
**6**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tim Maguire**                                              ☐ Contingent
**9109 Pleasure Ave**                                        ☐ Unliquidated
**Sea Isle City, NJ 08243**                                  ☐ Disputed

Date(s) debt was incurred **2021**                           **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

**3.862**
**7**

**Nonpriority creditor's name and mailing address**            As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tim Martin**                                               ☐ Contingent
**1018 Sorrento Rd**                                         ☐ Unliquidated
**jacksonville, FL 32207**                                   ☐ Disputed

Date(s) debt was incurred **2023**                           **Basis for the claim:  Warranty**

Last 4 digits of account number __                           Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                                                    Case number *(if known)* _____
_____
Name

| | |
|---|---|
| 3.862<br>8 | **Nonpriority creditor's name and mailing address** |

**Nonpriority creditor's name and mailing address**

**Tim Martin**
**9224 Meadow Lane**
**Riverside, CA 92508**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.862
9

**Nonpriority creditor's name and mailing address**

**Tim Maxwell**
**990 Grayrock St.**
**Newbury Park, CA 91320**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.863
0

**Nonpriority creditor's name and mailing address**

**Tim Mcalevey**
**308 Alta Ln**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.863
1

**Nonpriority creditor's name and mailing address**

**Tim Mcdowell**
**56237 North Vulture Mine Rd.**
**Wickenburg, AZ 85390**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.863
2

**Nonpriority creditor's name and mailing address**

**Tim McGrew**
**1175 North Vine Street**
**#406**
**Denver, CO 80206**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.863
3

**Nonpriority creditor's name and mailing address**

**Tim Mcsunas**
**18 Atoll Dr**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

3.863
4

**Nonpriority creditor's name and mailing address**

**Tim Middleton**
**410 Walnut Place**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**                                   Case number *(if known)* _____

Name

---

| 3.863 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**TIM MIDDLETON**
**410 WALNUT PLACE**
**COSTA MESA, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tim Miller**
**23479 Via Solana**
**Moreno Valley, CA 92557**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tim Moore**
**156100 Black Meadow Road**
**Parker Dam, CA 92267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tim Moore**
**156100 Black Meadow Rd**
**Parker Dam, CA 92267**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.863 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tim Murphy**
**1760 N Arrowhead Dr**
**Prescott, AZ 86305-5166**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tim Murphy**
**1760 N Arrowhead Drive**
**Prescott, AZ 86305**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.864 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Tim Nall**
**14807 S Summit Ridge Cir**
**Herriman, UT 84096**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2025**

**Basis for the claim:** **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                   Case number (if known) _____
     Name

---

**3.864 2**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Tim Nester**
**2427 East Libbie Drive**          ☐ Contingent
**Lansing, MI 48917**          ☐ Unliquidated
                                  ☐ Disputed
Date(s) debt was incurred  **2024**          Basis for the claim:  **Warranty**
Last 4 digits of account number  __
                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.864 3**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Tim Norgart**
**1054 North Martingale Road**          ☐ Contingent
**Gilbert, AZ 85234**          ☐ Unliquidated
                                  ☐ Disputed
Date(s) debt was incurred  **2025**          Basis for the claim:  **Warranty**
Last 4 digits of account number  **7**
                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.864 4**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Tim Norgart**
**1054 N Martingale Rd**          ☐ Contingent
**Gilbert, AZ 85234**          ☐ Unliquidated
                                  ☐ Disputed
Date(s) debt was incurred  **2025**          Basis for the claim:  **Warranty**
Last 4 digits of account number  __
                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.864 5**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Tim O'Shea**
**15900 SW Wooden Trestle Court**          ☐ Contingent
**Bend, OR 97753**          ☐ Unliquidated
                                  ☐ Disputed
Date(s) debt was incurred  **2021**          Basis for the claim:  **Warranty**
Last 4 digits of account number  __
                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.864 6**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Tim OConnor**
**2201 Thistlewood ct**          ☐ Contingent
**Grapevine, TX 76051**          ☐ Unliquidated
                                  ☐ Disputed
Date(s) debt was incurred  **2022**          Basis for the claim:  **Warranty**
Last 4 digits of account number  __
                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.864 7**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Tim Ogo**
**26086 Pine St.**          ☐ Contingent
**Murrieta, CA 92563**          ☐ Unliquidated
                                  ☐ Disputed
Date(s) debt was incurred  **2024**          Basis for the claim:  **Warranty**
Last 4 digits of account number  __
                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.864 8**

**Nonpriority creditor's name and mailing address**          As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Tim Olson**
**604 Owl Hollow Road**          ☐ Contingent
**San Marcos, TX 78666**          ☐ Unliquidated
                                  ☐ Disputed
Date(s) debt was incurred  **2024**          Basis for the claim:  **Warranty**
Last 4 digits of account number  __
                                  Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____

Name

---

**3.8649**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Tim Olson** | ☐ Contingent |
| **604 Owl Hollow Rd** | ☐ Unliquidated |
| **San Marcos, TX 78666** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.8650**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Tim Olson** | ☐ Contingent |
| **989 Jefferson St** | ☐ Unliquidated |
| **Monterey, CA 93940** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.8651**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Tim Olson** | ☐ Contingent |
| **175 Aviation Way** | ☐ Unliquidated |
| **Watsonville, CA 95076** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.8652**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Tim Oster** | ☐ Contingent |
| **835 Mesa Ct** | ☐ Unliquidated |
| **Palo Alto, CA 94306** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.8653**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Tim Paikoff** | ☐ Contingent |
| **83 Saint James** | ☐ Unliquidated |
| **Irvine, CA 92606** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.8654**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Tim Pinkert** | ☐ Contingent |
| **711 Cliff Dr** | ☐ Unliquidated |
| **Newport Beach, CA 92663** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

**3.8655**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. $0.00 |
| **Tim Porter** | ☐ Contingent |
| **921 montrose drive** | ☐ Unliquidated |
| **Ridgeland, MS 39157** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim:  Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.865 6**

**Nonpriority creditor's name and mailing address**

**Tim Powell**
**27 Thunder Trail**
**Irvine, CA 92614**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.865 7**

**Nonpriority creditor's name and mailing address**

**Tim Powell**
**68551 Terrace Road**
**Cathedral City, CA 92234**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.865 8**

**Nonpriority creditor's name and mailing address**

**Tim Ramsey**
**668 E Ranch Rd**
**Gilbert, AZ 85296**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.865 9**

**Nonpriority creditor's name and mailing address**

**Tim Robb**
**232 Red Fox Rd**
**Stamford, CT '06903**

Date(s) debt was incurred __2025__

Last 4 digits of account number __7__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.866 0**

**Nonpriority creditor's name and mailing address**

**Tim Roham**
**323 Morningstar Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.866 1**

**Nonpriority creditor's name and mailing address**

**Tim Rowe**
**20 Thorndike St**
**Somerville, MA 02144**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.866 2**

**Nonpriority creditor's name and mailing address**

**Tim Savage**
**879e cedar terrace dr.**
**Sandy, UT 84094**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.866
3**

**Nonpriority creditor's name and mailing address**

**Tim savage
879e cedar terrace dr.
Sandy, UT 84094**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.866
4**

**Nonpriority creditor's name and mailing address**

**Tim Schwegman
8103 Amherst Ave
Margate City, NJ 08402**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.866
5**

**Nonpriority creditor's name and mailing address**

**Tim Schwegman
8103 Amherst Ave
Atlantic City, NJ 08402**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.866
6**

**Nonpriority creditor's name and mailing address**

**Tim Schwegman
8103 Amherst Ave
Margate, NJ 08402**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.866
7**

**Nonpriority creditor's name and mailing address**

**Tim Slattery
2060 Willingham road
Chuluota, FL 32766**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.866
8**

**Nonpriority creditor's name and mailing address**

**Tim Throndson
7437 Capstone
Drive
Raleigh, NC 27615**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.866
9**

**Nonpriority creditor's name and mailing address**

**Tim Turrell
5663 lakia dr
Cypress, CA 90630**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.867 0**

Nonpriority creditor's name and mailing address

**Tim Ueltschi**
**701 N Spencer Farm Pl**
**Yakima, WA 98832**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.867 1**

Nonpriority creditor's name and mailing address

**Tim Wadman**
**7890 E. Spring St**
**#23H**
**Long Beach, CA 90815**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.867 2**

Nonpriority creditor's name and mailing address

**Tim Wagner**
**5476 City Hall Street**
**Nisswa, MN 56468**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.867 3**

Nonpriority creditor's name and mailing address

**Tim Wagner**
**5476 City Hall Street**
**Nisswa, MN 56468**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.867 4**

Nonpriority creditor's name and mailing address

**Tim Wagner**
**5476 City Hall Street**
**Nisswa, MN 56468**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.867 5**

Nonpriority creditor's name and mailing address

**Tim Weaks**
**9356 Admiral Lowell Place NE**
**Albuquerque, NM 87111**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.867 6**

Nonpriority creditor's name and mailing address

**Tim Weber**
**528 12th St**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.867 7**

**Nonpriority creditor's name and mailing address**

**Tim Wheeldon**
**1760 Pease Drive**
**Pleasant Hill, IA 50327**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.867 8**

**Nonpriority creditor's name and mailing address**

**Tim Wieser**
**14886 Lyons Ridge Drive**
**Morrison, CO 80465**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.867 9**

**Nonpriority creditor's name and mailing address**

**Tim Winterfeld**
**857 Barrhead Ave**
**Henderson, NV 89012**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.868 0**

**Nonpriority creditor's name and mailing address**

**Tim Wise**
**28515 casanal**
**Mission viejo, CA 92692**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.868 1**

**Nonpriority creditor's name and mailing address**

**Tim Y**
**437 flotilla road**
**North palm beach, FL 33408**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.868 2**

**Nonpriority creditor's name and mailing address**

**Timeka Tolosa**
**2 Tandeo Dr**
**RMV, CA 92694**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.868 3**

**Nonpriority creditor's name and mailing address**

**Timeka Tolosa**
**2 Tandeo Dr**
**Rancho Mission Viejo, CA 92694**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.868 4**

**Nonpriority creditor's name and mailing address**

**Timeka Tolosa**
**2 Tandeo DR**
**RMV, CA 92694**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.868 5**

**Nonpriority creditor's name and mailing address**

**Timothy Armstrong**
**23572 Saint Elena**
**Mission Viejo, CA 92691**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.868 6**

**Nonpriority creditor's name and mailing address**

**Timothy Baker**
**21851 Newland Street**
**#200**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.868 7**

**Nonpriority creditor's name and mailing address**

**Timothy Barrett**
**245 S Plumer Ave Ste 15**
**Tucson, AZ 85719**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.868 8**

**Nonpriority creditor's name and mailing address**

**Timothy Barrett**
**245 S Plumer Ave Ste 15**
**Tucson, AZ 85719**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.868 9**

**Nonpriority creditor's name and mailing address**

**Timothy Bates**
**781 Blackwell Park**
**Cookeville, TN 38506**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.869 0**

**Nonpriority creditor's name and mailing address**

**Timothy Bauer**
**12890 Automobile Boulevard**
**Suite A**
**Clearwater, FL 33762**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.869 1**

**Nonpriority creditor's name and mailing address**

**Timothy Baydala**
**438 Raymond Street**
**Rockville Centre, NY 11570**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.869 2**

**Nonpriority creditor's name and mailing address**

**Timothy Baydala**
**438 Raymond Street**
**Rockville Centre, NY 11570**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.869 3**

**Nonpriority creditor's name and mailing address**

**TIMOTHY BAYDALA**
**438 Raymond Street**
**ROCKVILLE CENTRE, NY 11570**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.869 4**

**Nonpriority creditor's name and mailing address**

**Timothy Baydala**
**438 Raymond St**
**Rockville Centre, NY 11570**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.869 5**

**Nonpriority creditor's name and mailing address**

**Timothy Bessert**
**3201 South St #177**
**Lincoln, NE 68502**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.869 6**

**Nonpriority creditor's name and mailing address**

**Timothy Bodnar**
**329 N 725 E**
**Vineyard, UT 84059**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.869 7**

**Nonpriority creditor's name and mailing address**

**Timothy Bontrager**
**4832 Neely Cir 1**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.8698**

**Nonpriority creditor's name and mailing address**

**Timothy Borman**
**1133 dry creek road**
**Waco, TX 76705**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.8699**

**Nonpriority creditor's name and mailing address**

**Timothy Borman**
**1133 Dry Creek RD**
**Waco, TX 76705**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.8700**

**Nonpriority creditor's name and mailing address**

**Timothy Brush**
**18 Depot Place**
**Basking Ridge, NJ 07920**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.8701**

**Nonpriority creditor's name and mailing address**

**Timothy Cantrell**
**1016 ST GEORGES WAY**
**FRANKLIN, TN 37064**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.8702**

**Nonpriority creditor's name and mailing address**

**Timothy Clark**
**1200 N 2nd St**
**Clinton, IA 52732**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.8703**

**Nonpriority creditor's name and mailing address**

**Timothy Cloyd Jr**
**3158 Lincoln Ave**
**Apt 107**
**Ogden, UT 84401**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.8704**

**Nonpriority creditor's name and mailing address**

**Timothy Devantier**
**24108 Nobe St**
**Corona, CA 92883**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.870 5**

**Nonpriority creditor's name and mailing address**

**Timothy Devlin**
**1280 65th St**
**Emeryville, CA 94608**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.870 6**

**Nonpriority creditor's name and mailing address**

**Timothy Dutton**
**389 SE 971**
**Knob Noster, MO 65336**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.870 7**

**Nonpriority creditor's name and mailing address**

**Timothy Ericsen**
**506 S Golden Sky Ln**
**Anaheim, CA 92807**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.870 8**

**Nonpriority creditor's name and mailing address**

**Timothy Fedewa**
**22127 110th Ave SE**
**Kent, WA 98031**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.870 9**

**Nonpriority creditor's name and mailing address**

**Timothy Fitzpatrick**
**532 Camino de Encanto**
**Redondo Beach, CA 90277**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.871 0**

**Nonpriority creditor's name and mailing address**

**TIMOTHY FLANAGAN**
**1802 Clark Lane**
**Unit B**
**REDONDO BEACH, CA 90278**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.871 1**

**Nonpriority creditor's name and mailing address**

**TImothy Foster**
**14130 Selva Lane**
**Orland Park, IL 60462**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                        Case number (if known) _____
_____
Name

---

**3.871
2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Timothy G Doran**
**7218 Playwright Trl**                                          ☐ Contingent
**Fort Wayne, IN 46818-9245**                                    ☐ Unliquidated
                                                                 ☐ Disputed
Date(s) debt was incurred  **2023**
                                                                 Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.871
3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Timothy Gaddis**
**7859 Rocky Ledge Drive**                                       ☐ Contingent
**Hixson, TN 37343**                                             ☐ Unliquidated
                                                                 ☐ Disputed
Date(s) debt was incurred  **2020**
                                                                 Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.871
4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Timothy Grave**
**19261 Brookings Ct.**                                          ☐ Contingent
**Huntington Beach, CA 92648**                                   ☐ Unliquidated
                                                                 ☐ Disputed
Date(s) debt was incurred  **2024**
                                                                 Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.871
5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Timothy Hall**
**228 Welton Dr**                                                ☐ Contingent
**Madison, AL 35757**                                            ☐ Unliquidated
                                                                 ☐ Disputed
Date(s) debt was incurred  **2025**
                                                                 Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.871
6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Timothy Hamm**
**116 Pebble Drive**                                             ☐ Contingent
**Clayton, NC 27520**                                            ☐ Unliquidated
                                                                 ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                 Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.871
7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Timothy Hansen**
**2035 WISTERIA CIR**                                            ☐ Contingent
**SUAMICO, WI 54313**                                            ☐ Unliquidated
                                                                 ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                 Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.871
8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**timothy hawke**
**306 pirate road**                                              ☐ Contingent
**Newport Beach, CA 92660**                                      ☐ Unliquidated
                                                                 ☐ Disputed
Date(s) debt was incurred  **2024**
                                                                 Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                 Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

| 3.8719 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Timothy Henkel**
**3691 Cactus Ridge Drive**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8720 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Timothy Hewitt**
**462 N. Glencoe Rd.**
**New Smyrna Beach, FL 32168**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8721 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Timothy Hickey**
**10234 Water St**
**Ephraim, WI 54211**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8722 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Timothy Horn**
**2207 Thunder Ridge Blvd**
**Apt 5B**
**Cedar Falls, IA 50613**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8723 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Timothy Horsman**
**50425 Heatherglen**
**La Quinta, CA 92253**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8724 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Timothy Horsman**
**50425 Heatherglen**
**La Quinta, CA 92253**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.8725 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Timothy Hunter**
**21261 Bulkhead Circle**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.872 6**

**Nonpriority creditor's name and mailing address**

**Timothy J Foley**
**394 Rum River Way**
**Anoka, MN 55303**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.872 7**

**Nonpriority creditor's name and mailing address**

**Timothy Jones**
**9851 Kite Dr.**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.872 8**

**Nonpriority creditor's name and mailing address**

**TIMOTHY KINDIG**
**5200 Irvine Boulevard**
**Space 64**
**Irvine, CA 92620**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.872 9**

**Nonpriority creditor's name and mailing address**

**Timothy Maguire**
**211 Quisset Lane**
**Wayne, PA 19087**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.873 0**

**Nonpriority creditor's name and mailing address**

**Timothy Maher**
**49 MINOT AVE UNIT B**
**WAREHAM, MA 02571-1615**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.873 1**

**Nonpriority creditor's name and mailing address**

**Timothy Mahon**
**2362 Willet Pl**
**2415**
**Melbourne, FL 32940**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.873 2**

**Nonpriority creditor's name and mailing address**

**Timothy Mattson**
**5752 Virginia Ave**
**Apt 101**
**Los Angeles, CA 90038**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.873 3**

**Nonpriority creditor's name and mailing address**

**Timothy McDonald**
**2499 Meadowcrest Dr**
**Newburgh, IN 47630**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.873 4**

**Nonpriority creditor's name and mailing address**

**Timothy McDowell**
**56237 North Vulture Mine Road**
**Wickenburg, AZ 85390-3453**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.873 5**

**Nonpriority creditor's name and mailing address**

**Timothy McDowell**
**56237 North Vulture Mine Road**
**Wickenburg, AZ 85390-3453**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.873 6**

**Nonpriority creditor's name and mailing address**

**Timothy Merrell**
**2820 San Jose Ave**
**Clovis, CA 93611**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.873 7**

**Nonpriority creditor's name and mailing address**

**Timothy Miller**
**9962 Cowboy LN**
**San Antonio, TX 78254**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.873 8**

**Nonpriority creditor's name and mailing address**

**Timothy Moore**
**433 Upper Terrace**
**Apt 7**
**San Francisco, CA 94117**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.873 9**

**Nonpriority creditor's name and mailing address**

**Timothy Moran**
**1308 Plantation Oaks Drive North**
**Jacksonville Beach, FL 32250**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.874 0**

**Nonpriority creditor's name and mailing address**

**Timothy Oleston**
**9914 Haven Port Ln**
**Ooltewah, TN 37363**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.874 1**

**Nonpriority creditor's name and mailing address**

**Timothy Oneil**
**633 Lido Park Drive**
**D3**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.874 2**

**Nonpriority creditor's name and mailing address**

**Timothy Pizatella**
**24 Trey Lane**
**Fairmont, WV 26554**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.874 3**

**Nonpriority creditor's name and mailing address**

**Timothy Prcie**
**5202 Raeford Road**
**Fayetteville, NC 28304**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.874 4**

**Nonpriority creditor's name and mailing address**

**Timothy Price**
**5202 Raeford Road**
**Fayetteville, NC 28304**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.874 5**

**Nonpriority creditor's name and mailing address**

**Timothy Robb**
**232 Red Fox Rd**
**Stamford, CT 06903**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.874 6**

**Nonpriority creditor's name and mailing address**

**Timothy Schwegman**
**8103 Amherst Ave**
**Margate, NJ 08402**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.874 7**

**Nonpriority creditor's name and mailing address**

**Timothy Sohacki**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.874 8**

**Nonpriority creditor's name and mailing address**

**Timothy Statler**
**692 West Conway Road**
**STE 24**
**Harbor Springs, MI 49740**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.874 9**

**Nonpriority creditor's name and mailing address**

**Timothy Swain**
**2 Mulberry Court**
**Hamilton Township, NJ '08619**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.875 0**

**Nonpriority creditor's name and mailing address**

**TIMOTHY THRONDSON**
**7437 Capstone Drive**
**Raleigh, NC 27615**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.875 1**

**Nonpriority creditor's name and mailing address**

**TIMOTHY THRONDSON**
**7437 Capstone Drive**
**Raleigh, NC 27615**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.875 2**

**Nonpriority creditor's name and mailing address**

**Timothy Vowles**
**712 Dartmouth Trail**
**Fort Collins, CO 80525**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.875 3**

**Nonpriority creditor's name and mailing address**

**timothy waidelich**
**1683 Louks Street**
**National City, MI 48748**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _ _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.875
4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. |

**Timothy Wigmore**
**880 West 19th Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.875
5**

**Nonpriority creditor's name and mailing address**

**Timothy Willard**
**5038 Francis Loop**
**The Villages, FL 32163-5453**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.875
6**

**Nonpriority creditor's name and mailing address**

**Timothy Willard**
**5038 Francis Loop**
**The Villages, FL 32163**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.875
7**

**Nonpriority creditor's name and mailing address**

**Timothy Wilson**
**13 Sonora Way**
**Corte Madera, CA 94925**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.875
8**

**Nonpriority creditor's name and mailing address**

**Tina Aginlar**
**26 Jarano st.**
**Rancho mission Viejo, CA 92694**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.875
9**

**Nonpriority creditor's name and mailing address**

**Tina Alvarez Leon**
**2915 N Bristol St**
**A**
**Santa Ana, CA 92706**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.876
0**

**Nonpriority creditor's name and mailing address**

**Tina Benjamin**
**50. S. Virginia St**
**Reno, NV 89501**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.876**
**1**

**Nonpriority creditor's name and mailing address**

**Tina Buono**
**2682 Brimhall Drive**
**Rossmoor, CA 90720**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.876**
**2**

**Nonpriority creditor's name and mailing address**

**Tina Campanile**
**6811 N Atlantic Ave.**
**Suite A**
**Cape Canaveral, FL 32920**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.876**
**3**

**Nonpriority creditor's name and mailing address**

**Tina Campanile**
**804 E. Hibiscus Blvd**
**Melbourne, FL 32901**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.876**
**4**

**Nonpriority creditor's name and mailing address**

**Tina Campanile**
**5831 S. Highway A1A**
**Melbourne Beach, FL 32951**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.876**
**5**

**Nonpriority creditor's name and mailing address**

**Tina Campanile**
**5831 S Highway A1A**
**Melbourne Beach, FL 32951**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.876**
**6**

**Nonpriority creditor's name and mailing address**

**Tina Campanile**
**5831 S. A1A Highway**
**Melbourne Beach, FL 32951**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.876**
**7**

**Nonpriority creditor's name and mailing address**

**Tina Canteo**
**4645 Sepulveda Blvd**
**Torrance, CA 90505**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.8768**

**Nonpriority creditor's name and mailing address**

**Tina Corbett**
**365 Batten Pond Rd**
**Selma, NC 27576**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8769**

**Nonpriority creditor's name and mailing address**

**Tina Fleetwood**
**13009 New Britton Drive**
**Fishers, IN 46038**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8770**

**Nonpriority creditor's name and mailing address**

**Tina Kramer**
**704 S Hayward St**
**Unit H**
**Anaheim, CA 92804**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8771**

**Nonpriority creditor's name and mailing address**

**Tina Kunjara**
**413 Viewmont DR SE**
**Moses Lake, WA 98837**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8772**

**Nonpriority creditor's name and mailing address**

**Tina Lorch**
**362 Anacapa Island Drive**
**Camarillo, CA 93012**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8773**

**Nonpriority creditor's name and mailing address**

**Tina Moran**
**241 Reed Ave Noryh**
**Salt Lake City, UT 84103**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8774**

**Nonpriority creditor's name and mailing address**

**Tina Redmond**
**300 Maplewood Ave.**
**Syracuse, NY 13205**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.877 5**

**Nonpriority creditor's name and mailing address**

**Tina Richey**
**2331 Cliff Drive**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.877 6**

**Nonpriority creditor's name and mailing address**

**Tina Rieden**
**2726 Hilltop Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.877 7**

**Nonpriority creditor's name and mailing address**

**Tina Rubio**
**5815 Snowden Ave**
**Lakewood, CA 90713**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.877 8**

**Nonpriority creditor's name and mailing address**

**Tina Salvucci**
**420 Catalina Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.877 9**

**Nonpriority creditor's name and mailing address**

**Tina Shaw**
**68777 Quista Court**
**Cathedral City, CA 92234**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.878 0**

**Nonpriority creditor's name and mailing address**

**Tina Shaw**
**68777 Quista Court**
**Cathedral City, CA 92234**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.878 1**

**Nonpriority creditor's name and mailing address**

**Tina Simpson**
**32116 union drive**
**Black Diamond, WA 98010**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.878 2**

Nonpriority creditor's name and mailing address
**Tina Slack**
**35025 Via Cerro Vista**
**Temecula, CA 92592**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.878 3**

Nonpriority creditor's name and mailing address
**Tina Soloman**
**210 Redwood Ave**
**Sacramento, CA 95815**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.878 4**

Nonpriority creditor's name and mailing address
**Tina Steele**
**12770 McTavish Road**
**Pitt Meadows, BC V3Y 1Z1**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.878 5**

Nonpriority creditor's name and mailing address
**Tina Vickery**
**3005 N. Verdugo Rd**
**Glendale, CA 91208**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.878 6**

