**Fill in this information to identify the case:**

Debtor name: **Electric Bike Company, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

## Official Form 206G
## Schedule G: Executory Contracts and Unexpired Leases    12/15

Be as complete and accurate as possible. If more space is needed, copy and attach the additional page, number the entries consecutively.

1. **Does the debtor have any executory contracts or unexpired leases?**
   ☐ No. Check this box and file this form with the debtor's other schedules. There is nothing else to report on this form.
   ■ Yes. Fill in all of the information below even if the contacts of leases are listed on *Schedule A/B: Assets - Real and Personal Property* (Official Form 206A/B).

| 2. List all contracts and unexpired leases | | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|---|
| 2.1. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease: 1360 Superior, Units C & D, Costa Mesa, CA 92627** | **126 Properties LLC/John Morehard Attn: Marta Tena 1001 W. 17th Street Suite A1 Costa Mesa, CA 92627** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.2. | State what the contract or lease is for and the nature of the debtor's interest | **General and D&O Insurance** | **First Insurance Funding Attn: Chris Hildreth 450 Skokie Blvd Suite 1000 Northbrook, IL 60062-7917** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.3. | State what the contract or lease is for and the nature of the debtor's interest | **2021 Ford T350 Vin: 1FTBW3WG1MKA61847 14 Payments left 10/13/2026** | **Ford Motor Credit PO Box 650574 Dallas, TX 75265-0574** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |
| 2.4. | State what the contract or lease is for and the nature of the debtor's interest | **Real Property Lease of 1945 Placentia Avenue, Building A, Costa Mesa, CA 92627 Vacated Premises: 8/4/2025 Lease End: 9/30/2027** | **Ocean Business Park, LLC 3636 Birch Suite 250 Newport Beach, CA 92660** |
| | State the term remaining | | |
| | List the contract number of any government contract | | |

| Debtor 1 | Electric Bike Company, LLC | | Case number (*if known*) | |
|---|---|---|---|---|
| | First Name | Middle Name | Last Name | |

  **Additional Page if You Have More Contracts or Leases**

| 2. List all contracts and unexpired leases | State the name and mailing address for all other parties with whom the debtor has an executory contract or unexpired lease |
|---|---|

| 2.5. | State what the contract or lease is for and the nature of the debtor's interest | **Toyota Forklift Lease number is 50419252-100000383248.** **$1.00 buyout lease. Three payments remaining ($730.92) 11/20/25** | |
|---|---|---|---|
| | State the term remaining | | **Toyota Commercial Finance** **Attb: Accounts Receivable** **PO Box 660926** **Dallas, TX 75266-0926** |
| | List the contract number of any government contract | | |