**Fill in this information to identify the case:**

Debtor name: **Electric Bike Company, LLC**

United States Bankruptcy Court for the: CENTRAL DISTRICT OF CALIFORNIA

Case number (if known): _____

☐ Check if this is an amended filing

Official Form 206H
# Schedule H: Your Codebtors
12/15

Be as complete and accurate as possible. If more space is needed, copy the Additional Page, numbering the entries consecutively. Attach the Additional Page to this page.

**1. Do you have any codebtors?**

☐ No. Check this box and submit this form to the court with the debtor's other schedules. Nothing else needs to be reported on this form.
■ Yes

**2. In Column 1, list as codebtors all of the people or entities who are also liable for any debts listed by the debtor in the schedules of creditors, Schedules D-G.** Include all guarantors and co-obligors. In Column 2, identify the creditor to whom the debt is owed and each schedule on which the creditor is listed. If the codebtor is liable on a debt to more than one creditor, list each creditor separately in Column 2.

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| | Name | Mailing Address | Name | Check all schedules that apply: |
| 2.1 | Sean Lupton-Smith | 460 Catalina Drive Newport Beach, CA 92663 | Newco Capital Group - Loan 1 | ☐ D ____ ■ E/F  3.67 ☐ G ____ |
| 2.2 | Sean Lupton-Smith | 460 Catalina Drive Newport Beach, CA 92663 | Ocean Business Park, LLC | ☐ D ____ ■ E/F  3.69 ☐ G ____ |
| 2.3 | Sean Lupton-Smith | 460 Catalina Drive Newport Beach, CA 92663 | Newco Capital Group - Loan 2 | ☐ D ____ ■ E/F  3.68 ☐ G ____ |
| 2.4 | Sean Lupton-Smith | 460 Catalina Drive Newport Beach, CA 92663 | Newco Capital Group - Loan 3 | ■ D  2.5 ☐ E/F ____ ☐ G ____ |
| 2.5 | Sean Lupton-Smith | 460 Catalina Drive Newport Beach, CA 92663 | Forward Financing - Loan 1 | ☐ D ____ ■ E/F  3.32 ☐ G ____ |

| Debtor | **Electric Bike Company, LLC** | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**
Copy this page only if more space is needed.  Continue numbering the lines sequentially from the previous page.

*Column 1:* **Codebtor**  *Column 2:* **Creditor**

| | Codebtor | Address | Creditor | |
|---|---|---|---|---|
| 2.6 | **Sean Lupton-Smith** | 460 Catalina Drive<br>Newport Beach, CA 92663 | Forward Financing - Loan 2 | ☐ D ____<br>■ E/F  **3.33**<br>☐ G ____ |
| 2.7 | **Sean Lupton-Smith** | 460 Catalina Drive<br>Newport Beach, CA 92663 | Square Funding Cali | ☐ D ____<br>■ E/F  **3.99**<br>☐ G ____ |
| 2.8 | **Sean Lupton-Smith** | 460 Catalina Drive<br>Newport Beach, CA 92663 | Pejeco LLC | ☐ D ____<br>■ E/F  **3.75**<br>☐ G ____ |
| 2.9 | **Sean Lupton-Smith** | 460 Catalina Drive<br>Newport Beach, CA 92663 | Pejeco LLC | ☐ D ____<br>■ E/F  **3.76**<br>☐ G ____ |
| 2.10 | **Sean Lupton-Smith** | 460 Catalina Drive<br>Newport Beach, CA 92663 | Rohit Gupta | ☐ D ____<br>■ E/F  **3.88**<br>☐ G ____ |
| 2.11 | **Sean Lupton-Smith** | 460 Catalina Drive<br>Newport Beach, CA 92663 | American Express | ☐ D ____<br>■ E/F  **3.5**<br>☐ G ____ |
| 2.12 | **Sean Lupton-Smith** | 460 Catalina Drive<br>Newport Beach, CA 92663 | 126 Properties LLC/John Morehart | ☐ D ____<br>■ E/F  **3.1**<br>☐ G ____ |
| 2.13 | **Sean Lupton-Smith** | 460 Catalina Drive<br>Newport Beach, CA 92663 | Creditline Capital Group Inc. | ■ D  **2.2**<br>☐ E/F ____<br>☐ G ____ |

| Debtor | Electric Bike Company, LLC | Case number *(if known)* | |
|---|---|---|---|

**Additional Page to List More Codebtors**

*Copy this page only if more space is needed. Continue numbering the lines sequentially from the previous page.*

| | Column 1: Codebtor | | Column 2: Creditor | |
|---|---|---|---|---|
| 2.14 | Sean Lupton-Smith | 460 Catalina Drive<br>Newport Beach, CA 92663 | Credit Control, LLC | ☐ D ____<br>■ E/F  **3.23**<br>☐ G ____ |
| 2.15 | Sean Lupton-Smith | 460 Catalina Drive<br>Newport Beach, CA 92663 | Ocean Business Park, LLC | ☐ D ____<br>☐ E/F ____<br>■ G  **2.4** |