| Attorney or Party Name, Address, Telephone & FAX Nos., State Bar No. & Email Address | FOR COURT USE ONLY |
|---|---|
| **Todd C. Ringstad**<br>**23101 Lake Center Drive**<br>**Suite 355**<br>**Lake Forest, CA 92630**<br>**949 851-7450 Fax: 949 851-6926**<br>California State Bar Number: 97345 CA<br>todd@ringstadlaw.com | |

☐ *Debtor(s) appearing without an attorney*

■ *Attorney for Debtor*

## UNITED STATES BANKRUPTCY COURT
## CENTRAL DISTRICT OF CALIFORNIA

| In re:<br><br>    **Electric Bike Company, LLC** | CASE NO.:<br><br>CHAPTER: 7 |
|---|---|
| <br><br><br><br>                                Debtor(s). | **VERIFICATION OF MASTER<br>MAILING LIST OF CREDITORS**<br><br>**[LBR 1007-1(a)]** |

Pursuant to LBR 1007-1(a), the Debtor, or the Debtor's attorney if applicable, certifies under penalty of perjury that the master mailing list of creditors filed in this bankruptcy case, consisting of __2388__ sheet(s) is complete, correct, and consistent with the Debtor's schedules and I/we assume all responsibility for errors and omissions.

Date: __October 3, 2025_____

_____
Signature of Debtor 1

Date: _____

_____
Signature of Debtor 2 (joint debtor) ) (if applicable)

Date: __October 3, 2025_____

_____
Signature of Attorney for Debtor (if applicable)

This form is optional. It has been approved for use in the United States Bankruptcy Court for the Central District of California.

*December 2015*                                                                                   **F 1007-1.MAILING.LIST.VERIFICATION**

Electric Bike Company, LLC
1360 Superior
Units C & D
Costa Mesa, CA 92627


Todd C. Ringstad
Ringstad & Sanders LLP
23101 Lake Center Drive
Suite 355
Lake Forest, CA 92630


126 Properties LLC/John Morehard
Attn: Marta Tena
1001 W. 17th Street
Suite A1
Costa Mesa, CA 92627


126 Properties LLC/John Morehart
Attn: Marta Tena
1001 W 17th Street
Suite A1
Costa Mesa, CA 92627


Aaron Breakstone
3506 Northeast 36th Avenue
Portland,, OR 97212


ADM Technology Consulting
Attn: Adam
751 S. Weir Canyon Road
#157-549
Anheim, CA 92808


Al Pasimio
12949 Topsham Bay
Apple Valley, CA 92308


Alan Harada
2463 Irvine Ave F1
Costa Mesa, CA 92627

Alan Peralta
24922 Muirlandds Boulevard
No. 11
Lake Forest, CA 92630


Alex Barylak
5450 East High Street Suite 113
Phoenix, AZ 85054


Alex Grishchuck/Anne Stepan
5213 Kalmia Dr
Dayton, MD 21036


Alexander Grishchuk
6601 BARTMER AVENUE
Saint Louis, MO 63130


Alisa McDonald
2309 Hilton Avenue
Brentwood, MO 63144


Alison McDonald
2309 Hilton Avenue
Brentwood, MO 63144


Allen, Sean
7751 Liberty Drive
Apt 4
Huntington Beach, CA 92647


Alta Media Partners, LLC
Attn: Ben Trevizo
2043 Westcliff Drive
Suite 304
Newport Beach, CA 92660

Alvarez, Patric
17075 5th Street
Sunset Beach, CA 90742


American Express
Attn: Corporate Officer
P.O. Box 96001
Los Angeles, CA 90096-8000


Amy Sirkin
11 Portalon Court
Ladera Ranch, CA 92694


Ancon
10571 Los Alamitos Blvd
Los Alamitos, CA 90720


Andres Jarrin
28 Coatsworth Crescent
Toronto, ON, Canada M4C 5P5


Andrew Kraemer
1533 Fort Palmetto Cir
Mount Pleasant, SC 29466


Angel Morales
6869 Torch Key Street
Greenacres, FL 33467


Anne Stepan
5213 Kalmia Drive
Dayton, MD 21036

Annie Hawkes
655 W 300 North
Provo, UT 84601

ARHTUR BARTER
1645 Labrador Dr.
Costa Mesa, CA 92626

Asad Ali
11111 Drumadoon Dr
Richmond, TX 77407

Associates Material Handling
A Bell Organization Ltd. Co.
Attn: Corporate Officer
P.O. Box 4245
Valley Village, CA 91617

Audrey Wood
1330 West st Suite b
Redding, CA 96001

Autumn Morgan
7908 Gate Creek Drive
Anchorage, AK 99502

Autumn Morgan
2000 Presidential Way 1702
West Palm Beach, AK 33401

AVNU Corporation DMHC Inc.
Attn: Corporate Office
1773 W San Bernardino
Unit E70
West Covina, CA 91790