Nonpriority creditor's name and mailing address
**Tina Vickery**
**3005 N Verdugo Rd.**
**Glendale, CA 91208**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.878 7**

Nonpriority creditor's name and mailing address
**Tish Pilon**
**3 Brittlestar Rd**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.878 8**

Nonpriority creditor's name and mailing address
**Tisha Markham**
**2792 Highland Dr**
**Carlsbad, CA 92008**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.8789**

**Nonpriority creditor's name and mailing address**

**TJ Kowalczyk**
**20 Pier Ave**
**Silvios Bbq**
**Hermosa Beach, CA 90254**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8790**

**Nonpriority creditor's name and mailing address**

**TL Lowe**
**958 S Sandalwood Circle**
**Norton Shores, MI 49441**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8791**

**Nonpriority creditor's name and mailing address**

**Tod Hipsher**
**5069 Scholarship**
**Irvine, CA 92612**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8792**

**Nonpriority creditor's name and mailing address**

**Tod Shaw**
**15621 Chemical Ln**
**Huntington Beach, CA 92649**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8793**

**Nonpriority creditor's name and mailing address**

**Todd & Kristine Blanche**
**12296 Waterstone Circle**
**Palm Beach Gardens, FL 33412**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8794**

**Nonpriority creditor's name and mailing address**

**Todd Albi**
**2288 Skycrest Drive**
**Coupeville, WA 98239**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8795**

**Nonpriority creditor's name and mailing address**

**Todd Barrile**
**20475 Rancho Los Cerritos**
**Covina, CA 91724**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  ___

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                    Case number (if known) _____

Name

---

**3.879 6**

**Nonpriority creditor's name and mailing address**

**Todd Black**
**9800 Whitehaven St**
**Oak Hills, CA 92344**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879 7**

**Nonpriority creditor's name and mailing address**

**todd bloom**
**64 nowicki rd**
**gaastra, MI 49927**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879 8**

**Nonpriority creditor's name and mailing address**

**Todd Brugma**
**221 S Francisca Ave Apt B**
**Redondo Beach, CA 90277-3390**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.879 9**

**Nonpriority creditor's name and mailing address**

**Todd Bruininks**
**605 Claire Court**
**Novato, CA 94949**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.880 0**

**Nonpriority creditor's name and mailing address**

**Todd Bullock**
**21401 Yarmouth Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.880 1**

**Nonpriority creditor's name and mailing address**

**Todd Canavan**
**18105 DAVIDSON RD**
**Brookfield, WI 53045-6616**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.880 2**

**Nonpriority creditor's name and mailing address**

**Todd Carley**
**1 Great Road**
**Stow, MA 01775**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.880 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Todd Chewning**
**6 crafts ave**
**west lebanon, NH 03784**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.880 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**todd christensen**
**395 michael circle**
**santa clara, UT 84765**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.880 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Todd Colvin**
**1708 Nature Drive**
**Ontario, NY 14519**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.880 6 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**TODD DAVIS**
**8644 EAST SOLANO DRIVE**
**SCOTTSDALE, AZ 85250**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.880 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Todd davis**
**8644 East Solano Drive**
**Scottsdale, AZ 85250**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.880 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Todd Davis**
**7901 east Thomas Road #106**
**Scottsdale, AZ 85251**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| 3.880 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Todd Divelbiss**
**10208 185th Ave e**
**Bonney Lake, WA 98391**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.8810**

**Nonpriority creditor's name and mailing address**

**Todd Esparza**
**2888 Bayshore Drive**
**B4**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8811**

**Nonpriority creditor's name and mailing address**

**TODD FELDMAN**
**6355 Beach Drive SW**
**Seattle, WA 98136**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8812**

**Nonpriority creditor's name and mailing address**

**Todd Friedland**
**6591 Beachview**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8813**

**Nonpriority creditor's name and mailing address**

**todd fryatt**
**6 Saddleback Drive**
**Nashua, NH 03061**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8814**

**Nonpriority creditor's name and mailing address**

**Todd Gealy**
**16776 woodridge circle**
**Fountain valley, CA 92708**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8815**

**Nonpriority creditor's name and mailing address**

**Todd Gerhart**
**2218 Reservoir Dr**
**Norco, CA 92860**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8816**

**Nonpriority creditor's name and mailing address**

**Todd Griglin**
**2212 SW. 43rd Ln.**
**Cape Coral, FL 33914**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.881**
**7**

**Nonpriority creditor's name and mailing address**

**Todd Habermehl**
**1975 Port Locksleigh Place**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.881**
**8**

**Nonpriority creditor's name and mailing address**

**Todd Hafele**
**1126 Winn Trl**
**Madison, WI 53704**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.881**
**9**

**Nonpriority creditor's name and mailing address**

**Todd Harris**
**4501 Birch street**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.882**
**0**

**Nonpriority creditor's name and mailing address**

**Todd Kepple**
**26520 Paseo Tranquila**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.882**
**1**

**Nonpriority creditor's name and mailing address**

**Todd Kepple**
**26520 Paseo Tranquila**
**San Juan Capistrano, CA 92675**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.882**
**2**

**Nonpriority creditor's name and mailing address**

**Todd LaFountaine**
**11525 4th Ave NW**
**Seattle, WA 98177**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.882**
**3**

**Nonpriority creditor's name and mailing address**

**Todd LaFountaine**
**11525 4th Ave NW**
**Seattle, WA 98177-4724**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
Name

---

**3.882** **4**

**Nonpriority creditor's name and mailing address**

**Todd MacKaben**
**65 Rafael Drive**
**San Rafael, CA 94901**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.882** **5**

**Nonpriority creditor's name and mailing address**

**TODD PENNA**
**4722 W 166TH ST**
**LAWNDALE, CA 90260**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.882** **6**

**Nonpriority creditor's name and mailing address**

**Todd Perkins**
**26226 KINGSGATE LN**
**KATY, TX 77494-0689**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.882** **7**

**Nonpriority creditor's name and mailing address**

**todd Pollock**
**6194 old rangeline road**
**Theodore, AL 36582**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.882** **8**

**Nonpriority creditor's name and mailing address**

**Todd Poulsen**
**102 S Elk Ridge Dr**
**Elk Ridge, UT 84651**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.882** **9**

**Nonpriority creditor's name and mailing address**

**Todd Richardson**
**2081 Nantucket Pl**
**Tustin, CA 92780**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.883** **0**

**Nonpriority creditor's name and mailing address**

**Todd Rohs**
**7211 N 7th Street Apt A20**
**Phoenix, AZ 85020**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                    Case number (if known) _____
_____
Name

---

**3.883 1**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Todd Romberger**                                                     ☐ Contingent
**710 Wing Foot Lane**                                                 ☐ Unliquidated
**Melbourne, FL 32940**                                                ☐ Disputed

Date(s) debt was incurred  **2022**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.883 2**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Todd Roth**                                                          ☐ Contingent
**38238 HAZELWOOD ST**                                                 ☐ Unliquidated
**MURRIETA, CA 92562-3421**                                            ☐ Disputed

Date(s) debt was incurred  **2021**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.883 3**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Todd Schaedig**                                                      ☐ Contingent
**3956 Birchwood Dr**                                                  ☐ Unliquidated
**Rogers City, MI 49779**                                              ☐ Disputed

Date(s) debt was incurred  **2023**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.883 4**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Todd Severnak**                                                      ☐ Contingent
**7095 Island View Rd NW**                                             ☐ Unliquidated
**Sauk Rapids, MN 56379**                                              ☐ Disputed

Date(s) debt was incurred  **2021**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.883 5**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Todd Smith**                                                         ☐ Contingent
**12 Menton**                                                          ☐ Unliquidated
**Newport Coast, CA 92627**                                            ☐ Disputed

Date(s) debt was incurred  **2024**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.883 6**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Todd Smith**                                                         ☐ Contingent
**5281 Avondale Way**                                                  ☐ Unliquidated
**Riverside, CA 92506**                                                ☐ Disputed

Date(s) debt was incurred  **2020**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

**3.883 7**

**Nonpriority creditor's name and mailing address**                      As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Todd Sprague**                                                       ☐ Contingent
**1010 Nutt Street #1227**                                             ☐ Unliquidated
**#1227**                                                              ☐ Disputed
**Wilmington, NC 28401**

Date(s) debt was incurred  **2022**                                    Basis for the claim:  **Warranty**

Last 4 digits of account number __                                     Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                    Case number *(if known)* _____
_____
Name

---

| 3.883 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Sprague**
**8706 Case Ridge Dr**
**Oak Ridge, NC 27310**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.883 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Starkey**
**3077 Cortona Drive**
**Melbourne, FL 32940**

Date(s) debt was incurred  **2021**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.884 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Stelnick**
**25708 Hidden Oak Ct**
**Stevenson Ranch, CA 91381**

Date(s) debt was incurred  **2022**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.884 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Stitt**
**1945 Placentia Ave**
**unit a**
**Costa mesa, CA 92627**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.884 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Sulzer**
**15396 N 83rd Ave**
**G-101**
**Peoria, AZ 85381**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.884 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Swanson**
**19021 Woodward Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.884 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Todd Tipton**
**215 Cleveland Ave. S**
**St. Paul, MN 55105**

Date(s) debt was incurred  **2023**
Last 4 digits of account number  _

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
| | Name | | | |

---

**3.884
5**

**Nonpriority creditor's name and mailing address**

**Todd Turner**
**11514 ARROWHEAD DR**
**GIG HARBOR, WA 98332**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.884
6**

**Nonpriority creditor's name and mailing address**

**Todd Vaughan**
**2431 almost se**
**Grand rapids, MI 49507**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.884
7**

**Nonpriority creditor's name and mailing address**

**Todd Vitucci**
**770 E Portland Street**
**114**
**Phoenix, AZ 85006**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.884
8**

**Nonpriority creditor's name and mailing address**

**Todd Vitucci**
**1129 W Orangewood Avenue**
**Phoenix, AZ 85021**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.884
9**

**Nonpriority creditor's name and mailing address**

**Todd Vitucci**
**770 E Portland ST**
**114**
**Phoenix, AZ 85006**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.885
0**

**Nonpriority creditor's name and mailing address**

**Todd Wahl**
**1874 65 Ave S**
**Fargo, ND 58104**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.885
1**

**Nonpriority creditor's name and mailing address**

**Todd Wright**
**1718 Tanglewood Dr.**
**Fort Collins, CO 80525**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____  Case number (if known) _____
Name

---

**3.885 2**

**Nonpriority creditor's name and mailing address**

**Todd Wright**
**1718 Tanglewood Drive**
**Fort Collins, CO 80525**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.885 3**

**Nonpriority creditor's name and mailing address**

**Tom Aievoli**
**1832 Port Charles place**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.885 4**

**Nonpriority creditor's name and mailing address**

**Tom Allan**
**1507 Cedar Pines Dr**
**Corona, CA 92881**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.885 5**

**Nonpriority creditor's name and mailing address**

**Tom Armstrong**
**108 Longdraft Rd**
**Gaithersburg, MD 20878-1064**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.885 6**

**Nonpriority creditor's name and mailing address**

**Tom Bercaw**
**3530 W. Garry Ave**
**Santa Ana, CA 92704**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.885 7**

**Nonpriority creditor's name and mailing address**

**Tom Buckley**
**235 N Smith Street**
**Unit 407**
**Palatine, IL 60067**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.885 8**

**Nonpriority creditor's name and mailing address**

**Tom Callister**
**1501 Dolphin Terrace**
**Corona del Mar, CA 92625**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____  Case number *(if known)* _____
          Name

---

**3.8859**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* |

**Tom Carey**
**10335 Thompson Rye Cir**
**Twinsburg, OH 44087**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2022__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8860**

**Nonpriority creditor's name and mailing address**

**Tom Carson**
**208 Tustin Ave**
**Newport Beach, CA 92663**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8861**

**Nonpriority creditor's name and mailing address**

**Tom Cutler**
**609 s. Watson st**
**Visalia, CA 93277**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8862**

**Nonpriority creditor's name and mailing address**

**Tom Davidson**
**13900 Fiji Way**
**313**
**Marina del Rey, CA 90292**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2025__

Basis for the claim: __Warranty__

Last 4 digits of account number __7__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8863**

**Nonpriority creditor's name and mailing address**

**Tom Davidson**
**13900 Fiji Way #313**
**Marina del Rey, CA 90292**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8864**

**Nonpriority creditor's name and mailing address**

**Tom Davis**
**20055 Paseo Luis**
**Yorba Linda, CA 92886**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8865**

**Nonpriority creditor's name and mailing address**

**Tom Deutsch**
**20942 Avenida Amapola**
**Lake forest, CA 92630**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

Basis for the claim: __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.8866**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Tom Dew**<br>21300 Beach Blvd<br>209<br>Huntington Beach, CA 92648 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8867**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Tom Dore**<br>436 Vista Grande<br>Newport Beach, CA 92660 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8868**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Tom Eaton**<br>10502 River Edge Rd<br>Saline, MI 48176-8920 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8869**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Tom Eaton**<br>10502 River Edge Trail<br>Saline, MI 48176 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2020__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8870**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Tom Ehlman**<br>2477 N Pine Cone Ave<br>Lecanto, FL 34461 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2023__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8871**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Tom Eldred**<br>7409 Bolo Ln<br>Flower Mound, TX 75022 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2022__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.8872**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|
| **Tom Erwin**<br>18915 Los Palominos Drive<br>Yorba Linda, CA 92886 | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred __2021__ | **Basis for the claim:** __Warranty__ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

| 3.887 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Farrell**
**372 Mallory Ct**
**Naples, FL 34110**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Farrell**
**372 Mallory Ct**
**Naples, FL 34110**

Date(s) debt was incurred **2022**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Frew**
**2102 Palos Verdes Dr N**
**Lomita, CA 90717**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Gegeckas**
**306 Laurel-Moors Dr.**
**Exton, PA 19341**

Date(s) debt was incurred **2025**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Haller**
**35 Siena**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred **2022**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Hanna**
**1000 Town Center Drive**
**Suite 200**
**OXNARD, CA 93036**

Date(s) debt was incurred **2024**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.887 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Tom Hanna**
**2351 Kudu Place**
**Ventura, CA 93003**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

**3.8880**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |

**Tom Hannawalt**
**5931 north kansas ave**
**Gladstone, MO 64119**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8881**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*     $0.00

**Tom Hawthorne**
**9481 Mary Cir**
**Villa Park, CA 92861**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8882**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*     $0.00

**Tom Horne**
**1109 Leesburg Drive**
**Leland, NC 28451**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8883**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*     $0.00

**Tom Jacoby**
**21551 Brookhurst St**
**#61**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8884**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*     $0.00

**Tom Jacoby**
**21551 Brookhurst Apt 61**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8885**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*     $0.00

**Tom Johnson**
**1816 Huntington Street**
**Huntington Beach, CA 92648**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

**3.8886**

**Nonpriority creditor's name and mailing address**                     As of the petition filing date, the claim is: *Check all that apply.*     $0.00

**tom korns**
**208 YUKON CT**
**waterloo, IL 62298**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.888 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom Lynch**
**1718 Ridgewood Rd**
**Fort Collins, CO 80526**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom Marcoux**
**13401 Weymouth St.**
**Westminster, CA 92683**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.888 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom McHenry**
**611 36th Street**
**Bay City, MI 48708**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom McNeal**
**14912 Foxcroft Rd**
**Tustin, CA 92780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom Miller**
**2101 River Forest Dr**
**Mobile, AL 36605**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom Mulligan**
**6744 CASCADE RD SE**
**Grand Rapids, MI 49546**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.889 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Tom Nash**
**17517 Rainstream Rd**
**Boca Raton, FL 33496**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**                                 Case number (if known) _____

Name

---

**3.8894**

**Nonpriority creditor's name and mailing address**

**Tom Nash**
**1153 Wildcat Canyon Road**
**Pebble Beach, CA 93953**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8895**

**Nonpriority creditor's name and mailing address**

**Tom Neja**
**2480 Oak Avenue**
**Corona, CA 92882**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8896**

**Nonpriority creditor's name and mailing address**

**Tom Nelson**
**2113 National Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8897**

**Nonpriority creditor's name and mailing address**

**Tom Newell**
**1945 Placentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8898**

**Nonpriority creditor's name and mailing address**

**Tom Nicholson**
**14000 Marquesas Way**
**Apt 1224**
**Marina del Rey, CA 90292-7520**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8899**

**Nonpriority creditor's name and mailing address**

**Tom O'Connell**
**16700 carriage circle**
**Yorba linda, CA 92886**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8900**

**Nonpriority creditor's name and mailing address**

**Tom OConnell**
**16700 carriage circle**
**Yorba Linda, CA 92886**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.890**
**1**

**Nonpriority creditor's name and mailing address**

**Tom Petter**
**213 S. St West**
**Amery, WI 54001**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.890**
**2**

**Nonpriority creditor's name and mailing address**

**Tom Petter**
**213 South St W**
**Amery, WI 54001**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.890**
**3**

**Nonpriority creditor's name and mailing address**

**Tom Powers**
**118 Oxford Creek Dr**
**Oxford, MS 38655**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.890**
**4**

**Nonpriority creditor's name and mailing address**

**Tom Puerling**
**4350 Beverly Dr**
**Santa Maria, CA 93455**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.890**
**5**

**Nonpriority creditor's name and mailing address**

**Tom Regos**
**1470 mountain meadow dr.**
**Oceanside, CA 92056**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.890**
**6**

**Nonpriority creditor's name and mailing address**

**Tom Rieger**
**6437 Pebble Creek Drive**
**house**
**Independence, OH 44131**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.890**
**7**

**Nonpriority creditor's name and mailing address**

**Tom Ronai**
**171 S shore Dr**
**Thompson, PA 18465**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                          Case number *(if known)* _____
_____
Name

| 3.890 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**3.890 8**

Nonpriority creditor's name and mailing address

**Tom Ruiz**
**1501 Kathleen Lane**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.890 9**

Nonpriority creditor's name and mailing address

**Tom Simrak**
**2435 Andover Pl**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.891 0**

Nonpriority creditor's name and mailing address

**Tom smith**
**1050 w rocalla ave**
**Ajo, AZ 85321**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.891 1**

Nonpriority creditor's name and mailing address

**Tom Smith**
**5441 Richlanne Dr**
**Hilliard, OH 43026**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.891 2**

Nonpriority creditor's name and mailing address

**Tom Stewart**
**30111 Happy Hunter Dr**
**Canyon Lake, CA 92587**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.891 3**

Nonpriority creditor's name and mailing address

**Tom Strauss**
**14310 Mariposa St.**
**Westminster, CO 80023**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.891 4**

Nonpriority creditor's name and mailing address

**Tom Tibbett**
**1095 E 1st St.**
**Prineville, OR 97754**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.8915**

**Nonpriority creditor's name and mailing address**

**Tom Tibbett**
**1095 E 1st St.**
**Prineville, OR 97754**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8916**

**Nonpriority creditor's name and mailing address**

**Tom Van Heel**
**2401 Linwood Ave E**
**Maplewood, MN 55119**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8917**

**Nonpriority creditor's name and mailing address**

**Tom Van Mun**
**6170 Quijota Blvd**
**Tucson, AZ 85707**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8918**

**Nonpriority creditor's name and mailing address**

**Tom Walker**
**3044 Center Ave**
**Fort Lauderdale, FL 33308**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8919**

**Nonpriority creditor's name and mailing address**

**Tom West**
**11575 E 119th Ave**
**Henderson, CO 80640**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8920**

**Nonpriority creditor's name and mailing address**

**Tom Whalen**
**809 Hilltop Rd**
**CATONSVILLE, MD 21228**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.8921**

**Nonpriority creditor's name and mailing address**

**Tom Wharton**
**1089 Powell Dr**
**Singer Island, FL 33404**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Official Form 206 E/F

Schedule E/F: Creditors Who Have Unsecured Claims

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

**3.892
2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Tom Wilson
3028 Pineda Crossing Dr
Melbourne, FL 32940-1412**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.892
3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Tom Yanke
4425 Trieste Drive
Carlsbad, CA 92010**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.892
4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Tom Zaby
244 Monte Vista
Costa Mesa, CA 92627**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.892
5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Tomas Jirous
309 Santo Tomas Ave
Costa Mesa, CA 92627**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.892
6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Tommi Pohlman
6914 E Galahad Ln
Hereford, AZ 85615**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.892
7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Tommy Atkins
300 Paseo De La Playa
Unit 101
Redondo Beach, CA 90277**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

**3.892
8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|

**Tommy Disario
1945 Placentia Ave
Bldg A
Costa Mesa, CA 92626**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.8929**

**Nonpriority creditor's name and mailing address**

**Tommy Kammerer**
**P.O. 2408**
**Riverside, CA 92516**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8930**

**Nonpriority creditor's name and mailing address**

**Tommy Ye**
**414 Mavis Dr**
**Pleasanton, CA 94566**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8931**

**Nonpriority creditor's name and mailing address**

**Toni Dembski-Brandl**
**10582 GRACIE LN**
**PORTAGE, MI 49024**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8932**

**Nonpriority creditor's name and mailing address**

**Toni Green**
**28 Pond Avenue**
**Newport, RI 02840**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8933**

**Nonpriority creditor's name and mailing address**

**toni matlock**
**3216 Bancroft St**
**Missoula, MT 59801**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8934**

**Nonpriority creditor's name and mailing address**

**Tonia Hedman**
**1001 Mesita dr**
**El Paso, TX 79902**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.8935**

**Nonpriority creditor's name and mailing address**

**Tonia Lediju**
**988 South Regatta Dr**
**Vallejo, CA 94591**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____    Case number *(if known)* _____
 Name

---

**3.8936**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Tonia Zambrano**                    ☐ Contingent
**2533 w 37th Avenue**                    ☐ Unliquidated
**Denver, CO 80211**                    ☐ Disputed

Date(s) debt was incurred __2023__                    **Basis for the claim:** __Warranty__

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.8937**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Tonie Benetti**                    ☐ Contingent
**1685 S Colorado Blvd**                    ☐ Unliquidated
**S-280**                    ☐ Disputed
**Denver, CO 80222**

Date(s) debt was incurred __2021__                    **Basis for the claim:** __Warranty__

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.8938**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Tonita Pate**                    ☐ Contingent
**2572 Music Valley Dr**                    ☐ Unliquidated
**Lot 125**                    ☐ Disputed
**Nashville, TN 37214**

Date(s) debt was incurred __2023__                    **Basis for the claim:** __Warranty__

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.8939**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Tonja Olive**                    ☐ Contingent
**115 Dixie Blvd**                    ☐ Unliquidated
**Delray Beach, FL 33444**                    ☐ Disputed

Date(s) debt was incurred __2021__                    **Basis for the claim:** __Warranty__

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.8940**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Tonna Hughes**                    ☐ Contingent
**19731 347th ave**                    ☐ Unliquidated
**Ree Heights, SD 57371**                    ☐ Disputed

Date(s) debt was incurred __2022__                    **Basis for the claim:** __Warranty__

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.8941**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Tonna Hughes**                    ☐ Contingent
**19731 347th Ave.**                    ☐ Unliquidated
**Ree Heights, SD 57371**                    ☐ Disputed

Date(s) debt was incurred __2022__                    **Basis for the claim:** __Warranty__

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

**3.8942**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Tony Aminikharrazi**                    ☐ Contingent
**51 Pacific Mist**                    ☐ Unliquidated
**Newport Coast, CA 92657**                    ☐ Disputed

Date(s) debt was incurred __2022__                    **Basis for the claim:** __Warranty__

Last 4 digits of account number __                    Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.894
3**

**Nonpriority creditor's name and mailing address**

**Tony Bizzieri**
**15556 Scotsglen Rd.**
**Orland Park, IL 60462**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.894
4**

**Nonpriority creditor's name and mailing address**

**Tony Chiapuzio**
**1606 Santanella Terrace**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.894
5**

**Nonpriority creditor's name and mailing address**

**Tony Collins**
**2025 31st street road**
**Greeley, CO 80631**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.894
6**

**Nonpriority creditor's name and mailing address**

**Tony Ditteaux**
**3707 Seashore Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.894
7**

**Nonpriority creditor's name and mailing address**

**Tony Emmons**
**6147 W Corral Way Drive**
**Bloomington, IN 47403-8203**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.894
8**

**Nonpriority creditor's name and mailing address**

**Tony Fearnley**
**3063 West Chapman Avenue**
**5210**
**Orange, CA 92868**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.894
9**

**Nonpriority creditor's name and mailing address**

**Tony Gentry**
**2828 Dell Brooke Ave**
**Louisville, KY 40220**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

| 3.895 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**3.895 0**

**Tony Ghosn**
**2548 Orange Ave**
**Apt B102**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.895 1**

**Nonpriority creditor's name and mailing address**

**tony grieco**
**1031 Rafferty Court**
**Big Bear City, CA 92314**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.895 2**

**Nonpriority creditor's name and mailing address**

**Tony Grieco**
**40977 big bear blvd**
**big bear lake, CA 92315**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.895 3**

**Nonpriority creditor's name and mailing address**

**Tony Hansen**
**928 Callahan Drive**
**Roseburg, OR 97471**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.895 4**

**Nonpriority creditor's name and mailing address**

**Tony Lambiasi**
**138 twin oaks rd**
**Louisa, VA 23093**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.895 5**

**Nonpriority creditor's name and mailing address**

**Tony Maalouf**
**19811 Providence Ln**
**HUNTINGTN BCH, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.895 6**

**Nonpriority creditor's name and mailing address**

**Tony Novasel**
**11 Maple St**
**North Walpole, NH 03609**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                           Case number (if known) _____
_____
Name