Bay Bridge Administratore, LLC
P.O. Box 161690
Austin, TX 78716


Bazan, Roger
2083 Wallace Ave
Apt C110
Costa Mesa, CA 92627


Beau LeBatard
311 Eastview drive
Biloxi, MS 39503


Becky Bloom
3121 n monitor ave
Chicago, IL 60634


Belmar, Laura Palm
40 Mauricet Lane
Asheville, NC 28806


Ben Hill
437 INTERLACHEN CT
DeBary, FL 32713


Benjamin Fleming
1121 Northeast Ball Drive
Lee's Summit, MO 64086


Bike Exchange
aka Kitzuma
829 Riverside Drive
Suite 125
Asheville, NC 28801

Bill Koontz
813 W Central Ave Suite 7
Bentonville, AR 72712


Bluesky Energy LLC
1351 Orizaba Avenue
Long Beach, CA 90804


Bockrath, Benjamin
2700 Peterson Place Apt. 65B
Costa Mesa, CA 92626


Brain Tree/Pal Pays
2211 N. 1st Street
San Jose, CA 95131


Brandon Maldonado
3101 S Fairview St 54
Santa Ana, CA 92704


Brian Clarke
249 Brentwood Street
Costa Mesa, CA 92627


Brittany McClellan
12 Staggi Court
Soquel, CA 95073


Bryce Stensrud
26475 N Hickory Rd
Mundelein, IL 60060

CA Dept of Tax & Fee Administration
Attn: Hoang Minh Nguyen
1 MacArthur Place
Suite 400
Santa Ana, CA 92707


Caitlin Shakely
1431 Yost Dr.
San Diego, CA 92109


Caitlyn Myers
2921 Mainway Drive
Los Alamitos, CA 90720


carlos Nunez
38151 Valor Place
Palmdale, Ca 93550


Carlos Pete
3031 S Orange Ave unit
Santa Ana, CA 92707


Caroline Dylag
107 Parade Street Apt 2
Providence, RI 02909


Caroline Sutherland
40271 Due East Road
Avon, NC 27915


Caser Prado
1945 Sherington Pl Apt# G303
Newport Beach, CA 92663

Catherine LaGuardia
85 Highlands Point
Newnan, GA 30265


Cathy Johnson
4063 Old Light Circle
Arrington, TN 37014


Chris Boone
GoCar Tours 791 Foam Street
Monterey, CA 93940


Chris Kerstner
620 Terminal Way
Costa Mesa, CA 92627


Chris Stevenson
614 Greendale Lane
Pomona, CA 91767


Christine Fenton
1443 Shannon street
Upland, CA 92648


CHTD Company
P.O. Box 2576
Springfield, IL 62708


City of Anaheim
P.O. Box 3222
Anaheim, CA 92803

City of Costa Mesa
77 Fair Drive
Costa Mesa, CA 92626


Clayton Gaddis
592 Clifton Rd NE
Atlanta, GA 30307


Clifford Bruder
8601 NORMANDY WAY
Argyle, TX 76226


Clint Bagley
c/o Melissa H.D. Balough
Scale LLP
548 Market Street, Ste. 86147
San Francisco, CA 94104-5401


Colleen Markowitz
32 Pine Island Road
Hilton Head Island, SC 29928


Contreras, Lucas William Salgado
370 Rochester Street
Costa Mesa, CA 92627


Corfield Feld, LLP
Attn: Mike Corfield
30320 Rancho Viejo Road
Suite 101
San Juan Capistrano, CA 92675


Coryn Savage
517 Fernleaf Ave
Corona Del Mar, CA 92625

County of Orange
P.O. Box 1438
Santa Ana, CA 92702


Courtney Smith
1854 Riviera Parkway
Point Pleasant Boro, NJ 08742


Courtney Wieland
3775 Maplewood Ave
Los Angeles, CA 90066


Craig Yardley
659 Windy Oaks Ln
Seneca, SC 29678


Credit Control, LLC
Attn: Corporate Officer
3300 Rider Train South
Suite 500
Earth City, MO 63045


Creditline Capital Group Inc.
124 Grove Avenue
Suite 194
Cedarhurst, NY 11516


Cruz, Efren
7903 Macdonald Dr.
Huntington Beach, CA 92647


Crystal Dalsey
400 N Cleveland St
Oceanside, CA 92054

Cynosure Investment Partners LLC
79 South Main Street
3rd Floor
Salt Lake City, UT 84111