---

| 3.895 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tony Nungaray** | ☐ Contingent | |
| **619 S Twin Oaks Valley Rd** | ☐ Unliquidated | |
| **APT 57** | ☐ Disputed | |
| **San Marcos, CA 92078** | | |
| Date(s) debt was incurred _2023_ | **Basis for the claim:** _Warranty_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.895 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tony Nungaray** | ☐ Contingent | |
| **619 South Twin Oaks Valley Road** | ☐ Unliquidated | |
| **APT 57** | ☐ Disputed | |
| **San Marcos, CA 92078** | | |
| Date(s) debt was incurred _2021_ | **Basis for the claim:** _Warranty_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.895 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tony Nungaray** | ☐ Contingent | |
| **619 south twin oaks valley rd** | ☐ Unliquidated | |
| **57** | ☐ Disputed | |
| **san marcos, CA 92078** | | |
| Date(s) debt was incurred _2020_ | **Basis for the claim:** _Warranty_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.896 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tony or Tonya D'Ascanio** | ☐ Contingent | |
| **11500 Overseas Hwy** | ☐ Unliquidated | |
| **Marathon, FL 33050** | ☐ Disputed | |
| Date(s) debt was incurred _2020_ | **Basis for the claim:** _Warranty_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.896 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tony Queen** | ☐ Contingent | |
| **408 Thompson Ridge Rd** | ☐ Unliquidated | |
| **Alexander City, AL 35010** | ☐ Disputed | |
| Date(s) debt was incurred _2025_ | **Basis for the claim:** _Warranty_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.896 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **tony santero** | ☐ Contingent | |
| **731 S breezy way** | ☐ Unliquidated | |
| **orange county, CA 92869** | ☐ Disputed | |
| Date(s) debt was incurred _2021_ | **Basis for the claim:** _Warranty_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.896 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | **$0.00** |
| **Tony Tamulevich** | ☐ Contingent | |
| **PO Box 11117** | ☐ Unliquidated | |
| **Newport Beach, CA 92658** | ☐ Disputed | |
| Date(s) debt was incurred _2024_ | **Basis for the claim:** _Warranty_ | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Electric Bike Company, LLC**　　　　　　　　　　Case number (if known) _____
　　　Name

---

**3.896
4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tony Tang**<br>**9945 Live Oak Ave**<br>**Galt, CA 95632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2021** | | |
| Last 4 digits of account number _ | Basis for the claim: **Warranty** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.896
5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tony Tang**<br>**9945 Line Oak Ave**<br>**Galt, CA 95632** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2021** | | |
| Last 4 digits of account number _ | Basis for the claim: **Warranty** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.896
6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tony Tew**<br>**6593 East Telegraph Street**<br>**Yuma, AZ 85365** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2023** | | |
| Last 4 digits of account number _ | Basis for the claim: **Warranty** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.896
7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tony Torres**<br>**194 South Indian Canyon Drive**<br>**Palm Springs, CA 92262** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2025** | | |
| Last 4 digits of account number **7** | Basis for the claim: **Warranty** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.896
8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tony Williams**<br>**19592 Canberra Ln**<br>**Huntington Beach, CA 92646** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2020** | | |
| Last 4 digits of account number _ | Basis for the claim: **Warranty** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.896
9**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tonya Galvin**<br>**1043 Marina Dr.**<br>**Placentia, CA 92870** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2020** | | |
| Last 4 digits of account number _ | Basis for the claim: **Warranty** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.897
0**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|
| **Tonya Hoogendyk**<br>**59 Ebb Tide Cir**<br>**Newport Beach, CA 92663** | ☐ Contingent<br>☐ Unliquidated<br>☐ Disputed | |
| Date(s) debt was incurred **2024** | | |
| Last 4 digits of account number _ | Basis for the claim: **Warranty** | |
| | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.897**
**1**

**Nonpriority creditor's name and mailing address**

**Tonya Snell**
**5026 Hwy295**
**Elkins, AR 72727**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.897**
**2**

**Nonpriority creditor's name and mailing address**

**Tonya Sumner**
**100 Aspen Ln**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.897**
**3**

**Nonpriority creditor's name and mailing address**

**Tonya Sumner**
**100 Aspen Lane**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.897**
**4**

**Nonpriority creditor's name and mailing address**

**Tootsie Torres**
**3282 Axford Road**
**Santa Cruz, CA 95062**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.897**
**5**

**Nonpriority creditor's name and mailing address**

**Torbin Cook**
**4488 112th St**
**Urbandale, IA 50322**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.897**
**6**

**Nonpriority creditor's name and mailing address**

**Tori Cook**
**705 West Maple Avenue**
**El Segundo, CA 90245**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.897**
**7**

**Nonpriority creditor's name and mailing address**

**tori jones**
**2711 oak knoll dr**
**rossmoor, CA 90720**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____     Case number (if known) _____
      Name

---

| 3.897 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tori Jones**
**21372 Brookhurst St**
**Unit 232**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.897 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tori Jones**
**21372 Brookhurst**
**232**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2022**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Torie McCormick**
**438 Brian David Rd**
**Stonewall, LA 71078**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2021**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Torrey Russell**
**4021 n Cadillac dr**
**7**
**Fayetteville, AR 72703**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2023**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Torsten Kruger**
**1510 Newport Blvd**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tory Chlanda**
**49 River Drive**
**Hadley, MA 01035**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2024**

**Basis for the claim:  Warranty**

**Last 4 digits of account number _**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.898 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Tory Rice**
**15172 Ilex Drive**
**Chino Hills, CA 91709**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Date(s) debt was incurred  2025**

**Basis for the claim:  Warranty**

**Last 4 digits of account number  7**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.898 5**

**Nonpriority creditor's name and mailing address**

**Tosha Fleck**
**8181 Grant Dr**
**HUNTINGTN BCH, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.898 6**

**Nonpriority creditor's name and mailing address**

**Trace Christensen**
**820 Northland Pl NE**
**Rochester, MN 55906**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.898 7**

**Nonpriority creditor's name and mailing address**

**TRACEY BARRY**
**11100 HACIENDA DEL MAR BLVD**
**G204**
**Placida, FL 33946**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.898 8**

**Nonpriority creditor's name and mailing address**

**Tracey Capitano**
**P.O. Box 20104**
**Fountain Valley, CA 92728**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.898 9**

**Nonpriority creditor's name and mailing address**

**Tracey Ganatos**
**5880 S Staaten Ave**
**Boise, ID 83709-5217**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.899 0**

**Nonpriority creditor's name and mailing address**

**Tracey Johnson**
**N2972 Golf Road**
**Sarona, WI 54870**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.899 1**

**Nonpriority creditor's name and mailing address**

**Tracey Meyers**
**175 Memory Lane**
**Dover, AL 17315**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.899 2**

Nonpriority creditor's name and mailing address

**TRACEY RAMIREZ**
**6915 W. 3rd St**
**412**
**Greeley, CO 80634**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.899 3**

Nonpriority creditor's name and mailing address

**Tracey Vackar**
**6852 Bar Harbor Ln.**
**Huntington Beach, CA 92648**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.899 4**

Nonpriority creditor's name and mailing address

**TRACEY WIESE**
**13392 WEST BELLFLOWER DRIVE**
**BOISE, ID 83713**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.899 5**

Nonpriority creditor's name and mailing address

**Tracey Williams**
**7716 21st Ave**
**Lemoore, CA 93245**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.899 6**

Nonpriority creditor's name and mailing address

**Tracey Williams**
**7716 21st Ave**
**Lemoore, CA 93245**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.899 7**

Nonpriority creditor's name and mailing address

**Traceylee Grooms**
**55274 Highway 112**
**Port Angeles, WA 98363**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.899 8**

Nonpriority creditor's name and mailing address

**Traci Hamilton**
**1338 E Florida St**
**Long Beach, CA 90802**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.8999**

**Nonpriority creditor's name and mailing address**

**Traci Hamiton**
**4008 Hertel Dr S**
**Salem, OR 97302**

Date(s) debt was incurred __2025__

Last 4 digits of account number __7__

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.9000**

**Nonpriority creditor's name and mailing address**

**Traci Hooker**
**149 Lincoln Hills Dr**
**Alto, NM 88312**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.9001**

**Nonpriority creditor's name and mailing address**

**Traci Lanning**
**14195 Riverside Dr.**
**Apple Valley, CA 92307**

Date(s) debt was incurred __2025__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.9002**

**Nonpriority creditor's name and mailing address**

**Traci McWaters**
**2204 Margaret Way**
**Dunedin, FL 34698**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.9003**

**Nonpriority creditor's name and mailing address**

**Traci Moran**
**440 Tunnel 19 Rd**
**Golden, CO 80403**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.9004**

**Nonpriority creditor's name and mailing address**

**Traci Nielsen**
**2670 Waverly Dr**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.9005**

**Nonpriority creditor's name and mailing address**

**Traci Troiano**
**26073 Via Pera**
**Mission Viejo, CA 92691**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __Warranty__

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.900 6**

**Nonpriority creditor's name and mailing address**

**Tracie Bablot**
**104 Highland Street**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.900 7**

**Nonpriority creditor's name and mailing address**

**Tracie Hennon**
**4457 West Coast Hwy**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.900 8**

**Nonpriority creditor's name and mailing address**

**TRACIE NIGRO**
**18027 East Asbury Drive**
**Aurora, CO 80013**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.900 9**

**Nonpriority creditor's name and mailing address**

**Tracie Nigro**
**18027 E Asbury Dr**
**Aurora, CO 80013**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.901 0**

**Nonpriority creditor's name and mailing address**

**Tracie Salerno**
**12075 Autumn Fern Ln**
**Orlando, FL 32827**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.901 1**

**Nonpriority creditor's name and mailing address**

**Tracie Smit**
**866 Bond Ln**
**Brentwood, CA 94513**

Date(s) debt was incurred **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.901 2**

**Nonpriority creditor's name and mailing address**

**Tracie Smit**
**866 Bond Ln**
**BRENTWOOD, CA 94513**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.901 3**

**Nonpriority creditor's name and mailing address**

**Tracie Stricklin**
**668 Rockaway Avenue**
**Grover Beach, CA 93433**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.901 4**

**Nonpriority creditor's name and mailing address**

**Tracy Anania**
**8951 Lake Drive**
**E505**
**Cape Canaveral, FL 32920**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.901 5**

**Nonpriority creditor's name and mailing address**

**Tracy Anania**
**8951 Lake Drive**
**Apt. E505**
**Cape Canaveral, FL 32920**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.901 6**

**Nonpriority creditor's name and mailing address**

**Tracy Bennett**
**7477 Chateau Ridge Ln**
**Riverside, CA 92506**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.901 7**

**Nonpriority creditor's name and mailing address**

**Tracy Bibeau**
**11318 Old Harbour Rd**
**North Palm Beach, FL 33408**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.901 8**

**Nonpriority creditor's name and mailing address**

**Tracy Bibeau**
**170 Billings Hill Rd**
**Stowe, VT 05672**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.901 9**

**Nonpriority creditor's name and mailing address**

**Tracy Bibeau**
**170 Billings Hill Rd**
**Stowe, VT 05672**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.902 0**

Nonpriority creditor's name and mailing address

**Tracy Bray**
**327 Barbara Ave.**
**Solana Beach, CA 92075**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.902 1**

Nonpriority creditor's name and mailing address

**Tracy Caldwell**
**824 W. 6th St.**
**Port Angeles, WA 98363**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.902 2**

Nonpriority creditor's name and mailing address

**Tracy Chandler**
**110 Santee Circle**
**Myrtle Beach, SC 29588**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.902 3**

Nonpriority creditor's name and mailing address

**Tracy Costa**
**5 Quarry Village Rd**
**CHESHIRE, CT 06410**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.902 4**

Nonpriority creditor's name and mailing address

**Tracy Diekmann**
**145 Calle Constancia**
**Redlands, CA 92373**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.902 5**

Nonpriority creditor's name and mailing address

**tracy gravelle**
**20017 W. Williams Lake Rd**
**cheney, WA 99004**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.902 6**

Nonpriority creditor's name and mailing address

**Tracy Hernandez**
**34051 colegio dr**
**A**
**Dana point, CA 92629**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.9027**

**Nonpriority creditor's name and mailing address**

**Tracy Hurst**
**4430 fireview cir**
**Greenwood, CA 95635**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9028**

**Nonpriority creditor's name and mailing address**

**Tracy Hurst**
**4430 fireview circle**
**Greenwood, CA 95635**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9029**

**Nonpriority creditor's name and mailing address**

**Tracy Lafferty**
**102 Wildwood Way**
**Trinidad, TX 75163**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9030**

**Nonpriority creditor's name and mailing address**

**Tracy Meier**
**3191 17 Mile Drive**
**Pebble Beach, CA 93953**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9031**

**Nonpriority creditor's name and mailing address**

**Tracy Mendoza**
**1661 Sausalito Drive**
**Hollister, CA 95023**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9032**

**Nonpriority creditor's name and mailing address**

**Tracy Palmero**
**1619 HILLHAVEN DR**
**Brea, CA 92821**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9033**

**Nonpriority creditor's name and mailing address**

**Tracy Poulliot**
**8285 Houdan. Way**
**Bentonville, AR 72712**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.903 4**

**Nonpriority creditor's name and mailing address**

**Tracy Raffo**
**984 Van Dyke Drive**
**Laguna Beach, CA 92651**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.903 5**

**Nonpriority creditor's name and mailing address**

**Tracy Smith**
**15252 201st Ave E**
**Bonney Lake, WA 98391**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.903 6**

**Nonpriority creditor's name and mailing address**

**Tracy Stratton**
**795 RICHARDS LN**
**SEYMOUR, TN 37865**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.903 7**

**Nonpriority creditor's name and mailing address**

**Tracy Stratton**
**795 Richards Lane**
**Seymour, TN 37865**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.903 8**

**Nonpriority creditor's name and mailing address**

**Tracy Vallance**
**515 Marguerite ave**
**Corona del Mar, CA 92625**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.903 9**

**Nonpriority creditor's name and mailing address**

**Tracy Vogt**
**10101 Winter Creek Loop**
**Truckee, CA 96161**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.904 0**

**Nonpriority creditor's name and mailing address**

**Traevon Sharp**
**2149 west gore street**
**Orlando, FL 32805**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | Electric Bike Company, LLC | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.904 1**

**Nonpriority creditor's name and mailing address**

**Traevon Sharp**
**2149 west gore st**
**Orlando, FL 32805**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.904 2**

**Nonpriority creditor's name and mailing address**

**Traevon Sharp**
**2149 W Gore St**
**Orlando, FL 32805**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.904 3**

**Nonpriority creditor's name and mailing address**

**Trang Do**
**9542 Dewey Drive**
**Garden Grove, CA 92841**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.904 4**

**Nonpriority creditor's name and mailing address**

**Travis Bixby**
**1281 Brass Lantern Dr**
**La Habra, CA 90631**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.904 5**

**Nonpriority creditor's name and mailing address**

**Travis Box**
**831 County Road 820**
**Nacogdoches, TX 75964**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.904 6**

**Nonpriority creditor's name and mailing address**

**TRAVIS CASTALDI**
**438 Bolero Way**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.904 7**

**Nonpriority creditor's name and mailing address**

**Travis Crowley**
**5 Calico**
**Irvine, CA 92614**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

**3.9048**

**Nonpriority creditor's name and mailing address**

**Travis Hoffart**
**6946 West Clifton Ave**
**Littleton, CO 80128**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9049**

**Nonpriority creditor's name and mailing address**

**Travis Hudson**
**10254 Dover Ridge #801**
**San Antonio, TX 78250**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9050**

**Nonpriority creditor's name and mailing address**

**Travis Hudson**
**10254 Dover Ridge**
**801**
**San Antonio, TX 78250**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9051**

**Nonpriority creditor's name and mailing address**

**Travis Humphries**
**1711 Labrador Dr**
**costa mesa, CA 92626**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9052**

**Nonpriority creditor's name and mailing address**

**Travis Johnson**
**3517 El Prado Avenue**
**Spring Hill, FL 34609**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9053**

**Nonpriority creditor's name and mailing address**

**Travis Keener**
**10809 Maumee Street**
**Whitehouse, OH 43571**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9054**

**Nonpriority creditor's name and mailing address**

**Travis Keener**
**10809 Maumee Street**
**Whitehouse, OH 43571**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                      Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.905 5 | **Nonpriority creditor's name and mailing address**<br><br>**Travis Keener**<br>**1375 Ford Street**<br>**Maumee, OH 43537**<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| 3.905 6 | **Nonpriority creditor's name and mailing address**<br><br>**Travis Meyer**<br>**1656 280th St**<br>**Breckenridge, MN 56520**<br><br>Date(s) debt was incurred **2024**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| 3.905 7 | **Nonpriority creditor's name and mailing address**<br><br>**Travis Miller**<br>**2000 Parsons St**<br>**Apt 7**<br>**Costa Mesa, CA 92627**<br><br>Date(s) debt was incurred **2021**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| 3.905 8 | **Nonpriority creditor's name and mailing address**<br><br>**Travis Mitchell**<br>**1483 East Bonnie Brae Street**<br>**Ontario, CA 91764**<br><br>Date(s) debt was incurred **2025**<br>Last 4 digits of account number **7** | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| 3.905 9 | **Nonpriority creditor's name and mailing address**<br><br>**Travis Mitchell**<br>**1348 E Navilla**<br>**Covina, CA 91724**<br><br>Date(s) debt was incurred **2025**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| 3.906 0 | **Nonpriority creditor's name and mailing address**<br><br>**Travis Moran**<br>**8646 Butte Cir**<br>**Huntington Beach, CA 92646-8740**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

| | | |
|---|---|---|
| 3.906 1 | **Nonpriority creditor's name and mailing address**<br><br>**Travis Newell**<br>**1029 Coventry Circle**<br>**Placentia, CA 92870**<br><br>Date(s) debt was incurred **2022**<br>Last 4 digits of account number _ | **As of the petition filing date, the claim is:** *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim: **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes |

**$0.00**

Debtor **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

**3.906
2**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Travis Roderick**                    ☐ Contingent
**2341 Hood Dr**                       ☐ Unliquidated
**Thousand Oaks, CA 91362**            ☐ Disputed

Date(s) debt was incurred  **2022**        **Basis for the claim:  Warranty**

Last 4 digits of account number __        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.906
3**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Travis Stork**                       ☐ Contingent
**302 cabana trail**                   ☐ Unliquidated
**santa rosa beach, FL 32459**         ☐ Disputed

Date(s) debt was incurred  **2021**        **Basis for the claim:  Warranty**

Last 4 digits of account number __        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.906
4**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Travis Stowers**                     ☐ Contingent
**775 Marlin Dr**                      ☐ Unliquidated
**Bayou Vista, TX 77563**              ☐ Disputed

Date(s) debt was incurred  **2022**        **Basis for the claim:  Warranty**

Last 4 digits of account number __        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.906
5**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Travis Summers**                     ☐ Contingent
**18 Hannah ct**                       ☐ Unliquidated
**Midland, MI 48642**                  ☐ Disputed

Date(s) debt was incurred  **2024**        **Basis for the claim:  Warranty**

Last 4 digits of account number __        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.906
6**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Travis Thiede**                      ☐ Contingent
**2313 S. Morningside Heights Drive**  ☐ Unliquidated
**Greenacres, WA 99016**               ☐ Disputed

Date(s) debt was incurred  **2024**        **Basis for the claim:  Warranty**

Last 4 digits of account number __        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.906
7**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Travis Ward**                        ☐ Contingent
**311 5th Street**                     ☐ Unliquidated
**Huntington Beach, CA 92648**         ☐ Disputed

Date(s) debt was incurred  **2023**        **Basis for the claim:  Warranty**

Last 4 digits of account number __        Is the claim subject to offset? ■ No  ☐ Yes

---

**3.906
8**

**Nonpriority creditor's name and mailing address**        As of the petition filing date, the claim is: Check all that apply.        **$0.00**

**Travon Harrington**                  ☐ Contingent
**17 s 17th st**                       ☐ Unliquidated
**Richmond, VA 23219**                 ☐ Disputed

Date(s) debt was incurred  **2023**        **Basis for the claim:  Warranty**

Last 4 digits of account number __        Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.9069**

**Nonpriority creditor's name and mailing address**

**Trent Locke**
**8271 Reilly Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9070**

**Nonpriority creditor's name and mailing address**

**Trent Robison**
**1149 W. 25th St.**
**A1**
**Los Angeles, CA 90007**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9071**

**Nonpriority creditor's name and mailing address**

**Trent Smith**
**329 Irvine Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9072**

**Nonpriority creditor's name and mailing address**

**Tresa Nichols**
**3820 Sunleaf Ave**
**Medford, OR 97504**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9073**

**Nonpriority creditor's name and mailing address**

**Trevor Alan Alan**
**2507 Kokanee Way**
**Sacramento, CA 95826**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9074**

**Nonpriority creditor's name and mailing address**

**Trevor Cooper**
**3281 Iowa St**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9075**

**Nonpriority creditor's name and mailing address**

**Trevor Grimes**
**26129 Victoria Blvd**
**Apt. 3**
**Capistrano Beach, CA 92624**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.907 6**

**Nonpriority creditor's name and mailing address**

**Trevor Hawkes**
**3234 Villa Lane**
**Napa, CA 94558**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.907 7**

**Nonpriority creditor's name and mailing address**

**Trevor Holloway**
**317 16th Street**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.907 8**

**Nonpriority creditor's name and mailing address**

**Trevor Lacy**
**774 w turkeyfoot lake rd**
**New Franklin, OH 44319**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.907 9**

**Nonpriority creditor's name and mailing address**

**Trevor Lacy**
**642 North Pastoria Ave**
**Sunnyvale, CA 94085**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.908 0**

**Nonpriority creditor's name and mailing address**

**Trevor Mills**
**3393 Saddleback Dr.**
**Lake Havasu City, AZ 86406**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.908 1**

**Nonpriority creditor's name and mailing address**

**Trevor Petoskey**
**142 Century Oaks Ln**
**HOPKINS, SC 29061-9528**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.908 2**

**Nonpriority creditor's name and mailing address**

**Trevor Thiel**
**5 West Mountain Vista Court**
**Rancho Mirage, CA 92270**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.908
3**

**Nonpriority creditor's name and mailing address**

**Trevor Walker**
**20272 Spruce Ave**
**Newport Beach, CA 92660**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.908
4**

**Nonpriority creditor's name and mailing address**

**trevor warner**
**172 22nd street**
**b**
**costa mesa, CA 92627**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.908
5**

**Nonpriority creditor's name and mailing address**

**Trevor Wilson**
**2352 Bay Farm Place**
**Newport Beach, CA 92660**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.908
6**

**Nonpriority creditor's name and mailing address**

**Trey Poppy**
**1121 Oxfor Lane**
**Newport Beach, CA 92660**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.908
7**

**Nonpriority creditor's name and mailing address**

**TRICIA BOUZIGARD**
**2911 S Fairview St. Unit D**
**Santa Ana, CA 92704**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.908
8**

**Nonpriority creditor's name and mailing address**

**TRICIA BOUZIGARD**
**2911 S Fairview St. Unit D**
**Santa Ana, CA 92704**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.908
9**

**Nonpriority creditor's name and mailing address**

**Trifon Metodiev**
**222 Cabrillo St**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.909 0**

**Nonpriority creditor's name and mailing address**
**Trish Cain**
**704 Butternut Rd.**
**Madison, WI 53704**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.909 1**

**Nonpriority creditor's name and mailing address**
**Trish Cain**
**704 Butternut Rd.**
**Madison, WI 53704**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.909 2**

**Nonpriority creditor's name and mailing address**
**Trish Cereda**
**4966 E Woodcarver Dr**
**Boise, ID 83716**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.909 3**

**Nonpriority creditor's name and mailing address**
**Trish Cereda**
**4966 E Woodcarver Dr**
**Boise, ID 83716**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.909 4**

**Nonpriority creditor's name and mailing address**
**Trish Patryla**
**21613 BEDFORD WAY**
**SANTA CLARITA, CA 91350**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.909 5**

**Nonpriority creditor's name and mailing address**
**Trisha Ambrose**
**16591 Tiber Lane**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.909 6**

**Nonpriority creditor's name and mailing address**
**Trisha Evans**
**PO Box 569**
**Poncha Springs, CO 81242**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.909 7**

**Nonpriority creditor's name and mailing address**

**Trisha Finn**
**16319 Manderson St**
**Omaha, NE 68116**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.909 8**

**Nonpriority creditor's name and mailing address**

**Trisha Moore**
**309 32nd ave**
**B**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.909 9**

**Nonpriority creditor's name and mailing address**

**Tristan Hill**
**1081 West Kensington Road**
**Los Angeles, CA 90026**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.910 0**

**Nonpriority creditor's name and mailing address**

**Troy Baker**
**8457 Admirals Landing Way**
**Indianapolis, IN 46236**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.910 1**

**Nonpriority creditor's name and mailing address**

**Troy Bakley**
**27916 Via Mirada**
**Laguna Niguel, CA 92677**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.910 2**

**Nonpriority creditor's name and mailing address**

**Troy Barbour**
**9606 Lake Mist Ct**
**Fairfax Station, VA 22039**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.910 3**

**Nonpriority creditor's name and mailing address**

**Troy Bemis**
**120 42nd Street**
**#1**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

_____
Name

Case number (if known) _____

---

| 3.910 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Troy Cagle**
**102 N. 30th Street flat 19**
**gilsburg, MI 49053**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.910 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Troy Carter**
**2911 1st Avenue**
**Seattle, WA 98121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.910 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Troy Carter**
**2911 1st Ave**
**#107**
**Seattle, WA 98121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.910 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Troy Carter**
**2911 1st Ave #107**
**Seattle, WA 98121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.910 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Troy Carter**
**2911 1st Ave #107**
**Seattle, WA 98121**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.910 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Troy Cook**
**2229 Cliff Drive**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.911 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Troy Doe**
**153 E. Granada Blvd**
**Ormond Beach, FL 32176**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                              Case number *(if known)* _____
_____
Name