Dahlia Caballero
2028 Cypress Ave
Santa Ana, CA 92707

Dan Evans
11711 W Cindy
Wichita, KS 67212

Daniel Kenney
2191 canyon dr Unit C 103
Costa Mesa, CA 92627

Daniel Wedgwood
2058 S Benson Ct
Goldendale, WA 98620

Danielle Vitale
4409 Finch Ln
Wilmington, NC 28409

Darby Vaccaro
19 Landport
Newport Beach, CA 92660

Darrin Curry
20271 Seashell Circle
Huntington Beach, CA 92646

Dave Campbell
3201 hampshire lane
Waukegan, IL 60087


David Baehrend
1383 Santa Rita Cir
Santa Barbara, CA 93109


David Clark
1574 Lowell Boulevard
Denver, CO 80204


David Crossley
1249 Waterman Road
Johnson, VT 05656


David Italasano
1092 Tanglewood Lane
Huntington Beach, CA 92648


Daylight Transport LLC
Attn: Diane Hernandez
PO Box 516516
Los Angeles, CA 90074-4678


Department of Homeland Security
US Customs and Bordor Protection
FPF Office
301 E. Ocean Blvd., Ste. 900
Long Beach, CA 90802


Derek Kaczmarek
Kaczmarek & Jojola, PLLC
10229 N. 92nd St
Suite 103
Scottsdale, AZ 85258

Devin Knox
6918 E Washington St ext
Bath, NY 14810


DHL Express - USA
Attn Reva Booker
16855 Northchase Drive
Suite 400
Houston, TX 77060


Diane Doyle
28971 Hope Dr
Menifee, CA 92586


DMV Renewal
PO Box 942897
Sacramento, CA 94297-0897


Douglas Miesen
235 Santa Fe Dr.
Encinitas, CA 92024


Dustin Bloomberg
2323 Margaret Dr
Newport Beach, CA 92663


Dynamic Web Source/Avanlik
PO Box 35146
Seattle, WA 98124-5146


E Wheels Shop
2183 Matthews Avenue
Bronx, CA 10462

EBC Chicago
130 South Barron Boulevard
Grayslake, IL 60030


Edgar Brambilla
4096 Southern Vista Loop
Saint Cloud, FL 34772


Edwin Kimball
3802 Wrights Wharf Road
Hurlock, MD 21643


Ella Ibrahimpasic
546 El Modena Ave
Newport Beach, CA 92663


Emily Miller
157 Leeder Hill Drive 704
Hamden, CT 06517


Emily Wilson
309 Narcissus Ave
Corona Del Mar, CA 92625


Employment Development Department
Bankruptcy Group MIC 92E
P.O. Box 826880
Sacramento, CA 94280-0001


Eric Eastman
452 W Taylor Run Pkwy
Alexandria, VA 22314

Erich Chambers
6690 Park Way
Gladstone, OR 97027


Erich Chambers
2129 Southeast 10th Avenue 4
Portland, OR 97214


Erick Wendler
30371 Via Alcazar Avenue
Laguna Niguel, CA 92677


Erik Finnerty
707 Regency Circle
Sacramento, CA 95864


Erika Sierra
1772 Crestmont Place
Costa Mesa, CA 92627


Errol Ryland
4163 E Ronald St
Gilbert, AZ 85295-0236


Estes Express Lines
c/o Law Offices of Seaton & Husk LP
Attn: Jeffrey Cox, Eq.
2240 Gallows Road
Vienna, VA 22180


Estes Express Lines
P.O. Box 25612
Richmond, VA 23260

Eugene Eugene
15405 NE 9 TH WAY
Vancouver, WA 98684


Evan Budziak
14, Malek Dr.
Hanover, PA 17331


Federal Express
Attn: Accounts Receivable
PO Box 7221
Pasadena, CA 91109-7321


First Insurance Funding
Attn: Chris Hildreth
450 Skokie Blvd
Suite 1000
Northbrook, IL 60062-7917


Ford Motor Credit
PO Box 650574
Dallas, TX 75265-0574


Forward Financing - Loan 1
Attn: Nicholas Giardina
53 State Street
20th Floor
Boston, MA 02109


Forward Financing - Loan 2
Attn: Nicholas Giardina
53 State Street
20th Floor
Boston, MA 02109


Foster Duncan
315 Concord Lane
Newport Beach, CA 92660

Franchise Tax Board
Bankruptcy Unit
P.O. Box 2952
Sacramento, CA 95812-2952


Fred Hertrich
7 Dodd' s Ln Henlopen Acres
Henlopen Acres, DE 19971


Gene Manako
225 SUNSET AVE
Santa Cruz, CA 95060


Gerald Norris
4415 Crosby Cedar Bayou Rd
Baytown, TX 77521-7405


Gerardo Garcilazo
2073 Monrovia Ave
Costa Mesa, CA 92627


Ginger Chien
3835 142 nd Pl SE
Bellevue, WA 98006


Golden Wings Logistics
Attn: Felice /Robert
NEED ADDRESS
Hong Kong


Google Advertising
1600 Amphitheatre Parkway
Mountain View, CA 94043

Google LLC
1600 Amphitheatre Parkway
Mountain View, CA 94043


Great Rising Int'l Co./Jedan
Attn: Ula Wheel-Well
224 Chung Cheng Road
Taichung City
Taiwan ROC