---

**3.911
1**

**Nonpriority creditor's name and mailing address**

**Troy Folkner**
**P.O. Box 1790**
**Manteo, NC 27954**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.911
2**

**Nonpriority creditor's name and mailing address**

**Troy Gunter**
**25429 Blackthorne Dr**
**Murrieta, CA 92563**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.911
3**

**Nonpriority creditor's name and mailing address**

**Troy Harris**
**3739 S Wild West Trail**
**Flagstaff, AZ 86005**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.911
4**

**Nonpriority creditor's name and mailing address**

**Troy Holmberg**
**727 W Marsh Cove**
**Draper, UT 84020**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.911
5**

**Nonpriority creditor's name and mailing address**

**Troy Lucas**
**46102 Pinon Pine Way**
**Temecula, CA 92592**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.911
6**

**Nonpriority creditor's name and mailing address**

**Troy Steen**
**24871 Hon Avenue**
**Laguna Hills, CA 92653**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.911
7**

**Nonpriority creditor's name and mailing address**

**Troy Strickland**
**18522 Embury Dr**
**Santa Ana, CA 92705**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __Electric Bike Company, LLC__                              Case number (if known) _____
          Name

---

**3.9118**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.        $0.00

**Troy Swensk**                                                     ☐ Contingent
**216 Duffy street #10**                                            ☐ Unliquidated
**Emory, TX 75440**                                                 ☐ Disputed

Date(s) debt was incurred __2023__                                 **Basis for the claim:** __Warranty__

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.9119**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.        $0.00

**Troy Trusciante**                                                 ☐ Contingent
**2343 Westminster ave.**                                           ☐ Unliquidated
**Costa Mesa, CA 92627**                                            ☐ Disputed

Date(s) debt was incurred __2025__                                 **Basis for the claim:** __Warranty__

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.9120**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.        $0.00

**Troy Walker**                                                     ☐ Contingent
**12319 Fuller Street**                                             ☐ Unliquidated
**Spring Hill, FL 34608**                                           ☐ Disputed

Date(s) debt was incurred __2024__                                 **Basis for the claim:** __Warranty__

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.9121**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.        $0.00

**TROY WILSON**                                                     ☐ Contingent
**4620 N Cliff Ave**                                                ☐ Unliquidated
**Sioux Falls, SD 57104-0554**                                      ☐ Disputed

Date(s) debt was incurred __2024__                                 **Basis for the claim:** __Warranty__

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.9122**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.        $0.00

**Trudi Kretsinger**                                                ☐ Contingent
**7725 CR 1 S**                                                     ☐ Unliquidated
**Alamosa, CO 81101**                                               ☐ Disputed

Date(s) debt was incurred __2022__                                 **Basis for the claim:** __Warranty__

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.9123**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.        $0.00

**Trudy Gafford**                                                   ☐ Contingent
**124 CATHERINE LN**                                                ☐ Unliquidated
**ALLIANCE, OH 44601**                                              ☐ Disputed

Date(s) debt was incurred __2024__                                 **Basis for the claim:** __Warranty__

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

**3.9124**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.        $0.00

**Trudy Haussmann**                                                 ☐ Contingent
**5020 Van Hoesen Rd**                                              ☐ Unliquidated
**Charlevoix, MI 49720**                                            ☐ Disputed

Date(s) debt was incurred __2022__                                 **Basis for the claim:** __Warranty__

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.912 5**

**Nonpriority creditor's name and mailing address**

**Trung Hoang**
**6162 Albion Dr**
**Huntington Beach, CA 92647**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.912 6**

**Nonpriority creditor's name and mailing address**

**Tu Vu**
**15153 Hornell Street**
**Whittier, CA 90604**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.912 7**

**Nonpriority creditor's name and mailing address**

**Tuan Ha**
**88 Marblehead**
**Irvine, CA 92620**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.912 8**

**Nonpriority creditor's name and mailing address**

**Tuck Beckstoffer**
**948 Galleron Road**
**St. Helena, CA 94574**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.912 9**

**Nonpriority creditor's name and mailing address**

**tucker Hagge**
**714 w 28th st**
**Chicago, IL 60616**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.913 0**

**Nonpriority creditor's name and mailing address**

**tuesday walker**
**22 grand st**
**Niantic, CT 06357**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.913 1**

**Nonpriority creditor's name and mailing address**

**Tunya Hopson**
**3118 Vista Terrace**
**Riverside, CA 92503**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
                  Name

---

| 3.913 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Twisty Flint**
**1670 Dwight Way**
**Berkeley, CA 94704**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.913 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Two Wheels One Planet Skeeters**
**420 E 17th Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2025**
Last 4 digits of account number  **7**

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.913 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ty Bingham**
**1253 E 500 N**
**American Fork, UT 84003**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.913 5 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ty Hauter**
**1508 Fleetwood Drive**
**Franklin, TN 37064**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.913 6 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Ty Lightner**
**207 North Rowell Avenue**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.913 7 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tye Radcliffe**
**5320 North Sheridan Road**
**Apt 504**
**Chicago, IL 60640**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.913 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Tyelee Thompson**
**33 Robinson Avenue**
**Bennington, VT 05201**

Date(s) debt was incurred  **2022**
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.913 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tyke Matlack**
**654 Woodhill Estate Dr**
**Ellisville, MO 63021**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.914 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tyler Allison**
**4N825 Honey Hill Cir**
**Wayne, IL 60184**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.914 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tyler Ashton Lykins**
**621 Whitetail Drive**
**Hailey, ID 83333**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.914 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tyler Barker**
**340 South Wayfield Street**
**Apt C**
**Orange, CA 92866**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.914 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tyler Bryant**
**6042 Calvin Circle**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.914 4 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tyler Bryant**
**6042 Calvin Cir**
**Huntington Beach, CA 92647**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.914 5 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**Tyler Carlson**
**917 W Gladstone St**
**Glendora, CA 91740**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                                Case number (if known) _____
_____
Name

| | |
|---|---|
| 3.914 6 | |

**Nonpriority creditor's name and mailing address**

**Tyler Corbin**
**830 Sonoma Ave**
**South Lake Tahoe, CA 96150**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.914 7 | |

**Nonpriority creditor's name and mailing address**

**Tyler Dorman**
**759 Swanson Ave**
**Charleston, SC 29412**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.914 8 | |

**Nonpriority creditor's name and mailing address**

**Tyler Garner**
**p.o. box 63**
**Dana Point, CA 92629**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.914 9 | |

**Nonpriority creditor's name and mailing address**

**Tyler Hiebert**
**4456 Vanceboro Ct**
**Woodland Hills, CA 91364**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.915 0 | |

**Nonpriority creditor's name and mailing address**

**Tyler Kercher**
**3108 Station Ct**
**Pensacola, FL 32504**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.915 1 | |

**Nonpriority creditor's name and mailing address**

**Tyler Leifer**
**612 36th Street**
**Newport, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| | |
|---|---|
| 3.915 2 | |

**Nonpriority creditor's name and mailing address**

**Tyler Lum**
**1120 South Street**
**Unit B.**
**Philadelphia, PA 19107**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.915
3**

**Nonpriority creditor's name and mailing address**

**Tyler Lykins**
**621 Whitetail Drive**
**Hailey, ID 83333**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.915
4**

**Nonpriority creditor's name and mailing address**

**Tyler Mahle**
**6575 Oakhurst Cir**
**Huntington Beach, CA 92648**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.915
5**

**Nonpriority creditor's name and mailing address**

**Tyler Mast**
**1532 Miramar Dr**
**B**
**Newport Beach, CA 92661**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.915
6**

**Nonpriority creditor's name and mailing address**

**Tyler McJunkins**
**23546 Community St**
**West Hills, CA 91304**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.915
7**

**Nonpriority creditor's name and mailing address**

**Tyler McJunkins**
**23546 Community St**
**West Hills, CA 91304**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.915
8**

**Nonpriority creditor's name and mailing address**

**Tyler Mcshane**
**11003 Lindesmith Ave**
**Whittier, CA 90603**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.915
9**

**Nonpriority creditor's name and mailing address**

**Tyler Meier**
**157 E Wilson St.**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
Name

---

**3.916 0**

**Nonpriority creditor's name and mailing address**

**Tyler Muir**
**119 Patria**
**Rancho Mission Viejo, CA 92694**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.916 1**

**Nonpriority creditor's name and mailing address**

**Tyler Murphy**
**23 N Spur Cir**
**Scottsdale, AZ 85251**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.916 2**

**Nonpriority creditor's name and mailing address**

**Tyler Nguyen**
**1521 Whitaker Drive SE**
**Apt. 219**
**Salem, OR 97317**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.916 3**

**Nonpriority creditor's name and mailing address**

**Tyler Oslie**
**21832 N 32nd Pl**
**Phoenix, AZ 85050**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.916 4**

**Nonpriority creditor's name and mailing address**

**Tyler Rasmussen**
**29231 Country Hills Rd**
**SAN JUAN CAPISTRANO, CA 92675**

**Date(s) debt was incurred  2021**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.916 5**

**Nonpriority creditor's name and mailing address**

**Tyler Ray**
**2401 Via Marina**
**Newport Beach, CA 92660**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.916 6**

**Nonpriority creditor's name and mailing address**

**Tyler Rhoades**
**10329 Trabuco St**
**Bellflower, CA 90706**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number __**

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.916
7**

**Nonpriority creditor's name and mailing address**

**Tyler Schulze**
**501 San Bernardino Ave**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.916
8**

**Nonpriority creditor's name and mailing address**

**Tyler Spaid**
**1512 Stack Street**
**Baltimore, MD 21230**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.916
9**

**Nonpriority creditor's name and mailing address**

**Tyler Vandemark**
**707 W. Blue Star Dr**
**Traverse City, MI 49685**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.917
0**

**Nonpriority creditor's name and mailing address**

**Tyler Vandemark**
**707 W. Blue Star Dr.**
**Traverse City, MI 49685**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.917
1**

**Nonpriority creditor's name and mailing address**

**Tyler Wilson**
**108 Crowther Lane**
**Moundsville, WV 26041**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.917
2**

**Nonpriority creditor's name and mailing address**

**Tyler Wolford**
**4316 Blue Heron Dr**
**Ponte Vedra Beach, FL 32082**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.917
3**

**Nonpriority creditor's name and mailing address**

**Tyler Wright**
**128 South 100 West**
**Hurricane, UT 84737**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
           Name

---

**3.917**
**4**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tyler Zillig**
**131 E. Pearl St.**    ☐ Contingent
**Goliad, TX 77963**    ☐ Unliquidated
                        ☐ Disputed

Date(s) debt was incurred __**2024**__    **Basis for the claim: __Warranty__**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.917**
**5**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tymere Duson**
**26135 Cottonwood St**    ☐ Contingent
**Murrieta, CA 92563**    ☐ Unliquidated
                         ☐ Disputed

Date(s) debt was incurred __**2023**__    **Basis for the claim: __Warranty__**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.917**
**6**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tyronne Howard**
**501 Moss St.**    ☐ Contingent
**#19604**    ☐ Unliquidated
**New Orleans, LA 70179**    ☐ Disputed

Date(s) debt was incurred __**2021**__    **Basis for the claim: __Warranty__**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.917**
**7**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tyson Rupp**
**2837 N Parkview Ct**    ☐ Contingent
**LEHI, UT 84043**    ☐ Unliquidated
                      ☐ Disputed

Date(s) debt was incurred __**2024**__    **Basis for the claim: __Warranty__**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.917**
**8**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tzanetakos Panagiotis**
**128 high street**    ☐ Contingent
**Catskill, NY 12414**    ☐ Unliquidated
                         ☐ Disputed

Date(s) debt was incurred __**2021**__    **Basis for the claim: __Warranty__**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.917**
**9**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Tzvi Rivkin**
**33 Alexandria Rd**    ☐ Contingent
**Morristown, NJ 07960**    ☐ Unliquidated
                           ☐ Disputed

Date(s) debt was incurred __**2023**__    **Basis for the claim: __Warranty__**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**3.918**
**0**

**Nonpriority creditor's name and mailing address**    As of the petition filing date, the claim is: Check all that apply.    **$0.00**

**Ulysses Lomeli**
**25 Pacifica**    ☐ Contingent
**Apt. 5106**    ☐ Unliquidated
**Irvine, CA 92618**    ☐ Disputed

Date(s) debt was incurred __**2021**__    **Basis for the claim: __Warranty__**

Last 4 digits of account number __    Is the claim subject to offset? ■ No ☐ Yes

---

**Debtor** **Electric Bike Company, LLC**
Name

Case number (if known) _____

---

**3.918 1**

**Nonpriority creditor's name and mailing address**
**Urooj Iqbal**
**742 W Master St unit 2**
**Philadelphia, PA 19122**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.918 2**

**Nonpriority creditor's name and mailing address**
**Ursula Rogers**
**19132 Magnolia St**
**C16**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.918 3**

**Nonpriority creditor's name and mailing address**
**Usha Rengachary**
**5717 Wornall Road**
**Kansas City, MO 64113**

Date(s) debt was incurred **2021**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.918 4**

**Nonpriority creditor's name and mailing address**
**Usha Rengachary**
**5717 Wornall RD**
**Kansas City, MO 64113**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.918 5**

**Nonpriority creditor's name and mailing address**
**Vajra Morano**
**1625 Village Center Dr.**
**Apartment 203**
**Lakeland, FL 33803**

Date(s) debt was incurred **2020**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.918 6**

**Nonpriority creditor's name and mailing address**
**Valentino Fehlmann**
**8957 Gibson st**
**Los Angeles, CA 90034**

Date(s) debt was incurred **2022**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.918 7**

**Nonpriority creditor's name and mailing address**
**Valentino Sollestre**
**16228 Sun Ray Ct**
**Riverside, CA 92503**

Date(s) debt was incurred **2023**
Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim: Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.918
8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Valerie Cina**
**12144 W Desert Mirage Dr**
**Peoria, AZ 85383**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.918
9**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Valerie Haley**
**925 Jefferson Ave.**
**New Orleans, LA 70115**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.919
0**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Valerie Maalouf**
**19811 Providence Ln**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.919
1**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Valerie Mitchell**
**2266 Phylis Rae Dr**
**Milton, FL 32571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.919
2**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Valerie Mitchell**
**2266 Phylis Rae Dr**
**Milton, FL 32571**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.919
3**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Valerie Pientka**
**29620 W. Roberts Rd.**
**Island Lake, IL 60042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.919
4**

**Nonpriority creditor's name and mailing address**

**As of the petition filing date, the claim is:** *Check all that apply.*    **$0.00**

**Valerie Rufener**
**8872 Clipper Drive**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.919 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Valerie Sorensen**
**15742 Plymouth Lane**
**Huntington Beach, CA 92647**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Valinda Turner**
**3209 Valley Vista Ct**
**Boyne Falls, MI 49713-8712**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 7 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Valton Eason**
**3372 Ozark St.**
**houston, TX 77021**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 8 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Van Hill**
**4024 Ridgeline Drive**
**KERNERSVILLE, NC 27284**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.919 9 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Van Neely**
**39693 Nice Ave.**
**Murrieta, CA 92562**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vandelina Castaldo**
**296 California Ave.**
**Beaumont, CA 92223**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.920 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vandy Armstrong**
**91 Cutter Rd**
**Temple, NH 03084**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.920
2**

**Nonpriority creditor's name and mailing address**

**Vanesa Davis**
**8730 Longs Peak Circle**
**Windsor, CO 80550**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.920
3**

**Nonpriority creditor's name and mailing address**

**Vanesa Goertzen**
**32861 Parkview Drive**
**Fort Bragg, CA 95437**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.920
4**

**Nonpriority creditor's name and mailing address**

**Vanessa Cartwright**
**24 Morrison Crossing**
**Dallas, GA 30157**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.920
5**

**Nonpriority creditor's name and mailing address**

**Vanessa Dixon**
**20312 Estuary Ln**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.920
6**

**Nonpriority creditor's name and mailing address**

**Vanessa Fisbeck**
**893 Fire Agate Dr**
**Boulder City, NV 89005**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.920
7**

**Nonpriority creditor's name and mailing address**

**Vanessa Fisbeck**
**893 Fire Agate Dr**
**Boulder City, NV 89005**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.920
8**

**Nonpriority creditor's name and mailing address**

**Vanessa Guardiola**
**1981 South Getty Street**
**Muskegon, MI 49442**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.9209**

**Nonpriority creditor's name and mailing address**

**Vanessa Isetta**
**4925 Reese Road**
**Torrance, CA 90505**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9210**

**Nonpriority creditor's name and mailing address**

**Vanessa Lewis**
**2245 E Huber St**
**Mesa, AZ 85213**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9211**

**Nonpriority creditor's name and mailing address**

**Vanessa Madrid**
**11355 E Stanton Ave**
**Mesa, AZ 85212**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9212**

**Nonpriority creditor's name and mailing address**

**Vanessa McMurry**
**108 Avalon Drive**
**Ormond Beach, FL 32176**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9213**

**Nonpriority creditor's name and mailing address**

**Vanessa Moreno**
**17031 Malta Circle**
**Huntington Beach, CA 92649**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9214**

**Nonpriority creditor's name and mailing address**

**Vanessa Paiano**
**189 Littleton Road**
**Unit 45B**
**CHELMSFORD, MA 01824**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9215**

**Nonpriority creditor's name and mailing address**

**Vanessa Tufto**
**219 N Dianthus St**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

| 3.921 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Vanessa Vertin**
**801 Smith Road**
**Mill Valley, CA 94941**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 7 |
|---|

**Nonpriority creditor's name and mailing address**

**Vann Smith**
**32 Crossroads Rd**
**Alamo, TN 38001**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 8 |
|---|

**Nonpriority creditor's name and mailing address**

**Varick Mantzoros**
**29075 Marcus Ln.**
**highland, CA 92346**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.921 9 |
|---|

**Nonpriority creditor's name and mailing address**

**Vashti Simmons**
**3105 sloat rd**
**pebble beach, CA 93953**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 0 |
|---|

**Nonpriority creditor's name and mailing address**

**Vasilije Cupara**
**1725 N Harding Ave**
**Apt 2**
**Chicago, IL 60647**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 1 |
|---|

**Nonpriority creditor's name and mailing address**

**Vasilije Cupara**
**2716 Stonewall Ln Joliet**
**Joliet, IL 60435**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.922 2 |
|---|

**Nonpriority creditor's name and mailing address**

**Vasilije Cupara**
**2716 Stonewall Ln**
**House**
**Joliet, IL 60435**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**    Case number (if known) _____
_____
Name

---

**3.922
3**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Vasilije Cupara**                              ☐ Contingent
**2716 Stonewall Ln**                            ☐ Unliquidated
**Joliet, IL 60435**                             ☐ Disputed

Date(s) debt was incurred  **2024**             Basis for the claim:  **Warranty**

Last 4 digits of account number _               Is the claim subject to offset? ■ No ☐ Yes

---

**3.922
4**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Vasilj Stanisavljevic**                        ☐ Contingent
**6919 North Sheridan Road**                     ☐ Unliquidated
**212**                                          ☐ Disputed
**Chicago, IL 60626**

Date(s) debt was incurred  **2025**             Basis for the claim:  **Warranty**

Last 4 digits of account number _               Is the claim subject to offset? ■ No ☐ Yes

---

**3.922
5**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Vasilj Stanisavljevic**                        ☐ Contingent
**6919 n Sheridan rd**                           ☐ Unliquidated
**212**                                          ☐ Disputed
**Chicago, IL 60626**

Date(s) debt was incurred  **2024**             Basis for the claim:  **Warranty**

Last 4 digits of account number _               Is the claim subject to offset? ■ No ☐ Yes

---

**3.922
6**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Vasily Shepelin**                              ☐ Contingent
**2001 Jasper Bluff**                            ☐ Unliquidated
**unit 203**                                     ☐ Disputed
**Las Vegas, NV 89117**

Date(s) debt was incurred  **2021**             Basis for the claim:  **Warranty**

Last 4 digits of account number _               Is the claim subject to offset? ■ No ☐ Yes

---

**3.922
7**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Vaughn Harris**                                ☐ Contingent
**25909 Coolidge Highway**                       ☐ Unliquidated
**Oak Park, AL 48237**                           ☐ Disputed

Date(s) debt was incurred  **2024**             Basis for the claim:  **Warranty**

Last 4 digits of account number _               Is the claim subject to offset? ■ No ☐ Yes

---

**3.922
8**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**VAUGHN HARRIS**                                ☐ Contingent
**25909 Coolidge Highway**                       ☐ Unliquidated
**Oak Park, MI 48237**                           ☐ Disputed

Date(s) debt was incurred  **2024**             Basis for the claim:  **Warranty**

Last 4 digits of account number _               Is the claim subject to offset? ■ No ☐ Yes

---

**3.922
9**

**Nonpriority creditor's name and mailing address**                                    As of the petition filing date, the claim is: *Check all that apply.*                    **$0.00**

**Vaune Bulgarelli**                             ☐ Contingent
**1100 maplewood drive**                         ☐ Unliquidated
**Coralville, IA 52241**                         ☐ Disputed

Date(s) debt was incurred  **2022**             Basis for the claim:  **Warranty**

Last 4 digits of account number _               Is the claim subject to offset? ■ No ☐ Yes

---

Debtor     **Electric Bike Company, LLC**
_____     Case number (if known) _____
Name

| | | | |
|---|---|---|---|
| 3.923 0 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |

**Vaune Bulgarelli**
**190 Cherry Lane**
**Tiffin,, IA 52340**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 1 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Venesa Torres**
**130 Rockbridge Greens Blvd**
**Oak Ridge, TN 37830**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 2 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Verenize Shaver**
**4523 NW Bobcat Place**
**Beaverton, OR 97006**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 3 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Vernon Milburn**
**330 Acoma St. Apt #402**
**Denver, CO 80223-1145**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 4 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**vernon Suehiro**
**1527 Pohaku Street Unit A**
**Honolulu, HI 96817**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 5 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Veronica Collin**
**409 Julian St**
**Denver, CO 80204**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.923 6 | **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|---|

**Veronica Coughlin**
**5411 Richmond Ave.**
**Garden Grove, CA 92845**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
        Name

Case number *(if known)* _____

---

**3.923
7**

**Nonpriority creditor's name and mailing address**

**Veronica Fletcher**
**931 Visalia St**
**Pismo Beach, CA 93449**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.923
8**

**Nonpriority creditor's name and mailing address**

**Veronica Garcia**
**5425 North Delta Street**
**San Gabriel, CA 91776**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.923
9**

**Nonpriority creditor's name and mailing address**

**Veronica Grace**
**536 S Marina Street**
**Prescott, AZ 86303**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.924
0**

**Nonpriority creditor's name and mailing address**

**Veronica Lopez**
**20891 Calle Celeste**
**Lake Forest, CA 92630**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.924
1**

**Nonpriority creditor's name and mailing address**

**Veronica Rios**
**758 Shalimar Dr Apt 2**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.924
2**

**Nonpriority creditor's name and mailing address**

**Veronica Samonte**
**5000 Corporate Woods Dr**
**Virginia Beach, VA 23462**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

**3.924
3**

**Nonpriority creditor's name and mailing address**

**Veronica Whitlock**
**503 North Maria Avenue**
**Unit B**
**Redondo Beach, CA 90277**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**

Name                                             Case number (if known)

---

| 3.924 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Veronique Alvarez** | ☐ Contingent | |
| **3920 Woodcrest Ct** | ☐ Unliquidated | |
| **Westfield, IN 46062-7155** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.924 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Veselin Bojovic** | ☐ Contingent | |
| **7900 Ogden ave** | ☐ Unliquidated | |
| **1C** | ☐ Disputed | |
| **Lyons, IL 60534** | | |
| Date(s) debt was incurred **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.924 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Veselin Bojovic** | ☐ Contingent | |
| **6113 Knoll Wood Rd** | ☐ Unliquidated | |
| **206** | ☐ Disputed | |
| **Willowbrook, IL 60527** | | |
| Date(s) debt was incurred **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.924 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Vic McBenttes** | ☐ Contingent | |
| **1634 W. Ash Ave** | ☐ Unliquidated | |
| **Fullerton, CA 92833** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.924 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Vicki Allgood** | ☐ Contingent | |
| **4811 Van Dorn St** | ☐ Unliquidated | |
| **Lincoln, NE 68506** | ☐ Disputed | |
| Date(s) debt was incurred **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.924 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Vicki Amaral** | ☐ Contingent | |
| **2175 CHESTNUT ST** | ☐ Unliquidated | |
| **NORTH DIGHTON, MA 02764** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.925 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Vicki Breuner** | ☐ Contingent | |
| **210 Green Valley Rd.** | ☐ Unliquidated | |
| **Scotts Valley, CA 95066** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.925**
**1**

**Nonpriority creditor's name and mailing address**

**Vicki Davis**
**560 Dutch Valley Road NE, Apt. 212**
**Atlanta, GA 30324**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.925**
**2**

**Nonpriority creditor's name and mailing address**

**Vicki Hansen**
**1810 E 4TH ST**
**PORT ANGELES, WA 98362**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.925**
**3**

**Nonpriority creditor's name and mailing address**

**Vicki Hansen**
**1810 E 4th St**
**Port Angeles, WA 98362-4916**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.925**
**4**

**Nonpriority creditor's name and mailing address**

**Vicki Mulvaney**
**14 Audubon Way**
**Novato, CA 94949**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.925**
**5**