Greg Maga
8026 Sandowne
Huntersville, NC 28078


Guntupalli, Sravani
635 Baker Street, Apt B 102
Costa Mesa, CA 92626


Ha, Uyen
25515 River Bank Dr
Apt C
Yorba Linda, CA 92887-6248


Harvey, Derek
24111 Birdrock Drive
Lake Forest, CA 92630


Haulistics
P.O. Boc 778724
Chicago, IL 60677


Henry Dodson
9449 Maltby
Brighton, MI 48116

Hidden Pond Resort
354 Goose Rocks Road
Kennebunkport, ME 04046

Holland and Hart
P.O. Box 17283
Denver, CO 80217-0283

Holly Thiel
5 W MOUNTAIN VISTA CT
Rancho Mirage, CA 92270

Howard, Nicholas S
1300 Adams Ave.
Apt. 11N
Costa Mesa, CA 92626

Internal Revenue Service
P.O. Box 7346
Philadelphia, PA 19114-7346

International Link Logistics
Attn: Carlos Moreno
2524 Elden Ave.
Unit J
Costa Mesa, CA 92627

J Chris Shortes
6948 FM 903
Celeste, TX 75423

J&B Importers Inc.
Attn: Corporate Officer
PO Box 281528
Atlanta, GA 30384-1528

Jack Savisaar
322 Alva Lane
Costa Mesa, CA 92627


Jacklyn Mitosinka
1150 East Orangethorpe Ave
Suite 101
Placentia, CA 92870


Jaime Zwerling
614 Malibu
Costa Mesa, CA 92627


Jaime, Cilliani
2514 W Edinger Ave.
Santa Ana, CA 92704


James Benedetto
Benedetto Law Group
2372 Morse Avenue
Irvine, CA 92614


James Hanson
73 Fowler Rd
Lowell, MA 01854


Jami Barlow
6955 East Obelisks Street
Boise, ID 83716


Jane Rokus
16681 Flowering Plum Circle
Whittier, CA 90603

Janet Beck
1000 Urlin Ave, Apt 915
Grandview, OH 43212


Jannel Burke
14941 207th Avenue East
Bonney Lake, WA 98391


Jason Daigle
221 Moonstone Street
Manhattan Beach, CA 90266


Jason Halstead
19761 Gloucester Lane
Huntington Beach, CA 92646


Jason Little
11856 Monterey Road
Eads, TN 38028


Jeff Klaiber
716 S Catalina Ave Unit 4
Redondo Beach, CA 90277


Jeff Picard
3733 Egret Ln
Palo Alto, CA 94303


Jeffrey Olson
75 new dawn
Irvine, CA 92620

Jeffreys, Parker Boyd
3409 South Main Street
Apt. D
Santa Ana, CA 92707


Jen Brown
29 Misty Morning Drive
Hilton Head, SC 29926


Jeremy Sweeley
2140 Reed St
Williamsport, PA 17701


Jerrod Wallace
726 East D Street
Petaluma, CA 94952


Jesse Davis
109 Crimson Law Dr
Lewisville, TX 75067


Jessica Nelson
327 Snohomish dr
La Conner, WA 98257


Jim Miller
3088 State Street Unit 406
Carlsbad, CA 92008


Jodi Wiseley
1500 Mark Thomas Dr
Monterey, CA 93940

Joe Giordani
2561 Westminster Avenue
Costa Mesa, CA 92627


joe jones
7501 W Dillon Wash Rd
Prescott, AZ 86305


Joel Gurga
2677 East El Presidio Street
Carson, CA 90810


John Aspinwall
339 O'Donnell Drive
Dover, ID 83825


John Deroin
3695 N Gramarcy Ln.
Garden City, ID 83703


John Gibson
7748 Lake Andrita Ave
San Diego, CA 92119-2524


John Montalbano
953 Thompson Dr Bay Shore
Bay Shore, NY 11706


John Smith
2903 Bent Drive
Loveland, CO 80538

John Waring
3114 Bogie Lane
Knoxville, TN 37918


Jonathan Joys
2331 NYE ROAD
Nye, MT 59061


Joseph Jones
7501 W Dillon Wash Rd
Prescott, AZ 86305


Juliana Gomes
1101 Rue Rachel E
app 1209
Montr al QC H2J 2J7, Canada


Julie Currier
1945 Placentia ave Unit a
Costa Mesa, CA 92627


Julie Isaacs
N6690 Woodfield Lane
Lake Mills, WI 53551


Karim Belkhayat
220 Oxford Drive
Tenafly, NJ 07670


Kathryn Lee
9330 Allen Road Clarkston
Clarkston, MI 48348

Katie Surbeck
2625 82nd Ave NE
Medina Township, WA 98039

Kay Kindoop
10625 Drinkwater Dr
Denton, TX 76207-2361

Kelley Edwards
517 Northwest Highcliffe Court
Lee's Summit, MO 64081

Kelly Jones
639 Promontory Dr W