**Nonpriority creditor's name and mailing address**

**Vicki Putala**
**3129 Exeter Drive**
**Milford Charter Township, MI 48380**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.925**
**6**

**Nonpriority creditor's name and mailing address**

**Vicki Rhoades**
**10329 Trabuco St**
**Bellflower, CA 90706**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.925**
**7**

**Nonpriority creditor's name and mailing address**

**Vicki Rhoades**
**10329 Trabuco Street**
**Bellflower, CA 90706**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

| 3.925 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vicki Rhoades**
**10329 Trabuco St**
**Bellflower, CA 90706**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.925 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vicki Robinson**
**24425 Gable Court**
**Diamond Bar, CA 91765**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.926 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vicki Scott**
**28355 Chat Dr**
**Laguna Niguel, CA 92677**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.926 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vicki Vannette**
**3906 Allegan Dam Road**
**Allegan, MI 49010**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.926 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vicki Walker**
**140. W Peridot Dr**
**Washington, UT 84780**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.926 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vickie Asire**
**3258 Silver Arrow Circle**
**Lake Havasu City, AZ 86406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

| 3.926 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Vickie Ellet**
**9810 Dorado Avenue Unit 9810**
**Bradenton, FL 34210**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.9265**

**Nonpriority creditor's name and mailing address**

**Vickie Hainbach**
**25151 Spartina Drive**
**Venice, FL 34293**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9266**

**Nonpriority creditor's name and mailing address**

**Vickie Leonard**
**312 Hudson Ave**
**Placentia, CA 92870**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9267**

**Nonpriority creditor's name and mailing address**

**Vickie Smith**
**804 Annandale Road**
**Beaumont, CA 92223**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9268**

**Nonpriority creditor's name and mailing address**

**Vickie Taton**
**150 Pine Dr.**
**Swall Meadows, CA 93514**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9269**

**Nonpriority creditor's name and mailing address**

**Vicky Fitzpatrick**
**7557 Cordwood Shores Dr.**
**Cheboygan, MI 49721**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9270**

**Nonpriority creditor's name and mailing address**

**Victor Chavez**
**1916 Mayer Pl**
**Unit 02**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9271**

**Nonpriority creditor's name and mailing address**

**Victor Davis**
**102 s 3rd street**
**Council Grove, KS 66846**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|--------|-------------------------------|--------------------------|--|
| | Name | | |

---

**3.927 2**

**Nonpriority creditor's name and mailing address**

**Victor Flores**
**634 Hamilton St**
**Apt. F**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.927 3**

**Nonpriority creditor's name and mailing address**

**Victor Hamel**
**5113Harvest moon Ln**
**Las Vegas, NV 89107**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.927 4**

**Nonpriority creditor's name and mailing address**

**Victor Lopez**
**4309 East Sue Ave.**
**Visalia, CA 93292**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.927 5**

**Nonpriority creditor's name and mailing address**

**Victor Mazza**
**210 Peregrine Drive**
**Chester, MD 21619**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.927 6**

**Nonpriority creditor's name and mailing address**

**Victor MCBENTTES**
**1634 w. Ash ave**
**Fullerton, CA 92833**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.927 7**

**Nonpriority creditor's name and mailing address**

**Victor Nickerson**
**166 East Booth Street Box 72**
**Lava Hot Springs, ID 83246**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.927 8**

**Nonpriority creditor's name and mailing address**

**Victor Nickerson**
**623 Palomino drive**
**Bear River, WY 82930**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____  Case number (if known) _____
Name

---

**3.9279**

**Nonpriority creditor's name and mailing address**  |  As of the petition filing date, the claim is: *Check all that apply.*  |  **$0.00**

**Victor Noble**
**1109 Lancaster Ave**
**Pittsburgh, PA 15218**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  **7**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9280**

**Nonpriority creditor's name and mailing address**  |  As of the petition filing date, the claim is: *Check all that apply.*  |  **$0.00**

**Victor Oregon**
**9121 Madeline DR**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9281**

**Nonpriority creditor's name and mailing address**  |  As of the petition filing date, the claim is: *Check all that apply.*  |  **$0.00**

**Victor Padilla**
**1468 w 20th st**
**San Pedro, CA 90732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9282**

**Nonpriority creditor's name and mailing address**  |  As of the petition filing date, the claim is: *Check all that apply.*  |  **$0.00**

**Victor Palessi**
**1475 island ave**
**Apt 1810**
**San diego, CA 92101**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9283**

**Nonpriority creditor's name and mailing address**  |  As of the petition filing date, the claim is: *Check all that apply.*  |  **$0.00**

**Victor Taglia**
**3117 Harriet Ave. Apt. #1**
**Minneapolis, MN 55408**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9284**

**Nonpriority creditor's name and mailing address**  |  As of the petition filing date, the claim is: *Check all that apply.*  |  **$0.00**

**Victoria Adams**
**229 Carnation Ave**
**Corona Del mar, CA 92625**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9285**

**Nonpriority creditor's name and mailing address**  |  As of the petition filing date, the claim is: *Check all that apply.*  |  **$0.00**

**Victoria Airey**
**14910 Triadelphia Rd**
**Glenelg, MD 21737**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number  __

Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**    Case number *(if known)* _____
_____
Name

---

**3.9286**

**Nonpriority creditor's name and mailing address**

**Victoria Bayer**
**706 Park Ave**
**Newport Beach, CA 92662**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9287**

**Nonpriority creditor's name and mailing address**

**Victoria Boykoff**
**3222 Meadow Oak Drive**
**Westlake Village, CA 91361**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9288**

**Nonpriority creditor's name and mailing address**

**Victoria Brown**
**417 Seville**
**Newport Beach, CA 92661**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9289**

**Nonpriority creditor's name and mailing address**

**VICTORIA CHANDLER**
**1945 PLACENTIA AV**
**COSTA MESA, CA 92627**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9290**

**Nonpriority creditor's name and mailing address**

**Victoria Cho**
**18479 Calle la Serra**
**Rancho Santa Fe, CA 92091**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9291**

**Nonpriority creditor's name and mailing address**

**Victoria Davis**
**8706 Founders Grove St**
**Chino, CA 91708**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9292**

**Nonpriority creditor's name and mailing address**

**Victoria Dvorak-Cremins**
**103 Olina Street**
**Kahului, HI 96732**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.929 3**

**Nonpriority creditor's name and mailing address**

**Victoria Fash**
**517 Via Lido Soud**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.929 4**

**Nonpriority creditor's name and mailing address**

**Victoria Field**
**9232 Bel Air Drive**
**Mardela Springs, MD 21837**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.929 5**

**Nonpriority creditor's name and mailing address**

**Victoria Kirk**
**514 Americans way PMB 10979**
**Box elder, SD 57719**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.929 6**

**Nonpriority creditor's name and mailing address**

**Victoria Kranser**
**2006 Lemnas Dr**
**Costa Mesa, CA 92626**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.929 7**

**Nonpriority creditor's name and mailing address**

**Victoria Lightle**
**1418 S Johnson St**
**Boise, ID 83705-6026**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.929 8**

**Nonpriority creditor's name and mailing address**

**Victoria Lightle**
**1418 S Johnson St**
**Boise, ID 83705**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.929 9**

**Nonpriority creditor's name and mailing address**

**Victoria Moore**
**19561 Pompano Ln**
**#112**
**Huntington Beach, CA 92648**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                                    Case number (if known) _____
_____
Name

---

| 3.930 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Victoria Moses**
**591 Finnegan Ridge**
**Friday Harbor, WA 98250**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.930 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**victoria osteen**
**3700 Southwest freeway**
**Houston, TX 77027**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.930 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Victoria Stratton**
**10912 Wrenwood Park**
**Houston, TX 77043**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.930 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Victoria Sweeney**
**369 Ogle St**
**Costa Mesa, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.930 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Victoria Tuten**
**2408 Margaret Dr**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.930 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Victoria Tuten**
**2408 Margaret Drive**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.930 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**Victoria Van Horn**
**2604 Saklan indian Dr**
**Apt 5**
**Walnut Creek, CA 94595**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**
_____    Case number (if known) _____
    Name

---

**3.930 7**

**Nonpriority creditor's name and mailing address**

**Victoria Vanderpoel**
**13581 W Ocotillo Ln**
**Surprise, AZ 85374**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.930 8**

**Nonpriority creditor's name and mailing address**

**Victoria Varela**
**4853 Commonwealth Dr.**
**Siesta Key, FL 34242**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.930 9**

**Nonpriority creditor's name and mailing address**

**victoria vella**
**63 san domingo way**
**novato, CA 94945**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.931 0**

**Nonpriority creditor's name and mailing address**

**Victoria Waring**
**3114 Bogie Lane**
**Knoxville, TN 37918**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.931 1**

**Nonpriority creditor's name and mailing address**

**Victoria Zeuschner**
**20342 Ravenwood LN**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.931 2**

**Nonpriority creditor's name and mailing address**

**VIJAY SHARMA**
**28490 BLUE POND TRAIL**
**SOLON, OH 44139**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.931 3**

**Nonpriority creditor's name and mailing address**

**Viktar Kandybovich**
**9 Portica**
**Newport Coast, CA 92657**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____
           Name

---

**3.931
4**

**Nonpriority creditor's name and mailing address**

**Viktor Cox**
**512 pacific ave**
**Solana Beach, CA 92075**

Date(s) debt was incurred __**2024**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.931
5**

**Nonpriority creditor's name and mailing address**

**Vince Jones**
**25236 MANZANITA DR**
**DANA POINT, CA 92629**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.931
6**

**Nonpriority creditor's name and mailing address**

**Vince Joy**
**1645 Dobie Circle**
**Okemos, MI 48864**

Date(s) debt was incurred __**2023**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.931
7**

**Nonpriority creditor's name and mailing address**

**Vince Lerner**
**6331 NE 194th St**
**Kenmore, WA 98028**

Date(s) debt was incurred __**2021**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.931
8**

**Nonpriority creditor's name and mailing address**

**Vince Lerner**
**6331 NE 194th Street**
**Kenmore, WA 98028**

Date(s) debt was incurred __**2021**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.931
9**

**Nonpriority creditor's name and mailing address**

**Vince Portesi**
**5849 Canter Cove Ct**
**Rancho Cucamonga, CA 91739**

Date(s) debt was incurred __**2024**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.932
0**

**Nonpriority creditor's name and mailing address**

**Vince Thompson**
**1260 S Tamiami Trail**
**Osprey, FL 34229**

Date(s) debt was incurred __**2022**__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                  Case number (if known) _____
_____
Name

---

**3.932 1**

**Nonpriority creditor's name and mailing address**

**Vince's Cyclery**
**11455 E. Carson St**
**Unit B**
**Lakewood, CA 90715**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.932 2**

**Nonpriority creditor's name and mailing address**

**Vincelette**
**10 Liberty Ridge**
**Clinton, CT 06413**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.932 3**

**Nonpriority creditor's name and mailing address**

**Vincent Alfano**
**343 S Country Rd**
**Brookhaven, NY 11719**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.932 4**

**Nonpriority creditor's name and mailing address**

**Vincent Cheek**
**318 Elise Ct.**
**Modesto, CA 95350**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.932 5**

**Nonpriority creditor's name and mailing address**

**Vincent Davis**
**135 N Myrtle Ave**
**Villa Park, IL 60181**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.932 6**

**Nonpriority creditor's name and mailing address**

**Vincent Furriel**
**21520 Yorba Linda Blvd**
**G440**
**Yorba Linda, CA 92887**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.932 7**

**Nonpriority creditor's name and mailing address**

**Vincent Marchese**
**55 East Kings Highway**
**Apartment 1212**
**Maple Shade, NJ 08052**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.9328**

**Nonpriority creditor's name and mailing address**

**Vincent Marchese**
**55 East Kings Highway**
**Apt 1212**
**Maple Shade, NJ 08052**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9329**

**Nonpriority creditor's name and mailing address**

**vincent marchionni**
**29642 preston dr**
**laguna niguel, CA 92677**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9330**

**Nonpriority creditor's name and mailing address**

**Vincent Marucci**
**263 Deer Isle Drive**
**Winter Garden, FL 34787**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9331**

**Nonpriority creditor's name and mailing address**

**Vincent Nguyen**
**1157 E Little Dr**
**Placentia, CA 92870**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9332**

**Nonpriority creditor's name and mailing address**

**Vincent Nguyen**
**1157 E Little Dr**
**Placentia, CA 92870**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9333**

**Nonpriority creditor's name and mailing address**

**Vincent Nguyen**
**1157 East Little Dr**
**Placentia, CA 92870**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9334**

**Nonpriority creditor's name and mailing address**

**Vincent Verweij**
**68 Walnut Avenue**
**Takoma Park, MD 20912**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | | Case number *(if known)* | |
|---|---|---|---|---|
| | Name | | | |

---

**3.933 5**

**Nonpriority creditor's name and mailing address**

**Vincent Wong**
**18996 Pendergast Ave**
**Cupertino, CA 95014**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.933 6**

**Nonpriority creditor's name and mailing address**

**Vincent Zampella**
**25674 Oak Meadow Drive**
**Valencia, CA 91381**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.933 7**

**Nonpriority creditor's name and mailing address**

**Vincenzo Barba**
**3614 Park Lane**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.933 8**

**Nonpriority creditor's name and mailing address**

**Vinicius Xavier de Medeiros**
**5455 av de Gaspe**
**10e etage 10th floor -**
**Ubisoft office**
**Montreal, QC H2T 3B3**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.933 9**

**Nonpriority creditor's name and mailing address**

**Vinnie Saint John**
**16 Sea Island Drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.934 0**

**Nonpriority creditor's name and mailing address**

**Vinny W**
**18996 Pendergast Ave**
**Cupertino, CA 95014**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.934 1**

**Nonpriority creditor's name and mailing address**

**Virginia Brown**
**12680 Rosebery Street**
**Carmel, IN 46032**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.934 2**

**Nonpriority creditor's name and mailing address**

**Virginia Dargen**
**20028 Entradero Ave**
**Torrance, CA 90503**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.934 3**

**Nonpriority creditor's name and mailing address**

**Virginia Manoli Giles**
**426 Kibbee Road**
**Brookfield, VT 05036**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.934 4**

**Nonpriority creditor's name and mailing address**

**Virginia Sewell**
**5400 SW Menefee Dr**
**Portland, OR 97239**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.934 5**

**Nonpriority creditor's name and mailing address**

**virginia webster**
**1510 Old Newport Blvd.**
**Costa Mesa, CA 92663**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.934 6**

**Nonpriority creditor's name and mailing address**

**Viridiana gutierrez**
**758 Shalimar dr**
**1**
**Costa mesa, CA 92627**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.934 7**

**Nonpriority creditor's name and mailing address**

**Viridiana Vazquez**
**2092 Wallace Ave Apt B**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.934 8**

**Nonpriority creditor's name and mailing address**

**Vito Ranieri**
**3968 Sardis Road**
**Murrysville, PA 15668**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

**3.9349**

Nonpriority creditor's name and mailing address

**VITTORIO ROTELLI**
**1627 Mariners dr**
**Newport Beach, CA 92667**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9350**

Nonpriority creditor's name and mailing address

**Vivek Narasayya**
**6533 190th Ave NE**
**Redmond, WA 98052**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9351**

Nonpriority creditor's name and mailing address

**Vivian Banks**
**121 NW 24th St**
**Oak Island, NC 28465**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9352**

Nonpriority creditor's name and mailing address

**Vivian Hill**
**1030 Spoon Dr**
**Greensboro, GA 30642**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9353**

Nonpriority creditor's name and mailing address

**Vivian Muir**
**1118 Highland Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9354**

Nonpriority creditor's name and mailing address

**vivian wade**
**121 Nw 24th St**
**Oak Island, NC 28465-7510**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9355**

Nonpriority creditor's name and mailing address

**Vivienne Trinh**
**1519 Sullivan Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor __**Electric Bike Company, LLC**_____     Case number (if known) _____
     Name

---

| 3.935 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Vladimir Aronov**
**5604 Scarlotti St**
**Nokomis, FL 34275**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Vladimir Sljivic**
**303 E PLAINFIELD RD, APT 10**
**APT 10**
**la grange, IL 60525**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Von Plagmann**
**400 Michelle Ave**
**Robins, IA 52328**

Date(s) debt was incurred __2023__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.935 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Vonia Ashton-Grigsby**
**15191 Windy Hollow Circle**
**Gainesville, VA 20155**

Date(s) debt was incurred __2022__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Vukasin Keselj**
**5920 N Clark St**
**305**
**Chicago, IL 60660**

Date(s) debt was incurred __2025__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**Vyacheslav Lenkov**
**1429 E 15th St**
**Unit 4**
**Cleveland, OH 44114**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |

**W Don Brown**
**7106 Sandhills Pl**
**Lakewood Rch, FL 34202**

Date(s) debt was incurred __2024__
Last 4 digits of account number __

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**                              Case number (if known) _____
_____
Name

---

| 3.936 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**W Don Brown**
**7106 Sandhills Pl**
**Lakewood Rch, FL 34202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**W. J. Buckley, Jr.**
**1213 Sailfish St.**
**Hitchcock, TX 77563**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Wade Brandenberger**
**11802 Newbury Rd**
**Rossmoor, CA 90720**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Wade Clark**
**130 Via Xanthe**
**Newport Beach, CA 92663**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Wade Folsom**
**3105 Lynn Drive**
**Navarre, FL 32566**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Wade Hampton V**
**735 Chicago Blvd**
**--**
**Detroit, MI 48202**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**
Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.936 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**Wade Nestor**
**192 Forsythe Road**
**Ruffs Dale, PA 15679**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number _

**Basis for the claim:   Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.937 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wade Turner**
**1720 Ardmore Ave**
**Unit #209**
**Hermosa Beach, CA 90254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Waleed Mohamed**
**4775 Firestone St**
**Dearborn, MI 48126**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Walid Khoury**
**3122 Gibraltar Ave**
**Costa Mesa, CA 92626**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2023__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Walker Ford**
**2187 E. Hugo Ave**
**Holladay, UT 84117**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wallace Brown**
**5011 E. Pershing Ave**
**Scottsdale, AZ 85254**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wallace Grist**
**240 Hickory Ln**
**EUREKA, MO 63025**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2021__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.937 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Wallace Runck**
**63273 490 th st**
**Fairfax, MN 55332**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred __2024__

**Basis for the claim:** __Warranty__

Last 4 digits of account number __

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

| 3.937 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wally Runck**
**63273 490 th st**
**fairfax, MN 55332**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.937 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walt Decker**
**17282 Redwood Springs Drive**
**Fort Bragg, CA 95437**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.937 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walter Bera**
**1100 S Lamar Blvd**
**#3112**
**Austin, TX 78704**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.938 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walter Crane**
**1701 Veterans Memorial Parkway**
**Lot15**
**ST. CHARLES, MO 63303**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.938 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walter Cubernot**
**20 Galloping Way**
**Cape May Court House, NJ 08210**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.938 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walter Gude Gude**
**3891 Xavier St**
**Denver, CO 80212**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.938 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Walter Kosich**
**75629 Camino De Paco**
**Indian Wells, CA 92210**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.938
4**

**Nonpriority creditor's name and mailing address**

**Walter Lee
4267 Oak Aly
Kerrville, TX 78028-1729**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.938
5**

**Nonpriority creditor's name and mailing address**

**WALTER MOORE
40 MULE DEER CT
Dillon, CO 80435**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.938
6**

**Nonpriority creditor's name and mailing address**

**WALTER MOORE
40 MULE DEER CT
Dillon, CO 80435**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.938
7**

**Nonpriority creditor's name and mailing address**

**Walter Russell
24 Woodland Way
Ayer, MA 01432**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.938
8**

**Nonpriority creditor's name and mailing address**

**Wanda Bias
5650 Bailey Ct
San Bernardino, CA 92407**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.938
9**

**Nonpriority creditor's name and mailing address**

**Wanda Covington-Ragsdale
13010 Mill Rd
Fredericksburg, VA 22407**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.939
0**

**Nonpriority creditor's name and mailing address**

**Wanda Covington-Ragsdale
13010 Mill Rd
Fredericksburg, VA 22407**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                    Case number *(if known)* _____
_____
    Name

---

**3.939
1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Wanda McColgan**                                                ☐ Contingent
**3001 Terraza**                                                  ☐ Unliquidated
**Fullerton, CA 92835**                                          ☐ Disputed

Date(s) debt was incurred **2021**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.939
2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Wanda Ragsdale**                                               ☐ Contingent
**13010 Mill Rd**                                                ☐ Unliquidated
**Fredericksburg, VA 22407**                                     ☐ Disputed

Date(s) debt was incurred **2021**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.939
3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Ward Kane**                                                    ☐ Contingent
**4 Stoney Hill Road**                                           ☐ Unliquidated
**Bondville, VT 05340**                                          ☐ Disputed

Date(s) debt was incurred **2020**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.939
4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Ward Smith**                                                   ☐ Contingent
**32 Ridge Lane**                                                ☐ Unliquidated
**Chatsworth, GA 30705**                                         ☐ Disputed

Date(s) debt was incurred **2022**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.939
5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Ward Webber**                                                  ☐ Contingent
**68859 Loop Dr. #1334**                                         ☐ Unliquidated
**Hines, OR 97738**                                              ☐ Disputed

Date(s) debt was incurred **2020**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.939
6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Warren Collatt**                                               ☐ Contingent
**57 Carriage Wheel**                                            ☐ Unliquidated
**Corinth, TX 76210**                                            ☐ Disputed

Date(s) debt was incurred **2023**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                Is the claim subject to offset? ■ No  ☐ Yes

---

**3.939
7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: *Check all that apply.*         **$0.00**

**Warren Diamond**                                               ☐ Contingent
**550 SE 5th Ave**                                               ☐ Unliquidated
**Boca Raton, FL 33432**                                         ☐ Disputed

Date(s) debt was incurred **2024**                                **Basis for the claim:  Warranty**

Last 4 digits of account number _                                Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                        Case number *(if known)* _____
               Name

---

| 3.939 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Warren Haas**
**294 Cornerstone Dr**
**Brandon, MS 39042**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.939 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Warren Hutchison**
**2705 Country Club Drive**
**Lynn Haven, FL 32444**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Warren Lineman**
**13312 NE 111th Court**
**Redmond, WA 98052**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Warren Sylvester**
**302 Maple Lane**
**Geneva, IL 60134**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Warren Trewin Julia Koutroulis**
**15619 Morales Rd**
**Houston, TX 77032**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**WARREN ULRICH**
**22416 Whispering Birch Dr**
**Chugiak, AK 99567**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.940 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|---|

**Warren Weaver**
**14305 Mc Arthur Drive**
**Manor, TX 78653**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
     Name

Case number (if known) _____

---

**3.940 5**

**Nonpriority creditor's name and mailing address**

**Waylon Martin**
**16950 Hawk Ct**
**Punta Gorda, FL 33982**

Date(s) debt was incurred  **2025**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.940 6**

**Nonpriority creditor's name and mailing address**

**Wayne Barger**
**8094 Palm View Ln.**
**Riverside, CA 92508**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.940 7**

**Nonpriority creditor's name and mailing address**

**Wayne Beeler**
**2301 Mallory Drive**
**Corinth, TX 76210**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.940 8**

**Nonpriority creditor's name and mailing address**

**Wayne Chen**
**2385 Rutgers Dr**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.940 9**

**Nonpriority creditor's name and mailing address**

**WAYNE FRANCO**
**7689 OUTBACK AVE NW**
**SILVERDALE, WA 98383**

Date(s) debt was incurred  **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.941 0**

**Nonpriority creditor's name and mailing address**

**Wayne Gatee**
**5601 Calle De Ricardo**
**Torrance, CA 90505**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.941 1**

**Nonpriority creditor's name and mailing address**

**Wayne Gates**
**5601 Calle de Ricardo**
**Torrance, CA 90505**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

Official Form 206 E/F        Schedule E/F: Creditors Who Have Unsecured Claims       

Debtor    **Electric Bike Company, LLC**                                     Case number (if known) _____
_____
Name

---

**3.941 2**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Wayne Jenkins**
**950 Eagle Mtn Dr.**                ☐ Contingent
**Las Vegas, NV 89123**                ☐ Unliquidated
                ☐ Disputed
Date(s) debt was incurred  **2020**
                **Basis for the claim:**  **Warranty**
Last 4 digits of account number __
                Is the claim subject to offset? ■ No ☐ Yes

---

**3.941 3**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Wayne Johns**
**767 Hamburg Rd**                ☐ Contingent
**Port Haywood, VA 23138**                ☐ Unliquidated
                ☐ Disputed
Date(s) debt was incurred  **2024**
                **Basis for the claim:**  **Warranty**
Last 4 digits of account number __
                Is the claim subject to offset? ■ No ☐ Yes

---

**3.941 4**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Wayne Johns**
**18691 General Puller Hwy.**                ☐ Contingent
**Deltaville, VA 23043**                ☐ Unliquidated
                ☐ Disputed
Date(s) debt was incurred  **2023**
                **Basis for the claim:**  **Warranty**
Last 4 digits of account number __
                Is the claim subject to offset? ■ No ☐ Yes

---

**3.941 5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Wayne Johns**
**1106 New Market Road**                ☐ Contingent
**Richmond, VA 23231**                ☐ Unliquidated
                ☐ Disputed
Date(s) debt was incurred  **2023**
                **Basis for the claim:**  **Warranty**
Last 4 digits of account number __
                Is the claim subject to offset? ■ No ☐ Yes

---

**3.941 6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Wayne Lambert**
**2995 Bottineau Ct.**                ☐ Contingent
**Green Bay, WI 54311**                ☐ Unliquidated
                ☐ Disputed
Date(s) debt was incurred  **2022**
                **Basis for the claim:**  **Warranty**
Last 4 digits of account number __
                Is the claim subject to offset? ■ No ☐ Yes