Newport Beach, CA 92660

Kelly Kozer
620 Cedar St
Madison, WI 53715

Kenneth Ruester
2321 Elsinore Road
Riverside, CA 92506

Kerry Clark
5 E 44th Street 5 A
Brant Beach, NJ 08008

Kevin Conner
10212 Paradise Ln
Noblesville, IN 46062

Kevin Levian Esq.
Levian Law
1535 La Cienega Blvd.
Los Angeles, CA 90035


Kim Duong
2444 College Drive
Costa Mesa, CA 92626


Kim Duong
2445 College Drive
Costa Mesa, CA 92627


Kim Sheehan
45584 Callesito Altar
Temecula, CA 92592


Kimberly Ramirez
17500 Adelanto rd
Adelanto, CA 92301


Kjordan Matheny
2508 Wringer Dr
Roseville, CA 95661-7954


Kristophor Andreae
11 Navarra
Irvine, CA 92612


KT Sikkema
623 Houseman Ave NE
Grand Rapids, MI 49503

Larry Stotts
3843 S Gary Pl
Tulsa, OK 74105


Laura Belmar
40 Mauricet Lane
Asheville, NC 28806


Laura Silva
934 Junipero Drive
Costa Mesa, CA 92626


LeAnn Jolliff
10001 Piedmont Rd
Yukon, OK 73099-8484


Linda Garcia Rose
20 River Terrace 19B
NY, NY 10282


Linda Osieckl
3631 Samuel
Rochester Hills, MI 48309


Lisa Giebelhaus
417 Prosper Circle
Mariettta, GA 30060


Lisa Hallberg
1841 Sandalwood Drive
Sarasota, FL 34231

lisa O'hara
5761 Keomah
Pahrump, NV 89061


Lopez, Roberto
14160 Redhill Ave.
Unit 3
Tustin, CA 92780


Loren Kaneshige
4867 Riviera Drive
Clinton, WA 98236


Lukei Consulting, Inc.
Attn: Shannon Lukei
460 Catalina Drive
Newport Beach, CA 92663


Lupton-Smith, Sean Patrick
460 Catalina Drive
Newport Beach, CA 92663


Maggie Symons
807 Alder Ave 67
Incline Village, NV 89451


Marcy Browning
1328 N 52nd St
Omaha, NE 68132


Margaret Archibald
9017 Brickyard Road
Potomac, MD 20854

Mark Blanke
189 Wildwood
Seward, NE 68434


Mark McNeil
20 13TH ST.
Hermosa Beach, CA 90254


Mark McNeill
20 13th Street
Hermosa Beach, CA 90254


Marla Scribneer
Renbar Kennels, LLC
05 Nanthala Ct W
Hertford, NC 27944


Marsha Kleinheinz
3860 Linn Ranch Road
Wilson, WY 83014


Martha Aiden
508 California St
Huntington Beach, CA 92648


Mary Wood
4147 West Delap Road
Ellettsville, Indiana 47429-0000


Mary Wood
238 E Church St
Gosport, IN 47433

Mason Hinn
801 N Sunrise Blvd
Camano Island, WA 98282


Matthew Hicks
20522 11th Dr SE
Bothell, WA 98012


Maverick Brands LLC
32 Laurens Street
Unit 3205
Charleston, SC 29401


Melanie Salinas
2521 Windrose Drive
Corpus Christi, TX 78414


Melanie Salinas
2521 Windrose Dr
Corpus Christi, TX 78414


Melony G. Anderson
Zwicker & Associates
700 N Brand Blvd., Ste 330
Glendale, CA 91202-4000


Mercury Disposal
2630 Walnut Ave
Ste E
Tustin, CA 92780


Micaela Lumpkin
1516 E Oceanfront
Newport Beach, CA 92661

Michael Ahearn
608 Franklin Street Southeast
Huntsville, AL 35801


Michael Grosvenor
7825 Pittsford Palmyra Rd
Fairport, NY 14450


Michael Iredale
2318 Wesley Avenue
2nd Floor
Ocean City, NJ 08226


Michael Johnson
Piefarski Law PLLC
17 State Steet
Suite 1800
New York, NY 10004


Michael Kerwin
6600 West Howard Street
Fremont, IL 60714


Michael Mchugh
2507 E 16 th St
Newport Beach, CA 92663-5441


Michael Rigino
202 Cherrybrook Ln
Irvine, CA 92618


Michael Wilcox
13912 Crow Rd
Apple Valley, CA 92307

Michel Blangy
1507 21st Street
Manhattan Beach, CA 90266


Michelle Bravo
7068 W Andres Peak Ct
Herriman, UT 84096


Mickey Adkinson
420 Flower St.
Costa Mesa, CA 92627


Miguel Andres
c/o Benjamin Cochran
Lawyers for Employee etc Rights
3500 W. Olive Ave, 3rd Floor
Burbank, CA 91505