---

**3.941 7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Wayne Lambert**
**2995 Bottineau Ct**                ☐ Contingent
**Green Bay, WI 54311**                ☐ Unliquidated
                ☐ Disputed
Date(s) debt was incurred  **2021**
                **Basis for the claim:**  **Warranty**
Last 4 digits of account number __
                Is the claim subject to offset? ■ No ☐ Yes

---

**3.941 8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** *Check all that apply.*                **$0.00**

**Wayne Lambert**
**2995 Bottineau Ct.**                ☐ Contingent
**Green Bay, WI 54311-5041**                ☐ Unliquidated
                ☐ Disputed
Date(s) debt was incurred  **2021**
                **Basis for the claim:**  **Warranty**
Last 4 digits of account number __
                Is the claim subject to offset? ■ No ☐ Yes

---

Debtor    **Electric Bike Company, LLC**                                Case number (if known) _____
_____
Name

---

| 3.941 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **wayne Leach** | ☐ Contingent | |
| **3213 west wheeler st. #222** | ☐ Unliquidated | |
| **Seattle, WA 98199** | ☐ Disputed | |
| Date(s) debt was incurred  **2025** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.942 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Wayne Leechford** | ☐ Contingent | |
| **4216 James Road** | ☐ Unliquidated | |
| **Raleigh, NC 27616** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.942 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Wayne Lindner** | ☐ Contingent | |
| **1324 Sullivan Road** | ☐ Unliquidated | |
| **Westminster, MD 21157** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.942 2 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Wayne Long** | ☐ Contingent | |
| **5415 W. 124th CT** | ☐ Unliquidated | |
| **Overland Park, KS 66209** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.942 3 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Wayne Long** | ☐ Contingent | |
| **5415 W. 124th Court** | ☐ Unliquidated | |
| **Overland Park, KS 66209** | ☐ Disputed | |
| Date(s) debt was incurred  **2022** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.942 4 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Wayne McKinney** | ☐ Contingent | |
| **2667 Primrose Circle** | ☐ Unliquidated | |
| **Middleburg, FL 32068** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.942 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
| **Wayne Meyer** | ☐ Contingent | |
| **2212 Zabyn St** | ☐ Unliquidated | |
| **Oceanside, CA 92054** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | Basis for the claim:  **Warranty** | |
| Last 4 digits of account number _ | Is the claim subject to offset? ■ No ☐ Yes | |

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.942 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wayne Miller**
**1675 Vernon St**
**Unit 52**
**Roseville, CA 95678**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.942 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wayne Mills**
**5725 Sycamore Lane N.**
**PLYMOUTH, MN 55442-1420**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.942 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wayne Mullins**
**5950 Aster St**
**Springfield, OR 97478**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.942 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**wayne pauley**
**2395 hanover dr**
**Dunedin, FL 34698**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.943 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wayne Smedile**
**6756 Alpine St**
**Eastvale, CA 91752**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.943 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wayne Sonnema**
**1110 Florentine Way**
**Boynton Beach, FL 33426-6629**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| 3.943 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Wayne Thaxton**
**426 Euhaw Creek Dr**
**Ridgeland, SC 29936**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor   **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.943 3**

**Nonpriority creditor's name and mailing address**

**Wayne Turner**
**Willowick Dr**
**New Carlisle, OH 45344**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.943 4**

**Nonpriority creditor's name and mailing address**

**Wayne Turner**
**606 Willowick Dr**
**New Carlisle, OH 45344-1131**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.943 5**

**Nonpriority creditor's name and mailing address**

**Wayne Turner**
**606 Willowick Dr**
**New Carlisle, OH 45344-1131**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.943 6**

**Nonpriority creditor's name and mailing address**

**Wayne Weinhart**
**3507 Chelan Drive**
**West Linn, OR 97068**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.943 7**

**Nonpriority creditor's name and mailing address**

**Wayne Wiens**
**1810 S HARRISON ST**
**GRAND ISLAND, NE 68803**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.943 8**

**Nonpriority creditor's name and mailing address**

**Weeraya Thothong**
**809 Grand Banks Dr**
**waterloo, ON N2K 4N6**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.943 9**

**Nonpriority creditor's name and mailing address**

**Wenda Arabsky**
**3295 Turner Rd**
**Windsor, ON N8W 3M2**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.944 0**

**Nonpriority creditor's name and mailing address**
**Wenda Arabsky**
**3295 Turner**
**Windsor, ON N8W3M2**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.944 1**

**Nonpriority creditor's name and mailing address**
**Wende Higgins**
**412 Columbia st**
**Bogalusa, LA 70427**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.944 2**

**Nonpriority creditor's name and mailing address**
**Wende Higgins**
**412 Columbia st**
**Bogalusa, LA 70427**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.944 3**

**Nonpriority creditor's name and mailing address**
**Wendy Beaver**
**115 Argonne Ave**
**Long Beach, CA 90803**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.944 4**

**Nonpriority creditor's name and mailing address**
**Wendy Beiswenger**
**309 Larkspur Avenue**
**Corona Del Mar, CA 92625**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.944 5**

**Nonpriority creditor's name and mailing address**
**Wendy Borow**
**2275 N Sierra Hwy**
**Bishop, CA 93514**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

**3.944 6**

**Nonpriority creditor's name and mailing address**
**Wendy Bowman**
**1410 Big Woods Rd.**
**Cedar Falls, IA 50613**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.9447**

**Nonpriority creditor's name and mailing address**

**Wendy Boyer**
**1004 Market St.**
**Box 586**
**MIFFLINVILLE, PA 18631**

**Date(s) debt was incurred** __2022__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9448**

**Nonpriority creditor's name and mailing address**

**Wendy Brown**
**881 Capital St**
**# B**
**Costa Mesa, CA 92627**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9449**

**Nonpriority creditor's name and mailing address**

**Wendy Burke**
**1326Florence Court**
**Holly Hill, FL 32117**

**Date(s) debt was incurred** __2023__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9450**

**Nonpriority creditor's name and mailing address**

**Wendy Burke**
**1326 Florence Court**
**Holly Hill, FL 32117**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9451**

**Nonpriority creditor's name and mailing address**

**Wendy Burke**
**1326 Florence Court**
**Holly Hill, FL 32117**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9452**

**Nonpriority creditor's name and mailing address**

**Wendy Chandler**
**2896 Neely Store Rd**
**Rock Hill, SC 29730**

**Date(s) debt was incurred** __2021__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9453**

**Nonpriority creditor's name and mailing address**

**Wendy Cornett**
**3962 Austin Rd**
**Hudson, NC 28638**

**Date(s) debt was incurred** __2024__

**Last 4 digits of account number** __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                                    Case number (if known)
              Name

---

**3.945 4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Wendy Davey**
**860 Halyard**                                                   ☐ Contingent
**Newport Beach, CA 92663**                                      ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                  Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.945 5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Wendy Demaria**
**1410A Stanford Ave**                                            ☐ Contingent
**Redondo Beach, CA 90278**                                      ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred  **2025**
                                                                  Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.945 6**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Wendy Demaria**
**1410 Stanford Ave**                                            ☐ Contingent
**a**                                                             ☐ Unliquidated
**redondo beach, CA 90278**                                      ☐ Disputed
Date(s) debt was incurred  **2025**
                                                                  Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.945 7**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Wendy Ervin**
**433 Hidden Acres Road**                                        ☐ Contingent
**Kingsport, TN 37664**                                          ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                  Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.945 8**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Wendy Fisher**
**8297 Fall Creek Drive**                                        ☐ Contingent
**Eastvale, CA 92880**                                           ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred  **2025**
                                                                  Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.945 9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Wendy Fox**
**31 Jasmine Creek Ln**                                          ☐ Contingent
**Laguna Hills, CA 92653**                                       ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred  **2020**
                                                                  Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

**3.946 0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                $0.00

**Wendy Hanson**
**255 South 41st St #127**                                       ☐ Contingent
**West Des Moines, IA 50265**                                    ☐ Unliquidated
                                                                  ☐ Disputed
Date(s) debt was incurred  **2023**
                                                                  Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                  Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.946
1**

**Nonpriority creditor's name and mailing address**

**Wendy Jones**
**446 Yager Rd**
**New Franklin, OH 44216-9418**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.946
2**

**Nonpriority creditor's name and mailing address**

**Wendy Jones**
**446 yager rd**
**new franklin, OH 44216**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.946
3**

**Nonpriority creditor's name and mailing address**

**Wendy Kleid**
**19012 Antioch dr.**
**Irvine, CA 92603**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.946
4**

**Nonpriority creditor's name and mailing address**

**Wendy Norris**
**3922 Conquista Ave**
**Long Beach, CA 90808**

**Date(s) debt was incurred  2022**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.946
5**

**Nonpriority creditor's name and mailing address**

**Wendy Robinson Miele**
**13 Canyon Island Dr**
**Newport Beach, CA 92660**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.946
6**

**Nonpriority creditor's name and mailing address**

**Wendy Sedlak**
**117 Cloudcrest**
**Aliso Viejo, CA 92656**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.946
7**

**Nonpriority creditor's name and mailing address**

**Wendy Sibley**
**1957 Hwy 169**
**Ely, MN 55731**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number** _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.946 8 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wendy Somma**
**13513 185th Avenue Ct. E**
**Bonney Lake, WA 98391**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.946 9 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wendy Wieber**
**195 Sigmon Rd**
**Fletcher, NC 28732**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 0 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wendy Wolfe**
**237 Pond St**
**Amherst, WI 54406**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 1 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wendy Woomer**
**143 Woodhurst dr**
**Ponte Vedra, FL 32081**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 2 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wendy Wright**
**Po Box 83**
**Easton, WA 98925-0083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 3 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wendy Wright**
**4070 U-Fish Rd,**
**Easton, WA 98925-0083**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.947 4 | Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
|---|---|---|---|

**Wentao Xiao**
**780 Boylston St**
**7F**
**Boston, MA 02199**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2024**

Basis for the claim:  **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.9475**

**Nonpriority creditor's name and mailing address**

**Wes Ostman**
**3146 Cork Lane**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9476**

**Nonpriority creditor's name and mailing address**

**Wes Zeller**
**365 H Street**
**51397**
**Blaine, WA 98230**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9477**

**Nonpriority creditor's name and mailing address**

**Wesley Brockhoeft**
**200 Congress Ave, Apt 26 EG**
**Austin, TX 78701**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9478**

**Nonpriority creditor's name and mailing address**

**Wesley Colbert**
**2206 honeybee creek drive**
**Griffin, GA 30224**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9479**

**Nonpriority creditor's name and mailing address**

**WESLEY EVAN SR BETEBENNER**
**19591 WATERBURY LN**
**HUNTINGTON BEACH, CA 92646**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9480**

**Nonpriority creditor's name and mailing address**

**Wesley Le Le**
**1531 W Flower Ave**
**Fullerton, CA 92833**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9481**

**Nonpriority creditor's name and mailing address**

**Wesley Ramoso**
**670 Forest Ridge Dr**
**Medford, OR 97504**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                  Case number (if known) _____
         Name

---

**3.948
2**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Wesley Smith** | ☐ Contingent |
| **5244 East Appian Way** | ☐ Unliquidated |
| **Long Beach, CA 90803** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.948
3**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Wesley Smith** | ☐ Contingent |
| **213 Camino San Clemente** | ☐ Unliquidated |
| **San Clemente, CA 92672** | ☐ Disputed |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.948
4**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **West Jeffrey** | ☐ Contingent |
| **907 5th St.** | ☐ Unliquidated |
| **Apt. B** | ☐ Disputed |
| **Hermosa Beach, CA 90254** | |
| Date(s) debt was incurred **2021** | **Basis for the claim: Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.948
5**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Whitney Carillon** | ☐ Contingent |
| **885 S Brevard Ave** | ☐ Unliquidated |
| **Cocoa Beach, FL 32931** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.948
6**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Whitney Irons** | ☐ Contingent |
| **800 Wharf Street SW** | ☐ Unliquidated |
| **Yacht Poboy** | ☐ Disputed |
| **Washington DC, DC 20024** | |
| Date(s) debt was incurred **2024** | **Basis for the claim: Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.948
7**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Whitney Yragui** | ☐ Contingent |
| **1205 Andrea Way** | ☐ Unliquidated |
| **Vallejo, CA 94591** | ☐ Disputed |
| Date(s) debt was incurred **2023** | **Basis for the claim: Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

**3.948
8**

| | |
|---|---|
| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* |
| **Whitney Zolna** | ☐ Contingent |
| **69 Via Regalo** | ☐ Unliquidated |
| **San Clemente, CA 92673** | ☐ Disputed |
| Date(s) debt was incurred **2022** | **Basis for the claim: Warranty** |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes |

$0.00

---

Debtor   **Electric Bike Company, LLC**                                    Case number (if known) _____
_____
Name

---

**3.9489**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Wilbert Dunbar**                                                   ☐ Contingent
**803 Westland Dr.**                                                 ☐ Unliquidated
**Jonesville, LA 71343**                                            ☐ Disputed

Date(s) debt was incurred  **2025**                                 **Basis for the claim:**   **Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9490**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Wilfred Collins**                                                  ☐ Contingent
**4710 WANDERING WAY**                                               ☐ Unliquidated
**Wesley Chapel, FL 33544-8501**                                    ☐ Disputed

Date(s) debt was incurred  **2023**                                 **Basis for the claim:**   **Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9491**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Wilfred Sumlin**                                                   ☐ Contingent
**42348 73rd St W**                                                  ☐ Unliquidated
**Lancaster, CA 93536**                                             ☐ Disputed

Date(s) debt was incurred  **2023**                                 **Basis for the claim:**   **Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9492**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Wilfredo Vazquez**                                                 ☐ Contingent
**765 E 163rd st apt 10G**                                           ☐ Unliquidated
**bronx, NY 10456**                                                 ☐ Disputed

Date(s) debt was incurred  **2025**                                 **Basis for the claim:**   **Warranty**

Last 4 digits of account number  **7**                              Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9493**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Wililam Sol**                                                      ☐ Contingent
**113 Les Saints Road**                                              ☐ Unliquidated
**sequim, WA 98382**                                                ☐ Disputed

Date(s) debt was incurred  **2023**                                 **Basis for the claim:**   **Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9494**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Will Allen**                                                       ☐ Contingent
**415 S Ave 56**                                                     ☐ Unliquidated
**Los Angeles, CA 90042**                                           ☐ Disputed

Date(s) debt was incurred  **2020**                                 **Basis for the claim:**   **Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.9495**

**Nonpriority creditor's name and mailing address**                  As of the petition filing date, the claim is: Check all that apply.          **$0.00**

**Will Barton**                                                      ☐ Contingent
**15 HEWLETT RD**                                                    ☐ Unliquidated
**RED HOOK, NY 12571-1817**                                         ☐ Disputed

Date(s) debt was incurred  **2024**                                 **Basis for the claim:**   **Warranty**

Last 4 digits of account number _                                   Is the claim subject to offset?  ■ No  ☐ Yes

---

Debtor **Electric Bike Company, LLC**

Name

Case number *(if known)* _____

---

**3.9496**

**Nonpriority creditor's name and mailing address**

**Will Householter**
**452 32nd St.**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9497**

**Nonpriority creditor's name and mailing address**

**will kidd**
**9875 Vineyard Street**
**Bridgman, MI 49106**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9498**

**Nonpriority creditor's name and mailing address**

**Will LaGuardia**
**4 Mar A Lago Blvd**
**Santa Rosa Beach, FL 32459**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9499**

**Nonpriority creditor's name and mailing address**

**Will Morgan**
**1251 Florence Boulevard**
**Florence, AL 35630**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9500**

**Nonpriority creditor's name and mailing address**

**Will Saba**
**Mauna Loa**
**Tustin, CA 92780**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9501**

**Nonpriority creditor's name and mailing address**

**Will Skeeters**
**420 East 17th Street**
**Costa Mesa, CA 92627**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9502**

**Nonpriority creditor's name and mailing address**

**Will Sol**
**113 les saints road**
**Sequim, WA 98382**

Date(s) debt was incurred **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number *(if known)* _____

---

**3.950
3**

**Nonpriority creditor's name and mailing address**

**Will Van Pelt
430 Ledbury Rd unit 101
North Carolina, NC 28412**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.950
4**

**Nonpriority creditor's name and mailing address**

**Will Van Pelt
430 Ledbury Rd Unit 101
Wilmington, NC 28412**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.950
5**

**Nonpriority creditor's name and mailing address**

**Will Woods
4243 Middleton Road
Dallas, TX 75229**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.950
6**

**Nonpriority creditor's name and mailing address**

**Willaim Cook
2936 Kingsfield Dr
Virginia Beach, VA 23456**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.950
7**

**Nonpriority creditor's name and mailing address**

**willaim jahnke
100 Kaupulehu Dr.
KAILUA KONA, HI 96740-5699**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.950
8**

**Nonpriority creditor's name and mailing address**

**Willard Hall
6908 RUM POINT LN
BERLIN, MD 21811-2572**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.950
9**

**Nonpriority creditor's name and mailing address**

**william ahern
10962 Lake Court
Santa Ana, CA 92705**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.951 0**

**Nonpriority creditor's name and mailing address**

**william aldeen**
**66 Black Bear Dr**
**x3802**
**Gypsum, CO 81637**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.951 1**

**Nonpriority creditor's name and mailing address**

**William Anker**
**746 Marine dr.**
**BELLINGHAM, WA 98225**

Date(s) debt was incurred __2023__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.951 2**

**Nonpriority creditor's name and mailing address**

**William Arend**
**7746 Roan Rd**
**San Diego, CA 92129-4509**

Date(s) debt was incurred __2024__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.951 3**

**Nonpriority creditor's name and mailing address**

**William Atkins**
**28160 McBean Parkway Apt 2302**
**Valencia, CA 91354**

Date(s) debt was incurred __2021__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.951 4**

**Nonpriority creditor's name and mailing address**

**William Bader**
**4348 E Corral Rd**
**Phoenix, AZ 85044**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.951 5**

**Nonpriority creditor's name and mailing address**

**William Baridon**
**104 Shadow Mountain Dr**
**Sedona, AZ 86336**

Date(s) debt was incurred __2022__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.951 6**

**Nonpriority creditor's name and mailing address**

**William Baridon**
**104 Shadow Mountain Dr**
**Sedona, AZ 86336**

Date(s) debt was incurred __2020__

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known)  _____

---

| 3.951 7 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Barlow**
**3750 E Via Palomita**
**20203**
**Tucson, AZ 85718**

Date(s) debt was incurred  **2021**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.951 8 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Barlow**
**3750 E Via Palomita**
**Unit 20203**
**Tucson, AZ 85718**

Date(s) debt was incurred  **2020**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.951 9 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Becerra**
**104 Loyola Plz**
**Seal Beach, CA 90740**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.952 0 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Behnke**
**336 Las Riendas Dr**
**Fullerton, CA 92835**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.952 1 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**william bergner**
**820 towne house road**
**fairfield, CT 06824**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.952 2 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Bicker**
**2185 Canyon Oak Lane**
**Danville, CA 94506**

Date(s) debt was incurred  **2022**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| 3.952 3 | | |
|---|---|---|

**Nonpriority creditor's name and mailing address**

**William Biehl**
**727 Jarrett Rd.**
**Horsham, PA 19044**

Date(s) debt was incurred  **2024**

Last 4 digits of account number ___

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.952 4**

**Nonpriority creditor's name and mailing address**

**William Biehl**
**727 Jarrett Rd**
**Horsham, PA 19044**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.952 5**

**Nonpriority creditor's name and mailing address**

**William Billar**
**45 Pine Hill Rd**
**Debary, FL 32713**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.952 6**

**Nonpriority creditor's name and mailing address**

**William Billar**
**45 Pine Hill Road**
**Dabary, FL 32713**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.952 7**

**Nonpriority creditor's name and mailing address**

**William Blake**
**11 Pisano St**
**Ladera Ranch, CA 92694**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.952 8**

**Nonpriority creditor's name and mailing address**

**William Bland**
**330 Snug Harbor Rd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.952 9**

**Nonpriority creditor's name and mailing address**

**William Bland**
**330 Snug Harbor Rd**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.953 0**

**Nonpriority creditor's name and mailing address**

**William Boyd**
**3545 W. School House Lane**
**Philadelphia, PA 19129**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                   Case number (if known) _____
_____
Name

| | | |
|---|---|---|
| 3.953<br>1 | **Nonpriority creditor's name and mailing address**<br>**William Bresley**<br>**22923 Northeast 20th Place**<br>**Sammamish, WA 98074**<br><br>Date(s) debt was incurred  **2025**<br>Last 4 digits of account number  **7** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.953<br>2 | **Nonpriority creditor's name and mailing address**<br>**William Bresley**<br>**22923 NE 20th Pl**<br>**Sammamish, WA 98074-6548**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.953<br>3 | **Nonpriority creditor's name and mailing address**<br>**William Bresley**<br>**22923 NE 20th Place**<br>**Sammamish, WA 98074**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.953<br>4 | **Nonpriority creditor's name and mailing address**<br>**William Broach**<br>**120 Foam Flower Dr**<br>**Lake Frederick, VA 22630**<br><br>Date(s) debt was incurred  **2024**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.953<br>5 | **Nonpriority creditor's name and mailing address**<br>**William Brown**<br>**5241 Far Oak Circle**<br>**Turtle Rock**<br>**Sarasota, FL 34238**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.953<br>6 | **Nonpriority creditor's name and mailing address**<br>**william Calhoon**<br>**1372 Apsley Rd**<br>**santa ana, CA 92705**<br><br>Date(s) debt was incurred  **2021**<br>Last 4 digits of account number  _ | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

| | | |
|---|---|---|
| 3.953<br>7 | **Nonpriority creditor's name and mailing address**<br>**William Campbell**<br>**41197 Breeches Buoy Lane**<br>**Avon, NC 27915**<br><br>Date(s) debt was incurred  **2025**<br>Last 4 digits of account number  **7** | As of the petition filing date, the claim is: *Check all that apply.*<br>☐ Contingent<br>☐ Unliquidated<br>☐ Disputed<br><br>Basis for the claim:  **Warranty**<br><br>Is the claim subject to offset? ■ No ☐ Yes | **$0.00** |

Debtor    **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.9538**

**Nonpriority creditor's name and mailing address**

**William Colvett**
**5107 Sea Forest Drive**
**Kiawah Island, SC 29455**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9539**

**Nonpriority creditor's name and mailing address**

**William Cox**
**415A W. 18th Street**
**#883**
**Merced, CA 95340**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9540**

**Nonpriority creditor's name and mailing address**

**William Cox**
**1259 West Reef**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9541**

**Nonpriority creditor's name and mailing address**

**William Cox**
**143 W 21st St**
**Merced, CA 95340**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9542**

**Nonpriority creditor's name and mailing address**

**William Dean**
**2109 North Mozart Street**
**Apt 2**
**Chicago, IL 60647**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9543**

**Nonpriority creditor's name and mailing address**

**William Delano**
**266 Ubiquity Way**
**Yulee, FL 32097**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9544**

**Nonpriority creditor's name and mailing address**

**William DeRosa**
**6060 Cherokee Trce**
**Cumming, GA 30041**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**
     Name

Case number (if known)  _____

---

**3.9545**

**Nonpriority creditor's name and mailing address**

**William Dick**
**534 Smith Lane**
**MAYFIELD, KY 42066**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.9546**

**Nonpriority creditor's name and mailing address**

**William Dick**
**534 Smith's Lane**
**Mayfield, KY 42066**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.9547**

**Nonpriority creditor's name and mailing address**

**William Dick**
**534 Smiths lane**
**Mayfield, KY 42066**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.9548**

**Nonpriority creditor's name and mailing address**

**William Dillon**
**35 Hodgdon Way, Unit 1103**
**Portsmouth, NH 03801**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.9549**

**Nonpriority creditor's name and mailing address**

**William Dillon**
**21501 Brookhurst St**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.9550**

**Nonpriority creditor's name and mailing address**

**William Donatelli**
**90 Riverbend Dr**
**Murrells Inlet, SC 29576-9785**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

**3.9551**

**Nonpriority creditor's name and mailing address**

**William Dowdall**
**319 Opelousas Avenue**
**New Orleans, LA 70114**

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ☑ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.955 2**

**Nonpriority creditor's name and mailing address**

**William Ebright**
**65 W Springfield Street**
**Frankfort, OH 45628**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955 3**

**Nonpriority creditor's name and mailing address**

**William Elliott**
**46164 WESTLAKE DR**
**UNIT 650871**
**STERLING,, VA 20165-9998**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955 4**

**Nonpriority creditor's name and mailing address**

**William Engelman**
**104 4th Avenue**
**Apt. A**
**Santa Cruz, CA 95062**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955 5**

**Nonpriority creditor's name and mailing address**

**William Ermatinger**
**1724 Centennial Drive**
**Toano, VA 23168**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955 6**

**Nonpriority creditor's name and mailing address**

**William Ermatinger**
**1724 Centennial Dr**
**Toano, VA 23168**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955 7**

**Nonpriority creditor's name and mailing address**

**William Ermatinger**
**1724 Centennial Drive**
**Toano, VA 23168**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.955 8**

**Nonpriority creditor's name and mailing address**

**William Feltus**
**730 Fords Landing Way**
**Alexandria, VA 22314**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**    Case number (if known) _____
_____
Name

---

**3.9559**

**Nonpriority creditor's name and mailing address**                    $0.00
**William Figley**
**1539 Blue Heron Drive**
**Highland, MI 48357**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9560**

**Nonpriority creditor's name and mailing address**                    $0.00
**William Fong**
**633 Luakalae Pl**
**Wailuku, HI 96793**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9561**