Mike Davis
7012 Riverview Boulevard
Bradenton, FL 34209


Mike Parks
DBaC Inc
328 E Balboa BLVD
Newport Beach, CA 92661


Mike Pilarski
8930 Universe Ave
Westminster, CA 92683


Mike Reitzel
1237 Shingle Oak Ct
Troy, MO 63379

Mike Rodden
327 Botany Bay Pl
Wilmington, NC 28412


Miller, Mark
9282 Mokihana Drive
Huntington Beach, CA 92646


Missael Ocampo
780 W. Wilson St 3
Costa Mesa, CA 92627


Mohammad Almutair
106 inlet way #205
Palm Beach, DE 33404


Molly Ring
21 Jupiter Hills Drive
Newport Beach, CA 92660


MP Group
Attn: Richard Long
8 Chestnut Drive
Aliso Viejo, CA 92656


Mycelium Marketing
Attn: Kevin Park
PO Box 1411
Comox PSA
Comox BC V9M 729 Canada


Nan McHugh
36 Bow Drive
Sardinia, OH 45171

Nancy Madden
2740 Ski Trail Lane
Steamboat Springs, CO 80487


Natalie Stallings
10734 Northhampton Drive
Fishers, IN 46038


Newco Capital Group - Loan 1
Attn: Mike Chet
333 W. Commercial Street
Suite 324
East Rochester, NY 14445


Newco Capital Group - Loan 2
Attn: Mike Chet
333 W. Commercial Street
Suite 324
East Rochester, NY 14445


Newco Capital Group - Loan 3
Attn: Mike Chet
333 W. Commercial Street
Suite 324
East Rochester, NY 14445


Ngoc Anh Goldstein
26 Prospect Street
Melrose, MA 02176


Nguyen, Dillon
7898 15th St
Westminster, CA 92683-4414


Nicole Bates
NBates Photography
1786 71st Street
Miami Beach, FL 33141

Nora Heninger
257 Ridge Ct.
Rockford, IL 61107


Nora Heninger
257 Ridge Ct
Rockford, IL 61107


Ocean Business Park, LLC
Attn: Luz Hernandez
3636 Birch Street
Suite 250
Newport Beach, CA 92660


Ocean Business Park, LLC
3636 Birch
Suite 250
Newport Beach, CA 92660


Old Dominion Freight Line
Attn: Deborah Haynes
PO Box 742296
Los Angeles, CA 90074-2296


Orange County Environmental
Heath Division
P.O. Box 25400
Santa Ana, CA 92799


Otis The Dude
1818 Playa Riviera
Cardiff, CA 92007


Ottens, Gary
1000 S. Coast Drive
Apt. H208
Costa Mesa, CA 92626

Palm Beach Ebikes
510 Evernia Street Unit B
West Palm Beach, FL 33401


Patricia Liotta
601 Madison Street Apt 103
Nashville, TN 37208


Patrick Brown
206 Oak Mountain Circle
Pelham, AL 35124


Paul Coyne
323 McKee Place
Pittsburgh, PA 15213


Paul Fey
1328 N 52nd St
Omaha, NE 68132


Paul Leon
18849 Hwy 18
Apple Valley, CA 92307


Paul Mellinger
209 33rd St
Manhattan Beach, CA 90266


Paul Mellinger
209 33rd Street
Manhattan Beach, CA 90266

Paul Williams
9409 Copper Greens Ct SE
Caledonia Township, Alcona County, MI 49316


Pedego Hamptton
888 Lafayette Rd
Hampton, NH 03842


Pedego LLC
Attn: Larry Pizzi
11230 Grace Avenue
Unit B
Fountain Valley, CA 92708


Pejeco LLC
Attn: Paul Freedman
449 50th Street
Oakland, CA 94609


Pejeco LLC
Attn: Paul Freedman
50th Street
Oakland, CA 94609


Penske Truck Rental
2624 Newport Boulevard
Costa Mesa, CA 92627


Peralta, Alan
24922 Muirlands Blvd. 11
Lake Forest, CA 92630


Pereira, Larry
1777 Mitchell Avenue
No. 41
Tustin, CA 92780

Peter Moubayed
1030 Philips Rd
Delray Beach, FL 33483


Peter Salzer
323 31st Street
Manhattan Beach, FL 90266


Phil Weight
2806 107th Place Southeast
Everett, WA 98208


Philip Landsman, Esq.
Law Offices of Philip Landsman
5776 Lindero Canyon Rd
Suite D666
Thousand Oaks, CA 91362