**Nonpriority creditor's name and mailing address**                    $0.00
**William Fox**
**2900 FULLER RD**
**ANN ARBOR, MI 48105**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9562**

**Nonpriority creditor's name and mailing address**                    $0.00
**William Frenz**
**1854 New Jersey St**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9563**

**Nonpriority creditor's name and mailing address**                    $0.00
**William Fry**
**17055 Pine Ave**
**Los Gatos, CA 95032**

Date(s) debt was incurred  **2025**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9564**

**Nonpriority creditor's name and mailing address**                    $0.00
**William Fry**
**782 Glenside Drive**
**Lafayette, CA 94549**

Date(s) debt was incurred  **2021**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

**3.9565**

**Nonpriority creditor's name and mailing address**                    $0.00
**William Fulton**
**830 Burr Oak Ct**
**Kalamazoo, MI 49001**

Date(s) debt was incurred  **2024**
Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
| | Name | | |

---

**3.9566**

**Nonpriority creditor's name and mailing address**

**William Furlong**
**23437 Silver Strike Drive**
**Canyon Lake, CA 92587**

Date(s) debt was incurred **2025**

Last 4 digits of account number **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9567**

**Nonpriority creditor's name and mailing address**

**William G Fontes**
**5014 East vineyard ave**
**oxnard, CA 93036**

Date(s) debt was incurred **2024**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9568**

**Nonpriority creditor's name and mailing address**

**William Heldman**
**12241 W Rabbit Dr**
**Lakewood, CO 80401-5955**

Date(s) debt was incurred **2022**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9569**

**Nonpriority creditor's name and mailing address**

**william helin**
**1732peltierlakedr**
**centerville, MN 55038**

Date(s) debt was incurred **2022**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9570**

**Nonpriority creditor's name and mailing address**

**William Herzog**
**3335 Calle Odessa**
**Carlsbad, CA 92009**

Date(s) debt was incurred **2024**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9571**

**Nonpriority creditor's name and mailing address**

**William Herzog**
**3356 Corte Tiburon**
**Carlsbad, CA 92009**

Date(s) debt was incurred **2020**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9572**

**Nonpriority creditor's name and mailing address**

**William Hochholzer**
**221 HAZELTINE DR**
**DEBARY, FL 32713**

Date(s) debt was incurred **2021**

Last 4 digits of account number **_**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                    Case number (if known) _____

Name

---

**3.957
3**

**Nonpriority creditor's name and mailing address**

**William Hoover**
**12932 Olive Park Drive**
**Huntersville, NC 28078**

Date(s) debt was incurred __2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.957
4**

**Nonpriority creditor's name and mailing address**

**William Hurtt**
**300 Bay Ave**
**Lewes, DE 19958**

Date(s) debt was incurred __2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.957
5**

**Nonpriority creditor's name and mailing address**

**William Hutchens**
**8410 Wells Road**
**Westminster, CA 92683**

Date(s) debt was incurred __2022__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.957
6**

**Nonpriority creditor's name and mailing address**

**William Ingram**
**1605 quail hollow lane**
**Wenatchee, WA 98801**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.957
7**

**Nonpriority creditor's name and mailing address**

**William J**
**19910 Barletta Lane**
**Unit 1524**
**Estero, FL 33928**

Date(s) debt was incurred __2022__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.957
8**

**Nonpriority creditor's name and mailing address**

**William Jares**
**19910 Barletta Lane**
**Unit 1524**
**Estero, FL 33928**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.957
9**

**Nonpriority creditor's name and mailing address**

**William Jenkins**
**768 Walnut Shade Rd.**
**Louisa, VA 23093**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.958 0**

**Nonpriority creditor's name and mailing address**

**William Jenks**
**3304 Corpus Christi St**
**Simi Valley, CA 93063**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.958 1**

**Nonpriority creditor's name and mailing address**

**William Jenks**
**3304 Corpus Christi St**
**Simi Valley, CA 93063**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.958 2**

**Nonpriority creditor's name and mailing address**

**William Jenks**
**6450 Westwood st**
**Moorpark, CA 93021**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.958 3**

**Nonpriority creditor's name and mailing address**

**William Jereb**
**3176 Anton Dr**
**Aurora, IL 60504**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.958 4**

**Nonpriority creditor's name and mailing address**

**William Johnson**
**124 Raupp Ln.**
**Mars, PA 16046**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.958 5**

**Nonpriority creditor's name and mailing address**

**William Johnson**
**124 Raupp Ln**
**Mars, PA 16046**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.958 6**

**Nonpriority creditor's name and mailing address**

**William Keeling**
**4424 329th pl se**
**Fall City, WA 98024**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                         Case number (if known) _____
_____
Name

---

**3.958
7**

**Nonpriority creditor's name and mailing address**

**William Killea**
**457 I Ave**
**Coronado, CA 92118**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.958
8**

**Nonpriority creditor's name and mailing address**

**WILLIAM KINDER**
**4002 Harding Dr**
**Anchorage, AK 99517**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.958
9**

**Nonpriority creditor's name and mailing address**

**William Knepshield**
**22162 Arbor Circle**
**Milton, DE 19968**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.959
0**

**Nonpriority creditor's name and mailing address**

**william koressel**
**1736 shipley st**
**huntington beach, CA 92648**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.959
1**

**Nonpriority creditor's name and mailing address**

**William Koukios**
**14749 Leeward Dr**
**Naples, FL 34114**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.959
2**

**Nonpriority creditor's name and mailing address**

**William Langlands**
**1779 Indaba Way**
**Charleston, SC 29414**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.959
3**

**Nonpriority creditor's name and mailing address**

**William Larsen**
**2203 Industrial Way**
**Elko, NV 89801**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

| 3.959 4 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Law**
**1603 Mercers Way**
**Berlin, MD 21811**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 5 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Lawless**
**808 Esperanza Pl**
**Chula Vista, CA 91914**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2021**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 6 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Lawton**
**14488 San Ardo Drive**
**La Mirada, CA 90638**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2024**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William LeFever**
**10859 Clapsaddle Ave Ne**
**Alliance, OH 44601**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2023**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Longyear**
**Po Box 1833**
**Lakeside, AZ 85929**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.959 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Lorch**
**1468 Stoneridge Drive**
**Pocatello, ID 83201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

| 3.960 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Lovelace**
**415 Belmont Rd**
**Grand Forks, ND 58201**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred **2022**

**Basis for the claim:** **Warranty**

Last 4 digits of account number _

Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F                    Schedule E/F: Creditors Who Have Unsecured Claims

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known) _____

---

**3.960**
**1**

**Nonpriority creditor's name and mailing address**

**William Lowenburg**
**350 Poplar Valley Rd. West**
**Stroudsburg, PA 18360**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.960**
**2**

**Nonpriority creditor's name and mailing address**

**William Macke**
**100 N. Peachtree Pkwy**
**suite 16**
**Peachtree City, GA 30269**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.960**
**3**

**Nonpriority creditor's name and mailing address**

**William Madonna**
**1601 Highland drive**
**Newport Beach, CA 92660**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.960**
**4**

**Nonpriority creditor's name and mailing address**

**William Marvin**
**56 Rowley Lane**
**Willsboro, NY 12996**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.960**
**5**

**Nonpriority creditor's name and mailing address**

**William Matthews**
**13015 Lantern Pointe Way NW**
**Harvest, AL 35749**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.960**
**6**

**Nonpriority creditor's name and mailing address**

**William Mayer**
**40164 Bond St**
**Waterford, VA 20197**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.960**
**7**

**Nonpriority creditor's name and mailing address**

**William McClain**
**1916 Granger Rd**
**Manitowoc, WI 54220**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.9608**

**Nonpriority creditor's name and mailing address**

**William Mcclamma**
**13415English peek court**
**Jacksonville, FL 32258**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9609**

**Nonpriority creditor's name and mailing address**

**William Mcclamma**
**13415 English peak court**
**Jacksonville, FL 32258**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9610**

**Nonpriority creditor's name and mailing address**

**william mccormick**
**1160 General Wadsworth Drive**
**Spotsylvania, VA 22551**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9611**

**Nonpriority creditor's name and mailing address**

**William McDaniel**
**57 32ND AVE NE**
**Great Falls, MT 59404**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9612**

**Nonpriority creditor's name and mailing address**

**William McDaniel**
**57 32ND AVE NE**
**Great Falls, MT 59404**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9613**

**Nonpriority creditor's name and mailing address**

**William Mcgee**
**20261 Via Santa Teresa**
**San Jose, CA 95120**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9614**

**Nonpriority creditor's name and mailing address**

**william mckenna**
**2417 custer cove**
**richardson, TX 75080**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**   **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.9615**

Nonpriority creditor's name and mailing address
**William Mckettrick**
**34799 wildwood canyon**
**Yucaipa, CA 92399**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9616**

Nonpriority creditor's name and mailing address
**William Mckettrick**
**34799 Wildwood Canyon Road**
**Yucaipa, CA 92399**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9617**

Nonpriority creditor's name and mailing address
**William Mclaughlin**
**2979 Union Hill Rd**
**Joelton, TN 37080**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9618**

Nonpriority creditor's name and mailing address
**William Mendoza**
**21002 Strathmoor Ln**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9619**

Nonpriority creditor's name and mailing address
**William Mendoza**
**21002 Strathmoor Lane**
**Huntington Beach, CA 92646**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9620**

Nonpriority creditor's name and mailing address
**William Mergen**
**18084 Bagby Rd**
**Green Ridge, MO 65332**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9621**

Nonpriority creditor's name and mailing address
**William Meserth**
**85 Cornish Ct**
**Springboro, OH 45066**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor  **Electric Bike Company, LLC**                                    Case number (if known) _____
                 Name

---

**3.962 2**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**William Messenger**
**1930 Diana Ln**
**Newport Beach, CA 92660**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.962 3**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**William Michels**
**2457 E Sky Creek Dr**
**Green Valley, AZ 85614-5886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.962 4**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**William Michels**
**2457 E Sky Creek Dr**
**Green Valley, AZ 85614**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.962 5**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**William Mielke**
**4140 W Beach Rd**
**Oconomowoc, WI 53066**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.962 6**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**William Mielke**
**4140 W Beach Rd**
**Oconomowoc, WI 53066-4405**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.962 7**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**William Moffly**
**32461 7 Seas Dr**
**Dana Point, CA 92629**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

**3.962 8**

| Nonpriority creditor's name and mailing address | As of the petition filing date, the claim is: Check all that apply. | $0.00 |
|---|---|---|

**William Monroe**
**25282 Colgate**
**Dearborn Heights, MI 48125**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

Last 4 digits of account number  _

Basis for the claim:  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

---

Official Form 206 E/F          **Schedule E/F: Creditors Who Have Unsecured Claims**          **Page 1376 of 1405**

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.9629**

**Nonpriority creditor's name and mailing address**

**William Monroe**
**25282 Colgate Street**
**Dearborn Heights, MI 48125**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9630**

**Nonpriority creditor's name and mailing address**

**William Monroe**
**25282 COLGATE ST**
**Dearborn Heights, MI 48125**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9631**

**Nonpriority creditor's name and mailing address**

**William Moore**
**835 Essex Circle**
**Grayslake, IL 60030**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9632**

**Nonpriority creditor's name and mailing address**

**William MOORE**
**26 Broadway, PO Box 7012**
**Nantucket, MA 02564**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9633**

**Nonpriority creditor's name and mailing address**

**William Moore**
**835 Essex Circle**
**Grayslake, IL 60030**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9634**

**Nonpriority creditor's name and mailing address**

**William Morken**
**2217 Orange ave**
**costa mesa, CA 92627**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

**3.9635**

**Nonpriority creditor's name and mailing address**

**William Morris**
**1352 NW ELGIN AVE**
**BEND, OR 97703**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.963 6**

**Nonpriority creditor's name and mailing address**

**William Morris**
**1352 NW ELGIN AVE**
**BEND, OR 97703**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.963 7**

**Nonpriority creditor's name and mailing address**

**william neumann**
**1664 NW Elgin Ave**
**Bend, OR 97701-3000**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.963 8**

**Nonpriority creditor's name and mailing address**

**William ODonnell**
**103 Sea Marsh Rd.**
**Fernandina Beach, FL 32034**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.963 9**

**Nonpriority creditor's name and mailing address**

**William ODonnell**
**103 Sea Mash rd.**
**Fernandina Beach, FL 32034**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.964 0**

**Nonpriority creditor's name and mailing address**

**william parlin**
**7940 pale rider st**
**las vegas, NV 89131**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.964 1**

**Nonpriority creditor's name and mailing address**

**William Patterson**
**1350 Ha Place**
**B 630954**
**Lanai City, HI 96763**

Date(s) debt was incurred **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.964 2**

**Nonpriority creditor's name and mailing address**

**William Pick**
**16211 25th Ave SW**
**Burien, WA 98166**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**
_____
Name

Case number (if known)  _____

---

**3.964 3**

**Nonpriority creditor's name and mailing address**

**William Pitkin**
**135 RED STONE HILL**
**PLAINVILLE, CT 06062**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.964 4**

**Nonpriority creditor's name and mailing address**

**William Plevik**
**125 39th Drive**
**Vero Beach, FL 32968-2441**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.964 5**

**Nonpriority creditor's name and mailing address**

**William Preske**
**75 Towerpoint rd**
**Chesapeake City, MD 21915**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.964 6**

**Nonpriority creditor's name and mailing address**

**William Purvis**
**1645 Country Club Road**
**Wilmington, NC 28403**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.964 7**

**Nonpriority creditor's name and mailing address**

**William Ranker**
**7861 Murray hill road**
**Laurel, MD 20723**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.964 8**

**Nonpriority creditor's name and mailing address**

**William Reimbold**
**5871 Country View Dr**
**Yorba Linda, CA 92886**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

**3.964 9**

**Nonpriority creditor's name and mailing address**

**William Robertson**
**2740 W Buena Vista St**
**Springfield, MO 65810**

Date(s) debt was incurred  **2020**

Last 4 digits of account number  _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset?  ■ No  ☐ Yes

**$0.00**

---

Official Form 206 E/F                Schedule E/F: Creditors Who Have Unsecured Claims                Page 1379 of 1405

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* |
|---|---|---|
| | Name | |

---

**3.9650**

**Nonpriority creditor's name and mailing address**
**William Robirds**
**3832 S Fenton St**
**Denver, CO 80235**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9651**

**Nonpriority creditor's name and mailing address**
**William Robirds**
**3832 S Fenton St**
**Denver, CO 80235**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9652**

**Nonpriority creditor's name and mailing address**
**William Robirds**
**3832 S. Fenton St.**
**Denver, CO 80235**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9653**

**Nonpriority creditor's name and mailing address**
**William Ross**
**53455 Bingham Road**
**Adams, OR 97810**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9654**

**Nonpriority creditor's name and mailing address**
**William Ross**
**4735 N KITTYHAWK AVE**
**Sanger, CA 93657**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9655**

**Nonpriority creditor's name and mailing address**
**WILLIAM RUSH**
**51 83rd Street**
**East Unit**
**Sea Isle city, NJ 08243**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9656**

**Nonpriority creditor's name and mailing address**
**William Russell**
**2226 North Lincoln Avenue**
**APT 2C**
**Chicago, IL 60614**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name                                          Case number (if known) _____

---

| 3.965 7 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |
|---|---|---|---|

**William Ryder**
**2045 Sugar Bottom Rd**
**Furlong, PA 18925**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.965 8 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**William Sallenbach**
**4902 Hilo Circle**
**Huntington Beach, CA 92649**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2021**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.965 9 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**William Sellars**
**21501 Brookhurst St**
**Apt. 2001**
**Huntington Beach, CA 92646**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.966 0 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**William Shankle**
**246 Mackin ave**
**Eugene, OR 97404**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.966 1 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**William Sharp**
**1312 east Joan Drive**
**Yorba Linda, CA 92886**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.966 2 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**William Sharp**
**1510 Newport BLVD**
**Newport Beach, CA 92627**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2023**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| 3.966 3 | **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** Check all that apply. | **$0.00** |

**William Sheehy**
**6037 Academy**
**Washington, MI 48094**

☐ Contingent
☐ Unliquidated
☐ Disputed

Date(s) debt was incurred  **2022**

**Basis for the claim:  Warranty**

Last 4 digits of account number  _

Is the claim subject to offset? ■ No  ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|---|---|---|
| | Name | |

---

**3.9664**

**Nonpriority creditor's name and mailing address**

**William Shirer**
**150 Bird Dr.**
**Unit G**
**Ketchum, ID 83340**

Date(s) debt was incurred  **2024**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9665**

**Nonpriority creditor's name and mailing address**

**William Snyder**
**37 Clippers Reach**
**The Sea Ranch, CA 95497**

Date(s) debt was incurred  **2021**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9666**

**Nonpriority creditor's name and mailing address**

**william Sol**
**113 les saints road**
**sequim, WA 98382**

Date(s) debt was incurred  **2023**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9667**

**Nonpriority creditor's name and mailing address**

**William Spence**
**23 14th Street**
**Bayville, NY 11709**

Date(s) debt was incurred  **2023**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9668**

**Nonpriority creditor's name and mailing address**

**William Steinkuller**
**10904 TIMBERMILL CT**
**Oakton, VA 22124**

Date(s) debt was incurred  **2022**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9669**

**Nonpriority creditor's name and mailing address**

**William Steinkuller**
**10904 Timbermill CT.**
**Oakton, VA 22124**

Date(s) debt was incurred  **2021**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9670**

**Nonpriority creditor's name and mailing address**

**William Sturgis**
**4821 W 140TH ST**
**HAWTHORNE, CA 90250-6516**

Date(s) debt was incurred  **2023**

Last 4 digits of account number

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.967 1**

**Nonpriority creditor's name and mailing address**

**William T**
**2900 N Atlantic Ave #1905**
**Daytona Beach, FL 32118**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.967 2**

**Nonpriority creditor's name and mailing address**

**William T. Steele**
**17040 Florence View Drive**
**Montverde, FL 34756**

Date(s) debt was incurred **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.967 3**

**Nonpriority creditor's name and mailing address**

**William Taketa**
**147 Albert Place**
**Unit A**
**COSTA MESA, CA 92627**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.967 4**

**Nonpriority creditor's name and mailing address**

**William Thom**
**2820 Glenview Ave**
**Austin, TX 78703**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.967 5**

**Nonpriority creditor's name and mailing address**

**william thomson**
**1403 mosswood ave**
**escalon, CA 95320**

Date(s) debt was incurred **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.967 6**

**Nonpriority creditor's name and mailing address**

**William Trefethen**
**220 Via Koron**
**Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.967 7**

**Nonpriority creditor's name and mailing address**

**William Tucek**
**2035 Williamtown Drive**
**St. Peters, MO 63376**

Date(s) debt was incurred **2020**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.9678**

**Nonpriority creditor's name and mailing address**

**william uriarte**
**6125 Clarendon Ct**
**Riverside, CA 92506-4707**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9679**

**Nonpriority creditor's name and mailing address**

**William Uriarte**
**1945 Placentia Ave, Bldg A**
**costa mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9680**

**Nonpriority creditor's name and mailing address**

**William Vizzerra**
**324 E. Arctic Avenue**
**Palmer, AK 99645**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9681**

**Nonpriority creditor's name and mailing address**

**William von Behren**
**759 26th Street**
**Manhattan Beach, CA 90266**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9682**

**Nonpriority creditor's name and mailing address**

**William Wayne**
**1155 Rancho Dr.**
**Napa, CA 94558**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9683**

**Nonpriority creditor's name and mailing address**

**William Webb**
**8166 Bellafiore Way**
**Boynton Beach, FL 33472**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9684**

**Nonpriority creditor's name and mailing address**

**William Weichert**
**108 Vista del Parco Dr**
**Sullivan, WI 53178**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor    **Electric Bike Company, LLC**                                          Case number (if known) _____
_____
Name

---

| 3.968 5 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **William Wheeler** | ☐ Contingent | |
| **999 meadow view rd** | ☐ Unliquidated | |
| **St Maries, ID 83861** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.968 6 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **William Whitlatch** | ☐ Contingent | |
| **1140 Norfolk** | ☐ Unliquidated | |
| **Prosper, TX 75078** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.968 7 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **William Whitlatch** | ☐ Contingent | |
| **1140 Norfolk Drive** | ☐ Unliquidated | |
| **Prosper, TX 75078** | ☐ Disputed | |
| Date(s) debt was incurred  **2021** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.968 8 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **William Whitlatch** | ☐ Contingent | |
| **1140 Norfolk Dr** | ☐ Unliquidated | |
| **Prosper, TX 75078** | ☐ Disputed | |
| Date(s) debt was incurred  **2020** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.968 9 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **William Whitman** | ☐ Contingent | |
| **1060 S Charlotte St** | ☐ Unliquidated | |
| **Lombard, IL 60148** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.969 0 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **William Wick** | ☐ Contingent | |
| **18102 Wellbrook Circle** | ☐ Unliquidated | |
| **Huntington Beach, CA 92647** | ☐ Disputed | |
| Date(s) debt was incurred  **2023** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| 3.969 1 | | |
|---|---|---|
| **Nonpriority creditor's name and mailing address** | As of the petition filing date, the claim is: *Check all that apply.* | $0.00 |
| **William Wigington** | ☐ Contingent | |
| **5551 brentwood ave nw** | ☐ Unliquidated | |
| **N canton, OH 44720** | ☐ Disputed | |
| Date(s) debt was incurred  **2024** | **Basis for the claim:  Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.969 2**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **William Wolf** | ☐ Contingent | |
| **693 Zepher Dr** | ☐ Unliquidated | |
| **Lenoir City, TN 37772** | ☐ Disputed | |
| Date(s) debt was incurred **2024** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.969 3**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **William Wong-Hollis** | ☐ Contingent | |
| **2494 Ginny Ct** | ☐ Unliquidated | |
| **Orange Park, FL 32065** | ☐ Disputed | |
| Date(s) debt was incurred **2025** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.969 4**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **William Wortham** | ☐ Contingent | |
| **765 Crowell Rd** | ☐ Unliquidated | |
| **Symsonia, KY 42082** | ☐ Disputed | |
| Date(s) debt was incurred **2020** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.969 5**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **William Wright** | ☐ Contingent | |
| **1106 New Market Rd.** | ☐ Unliquidated | |
| **Richmond, VA 23231** | ☐ Disputed | |
| Date(s) debt was incurred **2022** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.969 6**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **William Yada** | ☐ Contingent | |
| **865 Cirrus Cloud Ave** | ☐ Unliquidated | |
| **Las Vegas, NV 89138** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.969 7**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **Willy Cho** | ☐ Contingent | |
| **99 MAHOGANY FOREST DRIVE** | ☐ Unliquidated | |
| **VAUGHAN, ON L6A 0T1** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

**3.969 8**

| **Nonpriority creditor's name and mailing address** | **As of the petition filing date, the claim is:** *Check all that apply.* | **$0.00** |
|---|---|---|
| **wilma gorzeman** | ☐ Contingent | |
| **9295 ave 88** | ☐ Unliquidated | |
| **pixley, CA 93256** | ☐ Disputed | |
| Date(s) debt was incurred **2021** | **Basis for the claim:** **Warranty** | |
| Last 4 digits of account number __ | Is the claim subject to offset? ■ No ☐ Yes | |

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) |
|--------|--------------------------------|------------------------|
| | Name | |

---

**3.9699**

**Nonpriority creditor's name and mailing address**
**Wilton Cogswell**
**31373 N Bermuda Dunes Dr**
**Evergreen, CO 80439**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.9700**

**Nonpriority creditor's name and mailing address**
**Windi Semmes**
**93 Camellia Way**
**San Antonio, TX 78209**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.9701**

**Nonpriority creditor's name and mailing address**
**Winfried Danke**
**8343 Willow Dr NE**
**Olympia, WA 98506**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.9702**

**Nonpriority creditor's name and mailing address**
**Winnie Lohman**
**3459 Black Hawk Road**
**Lafayette, CA 94549**

Date(s) debt was incurred  **2022**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.9703**

**Nonpriority creditor's name and mailing address**
**Winston Brown**
**474 Quincy**
**Brooklyn, NY 11221**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.9704**

**Nonpriority creditor's name and mailing address**
**Wolhan Ovalle**
**7800 E Imperial Highway**
**Downey, CA 90242**

Date(s) debt was incurred  **2021**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

**3.9705**

**Nonpriority creditor's name and mailing address**
**Woody Walton**
**5900 Presk Drive**
**Fredericksburg, VA 22406**

Date(s) debt was incurred  **2024**

Last 4 digits of account number  _

As of the petition filing date, the claim is: *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ☒ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.9706**

**Nonpriority creditor's name and mailing address**

**Worth Houghton**
**1597 Riverside PL**
**Unit C**
**Costa Mesa, CA 92627**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9707**

**Nonpriority creditor's name and mailing address**

**Wyatt Bloomfield**
**324 Euclid Street**
**Santa Monica, CA 90402**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9708**

**Nonpriority creditor's name and mailing address**

**Wyatt Geiger**
**1337 Mariners Dr**
**Newport Beach, CA 92660**

Date(s) debt was incurred __2022__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9709**

**Nonpriority creditor's name and mailing address**

**Wyatt Russell**
**3229 Broad St**
**Newport Beach, CA 92663**

Date(s) debt was incurred __2020__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9710**

**Nonpriority creditor's name and mailing address**

**Wylie Vape**
**2771 FM 544 Suite 107**
**Wylie, TX 75098**

Date(s) debt was incurred __2021__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9711**

**Nonpriority creditor's name and mailing address**

**Wynn Harrison**
**81 Lake Shore Drive**
**Pasadena, MD 21122**

Date(s) debt was incurred __2024__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9712**