Quality Bicycle Products
Attn: Corporate Officer
NW 6394
PO Box 1450
Minneapolis, MN 55485-6394


R&L Carriers 16470
Credit & Collections
Attn: Natalie Saravia
600 Gillam Road
Wilmington, OH 45177


Rafaga Mobility
245 Lomas de Chapultepec
VII Seccion Miguel Hidalgo
Ciudad de Mexico
MEXICO


Ramp
Attn: Sam Kellard
28 West 23rd Street
Floor 2
New York, NY 10010

Raphaelle Baguio
4828 62ND ST
San Diego, CA 92115


Ravi Abuvala
6101 Laguna Drive West
Miami, FL 33141


Ravi Gandhi
1966 Port Nelson Place
Newport Beach, CA 92660


Realonomics Corp Trust
Attn: Christine DeNicola
2816 E. Coast Highway
Suite 1
Corona Del Mar, CA 92625


Richard B. Gerdts, CPA
4910 Campus Drive
Newport Beach, CA 92660


Richard Chaibun
5605 Shady Glen Pl
Yorba Linda, CA 92886


Richard Welsh
330 Ripon Avenue
Yucca Valley, CA 92284


Ride Oside
306 N. Cleveland St
Oceanside, CA 92054

RoadRunner
Attn: Collections
PO Box 74857
Chicago, IL 60694

Robert Anderson
4073 Rovoli
Newport Beach, CA 92660

Robert Beckley
9472 Grand Drive
Huntington Beach, CA 92646

Robert Gage
16732 Brookview Ct
Bakersfield, CA 93314

Robert Seaman
4210 NE 130 th cir
Vancouver, WA 98686

Robert Vance
Box 661
North East, PA 16428

Robert Warren
2049 Vista Cajon
Newport Beach, CA 92660

Robert Wyatt
416 39th Street
Newport Beach, CA 92663

Robin Daffern
3402 Green Ave Clearlake
Clearlake, CA 95422


Rohit Gupta
3 Cambridge Court
Larchmont, NY 10538


Ronald Jackson
3703 South Concord Street
Rogers, AR 72758


Ruben Chaves
17441 Amy Avenue
Bakersfield, CA 93314


Ryan Rocca
29095 S Lake Shore Dr
Agpira HIlls, CA 91301


S. Stanley Dawson
3029 Battersea Lane
Alex, VA 22309


Salazar, Cristian
879 Center St.
Apt. 7
Costa Mesa, CA 92627


Sam Do
4828 Haven Ridge Rd.
Carrollton, TX 75010

Sar Ellis Lewis
10630 Renton Ave S
Seattle, WA 98178


Savisaar, Jack
322 Alva Lane
Costa Mesa, CA 92627


Sean Lupton-Smith
460 Catalina Drive
Newport Beach, CA 92663-4129


Sean Lupton-Smith
460 Catalina Drive
Newport Beach, CA 92663


Sean Osborne
1220 E Henry Ave
Tampa, FL 33604


Seth J. Dinam
4633 Camden Dr
Corona Del Mar, CA 92625


Shelly Hasch
16222 S 35 th Drive
Phoenix, AZ 85045


Sherwin-Williams
Attn: Brent / Jimmy
PO Box 744678
Los Angeles, CA 90074-4678

Shifl
343 Spook Rock Road
Suffern, NY 10901


Shopify
151 O'Connor Street
Ground Floor
Ottawa, ON K2P 2L8


Shopify Capital
Web Bank
151 O'Connor Street, Ground Floor
Ottawa, ON K2P 2L8, ON


Shopify Capital Loan
148 Lafayette Street
New York, NY 10013-3115


Skiba, Russell
23592 Winsong
Aliso Viejo, CA 92656


SoCal Edison
Attn: Accounts Receivable
PO Box 300
Rosemead, CA 91772-0002


Square Funding Cali
Attn: Schneur Berkowitz
90 E. Halsey Road
Parsippany, NJ 07054


Stacy Stoutt
33515 Moonsail Dr
Dana Point, CA 92629

Stentam Tamaddon, LLC
200 E Van Buren St.
Suite 600, Floor 6
Phoenix, AZ 85004


Stephanie Bernard
512 Elder Way
Round Rock, TX 78664


Stephanie Foster
SSL Law Firm LLP
1 Post Street
Suite 2100
San Francisco, CA 94104