**Nonpriority creditor's name and mailing address**

**Wynne King**
**22 E. Exchange Street**
**Unit 106**
**Akron, OH 44308**

Date(s) debt was incurred __2023__

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  __Warranty__

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor    **Electric Bike Company, LLC**                        Case number (if known) _____
_____
Name

---

**3.971 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Wynne Tagawa**                            ☐ Contingent
**17324 Vickie Ave**                        ☐ Unliquidated
**cerritos, CA 90703**                      ☐ Disputed

Date(s) debt was incurred  **2021**         Basis for the claim:  **Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.971 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Xavier Garay**                            ☐ Contingent
**1451 Deauville Pl**                       ☐ Unliquidated
**Costa Mesa, CA 92626**                    ☐ Disputed

Date(s) debt was incurred  **2025**         Basis for the claim:  **Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.971 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Xavier Morales**                          ☐ Contingent
**701 e walnut st**                         ☐ Unliquidated
**Long beach, NY 11561**                    ☐ Disputed

Date(s) debt was incurred  **2024**         Basis for the claim:  **Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.971 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Xavier Morales**                          ☐ Contingent
**701 e walnut st**                         ☐ Unliquidated
**Long Beach, NY 11561**                    ☐ Disputed

Date(s) debt was incurred  **2023**         Basis for the claim:  **Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.971 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Xavier Smulovitz**                        ☐ Contingent
**1850 Whittier Ave**                       ☐ Unliquidated
**Apt B204**                                ☐ Disputed
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**         Basis for the claim:  **Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.971 8**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Xealyus Martinez**                        ☐ Contingent
**50 Kepuhi Pl #127 - 289**                 ☐ Unliquidated
**Maunaloa, HI 96770**                      ☐ Disputed

Date(s) debt was incurred  **2023**         Basis for the claim:  **Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

**3.971 9**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**

**Yadhira Macias**                          ☐ Contingent
**444 Mill St**                             ☐ Unliquidated
**Batavia, IL 60510**                       ☐ Disputed

Date(s) debt was incurred  **2022**         Basis for the claim:  **Warranty**

Last 4 digits of account number __          Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor __**Electric Bike Company, LLC**_____    Case number (if known) _____

Name

---

**3.9720**

**Nonpriority creditor's name and mailing address**

**Yahya Shannak**
**4870 Park Newport**
**Newport Beach, CA 92660**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9721**

**Nonpriority creditor's name and mailing address**

**Yakov Nenaydykh**
**3115 S. Hanke Drive**
**New Berlin, WI 53146**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9722**

**Nonpriority creditor's name and mailing address**

**Yalda Miller**
**609 Donald Place**
**Newport Beach, CA 92663**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9723**

**Nonpriority creditor's name and mailing address**

**yami cardon**
**2860 La Salle Ave Apt 1**
**costa mesa, CA 92626**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9724**

**Nonpriority creditor's name and mailing address**

**YANDI LAMASCUS**
**930 East 11th Avenue**
**Tampa, FL 33605**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9725**

**Nonpriority creditor's name and mailing address**

**Yandi LaMascus**
**930 East 11th Avenue**
**Tampa, FL 33605**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9726**

**Nonpriority creditor's name and mailing address**

**Yanet Cruz**
**525 Victoria St Apt 114**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** __**Warranty**__

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.972
7**

**Nonpriority creditor's name and mailing address**
**Yanick Darko XCVRFG**
**2084 General Truman St NW**
**Atlanta, GA 30318**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.972
8**

**Nonpriority creditor's name and mailing address**
**Yanisa Corrado**
**12134 Eddyspark Dr**
**Herndon, VA 20170**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.972
9**

**Nonpriority creditor's name and mailing address**
**Yarek Maslowiec**
**302 Cabrillo St**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.973
0**

**Nonpriority creditor's name and mailing address**
**Yaser Badr**
**4200 Chevy Chase Dr**
**La Ca ada Flintridge, CA 91011**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.973
1**

**Nonpriority creditor's name and mailing address**
**Yash Sahay**
**2344 Emerson St**
**Palo Alto, CA 94301**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.973
2**

**Nonpriority creditor's name and mailing address**
**Yashomati Koul**
**1679 35th Ave**
**San Francisco, CA 94122**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

**3.973
3**

**Nonpriority creditor's name and mailing address**
**Yasmin Amin-Reimer**
**24401 Osprey St**
**Lake Forest, CA 92630**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*
☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No  ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
| | Name | | |

---

**3.973
4**

**Nonpriority creditor's name and mailing address**

**Yasmine Johnson**
**116 Rendova Cir**
**Coronado, CA 92118**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.973
5**

**Nonpriority creditor's name and mailing address**

**Yianni Savoulidis**
**222 Olde Orchard Lane**
**Shelburne, VT 05482**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.973
6**

**Nonpriority creditor's name and mailing address**

**Ying Jiang**
**1757 11th. St**
**Apt 2**
**Santa Monica, CA 90404**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.973
7**

**Nonpriority creditor's name and mailing address**

**Yoko Tsai**
**4539 Orrington rd**
**Newport Beach, CA 92625**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.973
8**

**Nonpriority creditor's name and mailing address**

**Yolanda Rodriguez**
**402 s Hudson St**
**Orlando, FL 32835**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.973
9**

**Nonpriority creditor's name and mailing address**

**Yolanda Rodriguez**
**402 S Hudson St**
**Orlando, FL 32835**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.974
0**

**Nonpriority creditor's name and mailing address**

**Yolie Aquino**
**11686 Celebration Dr.**
**Rancho Cucamonga, CA 91730**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.974 1**

**Nonpriority creditor's name and mailing address**

**Yoseph Solomon**
**3338 Nevada Ave**
**Costa Mesa, CA 92626**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.974 2**

**Nonpriority creditor's name and mailing address**

**Yoshika Stone-Kawamoto**
**15123 NE 81st Way, Unit 204**
**Redmond, WA 98052**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.974 3**

**Nonpriority creditor's name and mailing address**

**Youjia Lin**
**2103 Infantry Dr**
**Frederick, MD 21702**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.974 4**

**Nonpriority creditor's name and mailing address**

**Young K Yoo K Yoo**
**221 Taos Pl**
**Palmdale, CA 93550**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.974 5**

**Nonpriority creditor's name and mailing address**

**Young Ki Yoo**
**221 Taos Pl**
**Palmdale, CA 93550**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.974 6**

**Nonpriority creditor's name and mailing address**

**Youssef Dakhoul**
**2517 Whirlwind St**
**Corpus Christi, TX 78414**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.974 7**

**Nonpriority creditor's name and mailing address**

**Youssef Dakhoul**
**2517 Whirlwind St**
**Corpus Christi, TX 78414**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|
| | Name | | |

---

**3.9748**

**Nonpriority creditor's name and mailing address**

**Yu-fan Liu**
**7 Porter St**
**Watertown, MA 02472**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9749**

**Nonpriority creditor's name and mailing address**

**Yubini Roel Maldonado Perez**
**3101 S Fairview St**
**54**
**Santa Ana, CA 92704**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9750**

**Nonpriority creditor's name and mailing address**

**Yubini Roel Maldonado Perez**
**1510 Old Newport Blvd.**
**newport beach, CA 92663**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9751**

**Nonpriority creditor's name and mailing address**

**Yuejiang Zhang**
**1803 141A St**
**Surrey, BC V4A 6X9**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9752**

**Nonpriority creditor's name and mailing address**

**Yukie Ohuchi**
**813 72nd street**
**APT 2**
**Brooklyn, NY 11228**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9753**

**Nonpriority creditor's name and mailing address**

**Yulong Wang**
**344A E Schiller St**
**Milwaukee, WI 53207**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9754**

**Nonpriority creditor's name and mailing address**

**Yumiko Tokiwa**
**5318 E. 2nd Street #114**
**Long Beach, CA 90803**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor   **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

**3.975 5**

**Nonpriority creditor's name and mailing address**

**Yumiko Tokiwa**
**5318 East 2nd Street #114**
**Long Beach, CA 90803**

Date(s) debt was incurred  **2020**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.975 6**

**Nonpriority creditor's name and mailing address**

**Yun Ho Kim**
**12 Coleman Place**
**Apt 5**
**Menlo Park, CA 94025**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.975 7**

**Nonpriority creditor's name and mailing address**

**Yung Mullick**
**26432 Bodega Lane**
**Mission Viejo, CA 92691**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.975 8**

**Nonpriority creditor's name and mailing address**

**Yury Shabunov**
**12813 Ternberry Court**
**Tustin, CA 92782**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.975 9**

**Nonpriority creditor's name and mailing address**

**Yvanne Nchumuluh**
**198 Metuchen Avenue**
**Woodbridge Township, NJ 07095**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.976 0**

**Nonpriority creditor's name and mailing address**

**Yvanne Nchumuluh**
**198 Metuchen Ave**
**Woodbridge, NJ 07095**

Date(s) debt was incurred  **2025**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.976 1**

**Nonpriority creditor's name and mailing address**

**Yvette Erdtsieck**
**2489 Santa Ana Avenue**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**                                    Case number (if known) _____
        Name

---

**3.976
2**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Yvette Gautreaux**                    ☐ Contingent
**1010 Baytree Dr.**                    ☐ Unliquidated
**Denham Springs, LA 70726**            ☐ Disputed

Date(s) debt was incurred **2020**     **Basis for the claim:   Warranty**

Last 4 digits of account number _       Is the claim subject to offset? ■ No ☐ Yes

---

**3.976
3**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**YVETTE SOIGNIER**                     ☐ Contingent
**1946 Dayton Ave**                     ☐ Unliquidated
**Saint Paul, MN 55104**                ☐ Disputed

Date(s) debt was incurred **2022**     **Basis for the claim:   Warranty**

Last 4 digits of account number _       Is the claim subject to offset? ■ No ☐ Yes

---

**3.976
4**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Yvonne Flaherty**                     ☐ Contingent
**4510 WELLESLEY DR**                   ☐ Unliquidated
**OOLTEWAH, TN 37363**                  ☐ Disputed

Date(s) debt was incurred **2021**     **Basis for the claim:   Warranty**

Last 4 digits of account number _       Is the claim subject to offset? ■ No ☐ Yes

---

**3.976
5**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Yvonne Flaherty**                     ☐ Contingent
**4510 Wellesley Dr.**                  ☐ Unliquidated
**Ooltewah, TN 37363**                  ☐ Disputed

Date(s) debt was incurred **2021**     **Basis for the claim:   Warranty**

Last 4 digits of account number _       Is the claim subject to offset? ■ No ☐ Yes

---

**3.976
6**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Yvonne Painter**                      ☐ Contingent
**7529 N Shores Dr**                    ☐ Unliquidated
**Navarre, FL 32566**                   ☐ Disputed

Date(s) debt was incurred **2025**     **Basis for the claim:   Warranty**

Last 4 digits of account number _       Is the claim subject to offset? ■ No ☐ Yes

---

**3.976
7**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Yvonne Schaeffer**                    ☐ Contingent
**5406 W. Angela Dr.**                  ☐ Unliquidated
**Glendale, AZ 85308**                  ☐ Disputed

Date(s) debt was incurred **2024**     **Basis for the claim:   Warranty**

Last 4 digits of account number _       Is the claim subject to offset? ■ No ☐ Yes

---

**3.976
8**

**Nonpriority creditor's name and mailing address**                **As of the petition filing date, the claim is:** Check all that apply.                    **$0.00**

**Yvonne Tyson**                        ☐ Contingent
**1480 Twin Pine Dr**                   ☐ Unliquidated
**Box 222**                             ☐ Disputed
**Ellison Bay, WI 54210-9745**

Date(s) debt was incurred **2022**     **Basis for the claim:   Warranty**

Last 4 digits of account number _       Is the claim subject to offset? ■ No ☐ Yes

---

Official Form 206 E/F            **Schedule E/F: Creditors Who Have Unsecured Claims**

Debtor  **Electric Bike Company, LLC**                                Case number (if known) _____
_____
Name

---

**3.976
9**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Yvonne Tyson**
**1480 Twin Pine Drive**                                           ☐ Contingent
**Ellison Bay, WI 54210**                                          ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred  **2021**
                                                                   Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.977
0**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Zac Hughes**
**213 Todd Avenue**                                                ☐ Contingent
**#B**                                                             ☐ Unliquidated
**Charlottesville, VA 22903**                                      ☐ Disputed

Date(s) debt was incurred  **2024**                                Basis for the claim:  **Warranty**

Last 4 digits of account number __                                 Is the claim subject to offset? ■ No  ☐ Yes

---

**3.977
1**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Zach Bliese**
**910 5TH ST N**                                                   ☐ Contingent
**New Ulm, MN 56073**                                              ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred  **2024**
                                                                   Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.977
2**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Zach Burke**
**3746 Brighton Blvd**                                             ☐ Contingent
**Denver, CO 80216**                                               ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred  **2022**
                                                                   Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.977
3**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Zach Curtis**
**6127 Tacoma Avenue South**                                       ☐ Contingent
**Tacoma, WA 98408**                                               ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred  **2025**
                                                                   Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.977
4**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Zach Elsner**
**5053 Quitman St.**                                               ☐ Contingent
**Denver, CO 80212**                                               ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred  **2024**
                                                                   Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

**3.977
5**

**Nonpriority creditor's name and mailing address**                As of the petition filing date, the claim is: Check all that apply.                **$0.00**

**Zach Ifland**
**8441 Doncaster Dr**                                              ☐ Contingent
**Huntington Beach, CA 92646**                                     ☐ Unliquidated
                                                                   ☐ Disputed
Date(s) debt was incurred  **2022**
                                                                   Basis for the claim:  **Warranty**
Last 4 digits of account number __
                                                                   Is the claim subject to offset? ■ No  ☐ Yes

---

Debtor    **Electric Bike Company, LLC**

Case number *(if known)* _____

Name

---

| 3.977 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zach Infland**
**8441 Doncaster Drive**
**Huntington Beach, CA 92646**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.977 7 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zach Kinzer**
**721 Walnut St**
**South Milwaukee, WI 53172**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.977 8 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**zach paine**
**1220 North Andrea Lane**
**anaheim, CA 92807**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.977 9 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zach Pearson**
**1955 Meade St**
**Denver, CO 80204**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.978 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zach Reid**
**8 Karal Drive**
**Framingham, MA 01701**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.978 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zachariah Cooper**
**1463 Lindazzo Avenue**
**Cleveland, OH 44114**

Date(s) debt was incurred  **2023**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.978 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zachary Apizelli**
**52 Tern Court**
**Bayshore, NY 11706**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Name

Case number *(if known)*

---

**3.978
3**

**Nonpriority creditor's name and mailing address**

**Zachary Aronson
4428 Dawes Ave
Culver City, CA 90230**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.978
4**

**Nonpriority creditor's name and mailing address**

**Zachary Berry
1621 Hughes Loop
Maryville, TN 37803**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.978
5**

**Nonpriority creditor's name and mailing address**

**Zachary Dahl
5611 Alfred Ave
Westminster, CA 92683**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.978
6**

**Nonpriority creditor's name and mailing address**

**Zachary DeMaio
174 Tulip Ln
Apt. B
Costa Mesa, CA 92627**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.978
7**

**Nonpriority creditor's name and mailing address**

**Zachary Donlin
16662 Algonquin St
#2
Huntington Beach, CA 92649**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.978
8**

**Nonpriority creditor's name and mailing address**

**Zachary Drexler
13308 W. Red Range way
Peoria, AZ 85383**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.978
9**

**Nonpriority creditor's name and mailing address**

**Zachary Egan
16 Odyssey Court
Newport Beach, CA 92663**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim: **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor **Electric Bike Company, LLC**

Name

Case number (if known) _____

---

| 3.979 0 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zachary Feingold**
**23 South Washington Street**
**Port Washington, NY 11050**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.979 1 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zachary Graham**
**20291 NW Anzalone Dr**
**APT 365**
**Beaverton, OR 97006**

Date(s) debt was incurred **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.979 2 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zachary Hill**
**623 Hobson Ct.**
**Pomona, CA 91766**

Date(s) debt was incurred **2025**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.979 3 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zachary Hill**
**623 Hobson Ct.**
**Pomona, CA 91766**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.979 4 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zachary Hopkins**
**909 Turaco Ct**
**Lincoln, CA 95648**

Date(s) debt was incurred **2020**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.979 5 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**zachary kunze**
**po box 67**
**destin, FL 32540**

Date(s) debt was incurred **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

| 3.979 6 | | | |
|---|---|---|---|

**Nonpriority creditor's name and mailing address**

**Zachary Maxfield**
**2229 W 35th ST**
**San Pedro, CA 90732**

Date(s) debt was incurred **2023**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:** **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**

Case number (if known) _____

Name

---

**3.9797**

**Nonpriority creditor's name and mailing address**

**Zachary Michalko**
**853 W Linden St**
**Louisville, CO 80027-1039**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9798**

**Nonpriority creditor's name and mailing address**

**Zachary Morris**
**473 Greenway**
**Winchester, KY 40391**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9799**

**Nonpriority creditor's name and mailing address**

**Zachary Reaves Brownlee**
**3800 Spring Garden Street**
**Philadelphia, PA 19104**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9800**

**Nonpriority creditor's name and mailing address**

**ZACHARY SPANDE**
**403 2ND AVE SW**
**MAPLETON, MN 56065-9780**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9801**

**Nonpriority creditor's name and mailing address**

**Zachary Stansell**
**3139 Da Vinci Drive**
**Loveland, CO 80538**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9802**

**Nonpriority creditor's name and mailing address**

**Zachary Vogel**
**17185 Fremontia St**
**A**
**Hesperia, CA 92345**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.9803**

**Nonpriority creditor's name and mailing address**

**Zachary Weaver**
**9214 Lorrich Drive**
**Mentor, OH 44060**

Date(s) debt was incurred  **2025**

Last 4 digits of account number  **7**

**As of the petition filing date, the claim is:** Check all that apply.

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

Debtor  **Electric Bike Company, LLC**                                        Case number (if known) _____
              Name

---

**3.980 4**

**Nonpriority creditor's name and mailing address**

**Zack Blauer**
**2450 W Foster Ave**
**#Garden**
**Chicago, IL 60625**

**Date(s) debt was incurred  2025**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.980 5**

**Nonpriority creditor's name and mailing address**

**Zack Blauer**
**163 Nantasket Ave**
**Atlantic Cycles**
**Hull, MA 02045**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.980 6**

**Nonpriority creditor's name and mailing address**

**Zack Griset**
**924 Beaumont Avenue**
**McCloud, CA 96057**

**Date(s) debt was incurred  2020**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.980 7**

**Nonpriority creditor's name and mailing address**

**ZACK PAXTON**
**444 BANNOCK ST**
**APT 3**
**DENVER, CO 80204**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.980 8**

**Nonpriority creditor's name and mailing address**

**Zack Ritchie**
**890 W 15th St**
**Trailor 50**
**Newport Beach, CA 92663**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.980 9**

**Nonpriority creditor's name and mailing address**

**Zackary Brownlee**
**3800 Spring Garden St**
**Philadelphia, PA 19104**

**Date(s) debt was incurred  2024**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.981 0**

**Nonpriority creditor's name and mailing address**

**zahi yutemo**
**855 Main St**
**Westbrook, MA 04092**

**Date(s) debt was incurred  2023**

**Last 4 digits of account number  _**

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:  Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

Debtor **Electric Bike Company, LLC**
Name                                                    Case number (if known) _____

---

**3.981 1**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
**zaihang xu**
**1200 S Broadway**                    ☐ Contingent
**LosAngeles, CA ca90015**                    ☐ Unliquidated
                                        ☐ Disputed
Date(s) debt was incurred  **2024**
                                        **Basis for the claim:  Warranty**
Last 4 digits of account number  __
                                        Is the claim subject to offset? ■ No ☐ Yes

---

**3.981 2**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
**Zak Bloom**
**122 Miners Creek Road**                    ☐ Contingent
**Nellies Neighborhood**                    ☐ Unliquidated
**Frisco, CO 80443**                    ☐ Disputed
Date(s) debt was incurred  **2025**
                                        **Basis for the claim:  Warranty**
Last 4 digits of account number  __
                                        Is the claim subject to offset? ■ No ☐ Yes

---

**3.981 3**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
**Zak Bloom**
**2780 w riverwalk circle**                    ☐ Contingent
**Littleton, CO 80123**                    ☐ Unliquidated
                                        ☐ Disputed
Date(s) debt was incurred  **2023**
                                        **Basis for the claim:  Warranty**
Last 4 digits of account number  __
                                        Is the claim subject to offset? ■ No ☐ Yes

---

**3.981 4**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
**Zane ruehrwein**
**145 Chiswick Rd**                    ☐ Contingent
**Apt 8**                    ☐ Unliquidated
**Boston, MA 02346**                    ☐ Disputed
Date(s) debt was incurred  **2023**
                                        **Basis for the claim:  Warranty**
Last 4 digits of account number  __
                                        Is the claim subject to offset? ■ No ☐ Yes

---

**3.981 5**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
**Zane Tolchinsky**
**61 Pierce Street NE**                    ☐ Contingent
**Unit. 634**                    ☐ Unliquidated
**Washington, DC 20002**                    ☐ Disputed
Date(s) debt was incurred  **2024**
                                        **Basis for the claim:  Warranty**
Last 4 digits of account number  __
                                        Is the claim subject to offset? ■ No ☐ Yes

---

**3.981 6**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
**Zaya Zdepski**
**204 S 16th St**                    ☐ Contingent
**Easton, PA 18042-4648**                    ☐ Unliquidated
                                        ☐ Disputed
Date(s) debt was incurred  **2024**
                                        **Basis for the claim:  Warranty**
Last 4 digits of account number  __
                                        Is the claim subject to offset? ■ No ☐ Yes

---

**3.981 7**

**Nonpriority creditor's name and mailing address**                    As of the petition filing date, the claim is: Check all that apply.                    **$0.00**
**Zaya Zdepski**
**1021 Butler St**                    ☐ Contingent
**Apt 2**                    ☐ Unliquidated
**Easton, PA 18042-4707**                    ☐ Disputed
Date(s) debt was incurred  **2024**
                                        **Basis for the claim:  Warranty**
Last 4 digits of account number  __
                                        Is the claim subject to offset? ■ No ☐ Yes

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.9818**

**Nonpriority creditor's name and mailing address**

**zeahlot lopez**
**5811 diamond st**
**palmdale, CA 93552**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9819**

**Nonpriority creditor's name and mailing address**

**Zeljko Savkovic**
**2065 w Lawrence ave #210**
**Chicago, IL 60625**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9820**

**Nonpriority creditor's name and mailing address**

**Zelma Cook**
**8339 Dove Ridge Way**
**Parker,, CO 80134**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9821**

**Nonpriority creditor's name and mailing address**

**Zelma Cook**
**8339 Dove Ridge Way**
**Parker, CO 80134**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9822**

**Nonpriority creditor's name and mailing address**

**Zinia Lewis**
**2289 Ecroyd Ave**
**Simi Valley, CA 93063**

Date(s) debt was incurred  **2022**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9823**

**Nonpriority creditor's name and mailing address**

**Zionette Cleek**
**3497 Barnstaple Dr**
**Tallahassee, FL 32317**

Date(s) debt was incurred  **2021**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

**3.9824**

**Nonpriority creditor's name and mailing address**

**Zip Zbinden**
**1945 Plavcentia Ave**
**Costa Mesa, CA 92627**

Date(s) debt was incurred  **2024**

Last 4 digits of account number _

As of the petition filing date, the claim is: *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

Basis for the claim:  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

$0.00

---

| Debtor | **Electric Bike Company, LLC** | Case number (if known) | |
|---|---|---|---|
| | Name | | |

---

**3.982 5**

**Nonpriority creditor's name and mailing address**

**Zohn Centimole**
**2229 Valley Vista Rd.**
**Louisville, KY 40508**

Date(s) debt was incurred  **2024**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.982 6**

**Nonpriority creditor's name and mailing address**

**Zohn Centimole**
**141 Forest Ave.**
**Lexington, KY 40508**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.982 7**

**Nonpriority creditor's name and mailing address**

**Zoya Qureshi**
**10867 S Galbraith St**
**Las Vegas, NV 89141**

Date(s) debt was incurred  **2022**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**3.982 8**

**Nonpriority creditor's name and mailing address**

**zumran hamid**
**5151 flowermound dr**
**west lafayette, IN 47906**

Date(s) debt was incurred  **2021**

Last 4 digits of account number __

**As of the petition filing date, the claim is:** *Check all that apply.*

☐ Contingent
☐ Unliquidated
☐ Disputed

**Basis for the claim:**  **Warranty**

Is the claim subject to offset? ■ No ☐ Yes

**$0.00**

---

**Part 3:    List Others to Be Notified About Unsecured Claims**

4. List in alphabetical order any others who must be notified for claims listed in Parts 1 and 2. Examples of entities that may be listed are collection agencies, assignees of claims listed above, and attorneys for unsecured creditors.

If no others need to be notified for the debts listed in Parts 1 and 2, do not fill out or submit this page. If additional pages are needed, copy the next page.

| Name and mailing address | On which line in Part1 or Part 2 is the related creditor (if any) listed? | Last 4 digits of account number, if any |
|---|---|---|

**Part 4:    Total Amounts of the Priority and Nonpriority Unsecured Claims**

5.  Add the amounts of priority and nonpriority unsecured claims.

| | | Total of claim amounts |
|---|---|---|
| **5a. Total claims from Part 1** | 5a. | $ **0.00** |
| **5b. Total claims from Part 2** | 5b. + | $ **0.00** |
| **5c. Total of Parts 1 and 2** <br> Lines 5a + 5b = 5c. | 5c. | $ **0.00** |