Stephen Rice
7627 Lost Tree Road
Wilmington, NC 28411


Steve HERMECKE
Po Box 8193
Galveston, TX 77553


Steve Shinholser
795 Goliath PL
The Villages, FL 32162


Steve Shinholser
795 Goliath PL The Villages
The Villages, FL 32162


Steve Urdahl
17652 South Dick Drive
Oregon City, OR 97045

Steven Davis
11029 North Valley Drive
Fountain Hills, AZ 85268


Sugiharto, Bryan
12052 Acacia Ave.
Garden Grove, CA 92840


Susan Scott
4311 Key Peninsula Hwy SW
Longbranch, WA 98351


Sydnee Hofstad
90 Villa Point Dr.
Newport Beach, CA 92660


Tall Happy TV
Attn: Corporate Officer
12751 Millennium
Apt.226
Los Angeles, CA 90094


Tara Wiggins
683 29th Ave.
San Mateo, CA 94403


Taylor
10441 Sunday Drive
Huntington Beach, CA 92646


Taylor Mancebo
1162 W Monterey Ave
Stockton, CA 95204

Taylor Mancebo
848 Talavera Cir.
Lodi, CA 95242


Taylor, Dana Lea
324 East 20th Street
Costa Mesa, CA 92627


Teresa Murray
7650 Mitchell Dewitt Road
Plain City, OH 43064


Terri Miller
Snell & Wilmer LLP
15 West South Temple
Suite 1200
Salt Lake City, UT 84101


The Cynosure Group
Attn: Alex Taggert
111 S. Main Street
Suite 2350
Salt Lake City, UT 84111


Thomas Blankenship
6535 Bates Road
Williamsburg, FL 49690


Thomas Miller
36146 Firwood Ct
Yucaipa, CA 92399-5723


Tim Wagner
24788 Hazelwood Drive
Nisswa, MN 56468

Tip Plus-Joel Gurga
2677 E El Presidio St
Long Beach, CA 90810


Topiwala, Anjani
2386 Harbor Boulevard, APT 102
Costa Mesa, CA 92626


Tory Rice
2183 Matthews Avenue
The Bronx, NY 10462


Toyota Commercial Finance
Attb: Accounts Receivable
PO Box 660926
Dallas, TX 75266-0926


Travis Mitchell
8950 Arrow Route, 48
Rancho Cucamonga, CA 91730


Trevor Thiel
5 West Mountain Vista Court
Rancho Mirage, CA 92270


Trish Patryla
21613 Bedford Way
Saugus, CA 91350


Twitter Inc. (X)
Attn: Accounts Receivable
1355 Market Street
Suite900
San Francisco, CA 94103

TWOP Lauren Venuto
420 E. 17 th Street
Costa Mesa, CA 92627


Tyler Vandemark
TC Golf Carts
707 W. Blue Star Dr
Traverse City, MI 49685


U.S. Securities and Exchange
Attn: Bankruptcy Counsel
444 South Flower Street
Suite 900
Los Angeles, CA 90071-9591


Uline
Attn: Accounts Receivable
PO Box 88741
Chicago, IL 60680-1741


UPS
Attn: Radhika Bengeri
P.O. Box 650116
Dallas, TX 75265-0116


UPS Supply Clain Solutions Inc.
Attn: Acounts Receivable
28013 Network Place
Chicago, IL 60673-1280


Urban Iki
Attn: Aron Scheppink
OGK Europe B.V. Rudolf Dieselstraat
15 7442 Drive
Nijverdal, The Netherlands


Vela Insurance Services
Attn: Erin Beck
Po Box 639834
Cincinnati, OH 45263-9834

venkata vamshi kontham keerthi
635 Baker Street, Apt B 102
Costa Mesa, CA 92626


Virginia Swell
5400 SW Menefee Dr
Portland, OR 97239


Vong, Cuong Hoa
9651 Westminister Ave.
Unit B
Garden Grove, CA 92844


Ware Disposal
Attn: Accounts Receivable
1035 East 4th Street
Santa Ana, CA 92701


Wayne Barger
8094 Palm View Ln.
Riverside, CA 92508


Wex Bank
P.O. Box 4337
Carol Stream, IL 60197-4337


Will Skeeters
420 E 17th Street
Costa Mesa, CA 92627


Willam Figley
PO Box 1026
Highland, MI 48357

William Campbell
1420 East Witt Road
Blairs, VA 24527


William Marvin
56 Rowley Lane
Willsboro, NY 12996


William Messenger
1930 Diana Ln
Newport Beach, CA 92660


Williams Jenks
3304 Corpus Christi St
Simi Valley, CA 93063


Wuxing Group
Jiande Wuxing Bicycle Co Ltd
Meicheng Industry District
Jean de City
Zhejiang, CHINA


XPO Logistics Freight Inc.
Attn: Aishwarya Rathod
29559 Network Place
Chicago, IL 60673-1559


Yehuda Klein
The Klein Law Firm LLC
1820 Swarthmore Ave #714
Lakewood, NJ 08701


Zachary Weaver
9214 Lorrich Drive
Mentor, OH 44060